## EXHIBIT B

### Securitization Appointments

## Securitization Appointments

Carrington Mortgage Loan Trust

Carrington Home Equity Loan Trust

New Century Home Equity Loan Trust

Morgan Stanely ABS Capital I Inc. Trust