IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |

AGENDA FOR FIRST DAY HEARING
AND INDEX OF FIRST DAY PLEADINGS

Voluntary Petitions

1. New Century Financial Corporation
2. New Century TRS Holdings, Inc.
3. New Century Mortgage Corporation
4. NC Capital Corporation
5. Home123 Corporation
6. New Century Credit Corporation
7. NC Asset Holding, L.P.
8. NC Residual III Corporation
9. NC Residual IV Corporation
10. New Century R.E.O. Corp.
11. New Century R.E.O. II Corp.
12. New Century R.E.O. III Corp.
13. New Century Mortgage Ventures, LLC
14. NC Deltex, LLC
15. NCoral, L.P.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Supporting Declarations

16. Declaration of Monika L. McCarthy in Support of Chapter 11 Petitions and First Day Relief

17. Declaration of Holly Etlin in Support of Chapter 11 Petitions and Request for First Day Relief

First-Day Motions

18. Motion of Debtors and Debtors in Possession for an Order Directing Joint Administration of Related Chapter 11 Cases

19. Motion of the Debtors and Debtors in Possession for an Order Approving the Appointment of XRoads Case Management Services, LLC, AS Claims and Noticing Agent Pursuant to Section 156(c) of the Judicial Code and Rule 2002-1(f) of the Local Rules

20. Motion of the Debtors and Debtors in Possession for Interim and Final Orders Pursuant to Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment

21. Motion of the Debtors and Debtors in Possession for an Order Authorizing the Debtors and Debtors in Possession to (I) Continue All Insurance Policies and Agreements Relating Thereto and (II) Continue Certain Premium Financing Arrangements Relating Thereto, and (III) Honor Certain Obligations in Respect Thereof Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code

22. Motion of the Debtors and the Debtors in Possession for an Order (A) Authorizing the Continued Use of the Debtors' Centralized Cash Management System, Including Operation of Servicer Trust Accounts, (B) Authorizing Maintenance of the Debtors' Existing Bank Accounts and Business Forms, and (C) Extending the Debtors' Time to Comply with Section 345 of the Bankruptcy Code

23. Motion of the Debtors and the Debtors in Possession for an Order Authorizing the Debtors to Pay Prepetition Use Tax Pursuant to Sections 105(a), 363 and 507(a) of the Bankruptcy Code

24. Motion of the Debtors and Debtors in Possession for an Order Authorizing the Debtors to Pay Prepetition Wages, Compensation and Employee Benefits Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code

25. Motion of the Debtors and Debtors in Possession for an Order Pursuant to Section 105(a) of the Bankruptcy Code Authorizing the Debtors (A) to Honor Prepetition Obligations to Customers Pursuant to the Customer Programs and (B) to Continue the Customer Programs

26. Emergency Motion of Debtors and Debtors in Possession for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 362 and 364 and Federal Rules of Bankruptcy Procedure 2002, 4001 and 9014(a) Approving Debtor-In-Possession Financing with Administrative Expense Superpriority and Secured by Liens, (B) Granting Liens and Superpriority Administrative Expense Claim, (C) Granting Other Relief and (D) Setting Final Hearing

Dated: April 2, 2007
Wilmington, Delaware

Respectfully submitted,

*/s/ Mark D. Collins*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Austin K. Barron
Emily R. Culler
Ana Acevedo
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

PROPOSED ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION