IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

NOTICE OF FILING OF BANKRUPTCY PETITIONS AND
RELATED PLEADINGS; NOTICE OF HEARING ON FIRST DAY MOTIONS

TO:   Parties on the Attached Service List

**PLEASE TAKE NOTICE** that on April 2, 2007, New Century TRS Holdings, Inc. and fourteen of its affiliates listed on Exhibit A attached hereto (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that in addition to the filing of the voluntary petitions, the Debtors have filed the following first day motions and related pleadings (collectively, the "First Day Motions"):

A.   Declaration of Monika L. McCarthy in Support of Chapter 11 Petitions and Request for First Day Relief [Docket No. 2; filed 4/2/07]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

B.   Declaration of Holly Etlin in Support of Chapter 11 Petitions and Request for First Day Relief [Docket No. 3; filed 4/2/07]

C.   First-Day Motions

   1.   Motion of Debtors and Debtors in Possession for an Order Directing Joint Administration of Related Chapter 11 Cases [Docket No. 4; filed 4/2/07]

   2.   Motion of the Debtors and Debtors in Possession for Interim and Final Orders Pursuant to Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 5; filed 4/2/07]

   3.   Motion of the Debtors and Debtors in Possession for an Order Authorizing the Debtors and Debtors in Possession to (I) Continue All Insurance Policies and Agreements Relating Thereto and (II) Continue Certain Premium Financing Arrangements Relating Thereto, and (III) Honor Certain Obligations in Respect Thereof Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code [Docket No. 6; filed 4/2/07]

   4.   Motion of the Debtors and Debtors in Possession for an Order Approving the Appointment of XRoads Case Management Services, LLC as Claims and Noticing Agent Pursuant to Section 156(c) of the Judicial Code and Rule 2002-1(f) of the Local Rules [Docket No. 7; filed 4/2/07]

   5.   Motion of the Debtors and the Debtors in Possession for an Order (A) Authorizing the Continued Use of the Debtors' Centralized Cash Management System, Including Operation of Servicer Trust Accounts, (B) Authorizing Maintenance of the Debtors' Existing Bank Accounts and Business Forms, and (C) Extending the Debtors' Time to Comply with Section 345 of the Bankruptcy Code [Docket No. 8; filed 4/2/07]

   6.   Motion of the Debtors and the Debtors in Possession for an Order Authorizing the Debtors to Pay Prepetition Use Tax Pursuant to Sections 105(a), 363 and 507(a) of the Bankruptcy Code [Docket No. 9; filed 4/2/07]

   7.   Motion of the Debtors and Debtors in Possession for an Order Authorizing the Debtors to Pay Prepetition Wages, Compensation and Employee Benefits Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code [Docket No. 10; filed 4/2/07]

   8.   Motion of the Debtors and Debtors in Possession for an Order Pursuant to Section 105(a) of the Bankruptcy Code Authorizing the Debtors (A) to Honor Prepetition Obligations to Customers Pursuant to the Customer Programs and (B) To Continue the Customer Programs [Docket No. 11; filed 4/2/07]

   9.   Emergency Motion of Debtors and Debtors in Possession for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 362 and 364 and Federal Rules of

Bankruptcy Procedure 2002, 4001 and 9014 (A) Approving Debtor-In-Possession Financing with Administrative Expense Superpriority and Secured by Liens, (B) Granting Liens and Superpriority Administrative Expense Claim, (C) Granting Other Relief and (D) Setting Final Hearing [Docket No. 12; filed 4/2/07]

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") with respect to the First Day Motions is scheduled for **April 3, 2007 at 2:30 p.m. (Eastern Time)** at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 before The Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that all objections, if any, to the First Day Motions may be made at the First Day Hearing.

Dated: April 2, 2007  
Wilmington, Delaware

Respectfully submitted,

Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
P.O. Box 551  
Wilmington, Delaware 19899  
(302) 651-7700

-and-

Suzzanne S. Uhland  
Austin K. Barron  
Emily R. Culler  
Ana Acevedo  
O'MELVENY & MYERS LLP  
275 Battery Street  
San Francisco, California 94111  
(415) 984-8700

PROPOSED ATTORNEYS FOR DEBTORS  
AND DEBTORS IN POSSESSION

RLF1-3134115-1

## EXHIBIT A

On April 2, 2007, each of the affiliated entities listed below filed a petition for relief under chapter 11 of title 11 of the United States Code.

New Century Financial Corporation
New Century TRS Holdings, Inc.
New Century Mortgage Corporation
NC Capital Corporation
Home123 Corporation
New Century Credit Corporation
NC Asset Holding, L.P.
NC Residual III Corporation
NC Residual IV Corporation
New Century R.E.O. Corp.
New Century R.E.O. II Corp.
New Century R.E.O. III Corp.
New Century Mortgage Ventures, LLC
NC Deltex, LLC
NCoral, L.P.
