# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | Re: Docket No. 19 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                    : SS.
NEW CASTLE COUNTY    :

Cathy M. Greer, being duly sworn according to law, deposes and says that she is employed as a Paralegal at the law firm of Richards, Layton & Finger, P.A., and that on the 2nd day of April, 2007 she caused copies of the following to be served upon the parties set forth on the attached service list in the manner indicated:

- *Notice of Filing of Bankruptcy Petitions and Related Pleadings; Notice of Hearing on First Day Motions [Docket No. 19]*

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Dated: April 2, 2007
      Wilmington, Delaware

                                                  Cathy M. Greer, Paralegal
                                                  RICHARDS, LAYTON & FINGER, P.A.
                                                  One Rodney Square
                                                  P.O. Box 551
                                                  Wilmington, DE  19899
                                                  (302) 651-7700

SWORN TO AND SUBSCRIBED before me this 2nd day of April 2007.

_____
Notary Public

      BARBARA J. WITTERS
  Notary Public - State of Delaware
  My Comm. Expires Mar. 13, 2009

## Special Service List
*Local Via Hand Delivery - Non-Local Via Overnight Delivery*

Ellen W. Slights
U.S. Attorney's Office
1007 Orange Street, 7th Floor
Wilmington, DE 19899-2046

State of Delaware
Division of Revenue-8th Floor
Attn: Randy R. Weller- MS#25
820 N. French Street
Wilmington, DE 19801-0820

Office of the United States Trustee
844 King Street, Suite 2313, Lockbox 35
Wilmington, DE 19801-3519

Division of Unemployment Ins.
Department of Labor
4425 N. Market Street
Wilmington, DE 19802

Delaware Secretary of State
Division of Corporations
Franchise Tax Division
P.O. Box 7040
Dover, DE 19903

Secretary of the Treasury
P.O. Box 7040
Dover, DE 19903

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Securities & Exchange Commission
Attention: Nathan Fuchs
233 Broadway
New York, NY 10279

Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, D.C. 20020

Alberto P. Gonzales
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Via Facsimile:

| | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
| 1. | Marc Flamino | Goldman Sachs Mortgage Company | 212-357-4727 | 212-902-1691 |
| 2. | Cindy Sanford | Goldman, Sachs & Co. | 727-825-3865 | 646-835-3145 |
| 3. | Gary Timmerman | Credit Sussie First Boston Mortgage Capital LLC | 609-627-5026 | 609-627-5080 |
| 4. | Marc Rosenthal | Credit-Based Asset Servicing and Securitization LLC | 212-850-7700 | 212-850-7733 |
| 5. | Andy Neuberger | Morgan Stanley Mortgage Capital Inc. | 212-762-6401 | 212-507-4137<br>212-762-9495 |
| 6. | Glenn Minkoff | DB Structured Products, Inc. | 212-250-3406 | 212-797-5160 |
| 7. | Ryan Stark | Deutsche Bank | 212-250-8473 | 212-969-1698 |
| 8. | Jennifer McGuinness-Rizzo | Deutsche Bank Securities, Inc. | 212-250-7675 | 212-797-0521 |
| 9. | Maureen Macan | Bank of America, N.A. | 214-209-9170 | 214-209-0338 |
| 10. | Sean A. Tobias | Bank of America, N.A. | 214-209-1584 | 214-530-2657 |
| 11. | Christopher Young | Bank of America, N.A. | 704-388-8403 | 704-409-0593 |
| 12. | George Mangiaracina | UBS Real Estate Securities Inc. | 212-713-3734 | 212-882-3597 |
| 13. | Diane Rinnovatore | Lehman Brothers Bank FSB | 212-526-5460 | 646-885-9123 |
| 14. | Dana Headlee | Countrywide | 928-505-1628 | 928-505-4466 |
| 15. | Susan Mills<br>Bobbie Theivakumaran | Citigroup Global Markets Realty Corp. | 212-723-6376 | 212-723-8604 |
| 16. | Mike Bugbee | Residential Funding Corporation | 925-988-2339 | 925-979-0926 |
| 17. | Frank Nunnari | SG Mortgage Finance Corp | 212-278-6000 | 212-278-6705 |
| 18. | Tony Malanga | IXIS Real Estate Capital, Inc. | 212-891-5814 | 212-891-6288 |
| 19. | Ray Sullivan | IXIS Real Estate Capital, Inc. | 212-891-5815 | 212-891-3347 |
| 20. | Al Zakes | IXIS Real Estate Capital, Inc. | 212-891-6137 | 212-891-1922 |
| 21. | Michael Friedman | IXIS Real Estate Capital, Inc. | 212-891-6261 | 212-891-6143 |

| | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
| 22. | Paul Menefee<br>Joseph O'Doherty | Barclays Bank PLC | 212-412-5271 | 212-412-6846 |
| 23. | Glen Greeley<br>Harry Ahin<br>Mary Logan<br>Janette Lieu | Barclays Bank PLC | 212-412-5271 | 212-412-6846 |
| 24. | Indymac Bank FSB | Indymac Bank FSB | 626-535-5901 | 626-535-8203 |
| 25. | Bruce Rose | Carrington Securities, LP | 203-661-6186 | 203-661-6378 |
| 26. | Michael McCauley | Washington Mutual Bank, FA | 713-543-6141 | 713-543-6727 |
| 27. | William Fogleman | Alaska Seaboard Partners Limited | 225-293-0095 | 916-231-2500 |
| 28. | Fran Stec | JP Morgan Chase Bank, NA | 732-452-8781 | 732-352-7511 |
| 29. | Frank Skibo | Greenwich Capital Financial Products, Inc. | 203-625-6678 | 203-618-2163 |
| 30. | Joe Little | HSBC Bank USA, N.A. | 212-525-5040 | 646-366-3826 |
| 31. | Giovanni Manocchio | Aurora Loan Services | 720-945-3835 | 720-945-5920 |
| 32. | Tom Tarantino | EMC Mortgage Corporation | 212-272-6458 | 212-272-7382 |
| 33. | Rod Pasion | Lowermybills.com | 310-998-6319 | 310-496-2663 |
| 34. | Todd Green | Affiliated Computer Services | 801-553-6103 | 801-553-6178 |
| 35. | James Depalma<br>Jeane Leschak | Nomura Securities | 212-667-9300 | 212-667-1058 |
| 36. | Doris Hearn<br>Evelyn Echevarria | Aspen Funding Corp. | 704-367-1555 | 704-365-1362 |
| 37. | R. Douglas Donaldson | Galleon Capital Corporation | | 617-951-7050 |
| 38. | R. Douglas Donaldson | Gemini Securitization Corp., LLC | 214-360-4892 | 214-360-2837 |
| 39. | Glenn Minkoff | Gemini Securitization Corp., LLC | 212-250-3406 | 212-797-5160 |
| 40. | Jenny Ray Stilwell | Guaranty Bank | 214-360-4892 | 214-360-2837 |
| 41. | Glenn Minkoff<br>Doris Hearn<br>Evelyn Echevarria | Newport Funding Corp. | 704-365-0569 | 704-365-1362 |
| 42. | Glenn Pearson<br>Hansel Vieves | Sheffield Receivables | | 212-412-6846 |

|   | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
|   | Shelby Robins | Corporation |   |   |
| 43. | Todd Meringoff | State Street Global Markets, LLC | 617-664-4019 | 617-350-4020 |
| 44. | Glenn Minkoff | Tucson Funding LLC | 212-250-3406 | 212-797-5160 |
| 45. | Melanie LaRocque | National Field Representatives | 800-639-2151 x290 | 800-543-1818 |
| 46. | Kelly Chin | Assurant Specialty Property Insurance | 770-763-1115 | 770-859-4001 |
| 47. | Brooke Hergesell | System Source, Inc. | 949-910-0533 | 949-475-5923 |
| 48. | Tanja Barner | GMAC Commercial Finance, LLC | 678-324-2146 | 770-859-0148 |
| 49. | Frank Quattroccup | Sprint | 949-251-7240 | 949-623-5615 |
| 50. | Fred Hsu | Low.com | 866-237-9328 | 213-402-5918 |
| 51. | Tony D. Atkins | Suntrust | 404-813-5244 | 404-813-5000 |
| 52. | Woodruff A. Polk | Suntrust | 404-813-7094 | 404-581-1637 |
| 53. | James Bennison | Suntrust | 404-813-5244 | 404-813-5000 |
| 54. | Shari Macedo | Harbor Asset Management Services | 909-392-0430 | 909-912-8076 |
| 55. | Blake Simon | Adteractive | 415-762-2266 | 415-543-2513 |
| 56. | Geno Hoover | Fiserv CCS | 412-577-3842 | 412-577-3995 |
| 57. | Scott Watkins | ChoicePoint Precision Marketing |   | 919-806-1989 |
| 58. | Lynn Ann Boone | ChoicePoint Precision Marketing | 309-689-1000 | 309-693-0173 |
| 59. | Sear Yagana | Pricewaterhouse Coopers LLP | 464-471-3000 | 813-329-1129 |
| 60. | Dan Tsuchiya | Nextag | 650-645-4700 | 650-341-3779 |
| 61. | Ron Harpole | Catarina Mortgage Services Inc. | 281-205-2270 | 281-205-2405 |
| 62. | General Electric Capital Corporation | General Electric Capital Corporation | 203-796-1000 |   |
| 63. | Dennis D. Miller, Esq. | Stein & Lubin LLP (Counsel to GECC) | 415-955-5026 | 415-981-4343 |
| 64. | Stephanie Richards | GE Capital Commercial Equipment Financing | 727-216-4237 | 727-216-4001 |
| 65. | Tony Gamban | IndyMac Bank | 800-669-2300 x5741 | 626-229-6322 |

|  | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
| 66. | Kara Stairiker | Nomura Credit & Capital, Inc. | 212-667-9701 | 646-587-9701 |
| 67. | John M. Rosentahl, Esq. | Global Finance Nixon Peabody LLP (Counsel to Deutsche Bank National Trust Company) | 415-984-8319 | 866-741-1475 |
| 68. | Barry Freeman, Esq. David Poitras, Esq. | Jeffer, Mangels, Butler & Marmaro LLP (Counsel to Union Bank) | 310-785-5367 | 310-712-3393 |
| 69. | Richard A. Chesley, Esq. Kimberly D. Newmarch, Esq. | Paul, Hastings, Janofsky & Walker LLP (Counsel to UBS Real Estate Securities) | 312-499-6000 | 312-499-6157 |

RLF1-3133845-1