## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, hereby certify that, on April 2, 2007, I caused one copy of the foregoing to be served upon the persons listed below in the manner indicated.

| **HAND DELIVERY** | **U.S. MAIL** |
|---|---|
| Mark D. Collins, Esquire | Suzzanne S. Uhland, Esquire |
| Michael J. Merchant, Esquire | Austin K. Barron, Esquire |
| Chun I. Jang, Esquire | Emily R. Culler, Esquire |
| Richards Layton & Finger | Ana Acevedo, Esquire |
| One Rodney Square | O'Melveny & Myers LLP |
| Wilmington, DE 19801 | 275 Battery Park |
| | San Francisco, CA 94111 |

Gregory A. Taylor (#4008)