# EXHIBIT A

## EXHIBIT A

Unexpired Leases of Nonresidential Real Property to be Rejected on the Petition Date

| Lease ID | Lease Location | Landlord Name | Rent Paid to/Property Manager | Monthly Rent |
|---|---|---|---|---|
| CA081 | Heacock Business Center<br>13800 Heacock Street, C230<br>Moreno Valley, CA 92553<br><br>(Pending/Active) | Heacock Business Center, LLC<br>320 North E Street, Suite 101<br>San Bernardino CA 92401 | Heacock Business Center, LLC<br>320 North E Street, Suite 101<br>San Bernardino, CA 92401 | $5,013.53 |
| CA076 | 810 C. Street, Suite 4<br>Galt, CA 95632<br><br>(Subleased) | Ronald Tucker<br>810 C Street Ste 1<br>Galt, CA 95632 | Sharon L. Tucker<br>810 C Street Ste 1<br>Galt CA 95632 | $1,350.00 |
| MN002 | 1270 Northland Drive<br>Suite 385<br>Mendota Heights, MN 55120<br><br>(Subleased) | Bill Zimmerman<br>Mendota Office Holdings, LLC<br>NW 7918, PO Box 1450<br>Minneapolis MN 55485-7918 | Bill Zimmerman<br>Mendota Office Holdings, LLC<br>NW 7918, PO Box 1450<br>Minneapolis MN 55485-7918 | $5,494.29 |
| IL004 | 414 North Orleans Street,<br>Suite 008<br>Chicago, IL 60610<br><br>(Subleased) | Dora Davis<br>O.P., LLC<br>351 West Hubbard Street<br>Chicago IL 60610 | Dora Davis<br>O.P., LLC<br>351 West Hubbard Street<br>Chicago IL 60610 | $13,261.25 |
| AZ007 | 2400 West Dunlap Avenue<br>Suite 300<br>Phoenix, AZ 85021<br><br>(Subleased) | Michelle Miller<br>Muller-Dunlap LLC<br>5343 N 16th Street Suite 260<br>Phoenix AZ 85016 | Yvonne Galaz<br>Muller-Dunlap LLC<br>Dept 6228<br>Los Angeles CA 90084-6228 | $11,605.33 |

## EXHIBIT A

Unexpired Leases of Nonresidential Real Property to be Rejected on the Petition Date

| | | | |
|---|---|---|---|
| AL001 | Talcott III Chase Center<br>2 Chased Corporate Drive<br>Suite 270<br>Birmingham, AL 35244<br><br>(Dark) | John E. Reynolds<br>Talcott III Chase Center, LLC<br>One Financial Plaza<br>Hartford CT 06103 | Lee Carter<br>Talcott III Chase Center, LLC<br>PO Box 33600<br>Hartford, CT 06150-3600 | $4,909.66 |
| AL002 | Talcott III Chase Center<br>One Chase Corporate Drive<br>Suite 215<br>Birmingham, AL 32544<br><br>(Dark) | John E. Reynolds<br>Talcott III Chase Center, LLC<br>One Financial Plaza<br>Hartford CT 06103 | Lee Carter<br>Talcott III Chase Center, LLC<br>PO Box 33600<br>Hartford, CT 06150-3600 | $2,850.15 |
| AL003 | Energy Center II<br>519 Energy Center Blvd.<br>Suite 1105<br>Northport, AL 35473<br><br>(Dark) | Energy Center II, Ltd.<br>PO Box 1370<br>Tuscaloosa, AL 35403 | David Epstein<br>Energy Center II, Ltd<br>800 Energy Center Blvd<br>Northport AL 35476 | $1,236.00 |
| AL004 | 1345 Carmichael Way<br>Montgomery, AL 36106<br><br>(Dark) | Mary Wallace<br>Kyser Family Partnership<br>1537 Jean Street<br>Montgomery, AL 36107 | Grace Pugl<br>Kyser Family Partnership<br>1537 Jean Street<br>Montgomery, AL 36107 | $3,409.73 |
| AZ004 | Holualoa GV Shopping Plaza<br>210 W. Continental Rd.<br>Suite 134 & 138<br>Green Valley, AZ 85614<br><br>(Dark) | Holualoa GV Shopping Plaza,<br>LLC<br>11333 N Scottsdale Road<br>Scottsdale, AZ 85254 | Roxanne Aiken<br>Holualoa GV Shopping Plaza,<br>LLC<br>11333 N Scottsdale Road<br>Scottsdale, AZ 85254 | $5,616.11 |

