# EXHIBIT B

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| Lease ID | Lease Location | Landlord Name | Rent Paid to/Property Manager | Monthly Rent |
|---|---|---|---|---|
| AZ001 | 3125 S. Price Road Suite 120 Chandler, AZ 85248 | RE/Max Elite Realty 3125 South Price Road Chandler, AZ 85248 | RE/Max Elite Realty 3125 South Price Road Chandler, AZ 85248 | $1,250.00 |
| AZ002 | 1300 West University Avenue Suites 100 and 110 Flagstaff, AZ 86001 | Dennis Kelly Coldwell Banker Commercial NARICO 1120 W University Suite 200 Flagstaff, AZ 86001 | Dennis Kelly San Francisco Professional Building 1120 W University Suite 200 Flagstaff, AZ 86001 | $7,641.27 |
| AZ005 | 309 S. Lake Havasu Avenue Suite 101 Lake Havasu City, AZ 86403 | Pat Brown Shay LLC PO Box 1105 Lake Havasu City, AZ 86405 | Pat Brown Shay LLC PO Box 1105 Lake Havasu City, AZ 86405 | $3,833.32 |
| AZ008 | 4250 E. Camelback Road Suite K190 Phoenix, AZ 85018 | Teresa Loumena Camel Square, LLC 4222 E. Camelback Road Phoenix, AZ 85018 | Camel Square LLC PO Box 15730 Scottsdale, AZ 85267 | $7,096.71 |
| AZ012 | 7373 E. Doubletree Ranch Rd. Scottsdale, AZ 85258 | Gainey Ranch Financial Limited Partnership 11811 N. Tatum Blvd. Suite P-118 Phoenix, AZ 85028 | Andrea Kern Gainey Ranch Tower, LLC PO Box 29675 Phoenix, AZ 85038-9675 | $2,892.66 |
| AZ013 | 1600 West Broadway Road Suite 150 Tempe, AZ 85282 | Monica Dean Southwest Corporate Center 11235 SE 6th Street Bellevue, WA 98004 | Monica Dean Southwest Corporate Center 11235 SE 6th Street Bellevue, WA 98004 | $6,202.77 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | |
|---|---|---|---|
| AZ014 | 301 West Warner Road<br>Suite 133<br>Tempe, AZ 85284 | Denali National Trust, Inc.<br>8383 E Evans Road<br>Scottsdale, AZ 85260 | Mary Hislop<br>Hannay Investment Corporation<br>2999 N. 44th Street<br>Phoenix, AZ 85018 | $6,070.95 |
| AZ016 | 5210 E. Williams Circle<br>Suite 500<br>Tucson, AZ 85711 | Kandace Cowen<br>WC Partners<br>Unit 1, PO Box 51180<br>Los Angeles, CA 90051-5480 | Kandace Cowen<br>WC Partners<br>Unit 1, PO Box 51180<br>Los Angeles, CA 90051-5480 | $4,819.56 |
| AZ017 | 4225 W. Glendale Avenue<br>Suite A-200, Office 8<br>Phoenix, AZ 85051 | Stan A. Wesolek<br>American Executives<br>International Realty, Inc.<br>4225 W. Glendale Avenue<br>Phoenix, AZ 85051 | Stan A. Wesolek<br>American Executives<br>International Realty, Inc.<br>4225 W. Glendale Avenue<br>Phoenix, AZ 85051 | $650.00 |
| AZ018 | 1880 Lucille Avenue<br>Suite 3<br>Kingman, AZ 86401 | Jim or Molly Woods<br>Woods Appraisal Services, Inc.<br>1880 Lucille Avenue<br>Kingman, AZ 86401 | Diane Busha<br>Molly N. Woods<br>1880 Lucille Avenue<br>Kingman, AZ 86401 | $1,050.00 |
| AZ020 | 1355 S. Higley Road<br>Suite 112<br>Higley, AZ 85236 | Higley Gold, LLC<br>2005 W. Mesquite Street<br>Chandler, AZ 85224 | Higley Gold, LLC<br>2005 W. Mesquite Street<br>Chandler, AZ 85224 | $2,370.71 |
| CA001 | 1620 Mill Rock Way<br>Suite 500<br>Bakersfield, CA 93309 | Jim Aguilar<br>Dean and Adah Gay Family, LP<br>5001 California Avenue<br>Suite 100<br>Bakersfield, CA 93309 | Jim Aguilar<br>Dean and Adah Gay Family, LP<br>5001 California Avenue<br>Suite 100<br>Bakersfield, CA 93309 | $4,509.61 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | |
|---|---|---|---|
| CA005 | 40 Constitution Drive<br>Suite E<br>Chico, CA 95973 | Cecil Robbins and Teri Robbins<br>17615 Winding Creek<br>Salinas, CA 93908 | Cecil Robbins<br>PO Box 8525<br>Chico, CA 95927 | $3,566.00 |
