**EXHIBIT D**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | |

**ORDER PURSUANT TO SECTIONS 356 AND 554 OF THE BANKRUPTCY
CODE (A) AUTHORIZING AND APPROVING THE REJECTION OF CERTAIN
UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND
(B) AUTHORIZING AND APPROVING PROCEDURES
FOR THE REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED
LEASES OF PERSONAL AND NON-RESIDENTIAL REAL PROPERTY**

Upon consideration of the motion (the "Motion")[2] of the Debtors for entry of an

order pursuant to sections 365 and 554 of the Bankruptcy Code authorizing and approving (a) the

rejection of certain unexpired leases of nonresidential real property and (b) procedures for

rejecting executory contracts and unexpired leases of personal and non-residential real property;

and it appearing that the relief requested is in the best interests of the Debtors' estates, their

creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this

matter pursuant to 28 U.S.C. §§ 147 and 1334; and it appearing that this Motion is a core

proceeding pursuant to 28 U.S.C. § 147; and adequate notice of the Motion and opportunity for

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc ), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L P (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R E O Corp , a California corporation; New Century R E O II Corp , a California corporation; New Century R E O III Corp , a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L P , a Delaware limited partnership

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

objection having been given, with no objections or requests for hearing having been filed; and it appearing that no other notice be given; and after due deliberation and sufficient cause therefore,

### NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      The leases identified in Exhibit "A" hereto are hereby rejected with rejection effective, nunc pro tunc, as of April 2, 2007, the date of filing of the Petition.

3.      The leases identified on Exhibit "B" hereto are hereby rejected with rejection effective the later of (i) April 30, 2007 or (ii) the date the Debtors unequivocally relinquished control of the premises to the affected landlord by turning over keys or "key codes" to the affected landlord.

4.      The Rejection Procedures are approved in connection with the rejection of any executory contract, lease or sublease, or interest in such lease or sublease of the Debtors during the Cases as follows:

a.      The Debtors will file a notice to reject any such executory contract, lease or sublease, or interest in such lease or sublease, pursuant to section 365 of the Bankruptcy Code (the "Notice"), and will serve the Notice via overnight delivery service upon (i) United States Trustee; (ii) counsel to Greenwich Capital Financial Products, Inc. ("Greenwich") and The CIT Group/Business Credit, Inc. ("CIT"), the Debtors' proposed post-petition senior secured lenders; (iii) counsel to the Official Committee of Unsecured Creditors (the "Creditors Committee") (if any); (iv) the contract counter-party or landlord(s) affected by the Notice; and (v) any other parties in interest to the executory contract or lease, including subtenants, if any, sought to be rejected by the Debtors, (collectively, the "Service Parties"), advising such parties of the Debtors' intent to reject

2

the specified executory contract, lease, sublease or interest, as well as the deadlines and procedures for filing objections to the Notice (as set forth below). If the Notice is issued by the Debtors prior to the effective date of a plan of reorganization, the affected executory contract, lease, sublease or interest in such lease or sublease shall be deemed to be subject to a motion to reject for all purposes.

        b.      The Notice shall be in the form of <u>Exhibit C</u> to the Motion, and shall set forth the following information to the best of the Debtors' knowledge, as applicable: (i) the street address of the real property underlying the lease and/or sublease, the interest in such personal property lease or sublease or the type of executory contract which the Debtors seek to reject; (ii) the Debtors' monthly payment obligation, if any, under the contract, lease or sublease or interest in such lease or sublease; (iii) the remaining term of the contract, lease or sublease or interest in such lease or sublease; (iv) the name and address of the contract counter-party, landlord and/or subtenant; (v) a general description of the terms of the executory contract or lease; and (vi) a disclosure describing the procedures for filing objections, if any.

        c.      Should a party in interest object to the proposed rejection by the Debtors of an executory contract lease or sublease or interest in such lease or sublease, such party must file and serve a written objection so that such objection is filed with this Court and is actually received by the following parties (collectively, the "Notice Parties") no later than ten (10) days after the date the Debtors serve the Notice; (i) counsel to the Debtors: O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071-2899, Attn: Suzzanne S. Uhland, Esq., and Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801, Attn: Mark D.

3

Collins, Esq. (ii) counsel to the Creditors' Committee, if any; and (iii) the Office of the United States Trustee.

   d.  Absent an objection being filed in compliance with subparagraph (c) of this order, the rejection of such executory contract, lease or sublease, or interest in such lease or sublease, shall become effective ten (10) days from the date the Notice was served on the Service Parties (the "Rejection Date") without further notice, hearing or order of this Court; provided, however, that with respect to leases or subleases for non-residential real property, such rejection shall become effective on the later of (x) the Rejection Date or (y) the date the Debtors unequivocally relinquished control of the premises to the affected landlord by turning over keys or "key codes" to the affected landlord (the "NRP Lease Rejection Date").

   e.  If a timely objection is filed that cannot be resolved, the Court will schedule a hearing to consider the objection only with respect to the rejection of any executory contract, lease or sublease, or interest in such lease or sublease, as to which an objection is properly filed and served. If the Court upholds the objection and determines the effective date of rejection of such executory contract, lease or sublease, or interest in such lease or sublease, that date shall be the rejection date. If such objection is overruled or withdrawn or the Court does not determine the date of rejection, the rejection date of such executory contract, lease or sublease, or interest in such lease or sublease shall be deemed to have occurred on the Rejection Date or the NRP Lease Rejection Date, as applicable.

   f.  If the Debtors have deposited monies with a lessor or contract counter-party as a security deposit or other arrangement, such lessor or contract counter-

4

party may not setoff or otherwise use such deposit without the prior authority of the Court.

g.     With respect to any personal property of the Debtors located at any of the premises subject to any Notice, the Debtors shall remove such property prior to the expiration of the period within which a party must file and serve a written objection pursuant to section (c) above. If the Debtors determine that the value of the property at a particular location has a de minimis value or cost of removing the property exceeds the value of such property, the Debtors shall generally describe the property in the Notice and, absent a timely objection, the property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, where is, effective as of the date of the rejection of the underlying unexpired lease.

5.     The Rejection Procedures shall not apply to Servicing Agreements. If the Debtors seek to reject a Servicing Agreement, the Debtors will file a separate motion and give notice and an opportunity to be heard by the trustees under such Securitization Document and the effective date of rejection of a Servicing Agreement shall be not earlier than thirty (30) days after the order approving such rejection becomes final unless the Court shortens such time.

6.     The Debtors, as well as their officers, employees, consultants and agents, are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

7.     Upon the rejection of an executory contract, lease or sublease, or interest in such lease or sublease, pursuant to this order, all affected parties to such rejected executory contract, lease and/or sublease, or interest in such lease or sublease, shall be required to file a rejection damages claim, if any, by the later of (i) the claims bar date established in these reorganization cases, if any; and (ii) thirty (30) days after the Rejection Date.

5

8.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2007
          Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

6

**EXHIBIT A**

## EXHIBIT A

Unexpired Leases of Nonresidential Real Property to be Rejected on the Petition Date

| Lease ID | Lease Location | Landlord Name | Rent Paid to/Property Manager | Monthly Rent |
|---|---|---|---|---|
| CA081 | Heacock Business Center 13800 Heacock Street, C230 Moreno Valley, CA 92553 (Pending/Active) | Heacock Business Center, LLC 320 North E Street, Suite 101 San Bernardino CA 92401 | Heacock Business Center, LLC 320 North E Street, Suite 101 San Bernardino, CA 92401 | $5,013.53 |
| CA076 | 810 C. Street, Suite 4 Galt, CA 95632 (Subleased) | Ronald Tucker 810 C Street Ste 1 Galt, CA 95632 | Sharon L. Tucker 810 C Street Ste 1 Galt CA 95632 | $1,350.00 |
| MN002 | 1270 Northland Drive Suite 385 Mendota Heights, MN 55120 (Subleased) | Bill Zimmerman Mendota Office Holdings, LLC NW 7918, PO Box 1450 Minneapolis MN 55485-7918 | Bill Zimmerman Mendota Office Holdings, LLC NW 7918, PO Box 1450 Minneapolis MN 55485-7918 | $5,494.29 |
| IL004 | 414 North Orleans Street, Suite 008 Chicago, IL 60610 (Subleased) | Dora Davis O.P., LLC 351 West Hubbard Street Chicago IL 60610 | Dora Davis O.P., LLC 351 West Hubbard Street Chicago IL 60610 | $13,261.25 |
| AZ007 | 2400 West Dunlap Avenue Suite 300 Phoenix, AZ 85021 (Subleased) | Michelle Miller Muller-Dunlap LLC 5343 N 16th Street Suite 260 Phoenix AZ 85016 | Yvonne Galaz Muller-Dunlap LLC Dept 6228 Los Angeles CA 90084-6228 | $11,605.33 |

