# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** : | **Chapter 11** |
| : | |
| **NEW CENTURY TRS HOLDINGS,** : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] : | |
| : | **Jointly Administered** |
| Debtors. : | |
| : | |
| : | |

## ORDER GRANTING MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER SHORTENING NOTICE PERIOD AND APPROVING THE FORM AND MANNER OF NOTICE

This matter coming before the Court upon the motion of New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc. ("New Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor-in-possession (collectively, the "Debtors"), for an order, pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court District of Delaware (the "Local Rules"), (i) approving the form and manner of notice of the Sale Motion, and (ii) scheduling a hearing for April 10, 2007, at 3:30 p.m., to consider the Sale Procedures

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

requested in the Sale Motion (the "Motion"); and sufficient notice of the Motion having been provided; and the Court finding that the relief requested in the Motion is in the Debtors' best interests; and upon due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Capitalized terms not otherwise defined have the meanings given to them in the Motion.

3. The hearing to consider the Sale Procedures shall be held on April 10, 2007 at 3:30 p.m. (Eastern Standard Time) (the "Hearing").

4. Objections to the Sale Procedures, if any, must be made in writing and filed and received by proposed counsel for the Debtors no later than 4:00 p.m. on the calendar day immediately preceding the Hearing.

5. This Court shall retain jurisdiction with respect to any matters related to or arising from the implementation of this Order.

Date: _____, 2007
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE