## CERTIFICATE OF SERVICE

      I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of this notice and of the foregoing **Limited Objection Of Morgan Stanley Mortgage Capital Inc. To The Emergency Motion Of Debtors And Debtors In Possession For Interim And Final Orders Pursuant To 11 U.S.C. §§ 105(a), 362 And 364 And Federal Rules Of Bankruptcy Procedure 2002, 4001, And 9014 (A) Approving Debtor-In-Possession Financing With Administrative Expense Superpriority And Secured By Liens, (B) Granting Liens And Superpriority Administrative Expense Claim, (C) Granting Other Relief And (D) Setting Final Hearing** was caused to be made on April 3, 2007, in the manner indicated upon the entities on the attached list.

April 3, 2007
    Date

Daniel B. Butz ( No. 4227)

## SERVICE LIST

### BY ELECTRONIC MAIL & HAND DELIVERY

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
collins@rlf.com
merchant@rlf.com

### BY ELECTRONIC MAIL & FIRST CLASS U.S. MAIL

Ben H. Logan, Esq.
Suzzanne S. Uhland, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
blogan@omm.com
suhland@omm.com

John E. Stoner
Allen Matkins Leck Gamble Mallory & Natsis LLP
1900 Main Street, 5th Floor
Irvine, CA 92614-7321
jstoner@allenmatkins.com

Maureen E. Sweeney
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
msweeney@kirkland.com

Howard Hawkins, Esq.
Cadwalader Wickersham & Taft
One World Financial Center
New York, NY 10281
howard.hawkins@cwt.com