IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.* | : |  |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that Credit Suisse First Boston Mortgage Capital

LLC and DLJ Mortgage Capital, Inc. (collectively, "Credit Suisse"), by their counsel,

Chadbourne & Parke LLP, hereby enter their appearance in the above-captioned jointly

administered cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules") and requests that, pursuant to section 1109(b) of title 11 of the United

States Code (the "Bankruptcy Code") and Bankruptcy Rules 2002 and 9007, notice of all matters

arising in the cases and all papers served or required to be served in the cases, be given to and

served upon counsel at the address set forth below:

> Chadbourne & Parke LLP
> 30 Rockefeller Plaza
> New York, New York  10112
> Telephone:  (212) 408-5100
> Telecopier:  (212) 541-5369
> Attn.:  Joseph H. Smolinsky, Esq.
> email:  jsmolinsky@chadbourne.com
> Attn.:  Douglas E. Deutsch, Esq.
> email:  ddeutsch@chadbourne.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail delivery, telephone, telegraph, telecopier, telex, or otherwise, which affects the debtors, property or proceeds in which the debtors may claim an interest.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Documents, nor any subsequent appearance, pleading, claim or suit is intended to waive (1) Credit Suisse's right to have final orders in non-core matters entered only after *de novo* review by a district judge, (2) Credit Suisse's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (3) Credit Suisse's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or

recoupments to which Credit Suisse is or may be entitled under agreements in law or equity, all

of which rights, claims, actions, defenses, setoffs and recoupments Credit Suisse expressly

reserves.

Dated: New York, New York
      April 3, 2007

                                      **CHADBOURNE & PARKE LLP**

                               By:  */s/Joseph H. Smolinsky*
                                      Joseph H. Smolinsky (JS 8408)
                                      A Member of the Firm
                                      30 Rockefeller Plaza
                                      New York, New York 10112
                                      Phone:  (212) 408-5100
                                      Fax:  (212) 541-5369

                                    Attorneys for Credit Suisse First Boston
                                    Capital LLC and DLJ Mortgage Capital, Inc.