**CERTIFICATE OF SERVICE**

I, Mark Hurford, hereby certify that, on April 3, 2007, I caused one copy of the foregoing to be served upon the persons listed below in the manner indicated.

**HAND DELIVERY**
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Chun I. Jang, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801

**U.S. MAIL**
Suzzanne S. Uhland, Esquire
Austin K. Barron, Esquire
Emily R. Culler, Esquire
Ana Acevedo, Esquire
O'Melveny & Myers LLP
275 Battery Park
San Francisco, CA 94111

*/s/ Mark Hurford*
Mark Hurford (3299)

{D0082327.1 }