## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | |
| a Delaware corporation, et al., | : | Case No.:07-10416 -KJC |
| | : | |
| Debtors. | : | |

### REQUEST FOR NOTICE

Pursuant to 11 U.S.C. 1109(b) and Rules 2002, 9007, 9010(b) and 9013 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that a true, complete and accurate copy of each and every notice required to be given in this case, as well as all copies of pleadings and other papers filed in the above matter, be directed to counsel for **FEDERAL EXPRESS CORPORATION** at:

> Charles J. Filardi, Jr.
> Filardi Law Offices LLC
> 65 Trumbull Street, Second Floor
> New Haven, CT  06510
> (203) 562-8588
> (866) 890- 3061 Facsimile
> charles@filardi-law.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail,

delivery, telephone, telegraph, telex or otherwise with respect to the above-captioned debtor, the bankruptcy estate, or any related entity, or property or proceeds in which the debtor or its trustee may claim an interest.

Dated:  April 3, 2007	By:	  /s/ Charles J. Filardi, Jr., Attorney  
			Charles J. Filardi, Jr.  
			Filardi Law Offices LLC  
			65 Trumbull Street, Second Floor  
			New Haven, CT  06510  
			(203) 562-8388  
			(866) 890- 3061 Facsimile  
			charles@filardi-law.com

3

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on this 3rd day of April, 2007 a copy of the foregoing Request for Notice has been served via electronic mail to those parties participating in the court's electronic notification system and via first class mail, postage pre-paid to the following parties:

<u>Office of the United States Trustee:</u>
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

                                              /s/ Charles J. Filardi, Jr., Attorney
                                                  Charles J. Filardi, Jr.