Patricia Baron Tomasco
State Bar No. 01797600
BROWN MCCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (telecopy)

ATTORNEYS FOR ELLINGTON MANAGEMENT GROUP, INC.

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NEW CENTURY TRS HOLDINGS | § | CASE NO. 07-10416-KJC |
| INC., ET AL., | § | CHAPTER 11 |
| | § | (*Jointly Administered*) |
| DEBTOR | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

Please take notice that Ellington Management Group, Inc. hereby enters its appearance by and through its counsel, Brown McCarroll, L.L.P., pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in these cases be given and served upon the persons listed below at the following addresses:

Patricia B. Tomasco
BROWN MCCARROLL, L.L.P.
111 Congress Ave., Suite 1400
Austin, Texas 78701
Telephone:(512) 472-5456
Facsimile:  (512) 479-1101
Email: ptomasco@mailbmc.com

AUS:3894187.1
54354.4

This request encompasses all notices, copies and pleadings referred to without limitation, all notices of any stay motions, orders, sale motions, demands, complaints, petitions, plans, disclosure statements, pleadings or requests, applications, and any other documents brought before this Court, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which affect or seek to affect the referenced case, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

> Respectfully submitted,
>
> BROWN MCCARROLL, L.L.P.
> 111 Congress Ave., Suite 1400
> Austin, Texas 78701
> (512) 472-5456
> (512) 479-1101 (Fax)
> Email:  ptomasco@mailbmc.com
>
> By:   */s/ Patricia B. Tomasco*
>         Patricia B. Tomasco
>         State Bar No. 01797600
>
> ATTORNEYS FOR ELLINGTON
> MANAGEMENT GROUP, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2007, a true and correct copy of the foregoing pleading was served, via the Court's CM/ECF notification system, and regular first class mail, on the parties on the attached Service List.

> */s/ Patricia B. Tomasco*
>   Patricia B. Tomasco

AUS:3894187.1
54354.4