| | | |
|---|---|---|
| New Century TRS Holdings, Inc.<br>18400 Von Karman Avenue<br>Irvine, CA 92612 | Chun I. Jang<br>Mark D. Collins<br>RICHARDS LAYTON & FINGER PA<br>920 North King Street<br>P.O. Box 551<br>Wilmington, DE 19899 | U.S. Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| Golden Sachs Mortgage Company<br>Attn: Marc Flamino<br>85 Broad Street<br>New York, NY 10004 | Credit Suisse First Boston Mortgage Capital LLC<br>Attn: Gary Timmerman<br>302 Carnegie Center, 2nd Floor<br>Princeton, NJ 08540 | Credit-Based Asset Servicing and<br>    Securitization LLC<br>335 Madison Avenue, 19th Floor<br>New York, NJ 10017 |
| Morgan Stanley Mortgage Capital Inc.<br>Attn: Andy Neuberger<br>1585 Broadway, 10th Floor<br>New York, NY 10036 | DB Structured Products, Inc.<br>Attn: Glen Minkoff<br>60 Wall Street, 19th Floor<br>New York, NY 10005 | Deutsche Bank<br>Attn: Ryan Stark<br>31 West 52nd Street<br>3rd Floor NYC01-0304<br>New York, NY 10019 |
| Bank of America NA<br>Attn: Maureen Macan<br>901 Main Street, 66th Floor<br>Dallas, TX 75202 | UBS Real Estate Securities Inc.<br>Attn: George Mangiaracina<br>1251 Avenue of the Americas<br>New York, NY 10019 | Lehman Brothers Bank FSB<br>Attn: Diane Rinnovatore<br>745 Seventh Avenue<br>New York, NY 10019 |
| Countrywide<br>Attn: Dana Headlee<br>20 N. Acoma Blvd.<br>Lake Havasu City, AZ 86403 | Citigroup Global Markets Realty Corp.<br>Attn: Susan Mills<br>390 Greenwich Street, 6th Floor<br>New York, NY 10013 | Residential Funding Corporation<br>Attn: Mike Bugbee<br>1646 N. California Blvd., Suite 400<br>Walnut Creek, CA 94596 |
| SG Mortgage Finance Corp.<br>Attn: Frank Nunnari<br>1221 Avenue of the Americas<br>New York, NY 10020 | IXIS Real Estate Capital, Inc.<br>Attn: Tony Malanga<br>9 West 57th Street, 36th Floor<br>New York, NY 10019 | Barclays Bank PLC<br>Attn: Paul Menefee<br>200 Park Avenue<br>New York, NY 10166 |
| Indymac Bank FSB<br>888 East Walnut Street<br>Pasadena, CA 91101 | Carrington Securities LP<br>Attn: Bruce Rose<br>Seven Greenwich Office Park<br>599 West Putnam Avenue<br>Greenwich, CT 06830 | Washington Mutual Bank FA<br>Attn: Michael McCauley<br>3200 Southwest Freeway<br>Houston, TX 77027 |
| Alaska Seaboard Partners Limited<br>Attn: William Fogleman<br>4150 s. Sherwood Forest Blvd.<br>Baton Rouge, LA 70816 | JP Morgan Chase Bank NA<br>Attn: Fran Stec<br>194 Wood Avenue South, 3rd Floor<br>Iselin, NJ 08830-2710 | Greenwich Capital Financial Products Inc.<br>Attn: Frank Skibo<br>600 Steamboat Road<br>Greenwich, CT 06830 |
| HSBC Bank USA NA<br>Attn: Joe Little<br>452 5th Avenue, 10th Floor<br>New York, NY 10018 | Aurora Loan Services<br>Attn: Giovanni Manocchio<br>10350 Park Meadows Dr., 4th Floor<br>Littleton, CO 80124 | EMC Mortgage Corporation<br>Attn: Tom Tarantino<br>383 Madison Avenue<br>New York, NY 06810 |

