IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel for Morgan Stanley Mortgage Capital Inc. ("MSMCI"), and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. § 1109(b), request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in the above-captioned cases, be transmitted to:

> Robert J. Dehney (No. 3578)
> Gregory W. Werkheiser (No. 3553)
> Daniel B. Butz (No. 4227)
> MORRIS, NICHOLS, ARSHT & TUNNEL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> Telephone: (302) 658-9200
> Facsimile: (302) 658-3989
> Email: rdehney@mnat.com
>       gwerkheiser@mnat.com
>       dbutz@mnat.com

- AND -

>Luc A. Despins, Esq.
>Wilbur F. Foster, Esq.
>MILBANK, TWEED, HADLEY & McCLOY LLP
>1 Chase Manhattan Plaza
>New York, New York 10005
>Telephone: (212) 530-5000
>Facsimile: (212) 530-5219
>Email: ldespins@milbank.com
>  wfoster@milbank.com
>
>-AND-
>
>Howard R. Hawkins, Jr., Esq.
>CADWALADER, WICKERSHAM & TAFT LLP
>One World Financial Center
>New York, New York 10281
>Telephone: (212) 504-6000
>Facsimile: (212) 504-6666
>Email: howard.hawkins@cwt.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of MSMCI or any other party in interest in these cases, including (a) the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), (b) property of the Debtors or the Debtors' estates, or proceeds thereof, (c) claims against or interests in the Debtors, (d) other rights or interests of creditors of the Debtors or other parties in interest in these cases or (e) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by MSMCI or any other party in interest.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of MSMCI (a) to have final orders

in non-core matters entered only after de novo review by a District Court judge, (b) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Wilmington, Delaware
April 3, 2007

MORRIS, NICHOLS, ARSHT & TUNNEL LLP

Robert J. Dehney (No. 3578)
Gregory W. Werkheiser (No. 3553)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

- And -

Luc A. Despins
Wilbur F. Foster, Jr.
Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

- And -

CADWALADER, WICKERSHAM & TAFT LLP
Howard R. Hawkins, Jr.
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

*Attorneys for Morgan Stanley Mortgage Capital Inc.*