## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of this notice and of the foregoing **Notice of Appearance And Request For Service Of Papers** was caused to be made on April 3, 2007, in the manner indicated upon the entities identified below.

Date: April 3, 2007          */s/ Daniel B. Butz*
                              Daniel B. Butz (No. 4227)

**VIA HAND DELIVERY**

Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**VIA FIRST CLASS MAIL**

Suzzanne S. Uhland
Austin K. Barron
Emily R. Culler
Ana Acevedo
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

783682