IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| Debtors. | : |

**REQUEST FOR NOTICE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE THAT Nixon Peabody LLP ("Nixon") and Pepper Hamilton LLP ("Pepper") enter their appearance on behalf of Deutsche Bank National Trust Company in these chapter 11 cases. Pursuant to § 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Nixon and Pepper request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon Nixon and Pepper at the offices, addresses, telephone numbers and facsimile numbers set forth below and that the following names be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as set forth below:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, L.L.C., a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

| | | |
|---|---|---|
| Dennis J. Drebsky, Esq.<br>Nixon Peabody LLP<br>437 Madison Avenue<br>New York, NY 10022<br>212-940-3000<br>Fax: 212-940-3111<br>ddrebsky@nixonpeabody.com | Mark N. Berman, Esq.<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110-1832<br>617-345-1000<br>Fax: 617-345-1300<br>mberman@nixonpeabody.com | David B. Stratton, Esq.<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>302-777-6500<br>Fax: 302-421-8390<br>strattond@pepperlaw.com |

Neither this Notice of Appearance and Demand for Service of Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a consent to jurisdiction or a waiver of any right: (i) to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. §157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claim, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

Dated: April 4, 2007

Respectfully Submitted

PEPPER HAMILTON, LLP

/s/ David B. Stratton
David B. Stratton (No. 960)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

#8454163 v2

- and -

Dennis J. Drebsky, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
212-940-3000
Fax: 212-940-3111

- and -

Mark N. Berman, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-1832
617-345-1000
Fax: 617-345-1300

*Counsel to Deutsche Bank National Trust Company*

#8454163 v2