## CERTIFICATE OF SERVICE

I, David B. Stratton, hereby certify that on this 4th day of April, 2007, I caused to be served **Request for Notice and Demand for Service of Papers** by first class mail, postage prepaid, to the parities on the attached service list.

/s/ David B. Stratton
David B. Stratton

#8454163 v2

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801
Counsel to the Debtors

Suzzanne S. Uhland, Esq.
Austin K. Barron, Esq.
Emily R. Culler, Esq.
Ana Acevedo, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
Counsel to the Debtors

Office of the United States Trustee
844 Market Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

#8454163 v2