UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | | |
|---|---|---|---|
| IN RE: | § | CASE NO. | 07-10416-11 |
| NEW CENTURY TRS HOLDINGS, INC. | § | | |
| DEBTOR(S), | § | CHAPTER | 11 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**Dallas County**
secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

```
                    LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
                    2323 BRYAN STREET SUITE 1600
                    DALLAS, TX 75201
                    Telephone:   (214)880-0089
                    Facsimile:   (214)253-2558
                    Email:       dallas.bankruptcy@publicans.com
                    By: /s/ E. Weller
                    Elizabeth Weller      State Bar No.      00785514
```

### Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been this date served electronically or mailed to the parties listed below.

MARK D. COLLINS
ATTORNEY AT LAW
P O BOX 551
WILMINGTON, DE 19899

US TRUSTEE (DELAWARE)
844 KING STREET, RM 2207
LOCK BOX #35
WILMINGTON, DE 1989900

Dated this 4th day of April, 2007.     /s/ E. Weller

                                        Elizabeth Weller