IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07- 10416 (KJC) |
| INC, a Delaware corporation, et al. | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## MOTION FOR ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Paul M. Basta, Esquire, Kirkland & Ellis LLP, Citigroup Center, 153 East 53rd Street, New York, New York 10022-4611 to represent the *Citigroup Global Markets Realty Corp.* in this action.

Dated: April 4, 2007

CAMPBELL & LEVINE, LLC

Marla Rosoff Eskin (No. 2989)
Mark Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900
(302) 426-9947 (Fax)

{D0082312.1 }

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Rhode Island, the State of New York, the Appellate Division of New York Supreme Court - Third Dept., the State of Massachusetts, and the United States District for the Southern District New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: April 3, 2007

Paul M. Basta, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
(212) 446-4750
(212) 446-4900
pbasta@kirkland.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: April ___, 2007

The Honorable Kevin J. Carey
United States Bankruptcy Judge

{D0082312.1 }