IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered<br><br>Related Docket No. 31 |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF BARRY V. FREEMAN

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Barry V. Freeman, Esq. to represent Union Bank of California in this action.

Date: April 3, 2007

/s/ David M. Fournier
David M. Fournier (DE No. 2812)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 777-6500
Fax: (302) 421-8390

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bar of the States of California and Montana, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or court of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Barry V. Freeman
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Tel: (310) 785-5367
Fax: (310) 712-3393

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: April 3, 2007

Kevin J. Carey
United States Bankruptcy Judge

#8454145 v1