DOCKET NO. 35

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| Debtors. | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jeffrey K. Milton, of Milbank, Tweed, Hadley & McCloy LLP, One Chase Manhattan Plaza, New York, New York 10005-1413, to represent Morgan Stanley Mortgage Capital Inc. and certain affiliates in the above captioned matters.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Dated: April 3, 2007

_/s/ Daniel B. Butz_
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

DATE FILED 4/3/07
DOCKET NO. 35

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court. I further certify that I am admitted, practicing and in good standing as a member of the Bars of the States of New York and California, and the United States District Courts for the Southern District of New York, the Eastern District of New York and the Central District of California, and the Ninth Circuit Court of Appeals. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: April 3, 2007

Jeffrey L. Milton
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
Phone: (212) 530-5136
Facsimile: (212) 822-5136
E-mail: jmilton@milbank.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: April 3, 2007

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

783170