IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket No. 30** |

## AFFIDAVIT OF SERVICE

Michele Santore, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, co-counsel for Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc., in the above-captioned case, and that on the 4th day of April, 2007, she caused a copy of the following to be served upon the attached service list(s) in the manner indicated herein:

---

[1] The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

1. **Notice of Appearance and Request for Service Pursuant to Fed.R.Bankr.P. 2002**

*Michele Santore*
Michele Santore

Sworn to and subscribed before
me this 4th day of April, 2007

_____
Notary Public
My Commission Expires: 11/4/07

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

New Century TRS Holdings, Inc.
2002 Service List
Case No. 07-10416 (KJC)
Document No. 126344
07 – Hand Delivery
71 – First Class Mail


(Co-Counsel to Greenwich Capital
Financial Products, Inc. and The CIT
Group/Business Credit, Inc.)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 N Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Hand Delivery**
(Parcels)
Vito I. DiMaio
Parcels, Inc.
4 East 7th Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Debtors)
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**Hand Delivery**
(United States Trustee)
Office of the United States Trustee
Joseph J. McMahon, Jr, Esquire
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Citigroup Global Markets
Realty Corporation)
Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE  19801

**Hand Delivery**
(Counsel for UBS Real Estate Securities,
Inc.)
William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Ashby & Geddes P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Morgan Stanley Mortgage
Capital Inc.)
Robert J. Dehney, Esquire
Gregory W. Werkheiser, Esquire
Daniel B. Butz, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

**Hand Delivery**
(Counsel for Deutsche Bank National Trust
Company)
David B. Stratton, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE  19899-1709

**First Class Mail**
(Counsel to Debtors)
Suzzanne S. Uhland, Esquire
Ben H. Logan, Esquire
Victoria Newmark, Esquire
Emily R Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

**First Class Mail**
(Co-Counsel to Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.)
Bennett L. Spiegel, Esquire
Shirley S. Cho, Esquire
Kirkland & Ellis LLP
777 S Figueroa Street, Suite 3700
Los Angeles, CA 90017

**First Class Mail**
)
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
)
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
)
Securities & Exchange Commission
15th & Pennsylvania Avenue, NW
Washington, DC 20020

**First Class Mail**
)
Securities & Exchange Commission
New York Regional Office
Attn: Nathan Fuchs
233 Broadway
New York, NY 10279

**First Class Mail**
)
District Director
Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

**First Class Mail**
(Counsel for Ellington Management Group, Inc.)
Patricia B. Tomasco, Esquire
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 1400
Austin, TX 78701

**First Class Mail**
(Counsel for Morgan Stanley Mortgage Capital Inc.)
Luc A. Despins, Esquire
Wilbur F. Foster, Esquire
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

**First Class Mail**
(Counsel for Morgan Stanley Mortgage Capital Inc.)
Howard R. Hawkins, Jr., Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**First Class Mail**
(Counsel for Celina ISD, Princeton ISD, City of Princeton Richardson ISD, Cedar Hill ISD, City of Cedar Hill Whitewright ISD, City of Whitewright, City of Hurst Arlington ISD, Castleberry ISD and Mansfield ISD)
Elizabeth Banda, Esquire
Perdue, Brandon, Fielder, Collins & Mott L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430

**First Class Mail**
(Counsel for Credit Suisse First Boston Capital LLC and DLJ Mortgage Capital, Inc.)
Joseph H. Smolinsky, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

**First Class Mail**
(Counsel for Federal Express Corporation)
Charles J. Filardi Jr, Esquire
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510

**First Class Mail**
(Counsel for Citigroup Global Markets Realty Corporation)
Paul M. Basta, Esquire
Joshua A. Sussberg, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

**First Class Mail**
(Counsel for UBS Real Estate Securities, Inc.)
Keith W. Miller, Esquire
James R. Bliss, Esquire
Paul Hastings Janofsky & Walker LLP
Park Avenue Tower
75 E 55th Street, First Floor
New York, NY 10022

**First Class Mail**
(Counsel for UBS Real Estate Securities, Inc.)
Richard A. Chesley, Esquire
Kimberly D. Newmarch, Esquire
Paul Hastings Janofsky & Walker LLP
191 N Wacker Drive, 30th Floor
Chicago, IL 60606

**First Class Mail**
(Claims and Noticing Agent)
XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA 90295

**First Class Mail**
(Counsel for Deutsche Bank National Trust Company)
Dennis J. Drebsky, Esquire
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

**First Class Mail**
(Counsel for Deutsche Bank National Trust Company)
Mark N. Berman, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-1832

