**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| New Century TRS Holdings, Inc., et al., | Case No. 07-10416 (KJC) |
| Debtors. | |

**NOTICE OF ENTRY OF APPEARANCE**
**AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that RESIDENTIAL FUNDING COMPANY, LLC by and through its undersigned counsel, hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

| | |
|---|---|
| Mary F. Caloway, Esquire | Chris Lenhart, Esquire |
| Eric Lopez Schnabel, Esquire | DORSEY & WHITNEY LLP |
| BUCHANAN INGERSOLL & ROONEY PC | Suite 1500 |
| The Brandywine Building | 50 South Sixth Street |
| 1000 West Street, Suite 1410 | Minneapolis, MN 55402-1498 |
| Wilmington, Delaware 19801 | Telephone: (612) 340-2600 |
| Telephone: (302) 552-4200 | Facsimile: (612) 340-2868 |
| Facsimile: (302) 552-4295 | E-mail: lenhart.chris@dorsey.com |
| E-mail: mary.caloway@bipc.com | |
| E-mail: eric.schnabel@bipc.com | |

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or

oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive RESIDENTIAL FUNDING COMPANY, LLC's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which RESIDENTIAL FUNDING COMPANY, LLC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date: April 4, 2007          **BUCHANAN INGERSOLL & ROONEY PC**

By: /s/ Mary F. Caloway
Mary F. Caloway (No. 3059)
Eric Lopez Schnabel (No. 3672)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295

- and -

DORSEY & WHITNEY LLP
Chris Lenhart
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868