## CERTIFICATE OF SERVICE

I, Mary F. Caloway, do hereby certify that on the 4th day of April 2007, I caused copies of the foregoing **Notice of Appearance and Demand for Notices and Papers** to be served upon the parties and in the manner indicated below.

**Via Hand Delivery**

Mark D. Collins, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

/s/Mary F. Caloway
Mary F. Caloway (ID No. 3059)
BUCHANAN INGERSOLL & ROONEY PC
1000 West Street, Suite 1410
Wilmington, DE  19801
Phone:  302.552.4200
Fax:  302.552.4295