# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, <u>et al.</u>,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Hearing Date: To be determined |
| | : Objection Deadline: To be determined |

## NOTICE OF MOTION AND HEARING

TO:   Parties on the Attached Service List

PLEASE TAKE NOTICE that on April 4, 2007, the above-captioned debtors and debtors in possession (the "Debtors"), filed the attached **Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief** (the "Sale Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

RLF1-3134129-1

PLEASE TAKE FURTHER NOTICE that the Debtors contemporaneously have filed an Emergency Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice (the "Motion to Shorten") with the Bankruptcy Court. The Debtors have requested that the Bidding Procedures[2] requested in the Sale Motion be considered at a hearing to be scheduled in the above-captioned cases on April 12, 2007, before the Honorable Kevin J. Carey, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. In the event that the Court does not approve the dates proposed in the Motion to Shorten, the Debtors will file and serve a separate notice notifying all parties-in-interest of the revised hearing date and objection deadline.

PLEASE TAKE FURTHER NOTICE that the Debtors have proposed that any responses or objection to the Bidding Procedures requested in the Sale Motion must be in writing, filed with the Clerk of the Bankruptcy Court, and served upon and received by the undersigned counsel no later than 4:00 p.m. (Eastern Time) on the calendar day immediately preceding the hearing date scheduled by the Court.

IF NO OBJECTIONS TO THE BIDDING PROCEDURES AND/OR THE SALE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH

*[Remainder of Page Intentionally Blank]*

---

[2] Capitalized terms not otherwise defined shall have the meaning set forth in the Sale Motion

RLF1-3134129-1

THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SALE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 4, 2007
      Wilmington, Delaware

                              /s/ Marcos A. Ramos
                              Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

                -and-

Suzzanne S. Uhland
Austin K. Barron
Emily R. Culler
Ana Acevedo
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION