IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | **Related Docket Nos. 62, 63** |

## DECLARATION OF SERVICE

I, David M. Fournier, hereby declare that on the 4th day of April, 2007, I caused the following to be served upon the parties on the attached service list by first class mail.

**Signed Order for Admission Pro Hac Vice of David M. Poitras (Docket No. 62)**

**Signed Order for Admission Pro Hac Vice of Barry V. Freeman (Docket No. 63)**

Dated: April 4, 2007              PEPPER HAMILTON, LLP

/s/ David M. Fournier
David M. Fournier (No. 960)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, L.L.C., a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

#8463390 v1

- and -

Barry Freeman, Esq.
David Poitras, Esq.
Jeffer Mangels Butler & Marmaro, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
(310) 203-8080
Fax: (310) 203-0567

*Counsel to Union Bank of California*

#8463390 v1

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801
Counsel to the Debtors

Suzzanne S. Uhland, Esq.
Austin K. Barron, Esq.
Emily R. Culler, Esq.
Ana Acevedo, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
Counsel to the Debtors

Office of the United States Trustee
844 Market Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

#8463390 v1