## **CERTIFICATE OF SERVICE**

I, Stuart M. Brown, do hereby certify that on April 4, 2007, a copy of the **Motion and Order for Admission Pro Hac Vice** was served on the following parties in the manner indicated:

**VIA HAND-DELIVERY**
Mark D. Collins
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

Office United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

                                          /s/ Stuart M. Brown
                                          Stuart M. Brown

_508508_1.DOC/