Patricia Baron Tomasco
State Bar No. 01797600
BROWN MCCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (telecopy)

ATTORNEYS FOR ELLINGTON MANAGEMENT GROUP, INC.

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § | |
| NEW CENTURY TRS HOLDINGS INC., ET AL., | § § § § | CASE NO. 07-10416-KJC<br>CHAPTER 11<br>(*Jointly Administered*) |
| DEBTOR | § | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Patricia B. Tomasco of Brown McCarroll, L.L.P., 111 Congress Avenue, Suite 1400, Austin, Texas 78701, to represent Ellington Management Group, Inc. in the above-captioned matters.

Respectfully submitted,

BROWN MCCARROLL, L.L.P.
111 Congress Ave., Suite 1400
Austin, Texas 78701
(512) 479-1141
(512) 226-7320 (Fax)
Email: ptomasco@mailbmc.com

Dated: April 4, 2007            By:   */s/ Patricia B. Tomasco*
                                      Patricia B. Tomasco
                                      Texas Bar No. 01797600
                                      New York Bar No. 4449765

ATTORNEYS FOR ELLINGTON
MANAGEMENT GROUP, INC.

AUS:3895308.1
54354.4

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

     Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court. I further certify that I am admitted, practicing, and in good standing as a member of the bars of the State of New York and the State of Texas. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 will be submitted to the Clerk of Court for the District Court upon the filing of this motion.

Dated: April 4, 2007

BROWN MCCARROLL, L.L.P.
111 Congress Ave., Suite 1400
Austin, Texas 78701
(512) 479-1141
(512) 226-7320 (Fax)
Email: ptomasco@mailbmc.com

By: /s/ Patricia B. Tomasco
Patricia B. Tomasco
Texas Bar No. 01797600
New York Bar No. 4449765

**ORDER GRANTING MOTION**

     IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* is GRANTED.

Dated: _____, 2007

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

AUS:3895308.1
54354.4