IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, ) | Case No.: 07-10416 KJC |
| INC., a Delaware corporation, et al., ) | |
| ) | Jointly Administered |
| Debtors. ) | |

NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Creditor, CB Richard Ellis Corporate Facilities Management, Inc., hereby appeard by their counsel, Bifferato Gentilotti LLC and Vinson & Elkins LLP; such counsel hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following address, telephone and telecopy numbers:

Ian Connor Bifferato, Esquire
Email: icb@bgbde.com
Garvan F. McDaniel, Esquire
Email: gfm@bgbde.com
**BIFFERATO GENTILOTTI LLC**
800 N. King Street, Plaza Level
Wilmington, DE 19801
Telephone: (302) 429-1900
Facsimile: (302) 429-8600

John E. Mitchell, Esquire
Email: jmitchell@velaw.com
**VINSON & ELKINS LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Telephone: (214) 220-7700
Facsimile: (214) 220-7716

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

Dated: April 5, 2007
Wilmington, Delaware

_____
Ian Connor Bifferato (#3273)
Garvan F. McDaniel (#4167)
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
(302) 429-1900

and

John E. Mitchell, Esquire
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201

*Attorneys for CB Richard Ellis Corporate Facilities Management, Inc.*