## CERTIFICATE OF SERVICE

I, Garvan F. McDaniel, hereby certify that on this, the 5th day of April, 2007, a copy of the foregoing *Notice of Appearance and Demand for Notices and Papers* was caused to be served by first class mail upon the following:

Mark D. Collins, Esq.
Michael Joseph Merchant, Esq.
Chun I. Jang , Esq.
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

David M. Fournier, Esq.
David B. Stratton, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl Young, Jones
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705

Elizabeth Banda, Esq.
Perdue Brandon Fielder Collins & Mott
P.O. Box 13430
Arlington, TX 76094-0430

Timothy P. Cairns, Esq.
Pachulski Stang Ziehl Young Jones
919 N. Market Street
17th Floor
Wilmington, DE 19801

Charles J. Filardi, Jr., Esq.
Filardi Law Office
65 Trumbull St 2 Fl
New Haven, CT 06510

Mark T Hurford, Esq.
Campbell & Levine, LLC
800 King Street
Suite 300
Wilmington, DE 19801

Gregory Alan Taylor, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

Patricia Baron Tomasco, Esq.
BROWN McCARROLL L.L.P.
111 Congress Avenue
Suite 1400
Austin, TX 78701

_____
Garvan F. McDaniel (#4167)