Patricia Baron Tomasco
State Bar No. 01797600
BROWN MCCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (telecopy)

ATTORNEYS FOR ELLINGTON MANAGEMENT GROUP, INC.

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § | |
| NEW CENTURY TRS HOLDINGS INC., ET AL., | § § § § § | CASE NO. 07-10416-KJC<br>CHAPTER 11<br>(*Jointly Administered*) |
| DEBTOR | | |

## MOTION AND ORDER FOR WITHDRAWAL OF DOCKET NO. 83

COMES NOW, Ellington Management Group, Inc. ("EMG") and files this its Motion and Order for Withdrawal of Docket No. 83, which was filed in error. The correct document has been filed as Docket No. 84.

           Respectfully submitted,

           BROWN MCCARROLL, L.L.P.
           111 Congress Ave., Suite 1400
           Austin, Texas 78701
           (512) 479-1141
           (512) 226-7320 (Fax)
           Email: ptomasco@mailbmc.com

Dated: April 5, 2007     By: */s/ Patricia B. Tomasco*
           Patricia B. Tomasco
           Texas Bar No. 01797600
           New York Bar No. 4449765

           ATTORNEYS FOR ELLINGTON
           MANAGEMENT GROUP, INC.

AUS:3895392.1
54354.4

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that Ellington Management Group, Inc.'s motion is GRANTED and Docket No. 83 is hereby WITHDRAWN.


Dated: _____, 2007        _____
                                           THE HONORABLE KEVIN J. CAREY
                                           UNITED STATES BANKRUPTCY JUDGE

AUS:3895392.1
54354.4