

One Tower Square, 5MN
Hartford, CT 06183

FILED
ACCOUNT RESOLUTION
SCOT FREEMAN
(860) 277-8026 (DIRECT)
(860) 277-2158 (FAX)

2007 APR -5  AM 10: 40

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

April 03, 2007

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**IN RE:** NEW CENTURY FINANCIAL CORP., CASE # 07-10417

NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLANS AND DISCLOSURE STATEMENTS.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TRAVELERS AND ITS AFFILIATES ("TRAVELERS"), A CREDITOR AND PARTY IN INTEREST, ENTERS ITS APPEARANCE IN THIS CASE. TRAVELERS REQUESTS THAT THE BELOW UNDERSIGNED RECEIVE ALL COPIES OF ALL MATTERS FILED OR NOTICED BY ANY PARTY HEREIN, INCLUDING BUT NOT LIMITED TO ALL PLANS AND DISCLOSURE STATEMENTS. COPIES SHOULD BE SENT TO:

TRAVELERS
NATIONAL ACCOUNTS
1 TOWER SQUARE - 5MN
HARTFORD, CT 06183-4044

ATTENTION: SCOT FREEMAN
ACCOUNT RESOLUTION
(860) 277-8026 (DIRECT)
(860) 277-2158 (FAX)

RESPECTFULLY SUBMITTED April 03, 2007

SCOT FREEMAN
CASE MANAGER
TRAVELERS

CC: MARK D. COLLINS
    MARY DUFFYBOARDMAN - TRAVELERS