1  WILLIAM G. MALCOLM, #129271
   KEVIN HAHN, #231579
2  MALCOLM ♦ CISNEROS, A Law Corporation
3  2112 Business Center Drive, Second Floor
   Irvine, California  92612
4  (949) 252-9400 (TELEPHONE)
   (949) 252-1032 (FACSIMILE)
5

FILED

2007 APR -5  AM 10: 18

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

6              IN THE UNITED STATES BANKRUPTCY COURT

7              FOR THE DISTRICT OF DELAWARE

8
   In re:                                    )     Chapter 11
9                                            )
                                             )
10 NEW CENTURY TRS HOLDINGS,                 )     Case No. 07-10416 (KJC)
   INC., a Delaware corporation, *et al.*    )
11                                           )
                                             )
12         Debtors.                          )     Jointly Administered
                                             )
13                                           )
                                             )
14 _____)

15      **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS**

16          **PLEASE TAKE NOTICE** that Malcolm & Cisneros, A Law Corporation, hereby

17 enters its appearance in the above-captioned jointly administered cases pursuant to Rule 9010(b) of the

18 Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that, pursuant to section

19 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rules 2002 and

20 9007, notice of all matters arising in the cases and all papers served or required to be served in the

21 cases, be given to and served upon counsel at the address set forth below:

22

23                         Malcolm & Cisneros, A Law Corporation
                           2112 Business Center Drive, Second Floor
24                         Irvine, CA 92612
                           Attn: William G. Malcolm
25                         Email: bill@mclaw.org
                           Phone: (949) 252-9400
26                         Fax: (949) 252-1032

27 ///

28 ///

Notice of Appearance

1    **PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the

2    Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the

3    Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any

4    application, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of

5    reorganization transmitted or conveyed by mail delivery, telephone, telegraph, telecopier, telex, or

6    otherwise, which affects the debtors, property or proceeds in which the debtors may claim an interest.

7    **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and

8    Request for Service of Documents, nor any subsequent appearance, pleading, claim or suit is intended

9    to waive (1) Malcolm & Cisneros' right to have final orders in non-core matters entered only after *de*

10   *novo* review by a district judge, (2) Malcolm & Cisneros' right to have the reference withdrawn by the

11   District Court in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights,

12   claims, actions, defenses, setoffs, or recoupments to which Malcolm & Cisneros, A Law Corporation, is

13   or may be entitled under agreements in law or equity, all of which rights, claims, actions, defenses,

14   setoffs and recoupments Malcolm & Cisneros, A Law Corporation expressly reserves.

15   Dated:  Irvine, California
             April 4, 2007
16

17                                        **MALCOLM & CISNEROS, A LAW CORPORATION**

18

19                                        By:     /s/William G. Malcolm
20                                                 William G. Malcolm
                                                   2112 Business Center Drive, Second Floor
21                                                 Irvine, CA 92612
                                                   Phone: (949) 252-9400
22                                                 Fax: (949) 252-1032
23                                                 Attorneys for Malcolm & Cisneros, A Law Corporation

24

25

26

27

28

Notice of Appearance

**PROOF OF SERVICE**

I, ELISA ABDEL-FATTAH, declare:

1.      I am employed by the law firm of MALCOLM ♦ CISNEROS, A Law Corporation, in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California 92612. I have first hand personal knowledge of the facts set forth below and if called upon to testify, I could and would do so competently and truthfully.

2.      On April 4, 2007, I served the following document described as:

- **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2007, at Irvine, California.

/s/Elisa Abdel-Fattah
ELISA ABDEL-FATTAH

PROOF OF SERVICE                                    1

1

2

3

**SERVICE LIST**
**NEW CENTURY TRS HOLDING, INC.,**
**A Delaware Corporation,** *et al.*
**CASE NO. 07-10416 (KJC)**

4

5

6

7

**DEBTORS:**
**NEW CENTURY TRS HOLDING, INC.,**
**A Delaware Corporation,** *et al.*
18400 Von Karman Ave.
Irvine, CA 92612

8

9

10

11

**DEBTORS' ATTORNEYS:**
Michael Joseph Merchant
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

12

13

14

Suzanne Uhland
O'Melveny & Myers LLP
275 Battery Street, 26th Floor
San Francisco, CA 94111-3305

15

16

17

18

*U.S. Trustee*
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE                    1