IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the firm listed below hereby appears as counsel for Bank of America, N.A. ("BOA"), a party-in-interest, and under Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, requests that all notices given or required to be given and all papers served or required to be served in these cases be given to and served on:

Laurie Selber Silverstein, Esquire
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
lsilverstein@potteranderson.com
(302) 984-6000

- and –

Margot B. Schonholtz
Mark F. Liscio
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
mschonholtz@kayescholer.com
mliscio@kayescholer.com
(212) 836-8000

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this case, including BOA with respect to (a) the debtors, (b) property of the debtors' estate, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by BOA.

**PLEASE TAKE FURTHER NOTICE** that BOA intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the right of BOA to have final orders in noncore matters entered only after <u>de novo</u> review by a District Judge; (2) the right of BOA to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of BOA to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which BOA is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs,

and recoupments BOA expressly hereby preserves and asserts in these cases.

Dated: April 5, 2007

                        POTTER ANDERSON & CORROON LLP

                        By: /s/ Laurie Selber Silverstein
                        Laurie Selber Silverstein (DE Bar 2396)
                        P. O. Box 951
                        1313 N. Market Street, 6th Floor
                        Wilmington, Delaware 19899
                        (302) 984-6000

                                - and -

                        KAYE SCHOLER LLP
                        Margot B. Schonholtz
                        Mark F. Liscio
                        425 Park Avenue
                        New York, NY 10022

                        *Counsel for Bank of America, N.A.*

PA&C-787195