## CERTIFICATE OF SERVICE

I hereby certify that I am not less than 18 years of age and on April 5, 2007, I caused the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** to be delivered via first class U.S. mail, postage prepaid to those parties on the attached service list:

Under penalty of perjury, I declare that the foregoing is true and correct.

_____
Laurie Selber Silverstein

PA&C-787195

*Representing UBS Real Estate Securities, Inc.*
William P. Bowden
Gregory A. Taylor
Ashby & Geddes, P.A.
P.O. Box 1150
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
wbowden@ashby-geddes.com
gtaylor@ashby-geddes.com

*Representing Debtors*
Mark D. Collins
Michael J. Merchant
Chun I. Jang
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899
Collins@RLF.com
merchant@rlf.com
jang@rlf.com

*Representing Morgan Stanley Mortgage Capital Inc.*
Robert J. Dehney
Gregory W. Werkheiser
Daniel B. Butz
Morris, Nichols, Arsht & Tunnell LLP
P.O. Box 1347
1201 North Market Street
1201 North Market Street, 18th Floor
Wilmington, DE 1347
rdehney@mnat.com
gwerkheiser@mnat.com
dbutz@mnat.com

*Representing Citigroup Global Markets Realty Corp.*
Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
meskin@camlev.com
mhurford@camlev.com

*Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.*
Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl Young Jones & Weintraub LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801
ljones@pszyjw.com
tcairns@pszyjw.com

*Representing United States Trustee*
Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801
Joseph.McMahon@usdoj.gov

*Representing Deutsche Bank National Trust Company*
David B. Stratton
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

*Representing Residential Funding Company, LLC*
Mary F. Caloway
Eric Lopez Schnabel

Buchanan Ingersoll &Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

*Representing IndyMac Bank, FSB*
Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

*Representing Safeco Financial Institution Solutions, Inc.*
Don A. Beskrone
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801

*Representing CB Richard Ellis Corporate Facilites Management, Inc.*
Ian Connor Bifferato
Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

*Representing CB Richard Ellis Corporate Facilites Management, Inc.*
John E. Mitchell
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201

*Representing Residential Funding Company, LLC*
Chris Lenhart
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

*Representing IndyMac Bank, FSB*
Claudia Z. Springer
Reed Smith LLP
2500 One Liberty Place

1650 Market Street
Philadelphia, PA 19103-7301

*Representing Safeco Financial Institution Solutions, Inc.*
Frank G. Burt
Raul A. Cuervo
W. Glenn Merten
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
WAshington, DC 20007-5208

*Representing Top 50 Unsecured Creditor*
Indymac Bank FSB
888 East Walnut Street
Pasadena, CA 91101

*Representing To 50 Unsecured Creditor*
General Electric Capital Corporation
44 Old Ridgebury Road
Danbury, CT 06810

XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA 90295

*Representing Top 50 Unsecured Creditor*
Tony D. Atkins
Suntrust
303 Peachtree Street, 23rd Floor
Atlanta, GA 30308

*Representing Top 50 Unsecured Creditor*
Tanja Barner
GMAC Commercial Finance, LLC
600 Galleria Parkway, 15th Floor
Atlanta, GA 30339

RLF1-3135182-1

*Representing Celina ISD, Princeton ISD, City of Princeton, Richardson ISD, Cedar Hill ISD, City of Cedar Hill, Whitewright ISD, City of Whitewright, City of Hurst, Arlington ISD, Castleberry ISD and Mansfield ISD*
Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430
arlbank@pbfcm.com

*Representing Top 50 Unsecured Creditor*
Mike Bugbee
Residential Funding Corporation
1646 N. California Blvd., #400
Walnut Creek, CA 94596

*Representing Citigroup Global Markets Realty Corp.*
Paul M. Basta
Joshua A. Sussberg
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
pbasta@kirkland.com
jsussberg@kirkland.com

*Representing UBS Real Estate Securities, Inc.*
Richard A. Chesley
Kimberly D. Newmarch
Paul, Hastings, Janofsy & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
richardchesley@paulhastings.com
kimberlynewmarch@paulhastings.com

*Representing Top 50 Unsecured Creditor*
Kelly Chin
Assurant Specialty Property Insurance
260 Interstate N Circle SE
Atlanta, GA, 30339-2110

*Representing Top 50 Unsecured Creditor*
James Depalma
Jeane Leschak
Nomura Securities
2 World Financial Center, Building B
New York, NY, 10281

