# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.　　**COURTROOM LOCATION:** 5
**CASE NO.:** 07-10416-KJC　　**DATE:** April 3, 2007

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard Chesley (by phone) | Paul Hastings Janofsky & Walker | UBS Real Estate |
| Kimberly Newmarch (by phone) | Paul Hastings Janofsky & Walker | UBS Real Estate |
| David M. Poitras (by phone) | Jeffer, Mangels, Butler & Marmaro | Union Bank of California |
| Robert Greenfield (by phone) | Stutman Treister & Glatt | Interested Party |
| Thomas Kiriakos (by phone) | Mayer Brown Rowe & Maw, LLP | Carrington Mortgage |
| Stephen Blauner (by phone) | Latigo Partners | Latigo Partners |
| Shirley Cho (by phone) | Kirkland & Ellis | Greenwhich Capital & CIT Business Group |
| Ken Meehan (by phone) | Debtwire | Debtwire |
| Marger Schonholtz | Kaye Scholer LLP | Bank of America, N.A. |
| Lewis Silver Silvester | Parker Anderson Corum LLP | Bank of America, N.A. |
| Rob Dehney | MNAT | Morgan Stanley MCF Inc |
| Wilbur Foster | Milbank Tweed | " |
| Andrew Gallo | Bingham McCutchen | DB Structured Products |

**SIGN-IN-SHEET**

CASE NAME: New Century TRS Holdings, Inc.  
CASE NO.: 07-10416-KJC  
COURTROOM LOCATION: 5  
DATE: April 3, 2007

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Garvan McDaniel | Bifferato Gentilotti | CB Richard Ellis |
| Mark Berman | Nixon Peabody | Deutsche Bank Nat'l Trust Co |
| Dennis Drebsky | " | Deutsche Bank Nat'l Trust Co |
| Joseph J. McMahon, Jr. | USDOJ | UST |
| Mary Calloway | Buchanan Ingersoll & Rooney | Residential Funding Company |
| Don Beskrone | Ashby & Geddes | SafeCo Financial Institution Solutions |
| Greg Taylor | " " | UBS Real Estate Securities Inc |
| Mark T. Hurford | Campbell & Levine | Citigroup Global Markets Realty |
| Joshua A. Sussberg | Kirkland + Ellis | Citigroup Global Markets Realty |
| David Bunio | Jeffer Mangels | Union Bank of California |
| Berry Freeman | Jeffer Mangels | " |
| Bennett Spiegel | Kirkland & Ellis LLP | Greenwich Capital Fin Products |
| Laura Davis Jones | Pachulski Stang et al | Greenwich Capital Fin Products / CIT Business Credit |

# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.
**CASE NO.:** 07-10416-KJC

**COURTROOM LOCATION:** 5
**DATE:** April 3, 2007

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Collins | Richards Layton | Debtors |
| Ben Logan | O'Melveny & Myers | " |
| Suzzane Uhland | " " | " |
| Emily Culler | " " | " |
| Michael Merchant | " " | " |
| STEVEN K KORTANEK | WOMBLE CARLYLE | CARRINGTON MORTGAGE / CARRINGTON CAPITAL |
| Nicholas Miller (phone) | Jones Day | Jones Day |
| | | |