## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| New Century TRS Holdings, Inc., et al., | Case No. 07-10416 (KJC) |
| Debtors. | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, I move the admission pro hac vice of Chris Lenhart, Esquire, of Dorsey & Whitney LLP, Suite 1500, 50 South Sixth Street, Minneapolis, MN 55402-1498, Telephone (612) 752-7313, to represent RESIDENTIAL FUNDING COMPANY, LLC in this bankruptcy case and any related proceeding.

Dated: April 4, 2007

/s/ Mary F. Caloway
Mary F. Caloway (No. 3059)
BUCHANAN INGERSOLL & ROONEY PC
1000 West Street, Suite 1410
Wilmington, DE 19801
Telephone: 302-552-4200
Facsimile: 302-552-4295

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: April 5, 2007

The Honorable Kevin J. Carey

87
4/5/07

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Minnesota and California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Chris Lenhart, Esquire
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498