FILED
2007 APR -4  AM 9:43

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re: ) Case No.: 07-10765-RK
 )
NEW CENTURY TRS HOLDINGS, INC. FKA ) Chapter 11
NEW CENTURY FINANCIAL CORPORTION )
 ) **NOTICE OF APPEARANCE AND**
   Debtor. ) **DEMAND FOR NOTICES AND**
 ) **PAPERS**
 )
 )
 )
 )
 )

    PLEASE TAKE NOTICE that WRIGHT FINLAY AND ZAK, LLP, parties in interest in the above captioned case hereby enters its appearance pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the addresses, telephone, facsimile numbers and email addresses listed below:

    WRIGHT, FINLAY & ZAK, LLP
    T. Robert Finlay, Esq.
    Donna L. La Porte, Esq.
    4665 MacArthur Court, Suite 280
    Newport Beach, CA 92660
    Tel: (949) 477-5050
    Fax: (949) 477-9200
    rfinlay@wrightlegal.net
    dlaporte@wrightlegal.net

1

1  PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the
2  foregoing demand includes not only the notices and papers referred to in the Rules specified above but
3  also includes, without limitation, any notice, application, complaint, demand motion, petition, pleading or
4  request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand
5  delivery, telephone, telegraph, telex, electronic mail or otherwise filed or made with regard to the above-
6  captioned cases and proceedings therein.

7  This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed
8  to be a waiver of the rights (1) to have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review
9  by a District Court Judge, (2) to trial by jury in any proceedings so triable in these cases or any cases,
10 controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in
11 any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions,
12 setoffs, or recoupments to which Wright Finlay & Zak, LLP is or may be entitled.

WRIGHT, FINLAY & ZAK, LLP

Dated: April 3, 2007        By: _____
                                T. Robert Finlay, Esq.
                                Donna L. La Porte, Esq.
                                Parties in interest

NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

# PROOF OF SERVICE

I, Viann Corbin, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, CA 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On April 3, 2007, I served the within NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS on all interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

[X]    By placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as on the attached service list.

[ ]    (BY PERSONAL SERVICE) I delivered true and correct copies thereof to our attorney service, FIRST LEGAL SUPPORT SERVICES for personal service.

[ ]    (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[X]    (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 3, 2007 at Newport Beach, California.

_Viann Corbin_
Viann Corbin

NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |
| 3 | **Debtors Attorneys** |
| | Chun I. Iang, Esq. |
| 4 | Michael Joseph Merchant, Esq. |
| 5 | One Rodney Square |
| | PO Box 551 |
| 6 | Wilmington, DE 19899 |
| | Tel: (302) 651-7701/Fax: (302) 651-7701 |
| 7 | |
| 8 | Timothy P. Cairns |
| | Pachulski Stang Ziehl Young Jones |
| 9 | 919 N. Market Street |
| | 17th Floor |
| 10 | Wilmington, DE 19801 |
| 11 | Tel: (302) 652-4100/Fax: (302) 652-4400 |
| 12 | **U.S. Trustee** |
| | United States Trustee |
| 13 | 844 King Street, Room 2207 |
| 14 | Lockbock #35 |
| | Wilmington, DE 19899-0035 |
| 15 | |
| 16 | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. |
| | c/o Elizabeth Banda |
| 17 | P.O. Box 13430 |
| | Arlington, TX 76094-0430 |
| 18 | (817) 461-3344/fax (817) 860-6509 |
| 19 | |
| | Paul M. Basta, Esq. |
| 20 | Joshua A. Sussberg, Esq. |
| 21 | Kirkland & Ellis LLP |
| | 153 East 53rd St. |
| 22 | New York, NY 10022-4611 |
| | (212) 446-4800/fax (212) 446-4900 |
| 23 | |
| 24 | Marla R. Eskin, Esq. |
| | Mark T. Hurford, Esq. |
| 25 | Campbell & Levine, LLC |
| | 800 North King St. # 300 |
| 26 | Wilmington, DE 19801 |
| 27 | (302) 426-1900/fax (302) 426-9947 |
| 28 | |

1

PROOF OF SERVICE

| | |
|---|---|
| 1 | |
| 2 | Chadbourne & Parke, LLP |
|   | 30 Rockefeller Plaza |
| 3 | New York, NY 10112 |
|   | (212) 408-5100/fax (212) 541-5369 |
| 4 | |
| 5 | Laura Davis Jones, Esq. |
|   | Timothy Cairns, Esq. |
| 6 | Pachulski Stang Ziehl Young |
|   | Jones & Weintraub LLP |
| 7 | 919 N. Market St. 17th Floor |
|   | Wilmington, DE 19899-8705 |
| 8 | (302) 652-4100/fax (302) 652-4400 |
| 9 | |
|   | Bennett L. Spiegel, Esq. |
| 10 | Shirley S. Cho, Esq. |
| 11 | Kirkland & Ellis LLP |
|   | 777 S. Figueroa St. #3700 |
| 12 | Los Angeles, CA 90017 |
|   | (213) 680-8400/fax (213) 680-8500 |
| 13 | |
| 14 | William P. Bowden, Esq. |
|   | Gregory A. Taylor, Esq. |
| 15 | Ashby & Geddes, P.A. |
|   | 500 Delaware Ave. 8th Floor |
| 16 | Wilmington, DE 19899 |
| 17 | (302) 654-1888/fax (302) 654-2067 |
| 18 | |
|   | Richard A. Chesley, Esq. |
| 19 | Kimberly D. Newmarch, Esq. |
|   | Paul, Hastings, Janofsky & Walker, LLP |
| 20 | 191 N. Wacker Dr. 30th Floor |
|   | Chicago, IL 60606 |
| 21 | (312) 499-6000/fax (312) 499-6100 |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PROOF OF SERVICE