# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors** | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TO ALL PARTIES:

PLEASE TAKE NOTICE that GMAC Commercial Finance LLC ("GMAC CF") hereby enters its appearance in the above-captioned Chapter 11 cases by and through its general bankruptcy counsel, Lawrence P. Gottesman, Esq., Katherine M. Windler, Esq. and Sukyong Suh, Esq. of Bryan Cave LLP and its local bankruptcy counsel William E. Chipman, Jr., Esq. of Edwards Angell Palmer & Dodge LLP.

The undersigned attorneys enter their appearance and request notice of all hearings and conferences herein and make demands for service of all papers herein including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a/ NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

9010(b) and §342 and §1109(b) (if applicable) of the Bankruptcy Code. All notices given or required to be given in this case shall be given and served upon GMAC CF at the following addresses:

Lawrence P. Gottesman, Esq.
Sukyong Suh, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
Phone: (212) 541-2000
Fax: (212) 541-4630
lawrence.gottesman@bryancave.com
Sukyong.Suh@BryanCave.com

William E. Chipman, Jr., Esq.
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801
Direct Dial: 302-425-7124
Facsimile: 302-777-7263
wchipman@eapdlaw.com

Katherine M. Windler, Esq.
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Phone: (310) 576-2100
Fax: (310) 576-2200
katherine.windler@bryancave.com

Hernando Azarcon
Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI 48075
Phone: (248) 327-9360
Facsimile: (248) 327-9350
hazarcon@gmaccf.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, notices of any application, complaint, objection, claim, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph,

telex or telecopier or otherwise filed with regard to the above case and proceedings therein.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceedings so triable in these cases or any cases, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which GMAC CF is or may be entitled.

Date: April 5, 2007

**BRYAN CAVE LLP**

/s/ Lawrence P. Gottesman
Lawrence P. Gottesman, Esq. [Bar No. LG-7061]
Sukyong Suh, Esq. [Bar No. SS-8671]
1290 Avenue of the Americas
New York, NY 10104
Phone:  (212) 541-2000
Fax:    (212) 541-4630
lawrence.gottesman@bryancave.com
Sukyong.Suh@BryanCave.com

- and -

**EDWARDS ANGELL PALMER & DODGE LLP**

/s/ William E. Chipman
William E. Chipman, Jr., Esq. [Bar No. DE-3818]
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801
Direct Dial:   302-425-7124
Facsimile:    302-777-7263
wchipman@eapdlaw.com