## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,[1]** | : | |
| | : | **Jointly Administered** |
| **Debtors** | : | |
| | : | |
| | : | |

### VERIFIED STATEMENT OF BRYAN CAVE LLP
### PURSUANT TO BANKRUPTCY RULE 2019

TO ALL PARTIES:

Bryan Cave LLP hereby makes the following verified statement pursuant to

Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1.      Bryan Cave LLP was retained to represent six secured and unsecured

creditors in the above-captioned Chapter 11 case.  The names and addresses of those

creditors ("Creditors") are set forth below:

---

[1] The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a/ NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

A.    Hernando Azarcon
      Senior Legal Coordinator
      GMAC COMMERCIAL FINANCE LLC
      3000 Town Center, Suite 280
      Southfield, MI 48075
      Phone: (248) 327-9360
      Facsimile:      (248) 327-9350
      hazarcon@gmaccf.com

B.    Paul T. Liu, Esq., Exec. Vice Pres. and Deputy General Counsel
      John Guerry, Esq., Senior Vice Pres. & Assistant General Counsel
      COUNTRYWIDE HOME LOANS, INC.
      5220 Las Virgenes Road, MS AC-11
      Calabasas, CA 91302
      Phone: (818) 871-6069 and (818) 225-3166
      Fax:    (818) 871-4602
      john_guerry@countrywide.com
      paul_liu@countrywide.com

C.    COUNTRYWIDE FINANCIAL CORPORATION
      Same as above

D.    COUNTRYWIDE WAREHOUSE LENDING
      Same as above

E.    COUNTRYWIDE SECURITIES CORPORATION
      Same as above

F.    COUNTRYWIDE BANK
      Same as above

2.    As of the Petition date the Debtors owed each of the Creditors uncertain

unsecured or possibly secured amounts, but are believed to be at least as follows:

A.    GMAC COMMERCIAL FINANCE LLC
      $7 million, plus interest and other charges

B.    COUNTRYWIDE HOME LOANS, INC.
      Approximately $4 million, plus interest

C.    COUNTRYWIDE FINANCIAL CORPORATION
      Unknown at this time

WLM_508535_1.DOC/CFOX

    D.    COUNTRYWIDE WAREHOUSE LENDING
           Unknown at this time

    E.    COUNTRYWIDE SECURITIES CORPORATION
           $290,000, plus interest and other charges

    F.    COUNTRYWIDE BANK
           Unknown at this time

3.    Each of the above Countrywide Creditors was engaged in prepetition relationships with one or more of the Debtors relating to the purchase and/or sale of whole loans and securities or transactions through Countrywide's correspondent lending division.

4.    GMAC CF made a prepetition loan to New Century Mortgage Corporation, New Century TRS Holdings, Inc. and New Century Financial Corporation for the purpose of funding the acquisition and development of software and hardware that operates the Debtors' loan originations.  That loan is secured by collateral that consists of certain software and hardware, among other things.

5.    A Notice of Appearance and Request for Service of Papers representing that Bryan Cave LLP represents each of the above Creditors in these proceedings is being filed contemporaneously herewith.

6.    The Debtors have listed the claims of each of the Creditors in Schedule F, although the Creditors do not necessarily agree that the amounts correctly reflect the amounts due such Creditors, or that the lien and priority rights of the Creditors has been appropriately listed by the Debtors and expressly reserve the right to file proofs of claim

        WLM_508535_1.DOC/CFOX

in these proceedings asserting the amounts due, based upon business records maintained by each of the Creditors.

Date:  April 5, 2007

**BRYAN CAVE LLP**

/s/ Lawrence P. Gottesman
Lawrence P. Gottesman, Esq. [Bar No. LG-7061]
Sukyong Suh, Esq. [Bar No. SS-8671]
1290 Avenue of the Americas
New York, NY  10104
Phone:   (212) 541-2000
Fax:      (212) 541-4630
lawrencepgottesman@bryancave.com
Sukyong.Suh@BryanCave.com

- and -

**EDWARDS ANGELL PALMER & DODGE LLP**

/s/ William E. Chipman
William E. Chipman, Jr., Esq. [Bar No. DE-3818]
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801
Direct Dial:    302-425-7124
Facsimile:     302-777-7263
wchipman@eapdlaw.com

## VERIFICATION

I declare under penalty of perjury that the facts set forth in the verified statement of Bryan Cave LLP pursuant to Bankruptcy Rule 2019 are true and correct.

Dated:  April 5, 2007

/s/ Lawrence P. Gottesman
Lawrence P. Gottesman

WLM_508535_1.DOC/CFOX