**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, <u>et al.</u>,[1] | : | |
| | : | Jointly Administered |
| Debtors | : | |
| | : | |
| | : | |

**VERIFIED STATEMENT OF EDWARDS ANGELL PALMER & DODGE LLP**
**PURSUANT TO BANKRUPTCY RULE 2019**

TO ALL PARTIES:

Edwards Angell Palmer & Dodge LLP hereby makes the following verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. Edwards Angell Palmer & Dodge LLP was retained to represent six secured and unsecured creditors in the above-captioned Chapter 11 case. The names and addresses of those creditors ("Creditors") are set forth below:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a/ NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

    A.    Hernando Azarcon
Senior Legal Coordinator
GMAC COMMERCIAL FINANCE LLC
3000 Town Center, Suite 280
Southfield, MI 48075
Phone: (248) 327-9360
Facsimile:     (248) 327-9350
hazarcon@gmaccf.com

    B.    Paul T. Liu, Esq., Exec. Vice Pres. and Deputy General Counsel
John Guerry, Esq., Senior Vice Pres. & Assistant General Counsel
COUNTRYWIDE HOME LOANS, INC.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA 91302
Phone: (818) 871-6069 and (818) 225-3166
Fax:    (818) 871-4602
john_guerry@countrywide.com
paul_liu@countrywide.com

    C.    COUNTRYWIDE FINANCIAL CORPORATION
Same as above

    D.    COUNTRYWIDE WAREHOUSE LENDING
Same as above

    E.    COUNTRYWIDE SECURITIES CORPORATION
Same as above

    F.    COUNTRYWIDE BANK
Same as above

2.    As of the Petition date the Debtors owed each of the Creditors uncertain unsecured or possibly secured amounts, but are believed to be at least as follows:

    A.    GMAC COMMERCIAL FINANCE LLC
$7 million, plus interest and other charges

    B.    COUNTRYWIDE HOME LOANS, INC.
Approximately $4 million, plus interest

    C.    COUNTRYWIDE FINANCIAL CORPORATION
Unknown at this time

      D.    COUNTRYWIDE WAREHOUSE LENDING
            Unknown at this time

      E.    COUNTRYWIDE SECURITIES CORPORATION
            $290,000, plus interest and other charges

      F.    COUNTRYWIDE BANK
            Unknown at this time

3. Each of the above Countrywide Creditors was engaged in prepetition relationships with one or more of the Debtors relating to the purchase and/or sale of whole loans and securities or transactions through Countrywide's correspondent lending division.

4. GMAC CF made a prepetition loan to New Century Mortgage Corporation, New Century TRS Holdings, Inc. and New Century Financial Corporation for the purpose of funding the acquisition and development of software and hardware that operates the Debtors' loan originations. That loan is secured by collateral that consists of certain software and hardware, among other things.

5. A Notice of Appearance and Request for Service of Papers representing that Edwards Angell Palmer & Dodge LLP represents each of the above Creditors in these proceedings is being filed contemporaneously herewith.

6. The Debtors have listed the claims of each of the Creditors in Schedule F, although the Creditors do not necessarily agree that the amounts correctly reflect the amounts due such Creditors, or that the lien and priority rights of the Creditors has been appropriately listed by the Debtors and expressly reserve the right to file proofs of claim

in these proceedings asserting the amounts due, based upon business records maintained by each of the Creditors.

Date: April 5, 2007                    **EDWARDS ANGELL PALMER & DODGE LLP**

                                                   /s/ William E. Chipman
                                         William E. Chipman, Jr., Esq. [Bar No. DE-3818]
                                         Edwards Angell Palmer & Dodge LLP
                                         919 Market Street, Suite 1500
                                         Wilmington, DE 19801
                                         Direct Dial:    302-425-7124
                                         Facsimile:     302-777-7263
                                         wchipman@eapdlaw.com

## **VERIFICATION**

I declare under penalty of perjury that the facts set forth in the verified statement of Edwards Angell Palmer & Dodge LLP pursuant to Bankruptcy Rule 2019 are true and correct.

Dated:   April 5, 2007

                                                   /s/ William E. Chipman
                                                 William E. Chipman, Jr.