IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## MOTION AND ORDER FOR
## ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Matthew Botica of Winston & Strawn LLP as counsel for Kodiak Funding LP and Kodiak CDO I Ltd. in this proceeding.

Dated: April 5, 2007

ROSENTHAL, MONHAIT & GODDESS, P.A.

By /s/ Norman M. Monhait
Norman M. Monhait (I.D. No.1040)
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19899
Tel: (302) 656-4433
Fax: (302) 658-7567

Local Counsel for Kodiak Funding LP and Kodiak CDO I Ltd.

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                          _/s/ Matthew J. Botica_
                                          Matthew J. Botica
                                          Winston & Strawn LLP
                                          35 W. Wacker Drive
                                          Chicago, IL 60601
                                          Tel: (312) 558-5600
                                          Fax: (312) 558-5700

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: April _____, 2007                              _____
                                                      United States Bankruptcy Judge