Charles A. Hansen (California Bar No. 76679)
Mark S. Bostick (California Bar No. 111241)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA  94607-4036
Telephone:  (510) 834-6600
Fax:  (510) 834-1928
Email:  chansen@wendel.com

Attorneys for Interested Parties
Alireza Nazmi and Golden Key Mortgage

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In Re<br><br>NEW CENTURY TRS HOLDING, INC.,<br>a Delaware corporation, et al<br><br>Debtors. | Jointly Administered Case No. 07-10416 KJC<br>Chapter 11 |

### REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that Alireza Nazmi and Golden Key Mortgage, interested parties in the bankruptcy estate of New Century Mortgage Corporation, United States Bankruptcy Court, District of Delaware, Case No. 07-10419 KJC, jointly administered with the above-captioned estate, hereby request special notice of all pleadings, court notices, motions and any other documents pertaining to the above-captioned case, including, but not limited to all notices required by Rule 2002(a)-(i) of the Federal Rules of Bankruptcy Procedure, whether sent by the court, the debtors, or any other party in interest in the case.  Notice of such matters should be addressed to the following:

/ / /

/ / /

| | |
|---|---|
| Charles A. Hansen, Esq.<br>Wendel, Rosen, Black & Dean LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA  94607-4036<br>Email:  chansen@wendel.com; bankruptcy@wendel.com | |
| Dated: April 5, 2007 | WENDEL, ROSEN, BLACK & DEAN LLP<br><br>By:/s/ *Mark S. Bostick*<br>    Mark S. Bostick<br>    Attorneys for Interested Parties<br>    Alireza Nazmi and Golden Key Mortgage |

013751.0001\809132.1          *REQUEST FOR SPECIAL NOTICE*          2