**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **IN RE:  NEW CENTURY TRS HOLDINGS, INC., <u>et al.</u>, a Delaware corporation, <u>et al.</u>,** | * * | **Case No: 07-10416 (KJC) (Chapter 11)** |
| **Debtors.** | * * | **Jointly Administered** |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
OF INDYMAC BANK, F.S.B. PURSUANT TO FED.R.BANKR.P. 2002
AND 9010 AND DEL.BANKR.LR.2002-1(d)**

Pursuant to Fed.R.Bankr.P. 2002(g) and (i) and 9010(b), the undersigned, enters an appearance for General Electric Capital Corporation ("GECC") and requests that GECC be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices and other papers, filed or served, in these proceedings therein, be served upon the undersigned at the following address or facsimile number:

> Michael G. Gallerizzo, Esquire
> Gebhardt & Smith LLP
> 901 Market Street, Suite 451
> Wilmington, Delaware  19801
> Telephone No.: (302) 656-9002
> Facsimile No.: (302) 429-5953

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, Demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEAS TAKE FURTHER NOTICE that neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive GECC's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which IndyMac is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 5, 2007
Wilmington, Delaware

Respectfully submitted

GEBHARDT & SMITH LLP

By: /s/ *Michael G. Gallerizzo*
Michael G. Gallerizzo (No. 4550)
901 Market Street, Suite 451
Wilmington, Delaware 19801
Telephone No.: (302) 656-9002
Facsimile No.: (302) 429-5953

Counsel to General Electric
Capital Corporation