# EXHIBIT A

RLF1-3128584-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

### AFFIDAVIT OF MICHAEL J. MERCHANT

STATE OF DELAWARE    )
                     ) SS:
COUNTY OF NEW CASTLE )

MICHAEL J. MERCHANT, being first duly sworn to oath, deposes and says:

1. I am an attorney admitted to practice in the State of Delaware and before this Court, and am a director of the firm of Richards, Layton & Finger, P.A. ("RL&F"). RL&F is a Delaware law firm with its offices at One Rodney Square, Wilmington, Delaware

2. I submit this affidavit in support of the application (the "Application") of the above-captioned debtors and debtors in possession (the "Debtors") for an order approving the employment and retention of RL&F as their co-counsel in the above-captioned cases, in compliance with and to provide disclosure pursuant to sections 329 and 504 of title 11 the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and Rules 2014(a) and

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L P (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R E O Corp, a California corporation; New Century R E O II Corp, a California corporation; New Century R E O III Corp, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L P, a Delaware limited partnership

2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Unless otherwise stated in this affidavit, I have personal knowledge of the facts hereinafter set forth. To the extent that any information disclosed herein requires amendment or modification upon RL&F's completion of further analysis or as additional creditor information becomes available to it, a supplemental affidavit will be submitted to the Court. Subject to approval of this Court and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), RL&F intends to apply for compensation for professional services rendered in connection with these chapter 11 cases (the "Chapter 11 Cases"), plus reimbursement of actual, necessary expenses and other charges incurred by RL&F during the cases. The principal professionals and paraprofessionals designated to represent the Debtors and their current standard hourly rates are as follows:

(a) Mark D. Collins        $520 per hour
(b) Michael J. Merchant    $390 per hour
(c) Paul N. Heath          $350 per hour
(d) Marcos Ramos           $315 per hour
(e) Chun I Jang            $225 per hour
(f) Christopher M. Samis   $210 per hour
(g) Aja E. McDowell        $165 per hour

3. The hourly rates set forth above are RL&F's standard hourly rates for work of this nature. These rates are set at a level designed to compensate RL&F fairly for the work of their attorneys and paralegals and to cover fixed and routine overhead expenses. The hourly rates set forth above are subject to periodic adjustments to reflect economic and other

conditions  Other attorneys and paralegals within RL&F may from time to time serve the Debtors in connection with the matters described herein.

4. It is RL&F's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, regular mail and express mail charges, special or hand delivery charges, document processing, printing/photocopying charges, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. RL&F will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to RL&F's other clients or as previously fixed by this Court. RL&F believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

5. Neither I, RL&F, nor any director or associate of RL&F, insofar as I have been able to ascertain, has in the past represented the Debtors' largest creditors, any significant beneficiaries of the Debtors (holding 5% or more of the beneficial interests in the Debtors) or any Potential Party in Interest (as defined below), except as hereinafter set forth.

6. In preparing this affidavit, we used a set of procedures established by RL&F to insure compliance with the requirements of the Bankruptcy Code and the Bankruptcy Rules regarding retention of professionals by a debtor or official committee under the Bankruptcy Code. In that regard, RL&F requested and obtained from the Debtors a list of the names of entities who may be parties in interest in these Chapter 11 cases, including, inter alia, the Debtors' secured creditors, the Debtors' largest unsecured creditors, present officers and directors and parties holding equity interests in the Debtors (the "Potential Parties in Interest").

7.  RL&F maintains and systematically updates its conflict check system in the regular course of its business, and it is the regular practice of RL&F to make and maintain these records. The conflict system maintained by RL&F is designed to include (i) every matter on which it is now or has been engaged, (ii) the entity by which it is now or has been engaged, (iii) the identity of related parties, (iv) the identity of adverse parties and (v) the attorney at RL&F that is knowledgeable about the matter. It is the policy of RL&F that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the conflict check system the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and the related and adverse parties. Accordingly, the database is updated for every new matter undertaken by RL&F. The scope of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a new matter.

