IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| Debtors. | : | **Jointly Administered** |
| | : | |

**AFFIDAVIT IN SUPPORT OF DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LAZARD FRERES & CO. LLC AS FINANCIAL ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a), FED. R. BANKR. P. 2014, AND DEL. BANKR. LR 2014-1**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

David S. Kurtz, being duly sworn according to law, upon his oath, deposes and says:

1.   I am a Managing Director of the firm Lazard Frères & Co. LLC ("Lazard" or the "Firm"), which has its principal office at 30 Rockefeller Plaza, New York, New York

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

10020. I am authorized to execute this affidavit on behalf of Lazard. Unless otherwise stated in this affidavit, I have personal knowledge of the facts set forth herein.

2. This affidavit is being submitted in connection with the proposed retention of Lazard as Financial Advisor to the Debtors to perform services as set forth in the application seeking to retain Lazard (the "Application").

3. Lazard is the US operating subsidiary of a preeminent international financial advisory and asset management firm. Lazard, together with its predecessors and affiliates, has been advising clients around the world for over 150 years. Lazard has dedicated professionals who provide restructuring services to its clients.

4. The current managing directors, directors, vice presidents and associates of Lazard have extensive experience working with financially troubled companies in complex financial restructurings out-of-court and in chapter 11 proceedings. Lazard and its principals have been involved as advisor to debtor, creditor and equity constituencies and government agencies in many reorganization cases. Since 1990, Lazard's professionals have been involved in over 250 restructurings, representing over $350 billion in debtor assets.

5. In connection with its proposed retention by the Debtors in these cases, Lazard undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. In connection with this inquiry, Lazard obtained from the Debtors and/or their representatives the names of individuals and entities that may be parties-in-interest in these chapter 11 cases (the "Potential Parties-in-Interest") and such parties are listed on Schedule 1 annexed hereto. Lazard has researched its electronic client files and records to determine its connections with the Debtors and any Potential Parties-in-Interest. To the best of my knowledge, Lazard has not been retained

-2-

to assist any entity or person other than the Debtors on matters relating to, or in connection with, these chapter 11 cases.

6. To the best of my knowledge and belief, insofar as I have been able to ascertain, none of the principals or employees of Lazard working on or connected to this engagement on the Debtors' behalf has had, or will have in the future, direct contact concerning these chapter 11 cases with the Potential Parties-in-Interest herein, the United States Trustee, or anyone employed in the Office of the United States Trustee, other than in connection with this engagement for the Debtors.

7. To the extent that I have been able to ascertain that Lazard has been retained to represent, since 2000, any of the Potential Parties-in-Interest in matters unrelated to these cases, such parties are listed on Schedule 2 annexed hereto. Lazard's representation of each entity listed on Schedule 2 is only on matters that are unrelated to the Debtors or these cases. Other than as listed on Schedule 2, I am unaware of any relationships that Lazard has had since 2000 with the Potential Parties-in-Interest herein. Given the size of the Firm and the breadth of Lazard's client base, however, it is possible that other principals or employees of Lazard may have been retained by one or more of the Potential Parties-in-Interest in unrelated matters without my knowledge. To the extent that Lazard discovers any such additional relationships, it will supplement this disclosure to the Court promptly.

8. As part of its regular business operations, Lazard's asset management affiliate, Lazard Asset Management LLC ("LAM"), may act as investment advisor for or trade securities (including in discretionary client accounts, and through LAM's operation of hedge funds and mutual funds, in which cases investment decisions are made by LAM) including on behalf of creditors, equity holders or other parties in interest in these cases, and Lazard managing

directors and employees. Some of these LAM accounts and funds may now or in the future hold debt or equity securities of the Debtors. Lazard has in place compliance procedures to ensure that no confidential or non-public information concerning the Debtors has been or will be available to employees of LAM. While Lazard receives performance fees generated by certain LAM funds, LAM is operated as a separate and distinct affiliate of Lazard, which is separated from the Firm's other businesses, including its financial advisory services group and its managing directors and employees advising the Debtors, by an ethical wall.[2]

9.  Other than as disclosed herein, Lazard has no relationship with the Debtors of which I am aware after due inquiry.

10. Lazard has provided and agrees to continue to provide assistance to the Debtors in accordance with the terms and conditions set forth in the Application and the Engagement Letter and the Indemnification Letter, which are annexed to the Application as Exhibits A and B. Accordingly, I make this Affidavit in support of an order authorizing such retention.

11. All of the services that the Firm will provide to the Debtors will be (i) at the request of the Debtors and (ii) performed in accordance with customary market practice of the investment banking and financial advisory profession.

