IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| | : |
| Debtors. | : |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 10, 2007 AT 3:30 P.M.

I.    **UNCONTESTED MATTERS GOING FORWARD:**

1.    Motion of the Debtors and Debtors in Possession for an Order Authorizing the Debtors to Pay Prepetition Wages, Compensation and Employee Benefits Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code [Docket No. 10; filed 4/2/07]

Response Deadline:    April 9, 2007 at 4:00 p.m.

Responses Received: None.

Related Documents:

i.    Interim Order Authorizing the Debtors and Debtors in Possession to Pay Prepetition Wages, Compensation and Employee Benefits Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code [Docket No. 47; filed 4/3/07]

ii.    Notice of (I) Entry of Interim Order Authorizing the Debtors and Debtors in Possession to Pay Prepetition Wages, Compensation and Employee Benefits Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and (II) Final Hearing on the Motion [Docket No. 75; filed 4/4/07]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

RLF1-3135574-1

Status: The hearing on this matter will go forward.

2. Emergency Motion for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 25; filed 4/2/07]

Response Deadline: April 9, 2007 at 4:00 p.m.

Responses Received: None.

Related Documents:

i. Emergency Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [Docket No. 26; filed 4/2/07]

ii. Order Granting Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [Docket No. 53; filed 4/3/07]

iii. Notice of Hearing [Docket No. 74; filed 4/4/07]

Status: The hearing on this matter will go forward.

Dated: April 6, 2007
Wilmington, Delaware

*/s/ Christopher M. Samis*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

RLF1-3135574-1

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION