## CERTIFICATE OF SERVICE

I, Michael J. Merchant, do hereby certify that on April 6, 2007, I caused copies of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on April 10, 2007 at 3:30 p.m.** to be served upon the parties on the attached service list in the manner indicated.

_____
Christopher M. Samis (No. 4909)

# FAX TRANSMITTAL SHEET

## RICHARDS, LAYTON & FINGER

One Rodney Square
P O Box 551
Wilmington, DE 19899
302-651-7700
Fax: 302-651-7701
Fax Confirmation: 302-651-7796

**CONFIDENTIALITY NOTE:** The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individuals or entities named below. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. Thank You

Date:     April 6, 2007
From:     Aja E. McDowell, Paralegal
Matter:   157422
Number of Pages (including cover): 7
Re: Notice of Agenda of Matters Scheduled for Hearing on April 10, 2007 at 3:30 p.m.

|    | TO | COMPANY | PHONE # | FAX # |
|----|----|---------|---------|-------|
| 1. | Joseph J. McMahon, Jr. | Office of the United States Trustee | 302-573-6491 | 302-573-6497 |
| 2. | William P. Bowden Gregory A. Taylor | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| 3. | Richard A. Chesley Kimberly D. Newmarch | Paul, Hastings, Janofsy & Walker LLP | 312-499-6000 | 312-499-6100 |
| 4. | Keith W. Miller James R. Bliss | Paul, Hastings, Janofsky & Walker LLP | 212-318-6000 | 212-319-4090 |
| 5. | Elizabeth Banda | Perdue, Brandon, Fielder, Collins & Mott, LLP | 817-461-3344 | 817-860-6509 |
| 6. | Laura Davis Jones Timothy P. Cairns | Pachulski Stang Ziehl Young Jones & Weintraub LLP | 302-652-4100 | 302-652-4400 |
| 7. | Bennet L. Spiegel Shirley S. Cho | Kirkland & Ellis LLP | 213-680-8400 | 231-680-8500 |
| 8. | Joseph H. Smolinsky Douglas E. Deutsch | Chadbourne & Parke LLP | 212-408-5100 | 212-541-5369 |
| 9. | Paul M. Basta Joshua A. Sussberg | Kirkland & Ellis LLP | 212-446-4800 | 212-446-4900 |
| 10. | Marla R. Eskin Mark T. Hurford | Campbell & Levine, LLC | 302-426-1900 | 302-426-9947 |
| 11. | Charles J. Filardi, Jr. | Filardi Law Offices LLC | 203-562-8588 | 866-890-3061 |
| 12. | Patricia B. Tomasco | Brown McCarroll, LLP | 512-472-5456 | 512-479-1101 |
| 13. | Robert J. Dehney Gregory W. Werkheiser | Morris, Nichols, Arsht & Tunnell LLP | 302-658-9200 | 302-658-3989 |

