## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., : | : Case No. 07-10416 (KJC) |
| a Delaware corporation, et al., [1] | : |
| | : Jointly Administered |
| Debtors | : |
| | : Re: Docket Nos. 53, 70, 71 and 74 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC

and a member of the bar of this Court, do hereby declare that on April 4, 2007, I caused

true and correct copies of the following to be served upon the parties on the attached

Exhibit A by overnight mail:

- **Order Granting Motion of the Debtors and Debtors-In-Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice** [Docket No. 53]

- **Emergency Motion of Debtors and Debtors-In-Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protection Connection with the Proposed Sale of Assets Used in their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related**

---

[1]    The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Relief and (II) An Order (A) Approving the Proposed Sale and (B) Granting Related Relief  [Docket No. 70]

- **Emergency Motion of the Debtors and Debtors-In-Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice** [Docket No. 71]

- **Notice of Hearing to be Held on April 2, 2007, at 4:00 p.m.**  [Docket No. 74]

Additionally, on April 4, 2007, I caused copies of the following to be served on the

parties listed on the attached Exhibit B by overnight mail:

- **Order Granting Motion of the Debtors and Debtors-In-Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice**  [Docket No. 53]

- **Notice of Hearing to be Held on April 2, 2007, at 4:00 p.m.**  [Docket No. 74]

Dated:  April 5, 2007


Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
  SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California  92705
Telephone:  (949) 567-1600

# Exhibit A

Exhibit A
Overnight Mail Service list

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Access Investments II Llc | | 18400 Von Korman Ave | Ste 1000 | | Irvine | CA | 92612 | | Top 50 |
| Adirective | Blake Simon | 303 Second Street, Suite 375 | Second Tower | | San Francisco | CA | 94107 | | Top 50 |
| Affiliated Computer Services | Todd Green | PO Box 201322 | | | Dallas | TX | 75320 | | Top 50 |
| Alaska Seaboard Partners Limited Partnership | William Fogleman | 4150 S Sherwood Forest Blvd | | | Baton Rouge | LA | 70816 | | Top 50 |
| Ameritech Credit Corporation | | 2000 West Ameritech Ctr Dr | | | Irvine | CA | 92612 | | |
| Ashby & Geddes PA | Don A Beskrone Esq | 500 Delaware Ave | 8th Fl | PO Box 1150 | Wilmington | DE | 19899 | | Counsel for Safeco Financial Institution Solutions, Inc |
| Ashby & Geddes PA | William P Bowden & Gregory A Taylor | 500 Delaware Ave | 8th Fl | PO Box 1150 | Wilmington | DE | 19899 | | Counsel for USB Real Estate Securities Inc |
| Aspen Funding Corp | C/o Amacar Group Llc | 6525 Morrison Blvd | Ste 318 | | Charlotte | NC | 28211 | | |
| Aspen Funding Corp | Doris Hearn, Evelyn Echevarria | c/o Amacar Group LLC | 6525 Morrison Blvd | Suite 318 | Charlotte | NC | 28211 | | Top 50 |
| Aspen Funding Corp | | 60 Wall St | | | New York | NY | 10005 | | |
| Assurant Specialty Property Insurance | Kelly Chin | 260 Interstate N Circle SE | | | Atlanta | GA | 30339-2110 | | Top 50 |
| Aurora Loan Services | Giovanni Manocchio | 10350 Park Meadows Dr 4th Floor | | | Littleton | CO | 80124 | | Top 50 |
| Bank Leumi Leasing Corporation | | 562 Fifth Ave | | | Ny | NY | 10036 | | |
| Bank Of America Na | Tx 1 492 66 01 | 901 Main St | 66th Fl | | Dallas | TX | 75202-3714 | | |
| Bank Of America Na | Tx1 492 66 01 | 901 Main St | 66th Fl | | Dallas | TX | 75202-3714 | | |
| Bank Of America Na | | Tx 492 66 01 | 901 Main St | 66th Fl | Dallas | TX | 75202-3714 | | |
| Bank Of America Na | | 301 Main St | 66th Fl | | Dallas | TX | 75202 | | |
| Bank Of America Na | | 901 Main St | 66th Fl | | Dallas | TX | 75202-3714 | | |
| Bank Of America Na | Maureen Macan | 901 Main St, 66th Floor | 66th Fl | Tx1 492 66 01 | Dallas | TX | 75202-3714 | | |
| Bank Of America, NA | Maureen Macan | 901 Main St, 66th Floor | | | Dallas | TX | 75202 | | Top 50 |
| Bank Of The West | | 3000 S Grand Ave | | | Los Angeles | CA | 90071 | | |
| Barclays Bank Plc | As Administrative Agent | 200 Pk Ave | Mail Code Sc-Cal 006 A | | New York | NY | 10166 | | |
| Barclays Bank PLC | Paul Menefee, Joseph O'Doherty | 200 Park Avenue | | | New York | NY | 10166 | | Top 50 |
| Brown McCarroll LLP | Patricia B Tomasco | 111 Congress Ave Ste 1400 | | | Austin | TX | 78701 | | Counsel for Ellington Management Group, Inc |
| Buchanan Ingersoll & Rooney PC | Mary F Caloway Esq & Eric Lopez Schnabel Esq | 1000 West St Ste 1410 | | | Wilmington | DE | 19801 | | Counsel for Residential Funding Company LLC |
| Cadwalader Wickersham & Taft LLP | Howard R Hawkins Jr Esq | One World Financial Center | | | New York | NY | 10281 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| Campbell & Levine LLC | Maria R Eskin Mark T Hurford | 800 North King Street | Suite 300 | | Wilmington | DE | 19801 | | Counsel for Citigroup Global Markets Realty Group |
| Carrington Mortgage Credit Fund I Lp | | 9 Greenwich Office Pk | | | Greenwich | CT | 06831 | | |
| Carrington Mortgage Services, LLC | Bruce Rose & Diane Citron | Carrington Capital Management | 599 West Putnam Avenue | | Greenwich | CT | 06830 | | Top 50 |
| Catalina Mortgage Services Inc | Ron Harpole | 2245 Tomball Highway | | | Houston | TX | 77070 | | Top 50 |
| Cdc Mortgage Capital Inc | | 9 West 57th St | | | Ny | NY | 10019 | | |
| Celina ISD, Princeton ISD, City of Princeton Richardson ISD, Cedar Hill ISD, City of Cedar Hill Whitewright ISD, City of Whitewright, City of Hurst Arlington ISD, Castleberry ISD and Mansfield ISD | Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda | PO Box 13430 | | Arlington | TX | 76094-0430 | | Counsel for Celina ISD, Princeton ISD, City of Princeton Richardson ISD, Cedar Hill ISD, City of Cedar Hill Whitewright ISD, City of Whitewright, City of Hurst Arlington ISD, Castleberry ISD and Mansfield ISD |
| Chadbourne & Parke LLP | Joseph H Smolinsky & Douglas E Deutsch | 30 Rockefeller Plaza | | | New York | NY | 10112 | | Counsel for Credit Suisse First Boston Capital LLC and DLJ Mortgage Capital Inc |
| Charter One Vendor Finance Llc | | 2300 Cabot Dr | | Ste 355 | Lisle | IL | 60532 | | |
| ChoicePoint Precision Marketing | Scott Watkins | 2525 Meridian Parkway, Suite 125 | | | Durham | NC | 27713 | | Top 50 |
| Cit Communications Finance Corporation | | 1 Cit Dr | | | Livingston | NJ | 07039 | | |
| Citigroup Global Markets Realty Corp | Susan Mills, Bobbie Theivakumaran | 390 Greenwich Street, 6th Floor | | | New York | NY | 10013 | | Top 50 |
| Citigroup Global Markets Realty Corp | | 390 Greenwich St | | | Ny | NY | 10014 | | Top 50 |

