## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------ x
In re:                         :    Chapter 11
                               :
NEW CENTURY TRS HOLDINGS, INC.,:    Case No. 07-10416 (KJC)
a Delaware corporation, et al.,[1] :
                               :    Jointly Administered
                  Debtors      :
                               :    Re: Docket Nos. 23 and 25
------------------------------ x

### DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, do hereby declare that on April 2, 2007, I caused true and correct copies of the following to be served upon the parties on the attached Exhibits A and B by overnight mail:

- **Motion of the Debtors and Debtors-In-Possession for Entry of an Order Pursuant to Sections 365 and 554 of the Bankruptcy Code (A) Authorizing and Approving the Rejection of Certain Unexpired Leases of Nonresidential Real Property and (B) Authorizing and Approving Procedures for the Rejection of Executory Contracts and Unexpired Leases of Personal and Nonresidential Real Property** [Docket No. 23]

- **Emergency Motion of Debtors and Debtors-In-Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with**

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 25]

Additionally, on April 2, 2007, I caused copies of the following to be served on the parties listed on the attached Exhibit C by overnight mail:

- **Emergency Motion of Debtors and Debtors-In-Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 25]**

Dated: April 5, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Exhibit A
Overnight Mail Service List

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Accenture Inc | Kevin M Campbell | Centergy One 75 Fifth St Nw | Ste 100 | | Atlanta | GA | 30308 | | Top 60 |
| Affiliated Computer Services | Todd Green | PO Box 201322 | | | Dallas | TX | 75320 | | Top 50 |
| Alaska Seaboard Partners Limited Partnership | William Fogleman | 4150 S Sherwood Forest Blvd | | | Baton Rouge | LA | 70816 | | Top 50 |
| Aon Risk Services | Dennis Heney | 1901 S Main St 300 | | | Irvine | CA | 92614 | | Top 60 |
| Ashby & Geddes PA | William P Bowden & Gregory A Taylor | 500 Delaware Ave | 8th Fl | PO Box 1150 | Wilmington | DE | 19899 | | Counsel for USB Real Estate Securities Inc |
| Aspen Funding Corp | C/o Amacar Group Llc | 6525 Morrison Blvd | Ste 318 | | Charlotte | NC | 28211 | | Top 50 |
| Assurant Specialty Property Insurance | Kelly Chin | 260 Interstate N Circle Se | | | Atlanta | GA | 30339-2110 | | Top 60 |
| At&t | Jill Petrucci Jackson | 1472 Edinger Ave | | | Tustin | CA | 92780 | | Top 50 |
| Bank Of America Na | Maureen Macan | 901 Main St 66th Fl | | | Dallas | TX | 75202 | | Top 60 |
| Barclays Bank Plc | Paul Menefee | 200 Pk Ave | | | New York | NY | 10166 | | Top 50 |
| Carrington Securities Lp | Bruce Rose | Seven Greenwich Office Pk | 599 West Putnam Ave | | Greenwich | CT | 06830 | | Top 50 |
| Catarina Mortgage Services Inc | Ron Harpole | 22485 Tomball Hwy | | | Houston | TX | 77070 | | Top 60 |
| Cbc Companies Res | Pam Lahr | 250 E Town St | | | Columbus | OH | 43215 | | Top 50 |
| Choicepoint Precision Marketing | Scott Watkins | 2525 Meridian Pkwy Ste 125 | | | Durham | NC | 27713 | | Top 50 |
| Citigroup Global Markets Realty Corp | Susan Mills | 390 Greenwich St 6th Fl | | | New York | NY | 10013 | | Top 50 |
