# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:                                                              :
                                                                    : Chapter 11
New Century Mortgage Corporation        :
                                                                    : Case No. 07-10419-KJC
                    Debtor.                                :

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the party set forth below hereby appears as counsel for **Theresa A. Davis** pursuant to Bankruptcy Rules 2002 and 9010 and request that an entry be made on the Clerk's Matrix in this case, and that all notices given or required to be given and all papers served or required to be served, in this case, be given to and served on:

> Robert P Cocco, Esquire
> ROBERT P. COCCO, P.C.
> 437 Chestnut Street, Suite 1006
> Philadelphia, PA 19106
> (215) 351-0200
> Fax 922-3874
> rcocco@rcn.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that relates to the above-captioned adversary proceeding.

Dated: April 5, 2007

/s/Robert P. Cocco, Esquire
LAW OFFICES OF ROBERT P. COCCO, P.C.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: New Century Mortgage Coropration : Bky 07-10419
       Debtors : Chapter 11

### CERTIFICATE OF SERVICE

I, Robert P. Cocco, Esquire, hereby certify that on April 5, 2007, a true and correct copy of the foregoing Notice of Appearance and Request for Notice was served via electronic means upon the following parties:

**Mark D. Collins**
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

New Century Mortgage Corporation
18400 Von Karman Ave.
Irvine, CA 92612

Date: April 5, 2007          /s/Robert P. Cocco
                                  ROBERT P. COCCO
                                  **Attorney for Theresa A. Davis**