U.S. BANKRUPTCY COURT
STATE OF DELAWARE

FILED
2007 APR -6  AM 11: 38

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

——————————————X
                                            :
In re:                                      :
        New Century                         :   Case No. 07-10417-KJC
        Financial Corporation  :
                                            :
——————————————X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Angelo, Gordon & Co. appears in this case pursuant to Section 1109 (b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, and requests that all pleadings in this case be served on it at the address set below.

PLEASE TAKE FURTHER NOTICE that request is hereby made for service of all copies of all papers, reports, pleadings, motions and applications (including notices thereof), petitions, disclosure statements, plans of reorganization, and answering or reply papers filed in the above-captioned case, by mail or otherwise to the address set forth below and to the attention of the undersigned.

Dated: New York, New York
       April 4, 2007

By: _____
Jed A. Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Fl.
New York, NY 10167
jhart@angelogordon.com
TEL: (212) 692-2003
FAX: (212) 867-6395