Stuart B. Wolfe (SBN 156471)
Yaron Shaham (SBN 217192)
WOLFE & WYMAN LLP
5 Park Plaza, Suite 1100
Irvine, California 92614-5979
Telephone: (949) 475-9200
Facsimile: (949) 475-9203

Attorneys for Creditor
WOLFE & WYMAN LLP



# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Case No. 07-10416-KJC |
| NEW CENTURY TRS HOLDINGS, INC. | Chapter 11 |
| Debtor. | WOLFE & WYMAN LLP'S REQUEST FOR SPECIAL NOTICE |
| Tax I.D. No.: 33-0683629 | |

**TO THE CLERK OF THE BANKRUPTCY COURT, THE DEBTOR, AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that creditor WOLFE & WYMAN LLP hereby requests notice of all pleadings, court notices, motions, applications, ex-parte applications, contested matters, and all other documents and papers pertaining to the above-captioned case, including all notices required under the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, or any other rule or law, to be noticed and served on creditors, creditors' committees, or other parties of interest to the following address:

///

H:\Matters\New Century (1219)\(000) General\Request for Special Notice 001.doc

1
2    Stuart B. Wolfe, Esq.
     Yaron Shaham, Esq.
3    Attorneys for Creditor Wolfe & Wyman LLP
     5 Park Plaza, Suite 1100
4    Irvine, California 92614
5
DATED: April 2, 2007                    WOLFE & WYMAN LLP
6
7
                                        By: /s/ Yaron Shaham
8                                           STUART B. WOLFE
                                            YARON SHAHAM
9                                       Attorneys for Creditor
                                        **WOLFE & WYMAN LLP**
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
H:\Matters\New Century (1219)\(000) General\Request for Special Notice 001.doc

2

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF ORANGE       )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1100, Irvine, California 92614-5979.

On April 5, 2007, I served the foregoing documents, described as **WOLFE & WYMAN LLP'S REQUEST FOR SPECIAL NOTICE** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

( X )    **BY MAIL** as follows:

( )    **STATE** - I am "readily familiar" with Wolfe & Wyman LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at , in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

( X )    **FEDERAL** - I deposited such envelope in the U.S. Mail at Irvine, California, with postage thereon fully prepaid.

( )    **BY EXPRESS MAIL** as follows: I caused such envelope to be deposited in the U.S. Mail at . The envelope was mailed with Express Mail postage thereon fully prepaid.

( )    **BY CERTIFIED MAIL** as follows: I am "readily familiar" with Wolfe & Wyman LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing, by Certified United States Mail, Return Receipt Requested, on the above date according to Wolfe & Wyman LLP's ordinary business practice.

( )    **BY PERSONAL SERVICE** as follows: I caused a copy of such documents to be delivered by hand to the offices of the addressee between the hours of 9:00 a.m. and 5:00 p.m.

( )    **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

( )    **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number . The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

( )    **STATE** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( X )    **FEDERAL** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 5, 2007, at Irvine, California.

_____
VY PHAM

# SERVICE LIST
## U.S. BANKRUPTCY COURT FOR DISTRICT OF DELAWARE Case No. 07-10416-KJC
## IN RE NEW CENTURY TRS HOLDINGS, INC.
### W&W File No. 1219-000
### [Revised: April 5, 2007]

| | |
|---|---|
| U.S. TRUSTEE<br>United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899<br>(302) 573-6491 | Mark D. Collins, Esq.<br>RICHARDS LAYTON & FINGER<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7531; Fax (302) 651-7701<br>E-Mail: collins@rlf.com<br>**Attorneys for Debtor NEW CENTURY TRS HOLDINGS, INC.** |

H:\Matters\New Century (1219)\(000) General\POS (New Century).doc