**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al*., | ) Case No. 07-10416 (KJC) ) Jointly Administered |
| Debtors. | ) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**
**AND REQUEST TO BE ADDED TO THE MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned cases on behalf of Wells Fargo Bank, N.A., as Indenture Trustee and Property Trustee ("Wells Fargo") for the Junior Subordinated Notes due 2036 issued by New Century Financial Corporation on September 13, 2007, and November 16, 2006, and pursuant to the Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), demand that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following address and further request that they be added to the Master Service List:

> Thomas M. Korsman
> Vice President
> Wells Fargo Bank, N.A.
> MAC N9303-120
> 608 2nd Avenue South
> Minneapolis, MN 55479
> Tel: 612-466-5890
> Fax: 866-680-1777
> e-mail: thomas.m.korsman@wellsfargo.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions,

pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Wells Fargo's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Wells Fargo is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:  New York, New York
April 6, 2007

KELLEY DRYE & WARREN LLP

By: */s/ James S. Carr*
    James S. Carr (JC-1603)
    David Retter (DR-4014)
    Christena A. Lambrianakos (CL-1332)
101 Park Avenue
New York, New York 10178
Tel:  212-808-7800
Fax: 212-808-7897

ATTORNEYS FOR WELLS FARGO BANK, N.A. AS INDENTURE TRUSTEE AND PROPERTY TRUSTEE