IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **NEW CENTURY TRS HOLDINGS, INC., et al.,** | ) | **Case No. 07-10416 (KJC)** |
| | ) | |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |

**VERIFIED STATEMENT OF KIRKLAND & ELLIS LLP**
**PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Kirkland & Ellis LLP ("K&E") makes the following disclosures:

1. As described below, K&E currently represents the following creditors in their respective capacities in the chapter 11 cases of the above-captioned debtors and debtors in possession:

   (a) The CIT Group/Business Credit, Inc.
   505 Fifth Avenue, Fifth Floor
   New York, NY 10017

   (b) Greenwich Capital Financial Products, Inc.
   600 Steamboat Road
   Greenwich, CT 06830

   (c) Citigroup Global Markets Realty Corp.
   390 Greenwich Street
   New York, NY 10013

2. Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc. (the "DIP Lenders"), are the Debtors' DIP Lenders and have agreed to provide the Debtors with post-petition financing, as set forth under the "Debtor-in-Possession Loan and

Security Agreement Dated as of April 2, 2007 by and among New Century Mortgage Corporation, as debtor and debtor-in-possession, certain of its Affiliates, as debtors and debtors-in-possession, Greenwich Capital Financial Products, Inc., as Administrative Agent, and The CIT Group/Business Credit, Inc., as Documentation Agent" (the "DIP Loan Agreement"). The DIP Loan Agreement has previously been filed with the Court and sets forth the Debtors' obligations to the DIP Lenders under that DIP Loan Agreement.

3. Citigroup Global Markets Realty Corp. ("Citigroup Realty") is a Lender and Pledgee under that certain Servicer Advance Financing Facility Agreement with New Century Mortgage Corporation ("NCMC"), dated August 28, 2003 (as amended from time to time, the "Servicer Advance Facility Agreement") and that certain Amended and Restated Guaranty dated as of October 1, 2004 (as amended from time to time, the "Guaranty") by New Century Financial Corporation in favor of Citigroup Realty in support of the Servicer Advance Facility Agreement. NCMC owes Citigroup Realty the aggregate principal amount of $31,928,880.13 for servicing advances made under the Servicer Advance Facility, together with interest, fees, expenses and other charges, including, without limitation, rights to reimbursement and indemnification, as provided in the Servicer Advance Facility Agreement and the Guaranty.

4. Each of the creditors listed above has retained K&E to represent its interest in connection with the above-captioned cases.

5. Upon information and belief formed after due inquiry, K&E does not hold any claims against or equity interests in the Debtors.

6. K&E reserves the right to revise, supplement, and/or amend this verified statement as may be appropriate or necessary.

The undersigned verify under penalty of perjury that the foregoing statements are true and correct to the best of our knowledge, information and belief.

Dated: April 6, 2007

KIRKLAND & ELLIS LLP

_____
Shirley S. Cho (CA Bar No. 192616)
777 S. Figueroa St., Suite 3700
Los Angeles, CA 90017
Telephone: (213) 680-8242
Facsimile: (213) 680-8500

Counsel for Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.

-and-

KIRKLAND & ELLIS LLP


_____
Paul M. Basta
Citigroup Center
153 East 53rd St.
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-6460

Counsel for Citigroup Global Markets Realty Corp.

K&E 11738121.2

6.  K&E reserves the right to revise, supplement, and/or amend this verified statement as may be appropriate or necessary.

The undersigned verify under penalty of perjury that the foregoing statements are true and correct to the best of our knowledge, information and belief.

Dated: April 6, 2007

KIRKLAND & ELLIS LLP

_____
Shirley S. Cho (CA Bar No. 192616)
777 S. Figueroa St., Suite 3700
Los Angeles, CA 90017
Telephone: (213) 680-8242
Facsimile: (213) 680-8500

Counsel for Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.

-and-

KIRKLAND & ELLIS LLP

_____
Paul M. Basta by Joshua Susberg
Paul M. Basta
Citigroup Center
153 East 53rd St.
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-6460

Counsel for Citigroup Global Markets Realty Corp.

3

K&E 11738121.2