IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., et al., | ) | Case No. 07-10416 (KJC) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**VERIFIED STATEMENT OF PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP PURSUANT TO BANKRUPTCY RULE 2019**

Pachulski Stang Ziehl Young Jones & Weintraub LLP ("PSZYJW") represents the creditors identified below. Pursuant to Federal Rule of Bankruptcy Procedure 2019, PSZYJW makes the following representations:

1. PSZYJW represents the following creditors in their respective capacities as described below:

    (a) The CIT Group/Business Credit, Inc.
        505 Fifth Avenue, Fifth Floor
        New York, NY 10017

    (b) Greenwich Capital Financial Products, Inc.
        600 Steamboat Road
        Greenwich, CT 06830

2. Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc. (the "DIP Lenders"), are the Debtors' DIP Lenders and have agreed to provide the Debtors with post-petition financing, as set forth under the "Debtor-in-Possession Loan and Security Agreement Dated as of April 2, 2007 by and among New Century Mortgage Corporation, as debtor and debtor-in-possession, certain of its Affiliates, as debtors and debtors-

in-possession, Greenwich Capital Financial Products, Inc., as Administrative Agent, and The CIT Group/Business Credit, Inc., as Documentation Agent" (the "DIP Loan Agreement"). The DIP Loan Agreement has previously been filed with the Court and sets forth the Debtors' obligations to the DIP Lenders under that DIP Loan Agreement.

3. Each of the creditors listed above has retained PSZYJW, as co-counsel with Kirkland & Ellis LLP, to represent its interest in connection with the above-captioned cases.

4. Upon information and belief formed after due inquiry, PSZYJW does not hold any claims against or equity interests in the Debtors.

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: April 6, 2007

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*/s/ Laura Davis Jones*

Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Counsel for Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.