IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.5 of the Civil Practice and Procedure of the United States District Court for the District of Delaware and the below certification, counsel moves the admission *pro hac vice* of Douglas E. Deutsch to represent Credit Suisse First Boston Capital LLC and DLJ Mortgage Capital, Inc. in this action.

Michael R. Nestor (No. 3526)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Douglas E. Deutsch
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: April ____, 2007

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

DB02:5894264.1                                                                                              900002.0001