**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| New Century TRS Holdings,<br>Inc., a Delaware corporation, *et* <u>al</u>., | Case No.: 07-10416 (KJC) |
| **Debtors.** | Jointly Administered |

**OBJECTION OF STATE OF OHIO, EX REL. MARC DANN, ATTORNEY GENERAL TO EMERGENCY MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR (I) AN ORDER (A) APPROVING BIDDING PROCEDURES AND BID PROTECTIONS IN CONNECTION WITH AUCTION OF CERTAIN ASSETS, (B) SCHEDULING HEARING TO CONSIDER PROPOSED SALE OF CERTAIN ASSETS AND APPROVING FORM AND MANNER OF NOTICE THEREOF AND (C) GRANTING RELATED RELIEF AND (II) AN ORDER (A) <u>APPROVING THE PROPOSED SALE AND (B) GRANTING RELATED RELIEF</u>**

This matter is before the Court on the *Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief* (the "Motion"). For the following reasons, the State of Ohio, *ex rel.* Marc Dann ("Ohio") opposes the relief sought in the Motion.

Debtors, New Century TRS Holdings, Inc., a Delaware Corporation, New Century Financial Corporation, a Maryland corporation, and their direct and indirect subsidiaries (collectively, "Debtors") seek an order approving bidding procedures that would, among other things seek the auction of certain assets free and clear of all claims, interests and encumbrances. The assets sought to be sold are the LFNA Mortgage Loans and "Residuals". The definition for each of these terms outlined in a proposed Asset

Purchase Agreement between New Century Financial Corporation, the Selling Subsidiaries Named [therein] and Greenwich Capital Financial Products, Inc. reference schedules that were apparently not filed with the Motion.  As such, as of the time of the filing of this Motion, Ohio does not know whether any of the loans sought to be transferred, assigned or sold under the auction sale have mortgagees residing in Ohio.  Thus, this Objection is filed to the extent that Debtors are seeking to convey any mortgage loan for which the mortgagee is a resident of Ohio and for which the mortgage attaches to an Ohio residence.

Ohio objects to the breadth of the proposed sale insofar as the sale seeks to be free and clear of all liens, claims and encumbrances.  While Ohio recognizes that the Motion does not yet seek an order approving the sale of these assets, because of the breadth of the Bidding Procedures Ohio believes that it is necessary for it to address its concerns to the Court at this time.

On March 28, 2007, the Cuyahoga County Court of Common Pleas in Cleveland, Ohio entered a Stipulated Preliminary Injunction between the State of Ohio, ex rel. Marc Dann, Attorney General and New Century Financial Corp., New Century Mortgage Corporation and Home123 Corporation (collectively, "New Century") (see copy of Stipulated Preliminary Injunction attached as Exhibit A) (the "Injunction").  In the Injunction, New Century agreed to certain terms before it would sell, assign or otherwise transfer any owner-occupied mortgage that is an (i) hybrid adjustable rate mortgage ("ARM") loan or (ii) Option Arm secured by Ohio property and that is more than 60 days in arrears or any fixed rate loan not otherwise excluded by the terms of the Injunction.

Ohio objects to the Motion to the extent that Debtors would contend that the proposed sale of assets would sell, transfer, assign or convey to any third party any mortgage loan that is subject to the Injunction. Specifically, Ohio seeks an order to the effect that the Motion and the final order approving the sale of the assets is subject to the terms of the Injunction in all respects.

Wherefore, for the above reasons, Ohio respectfully objects to the relief sought in the Motion.

    MARC DANN
    Ohio Attorney General

    */s/ Michelle T. Sutter*

    _____
    Michelle T. Sutter  (Ohio Reg. No. 13880)
    Matthew J. Lampke (Ohio Reg. No. 67973)
    Office of the Ohio Attorney General
    30 East Broad Street, 25th Floor
    Columbus, OH 43215
    (614) 466-2766
    (614) 644-1926
    Attorneys for State of Ohio, ex rel. Marc Dann, Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Objection of State of Ohio, ex rel. Marc Dann, Attorney General to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief* was served by electronic delivery this 9th day of April, 2007 to all of those parties who have requested electronic service herein.

*/s/ Michelle T. Sutter*

Michelle T. Sutter