**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **New Century TRS Holdings,** | : | Case No. 07-10416 (KJC) |
| **Inc., a Delaware corporation, et al.** | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

## CERTIFICATION OF COUNSEL

I, Michelle T. Sutter, hereby certify as follows:

1. I am a Principal Assistant Attorney General in the office of the Ohio Attorney General.

2. I am admitted to practice before the Northern and Southern Districts of Ohio, the Northern District of Illinois and by the Sixth Circuit Court of Appeals and the Ohio Supreme Court.

3. I am in good standing in each jurisdiction in which I have been admitted to practice.

4. I will be bound by the Rules of this Court and I submit to the jurisdiction of this Court for disciplinary purposes.

5. This certificate is intended to comply with the provisions of Rule 9010-1(c)(ii) of the Local Rules of the United States Bankruptcy Court for the District of Delaware allowing the appearance of government attorneys without the necessity of obtaining local counsel.

Marc Dann  (0022096)
Attorney General of Ohio

_____
Michelle T. Sutter
Ohio Bar Registration No. 0013880
Principal Assistant Attorney General
30 East Broad Street, 25th Floor
Columbus, OH  43215
(614) 466-5276; fax (614) 644-1926
msutter@ag.state.oh.us
Attorney for State of Ohio, ex rel. Marc Dann