**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:                                              **Chapter 11**

**New Century TRS Holdings,**              **Case No.: 07-10416 (KJC)**
**Inc., a Delaware corporation,** *et* al.,

                        **Debtors.**              **Jointly Administered**

**MOTION OF STATE OF OHIO, EX REL. MARC DANN, ATTORNEY
GENERAL TO PERMIT TELEPHONIC APPEARANCE AT HEARING ON
EMERGENCY MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR
(I) AN ORDER (A) APPROVING BIDDING PROCEDURES AND BID
PROTECTIONS IN CONNECTION WITH AUCTION OF CERTAIN ASSETS,
(B) SCHEDULING HEARING TO CONSIDER PROPOSED SALE OF CERTAIN
ASSETS AND APPROVING FORM AND MANNER OF NOTICE THEREOF
AND (C) GRANTING RELATED RELIEF AND (II) AN ORDER (A)
APPROVING THE PROPOSED SALE AND (B) GRANTING RELATED RELIEF**

State of Ohio, ex rel. Marc Dann, Attorney General moves this Court for an order

allowing him to appear through counsel, Michelle T. Sutter, at the hearing scheduled on

April 10, 2007 at 3:30 P.M. via telephone.  The State of Ohio filed an objection to the

*Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving*

*Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets,*

*(B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving*

*Form and Manner of Notice thereof and (C) Granting Related Relief and (II) an Order*

*(A) Approving the Proposed Sale and (B) Granting Related Relief* (the "Motion") on

April 9, 2007.  However, the period to contact Court Call regarding a telephonic

appearance had expired on April 5, 2007 or just three days after the commencement of

this bankruptcy.

        In light of the newness of this case and the placement of the Motion on an

expedited basis, the State requests that it be excused from the two day notice period and

hat it be permitted to attend the hearing on the Motion on April 10th via telephone.  The granting of this Motion should not prejudice any party to this proceeding.   The State of Ohio further requests that it be excused from providing notice with an opportunity to respond to this Motion in light of the timing.

Wherefore, State of Ohio, ex rel. Marc Dann, Attorney General respectfully requests that this Court permit it to participate by telephone via Court Call at the hearing on the Motion scheduled for April 10, 2007 at 3:30 P.M.

MARC DANN
Ohio Attorney General

*/s/ Michelle T. Sutter*

_____
Michelle T. Sutter  (Ohio Reg. No. 13880)
Matthew J. Lampke (Ohio Reg. No. 67973)
Office of the Ohio Attorney General
30 East Broad Street, 25th Floor
Columbus, OH 43215
(614) 466-2766
(614) 644-1926
Attorneys for State of Ohio, ex rel. Marc Dann, Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Motion of State of Ohio, Ex Rel. Marc Dann, Attorney General to Permit Telephonic Appearance at Hearing on Objection of State of Ohio, ex rel. Marc Dann, Attorney General to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief* was served by electronic delivery this 9th day of April, 2007 to all of those parties who have requested electronic service herein.

*/s/ Michelle T. Sutter*

Michelle T. Sutter