IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**REQUEST FOR NOTICE AND
DEMAND FOR SERVICE OF PAPERS**

   PLEASE TAKE NOTICE THAT that Jeffer Mangels Butler & Marmaro, LLP ("Jeffer") and Pepper Hamilton LLP ("Pepper") hereby enter their appearance on behalf of Union Bank of California in these chapter 11 cases. Pursuant to § 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Jeffer and Pepper request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon Jeffer and Union Bank of California at the offices, addresses, telephone numbers and facsimile numbers set forth below and that the following names be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as set forth below:

  Jeffer Mangels Butler & Marmaro, LLP
  1900 Avenue of the Stars, 7th Floor
  Los Angeles, California 90067
  (310) 203-8080
  Fax: (310) 203-0567
  Attn: Barry Freeman, Esq.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, L.L.C., a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

#8460065 v1

Jeffer Mangels Butler & Marmaro, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
(310) 203-8080
Fax: (310) 203-0567
Attn: David Poitras Esq.

- and -

Diane J. Richey, Esq.
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, California 90071
(213) 236-5170
Fax: (213) 627-1819

PLEASE TAKE FURTHER NOTICE that pursuant to § 1109(b) of the Bankruptcy Code and Rule 3017(a) of the Bankruptcy Rules, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, plans, disclosure statements, complaints or demands transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex or otherwise, which are filed or made with regard to the captioned cases and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance nor any subsequent appearance, pleading, claim or suit, is intended to waive (i) the party's right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) the party's right to trial by jury in any proceedings or trial so triable herein or in any case, controversy, or proceeding relating hereto, (iii) the party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which this party is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions,

#8460065 v1

defenses, setoffs and recoupments this party expressly reserves. Further, this Entry of Appearance constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court, including without limitation, the jurisdiction of the Court to adjudicate non-core matters, all of which rights are reserved without prejudice.

Dated: April 9, 2007  
Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

 /s/ David M. Fournier  
David M. Fournier (DE No. 2812)  
Hercules Plaza, Suite 5100  
1313 Market Street  
Wilmington, Delaware 19801  
(302) 777-6500  
Fax: (302) 421-8390

- and –

Jeffer Mangels Butler & Marmaro, LLP  
1900 Avenue of the Stars, 7th Floor  
Los Angeles, California 90067  
(310) 203-8080  
Fax: (310) 203-0567  
Attn: Barry Freeman, Esq.  
         David Poitras, Esq.

*Counsel for Union Bank of California*

#8460065 v1