IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : |
| | : Jointly Administered |
| | : |
| Debtors. | : Re: Docket Nos. 8 and 54 |
| | : |

## CERTIFICATION OF COUNSEL

The undersigned hereby certifies that:

On April 2, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion of the Debtors and Debtors in Possession for an Order (A) Authorizing the Continued Use of the Debtors' Centralized Cash Management System, Including Operation of Servicer Trust Accounts, (B) Authorizing Maintenance of the Debtors' Existing Bank Accounts and Business Forms, and (C) Extending the Debtors' Time to Comply with Section 345 of the Bankruptcy Code* [Docket No. 8] (the "Cash Management Motion").

On April 3, 2007, the Court entered an order approving the Cash Management Motion [Docket No. 54] ( the "Cash Management Order"). However, subsequent to the entry of

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

the Cash Management Order, the Debtors discovered two errors in paragraph 26 of the Cash Management Order.

First, the reference to paragraph 24 contained in paragraph 26 should actually be a reference to paragraph 25. Second, the reference to paragraph 21 contained in paragraph 26 should actually be a reference to paragraph 22. A revised form of order[2] reflecting these changes is attached hereto as Exhibit A (the "Revised Order").

WHEREFORE, the Debtors request that the Court enter the Revised Order at its earliest convenience.

Dated: April 9, 2007
       Wilmington, Delaware

Respectfully submitted,

*/s/ Christopher M. Samis/*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Austin K. Barron
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

---

[2] Handwritten interlineations to the Cash Management Order have been incorporated in the Revised Order.