# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No. __ |
| | : | |

## BIDDING PROCEDURES FOR THE SALE OF LOAN ORIGINATION PLATFORM

The following bidding procedures, which were approved by order of the Bankruptcy Court dated April __, 2007 (the "Bidding Procedures") shall govern the auction process for the Loan Origination Platform.[2] The Debtors will seek entry of an order from the Bankruptcy Court authorizing and approving the sale of the Loan Origination Platform free and clear of liens, claims, and encumbrances to the Successful Bidder (defined below) as may be made at the Auction (defined below).

1. Approvals. The proposed sale shall in all respects be subject to approval by the Bankruptcy Court and the compliance with (i) the applicable provisions of the Bankruptcy Code; (ii) the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); (iii) other applicable rules and law; and (iv) the terms of the Modified APA (as defined below).

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Emergency Motion of Debtors and Debtors in Possession for (i) an Order (a) Approving Bidding Procedures in Connection With Auction of Loan Origination Platform Assets, (b) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (c) Scheduling Hearing to Consider Proposed Sale of Loan Origination Platform Assets and Approving Form and Manner of Notice Thereof and (d) Granting Related Relief and (ii) an Order (a) Approving the Proposed Sale and (b) Granting Related Relief.

LA3:1131598.2

2. <u>Assets to be Sold</u>. The Auction shall consist of the Loan Origination Platform free and clear of claims, interests, liens, and encumbrances.

3. <u>Confidentiality Agreements</u>. Information relevant to the Loan Origination Platform for evaluation by interested parties, including certain books and records, material contracts and other financial and operational information for due diligence investigation, will be made available via an online data room on intralinks to bidders who have executed a valid nondisclosure agreement. Specific information for accessing the dataroom will be provided after execution of such agreements. The Debtors may, in their sole discretion, schedule management presentations and make management otherwise available to selected bidders prior to the Bid Deadline. The diligence period will take place from April 12, 2007 through May 2, 2007.

4. <u>Determination of "Qualified Bidder" Status</u>. In order to participate in the bidding process and be deemed a "Qualified Bidder," each potential bidder must deliver to the Debtors, with copies to the Official Committee of Unsecured Creditors (the "<u>OCUC</u>"), a written and binding offer that:

(a) states such bidder, on its own or together with other Qualified Bidder(s), offers to purchase some or all of the assets comprising the Loan Origination Platform;

(b) states such bidder is prepared to enter into a legally binding purchase and sale agreement or similar agreement for the acquisition of the Loan Origination Platform upon the terms and conditions substantially as set forth in a draft asset purchase agreement (an "APA") submitted by the Debtors to potential bidders;

(c) be accompanied by a clean and duly executed asset purchase agreement (a "Modified APA") and a marked Modified APA reflecting any variations from the APA submitted by the Debtors;

(d) states such bidder is financially capable of consummating the transactions contemplated by the Modified APA;

(e) states such Qualified Bidder's offer is irrevocable until the closing of the purchase of the Loan Origination Platform if such bidder is the Successful Bidder or the Back-up Bidder (as defined below);

(f) contains such financial and other information that will allow the Debtors to make a reasonable determination in their sole discretion as to the bidder's financial and other capabilities to consummate the transactions contemplated by the Modified APA, including, without limitation, such financial and other information setting forth adequate assurance of future performance under section 365 of the Bankruptcy Code (if applicable) in a form requested by the Debtors to allow the Debtors to serve within one business day after receipt of such information on counter-parties to any contracts or leases being assigned in connection with the proposed sale that have requested, in writing, such information;

(g) states that such Qualified Bidder's offer shall be subject to, and comply with, the provisions of the Gramm-Leach Bliky Financial Services Modernization Act, if applicable, or other consumer protection act or statute if applicable.

(h) identifies with particularity each and every executory contract and unexpired lease, the assumption and assignment of which is a condition to closing;

(i) does not request or entitle the bidder to any transaction or break-up fee, expense reimbursement, or similar type of payment;

(j) fully discloses the identity of each entity that will be bidding for the Loan Origination Platform or otherwise participating in connection with such bid, and the complete terms of any such participation;

(k) (i) does not contain any due diligence, financing, or other conditions or contingencies of any kind (other than the conditions specified in the APA); and (ii) contains evidence that the bidder has received debt and/or equity funding commitments or has financial resources readily available sufficient in the aggregate to finance the purchase of the Loan Origination Platform, which evidence is reasonably satisfactory to the Debtors;

(l) includes evidence of authorization and approval from the bidder's board of directors (or comparable governing body) with respect to the submission, execution, delivery and closing of the Modified APA;

(m) is accompanied by a cash deposit of at least $3,000,000 (the "Good Faith Deposit"); and

(n) is in an amount that the Debtors deem in their sole discretion to be a sufficient offer for the Loan Origination Platform assets.

A bid meeting the above requirements shall constitute a "Qualified Bid" and such bidder shall be a "Qualified Bidder." The Debtors may aggregate separate bids from Qualified Bidders to create a Qualified Bid. The Debtors shall make a determination regarding whether a bid is a Qualified Bid and shall notify bidders whether their bids have been determined to be qualified by no later than 5:00 p.m. (prevailing Eastern time) on May 7, 2007.

