IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., | * * * | Case No: 07-10416-KJC (Chapter 7) |
| DEBTOR. | * | Jointly Administered |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE
PURSUANT TO LOCAL DISTRICT COURT RULE 83.5**

1. MICHAEL G. GALLERIZZO, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware, the admission *pro hac vice* of JONATHAN A. STEINBERG (the "Admittee") of Gebhardt & Smith LLP to represent General Electric Capital Corporation in the above-captioned cases.

2. The Admittee is a member in good standing of the Bar of the State of Maryland, and is admitted to practice law in all state courts of the State of Maryland and the United States District Court for the District of Maryland.

_____
Michael G. Gallerizzo (No. 4550)
Gebhardt & Smith LLP
901 Market Street, Suite 451
Wilmington, Delaware 19801
(302) 656-9002

Counsel to General Electric
Capital Corporation

## CERTIFICATION OF ADMITTEE

The Admittee certifies that he is eligible for admission to this Court, is admitted to practice and in good standing in the jurisdictions shown in paragraph 2 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, these cases as provided in Local Rule 83.6 of the United States District Court of Delaware, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with those rules.  In accordance with Standing Order for the District Court Fund effective January 1, 2005, the Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk's Office of the District court prior to the filing of this motion.
Dated:  April 5, 2007
Baltimore, Maryland

_____
Jonathan A. Steinberg
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland  21202
(410) 385-5039

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* as to Jonathan A. Steinberg is granted.

April ____, 2007

_____
United States Bankruptcy Judge