IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: NEW CENTURY TRS HOLDINGS, INC., et al., a Delaware corporation, et al., | * * * | Case No: 07-10416 (KJC) (Chapter 11) Jointly Administered |
| Debtors. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I, MICHAEL G. GALLERIZZO, hereby certify that on this 9th day of April, 2007, I caused a true and correct copy of the Motion and Order for Admission Pro Hac Vice Pursuant to Local District Rule 83.5 for Jonathan A. Steinberg, Esquire to be served upon the parties on the attached service list in the manner indicated.

Michael G. Gallerizzo (No. 4550)
GEBHARDT & SMITH LLP
901 Market Street, Suite 451
Wilmington, Delaware 19801
Telephone No.: (302) 656-9002
Facsimile No.: (302) 429-5953

Counsel to General Electric
Capital Corporation.

## SERVICE LIST

VIA FIRST CLASS MAIL

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Joseph J. McMahon, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl Young Jones
  & Weintraub LLP
Wilmington, DE 19899-1266

Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

William P. Bowden, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Robert J. Dehney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 Market Street, 17th Floor
Wilmington, DE 19801

David D. Stratton, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801

VIA FIRST CLASS MAIL

Suzzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Luc A. Despins, Esquire
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10281

Keith W. Miller, Esquire
Paul Hastings Janofsky & Walker LLP
Park Avenue Tower
75 E 55th Street, First Floor
New York, NY 10022

Bennett L. Spiegel, Esquire
Shirley S. Cho, Esquire
Kirkland & Ellis LLP
777 S. Figueroa, Suite 3700
Los Angeles, CA 90017

Howard R. Hawkins, Jr., Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Dennis N. Drebsky, Esquire
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

Joseph H. Smolinsky, Esquire
Chadbourn & Parke LLP
30 Rockefeller Plaza
New York, NY 10112