IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | ) | |
| | ) | |
| Debtors. | ) | |

## MOTION AND ORDER FOR *PRO HAC VICE* ADMISSION OF THOMAS S. KIRIAKOS

I, Steven K. Kortanek, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, move the admission *pro hac vice* of Thomas S. Kiriakos (the "Admittee") to represent Carrington Mortgage Services, LLC and Carrington Capital Management, LLC in the above-captioned cases and in any related proceedings. The Admittee is admitted, practicing, and a member in good standing of the Bar of the States of Iowa (Certificate of Exemption) and Illinois and is admitted to practice before the Supreme Court of the United States, the U.S. Courts of Appeals for the Fourth and Seventh Circuits and U.S. District Court, Eastern District of Wisconsin and Northern District of Illinois.

Dated: April 10, 2007

/s/ Steven K. Kortanek
Steven K. Kortanek (Del. Bar No. 3106)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Ph: (302) 252-4363
Fax: (302) 661-7728
skortanek@wcsr.com

Local Counsel to Carrington Mortgage Services, LLC and Carrington Capital Management, LLC

WCSR 3580093v1

The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdiction(s) shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this case, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

_____
Thomas S. Kiriakos
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
Ph: 312-701-8310
Fax: 312-706-8482
tkiriakos@mayerbrownrowe.com

Motion granted.
BY THE COURT:

Date: April _____, 2007

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

WCSR 3580093v1