IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-10416 (KJC) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 12, 2007 AT 3:00 P.M.

I. **UNCONTESTED MATTER GOING FORWARD**

1. Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Dale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 70; filed 4/4/07]

    Objection Deadline: N/A

    Objections/Responses Received: None.

    Related Documents:

    i. Emergency Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [Docket No. 71; filed 4/4/07]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

      ii.    Order Granting Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [Docket No. 90; filed 4/5/07]

      iii.    Notice of Hearing [Docket No. 120; filed 4/5/07]

Status: The hearing on this matter will be go forward.

## II. CONTESTED MATTERS GOING FORWARD

2. Motion of the Debtors and Debtors in Possession for an Order Authorizing the Debtors to Pay Prepetition Wages, Compensation and Employee Benefits Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code [Docket No. 10; filed 4/2/07]

    Response Deadline:    April 9, 2007 at 4:00 p.m.

    Responses Received:

    A.    Response of the United States Trustee to the Motion of the Debtors and Debtors in Possession for an Order Authorizing the Debtors to Pay Prepetition Wages, Compensation, and Employee Benefits Pursuant to Sections 105(a) and 363 of the Bankruptcy Code [Docket No. 139; filed 4/9/07]

    Related Documents:

    i.    Interim Order Authorizing the Debtors and Debtors in Possession to Pay Prepetition Wages, Compensation and Employee Benefits Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code [Docket No. 47; filed 4/3/07]

    ii.    Notice of (I) Entry of Interim Order Authorizing the Debtors and Debtors in Possession to Pay Prepetition Wages, Compensation and Employee Benefits Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and (II) Final Hearing on the Motion [Docket No. 75; filed 4/4/07]

Status: The Committee has informally raised concerns that the parties are attempting to resolve. The Final Hearing with regard to the Retention Plans and Incentive Plans (as defined in the Motion) will go forward.

3. Emergency Motion for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 25; filed 4/2/07]

Objection Deadline: April 9, 2007 at 4:00 p.m.

Objections/Responses Received:

A. Objection of the United States Trustee to the Emergency Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief (Docket Entry #25) [Docket No. 138; filed 4/9/07]

B. Objection of State of Ohio, EX REL. Marc Dann, Attorney General to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 142; filed 4/9/07]

C. Supplement to Objection of the United States Trustee to the Emergency Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief (Related Docket Entry #1385) [Docket No. 146; filed 4/9/07]

Related Documents:

i. Emergency Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [Docket No. 26; filed 4/2/07]

ii. Order Granting Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [Docket No. 53; filed 4/3/07]

iii. Notice of Hearing [Docket No. 74; filed 4/4/07]

Status: In Addition to the objections noted above, the Committee has informally raised concerns that the parties are attempting to resolve. The hearing on this matter will go forward.

RLF1-3136512-1

### III. ADVERSARY PROCEEDING MATTERS [ADV. PRO. NO. 07-50875]

4. UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction [Adv. Pro. No. 07-50875/Docket No. 3; filed 4/5/07]

    Objection Deadline: April 11, 2007 at 12:00 a.m.

    Objections/Responses Received: None at this time.

    Related Documents:

    i. Memorandum of Law in Support of UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction [Adv. Pro. No. 07-50875/Docket No. 5; filed 4/5/07]

    ii. Affidavit of Jonathan Banks in Support of UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction [Adv. Pro. No. 07-50875; Docket No. 6; filed 4/5/07]

    iii. Declaration of Richard A. Chesley with Respect to UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction [Adv. Pro. No. 07-50875/Docket No. 7; filed 4/5/07]

    iv. Expedited Motion to Shorten Notice and for Emergency Hearing on (I) UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction, and (II) Emergency Motion of UBS Real Estate Securities Inc. for Authority to File Exhibit to Affidavit of Jonathan Banks in Support of UBS Real Estate Securities Inc's Motion for Temporary Restraining Order and Preliminary Injunction Under Seal [Adv. Pro. No. 07-50875/Docket No. 9; filed 4/5/07]

    v. Certification of Counsel Regarding Proposed Order Granting Expedited Motion to Shorten Notice and for Emergency Hearing on (I) UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction, and (II) Emergency Motion of UBS Real Estate Securities Inc. for Authority to file Exhibit to Affidavit of Jonathan Banks in Support of UBS Real Estate Securities Inc.'s Motion to Temporary Restraining Order and Preliminary Injunction Under Seal [Adv. Pro. No. 07-50875/Docket No. 13; filed 4/9/07]

    vi. Order Granting Expedited Motion to Shorten Notice and for Emergency Hearing on (I) UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary

Injunction, and (II) Emergency Motion of UBS Real Estate Securities Inc. for Authority to file Exhibit to Affidavit of Jonathan Banks in Support of UBS Real Estate Securities Inc.'s Motion to Temporary Restraining Order and Preliminary Injunction Under Seal [Adv. Pro. No. 07-50875/Docket No. 14; filed 4/10/07]

Status: The hearing on this matter will be go forward.

5. Emergency Motion of UBS Real Estate Securities Inc. for Authority to File Exhibit of Jonathan Banks in Support of UBS Real Estate Securities, Inc's Motion for Temporary Restraining Order and Preliminary Injunction Under Seal [Adv. Pro. No. 07-50875/Docket No. 8; filed 4/5/07]

Objection Deadline: April 11, 2007 at 12:00 a.m.

Objections/Responses Received: None at this time.

Related Documents:

i. Expedited Motion to Shorten Notice and for Emergency Hearing on (I) UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction, and (II) Emergency Motion of UBS Real Estate Securities Inc. for Authority to File Exhibit to Affidavit of Jonathan Banks in Support of UBS Real Estate Securities Inc's Motion for Temporary Restraining Order and Preliminary Injunction Under Seal [Adv. Pro. No. 07-50875/Docket No. 9; filed 4/5/07]

ii. Certification of Counsel Regarding Proposed Order granting Expedited Motion to Shorten Notice and for Emergency Hearing on (I) UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction, and (II) Emergency Motion of UBS Real Estate Securities Inc. for Authority to file Exhibit to Affidavit of Jonathan Banks in Support of UBS Real Estate Securities Inc.'s Motion to Temporary Restraining Order and Preliminary Injunction Under Seal [Adv. Pro. No. 07-50875/Docket No. 13; filed 4/9/07]

iii. Order Granting Expedited Motion to Shorten Notice and for Emergency Hearing on (I) UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction, and (II) Emergency Motion of UBS Real Estate Securities Inc. for Authority to file Exhibit to Affidavit of Jonathan Banks in Support of UBS Real Estate Securities Inc.'s Motion to Temporary Restraining Order and Preliminary Injunction Under Seal [Adv. Pro. No. 07-50875/Docket No. 14; filed 4/10/07]

Status: The hearing on this matter will be go forward.

Dated: April 10, 2007
      Wilmington, Delaware

*/s/ Christopher M. Samis*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
(302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
(415) 984-8700
(415) 984-8701

Proposed Attorneys for Debtors and
Debtors in Possession