## CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on April 10, 2007, I caused copies of the foregoing **Notice of Second Amended Agenda of Matters Scheduled for Hearing on April 10, 2007 at 3:30 p.m.** to be served upon the parties on the attached service list in the manner indicated.

_____
Christopher M. Samis (No. 4909)

## FAX TRANSMITTAL SHEET

### RICHARDS, LAYTON & FINGER
One Rodney Square
P O Box 551
Wilmington, DE 19899
302-651-7700
Fax: 302-651-7701
Fax Confirmation: 302-651-7796

**CONFIDENTIALITY NOTE:** The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individuals or entities named below. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. Thank You

Date: April 10, 2007
From: Aja E. McDowell, Paralegal
Matter: 157422
Number of Pages (including cover):
Re: *Notice of Second Amended Agenda of Matters Scheduled for Hearing on April 12, 2007 at 3:00 p.m. - THIS HEARING HAS BEEN CANCELLED*

|    | TO | COMPANY | PHONE # | FAX # |
|----|----|---------|---------|-------|
| 1. | Joseph J. McMahon, Jr. | Office of the United States Trustee | 302-573-6491 | 302-573-6497 |
| 2. |    |    |    |    |
| 3. | William P. Bowden Gregory A. Taylor | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| 4. | Richard A. Chesley Kimberly D. Newmarch | Paul, Hastings, Janofsy & Walker LLP | 312-499-6000 | 312-499-6100 |
| 5. | Keith W. Miller James R. Bliss | Paul, Hastings, Janofsky & Walker LLP | 212-318-6000 | 212-319-4090 |
| 6. | Elizabeth Banda | Perdue, Brandon, Fielder, Collins & Mott, LLP | 817-461-3344 | 817-860-6509 |
| 7. | Laura Davis Jones Timothy P. Cairns | Pachulski Stang Ziehl Young Jones & Weintraub LLP | 302.652.4100 | 302.652.4400 |
| 8. | Bennet L. Spiegel Shirley S. Cho | Kirkland & Ellis LLP | 213-680-8400 | 231-680-8500 |
| 9. | Joseph H. Smolinsky Douglas E. Deutsch | Chadbourne & Parke LLP | 212-408-5100 | 212-541-5369 |
| 10. | Paul M. Basta Joshua A. Sussberg | Kirkland & Ellis LLP | 212-446-4800 | 212-446-4900 |
| 11. | Marla R. Eskin Mark T. Hurford | Campbell & Levine, LLC | 302-426-1900 | 302-426-9947 |
| 12. | Charles J. Filardi, Jr. | Filardi Law Offices LLC | 203-562-8588 | 866-890-3061 |
| 13. | Patricia B. Tomasco | Brown McCarroll, LLP | 512-472-5456 | 512-479-1101 |
| 14. | Robert J. Dehney | Morris, Nichols, Arsht & | 302-658-9200 | 302-658-3989 |

RLF1-3136121-1

|     | TO | COMPANY | PHONE # | FAX # |
| --- | --- | --- | --- | --- |
|     | Gregory W. Werkheiser<br>Daniel B. Butz | Tunnell LLP |  |  |
| 15. | Luc A. Despins<br>Wilbur F. Foster | Milbank, Tweed, Hadley & McCloy LLP | 212-530-5000 | 212-530-5219 |
| 16. | Howard R. Hawkins, Jr. | Cadwalader, Wickersham & Taft LLP | 212-504-6000 | 212-504-6666 |
| 17. | Suzzanne S. Uhland<br>Ben H. Logan<br>Victoria Newmark<br>Emily Culler | O'Melveny & Myers LLP | 415-984-8700 | 415-984-8701 |
| 18. |  |  |  |  |
| 19. | Dennis J. Drebsky | Nixon Peabody LLP | 212-940-3000 | 212-940-3111 |
| 20. | Mark N. Berman | Nixon Peabody LLP | 617-345-1000 | 617-345-1300 |
| 21. | David B. Stratton | Pepper Hamilton LLP | 302-777-6500 | 302-421-8390 |
| 22. | Elizabeth Weller | Linebarger Googan Blair & Sampson, LLP | 214-880-0089 | 214-253-2558 |
| 23. | Ian Connor Bifferato<br>Garvan F. McDaniel | Bifferato Gentilotti LLC | 302-429-1900 | 302-429-8600 |
| 24. | John E. Mitchell | Vinson & Elkins LLP | 214-220-7700 | 214-220-7716 |
| 25. | Kurt F. Gwynne | Reed Smith LLP | 302-778-7500 | 302-778-7575 |
| 26. | Claudia Z. Springer | Reed Smith LLP | 215-851-8100 | 215-851-1420 |
| 27. | Mary F. Caloway<br>Eric Lopez Schnabel | Buchanan Ingersoll & Rooney PC | 302-552-4200 | 302-552-4295 |
| 29. | Chris Lenhart | Dorsey & Whitney LLP | 612-340-2600 | 612-340-2868 |
| 30. | Don A. Beskrone | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| 31. | Frank G. Burt<br>Raul A. Cuervo<br>W. Glenn Merten | Jorden Burt LLP | 202-965-8100 | 202-965-8104 |
| 32. | Scot Freeman<br>Account Resolution | Travelers<br>National Accounts | 860-277-8026 | 860-277-2158 |
| 33. | T. Robert Finlay<br>Donna L. La Porte | Wright, Finlay & Zak, LLP | 949-477-5050 | 949-477-9200 |
| 34. | William G. Malcolm | Malcolm & Cisneros, A Law Corporation | 949-252-9400 | 949-252-1032 |
| 35. | Laurie Selber Silverstein | Potter Anderson & Corroon LLP | 302-984-6000 | 302-658-1192 |
| 36. | Margot B. Schonholtz<br>Mark F. Liscio | Kaye Scholer LLP | 212-836-8000 | 212-836-8689 |
| 37. | Lawrence P. Gottesman<br>Sukyong Suh | Bryan Cave LLP | 212-541-2000 | 212-541-4630 |
| 38. | Katherine M. Windler | Bryan Cave LLP | 310-576-2100 | 310-576-2200 |

| | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
| 39. | Hernando Azarcon<br>Senior Legal<br>Coordinator | GMAC Commercial Finance LLC | 248-327-9360 | 248-327-9350 |
| 40. | William E. Chipman, Jr. | Edwards Angell Palmer & Dodge LLP | 302-425-7124 | 302-777-7263 |
| 41. | Paul T. Liu<br>John Guerry | Countrywide Home Loans, Inc. | 818-871-6069 | 818-871-4602 |
| 42. | Charles A. Hansen<br>Mark S. Bostick | Wendel, Rosen, Black & Dean LLP | 510-834-6600 | 510-834-1928 |
| 43. | Norman M. Monhait | Rosenthal, Monhait & Goddess, P.A. | 302-656-4433 | 302-658-7567 |
| 44. | Matthew Botica<br>David Wirt<br>Grayson Walter | Winston & Strawn LLP | 312-558-5600 | 312-558-5700 |
| 45. | Michael G. Gallerizzo | Gebhardt & Smith LLP | 302-656-9002 | 302-429-5953 |
| 46. | Glenn M. Reisman | | 203-944-0401 | 203-225-1244 |
| 47. | Jeffrey I. Golden<br>Hutchison B. Meltzer | Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | 714-966-1000 | 714-966-1002 |
| 48. | Stuart B. Wolfe<br>Yaron Shaham | Wolfe & Wyman LLP | 949-475-9200 | 949-475-9203 |
| 49. | Barry Freeman | Jeffer Mangels Butler & Marmaro, LLP | 310-203-8080 | 310-203-0567 |
| 50. | David M. Poitras | Jeffer Mangels Butler & Marmaro LLP | 310-203-8080 | 310-203-0567 |
| 51. | Diane J. Richey<br>Vice President and<br>Senior Counsel | Union Bank of California | 213-236-5170 | 213-627-1819 |
| 52. | David M. Fournier | Pepper Hamilton LLP | 302-777-6500 | 302-421-8390 |
| 54. | James S. Carr<br>David Retter<br>Christena A. Lambrianakos | Kelley Drye & Warren LLP | 212-808-7800 | 212-808-7897 |
| 55. | Robert P. Cocco | Robert P. Cocco, P.C. | 215-351-0200 | 215-922-3874 |
| 56. | Jed Hart | Angelo, Gordon & Co. | 212-692-2003 | 212-867-6395 |
| **COMMITTEE MEMBERS** | | | | |
| 57. | Geoffrey E. Hader | Credit-Based Asset Servicing and Securitization LLC | 212-850-7732 | 212-850-7762 |
| 58. | Neil Luria | Residential Funding Company, LLC | 952-857-7000 | 212-857-8500 |
| 59. | Michael A. Criscito | Credit Suisse First Boston Mortgage Capital LLC | 212-325-2401 | 917-326-8089 |
| 60. | Brendan Meyer | Deutsche Bank National | 212-250-2921 | 212-797-0022 |

RLF1-3136121-1

| | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
| | | Trust Co. | | |
| 61. | Thomas Martin Korsman | Wells Fargo Bank, NA | 612-466-5890 | 866-680-1777 |
| 62. | Michael J. Marino | Fidelity National Information Services, Inc. | 904-854-5842 | 904-357-1077 |
| 63. | Mark T. Lammas | Maguire Properties - Park Place LLC | 310-857-1100 | 310-857-1198 |
| | **SPECIAL SERVICE PARTIES** | | | |
| 64. | Michelle T. Sutter Matthew J. Lampke | State of Ohio | 614-466-2766 | 614-644-1926 |

| CLIENT/MATTER NAME: | New Century TRS Holdings, Inc. |
|---|---|
| RL&F MATTER NUMBER: | 157422 |

| TELECOMMUNICATOR: | |
|---|---|

MESSAGE/REMARKS:

Please deliver immediately to the person(s) listed above who is/are in your office. Thank you.

IF YOU DO NOT RECEIVE ALL THE PAGES OR FIND THEM TO BE ILLEGIBLE, PLEASE CALL **(302) 651-7796** <u>AS SOON AS POSSIBLE</u>.