IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC.<br>a Delaware corporation, et al.,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS
PURSUANT TO SECTION 1109(B) OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULES 9010 AND 2002**

NOTICE IS HEREBY GIVEN pursuant to Section 1109(b) of Title 11 of the United

States Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules") that Klehr, Harrison, Harvey, Branzburg & Ellers LLP hereby appears on

behalf of SN Servicing Corp. as Agent for Alaska Seaboard Partners Limited Partnership in the

above-captioned cases.

NOTICE IS FURTHER GIVEN that Klehr, Harrison, Harvey, Branzburg & Ellers LLP

requests that all notices given or required to be given in the above-captioned cases (including,

but not limited to, all papers filed and served in all adversary proceedings in this case, and all

notices mailed only to the statutory committees or their authorized agents and to creditors and

equity security holders who file with the Court a request that all notices be mailed to them) be

given to and served upon the following:

Richard M. Beck, Esq.
Michael W. Yurkewicz, Esq.
Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Tel: 302.426.1189
Fax: 302.426.9193

NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, that affect the above-captioned debtor or debtor-in-possession or the property of such debtor or the debtor's case.

Dated:  April 10, 2007

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS, LLP

By:   /s/ Michael W. Yurkewicz
          Richard M. Beck (#3370)
          Michael W. Yurkewicz (#4165)
          919 Market Street, Suite 1000
          Wilmington, Delaware  19801
          Tel: 302.426.1189
          Fax: 302.426.9193

          *Counsel to SN Servicing Corp. as Agent for
          Alaska Seaboard Partners Limited
          Partnership*