IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------x
In re:                                       :    Chapter 11
                                             :
NEW CENTURY TRS HOLDINGS,                    :    Case No. 07-10416 (KJC)
INC, a Delaware Corporation, et al.,         :
                                             :
        Debtors.                             :
---------------------------------------------x

NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY
AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

TO: Clerk of the Court
    United States Bankruptcy Court
    District of Delaware
    824 Market Street
    Wilmington, DE 19801

Please enter the appearance of Francis A. Monaco, Jr., Esquire, of the firm of Monzack and Monaco, P.A., as counsel for RBC Mortgage Company, Royal Bank of Canada and RBC Centura Bank ("RBC"). RBC is a party in interest and, pursuant to the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, hereby requests that all notices given or required to be given in these cases be given to and served upon:

> Francis A. Monaco, Jr., Esquire
> Monzack and Monaco, P.A.
> 1201 N. Orange Street, Suite 400
> P.O. Box 2031
> Wilmington, Delaware 19899-2031
> (302) 656-8162 (Tel)
> (302) 656-2769 (Fax)
> fmonaco@monlaw.com (E-mail)

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in the Bankruptcy Rules but also includes, without limitation, notices of any application, motion, petition,

Document#: 61034

pleading, request, complaint, or demand, whether formal or informal, filed in these chapter 11 cases.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of RBC's right: (1) to have final orders in noncore matters entered only after <u>de</u> <u>novo</u> review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, defenses, setoffs, or recoupments to which RBC is or may be entitled, in law or in equity, all of which RBC expressly reserves.

**MONZACK AND MONACO, P.A.**

*/s/ Francis A. Monaco, Jr.*

Francis A. Monaco, Jr. (#2078)
1201 N. Orange Street, Suite 400
Wilmington, DE 19899-2031
(302) 656-8162

Attorney for RBC Mortgage Company, Royal Bank of Canada and RBC Centura Bank

Dated: April 10, 2007

Document#: 61034

## CERTIFICATE OF SERVICE

I, Kristie L. Dalton, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made via hand delivery, electronic notice and U.S. Regular Mail on April 10, 2007 upon:

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Marcos A. Ramos, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Suzzanne S. Uhland, Esq.
Ben H. Logan, Esq.
Victoria Newmark, Esq.
O'Melveny & Myers, LLP
275 Battery Street
San Francisco, CA 94111

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 10, 2007

Kristie L. Dalton

Document #: 61035