IN THE UNITED STATES BANKRUPTCY
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY HOLDINGS, INC, *et al.*, | : | Case No. 07- 10416(KJC) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

NOTICE OF APPEARANCE, REQUEST FOR
SERVICE OF PAPERS, AND REQUEST FOR MATRIX ENTRY

**PLEASE TAKE NOTICE** that **Michael S. Etkin, Esq.,** and **Ira M. Levee, Esq.**, and the law firm of **Lowenstein Sandler PC,** hereby enter their appearances as bankruptcy counsel and **Salvatore J. Graziano, Esq.**, and **Blair A. Nicholas, Esq.**, and the law firm of **Bernstein Litowitz Berger & Grossmann LLP**, hereby (i) enter their appearance as counsel to New York State Teachers' Retirement System ("NYSTRS"), a movant seeking appointment as the Lead Plaintiff in a shareholder securities class action related to New Century Financial Corp., one of the Debtors,[1] on behalf of a proposed class of investors who purchased securities of New Century Financial Corp., and (ii) request that copies of all pleadings and other papers (however designated) filed in this case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the address listed below.

---

[1] The first such filed action is entitled *Gold v. Morrice, et al*, Case No. 2:07-cv-00931-DDP(JTLx), pending in the United States District Court for the Central District of California, and filed on behalf of the proposed class of investors who purchased securities of New Century Financial Corp., during the period from February 2, 2005 through March 2, 2007

In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey  07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)
E-mail:  metkin@lowenstein.com
E-mail:  ilevee@lowenstein.com


Salvatore J. Graziano, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, New York 10019
212.554.1400 (Telephone)
212.554-1444 (Facsimile)
Email: sgraziano@blbglaw.com


Blair A. Nicholas, Esq.
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
858.793.0070 (Telephone)
858.793.0323 (Facsimile)
E-mail: blairn@blbglaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or

otherwise. This Notice of Appearance shall not constitute a submission by NYSTRS to the jurisdiction of the Bankruptcy Court.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

Dated: April 10, 2007                                         LOWENSTEIN SANDLER PC

By: /s/ Ira M. Levee
Michael S. Etkin, Esq. (ME 0570)
Ira M. Levee, Esq. (IL 9958)
65 Livingston Avenue
Roseland, New Jersey  07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Bankruptcy Counsel to NYSTRS*

Salvatore J. Graziano, Esq.
Bernstein Litowitz Berger &
Grossmann LLP
1285 Avenue of the Americas
New York, New York 10019
212.554.1400 (Telephone)
212.554-1444 (Facsimile)

Blair A. Nicholas, Esq.
Bernstein Litowitz Berger &
Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
858.793.0070 (Telephone)
858.793.0323 (Facsimile)
E-mail: blairn@blbglaw.com

*Counsel fro NYSTRS and proposed Lead Counsel for the Class*