IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: NEW CENTURY TRS HOLDINGS, INC., : 
      a Delaware corporation, et al., : Chapter 11
      :
      Debtors. : Case No. 07-10416 (KJC)

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Margot B. Schonholtz, Esquire, to represent Bank of America, N.A. in this action.

POTTER ANDERSON & CORROON LLP

_/s/ Laurie Selber Silverstein_
Laurie Selber Silverstein (DE Bar No. 2396)
1313 North Market Street
Hercules Plaza, Sixth Floor
Wilmington, DE 19801
(302) 984-6000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_/s/ Margot B. Schonholtz_
Margot B. Schonholtz, Esquire
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States Bankruptcy Judge

PA&C-787275