IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
In re:                              : Chapter 11
                                    :
                                    : Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,     :
a Delaware corporation, et al.,[1]  : Jointly Administered
                                    :
            Debtors                 : Re: Docket Nos. 4, 6, 8, 9, 11, 48,
                                    : 49, 50, 54, 67, 75, 76, 90, 100, 117,
                                    : 119, 120, 121, 122, 123
------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, do hereby declare that on April 6, 2007, I caused true and correct copies of the following to be served upon the party on the attached Exhibit A by overnight mail:

- **Motion of Debtors and Debtors in Possession for an Order Directing Joint Administration of Related Chapter 11 Cases [Docket No. 4]**

- **Motion of the Debtors and Debtors in Possession for an Order Authorizing the Debtors and Debtors in Possession to (I) Continue All Insurance Policies and Agreements Relating Thereto and (II) Continue Certain Premium Financing Arrangements Relating Thereto, and (III) Honor Certain**

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Obligations in Respect Thereof Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code [Docket No. 6]

- Motion of the Debtors and Debtors in Possession for an Order (A) Authorizing the Continued Use of the Debtors' Centralized Cash Management System, Including Operation of the Servicer Trust Accounts, (B) Authorizing Maintenance of the Debtors' Existing Bank Accounts and Business Forms, and (C) Extending the Debtors' Time to Comply With Section 345 of the Bankruptcy Code [Docket No. 8]

- Motion of the Debtors and the Debtors in Possession for an Order Authorizing the Debtors to Pay Prepetition Use Tax Pursuant to Sections 105(a), 363 and 507(a) of the Bankruptcy Code [Docket No. 9]

- Motion of the Debtors and Debtors in Possession for an Order Pursuant to Section 105(a) of the Bankruptcy Code Authorizing the Debtors (A) to Honor Prepetition Obligations to Customers Pursuant to the Customer Programs and (B) to Continue the Customer Programs [Docket No. 11]

- Order Pursuant to Section 105(a) of the Bankruptcy Code Authorizing the Debtors (A) to Honor Certain Prepetition Obligations to Customers Pursuant to the Customer Programs and (B) to Continue the Customer Programs [Docket No. 48]

- Order Authorizing the Debtors and Debtors-In-Possession to Pay Prepetition Use Taxes Pursuant to Sections 105(A), 363 and 507(a) of the Bankruptcy Code [Docket No. 49]

- Order Authorizing the Debtors and Debtors-In-Possession to (I) Continue All Insurance Policies and Agreements Relating Thereto, (II) Continue Certain Premium Financing Arrangements Relating Thereto, and (III) Honor Certain Obligations in Respect Thereof Pursuant to 105(a) and 363(b) of the Bankruptcy Code [Docket No. 50]

- Order Granting Motion of the Debtors and Debtors-In-Possession (A) Authorizing the Continued Use of the Debtors' Centralized Cash Management System, Including Operation of Servicer Trust Accounts, (B) Authorizing Maintenance of Debtors' Existing Bank Accounts and Business Forms, and (C) Extending the Debtors' Time to Comply with Section 345 of the Bankruptcy Code [Docket No. 54]

- Revised Order Directing Joint Administration of Related Chapter 11 Cases [Docket No. 67]

- Notice of (I) Entry of Interim Order Authorizing the Debtors and Debtors-In-Possession to Pay Prepetition Wages, Compensation and Employee

Benefits Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and (II) Final Hearing on the Motion [Docket No. 75]

- Notice of (I) Entry of Interim Order Pursuant to Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment and (II) Final Hearing on the Motion [Docket No. 76]

- Order Granting Motion of the Debtors and Debtors-In-Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [Docket No. 90]

- Order Scheduling Omnibus Hearing Dates [Docket No. 100]

- Motion to Extend Time Motion of Debtors and Debtors in Possession for an order Granting Extension of Time to File Schedules and Statements [Docket No. 117]

- Motion to Approve an Order Providing that Creditors' Committees Are Not Authorized or Required to Provide Access to Confidential Information of the Debtors or to Privileged Information [Docket No. 119]

- Notice of Hearing Re: Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 120]

- Motion to Approve Motion of Debtors and Debtors in Possession for Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 121]

- Notice of Hearing Re: Application of the Debtors and Debtors in Possession for an Order Authorizing the Retention and Employment of Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to Section 327(a) of the Bankruptcy Code [Docket No. 122]

- Application to Employ Application of an Order Authorizing the Employment and Retention of Lazard Freres & Co. LLC as Financial Advisor to the Debtors and Debtors-in-Possession Pursuant to 11 U.S.C. 327(a) and 328(a), Fed. R. Bankr. P. 2014, and Del. Bankr. LR 2014-1 [Docket No. 123]

Dated: April 10, 2007

*[signature]*
Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
 SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Gebhardt & Smith LLP
Michael G Gallerizzo Esq
901 Market St
Ste 451
Willimgton, DE 19801