## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------x
In re:                           :    Chapter 11
                                 :
NEW CENTURY TRS HOLDINGS, INC.,  :    Case No. 07-10416 (KJC)
a Delaware corporation, et al.,[1] :
                                 :    Jointly Administered
                                 :
            Debtors              :
                                 :    Re: Docket Nos. 124, 126 and 137
---------------------------------x

### DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, do hereby declare that on April 6, 2007, I caused true and correct copies of the following to be served upon the parties on the attached Exhibit A by overnight mail:

- **Notice of Agenda of Matters Scheduled for Hearing on April 10, 2007, 3:30 p.m.** [Docket No. 124]

Additionally, on April 6, 2007, I caused copies of the following to be served on the parties listed on the attached Exhibit B by United States Postal Service first class mail:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- Notice of Entry of Interim Order Under 11 U.S.C. §§ 361, 362, 363 and 364, Fed. R. Bankr. P. 4001(b), and Del. Bankr. L. R. 4001-2, (A) Authorizing Debtors to Incur Postpetition Indebtedness, (B) Granting Security Interests and Superpriority Expense Claims, (C) Authorizing the Use of Cash Collateral, and (D) Granting Other Relief [Docket No. 126]

- Application of the Debtors and Debtors-In-Possession for an Order Authorizing the Retention and Employment of O'Melveny & Myers LLP as Co-Counsel to the Debtors Pursuant to Section 327(a) of the Bankruptcy Code [Docket No. 137]

Additionally, on April 6, 2007, I caused copies of the following to be served on the parties listed on the attached Exhibit C by United States Postal Service first class mail:

- Notice of Entry of Interim Order Under 11 U.S.C. §§ 361, 362, 363 and 364, Fed. R. Bankr. P. 4001(b), and Del. Bankr. L. R. 4001-2, (A) Authorizing Debtors to Incur Postpetition Indebtedness, (B) Granting Security Interests and Superpriority Expense Claims, (C) Authorizing the Use of Cash Collateral, and (D) Granting Other Relief [Docket No. 126]

Dated: April 10, 2007

                                      */s/ Jamie L. Edmonson*
                                      Jamie L. Edmonson (No. 4247)
                                      XROADS CASE MANAGEMENT
                                        SERVICES, LLC
                                        1821 E. Dyer Road, Suite 225
                                        Santa Ana, California 92705
                                        Telephone: (949) 567-1600

# Exhibit A

Exhibit A
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Adcreative | Blake Simon | 303 Second Street Suite 375 | Second Tower | San Francisco | CA | 94107 | |
| Alaska Seaboard Partners LP | William Fogleman | 4150 S Sherwood Forest Blvd | | Baton Rouge | LA | 70816 | |
| Aspen Funding Corp | Doris Hearn Evelyn Echevarria | c/o Amacar Group LLC | 6525 Morrison Blvd Ste 318 | Charlotte | NC | 28211 | |
| Assurant Specialty Property Ins | Kelly Chin | 260 Interstate N Circle SE | | Atlanta | GA | 30339-2110 | |
| Aurora Loan Services | Giovanni Manocchio | 10350 Park Meadows Dr 4th Floor | | Littleton | CO | 80124 | |
| Bank of America NA | Maureen Macan | 901 Main St 66th Floor | | Dallas | TX | 75202 | |
| Barclays Bank PLC | Paul Menefee Joseph O Doherty | 200 Park Avenue | | New York | NY | 10166 | |
| Carrington Securities LP | Bruce Rose | Seven Greenwich Office Park | 599 West Putnam Avenue | Greenwich | CT | 06830 | |
| Catarina Mortgage Services Inc | Ron Harpole | 22485 Tomball Highway | | Houston | TX | 77070 | |
| ChoicePoint Precision Marketing | Scott Walkins | 2525 Meridian Parkway Suite 125 | | Durham | NC | 27713 | |
| Citigroup Global Markets Realty Cor | Susan Mills Bobbie Theivakumaran | 390 Greenwich Street 6th Floor | | New York | NY | 10013 | |
| Countrywide | Dana Headlee | 20 N Acoma Blvd | | Lake Havasu City | AZ | 86403 | |
| Credit Based Asset Servicing and Securitization LLC | Marc Rosenthal | 335 Madison Ave 19th Floor | | New York | NY | 10017 | |
| Credit Suisse First Boston Mortgage Capital LLC | Gary Timmerman | 302 Carnegie Center 2nd Floor | | Princeton | NJ | 08540 | |
| DB Structured Products Inc | Glenn Minkoff | 60 Wall Street 19th Floor | | New York | NY | 10005 | |
| Deutsche Bank | Ryan Stark | 31 West 52nd Street | | New York | NY | 10019 | |
| EMC Mortgage Corporation | Tom Tarantino | 383 Madison Ave | | New York | NY | 10179 | |
| Fiserv CCS | Geno Hoover | 912 Ft Dubuesne Blvd | | Pittsburgh | PA | 15222 | |
| Gemini Securitization Corp LLC | R Douglas Donaldson | c/o Ropers & Gray LLP | 1 International Place | Boston | MA | 02110 | |
| General Electric Capital Corp | | 44 Old Ridgebury Road | | Danbury | CT | 06810 | |
| GMAC Commercial Finance LLC | Tanja Barner | 600 Galleria Parkway 15th Floor | | Atlanta | GA | 30339 | |
| Goldman Sachs Mortgage Company | Marc Flamino | 85 Broad Street | | New York | NY | 10004 | |
| Guaranty Bank | Jenny Ray Stillwell | 8333 Douglas Ave | | Dallas | TX | 75225 | |
| Harbor Asset Management Services | Shari Macedo | 1407 Foothill Blvd Ste 246 | | La Verne | CA | 91750 | |
| HSBC Bank USA NA | Joe Little | 452 5th Ave | 10th Floor | New York | NY | 10018 | |
| Indymac Bank FSB | | 888 East Walnut St | | Pasadena | CA | 91101 | |
| IXIS Real Estate Capital Inc | Tony Malanga | 9 West 57th Street 36th Floor | | New York | NY | 10019 | |
| JP Morgan Chase Bank NA | Fran Stec | 194 Wood Avenue South | Floor 3 | Iselin | NJ | 08830-2710 | |
| Lehman Brothers Bank FSB | Diane Rinnovatore | 745 Seventh Ave | | New York | NY | 10019 | |
| Lowcom | Fred Hsu | 818 W 7th St | Suite 700 | Los Angeles | CA | 90017 | |
| Lowermybills.com | Rod Pasion | 2401 Colorado Avenue | Suite 200 | Santa Monica | CA | 90404 | |
| Morgan Stanley Mortgage Capital Inc | Andy Neuberger | 1585 Broadway 10th Floor | | New York | NY | 10036 | |
| Newport Funding Corp | G Minkoff D Hearn E Echevarria | c/o Amacar Group | 6525 Morrison Blvd Ste 318 | Charlotte | NC | 28211 | |
| Nextag | Dan Tsuchiya | 1300 S El Camino Real | | San Mateo | CA | 94402 | |
| Nomura Securities | James Depalma Jeane Leschak | 2 World Financial Center | Building B | New York | NY | 10281 | |
| Pricewaterhouse Coopers LLP | Sear Yagana | 300 Madison Avenue | | New York | NY | 10017 | |
| Residential Funding Corporation | Mike Bugbee | 1646 N California Blvd 400 | | Walnut Creek | CA | 94596 | |
| SG Mortgage Finance Corp | Frank Nunnari | 1221 Avenue of the Americas | | New York | NY | 10020 | |
| Sheffield Receivables Corporation | Glenn Pearson H Nieves S Robins | c/o Barclays Capital Services | 200 Cedar Knolls Road | Whippany | NJ | 07981 | |
| Sprint | Frank Quattroccup | 18200 Von Karman Ave | | Irvine | CA | 92612 | |
| State Street Global Markets LLC | Todd Menngoff | Attn Galileon Funds | 225 Franklin St | Boston | MA | 02110 | |
| Suntrust | Tony D Atkins | 303 Peachtree St 23rd Floor | | Atlanta | GA | 30308 | |
| System Source Inc | Brooke Hergesell | 2100 Main St Ste 100 | | Irvine | CA | 92614 | |
| Tucson Funding LLC | Glenn Minkoff | c/o DB Structured Products Inc | 60 Wall Street | New York | NY | 10005 | |

