IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re:                                                  :
                                                        :     Chapter 11
NEW CENTURY TRS HOLDINGS,                               :
INC., a Delaware corporation, et al.,                   :     Case No. 07-10416 (KJC)
          Debtors.                                       :
------------------------------------------------------- x

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICE AND PLEADINGS**

    PLEASE TAKE NOTICE that Carrington Mortgage Services, LLC and Carrington Capital Management, LLC, (collectively, "Carrington"), parties-in-interest in the above-captioned case, by and through their attorneys, hereby appear and hereby enter their appearance, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9019(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given to and served upon the following persons at the following addresses, fax numbers and e-mail addresses:

| | |
|---|---|
| Thomas S. Kiriakos, Esq. | Steven K. Kortanek, (Del. Bar No. 3106) |
| Sean T. Scott, Esq. | Womble Carlyle Sandridge & Rice, PLLC |
| Mayer, Brown, Rowe & Maw LLP | 222 Delaware Avenue, Suite 1501 |
| 71 South Wacker Drive | Wilmington, DE 19801 |
| Chicago, Illinois 60606 | Tel. 302.252.4363 |
| Tel. 312.782.0600 | Fax 302.661.7728 |
| Fax 312.701.7711 | skortanek@wcsr.com |
| tkiriakos@mayerbrownrowe.com | |
| stscott@mayerbrownrowe.com | |

    PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the

Bankruptcy Rules and sections of the Bankruptcy code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Service of Notice and Pleadings shall not be deemed or construed to be a waiver of Carrington's right (i) to have final orders in non-core matters entered only after _de novo_ review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, actions, setoffs, or recoupments to which Carrington is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments, which Carrington expressly reserves.

Dated: April 10, 2007

**CARRINGTON MORTGAGE SERVICES, LLC AND CARRINGTON CAPITAL MANAGEMENT, LLC**

By: /s/ Steven K. Kortanek, Esq.
    One of their Attorneys

Thomas S. Kiriakos, Esq.
Sean T. Scott, Esq.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel. 312.782.0600
Fax 312.701.7711
tkiriakos@mayerbrownrowe.com
stscott@mayerbrownrowe.com

