IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

*PLEASE TAKE NOTICE* that, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, *The Official Committee of Unsecured Creditors* requests that all notices given or required to be given in these Chapter 11 cases be given and served upon:

> Bonnie Glantz Fatell, Esquire
> *Blank Rome LLP*
> 1201 Market Street, Suite 800
> Wilmington, DE 19801-4226
> Tel:   (302) 425-6400
> Fax:   (302) 425-6464
> Emails: fatell@blankrome.com
>
>         - and -
>
> Mark T. Power, Esquire
> Mark S. Indelicato, Esquire
> Jeffrey L. Schwartz, Esquire
> Hahn & Hessen LLP
> 488 Madison Avenue
> 14th and 15th Floor
> New York, New York  10022
> Tel:   (212) 478-7200
> Fax:   (212) 478-7400
> Emails:  mpower@hahnhessen.com
>          mindelicato@hahnhessen.com
>          jschwartz@hahnhessen.com

***PLEASE TAKE FURTHER NOTICE*** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, or otherwise, which affects or seeks to affect in any way the above-captioned Debtor or the property of the Debtor.

Dated: April 10, 2007					**BLANK ROME LLP**

*[signature]*
Bonnie Glantz Fatell (DE No. 3809)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:	(302) 425-6400
Facsimile:	(302) 425-6464

- and -

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floor
New York, New York 10022

*Proposed Co-Counsel for The Official Committee of Unsecured Creditors*