## CERTIFICATE OF SERVICE

I, *Bonnie Glantz Fatell*, certify that I am not less than 18 years of age, and that on April 10, 2007, I caused service of the attached *Notice of Appearance and Request for Service of Papers* to be made on the parties listed on the attached service list in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____
Bonnie Glantz Fatell