# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, <u>et al.</u>,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | Hearing Date:  May 7, 2007 @ 10:00 a.m. |
| | : | Objection Deadline: April 30, 2007 @ 4:00 p.m. |
| | : | |

## ORDER PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE AUTHORIZING EMPLOYMENT OF HENNIGAN, BENNETT & DORMAN LLP, AS SPECIAL LITIGATION <u>COUNSEL TO THE DEBTORS NUNC PRO TUNC AS OF APRIL 6, 2007</u>

Upon review and consideration of the "Application For Order Pursuant To Section 327(e) Of The Bankruptcy Code Authorizing Employment Of Hennigan, Bennett & Dorman LLP, As Special Litigation Counsel To The Debtors *Nunc Pro Tunc* to April 6, 2007" (the "<u>Application</u>") filed by New Century TRS Holdings, Inc., et al., the debtors and debtors in possession herein (the "<u>Debtors</u>"), seeking entry of an order pursuant to section 327(e) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rule 2014 of the Federal Rules of Bankruptcy Procedure authorizing and approving the employment and retention of Hennigan, Bennett & Dorman LLP ("<u>HBD</u>") as special litigation counsel to the Debtors, consistent with the terms of the retainer agreement by and between the Debtors and HBD (the "<u>Retainer Agreement</u>"),

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

substantially in the form annexed to the Application as <u>Exhibit C</u>; and upon consideration of the Application and the Court being satisfied that HBD represents no interest adverse to the Debtors' estates with respect to the matters upon which it is to be engaged, and that the employment of HBD is necessary and in the best interest of the Debtors and their estates; and it appearing that due notice of the Application having been given; and that no other or further notice need be given; and sufficient cause appearing therefor; it is hereby

ORDERED that, in accordance with section 327(e) of the Bankruptcy Code, the Debtors are hereby authorized to employ and retain HBD as special litigation counsel upon the terms and conditions set forth in the Application and the Retainer Agreement, effective as of April 6, 2007; and it is further

ORDERED that HBD shall be compensated in accordance with the terms and conditions set forth in the Retainer Agreement.

Dated:  Wilmington, Delaware
         _____, 2007

                                    _____
                                    HONORABLE KEVIN J. CAREY
                                    UNITED STATES BANKRUPTCY JUDGE

- 2 -