# EXHIBIT B

## HBD Biographical Summaries

**BRUCE BENNETT:** Mr. Bennett is a founding partner of Hennigan, Bennett & Dorman, LLP. He specializes in complex corporate reorganization and insolvency. Mr. Bennett has been involved in many of the largest corporate reorganization cases in the United States, including in the fields of retail, telecommunications, heavy industry, aviation, manufacturing, real estate, insurance, energy, banking, and computer technology. Mr. Bennett was also lead debtor's counsel in the largest municipal bankruptcy in the country, In re County of Orange, California, which commenced following a $1.7 billion loss in county investment pools. As counsel to the debtor, Mr. Bennett was the architect of the Plan of Adjustment that comprehensively resolved the County's financial problems. That Plan was confirmed and successfully implemented in approximately 18 months. In addition, litigation prosecuted by HBD resulted in the recovery of over $870 million for the County. Mr. Bennett's representative experience also includes such clients and matters as: LTV Corporation and affiliates; Rabo Bank; Olympia & York Developments Ltd. and affiliates; Federated Stores, Inc.; Komag, Inc.; L.A. Gear, Inc.; WestStar Cinemas, Inc.; Liberty House, Inc.; SmarTalk TeleServices, Inc.; StorMedia Inc.; Aureal, Inc.; RBX, Inc.; First Capital Holdings Corp.; Evergreen International Aviation, Inc. and affiliates; Dome Petroleum Ltd.; Tucson Electric Power Company; Equatorial Communications Corporation; Westwood Equities, Inc.; and Storage Technology Corporation and affiliates. Prior to founding HBD, Mr. Bennett was a senior shareholder and member of the Executive Committee of Stutman, Treister & Glatt PC, where he practiced from 1982-1995. Education: Harvard University Law School, J.D., with distinction, 1982; Brown University, Sc.B., Applied Mathematics and Economics, magna cum laude, 1979. Professional Activities: Admitted: California; Fellow: American College of Bankruptcy; Member: Board of Governors, Financial Lawyers Conference; Commissioner: Personal and Small Business Bankruptcy Advisory Commission of the California Board of Legal Specialization, State Bar of California (1992-1995); Member: Board of Directors, Public Counsel (1996-1999); Member: American Bar Association, Section on Business Law, Business Bankruptcy Committee; Member: International Bar Association, Committee J (Insolvency and Creditors' Rights Law); Member: State Bar of California, Section on Commercial Law and Bankruptcy; Speaker at numerous educational programs for members of the bar and other professionals; and at National Conference of Bankruptcy Judges. Published Reports: Brain Trust: Lead Attorney in County Bankruptcy Earned a Whiz Kid Reputation by Resolving Big Cases, The Los Angeles Times, December 11, 1994, Part A, p. 3; Orange County's Artful Dodger: The Creative Bankruptcy Tactics of Bruce Bennett, The New York Times, August 4, 1995, Section D, p. 1; Lawyer of the Year: Runner-Up, Bruce Bennett: Pulling Orange County Back From the Financial Abyss, The National Law Journal, December 25, 1995, p. C-4; Good Publicity is No Publicity: Attorney Keeps Low Profile in High Stakes Cases, Los Angeles Daily Journal, December 27, 1994, p. 1; Bond Crisis: Attorney Readies Plan to Share Pain, The Orange County Register February 5, 1995, at p. A-4. Hourly Rate: $805.

