IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, <u>et al.</u>, | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| Debtors. | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                                        ) SS
NEW CASTLE COUNTY   )

      Kimberly A. Beck, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, and that on the 3rd day of April, 2007, she caused a copy of the following pleading(s):

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS [Docket No. 36]**

to be served upon the parties identified on the attached list as indicated.

_____
Kimberly A. Beck

SWORN TO AND SUBSCRIBED before me this 10th day of April, 2007.

_____
Notary Public

DEBBIE E. LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 21, 2008

DB02:5897573.1                      900002.0001

# 2002 SERVICE LIST

### 4/3/2007

Elizabeth Banda, Esq.
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430
(Celina ISD, Princeton ISD, City of Princeton,
Richardson ISD, Cedar Hill ISD, City of Cedar Hill,)
*First Class Mail*

Paul M. Basta, Esq.
Joshua A. Sussberg, Esq.
Kirkland & Ellis LLP
153 East 53rd Street
Citigroup Center
New York, NY 10022-4611
(Counsel for Citigroup Global Markets Realty Corp.)
*First Class Mail*

William P. Bowden, Esq.
Gregory A. Taylor, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(Counsel for UBS Real Estate Securities, Inc.)
*Hand Delivery*

Richard A. Chesley, Esq.
Kimberly D. Newmarch, Esq.
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
(Counsel for UBS Real Estate Securities, Inc.)
*First Class Mail*

Mark D. Collins, Esq.
Chun I. Jang, Esq.
Michael J. Merchant, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Counsel to the Debtors)
*Hand Delivery*

Marla R. Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
(Counsel for Citigroup Global Markets Realty Corp.)
*Hand Delivery*

Nathan M. Fuchs
New York Regional Office
Securities and Exchange Commission
233 Broadway
New York, NY 10279
(Securities and Exchange Commission)
*First Class Mail*

Alberto Gonzales, Esq.
Commercial Litigation Branch
Department of Justice- U. S. Attorney General
P.O. Box 875
Ben Franklin Station
Washington, DC 20005
(US Dept of Health & Human Services)
*First Class Mail*

Howard Hawkins, Esq.
Cadwalader Wickersham & Taft
One World Financial Center
New York, NY 10281
*First Class Mail*

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202
*First Class Mail*

## 2002 SERVICE LIST

### 4/3/2007

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski, Stang, Ziehl, Young & Jones & Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
(Counsel for Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.)
*Hand Delivery*

Keith W. Miller, Esq.
James R. Bliss, Esq.
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street, First Floor
New York, NY 10022
(Counsel for UBS Real Estate Securities, Inc.)
*First Class Mail*

Secretary of State
Franchise Tax
Division of Corporations
401 Federal Street, Suite 3
Dover, DE 19901
*First Class Mail*

Secretary of State
Franchise Tax
Division of Corporations
P.O. Box 7040
Dover, DE 19903
*First Class Mail*

Secretary of Treasury
Attn: Officer, Managing Agent or General Agent
P.O. Box 7040
Dover, DE 19903
*First Class Mail*

Ellen W. Slights, Esq.
Assistant United States Attorney
United States Dept. of Justice
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
*Hand Delivery*

Joseph H. Smolinsky, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel for Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc.)
*First Class Mail*

Bennett L. Spiegel, Esq.
Shirley S. Cho, Esq.
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
(Counsel for Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.)
*First Class Mail*

John E. Stoner, Esq.
Allen Matkins Leck Gambel Mallory & Natsis LLP
1900 Main Street, 5th Floor
Irvine, CA 92614-7321
*First Class Mail*

Suzzanne S. Uhland, Esq.
Ben H. Logan, Esq.
Victoria Newmark, Esq.
O'Melveny & Myers LLP
275 Battery Street
Embarcadero Center West
San Francisco, CA 94111-3305
(Counsel to Debtors)
*First Class Mail*

# 2002 SERVICE LIST

## 4/3/2007

US Trustee
Office of the US Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
(United States Trustee)
*Hand Delivery*