**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC.,** | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al. | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Re:  Docket Nos. 70 and 71 |
| | : | |
| | : | Objection Deadline: April 11, 2007 @ 4:00 p.m. |
| | : | Hearing Date:  April 12, 2007 @ 3:00 p.m. |

**CERTIFICATE OF SERVICE OF OBJECTION TO EMERGENCY MOTION OF**
**DEBTORS REGARDING BIDDING PROCEDURES AND OTHER MATTERS**

I hereby certify that on April 11, 2007, I did serve a copy of the Objection of General Electric Capital Corporation to Emergency Motion of Debtors Regarding Bidding Procedures and Other Matters via electronically and via facsimile to: Marcos A. Ramos, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware  19801; and Suzzanne S. Uhland, O'Melveny & Myers LLP, 275 Battery Street, San Francisco, California 94111, counsel for the Debtors.

                                                */s/ Michael G. Gallerizzo*
                                                Michael G. Gallerizzo, Esquire (4550)
                                                David V. Fontana (4805)
                                                Gebhardt & Smith LLP
                                                901 Market Street, Suite 451
                                                Wilmington, Delaware  19801
                                                (302) 656-9002
                                                Facsimile No.: (302) 429-5953
                                                mgall@gebsmith.com

                                                Counsel for General Electric Capital Corporation