IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

APR 1 0 2007

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | ) | |
| | ) | |
| Debtors. | ) | |

### MOTION AND ORDER FOR *PRO HAC VICE* ADMISSION OF SEAN T. SCOTT

I, Steven K. Kortanek, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, move the admission *pro hac vice* of Sean T. Scott (the "Admittee") to represent Carrington Mortgage Services, LLC and Carrington Capital Management, LLC, in the above-captioned cases and any related proceedings. The Admittee is admitted, practicing, and a member in good standing of the Bar of the State of Illinois and is admitted to practice before the U.S. Court of Appeals for the Seventh Circuit and the U.S. District Court, Northern District of Illinois.

Dated: April 10, 2007

/s/ Steven K. Kotanek
Steven K. Kortanek (Del. Bar No. 3106)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Ph: (302) 252-4363
Fax: (302) 661-7728
skortanek@wcsr.com

Local Counsel to Carrington Mortgage
Services, LLC and Carrington Capital
Management, LLC

WCSR 3580099v1

The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdiction(s) shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this case, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

*Sean T. Scott*
Sean T. Scott
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
Ph: 312-701-8310
Fax: 312-706-8482
stscott@mayerbrownrow.com

Motion granted.
BY THE COURT:

Date: April 10, 2007

*Kevin J. Carey*
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE