# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., a | : Case No. 07-10416 (KJC) |
| Delaware corporation, et al.,[1] | : |
| | : Re: Docket No. 70 |
| Debtors. | : |
| | : Objection Deadline: April 11, 2007 at 4:00 p.m. |
| | : Hearing Date: August 12, 2007 at 3:00 p.m. |

**DECLARATION OF THOMAS F. ROLLAUER, JR. IN SUPPORT OF OBJECTION OF C-BASS TO EMERGENCY MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR (I) AN ORDER (A) APPROVING BIDDING PROCEDURES AND BID PROTECTIONS IN CONNECTION WITH THE PROPOSED SALE OF THEIR ASSETS USED IN LOAN SERVICING BUSINESS, (B) SCHEDULING HEARING TO CONSIDER PROPOSED SALE OF CERTAIN ASSETS AND APPROVING FORM AND MANNER OF NOTICE THEREOF AND (C) GRANTING RELATED RELIEF AND (II) AN ORDER (A) APPROVING THE PROPOSED SALE AND (B) GRANTING RELATED RELIEF**

I, Thomas F. Rollauer, Jr., hereby declare as follows:

1. I am a Vice President of Credit-Based Asset Servicing and Securitization LLC ("*C-BASS*"). I have served as Vice President since 2004.

2. I submit this Declaration in support of the Objection of C-BASS (the "*Objection*") to the Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief (Docket No. 70) (the "*Motion*").

3. Any capitalized terms not expressly defined herein have the meanings set forth in the Objection. Except as otherwise indicated, all statements in this Declaration are based upon my personal knowledge, my review of relevant documents, my opinion based upon my experience and knowledge of C-BASS's operations and financial condition or information provided to me by C-BASS's employees or professionals. If I were called upon to testify, I could and would testify to each of the facts set forth herein. I am authorized to submit this Declaration on behalf of the C-BASS.

4. In connection with my duties for C-BASS, I am familiar with C-BASS's business relationship with New Century TRS Holdings, Inc., and its affiliated debtors and debtors in possession (collectively, the "*Debtors*").

5. C-BASS holds an unsecured claim against the Debtors in the amount of approximately $35 million (the "*Claim*"). The Claim is comprised of approximately (i) $25 million in early pay defaults; (ii) $8.75 million in breaches of representations and warranties, including (a) $2.9 million in misrepresentations (b) $2.1 million in origination errors, (c) $1.1 million in property value discrepancies, (d) $1.3 million in failures to comply with state and federal law origination requirements and (e) $1.4 in miscellaneous misrepresentations; and (iii) $1.25 million in document deficiencies. These approximate amounts are preliminary estimations of the value of the Claim.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2007.

_____
Thomas F. Rollauer, Jr.
Vice President

3