# EXHIBIT B

Case 07-10416-BLS   Doc 188-2   Filed 04/11/07   Page 2 of 3

New Century seeks faster sale of loan business: Financial News - Yahoo! Finance        Page 1 of 2

Yahoo!  My Yahoo!  Mail        Search: [                    ]    Web Search

YAHOO! FINANCE    **Sign In**    Finance Home - Help    REUTERS
New User? Sign Up

Enter Symbol(s)  [GET QUOTES]   Symbol Lookup    Finance Search

  

Reuters
# New Century seeks faster sale of loan business
Tuesday April 10, 11:49 am ET
By Jonathan Stempel



Reuters Photo: The signage and logo of New Century Financial Corporation are seen at the corporate headquarters in Irvine, California March 15, 2007.

NEW YORK (Reuters) - Subprime lender New Century Financial Corp. (Other OTC:NEWC.PK - News) has asked a federal bankruptcy judge to speed up the auction and sale of its main lending business while it still has value, court papers show.

### Related Quotes
NEWC.PK    1.09   -0.05  News
RBS.L    2,008.00  +4.00  News
**View Detailed Quotes**
Delayed 20 mins
Providers - Disclaimer

ADVERTISEMENT

New Century wants to sell its loan origination business by early May, and sees an "exigent and immediate need" to set up bidding procedures, according to a late Monday filing with the U.S. bankruptcy court in Wilmington, Delaware.

The Irvine, California-based company previously said it planned to sell major assets within 45 days of its April 2 bankruptcy filing, or around May 17.

### Related News Stories
- IMF warns subprime woes may spread, dollar falls - Reuters (4:19 pm)
- UPDATE - RBS, Santander eye rival bid for ABN - source - at Reuters (8:43 am)
- RBS, Santander eye rival bid for ABN - source - at Reuters (7:52 am)
- UPDATE - Market Chatter - Corporate finance press digest - at Reuters (4:49 am)

More..

New Century stopped making loans last month, after making nearly $60 billion in 2006.

"There is a narrow window of opportunity," wrote Marcos Ramos, a lawyer at Richards, Layton & Finger PA representing New Century. "Indeed, it might be difficult to pursue and complete a sale of the loan origination platform after early May because the debtors have ceased originating loans."

New Century asked U.S. Bankruptcy Judge Kevin Carey to schedule an April 17 hearing to set up bidding procedures, and a May 15 hearing to approve a successful bid.

The company previously agreed to sell its loan servicing unit to hedge fund Carrington Capital Management LLC for $133 million, down from an original $139 million.



### Top Stories
- Stocks Edge Up Ahead of 1Q Earnings - AP (4:58 pm)

Alcoa 1Q Profit Rises 9

It also agreed to sell some loans to Royal Bank of Scotland Group Plc's (LSE:RBS.L - News) Greenwich Capital Financial Products Inc. unit for $50 million.

U.S. Trustee Joseph McMahon on Monday objected to the Greenwich Capital sale. He said it is unfair for New Century to pay a $1 million fee if the sale falls apart, and that it was unclear how well New Century is protecting consumer data.

New Century was the largest independent U.S. provider of home loans to people with poor credit histories before seeking Chapter 11 protection.

The company collapsed amid rising delinquencies and defaults, a federal criminal probe, and orders by or agreements with at least 17 U.S. states to stop lending. It fired 3,200 employees, or 54 percent of its work force, on April 2.

New Century shares fell 4 cents to $1.10 in late morning trading on the Pink Sheets.

- Percent - AP (4:39 pm)
- U.S. Files 2 New WTO Cases Against China - AP (10:41 am)
- D.R. Horton 2Q Orders Fall 37 Percent - AP (4:38 pm)

More..

- More Reuters
- Most-viewed articles

### RSS Feeds

Add headlines to your personalized My Yahoo! Page
( About My Yahoo! and RSS )

NEWC.PK Headlines

RBS.L Headlines

More Finance RSS Feeds

Email Story        Set News Alert        Print Story

Search News

Sponsor Results

Mortgage Rates Near 40-Yr Lows
$310,000 Loan for $999/mo. Think you pay too much? See new payment.
www.LowerMyBills.com

Online Currency Trading - Free Demo
24-Hour trading, award-winning software, charts and more from GFT.
www.gftforex.com

Try Forex Currency Trading at Forex.com
Free $50,000 practice account with real-time charts, news and research.
www.forex.com
(What's This?)

Copyright © 2007 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2007 Reuters Limited. All rights reserved. Republication or redistribution of Reuters content is expressly prohibited without the prior written consent of Reuters. Reuters shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.