IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Proposed Hearing Date: 4/24/07 @ 2:30 P.M. (EDT) |
| | : | Proposed Objection Deadline: 4/20/07 @ 4:00 P.M. (EDT) |

## MOTION OF DEBTORS AND DEBTORS IN POSSESSION TO SHORTEN NOTICE AND OBJECTION PERIODS FOR DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT OF (I) SALE-RELATED INCENTIVE PAY TO SENIOR MANAGEMENT AND (II) RETENTION AND INCENTIVE PAY TO CERTAIN EMPLOYEES PURSUANT TO SECTIONS 105(a), 363(b)(1) AND 503(c)(3) OF THE BANKRUPTCY CODE

The above captioned debtors and debtors in possession (the "Debtors") hereby move the Court for an order pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") shortening the notice and objection periods (the "Motion to Shorten") for the Debtors' Emergency Motion for Order Authorizing Payment of (i) Sale-Related Incentive Pay to Senior Management and (ii) Retention Pay to Certain Employees Pursuant to Sections 105(a)

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

and 363(b)(1) and 503(c)(3) of the Bankruptcy Code [Docket No. 185] (the "Underlying Motion"). A copy of the Underlying Motion is attached hereto as Exhibit A. In support of this Motion to Shorten, the Debtors respectfully represent as follows:

### Relief Requested

1. The Debtors respectfully request that the Court enter an order permitting the Underlying Motion to be heard on April 24, 2007 at 2:30 p.m. (Eastern Daylight Time) (the "Hearing") and establishing the objection deadline for the Underlying Motion as April 20, 2007 at 4:00 p.m. (Eastern Daylight Time). The Debtors intend to provide notice of the Underlying Motion via overnight mail to the Applicable Parties (as defined at ¶ 4 below), thus granting such parties thirteen (13) days notice of the Hearing on the Underlying Motion.

2. Bankruptcy Rule 2002(a)(2), read in conjunction with Rule 9006-1(e) of the Local Rules, requires that a motion proposing the use, sale or lease of property of the estate other than in the ordinary course of business be filed and served at least twenty (20) days prior to the proposed hearing date unless the Court for cause shown shortens the time or directs another method of giving notice. Additionally, Local Rule 9006-1(c) provides that objection deadlines be set at least five (5) business days before a hearing date. The Debtors submit that allowing parties-in-interest additional time in which to object to the relief requested in the Underlying Motion is warranted given the shortened notice of the Hearing. Accordingly, the Debtors respectfully submit that the parties-in-interest will not be prejudiced by the dates proposed herein.

3.      The Debtors believe it is crucial that the Court shorten the notice and objection periods for the Underlying Motion as the EIP[2] and the KEIRP are essential to the Debtors' ability to maximize returns to creditors. Maintaining the value of the estates and ensuring the continued availability of a motivated and focused workforce is especially critical during this vital transition period when the Debtors are seeking to proceed with the Carrington and Greenwich transactions and solicit bids for the Debtors' remaining assets. By properly rewarding the participants of the Plans for their substantially increased responsibilities and burdens during this turbulent process, the Debtors can ensure that they will remain diligent and focused in their objective of maximizing the value of the estate. Accordingly, the sooner the Underlying Motion is granted, the sooner the Debtors' can secure the extraordinary effort necessary achieve the best return for their creditors. Thus, expedited review of the Underlying Motion is warranted.

4.      Notice of the Underlying Motion has been provided to: (1) the Office of the United States Trustee for the District of Delaware; (2) counsel to Greenwich Capital Financial Products, Inc. ("Greenwich") and The CIT Group/Business Credit, Inc. ("CIT"), the Debtors' proposed post-petition senior secured lenders; (3) counsel to the Official Committee of Unsecured Creditors; and (4) all parties who have timely filed requests for notice under Rule 2002 of the Federal Rules of Bankruptcy Procedure (as amended from time to time, the "Bankruptcy Rules"). The Debtors submit that no other or further notice is required.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Underlying Motion

WHEREFORE, the Debtors respectfully request the entry of an order in the form appended hereto as Exhibit B: (i) permitting the Underlying Motion to be heard at the hearing on April 24, 2007 at 2:30 p.m. (Eastern Daylight Time), (ii) establishing the objection deadline for the Underlying Motion as April 20, 2007 at 4:00 p.m. (Eastern Daylight Time), and (iii) granting such other and further relief as may be just and proper.

Dated: April 11, 2007
      Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Paul N. Heath (No. 3704)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Austin K. Barron
Alexandra B. Feldman
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION