| 1 | Michael S. Etkin<br>Ira M. Levee | Lowenstein Sandler PC | 973-597-2500 | 973-597-2400 |
|---|---|---|---|---|
| 2 | Salvatore J. Graziano | Bernstein Litowitz Berger & Grossmann LLP | 212-554-1400 | 212-554-1444 |
| 3 | Blair A. Nicholas | Bernstein Litowitz Berger & Grossmann LLP | 858-793-0070 | 858-793-0323 |
| 4 | Francis A. Monaco, Jr. | Monzack and Monaco, P.A. | 302-656-8162 | 302-656-2769 |
| 5 | Richard M. Beck<br>Michael W. Yurkewicz | Klehr, Harrison, Harvey, Branzburg & Ellers, LLP | 302-426-1189 | 302-426-9193 |
| 6 | Thomas S. Kiriakos<br>Sean T. Scott | Mayer, Brown, Rowe & Maw LLP | 312-782-0600 | 301-701-7711 |
| 7 | Steven K. Kortanek | Womble Carlyle Sandridge & Rice, PLLC | 302-252-4363 | 302-661-7728 |
| 8 | Bonnie Glantz Fatell | Blank Rome LLP | 302-425-6400 | 302-425-6464 |
| 9 | Mark S. Indelicato<br>Mark T. Power<br>Jeffrey L. Schwartz | Hahn & Hessen LLP | 212-478-7200 | 212-478-7400 |
| 10 | Joseph J. McMahon, Jr. | Office of the United States Trustee | 302-573-6491 | 302-573-6497 |
| 11 | Mark D. Collins<br>Michael J. Merchant<br>Chun I. Jang | Richards, Layton & Finger, P.A. | 302-651-7700 | 302-651-7701 |
| 12 | William P. Bowden<br>Gregory A. Taylor | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| 13 | Richard A. Chesley<br>Kimberly D. Newmarch | Paul, Hastings, Janofsy & Walker LLP | 312-499-6000 | 312-499-6100 |
| 14 | Keith W. Miller<br>James R. Bliss | Paul, Hastings, Janofsky & Walker LLP | 212-318-6000 | 212-319-4090 |
| 15 | Elizabeth Banda | Perdue, Brandon, Fielder, Collins & Mott, LLP | 817-461-3344 | 817-860-6509 |
| 16 | Laura Davis Jones<br>Timothy P. Cairns | Pachulski Stang Ziehl Young Jones & Weintraub LLP | 302.652.4100 | 302.652.4400 |
| 17 | Bennet L. Spiegel<br>Shirley S. Cho | Kirkland & Ellis LLP | 213-680-8400 | 231-680-8500 |
| 18 | Joseph H. Smolinsky<br>Douglas E. Deutsch | Chadbourne & Parke LLP | 212-408-5100 | 212-541-5369 |
| 19 | Paul M. Basta<br>Joshua A. Sussberg | Kirkland & Ellis LLP | 212-446-4800 | 212-446-4900 |

|    |                                                                      |                                          |              |              |
|----|----------------------------------------------------------------------|------------------------------------------|--------------|--------------|
| 20 | Mark D. Collins<br>Michael J. Merchant<br>Marcos A. Ramos            | Richards, Layton & Finger                | 302-651-7700 | 302-651-7701 |
| 21 | Charles J. Filardi, Jr.                                              | Filardi Law Offices LLC                  | 203-562-8588 | 866-890-3061 |
| 22 | Patricia B. Tomasco                                                  | Brown McCarroll, LLP                     | 512-472-5456 | 512-479-1101 |
| 23 | Robert J. Dehney<br>Gregory W. Werkheiser<br>Daniel B. Butz          | Morris, Nichols, Arsht & Tunnell LLP     | 302-658-9200 | 302-658-3989 |
| 24 | Luc A. Despins<br>Wilbur F. Foster                                   | Milbank, Tweed, Hadley & McCloy LLP      | 212-530-5000 | 212-530-5219 |
| 25 | Howard R. Hawkins, Jr.                                               | Cadwalader, Wickersham & Taft LLP        | 212-504-6000 | 212-504-6666 |
| 26 | Suzzanne S. Uhland<br>Ben H. Logan<br>Victoria Newmark<br>Emily Culler | O'Melveny & Myers LLP                   | 415-984-8700 | 415-984-8701 |
| 28 | Dennis J. Drebsky                                                    | Nixon Peabody LLP                        | 212-940-3000 | 212-940-3111 |
| 29 | Mark N. Berman                                                       | Nixon Peabody LLP                        | 617-345-1000 | 617-345-1300 |
| 30 | David B. Stratton                                                    | Pepper Hamilton LLP                      | 302-777-6500 | 302-421-8390 |
| 31 | Elizabeth Weller                                                     | Linebarger Googan Blair & Sampson, LLP   | 214-880-0089 | 214-253-2558 |
| 32 | Ian Connor Bifferato<br>Garvan F. McDaniel                           | Bifferato Gentilotti LLC                 | 302-429-1900 | 302-429-8600 |
| 33 | John E. Mitchell                                                     | Vinson & Elkins LLP                      | 214-220-7700 | 214-220-7716 |
| 34 | Kurt F. Gwynne                                                       | Reed Smith LLP                           | 302-778-7500 | 302-778-7575 |
| 35 | Claudia Z. Springer                                                  | Reed Smith LLP                           | 215-851-8100 | 215-851-1420 |
| 36 | Mary F. Caloway<br>Eric Lopez Schnabel                               | Buchanan Ingersoll & Rooney PC           | 302-552-4200 | 302-552-4295 |
| 37 | Chris Lenhart                                                        | Dorsey & Whitney LLP                     | 612-340-2600 | 612-340-2868 |
