**Exhibit A**

1. Pooling and Servicing Agreement, dated as of February 1, 2006, among Stanwich Asset Acceptance Company, L.L.C., as Depositor, New Century Mortgage Corporation, as Servicer, and Wells Fargo Bank, N.A., as Trustee

2. Pooling and Servicing Agreement, dated as of June 1, 2006, among Stanwich Asset Acceptance Company, L.L.C., as Depositor, New Century Mortgage Corporation, as Servicer, and Wells Fargo Bank, N.A., as Trustee

3. Pooling and Servicing Agreement, dated as of August 1, 2006, among Stanwich Asset Acceptance Company, L.L.C., as Depositor, New Century Mortgage Corporation, as Servicer, and Wells Fargo Bank, N.A., as Trustee

4. Pooling and Servicing Agreement, dated as of September 1, 2006, among Stanwich Asset Acceptance Company, L.L.C., as Depositor, New Century Mortgage Corporation, as Servicer, and Wells Fargo Bank, N.A., as Trustee

5. Pooling and Servicing Agreement, dated as of December 1, 2006, among Stanwich Asset Acceptance Company, L.L.C., as Depositor, New Century Mortgage Corporation, as Servicer, and Wells Fargo Bank, N.A., as Trustee