IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-10416 (KJC) <br><br> Jointly Administered |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stevens & Lee, P.C. hereby appears on behalf of Premier Print and Services Group, Inc. ("Premier Print and Services"), in the above referenced case pursuant to Bankruptcy Rule 9010(b). Pursuant to Bankruptcy Rules 2002, 3015 and 9007, the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and/or any party provides in accordance with Bankruptcy Rule 2002 be served upon the person set forth below:

> Joseph Grey, Esquire
> Stevens & Lee, P.C.
> 1105 North Market Street
> Seventh Floor
> Wilmington, DE  19801
> TEL:  (302) 654-5180
> FAX: (302) 654-5180
> E-MAIL:  jg@stevenslee.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, all orders and notices of any application, motions, petitions, pleadings, requests, complaints, or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any

1

rights or interest of any creditor or party in interest in this case, including Premier Print and Services, with respect to any of the (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery or any property, payment or other conduct by Premier Print and Services.

**PLEASE TAKE FURTHER NOTICE** that Premier Print and Services intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, defenses, setoffs, or recoupment to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupment are expressly reserved.

Dated:  April 11, 2007

STEVENS & LEE, P. C.

By: /s/ Joseph Grey
Joseph Grey (ID 2358)
1105 North Market Street, Seventh Floor
Wilmington, DE  19801
TEL:  (302) 654-5180
FAX: (302) 654-5180
E-MAIL:  jg@stevenslee.com

Attorneys for Premier Print and Services Group, Inc.

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that on April 11, 2007, the foregoing NOTICE OF APPEARANCE was served by the Court's CM/ECF electronic filing system upon those parties who have appeared in this case and to counsel listed below by first class United States mail, postage prepaid:

| | |
|---|---|
| Mark D. Collins, Esquire<br>Michael J. Merchant, Esquire<br>Marcos A. Ramos, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | Suzzanne S. Uhland, Esquire<br>Ben H. Logan, Esquire<br>Victoria Newmark, Esquire<br>Emily R. Culler, Esquire<br>O'Melveny & Myers LLP<br>275 Battery Street, Suite 2600<br>San Francisco, CA  94111 |
| Steven K. Kortanek, Esquire<br>Womble Carlyle Sandridge & Rice PLLC<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE  19801 | United States Trustee<br>844 King Street, Room 2207<br>Lockbox No. 35<br>Wilmington, DE  19899-0035 |
| Thomas S. Kiriakos, Esquire<br>Mayer Brown Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL  60606 | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph Grey　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH GREY (I.D. #2358)