# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-10416 (KJC) |
| | : | |
| Debtors. | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE, that the undersigned appears for Credit-Based Asset Servicing and Securitization ("*C-BASS*"), a creditor and party in interest in the above-captioned case. Hunton & Williams LLP ("*H&W*") and Eckert, Seamans, Cherin, & Mellot, LLC ("*ES*") enter their appearance pursuant to section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "*Bankruptcy Code*"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"). Pursuant to Bankruptcy Rules 2002, 3017 and 9007, H&W and ES hereby request that they be added to the service list as follows and that all orders,

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

motions, notices, pleadings and other papers of any nature filed in this case be given and served upon them at the following addresses:

| | |
|---|---|
| J. R. Smith | Michael Busenkell |
| Jason W. Harbour | Eckert, Seamans, Cherin & Mellot, LLC |
| HUNTON & WILLIAMS LLP | 300 Delaware Avenue |
| Riverfront Plaza, East Tower | Suite 1210 |
| 951 East Byrd Street | Wilmington, Delaware  19801 |
| Richmond, Virginia 23219 | |

PLEASE TAKE FURTHER NOTICE, that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way any of the rights or interests of C-BASS with respect to the above-captioned debtors.

Dated: April 11, 2007

                      Respectfully submitted,

                      HUNTON & WILLIAMS LLP

                        /s/ Jason W. Harbour
                      Peter S. Partee (PP-0766)
                      200 Park Avenue, 53rd Floor
                      New York, New York 10166-0136
                      (212) 309-1000

                      and

                      J.R. Smith (Va. Bar No. 41913)
                      Jason W. Harbour (DE Bar No. 4176, Va. Bar No. 68220)
                      Riverfront Plaza, East Tower
                      951 East Byrd Street
                      Richmond, Virginia 23219-4074
                      (804) 788-8200

                      and

                      Michael Busenkell (DE Bar No. 3933)
                      Eckert, Seamans, Cherin & Mellot, LLC.
                      300 Delaware Avenue
                      Suite 1210
                      Wilmington, Delaware 19801

                      Counsel to *Credit-Based Asset Servicing and Securitization LLC*