**IBM**

IBM
13800 Diplomat
Dallas, TX 75234

Phone: 1-877-426-6006 ext 4481
FAX:    1-800-756-2425
Email:  vnamken@us.ibm.com

April 3, 2007

## UNITED STATES BANKRUPTCY COURT
### District of Delaware

IN RE: New Century Financial Corp                    CHAPTER 11
                                                     CASE NO: 07-10416

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE that International Business Machines Corporation (IBM), a creditor and party-in-interest herein, hereby appears in the Chapter 11 case, and requests that, pursuant to Rule 2002 of the Bankruptcy Rules, copies of all notices, motions applications, petitions, pleadings, and orders be duly served on the undersigned at the address herein below noted and be directed to the attention of:**

ATTN: Vicky Namken
IBM Corporation
13800 Diplomat Dr
Dallas, TX 75234

INTERNATIONAL BUSINESS MACHINES CORPORATION

BY: _Vicky Namken_

Vicky Namken
Bankruptcy Coordinator

TO: Clerk of the Court,
    US Bankruptcy Court
    District of Delaware
    824 Market St, 3rd Floor
    Wilmington, DE 19801