**WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP**
Jeffrey I. Golden, State Bar No. 133040
Hutchison B. Meltzer, State Bar No. 217166
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:  (714) 966-1000
Facsimile:  (714) 966-1002

Attorneys for eMortgage Logic LLC

2007 APR -4 AM 9:41
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
FILED

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re                                ) Case No.: 07-10417-KJC
                                     )
NEW CENTURY FINANCIAL                ) Chapter 11 Case
CORPORATION,                         )
                                     ) **REQUEST FOR SPECIAL NOTICE**
                                     )
       Debtor.                       )
                                     )

**WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP**, hereby gives notice of its appearance in this case and requests that for the purposes of Federal Rule of Bankruptcy Procedure 2002 and all matters which are noticed to creditors and interested parties, that the following be added to the master mailing list:

>   Jeffrey I. Golden, Esq.
>   Hutchison B. Meltzer, Esq.
>   WEILAND, GOLDEN,
>   SMILEY, WANG EKVALL & STROK, LLP
>   650 Town Center Drive, Suite 950
>   Costa Mesa, California 92626
>   Telephone: (714) 966-1000
>   Facsimile: (714) 966-1002
>   E-mail: JGolden@wgllp.com

DATED: April 2, 2007

>   WEILAND, GOLDEN,
>   SMILEY, WANG EKVALL & STROK, LLP
>
>   By: _____
>       JEFFREY I. GOLDEN
>       Attorneys for eMortgage Logic LLC

# PROOF OF SERVICE

STATE OF CALIFORNIA,

COUNTY OF ORANGE

    I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 650 Town Center Drive, Suite 950, Costa Mesa, California 92626.

    On April 3, 2007, I served the foregoing document described as **REQUEST FOR SPECIAL NOTICE** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

[✓]    BY MAIL

    [ ]    I deposited such envelope in the mail at Costa Mesa, California. The envelope was mailed with postage thereon fully prepaid.

    [✓]    I deposited such envelope with the firm for collection and processing. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 3, 2007, at Costa Mesa, California.

[ ]    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[✓]    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under the penalty of perjury under the laws of the United States of America that the above is true and correct.

Kelly M. Rivera
Type or print name                                          Signature

SERVICE LIST

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Mark D. Collins
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
**Attorneys for New Century Financial Corporation**