IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2007 APR -9 PM 1: 16
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re

New Century Mortgage Company

        Debtor

Chapter 11 Case
No. 07-10419-KJC
     16

## NOTICE OF APPEARANCE
## AND REQUEST FOR NOTICE

SIRS:

PLEASE TAKE NOTICE that Quadrangle Group LLC hereby appears in the above captioned Chapter 11 proceedings. The undersigned requests that copies of all papers, including, but not limited to all notices, pleadings, motions, applications, lists, schedules, statements and all other matters arising herein be duly served on the undersigned at the address set forth below.

Dated: April 3, 2007

                                                Michael Weinstock
                                                Quadrangle Group LLC
                                                375 Park Avenue, 14th Fl
                                                New York, NY 10152
                                                Telephone: 212 418-1746
                                                          Fax: 866 741-2506
                              Email: Michael.weinstock@quadranglegroup.com

cc:

    Mark D. Collins
    Richards Layton & Finger
    One Rodney Square
    PO Box 551
    Wilmington, DE  19899