1 | JOHN A. VOS, ESQ. (#80790)
1430 Lincoln Avenue
2 | San Rafael, CA  94901
(415) 485-5330

3

4

5

6 | UNITED STATES BANKRUPTCY COURT

7 | DISTRICT OF DELAWARE

8 | In re:                                         )   No:  07-10416
      NEW CENTURY FINANCIAL CORP.                  )
9 |                            Debtor              )
                                                   )

10

11 | **REQUEST FOR SPECIAL NOTICE**

12 | TO THE DEBTOR, OFFICE OF THE UNITED STATES TRUSTEE AND ALL

13 | INTERESTED PARTIES HEREIN:

14 | PLEASE TAKE NOTICE that the undersigned, on behalf of a

15 | creditor of the Debtor within the meaning of 11 U.S.C. §§101(5),

16 | (10), pursuant to 11 U.S.C. §1109(b) and Rule 9010 of the Federal

17 | Rules of Bankruptcy Procedure, or an interested party or merely a

18 | party just interested in the above-captioned Chapter 11 case,

19 | hereby requests notice, including notice by facsimile if

20 | appropriate to give adequate notice in the circumstances, of all

21 | matters which may come before the Court concerning the above-named

22 | Debtor and requests that such notices be addressed as follows:

23 |           JOHN A. VOS, Attorney
            1430 Lincoln Avenue
24 |           San Rafael, CA  94901

25 | This request includes, but is not limited to the following:

26 | 1.   all notices and papers referred to in Rules 2002, 3017,

27 | 4001, 9007, 9010(b) and 9014 of the Federal Rules of

28 | Bankruptcy Procedure;

Stamp: FILED 2007 APR -9 AM 11:21 US BANKRUPTCY COURT DISTRICT OF DELAWARE

    2.   copies of all proposed plans and disclosure statements and other documents or pleadings relating to plan confirmation;

    3.   notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests (whether for relief from stay, adequate protection or otherwise); and

    4.   copies of any other documents brought before the Court in this case, whether formal or informational, whether written or other, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Neither this request for special notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct shall constitute a wavier of the within party's:

    a.   right to any and all final orders in any and all non-core matters entered only after <u>de novo</u> review by a United States District Judge;

    b.   right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation <u>vel non</u> of such matters as "core proceeding" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

    c.   right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding

subject to mandatory or discretionary withdrawal; and

d.   other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under agreements or at law or in equity or under the United States Constitution.

Dated: April 4, 2007

Respectfully submitted,

LAW OFFICE OF JOHN A VOS

By: _____
    John A. Vos, Esq.