Glenn M. Reisman, Esq.
Attorney for SIRVA Relocation
Two Corporate Drive
Suite 234
Shelton, CT 06484
Telephone: (203)944-0401
Telecopier: (203)225-1244
E-Mail Address: Glenn.Reisman@ge.com

UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF WISCONSIN

CASE NO. 07-10416

NEW CENTURY FINANCIAL CORPORATION    NOTICE OF APPEARANCE
                                     AND DEMAND FOR
            Debtor.                  SERVICE OF PAPERS
_____X

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case for SIRVA Relocation. Pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, we request that all notices given or required to be given and all papers served or required to be served and filed in this case be given to and served upon the undersigned at the address set forth below:

> Glenn M. Reisman
> Attorney for SIRVA Relocation
> Two Corporate Drive
> Suite 234
> Shelton, CT 06484
> Telephone: (203)944-0401
> Telecopier: (203)225-1244
> E-Mail Address: Glenn.Reisman@ge.com

- 2 -

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way, any of the rights, property or interests of SIRVA Relocation and/or the debtor.

Dated:   Shelton, Connecticut
          April 5, 2007

By    _____
Glenn M. Reisman
Attorney for SIRVA Relocation
Two Corporate Drive
Suite 234
Shelton, CT  06484
Telephone:  (203)944-0401
Telecopier:  (203)225-1244
E-Mail Address:
Glenn.Reisman@ge.com

- 3 -

TO:   Clerk of the Court
United States Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE   19801

Suzanne Uhland, Esq.
O'Melveny & Myers LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA   94111

Mark D. Collins, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE   19899

## AFFIDAVIT OF SERVICE

I, Lisa A. Ryder, of The Law Offices of Glenn M. Reisman, Two Corporate Drive, Suite 234, Shelton, CT 06484 certify:

That I am, at all times hereinafter mentioned was, more than 18 years of age;

That on the 5th day of April, 2007, I served a copy of the within Notice of Appearance filed in this proceeding on:

Clerk of the Court
United States Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE  19801

Suzanne Uhland, Esq.
O'Melveny & Myers LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111

Mark D. Collins, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899



depositing same in the U.S. Mail, postage prepaid, at the address listed above:

I certify under penalty of perjury that the foregoing is true and correct.

Executed on:     April 5, 2007

_____
Lisa A. Ryder