Consultant: Creditors' Rights
Bankruptcy
Risk Management

Glenn Reisman: (203) 944-0401
Fax: (203) 225-1244

## LAW OFFICES
## GLENN M. REISMAN
Two Corporate Drive
Suite 234
Shelton, CT 06484

Admitted to Practice in
Connecticut and New York

Email Address:
Glenn.Reisman@ge.com

April 5, 2007

Clerk of the U. S. Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Re:    **New Century Financial Corporation**
       **Case No. 07-10416**

Dear Clerk:

Enclosed please find our Request for Special Notice, Notice of Appearance, and Demand for Service of Papers with regard to the above proceeding.

Please file this document as required, and place this office on the Court's mailing list in this proceeding.

Should you have any questions with regard to this Request and Notice, please do not hesitate to contact the undersigned.

Very truly yours,

Glenn M. Reisman

GMR/lr

Enclosures