IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, et al.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 07-10416 (KJC)<br>)<br>) Jointly Administered<br>)<br>)<br>)<br>) Hearing Date: N/A<br>) Objection Deadline: N/A<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Bruce Bennett as special litigation counsel to the Debtors in these chapter 11 cases.

Dated: Wilmington, Delaware
April 11, 2007

RICHARDS, LAYTON & FINGER, P.A.

_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; and NCoral, L.P., a Delaware limited partnership.

4-11-07
#175

        -and-

        O'MELVENY & MYERS, LLP
        Ben H. Logan
        Victoria Newmark
        Emily R. Culler
        400 South Hope Street
        Los Angeles, California 90071-2899
        (213) 430-6000

        Suzzanne S. Uhland
        275 Battery Street
        San Francisco, California 94111
        (415) 984-8700

        Proposed Attorneys for Debtors and
        Debtors-in-Possession

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: _10 April 07_      Signed: _/s/ Bruce Bennett_
     New York, New York          Bruce Bennett

        HENNIGAN, BENNETT & DORMAN LLP
        Bruce Bennett
        865 South Figueroa Street, Suite 2900
        Los Angeles, California 90017
        Telephone: (213) 694-1200
        Facsimile: (213) 694-1234
        BennettB@hbdlawyers.com

        Special Litigation Counsel to the Debtors

-3-

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: April 11, 2007

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge

604056\v1

-3-