IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-10416 (KJC) |
| | : | |
| Debtors. | : | |
| | : | |

RULE 2019 VERIFIED DISCLOSURE OF
ECKERT, SEAMANS, CHERIN, & MELLOT, LLC

Eckert, Seamans, Cherin, & Mellot, LLC ("*ESCM*"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, makes the following disclosure as counsel for multiple creditors in the above referenced Chapter 11 bankruptcy cases:

1. Names and addresses of creditors represented:

   (i)   Credit-Based Asset Servicing and Securitization
         335 Madison Avenue
         19th Floor
         New York, New York 10017

   (ii)  Wells Fargo Bank N.A.
         608 Second Avenue South
         Minneapolis, Minnesota 55479

2. Nature and amount of claim:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

(i) Credit-Based Asset Servicing and Securitization ("*C-BASS*") has an unsecured claim in the amount of approximately $35 million (the "*C-BASS Claim*"). This approximate amount of the C-BASS Claim is a preliminary estimation of the value of the C-BASS Claim. The C-BASS Claim was acquired in the ordinary course of business.

(ii) Wells Fargo Bank N.A. ("*Wells Fargo*") has claims against the Debtors based on its role as the trustee, paying agent, registrar and transfer agent in connection with (i) Carrington Mortgage Loan Trust, Series 2006-NC1 Asset-Backed Pass-Through Certificates; (ii) Carrington Mortgage Loan Trust, Series 2006-NC2 Asset-Backed Pass-Through Certificates; (iii) Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates; (iv) Carrington Mortgage Loan Trust, Series 2006-NC4 Asset-Backed Pass-Through Certificates; and (v) Carrington Mortgage Loan Trust, Series 2006-NC5 Asset-Backed Pass-Through Certificates (collectively, the "*Wells Securitization Trusts*"). To date, Wells Fargo has not determined the value of the claims it holds in its role as trustee, paying agent, registrar and transfer agent in connection with the Wells Securitization Trusts. Wells Fargo's claims were acquired in the ordinary course of business.

3. Recital of pertinent facts and circumstances in connection with the employment of ESCM: In both instances, ESCM was retained directly by each creditor or the creditor's general counsel or other counsel for the creditor. The amount of the claim or interest owned by ESCM at the time of the employment of: None.

4. Copy of the instrument, if any, whereby ESCM is empowered to act on behalf of creditors: ESCM is employed only as counsel and are not authorized by instrument or otherwise to act for any client except in that capacity.

5. ESCM has obtained each client's consent to this multiple representation.

6. This statement is made by Michael G. Busenkell, an attorney at law duly admitted to the bar of the State of Delaware and a member of the firm of Eckert, Seamans, Cherin & Mellot, LLC, under penalty of perjury, and is verified to be true and correct as of the date hereof to the best of his knowledge and belief.

Dated: April 12, 2007

                          Respectfully submitted,

                          ECKERT, SEAMANS, CHERIN & MELLOT LLC

                          _____
                          Michael G. Busenkell (DE Bar No. 3933)
                          Eckert, Seamans, Cherin & Mellot, LLC.
                          300 Delaware Avenue
                          Suite 1210
                          Wilmington, Delaware  19801

                          Counsel to *Credit-Based Asset Servicing and Securitization LLC and Wells-Fargo Bank, N.A.*