IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., a | : Case No. 07-10416 (KJC) |
| Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| | : |
| Debtors. | : |

NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 12, 2007 AT 3:00 P.M.

I.  **UNCONTESTED MATTER GOING FORWARD**

   1. Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 70; filed 4/4/07]

      Objection Deadline: **April 11, 2007 at 4:00 p.m.**

      Objections/Responses Received:

      A. **Objection to Emergency Motion of Debtors Regarding Bidding Procedures and Other Matters [Docket No. 174; filed 4/11/07]**

      B. **Objection of the United States Trustee to the Emergency Motion of the Debtors and Debtors in Possession for (I) an**

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

[2] Amended items appear in **bold.**

    Order (A) Approving Bidding Procedures and Bid Protection in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief (Docket Entry #70) [Docket No. 181; filed 4/11/07]

 C. Objection of C-Bass to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 188; filed 4/11/07]

 D. Limited Objection of Citigroup Global Markets Realty Corp. to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 190; filed 4/11/07]

 E. Objection of Wells Fargo Bank N.A. to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 191; filed 4/11/07]

 F. Limited Objection to Emergency Motion of Debtors Regarding Bidding Procedures and Other Matters (Servicing Business) by Deutsche Bank National Trust Co. [Docket No. 194; filed 4/11/07]

Related Documents:

 i. Emergency Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [Docket No. 71; filed 4/4/07]

      ii.      Order Granting Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [Docket No. 90; filed 4/5/07]

      iii.     Notice of Hearing [Docket No. 120; filed 4/5/07]

**Status: The hearing on this matter is continued to April 19, 2007 at 10:00 a.m.**

## II.   CONTESTED MATTERS GOING FORWARD

2.    Motion of the Debtors and Debtors in Possession for an Order Authorizing the Debtors to Pay Prepetition Wages, Compensation and Employee Benefits Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code [Docket No. 10; filed 4/2/07]

      Response Deadline:   April 9, 2007 at 4:00 p.m.

      Responses Received:

      A.     Response of the United States Trustee to the Motion of the Debtors and Debtors in Possession for an Order Authorizing the Debtors to Pay Prepetition Wages, Compensation, and Employee Benefits Pursuant to Sections 105(a) and 363 of the Bankruptcy Code [Docket No. 139; filed 4/9/07]

      **B.     Limited Objection of the Official Committee of Unsecured Creditors to the Motion of Debtors and Debtors in Possession for an Order Authorizing the Debtors to Pay Prepetition Wages, Compensation and Employee Benefits Pursuant to Section 105(a) and 363(b) of the Bankruptcy Code [Doc. No. 10] [Docket No. 207; filed 4/12/07]**

      Related Documents:

      i.      Interim Order Authorizing the Debtors and Debtors in Possession to Pay Prepetition Wages, Compensation and Employee Benefits Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code [Docket No. 47; filed 4/3/07]

      ii.      Notice of (I) Entry of Interim Order Authorizing the Debtors and Debtors in Possession to Pay Prepetition Wages, Compensation and Employee Benefits Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and (II) Final Hearing on the Motion [Docket No. 75; filed 4/4/07]

> **Status: On April 3, 2007, the Court entered an order granting the majority of the relief requested in the motion. The hearing is going forward as to the balance of the motion.**

3. Emergency Motion for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 25; filed 4/2/07]

    Objection Deadline: April 9, 2007 at 4:00 p.m.

    Objections/Responses Received:

    A. Objection of the United States Trustee to the Emergency Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief (Docket Entry #25) [Docket No. 138; filed 4/9/07]

    B. Objection of State of Ohio, EX REL. Marc Dann, Attorney General to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 142; filed 4/9/07]

    C. Supplement to Objection of the United States Trustee to the Emergency Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief (Related Docket Entry #1385) [Docket No. 146; filed 4/9/07]

    D. **Limited Objection of the Official Committee of Unsecured Creditors to the Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice**

**Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 25] [Docket No. 208; filed 4/12/07]**

Related Documents:

i. Emergency Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [Docket No. 26; filed 4/2/07]

ii. Order Granting Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [Docket No. 53; filed 4/3/07]

iii. Notice of Hearing [Docket No. 74; filed 4/4/07]

Status: The hearing on this matter will go forward.

