IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: : Chapter 11
:
:
NEW CENTURY TRS HOLDINGS, INC., : Case No. 07-10416(KJC)
a Delaware Corporation, et al.,[1] :
: Jointly Administered
Debtor. :

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Sukyong Suh of Bryan Cave, LLP to represent Countrywide Financial Corporation; Countrwide Home Loans, Inc.; Countrywide Warehouse Lending; Countrywide Securities Corporation; and GMAC Commercial Finance, LLC in this action.

EDWARDS ANGELL PALMER & DODGE LLP

Dated: April 4, 2007

/s/ Stuart M. Brown
Stuart M. Brown (No. 4050)
919 N. Market Street, Suite 1500
Wilmington, DE 19801
302-425-7105
888-325-9533 facsimile
sbrown@eapdlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California Corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, L.L.C., a Delaware limited liability company; Ncoral, L.P., a Delaware limited partnership.

Docket # 81
Date: 4/4/07

_508502_1.DOC/

effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: April 4, 2007

/s/ Sukyong Suh
Sukyong Suh
Bryan Cave, LLP
1290 Avenue of the Americas
New York, NY 10104
212-541-2000
212-541-4630 facsimile
sukyong.suh@bryancave.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: April 12, 2007

_____
United States Bankruptcy Judge

- 2 -

_508502_1.DOC/