# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) Chapter 11 |
| | ) |
| NEW CENTURY TRS HOLDINGS, | ) Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

I, Gregory A. Taylor, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, move for the admission *pro hac vice* of Keith W. Miller, Esquire, of Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, New York 10022 (the "Admittee"), to represent UBS Real Estate Securities Inc. in the above-captioned matter.

Dated: April 11, 2007

ASHBY & GEDDES, P.A.

William P. Bowden (I.D. #2553)
Gregory A. Taylor (I.D. #4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

*Counsel to UBS Real Estate Securities Inc.*

179598.1

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland Corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware Corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; and NCoral, L.P., a Delaware limited partnership.

## CERTIFICATION OF KEITH W. MILLER TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York and the State of New Jersey, the U.S. District Court for the Southern District of New York, and the U.S. District Court of New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Keith W. Miller
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, New York  10022
Telephone: 212-318-6005
Facsimile: 212-230-7604
keithmiller@paulhastings.com

Motion granted.

BY THE COURT:

The Honorable Kevin J. Carey
United States Bankruptcy Court Judge

Date: April 12, 2007

179598.1