IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code, the following counsel enters their appearance on behalf of DB Structured Products, Inc., and request that all notices given or required to be given, and all papers served in this case, be delivered to and served upon the following at their offices at the addresses set forth below, and that the following be added to the general matrix and all special or limited matrices in this matter.

All motions, pleadings, notices, applications and other papers should be served upon:

Robert M. Dombroff, Esq.
Steven Wilamowsky, Esq.
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York  10022-4689
Telephone:  (212) 705-7000
Facsimile:  (212) 752-5378
E-Mail:  robert.dombroff@bingham.com
         steven.wilamowsky@bingham.com

- and -

Andrew J. Gallo, Esq.
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, Massachusetts  02110
Telephone:  (617) 951-8000
Facsimile:  (617) 951-8736
E-Mail:  andrew.gallo@bingham.com

- and -

Richard H. Agins, Esq.
BINGHAM McCUTCHEN LLP
One State Street
Hartford, Connecticut  06103-3178
Telephone:  (860) 240-2700
Facsimile:  (860) 240-2800
E-Mail:  richard.agins@bingham.com


- and -

Robert S. Brady (No. 2847)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
E-Mail:  rbrady@ycst.com

Dated:  April 12, 2007

BINGHAM McCUTCHEN LLP
Robert M. Dombroff, Esq.
Steven Wilamowsky, Esq.
399 Park Avenue
New York, New York  10022-4689
Telephone:  (212) 705-7000
Facsimile:  (212) 752-5378


- and -

Andrew J. Gallo, Esq.
150 Federal Street
Boston, Massachusetts  02110
Telephone:  (617) 951-8000
Facsimile:  (617) 951-8736


- and -

2

Richard H. Agins, Esq.
One State Street
Hartford, Connecticut  06103-3178
Telephone:  (860) 240-2700
Facsimile:  (860) 240-2800

    - and -

YOUNG CONAWAY STARGATT & TAYLOR, LLP


Robert S. Brady (No. 2847)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for DB Structured Products, Inc.

DB02:5904434.1                                               900002.0001