Andrea Sheehan
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. Central Expressway
Dallas, TX  75205
(214) 521-8000
(214) 521-1738 FACSIMILE
sheehan@txschoollaw.com

ATTORNEY FOR CARROLLTON-FARMERS BRANCH
INDEPENDENT SCHOOL DISTRICT, GARLAND
INDEPENDENT SCHOOL DISTRICT, and
LEWISVILLE INDEPENDENT SCHOOL DISTRICT

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC. | § | |
| fka NEW CENTURY FINANCIAL | § | Case No. 07-10416-KJC-11 |
| CORPORATION | § | (Jointly Administered) |
| | § | |
| Debtor. | § | CHAPTER 11 |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to §1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

>CARROLLTON-FARMERS BRANCH
>INDEPENDENT SCHOOL DISTRICT, GARLAND
>INDEPENDENT SCHOOL DISTRICT, and
>LEWISVILLE INDEPENDENT SCHOOL DISTRICT
>c/o Andrea Sheehan, Esq.
>LAW OFFICES OF ROBERT E. LUNA, P.C.
>4411 N. Central Expressway
>Dallas, Texas 75205
>(214) 521-8000
>(214) 521-1738 FACSIMILE

Please take further notice that pursuant to §1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted,

LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. Central Expressway
Dallas, Texas 75205
(214) 521-8000
(214) 521-1738 FACSIMILE


By:  /s/ Andrea Sheehan
     Andrea Sheehan
     Texas State Bar No. 24002935

CARROLLTON-FARMERS BRANCH
INDEPENDENT SCHOOL DISTRICT, GARLAND
INDEPENDENT SCHOOL DISTRICT, and
LEWISVILLE INDEPENDENT SCHOOL DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served upon the parties listed below at the designated addresses, via electronic mail or first class U.S. mail this 12th day of April, 2007.

/s/ Andrea Sheehan
ANDREA SHEEHAN

Richards Layton & Finger, PA
920 North King St.
P.O. Box 551
Wilmington, DE 19899

United States Trustee
844 Kin Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035