**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**SPRINT NEXTEL CORPORATION'S
REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), and section 1109(b) of Title 11 (the "Bankruptcy Code") of the United States Code, David I. Swan and Kenneth M. Misken appear as counsel for **Sprint Nextel Corporation.** and its affiliates ("Sprint") in the above captioned bankruptcy case (the "Bankruptcy Case").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9001 and 9010 and sections 342 and 1109(b) of the Bankruptcy Code, Sprint hereby requests that all documents filed with the Bankruptcy Court, all notices given or required to be given in the Bankruptcy Case, and all papers served or required to be served in any adversary proceeding, be given and served upon the following, and that appropriate entry thereof be made on the Clerk's Matrix in this Bankruptcy Case:

> David I. Swan, Esq.
> Kenneth M. Misken, Esq.
> McGuire Woods LLP
> 1750 Tysons Boulevard
> Suite 1800
> McLean, VA 22102-4215
> Telephone: (703) 712-5000
> Facsimile: (703) 712-5050

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, telex, facsimile transmission, electronic mail or otherwise that: (a) affect or seek to affect in any way any rights or interests of any creditor or party in interest in this case, including Sprint, with respect to, without limitation, (i) the Debtors, (ii) property of the estate or proceeds thereof, in which the Debtors may claim an interest, or (iii) property or proceeds thereof, in the possession, custody or control of others, that the Debtors may seek to use; or (b) require or seek to require any act, delivery or any property, payment or other conduct by Sprint.

**PLEASE TAKE FURTHER NOTICE** that Sprint intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (a) the right of Sprint to have final orders and non-core matters entered only after de novo review by a District Court Judge; (b) the right of Sprint to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case; (c) the right of Sprint to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs or recoupments to which Sprint is or may be entitled.

Dated: April 13, 2007                                **MCGUIREWOODS LLP**

By: /s/ David I. Swan
David I. Swan, Esq.
dswan@mcguirewoods.com
Kenneth M. Misken , Esq.
kmisken@mcguirewoods.com
McGuire Woods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102-4215
Telephone: (703) 712-5000
Facsimile: (703) 712-5050

## **CERTIFICATE OF SERVICE**

      I certify that on April 13, 2007, I served this Notice of Appearance and Request for Documents through the Case Management/Electronic Case Filing System or by first-class mail upon the following:

Christopher M. Samis, Esq.
Chun I. Jang, Esq.
Mark D. Collins, Esq.
Michael Joseph Merchant, Esq.
Paul Noble Heath, Esq.
*(Counsel to the Debtor)*
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, De 19801
302-651-7845
Fax : 302-651-7701
Email: samis@rlf.com

Bonnie Glantz Fatell, Esq.
*(Counsel to the Official Committee of Unsecured Creditors)*
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
302-425-6423
Fax: 302-425-6464
Email: fatell@blankrome.com

Timothy P. Cairns, Esq.
*(Counsel to the Debtor)*
Pachulski Stang Ziehl Young Jones
919 N. Market Street
17th Floor
Wilmington, DE 19801
302-652-4100
Fax : 302-652-4400
Email: tcairns@pszyjw.com

James S. Carr, Esq.
*(Counsel to Wells Fargo Bank, N.A.)*
Kelley Drye & Warren
101 Park Avenue
New York, NY 10178
212-808-7800
Fax : 212-808-7897
Email: jcarr@kelleydrye.com

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
302-573-6491

                                        /s/ David I. Swan
                                        David I. Swan

\4529755.1