IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Bennett L. Spiegel to represent Greenwich Capital Financial Products, Inc. ("Greenwich") and The CIT Group/Business Credit, Inc. ("CIT") in the above-captioned action.

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

---

[1] The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

32724-001 DOCS_DE:126310.1

Date 4.3.07
Docket # 33

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am member in good standing of the Bar of the State of California and am admitted to practice and in good standing in the State of California, State of New York, State of New Jersey and State of Connecticut. I am also admitted, practicing, and in good standing in the District of Columbia Court of Appeals, the United States District Court for the Central District of California, the United States District Court for the Eastern District of California, the United States District Court for the Northern District of California, the United States District Court for the Southern District of California, the United States District Court for the District of Connecticut, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the District of New Jersey, the United States District Court for the District of Columbia, United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the District of Columbia Circuit, United States Court of Appeals for the Ninth Circuit and the Supreme Court of the United States. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I have access to or have acquired a copy of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and am generally familiar with such Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Bennett L. Spiegel
KIRKLAND & ELLIS LLP
777 S. Figueroa St., Suite 3700
Los Angeles, CA 90017
Tel: 213.680.8203
Fax: 213.808.8500

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission of Bennett L. Spiegel pro hac vice is granted.

Dated: April __, 2007

Kevin J. Carey
United States Bankruptcy Judge

2