**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Mark S. Indelicato of the law firm Hahn & Hessen LLP, 488 Madison Avenue, 14th & 15th Floor, New York, New York 10022, to represent The Official Committee of Unsecured Creditors in the above-captioned cases.

Dated: Wilmington, Delaware
April 12, 2007

**BLANK ROME LLP**

_____
Bonnie Glantz Fatell (No. 3809)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: fatell@blankrome.com

*Proposed Co-Counsel for The Official Committee Of Unsecured Creditors*

900200.00001/40168215v.1

Date 4/12/07
Dkt No. 241

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: April 12, 2007

Mark S. Indelicato
HAHN & HESSEN LLP
488 Madison Avenue
14th and 15th Floor
New York, New York 10022
Phone: (212) 478-7200
Fax:   (212) 478-7400

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* that counsel's Motion for Admission *Pro Hac Vice* of Mark S. Indelicato of the law firm Hahn & Hessen LLP is granted.

Dated: April 12, 2007

THE HONORABLE KEVIN J. CAREY

900200.00001/40168215v.1