**ORIGINAL**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Mark T. Power of the law firm Hahn & Hessen LLP, 488 Madison Avenue, 14th & 15th Floor, New York, New York 10022, to represent The Official Committee of Unsecured Creditors in the above-captioned cases.

Dated: Wilmington, Delaware
April 11, 2007

**BLANK ROME LLP**

_____
Bonnie Glantz Fatell (No. 3809)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: fatell@blankrome.com

*Proposed Co-Counsel for The Official
Committee Of Unsecured Creditors*

Date  4/11/07
Dkt No.  242

900200.00001/40168212v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the United States Court of Appeals for the Third and Second Circuit of New York, and the United States District Courts for the Eastern, Western and Southern Districts of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: April 10, 2007

_____
Mark T. Power
HAHN & HESSEN LLP
488 Madison Avenue
14th and 15th Floor
New York, New York 10022
Phone: (212) 478-7200
Fax:   (212) 478-7400

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* that counsel's Motion for Admission *Pro Hac Vice* of Mark T. Power of the law firm Hahn & Hessen LLP is granted.

Dated: April 12, 2007

_____
THE HONORABLE KEVIN J. CAREY

900200.00001/40168212v.1