# Exhibit B

## SCHEDULE 2 – THE RESIDUALS

1. New Century Cayman 2005-A, 1000 Preference Shares, representing 100% of the Preference Shares issued and outstanding

2. New Century Cayman 2005-B, 1000 Preference Shares, representing 100% of the Preference Shares issued and outstanding

3. New Century Cayman 2005-C, 1000 Preference Shares, representing 100% of the Preference Shares issued and outstanding

4. New Century Cayman 2005-D, 1000 Preference Shares, representing 100% of the Preference Shares issued and outstanding

5. NC Finance NIM Trust 1998-1, Notes and Owner Trust Certificates, representing all securities issued by such issuer

6. New Century Home Equity Loan Trust 1999-NCA, Class R, representing a 100% percentage interest in such class

7. New Century Home Equity Loan Trust, 1999-NCD, Class R, representing a 100% percentage interest in such class