# Exhibit C

## SCHEDULE 3

1. NC Capital Corporation

2. NC Asset Holding, L.P. (successor by conversion to NC Residual II Corporation)