IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS,<br>INC., a Delaware corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, hereby certify that on this 13th day of April, 2007, I caused a true and correct copy of the ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF QWEST CORPORATION PURSUANT TO FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.LR. 2002-1(d) to be served upon the parties on the attached service list in the manners indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

## SERVICE LIST

**VIA HAND DELIVERY**
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**VIA HAND DELIVERY**
Joseph J. McMahon, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

**VIA HAND DELIVERY**
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl Young Jones
   & Weintraub LLP
919 Market Street, 17th Floor
Wilmington, DE 19899-1266

**VIA HAND DELIVERY**
Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

**VIA HAND DELIVERY**
William P. Bowden, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**VIA HAND DELIVERY**
Robert J. Dehney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 Market Street, 17th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Suzzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

**VIA FIRST CLASS MAIL**
Luc A. Despins, Esquire
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10281

**VIA FIRST CLASS MAIL**
Keith W. Miller, Esquire
Paul Hastings Janofsky & Walker LLP
Park Avenue Tower
75 E 55th Street, First Floor
New York, NY 10022

**VIA FIRST CLASS MAIL**
Bennett L. Spiegel, Esquire
Shirley S. Cho, Esquire
Kirkland & Ellis LLP
777 S. Figueroa, Suite 3700
Los Angeles, CA 90017

**VIA FIRST CLASS MAIL**
Howard R. Hawkins, Jr., Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**VIA FIRST CLASS MAIL**
Dennis N. Drebsky, Esquire
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

**VIA HAND DELIVERY**
David D. Stratton, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801

**VIA HAND DELIVERY**
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19810

**VIA FIRST CLASS MAIL**
Joseph H. Smolinsky, Esquire
Chadbourn & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

**VIA FIRST CLASS MAIL**
Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022