UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                             :    Chapter 11
In re:                                                       :
                                                             :    Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS,                                    :
INC., Delaware corporation, et al.,                          :    (Jointly Administered)
                                                             :
            Debtors.                                         :
------------------------------------------------------------ x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Mayer, Brown, Rowe & Maw LLP ("MBR&M") and Klehr, Harrison, Harvey Branzburg & Ellers LLP ("Klehr Harrison") hereby appear as attorneys for ABN AMRO Bank N.V. ("ABN AMRO") in the above-captioned chapter 11 cases. Pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), MBR&M and Klehr Harrison request that all pleadings of any kind, including, without limitation, notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, whether by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made, related in any way to the debtors, their property or estates, given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon MBR&M and Klehr Harrison at the offices, addresses and telephone numbers set forth below, and that MBR&M's and Klehr Harrison's names be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

17442172

        Raniero D'Aversa, Jr., Esq.
        Laura D. Metzger, Esq.
        Mayer, Brown, Rowe & Maw LLP
        1675 Broadway
        New York, NY  10019-5820
        Tel:  (212) 506-2500
        Fax: (212) 262-1910
        E-mail: rdaversa@mayerbrown.com
        E-mail: ldmetzger@mayerbrownrowe.com

        Joanne B. Wills, Esq.
        Michael W. Yurkewicz, Esq.
        Klehr, Harrison, Harvey
        Branzburg & Ellers LLP
        919 Market St., Suite 1000
        Wilmington, DE 19801
        Tel:  (302) 426-1189
        Fax:  (302) 426-9193
        E-mail: jwills@klehr.com
        E-mail: myurkewicz@klehr.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail delivery, telephone, facsimile, e-mail or otherwise, which affects the above-captioned debtors, property of such debtors, or ABN AMRO.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights,

17442172

claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
April 13, 2007

        KLEHR, HARRISON, HARVEY
        BRANZBURG & ELLERS LLP

        /s/ Michael W. Yurkewicz
        Joanne B. Wills (I.D. #2357)
        Michael W. Yurkewicz (I.D. #4165)
        919 Market St., Suite 1000
        Wilmington, DE 19801
        Tel: (302) 426-1189
        Fax: (302) 426-9193
        E-mail: jwills@klehr.com
        E-mail: myurkewicz@klehr.com

        - and -

        MAYER, BROWN, ROWE & MAW LLP

        Raniero D'Aversa, Jr. (RD-9551)
        Laura Metzger (LM-9020)
        1675 Broadway
        New York, New York 10019
        Tel: (212) 506-2500
        Fax: (212) 262-1910
        Email: rdaversa@mayerbrown.com
        Email: ldmetzger@mayerbrownrowe.com

        *Attorneys for ABN AMRO Bank N.V.*