UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2007 APR 12 AM 9:56
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| NEW CENTURY TRS HOLDINGS, INC., | ) Case No: 07-10416-KJC |
| a Delaware corporation, et al., | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) |

## REQUEST FOR NOTICE

Pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007, 90109(b) and 9013 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that a true, complete and accurate copy of each and every notice required to be given in this case, as well as all copies of pleadings and other papers filed in the above matter, be directed to counsel for **MTC Financial Inc., dba Trustee Corps** at:

> Richard J. Reynolds
> Turner, Reynolds, Greco & O'Hara
> 16485 Laguna Canyon Road, Suite 250
> Irvine, CA 92618
> (949) 474-6900
> (949) 474-6907 Facsimile
> rreynolds@trlawyers.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise with

respect to the above-captioned debtor, the bankruptcy estate, or any related entity, or property in which the debtor or its trustee may claim an interest.

DATED: April 10, 2007      By: /s/ Richard J. Reynolds
Richard J. Reynolds
Turner, Reynolds, Greco & O'Hara
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618
(949) 474-6900
(949) 474-6907 Facsimile
rreynolds@trlawyers.com

00221444.WPD; 1

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on this 10th day of April, 2007, a copy of the foregoing Request for Notice has been served via electronic mail to those parties participating in the court's electronic notification system and via first class mail, postage pre-paid to the following parties:

| | |
|---|---|
| Office of the United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | Office of the United States Trustee |
| Michael Joseph Merchant<br>Richard Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Debtor's Attorneys |
| Suzanne Uhland<br>O'Melveny & Myers LLP<br>275 Battery Street, 26th Floor<br>San Francisco, CA 94111-3305 | Debtor's Attorneys |

By: _____
Richard J. Reynolds