UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                            :
                                                  :    Chapter 11
NEW CENTURY TRS HOLDINGS,                         :
INC., a Delaware Corporation, et al.              :    Case No. 07-10416 (KJC)
                                                  :
Debtors.                                          :    Jointly Administered
---------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Cadwalader, Wickersham & Taft LLP and The Bayard Firm hereby appear in the above-captioned chapter 11 cases on behalf of Natixis Real Estate Capital Inc. (f/k/a IXIS Real Estate Capital Inc.) pursuant to Rules 2002, 9007, 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules") and section 1109(b) of chapter 11, of title 11, of the United States Code (the "Bankruptcy Code"), and demand is hereby made for copies of all notices given or required to be given in this case (the "Case") and all papers served in the Case (including, but not limited to, all papers filed and served in all adversary proceedings in the Case, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the court a request that all notices be mailed to them) to be served upon the following:

Gregory M. Petrick, Esquire
Angela Somers, Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

-and-

Neil B. Glassman, Esquire (No. 2087)
Steven M. Yoder, Esquire (No. 3885)
The Bayard Firm
222 Delaware Ave., Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the debtors or the property of the debtors.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Official Service List for notice of all contested matters, adversary proceedings and other proceedings in the Case.

Dated: April 13, 2007
Wilmington, Delaware    **THE BAYARD FIRM**

By: /s/ Stephen M. Yoder
Neil B. Glassman (No. 2087)
Steven M. Yoder (No. 3885)
222 Delaware Ave., Suite 900
Wilmington, DE 19801
(302) 655-5000

-and-

**CADWALADER, WICKERSHAM & TAFT LLP**
Gregory M. Petrick
Angela Somers
One World Financial Center
New York, NY 10281
 (212) 504-6000

Counsel for Natixis Real Estate Capital Inc.
(f/k/a IXIS Real Estate Capital Inc.)