## CERTIFICATE OF SERVICE

I, Steven M. Yoder, hereby certify that on the 13th day of April, 2007, I caused a copy of the **Notice of Appearance and Request for Service of Papers** to be served upon the parties listed on the attached service list *via* hand delivery to all local parties and *via* First Class Mail to all remaining parties.

                /s/ Steven M. Yoder
                Steven M. Yoder (No. 3885)

657131-1