IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| New Century TRS Holdings, Inc., | ) | |
| a Delaware Corporation, et al., | ) | Case No.: 07-10416 (RC) |
| | ) | |

## MOTION FOR ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification the undersigned moves for her admission *pro hac vice* to represent the State of Ohio, ex rel. Marc Dann, Attorney General in this matter

Signed: _____
Michelle Therese Sutter
Principal Assistant Attorney General
Ohio Supreme Court Reg. No.: 0013880
Ohio Attorney Generals Office
Environmental Enforcement Section
Public Protection Division
30 East Broad Street – 25th Floor
Columbus, Ohio 43215-3400
Telephone: (614) 466-2766

Date: April 11, 2007          Attorney for Ohio

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
United States Bankruptcy Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Ohio and pursuant to Local rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐? To the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐? to the Clerk's Office upon the filing of this motion.

Date: 4/11/07          Signed: _____
Michelle Therese Sutter
Principal Assistant Attorney General
Ohio Attorney Generals Office
Environmental Enforcement Section
Public Protection Division
30 East Broad Street – 25th Floor
Columbus, Ohio 43215-3400

41