IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., *et al.*, | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, <u>et al.</u>, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

## <u>NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS</u>

**PLEASE TAKE NOTICE** that ChoicePoint Inc. and its affiliates, including, but not limited to ChoicePoint Precision Marketing, Inc. (collectively, "ChoicePoint"), by and through their undersigned counsel, hereby enter this appearance pursuant to section 1109(b) of the Bankruptcy Code, and request pursuant to Bankruptcy Rules 2002, 9007 and 9010 that copies of all notices and pleadings served or required to be served in the above-captioned cases be given to and served upon counsel at the address, telephone and facsimile number and e-mail addresses indicated below:

James R. Savin, Esq.
David M. Dunn, Esq.
Joanna F. Newdeck, Esq. (Del. Bar No. 4587)
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: 202.887.4000
Facsimile: 202.887.4288
<u>jsavin@akingump.com</u>
<u>ddunn@akingump.com</u>
<u>jnewdeck@akingump.com</u>

**PLEASE TAKE FURTHER NOTICE**, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

1

written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise, which are filed or made with regard to the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance, nor any later appearance, pleading, claim or suit is intended to waive any right (i) to have final orders in non-core matters entered only after *de novo* review by the District Court, (ii) to trial by jury in any proceeding so triable in the above-captioned cases or any case, controversy, or proceeding related to the above-captioned cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, action, setoffs, or recoupments to which ChoicePoint is or may be entitled. Further, this notice of appearance constitutes a special appearance and is not to be deemed a consent to or waiver of ChoicePoint's right to challenge the jurisdiction of this Court, including without limitation, the jurisdiction of this Court to adjudicate non-core maters.

Dated: April 16, 2007

By: /s/ Joanna F. Newdeck
James R. Savin, Esq.
David M. Dunn, Esq.
Joanna F. Newdeck, Esq. (Del. Bar No. 4587)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: 202.887.4000
Facsimile: 202.887.4288

Attorneys for ChoicePoint Inc. and its affiliates