## Certificate of Service

I, Joanna F. Newdeck, hereby certify that on the 16th day of April, 2007, I caused the foregoing **Request for Notice and Demand for Service of Papers** by first class mail, postage prepaid to the parties listed below.

/s/ Joanna F. Newdeck
Joanna F. Newdeck

| | |
|---|---|
| Mark D. Collins, Esq.<br>Michael J. Merchant, Esq,<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19801<br>*Counsel to the Debtors* | Bonnie Glantz Fatell, Esq.<br>Blank Rome LLP<br>1201 Market St., Suite 800<br>Wilmington, DE 19801<br>*Counsel to Official Committee<br>of Unsecured Creditors* |
| Suzzanne S. Uhland, Esq.<br>Austin K. Barron, Esq.<br>Emily R. Culler Esq.<br>Ana Acevedo, Esq.<br>O'Melveny & Myers LLP<br>275 Battery Street<br>San Francisco, CA 94111<br>*Counsel to the Debtors* | Mark T. Power, Esq.<br>Mark S. Indelicato, Esq.<br>Jeffrey L. Schwartz, Esq.<br>Hahn & Hessen LLP<br>488 Madison Ave.<br>14th & 15th Floor<br>New York, NY 10022<br>*Counsel to Official Committee<br>of Unsecured Creditors* |
| Joseph McMahon, Esq.<br>Office of the United States Trustee<br>844 Market Street<br>Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | |