UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| NEW CENTURY TRS HOLDINGS, INC. | § | |
| DEBTOR(S) | § | CASE NO. 07-10416-11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOW COMES Linebarger Goggan Blair & Sampson, LLP, representing:

**BEXAR COUNTY   CITY OF ELPASO**

and other taxing jurisdictions to whom they collect ad valorem property taxes, creditors in the above-referenced bankruptcy proceeding, and gives notice of its appearance in this case pursuant to Bankruptcy Rule 9010.

Linebarger Goggan Blair & Sampson, LLP respectfully requests that it be served with any pleadings, reports, orders, documents, notices of hearings and any other notices to parties and interests in this case in accordance with Bankruptcy Rules 9010, 2002 and 3017.

Respectfully submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON LLP
Travis Building, 711 Navarro, Suite 300
San Antonio, TX 78205
(210) 225-6763 - *Voice*
(210) 226-4308 - *Fax*

By: /s/David G. Aelvoet
David G. Aelvoet
State Bar No. 00786959

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service was served by First Class Mail on ___April 13, 2007___ upon the following:

Debtor:
   NEW CENTURY TRS HOLDINGS, INC.
   18400 Von Karman Ave.
   Irvine, CA 92612

Attorney:
   Mark D. Collins
   Attorney At Law
   P.O. Box 551
   Wilmington, DE 19899

Trustee:
   US Trustee (Delaware)
   844 King Street, RM 2207
   Lock Box #35
   Wilmington, DE 1989900

/s/David G.Aelvoet