FILED
2007 APR 13 AM 10: 28
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR  The District of Delaware
_____ DIVISION

IN RE:

New Century TRS Holdings     Chapter 11

DEBTOR                       Case No. 07-10416

INO/DBA: _____

## REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 (g) and (i), IOS Capital, Inc. hereby requests that IOS Capital, Inc. be added to the official mailing matrix and service lists in this case. IOS Capital, Inc. further requests that copies of all pleadings, motions, notices, and other papers, filed and or served, in this case or any proceeding therein, be served upon the undersigned at the following address:

IKON OFFICE SOLUTIONS
RECOVERY & BANKRUPTCY
3920 ARKWRIGHT RD. – SUITE 400
MACON, GA 31210

Please take further notice, that the foregoing request includes, without limitation, all orders, notices, applications, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, disclosure statement, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

By: _Keith Clements_
Keith Clements
IKON OFFICE SOLUTIONS
RECOVERY & BANKRUPTCY
5400 Bowman Road
Macon, GA 31210

Dated: 4-6-07

IKON Office Solutions Reference #: _____