# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

FILED

| | | |
|---|---|---|
| In re: | § | 2007 APR 13  AM 10: 35 |
| | § | |
| | § | |
| NEW CENTURY MORTGAGE | § | CASE NO. 07-10416 U.S. BANKRUPTCY COURT DELAWARE |
| CORPORATION | § | |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

## NOTICE OF APPEARANCE OF COUNSEL
## AND REQUEST FOR NOTICES

TO THE HONORABLE BANKRUPTCY JUDGE OF SAID COURT:

This is to notify the Court and parties pursuant to Bankruptcy Rule 9010(b) that the undersigned attorneys represent DRA CRT POST OAK, L.P., a creditor in this proceeding.

Counsel for DRA CRT POST OAK, L.P. requests that all copies of all notices on all matters and all papers served or required to be served in this case, including all documents required to be served upon all creditors, pursuant to Bankruptcy Rules 2002 and 3017, be given to and served upon said counsel at the undersigned address.

PLEASE TAKE FURTHER NOTICE that DRA CRT POST OAK, L.P. requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorneys on any mailing matrix to be prepared or existing in this cause, and on any list of creditors or service list to be prepared or existing in this cause.

Respectfully submitted,

By: _____
Brian D. Womac
State Bar No. 21873600
Denise H. Mitchell
State Bar No. 24010933
WOMAC & ASSOCIATES
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, Texas 77024
(713) 751-9200 - phone
(713) 751-0808 - fax

ATTORNEYS FOR CREDITOR,
DRA CRT POST OAK, L.P.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Appearance of Counsel and Request for Notices was served on Debtor's counsel, Chun I. Jung & Mark D. Collins of Richards, Layton & Finger, P.A., P.O. Box 551, Wilmington, DE 19899, via certified mail, return receipt requested, on this the 5th day of April, 2007.

_____
Brian D. Womac

M:\Brian\5697388\NOA.wpd

**NOTICE OF APPEARANCE OF COUNSEL**
**AND REQUEST FOR NOTICES - Page 2 of 2**