IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED

2007 APR 13 AM 10: 35

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: §
§
§
NEW CENTURY MORTGAGE § CASE NO. 07-10416 AWARE
CORPORATION §
§
Debtor § Chapter 11
§

### AFFIDAVIT OF BRIAN D. WOMAC

STATE OF TEXAS §
§
COUNTY OF HARRIS §

BEFORE ME, the undersigned authority, on this day personally appeared Brian D. Womac, who, being first duly sworn, states on his oath that he is duly competent and qualified to make this affidavit from his own personal knowledge, and further states on his oath as follows:

i. "My name is Brian D. Womac and I am the attorney representing Creditors, DRA CRT POST OAK, L.P. in the above-styled and numbered cause; and

ii. that I do not yet have an account set up with the CM/ECF system in order to file documents electronically.

FURTHER AFFIANT SAITH NAUGHT.

_____
BRIAN D. WOMAC

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, on this the **5th** day of April, 2007.

_____
Notary Public, State of Texas



MELISSA ANNE YOUNG
MY COMMISSION EXPIRES
April 5, 2010