| | |
|---|---|
| Mark D. Collins, Esquire<br>Michael J. Merchant, Esquire<br>Chun I. Jang, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE  19801<br>**HAND DELIVERY** | Bonnie Glantz Fatell, Esquire<br>Blank Rome LLP<br>Chase Manhattan Centre<br>1201 Market Street, Suite 800<br>Wilmington, DE  19801-4226<br>**HAND DELIVERY** |
| Joseph J. McMahon, Jr., Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207, Lockbox #35<br>Wilmington, DE  19801<br>**HAND DELIVERY** | Richard M. Beck, Esquire<br>Michael W. Yurkewicz, Esquire<br>Joann B. Wills, Esquire<br>Klehr, Harrison, Harvey, Branzburg & Ellers, LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE  19801<br>**HAND DELIVERY** |
| Don A. Beskrone, Esquire<br>William P. Bowden, Esquire<br>Gregory A. Taylor, Esquire<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE  19801<br>**HAND DELIVERY** | Ian Connor Bifferato, Esquire<br>Garvan F. McDaniel, Esquire<br>Bifferato Gentilotti LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE  19801<br>**HAND DELIVERY** |
| Robert S. Brady, Esquire<br>Michael R. Nestor, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801<br>**HAND DELIVERY** | Michael Busenkell, Esquire<br>Eckert, Seamans, Cherin & Mellot, LLC<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE  19801<br>**HAND DELIVERY** |
| Mary F. Caloway, Esquire<br>Eric Lopez Schnabel, Esquire<br>Buchanan Ingersoll & Rooney PC<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE  19801<br>**HAND DELIVERY** | William E. Chipman, Jr., Esquire<br>Edwards Angell Palmer & Dodge LLP<br>919 Market Street, Suite 1500<br>Wilmington, DE  19801<br>**HAND DELIVERY** |

Robert J. Dehney, Esquire
Gregory W. Werkheiser, Esquire
Daniel B. Butz, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801
**HAND DELIVERY**

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
**HAND DELIVERY**

Michael G. Gallerizzo, Esquire
Gebhardt & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801
**HAND DELIVERY**

Neil B. Glassman, Esquire
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
**HAND DELIVERY**

Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
**HAND DELIVERY**

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
**HAND DELIVERY**

Laura Davis Jones, Esquire
Timothy P. Cairn, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
**HAND DELIVERY**

Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
**HAND DELIVERY**

Adam G. Landis, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
**HAND DELIVERY**

Francis A. Monaco, Jr., Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
**HAND DELIVERY**

Norman M. Monhait, Esquire
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801
**HAND DELIVERY**

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
**HAND DELIVERY**

David B. Stratton, Esquire
David M. Fournier, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801
**HAND DELIVERY**

Secretary of the Treasury
P.O. Box 7040
Dover, DE 19903
**FIRST CLASS MAIL**

Ellen W. Slights, Esquire
U.S. Attorney's Office
P.O. Box 2046
1007 Orange Street, 7th Floor
Wilmington, DE 19801
**HAND DELIVERY**

Division of Unemployment Insurance
Department of Labor
4425 N. Market Street
Wilmington, DE 19802
**FIRST CLASS MAIL**

Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, DC 20020
**FIRST CLASS MAIL**

Delaware Secretary of State
Division of Corporations
Franchise Tax Division
P.O. Box 7040
Dover, DE 19903
**FIRST CLASS MAIL**

XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA 90295
**FIRST CLASS MAIL**

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201
**FIRST CLASS MAIL**

Richard H. Agins, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT  06103-3178
**FIRST CLASS MAIL**

Hernando Azarcon
Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI  48075
**FIRST CLASS MAIL**

Elizabeth Banda, Esquire
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, TX  76094-0430
**FIRST CLASS MAIL**

Paul M. Basta, Esquire
Joshua A. Sussberg, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611
**FIRST CLASS MAIL**

Mark N. Berman, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110-1832
**FIRST CLASS MAIL**

Matthew Botica, Esquire
David Wirt, Esquire
Grayson Walter, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
**FIRST CLASS MAIL**

Frank G. Burt, Esquire
Raul A. Cuervo, Esquire
W. Glenn Merten, Esquire
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC  20007-5208
**FIRST CLASS MAIL**

James S. Carr, Esquire
David Retter, Esquire
Christena A. Lambrianakos, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
**FIRST CLASS MAIL**

Richard A. Chesley, Esquire
Kimberly D. Newmarch, Esquire
Paul, Hastings, Janofsy & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL  60606
**FIRST CLASS MAIL**

Robert P. Cocco, Esquire
Robert P. Cocco, P.C.
437 Chestnut Street, Suite 1006
Philadelphia, PA  19106
**FIRST CLASS MAIL**

Raniero D'Aversa, Jr., Esquire
Laura D. Metzger, Esquire
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820
**FIRST CLASS MAIL**

