# Exhibit B

March 06, 2007

Re: NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF SERVICING RIGHTS
NEW CENTURY MORTGAGE LOAN NO:

*PLEASE NOTE THAT THIS TRANSFER NOTICE IS FOR THE ABOVE
REFERENCED LOAN ONLY

Dear Mortgagor(s):

The servicing of your mortgage loan, that is, the right to collect payments from you, is being assigned, sold or transferred from your present servicer, New Century Mortgage Corporation ("New Century"), to a new servicer, SN Servicing Corp for Alaska Seaboard Partners - Revolver ("SN Servicing") effective March 21, 2007 (the "Effective Date" of Transfer). Please be assured that this assignment, sale or transfer of servicing of the mortgage loan from New Century to SN Servicing does not in any way affect any terms or conditions of your mortgage instruments, other than terms directly related to the servicing of your loan.

The date on which New Century will stop accepting payments from you is **March 20, 2007**. The date on which SN Servicing will start accepting payments from you is **March 21, 2007**. Please send all payments on or after **March 21, 2007** to SN Servicing at the payment address stated below. If you have mailed a payment to New Century and it is received after the transfer date, it will be forwarded to SN Servicing for processing. SN Servicing will be mailing you a billing statement shortly. However, if you do not receive the statement, prior to your next payment due date, please be sure to write your SN Servicing account number on your check or money order and send your payment to the address below so that your payment is properly credited. If your payment is issued by a third party agency, please advise the third party of the new servicer, payment address, and the new account number.

PAYMENTS
Alaska Seaboard Partners - Revolver
Dept 1710
Denver, CO 80291-1710

CORRESPONDENCE
SN Servicing Corp
323 Fifth St
Eureka, CA 95501



P.O. Box 54285, Irvine, CA 92619-4285   (800) 561-4567   Fax # (949) 797-5200

Escrow: If you have an escrow/impound account, SN Servicing will review it annually. Your payment will then be adjusted to ensure that there will be sufficient funds to cover your taxes and/or insurance premiums when they are due.

Internal Revenue Reporting: In January 2008, New Century will send you an interest statement for the period in 2007 in which New Century serviced your loan. In January 2008 and each year thereafter, SN Servicing Corporation will provide you with an interest statement for the payments you made on your loan on or after the Effective Date of Transfer. The statement will also reflect the amount disbursed for property taxes, if you have an escrow/impound account for payment of taxes.

Customer Service: If you have any questions related to the transfer of the servicing from your present servicer, you may contact the Loan Servicing Department of New Century Mortgage Corp. at 800-561-4567, between the hours of 6:00 a.m. to 6:00 p.m., (PT), Monday through Friday. If you have any other questions related to the transfer of servicing to your new servicer, you may contact SN Servicing Corporation Customer Service Department at 1-800-603-0836, a toll free number, Monday through Friday, 8:00 a.m. to 5:00 p.m., (PT).

Sincerely,

New Century Mortgage Corporation

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605):

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the Effective Date of Transfer, or at closing. Your new servicer must also send you this notice no later than 15 days after the Effective Date of Transfer.

"During the 60 day period following the effective date of the transfer of the loan servicing, a loan payment received by your previous servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name, account number, and your reasons for the request. Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account and must provide you with a written clarification regarding any dispute. During this 60 Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents. A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions. Section 6 of RESPA also provides for damages and cost for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of this Section. You should seek legal advice if you believe your rights have been violated."