## EXHIBIT A

Unexpired Leases of Nonresidential Real Property to be Rejected on the Petition Date

| | | | |
|---|---|---|---|
| CA003 | 131 West D Street<br>Benecia, CA 94510<br><br>(Dark) | Nikki Davis<br>123 West D Street<br>Benecia, CA 94510 | Nikki Davis<br>123 West D Street<br>Benecia, CA 94510 | $2,100.00 |
| CA031 | 5120 W. Goldleaf Circle<br>Suite 100<br>Los Angeles, CA 90056<br><br>(Dark) | Chris Jesseman<br>Crown Wateridge Associates, LLC<br>File #050426<br>Los Angeles, CA 90074-0426 | Chris Jesseman<br>Crown Wateridge Associates, LLC<br>File #050426<br>Los Angeles, CA 90074-0426 | $8,020.00 |
| CA032 | 1209 Woodrow Avenue<br>Suite A-3<br>Modesto, CA 95350 | Wade Sellars<br>Stone Bros. & Associates<br>1024 West Robinhood Drive<br>Stockton, CA 95207 | Wade Sellars<br>Stone Bros. & Associates<br>1024 West Robinhood Drive<br>Stockton, CA 95207 | $1,049.72 |
| CA051 | 2880 Gateway Oaks Drive<br>Suite 200<br>Sacramento, CA 95833<br><br>(Dark) | Susanne Alger<br>Mourier Land Investment Corporation<br>2870 Gateway Oaks Drive<br>Sacramento, CA 95833 | Susanne Alger<br>Mourier Land Investment Corporation<br>2870 Gateway Oaks Drive<br>Sacramento, CA 95833 | $23,910.70 |
| CA052 | 1880 North Main Street<br>Suite 350<br>Salinas, CA 93906<br><br>(Dark) | Gail A. English & Michael P. English Trust<br>851 Munras Avenue<br>Monterey, CA 93940 | Lisa Loftus<br>Gail A. English & Michael P. English Trust<br>1172 South Main Street<br>PMB 363<br>Salinas CA 93901-2204 | $8,895.74 |
| CA054 | EOP-Centerside II<br>3131 Camino Del Rio North<br>Suite 860<br>San Diego, CA 92121<br><br>(Dark) | EOP-Centerside II, L.L.C.<br>9255 Town Centre Drive<br>San Diego, CA 92121 | Sara Hall<br>EOP-Centerside II, L.L.C.<br>Department #12670<br>PO Box 601046<br>Los Angeles CA 90060-1046 | $15,058.97 |

## EXHIBIT A

Unexpired Leases of Nonresidential Real Property to be Rejected on the Petition Date