| CA006 | 2300 Clayton Road, Suite 1540<br>Concord, CA 94520 | RREEF Management Company<br>2300 Clayton Road<br>Concord, CA 94520 | Michell Mansfield<br>RREEF America REIT III Corp. B<br>75 Remittance Drive<br>Chicago, IL 60675-6007 | $5,973.60 |
| CA013 | 7100 N. Financial Drive<br>Suite 103<br>Fresno, CA 93720 | Thomason Development Co.<br>7090 North Marks<br>Fresno, CA 93711 | Thomason Development Co.<br>7090 North Marks<br>Fresno, CA 93711 | $4,178.73 |
| CA028 | 42402 10th Street West<br>Lancaster, CA 93534 | Homebased Realty<br>42402 10th Street West<br>Lancaster, CA 93534 | Homebased Realty<br>42402 10th Street West<br>Lancaster, CA 93534 | $675.00 |
| CA037 | 3602 Inland Empire Blvd.<br>Suite C310-300<br>Ontario, CA 91764 | MHW Realty, Ltd.<br>1600 Huntington Drive<br>South Pasadena, CA 91030 | Rhonda Panton<br>MHW Realty, Ltd.<br>492 West Foothill Blvd.<br>Claremont, CA 91711 | $8,527.00 |
| CA038 | 333 City Boulevard West<br>Suite 2120<br>Orange, CA 92868 | Property Manager<br>EOP-Bixby Ranch, L.L.C.<br>333 City Boulevard West<br>Suite 200<br>Orange, CA 92868 | Terri Allen<br>Equity Office Properties Trust<br>LA<br>Dept: 15270-23782<br>PO Box 601046<br>Los Angeles, CA 90060-1046 | $6,560.70 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | | |
|---|---|---|---|---|
| CA039 | 500 Esplanade Drive<br>Suite 740<br>Oxnard, CA 93030<br><br>(Dark) | Ivonne Flores<br>Duesenberg Investment<br>Company<br>Dept LA22159<br>Pasadena CA 91185-2159 | Ivonne Flores<br>Duesenberg Investment<br>Company<br>Dept LA22159<br>Pasadena CA 91185-2159 | $5,563.12 |
| CA041 | 41228 12th Street West<br>Suites C and D<br>Palmdale, CA 93551 | Laura Bank<br>Los Angeles Farm Bureau<br>41228 12th Street<br>Palmdale, CA 93551 | Laura Bank<br>Los Angeles Farm Bureau<br>41228 12th Street<br>Palmdale, CA 93551 | $3,043.35 |
| CA044 | 7901 Stoneridge Drive<br>Suite 540<br>Pleasanton, CA 94588 | Faith Laurie<br>Hacienda MD 7901, LLC<br>7901 Stoneridge Drive<br>Pleasanton, CA 94588 | Kirstie Morphy<br>Hacienda MD 7901, LLC<br>Department 33642<br>San Francisco, CA 94139 | $7,763.55 |
| CA047 | 5225 Canyon Crest Drive<br>Building 300, Suite 350<br>Riverside, CA 92507 | Canyon Crest Towne Centre<br>LLC<br>5225 Canyon Crest Drive<br>Riverside, CA 92507 | Canyon Crest Towne Centre<br>LLC<br>5225 Canyon Crest Drive<br>Riverside, CA 92507 | $832.50 |
| CA049 | 1215 K Street<br>17th Floor, #1742<br>Sacramento, CA 95814 | Dee Dee Doran<br>Regus<br>1215 K Street<br>Sacramento, CA 95814 | Dee Dee Doran<br>Regus<br>1215 K Street<br>Sacramento, CA 95814 | $1,602.81 |
| CA050 | 1860 Howe Avenue<br>Suites 106 and 140<br>Sacramento, CA 95825 | KW Fund II<br>2121 N California Blvd.<br>Walnut Creek, CA 94596 | Angela Hall<br>KW Fund II<br>2121 N California Blvd.<br>Walnut Creek, CA 94596 | $11,249.55 |

**EXHIBIT B**

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | |
|---|---|---|---|
| CA062 | 7556 Shoreline Drive<br>Stockton, CA 95219 | Crestwood Behavioral Health, Inc.<br>520 Capital Mall<br>Sacramento, CA 95814 | Margarita Roseno<br>Crestwood Behavioral Health, Inc.<br>7590 Shoreline Drive<br>Stockton, CA 95219 | $3,675.75 |
| CA065 | 24300 Town Center Drive<br>Suites 230, 240<br>Valencia, CA 91355 | California State Teachers Retirement System c/o Thomas Properties Group LLC<br>355 South Grand Avenue<br>Suite 2820<br>Los Angeles, CA 90071 | Cheryl Cross<br>CSDV, LP<br>PO Box 100258<br>Pasadena, CA 91189-0258 | $12,310.98 |
| CA069 | 6528 Greenleaf Avenue<br>Suite 109<br>Whittier, CA 90601 | Beverly Ball<br>Atrium Business Court<br>6528 Greenleaf Avenue<br>Whittier, CA 90601 | Fry Office Products, Inc.<br>Atrium Business Court<br>6528 Greenleaf Avenue<br>Whittier, CA 90601 | $2,340.00 |