## EXHIBIT A

Unexpired Leases of Nonresidential Real Property to be Rejected on the Petition Date

| ID | Property | Party 1 | Party 2 | Amount |
|---|---|---|---|---|
| AL001 | Talcott III Chase Center<br>2 Chased Corporate Drive<br>Suite 270<br>Birmingham, AL  35244<br><br>(Dark) | John E. Reynolds<br>Talcott III Chase Center, LLC<br>One Financial Plaza<br>Hartford CT 06103 | Lee Carter<br>Talcott III Chase Center, LLC<br>PO Box 33600<br>Hartford, CT  06150-3600 | $4,909.66 |
| AL002 | Talcott III Chase Center]<br>One Chase Corporate Drive<br>Suite 215<br>Birmingham, AL  32544<br><br>(Dark) | John E. Reynolds<br>Talcott III Chase Center, LLC<br>One Financial Plaza<br>Hartford CT 06103 | Lee Carter<br>Talcott III Chase Center, LLC<br>PO Box 33600<br>Hartford, CT  06150-3600 | $2,850.15 |
| AL003 | Energy Center II<br>519 Energy Center Blvd.<br>Suite 1105<br>Northport, AL  35473<br><br>(Dark) | Energy Center II, Ltd.<br>PO Box 1370<br>Tuscaloosa, AL  35403 | David Epstein<br>Energy Center II, Ltd<br>800 Energy Center Blvd<br>Northport AL 35476 | $1,236.00 |
| AL004 | 1345 Carmichael Way<br>Montgomery, AL  36106<br><br>(Dark) | Mary Wallace<br>Kyser Family Partnership<br>1537 Jean Street<br>Montgomery, AL  36107 | Grace Pugl<br>Kyser Family Partnership<br>1537 Jean Street<br>Montgomery, AL  36107 | $3,409.73 |
| AZ004 | Holualoa GV Shopping Plaza<br>210 W. Continental Rd.<br>Suite 134 & 138<br>Green Valley, AZ 85614<br><br>(Dark) | Holualoa GV Shopping Plaza,<br>LLC<br>11333 N Scottsdale Road<br>Scottsdale, AZ 85254 | Roxanne Aiken<br>Holualoa GV Shopping Plaza,<br>LLC<br>11333 N Scottsdale Road<br>Scottsdale, AZ 85254 | $5,616.11 |

**EXHIBIT A**

Unexpired Leases of Nonresidential Real Property to be Rejected on the Petition Date

| | | | |
|---|---|---|---|
| CA003 | 131 West D Street<br>Benecia, CA 94510<br><br>(Dark) | Nikki Davis<br>123 West D Street<br>Benecia, CA 94510 | Nikki Davis<br>123 West D Street<br>Benecia, CA 94510 | $2,100.00 |
| CA031 | 5120 W. Goldleaf Circle<br>Suite 100<br>Los Angeles, CA 90056<br><br>(Dark) | Chris Jesseman<br>Crown Wateridge Associates,<br>LLC<br>File #050426<br>Los Angeles, CA 90074-0426 | Chris Jesseman<br>Crown Wateridge Associates,<br>LLC<br>File #050426<br>Los Angeles, CA 90074-0426 | $8,020.00 |
| CA032 | 1209 Woodrow Avenue<br>Suite A-3<br>Modesto, CA 95350<br><br>(Dark) | Wade Sellars<br>Stone Bros. & Associates<br>1024 West Robinhood Drive<br>Stockton, CA 95207 | Wade Sellars<br>Stone Bros. & Associates<br>1024 West Robinhood Drive<br>Stockton, CA 95207 | $1,049.72 |
| CA051 | 2880 Gateway Oaks Drive<br>Suite 200<br>Sacramento, CA 95833<br><br>(Dark) | Susanne Alger<br>Mourier Land Investment<br>Corporation<br>2870 Gateway Oaks Drive<br>Sacramento, CA 95833 | Susanne Alger<br>Mourier Land Investment<br>Corporation<br>2870 Gateway Oaks Drive<br>Sacramento, CA 95833 | $23,910.70 |
| CA052 | 1880 North Main Street<br>Suite 350<br>Salinas, CA 93906<br><br>(Dark) | Gail A. English & Michael P.<br>English Trust<br>851 Munras Avenue<br>Monterey, CA 93940 | Lisa Loftus<br>Gail A. English & Michael P.<br>English Trust<br>1172 South Main Street<br>PMB 363<br>Salinas CA 93901-2204 | $8,895.74 |
| CA054 | EOP-Centerside II<br>3131 Camino Del Rio North<br>Suite 860<br>San Diego, CA 92121<br><br>(Dark) | EOP-Centerside II, L.L.C.<br>9255 Town Centre Drive<br>San Diego, CA 92121 | Sara Hall<br>EOP-Centerside II, L.L.C.<br>Department #12670<br>PO Box 601046<br>Los Angeles CA 90060-1046 | $15,058.97 |

**EXHIBIT A**

Unexpired Leases of Nonresidential Real Property to be Rejected on the Petition Date

| | | | |
|---|---|---|---|
| CA055 | 8880 Rio San Diego Drive<br>Suite 103<br>San Diego, CA 92108<br><br>(Dark) | Hyundai Rio Vista, Inc. c/o<br>Tooley & Co.<br>8880 Rio San Diego Drive Suite<br>315<br>San Diego, CA 92108 | Chelsea Morris<br>Hyundai Rio Vista, Inc.<br>5100 Poplar Ave<br>Memphis, TN 38137 | $7,303.00 |
| CA057 | 201 Mission Street<br>Suite 1300<br>San Francisco, CA 94105<br><br>(Dark) | Toma Lopez<br>CA-Mission Street Limited<br>Partnership<br>Department #18080<br>PO Box 601173<br>Los Angeles, CA 90060-1173 | Toma Lopez<br>CA-Mission Street Limited<br>Partnership<br>Department #18080<br>PO Box 601173<br>Los Angeles, CA 90060-1173 | $4,721.42 |
| CA058 | 2001 Gateway Place<br>Suite 700W<br>San Jose, CA 95110<br><br>(Dark) | Property Manager – Gateway<br>Office I<br>CA-Gateway Office Limited<br>Partnership c/o Equity Office<br>1740 Technology Drive<br>Suite 150<br>San Jose, CA 95110 | Kimberly Ross<br>Equity Office<br>Department 13431<br>PO Box 601054<br>Los Angeles, CA 90060-1054 | $8,977.80 |
| CA063 | Vista Office Centre<br>43460 Ridge Park Drive<br>Suite 14<br>Temecula, CA 92590<br><br>(Dark) | Vista Office Centre, LLC<br>PO Box 4464<br>Thousand Oaks, CA 91359 | Vista Office Centre, LLC<br>PO Box 4464<br>Thousand Oaks, CA 91359 | $9,863.96 |
| CO009 | Quebec Plaza<br>5600 S. Quebec Street<br>Suite 305D<br>Greenwood Village, CO 80111<br><br>(Dark) | Judy Sagrillo<br>Quebec Plaza/Chap, LLC<br>7000 E Belleview Avenue<br>Greenwood Village, CO 80111 | Judy Sagrillo<br>Quebec Plaza/Chap, LLC<br>7000 E Belleview Avenue<br>Greenwood Village, CO 80111 | $17,778.00 |
| CO011 | 119 W. 6th Street<br>Suite 203<br>Pueblo, CO 81003<br><br>(Dark) | Louie D. Carleo<br>LDC Properties<br>503 North Main Street<br>Pueblo, CO 81003 | Louie D. Carleo<br>LDC Properties<br>503 North Main Street<br>Pueblo, CO 81003 | $679.00 |