**SERVICE LIST**

**AUS:3894203.1**
**54354.4**

| | | |
|---|---|---|
| General Electric Capital Corporation<br>44 Old Ridgebury Road<br>Danbury, CT 06810 | Lowermybillis.com<br>Attn: Rod Pasion<br>2401 Colorado Avenue, Suite 200<br>Santa Monica, CA 90404 | Affiliated Computer Services<br>Attn: Todd Green<br>P.O. Box 201322<br>Dallas, TX 75320 |
| Nomura Securities<br>Attn: James Depalma<br>2 World Financial Center, Building B<br>New York, NY 10281 | Aspen Funding Corp.<br>Attn: Doris Hearn<br>c/o AMACAR GROUP LLC<br>6525 Morrison Blvd., Suite 318<br>Charlotte, NC 28211 | Galleon Capital Corporation<br>Attn: R. Douglas Donaldson<br>P.O. Box 4024<br>Boston, MA 02101 |
| Gemini Securitization Corp LLC<br>Attn: R. Douglas Donaldson<br>c/o ROPERS & GRAY LLP<br>1 International Place<br>Boston, MA 02110 | Guaranty Bank<br>Attn: Jenny Ray Stilwell<br>8333 Douglas Avenue<br>Dallas, TX 75225 | Newport Funding Corp.<br>Attn: Glen Minkoff<br>c/o AMACAR GROUP LLC<br>6525 Morrison Blvd., Suite 318<br>Charlotte, NC 28211 |
| Sheffield Receivables Corporation<br>Attn: Glen Pearson<br>c/o Barclays Capital Services<br>200 Cedar Knolls Road<br>Wippany, NJ 07981 | State Street Global Markets LLC<br>Attn: Todd Meringoff<br>Galleon Funds<br>225 Franklin Street<br>Boston, MA 02110 | Tucson Funding LLC<br>Attn: Glenn Minkoff<br>c/o DB Structured Products Inc.<br>60 Wall Street<br>New York, NY 10005 |
| National Field Representatives<br>Attn: Melanie LaRocque<br>P.O. Box 1440<br>Claremont, NJ 03743 | Assurant Specialty Property Insurance<br>Attn: Kelly Chin<br>260 Interstate North Circle SE<br>Atlanta, GA 30339-2110 | System Source Inc.<br>Attn: Brooke Hergesell<br>2100 Main Street, Suite 100<br>Irvine, CA 92614 |
| GMAC Commercial Finance LLC<br>Attn: Tanja Barner<br>600 Galleria Parkway, 15th Floor<br>Atlanta, GA 30339 | Sprint<br>Attn: Frank Quattroccup<br>18200 Von Karman Avenue<br>Irvine, CA 92612 | Low.com<br>Attn: Fred Hsu<br>818 W. 7th Street, Suite 700<br>Los Angeles, CA 90017 |
| Suntrust<br>Attn: Tony D. Atkins<br>303 Peachtree Street, 23rd Floor<br>Atlanta, GA 30308 | Harbor Asset Management Services<br>Attn: Shari Macedo<br>1407 Foothill Blvd., Suite 246<br>La Verne, CA 91750 | Adteractive<br>Attn: Blake Simon<br>303 Second Street, Suite 375<br>Second Tower<br>San Francisco, CA 94107 |
| Fiserv CCS<br>Attn: Geno Hoover<br>912 Ft. Dubuesne Blvd.<br>Pittsburgh, PA 15222 | ChoicePoint Precision Marketing<br>Attn: Scott Walkins<br>2525 Meridian Parkway, Suite 125<br>Durham, NC 27713 | Pricewaterhouse Coopers LLP<br>Attn: Sear Yagana<br>300 Madison Avenue<br>New York, NY 10017 |
| Nextag<br>Attn: Dan Tsuchiya<br>1300 S. El Camino Real<br>San Mateo, CA 94402 | Catarina Mortgage Services Inc.<br>Attn: Ron Harpole<br>22485 Tomball Highway<br>Houston, TX 77070 | William P. Bowden<br>ASHBY & GEDDES PA<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 |

**SERVICE LIST**

**AUS:3894203.1**
**54354.4**

| | | |
|---|---|---|
| Richard A. Chesley<br>PAUL HASTINGS JANOFSKY & WALKER LLP<br>191 North Wacker Drive, 30th Floor<br>Chicago, IL 60606 | Keith W. Miller<br>PAUL HASTINGS JANOFSKY & WALKER LLP<br>Park Avenue Tower, 1st Floor<br>75 East 55th Street<br>New York, NY 10022 | Elizabeth Banda<br>PERDUE BRANDON FIELDER COLLINS &<br>    MOTT LLP<br>P.O. Box 13430<br>Arlington, TX 76094-0430 |
| Laura Davis Jones<br>PACHULSKI STANG ZIEHL YOUNG JONES &<br>    WEINTRAUB LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | Bennett L. Spiegel<br>KIRKLAND & ELLIS LLP<br>777 S. Figueroa Street, Suite 3700<br>Los Angeles, CA 90017 | Joseph H. Smolinsky<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Paul M. Basta<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611 | Marla R. Eskin<br>CAMPBELL & LEVINE LLC<br>800 North King Street, Suite 300<br>Wilmington, DE 19801 | Charles J. Filardi Jr.<br>FILARDI LAW OFFICES LLC<br>65 Trumbull Street, 2nd Flor<br>New Haven, CT 06510 |
| David B. Stratton<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709 | Daniel B. Butz<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 198899-1347 | |

## SERVICE LIST

**AUS:3894203.1**
**54354.4**