**First Class Mail**
(Counsel for Dallas County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

**First Class Mail**
(Top 50 Creditors)
Renee Singer
The CIT Group Business Credit Inc.
505 Fifth Avenue, 3rd Floor
New York, NY 10017

**First Class Mail**
(Top 50 Creditors)
Blake Simon
Adteractive
303 Second Street, Suite 375
Second Tower
San Francisco, CA 94107

**First Class Mail**
(Top 50 Creditors)
Todd Green
Affiliated Computer Services
P.O. Box 201322
Dallas, TX 75320

**First Class Mail**
(Top 50 Creditors)
William Fogleman
Alaska Seaboard Partners Limited Partnership
4150 S. Sherwood Forest Boulevard
Baton Rouge, LA 70816

**First Class Mail**
(Top 50 Creditors)
Doris Hearn
Evelyn Echevarria
Aspen Funding Corporation
c/o Amacar Group LLC
6525 Morrison Boulevard, Suite 318
Charlotte, NC 28211

**First Class Mail**
(Top 50 Creditors)
Kelly Chin
Assurant Specialty Property Insurance
260 Interstate N Circle SE
Atlanta, GA 30339-2110

**First Class Mail**
(Top 50 Creditors)
Giovanni Manocchio
Aurora Loan Services
10350 Park Meadows Drive, 4th Floor
Littleton, CO 80124

**First Class Mail**
(Top 50 Creditors)
Maureen Macan
Bank of America, NA
901 Main Street, 66th Floor
Dallas, TX 75202

**First Class Mail**
(Top 50 Creditors)
Paul Menefee
Joseph O'Doherty
Barclays Bank PLC
200 Park Avenue
New York, NY 10166

**First Class Mail**
(Top 50 Creditors)
Bruce Rose
Carrington Securities, LP
Seven Greenwich Office Park
599 West Putnam Avenue
Greenwich, CT 06830

**First Class Mail**
(Top 50 Creditors)
Ron Harpole
Catarina Mortgage Services Inc.
22485 Tomball Highway
Houston, TX 77070

**First Class Mail**
(Top 50 Creditors)
Scott Walkins
ChoicePoint Precision Marketing
2525 Meridian Parkway, Suite 125
Durham, NC 27713

**First Class Mail**
(Top 50 Creditors)
Susan Mills
Bobbie Theivakumaran
Citigroup Global Markets Realty
Corporation
390 Greenwich Street, 6th Floor
New York, NY 10013

**First Class Mail**
(Top 50 Creditors)
Dana Headlee
Countrywide
20 N Acoma Boulevard
Lake Havasu City, AZ 86403

**First Class Mail**
(Top 50 Creditors)
Gary Timmerman
Credit Suisse First Boston Mortgage
Capital LLC
302 Carnegie Center, 2nd Floor
Princeton, NJ 08540

**First Class Mail**
(Top 50 Creditors)
Marc Rosenthal
Credit-Based Asset Servicing and
Securitization LLC
335 Madison Avenue, 19th Floor
New York, NY 10017

**First Class Mail**
(Top 50 Creditors)
Glenn Minkoff
DB Structured Products, Inc.
60 Wall Street, 19th Floor
New York, NY 10005

**First Class Mail**
(Top 50 Creditors)
Ryan Stark
Deutsche Bank
31 West 52nd Street
3rd Floor NYC01-0304
New York, NY 10019

**First Class Mail**
(Top 50 Creditors)
Tom Tarantino
EMC Mortgage Corporation
383 Madison Avenue
New York, NY 10179

**First Class Mail**
(Top 50 Creditors)
Geno Hoover
Fiserv CCS
912 Ft Dubuesne Boulevard
Pittsburgh, PA 15222

**First Class Mail**
(Top 50 Creditors)
R. Douglas Donaldson
Galleon Capital Corporation
P.O. Box 4024
Boston, MA 02101

**First Class Mail**
(Top 50 Creditors)
R. Douglas Donaldson
Gemini Securitization Corporation, LLC
c/o Ropers & Gray, LLP
1 International Place
Boston, MA 02110

**First Class Mail**
(Top 50 Creditors)
General Electric Capital Corporation
44 Old Ridgebury Road
Danbury, CT 06810

**First Class Mail**
(Top 50 Creditors)
Tanja Barner
GMAC Commercial Finance, LLC
600 Galleria Parkway 15th Floor
Atlanta, GA  30339