*Representing Morgan Stanley Mortgage Capital Inc.*
Luc A. Despins
Wilbur F. Foster
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
ldespins@milbank.com
wfoster@milbank.com

*Representing Top 50 Unsecured Creditor*
R. Douglas Donaldson
Gemini Securitization Corp, LLC
c/o Ropers & Gray, LLP
1 International Place
Boston, MA 02110

*Representing Top 50 Unsecured Creditor*
R. Douglas Donaldson
Galleon Capital Corporation
P.O. Box 4024
Boston, MA 02101

*Representing Federal Express Corporation*
Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510
charles@filardi-law.com

*Representing Top 50 Unsecured Creditor*
Marc Flamino
Goldman Sachs Mortgage Corporation
85 Broad Street
New York, NY 10004

*Representing Top 50 Unsecured Creditor*
William Fogleman
Alaska Seaboard Partners Limited
Partnership
4150 S. Sherwood Forest Blvd.
Baton Rouge, LA 70816

*Representing Top 50 Unsecured Creditor*
Todd Green
Affiliated Computer Services
P.O. Box 201322
Dallas, TX 75320

*Representing Top 50 Unsecured Creditors*
Ron Harpole
Catarina Mortgage Services Inc.
22485 Tomball Highway
Houston, TX 77070

*Representing Morgan Stanley Mortgage Capital Inc.*
Howard R. Hawkins, Jr.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
howard.hawkins@cwt.com

*Representing Top 50 Unsecured Creditor*
Dana Headlee
Countrywide
20 N. Acoma Blvd.
Lake Havasu City, AZ 86403

*Representing Top 50 Unsecured Creditor*
Doris Hearn
Evelyn Echevarria
Aspen Funding Corp.
c/o Amacar Group LLC
6525 Morrison Blvd., Suite 318
Charlotte, NC 28211

*Representing Top 50 Unsecured Creditor*
Brooke Hergesell
System Source, Inc.
2100 Main Street, Suite 100
Irvine, CA 92614

*Representing Top 50 Unsecured Creditor*
Geno Hoover
Fiserv CCS
912 Ft. Dubuesne Blvd
Pittsburgh, PA 15222

*Representing Top 50 Unsecured Creditor*
Fred Hsu
Lowcom
818 W. 7th Street, Suite 700
Los Angeles, CA 90017

*Representing Top 50 Unsecured Creditor*
Melanie LaRocque
National Field Representatives
P.O. Box 1440
Claremont, NH 03743

*Representing Top 50 Unsecured Creditor*
Joe Little
HSBC Bank USA, NA
452 5th Avenue, 10th Floor
New York, NY 10018

*Representing Top 50 Unsecured Creditor*
Maureen Macan
Bank of America, N.A.
901 Main Street, 6th Floor
Dallas, TX 75202

*Representing Top 50 Unsecured Creditor*
Shari Macedo
Harbor Asset Management Services
1407 Foothill Blvd, Suite 246
La Verne, CA 91750

*Representing Top 50 Unsecured Creditor*
Tony Malanga
IXIS Real Estate Capital, Inc.
9 West 57th Street, 36th Floor
New York, NY, 10019

*Representing Top 50 Unsecured Creditor*
George Mangiaracina
UBS Real Estate Securities Inc.
1251 Avenue of the Americas
New York, NY 10019

*Representing Top 50 Unsecured Creditor*
Giovanni Manocchio
Aurora Loan Services
10350 Park Meadows Drive, 4th Floor
Littleton, CO 80124

*Representing Top 50 Unsecured Creditor*
Michael McCauley
Washington Mutual Bank, FA
3200 Southwest Freeway
Houston, TX 77027

*Representing Top 50 Unsecured Creditor*
Paul Menefee
Joseph O'Doherty
Barclays Bank PLC
200 Park Avenue
New York, NY, 10166

*Representing Top 50 Unsecured Creditor*
Todd Meringoff
Attn: Galleon Funds
State Street Global Markets, LLC
225 Franklin Street
Boston, MA 02110

*Representing UBS Real Estate Securities, Inc.*
Keith W. Miller
James R. Bliss
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, NY 10022
keithmiller@paulhastings.com
jamesbliss@paulhastings.com

*Representing Top 50 Unsecured Creditor*
Susan Mills
Bobbie Theivakumaran
Citigroup Global Markets Realty Corp.
390 Greenwich Street, 6th Floor
New York, NY 10013