8.  RL&F has in the past represented, currently represents, and/or may in the future represent, in matters wholly unrelated to these cases, certain Potential Parties in Interest (including, without limitation, those entities set forth on Exhibit 1 attached hereto who are current clients or are affiliates thereof, and those entities or affiliates thereof set forth on Exhibit 2 attached hereto who have been represented by RL&F within the last five (5) years) I do not believe that any single matter is a major engagement that would involve either the billing of fees in excess of one half of one percent (.5%) of RL&F's annual fees billed, or that, in the aggregate for any affiliated group of entities, exceeds one percent (1%) of RL&F's annual fees billed In any event, RL&F will not represent any of the foregoing claimants or any party in interest in any facet of the Debtors' cases

9    On March 31, 2006, one of RL&F's directors rendered legal advice of a general nature regarding Delaware corporate law to Morgan Stanley or its counsel in a matter in which one or more of the Debtors was involved and/or was potentially adverse  Less than one half hour was billed to the matter and the matter has been closed

10    RL&F currently represents and has represented Wilmington Trust Company, U.S. Bank Trust N.A. and Christiana Bank & Trust (collectively, the "Delaware Trustees") in their capacities as trustees of several Delaware Statutory Trusts in which one or more of the Debtors and/or their affiliates maintains an interest (e.g. beneficial, residual, etc.). RL&F currently advises and has advised the Delaware Trustees with respect to their rights, duties and obligations under such trust agreements and related transaction documents  I do not believe that RL&F's representation of the Delaware Trustees is or has been adverse to the interests of the Debtors given the Debtors' interests in such trusts and the nature of the duties and obligations of the Delaware Trustees in these same trust arrangements. Notwithstanding these representations, RL&F will not represent the Delaware Trustees in connection with these Chapter 11 cases

11    I do not believe there is any connection or interest (as such terms are used in section 101(14)(C) of the Bankruptcy Code and Bankruptcy Rule 2014(a)) between RL&F and (i) the United States Trustee or any person employed by the Office of the United States Trustee or (ii) any counsel, accountants, financial consultants and investment bankers who represent or may represent claimants or other parties in interest in these cases  In addition, as part of its practice, RL&F appears in cases, proceedings and transactions involving many different attorneys, co-counsel, accountants, financial consultants and investment bankers, some of which now or may in the future represent claimants and parties in interest in these cases

5

RL&F has not and will not represent any such entities in relation to the Debtors and these Chapter 11 cases nor have any relationship with any such entities that would be adverse to the Debtors or their estates in the matters upon which RL&F is to be employed.

12. Prior to the Petition Date, RL&F rendered legal services to the Debtors in connection with the preparation of and commencement of these Chapter 11 cases. RL&F received a total retainer of $275,000.00 for the payment of prepetition services and related expenses. A portion of this payment has been applied to outstanding balances existing as of the Petition Date. An accounting summary of payments made to RL&F and estimated amounts incurred by RL&F is attached hereto as Exhibit 3. The Debtors propose that the retainer monies paid to RL&F and not expended for prepetition services and disbursements be treated as an evergreen retainer to be held by RL&F as security throughout the Debtors' bankruptcy cases until RL&F's fees and expenses are awarded by final order and payable to RL&F.

13. Except as set forth herein, and based upon the information available to me, neither I, RL&F, nor any director or associate thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates in the matters upon which RL&F is to be employed. Based upon the information available to me, I believe that RL&F is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

14. No promises have been received by RL&F, nor by any director or associate thereof, as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules. RL&F has no agreement with any other entity to share with such entity any compensation received by RL&F.

Dated: April 5, 2007
       Wilmington, Delaware

_____
Michael J. Merchant (No. 3854)

SWORN TO AND SUBSCRIBED
before me this 5th day of April 2007.