---

[2] Effective May 10, 2005, Lazard transferred its alternative investments business (which includes fund management and investment) and capital markets business (which includes equity research, syndicate, sales and trading) to new privately-held companies, Lazard Alternative Investments LLC ("LAI") and Lazard Capital Markets LLC ("LCM"), respectively, which are neither owned nor controlled by Lazard. LAI and LCM are owned and operated by LFCM Holdings LLC ("LFCM"), which is owned in large part by Lazard managing directors. LFCM is separate from Lazard and its businesses, including its financial advisory services group and its managing directors and employees advising the Debtors. LFCM does not hold any proprietary interest in any of the Debtors' debt or equity securities. Potential Parties-in-Interest may be customers of LFCM or investors in funds managed by subsidiaries of LFCM.

12. Based upon the foregoing, I believe Lazard is disinterested as defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest adverse to the Debtors or their estates.

13. It is the intention of Lazard to seek compensation for its services as described in the Application and the Engagement Letter in accordance with the Bankruptcy Code, the Bankruptcy Rules, the United States Trustees' Guidelines and any and all rules of this Court.

14. Lazard charges its clients for reasonable expenses associated with an assignment. Except as necessary to comply with an applicable Administrative Order, all such expense billings are in accordance with the Firm's customary practices.

I declare under the penalty of perjury that the forgoing is true and correct.

LAZARD FRERES & CO. LLC

By: *David S. Kurtz* (signature)
Name: David S. Kurtz
Title: Managing Director

Sworn and subscribed to before me, a notary public for the State of New York, County of New York this 5th day of April, 2007

_____
Notary Public

MATTHEW I. KLIEGMAN
Notary Public, State of New York
No. 02-KL6094416
Qualified in New York County
Commission Expires June 16, 20 07

-5-

RLF1-3135707-2

Schedule 1

**List of Potential Parties-in-Interest for New Century TRS Holdings, Inc., et al.**

**UCC-1 Parties**

Access Investments II, LLC
Ameritech Credit Corporation
Aspen Funding Corp
Bank Leumi Leasing Corporation
Bank of America, NA
Bank of the West
Barclays Bank, PLC
Carrington Mortgage Credit Fund I, LP
CDC Mortgage Capital Inc.
Charter One Vendor Finance LLC
CIT Communications Finance Corporation
Citigroup Global Markets Realty Corp.
Consultants Group Commercial Funding Corp.
Countrywide Home Loans, Inc.
Credit Suisse First Boston Mortgage Capital LLC
DB Structured Products, Inc
Deutsche Bank Trust Company Americas
Federal National Mortgage Association
Galleon Capital Corp
Gemini Securitization Corp., LLC
General Electric Capital Corporation
GMAC Commercial Financial LLC
Goldman Sachs Mortgage Company
Greenwich Capital Financial Products, Inc.
Guaranty Bank
Heineman, Dale Scott
IOS Capital
IXIS Real Estate Capital Inc
Johnson, Kurt F.
Mission Center Partners
Morgan Stanley Mortgage Capital Inc.
NC Capital Corporation
New Century Funding A
New Century Funding I
New Century Mortgage Securities Inc.
Newport Funding Group
PFE International Inc.
Ropes & Gray LLP
St. Andrew Funding Turst c/o New Century Mortgage

State Street Global Markets
Sterling Bank
The CIT Group/Equipment Financing
U.S. Bancorp Equipment Finance, Inc.
U.S. Bank National Association
UBS Real Estate Securities Inc.
United California Capital
Whitwood, Jason Allen

## 50 Largest Unsecured Creditors [1]

Adteractive
Affiliated Computer Services
Alaska Seaboard Partners Limited Partnership
Aspen Funding Corp.
Assurant Specialty Property Insurance
Aurora Loan Services
Bank of America, N.A.
Barclays Bank PLC
Carrington Securities, LP
Catarina Mortgage Services Inc.
ChoicePoint Precision Marketing
Citigroup Global Markets Realty Corp.
Countrywide
Credit Suisse First Boston Mortgage Capital LLC
Credit-Based Asset Servicing and Securitization LLC
DB Structured Products, Inc.
Deutsche Bank
EMC Mortgage Corporation
Fiserv CCS
Galleon Capital Corporation
Gemini Securitization Corp., LLC
General Electric Capital Corporation
GMAC Commercial Finance, LLC
Goldman Sachs Mortgage Company
Greenwich Capital Financial Products, Inc.
Guaranty Bank
Harbor Asset Management Services
HSBC Bank USA, N.A.
INDY MAC Bank, FSB
IXIS Real Estate Capital, Inc.
JP Morgan Chase Bank, NA
Lehman Brothers Bank FSB