RLF1-3136121-1

| | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
| | Daniel B. Butz | | | |
| 14. | Luc A. Despins<br>Wilbur F. Foster | Milbank, Tweed, Hadley & McCloy LLP | 212-530-5000 | 212-530-5219 |
| 15. | Howard R. Hawkins, Jr. | Cadwalader, Wickersham & Taft LLP | 212-504-6000 | 212-504-6666 |
| 16. | Suzzanne S. Uhland<br>Ben H. Logan<br>Victoria Newmark<br>Emily Culler | O'Melveny & Myers LLP | 415-984-8700 | 415-984-8701 |
| 17. | Dennis J. Drebsky | Nixon Peabody LLP | 212-940-3000 | 212-940-3111 |
| 18. | Mark N. Berman | Nixon Peabody LLP | 617-345-1000 | 617-345-1300 |
| 19. | David B. Stratton | Pepper Hamilton LLP | 302-777-6500 | 302-421-8390 |
| 20. | Elizabeth Weller | Linebarger Googan Blair & Sampson, LLP | 214-880-0089 | 214-253-2558 |
| 21. | Ian Connor Bifferato<br>Garvan F. McDaniel | Bifferato Gentilotti LLC | 302-429-1900 | 302-429-8600 |
| 22. | John E. Mitchell | Vinson & Elkins LLP | 214-220-7700 | 214-220-7716 |
| 23. | Kurt F. Gwynne | Reed Smith LLP | 302-778-7500 | 302-778-7575 |
| 24. | Claudia Z. Springer | Reed Smith LLP | 215-851-8100 | 215-851-1420 |
| 25. | Mary F. Caloway<br>Eric Lopez Schnabel | Buchanan Ingersoll & Rooney PC | 302-552-4200 | 302-552-4295 |
| 26. | Chris Lenhart | Dorsey & Whitney LLP | 612-340-2600 | 612-340-2868 |
| 27. | Don A. Beskrone | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| 29. | Frank G. Burt<br>Raul A. Cuervo<br>W. Glenn Merten | Jorden Burt LLP | 202-965-8100 | 202-965-8104 |
| 30. | Scott Freeman<br>Account Resolution | Travelers National Accounts | 860-277-8026 | 860-277-2158 |
| 31. | T. Robert Finlay<br>Donna L. La Porte | Wright, Finlay & Zak, LLP | 949-477-5050 | 949-477-9200 |
| 32. | William G. Malcolm | Malcolm & Cisneros, A Law Corporation | 949-252-9400 | 949-252-1032 |
| 33. | Laurie Selber Silverstein | Potter Anderson & Corroon LLP | 302-984-6000 | 302-658-1192 |
| 34. | Margot B. Schonholtz<br>Mark F. Liscio | Kaye Scholer LLP | 212-836-8000 | 212-836-8689 |
| 35. | Lawrence P. Gottesman<br>Sukyong Suh | Bryan Cave LLP | 212-541-2000 | 212-541-4630 |
| 36. | Katherine M. Windler | Bryan Cave LLP | 310-576-2100 | 310-576-2200 |
| 37. | Hernando Azarcon<br>Senior Legal Coordinator | GMAC Commercial Finance LLC | 248-327-9360 | 248-327-9350 |

|    | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
| 38. | William E. Chipman, Jr. | Edwards Angell Palmer & Dodge LLP | 302-425-7124 | 302-777-7263 |
| 39. | Paul T. Liu<br>John Guerry | Countrywide Home Loans, Inc. | 818-871-6069 | 818-871-4602 |
| 40. | Charles A. Hansen<br>Mark S. Bostick | Wendel, Rosen, Black & Dean LLP | 510-834-6600 | 510-834-1928 |
| 41. | Norman M. Monhait | Rosenthal, Monhait & Goddess, P.A. | 302-656-4433 | 302-658-7567 |
| 42. | Matthew Botica<br>David Wirt<br>Grayson Walter | Winston & Strawn LLP | 312-558-5600 | 312-558-5700 |
| 43. | Michael G. Gallerizzo | Gebhardt & Smith LLP | 302-656-9002 | 302-429-5953 |

CLIENT/MATTER NAME:   New Century TRS Holdings, Inc.

RL&F MATTER NUMBER:   157422

TELECOMMUNICATOR:

MESSAGE/REMARKS:

Please deliver immediately to the person(s) listed above who is/are in your office. Thank you.

IF YOU DO NOT RECEIVE ALL THE PAGES OR FIND THEM TO BE ILLEGIBLE,
PLEASE CALL **(302) 651-7796** <u>AS SOON AS POSSIBLE</u>.

Via Facsimile:

| | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
| 1. | Marc Flamino | Goldman Sachs Mortgage Company | 212-357-4727 | 212-902-1691 |
| 2. | Cindy Sanford | Goldman, Sachs & Co. | 727-825-3865 | 646-835-3145 |
| 3. | Gary Timmerman | Credit Suisse First Boston Mortgage Capital LLC | 609-627-5026 | 609-627-5080 |
| 4. | Marc Rosenthal | Credit-Based Asset Servicing and Securitization LLC | 212-850-7700 | 212-850-7733 |
| 5. | Andy Neuberger | Morgan Stanley Mortgage Capital Inc. | 212-762-6401 | 212-507-4137<br>212-762-9495 |
| 6. | Glenn Minkoff | DB Structured Products, Inc. | 212-250-3406 | 212-797-5160 |
| 7. | Ryan Stark | Deutsche Bank | 212-250-8473 | 212-969-1698 |
| 8. | Jennifer McGuinness-Rizzo | Deutsche Bank Securities, Inc. | 212-250-7675 | 212-797-0521 |
| 9. | Maureen Macan | Bank of America, N.A. | 214-209-9170 | 214-209-0338 |
| 10. | Sean A. Tobias | Bank of America, N.A. | 214-209-1584 | 214-530-2657 |
| 11. | Christopher Young | Bank of America, N.A. | 704-388-8403 | 704-409-0593 |
| 12. | George Mangiaracina | UBS Real Estate Securities Inc. | 212-713-3734 | 212-882-3597 |
| 13. | Diane Rinnovatore | Lehman Brothers Bank FSB | 212-526-5460 | 646-885-9123 |
| 14. | Dana Headlee | Countrywide | 928-505-1628 | 928-505-4466 |
| 15. | Susan Mills<br>Bobbie Theivakumaran | Citigroup Global Markets Realty Corp. | 212-723-6376 | 212-723-8604 |
| 16. | Mike Bugbee | Residential Funding Corporation | 925-988-2339 | 925-979-0926 |
| 17. | Frank Nunnari | SG Mortgage Finance Corp | 212-278-6000 | 212-278-6705 |
| 18. | Tony Malanga | IXIS Real Estate Capital, Inc. | 212-891-5814 | 212-891-6288 |
| 19. | Ray Sullivan | IXIS Real Estate Capital, Inc. | 212-891-5815 | 212-891-3347 |
| 20. | Al Zakes | IXIS Real Estate Capital, Inc. | 212-891-6137 | 212-891-1922 |
| 21. | Michael Friedman | IXIS Real Estate Capital, Inc. | 212-891-6261 | 212-891-6143 |

| | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
| 22. | Paul Menefee<br>Joseph O'Doherty | Barclays Bank PLC | 212-412-5271 | 212-412-6846 |
| 23. | Glen Greeley<br>Harry Ahin<br>Mary Logan<br>Janette Lieu | Barclays Bank PLC | 212-412-5271 | 212-412-6846 |
| 24. | Indymac Bank FSB | Indymac Bank FSB | 626-535-5901 | 626-535-8203 |
| 25. | Bruce Rose | Carrington Securities, LP | 203-661-6186 | 203-661-6378 |
| 26. | Michael McCauley | Washington Mutual Bank, FA | 713-543-6141 | 713-543-6727 |
| 27. | William Fogleman | Alaska Seaboard Partners Limited | 225-293-0095 | 916-231-2500 |
| 28. | Fran Stec | JP Morgan Chase Bank, NA | 732-452-8781 | 732-352-7511 |
| 29. | Frank Skibo | Greenwich Capital Financial Products, Inc. | 203-625-6678 | 203-618-2163 |
| 30. | Joe Little | HSBC Bank USA, N.A. | 212-525-5040 | 646-366-3826 |
| 31. | Giovanni Manocchio | Aurora Loan Services | 720-945-3835 | 720-945-5920 |
| 32. | Tom Tarantino | EMC Mortgage Corporation | 212-272-6458 | 212-272-7382 |
| 33. | Thelma Dominguez | Lowermybills.com | 310-998-6416 | 310-496-0834 |
| 34. | Todd Green | Affiliated Computer Services | 801-553-6103 | 801-553-6178 |
| 35. | James Depalma<br>Jeane Leschak | Nomura Securities | 212-667-9300 | 212-667-1058 |
| 36. | Doris Hearn<br>Evelyn Echevarria | Aspen Funding Corp. | 704-367-1555 | 704-365-1362 |
| 37. | R. Douglas Donaldson | Galleon Capital Corporation | | 617-951-7050 |
| 38. | R. Douglas Donaldson | Gemini Securitization Corp., LLC | 214-360-4892 | 214-360-2837 |
| 39. | Glenn Minkoff | Gemini Securitization Corp., LLC | 212-250-3406 | 212-797-5160 |
| 40. | Jenny Ray Stilwell | Guaranty Bank | 214-360-4892 | 214-360-2837 |
| 41. | Glenn Minkoff<br>Doris Hearn<br>Evelyn Echevarria | Newport Funding Corp. | 704-365-0569 | 704-365-1362 |
| 42. | Glenn Pearson<br>Hansel Vieves | Sheffield Receivables | | 212-412-6846 |