Exhibit A
Overnight Mail Service list

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Citigroup Global Markets Realty Corp | | 390 Greenwich St | 6th Fl | | New York | NY | 10013 | | |
| Consultants Group Commercial Funding Corp | | 660 Newport Ctr Dr | Ste 800 | | Newport Beach | CA | 92660 | | |
| Countrywide | Dana Headlee | 20 N Acoma Blvd | | | Lake Havasu City | AZ | 86403 | | Top 50 |
| Countrywide Home Loans Inc | | 8611 Fallbrook Ave | Mswh51g | | West Hills | CA | 91304 | | |
| Credit Suisse First Boston Mortgage Capital LLC | Gary Timmerman | 302 Carnegie Center, 2nd Floor | | | Princeton | NJ | 08540 | | Top 50 |
| Credit Suisse First Boston Mortgage Capital Llc | | 11 Madison Ave | | | New York | NY | 10010 | | |
| Credit Suisse First Boston Mortgage Capital Llc | | 11 Madison Ave | | | Nv | NY | 10010 | | |
| Credit-Based Asset Servicing and Securitization LLC | Marc Rosenthal | 335 Madison Ave, 19th Floor | | | New York | NY | 10017 | | Top 50 |
| Db Structured Products Inc | | 60 Wall St | | | Nv | NY | 10005 | | |
| DB Structured Products, Inc | Glenn Minkoff | 60 Wall Street, 19th Floor | | | New York | NY | 10005 | | Top 50 |
| Delaware Sec of State | Division of Corporations | Franchise Tax Division | PO Box 7040 | | Dover | DE | 19903 | | |
| Deutsch Bank Trust Company Americas As Collateral Agent | | 60 Wall St | Ms Nyc 60 2606 | | Nv | NY | 10005 | | |
| Deutsch Bank Trust Company Americas As Collateral Agent | | 60 Wall St | 26th Fl | | Nv | NY | 10005 | | |
| Deutsche Bank | Ryan Stark | 31 West 52nd Street | 3rd Floor NYC01-0304 | | New York | NY | 10019 | | Top 50 |
| Deutsche Bank Trust Companies Americas | Collateral Agent | 383 Madison Ave | Ms Nyc | | Nv | NY | 60-2606 | | |
| Deutsche Bank Trust Company Americas | | 60 Wall St | 26th Fl | | Nv | NY | 10005-2606 | | |
| Deutsche Bank Trust Company Americas As Trustee | | 1761 E St Andrew Pl | | | Santa Ana | CA | 92705 | | |
| Division of Unemployment Ins | Department of Labor | 4425 N Market St | | | Wilmington | DE | 19802 | | |
| Dorsey & Whitney LLP | Chris Lenhart Esq | 50 S Sixth St Ste 1500 | | | Minneapolis | MN | 55402-1498 | | Counsel for Residential Funding Company LLC |
| EMC Mortgage Corporation | Tom Tarantino | 383 Madison Ave | | | New York | NY | 10179 | | Top 50 |
| Federal National Mortgage Association | | 3900 Wisconsin Ave | Nw | | Washington | DC | 20016-2892 | | |
| Filardi Law Offices LLC | Charles J Filardi Jr | 65 Trumbull St | Second Floor | | New Haven | CT | 06510 | | Counsel for Federal Express Corporation |
| Fiserv CCS | Gene Hoover | 912 Ft Duquesne Blvd | | | Pittsburgh | PA | 15222 | | Top 50 |
| Galleon Capital Corporation | R Douglas Donaldson | PO Box 4024 | | | Boston | MA | 02101 | | Top 50 |
| Gemini Securitization Corp Llc | C/o Ropes & Gray Llc | One International Pl | | | Boston | MA | 02110 | | |
| Gemini Securitization Corp, LLC | R Douglas Donaldson | c/o Ropes & Gray, LLP | 1 International Place | | Boston | MA | 02110 | | Top 50 |
| General Electric Capital Corporation | | 44 Old Ridgebury Road | | | Danbury | CT | 06810 | | Top 50 |
| General Electric Capital Corporation | | 1961 Hirst Dr | | | Moberly | MO | 65270 | | |
| General Electric Capital Corporation | | 2400 E Katella Ave | Ste 800 | | Anaheim | CA | 92806 | | |
| General Electric Capital Corporation | | 311 N Bayshore Dr | | | Safety Harbor | FL | 34695 | | |
| General Electric Capital Corporation | | 4 N Pk | | | Hunt Valley | MD | 21030 | | |
| General Electric Capital Corporation | | 7 Sentry Pkwy/w | Ste 200 | | Blue Bell | PA | 19422 | | |
| Gmac Commercial Finance Llc | | 600 Galleria Pkwy | 15th Fl | | Atlanta | GA | 30339 | | |
| GMAC Commercial Finance, LLC | Tanja Barner | 600 Galleria Parkway 15th Floor | | | Atlanta | GA | 30339 | | Top 50 |
| Gmac Commercial Financial Llc | | 210 Interstate North Pkway | Ste 315 | | Atlanta | GA | 30339 | | |
| Goldman Sachs Mortgage Company | Marc Flamino | 85 Broad Street | | | New York | NY | 10004 | | Top 50 |
| Goldman Sachs Mortgage Company | | 85 Broad St | | | New York | NY | 10004 | | |
| Greenwich Capital Financial Products | General Counsel & Frank Skibo | 600 Steamboat Rd | | | Greenwich | CT | 06830 | | Counsel to DIP Lenders |
| Greenwich Capital Financial Products Inc | | 600 Steamboat Rd | | | Greenwich | CT | 06830 | | |
| Guaranty Bank | Jenny Ray Stilwell | 8333 Douglas Ave | | | Dallas | TX | 75225 | | Top 50 |
| Guaranty Bank | | 8333 Douglas Ave | | | Dallas | TX | 75225 | | |
| Harbor Asset Management Services | Shari Macedo | 1407 Foothill Blvd Ste 246 | | | La Verne | CA | 91750 | | Top 50 |
| Heneman Duke Scott | | C/o 32100 Alvarado Blvd 381 | | | Union City | CA | 94587 | | |
| HSBC Bank USA, NA | Joe Lillie | 452 5th Ave | 10th Floor | | New York | NY | 10018 | | Top 50 |
| Indymac Bank FSB | | 888 East Walnut St | | | Pasadena | CA | 91101 | | Top 50 |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz | Rm 1150 | | Baltimore | MD | 21201 | | |