| Citrix Systems Inc | | 851 West Cypress Creek Rd | | | Fort Lauderdale | FL | 33309 | | Top 60 |
| Client Services Inc | | 2415 South Austin Ave | | | Denison | TX | 75020 | | Top 60 |
| Credit Based Asset Servicing And Securitization Llc | Marc Rosenthal | 335 Madison Ave 19th Fl | | | New York | NY | 10017 | | Top 50 |
| Credit Suisse First Boston Mortgage Capital Llc | Gary Timmerman | 302 Carnegie Ctr 2nd Fl | | | Princeton | NJ | 08540 | | Top 50 |
| Db Structured Products Inc | Glenn Minkoff | 60 Wall St 19th Fl | | | New York | NY | 10005 | | Top 50 |
| Deutsche Bank | Ryan Stark | 31 West 52nd St | 3rd Fl Nyc01 0304 | | New York | NY | 10019 | | Top 50 |
| Emc Mortgage Corporation | Tom Tarantino | 383 Madison Ave | | | New York | NY | 10179 | | Top 50 |
| Emortgage Logic Llc | Becky Reichenberger | PO Box 650444 | Dept 103 | | Dallas | TX | 75265-0103 | | Top 60 |
| Fannie Mae | Todd Hempstead | 135 North Robles Ave | Ste 300 | | Pasadena | CA | 91101-1707 | | Top 60 |
| Fidelity National Credit Services | Leslie Moeakiola | 3100 New York Dr | Ste 200 | | Pasadena | CA | 91107 | | Top 60 |
| Fiserv Ccs | Geno Hoover | 912 Ft Dubuesne Blvd | | | Pittsburgh | PA | 15222 | | Top 50 |
| Galileo Capital Corporation | R Douglas Donaldson | PO Box 4024 | | | Boston | MA | 02101 | | Top 50 |
| Gemini Securitization Corp Llc | R Douglas Donaldson | C/o Ropers & Gray Llp | 1 International Pl | | Boston | MA | 02110 | | Top 50 |
| Goldman Sachs Mortgage Company | Marc Flamino | 85 Broad St | | | New York | NY | 10004 | | Top 50 |
| Grant Thornton Llp | | PO Box 51552 | | | Los Angeles | CA | 90051 | | Top 50 |
| Greenwich Capital Financial Products | General Counsel | 600 Steamboat Rd | | | Greenwich | CT | 06830 | | Counsel to DiP Lenders |
| Greenwich Capital Financial Products | | 600 Steamboat Rd | | | Greenwich | CT | 06830 | | Counsel to DiP Lenders |
| Greenwich Capital Financial Products Inc | Frank Skibo | 600 Steamboat Rd | | | Greenwich | CT | 06830 | | Top 60 |
| Guaranty Bank | Jenny Ray Stilwell | 8333 Douglas Ave | | | Dallas | TX | 75225 | | Top 60 |
| Harbor Asset Mgmt Services | Shari Macedo | 1407 Foothill Blvd Ste 246 | | | La Verne | CA | 91750 | | Top 60 |
| Homecomings | Joe Hardin | 2711 N Haskell Ave Ste 900 | | | Dallas | TX | 75204 | | Top 60 |
| Hsbc Bank Usa Na | Joe Little | 452 5th Ave | 10th Fl | | New York | NY | 10018 | | Top 50 |
| Ikon | Harvey Chernack | 16715 Von Karman | | | Irvine | CA | 92606 | | Top 60 |
| Interthinx / Sysdome | Melanie Huster | 17 Research Pk Dr | | | Weldon Spring | MO | 63304 | | Top 60 |
| Ixis Real Estate Capital Inc | Tony Malanga | 9 West 57th St 36 Fl | | | New York | NY | 10019 | | Top 50 |
| Kirkland & Ellis LLP | Maureen Sweeney | re CIT | 200 E Randolph Dr | | Chicago | IL | 60601 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Kirkland & Ellis LLP | | re Greenwich Capital | 200 E Randolph Dr | | Chicago | IL | 60601 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Kpmg | | Dept 0966 | PO Box 120001 | | Dallas | TX | 75312-0966 | | Top 60 |
| Kst Data | Armando Tan | 3699 Wilshire Blvd | | | Los Angeles | CA | 90010 | | Top 60 |
| Lehman Brothers Bank Fsb | Diane Rinnovatore | 745 Seventh Ave | | | New York | NY | 10019 | | Top 50 |
| Lowcom | | 818 W 7th St | Ste 700 | | Los Angeles | CA | 90017 | | Top 50 |