5. Bid Deadline. All Qualified Bids must be submitted no later than 5:00 p.m. (prevailing Eastern time) on May 2, 2007 (the "Bid Deadline") to:

(i) The Debtors:

        Lazard Freres & Co. LLC
        30 Rockefeller Plaza
        New York, NY 10020
        Facsimile: (212) 830-3647
        Email: richard.puccio@lazard.com
        Attention:    Richard Puccio

with a copy to:

        O'Melveny & Myers LLP
        275 Battery Street, Suite 2600
        San Francisco, California 94111
        Facsimile: (415) 984-8701
        Email: bchristensen@omm.com
        Attention:   Suzzanne Uhland, Esq.
                         C. Brophy Christensen, Esq.

-and-

        Richards, Layton & Finger, P.A.
        One Rodney Square
        Wilmington, DE 19899
        Facsimile: (302) 651-7701
        Email: ramos@rlf.com
        Attention:    Mark D. Collins, Esq.
                        Marcos A. Ramos, Esq.

      (ii)    Official Committee of Unsecured Creditors:

[to be determined]

      6.    <u>Auction</u>. In the event that the Debtors timely receive one or more Qualified Bids that they deem in their sole discretion to constitute a sufficient bid for the Loan Origination Platform assets, the Debtors shall conduct an auction with respect to the Loan Origination Platform (the "<u>Auction</u>"). The Auction will take place starting on May 10, 2007 at a time selected by the Debtors which will be identified in the notice identifying the Qualified Bidders. The Auction will be conducted at the offices of O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, or such other time, date or location as designated by the Debtors in a notice to all Qualified Bidders. The Auction shall be governed by the following procedures:

      (a)    Only representatives of the Debtors, Qualified Bidders and the OCUC shall be entitled to be present at the Auction;

    (b)    Only Qualified Bidders shall be entitled to make bids at the Auction;

    (c)    Each Qualified Bidder shall be required to confirm that it has not engaged in any collusion with respect to the bidding or the sale;

    (d)    The Qualified Bidders shall appear in person at the Auction, or through a duly authorized representative;

    (e)    Bidding shall commence at the amount of the highest Qualified Bid submitted by the Qualified Bidders prior to the Auction;

    (f)    Qualified Bidders may then submit successive bids in increments of at least $250,000 higher than the bid at which the Auction commenced and then continue in minimum increments of at least $250,000 higher than the previous bid, subject to the Debtors' discretion to modify the amount of such increments;

    (g)    All Qualified Bidders shall have the right to submit additional bids and make additional modifications to their Modified APA at the Auction;

    (h)    The Auction will be conducted so that each Qualified Bidder will be informed of the terms of the previous bid;

    (i)    The Auction shall continue until there is only one offer or combination of offers that the Debtors determine, subject to Court approval, is the highest and best offer from among the Qualified Bidders submitted at the Auction (the "Successful Bid"). In making this decision, the Debtors may weigh a number of considerations including, without limitation, the amount of the purchase price, the form of consideration being offered, the likelihood of the bidder's ability to close a transaction and the timing thereof, the number, type and nature of any changes to the APA requested by each bidder, and the net benefit to the Debtors' estates. The bidder submitting such Successful Bid shall become the "Successful Bidder," and shall have such rights and responsibilities of the purchaser as set forth in the Modified APA. Within three days after adjournment of the Auction, the Successful Bidder shall complete and execute all agreements, contracts, instruments or other documents evidencing and containing the terms and conditions upon which the Successful Bid was made. Bids made after the close of the Auction shall not be considered by the Court.

    7.    Back-Up Bidder and Return of Deposits. If an Auction is conducted, the party with the next highest or otherwise best Qualified Bid, as determined by the Debtors in the exercise of their business judgment, at the Auction shall be required to serve as a back-up bidder (the "Back-up Bidder") and keep such bid open and irrevocable until after the closing of the sale transaction with the Successful Bidder. Following the Sale Hearing, if the Successful Bidder fails to consummate an approved Sale because of a breach or failure to perform on the part of such Successful Bidder, the Back-up Bidder will be deemed to be the new Successful Bid, and the Debtors will be authorized, but not required, to consummate the Sale with the Back-up Bidder without further order of the Bankruptcy Court.

Except as otherwise provided herein, the Good Faith Deposits shall be returned to each bidder not selected by the Debtors as the Successful Bidder or the Back-up Bidder by no later than the fifth (5th) business day following the conclusion of the Auction. The Good Faith Deposit of the Back-up Bidder shall be held by the Debtors until after the closing of the sale transaction with the Successful Bidder.

        8.     <u>Sale Hearing</u>. The Successful Bid will be subject to approval by the Bankruptcy Court. Please be advised that the hearing to approve the sale of the Loan Origination Platform to the Successful Bidder (the "Sale Hearing") will take place on _____, 2007 at \_\_:\_\_ .m. (prevailing Eastern time), or at such time thereafter as counsel may be heard, before the Honorable \_\_\_\_\_, United States Bankruptcy Court, District of Delaware. The Sale Hearing may be adjourned with the consent of the Successful Bidder from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.