Exhibit A
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| UBS Real Estate Securities Inc | George Mangiaracina | 1251 Avenue of the Americas | | New York | NY | 10019 | |
| Washington Mutual Bank FA | Michael McCauley | 3200 Southwest Freeway | | Houston | TX | 77027 | |

In re New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)
United States Bankruptcy Court, District of Delaware

Page 2 of 2

4/6/2007
Exhibit A - Top 50 Creditors

# Exhibit B

Exhibit B
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Adlerative | Blake Simon | 303 Second Street, Suite 375 | Second Tower | | San Francisco | CA | 94107 | | Top 50 |
| Affiliated Computer Services | Todd Green | PO Box 201322 | | | Dallas | TX | 75320 | | Top 50 |
| Alaska Seaboard Partners Limited Partnership | William Fogleman | 4150 S Sherwood Forest Blvd | | | Baton Rouge | LA | 70816 | | Top 50 |
| Angelo Gordon & Co | Jed A Hart | 245 Park Ave 26th Fl | | | New York | NY | 10167 | | Counsel for Angelo Gordon & Co |
| Ashby & Geddes PA | Don A Beskrone Esq | 500 Delaware Ave | 8th Fl | PO Box 1150 | Wilmington | DE | 19899 | | Counsel for Safeco Financial Insitution Solutions, Inc |
| Ashby & Geddes PA | William P Bowden & Gregory A Taylor | 500 Delaware Ave | 8th Fl | PO Box 1150 | Wilmington | DE | 19899 | | Counsel for USB Real Estate Securities Inc |
| Aspen Funding Corp | Doris Hearn, Evelyn Echevarria | c/o Amacar Group LLC | 6525 Morrison Blvd | | Charlotte | NC | 28211 | | Top 50 |
| Assurant Specialty Property Insurance | Kelly Chin | 260 Interstate N Circle SE | | | Atlanta | GA | 30339-2110 | | Top 50 |
| Aurora Loan Services | Giovanni Manocchio | 10350 Park Meadows Dr 4th Floor | | | Littleton | CO | 80124 | | Top 50 |
| Bank of America, NA | Maureen Macan | 901 Main St, 66th Floor | | | Dallas | TX | 75202 | | Top 50 |
| Barclays Bank PLC | Paul Menefee, Joseph O'Doherty | 200 Park Avenue | | | New York | NY | 10166 | | Top 50 |
| Bifferato Gentilotti LLC | Ian Connor Bifferato Esq & Garvan F McDaniel Esq | 800 N King St Plz Level | | | Wilmington | DE | 19801 | | Counsel for CB Richard Ellis Corporate Facilities Management Inc |
| Brown McCarroll LLP | Patricia B Tomasco | 111 Congress Ave Ste 1400 | | | Austin | TX | 78701 | | Counsel for Ellington Management Group, Inc |
| Bryan Cave LLP | Katherine M Windler Esq | 120 Broadway Ste 300 | | | Santa Monica | CA | 90401-2386 | | Counsel for GMAC Commercial Finance LLC |
| Bryan Cave LLP | Katherine M Windler Esq | 120 Broadway Ste 300 | | | Santa Monica | CA | 90401-2386 | | Counsel for Countrywide Home Loans Inc |
| Bryan Cave LLP | Lawrence P Gottesman Esq & Sukyoung Suh Esq | 1290 Ave of the Americas | | | New York | NY | 10104 | | Counsel for GMAC Commercial Finance LLC |
| Bryan Cave LLP | Lawrence P Gottesman Esq & Sukyoung Suh Esq | 1290 Ave of the Americas | | | New York | NY | 10104 | | Counsel for Countrywide Home Loans Inc |
| Buchanan Ingersoll & Rooney PC | Mary F Caloway Esq & Eric Lopez Schnabel Esq | 1000 West St Ste 1410 | | | Wilmington | DE | 19801 | | Counsel for Residential Funding Company LLC |
| Cadwalader Wickersham & Taft LLP | Howard R Hawkins Jr Esq | One World Financial Center | | | New York | NY | 10281 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| Campbell & Levine LLC | Marla R Eskin Mark T Hurford | 800 North King Street | Suite 300 | | Wilmington | DE | 19801 | | Counsel for Citigroup Global Markets Realty Group |
| Carrington Securities, LP | Bruce Rose | Seven Greenwich Office Park | 599 West Putnam Avenue | | Greenwich | CT | 06830 | | Top 50 |
| Catarina Mortgage Services Inc | Ron Harpole | 22485 Tomball Highway | | | Houston | TX | 77070 | | Top 50 |
| Celina ISD, Princeton ISD, City of Princeton Richardson ISD, Cedar Hill ISD, City of Cedar Hill Whitewright ISD, City of Whitewright, City of Hurst Arlington ISD, Castleberry ISD and Mansfield ISD | Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda | PO Box 13430 | | Arlington | TX | 76094-0430 | | Counsel for Celina ISD, Princeton ISD, City of Princeton Richardson ISD, Cedar Hill ISD, City of Cedar Hill Whitewright ISD, City of Whitewright, City of Hurst Arlington ISD, Castleberry ISD and Mansfield ISD |
| Chadbourne & Parke LLP | Joseph H Smolinsky & Douglas E Deutsch | 30 Rockefeller Plaza | | | New York | NY | 10112 | | Counsel for Credit Suisse First Boston Capital LLC and DLJ Mortgage Capital Inc |
| ChoicePoint Precision Marketing | Scott Watkins | 2525 Meridian Parkway, Suite 125 | | | Durham | NC | 27713 | | Top 50 |
| Citigroup Global Markets Realty Corp | Susan Mills, Bobbie Theivakumaran | 390 Greenwich Street, 6th Floor | | | New York | NY | 10013 | | |
| Countrywide | Dana Headlee | 20 N Acoma Blvd | | | Lake Havasu City | AZ | 86403 | | |
| Countrywide Home Loans Inc | Paul T Liu Esq & John Guerry Esq | 5220 Las Virgenes Rd | MS AC 11 | | Calabasas | CA | 91302 | | Counsel for Countrywide Home Loans Inc |
| Credit Suisse First Boston Mortgage Capital LLC | Gary Timmerman | 302 Carnegie Center, 2nd Floor | | | Princeton | NJ | 08540 | | Top 50 |
| Credit-Based Asset Servicing and Securitization LLC | Marc Rosenthal | 335 Madison Ave, 19th Floor | | | New York | NY | 10017 | | Top 50 |
| DB Structured Products, Inc | Glenn Minkoff | 60 Wall Street, 19th Floor | | | New York | NY | 10005 | | Top 50 |
| Deutsche Bank | Ryan Stark | 31 West 52nd Street | 3rd Floor NYC01-0304 | | New York | NY | 10019 | | Top 50 |
| Dorsey & Whitney LLP | Chris Lenhart Esq | 50 S Sixth St Ste 1500 | | | Minneapolis | MN | 55402-1498 | | Counsel for Residential Funding Company LLC |
| Edwards Angell Palmer & Dodge LLP | William E Chipman Jr Esq | 919 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for GMAC Commercial Finance LLC |