Steven K. Kortanek, (Del. Bar No. 3106)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Tel. 302.252.4363
Fax 302.661.7728
skortanek@wcsr.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------- x
In re:                                            :
                                                  :    Chapter 11
NEW CENTURY TRS HOLDINGS,                         :
INC., a Delaware corporation, et al.,             :    Case No. 07-10416 (KJC)
                Debtors.                          :
------------------------------------------------- x
```

## CERTIFICATE OF SERVICE

Steven K. Kortanek, an attorney, hereby certifies that on the 10th day of April, 2007, he caused to be served, via First Class, U.S. Mail, postage prepaid, a true and correct copy of the **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS** upon each of the parties set forth on the attached Service List. Registered members of the Court's CMECF system that are participants in these proceedings received electronic notice of this filing.

Dated: April 10, 2007              /s/ Steven K. Kortanek, Esq.
                                   Steven K. Kortanek, Esq.

*New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)*
*Bankruptcy Rule 2002 Service List as of April 10, 2007*
*Local Via Hand Delivery  -  Non-Local Via First Class Mail*

*Representing Debtors*
Mark D. Collins
Michael J. Merchant
Chun I. Jang
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

*Representing United States Trustee*
Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

*Representing Safeco Financial Institution Solutions, Inc.*
Don A. Beskrone
Ashby & Geddes, P.A.
P.O. Box 1150
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

*Representing CB Richard Ellis Corporate Facilities Management, Inc.*
Ian Connor Bifferato
Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

*Representing UBS Real Estate Securities, Inc.*
William P. Bowden
Gregory A. Taylor
Ashby & Geddes, P.A.
P.O. Box 1150
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

*Representing Residential Funding Company, LLC*
Mary F. Caloway
Eric Lopez Schnabel
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

*Representing GMAC Commercial Finance LLC and Countrywide Home Loans*
William E. Chipman, Jr.
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801

*Representing Morgan Stanley Mortgage Capital Inc.*
Robert J. Dehney
Gregory W. Werkheiser
Daniel B. Butz
Morris, Nichols, Arsht & Tunnell LLP
P.O. Box 1347
1201 North Market Street, 18th Floor
Wilmington, DE 1347

*Representing Citigroup Global Markets Realty Corp.*
Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

*Representing General Electric Capital Corporation*
Michael G. Gallerizzo
Gebhardt & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801

*Representing IndyMac Bank, F.S.B.*
Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

RLF1-3137099-1

*Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.*
Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl Young Jones & Weintraub LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801

*Representing Union Bank of California*
David M. Fournier
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street, Suite 5100
Wilmington, DE 19801

*Representing Kodiak Funding LP and Kodiak CDO I, Ltd.*
Norman M. Monhait
Rosenthal, Monhait & Goddess, P.A.
P.O. Box 1070
919 Market Street, Suite 1401
Wilmington, DE 19899-1070

*Representing Bank of America, N.A.*
Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19899

*Representing Deutsche Bank National Trust Co.*
David B. Stratton
Pepper Hamilton LLP
P.O. Box 1709
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899

*Representing GMAC Commercial Finance LLC*
Hernando Azarcon
Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI 48075

XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA 90295

*Representing Celina ISD, Princeton ISD, City of Princeton, Richardson ISD, Cedar Hill ISD, City of Cedar Hill, Whitewright ISD, City of Whitewright, City of Hurst, Arlington ISD, Castleberry ISD and Mansfield ISD*
Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430

*Representing Citigroup Global Markets Realty Corp.*
Paul M. Basta
Joshua A. Sussberg
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

*Representing Deutsche Bank National Trust Co.*
Mark N. Berman
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-1832

*Representing Kodiak Funding LP and Kodiak CDO I, Ltd.*
Matthew Botica
David Wirt
Grayson Walter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

*Representing Safeco Financial Institution Solutions, Inc.*
Frank G. Burt
Raul A. Cuervo
W. Glenn Merten
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-5208

*Representing Wells Fargo Bank, N.A., As Indenture Trustee and Property Trustee*
James S. Carr
David Retter
Christena A. Lambrianakos
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

*Representing UBS Real Estate Securities, Inc.*
Richard A. Chesley
Kimberly D. Newmarch
Paul, Hastings, Janofsy & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606

*Representing Theresa A. Davis*
Robert P. Cocco
Robert P. Cocco, P.C.
437 Chestnut Street, Suite 1006
Philadelphia, PA 19106

*Representing Morgan Stanley Mortgage Capital Inc.*
Luc A. Despins
Wilbur F. Foster
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

*Representing Deutsche Bank National Trust Co.*
Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

*Representing Federal Express Corporation*
Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510

*Representing Party-in-Interest*
T. Robert Finlay
Donna L. La Porte
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660

*Representing Union Bank of California*
Barry Freeman
Jeffer Mangels Butler & Marmaro, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

*Representing Travelers*
Scot Freeman
Account Resolution
Travelers
National Accounts
1 Tower Square - 5MN
Hartford, CT 06183-4044

*Representing eMortgage Logic LLC*
Jeffrey I. Golden
Hutchison B. Meltzer
Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

*Representing GMAC Commercial Finance LLC and Countrywide Home Loans*
Lawrence P. Gottesman
Sukyong Suh
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

*Representing Alireza Nazmi and Golden Key Mortgage*
Charles A. Hansen
Mark S. Bostick
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

Jed Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

RLF1-3137099-1

*Representing SRIVA Relocation*
Glenn M. Reisman
Two Corporate Drive, Suite 234
Shelton, CT 06484

*Representing Morgan Stanley Mortgage Capital Inc.*
Howard R. Hawkins, Jr.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

*Representing Wells Fargo Bank, N.A. as Indenture Trustee and Property Trustee*
Thomas M. Korsman
Vice President
Wells Fargo Bank, N.A.
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN 55479

*Representing Residential Funding Company, LLC*
Chris Lenhart
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

*Representing Countrywide Home Loans, Inc.*
Paul T. Liu
John Guerry
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA 91302

*Representing Party-in-Interest*
William G. Malcolm
Malcolm & Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612

*Representing UBS Real Estate Securities, Inc.*
Keith W. Miller
James R. Bliss
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, NY 10022

*Representing CB Richard Ellis Corporate Facilities Management, Inc.*
John E. Mitchell
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201

*Representing Union Bank of California*
David M. Poitras
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Diane J. Richey
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, CA 90071

*Representing Bank of America, N.A.*
Margot B. Schonholtz
Mark F. Liscio
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

*Representing Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc.*
Joseph H. Smolinsky
Douglas E. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

*Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.*
Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

*Representing IndyMac Bank, F.S.B.*
Claudia Z. Springer
Reed Smith LLP
2500 One Liberty Place, 1650 Market St.
Philadelphia, PA 19103-7301

*Representing Ellington Management Group, Inc.*
Patricia B. Tomasco
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

*Representing Debtors*
Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily Culler
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

*Representing Dallas County*
Elizabeth Weller
Linebarger Googan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX 75201-2644

*Representing GMAC Commercial Finance LLC and Countrywide Home Loans*
Katherine M. Windler
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

*Representing Wolfe & Wyman LLP*
Stuart B. Wolfe
Yaron Shaham
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

*Committee Member*
Geoffrey E. Hader
Credit-Based Asset Servicing and Securitization LLC
335 Madison Avenue, 19th Floor
New York, NY 10017

*Committee Member*
Neil Luria
Residential Funding Company, LLC
8400 Normandale Lake Boulevard, Suite 250
Minneapolis, MN 55347

*Committee Member*
Michael A. Criscito
Credit Suisse First Boston Mortgage Capital LLC
Eleven Madison Avenue
New York, NY 10010-3629

*Committee Member*
Brendan Meyer
Deutsche Bank National Trust Co.
1761 East Street Andrew Place
Santa Ana, CA 92705-4934

*Committee Member*
Thomas Martin Korsman
MAC N9309-120
608 Second Avenue South
Minneapolis, MN 55479

*Committee Member*
Michael J. Marino
Fidelity National Information Services, Inc.
601 Riverside Avenue
Jacksonville, FL 32204

*Committee Member*
Mark T. Lammas
Maguire Properties - Park Place LLC
1733 Ocean Avenue, Suite 400
Santa Monica, CA 90401

RLF1-3137099-1