**SIDNEY P. LEVINSON:** Mr. Levinson is a partner at Hennigan, Bennett & Dorman LLP, where he specializes in bankruptcy. His clients include debtors, trustees, and creditors' committees in a variety of large, complex proceedings. His recent representations include Hawaiian Airlines, Inc. (Chapter 11 Trustee), WestPoint Stevens, Inc. (Steering Committee of First Lien Lenders), Azabu Buildings Company Ltd. (Petitioning Creditors), NorthPoint Communications Group, Inc. (Chapter 7 Trustee), Peregrine Systems, Inc. (Official Committee

of Unsecured Creditors), House2Home, Inc. (Special Counsel for Official Committee of Unsecured Creditors), Excite@Home, Inc. (largest secured creditor), Fruit of the Loom, Inc. (Ad Hoc Committee of Noteholders), SpectraSite Holdings, Inc. (Prepetition Ad Hoc Committee of Bondholders), Liberty House, Inc. (Debtor-in-Possession), and Aureal Inc. (Debtor-in-Possession). Formerly, Mr. Levinson was a trial attorney at the Department of Justice, Civil Division, where he specialized in bankruptcy and commercial litigation. He has written and spoken frequently on insolvency issues. Education: University of California at Los Angeles School of Law, J.D., 1988; Member, UCLA Law Review; Brandeis University, B.A., 1985, cum laude. Professional Activities: Admitted: California, District of Columbia; Chair: ABA Subcommittee on Administration, U.S. Trustee, Jurisdiction & Venue, and Courts (2005-present); Vice Chair: ABA Subcommittee on Administration, U.S. Trustee, Jurisdiction & Venue, and Courts (2002-2005); Editor: California Bankruptcy Journal (2000-03); Panelist: "When Sarbanes-Oxley and Bankruptcy Collide," Orange County Bankruptcy Forum, Newport Beach, CA, April 29, 2003; Panelist: "To Ship or Not to Ship? That is the Question. Representing Vendors in Bankruptcy," Los Angeles Bankruptcy Forum, Los Angeles, CA, December 16, 2004; Panelist: "Was Professor Ward Really Serious? IP and Bankruptcy – When Worlds Collide," Financial Lawyers Conference, Los Angeles, CA, February 2, 2006; Moderator: "Who Made These Rules Anyway? Practical, Legal and Strategic Considerations for Retention and Compensation," 2004 ABI Hawaii Bankruptcy Workshop Program, Kauai, HI, June 25, 2004. Publications: Author: "Does the Government Bear the Ultimate Burden of Proof Regarding Allowance of a Tax Claim in Bankruptcy," 25 California Bankruptcy Journal 137 (1999). Author: "Does an Administrative Expense Constitute a 'Claim,'" 25 California Bankruptcy Journal 389 (2000); Author: "Barbarians at the Gates: Distressed Debt Trading and Acquisition in Chapter 11 Cases" presented at ABA Business Bankruptcy Committee Program at 77th Annual Meeting of National Conference of Bankruptcy Judges, San Diego, CA, October 17, 2003; Author: "Can Bankruptcy Lawyers Charge Higher Billing Rates Than Their Non-Bankruptcy Counterparts?" presented at 2004 ABI Hawaii Bankruptcy Workshop Program, Kauai, HI, June 25, 2004; Co-Author: "Formation of Official Committees Under 11 U.S.C. § 1102: Composition, Appointment & Standard of Review" presented at 2003 ABA Spring Meeting, Business Law Section, Subcommittee on Administration, US Trustee, Jurisdiction & Venue and Courts Program, Los Angeles, CA, April 4, 2003; Co-Author: "Was Professor Ward Really Serious? IP and Bankruptcy – When Worlds Collide," Financial Lawyers Conference, Los Angeles, CA, February 2, 2006. Hourly Rate: $615.