| 38 | Don A. Beskrone                                                      | Ashby & Geddes, P.A.                     | 302-654-1888 | 302-654-2067 |
| 39 | Frank G. Burt<br>Raul A. Cuervo<br>W. Glenn Merten                   | Jorden Burt LLP                          | 202-965-8100 | 202-965-8104 |
| 40 | Scot Freeman<br>Account Resolution                                   | Travelers National Accounts              | 860-277-8026 | 860-277-2158 |
| 41 | T. Robert Finlay<br>Donna L. La Porte                                | Wright, Finlay & Zak, LLP                | 949-477-5050 | 949-477-9200 |
| 42 | William G. Malcolm                                                   | Malcolm & Cisneros, A Law Corporation    | 949-252-9400 | 949-252-1032 |
| 43 | Laurie Selber                                                        | Potter Anderson &                        | 302-984-6000 | 302-658-1192 |

|    |                                                              | Silverstein                                         | Corroon LLP                  |              |              |
|----|--------------------------------------------------------------|-----------------------------------------------------|------------------------------|--------------|--------------|
| 44 | Margot B. Schonholtz Mark F. Liscio                          | Kaye Scholer LLP                                    | 212-836-8000                 | 212-836-8689 |
| 45 | Lawrence P. Gottesman Sukyong Suh                            | Bryan Cave LLP                                      | 212-541-2000                 | 212-541-4630 |
| 46 | Katherine M. Windler                                         | Bryan Cave LLP                                      | 310-576-2100                 | 310-576-2200 |
| 47 | Hernando Azarcon Senior Legal Coordinator                    | GMAC Commercial Finance LLC                         | 248-327-9360                 | 248-327-9350 |
| 48 | William E. Chipman, Jr.                                      | Edwards Angell Palmer & Dodge LLP                   | 302-425-7124                 | 302-777-7263 |
| 49 | Paul T. Liu John Guerry                                      | Countrywide Home Loans, Inc.                        | 818-871-6069                 | 818-871-4602 |
| 50 | Charles A. Hansen Mark S. Bostick                            | Wendel, Rosen, Black & Dean LLP                     | 510-834-6600                 | 510-834-1928 |
| 51 | Norman M. Monhait                                            | Rosenthal, Monhait & Goddess, P.A.                  | 302-656-4433                 | 302-658-7567 |
| 52 | Matthew Botica David Wirt Grayson Walter                     | Winston & Strawn LLP                                | 312-558-5600                 | 312-558-5700 |
| 53 | Michael G. Gallerizzo                                        | Gebhardt & Smith LLP                                | 302-656-9002                 | 302-429-5953 |
| 54 | Glenn M. Reisman                                             |                                                     | 203-944-0401                 | 203-225-1244 |
| 55 | Jeffrey I. Golden Hutchison B. Meltzer                       | Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP   | 714-966-1000                 | 714-966-1002 |
| 56 | Stuart B. Wolfe Yaron Shaham                                 | Wolfe & Wyman LLP                                   | 949-475-9200                 | 949-475-9203 |
| 57 | Barry Freeman                                                | Jeffer Mangels Butler & Marmaro, LLP                | 310-203-8080                 | 310-203-0567 |
| 58 | David M. Poitras                                             | Jeffer Mangels Butler & Marmaro LLP                 | 310-203-8080                 | 310-203-0567 |
| 59 | Diane J. Richey Vice President and Senior Counsel            | Union Bank of California                            | 213-236-5170                 | 213-627-1819 |
| 60 | David M. Fournier                                            | Pepper Hamilton LLP                                 | 302-777-6500                 | 302-421-8390 |
| 61 | Thomas M. Korsman Vice President                             | Wells Fargo Bank, N.A.                              | 612-466-5890                 | 866-680-1777 |
| 62 | James S. Carr David Retter Christena A. Lambrianakos         | Kelley Drye & Warren LLP                            | 212-808-7800                 | 212-808-7897 |
| 63 | Robert P. Cocco                                              | Robert P. Cocco, P.C.                               | 215-351-0200                 | 215-922-3874 |
| 64 | Jed Hart                                                     | Angelo, Gordon & Co.                                | 212-692-2003                 | 212-867-6395 |