## III. ADVERSARY PROCEEDING MATTERS [ADV. PRO. NO. 07-50875]

4. UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction [Adv. Pro. No. 07-50875/Docket No. 3; filed 4/5/07]

   Objection Deadline: April 11, 2007 at 12:00 a.m.

   Objections/Responses Received: None at this time.

   Related Documents:

   i. Memorandum of Law in Support of UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction [Adv. Pro. No. 07-50875/Docket No. 5; filed 4/5/07]

   ii. Affidavit of Jonathan Banks in Support of UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction [Adv. Pro. No. 07-50875; Docket No. 6; filed 4/5/07]

   iii. Declaration of Richard A. Chesley with Respect to UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction [Adv. Pro. No. 07-50875/Docket No. 7; filed 4/5/07]

   iv. Expedited Motion to Shorten Notice and for Emergency Hearing on (I) UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction, and (II) Emergency Motion of UBS Real Estate Securities Inc. for Authority to File Exhibit to Affidavit of Jonathan Banks in Support of UBS Real

        Estate Securities Inc's Motion for Temporary Restraining Order and Preliminary Injunction Under Seal [Adv. Pro. No. 07-50875/Docket No. 9; filed 4/5/07]

    v.    Certification of Counsel Regarding Proposed Order Granting Expedited Motion to Shorten Notice and for Emergency Hearing on (I) UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction, and (II) Emergency Motion of UBS Real Estate Securities Inc. for Authority to file Exhibit to Affidavit of Jonathan Banks in Support of UBS Real Estate Securities Inc.'s Motion to Temporary Restraining Order and Preliminary Injunction Under Seal [Adv. Pro. No. 07-50875/Docket No. 13; filed 4/9/07]

    vi.    Order Granting Expedited Motion to Shorten Notice and for Emergency Hearing on (I) UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction, and (II) Emergency Motion of UBS Real Estate Securities Inc. for Authority to file Exhibit to Affidavit of Jonathan Banks in Support of UBS Real Estate Securities Inc.'s Motion to Temporary Restraining Order and Preliminary Injunction Under Seal [Adv. Pro. No. 07-50875/Docket No. 14; filed 4/10/07]

    **vii.**    **Notice of Hearing [Adv. Pro. No. 07-50875/Docket No. 16; filed 4/10/07]**

    **viii.**    **Memorandum in Support of Defendants' Opposition to Motion for Temporary Restraining Order [Adv. Pro. No. 07-50875/Docket No. 17; filed 4/10/07]**

    **ix.**    **Affidavit of Holly Felder Etlin in Support of Opposition to Motion for Temporary Restraining Order [Adv. Pro. No. 07-50875/Docket No. 18; filed 4/10/07]**

    **x.**    **Notice of Completion of Briefing [Adv. Pro. No. 07-50875/Docket No. 19; filed 4/11/07]**

    **xi**    **Complaint [Adv. Pro. No. 07-50875/Docket No. 1; filed 4/5/07]**

    Status: The hearing on this matter will be go forward.

5.    Emergency Motion of UBS Real Estate Securities Inc. for Authority to File Exhibit of Jonathan Banks in Support of UBS Real Estate Securities, Inc's Motion for Temporary Restraining Order and Preliminary Injunction Under Seal [Adv. Pro. No. 07-50875/Docket No. 8; filed 4/5/07]

    Objection Deadline: April 11, 2007 at 12:00 a.m.

Objections/Responses Received: None at this time.