Luc A. Despins, Esquire
Wilbur F. Foster, Esquire
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
**FIRST CLASS MAIL**

Robert M. Dombroff, Esquire
Steven Wilamowsky, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
**FIRST CLASS MAIL**

Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
**FIRST CLASS MAIL**

Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
**FIRST CLASS MAIL**

Charles J. Filardi, Jr., Esquire
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510
**FIRST CLASS MAIL**

T. Robert Finlay, Esquire
Donna L. La Porte, Esquire
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
**FIRST CLASS MAIL**

Barry Freeman, Esquire
Jeffer Mangels Butler & Marmaro, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
**FIRST CLASS MAIL**

Scot Freeman
Account Resolution
Travelers
National Accounts
1 Tower Square - 5MN
Hartford, CT 06183-4044
**FIRST CLASS MAIL**

Nathan Fuchs
Securities & Exchange Commission
233 Broadway
New York, NY 10279
**FIRST CLASS MAIL**

Andrew J. Gallo, Esquire
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
**FIRST CLASS MAIL**

Jeffrey I. Golden, Esquire
Hutchison B. Meltzer, Esquire
Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
**FIRST CLASS MAIL**

Alberto P. Gonzalez, Esquire
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001
**FIRST CLASS MAIL**

Lawrence P. Gottesman, Esquire
Sukyong Suh, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
**FIRST CLASS MAIL**

Salvatore J. Graziano, Esquire
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
**FIRST CLASS MAIL**

Charles A. Hansen, Esquire
Mark S. Bostick, Esquire
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
**FIRST CLASS MAIL**

Jed Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167
**FIRST CLASS MAIL**

Howard R. Hawkins, Jr., Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
**FIRST CLASS MAIL**

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th Floor
New York, NY 10022
**FIRST CLASS MAIL**

Mitchell W. Katz, Esquire
Qwest Legal Department
1801 California Street, Suite 900
Denver, CO 80202
**FIRST CLASS MAIL**

Thomas S. Kiriakos, Esquire
Sean T. Scott, Esquire
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
**FIRST CLASS MAIL**

Thomas M. Korsman
Vice President
Wells Fargo Bank, N.A.
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN  55479
**FIRST CLASS MAIL**

Chris Lenhart, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402-1498
**FIRST CLASS MAIL**

Paul T. Liu
John Guerry
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA  91302
**FIRST CLASS MAIL**

William G. Malcolm, Esquire
Malcolm & Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA  92612
**FIRST CLASS MAIL**

Keith W. Miller, Esquire
James R. Bliss, Esquire
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, NY  10022
**FIRST CLASS MAIL**

John E. Mitchell, Esquire
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX  75201
**FIRST CLASS MAIL**

Blair A. Nicholas, Esquire
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
**FIRST CLASS MAIL**

Gregory M. Petrick, Esquire
Angela Somers, Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
**FIRST CLASS MAIL**

David M. Poitras, Esquire
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067
**FIRST CLASS MAIL**

Glenn M. Reisman
Two Corporate Drive, Suite 234
Shelton, CT 06484
**FIRST CLASS MAIL**

Richard J. Reynolds, Esquire
Turner, Reynolds, Greco & O'Hara
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618
**FIRST CLASS MAIL**

Diane J. Richey
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, CA 90071
**FIRST CLASS MAIL**

Margot B. Schonholtz, Esquire
Mark F. Liscio, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
**FIRST CLASS MAIL**

Andrea Sheehan, Esquire
Law Offices of Robert E. Luna, PC
4411 N. Central Expressway
Dallas, TX 75205
**FIRST CLASS MAIL**

J.R. Smith, Esquire
Jason W. Harbour, Esquire
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
**FIRST CLASS MAIL**

Joseph H. Smolinsky, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
**FIRST CLASS MAIL**

Bennet L. Spiegel, Esquire
Shirley S. Cho, Esquire
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
**FIRST CLASS MAIL**

Claudia Z. Springer, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
**FIRST CLASS MAIL**

David I. Swan, Esquire
Kenneth M. Misken, Esquire
McGuire Woods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215
**FIRST CLASS MAIL**

Patricia B. Tomasco, Esquire
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX  78701
**FIRST CLASS MAIL**

Suzzanne S. Uhland, Esquire
Ben H. Logan, Esquire
Victoria Newmark, Esquire
Emily Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA  94111
**FIRST CLASS MAIL**

John A. Vos
1430 Lincoln Avenue
San Rafael, CA  94901
**FIRST CLASS MAIL**

Elizabeth Weller, Esquire
Linebarger Googan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201-2644
**FIRST CLASS MAIL**

Katherine M. Windler, Esquire
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA  90401-2386
**FIRST CLASS MAIL**

Stuart B. Wolfe, Esquire
Yaron Shaham, Esquire
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA  92614
**FIRST CLASS MAIL**

Brian D. Womac, Esquire
Denise H. Mitchell, Esquire
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, TX  77024
**FIRST CLASS MAIL**