| | | | |
|---|---|---|---|
| CA055 | 8880 Rio San Diego Drive<br>Suite 103<br>San Diego, CA 92108<br><br>(Dark) | Hyundai Rio Vista, Inc. c/o<br>Tooley & Co.<br>8880 Rio San Diego Drive Suite 315<br>San Diego, CA 92108 | Chelsea Morris<br>Hyundai Rio Vista, Inc.<br>5100 Poplar Ave<br>Memphis, TN 38137 | $7,303.00 |
| CA057 | 201 Mission Street<br>Suite 1300<br>San Francisco, CA 94105<br><br>(Dark) | Toma Lopez<br>CA-Mission Street Limited Partnership<br>Department #18080<br>PO Box 601173<br>Los Angeles, CA 90060-1173 | Toma Lopez<br>CA-Mission Street Limited Partnership<br>Department #18080<br>PO Box 601173<br>Los Angeles, CA 90060-1173 | $4,721.42 |
| CA058 | 2001 Gateway Place<br>Suite 700W<br>San Jose, CA 95110<br><br>(Dark) | Property Manager – Gateway Office I<br>CA-Gateway Office Limited Partnership c/o Equity Office<br>1740 Technology Drive<br>Suite 150<br>San Jose, CA 95110 | Kimberly Ross<br>Equity Office<br>Department 13431<br>PO Box 601054<br>Los Angeles, CA 90060-1054 | $8,977.80 |
| CA063 | Vista Office Centre<br>43460 Ridge Park Drive<br>Suite 14<br>Temecula, CA 92590<br><br>(Dark) | Vista Office Centre, LLC<br>PO Box 4464<br>Thousand Oaks, CA 91359 | Vista Office Centre, LLC<br>PO Box 4464<br>Thousand Oaks, CA 91359 | $9,863.96 |
| CO009 | Quebec Plaza<br>5600 S. Quebec Street<br>Suite 305D<br>Greenwood Village, CO 80111<br><br>(Dark) | Judy Sagrillo<br>Quebec Plaza/Chap, LLC<br>7000 E Belleview Avenue<br>Greenwood Village, CO 80111 | Judy Sagrillo<br>Quebec Plaza/Chap, LLC<br>7000 E Belleview Avenue<br>Greenwood Village, CO 80111 | $17,778.00 |
| CO011 | 119 W. 6th Street<br>Suite 203<br>Pueblo, CO 81003<br><br>(Dark) | Louie D. Carleo<br>LDC Properties<br>503 North Main Street<br>Pueblo, CO 81003 | Louie D. Carleo<br>LDC Properties<br>503 North Main Street<br>Pueblo, CO 81003 | $679.00 |

## EXHIBIT A

Unexpired Leases of Nonresidential Real Property to be Rejected on the Petition Date

| | | | | |
|---|---|---|---|---|
| FL001 | 621 NW 53rd Street<br>Suite 600<br>Boca Raton, FL 33487<br><br>(Dark) | Sara Cloutier-Lowe<br>Canpro Investments Ltd.<br>1010 St-Catherine Street West<br>Montreal Quebec H3B 3S3 | Sara Cloutier Lowe<br>Canpro Investments Ltd.<br>621 NW 53rd Street<br>Boca Raton FL 33487 | $35,752.90 |
| GA002 | 2000 River Edge Parkway<br>Suite 870<br>Atlanta, GA 30328<br><br>(Dark) | National Manager<br>CMD Realty Investments<br>227 West Monroe Street<br>Suite 3900<br>Chicago, IL 60606 | Hyatt Abigail<br>CMD Realty Investment Fund III, L.P.<br>PO Box 73322<br>Chicago IL 60673-7322 | $5,573.18 |
| GA003 | Brookwood Century Springs East<br>6100 Lake Forest Drive<br>Suite 350<br>Atlanta, GA 30328<br><br>(Dark) | Amy Martinez<br>Brookwood Century Springs East, LLC<br>PO Box 3656<br>Norfolk, VA 23514-3656 | Amy Martinez<br>Brookwood Century Springs East, LLC<br>PO Box 863912<br>Orlando, FL 32886-3912 | $3,806.82 |
| GA004 | Gwinnett Center<br>3555 Koger Blvd.<br>Suite 360<br>Duluth, GA 30096<br><br>(Dark) | Gwinnett Center LLC<br>3098 Piedmont Road, NE<br>Atlanta, GA 30305 | Gwinnett Center, LLC<br>Dept 40119 PO Box 740209<br>Atlanta GA 30374 | $4,784.17 |
| ID002 | 1038 Northwest Blvd.<br>Suite 150<br>Coeur d'Alene, ID 83814<br><br>(Dark) | Corinne Sather<br>1038 Associates, LLC<br>435 W. Hanley Avenue<br>Coeur d'Alene, ID 83815 | Corinne Sather<br>1038 Associates, LLC<br>435 W. Hanley Avenue<br>Coeur d'Alene, ID 83815 | $3,340.00 |
| IL008 | 500 Peterson Road<br>Libertyville, IL 60048<br><br>(Dark) | Bank One Chicago N.A.<br>800 Davis Street<br>Evanston, IL 60201 | First Bank & Trust of Evanston<br>500 Peterson Road<br>820 Church Street<br>Evanston, IL 60201 | $11,317.81 |