| CA072 | 416 Center Street<br>Yuba City, CA 95991 | George and Shannon Selland<br>PO Box 1420<br>Yuba City, CA 95992 | George and Shannon Selland<br>PO Box 1420<br>Yuba City, CA 95992 | $2,125.00 |
| CA075 | 3760 Kilroy Airport Way<br>Suite 520<br>Long Beach, CA 90806 | Kilroy Realty L.P.<br>12200 W. Olympic Boulevard<br>Los Angeles, CA 90064 | Sandra Beach<br>Kilroy Realty, L.P.<br>12200 W. Olympic Boulevard<br>Los Angeles, CA 90064 | $8,190.29 |
| CA077 | 1350 Arnold Drive<br>Suite 200<br>Martinez, CA 94553 | Kelly Arrigan<br>Cranbrook Realty Investment Fund, LP<br>4710 Sisk Road<br>Modesto, CA 95356 | Kelly Arrigan<br>Cranbrook Realty Investment Fund, LP<br>4710 Sisk Road<br>Modesto, CA 95356 | $1,338.65 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | |
|---|---|---|---|
| CA086 | 100 North Barranca Avenue Suite 350 West Covina, CA 91791 | Office of the Building Eastland Tower Partnership 100 North Barranca Avenue Suite 900 West Covina, CA 91791-1600 | Wang Lee Eastland Tower Partnership 100 North Barranca Avenue Suite 900 West Covina, CA 91791-1600 | $13,636.70 |
| CO003 | 3734 Astrozon Boulevard Colorado Springs, CO 80910 | Town and Country Realty, Inc. 3734 Astrozon Boulevard Colorado Springs, CO 80910 | Town and Country Realty, Inc. 3734 Astrozon Boulevard Colorado Springs, CO 80910 | $750.00 |
| CO004 | 5555 Tech Center Drive Suite 100 Colorado Springs, CO 80919 | Westminster Tech II c/o Sierra Properties 1150 Academy Park Loop #104 Colorado Springs, CO 80910 | Westminster Tech II c/o Sierra Properties 1150 Academy Park Loop #104 Colorado Springs, CO 80910 | $4,061.50 |
| CO005 | 823 Cheyenne Meadows Road Suite 200 Colorado Springs, CO 80906 | Coldwell Banker Cheyenne Mountain Realty 823 Cheyenne Meadows Road Colorado Springs, CO 80906 | Cheyenne Mountain Realty, Inc 823 Cheyenne Meadows Road Colorado Springs, CO 80906 | $825.00 |
| CO006 | 4700 South Syracuse Suite 310 Denver, CO 80237 | Ronald Lunt HTL-Acquisitions, LLC 300 Park Blvd., Suite 500 Itasca, IL 60143-2636 | Katherine Smith HTL-Acquisitions, LLC 300 Park Blvd., Suite 500 Itasca, IL 60143-2636 | $4,350.00 |
| CO010 | 300 Sunny Glen Court Box 5044 Woodland Park, CO 80866 | Remax Performance, Inc. 300 Sunny Glen Court Woodland Park, CO 80866 | Remax Performance, Inc. 300 Sunny Glen Court Woodland Park, CO 80866 | $825.00 |

**EXHIBIT B**

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | |
|---|---|---|---|
| DC002 | 201 Massachusetts Ave., NE<br>Suite C-3<br>Washington, DC 20002 | Shewer Karin<br>816 Connecticut Ave., L.P.<br>1185 Avenue of the Americas<br>18th Floor<br>New York, NY 10036 | Justin L. Ruble<br>816 Connecticut Avenue, L.P.<br>PO Box 9486<br>Uniondale, NY 11555-9486 | $4,350.00 |
| FL005 | 9415 Sunset Drive, Suite 210<br>Miami, FL 33173 | Kathy Frazier<br>One Grand Park<br>210 Park Avenue<br>Oklahoma City, OK 73102 | Kathy Frazier<br>One Grand Park<br>210 Park Avenue<br>Oklahoma City, OK 73102 | $3,534.86 |
| FL007 | 11780 U.S. Highway One<br>North Palm Beach, FL 33408 | Prism Partners, LLC<br>2121 S. Columbia<br>Tulsa, OK 74114 | Prism Partners, LLC<br>2121 S. Columbia<br>Tulsa, OK 74114 | $23,274.06 |
| FL012 | 550 North Reo Street<br>Suite 108<br>Tampa, FL 33609 | Anissa Eckert<br>Greentree Foster Plaza Associates<br>Foster Plaza 9<br>Pittsburgh, PA 15220 | Anissa Eckert<br>Greentree Foster Plaza Associates<br>Foster Plaza 9<br>Pittsburgh, PA 15220 | $3,046.95 |
| FL013 | 12230 Forest Hills Boulevard<br>Suite 162<br>Wellington, FL 33414 | Keith Jim<br>Landmark Center<br>903 N 47th Street<br>Rogers, AR 72756-9615 | Kim McKnight<br>One Falling Water, LLC<br>PO Box 8010<br>Bentonville AR 72712-8010 | $596.40 |