**EXHIBIT A**

Unexpired Leases of Nonresidential Real Property to be Rejected on the Petition Date

| | | | | |
|---|---|---|---|---|
| FL001 | 621 NW 53rd Street<br>Suite 600<br>Boca Raton, FL 33487<br><br>(Dark) | Sara Cloutier-Lowe<br>Canpro Investments Ltd.<br>1010 St-Catherine Street West<br>Montreal Quebec H3B 3S3 | Sara Cloutier Lowe<br>Canpro Investments Ltd.<br>621 NW 53rd Street<br>Boca Raton FL 33487 | $35,752.90 |
| GA002 | 2000 River Edge Parkway<br>Suite 870<br>Atlanta, GA 30328<br><br>(Dark) | National Manager<br>CMD Realty Investments<br>227 West Monroe Street<br>Suite 3900<br>Chicago, IL 60606 | Hyatt Abigail<br>CMD Realty Investment Fund<br>III, L.P.<br>PO Box 73322<br>Chicago IL 60673-7322 | $5,573.18 |
| GA003 | Brookwood Century Springs<br>East<br>6100 Lake Forest Drive<br>Suite 350<br>Atlanta, GA 30328<br><br>(Dark) | Amy Martinez<br>Brookwood Century Springs<br>East, LLC<br>PO Box 3656<br>Norfolk, VA 23514-3656 | Amy Martinez<br>Brookwood Century Springs<br>East, LLC<br>PO Box 863912<br>Orlando, FL 32886-3912 | $3,806.82 |
| GA004 | Gwinnett Center<br>3555 Koger Blvd.<br>Suite 360<br>Duluth, GA 30096<br><br>(Dark) | Gwinnett Center LLC<br>3098 Piedmont Road, NE<br>Atlanta, GA 30305 | Gwinnett Center, LLC<br>Dept 40119 PO Box 740209<br>Atlanta GA 30374 | $4,784.17 |
| ID002 | 1038 Northwest Blvd.<br>Suite 150<br>Coeur d'Alene, ID 83814<br><br>(Dark) | Corinne Sather<br>1038 Associates, LLC<br>435 W. Hanley Avenue<br>Coeur d'Alene, ID 83815 | Corinne Sather<br>1038 Associates, LLC<br>435 W. Hanley Avenue<br>Coeur d'Alene, ID 83815 | $3,340.00 |
| IL008 | 500 Peterson Road<br>Libertyville, IL 60048<br><br>(Dark) | Bank One Chicago N.A.<br>800 Davis Street<br>Evanston, IL 60201 | First Bank & Trust of Evanston<br>500 Peterson Road<br>820 Church Street<br>Evanston, IL 60201 | $11,317.81 |

Page 5 of 8

**EXHIBIT A**

Unexpired Leases of Nonresidential Real Property to be Rejected on the Petition Date

| MA004 | Three Hundred Crown Colony<br>300 Crown Colony Drive<br>Suite 111<br>Quincy, MA 02169<br><br>(Dark) | Three Hundred Crown Colony<br>1250 Hancock Street<br>Quincy, MA 02169 | Three Hundred Crown Colony<br>1250 Hancock Street<br>Quincy, MA 02169 | $5,513.33 |
|---|---|---|---|---|
| MO004 | 12647 Olive Blvd.<br>Suite 115<br>St. Louis, MO 63141<br><br>(Dark) | The Realty Associates Fund<br>VII, L.P.<br>28 State Street, 10th Floor<br>Boston, MA 02109 | Anna Zahn<br>The Realty Associates Fund<br>VII, LLP<br>Box 223245<br>Pittsburgh PA 15251-2245 | $4,943.75 |
| MT001 | 515 S. Reserve Street<br>Missoula, MT 59801<br><br>(Dark) | Bayou Plaza Associates LLC<br>5023 Hazel Jones Road<br>Bossier City, LA 71111 | Adison, LLC<br>P O Box 17437<br>Missoula, MT 59808 | $1,727.99 |
| MT002 | 3235 Harrison Avenue<br>Butte, MT 59701<br><br>(Dark) | Aspen Management, LLC<br>PO Box 10<br>Ramsay, MT 59748 | Aspen Management, LLC<br>PO Box 10<br>Ramsay, MT 59748 | $375.00 |
| NC002 | 7421 Carmel Executive Park<br>Suite 240<br>Charlotte, NC 28226<br><br>(Dark) | Diane Hill<br>Pizzagalli Properties<br>50 Joy Drive<br>South Burlington, VT 05407 | Pizzagalli Properties, LLC<br>PO Box 752031<br>Charlotte NC 28275-2031 | $3,303.01 |
| NC003 | Falls of the Neuse<br>4700 Falls of the Neuse Road<br>Suite 345<br>Raleigh, NC 27609<br><br>(Dark) | Lease Administrator<br>Falls of the Neuse, LLC<br>210 Oak Avenue<br>Kannapolis, NC 28081-4329 | Johnson Dee<br>Falls of the Neuse, LLC<br>4601 Six Forks Road, Suite 503<br>Raleigh NC 27609-5286 | $4,629.50 |

Page 6 of 8

## EXHIBIT A

Unexpired Leases of Nonresidential Real Property to be Rejected on the Petition Date

| | | | |
|---|---|---|---|
| NC005 | 6000 Fairview Road Suite 400<br>Charlotte, NC  28210<br><br>(Dark) | Portfolio Manager<br>CSHV Southpark, LLC c/o CB<br>Richard Ellis Investors<br>515 South Flower Street<br>Suite 3100<br>Los Angeles, CA  900071 | Freda Gries<br>CBRE Investors AAF CalSTRS<br>– Southpark<br>P O Box 905307<br>Charlotte NC 28290-5307 | $24,140.69 |
| NY001 | 565 Taxter Road Suite 630<br>Elmsford, NY  10523<br><br>(Dark) | Mack-Cali Taxter Associates,<br>LLC<br>PO Box 23229<br>Newark, NJ 07189 | Ian Superadi<br>Mack-Cali Taxter Associates,<br>LLC<br>PO Box 23229<br>Newark, NJ 07189 | $7,075.22 |
| OH002 | 10101 Alliance Road Suite 200<br>Cincinnati, OH  45242<br><br>(Dark) | Kelli Nicoloff<br>Duke Realty Ohio<br>4555 Lake Forest Drive<br>Suite 400<br>Cincinnati, OH  45242-3732 | Christa Newcom<br>Duke Realty, LP<br>75 Remittance Drive<br>Chicago, IL  60675-6007 | $4,013.19 |
| OK002 | 777 NW Grand Park Blvd.<br>Suite 512<br>Oklahoma City, OK  73118<br><br>(Dark) | Kathy Frazier<br>One Grand Park<br>210 Park Avenue<br>Oklahoma City, OK  73102 | Kathy Frazier<br>One Grand Park<br>210 Park Avenue<br>Oklahoma City, OK  73102 | $3,198.00 |
| OK003 | 8282 S. Memorial Drive<br>Suite 100<br>Tulsa, OK  74133<br><br>(Dark) | Prism Partners, LLC<br>2121 S. Columbia<br>Tulsa, OK  74114 | Prism Partners, LLC<br>2121 S. Columbia<br>Tulsa, OK  74114 | $3,618.00 |
| PA003 | 750 Holiday Drive Suite 340<br>Pittsburgh, PA  15220<br><br>(Dark) | Anissa Eckert<br>Greentree Foster Plaza<br>Associates<br>Foster Plaza 9<br>Pittsburgh, PA  15220 | Anissa Eckert<br>Greentree Foster Plaza<br>Associates<br>Foster Plaza 9<br>Pittsburgh, PA  15220 | $3,954.10 |