**First Class Mail**
(Top 50 Creditors)
Marc Flamino
Goldman Sachs Mortgage Company
85 Broad Street
New York, NY  10004

**First Class Mail**
(Top 50 Creditors)
Frank Skibo
Greenwich Capital Financial Products, Inc.
600 Steamboat Road
Greenwich, CT  06830

**First Class Mail**
(Top 50 Creditors)
Jenny Ray Stilwell
Guaranty Bank
8333 Douglas Avenue
Dallas, TX  75225

**First Class Mail**
(Top 50 Creditors)
Shari Macedo
Harbor Asset Management Services
1407 Foothill Boulevard, Suite 246
La Verne, CA  91750

**First Class Mail**
(Top 50 Creditors)
Joe Little
HSBC Bank USA, NA
452 5th Avenue, 10th Floor
New York, NY  10018

**First Class Mail**
(Top 50 Creditors)
Indymac Bank FSB
888 East Walnut Street
Pasadena, CA  91101

**First Class Mail**
(Top 50 Creditors)
Tony Malanga
IXIS Real Estate Capital, Inc.
9 West 57th Street, 36th Floor
New York, NY  10019

**First Class Mail**
(Top 50 Creditors)
Fran Stec
JP Morgan Chase Bank, NA
194 Wood Avenue South, Floor 3
Iselin, NJ  08830-2710

**First Class Mail**
(Top 50 Creditors)
Diane Rinnovatore
Lehman Brothers Bank FSB
745 Seventh Avenue
New York, NY  10019

**First Class Mail**
(Top 50 Creditors)
Fred Hsu
Lowcom
818 W 7th Street, Suite 700
Los Angeles, CA  90017

**First Class Mail**
(Top 50 Creditors)
Rod Pasion
Lowermybillscom
2401 Colorado Avenue, Suite 200
Santa Monica, CA  90404

**First Class Mail**
(Top 50 Creditors)
Andy Neuberger
Morgan Stanley Mortgage Capital Inc.
1585 Broadway, 10th Floor
New York, NY  10036

**First Class Mail**
(Top 50 Creditors)
Melanie LaRocque
National Field Representatives
P.O. Box 1440
Claremont, NH  03743

**First Class Mail**
(Top 50 Creditors)
Glenn Minkoff
Doris Hearn
Evelyn Echevarria
Newport Funding Corporation
c/o Amacar Group
6525 Morrison Boulevard, Suite 318
Charlotte, NC  28211

**First Class Mail**
(Top 50 Creditors)
Dan Tsuchiya
Nextag
1300 S El Camino Real
San Mateo, CA  94402

**First Class Mail**
(Top 50 Creditors)
James Depalma
Jeane Leschak
Nomura Securities
2 World Financial Center, Building B
New York, NY  10281

**First Class Mail**
(Top 50 Creditors)
Sear Yagana
Pricewaterhouse Coopers LLP
300 Madison Avenue
New York, NY  10017

**First Class Mail**
(Top 50 Creditors)
Mike Bugbee
Residential Funding Corporation
1646 N California Boulevard, #400
Walnut Creek, CA  94596

**First Class Mail**
(Top 50 Creditors)
Frank Nunnari
SG Mortgage Finance Corporation
1221 Avenue of the Americas
New York, NY  10020

**First Class Mail**
(Top 50 Creditors)
Glenn Pearson
Hansel Nieves
Shelby Robins
Sheffield Receivables Corporation
c/o Barclays Capital Services
200 Cedar Knolls Road
Whippany, NJ  07981

**First Class Mail**
(Top 50 Creditors)
Frank Quattroccup
Sprint
18200 Von Karman Avenue
Irvine, CA  92612

**First Class Mail**
(Top 50 Creditors)
Todd Meringoff
State Street Global Markets, LLC
Attn: Galleon Funds
225 Franklin Street
Boston, MA  02110

**First Class Mail**
(Top 50 Creditors)
Tony D. Atkins
Suntrust
303 Peachtree Street, 23rd Floor
Atlanta, GA  30308

**First Class Mail**
(Top 50 Creditors)
Brooke Hergesell
System Source, Inc.
2100 Main Street, Suite 100
Irvine, CA  92614

**First Class Mail**
(Top 50 Creditors)
Glenn Minkoff
Tucson Funding LLC
c/o DB Structured Products, Inc.
60 Wall Street
New York, NY  10005

**First Class Mail**
(Top 50 Creditors)
George Mangiaracina
UBS Real Estate Securities Inc.
1251 Avenue of the Americas
New York, NY  10019

**First Class Mail**
(Top 50 Creditors)
Michael McCauley
Washington Mutual Bank, FA
3200 Southwest Freeway
Houston, TX  77027