*Representing Top 50 Unsecured Creditor*
Glenn Minkoff
Doris Hearn
Evelyn Echevarria
Newport Funding Corp.
c/o Amacar Group
6525 Morrison Blvd, Suite 318
Charlotte, NC 28211

*Representing Top 50 Unsecured Creditor*
Glenn Minkoff
DB Structured Products, Inc.
60 Wall Street, 19th Floor
New York, NY 10005

*Representing Top 50 Unsecured Creditor*
Glenn Minkoff
Tucson Funding LLC
c/o DB Structured Products, Inc.
60 Wall Street
New York, NY 10005

*Representing Top 50 Unsecured Creditor*
Andy Neuberger
Morgan Stanley Mortgage Capital Inc.
1585 Broadway, 10th Floor
New York, NY, 10036

*Representing Top 50 Unsecured Creditor*
Frank Nunnari
SG Mortgage Finance Corp.
1221 Avenue of the Americas
New York, NY 10020

*Representing Top 50 Unsecured Creditor*
Rod Pasion
Lowermybills.com
2401 Colorado Avenue, Suite 200
Santa Monica, CA 90404

*Representing Top 50 Unsecured Creditor*
Glenn Pearson
Hansel Nieves
Shelby Robins
Sheffield Receivables Corporation
c/o Barclays Capital Services
200 Cedar Knolls Road
Whippany, NJ 07981

*Representing Top 50 Unsecured Creditor*
Frank Quattroccup
Sprint
18200 Von Karman Avenue
Irvine, CA 92612

*Representing Top 50 Unsecured Creditor*
Diane Rinnovatore
Lehman Brothers Bank FSB
745 Seventh Avenue
New York, NY 10019

*Representing Top 50 Unsecured Creditor*
Bruce Rose
Carrington Securities, LP
Seven Greenwich Office Park
599 West Putnam Avenue
Greenwich, CT 06830

*Representing Top 50 Unsecured Creditor*
Marc Rosenthal
Credit-Based Asset Servicing and
Securitization LLC
335 Madison Avenue, 19th Floor
New York, NY 10017

*Representing Top 50 Unsecured Creditor*
Blake Simon
Adteractive
303 Second Street, Suite 375
Second Tower
San Francisco, CA 94107

*Representing Top 50 Unsecured Creditor*
Frank Skibo
Greenwich Capital Financial Products Inc.
600 Steamboat Road
Greenwich, CT 06830

*Representing Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc.*
Joseph H. Smolinsky
Douglas E. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
jsmolinsky@chadbourne.com
ddeutsch@chadbourne.com

*Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.*
Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
bspiegel@kirkland.com
scho@kirkland.com

*Representing Top 50 Unsecured Creditor*
Ryan Stark
Deutsche Bank
31 West 52nd Street, 3rd Floor
NYC01-0304
New York, NY 10019

*Representing Top 50 Unsecured Creditor*
Fran Stec
JPMorgan Chase Bank, NA
194 Wood Avenue South, Floor 3
Iselin, NJ 08830-2710

*Representing Top 50 Unsecured Creditor*
Jenny Ray Stilwell
Guaranty Bank
8333 Douglas Avenue
Dallas, TX 75225

*Representing Top 50 Unsecured Creditor*
Tom Tarantino
EMC Mortgage Corporation
383 Madison Avenue
New York, NY 10179

*Representing Top 50 Unsecured Creditor*
Gary Timmerman
Credit Suisse First Boston Mortgage Capital LLC
302 Carnegie Center, 2nd Floor
Princeton, NJ 08540

*Representing Ellington Management Group, Inc.*
Patricia B. Tomasco
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701  ptomasco@mailbmc.com

*Representing Top 50 Unsecured Creditor*
Dan Tsuchiya
Nextag
1300 S. El Camino Real
San Mateo, CA 94402

*Representing Debtors*
Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily Culler
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
suhland@omm.com
blogan@omm.com
vnewmark@omm.com
eculler@omm.com

*Representing Top 50 Unsecured Creditor*
Scott Walkins
ChoicePoint Precision Marketing
2525 Meridian Parkway, Suite 125
Durham, NC 27713

*Representing Top 50 Unsecured Creditor*
Sear Yagana
Pricewaterhouse Coopers LLP
300 Madison Avenue
New York, NY 10017

*Representing Deutsche Bank National Trust Company*
Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

*Representing Deutsche Bank National Trust Company*
Mark N. Berman
Nixon Peabody LLP
10 Summer Street
Boston, MA 02110-1832

*Representing Dallas County*
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201