_____
Notary Public
My Commission Expires: _____

CATHY M. GREER
Notary Public - State of Delaware
My Comm. Expires Jan. 28, 2009

7

RLF1-3128584-3

# EXHIBIT 1

## CURRENT CLIENTS[1]

### UCC-1 Parties

- Certain affiliates of Access Investments II, LLC
- Certain affiliates of Aspen Funding Corp
- Bank of America, NA and certain affiliates thereof
- Certain affiliates of Barclays Bank, PLC
- CDC Mortgage Capital Inc. and certain affiliates thereof
- CIT Communications Finance Corporation and certain affiliates thereof
- Certain affiliates of Citigroup Global Markets Realty Corp.
- Certain affiliates of Countrywide Home Loans, Inc.
- Credit Suisse First Boston Mortgage Capital LLC and certain affiliates thereof
- Certain affiliates of DB Structured Products, Inc
- Certain affiliates of Deutsche Bank Trust Company Americas
- Federal National Mortgage Association
- General Electric Capital Corporation and certain affiliates thereof
- GMAC Commercial Finance LLC and certain affiliates thereof
- Certain affiliates of Goldman Sachs Mortgage Company
- Certain affiliates of Greenwich Capital Financial Products, Inc.
- Certain affiliates of IOS Capital
- IXIS Real Estate Capital Inc. and certain affiliates thereof
- Certain affiliates of Morgan Stanley Mortgage Capital Inc.
- Certain affiliates of NC Capital Corporation
- Certain affiliates of New Century Funding A
- Certain affiliates of New Century Funding I
- Certain affiliates of New Century Mortgage Securities Inc.
- Certain affiliates of Newport Funding Group
- St Andrew Funding Trust c/o New Century Mortgage and certain affiliates thereof
- Certain affiliates of Sterling Bank
- The CIT Group/Equipment Financing
- Certain affiliates of U S Bancorp Equipment Finance, Inc.
- U S. Bank National Association and certain affiliates thereof
- Certain affiliates of UBS Real Estate Securities Inc

---

[1] Parties that are both current clients and former clients of RL&F are only listed on Exhibit 1, Current Clients  Due to the similarity of names of certain entities, RL&F was not able to determine if all entities listed herein actually are affiliates of current clients  However, in exercising an abundance of caution, RL&F has listed those entities which it reasonably believes may be affiliates of current clients

RLF1-3128584-3

## 50 Largest Unsecured Creditors [2]

- Affiliated Computer Services
- Certain affiliates of Aspen Funding Corp
- Certain affiliates of Aurora Loan Services
- Bank of America N.A. and certain affiliates thereof
- Certain affiliates of Barclays Bank PLC
- Certain affiliates of Carrington
- Certain affiliates of Citigroup Global Markets Realty Corp
- Credit Suisse First Boston Mortgage Capital LLC and certain affiliates thereof
- Certain affiliates of DB Structured Products, Inc.
- Deutsche Bank and certain affiliates thereof
- Certain affiliates of Fidelity National Credit Services
- Certain affiliates of Fiserv CCS
- Certain affiliates of Goldman Sachs Mortgage Company
- Certain affiliates of Greenwich Capital Financial Products Inc
- HSBC Bank USA N.A and certain affiliates thereof
- Certain affiliates of IndyMac Bank, FSB
- IXIS Real Estate Capital Inc and certain affiliates thereof
- JP Morgan Chase Bank, NA and certain affiliates thereof
- Certain affiliates of Morgan Stanley Mortgage Capital Inc.
- Certain affiliates of Newport Funding Corp
- Certain Affiliates of Nomura Securities
- Certain affiliates of Pricewaterhouse Coopers LLP
- Certain affiliates of SG Mortgage Finance Corp
- SunTrust and Certain affiliates thereof
- Certain affiliates of UBS Real Estate Securities Inc.
- Washington Mutual Bank, FA and certain affiliates thereof

## Largest Shareholders of New Century Financial Corporation [3]

- Morgan Stanley and certain affiliates thereof
- Certain affiliates of Morgan Stanley Capital Services