---

[1] Includes certain UCC-1 Parties

Low.com
Lowermybills.com
Morgan Stanley Mortgage Capital Inc.
National Field Representatives
Newport Funding Corp.
Nextag
NOMURA Securities
Pricewaterhouse Coopers LLP
Residential Funding Corporation
SG Mortgage Finance Corp
Sheffield Receivables Corporation
Sprint
State Street Global Markets, LLC
Suntrust
System Source, Inc.
Tucson Funding LLC
UBS Real Estate Securities Inc.
Washington Mutual Bank, FA

## Largest Shareholders of New Century Financial Corporation[2]

Greenlight Capital LLC
David Einhorn
Morgan Stanley
Morgan Stanley Capital Services
Hotchkis and Wiley Capital Management LLC

## Directors and Senior Employees

Alexander, Marilyn A.
Bilotta, Frank
Bindra, Taj S.
Black, Harold A.
Cimino, Richard
Clifford, Leigh Ann
Cloyd, Kevin
Cole, Robert K
Dodge, Patti
Fleig, David
Forster, Fredric J.
Garday, Louis
Gotschall, Edward
Jewett, Jennifer

---

[2] These individuals and entities directly or indirectly own more than 5% of the shares of New Century Financial Corporation.

Lange, Donald E.
Meola, Anthony
Morrice, Brad A.
Peltier, Warren
Sachs, Michael M.
Theologides, Stergios
Threadgill, Jonathan
Torterelli, Joseph
Zalle, Paul
Zona, Richard A.

## Professionals

AlixPartners LLP (crisis managers)
Allen Matkins Leck Gamble Mallory & Natsis LLP (special financing counsel)
Heller Ehrman LLP (counsel to audit committee)
Lazard Freres & Co. LLC (investment banker)
O'Melveny & Myers LLP (debtors' counsel)
Richards Layton & Finger, P.A. (Delaware debtors' counsel)
Skadden, Arps, Slate, Meagher & Flom (special regulatory counsel)
Thatcher Proffit (special securitization counsel)
Xroads Case Management Services, LLC (claims and noticing agent)

## Debtors

New Century Financial Corporation, a Maryland corporation
New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation
New Century Mortgage Corporation, a California corporation
NC Capital Corporation, a California corporation
Home123 Corporation, a California corporation
New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation
NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership
NC Residual III Corporation, a Delaware corporation
NC Residual IV Corporation, a Delaware corporation
New Century R.E.O. Corp., a California corporation
New Century R.E.O. II Corp., a California corporation
New Century R.E.O. III Corp., a California corporation
New Century Mortgage Ventures, LLC, a Delaware corporation
NC Deltex, LLC, a Delaware corporation
NCORAL, L.P., a Delaware limited partnership

Schedule 2

1. Lazard has represented Bank of America, N.A. on a variety of matters unrelated to the Debtors. Lazard does not believe that this relationship creates a conflict of interest regarding the Debtors or these chapter 11 cases.

2. Lazard has a relationship with Barclays Bank, PLC on matters unrelated to the Debtors, including its 2004 acquisition of Juniper Financial Corporation. Lazard does not believe that this relationship creates a conflict of interest regarding the Debtors or these chapter 11 cases.

3. CDC Mortgage Capital Inc. changed its name to IXIS Real Estate Capital Inc. on November 1, 2004, and the entity is an affiliate of IXIS Corporate & Investment Bank. An affiliate of Lazard has entered into a cooperation arrangement with IXIS Corporate & Investment Bank in respect of capital markets matters within France, which such arrangement also provides for an alliance in real estate advisory work and for mutual referrals for other work within France. Lazard also has relationships with affiliates of IXIS Corporate & Investment Bank on other matters unrelated to the Debtors. Lazard does not believe that this relationship creates a conflict of interest regarding the Debtors or these chapter 11 cases.

4. Lazard represented CIT Group, Inc., an affiliate of CIT Communications Finance Corporation and The CIT Group/Equipment Financing, on its 2005 acquisition of Healthcare Business Credit Corporation, and is currently representing it on matters unrelated to the Debtors. Lazard does not believe that this relationship creates a conflict of interest regarding the Debtors or these chapter 11 cases.