|     | TO | COMPANY | PHONE # | FAX # |
| --- | --- | --- | --- | --- |
|     | Shelby Robins | Corporation |  |  |
| 43. | Todd Meringoff | State Street Global Markets, LLC | 617-664-4019 | 617-350-4020 |
| 44. | Glenn Minkoff | Tucson Funding LLC | 212-250-3406 | 212-797-5160 |
| 45. | Melanie LaRocque | National Field Representatives | 800-639-2151 x290 | 800-543-1818 |
| 46. | Kelly Chin | Assurant Specialty Property Insurance | 770-763-1115 | 770-859-4001 |
| 47. | Brooke Hergesell | System Source, Inc. | 949-910-0533 | 949-475-5923 |
| 48. | Tanja Barner | GMAC Commercial Finance, LLC | 678-324-2146 | 770-859-0148 |
| 49. | Frank Quattroccup | Sprint | 949-251-7240 | 949-623-5615 |
| 50. | Fred Hsu | Low.com | 866-237-9328 | 213-402-5918 |
| 51. | Tony D. Atkins | Suntrust | 404-813-5244 | 404-813-5000 |
| 52. | Woodruff A. Polk | Suntrust | 404-813-7094 | 404-581-1637 |
| 53. | James Bennison | Suntrust | 404-813-5244 | 404-813-5000 |
| 54. | Shari Macedo | Harbor Asset Management Services | 909-392-0430 | 909-912-8076 |
| 55. | Blake Simon | Adteractive | 415-762-2266 | 415-543-2513 |
| 56. | Geno Hoover | Fiserv CCS | 412-577-3842 | 412-577-3995 |
| 57. | Scott Watkins | ChoicePoint Precision Marketing |  | 919-806-1989 |
| 58. | Lynn Ann Boone | ChoicePoint Precision Marketing | 309-689-1000 | 309-693-0173 |
| 59. | Sear Yagana | Pricewaterhouse Coopers LLP | 464-471-3000 | 813-329-1129 |
| 60. | Dan Tsuchiya | Nextag | 650-645-4700 | 650-341-3779 |
| 61. | Ron Harpole | Catarina Mortgage Services Inc. | 281-205-2270 | 281-205-2405 |
| 62. | General Electric Capital Corporation | General Electric Capital Corporation | 203-796-1000 |  |
| 63. | Dennis D. Miller, Esq. | Stein & Lubin LLP (Counsel to GECC) | 415-955-5026 | 415-981-4343 |
| 64. | Stephanie Richards | GE Capital Commercial Equipment Financing | 727-216-4237 | 727-216-4001 |
| 65. | Tony Gamban | IndyMac Bank | 800-669-2300 x5741 | 626-229-6322 |

|     | TO | COMPANY | PHONE # | FAX # |
| --- | --- | --- | --- | --- |
| 66. | Kara Stairiker | Nomura Credit & Capital, Inc. | 212-667-9701 | 646-587-9701 |
| 67. | John M. Rosentahl, Esq. | Global Finance Nixon Peabody LLP (Counsel to Deutsche Bank National Trust Company) | 415-984-8319 | 866-741-1475 |
| 68. | Barry Freeman, Esq. David Poitras, Esq. | Jeffer, Mangels, Butler & Marmaro LLP (Counsel to Union Bank) | 310-785-5367 | 310-712-3393 |
| 69. | Richard A. Chesley, Esq. Kimberly D. Newmarch, Esq. | Paul, Hastings, Janofsky & Walker LLP (Counsel to UBS Real Estate Securities) | 312-499-6000 | 312-499-6157 |