Exhibit A
Overnight Mail Service list

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Ixis Capital | | 1738 Bass Rd | | | Macon | GA | 31210-1043 | | |
| Ixis Real Estate Capital Inc | | 9 West 57th St | | | Ny | NY | 10019 | | |
| IXIS Real Estate Capital, Inc | Tony Malanga | 9 West 57th Street, 36th Floor | | | New York, | NY | 10019 | | Top 50 |
| Johnson Kurt F | | C/o 32108 Alvarado Blvd | | 381 | Union City | CA | 94587 | | |
| Jordan Burt LLP | Frank G Burt Esq Raul A Cuervo Esq & W Glenn Merten Esq | 1025 Thomas Jefferson St NW | Ste 400 E | | Washington | DC | 20007-5208 | | Counsel for Safeco Financial Institution Solutions, Inc |
| JP Morgan Chase Bank, NA | Fran Stec | 194 Wood Avenue South | Floor 3 | | Iselin | NJ | 08830-2710 | | Top 50 |
| Kirkland & Ellis LLP | Bennett L Spiegel & Shirley S Cho | 777 S Figueroa St | Suite 3700 | | Los Angeles | CA | 90017 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Kirkland & Ellis LLP | Paul M Basta & Joshua A Sussberg | Citigroup Center | 153 East 53rd Street | | New York | NY | 10022-4611 | | Counsel for Citigroup Global Markets Realty Group |
| Lehman Brothers Bank FSB | Diane Rinnovatore | 745 Seventh Ave | | | New York | NY | 10019 | | Top 50 |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | | Dallas | TX | 75201 | | Counsel for Dallas County |
| Lowcom | Fred Hsu | 818 W 7th St | | | Los Angeles | CA | 90017 | | Top 50 |
| Lowermybillscom | Rod Pasion | 2401 Colorado Avenue | Suite 200 | | Santa Monica | CA | 90404 | | Top 50 |
| Mayer Brown Rowe & Maw LLP | Elizabeth Raymond | 71 S Wacker Dr | | | Chicago | IL | 60606 | | Counsel for Carrington Mortgage Services |
| Milbank Tweed Hadley & McCloy LLP | Luc A Despins Esq & Wilbur F Foster Esq | 1 Chase Manhattan Plaza | | | New York | NY | 10005 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| Mission Center Partners | | PO Box 2875 | | | El Centro | CA | 92243 | | |
| Morgan Stanley Mortgage Capital Inc | Andy Neuberger | 1585 Broadway, 10th Floor | | | New York | NY | 10036 | | Top 50 |
| Morgan Stanley Mortgage Capital Inc | As Agent | 1221 Ave Of The Americas | | | Ny | NY | 10020 | | |
| Morgan Stanley Mortgage Capital Inc As Agent | | 1221 Ave Of The Americas | 27th Fl | | Ny | NY | 10020 | | |
| Morgan Stanley Mortgage Capital Inc As Agent | | 1221 Ave Of The Americas | | | New York | NY | 10020 | | |
| Morgan Stanley Mortgage Capital Inc As Agent | | 1221 Ave Of The Americas 27th Fl | | | New York | NY | 10020 | | |
| Morgan Stanley Mortgage Capital Inc As Agent | | 1221 Ave Of The Americas 27th Fl | | | Ny | NY | 10020 | | |
| Morris Nichols Arsht & Tunnel LLP | Robert J Dahney Gregory W Werkheiser & Daniel B Butz | 1201 N Market St | PO Box 1347 | | Wilmington | DE | 19899-1347 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| National Field Representatives | Melanie LaRocque | PO Box 1440 | | | Claremont | NH | 03743 | | Top 50 |
| Nc Capital Corporation | | 18400 Von Karman | | | Irvine | CA | 92612 | | |
| New Century Funding A | | 18400 Von Karman | | | Irvine | CA | 92612 | | |
| New Century Funding I Wilmington Trust Company | | 2 World Financial Center | Building B | | Wilmington | DE | 19890 | | Top 50 |
| New Century Mortgage Securities Inc | | 184 Von Karman Ste 1000 | | | Irvine | CA | 92612 | | |
| New Century Mortgage Securities Inc | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92612 | | |
| New Century Mortgage Securities Inc | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92512 | | |
| Newport Funding Corp | C/o Amacar Group Llc | 6525 Morrison Blvd | Ste 318 | | Charlotte | NC | 28211 | | Top 50 |
| Newport Funding Corp | Glenn Minkoff, Doris Hearn, Evelyn Echevarria | c/o Amacar Group | 6525 Morrison Blvd | Suite 318 | Charlotte | NC | 28211 | | Top 50 |
| Nextag | Dan Tsuchiya | 1300 S El Camino Real | | | San Mateo | CA | 94402 | | Top 50 |
| Nixon Peabody LLP | Dennis J Drebsky Esq | 437 Madison Ave | | | New York | NY | 10022 | | Counsel for Deutsche Bank National Trust Company |
| Nixon Peabody LLP | Mark N Berman Esq | 100 Summer St | | | Boston | MA | 02110-1832 | | Counsel for Deutsche Bank National Trust Company |
| Nomura Securities | James Depalma, Jeane Leschak | 2 World Financial Center | Building B | | New York | NY | 10281 | | Top 50 |
| O'Melveny & Myers LLP | Suzzanne S Uhland Ben H Logan Victoria Newmark Emily R Culler | 275 Battery Street | | | San Francisco | CA | 94111 | | Debtors' Counsel |
| Office of the United States Trustee | Joseph J McMahon, Jr., Esquire | J Caleb Boggs Federal Building | 844 King Street, Room 2207, Lockbox #35 | | Wilmington | DE | 19801 | | US Trustee |

In re New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)
United States Bankruptcy Court, District of Delaware