Exhibit A
Overnight Mail Service List

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Lowermybills.com | | 2401 Colorado Ave | Ste 200 | | Santa Monica | CA | 90404 | | Top 50 |
| Maguire Properties | Robert F Maguire Iii | 333 S Grand Ave | Ste 400 | | Los Angeles | CA | 90071 | | Top 60 |
| Morgan Stanley Mortgage Capital Inc | Andy Neuberger | 1585 Broadway 10th Fl | | | New York | NY | 10036 | | Top 50 |
| National Field Representatives | Melanie Larocque | PO Box 1440 | | | Claremont | NH | 03743 | | Top 50 |
| Newport Funding Corp | C/o Amacar Group | 6525 Morrison Blvd | Ste 318 | | Charlotte | NC | 28211 | | Top 50 |
| Officemax | Ted Walters | 7300 Chapman Ave | | | Garden Grove | CA | 92841 | | Top 60 |
| Pachulski Stang Ziehl Young Jones Weintraub LLP | Laura Davis Jones | 919 N Market St 17th Fl | PO Box 8705 | | Wilmington | DE | 19899-8705 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Paul Hastings Janofsky & Walker LLP | Keith W Miller & James R Bliss | Park Ave Tower | 75 E 55th St | First Floor | New York | NY | 10022 | | Counsel for USB Real Estate Securities Inc |
| Paul Hastings Janofsky & Walker LLP | Richard A Chesley & Kimberly D Newmarch | 191 N Wacker Dr | 30th Fl | | Chicago | IL | 60606 | | Counsel for USB Real Estate Securities Inc |
| Pricewaterhouse Coopers Llp | | 300 Madison Ave | | | New York | NY | 10017 | | Top 50 |
| Residential Funding Corporation | Mike Bugbee | 1646 N California Blvd 400 | | | Walnut Creek | CA | 94596 | | Top 50 |
| Sg Mortgage Finance Corp | Frank Nunnari | 1221 Ave Of The Americas | | | New York | NY | 10020 | | Top 50 |
| Sheffield Receivables Corporation | Glenn Pearson Hansel Nieves Shelby Robins | C/o Barclays Capital Services | 200 Cedar Knolls Rd | | Whippany | NJ | 07981 | | Top 50 |
| Sprint | Frank Quattroccup | 18200 Von Karman Ave | | | Irvine | CA | 92612 | | Top 50 |
| State Street Global Markets Llc | Todd Memgoff | Attn Galleon Funds | 225 Franklin St | | Boston | MA | 02110 | | Top 50 |
| System Source Inc | Brooke Hergesell | 2100 Main St Ste 100 | | | Irvine | CA | 92614 | | Top 50 |
| Talx Corp | Wayne Rottger | 11432 Lachland Rd | | | St Louis | MO | 63146 | | Top 60 |
| The CIT Group Business Credit Inc | Renee Singer | 505 Fifth Ave | 3rd Fl | | New York | NY | 10017 | | Counsel to DIP Lenders |
| The Irvine Company Llc | Tom Greubel Vp | 111 Innovation Dr | | | Irvine | CA | 92617 | | Top 60 |
| Tucson Funding Llc | Glenn Minkoff | C/o Db Structured Products Inc | 60 Wall St | | New York | NY | 10005 | | Top 50 |
| Ubs Real Estate Securities Inc | George Mangiaracina | 1251 Ave Of The Americas | | | New York | NY | 10019 | | Top 50 |
| Verizon Wireless | Russ Furniss | 15505 Sand Canyon Ave | Building E 102 | | Irvine | CA | 92618 | | Top 60 |
| Wm Specialty Mortgage Llc | Dennis Lau | 23861 El Toro Rd | 5th Fl | | Lake Forest | CA | 92630 | | Top 60 |