Exhibit B
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Edwards Angell Palmer & Dodge LLP | William E Chipman Jr Esq | 919 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for Countrywide Home Loans Inc |
| EMC Mortgage Corporation | Tom Tarantino | 383 Madison Ave | | | New York | NY | 10179 | | Top 50 |
| Filardi Law Offices LLC | Charles J Filardi Jr | 65 Trumbull St | Second Floor | | New Haven | CT | 06510 | | Counsel for Federal Express Corporation |
| Fiserv CCS | Geno Hoover | 912 Ft Dubuesne Blvd | | | Pittsburgh | PA | 15222 | | Top 50 |
| Galileon Capital Corporation | R Douglas Donaldson | PO Box 4024 | | | Boston | MA | 02101 | | Top 50 |
| Gebhardt & Smith LLP | Michael G Gallenzzo Esq | 901 Market St Ste 451 | | | Wilmington | DE | 19801 | | Counsel for General Electric Capital Corporation |
| Gemini Securitization Corp, LLC | R Douglas Donaldson | c/o Ropers & Gray, LLP | 1 International Place | | Boston | MA | 02110 | | Top 50 |
| General Electric Capital Corporation | | 44 Old Ridgebury Road | | | Danbury | CT | 06810 | | Top 50 |
| GMAC Commercial Finance LLC | Hernando Azarcon | Senior Legal Coordinator | 3000 Town Center Ste 280 | | Southfield | MI | 48075 | | Counsel for GMAC Commercial Finance LLC |
| GMAC Commercial Finance, LLC | Tanja Barner | 600 Gallena Parkway 15th Floor | | | Atlanta | GA | 30339 | | Top 50 |
| Goldman Sachs Mortgage Company | Marc Flamino | 85 Broad Street | | | New York | NY | 10004 | | Top 50 |
| Greenwich Capital Financial Products | General Counsel & Frank Skibo | 600 Steamboat Rd | | | Greenwich | CT | 06830 | | Counsel to DIP Lenders |
| Guaranty Bank | Jenny Ray Stilwell | 8333 Douglas Ave | | | Dallas | TX | 75225 | | Top 50 |
| Harbor Asset Management Services | Shari Macedo | 1407 Foothill Blvd Ste 245 | | | La Verne | CA | 91750 | | Top 50 |
| HSBC Bank USA, NA | Joe Little | 452 5th Ave | 10th Floor | | New York | NY | 10018 | | Top 50 |
| Indymac Bank FSB | | 888 East Walnut St | | | Pasadena | CA | 91101 | | Top 50 |
| IXIS Real Estate Capital, Inc | Tony Malanga | 9 West 57th Street, 36th Floor | | | New York | NY | 10019 | | Top 50 |
| Jorden Burt LLP | Frank G Burt Esq Raul A Cuerva Esq & W Glenn Merten Esq | 1025 Thomas Jefferson St NW | Ste 400 E | | Washington | DC | 20007-5208 | | Counsel for Safeco Financial Insitution Solutions, Inc |
| JP Morgan Chase Bank, NA | Fran Stec | 194 Wood Avenue South | Floor 3 | | Iselin | NJ | 08830-2710 | | Top 50 |
| Kaye Scholer LLP | Margot B. Schonholtz & Mark F. Liscio | 425 Park Ave | | | New York | NY | 10022 | | Counsel for Bank of America, N.A. |
| Kelley Drye & Warren LLP | David E Retter Esq & Christen A Lambrianakos Esq | 101 Park Ave | | | New York | NY | 10178 | | Counsel for Wells Fargo Bank NA |
| Kirkland & Ellis LLP | Bennett L Spiegel & Shirley S Cho | 777 S Figueroa St | Suite 3700 | | Los Angeles | CA | 90017 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Kirkland & Ellis LLP | Paul M Basta & Joshua A Sussberg | Citigroup Center | 153 East 53rd Street | | New York | NY | 10022-4611 | | Counsel for Citigroup Global Markets Realty Group |
| Lehman Brothers Bank FSB | Diane Rinnovatore | 745 Seventh Ave | | | New York | NY | 10019 | | Top 50 |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | | Dallas | TX | 75201 | | Counsel for Dallas County |
| Lowcom | Fred Hsu | 818 W 7th St | Suite 700 | | Los Angeles | CA | 90017 | | Top 50 |
| Lowermybills.com | Rod Pasion | 2401 Colorado Avenue | Suite 200 | | Santa Monica | CA | 90404 | | Top 50 |
| Malcolm & Cisneros A Law Corporation | William G Malcolm | 2112 Business Center Dr 2nd Fl | | | Irvine | CA | 92612 | | Counsel for Malcolm & Cisneros A Law Corporation |
| Milbank Tweed Hadley & McCloy LLP | Luc A Despins Esq & Wilbur F Foster Esq | 1 Chase Manhattan Plaza | | | New York | NY | 10005 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| Morgan Stanley Mortgage Capital Inc | Andy Neuberger | 1585 Broadway, 10th Floor | | | New York | NY | 10036 | | Top 50 |
| Morris Nichols Arsht & Tunnel LLP | Robert J Dehney Gregory W Werkheiser & Daniel B Butz | 1201 N Market St | PO Box 1347 | | Wilmington | DE | 19899-1347 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| National Field Representatives | Melanie LaRocque | PO Box 1440 | | | Claremont | NH | 03743 | | Top 50 |
| Newport Funding Corp | Glenn Minkoff, Doris Hearn, Evelyn Echevarria | c/o Amacar Group | 6525 Morrison Blvd | Suite 318 | Charlotte | NC | 28211 | | Top 50 |
| Nextag | Dan Tsuchiya | 1300 S El Camino Real | | | San Mateo | CA | 94402 | | Top 50 |
| Nixon Peabody LLP | Dennis J Drebsky Esq | 437 Madison Ave | | | New York | NY | 10022 | | Counsel for Deutsche Bank National Trust Company |
| Nixon Peabody LLP | Mark N Berman Esq | 100 Summer St | | | Boston | MA | 02110-1832 | | Counsel for Deutsche Bank National Trust Company |
| Nomura Securities | James Depalma, Jeane L Leschak | 2 World Financial Center | Building B | | New York | NY | 10281 | | Top 50 |