**JEANNE E. IRVING:** Ms. Irving, a partner with Hennigan, Bennett and Dorman LLP, specializes in complex commercial litigation. Ms. Irving has been with HBD since its founding in 1995. Ms. Irving specializes in Complex Commercial Litigation, Securities Litigation and Accountants' Liability Litigation. Ms. Irving has been lead counsel in the defense of numerous officers and directors in multi-billion dollar lawsuits alleging securities fraud, breaches of fiduciary duty and related corporate torts. In addition, she has defended accountants in many accountants' liability suits. Ms. Irving has also represented plaintiffs pursuing fraud and other business tort and contract claims as well as asserting creditors' rights in bankruptcy proceedings. Representative Matters Include: (1) In re Global Crossing Ltd Securities Litigation, in which Ms. Irving defended former Global Crossing officer and director in consolidated securities fraud class actions and related litigation seeking tens of billions of dollars in damages; (2) PCL Japan, Ltd. v. Asia Netcom Corporation Limited, in which Ms. Irving defended former officers of Asia

Global Crossing in a suit alleging breaches of fiduciary duty and fraudulent conveyance relating to a Japanese telecommunications cable station; (3) Reddam v. GMAC Mortgage Corp., in which Ms. Irving, together with other lawyers at HBD, represented Paul Reddam in an action to recover amounts GMAC Corporation had contracted to pay him when it purchased Ditech Funding Corp., a company he had founded. The matter was settled on confidential terms with a substantial recovery to the client; and (4) Glen Ivy Litigation, in which Ms. Irving was lead counsel for plaintiffs in suits brought by Chemical Bank, Barclay's Bank PLC, Financial Security Assurance Inc., Marine Midland Bank, and the marketers in the country, to prosecute claims on their behalf against Glen Ivy's former auditors, officers, directors, and title and escrow companies. Ms. Irving's clients obtained a recovery in excess of $34 million. Education: Harvard Law School, J.D, 1978; Boston College, B.A., Summa Cum Laude, Phi Beta Kappa, 1975. Professional Activities: Admitted: California; Member: Los Angeles County Bar Association; State Bar of California; Women Lawyers' Association of Los Angeles; Panel of Arbitrators, NASD Dispute Resolution, Inc.; Speaker: Conference on "Financial Statement Fraud," 2004; Co-Author: "Collateral Estoppel," Securities Law Techniques (Matthew Bender 1985); Author: "What a Difference a Decade Makes – Chipping Away at the Bily Club," Financial Statement Fraud: What Every Lawyer Needs to Know (Practising Law Institute 2004). Hourly Rate: $615.

**JOSHUA D. MORSE:** Mr. Morse is an associate at Hennigan, Bennett & Dorman LLP. Mr. Morse joined the firm in September 2000, and focuses primarily on bankruptcy and bankruptcy-related litigation and transactions representing debtors, creditors' committees and individual creditors. Mr. Morse was the lead associate in the representation of Factory 2-U Stores, Inc., Komag, Incorporated and Opal Concepts, Inc., et al., in their respective chapter 11 cases, and has represented a number of debtors in successful chapter 11 proceedings, including Liberty House, Inc., Strouds, Inc., Aureal, Inc., and SmarTalk TeleServices, Inc. Mr. Morse also served as counsel to the chapter 11 trustee for Hawaiian Airlines, Inc., and the chapter 7 trustee for Brobeck, Phelger & Harrison LLP. Mr. Morse also has represented creditors and creditor groups in a number of chapter 11 cases and out-of-court workouts, including the ad hoc committee of bondholders of Adelphia Communications Corporation, the ad hoc committee of bondholders of Dade Behring Holdings, Inc., and controlling bondholders of SONICblue Incorporated. Education: Santa Clara University, J.D., 2000; Phi Delta Phi; Comments Editor, Santa Clara Law Review, 1999-2000; New Mexico State University, BBA, Human Resource Management, with Honors, 1995; New Mexico Military Institute, AA, Business, with High Honors, and commission, United States Army Reserve, 1993. Professional Activities: Admitted, California; Judicial Extern: Hon. Arthur S. Weissbrodt, United States Bankruptcy Court for the Northern District of California, 1999; Author: "Public Policy Is Never a Substitute for Statutory Clarity: Rejecting the Notion that Pre-Petition Attorney-Fee Debts Are Dischargeable in Chapter 7 Bankruptcies," 40 Santa Clara L. Rev. 575 (2000). Hourly Rate: $465.