Related Documents:

i. Expedited Motion to Shorten Notice and for Emergency Hearing on (I) UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction, and (II) Emergency Motion of UBS Real Estate Securities Inc. for Authority to File Exhibit to Affidavit of Jonathan Banks in Support of UBS Real Estate Securities Inc's Motion for Temporary Restraining Order and Preliminary Injunction Under Seal [Adv. Pro. No. 07-50875/Docket No. 9; filed 4/5/07]

ii. Certification of Counsel Regarding Proposed Order granting Expedited Motion to Shorten Notice and for Emergency Hearing on (I) UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction, and (II) Emergency Motion of UBS Real Estate Securities Inc. for Authority to file Exhibit to Affidavit of Jonathan Banks in Support of UBS Real Estate Securities Inc.'s Motion to Temporary Restraining Order and Preliminary Injunction Under Seal [Adv. Pro. No. 07-50875/Docket No. 13; filed 4/9/07]

iii. Order Granting Expedited Motion to Shorten Notice and for Emergency Hearing on (I) UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction, and (II) Emergency Motion of UBS Real Estate Securities Inc. for Authority to file Exhibit to Affidavit of Jonathan Banks in Support of UBS Real Estate Securities Inc.'s Motion to Temporary Restraining Order and Preliminary Injunction Under Seal [Adv. Pro. No. 07-50875/Docket No. 14; filed 4/10/07]

Status: The hearing on this matter will be go forward.

Dated: April 12, 2007
Wilmington, Delaware

_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
(302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
(415) 984-8700
(415) 984-8701

Proposed Attorneys for Debtors and
Debtors in Possession

# CERTIFICATE OF SERVICE

I, Christopher M. Samis, hereby certify that on the 12th day of April, 2007, I caused copies of the foregoing **Notice of <u>Amended</u> Agenda of Matters Scheduled for Hearing on April 12, 2007 at 3:00 p.m.** to be served on the parties below in the manner indicated thereon.

**VIA FASCIMILE:**

| TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|
| Joseph J. McMahon, Jr. | Office of the United States Trustee | 302-573-6491 | 302-573-6497 |
| William P. Bowden<br>Gregory A. Taylor | Ashby & Geddes, P.A.<br>(USB Real Estate Securities, Inc.) | 302-654-1888 | 302-654-2067 |
| Richard A. Chesley<br>Kimberly D. Newmarch | Paul, Hastings, Janofsy & Walker LLP<br>(USB Real Estate Securities, Inc.) | 312-499-6000 | 312-499-6100 |
| Keith W. Miller<br>James R. Bliss | Paul, Hastings, Janofsky & Walker LLP<br>(USB Real Estate Securities, Inc.) | 212-318-6000 | 212-319-4090 |
| Elizabeth Banda | Perdue, Brandon, Fielder, Collins & Mott, LLP | 817-461-3344 | 817-860-6509 |
| Laura Davis Jones<br>Timothy P. Cairns | Pachulski Stang Ziehl Young Jones & Weintraub LLP | 302.652.4100 | 302.652.4400 |
| Bennet L. Spiegel<br>Shirley S. Cho | Kirkland & Ellis LLP | 213-680-8400 | 231-680-8500 |
| Joseph H. Smolinsky<br>Douglas E. Deutsch | Chadbourne & Parke LLP | 212-408-5100 | 212-541-5369 |
| Paul M. Basta<br>Joshua A. Sussberg | Kirkland & Ellis LLP<br>(Counsel for Citigroup Global Markets Realty Group) | 212-446-4800 | 212-446-4900 |
| Marla R. Eskin<br>Mark T. Hurford<br>Kathleen C. Davis | Campbell & Levine, LLC<br>(Counsel for Citigroup Global Markets Realty Group) | 302-426-1900 | 302-426-9947 |
| Charles J. Filardi, Jr. | Filardi Law Offices LLC | 203-562-8588 | 866-890-3061 |
| Patricia B. Tomasco | Brown McCarroll, LLP | 512-472-5456 | 512-479-1101 |
| Robert J. Dehney<br>Gregory W. Werkheiser<br>Daniel B. Butz | Morris, Nichols, Arsht & Tunnell LLP | 302-658-9200 | 302-658-3989 |
| Luc A. Despins<br>Wilbur F. Foster | Milbank, Tweed, Hadley & McCloy LLP | 212-530-5000 | 212-530-5219 |
| Howard R. Hawkins, Jr. | Cadwalader, Wickersham & Taft LLP | 212-504-6000 | 212-504-6666 |
| Suzzanne S. Uhland<br>Ben H. Logan | O'Melveny & Myers LLP | 415-984-8700 | 415-984-8701 |

| TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|
| Victoria Newmark Emily Culler | | | |
| Dennis J. Drebsky | Nixon Peabody LLP (Counsel to Deutsche Bank National Trust Co.) | 212-940-3000 | 212-940-3111 |
| Mark N. Berman | Nixon Peabody LLP (Counsel to Deutsche Bank National Trust Co.) | 617-345-1000 | 617-345-1300 |
| David B. Stratton | Pepper Hamilton LLP (Counsel to Deutsche Bank National Turst Co.) | 302-777-6500 | 302-421-8390 |
| Elizabeth Weller | Linebarger Googan Blair & Sampson, LLP | 214-880-0089 | 214-253-2558 |
| Ian Connor Bifferato Garvan F. McDaniel | Bifferato Gentilotti LLC | 302-429-1900 | 302-429-8600 |
| John E. Mitchell | Vinson & Elkins LLP | 214-220-7700 | 214-220-7716 |
| Kurt F. Gwynne | Reed Smith LLP | 302-778-7500 | 302-778-7575 |
| Claudia Z. Springer | Reed Smith LLP | 215-851-8100 | 215-851-1420 |
| Mary F. Caloway Eric Lopez Schnabel | Buchanan Ingersoll & Rooney PC | 302-552-4200 | 302-552-4295 |
| Chris Lenhart | Dorsey & Whitney LLP | 612-340-2600 | 612-340-2868 |
| Don A. Beskrone | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| Frank G. Burt Raul A. Cuervo W. Glenn Merten | Jorden Burt LLP | 202-965-8100 | 202-965-8104 |
| Scot Freeman Account Resolution | Travelers National Accounts | 860-277-8026 | 860-277-2158 |
| T. Robert Finlay Donna L. La Porte | Wright, Finlay & Zak, LLP | 949-477-5050 | 949-477-9200 |
| William G. Malcolm | Malcolm & Cisneros, A Law Corporation | 949-252-9400 | 949-252-1032 |
| Laurie Selber Silverstein | Potter Anderson & Corroon LLP | 302-984-6000 | 302-658-1192 |
| Margot B. Schonholtz Mark F. Liscio | Kaye Scholer LLP | 212-836-8000 | 212-836-8689 |
| Lawrence P. Gottesman Sukyong Suh | Bryan Cave LLP | 212-541-2000 | 212-541-4630 |
| Katherine M. Windler | Bryan Cave LLP | 310-576-2100 | 310-576-2200 |
| Hernando Azarcon Senior Legal Coordinator | GMAC Commercial Finance LLC | 248-327-9360 | 248-327-9350 |
| William E. Chipman, Jr. | Edwards Angell Palmer & Dodge LLP | 302-425-7124 | 302-777-7263 |
| Paul T. Liu John Guerry | Countrywide Home Loans, Inc. | 818-871-6069 | 818-871-4602 |
| Charles A. Hansen Mark S. Bostick | Wendel, Rosen, Black & Dean LLP | 510-834-6600 | 510-834-1928 |

| TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|
| Norman M. Monhait | Rosenthal, Monhait & Goddess, P.A. | 302-656-4433 | 302-658-7567 |
| Matthew Botica<br>David Wirt<br>Grayson Walter | Winston & Strawn LLP | 312-558-5600 | 312-558-5700 |
| Michael G. Gallerizzo | Gebhardt & Smith LLP | 302-656-9002 | 302-429-5953 |
| Glenn M. Reisman | | 203-944-0401 | 203-225-1244 |
| Jeffrey I. Golden<br>Hutchison B. Meltzer | Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | 714-966-1000 | 714-966-1002 |
| Stuart B. Wolfe<br>Yaron Shaham | Wolfe & Wyman LLP | 949-475-9200 | 949-475-9203 |
| Barry Freeman | Jeffer Mangels Butler & Marmaro, LLP | 310-203-8080 | 310-203-0567 |
| David M. Poitras | Jeffer Mangels Butler & Marmaro LLP | 310-203-8080 | 310-203-0567 |
| Diane J. Richey<br>Vice President and Senior Counsel | Union Bank of California | 213-236-5170 | 213-627-1819 |
| David M. Fournier | Pepper Hamilton LLP | 302-777-6500 | 302-421-8390 |
| David Retter<br>Christena A. Lambrianakos | Kelley Drye & Warren LLP | 212-808-7800 | 212-808-7897 |
| Robert P. Cocco | Robert P. Cocco, P.C. | 215-351-0200 | 215-922-3874 |
| Jed Hart | Angelo, Gordon & Co. | 212-692-2003 | 212-867-6395 |
| Bonnie Glantz Fatell | Blank Rome LLP<br>(Official Committee of Unsecured Creditors) | 302-425-6400 | 302-425-6464 |
| Mark T. Powers<br>Mark S. Indelicato<br>Jeffrey L. Schwartz | Hahn & Hessen LLP<br>(Official Committee of Unsecured Creditors) | 212-478-7200 | 212-478-7400 |
| Thomas S. Kiriakos<br>Sean T. Scott | Mayer, Brown, Rowe & Maw LLP<br>(Carrington Mortgage Services & Capital Management LLC) | 312-782-0600 | 312-701-7711 |
| Steven K. Kortanek | Womble Carlyle Sandridge & Rice PLLC<br>(Carrington Mortgage Services & Capital Management LLC) | 302-252-4363 | 302-661-7728 |
| Bruce Bennett<br>Jeanne E. Irving | Henningan, Bennett & Dorman LLP | 213-694-1200 | 213-694-1234 |
| Geoffrey E. Hader | Credit-Based Asset Servicing and Securitization LLC | 212-850-7732 | 212-850-7762 |
| Neil Luria | Residential Funding Company, LLC | 952-857-7000 | 212-857-8500 |
| Michael A. Criscito | Credit Suisse First Boston Mortgage Capital LLC | 212-325-2401 | 917-326-8089 |

RLF1-3137588-1

| TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|
| Brendan Meyer | Deutsche Bank National Trust Co. | 212-250-2921 | 212-797-0022 |
| Thomas Martin Korsman | Wells Fargo Bank, NA | 612-466-5890 | 866-680-1777 |
| Michael J. Marino | Fidelity National Information Services, Inc. | 904-854-5842 | 904-357-1077 |
| Mark T. Lammas | Maguire Properties - Park Place LLC | 310-857-1100 | 310-857-1198 |
| Michelle T. Sutter Matthew J. Lampke | State of Ohio | 614-466-2766 | 614-644-1926 |
| Michal G. Gallerizzo David V. Fontana | Gebhardt & Smith LLP (Counsel for General Electric Capital Corp.) | 302-656-9002 | 302-429-5953 |
| Peter S. Partee | Hunton & Williams LLP (Counsel Credit-Based Asset Servicing & Securitization LLC & Wells Fargo Bank NA) | 212-309-1000 | 212-309-1100 |
| J.R. Smith Jason W. Harbour | Hunton & Williams LLP (Counsel Credit-Based Asset Servicing & Securitization LLC & Wells Fargo Bank NA) | 804-788-8200 | 804-788-8218 |
| Michael Busenkell | Eckert Seamans Cherin & Mellot, LLC (Counsel Credit-Based Asset Servicing & Securitization LLC & Wells Fargo Bank NA) | 302-425-0430 | 302-425-0432 |

Christopher M. Samis (No. 4909)

RLF1-3137588-1