## EXHIBIT A

Unexpired Leases of Nonresidential Real Property to be Rejected on the Petition Date

| | | | | |
|---|---|---|---|---|
| MA004 | Three Hundred Crown Colony<br>300 Crown Colony Drive<br>Suite 111<br>Quincy, MA 02169<br><br>(Dark) | Three Hundred Crown Colony<br>1250 Hancock Street<br>Quincy, MA 02169 | Three Hundred Crown Colony<br>1250 Hancock Street<br>Quincy, MA 02169 | $5,513.33 |
| MO004 | 12647 Olive Blvd.<br>Suite 115<br>St. Louis, MO 63141<br><br>(Dark) | The Realty Associates Fund<br>VII, L.P.<br>28 State Street, 10th Floor<br>Boston, MA 02109 | Anna Zahn<br>The Realty Associates Fund<br>VII, LLP<br>Box 223245<br>Pittsburgh PA 15251-2245 | $4,943.75 |
| MT001 | 515 S. Reserve Street<br>Missoula, MT 59801<br><br>(Dark) | Bayou Plaza Associates LLC<br>5023 Hazel Jones Road<br>Bossier City, LA 71111 | Adison, LLC<br>P O Box 17437<br>Missoula, MT 59808 | $1,727.99 |
| MT002 | 3235 Harrison Avenue<br>Butte, MT 59701<br><br>(Dark) | Aspen Management, LLC<br>PO Box 10<br>Ramsay, MT 59748 | Aspen Management, LLC<br>PO Box 10<br>Ramsay, MT 59748 | $375.00 |
| NC002 | 7421 Carmel Executive Park<br>Suite 240<br>Charlotte, NC 28226<br><br>(Dark) | Diane Hill<br>Pizzagalli Properties<br>50 Joy Drive<br>South Burlington, VT 05407 | Pizzagalli Properties, LLC<br>PO Box 752031<br>Charlotte NC 28275-2031 | $3,303.01 |
| NC003 | Falls of the Neuse<br>4700 Falls of the Neuse Road<br>Suite 345<br>Raleigh, NC 27609<br><br>(Dark) | Lease Administrator<br>Falls of the Neuse, LLC<br>210 Oak Avenue<br>Kannapolis, NC 28081-4329 | Johnson Dee<br>Falls of the Neuse, LLC<br>4601 Six Forks Road, Suite 503<br>Raleigh NC 27609-5286 | $4,629.50 |

## EXHIBIT A

Unexpired Leases of Nonresidential Real Property to be Rejected on the Petition Date