| FL016 | 3820 Colonial Boulevard<br>Suite 102<br>Fort Myers, FL 33966 | Onyx One Partnership, Ltd.<br>17225 El Camino Real<br>Suite 405<br>Houston, TX 77058 | Onyx One Partnership, Ltd.<br>17225 El Camino Real<br>Suite 405<br>Houston, TX 77058 | $6,564.31 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | |
|---|---|---|---|
| GA005 | 4188 Highway 53 Suite 101<br>Hoschton, GA  30548 | Pan Pacific (Jefferson Square) LLC<br>PO Box 100541<br>Pasadena, CA  91189-0541 | Jennifer Otis<br>Pan Pacific (Jefferson Square) LLC<br>PO Box 100541<br>Pasadena, CA  91189-0541 | $900.00 |
| GA006 | 114 Town Park Drive<br>Suite 150<br>Kennesaw, GA  30144 | Mills Enterprises, LLC<br>4015 80th Street<br>Kenosha, WI  53142 | Len Browne<br>Mills-Berwick<br>4015 80th Street<br>Kenosha, WI  53142 | $4,031.25 |
| GA007 | 512 Eagle's Landing Parkway<br>Stockbridge, GA  30281 | Edward R Valerio<br>Liberty Property Trust<br>11414 West Park Place<br>Milwaukee, WI  53224 | Edward Valerio<br>Liberty Property LP<br>PO Box 828438<br>Philadelphia, PA  19182-8438 | $6,314.48 |
| GA008 | 300 Village Green Circle<br>Suite 112<br>Smyrna, GA  30083 | Fourth Quarter Properties<br>45 Ansley Drive<br>Newnan, GA  30263 | Fourth Quarter Properties<br>PO Box 933380<br>Atlanta, GA  31193-3380 | $2,332.40 |
| GA009 | 327 Eisenhower Drive<br>Suite 100<br>Savannah, GA  31406 | Gary M. Wisenbaker<br>Libroha, LLC<br>327 Eisenhower Drive<br>Savannah, GA  31406 | Libroha, LLC<br>PO Box 15298<br>Savannah, GA  31406 | $2,800.00 |
| HI002 | 707 Richards Street<br>Suite PH3<br>Honolulu, HI  96813 | Kathy Arakawa<br>OVC Properties, LLC<br>PO Box 31000<br>Honolulu, HI  96849-5529 | Kathy Arakawa<br>OVC Properties, LLC<br>PO Box 31000<br>Honolulu, HI  96849-5529 | $8,041.57 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | |
|---|---|---|---|
| IL003 | 414 North Orleans Street<br>Suite 601<br>Chicago, IL 60610 | Dora Davis<br>O.P., LLC<br>351 West Hubbard Street<br>Chicago, IL 60610 | Dora Davis<br>O.P., LLC<br>351 West Hubbard Street<br>Chicago, IL 60610 | $8,412.05 |
| IL009 | 1900 Spring Road<br>Suite 530<br>Oak Brook, IL 60523 | Patricia Richardson<br>Board of Admin. for Police/Fire Dept.<br>13238 Collection Center Drive<br>Chicago, IL 60693 | Patricia Richardson<br>Board of Admin. for Police/Fire Dept.<br>13238 Collection Center Drive<br>Chicago, IL 60693 | $5,907.14 |
| IL011 | 1375 E. Woodfield Road<br>Suite 550<br>Schaumburg, IL 60173 | Timothy Casey<br>AGF Woodfield Owner L.L.C.<br>1077 Paysphere Circle<br>Chicago, IL 60674 | Timothy Casey<br>AGF Woodfield Owner L.L.C.<br>1077 Paysphere Circle<br>Chicago, IL 60674 | $13,101.67 |
| IL015 | 1300 East Woodfield Road<br>Suite 210<br>Schaumburg, IL 60173 | The Granite Center LLC<br>5616 Paysphere Circle<br>Chicago, IL 60674 | Kathy Potter<br>The Granite Center LLC<br>5616 Paysphere Circle<br>Chicago, IL 60674 | $8,087.05 |
| IN002 | 8365 Keystone Crossing<br>Suite 104<br>Indianapolis, IN 46240 | 8300, LLC<br>8395 Keystone Crossing<br>Indianapolis, IN 46240 | 8300, LLC<br>8395 Keystone Crossing<br>Indianapolis, IN 46240 | $8,885.00 |
| IN004 | 11035 Broadway, Suite E<br>Crown Point, IN 46307 | Rossman & Associates, Inc.<br>11045 Broadway<br>Crown Point, IN 46307 | Rossman & Associates, Inc.<br>11045 Broadway<br>Crown Point, IN 46307 | $4,652.00 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | |
|---|---|---|---|
| KY001 | 950 Breckenridge Lane<br>Suite 220<br>Louisville, KY 40207 | MRI Springs Portfolio, LLC<br>4128 Reliable Parkway<br>Chicago, IL 60686-0041 | MRI Springs Portfolio, LLC<br>4128 Reliable Parkway<br>Chicago, IL 60686-0041 | $4,106.88 |