## EXHIBIT A

Unexpired Leases of Nonresidential Real Property to be Rejected on the Petition Date

| | | | | |
|---|---|---|---|---|
| TN001 | 2030 Falling Water Road<br>Suite 150<br>Knoxville, TN 37922<br><br>(Dark) | Keith Jim<br>Landmark Center<br>903 N 47th Street<br>Rogers, AR 72756-9615 | Kim McKnight<br>One Falling Water, LLC<br>PO Box 8010<br>Bentonville AR 72712-8010 | $5,607.42 |
| TX047 | 17225 El Camino Real<br>Suite 350<br>Houston, TX 77058<br><br>(Dark) | Onyx One Partnership, Ltd.<br>17225 El Camino Real<br>Suite 405<br>Houston, TX 77058 | Onyx One Partnership, Ltd.<br>17225 El Camino Real<br>Suite 405<br>Houston, TX 77058 | $11,471.25 |
| WA011 | 4700 42nd Avenue SW<br>Suite 580<br>Seattle, WA 98116<br><br>(Dark) | Pan Pacific (Jefferson Square)<br>LLC<br>PO Box 100541<br>Pasadena, CA 91189-0541 | Jennifer Otis<br>Pan Pacific (Jefferson Square)<br>LLC<br>PO Box 100541<br>Pasadena, CA 91189-0541 | $3,887.25 |
| WI001 | 7401 104th Avenue Suite 160<br>Kenosha, WI 53142<br><br>(Dark) | Mills Enterprises, LLC<br>4015 80th Street<br>Kenosha, WI 53142 | Len Browne<br>Mills-Berwick<br>4015 80th Street<br>Kenosha, WI 53142 | $16,059.33 |
| WI002 | 20800 Swenson Drive<br>Waukesha, WI 53186<br><br>(Dark) | Edward R Valerio<br>Liberty Property Trust<br>11414 West Park Place<br>Milwaukee, WI 53224 | Edward Valerio<br>Liberty Property LP<br>PO Box 828438<br>Philadelphia, PA 19182-8438 | $4,540.25 |

**EXHIBIT B**

**EXHIBIT B**

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| Lease ID | Lease Location | Landlord Name | Rent Paid to/Property Manager | Monthly Rent |
|---|---|---|---|---|
| AZ001 | 3125 S. Price Road Suite 120 Chandler, AZ 85248 | RE/Max Elite Realty 3125 South Price Road Chandler, AZ 85248 | RE/Max Elite Realty 3125 South Price Road Chandler, AZ 85248 | $1,250.00 |
| AZ002 | 1300 West University Avenue Suites 100 and 110 Flagstaff, AZ 86001 | Dennis Kelly Coldwell Banker Commercial NARICO 1120 W University Suite 200 Flagstaff, AZ 86001 | Dennis Kelly San Francisco Professional Building 1120 W University Suite 200 Flagstaff, AZ 86001 | $7,641.27 |
| AZ005 | 309 S. Lake Havasu Avenue Suite 101 Lake Havasu City, AZ 86403 | Pat Brown Shay LLC PO Box 1105 Lake Havasu City, AZ 86405 | Pat Brown Shay LLC PO Box 1105 Lake Havasu City, AZ 86405 | $3,833.32 |
| AZ008 | 4250 E. Camelback Road Suite K190 Phoenix, AZ 85018 | Teresa Loumena Camel Square, LLC 4222 E. Camelback Road Phoenix, AZ 85018 | Camel Square LLC PO Box 15730 Scottsdale, AZ 85267 | $7,096.71 |
| AZ012 | 7373 E. Doubletree Ranch Rd. Scottsdale, AZ 85258 | Gainey Ranch Financial Limited Partnership 11811 N. Tatum Blvd. Suite P-118 Phoenix, AZ 85028 | Andrea Kern Gainey Ranch Tower, LLC PO Box 29675 Phoenix, AZ 85038-9675 | $2,892.66 |
| AZ013 | 1600 West Broadway Road Suite 150 Tempe, AZ 85282 | Monica Dean Southwest Corporate Center 11235 SE 6th Street Bellevue, WA 98004 | Monica Dean Southwest Corporate Center 11235 SE 6th Street Bellevue, WA 98004 | $6,202.77 |

**EXHIBIT B**

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| AZ014 | 301 West Warner Road<br>Suite 133<br>Tempe, AZ 85284 | Denali National Trust, Inc.<br>8383 E Evans Road<br>Scottsdale, AZ 85260 | Mary Hislop<br>Hannay Investment Corporation<br>2999 N. 44th Street<br>Phoenix, AZ 85018 | $6,070.95 |
|---|---|---|---|---|
| AZ016 | 5210 E. Williams Circle<br>Suite 500<br>Tucson, AZ 85711 | Kandace Cowen<br>WC Partners<br>Unit 1, PO Box 51180<br>Los Angeles, CA 90051-5480 | Kandace Cowen<br>WC Partners<br>Unit 1, PO Box 51180<br>Los Angeles, CA 90051-5480 | $4,819.56 |
| AZ017 | 4225 W. Glendale Avenue<br>Suite A-200, Office 8<br>Phoenix, AZ 85051 | Stan A. Wesolek<br>American Executives<br>International Realty, Inc.<br>4225 W. Glendale Avenue<br>Phoenix, AZ 85051 | Stan A. Wesolek<br>American Executives<br>International Realty, Inc.<br>4225 W. Glendale Avenue<br>Phoenix, AZ 85051 | $650.00 |
| AZ018 | 1880 Lucille Avenue<br>Suite 3<br>Kingman, AZ 86401 | Jim or Molly Woods<br>Woods Appraisal Services, Inc.<br>1880 Lucille Avenue<br>Kingman, AZ 86401 | Diane Busha<br>Molly N. Woods<br>1880 Lucille Avenue<br>Kingman, AZ 86401 | $1,050.00 |
| AZ020 | 1355 S. Higley Road<br>Suite 112<br>Higley, AZ 85236 | Higley Gold, LLC<br>2005 W. Mesquite Street<br>Chandler, AZ 85224 | Higley Gold, LLC<br>2005 W. Mesquite Street<br>Chandler, AZ 85224 | $2,370.71 |
| CA001 | 1620 Mill Rock Way<br>Suite 500<br>Bakersfield, CA 93309 | Jim Aguilar<br>Dean and Adah Gay Family, LP<br>5001 California Avenue<br>Suite 100<br>Bakersfield, CA 93309 | Jim Aguilar<br>Dean and Adah Gay Family, LP<br>5001 California Avenue<br>Suite 100<br>Bakersfield, CA 93309 | $4,509.61 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | | |
|---|---|---|---|---|
| CA005 | 40 Constitution Drive Suite E Chico, CA 95973 | Cecil Robbins and Teri Robbins 17615 Winding Creek Salinas, CA 93908 | Cecil Robbins PO Box 8525 Chico, CA 95927 | $3,566.00 |
| CA006 | 2300 Clayton Road, Suite 1540 Concord, CA 94520 | RREEF Management Company 2300 Clayton Road Concord, CA 94520 | Michell Mansfield RREEF America REIT III Corp. B 75 Remittance Drive Chicago, IL 60675-6007 | $5,973.60 |
| CA013 | 7100 N. Financial Drive Suite 103 Fresno, CA 93720 | Thomason Development Co. 7090 North Marks Fresno, CA 93711 | Thomason Development Co. 7090 North Marks Fresno, CA 93711 | $4,178.73 |
| CA028 | 42402 10th Street West Lancaster, CA 93534 | Homebased Realty 42402 10th Street West Lancaster, CA 93534 | Homebased Realty 42402 10th Street West Lancaster, CA 93534 | $675.00 |
| CA037 | 3602 Inland Empire Blvd. Suite C310-300 Ontario, CA 91764 | MHW Realty, Ltd. 1600 Huntington Drive South Pasadena, CA 91030 | Rhonda Panton MHW Realty, Ltd. 492 West Foothill Blvd. Claremont, CA 91711 | $8,527.00 |
| CA038 | 333 City Boulevard West Suite 2120 Orange, CA 92868 | Property Manager EOP-Bixby Ranch, L.L.C. 333 City Boulevard West Suite 200 Orange, CA 92868 | Terri Allen Equity Office Properties Trust LA Dept: 15270-23782 PO Box 601046 Los Angeles, CA 90060-1046 | $6,560.70 |