---

[2] [Includes certain UCC-1 Parties]

[3] These individuals and entities directly or indirectly own more than 5% of the shares of New Century Financial Corporation

2

### Professionals

- Lazard Freres & Co. LLC and certain affiliates thereof
- Sullivan & Cromwell LLP

### Debtors

- Certain affiliates of New Century Financial Corporation
- Certain affiliates of New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation)
- Certain affiliates of New Century Mortgage Corporation
- Certain affiliates of NC Capital Corporation
- Certain affiliates of Home123 Corporation
- Certain affiliates of New Century Credit Corporation (f/k/a Worth Funding Incorporated)
- Certain affiliates of NC Asset Holding, L.P. (f/k/a NC Residual II Corporation)
- Certain affiliates of NC Residual III Corporation
- Certain affiliates of NC Residual IV Corporation
- Certain affiliates of New Century R.E.O Corp.
- Certain affiliates of New Century R.E.O. II Corp.
- Certain affiliates of New Century R.E.O III Corp
- Certain affiliates of New Century Mortgage Ventures, LLC
- Certain affiliates of NC Deltex, LLC
- Certain affiliates of NCORAL, L.P.

# EXHIBIT 2

## FORMER CLIENTS[1]

### UCC-1 Parties

- Certain affiliates of Ameritech Credit Corporation
- Countrywide Home Loans, Inc
- Certain affiliates of Gemini Securitization Corp , LLC
- Greenwich Capital Financial Products, Inc.
- IOS Capital
- Morgan Stanley Mortgage Capital Inc.
- New Century Funding I
- Ropes & Gray LLP

### 50 Largest Unsecured Creditors [2]

- Accenture Inc. and certain affiliates thereof
- EMC Mortgage Corporation
- Greenwich Capital Financial Products Inc.
- Certain affiliates of Gemini Securitization Corp LLC
- Homecomings
- Certain affiliates of Ikon
- IndyMac Bank, FSB
- Lehman Brothers Bank FSB and former client
- Lowermybills.com and certain affiliates thereof
- Morgan Stanley Mortgage Capital Inc.
- Nomura Securities
- Residential Funding Corporation and certain affiliates thereof
- Certain affiliates of Sheffield Receivables Corporation
- Sprint
- Verizon Wireless

---

[1] Due to the similarity of names of certain entities, RL&F was not able to determine if all entities listed herein actually are affiliates of former clients. However, in exercising an abundance of caution, RL&F has listed those entities which it reasonably believes may be affiliates of former clients

[2] [Includes certain UCC-1 Parties]

## Largest Shareholders of New Century Financial Corporation[3]

- Morgan Stanley Capital Services

## Professionals

- AlixPartners LLP
- Heller Ehrman LLP
- O'Melveny & Myers LLP
- Certain affiliates of Xroads Case Management Services, LLC

## Debtors

- New Century Financial Corporation

---

[3] These individuals and entities directly or indirectly own more than 5% of the shares of New Century Financial Corporation

2

RLF1-3128584-3

# EXHIBIT 3

## ACCOUNTING SUMMARY OF PAYMENTS

| Date | Transaction | Amount | Retainer Balance |
|---|---|---|---|
| 3/13/07 | Retainer received by RL&F via wire transfer from New Century Mortgage | $275,000.00 | $275,000.00 |
| 3/30/07 | Retainer amount drawn down based on services performed and anticipated to be performed from the period 3/8/07 through the filing of the petition on 4/2/07. This amount represents a good faith estimate of the fees and expenses associated with all such services, including fees and expenses already recorded in RL&F's billing system and those not yet recorded in the system. RL&F will submit a reconciliation of the actual prepetition fees and expenses in the near future. Any portion of the $150,000 drawn on 3/30/07 which, upon the reconciliation, is not attributed to prepetition fees and expenses, will be added to the retainer balance. | ($150,000.00) | $125,000.00 |