5. Citigroup Global Markets Realty Corp., Credit Suisse First Boston Mortgage Capital LLC, DB Structured Products, Inc., Deutsche Bank Trust Company Americas, Goldman Sachs

Mortgage Company, Morgan Stanley Mortgage Capital Inc., UBS Real Estate Securities Inc., Deutsche Bank, HSBC Bank USA, N.A., JP Morgan Chase Bank, NA, Lehman Brothers Bank FSB, NOMURA Securities, SG Mortgage Finance Corp., Morgan Stanley, and Morgan Stanley Capital Services are affiliates of various other financial institutions and Lazard may have co-advisory relationships with such financial institutions. Other affiliates of certain of these financial institutions served as underwriters in public offerings of Lazard Ltd. A Citigroup affiliate is also a lender to a Lazard affiliate. Lazard does not believe that these relationships create a conflict of interest regarding the Debtors or these chapter 11 cases.

6. Credit Suisse First Boston Mortgage Capital LLC is an affiliate of Credit Suisse. Lazard represented a special committee of the Board of Directors of CSFB Direct in the sale of its publicly-held stake to Credit Suisse First Boston in 2001. Lazard does not believe that this relationship creates a conflict of interest regarding the Debtors or these chapter 11 cases.

7. Lazard has a relationship with General Electric Capital Corporation on matters unrelated to the Debtors. Lazard has advised General Electric Capital Corporation on matters related to its acquisition of commercial real estate and assets based lending portfolio of Daimler Chrysler, its sale of GE Capital consulting, its acquisition of Central Transport Rental Group, and other unrelated matters. Lazard does not believe that this relationship creates a conflict of interest regarding the Debtors or these chapter 11 cases.

8. State Street Global Markets, or an affiliate thereof, provides services to Lazard Asset Management LLC, an affiliate of Lazard. Lazard does not believe that this relationship creates a conflict of interest regarding the Debtors or these chapter 11 cases.

9. Lazard is representing Affiliated Computer Services on matters unrelated to the Debtors. Lazard does not believe that this relationship creates a conflict of interest regarding the Debtors or these chapter 11 cases.

10. Lazard has represented affiliates of JP Morgan Chase Bank NA on matters unrelated to the Debtors. Lazard does not believe that this relationship creates a conflict of interest regarding the Debtors or these chapter 11 cases.

11. Lazard has represented an affiliate of Lehman Brothers Bank FSB on matters unrelated to the Debtors. Lazard does not believe that this relationship creates a conflict of interest regarding the Debtors or these chapter 11 cases.

12. Lazard has represented affiliates of NOMURA Securities on matters unrelated to the Debtors. Lazard does not believe that this relationship creates a conflict of interest regarding the Debtors or these chapter 11 cases.

13. Lazard has a relationship with Sprint Nextel Corporation on matters unrelated to the Debtors. Lazard advised Nextel Communications, Inc. on its 2005 merger with Sprint Corp. In addition, Lazard has advised Sprint Nextel Corporation on matters related to acquisitions, divestitures, and securities offerings. Lazard does not believe that this relationship creates a conflict of interest regarding the Debtors or these chapter 11 cases.

14. Lazard is representing Greenlight Capital, Inc., an affiliate of Greenlight Capital LLC, on matters unrelated to the Debtors. David Einhorn is affiliated with Greenlight Capital, Inc. Lazard does not believe that this relationship creates a conflict of interest regarding the Debtors or these chapter 11 cases.

15. Lazard has in the past worked with, continues to work with, and has mutual clients with, certain law firms who are parties-in-interest in these cases or who represent such parties,

-7-

RLF1-3135707-2

including Heller Ehrman LLP, O'Melveny & Myers LLP, Richards Layton & Finger, P.A., Skadden, Arps, Slate, Meagher & Flom, Thatcher Proffitt, and Ropes & Gray LLP. Lazard does not believe that these relationships create a conflict of interest regarding the Debtors or these chapter 11 cases.

16. Lazard has in the past worked with, continues to work with, and has mutual clients with, certain accounting firms who are parties-in-interest in these cases or who represent such parties, including Pricewaterhouse Coopers LLP. Lazard does not believe that these relationships create a conflict of interest regarding the Debtors or these chapter 11 cases.

17. Lazard routinely advises businesses in chapter 11 proceedings, including in Delaware, and may know all or some of the U.S. Trustees and judges involved in this case. Lazard does not believe that this creates a conflict of interest regarding the Debtors or these chapter 11 cases.

18. The Debtors have numerous customers, creditors and other parties with whom they maintain business relationships. In addition, there may be a number of smaller firms that are not listed as Potential Parties-In-Interest. Lazard may have advisory or other commercial or professional relationships with such entities or persons unrelated to the Debtors or their chapter 11 proceedings. Lazard does not believe that these relationships create a conflict of interest regarding the Debtors or these chapter 11 cases.