4/4/2007
Exhibit A - 2002 & Special Parties

Exhibit A
Overnight Mail Service list

| Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Office of the US Trustee | | 844 King St | Ste 2313 | Lockbox 35 | Wilmington | DE | 19801-3519 | | |
| Pachulski Stang Ziehl Young Jones Weintraub LLP | Laura Davis Jones & Timothy P Cairns | 919 N Market St 17th Fl | PO Box 8705 | | Wilmington | DE | 19899-8705 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Paul Hastings Janofsky & Walker LLP | Keith W Miller & James R Bliss | Park Ave Tower | 75 E 55th St | First Floor | New York | NY | 10022 | | Counsel for USB Real Estate Securities Inc |
| Paul Hastings Janofsky & Walker LLP | Richard A Chesley & Kimberly D Newmarch | 191 N Wacker Dr | 30th Fl | | Chicago | IL | 60606 | | Counsel for USB Real Estate Securities Inc |
| Pepper Hamilton LLP | David B Stratton Esq | Hercules Plz Ste 5100 | 1313 Market St | PO Box 1709 | Wilmington | DE | 19899-1709 | | Counsel for Deutsche Bank National Trust Company |
| Pie International Inc | | 195 Chastain Meadows Ct | | 112 | Kennesaw | GA | 30144 | | |
| Pricewaterhouse Coopers LLP | Sear Yagana | 300 Madison Avenue | | | New York | NY | 10017 | | Top 50 |
| Reed Smith LLP | Claudia Z Springer Esq | 2500 One Liberty Pl | 1650 Market St | | Philadelphia | PA | 19103-7301 | | Counsel for IndyMac Bank FSB |
| Reed Smith LLP | Kurt F Gwynne Esq | 1201 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for IndyMac Bank FSB |
| Residential Funding Corporation | Mike Bugbee | 1646 N California Blvd #400 | | | Walnut Creek | CA | 94596 | | Top 50 |
| Richards Layton & Finger PA | Mark D Collins Michael J Merchant | One Rodney Square | PO Box 551 | | Wilmington | DE | 19899 | | Debtors' Counsel |
| SEC | | 15th & Pennsylvania Ave NW | | | Washington | DC | 20020 | | |
| SEC | Nathan Fuchs | 233 Broadway | | | New York | NY | 10279 | | |
| Sec of the Treasury | | PO Box 7040 | | | Dover | DE | 19903 | | |
| SG Mortgage Finance Corp | Frank Numan | 1221 Avenue of the Americas | | | New York | NY | 10020 | | Top 50 |
| Sheffield Receivables Corporation | Glenn Pearson, Hansel Nieves, Shelby Robins | c/o Barclays Capital Services | 200 Cedar Knolls Road | | Whippany | NJ | 07981 | | Top 50 |
| Sprint | Frank Quattrocoup | 18200 Von Karman Ave | | | Irvine | CA | 92612 | | Top 50 |
| SI Andrew Funding Tursi C/o New Century Mortgage | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92616 | | |
| State of Delaware | Randy Weller MS 25 | Div of Revenue | 820 N French St | 8th Fl | Wilmington | DE | 19801-0820 | | |
| State Street Global Markets | As Admin For Galleon Capital Corp | One Lincoln St | | | Boston | MA | 02111 | | |
| State Street Global Markets, LLC | Todd Meringoff | Attn: Galleon Funds | 225 Franklin St | | Boston | MA | 02110 | | Top 50 |
| Sterling Bank | | 2550 N Loop West | Ste 500 | | Houston | TX | 77092 | | |
| Suntrust | Tony D Atkins | 303 Peachtree St, 23rd Floor | | | Atlanta | GA | 30308 | | Top 50 |
| System Source, Inc | Brooke Horgesell | 2100 Main St Ste 100 | | | Irvine | CA | 92614 | | Top 50 |
| The CIT Group Business Credit Inc | Renee Singer | 505 Fifth Ave | 3rd Fl | | New York | NY | 10017 | | Counsel to DIP Lenders |
| The CIT Group/Equipment Financing | | PO Box 27248 | | | Tempe | AZ | 85285-7248 | | |
| Tucson Funding LLC | Glenn Minkoff | c/o DB Structured Products, Inc | 60 Wall Street | | New York | NY | 10005 | | Top 50 |
| UBS Real Estate Securities Inc | George Mangiaracina | 1251 Avenue of the Americas | | | New York | NY | 10019 | | Top 50 |
| Ubs Real Estate Securities Inc | | 1251 Ave Of The Americas | 22nd Fl | | Ny | NY | 10020 | | |
| Ubs Real Estate Securities Inc | | 1285 Ave Of The Americas | | | New York | NY | 10019 | | |
| United California Capital | | 201 N Civic Dr | | | Walnut Creek | CA | 94596 | | |
| US Attorneys Office | Ellen W Slights | 1007 Orange St | 7th Fl | | Wilmington | DE | 19899-2046 | | |
| Us Bancorp Equipment Finance Inc | | | | | | | | | |
| Us Bancorp Equipment Financial Inc | | PO Box 230789 | | | Portland | OR | 97281 | | |
| Us Bancorp Leasing & Financial | | 7659 Sw Mohawk St | | | Tualatin | OR | 97062 | | |
| Us Bank National Association | As Indenture Trustee | 180 E Fifth St | | | St Paul | MN | 55101 | | |
| Us Bank National Association | As Indenture Trustee | | | | | | | | |
| Us Bank National Association | As Indenture Trustee | | | | | | | | |
| US Department of Justice | Alberto P Gonzales | US Attorney General | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | | |
| Usb Real Estate Securities Inc | | 1251 Ave Of The Americas | 22nd Fl | | New York | NY | 10019 | | |
| Washington Mutual Bank, FA | Michael McCauley | 3200 Southwest Freeway | | | Houston | TX | 77027 | | Top 50 |
| Whitwood Jason Allen | | C/o 3625 Amur Maple Dr | | | Bakersfield | CA | 93311 | | |