# Exhibit B

Exhibit B
Overnight Mail Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 8300, LLC | | 8395 Keystone Crossing | | | Indianapolis | IN | 46240 | |
| Amy Martinez | | PO Box 3656 | | | Norfolk | VA | 23514-3656 | |
| Anissa Eckert | Brookwood Century Springs East, LLC | Foster Plaza 9 | | | Pittsburgh | PA | 15220 | |
| Aspen Management, LLC | Greentree Foster Plaza Associates | PO Box 10 | | | Ramsay | MT | 59748 | |
| Avellino Investment Properties, LLC | | 356 N Pottstown Pike | | | Exton | PA | 19341 | |
| Bank One Chicago N.A. | | 800 Davis Street | | | Evanston | IL | 60201 | |
| Bayou Plaza Associates LLC | | 5023 Hazel Jones Road | | | Bossier City | LA | 71111 | |
| Beverly Ball | Atrium Business Court | 6528 Greenleaf Avenue | | | Whittier | CA | 90601 | |
| Bill Zimmerman | Mendota Office Holdings, LLC | NW7918, PO Box 1450 | | | Minneapolis | MN | 55485-7918 | |
| BRCP Lincoln Plaza | c/o KG Investment Management, LLC | 11225 SE 6th St, Ste 215 | | | Bellevue | WA | 98004 | |
| Broadway Center Associates LP | | 3101 Broadway, Ste 300 | | | Kansas City | MO | 64111 | |
| California State Teachers Retirement System c/o Thomas Properties Group LLC | | 355 South Grand Avenue | Suite 2820 | | Los Angeles | CA | 90071 | |
| Canyon Crest Towne Centre LLC | | 5225 Canyon Crest Drive | | | Riverside | CA | 92507 | |
| Carmen Davis | Northwestern Mutual Life Insurance Company | 4401 Ford Avenue | | | Alexandria | VA | 22302 | |
| Cecil Robbins and Teri Robbins | | 17615 Winding Creek | | | Salinas | CA | 93908 | |
| CGLIC/SAR | | 8310 Capital Of Texas Highway North | | | Austin | TX | 78731 | |
| Chris Jesseman | Crown Waterridge Associates, LLC | File #050426 | | | Los Angeles | CA | 90074-0426 | |
| Chris Peterson | Peterson Family Limited Partnership | PO Box 8841 | | | Asheville | NC | 28814 | |
| Coldwell Banker Cheyenne Mountain Realty | | 823 Cheyenne Meadows Road | | | Colorado Springs | CO | 80906 | |
| Construction & Restoration Group, LLC | | PO Box 81492 | | | Corpus Christi | TX | 78468-1492 | |
| Corinne Sather | 1038 Associates, LLC | 435 W. Hanley Avenue | | | Coeur d'Alene | ID | 83815 | |
| Corporate Property Services Manager | Washington Mutual Bank | 1301 Second Avenue (WMC1007) | | | Seattle | WA | 98101 | |
| Crestwood Behavioral Health, Inc. | | 520 Capital Mall | | | Sacramento | CA | 95814 | |
| Debbie Phegley | Tomorrow 35 Oaks, LP | 8710 Freeport Parkway | | | Irving | TX | 75063 | |
| Dee Dee Doran | Regus | 1215 K Street | | | Sacramento | CA | 95814 | |
| Denali National Trust, Inc. | | 8383 E Evans Road | | | Scottsdale | AZ | 85260 | |
| Dennis Kelly | Coldwell Banker Commercial NARICO | 1120 W University Suite 200 | | | Flagstaff | AZ | 86001 | |
| Diane Hill | Pizzagalli Properties | 50 Joy Drive | | | South Burlington | VT | 5407 | |
| Diane Valentine | Joseph & Diane Valentine | PO Box 305 | | | Minden | NV | 89423 | |
| Donald L. Wilson | | 707 Benton Road Corporation | 707 Benton Road, Suite 125 | | Bossier City | LA | 71111 | |
| Donna Kiessel | American Home Mortgage Corp. | 538 Broadhollow Road | | | Melville | NY | 11747 | |
| Dora Davis | O.P., LLC | 351 West Hubbard Street | | | Chicago | IL | 60610 | |
| Doug Bean & Associates Inc | | 101 SW Main Street | | | Portland | OR | 97204 | |
| DRA Advisors LLC | | 220 East 42nd Street 27th Fl | | | New York | NY | 10017 | |
| Edward R Valerio | Liberty Property Trust | 11414 West Park Place | | | Milwaukee | WI | 53224 | |
| Energy Center II, Ltd. | | PO Box 1370 | | | Tuscaloosa | AL | 35403 | |
| EOP-Centerside II, L.L.C. | | 9255 Town Centre Drive | | | San Diego | CA | 92121 | |
| Equastone | | 1777 Tower | LP8910 University Center Lane | | San Diego | CA | 92122 | |
| F. Jonathan Dracos | EQY Invest First Colony Owner, Ltd., LLP | 1600 NE Miami Gardens Drive | | | North Miami Beach | FL | 33179 | |
| Faith Laurie | Hacienda MD 7901, LLC | 7901 Stoneridge Drive | | | Pleasanton | CA | 94588 | |
| Fourth Quarter Properties | | 45 Ansley Drive | | | Newnan | GA | 30263 | |
| Gail A. English & Michael P. English Trust | | 851 Munras Avenue | | | Monterey | CA | 93940 | |
| Gainey Ranch Financial Limited Partnership | | 11811 N. Tatum Blvd. | Suite P-118 | | Phoenix | AZ | 85028 | |
| Gary M. Wisenbaker | Libroha, LLC | 327 Eisenhower Drive | | | Savannah | GA | 31406 | |
| George and Shannon Selland | | PO Box 1420 | | | Yuba City | CA | 95992 | |