Exhibit B
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| O'Melveny & Myers LLP | Suzzanne S Uhland Ben H Logan Victoria Newmark Emily R Culler | 275 Battery Street | | | San Francisco | CA | 94111 | | Debtors' Counsel |
| Office of the United States Trustee | Joseph J McMahon, Jr. Esquire | J Caleb Boggs Federal Building | 844 King Street, Room 2207, Lockbox #35 | | Wilmington | DE | 19801 | | US Trustee |
| Pachulski Stang Ziehl Young Jones Weintraub LLP | Laura Davis Jones & Timothy P Cairns | 919 N Market St 17th Fl | PO Box 8705 | | Wilmington | DE | 19899-8705 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Paul Hastings Janofsky & Walker LLP | Keith W Miller & James R Bliss | Park Ave Tower | 75 E 55th St | First Floor | New York | NY | 10022 | | Counsel for USB Real Estate Securities Inc |
| Paul Hastings Janofsky & Walker LLP | Richard A Chesley & Kimberly D Newmarch | 191 N Wacker Dr | | 30th Fl | Chicago | IL | 60606 | | Counsel for USB Real Estate Securities Inc |
| Pepper Hamilton LLP | David B Stratton Esq | Hercules Plz Ste 5100 | | PO Box 1709 | Wilmington | DE | 19899-1709 | | Counsel for Deutsche Bank National Trust Company |
| Potter Anderson & Corroon LLP | Laurie Selber Silverstein Esq | 1313 N Market St 6th Fl | 1313 Market St | | Wilmington | DE | 19801 | | Counsel for Bank of America, N.A. |
| Pricewaterhouse Coopers LLP | Sear Yagana | 300 Madison Avenue | | | New York | NY | 10017 | | Top 50 |
| Reed Smith LLP | Claudia Z Springer Esq | 2500 One Liberty Pl | 1650 Market St | | Philadelphia | PA | 19103-7301 | | Counsel for IndyMac Bank FSB |
| Reed Smith LLP | Kurt F Gwynne Esq | 1201 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for IndyMac Bank FSB |
| Residential Funding Corporation | Mike Bugbee | 1646 N California Blvd #400 | | | Walnut Creek | CA | 94596 | | Top 50 |
| Richards Layton & Finger PA | Mark D Collins Michael J Merchant | One Rodney Square | PO Box 551 | | Wilmington | DE | 19899 | | Debtors' Counsel |
| Robert P Cocco PC | Robert P Cocco Esq | 437 Chestnut St Ste 1006 | | | Philadelphia | PA | 19106 | | Counsel for Theresa A Davis |
| Rosenthal Monhait & Goddess PA | Norman M Monhait Esq | 919 Market St Ste 1401 | PO Box 1070 | | Wilmington | DE | 19899-1070 | | Counsel for Kodiak Funding LP & Kodiak CDO I Ltd |
| SG Mortgage Finance Corp | Frank Nunnari | 1221 Avenue of the Americas | | | New York | NY | 10020 | | Top 50 |
| Sheffield Receivables Corporation | Glenn Pearson, Hansel Nieves, Shelby Robins | c/o Barclays Capital Services | 200 Cedar Knolls Road | | Whippany | NJ | 07981 | | Top 50 |
| Sprint | Frank Quattroccup | 18200 Von Karman Ave | | | Irvine | CA | 92612 | | Top 50 |
| State Street Global Markets, LLC | Todd Meningoff | Attn: Galleon Funds | 225 Franklin St | | Boston | MA | 02110 | | Top 50 |
| Suntrust | Tony D Atkins | 303 Peachtree St. 23rd Floor | | | Atlanta | GA | 30308 | | Top 50 |
| System Source, Inc | Brooke Hergesell | 2100 Main St Ste 100 | | | Irvine | CA | 92614 | | Top 50 |
| The CIT Group Business Credit Inc | Renee Singer | 505 Fifth Ave | | 3rd Fl | New York | NY | 10017 | | Counsel to DIP Lenders |
| Travelers | Scol Freeman Case Manager | National Accounts | 1 Tower Sq 5MN | | Hartford | CT | 06183-4044 | | |
| Tucson Funding LLC | Glenn Minkoff | c/o DB Structured Products, Inc | 60 Wall Street | | New York | NY | 10005 | | Top 50 |
| UBS Real Estate Securities Inc | George Mangiaracina | 1251 Avenue of the Americas | | | New York | NY | 10019 | | Top 50 |
| Vinson & Elkins LLP | John E Mitchell Esq | Trammell Crow Center | 2001 Ross Ave Ste 3700 | | Dallas | TX | 75201 | | Counsel for CB Richard Ellis Corporate Facilities Management Inc |
| Washington Mutual Bank, FA | Michael McCauley | 3200 Southwest Freeway | | | Houston | TX | 77027 | | Top 50 |
| Wells Fargo Bank NA | Thomas M Korsman Vice President | MAC N9303-120 | 608 2nd Ave S | | Minneapolis | MN | 55479 | | |
| Wendel Rosen Black & Dean LLP | Charles A Hansen & Mark S Bostick | 1111 Broadway 24th Fl | | | Oakland | CA | 94607-4036 | | Counsel for Alireza Nazmi & Golden Key Mortgage |
| Winston & Strawn LLP | Matthew Botica Esq David Wirt Esq & Grayson Walter Esq | 35 W Wacker Dr | | | Chicago | IL | 60601 | | Counsel for Kodiak Funding LP & Kodiak CDO I Ltd |
| Wolfe & Wyman LLP | Stuart B Wolfe Esq & Yaron Shaham Esq | 5 Park Plz Ste 1100 | | | Irvine | CA | 92614 | | Counsel for Wolfe & Wyman LLP |
| Wright Finlay & Zak LLP | T Robert Finlay Esq & Donna L La Porte Esq | 4665 MacArthur Ct Ste 280 | | | Newport Beach | CA | 92660 | | |

# Exhibit C

Exhibit C
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 8300, LLC | | 8395 Keystone Crossing | Ste 1000 | | Indianapolis | IN | 46240 | |
| Access Investments II Llc | | 18400 Von Karman Ave | | | Irvine | CA | 92612 | |
| Alabama | Alabama Department Of Revenue | Business Privilege Tax Section | PO Box 327431 | | Montgomery | AL | 36132-7431 | |
| Alabama | Alabama Dept Of Revenue | Financial Inst Excise Tax Unit | PO Box 327439 | | Montgomery | AL | 36132-7439 | |
| Alaska | Alaska Department Of Revenue | PO Box 110420 | | | Juneau | AK | 99811-0420 | |
| Ameriteck Credit Corporation | | 2000 West Ameritech Ctr Dr | | | Irvine | CA | 92612 | |
| Amy Martinez | Brookwood Century Springs East, LLC | PO Box 3656 | | | Norfolk | VA | 23514-3656 | |
| Anissa Eckert | Greentree Foster Plaza Associates | Foster Plaza 9 | | | Pittsburgh | PA | 15220 | |
| Arizona | Arizona Department Of Revenue | PO Box 29079 | | | Phoenix | AZ | 85038-9079 | |
| Arkansas | Department Of Finance And Administration | Corporation Income Tax Section | PO Box 919 | | Little Rock | AR | 72203-0919 | |
| Aspen Funding Corp | C/o Amacar Group Llc | 6525 Morrison Blvd | Ste 318 | | Charlotte | NC | 28211 | |
| Aspen Funding Corp | | 60 Wall St | | | New York | NY | 10005 | |
| Aspen Management, LLC | | PO Box 10 | | | Ramsay | MT | 59748 | |
| Avellino Investment Properties, LLC | | 356 N Pottstown Pike | | | Exton | PA | 19341 | |
| Bank Leumi Leasing Corporation | | 562 Fifth Ave | | | Ny | NY | 10036 | |
| Bank Of America Na | Tx1 492 66 01 | 901 Main St | 66th Fl | | Dallas | TX | 75202-3714 | |
| Bank Of America Na | | 1x 492 66 01 | 901 Main St | 66th Fl | Dallas | TX | 75202-3714 | |
| Bank Of America Na | | 301 Main St | 66th Fl | | Dallas | TX | 75202 | |
| Bank Of America Na | | 901 Main St | 66th Fl | Tx1 492 66 01 | Dallas | TX | 75202-3714 | |
| Bank Of Hawaii | George Sumner | 111 S King St | | | Honolulu HI 96813 | | | |
| Bank Of Hawaii | | 111 S King St | | | Honolulu | HI | 96813 | |
| Bank Of The West | | 300 S Grand Ave | Mail Code Sc Cal 06 A | | Los Angeles | CA | 90071 | |
| Bank Of The West | | 3000 S Grand Ave | Mail Code Sc Cal 005 A | | Evanston | IL | 60201 | |
| Bank One Chicago N.A. | | 800 Davis Street | | | New York | NY | 10166 | |
| Barclays Bank Plc | As Administrative Agent | 200 Pk Ave | | | Bossier City | LA | 71111 | |
| Bayou Plaza Associates LLC | | 5023 Hazel Jones Road | | | Whittier | CA | 90601 | |
| Beverly Ball | Atrium Business Court | 6528 Greenleaf Avenue | | | Minneapolis | MN | 55485-7918 | |
| Bill Zimmerman | Mendota Office Holdings, LLC | NW 7918, PO Box 1450 | | | Bellevue | WA | 98004 | |
| BRCP Lincoln Plaza | c/o KG Investment Management, LLC | 11225 SE 6th St, Ste 215 | | | Kansas City | MO | 64111 | |
| Broadway Center Associates LP | | 3101 Broadway, Ste 300 | | | Sacramento | CA | 94257-0500 | |
| California | Franchise Tax Board | PO Box 942857 | | | | | | |
| California State Teachers Retirement System | | 355 South Grand Avenue | Suite 2820 | | Los Angeles | CA | 90071 | |
| c/o Thomas Properties Group LLC | | | | | | | | |
| Canyon Crest Towne Centre LLC | | 5225 Canyon Crest Drive | | | Riverside | CA | 92507 | |
| Carmen Davis | | 4401 Ford Avenue | | | Alexandria | VA | 22302 | |
| Carrington Mortgage Credit Fund I Lp | Northwestern Mutual Life Insurance Company | 9 Greenwich Office Pk | | | Greenwich | CT | 06831 | |
| Cdc Mortgage Capital Inc | | 9 West 57th St | | | Ny | NY | 10019 | |
| Cecil Robbins and Teri Robbins | | 17615 Winding Creek | | | Salinas | CA | 93908 | |
| CGLIC/SAR | | 8310 Capital Of Texas Highway North | | | Austin | TX | 78731 | |
| Charter One Vendor Finance Llc | | 2300 Cabot Dr | Ste 355 | | Lisle | IL | 60532 | |
| Chris Jesseman | Crown Wateridge Associates, LLC | File #050426 | | | Los Angeles | CA | 90074-0426 | |
| Chris Peterson | Peterson Family Limited Partnership | PO Box 8841 | | | Asheville | NC | 28814 | |
| Cit Communications Finance Corporation | | 1 Cit Dr | | | Livingston | NJ | 07039 | |
| Citigroup Global Markets Realty Corp | | 390 Greenwich St | 6th Fl | | New York | NY | 10013 | |
| Coldwell Banker Cheyenne Mountain Realty | | 823 Cheyenne Meadows Road | | | Colorado Springs | CO | 80906 | |
| Colorado | Colorado Department Of Revenue | PO Box 2974 | | | Denver | CO | 80261-0006 | |
| Connecticut | Department Of Revenue Services | PO Box 81492 | | | Hartford | CT | 06104-2974 | |
| Construction & Restoration Group, LLC | | | Mswh519 | | Corpus Christi | TX | 78468-1492 | |
| Consultants Group Commercial Funding Corp | | 660 Newport Ctr Dr | Ste 800 | | Newport Beach | CA | 92660 | |
| Corinne Sather | | 1038 Associates, LLC | 435 W. Hanley Avenue | | Coeur d'Alene | ID | 83815 | |
| Corporate Property Services Manager | Washington Mutual Bank | 1301 Second Avenue (WMC1007) | | | Seattle | WA | 98101 | |
| Countrywide | Dana Headlee | 20 N. Acoma Blvd. | | | Lake Havasu City | AZ | 86403 | |
| Countrywide Home Loans Inc | | 8611 Fallbrook Ave | | | West Hills | CA | 91304 | |
| Credit Suisse First Boston Mortgage Capital Llc | | 11 Madison Ave | | | New York | NY | 10010 | |