| | | | |
|---|---|---|---|
| NC005 | 6000 Fairview Road Suite 400<br>Charlotte, NC 28210<br><br>(Dark) | Portfolio Manager<br>CSHV Southpark, LLC c/o CB<br>Richard Ellis Investors<br>515 South Flower Street<br>Suite 3100<br>Los Angeles, CA 900071 | Freda Gries<br>CBRE Investors AAF CalSTRS<br>– Southpark<br>P O Box 905307<br>Charlotte NC 28290-5307 | $24,140.69 |
| NY001 | 565 Taxter Road Suite 630<br>Elmsford, NY 10523<br><br>(Dark) | Mack-Cali Taxter Associates,<br>LLC<br>PO Box 23229<br>Newark, NJ 07189 | Ian Superadi<br>Mack-Cali Taxter Associates,<br>LLC<br>PO Box 23229<br>Newark, NJ 07189 | $7,075.22 |
| OH002 | 10101 Alliance Road Suite 200<br>Cincinnati, OH 45242<br><br>(Dark) | Kelli Nicoloff<br>Duke Realty Ohio<br>4555 Lake Forest Drive<br>Suite 400<br>Cincinnati, OH 45242-3732 | Christa Newcom<br>Duke Realty, LP<br>75 Remittance Drive<br>Chicago, IL 60675-6007 | $4,013.19 |
| OK002 | 777 NW Grand Park Blvd.<br>Suite 512<br>Oklahoma City, OK 73118<br><br>(Dark) | Kathy Frazier<br>One Grand Park<br>210 Park Avenue<br>Oklahoma City, OK 73102 | Kathy Frazier<br>One Grand Park<br>210 Park Avenue<br>Oklahoma City, OK 73102 | $3,198.00 |
| OK003 | 8282 S. Memorial Drive<br>Suite 100<br>Tulsa, OK 74133<br><br>(Dark) | Prism Partners, LLC<br>2121 S. Columbia<br>Tulsa, OK 74114 | Prism Partners, LLC<br>2121 S. Columbia<br>Tulsa, OK 74114 | $3,618.00 |
| PA003 | 750 Holiday Drive Suite 340<br>Pittsburgh, PA 15220<br><br>(Dark) | Anissa Eckert<br>Greentree Foster Plaza<br>Associates<br>Foster Plaza 9<br>Pittsburgh, PA 15220 | Anissa Eckert<br>Greentree Foster Plaza<br>Associates<br>Foster Plaza 9<br>Pittsburgh, PA 15220 | $3,954.10 |

## EXHIBIT A

Unexpired Leases of Nonresidential Real Property to be Rejected on the Petition Date

| | | | | |
|---|---|---|---|---|
| TN001 | 2030 Falling Water Road<br>Suite 150<br>Knoxville, TN 37922<br><br>(Dark) | Keith Jim<br>Landmark Center<br>903 N 47th Street<br>Rogers, AR 72756-9615 | Kim McKnight<br>One Falling Water, LLC<br>PO Box 8010<br>Bentonville AR 72712-8010 | $5,607.42 |
| TX047 | 17225 El Camino Real<br>Suite 350<br>Houston, TX 77058<br><br>(Dark) | Onyx One Partnership, Ltd.<br>17225 El Camino Real<br>Suite 405<br>Houston, TX 77058 | Onyx One Partnership, Ltd.<br>17225 El Camino Real<br>Suite 405<br>Houston, TX 77058 | $11,471.25 |
| WA011 | 4700 42nd Avenue SW<br>Suite 580<br>Seattle, WA 98116<br><br>(Dark) | Pan Pacific (Jefferson Square) LLC<br>PO Box 100541<br>Pasadena, CA 91189-0541 | Jennifer Otis<br>Pan Pacific (Jefferson Square) LLC<br>PO Box 100541<br>Pasadena, CA 91189-0541 | $3,887.25 |
| WI001 | 7401 104th Avenue Suite 160<br>Kenosha, WI 53142<br><br>(Dark) | Mills Enterprises, LLC<br>4015 80th Street<br>Kenosha, WI 53142 | Len Browne<br>Mills-Berwick<br>4015 80th Street<br>Kenosha, WI 53142 | $16,059.33 |
| WI002 | 20800 Swenson Drive<br>Waukesha, WI 53186<br><br>(Dark) | Edward R Valerio<br>Liberty Property Trust<br>11414 West Park Place<br>Milwaukee, WI 53224 | Edward Valerio<br>Liberty Property LP<br>PO Box 828438<br>Philadelphia, PA 19182-8438 | $4,540.25 |