| LA002 | 4530 Barkdale Boulevard<br>Suite A<br>Bossier City, LA 71112 | Terri Jones<br>KeyLime South LLC<br>PO Box 0142<br>Benton, LA 71006 | Terri Jones<br>KeyLime South LLC<br>PO Box 0142<br>Benton, LA 71006 | $1,230.00 |
| LA005 | 707 Benton Road<br>Suite 100<br>Bossier City, LA 71111 | Donald L. Wilson<br>707 Benton Road Corporation<br>707 Benton Road, Suite 125<br>Bossier City, LA 71111 | Donald L. Wilson<br>707 Benton Road Corporation<br>707 Benton Road, Suite 125<br>Bossier City, LA 71111 | $2,200.00 |
| MA005 | 136 Turnpike Road<br>Suite 120<br>Southborough, MA 01772 | William Depietri<br>136 Turnpike Road LLC<br>259 Turnpike Road<br>Southborough, MA 01772 | William Depietri<br>136 Turnpike Road LLC<br>259 Turnpike Road<br>Southborough, MA 01772 | $5,519.38 |
| MA008 | 27 Home Depot Drive<br>Plymouth, MA 02360 | Helge LLC<br>PO Box 316<br>Sharon, MA 02067 | David Gilvar<br>Helge LLC<br>PO Box 316<br>Sharon, MA 02067 | $6,069.63 |
| MI002 | 17197 N. Laurel Park Drive<br>Suite 551<br>Livonia, MI 48152 | Levine Douglas<br>Laurel Office Park III, LLC<br>17197 N Laurel Park Drive<br>Livonia, MI 48152 | Levine Douglas<br>Laurel Office Park III, LLC<br>17197 N Laurel Park Drive<br>Livonia, MI 48152 | $4,887.67 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | | |
|---|---|---|---|---|
| MI003 | 2800 Livernois Road<br>Suite 160<br>Troy, MI 48083 | Mary McLean<br>Osprey Troy Officentre, LLC<br>7600 Grand River Avenue<br>Brighton, MI 48114 | Mary McLean<br>Osprey Troy Officentre, LLC<br>7600 Grand River Avenue<br>Brighton, MI 48114 | $4,661.75 |
| MO001 | 17107 Chesterfield Airport Rd.<br>Suite 140<br>Chesterfield, MO 63005 | THF / TMI Chesterfield Office<br>Development, 313-1402127<br>Innerbelt Business Center<br>Suite 200<br>St. Louis, MO 63144 | THF / TMI Chesterfield Office<br>Development, 313-1402127<br>Innerbelt Business Center<br>Suite 200<br>St. Louis, MO 63144 | $3,070.43 |
| MO002 | 3101 Broadway, Suite 960<br>Kansas City, MO 64111 | Broadway Center Associates<br>LP<br>3101 Broadway, Ste 300<br>Kansas City, MO 64111 | Broadway Center Associates<br>LP<br>3101 Broadway, Ste 300<br>Kansas City, MO 64111 | $4,010.85 |
| MO005 | 12813 Flushing Meadows Dr.<br>Suite 170<br>Town & Country, MO 63131 | Town & Country Investors, LLC<br>8860 Ladue Road, Suite 200<br>St. Louis, MO 63124 | Lisa Goodlet<br>Broadway Center Associates,<br>LP<br>3101 Broadway<br>Kansas City, MO 64111 | $5,596.85 |
| MT003 | 3203 Third Avenue North<br>Suite 303<br>Billings, MT 59101 | KTVQ Communications, Inc.<br>3203 Third Avenue North<br>Billings, MT 59101 | Tammy<br>KTVQ Communications, Inc.<br>3203 Third Avenue North<br>Billings, MT 59101 | $605.00 |
| NC004 | 99 Edgewood Road, Unit E<br>Asheville, NC 28804 | Chris Peterson<br>Peterson Family Limited<br>Partnership<br>PO Box 8841<br>Asheville, NC 28814 | Chris Peterson<br>Peterson Family Limited<br>Partnership<br>PO Box 8841<br>Asheville, NC 28814 | $2,300.00 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | | |
|---|---|---|---|---|
| NJ003 | 99 Cherry Hill Road<br>Suite 110<br>Parsippany, NJ 07054 | Rex 99 Cherry Hill Road SPE LLC<br>625 RexCorp Plaza<br>Uniondale, NY 11556 | Gerri DiMaio<br>Rex 99 Cherry Hill Road SPE LLC<br>PO Box 30983<br>New York, NY 10087-30983 | $7,194.07 |
| NJ007 | 4400 Route 9 South<br>Suite 1000 Ofc 34 and 43<br>Freehold, NJ 07728 | HQ Global Workplaces LLC<br>15305 North Dallas Parkway<br>Addison, TX 75001 | Alexandra Fanizzo<br>HQ Global Workplaces, Inc.<br>4400 Route 9 South Suite 1000<br>Freehold, NJ 07728 | $3,395.50 |