**EXHIBIT B**

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | |
|---|---|---|---|
| CA039 | 500 Esplanade Drive<br>Suite 740<br>Oxnard, CA 93030<br><br>(Dark) | Ivonne Flores<br>Duesenberg Investment<br>Company<br>Dept LA22159<br>Pasadena CA 91185-2159 | Ivonne Flores<br>Duesenberg Investment<br>Company<br>Dept LA22159<br>Pasadena CA 91185-2159 | $5,563.12 |
| CA041 | 41228 12th Street West<br>Suites C and D<br>Palmdale, CA 93551 | Laura Bank<br>Los Angeles Farm Bureau<br>41228 12th Street<br>Palmdale, CA 93551 | Laura Bank<br>Los Angeles Farm Bureau<br>41228 12th Street<br>Palmdale, CA 93551 | $3,043.35 |
| CA044 | 7901 Stoneridge Drive<br>Suite 540<br>Pleasanton, CA 94588 | Faith Laurie<br>Hacienda MD 7901, LLC<br>7901 Stoneridge Drive<br>Pleasanton, CA 94588 | Kirstie Morphy<br>Hacienda MD 7901, LLC<br>Department 33642<br>San Francisco, CA 94139 | $7,763.55 |
| CA047 | 5225 Canyon Crest Drive<br>Building 300, Suite 350<br>Riverside, CA 92507 | Canyon Crest Towne Centre<br>LLC<br>5225 Canyon Crest Drive<br>Riverside, CA 92507 | Canyon Crest Towne Centre<br>LLC<br>5225 Canyon Crest Drive<br>Riverside, CA 92507 | $832.50 |
| CA049 | 1215 K Street<br>17th Floor, #1742<br>Sacramento, CA 95814 | Dee Dee Doran<br>Regus<br>1215 K Street<br>Sacramento, CA 95814 | Dee Dee Doran<br>Regus<br>1215 K Street<br>Sacramento, CA 95814 | $1,602.81 |
| CA050 | 1860 Howe Avenue<br>Suites 106 and 140<br>Sacramento, CA 95825 | KW Fund II<br>2121 N California Blvd.<br>Walnut Creek, CA 94596 | Angela Hall<br>KW Fund II<br>2121 N California Blvd.<br>Walnut Creek, CA 94596 | $11,249.55 |

**EXHIBIT B**

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | | |
|---|---|---|---|---|
| CA062 | 7556 Shoreline Drive<br>Stockton, CA 95219 | Crestwood Behavioral Health,<br>Inc.<br>520 Capital Mall<br>Sacramento, CA 95814 | Margarita Roseno<br>Crestwood Behavioral Health,<br>Inc.<br>7590 Shoreline Drive<br>Stockton, CA 95219 | $3,675.75 |
| CA065 | 24300 Town Center Drive<br>Suites 230, 240<br>Valencia, CA 91355 | California State Teachers<br>Retirement System c/o Thomas<br>Properties Group LLC<br>355 South Grand Avenue<br>Suite 2820<br>Los Angeles, CA 90071 | Cheryl Cross<br>CSDV, LP<br>PO Box 100258<br>Pasadena, CA 91189-0258 | $12,310.98 |
| CA069 | 6528 Greenleaf Avenue<br>Suite 109<br>Whittier, CA 90601 | Beverly Ball<br>Atrium Business Court<br>6528 Greenleaf Avenue<br>Whittier, CA 90601 | Fry Office Products, Inc.<br>Atrium Business Court<br>6528 Greenleaf Avenue<br>Whittier, CA 90601 | $2,340.00 |
| CA072 | 416 Center Street<br>Yuba City, CA 95991 | George and Shannon Selland<br>PO Box 1420<br>Yuba City, CA 95992 | George and Shannon Selland<br>PO Box 1420<br>Yuba City, CA 95992 | $2,125.00 |
| CA075 | 3760 Kilroy Airport Way<br>Suite 520<br>Long Beach, CA 90806 | Kilroy Realty L.P.<br>12200 W. Olympic Boulevard<br>Los Angeles, CA 90064 | Sandra Beach<br>Kilroy Realty, L.P.<br>12200 W. Olympic Boulevard<br>Los Angeles, CA 90064 | $8,190.29 |
| CA077 | 1350 Arnold Drive<br>Suite 200<br>Martinez, CA 94553 | Kelly Arrigan<br>Cranbrook Realty Investment<br>Fund, LP<br>4710 Sisk Road<br>Modesto, CA 95356 | Kelly Arrigan<br>Cranbrook Realty Investment<br>Fund, LP<br>4710 Sisk Road<br>Modesto, CA 95356 | $1,338.65 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | |
|---|---|---|---|
| CA086 | 100 North Barranca Avenue<br>Suite 350<br>West Covina, CA  91791 | Office of the Building<br>Eastland Tower Partnership<br>100 North Barranca Avenue<br>Suite 900<br>West Covina, CA  91791-1600 | Wang Lee<br>Eastland Tower Partnership<br>100 North Barranca Avenue<br>Suite 900<br>West Covina, CA  91791-1600 | $13,636.70 |
| CO003 | 3734 Astrozon Boulevard<br>Colorado Springs, CO 80910 | Town and Country Realty, Inc.<br>3734 Astrozon Boulevard<br>Colorado Springs, CO  80910 | Town and Country Realty, Inc.<br>3734 Astrozon Boulevard<br>Colorado Springs, CO  80910 | $750.00 |
| CO004 | 5555 Tech Center Drive<br>Suite 100<br>Colorado Springs, CO 80919 | Westminster Tech II c/o Sierra<br>Properties<br>1150 Academy Park Loop<br>#104<br>Colorado Springs, CO  80910 | Westminster Tech II c/o Sierra<br>Properties<br>1150 Academy Park Loop<br>#104<br>Colorado Springs, CO  80910 | $4,061.50 |
| CO005 | 823 Cheyenne Meadows Road<br>Suite 200<br>Colorado Springs, CO 80906 | Coldwell Banker Cheyenne<br>Mountain Realty<br>823 Cheyenne Meadows Road<br>Colorado Springs, CO 80906 | Cheyenne Mountain Realty, Inc<br>823 Cheyenne Meadows Road<br>Colorado Springs, CO 80906 | $825.00 |
| CO006 | 4700 South Syracuse<br>Suite 310<br>Denver, CO   80237 | Ronald Lunt<br>HTL-Acquisitions, LLC<br>300 Park Blvd., Suite 500<br>Itasca, IL  60143-2636 | Katherine Smith<br>HTL-Acquisitions, LLC<br>300 Park Blvd., Suite 500<br>Itasca, IL  60143-2636 | $4,350.00 |
| CO010 | 300 Sunny Glen Court<br>Box 5044<br>Woodland Park, CO  80866 | Remax Performance, Inc.<br>300 Sunny Glen Court<br>Woodland Park, CO  80866 | Remax Performance, Inc.<br>300 Sunny Glen Court<br>Woodland Park, CO  80866 | $825.00 |

**EXHIBIT B**

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| DC002 | 201 Massachusetts Ave., NE<br>Suite C-3<br>Washington, DC  20002 | Shewer Karin<br>816 Connecticut Ave., L.P<br>1185 Avenue of the Americas<br>18th Floor<br>New York, NY  10036 | Justin L. Ruble<br>816 Connecticut Avenue, L.P.<br>PO Box 9486<br>Uniondale, NY  11555-9486 | $4,350.00 |
|---|---|---|---|---|
| FL005 | 9415 Sunset Drive, Suite 210<br>Miami, FL  33173 | Kathy Frazier<br>One Grand Park<br>210 Park Avenue<br>Oklahoma City, OK  73102 | Kathy Frazier<br>One Grand Park<br>210 Park Avenue<br>Oklahoma City, OK  73102 | $3,534.86 |
| FL007 | 11780 U.S. Highway One<br>North Palm Beach, FL  33408 | Prism Partners, LLC<br>2121 S. Columbia<br>Tulsa, OK  74114 | Prism Partners, LLC<br>2121 S. Columbia<br>Tulsa, OK  74114 | $23,274.06 |
| FL012 | 550 North Reo Street<br>Suite 108<br>Tampa, FL  33609 | Anissa Eckert<br>Greentree Foster Plaza<br>Associates<br>Foster Plaza 9<br>Pittsburgh, PA  15220 | Anissa Eckert<br>Greentree Foster Plaza<br>Associates<br>Foster Plaza 9<br>Pittsburgh, PA  15220 | $3,046.95 |
| FL013 | 12230 Forest Hills Boulevard<br>Suite 162<br>Wellington, FL  33414 | Keith Jim<br>Landmark Center<br>903 N 47th Street<br>Rogers, AR  72756-9615 | Kim McKnight<br>One Falling Water, LLC<br>PO Box 8010<br>Bentonville AR 72712-8010 | $596.40 |
| FL016 | 3820 Colonial Boulevard<br>Suite 102<br>Fort Myers, FL  33966 | Onyx One Partnership, Ltd.<br>17225 El Camino Real<br>Suite 405<br>Houston, TX  77058 | Onyx One Partnership, Ltd.<br>17225 El Camino Real<br>Suite 405<br>Houston, TX  77058 | $6,564.31 |