# Exhibit B

Exhibit B
Overnight Mail Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 8300, LLC | | 8395 Keystone Crossing | | | Indianapolis | IN | 46240 | |
| Amy Martinez | Brookwood Century Springs East, LLC | PO Box 3656 | | | Norfolk | VA | 23514-3656 | |
| Anissa Eckert | Greentree Foster Plaza Associates | Foster Plaza 9 | | | Pittsburgh | PA | 15220 | |
| Aspen Management, LLC | | PO Box 10 | | | Ramsey | MT | 59748 | |
| Avellino Investment Properties, LLC | | 356 N Pottstown Pike | | | Exton | PA | 19341 | |
| Bank One Chicago N.A. | | 800 Davis Street | | | Evanston | IL | 60201 | |
| Bayou Plaza Associates LLC | | 5023 Hazel Jones Road | | | Bossier City | LA | 71111 | |
| Beverly Ball | Atrium Business Court | 6528 Greenleaf Avenue | | | Whittier | CA | 90601 | |
| Bill Zimmerman | Mendota Office Holdings, LLC | NW 7918, PO Box 1450 | | | Minneapolis | MN | 55485-7918 | |
| BRCP Lincoln Plaza | c/o KG Investment Management, LLC | 11225 SE 6th St, Ste 215 | | | Bellevue | WA | 98004 | |
| Broadway Center Associates LP | | 3101 Broadway, Ste 300 | | | Kansas City | MO | 64111 | |
| California State Teachers Retirement System c/o Thomas Properties Group LLC | | 355 South Grand Avenue | Suite 2820 | | Los Angeles | | | |
| Canyon Crest Towne Centre LLC | | 5225 Canyon Crest Drive | | | Riverside | CA | 92507 | |
| Carmen Davis | Northwestern Mutual Life Insurance Company | 4401 Ford Avenue | | | Alexandria | VA | 22302 | |
| Cecil Robbins and Teri Robbins | | 17615 Winding Creek | | | Salinas | CA | 93908 | |
| CGLIC/SAR | | 8310 Capital Of Texas Highway North | | | Austin | TX | 78731 | |
| Chris Jesseman | Crown Wateridge Associates, LLC | File #050426 | | | Los Angeles | CA | 90074-0426 | |
| Chris Peterson | Peterson Family Limited Partnership | PO Box 8841 | | | Asheville | NC | 28814 | |
| Coldwell Banker Cheyenne Mountain Realty | | 823 Cheyenne Meadows Road | | | Colorado Springs | CO | 80906 | |
| Construction & Restoration Group, LLC | | PO Box 81492 | | | Corpus Christi | TX | 78468-1492 | |
| Corinne Sather | | 1038 Associates, LLC | 435 W. Hanley Avenue | | Coeur d'Alene | ID | 83815 | |
| Corporate Property Services Manager | Washington Mutual Bank | 1301 Second Avenue (WMC1007) | | | Seattle | WA | 98101 | |
| Crestwood Behavioral Health, Inc. | | 520 Capital Mall | | | Sacramento | CA | 95814 | |
| Debbie Phegley | Tomorrow 35 Oaks, LP | 8710 Freeport Parkway | | | Irving | TX | 75063 | |
| Dee Dee Doran | Regus | 1215 K Street | | | Sacramento | CA | 95814 | |
| Denali National Trust, Inc. | | 8383 E Evans Road | | | Scottsdale | AZ | 85260 | |
| Dennis Kelly | Coldwell Banker Commercial NARICO | 1120 W University Suite 200 | | | Flagstaff | AZ | 86001 | |
| Diane Hill | Pizzagalli Properties | 50 Joy Drive | | | South Burlington | VT | 5407 | |
| Diane Valentine | Joseph & Diane Valentine | PO Box 305 | | | Minden | NV | 89423 | |
| Donald L. Wilson | | 707 Benton Road Corporation | 707 Benton Road, Suite 125 | | Bossier City | LA | 71111 | |
| Donna Kiessel | American Home Mortgage Corp. | 538 Broadhollow Road | | | Melville | NY | 11747 | |
| Dora Davis | O.P., LLC | 351 West Hubbard Street | | | Chicago | IL | 60610 | |
| Doug Bean & Associates Inc | | 101 SW Main Street | | | Portland | OR | 97204 | |
| DRA Advisors LLC | | 220 East 42nd Street 27th Fl | | | New York | NY | 10017 | |
| Edward R Valerio | Liberty Property Trust | 11414 West Park Place | | | Milwaukee | WI | 53224 | |

Exhibit B