Exhibit B
Overnight Mail Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| George How, Managing Director | Music Box Associates, LLC c/o Eric Cederstrand | 1102 Commerce St Ste 300 | | | Tacoma | WA | 98402 | |
| Gilda F. Smith | Rainier Metroplex Partners | LPPO Box 674012 Lock Box Account #84169781 | | | Dallas | TX | 75267-4012 | |
| Gwinnett Center LLC | | 3098 Piedmont Road, NE | | | Atlanta | GA | 30305 | |
| Heacock Business Center, LLC | | 320 North E Street, Suite 101 | | | San Bernardino | CA | 92401 | |
| Helge LLC | | PO Box 316 | | | Sharon | MA | 2067 | |
| Higley Gold, LLC | | 2005 W. Mesquite Street | | | Chandler | AZ | 85224 | |
| Holualoa GV Shopping Plaza, LLC | | 11333 N Scottsdale Road | | | Scottsdale | AZ | 85254 | |
| Homebased Realty | | 42402 10th Street West | | | Lancaster | CA | 93534 | |
| Hope Bonner | DBSI Corporate Woods Lease | Co LLC | PO Box 974335 | | Dallas | TX | 75397-4335 | |
| HQ Global Workplaces LLC | | 15305 North Dallas Parkway | | | Addison | TX | 75001 | |
| Hyundai Rio Vista, Inc. c/o Tooley & Co. | | 8880 Rio San Diego Drive Suite 315 | | | San Diego | CA | 92108 | |
| Ivonne Flores | Duesenberg Investment Company | Dept LA22159 | | | Pasadena | CA | 91185-2159 | |
| J.A.B. Investments | | 1031 Pollard | | | Tyler | TX | 75701 | |
| Jim Aguilar | Dean and Adah Gay Family, LP | 5001 California Avenue | Suite 100 | | Bakersfield | CA | 93309 | |
| Jim or Molly Woods | Woods Appraisal Services, Inc. | 1880 Lucille Avenue | | | Kingman | AZ | 86401 | |
| John E. Reynolds | Talcott III Chase Center, LLC | One Financial Plaza | | | Hartford | CT | 06103 | |
| Jomaheka Properties, LLC | | 4431 Cardon Drive | | | Farmington | NM | 87401 | |
| Judy Sagrillo | Quebec Plaza/Chap, LLC | 7000 E Belleview Avenue | | | Greenwood Village | CO | 80111 | |
| Kandace Cowen | WC Partners | Unit 1, PO Box 51180 | | | Los Angeles | CA | 90051-5480 | |
| Kathy Arakawa | OVC Properties, LLC | PO Box 31000 | | | Honolulu | HI | 96849-5529 | |
| Kathy Frazier | One Grand Park | 210 Park Avenue | | | Oklahoma City | OK | 73102 | |
| Keith Day | Charleston Executive Offices, Inc. | 6650 Rivers Ave | | | North Charleston | SC | 29406 | |
| Keith Jackson | BS Joint Ventures, Inc. | 109 N Oregon | | | El Paso | TX | 79901 | |
| Keith Jim | Landmark Center | 903 N 47th Street | | | Rogers | AR | 72756-9615 | |
| Kelli Nicoloff | Duke Realty Ohio | 4555 Lake Forest Drive | Suite 400 | | Cincinnati | OH | 45242-3732 | |
| Kelly Arrigan | Cranbrook Realty Investment Fund, LP | 4710 Sisk Road | | | Modesto | CA | 95356 | |
| Ken Kolodziej | Kenstock Associates | 2204 Hidden Creek Court | | | Virginia Beach | VA | 23454 | |
| Kilroy Realty L.P. | | 12200 W. Olympic Boulevard | | | Los Angeles | CA | 90064 | |
| KTVQ Communications, Inc. | | 3203 Third Avenue | | | North Billings | MT | 59101 | |
| KW Fund II | | 2121 N California Blvd. | | | Walnut Creek | CA | 94596 | |
| Laura Bank | Los Angeles Farm Bureau | 41228 12th Street | | | Palmdale | CA | 93551 | |
| Lease Administrator | Falls of the Neuse, LLC | 210 Oak Avenue | | | Kannapolis | NC | 28081-4329 | |
| Leslie Girard | Prudential N.W. Property Relocation & Business Dev | 203 SE Park Plaza Drive | | | Vancouver | WA | 98684 | |
| Levine Douglas | Laurel Office Park III, LLC | 17197 N Laurel Park Drive | | | Livonia | MI | 48152 | |
| Lisa Gutierrez | Hines Interests Limited Partnership | 2600 Post Oak Blvd, 49th Floor | | | Houston | TX | 77056 | |
| Louie D. Carleo | LDC Properties | 503 North Main Street | | | Pueblo | CO | 81003 | |
| Mack-Cali Taxter Associates, LLC | | PO Box 23229 | | | Newark | NJ | 7189 | |
| Madidka Enterprises | | 1 Industrial Drive | | | Hanover | PA | 17331 | |
| Main Street DYL Associates | | 220 Farm Lane | | | Doylestown | PA | 18901 | |
| Marcon Enterprises, LLC | | 28 Gibson Blvd | | | Clark | NJ | 7066 | |
| Margie Morales | Addwel, LLC | 201 Edward Curry Avenue | | | Staten Island | NY | 10314 | |
| Mary McLean | Osprey Troy Officentre, LLC | 7600 Grand River Avenue | | | Brighton | MI | 48114 | |
| Mary Wallace | Kyser Family Partnership | 1537 Jean Street | | | Montgomery | AL | 36107 | |
| MHW Realty, Ltd. | | 1600 Huntington Drive | | | South Pasadena | CA | 91030 | |
| Michelle Miller | Muller-Dunlap LLC | 5343 N 16th Street Suite 260 | | | Phoenix | AZ | 85016 | |
| Mills Enterprises, LLC | | 4015 80th Street | | | Kenosha | WI | 53142 | |
| Mills Enterprises, LLC | | 4015 80th Street | | | Kenosha | WI | 53142 | |