Exhibit C
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | County |
|---|---|---|---|---|---|---|---|---|
| Crestwood Behavioral Health, Inc. | | 520 Capital Mall | | | Sacramento | CA | 95814 | |
| Db Structured Products Inc | | 60 Wall St | | | Ny | NY | 10005 | |
| Debbie Phegley | Tomorrow 35 Oaks, LP | 8710 Freeport Parkway | | | Irving | TX | 75063 | |
| Dee Dee Doran | Regus | 1215 K Street | | | Sacramento | CA | 95814 | |
| Delaware | Delaware Division Of Revenue | PO Box 2044 | | | Wilmington | DE | 19899-2044 | |
| Denali National Trust, Inc. | | 8383 E Evans Road | | | Scottsdale | AZ | 85260 | |
| Dennis Kelly | Coldwell Banker Commercial NARICO | 1120 W University Suite 200 | | | Flagstaff | AZ | 86001 | |
| Deutsch Bank Trust Company Americas As Collateral Agent | | 60 Wall St | Ms Nyc 60 2606 | | Ny | NY | 10005 | |
| Deutsch Bank Trust Company Americas As Collateral Agent | | 60 Wall St | 26th Fl | | Ny | NY | 10005 | |
| Deutsche Bank National Trust Company | Aimee Tabor, Ann Phung Barbara Campbell | Global Transaction Banking Trust & Securities Services | Structured Finance Services | 1761 East St Andrew Pl | Santa Ana | CA | 92705-4934 | |
| Deutsche Bank National Trust Company | Jackie Jackson & Marco Capuli | Global Cash Management | 60 Wall St Nyc60 2802 | | New York | NY | 10005-2858 | |
| Deutsche Bank National Trust Company | Joseph Campbell David Co | Global Transaction Banking | Trust & Securities Services Structured Finance Services | 1761 East St. Andrew Place | Santa Ana | CA | 92705-4934 | |
| Deutsche Bank National Trust Company | Mary Lewis & Shirley James | Global Cash Management | 60 Wall St Nyc60 2802 | | New York | NY | 10005-2858 | |
| Deutsche Bank National Trust Company | Scott Tofukuji, Sean Chi & Tuan Quach | Global Transaction Banking Trust & Securities Services | Structured Finance Services | 1761 East St Andrew Pl | Santa Ana | CA | 92705-4934 | |
| Deutsche Bank National Trust Company | Vishal Kannagada | Global Transaction Banking Trust & Securities Services | Structured Finance Services | 1761 East St Andrew Pl | Santa Ana | CA | 92705-4934 | |
| Deutsche Bank Trust Companies Americas | Collateral Agent | 60 Wall St | Ms Nyc | | Ny | NY | 60-2606 | |
| Deutsche Bank Trust Company Americas As Trustee | | 1761 E St Andrew Pl | | | Santa Ana | CA | 92705 | |
| Diane Hill | Pizzagalli Properties | 50 Joy Drive | | | South Burlington | VT | 5407 | |
| Diane Valentine | Joseph & Diane Valentine | PO Box 305 | | | Minden | NV | 89423 | |
| District Of Columbia | Dc Office Of Tax And Revenue | 6th Fl 941 N Capitol St | | | Ne Washington | DC | 20002-4265 | |
| Donald L. Wilson | | 707 Benton Road Corporation | 707 Benton Road, Suite 125 | | Bossier City | LA | 71111 | |
| Donna Kiessel | American Home Mortgage Corp. | 538 Broadhollow Road | | | Melville | NY | 11747 | |
| Dora Davis | O.P., LLC | 351 West Hubbard Street | | | Chicago | IL | 60610 | |
| Doug Bean & Associates Inc | | 101 SW Main Street | | | Portland | OR | 97204 | |
| DRA Advisors LLC | | 220 East 42nd Street 27th Fl | | | New York | NY | 10017 | |
| Edward R Valero | Liberty Property Trust | 11414 West Park Place | | | Milwaukee | WI | 53224 | |
| Energy Center II. Ltd. | | PO Box 1370 | | | Tuscaloosa | AL | 35403 | |
| EOP-Centerside II, L.L.C. | | 9255 Town Centre Drive | | | San Diego | CA | 92121 | |
| Equastone | | 1777 Tower | LP8910 University Center Lane | | San Diego | CA | 92122 | |
| F. Jonathan Dracos | EQY Invest First Colony Owner, Ltd., LLP | 1600 NE Miami Gardens Drive | | | North Miami Beach | FL | 33179 | |
| Faith Laurie | Hacienda MD 7901, LLC | 7901 Stoneridge Drive | | | Pleasanton | CA | 94588 | |
| Federal National Mortgage Association | | 3900 Wisconsin Ave | Nw | | Washington | DC | 20016-2892 | |
| Florida | Florida Department Of Revenue | 5050 W Tennessee St | | | Tallahassee | FL | 32399-0135 | |
| Fourth Quarter Properties | | 45 Ansley Drive | | | Newnan | GA | 30263 | |
| Gail A. English & Michael P. English Trust | | 851 Munras Avenue | | | Monterey | CA | 93940 | |
| Gainey Ranch Financial Limited Partnership | | 11811 N. Tatum Blvd. | Suite P-118 | | Phoenix | AZ | 85028 | |
| Gary M. Wisenbaker | Libroha, LLC | 327 Eisenhower Drive | | | Savannah | GA | 31406 | |
| Gemini Securitization Corp Llc | C/o Ropes & Gray Llc | One International Pl | | | Boston | MA | 02110 | |
| General Electric Capital Corporation | | 1961 Hirst Dr | | | Moberly | MO | 65270 | |
| General Electric Capital Corporation | | 2400 E Katella Ave | Ste 600 | | Anaheim | CA | 92806 | |
| General Electric Capital Corporation | | 311 N Bayshore Dr | | | Safety Harbor | FL | 34695 | |
| General Electric Capital Corporation | | 4 N Pk Dr | | | Hunt Valley | MD | 21030 | |
| General Electric Capital Corporation | | 7 Sentry Pkwyw | Ste 200 | | Blue Bell | PA | 19422 | |
| George and Shannon Selland | | PO Box 1420 | | | Yuba City | CA | 95992 | |
| George How, Managing Director | Music Box Associates, LLC c/o Eric Cederstrand | 1102 Commerce St Ste 300 | | | Tacoma | WA | 98402 | |
| Georgia | Georgia Department Of Revenue | Processing Unit | PO Box 740317 | | Atlanta | GA | 30374-0317 | |