| NM002 | 6565 Americas Parkway<br>Suite 630<br>Albuquerque, NM 87110 | Lisa Gutierrez<br>Hines Interests Limited Partnership<br>2800 Post Oak Blvd, 49th Floor<br>Houston, TX 77056 | HAPS #3 LP<br>P O Box 911429<br>Dallas, TX 75391-1429 | $12,228.21 |
| NM003 | 4801 North Butler Avenue<br>Building O, Suite 1101<br>Farmington, NM 87401 | Jomahaka Properties, LLC<br>4431 Cardon Drive<br>Farmington, NM 87401 | Harvey Crowley<br>Jomahaka, LLC<br>4431 Cardon Drive<br>Farmington, NM 87401 | $1,256.00 |
| NV002 | 7674 West Lake Mead Blvd.<br>Suite 110<br>Las Vegas, NV 89128 | United Insurance Company of America<br>2550 S Rainbow Blvd Ste 200<br>Las Vegas, NV 89102 | Wanda Flathers<br>United Insurance Company of America<br>7674 W Lake Mead Blvd<br>Las Vegas, NV 89128 | $5,098.80 |
| NV004 | 6548 S. McCarran Blvd.<br>Unit B<br>Reno, NV 89509 | Diane Valentine<br>Joseph & Diane Valentine<br>PO Box 305<br>Minden, NV 89423 | Diane Valentine<br>Joseph & Diane Valentine<br>PO Box 305<br>Minden, NV 89423 | $4,670.00 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | |
|---|---|---|---|
| NY004 | 1140 Avenue of the Americas<br>Suite 1601<br>New York, NY 10036 | Robert Rasania<br>RP Stellar 1140 Fee Owner LLC<br>156 Williams Street<br>New York, NY 10038 | Robert Rasania<br>RP Stellar 1140 Fee Owner LLC<br>156 Williams Street<br>New York, NY 10038 | $9,060.83 |
| NY006 | 201 Edward Curry Avenue<br>Suite 105<br>Staten Island, NY 10314 | Margie Morales<br>Addwel, LLC<br>201 Edward Curry Avenue<br>Staten Island, NY 10314 | Margie Morales<br>Addwel, LLC<br>201 Edward Curry Avenue<br>Staten Island, NY 10314 | $8,258.83 |
| OH005 | 4700 Rockside Road<br>Suite 525<br>Independence, OH 44131 | Summit Office Park LLC<br>PO Box 72391<br>Cleveland, OH 44192-0391 | Collins Denise<br>Summit Office Park LLC<br>PO Box 72391<br>Cleveland, OH 44192-0391 | $5,115.99 |
| OH007 | 769 E. Main Street<br>Chillicothe, OH 45601 | Taylor Rental Properties, LLC<br>769 E Main Street<br>Chillicothe, OH 45601 | John Taylor<br>Taylor Rental Properties<br>769 E Main Street<br>Chillicothe, OH 45601 | $700.00 |
| OR003 | 126 Market<br>Suite 2<br>Coos Bay, OR 97420 | Paula Weber<br>Market Street Properties, LLC<br>350 2nd Street<br>Coos Bay, OR 97420 | Market Street Properties, LLC<br>350 N 2nd Street<br>Coos Bay, OR 97420 | $375.00 |
| OR009 | 2015 North West 39th Street<br>Suite 300<br>Lincoln, OR 97367 | Doug Bean & Associates Inc<br>101 SW Main Street<br>Portland, OR 97204 | Jon Bradford<br>Doug Bean & Associates Inc.<br>101 SW Main<br>Portland, OR 97204 | $581.18 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | |
|---|---|---|---|
| OR014 | 14945 S.W. Sequoia Parkway<br>Suite 150<br>Portland, OR 97224 | Leslie Girard<br>Prudential N.W. Property<br>Relocation & Business Dev203<br>SE Park Plaza Drive<br>Vancouver, WA 98684 | Leslie Girard<br>Prudential N.W. Property<br>Relocation & Business Dev203<br>SE Park Plaza Drive<br>Vancouver, WA 98684 | $500.00 |
| PA005 | 1200 Camp Hill Bypass<br>Suite 301<br>Camp Hill, PA 17011 | Corporate Property Services Manager<br>Washington Mutual Bank<br>1301 Second Avenue (WMC1007)<br>Seattle, WA 98101 | Washington Mutual Bank<br>1111 Third Avenue EET0421<br>Seattle, WA 98101 | $1,044.00 |
| PA006 | 356 N. Pottstown Pike<br>Exton, PA 19341 | Avellino Investment Properties, LLC<br>356 N Pottstown Pike<br>Exton, PA 19341 | Donald Avellino<br>Avellino Investment Properties, LLC<br>356 N Pottstown Pike<br>Exton, PA 19341 | $5,547.00 |