**EXHIBIT B**

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | |
|---|---|---|---|
| GA005 | 4188 Highway 53 Suite 101<br>Hoschton, GA  30548 | Pan Pacific (Jefferson Square)<br>LLC<br>PO Box 100541<br>Pasadena, CA  91189-0541 | Jennifer Otis<br>Pan Pacific (Jefferson Square)<br>LLC<br>PO Box 100541<br>Pasadena, CA  91189-0541 | $900.00 |
| GA006 | 114 Town Park Drive<br>Suite 150<br>Kennesaw, GA  30144 | Mills Enterprises, LLC<br>4015 80th Street<br>Kenosha, WI  53142 | Len Browne<br>Mills-Berwick<br>4015 80th Street<br>Kenosha, WI  53142 | $4,031.25 |
| GA007 | 512 Eagle's Landing Parkway<br>Stockbridge, GA  30281 | Edward R Valerio<br>Liberty Property Trust<br>11414 West Park Place<br>Milwaukee, WI  53224 | Edward Valerio<br>Liberty Property LP<br>PO Box 828438<br>Philadelphia, PA  19182-8438 | $6,314.48 |
| GA008 | 300 Village Green Circle<br>Suite 112<br>Smyrna, GA  30083 | Fourth Quarter Properties<br>45 Ansley Drive<br>Newnan, GA  30263 | Fourth Quarter Properties<br>PO Box 933380<br>Atlanta, GA  31193-3380 | $2,332.40 |
| GA009 | 327 Eisenhower Drive<br>Suite 100<br>Savannah, GA  31406 | Gary M. Wisenbaker<br>Libroha, LLC<br>327 Eisenhower Drive<br>Savannah, GA  31406 | Libroha, LLC<br>PO Box 15298<br>Savannah, GA  31406 | $2,800.00 |
| HI002 | 707 Richards Street<br>Suite PH3<br>Honolulu, HI  96813 | Kathy Arakawa<br>OVC Properties, LLC<br>PO Box 31000<br>Honolulu, HI  96849-5529 | Kathy Arakawa<br>OVC Properties, LLC<br>PO Box 31000<br>Honolulu, HI  96849-5529 | $8,041.57 |

**EXHIBIT B**

Unexpired Leases of Nonresidential Real Property to be Rejected on April __, 2007

| IL003 | 414 North Orleans Street<br>Suite 601<br>Chicago, IL 60610 | Dora Davis<br>O.P., LLC<br>351 West Hubbard Street<br>Chicago, IL 60610 | Dora Davis<br>O.P., LLC<br>351 West Hubbard Street<br>Chicago, IL 60610 | $8,412.05 |
|---|---|---|---|---|
| IL009 | 1900 Spring Road<br>Suite 530<br>Oak Brook, IL 60523 | Patricia Richardson<br>Board of Admin. for Police/Fire<br>Dept.<br>13238 Collection Center Drive<br>Chicago, IL 60693 | Patricia Richardson<br>Board of Admin. for Police/Fire<br>Dept.<br>13238 Collection Center Drive<br>Chicago, IL 60693 | $5,907.14 |
| IL011 | 1375 E. Woodfield Road<br>Suite 550<br>Schaumburg, IL 60173 | Timothy Casey<br>AGF Woodfield Owner L.L.C.<br>1077 Paysphere Circle<br>Chicago, IL 60674 | Timothy Casey<br>AGF Woodfield Owner L.L.C.<br>1077 Paysphere Circle<br>Chicago, IL 60674 | $13,101.67 |
| IL015 | 1300 East Woodfield Road<br>Suite 210<br>Schaumburg, IL 60173 | The Granite Center LLC<br>5616 Paysphere Circle<br>Chicago, IL 60674 | Kathy Potter<br>The Granite Center LLC<br>5616 Paysphere Circle<br>Chicago, IL 60674 | $8,087.05 |
| IN002 | 8365 Keystone Crossing<br>Suite 104<br>Indianapolis, IN 46240 | 8300, LLC<br>8395 Keystone Crossing<br>Indianapolis, IN 46240 | 8300, LLC<br>8395 Keystone Crossing<br>Indianapolis, IN 46240 | $8,885.00 |
| IN004 | 11035 Broadway, Suite E<br>Crown Point, IN 46307 | Rossman & Associates, Inc.<br>11045 Broadway<br>Crown Point, IN 46307 | Rossman & Associates, Inc.<br>11045 Broadway<br>Crown Point, IN 46307 | $4,652.00 |

**EXHIBIT B**

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | | |
|---|---|---|---|---|
| KY001 | 950 Breckenridge Lane<br>Suite 220<br>Louisville, KY 40207 | MRI Springs Portfolio, LLC<br>4128 Reliable Parkway<br>Chicago, IL 60686-0041 | MRI Springs Portfolio, LLC<br>4128 Reliable Parkway<br>Chicago, IL 60686-0041 | $4,106.88 |
| LA002 | 4530 Barkdale Boulevard<br>Suite A<br>Bossier City, LA 71112 | Terri Jones<br>KeyLime South LLC<br>PO Box 0142<br>Benton, LA 71006 | Terri Jones<br>KeyLime South LLC<br>PO Box 0142<br>Benton, LA 71006 | $1,230.00 |
| LA005 | 707 Benton Road<br>Suite 100<br>Bossier City, LA 71111 | Donald L. Wilson<br>707 Benton Road Corporation<br>707 Benton Road, Suite 125<br>Bossier City, LA 71111 | Donald L. Wilson<br>707 Benton Road Corporation<br>707 Benton Road, Suite 125<br>Bossier City, LA 71111 | $2,200.00 |
| MA005 | 136 Turnpike Road<br>Suite 120<br>Southborough, MA 01772 | William Depietri<br>136 Turnpike Road LLC<br>259 Turnpike Road<br>Southborough, MA 01772 | William Depietri<br>136 Turnpike Road LLC<br>259 Turnpike Road<br>Southborough, MA 01772 | $5,519.38 |
| MA008 | 27 Home Depot Drive<br>Plymouth, MA 02360 | Helge LLC<br>PO Box 316<br>Sharon, MA 02067 | David Gilvar<br>Helge LLC<br>PO Box 316<br>Sharon, MA 02067 | $6,069.63 |
| MI002 | 17197 N. Laurel Park Drive<br>Suite 551<br>Livonia, MI 48152 | Levine Douglas<br>Laurel Office Park III, LLC<br>17197 N Laurel Park Drive<br>Livonia, MI 48152 | Levine Douglas<br>Laurel Office Park III, LLC<br>17197 N Laurel Park Drive<br>Livonia, MI 48152 | $4,887.67 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | |
|---|---|---|---|
| MI003 | 2800 Livernois Road<br>Suite 160<br>Troy, MI 48083 | Mary McLean<br>Osprey Troy Officentre, LLC<br>7600 Grand River Avenue<br>Brighton, MI 48114 | Mary McLean<br>Osprey Troy Officentre, LLC<br>7600 Grand River Avenue<br>Brighton, MI 48114 | $4,661.75 |
| MO001 | 17107 Chesterfield Airport Rd.<br>Suite 140<br>Chesterfield, MO 63005 | THF / TMI Chesterfield Office<br>Development, 313-1402127<br>Innerbelt Business Center<br>Suite 200<br>St. Louis, MO 63144 | THF / TMI Chesterfield Office<br>Development, 313-1402127<br>Innerbelt Business Center<br>Suite 200<br>St. Louis, MO 63144 | $3,070.43 |
| MO002 | 3101 Broadway, Suite 960<br>Kansas City, MO 64111 | Broadway Center Associates<br>LP<br>3101 Broadway, Ste 300<br>Kansas City, MO 64111 | Broadway Center Associates<br>LP<br>3101 Broadway, Ste 300<br>Kansas City, MO 64111 | $4,010.85 |
| MO005 | 12813 Flushing Meadows Dr.<br>Suite 170<br>Town & Country, MO 63131 | Town & Country Investors, LLC<br>8860 Ladue Road, Suite 200<br>St. Louis, MO 63124 | Lisa Goodlet<br>Broadway Center Associates,<br>LP<br>3101 Broadway<br>Kansas City, MO 64111 | $5,596.85 |
| MT003 | 3203 Third Avenue North<br>Suite 303<br>Billings, MT 59101 | KTVQ Communications, Inc.<br>3203 Third Avenue North<br>Billings, MT 59101 | Tammy<br>KTVQ Communications, Inc.<br>3203 Third Avenue North<br>Billings, MT 59101 | $605.00 |
| NC004 | 99 Edgewood Road, Unit E<br>Asheville, NC 28804 | Chris Peterson<br>Peterson Family Limited<br>Partnership<br>PO Box 8841<br>Asheville, NC 28814 | Chris Peterson<br>Peterson Family Limited<br>Partnership<br>PO Box 8841<br>Asheville, NC 28814 | $2,300.00 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___ 2007