Overnight Mail Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Energy Center II, Ltd. | | PO Box 1370 | | | Tuscaloosa | AL | 35403 | |
| EOP-Centerside II, L.L.C. | | 9255 Town Centre Drive | | | San Diego | CA | 92121 | |
| Equastone | | 1777 Tower | LP8910 University Center Lane | | San Diego | CA | 92122 | |
| F. Jonathan Dracos | EQY Invest First Colony Owner, Ltd., LLP | 1600 NE Miami Gardens Drive | | | North Miami Beach | FL | 33179 | |
| Faith Laurie | Hacienda MD 7901, LLC | 7901 Stoneridge Drive | | | Pleasanton | CA | 94588 | |
| Fourth Quarter Properties | | 46 Ansley Drive | | | Newnan | GA | 30263 | |
| Gail A. English & Michael P. English Trust | | 851 Munras Avenue | | | Monterey | CA | 93940 | |
| Gainey Ranch Financial Limited Partnership | | 11811 N. Tatum Blvd. | Suite P-118 | | Phoenix | AZ | 85028 | |
| Gary M. Wisenbaker | Librocha, LLC | 327 Eisenhower Drive | | | Savannah | GA | 31406 | |
| George and Shannon Selland | | PO Box 1420 | | | Yuba City | CA | 95992 | |
| George How, Managing Director | Music Box Associates, LLC c/o Eric Cederstrand | 1102 Commerce St Ste 300 | | | Tacoma | WA | 98402 | |
| Gilda F. Smith | Ranier Metroplex Partners | LPPO Box 674012 Lock Box Account #84169781 | | | Dallas | TX | 75267-4012 | |
| Gwinnett Center LLC | | 309B Piedmont Road, NE | | | Atlanta | GA | 30305 | |
| Heacock Business Center, LLC | | 320 North E Street, Suite 101 | | | San Bernardino | CA | 92401 | |
| Helge LLC | | PO Box 316 | | | Sharon | MA | 2067 | |
| Higley Gold, LLC | | 2005 W. Mesquite Street | | | Chandler | AZ | 85224 | |
| Holualoa GV Shopping Plaza, LLC | | 11333 N Scottsdale Road | | | Scottsdale | AZ | 85254 | |
| Homebased Realty | | 42402 10th Street West | | | Lancaster | CA | 93534 | |
| Hope Bonner | DBSI Corporate Woods Lease | Co LLC | PO Box 974335 | | Dallas | TX | 75397-4335 | |
| HQ Global Workplaces LLC | | 15305 North Dallas Parkway | | | Addison | TX | 75001 | |
| Hyundai Rio Vista, Inc. c/o Tooley & Co. | | 8860 Rio San Diego Drive Suite 315 | | | San Diego | CA | 92108 | |
| Ivonne Flores | Duesenberg Investment Company | Dept LA22159 | | | Pasadena | CA | 91185-2159 | |
| J.A.B. Investments | | 1031 Pollard | | | Tyler | TX | 75701 | |
| Jim Aguilar | Dean and Adah Gay Family, LP | 5001 California Avenue | Suite 100 | | Bakersfield | CA | 93309 | |
| Jim or Molly Woods | Woods Appraisal Services, Inc. | 1860 Lucille Avenue | | | Kingman | AZ | 86401 | |
| John E. Reynolds | Talcott III Chase Center, LLC | One Financial Plaza | | | Hartford | CT | 06103 | |
| Jomahaka Properties, LLC | | 4431 Cardon Drive | | | Farmington | NM | 87401 | |
| Judy Saprito | Quebec Plaza/Chap, LLC | 7000 E Belleview Avenue | | | Greenwood Village | CO | 80111 | |
| Kandace Cowen | WC Partners | Unit 1, PO Box 51180 | | | Los Angeles | CA | 9005-5480 | |
| Kathy Arakawa | OVC Properties, LLC | PO Box 31000 | | | Honolulu | HI | 96849-5529 | |
| Kathy Frazier | One Grand Park | 210 Park Avenue | | | Oklahoma City | OK | 73102 | |
| Keith Day | Charleston Executive Offices, Inc. | 6650 Rivers Ave | | | North Charleston | SC | 29406 | |
| Keith Jackson | BS Joint Ventures, Inc. | 109 N Oregon | | | El Paso | TX | 79901 | |
| Keith Jim | Landmark Center | 903 N 47th Street | | | Rogers | AR | 72756-9615 | |
| Kell Nicoloff | Duke Realty Ohio | 4555 Lake Forest Drive | | | Cincinnati | OH | 45242-3732 | |
| Kelly Arrigan | Cranbrook Reality Investment Fund, LP | 4710 Sisk Road | Suite 400 | | Modesto | CA | 95356 | |