Exhibit B
Overnight Mail Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Monica Dean | Southwest Corporate Center | 11235 SE 6th Street | | | Bellevue | WA | 98004 | |
| MiRI Springs Portfolio, LLC | | 4128 Reliable Parkway | | | Chicago | IL | 60686-0041 | |
| National Manager | CMD Realty Investments | 227 West Monroe Street | Suite 3900 | | Chicago | IL | 60606 | |
| Nikki Davis | | 123 West D Street | | | Benecia | CA | 94510 | |
| Office of the Building | Eastland Tower Partnership | 100 North Barranca Avenue | Suite 900 | | West Covina | CA | 91791-1600 | |
| Onyx One Partnership, Ltd. | | 17225 El Camino Real | Suite 405 | | Houston | TX | 77058 | |
| Pan Pacific (Jefferson Square) LLC | | PO Box 100541 | | | Pasadena | CA | 91189-0541 | |
| Pan Pacific (Jefferson Square) LLC | | PO Box 100541 | | | Pasadena | CA | 91189-0541 | |
| Park Plaza, Inc. | | 201 NE Park Plaza Drive | | | Vancouver | WA | 98684 | |
| Parkway Shopping, Ltd. | | 13500 W Hwy 80 E | | | Odessa | TX | 79765 | |
| Pat Brown | Shay LLC | PO Box 1105 | | | Lake Havasu City | AZ | 86405 | |
| Patricia Richardson | Board of Admin. for Police/Fire Dept. | 13238 Collection Center Drive | | | Chicago | IL | 60693 | |
| Paula Weber | Market Street Properties, LLC | 350 2nd Street | | | Coos Bay | OR | 97420 | |
| Portfolio Manager | CSHV Southpark, LLC c/o CB Richard Ellis Investors | 515 South Flower Street | Suite 3100 | | Los Angeles | CA | 900071 | |
| Prism Partners, LLC | | 2121 S. Columbia | | | Tulsa | OK | 74114 | |
| Prism Partners, LLC | | 2121 S. Columbia | | | Tulsa | OK | 74114 | |
| Property Manager | EOP-Bixby Ranch, L.L.C. | 333 City Boulevard West | Suite 200 | | Orange | CA | 92868 | |
| Property Manager -- Gateway Office I | CA-Gateway Office Limited Partnership c/o Equity Office | 1740 Technology Drive | Suite 150 | | San Jose | CA | 95110 | |
| RE/Max Elite Realty | | 3125 South Price Road | | | Chandler | AZ | 85248 | |
| Remax Performance, Inc. | | 300 Sunny Glen Court | | | Woodland Park | CO | 80866 | |
| Rex 99 Cherry Hill Road SPE LLC | | 625 RexCorp Plaza | | | Uniondale | NY | 11556 | |
| RF Colony Park III, LLC | | 1301 5th Avenue | | | Seattle | WA | 98101 | |
| Robert Rasania | RP Stellar 1140 Fee Owner LLC | 156 Williams Street | | | New York | NY | 10038 | |
| Ronald Lunt | HTL-Acquisitions, LLC | 300 Park Blvd., Suite 500 | | | Itasca | IL | 60143-2636 | |
| Ronald Tucker | | 810 C Street Ste 1 | | | Galt | CA | 95632 | |
| Rossman & Associates, Inc. | | 11045 Broadway | | | Crown Point | IN | 46307 | |
| RREEF Management Company | | 2300 Clayton Road | | | Concord | CA | 94520 | |
| Sara Cloutier-Lowe | Canpro Investments Ltd. | 1010 St-Catherine Street West | | | Montreal | Quebec | H3B 3S3 | Canada |
| Shewer Karin | | 816 Connecticut Ave., L.P | 1185 Avenue of the Americas | 18th Floor | New York | NY | 10036 | |
| Stan A. Wesolek | American Executives International Realty, Inc. | 4225 W. Glendale Avenue | | | Phoenix | AZ | 85051 | |
| Summit Office Park LLC | | PO Box 72391 | | | Cleveland | OH | 44192-0391 | |
| Sunshine Investments - Harold Elledge c/o Foster & Company | | 4090 South Danville Drive | Suite G | | Abilene | TX | 79605 | |
| Susanne Alger | Mourier Land Investment Corporation | 2870 Gateway Oaks Drive | | | Sacramento | CA | 95833 | |
| Taylor Rental Properties, LLC | | 769 E Main Street | | | Chillicothe | OH | 45601 | |
| Teresa Loumena | Camel Square, LLC | 4222 E. Camelback Road | | | Phoenix | AZ | 85018 | |
| Terri Jones | KeyLime South LLC | PO Box 0142 | | | Benton | LA | 71006 | |
| The Granite Center LLC | | 5616 Paysphere Circle | | | Chicago | IL | 60674 | |
| The Realty Associates Fund VII, L.P | | 28 State Street, 10th Floor | | | Boston | MA | 02109 | |
| THF / TMI Chesterfield Office Development, Innerbelt Business Center | | Suite 200 | | | St. Louis | MO | 63144 | |
| Thomas H. Turner & Tommie Sue Turner | Turner Business Complex | 300 E Russell | | | Bonham | TX | 75418 | |
| Thomason Development Co. | | 7090 North Marks | | | Fresno | CA | 93711 | |
| Three Hundred Crown Colony | | 1250 Hancock Street | | | Quincy | MA | 02169 | |
| Timothy Casey | | 1077 Paysphere Circle | | | Chicago | IL | 60674 | |
| Tom Meek | AGF Woodfield Owner L.L.C. | 3 West Group, Ltd. | PO Box 64537 | | Lubbock | TX | 79464 | |
| Toma Lopez | CA-Mission Street Limited Partnership | Department #18080 | PO Box 601173 | | Los Angeles | CA | 90060-1173 | |
| Town & Country Investors, LLC | | 8860 Ladue Road, Suite 200 | | | St. Louis | MO | 63124 | |
| Town and Country Realty, Inc. | | 3734 Astrozon Boulevard | | | Colorado Springs | CO | 80910 | |