Exhibit C
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Gilda F. Smith | Rainer Metroplex Partners | LPPO Box 674012 Lock Box Account #B4169781 | | | Dallas | TX | 75267-4012 | |
| Gmac Commercial Finance Llc | | 600 Galleria Pkwy | 15th Fl | | Atlanta | GA | 30339 | |
| Gmac Commercial Financial Llc | | 210 Interstate North Pkwy | Ste 315 | | Atlanta | GA | 30339 | |
| Goldman Sachs Mortgage Company | | 85 Broad St | | | New York | NY | 10004 | |
| Greenwich Capital Financial Products Inc | | 600 Steamboat Rd | | | Greenwich | CT | 06830 | |
| Guaranty Bank | Jenny Ray Stilwell | 8333 Douglas Ave | | | Dallas | TX | 75225 | |
| Guaranty Bank | | 8333 Douglas Ave | | | Dallas | TX | 75225 | |
| Gwinnett Center LLC | | 3098 Piedmont Road, NE | | | Atlanta | GA | 30305 | |
| Hawaii | Hawaii Department Of Taxation | PO Box 1530 | | | Honolulu | HI | 96806-1530 | |
| Heacock Business Center, LLC | | 320 North E Street, Suite 101 | | | San Bernardino | CA | 92401 | |
| Heneman Dale Scott | | C/o 32108 Alvarado Blvd 381 | | | Union City | CA | 94587 | |
| Helge LLC | | PO Box 316 | | | Sharon | MA | 2067 | |
| Higley Gold, LLC | | 2005 W. Mesquite Street | | | Chandler | AZ | 85224 | |
| Holualoa GV Shopping Plaza, LLC | | 11333 N Scottsdale Road | | | Scottsdale | AZ | 85254 | |
| Homebased Realty | | 42402 10th Street West | | | Lancaster | CA | 93534 | |
| Hope Bonner | DBSI Corporate Woods Lease | Co LLC | PO Box 974335 | | Dallas | TX | 75397-4335 | |
| HQ Global Workplaces LLC | | 15305 North Dallas Parkway | | | Addison | TX | 75001 | |
| Hyundai Rio Vista, Inc. c/o Tooley & Co. | | 8880 Rio San Diego Drive Suite 315 | | | San Diego | CA | 92108 | |
| Idaho | Idaho State Tax Commission | PO Box 76 | | | Boise | ID | 83707-0076 | |
| Illinois | Illinois Department Of Revenue | PO Box 19008 | | | Springfield | IL | 62794-9008 | |
| Indiana | Indiana Department Of Revenue | 100 N Senate Ave | | | Indianapolis | IN | 46204-2253 | |
| Iomahaka Realty | | 1738 Bass Rd | | | Macon | GA | 31210-1043 | |
| Iowa | Iowa Department Of Revenue | Corporation Tax Return Processing | PO Box 10468 | | Des Moines | IA | 50305-0468 | |
| IRS | IRS | | | | Ogden | UT | 84201 | |
| Ivonne Flores | Duesenberg Investment Company | Dept LA22159 | | | Pasadena | CA | 91185-2159 | |
| Ixis Real Estate Capital Inc | | 9 West 57th St | | | Ny | NY | 10019 | |
| J.A.B. Investments | | 1031 Pollard | | | Tyler | TX | 75701 | |
| Jim Aguilar | Dean and Adah Gay Family, LP | 5001 California Avenue | Suite 100 | | Bakersfield | CA | 93309 | |
| Jim or Molly Woods | Woods Appraisal Services, Inc. | 1880 Lucille Avenue | | | Kingman | AZ | 86401 | |
| JMBM | Jeffer, Mangels, Butler & Marmaro LLP | Barry Freeman David Poitras | | 1900 Avenue of the Stars, 7th Floor | Los Angeles | CA | 90067 | |
| John E. Reynolds | Talcott III Chase Center, LLC | Counsel to Union Bank One Financial Plaza | | | Hartford | CT | 06103 | |
| Johnson Kurt F | | C/o 32108 Alvarado Blvd | 381 | | Union City | CA | 94587 | |
| Jomahaka Properties, LLC | | 4431 Cardon Drive | | | Farmington | NM | 87401 | |
| Judy Sagrillo | Quebec Plaza/Chap, LLC | 7000 E Belleview Avenue | | | Greenwood Village | CO | 80111 | |
| Kandace Cowen | WC Partners | Unit 1, PO Box 51180 | | | Los Angeles | CA | 90051-5480 | |
| Kansas | Kansas Corporate Tax | Kansas Department Of Revenue | 915 Sw Harrison St | | Topeka | KS | 66699-4000 | |
| Kansas City | City Of Kansas City Finance Dept | Revenue Division | 414 E 12th St | | Kansas City | KS | 64106-2786 | |
| Kathy Arakawa | OVC Properties, LLC | PO Box 31000 | | | Honolulu | HI | 96849-5529 | |
| Kathy Frazier | One Grand Park | 210 Park Avenue | | | Oklahoma City | OK | 73102 | |
| Keith Day | Charleston Executive Offices, Inc. | 6650 Rivers Ave | | | North Charleston | SC | 29406 | |
| Keith Jackson | BS Joint Ventures, Inc. | 109 N Oregon | | | El Paso | TX | 79901 | |
| Keith Jim | Landmark Center | 903 N 47th Street | | | Rogers | AR | 72756-9615 | |
| Kelli Nicoloff | Duke Realty Ohio | 4555 Lake Forest Drive | Suite 400 | | Cincinnati | OH | 45242-3732 | |
| Kelly Arrigan | Cranbrook Realty Investment Fund, LP | 4710 Sisk Road | | | Modesto | CA | 95356 | |
| Ken Kolodziej | Kenstock Associates | 2204 Hidden Creek Court | | | Virginia Beach | VA | 23454 | |
| Kentucky | Kentucky Revenue Cabinet | | | | Frankfort | KY | 40620 | |
| Kilroy Realty L.P. | | 12200 W. Olympic Boulevard | | | Los Angeles | CA | 90064 | |
| KTVQ Communications, Inc. | | 3203 Third Avenue | | | North Billings | MT | 59101 | |
| KW Fund II | | 2121 N California Blvd. | | | Walnut Creek | CA | 94596 | |
| La Salle bank National Association | Keith DeFranco | 135 South LaSalle St, Suite 1625 | | | Chicago | IL | 60603 | |
| Lasalle Bank National Association | Gsts/ccm | 135 South Lasalle St Ste 1625 | | | Chicago | IL | 60603 | |
| Laura Bank | Los Angeles Farm Bureau | 41228 12th Street | | | Palmdale | CA | 93551 | |
| Lease Administrator | Falls of the Neuse, LLC | 210 Oak Avenue | | | Kannapolis | NC | 28081-4329 | |
| Leslie Girard | Prudential N.W. Property Relocation & Business Dev | 203 SE Park Plaza Drive | | | Vancouver | WA | 98684 | |