| PA007 | 1225 Carlisle Street<br>Suite 1<br>Hanover, PA 17331 | Madidka Enterprises<br>1 Industrial Drive<br>Hanover, PA 17331 | Victoria Collins<br>Madidka Enterprises LLC<br>One Industrial Drive<br>Hanover, PA 17731 | $1,289.17 |
| PA008 | 22-28 South Main Street<br>Suites 2B and 2D<br>Doylestown, PA 18901 | Main Street DYL Associates<br>220 Farm Lane<br>Doylestown, PA 18901 | Terry Blomgren<br>The Farm at Doylestown<br>220 Farm Lane<br>Doylestown, PA 18901 | $5,208.33 |
| PA009 | 951 Marcon Boulevard<br>Suite 6<br>Allentown, PA 18109 | Marcon Enterprises, LLC<br>28 Gibson Blvd<br>Clark, NJ 07066 | Rick Giordano<br>Marcon Enterprises, LLC<br>28 Gibson Blvd<br>Clark, NJ 07066 | $2,314.37 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | |
|---|---|---|---|
| SC003 | 6650 Rivers Avenue<br>Suite 201<br>North Charleston, SC 29406 | Keith Day<br>Charleston Executive Offices, Inc.<br>6650 Rivers Ave<br>North Charleston, SC 29406 | Keith Day<br>Charleston Executive Offices, Inc.<br>6650 Rivers Ave<br>North Charleston, SC 29406 | $4,000.00 |
| TN003 | 600B Frazier Drive<br>Suite 130<br>Franklin, TN 37067 | Donna Kiessel<br>American Home Mortgage Corp.<br>538 Broadhollow Road<br>Melville, NY 11747 | MaryAnn Rutledge<br>American Home Mortgage Corp.<br>538 Broadhollow Rd<br>Melville, NY 11747 | $7,306.50 |
| TX002 | 6836 Austin Center Blvd.<br>Suite 100<br>Austin, TX 78731 | CGLIC/SAR<br>8310 Capital Of Texas Highway North<br>Austin, TX 78731 | Kelly Smith<br>Prominent Northpointe LP<br>901 Mopac Expressway South<br>Austin, TX 78746 | $7,021.63 |
| TX005 | 1790 Lee Trevino<br>Suite 304<br>El Paso, TX 79936 | Keith Jackson<br>BS Joint Ventures, Inc.<br>109 N Oregon<br>El Paso, TX 79901 | Keith Jackson<br>BS Joint Ventures, Inc.<br>109 N Oregon<br>El Paso, TX 79901 | $2,729.59 |
| TX011 | 3050 Post Oak Blvd., Suite 660<br>Houston, TX 77056 | DRA Advisors LLC<br>220 East 42nd Street 27th Fl<br>New York, NY 10017 | Stacy Frings<br>DRA CRT Post Oak LP<br>PO Box 538281<br>Atlanta, GA 30353-8281 | $6,963.80 |
| TX013 | 860 Airport Freeway, Suite 509<br>Hurst, TX 76054 | Gilda F. Smith<br>Rainier Metroplex Partners,<br>LPPO Box 674012 Lock Box<br>Account #84169781Dallas TX<br>75267-4012 | Gilda F. Smith<br>Rainier Metroplex Partners,<br>LPPO Box 674012 Lock Box<br>Account #84169781Dallas TX<br>75267-4012 | $8,570.63 |

**EXHIBIT B**

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| TX015 | 1660 South Stemmons Frwy<br>Suite 350<br>Lewisville, TX 75067 | Vista North Partners, Ltd.<br>1660 S Stemmons<br>Lewisville, TX 75067 | Vista North Partners, Ltd.<br>1660 S Stemmons<br>Lewisville, TX 75067 | $5,887.00 |
|---|---|---|---|---|
| TX016 | 5225 S. Loop 289<br>Suite 118<br>Lubbock, TX 79464 | Tom Meek<br>3 West Group, Ltd.<br>PO Box 64537<br>Lubbock, TX 79464 | Tom Meek<br>3 West Group, Ltd.<br>PO Box 64537<br>Lubbock, TX 79464 | $1,815.33 |
| TX023 | 16414 San Pedro Avenue<br>Suite 745<br>San Antonio, TX 78232 | Debbie Phegley<br>Tomorrow 35 Oaks, LP<br>8710 Freeport Parkway<br>Irving, TX 75063 | Debbie Phegley<br>Tomorrow 35 Oaks, LP<br>8710 Freeport Parkway<br>Irving, TX 75063 | $8,526.69 |
| TX024 | 1777 NE Loop 410<br>Suite 912<br>San Antonio, TX 78217 | Equastone 1777 Tower,<br>LP 8910 University Center Lane<br>San Diego CA 92122 | Kerri Cervantes<br>Equastone<br>1777 Tower, L.P. 8910<br>University Center Lane,<br>San Diego, CA 92122 | $8,640.54 |
| TX026 | 2331 Williams Trace<br>Sugar Land, TX 77478 | F. Jonathan Dracos<br>EQY Invest First Colony Owner,<br>Ltd., LLP<br>1600 NE Miami Gardens Drive<br>North Miami Beach, FL 33179 | David Romero<br>EQY Invest First Colony Owner,<br>Ltd., LLP<br>PO Box 730373<br>Dallas, TX 75373-0373 | $3,114.70 |