| | | | |
|---|---|---|---|
| NJ003 | 99 Cherry Hill Road<br>Suite 110<br>Parsippany, NJ 07054 | Rex 99 Cherry Hill Road SPE<br>LLC<br>625 RexCorp Plaza<br>Uniondale, NY 11556 | Gerri DiMaio<br>Rex 99 Cherry Hill Road SPE<br>LLC<br>PO Box 30983<br>New York, NY 10087-30983 | $7,194.07 |
| NJ007 | 4400 Route 9 South<br>Suite 1000 Ofc 34 and 43<br>Freehold, NJ 07728 | HQ Global Workplaces LLC<br>15305 North Dallas Parkway<br>Addison, TX 75001 | Alexandra Fanizzo<br>HQ Global Workplaces, Inc.<br>4400 Route 9 South Suite 1000<br>Freehold, NJ 07728 | $3,395.50 |
| NM002 | 6565 Americas Parkway<br>Suite 630<br>Albuquerque, NM 87110 | Lisa Gutierrez<br>Hines Interests Limited<br>Partnership<br>2800 Post Oak Blvd, 49th Floor<br>Houston, TX 77056 | HAPS #3 LP<br>P O Box 911429<br>Dallas, TX 75391-1429 | $12,228.21 |
| NM003 | 4801 North Butler Avenue<br>Building O, Suite 1101<br>Farmington, NM 87401 | Jomahaka Properties, LLC<br>4431 Cardon Drive<br>Farmington, NM 87401 | Harvey Crowley<br>Jomahaka, LLC<br>4431 Cardon Drive<br>Farmington, NM 87401 | $1,256.00 |
| NV002 | 7674 West Lake Mead Blvd.<br>Suite 110<br>Las Vegas, NV 89128 | United Insurance Company of<br>America<br>2550 S Rainbow Blvd Ste 200<br>Las Vegas, NV 89102 | Wanda Flathers<br>United Insurance Company of<br>America<br>7674 W Lake Mead Blvd<br>Las Vegas, NV 89128 | $5,098.80 |
| NV004 | 6548 S. McCarran Blvd.<br>Unit B<br>Reno, NV 89509 | Diane Valentine<br>Joseph & Diane Valentine<br>PO Box 305<br>Minden, NV 89423 | Diane Valentine<br>Joseph & Diane Valentine<br>PO Box 305<br>Minden, NV 89423 | $4,670.00 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | |
|---|---|---|---|
| NY004 | 1140 Avenue of the Americas<br>Suite 1601<br>New York, NY 10036 | Robert Rasania<br>RP Stellar 1140 Fee Owner<br>LLC<br>156 Williams Street<br>New York, NY 10038 | Robert Rasania<br>RP Stellar 1140 Fee Owner<br>LLC<br>156 Williams Street<br>New York, NY 10038 | $9,060.83 |
| NY006 | 201 Edward Curry Avenue<br>Suite 105<br>Staten Island, NY 10314 | Margie Morales<br>Addwel, LLC<br>201 Edward Curry Avenue<br>Staten Island, NY 10314 | Margie Morales<br>Addwel, LLC<br>201 Edward Curry Avenue<br>Staten Island, NY 10314 | $8,258.83 |
| OH005 | 4700 Rockside Road<br>Suite 525<br>Independence, OH 44131 | Summit Office Park LLC<br>PO Box 72391<br>Cleveland, OH 44192-0391 | Collins Denise<br>Summit Office Park LLC<br>PO Box 72391<br>Cleveland, OH 44192-0391 | $5,115.99 |
| OH007 | 769 E. Main Street<br>Chillicothe, OH 45601 | Taylor Rental Properties, LLC<br>769 E Main Street<br>Chillicothe, OH 45601 | John Taylor<br>Taylor Rental Properties<br>769 E Main Street<br>Chillicothe, OH 45601 | $700.00 |
| OR003 | 126 Market<br>Suite 2<br>Coos Bay, OR 97420 | Paula Weber<br>Market Street Properties, LLC<br>350 2nd Street<br>Coos Bay, OR 97420 | Market Street Properties, LLC<br>350 N 2nd Street<br>Coos Bay, OR 97420 | $375.00 |
| OR009 | 2015 North West 39th Street<br>Suite 300<br>Lincoln, OR 97367 | Doug Bean & Associates Inc<br>101 SW Main Street<br>Portland, OR 97204 | Jon Bradford<br>Doug Bean & Associates Inc.<br>101 SW Main<br>Portland, OR 97204 | $581.18 |

**EXHIBIT B**

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| OR014 | 14945 S.W. Sequoia Parkway<br>Suite 150<br>Portland, OR 97224 | Leslie Girard<br>Prudential N.W. Property<br>Relocation & Business Dev203<br>SE Park Plaza Drive<br>Vancouver, WA 98684 | Leslie Girard<br>Prudential N.W. Property<br>Relocation & Business Dev203<br>SE Park Plaza Drive<br>Vancouver, WA 98684 | $500.00 |
|---|---|---|---|---|
| PA005 | 1200 Camp Hill Bypass<br>Suite 301<br>Camp Hill, PA 17011 | Corporate Property Services<br>Manager<br>Washington Mutual Bank<br>1301 Second Avenue<br>(WMC1007)<br>Seattle, WA 98101 | Washington Mutual Bank<br>1111 Third Avenue EET0421<br>Seattle, WA 98101 | $1,044.00 |
| PA006 | 356 N. Pottstown Pike<br>Exton, PA 19341 | Avellino Investment Properties,<br>LLC<br>356 N Pottstown Pike<br>Exton, PA 19341 | Donald Avellino<br>Avellino Investment Properties,<br>LLC<br>356 N Pottstown Pike<br>Exton, PA 19341 | $5,547.00 |
| PA007 | 1225 Carlisle Street<br>Suite 1<br>Hanover, PA 17331 | Madidka Enterprises<br>1 Industrial Drive<br>Hanover, PA 17331 | Victoria Collins<br>Madidka Enterprises LLC<br>One Industrial Drive<br>Hanover, PA 17731 | $1,289.17 |
| PA008 | 22-28 South Main Street<br>Suites 2B and 2D<br>Doylestown, PA 18901 | Main Street DYL Associates<br>220 Farm Lane<br>Doylestown, PA 18901 | Terry Blomgren<br>The Farm at Doylestown<br>220 Farm Lane<br>Doylestown, PA 18901 | $5,208.33 |
| PA009 | 951 Marcon Boulevard<br>Suite 6<br>Allentown, PA 18109 | Marcon Enterprises, LLC<br>28 Gibson Blvd<br>Clark, NJ 07066 | Rick Giordano<br>Marcon Enterprises, LLC<br>28 Gibson Blvd<br>Clark, NJ 07066 | $2,314.37 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April __, 2007