Exhibit B
Overnight Mail Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Ken Koloczie | Kenstock Associates | 2204 Hidden Creek Court | | | Virginia Beach | VA | 23454 | |
| Kilroy Realty L.P | | 12200 W. Olympic Boulevard | | | Los Angeles | CA | 90064 | |
| KTVQ Communications, Inc. | | 3203 Third Avenue | | | North Billings | MT | 59101 | |
| KW Fund II | | 2121 N California Blvd. | | | Walnut Creek | CA | 94596 | |
| Laura Bank | Los Angeles Farm Bureau | 4128 12th Street | | | Palmdale | CA | 93551 | |
| Lease Administrator | Falls of the Neuse, LLC | 210 Oak Avenue | | | Kannapolis | NC | 28081-4329 | |
| Leslie Girard | Prudential N.W. Property Relocation & Business Dev | 203 SE Park Plaza Drive | | | Vancouver | WA | 98684 | |
| Levine Douglas | Laurel Office Park III, LLC | 17197 N Laurel Park Drive | | | Livonia | MI | 48152 | |
| Lisa Gutierrez | Hines Interests Limited Partnership | 2800 Post Oak Blvd, 49th Floor | | | Houston | TX | 77056 | |
| Louie D. Carleo | LDC Properties | 503 North Main Street | | | Pueblo | CO | 81003 | |
| Mack-Cali Taxter Associates, LLC | | PO Box 23229 | | | Newark | NJ | 7189 | |
| Madidka Enterprises | | 1 Industrial Drive | | | Hanover | PA | 17331 | |
| Main Street DYL Associates | | 220 Farm Lane | | | Doylestown | PA | 18901 | |
| Marcon Enterprises, LLC | | 28 Gibson Blvd | | | Clark | NJ | 7066 | |
| Margie Morales | Addwel, LLC | 201 Edward Curry Avenue | | | Staten Island | NY | 10314 | |
| Mary McLean | Osprey Troy Officentre, LLC | 7600 Grand River Avenue | | | Brighton | MI | 48114 | |
| Mary Wallace | Kyser Family Partnership | 1537 Jean Street | | | Montgomery | AL | 36107 | |
| MHW Realty, Ltd. | | 1600 Huntington Drive | | | South Pasadena | CA | 91030 | |
| Michelle Miller | Muller-Dunlap LLC | 5343 N 16th Street Suite 260 | | | Phoenix | AZ | 85016 | |
| Mills Enterprises, LLC | | 4015 80th Street | | | Kenosha | WI | 53142 | |
| Mills Enterprises, LLC | | 4015 80th Street | | | Kenosha | WI | 53142 | |
| Monica Dean | Southwest Corporate Center | 11235 SE 6th Street | | | Bellevue | WA | 98004 | |
| MRI Springs Portfolio, LLC | | 4128 Reliable Parkway | | | Chicago | IL | 60686-0041 | |
| National Manager | CMD Realty Investments | 227 West Monroe Street | Suite 3900 | | Chicago | IL | 60606 | |
| Nikki Davis | | 123 West D Street | | | Benecia | CA | 94510 | |
| Office of the Building | Eastland Tower Partnership | 100 North Barranca Avenue | Suite 900 | | West Covina | CA | 91791-1600 | |
| Onyx One Partnership, Ltd. | | 17225 El Camino Real | Suite 405 | | Houston | TX | 77058 | |
| Pan Pacific (Jefferson Square) LLC | | PO Box 100541 | | | Pasadena | CA | 91189-0541 | |
| Park Plaza, Inc. | | 201 NE Park Plaza Drive | | | Vancouver | WA | 98684 | |
| Parkway Shopping, Ltd. | | 13500 W Hwy 80 E | | | Odessa | TX | 79765 | |
| Pat Brown | Shay LLC | PO Box 1105 | | | Lake Havasu City | AZ | 86405 | |
| Patricia Richardson | Board of Admin. for Police/Fire Dept. | 13238 Collection Center Drive | | | Chicago | IL | 60693 | |
| Paula Weber | Market Street Properties, LLC | 350 2nd Street | | | Coos Bay | OR | 97420 | |
| Portfolio Manager | CSHV Southpark, LLC c/o CB Richard Ellis Investors | 515 South Flower Street | Suite 3100 | | Los Angeles | CA | 900071 | |
| Prism Partners, LLC | | 2121 S. Columbia | | | Tulsa | OK | 74114 | |
| Prism Partners, LLC | | 2121 S. Columbia | | | Tulsa | OK | 74114 | |
| Property Manager | EOP-Bixby Ranch, L.L.C. | 333 City Boulevard West | Suite 200 | | Orange | CA | 92868 | |
| Property Manager – Gateway Office I | CA-Gateway Office Limited Partnership c/o Equity Office | 1740 Technology Drive | Suite 150 | | San Jose | CA | 95110 | |
| RE/Max Elite Realty | | 3125 South Price Road | | | Chandler | AZ | 85248 | |
| Remax Performance, Inc. | | 300 Sunny Glen Court | | | Woodland Park | CO | 80866 | |
| Rex 39 Cherry Hill Road SPE LLC | | 625 RexCorp Plaza | | | Uniondale | NY | 11556 | |
| RF Colony Park III, LLC | | 1301 5th Avenue | | | Seattle | WA | 98101 | |