Exhibit B
Overnight Mail Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Tracy Luck | Williamsburg Commercial Investors Group One | 3917 Midlands Rd #200 | | | Williamsburg | VA | 23188 | |
| United Insurance Company of America | | 2550 S Rainbow Blvd Ste 200 | | | Las Vegas | NV | 89102 | |
| Vista North Partners, Ltd. | | 1660 S Stemmons | | | Lewisville | TX | 75067 | |
| Vista Office Centre, LLC | | PO Box 4464 | | | Thousand Oaks | CA | 91359 | |
| Wade Sellars | Stone Bros. & Associates | 1024 West Robinhood Drive | | | Stockton | CA | 95207 | |
| Westminster Tech II c/o Sierra Properties | | 1150 Academy Park Loop | #104 | | Colorado Springs | CO | 80910 | |
| William Depietri | | 136 Turnpike Road LLC | 259 Turnpike Road | | Southborough | MA | 1772 | |

# Exhibit C

Exhibit C
Overnight Mail Service List

| CREDITOR NAME | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Access Investments Ii Llc | | 18400 Von Karman Ave | Ste 1000 | | Irvine | CA | 92612 | |
| Ameritech Credit Corporation | | 2000 West Ameritech Ctr Dr | | | Irvine | CA | 92612 | |
| Aspen Funding Corp | C/o Amacar Group Llc | 6525 Morrison Blvd | Ste 318 | | Charlotte | NC | 28211 | |
| Aspen Funding Corp | | 60 Wall St | | | New York | NY | 10005 | |
| Bank Leumi Leasing Corporation | | 562 Fifth Ave | | | Ny | NY | 10036 | |
| Bank Of America Na | Tx 1 492 66 01 | 901 Main St | 66th Fl | | Dallas | TX | 75202-3714 | |
| Bank Of America Na | Tx1 492 66 01 | 901 Main St | 66th Fl | | Dallas | TX | 75202-3714 | |
| Bank Of America Na | | Tx 492 66 01 | 901 Main St | 66th Fl | Dallas | TX | 75202-3714 | |
| Bank Of America Na | | 301 Main St | 66th Fl | | Dallas | TX | 75202 | |
| Bank Of America Na | | 901 Main St | 66th Fl | | Dallas | TX | 75202-3714 | |
| Bank Of America Na | | 901 Main St | 66th Fl | Tx1 492 66 01 | Dallas | TX | 75202-3714 | |
| Bank Of The West | | 3000 S Grand Ave | Mail Code Sc Cal 006 A | | Los Angeles | CA | 90071 | |
| Barclays Bank Plc | As Administrative Agent | 200 Pk Ave | | | New York | NY | 10166 | |
| Carrington Mortgage Credit Fund I Lp | | 9 Greenwich Office Pk | | | Greenwich | CT | 06831 | |
| Cdc Mortgage Capital Inc | | 9 West 57th St | | | Ny | NY | 10019 | |
| Charter One Vendor Finance Llc | | 2300 Cabot Dr | | Ste 355 | Lisle | IL | 60532 | |
| Cit Communications Finance Croporaation | | 1 Cit Dr | | | Livingston | NJ | 07039 | |
| Citigroup Global Markets Realty Corp | | 390 Greenwich St | | | Ny | NY | 10014 | |
| Citigroup Global Markets Realty Corp | | 390 Greenwich St | | 6th Fl | New York | NY | 10013 | |
| Consultants Group Commercial Funding Corp | | 660 Newport Ctr Dr | Ste 800 | | Newport Beach | CA | 92660 | |
| Countrywide Home Loans Inc | | 8611 Fallbrook Ave | Mswh51g | | West Hills | CA | 91304 | |
| Credit Suisse First Boston Mortgage Capital Llc | | 11 Madison Ave | | | New York | NY | 10010 | |
| Credit Suisse First Boston Mortgage Capital Llc | | 11 Madison Ave | | | Ny | NY | 10010 | |
| Db Structured Products Inc | | 60 Wall St | | | Ny | NY | 10005 | |
| Delaware Sec of State | Division of Corporations | Franchise Tax Division | PO Box 7040 | | Dover | DE | 19903 | |
| Deutsch Bank Trust Company Americas As Collateral Agent | | 60 Wall St | Ms Nyc 60 2606 | | Ny | NY | 10005 | |
| Deutsch Bank Trust Company Americas As Collateral Agent | | 60 Wall St | 26th Fl | | Ny | NY | 10005 | |
| Deutsche Bank Trust Companies Americas | Collateral Agent | 60 Wall St | Ms Nyc | | New York | NY | 60-2606 | |
| Deutsche Bank Trust Company Americas | | 60 Wall St | 26th Fl | | Ny | NY | 10005-2606 | |
| Deutsche Bank Trust Company Americas As Trustee | | 1761 E St Andrew Pl | | | Santa Ana | CA | 92705 | |
| Division of Unemployment Ins | Department of Labor | 4425 N Market St | | | Wilmington | DE | 19802 | |
| Federal National Mortgage Association | | 3900 Wisconsin Ave | Nw | | Washington | DC | 20016-2892 | |
| Gemini Securitization Corp Llc | C/o Ropes & Gray Llc | One International Pl | | | Boston | MA | 02110 | |
| General Electric Capital Corporation | | 1961 Hirst Dr | | | Moberly | MO | 65270 | |
| General Electric Capital Corporation | | 2400 E Katella Ave | Ste 800 | | Anaheim | CA | 92806 | |