Exhibit C
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Levine Douglas | Laurel Office Park III, LLC | 17197 N Laurel Park Drive | | | Livonia | MI | 48152 | |
| Lisa Gutierrez | Hines Interests Limited Partnership | 2800 Post Oak Blvd, 49th Floor | | | Houston | TX | 77056 | |
| Louie D. Carleo | LDC Properties | 503 North Main Street | | | Pueblo | CO | 81003 | |
| Louisiana | State Of Louisiana Department Of Revenue | PO Box 201 | | | Baton Rouge | LA | 70821-0201 | |
| Louisville | Louisville/Jefferson County Metro | Revenue Commission | PO Box 35410 | | Louisville | KY | 40232-5410 | |
| Mack-Cali Taxter Associates, LLC | | PO Box 23229 | | | Newark | NJ | 7189 | |
| Madidka Enterprises | | 1 Industrial Drive | | | Hanover | PA | 17331 | |
| Main Street DYL Associates | | 220 Farm Lane | | | Doylestown | PA | 18901 | |
| Maine | Treasurer State Of Maine | Maine Revenue Services | PO Box 9114 | | Augusta | ME | 04332-9114 | |
| Marcon Enterprises, LLC | | 28 Gibson Blvd | | | Clark | NJ | 7066 | |
| Margie Morales | Addwel, LLC | 201 Edward Curry Avenue | | | Staten Island | NY | 10314 | |
| Mary McLean | Osprey Troy Officentre, LLC | 7600 Grand River Avenue | | | Brighton | MI | 48114 | |
| Mary Wallace | Kyser Family Partnership | 1537 Jean Street | | | Montgomery | AL | 36107 | |
| Maryland | Comptroller Of Maryland | Revenue Administration Division | | | Annapolis | MD | 21411-0001 | |
| Massachusetts | Massachusetts Department Of Revenue | PO Box 7005 | | | Boston | MA | 02204 | |
| Merrill Lynch | Brent Korensky | 2001 Spring Road | | | Oak Brook | IL | 60523 | |
| MHW Realty, Ltd. | | 1600 Huntington Drive | | | South Pasadena | CA | 91030 | |
| Michael McCauley | Pat Freeman | Washington Mutual Bank, FA | 3200 Southwest Freeway | | Houston | TX | 77027 | |
| Michelle Miller | Muller-Dunlap LLC | 5343 N 16th Street Suite 260 | | | Phoenix | AZ | 85016 | |
| Michigan | Michigan Department Of Treasury | PO Box 30207 | | | Lansing | MI | 48909 | |
| Mills Enterprises, LLC | | 4015 80th Street | | | Kenosha | WI | 53142 | |
| Mills Enterprises, LLC | | 4015 80th Street | | | Kenosha | WI | 53142 | |
| Minnesota | Minnesota Revenue | Mail Station 1765 | | | St Paul | MN | 55145-1765 | |
| Mission Center Partners | | PO Box 2675 | | | El Centro | CA | 92243 | |
| Mississippi | Office Of Revenue | PO Box 23050 | | | Jackson | MS | 39225-3050 | |
| Missouri | Missouri Department Of Revenue | PO Box 700 | | | Jefferson City | MO | 65105-0700 | |
| Monica Dean | Southwest Corporate Center | 11235 SE 6th Street | | | Bellevue | WA | 98004 | |
| Montana | Montana Department Of Revenue | PO Box 8021 | | | Helena | MT | 59604-8021 | |
| Morgan Stanley Mortgage Capital Inc As Agent | | 1221 Ave Of The Americas | 27th Fl | | Ny | NY | 10020 | |
| Mortgage Banking Services | Irene J. Malecky | Administrative Support Manager | | | | | | |
| MRI Springs Portfolio, LLC | | 4126 Reliable Parkway | | | Chicago | IL | 60686-0041 | |
| National Manager | CMD Realty Investments | 227 West Monroe Street | Suite 3900 | | Chicago | IL | 60606 | |
| Nc Capital Corporation | | 18400 Von Karman | | | Irvine | CA | 92612 | |
| Nebraska | Nebraska Department Of Revenue | PO Box 94818 | | | Lincoln | NE | 68509 | |
| Nevada | Nevada Department Of Taxation | 1550 College Parkway | | | Carson City | NV | 89706 | |
| New Century Funding A | | 18400 Von Karman | | | Irvine | CA | 92612 | |
| New Century Mortgage Securities Inc | | 184 Von Karman Ste 1000 | | | Irvine | CA | 92612 | |
| New Century Mortgage Securities Inc | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92612 | |
| New Hampshire | Nh Dept Of Revenue Administration | Document Processing Division | PO Box 637 | | Concord | NH | 03302-0637 | |
| New Jersey | Div Of Taxation Blc Revenue | Processing Unit | PO Box 247 | | Trenton | NJ | 08646-0247 | |
| New Jersey | State Of New Jersey | Division Of Taxation Corp Tax | PO Box 666 | | Trenton | NJ | 08646-0656 | |
| New Mexico | New Mexico Taxation & Revenue Dept | PO Box 25127 | | | Santa Fe | NM | 87504-5127 | |
| New York | Nys Corporation Tax | Processing Unit | PO Box 22094 | | Albany | NY | 12201-2094 | |
| New York | Nys Corporation Tax | Processing Unit | PO Box 22102 | | Albany | NY | 12201-2102 | |
| New York | Nys Corporation Tax | Processing Unit | PO Box 22038 | | Albany | NY | 12201-2038 | |
| Newport Funding Corp | C/o Amacar Group Llc | 6525 Morrison Blvd | Ste 318 | | Charlotte | NC | 28211 | |
| Nikki Davis | | 123 West D Street | | | Benecia | CA | 94510 | |
| Nixon Peabody LLP | Ripley Hastings | Counsel to Wells Fargo Bank N.A. | 100 Summer Street | | Boston | MA | 02110 | |
| Nixon Peabody LLP | John M. Rosenthal | Counsel to Deutsche Bank National Trust Company | Global Finance | Two Embarcadero Center, Suite 2700 | San Francisco | CA | 94111-3996 | |
| North Carolina | North Carolina Dept Of Revenue | PO Box 25000 | | | Raleigh | NC | 27640-0520 | |
| North Dakota | State Of North Dakota | Office Of State Tax Commissioner | 600 E Blvd Ave Dept 127 | | Bismarck | ND | 58505-0599 | |
| Office of the Building | Eastland Tower Partnership | 100 North Barranca Avenue | Suite 900 | | West Covina | CA | 91791-1600 | |
| Ohio | Ohio Dept Of Taxation | PO Box 804 | | | Columbus | OH | 43216-0804 | |
| Oklahoma | Oklahoma Tax Commission | Franchise Tax | PO Box 26930 | | Oklahoma City | OK | 73126-0930 | |
| Onyx One Partnership, Ltd. | | 17225 El Camino Real | Suite 405 | | Houston | TX | 77058 | |