| TX032 | 5022 Holly Road<br>Suites 104 and 106<br>Corpus Christi, TX 78411 | Construction & Restoration<br>Group, LLC<br>PO Box 81492<br>Corpus Christi, TX 78468-1492 | Construction & Restoration<br>Group, LLC<br>PO Box 81492<br>Corpus Christi, TX 78468-1492 | $3,776.25 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | |
|---|---|---|---|
| TX043 | 4090 Danville Drive, Suite F<br>Abilene, TX 79605 | Sunshine Investments – Harold Elledge c/o Foster & Company<br>4090 South Danville Drive<br>Suite G<br>Abilene, TX 79605 | Tammy W. Foster<br>Harold Elledge<br>4090 South Danville Drive<br>Abilene, TX 79605 | $980.00 |
| TX044 | 126 Amherst<br>Tyler, TX 75701 | J.A.B. Investments<br>1031 Pollard<br>Tyler, TX 75701 | J.A.B. Investments<br>1031 Pollard<br>Tyler, TX 75701 | $1,850.00 |
| TX045 | 4555 E. University Blvd.<br>Suite D-5<br>Odessa, TX 76765 | Parkway Shopping, Ltd.<br>13500 W Hwy 80 E<br>Odessa, TX 79765 | Richard Kelly<br>Parkway Shopping Ltd<br>13500 W Hwy 80 East<br>Odessa, TX 79765 | $1,900.00 |
| TX056 | 2501 N. Center Street<br>Suite 104<br>Bonham, TX 75418 | Thomas H. Turner & Tommie Sue Turner<br>Turner Business Complex<br>300 E Russell<br>Bonham, TX 75418 | Thomas Turner<br>Thomas H. Turner<br>300 E Russell<br>Bonham, TX 75418 | $350.00 |
| VA001 | 4401 Ford Avenue<br>Suite 1430<br>Alexandria, VA 22302 | Carmen Davis<br>Northwestern Mutual Life Insurance Company<br>4401 Ford Avenue<br>Alexandria, VA 22302 | Carmen Davis<br>Northwestern Mutual Life Insurance Company<br>PO Box 75091<br>Baltimore, MD 21275-5091 | $7,497.86 |
| VA004 | 2301 Kenstock Drive<br>Suite 101<br>Virginia Beach, VA 23454 | Ken Kolodziej<br>Kenstock Associates<br>2204 Hidden Creek Court<br>Virginia Beach, VA 23454 | Ken Kolodziej<br>Kenstock Associates<br>2301 Kenstock Drive<br>Virginia Beach, VA 23454 | $1,421.15 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | |
|---|---|---|---|
| VA005 | 5029 Corporate Woods Drive<br>Suite 200<br>Virginia Beach, CA 23462 | Hope Bonner<br>DBSI Corporate Woods Lease<br>Co LLC<br>PO Box 974335<br>Dallas, TX 75397-4335 | Hope Bonner<br>DBSI Corporate Woods Lease<br>Co LLC<br>PO Box 974335<br>Dallas, TX 75397-4335 | $4,085.93 |
| VA006 | 3917 Midlands Road<br>Building 2, Suite 100<br>Williamsburg, VA 23188 | Tracy Luck<br>Williamsburg Commercial<br>Investors Group One<br>3917 Midlands Rd #200<br>Williamsburg, VA 23188 | Tracy Luck<br>Williamsburg Commercial<br>Investors Group One<br>3917 Midlands Rd #200<br>Williamsburg, VA 23188 | $851.58 |
| WA002 | 11235 SE 6th Street<br>Building A-Suite 130<br>Bellevue, WA 98004 | BRCP Lincoln Plaza<br>c/o KG Investment<br>Management, LLC<br>11225 SE 6th St, Ste 215<br>Bellevue, WA 98004 | Jennifer McCormack<br>Principal Life Ins. Co. – 016510<br>PO Box 301111<br>Los Angeles, CA 90030-1111 | $14,392.18 |
| WA008 | 19000 33rd Avenue West<br>Suite 100<br>Lynnwood, WA 98037 | RF Colony Park III, LLC<br>1301 5th Avenue<br>Seattle, WA 98101 | Jeff Benoliel<br>RF Colony Park III, LLC<br>PO Box 3588<br>Seattle, WA 98124 | $7,307.00 |
| WA012 | 302 Ninth Street<br>Suite 200-202<br>Tacoma, WA 98402 | George How, Managing<br>Director<br>Music Box Associates, LLC c/o<br>Eric Cederstrand<br>1102 Commerce St Ste 300<br>Tacoma, WA 98402 | Herb Brooks<br>Music Box Associates, LLC<br>PO Box 11105 Dept #109<br>Tacoma, WA 98411 | $10,918.20 |
| WA016 | 201 N.E. Park Plaza Drive<br>Suite 286<br>Vancouver, WA 98684 | Park Plaza, Inc.<br>201 NE Park Plaza Drive<br>Vancouver, WA 98684 | Park Plaza, Inc.<br>201 NE Park Plaza Drive<br>Vancouver, WA 98684 | $850.00 |