| | | | |
|---|---|---|---|
| SC003 | 6650 Rivers Avenue<br>Suite 201<br>North Charleston, SC  29406 | Keith Day<br>Charleston Executive Offices,<br>Inc.<br>6650 Rivers Ave<br>North Charleston, SC 29406 | Keith Day<br>Charleston Executive Offices,<br>Inc.<br>6650 Rivers Ave<br>North Charleston, SC 29406 | $4,000.00 |
| TN003 | 600B Frazier Drive<br>Suite 130<br>Franklin, TN  37067 | Donna Kiessel<br>American Home Mortgage<br>Corp.<br>538 Broadhollow Road<br>Melville, NY 11747 | MaryAnn Rutledge<br>American Home Mortgage<br>Corp.<br>538 Broadhollow Rd<br>Melville, NY 11747 | $7,306.50 |
| TX002 | 6836 Austin Center Blvd.<br>Suite 100<br>Austin, TX  78731 | CGLIC/SAR<br>8310 Capital Of Texas Highway<br>North<br>Austin, TX 78731 | Kelly Smith<br>Prominent Northpointe LP<br>901 Mopac Expressway South<br>Austin, TX 78746 | $7,021.63 |
| TX005 | 1790 Lee Trevino<br>Suite 304<br>El Paso, TX  79936 | Keith Jackson<br>BS Joint Ventures, Inc.<br>109 N Oregon<br>El Paso, TX 79901 | Keith Jackson<br>BS Joint Ventures, Inc.<br>109 N Oregon<br>El Paso, TX 79901 | $2,729.59 |
| TX011 | 3050 Post Oak Blvd., Suite 660<br>Houston, TX  77056 | DRA Advisors LLC<br>220 East 42nd Street 27th Fl<br>New York, NY 10017 | Stacy Frings<br>DRA CRT Post Oak LP<br>PO Box 538281<br>Atlanta, GA 30353-8281 | $6,963.80 |
| TX013 | 860 Airport Freeway, Suite 509<br>Hurst, TX  76054 | Gilda F  Smith<br>Rainier Metroplex Partners,<br>LPPO Box 674012 Lock Box<br>Account #84169781Dallas TX<br>75267-4012 | Gilda F  Smith<br>Rainier Metroplex Partners,<br>LPPO Box 674012 Lock Box<br>Account #84169781Dallas TX<br>75267-4012 | $8,570.63 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | | |
|---|---|---|---|---|
| TX015 | 1660 South Stemmons Frwy<br>Suite 350<br>Lewisville, TX 75067 | Vista North Partners, Ltd.<br>1660 S Stemmons<br>Lewisville, TX 75067 | Vista North Partners, Ltd.<br>1660 S Stemmons<br>Lewisville, TX 75067 | $5,887.00 |
| TX016 | 5225 S. Loop 289<br>Suite 118<br>Lubbock, TX 79464 | Tom Meek<br>3 West Group, Ltd.<br>PO Box 64537<br>Lubbock, TX 79464 | Tom Meek<br>3 West Group, Ltd.<br>PO Box 64537<br>Lubbock, TX 79464 | $1,815.33 |
| TX023 | 16414 San Pedro Avenue<br>Suite 745<br>San Antonio, TX 78232 | Debbie Phegley<br>Tomorrow 35 Oaks, LP<br>8710 Freeport Parkway<br>Irving, TX 75063 | Debbie Phegley<br>Tomorrow 35 Oaks, LP<br>8710 Freeport Parkway<br>Irving, TX 75063 | $8,526.69 |
| TX024 | 1777 NE Loop 410<br>Suite 912<br>San Antonio, TX 78217 | Equastone 1777 Tower,<br>LP8910 University Center Lane<br>San Diego CA 92122 | Kerri Cervantes<br>Equastone<br>1777 Tower, L.P.8910<br>University Center Lane,<br>San Diego, CA 92122 | $8,640.54 |
| TX026 | 2331 Williams Trace<br>Sugar Land, TX 77478 | F. Jonathan Dracos<br>EQY Invest First Colony Owner,<br>Ltd., LLP<br>1600 NE Miami Gardens Drive<br>North Miami Beach, FL 33179 | David Romero<br>EQY Invest First Colony Owner,<br>Ltd., LLP<br>PO Box 730373<br>Dallas, TX 75373-0373 | $3,114.70 |
| TX032 | 5022 Holly Road<br>Suites 104 and 106<br>Corpus Christi, TX 78411 | Construction & Restoration<br>Group, LLC<br>PO Box 81492<br>Corpus Christi, TX 78468-1492 | Construction & Restoration<br>Group, LLC<br>PO Box 81492<br>Corpus Christi, TX 78468-1492 | $3,776.25 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | |
|---|---|---|---|
| TX043 | 4090 Danville Drive, Suite F Abilene, TX 79605 | Sunshine Investments - Harold Elledge c/o Foster & Company 4090 South Danville Drive Suite G Abilene, TX 79605 | Tammy W. Foster Harold Elledge 4090 South Danville Drive Abilene, TX 79605 | $980.00 |
| TX044 | 126 Amherst Tyler, TX 75701 | J.A.B. Investments 1031 Pollard Tyler, TX 75701 | J.A.B. Investments 1031 Pollard Tyler, TX 75701 | $1,850.00 |
| TX045 | 4555 E. University Blvd. Suite D-5 Odessa, TX 76765 | Parkway Shopping, Ltd. 13500 W Hwy 80 E Odessa, TX 79765 | Richard Kelly Parkway Shopping Ltd 13500 W Hwy 80 East Odessa, TX 79765 | $1,900.00 |
| TX056 | 2501 N. Center Street Suite 104 Bonham, TX 75418 | Thomas H. Turner & Tommie Sue Turner Turner Business Complex 300 E Russell Bonham, TX 75418 | Thomas Turner Thomas H. Turner 300 E Russell Bonham, TX 75418 | $350.00 |
| VA001 | 4401 Ford Avenue Suite 1430 Alexandria, VA 22302 | Carmen Davis Northwestern Mutual Life Insurance Company 4401 Ford Avenue Alexandria, VA 22302 | Carmen Davis Northwestern Mutual Life Insurance Company PO Box 75091 Baltimore, MD 21275-5091 | $7,497.86 |
| VA004 | 2301 Kenstock Drive Suite 101 Virginia Beach, VA 23454 | Ken Kolodziej Kenstock Associates 2204 Hidden Creek Court Virginia Beach, VA 23454 | Ken Kolodziej Kenstock Associates 2301 Kenstock Drive Virginia Beach, VA 23454 | $1,421.15 |

**EXHIBIT B**

Unexpired Leases of Nonresidential Real Property to be Rejected on April ___, 2007

| | | | |
|---|---|---|---|
| VA005 | 5029 Corporate Woods Drive Suite 200 Virginia Beach, CA  23462 | Hope Bonner DBSI Corporate Woods Lease Co LLC PO Box 974335 Dallas, TX 75397-4335 | Hope Bonner DBSI Corporate Woods Lease Co LLC PO Box 974335 Dallas, TX 75397-4335 | $4,085.93 |
| VA006 | 3917 Midlands Road Building 2, Suite 100 Williamsburg, VA  23188 | Tracy Luck Williamsburg Commercial Investors Group One 3917 Midlands Rd #200 Williamsburg, VA 23188 | Tracy Luck Williamsburg Commercial Investors Group One 3917 Midlands Rd #200 Williamsburg, VA 23188 | $851.58 |
| WA002 | 11235 SE 6th Street Building A-Suite 130 Bellevue, WA  98004 | BRCP Lincoln Plaza c/o KG Investment Management, LLC 11225 SE 6th St, Ste 215 Bellevue, WA 98004 | Jennifer McCormack Principal Life Ins. Co. – 016510 PO Box 301111 Los Angeles, CA 90030-1111 | $14,392.18 |
| WA008 | 19000 33rd Avenue West Suite 100 Lynnwood, WA  98037 | RF Colony Park III, LLC 1301 5th Avenue Seattle, WA 98101 | Jeff Benoliel RF Colony Park III, LLC PO Box 3588 Seattle, WA 98124 | $7,307.00 |
| WA012 | 302 Ninth Street Suite 200-202 Tacoma, WA  98402 | George How, Managing Director Music Box Associates, LLC c/o Eric Cederstrand 1102 Commerce St Ste 300 Tacoma, WA 98402 | Herb Brooks Music Box Associates, LLC PO Box 11105 Dept #109 Tacoma, WA 98411 | $10,918.20 |
| WA016 | 201 N.E. Park Plaza Drive Suite 286 Vancouver, WA  98684 | Park Plaza, Inc. 201 NE Park Plaza Drive Vancouver, WA 98684 | Park Plaza, Inc. 201 NE Park Plaza Drive Vancouver, WA 98684 | $850.00 |