Exhibit B
Overnight Mail Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Robert Rasania | RP Stellar 1140 Fee Owner LLC | 156 Williams Street | | | New York | NY | 10038 | |
| Ronald Lunt | HTL-Acquisitions, LLC | 300 Park Blvd., Suite 500 | | | Itasca | IL | 60143-2636 | |
| Ronald Tucker | | 810 C Street Ste 1 | | | Galt | CA | 95632 | |
| Rossman & Associates, Inc. | | 11045 Broadway | | | Crown Point | IN | 46307 | |
| RREEF Management Company | | 2300 Clayton Road | | | Concord | CA | 94520 | |
| Sara Cloutier-Lowe | Canpro Investments Ltd. | 1010 St-Catherine Street West | | | Montreal | Quebec | H3B 3S3 | Canada |
| Shawer Karin | | 816 Connecticut Ave., L.P. | 1185 Avenue of the Americas | 18th Floor | New York | NY | 10036 | |
| Stan A. Wesolek | American Executives International Realty, Inc. | 4225 W. Glendale Avenue | | | Phoenix | AZ | 85051 | |
| Summit Office Park LLC | | PO Box 72391 | | | Cleveland | OH | 44192-0391 | |
| Sunshine Investments - Harold Elledge c/o Foster & Company | | 4090 South Danville Drive | Suite G | | Abilene | TX | 79605 | |
| Susanne Alger | Mourier Land Investment Corporation | 2870 Gateway Oaks Drive | | | Sacramento | CA | 95833 | |
| Taylor Rental Properties, LLC | | 769 E Main Street | | | Chillicothe | OH | 45601 | |
| Teresa Loumena | Camel Square, LLC | 4222 E. Camelback Road | | | Phoenix | AZ | 85018 | |
| Terri Jones | KeyLime South LLC | PO Box 0142 | | | Benton | LA | 71006 | |
| The Granite Center LLC | | 5616 Paysphere Circle | | | Chicago | IL | 60674 | |
| The Realty Associates Fund VII, L.P | | 28 State Street, 10th Floor | | | Boston | MA | 02109 | |
| THF / TMI Chesterfield Office Development, 313-1402127 | | Suite 200 | | | St. Louis | MO | 63144 | |
| Thomas H. Turner & Tommie Sue Turner | Turner Business Complex | 300 E Russell | | | Bonham | TX | 75418 | |
| Thomason Development Co. | | 7090 North Marks | | | Fresno | CA | 93711 | |
| Three Hundred Crown Colony | | 1250 Hancock Street | | | Quincy | MA | 02169 | |
| Timothy Casey | AGF Woodfield Owner L.L.C. | 1077 Paysphere Circle | | | Chicago | IL | 60674 | |
| Tom Meek | | 3 West Group, Ltd. | | | Lubbock | TX | 79464 | |
| Toma Lopez | CA-Mission Street Limited Partnership | Department #18080 | | | Los Angeles | CA | 90060-1173 | |
| Town & Country Investors, LLC | | 8860 Ladue Road, Suite 200 | | | St. Louis | MO | 63124 | |
| Town and Country Realty, Inc. | | 3734 Astrozon Boulevard | | | Colorado Springs | CO | 80910 | |
| Tracy Luck | Williamsburg Commercial Investors Group One | 3917 Midlands Rd #200 | | | Williamsburg | VA | 23188 | |
| United Insurance Company of America | | 2550 S Rainbow Blvd Ste 200 | | | Las Vegas | NV | 89102 | |
| Vista North Partners, Ltd. | | 1660 S Stemmons | | | Lewisville | TX | 75067 | |
| Vista Office Centre, LLC | | PO Box 4464 | | | Thousand Oaks | CA | 91359 | |
| Wade Sellars | Stone Bros. & Associates | 1024 West Robinhood Drive | | | Stockton | CA | 95207 | |
| Westminster Tech II c/o Sierra Properties | | 1150 Academy Park Loop | #104 | | Colorado Springs | CO | 80910 | |
| William Depietri | | 136 Turnpike Road LLC | 259 Turnpike Road | | Southborough | MA | 1772 | |