Exhibit C
Overnight Mail Service List

| CREDITOR NAME | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| General Electric Capital Corporation | | 311 N Bayshore Dr | | | Safety Harbor | FL | 34695 | |
| General Electric Capital Corporation | | 4 N Pk Dr | | | Hunt Valley | MD | 21030 | |
| General Electric Capital Corporation | | 7 Sentry Pkwy/w | Ste 200 | | Blue Bell | PA | 19422 | |
| Gmac Commercial Finance Llc | | 600 Galleria Pkwy | 15th Fl | | Atlanta | GA | 30339 | |
| Gmac Commercial Financial Llc | | 210 Interstate North Pkway | Ste 315 | | Atlanta | GA | 30339 | |
| Goldman Sachs Mortgage Company | | 85 Broad St | | | New York | NY | 10004 | |
| Greenwich Capital Financial Products Inc | | 600 Steamboat Rd | | | Greenwich | CT | 06830 | |
| Guaranty Bank | | 8333 Douglas Ave | | | Dallas | TX | 75225 | |
| Heineman Dale Scott | | C/o 32108 Alvarado Blvd 381 | | | Union City | CA | 94587 | |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz | Rm 1150 | | Baltimore | MD | 21201 | |
| Ios Capital | | 1738 Bass Rd | | | Macon | GA | 31210-1043 | |
| Ixis Real Estate Capital Inc | | 9 West 57th St | | | Ny | NY | 10019 | |
| Johnson Kurt F | | C/o 32108 Alvarado Blvd | 381 | | Union City | CA | 94587 | |
| Mission Center Partners | | PO Box 2675 | | | El Centro | CA | 92243 | |
| Morgan Stanley Mortgage Capital Inc | As Agent | 1221 Ave Of The Americas | | | Ny | NY | 10020 | |
| Morgan Stanley Mortgage Capital Inc As Agent | | 1221 Ave Of The Americas | 27th Fl | | Ny | NY | 10020 | |
| Morgan Stanley Mortgage Capital Inc As Agent | | 1221 Ave Of The Americas | | | New York | NY | 10020 | |
| Morgan Stanley Mortgage Capital Inc As Agent | | 1221 Ave Of The Americas 27th Fl | | | New York | NY | 10020 | |
| Morgan Stanley Mortgage Capital Inc As Agent | | 1221 Ave Of The Americas 27th Fl | | | Ny | NY | 10020 | |
| Nc Capital Corporation | | 18400 Von Karman | | | Irvine | CA | 92612 | |
| New Century Funding A | | 18400 Von Karman | | | Irvine | CA | 92612 | |
| New Century Funding I Wilmington Trust Company | | | | | Wilmington | DE | 19890 | |
| New Century Mortgage Securities Inc | | 184 Von Karman Ste 1000 | | | Irvine | CA | 92612 | |
| New Century Mortgage Securities Inc | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92612 | |
| New Century Mortgage Securities Inc | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92512 | |
| Newport Funding Corp | C/o Amacar Group Llc | 6525 Morrison Blvd | Ste 318 | | Charlotte | NC | 28211 | |
| Office of the US Trustee | | 844 King St | Ste 2313 | Lockbox 35 | Wilmington | DE | 19801-3519 | |
| Pfe International Inc | | 195 Chastain Meadows Ct | 112 | | Kennesaw | GA | 30144 | |
| SEC | | 15th & Pennsylvania Ave NW | | | Washington | DC | 20020 | |
| SEC | Nathan Fuchs | 233 Broadway | | | New York | NY | 10279 | |
| Sec of the Treasury | | PO Box 7040 | | | Dover | DE | 19903 | |
| St Andrew Funding Turst C/o New Century Mortgage | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92616 | |
| State of Delaware | Randy Weller MS 25 | Div of Revenue | 820 N French St | 8th Fl | Wilmington | DE | 19801-0820 | |
| State Street Global Markets | As Admin For Galleon Capital Corp | One Lincoln St | | | Boston | MA | 02111 | |
| Sterling Bank | | 2550 N Loop West | Ste 500 | | Houston | TX | 77092 | |
| The Cit Group/equipment Financing | | PO Box 27248 | | | Tempe | AZ | 85285-7248 | |
| Ubs Real Estate Securities Inc | | 1251 Ave Of The Americas | 22nd Fl | | Ny | NY | 10020 | |

Exhibit C
Overnight Mail Service List

| CREDITOR NAME | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Ubs Real Estate Securities Inc | | 1285 Ave Of The Americas | | | New York | NY | 10019 | |
| United California Capital | | 201 N Civic Dr | | | Walnut Creek | CA | 94596 | |
| US Attorneys Office | Ellen W Slights | 1007 Orange St | 7th Fl | | Wilmington | DE | 19899-2046 | |
| Us Bancorp Equipment Finance Inc | | PO Box 230789 | | | Portland | OR | 97281 | |
| Us Bancorp Equipment Financial Inc | | 7659 Sw Mohawk St | | | Tualatin | OR | 97062 | |
| Us Bancorp Leasing & Financial | | 180 E Fifth St | | | St Paul | MN | 55101 | |
| Us Bank National Association | As Indenture Trustee | | | | | | | |
| Us Bank National Association | As Indenture Trustee | | | | | | | |
| US Department of Justice | Alberto P Gonzales | US Attorney General | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | |
| Usb Real Estate Securities Inc | | 1251 Ave Of The Americas | 22nd Fl | | New York | NY | 10019 | |
| Whitwood Jason Allen | | C/o 3625 Amur Maple Dr | | | Bakersfield | CA | 93311 | |