Exhibit C
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Oregon | Oregon Department Of Revenue | PO Box 14790 | | | Salem | OR | 97309-0470 | |
| Pan Pacific (Jefferson Square) LLC | | PO Box 100541 | | | Pasadena | CA | 91189-0541 | |
| Pan Pacific (Jefferson Square) LLC | | PO Box 100541 | | | Pasadena | CA | 91189-0541 | |
| Park Plaza, Inc. | | 201 NE Park Plaza Drive | | | Vancouver | WA | 98684 | |
| Parkway Shopping, Ltd. | | 13500 W Hwy 80 E | | | Odessa | TX | 79765 | |
| Pat Brown | Shay LLC | PO Box 1105 | | | Lake Havasu City | AZ | 86405 | |
| Patrica Richardson | Board of Admin. for Police/Fire Dept. | 13238 Collection Center Drive | | | Chicago | IL | 60693 | |
| Paula Weber | Market Street Properties, LLC | 350 2nd Street | | | Coos Bay | OR | 97420 | |
| Pennsylvania | Pa Department Of Revenue | Bureau Of Corp Taxes | Department 280423 | | Harrisburg | PA | 17128-0423 | |
| Pfe International Inc | | 195 Chastain Meadows Ct | 112 | | Kennesaw | GA | 30144 | |
| Philadelphia | | City Of Philadelphia | | | Philadelphia | PA | 19105-1529 | |
| Portfolio Manager | CSHV Southpark, LLC c/o CB Richard Ellis Investors | 515 South Flower Street | Suite 3100 | | Los Angeles | CA | 900071 | |
| Pnsm Partners, LLC | | 2121 S. Columbia | | | Tulsa | OK | 74114 | |
| Prism Partners, LLC | | 2121 S. Columbia | | | Tulsa | OK | 74114 | |
| Property Manager | EOP-Bixby Ranch, L.L.C. | 333 City Boulevard West | Suite 200 | | Orange | CA | 92868 | |
| Property Manager – Gateway Office I | CA-Gateway Office Limited Partnership c/o Equity Office | 1740 Technology Drive | Suite 150 | | San Jose | CA | 95110 | |
| R J O'Brien & Associates | Rob Powell | 222 South Riverside Plaza #900 | | | Chicago | IL | 60606 | |
| RE/Max Elite Realty | | 3125 South Price Road | | | Chandler | AZ | 85248 | |
| Remax Performance, Inc. | | 300 Sunny Glen Court | | | Woodland Park | CO | 80866 | |
| Rex 99 Cherry Hill Road SPE LLC | | 625 RexCorp Plaza | | | Uniondale | NY | 11556 | |
| RF Colony Park III, LLC | | 1301 5th Avenue | | | Seattle | WA | 98101 | |
| Rhode Island | State Of Rhode Island | Division Of Taxation | One Capital Hill Ste 9 | | Providence | RI | 02908-5811 | |
| RJ O'Brien | | 222 South Riverside Plaza No 900 | | | Chicago | IL | 60606 | |
| Robert Rasania | RP Stellar 1140 Fee Owner LLC | 156 Williams Street | | | New York | NY | 10038 | |
| Ronald Lunt | HTL-Acquisitions, LLC | 300 Park Blvd., Suite 500 | | | Itasca | IL | 60143-2636 | |
| Ronald Tucker | | 810 C Street Ste 1 | | | Galt | CA | 95632 | |
| Rossman & Associates, Inc. | | 11045 Broadway | | | Crown Point | IN | 46307 | |
| RREEF Management Company | | 2300 Clayton Road | | | Concord | CA | 94520 | |
| Sara Cloutier-Lowe | Canpro Investments Ltd. | 1010 St-Catherine Street West | | | Montreal | Quebec | H3B 3S3 | Canada |
| Shewer Kann | | 816 Connecticut Ave., L.P. | 1185 Avenue of the Americas | 18th Floor | New York | NY | 10036 | |
| South Carolina | Department Of Revenue | Coroporation | | | Columbia | SC | 29214-0006 | |
| South Dakota | Special Tax Division Attn Paul Kinsman | Dept Of Revenue & Regulation | 445 East Capitol Ave | | Pierre | SD | 57501-3185 | |
| St Andrew Funding Turst C/o New Century Mortgage | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92616 | |
| Stan A. Wesolek | American Executives International Realty, Inc. | 4225 W. Glendale Avenue | | | Phoenix | AZ | 85051 | |
| State Street Global Markets | As Admin For Galleon Capital Corp | One Lincoln St | | | Boston | MA | 02111 | |
| Sterling Bank | | 2550 N Loop West | Ste 500 | | Houston | TX | 77092 | |
| Summit Office Park LLC | | PO Box 72391 | | | Cleveland | OH | 44192-0391 | |
| Sunshine Investments – Harold Elledge c/o Foster & Company | | 4090 South Danville Drive | Suite G | | Abilene | TX | 79605 | |
| Susanne Alger | Mouner Land Investment Corporation | 2670 Gateway Oaks Drive | | | Sacramento | CA | 95833 | |
| Taylor Rental Properties, LLC | | 769 E Main Street | | | Chillicothe | OH | 45601 | |
| Tennessee | Department Of Revenue | Andrew Jackson State Office Building | 500 Deaderick St | | Nashville | TN | 37242 | |
| Teresa Loumena | Camel Square, LLC | 4222 E. Camelback Road | | | Phoenix | AZ | 85018 | |
| Terri Jones | KeyLime South LLC | PO Box 0142 | | | Benton | LA | 71006 | |
| Texas | Comptroller Of Public Accounts | 111 East 17th St | | | Austin | TX | 78774-0100 | |
| The Cit Group/equipment Financing | | PO Box 27248 | | | Tempe | AZ | 85285-7248 | |
| The Granite Center LLC | | 5616 Paysphere Circle | | | Chicago | IL | 60674 | |
| The Realty Associates Fund VII, L.P. | | 28 State Street, 10th Floor | | | Boston | MA | 02109 | |
| THF / TMI Chesterfield Office Development, 1402127 | 313 Innerbelt Business Center | Suite 200 | | | St. Louis | MO | 63144 | |
| Thomas H. Turner & Tommie Sue Turner | Turner Business Complex | 300 E Russell | | | Bonham | TX | 75418 | |
| Thomason Development Co. | | 7090 North Marks | | | Fresno | CA | 93711 | |
| Three Hundred Crown Colony | | 1250 Hancock Street | | | Quincy | MA | 02169 | |

Exhibit C
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Timothy Casey | AGF Woodfield Owner L.L.C. | 1077 Paysphere Circle | | | Chicago | IL | 60674 | |
| Tom Meek | | 3 West Group, Ltd. | PO Box 64537 | | Lubbock | TX | 79464 | |
| Toma Lopez | CA-Mission Street Limited Partnership | Department #18080 | PO Box 601173 | | Los Angeles | CA | 90060-1173 | |
| Town & Country Investors, LLC | | 8860 Ladue Road, Suite 200 | | | St. Louis | MO | 63124 | |
| Town and Country Realty, Inc. | | 3734 Astrozon Boulevard | | | Colorado Springs | CO | 80910 | |
| Tracy Luck | Williamsburg Commercial Investors Group One | 3917 Midlands Rd #200 | | | Williamsburg | VA | 23188 | |
| Ubs Real Estate Securities Inc | | 1251 Ave Of The Americas | 22nd Fl | | Ny | NY | 10020 | |
| Ubs Real Estate Securities Inc | | 1285 Ave Of The Americas | | | New York | NY | 10019 | |
| Union Bank of California | Andrea White & Jorge Flores | 445 S. Figueroa St., | MC G08-470 | | Los Angeles | CA | 90071-1655 | |
| United California Capital | | 201 N Civic Dr | | | Walnut Creek | CA | 94596 | |
| United Insurance Company of America | | 2550 S Rainbow Blvd Ste 200 | | | Las Vegas | NV | 89102 | |
| Us Bancorp Equipment Financial Inc | | PO Box 230789 | | | Portland | OR | 97281 | |
| Us Bancorp Leasing & Financial | | 7659 Sw Mohawk St | | | Tualatin | OR | 97062 | |
| Us Bank National Association | As Indenture Trustee | 180 E Fifth St | | | St Paul | MN | 55101 | |
| Utah | Utah State Tax Commission | 210 North 1950 West | | | Salt Lake City | UT | 84134-0300 | |
| Vermont | Vermont Department Of Taxes | 109 State St | | | Montpelier | VT | 05609-1401 | |
| Virginia | Virginia Department Of Taxation | PO Box 1500 | | | Richmond | VA | 23218-1500 | |
| Vista North Partners, Ltd. | | 1660 S Stemmons | | | Lewisville | TX | 75067 | |
| Vista Office Centre, LLC | | PO Box 4464 | | | Thousand Oaks | CA | 91359 | |
| Wade Sellars | Stone Bros. & Associates | 1024 West Robinhood Drive | | | Stockton | CA | 95207 | |
| Washington | Washington Department Of Revenue | PO Box 34051 | | | Seattle | WA | 98124-1051 | |
| Washington Mutual Bank Fa | Michael Mccauley | 3200 Southwest Freeway | | | Houston | TX | 77027 | |
| Washington Mutual Bank Fa | Pat Freeman | 3200 Southwest Freeway | | | Houston | TX | 77027 | |
| Wells Fargo | Chris Gold | ITS-San Diego MAC E2963-171 | 4365 Executive Drive, Suite 1700 | | San Diego | CA | 92121-2130 | |
| West Virginia | West Virginia State Tax Department | Internal Auditing Division | PO Box 1202 | | Charleston | WV | 25324-1202 | |
| Westminster Tech II c/o Sierra Properties | | 1150 Academy Park Loop, #104 | | | Colorado Springs | CO | 80910 | |
| Whitwood Jason Allen | | C/o 3625 Amur Maple Dr | | | Bakersfield | CA | 93311 | |
| William Depiein | | 136 Turnpike Road LLC | 259 Turnpike Road | | Southborough | MA | 1772 | |
| Wisconsin | Wisconsin Department Of Revenue | PO Box 8908 | | | Madison | WI | 53708-8908 | |