# Exhibit C

| Loan No | Beg Prin Bal | Note Rate | P&I Constant | Curtailment | Prin Coll | Gross Int Coll | Serv Fee | P/O Prin Coll | P/O Gross Int Coll | P/O Serv Fee | Realiz Loss | Payoff Date | Service Release | End Prin Bal | Paid Thru Date | PPP Code | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 704428 | 34,130.12 | 9.5 | 294.30 | - | - | - | - | - | - | - | | | 34,130.12 | - | 04/01/06 | | |
| 716181 | 68,672.94 | 11.625 | 640.24 | - | 36.02 | 604.22 | - | - | - | - | | | 68,636.92 | - | 07/01/05 | | |
| 732565 | 78,130.54 | 11 | 756.64 | - | - | - | - | - | - | - | | | 78,130.54 | - | 04/01/05 | | |
| 735034 | 51,569.14 | 10.5 | 478.64 | - | - | - | - | - | - | - | | | 51,569.14 | - | 07/01/05 | | |
| 740599 | 49,812.56 | 11.99 | 518.04 | - | - | - | - | - | - | - | | | 49,812.56 | - | 11/01/05 | | |
| 740749 | 38,864.01 | 11.75 | 405.85 | - | 39.53 | 772.17 | - | - | - | - | | | 38,824.48 | - | 01/01/07 | | |
| 744722 | 37,940.64 | 8.99 | 313.53 | - | - | - | - | - | - | - | | | 37,940.64 | - | 07/01/06 | | |
| 745164 | 89,111.00 | 9.875 | 767.77 | - | 54.46 | 733.31 | - | - | - | - | | | 89,056.54 | - | 12/01/05 | | |
| 752253 | 73,083.72 | 11 | 707.77 | - | - | - | - | - | - | - | | | 73,083.72 | - | 04/01/05 | | |
| 757698 | 58,465.81 | 8.99 | 475.92 | - | - | - | - | - | - | - | | | 58,465.81 | - | 10/01/04 | | |
| 758184 | 80,751.14 | 8.5 | 622.82 | - | - | - | - | - | - | - | | | 80,751.14 | - | 06/01/03 | | |
| 759425 | 58,867.61 | 12.125 | 620.44 | - | 25.63 | 594.81 | - | - | - | - | | | 58,841.98 | - | 09/01/06 | | |
| 767212 | 112,896.95 | 9.75 | 986.71 | - | - | - | - | - | - | - | | | 112,896.95 | - | 09/01/05 | | |
| 771369 | 48,136.66 | 10.5 | 445.94 | - | - | - | - | - | - | - | | | 48,136.66 | - | 05/01/05 | | |
| 945005 | 86,463.45 | 9 | 705.80 | - | - | - | - | - | - | - | | | 86,463.45 | - | 08/01/05 | | |
| 958337 | 43,129.93 | 10.99 | 418.02 | - | - | - | - | - | - | - | | | 43,129.93 | - | 01/01/07 | | |
| 971084 | 141,458.96 | 10.99 | 1,352.18 | - | - | - | - | - | - | - | | | 141,458.96 | - | 08/01/04 | | |
| 1000597 | 77,938.47 | 9.375 | 658.52 | - | - | - | - | - | - | - | | | 77,938.47 | - | 01/01/06 | | |
| 1139913 | 57,479.73 | 9.65 | 665.69 | - | - | - | - | - | - | - | | | 57,479.73 | - | 07/01/06 | | |
| 1683567 | 63,318.78 | 9.05 | 515.25 | - | - | - | - | - | - | - | | | 63,318.78 | - | 09/01/05 | | |
| 1691351 | 275,307.50 | 7.8 | 1,983.25 | - | - | - | - | - | - | - | | | 275,307.50 | - | 10/01/04 | | |
| 1734462 | 56,613.56 | 10.4 | 520.58 | - | - | - | - | - | - | - | | | 56,613.56 | - | 02/01/07 | | |
| 2098625 | 80,121.88 | 10.8 | 754.48 | - | - | - | - | - | - | - | | | 80,121.88 | - | 01/01/06 | | |
| 2179096 | 42,756.70 | 9.53 | 362.51 | - | - | - | - | - | - | - | | | 42,756.70 | - | 07/01/06 | | |
| 2223814 | 486,000.00 | 7.95 | 3,219.75 | - | - | - | - | - | - | - | | | 486,000.00 | - | 11/01/05 | | |
| 2234707 | 57,973.64 | 9.875 | 503.65 | - | - | - | - | - | - | - | | | 57,973.64 | - | 11/01/05 | | |
| 10354586 | 143,931.77 | 9 | 1,165.70 | - | - | - | - | - | - | - | | | 143,931.77 | - | 07/01/06 | | |
| 10390251 | 23,155.89 | 9.55 | 196.35 | - | - | - | - | - | - | - | | | 23,155.89 | - | 07/01/06 | | |
| 10398371 | 53,776.77 | 11.4 | 530.65 | - | - | - | - | - | - | - | | | 53,776.77 | - | 12/01/06 | | |
| 10415880 | 45,341.15 | 10.15 | 403.46 | - | - | - | - | - | - | - | | | 45,341.15 | - | 04/01/06 | | |
| 10416553 | 27,134.71 | 12.25 | 284.82 | - | - | - | - | - | - | - | | | 27,134.71 | - | 07/01/06 | | |
| 10420151 | 30,868.85 | 12.1 | 320.36 | - | - | - | - | - | - | - | | | 30,868.85 | - | 08/01/06 | | |
| 10420918 | 38,780.24 | 12.55 | 415.61 | - | - | - | - | - | - | - | | | 38,780.24 | - | 04/01/06 | | |
| 10421427 | 73,818.70 | 12.2 | 771.34 | - | - | - | - | - | - | - | | | 73,818.70 | - | 04/01/06 | | |
| 10443101 | 15,787.73 | 12.5 | 168.63 | - | - | - | - | - | - | - | | | 15,787.73 | - | 07/01/06 | | |
| 10448292 | 104,053.82 | 8.775 | 785.38 | - | - | - | - | - | - | - | | | 104,053.82 | - | 06/01/06 | | |
| 10455373 | 25,835.96 | 13.45 | 296.79 | - | - | - | - | - | - | - | | | 25,835.96 | - | 09/01/06 | | |
| 10461389 | 432,000.00 | 8.938 | 3,217.68 | - | - | - | - | - | - | - | | | 432,000.00 | - | 06/01/06 | | |
| 10481515 | 24,988.46 | 9.8 | 215.71 | - | - | - | - | - | - | - | | | 24,988.46 | - | 06/01/06 | | |
| 10497424 | 59,766.40 | 9.6 | 515.92 | - | - | - | - | - | - | - | | | 59,766.40 | - | 07/01/06 | | |
| 10507572 | 42,659.75 | 11.9 | 436.45 | - | - | - | - | - | - | - | | | 42,659.75 | - | 02/01/07 | | |
| 1000030876 | 103,487.11 | 8.25 | 788.83 | - | - | - | - | - | - | - | | | 103,487.11 | - | 08/01/06 | | |
| 1000843224 | 49,604.02 | 8.95 | 400.52 | - | - | - | - | - | - | - | | | 49,604.02 | - | 04/01/06 | | |
| 1002027176 | 98,883.28 | 8.65 | 771.78 | - | - | - | - | - | - | - | | | 98,883.28 | - | 08/01/05 | | |
| 1002028987 | 67,915.61 | 8.4 | 518.05 | - | - | - | - | - | - | - | | | 67,915.61 | - | 09/01/05 | | |
| 1002035283 | 130,424.14 | 8.7 | 1,021.99 | - | - | - | - | - | - | - | | | 130,424.14 | - | 07/01/05 | | |
| 1002079529 | 350,100.00 | 7.9 | 2,544.55 | - | - | - | - | - | - | - | | | 350,100.00 | - | 08/01/05 | | |
| 1002333941 | 127,919.20 | 8.3 | 966.13 | - | - | - | - | - | - | - | | | 127,919.20 | - | 08/01/05 | | |
| 1002354099 | 86,400.00 | 6.5 | 468.00 | - | - | - | - | - | - | - | | | 86,400.00 | - | 08/01/05 | | |
| 1002366601 | 132,922.68 | 8.7 | 1,041.57 | - | - | - | - | - | - | - | | | 132,922.68 | - | 08/01/05 | | |
| 1002412918 | 20,881.89 | 10.35 | 189.75 | - | - | - | - | - | - | - | | | 20,881.89 | - | 08/01/06 | | |
| 1002485135 | 80,645.48 | 8.45 | 619.96 | - | - | - | - | - | - | - | | | 80,645.48 | - | 02/01/06 | | |
| 1002511507 | 83,948.05 | 8.4 | 639.95 | - | - | - | - | - | - | - | | | 83,948.05 | - | 09/01/05 | | |
| 1002557058 | 22,283.07 | 10.3 | 201.56 | - | - | - | - | - | - | - | | | 22,283.07 | - | 07/01/06 | | |
| 1002644818 | 53,842.61 | 8.775 | 425.79 | - | - | - | - | - | - | - | | | 53,842.61 | - | 02/01/06 | | |
| 1002674840 | 111,590.96 | 9.99 | 982.06 | - | 53.07 | 928.99 | - | - | - | - | | | 111,537.89 | - | 05/01/06 | | |
| 1002875847 | 72,092.10 | 7.625 | 511.39 | - | - | - | - | - | - | - | | | 72,092.10 | - | 11/01/05 | | |
| 1002933801 | 51,800.00 | 8.8 | 409.37 | - | - | - | - | - | - | - | | | 51,800.00 | - | 09/01/05 | | |
| 1003017746 | 59,462.60 | 11.1 | 574.01 | - | 23.98 | 550.03 | - | - | - | - | | | 59,438.62 | - | 11/01/06 | | |
| 1003130150 | 147,443.42 | 7.35 | 1,018.99 | - | - | - | - | - | - | - | | | 147,443.42 | - | 01/01/05 | | |
| 1003184761 | 91,685.58 | 7.975 | 673.47 | - | - | - | - | - | - | - | | | 91,685.58 | - | 02/01/06 | | |
| 1003442064 | 43,812.16 | 9.8 | 379.48 | - | - | - | - | - | - | - | | | 43,812.16 | - | 04/01/06 | | |
| 1003446590 | 50,682.63 | 10.75 | 474.21 | - | - | - | - | - | - | - | | | 50,682.63 | - | 04/01/06 | | |
| 1003555094 | 63,708.08 | 8.1 | 472.23 | - | - | - | - | - | - | - | | | 63,708.08 | - | 11/01/05 | | |
| 1003580967 | 370,064.93 | 6.75 | 2,428.36 | - | - | - | - | - | - | - | | | 370,064.93 | - | 12/01/05 | | |
| 1003581458 | 85,637.73 | 10.75 | 805.60 | - | - | - | - | - | - | - | | | 85,637.73 | - | 11/01/06 | | |
| 1003701756 | 68,000.00 | 9.475 | 570.55 | - | - | - | - | - | - | - | | | 68,000.00 | - | 10/01/05 | | |
| 1003703941 | 63,009.40 | 10.6 | 708.65 | - | 152.07 | 556.58 | - | - | - | - | | | 62,857.33 | - | 05/01/05 | | |
| 1003867943 | 52,072.56 | 7.975 | 383.58 | - | - | - | - | - | - | - | | | 52,072.56 | - | 08/01/06 | | |
| 1003884176 | 131,395.88 | 10.99 | 1,254.17 | - | - | - | - | - | - | - | | | 131,395.88 | - | 07/01/05 | | |
| 1003912430 | 67,772.13 | 8.99 | 546.66 | - | - | - | - | - | - | - | | | 67,772.13 | - | 04/01/05 | | |
| 1003912779 | 260,998.81 | 9.075 | 1,973.62 | - | - | - | - | - | - | - | | | 260,998.81 | - | 11/01/05 | | |
| 1003950353 | 30,878.68 | 10.75 | 289.15 | - | 25.17 | 553.13 | - | - | - | - | | | 30,853.51 | - | 09/01/05 | | |
| 1004026878 | 55,902.49 | 12.05 | 578.18 | - | - | - | - | - | - | - | | | 55,902.49 | - | 05/01/06 | | |
| 1004061570 | 48,750.00 | 9.55 | 411.70 | - | - | - | - | - | - | - | | | 48,750.00 | - | 11/01/05 | | |
| 1004145026 | 34,414.55 | 11.8 | 349.57 | - | - | - | - | - | - | - | | | 34,414.55 | - | 07/01/05 | | |
| 1004146454 | 192,000.00 | 7 | 1,120.00 | - | - | - | - | - | - | - | | | 192,000.00 | - | 02/01/05 | | |
| 1004212220 | 117,195.17 | 12.15 | 1,222.21 | - | - | - | - | - | - | - | | | 117,195.17 | - | 08/01/06 | | |
| 1004213228 | 98,795.23 | 9.225 | 780.84 | - | 21.35 | 759.49 | - | - | - | - | | | 98,773.88 | - | 11/01/06 | | |
| 1004286882 | 78,129.04 | 10.39 | 710.72 | - | - | - | - | - | - | - | | | 78,129.04 | - | 08/01/06 | | |
| 1004308797 | 97,085.96 | 10.5 | 890.45 | - | - | - | - | - | - | - | | | 97,085.96 | - | 06/01/06 | | |
| 1004742737 | 90,950.00 | 8.95 | 728.54 | - | - | - | - | - | - | - | | | 90,950.00 | - | 12/01/05 | | |
| 1004935887 | 62,476.63 | 10.35 | 548.39 | - | 19.14 | 1,077.64 | - | - | - | - | | | 62,457.49 | - | 11/01/06 | | |
| 1005020087 | 57,600.00 | 10.675 | 534.45 | - | - | - | - | - | - | - | | | 57,600.00 | - | 01/01/05 | | |
| 1005053201 | 100,070.21 | 8.825 | 794.44 | - | - | - | - | - | - | - | | | 100,070.21 | - | 04/01/06 | | |
| 1005118878 | 27,000.00 | 12.45 | 287.12 | - | - | - | - | - | - | - | | | 27,000.00 | - | 01/01/05 | | |
| 1005167632 | 82,710.14 | 9.05 | 669.21 | - | - | - | - | - | - | - | | | 82,710.14 | - | 03/01/06 | | |
| 1005181670 | 17,535.66 | 9.99 | 154.33 | - | - | - | - | - | - | - | | | 17,535.66 | - | 09/01/06 | | |
| 1005417015 | 19,332.06 | 9.8 | 166.86 | - | - | - | - | - | - | - | | | 19,332.06 | - | 04/01/06 | | |
| 1005531757 | 133,807.58 | 9.69 | 1,104.91 | - | - | - | - | - | - | - | | | 133,807.58 | - | 08/01/06 | | |
| 1005546448 | 249,951.16 | 9.3 | 1,986.34 | - | - | - | - | - | - | - | | | 249,951.16 | - | 02/01/06 | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1005617870 | 140,096.79 | 8.2 | 896.29 | - | 38.96 | 957.33 | - | - | - | - | 140,057.83 | - | 06/01/06 |
| 1005645171 | 280,500.00 | 8.825 | 2,125.96 | - | - | - | - | - | - | - | 280,500.00 | - | 01/01/06 |
| 1005684119 | 247,168.05 | 9.99 | 2,170.17 | - | - | - | - | - | - | - | 247,168.05 | - | 04/01/06 |
| 1005693957 | 471,200.00 | 7.35 | 2,888.10 | - | - | - | - | - | - | - | 471,200.00 | - | 03/01/06 |
| 1005704071 | 74,374.88 | 11.25 | 722.82 | - | - | - | - | - | - | - | 74,374.88 | - | 02/01/06 |
| 1005720142 | 335,717.94 | 10.99 | 3,116.40 | - | - | - | - | - | - | - | 335,717.94 | - | 09/01/06 |
| 1005772274 | 136,000.00 | 9.925 | 1,185.97 | - | - | - | - | - | - | - | 136,000.00 | - | 01/01/06 |
| 1005883341 | 18,553.76 | 13 | 205.54 | - | - | - | - | - | - | - | 18,553.76 | - | 08/01/06 |
| 1005890896 | 182,507.80 | 8.95 | 1,402.63 | - | - | - | - | - | - | - | 182,507.80 | - | 08/01/06 |
| 1005947915 | 151,121.61 | 9.25 | 1,243.89 | - | - | - | - | - | - | - | 151,121.61 | - | 03/01/06 |
| 1005978775 | 150,400.00 | 7.75 | 971.33 | - | - | - | - | - | - | - | 150,400.00 | - | 04/01/06 |
| 1006015386 | 104,840.64 | 14 | 1,244.12 | - | 20.98 | 1,223.14 | - | - | - | - | 104,819.66 | - | 12/01/06 |
| 1006038897 | 15,511.21 | 13.9 | 182.67 | - | - | - | - | - | - | - | 15,511.21 | - | 05/01/06 |
| 1006042347 | 86,927.01 | 12.15 | 904.96 | - | - | - | - | - | - | - | 86,927.01 | - | 05/01/06 |
| 1006043122 | 80,762.84 | 12 | 832.98 | - | 76.62 | 2,422.12 | - | - | - | - | 80,686.02 | - | 03/01/07 |
| 1006048779 | 87,619.36 | 13.05 | 973.57 | - | - | - | - | - | - | - | 87,619.36 | - | 06/01/05 |
| 1006054949 | 61,181.69 | 11.8 | 620.11 | - | - | - | - | - | - | - | 61,181.69 | - | 03/01/05 |
| 1006058732 | 15,969.53 | 13.25 | 179.90 | - | - | - | - | - | - | - | 15,969.53 | - | 05/01/06 |
| 1006056849 | 63,920.00 | 7.775 | 414.15 | - | - | - | - | - | - | - | 63,920.00 | - | 05/01/06 |
| 1006097895 | 365,400.00 | 10.2 | 3,260.78 | - | - | - | - | - | - | - | 365,400.00 | - | 02/01/06 |
| 1006101979 | 26,966.28 | 13.625 | 311.92 | - | - | - | - | - | - | - | 26,966.28 | - | 08/01/06 |
| 1006144282 | 27,546.58 | 12.75 | 299.50 | - | - | - | - | - | - | - | 27,546.58 | - | 04/01/06 |
| 1006153244 | 595,000.00 | 8.05 | 4,159.45 | - | - | - | - | - | - | - | 595,000.00 | - | 03/01/05 |
| 1006189457 | 137,000.00 | 11.75 | 1,382.90 | - | - | - | - | - | - | - | 137,000.00 | - | 03/01/06 |
| 1006199589 | 69,000.00 | 12.95 | 760.59 | - | - | - | - | - | - | - | 69,000.00 | - | 02/01/06 |
| 1006200933 | 607,408.94 | 8.6 | 4,503.52 | - | - | - | - | - | - | - | 607,408.94 | - | 07/01/06 |
| 1006207883 | 102,809.46 | 9.85 | 882.51 | - | - | - | - | - | - | - | 102,809.46 | - | 06/01/06 |
| 1006217286 | 120,868.43 | 12.3 | 1,272.64 | - | - | - | - | - | - | - | 120,868.43 | - | 07/01/06 |
| 1006219102 | 439,069.56 | 7.875 | 3,012.69 | - | - | - | - | - | - | - | 439,069.56 | - | 04/01/06 |
| 1006290248 | 462,647.29 | 8.475 | 3,555.71 | - | - | - | - | - | - | - | 462,647.29 | - | 06/01/06 |
| 1006308444 | 27,130.99 | 13.5 | 311.56 | - | 25.78 | 1,220.46 | - | - | - | - | 27,105.21 | - | 03/01/07 |
| 1006315276 | 239,843.14 | 8.65 | 1,788.88 | - | - | - | - | - | - | - | 239,943.14 | - | 05/01/05 |
| 1006354429 | 62,310.69 | 7.45 | 434.83 | - | - | - | - | - | - | - | 62,310.69 | - | 07/01/06 |
| 1006398784 | 71,981.57 | 12.5 | 768.43 | - | - | - | - | - | - | - | 71,981.57 | - | 04/01/06 |
| 1006398917 | 287,629.37 | 8.725 | 2,160.75 | - | - | - | - | - | - | - | 287,628.37 | - | 08/01/05 |
| 1006430873 | 56,106.49 | 8.3 | 424.57 | - | - | - | - | - | - | - | 56,106.49 | - | 08/01/06 |
| 1006481278 | 59,500.00 | 10.625 | 534.60 | - | - | - | - | - | - | - | 59,500.00 | - | 03/01/06 |
| 1006465292 | 92,520.00 | 8.925 | 739.45 | - | - | - | - | - | - | - | 92,520.00 | - | 03/01/06 |
| 1006483824 | 30,980.00 | 12.8 | 337.87 | - | - | - | - | - | - | - | 30,980.00 | - | 03/01/06 |
| 1006523835 | 131,750.00 | 10.49 | 1,204.19 | - | - | - | - | - | - | - | 131,750.00 | - | 04/01/06 |
| 1006550706 | 21,973.07 | 8.47 | 168.70 | - | 27.31 | 310.09 | - | - | - | - | 21,945.76 | - | 07/01/06 |
| 1006567235 | 109,712.79 | 12.15 | 1,143.16 | - | - | - | - | - | - | - | 109,712.79 | - | 09/01/06 |
| 1006594036 | 21,700.00 | 14.55 | 266.60 | - | - | - | - | - | - | - | 21,700.00 | - | 03/01/06 |
| 1006597480 | 104,000.00 | 11.2 | 1,006.17 | - | - | - | - | - | - | - | 104,000.00 | - | 05/01/06 |
| 1006633654 | 25,306.48 | 12.45 | 269.69 | - | - | - | - | - | - | - | 25,308.48 | - | 11/01/06 |
| 1006670961 | 14,983.42 | 13.25 | 168.87 | - | 3.43 | 165.44 | - | - | - | - | 14,979.99 | - | 09/01/06 |
| 1006675920 | 25,778.66 | 12.5 | 275.36 | - | - | - | - | - | - | - | 25,779.96 | - | 06/01/06 |
| 1006694277 | 55,250.00 | 11.1 | 530.34 | - | - | - | - | - | - | - | 55,250.00 | - | 04/01/06 |
| 1006728801 | 61,600.00 | 10.99 | 586.17 | - | - | - | - | - | - | - | 61,600.00 | - | 04/01/06 |
| 1006772986 | 126,901.48 | 12.5 | 1,355.42 | - | - | - | - | - | - | - | 126,901.48 | - | 07/01/06 |
| 1006777455 | 199,952.61 | 8.65 | 1,489.06 | - | - | - | - | - | - | - | 199,952.61 | - | 06/01/06 |
| 1006780156 | 147,956.22 | 11.85 | 1,505.28 | - | - | - | - | - | - | - | 147,956.22 | - | 05/01/06 |
| 1006780290 | 25,767.40 | 12.65 | 278.36 | - | - | - | - | - | - | - | 25,767.40 | - | 09/01/06 |
| 1006821658 | 51,131.95 | 8.065 | 378.02 | - | 34.37 | 343.65 | - | - | - | - | 51,097.58 | - | 07/01/06 |
| 1006837239 | 238,000.00 | 6.25 | 1,351.23 | - | - | - | - | - | - | - | 238,000.00 | - | 04/01/06 |
| 1006850794 | 76,065.01 | 9.5 | 713.09 | - | 222.70 | 1,203.48 | - | - | - | - | 75,842.31 | - | 10/01/06 |
| 1006875697 | 66,914.86 | 11.6 | 668.62 | - | - | - | - | - | - | - | 66,914.86 | - | 08/01/06 |
| 1006899467 | 77,781.41 | 12.3 | 820.37 | - | 23.11 | 797.26 | - | - | - | - | 77,758.30 | - | 03/01/07 |
| 1006902952 | 26,336.05 | 9.8 | 227.77 | - | - | - | - | - | - | - | 26,336.05 | - | 09/01/06 |
| 1006903443 | 105,973.47 | 12.6 | 1,139.53 | - | - | - | - | - | - | - | 105,973.47 | - | 05/01/06 |
| 1006907387 | 70,914.49 | 12 | 730.29 | - | - | - | - | - | - | - | 70,914.49 | - | 08/01/06 |
| 1006924439 | 359,940.42 | 9.85 | 3,014.58 | - | - | - | - | - | - | - | 359,940.42 | - | 05/01/06 |
| 1006931902 | 151,962.63 | 8.525 | 1,117.20 | - | - | - | - | - | - | - | 151,952.63 | - | 05/01/06 |
| 1006941027 | 19,562.96 | 11.99 | 201.26 | - | - | - | - | - | - | - | 19,562.96 | - | 07/01/06 |
| 1006948529 | 185,841.92 | 8.05 | 1,300.27 | - | - | - | - | - | - | - | 185,841.92 | - | 08/01/05 |
| 1006968560 | 216,695.77 | 7.8 | 1,582.12 | - | - | - | - | - | - | - | 216,695.77 | - | 06/01/06 |
| 1006980458 | 337,392.49 | 9.99 | 2,883.22 | - | - | - | - | - | - | - | 337,392.49 | - | 06/01/06 |
| 1006991484 | 99,427.81 | 12.8 | 1,085.14 | - | - | - | - | - | - | - | 99,427.81 | - | 07/01/06 |
| 1007000808 | 73,567.58 | 8.65 | 694.98 | - | - | - | - | - | - | - | 73,567.58 | - | 08/01/06 |
| 1007027193 | 111,956.34 | 10.59 | 1,032.06 | - | - | - | - | - | - | - | 111,956.34 | - | 05/01/06 |
| 1007028094 | 16,585.24 | 13.2 | 186.23 | - | - | - | - | - | - | - | 16,585.24 | - | 08/01/06 |
| 1007038056 | 33,178.90 | 11.55 | 330.05 | - | - | - | - | - | - | - | 33,178.90 | - | 08/01/06 |
| 1007047670 | 295,914.96 | 7.99 | 2,055.91 | - | - | - | - | - | - | - | 295,914.96 | - | 08/01/06 |
| 1007061635 | 159,919.90 | 8.475 | 1,169.91 | - | - | - | - | - | - | - | 159,919.90 | - | 08/01/06 |
| 1007064286 | 318,249.99 | 7.25 | 1,922.76 | - | - | - | - | - | - | - | 318,249.99 | - | 05/01/06 |
| 1007067265 | 334,865.42 | 10.45 | 3,051.86 | - | - | - | - | - | - | - | 334,865.42 | - | 08/01/06 |
| 1007072534 | 79,946.31 | 11.3 | 780.05 | - | - | - | - | - | - | - | 79,946.31 | - | 07/01/06 |
| 1007090168 | 17,831.76 | 9.8 | 153.93 | - | - | - | - | - | - | - | 17,831.76 | - | 05/01/06 |
| 1007090710 | 519,999.99 | 9.1 | 3,943.34 | - | - | - | - | - | - | - | 519,999.99 | - | 05/01/06 |
| 1007107720 | 161,883.93 | 11 | 1,542.77 | - | - | - | - | - | - | - | 161,883.93 | - | 06/01/06 |
| 1007108391 | 58,259.39 | 12.25 | 611.35 | - | - | - | - | - | - | - | 58,259.39 | - | 09/01/06 |
| 1007108925 | 71,250.00 | 11.05 | 681.23 | - | - | - | - | - | - | - | 71,250.00 | - | 05/01/06 |
| 1007112812 | 110,000.00 | 10.85 | 1,035.11 | - | - | - | - | - | - | - | 110,000.00 | - | 05/01/06 |
| 1007120037 | 52,470.13 | 12.05 | 542.05 | - | - | - | - | - | - | - | 52,470.13 | - | 08/01/06 |
| 1007138901 | 115,955.68 | 6.99 | 720.02 | - | - | - | - | - | - | - | 115,955.68 | - | 05/01/06 |
| 1007139161 | 29,000.00 | 11.3 | 282.77 | - | - | - | - | - | - | - | 29,000.00 | - | 04/01/06 |
| 1007159406 | 152,728.46 | 9.6 | 1,318.41 | - | - | - | - | - | - | - | 152,729.46 | - | 05/01/06 |
| 1007167763 | 284,000.00 | 7.625 | 1,804.58 | - | - | - | - | - | - | - | 284,000.00 | - | 04/01/06 |
| 1007173266 | 77,364.27 | 9.8 | 667.83 | - | - | - | - | - | - | - | 77,364.27 | - | 05/01/06 |
| 1007175870 | 232,000.00 | 7.625 | 1,548.20 | - | - | - | - | - | - | - | 232,000.00 | - | 04/01/06 |
| 1007178662 | 234,400.00 | 9.725 | 1,899.62 | - | - | - | - | - | - | - | 234,400.00 | - | 05/01/06 |
| 1007180436 | 435,904.06 | 8.9 | 3,329.61 | - | - | - | - | - | - | - | 435,904.06 | - | 05/01/06 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1007189883 | 75,925.26 | 12.75 | 825.89 | - | - | - | - | - | - | - | 75,925.26 | - | 09/01/06 |
| 1007190820 | 78,157.72 | 9.05 | 632.04 | - | - | - | - | - | - | - | 78,157.72 | - | 05/01/06 |
| 1007194190 | 349,804.72 | 9.49 | 2,832.58 | - | - | - | - | - | - | - | 349,804.72 | - | 07/01/06 |
| 1007196982 | 131,625.58 | 7.775 | 947.95 | - | - | - | - | - | - | - | 131,625.58 | - | 08/01/06 |
| 1007205632 | 130,800.00 | 8.475 | 1,003.43 | - | - | - | - | - | - | - | 130,800.00 | - | 05/01/06 |
| 1007216286 | 23,087.44 | 12.25 | 242.06 | - | 59.80 | 2,118.74 | - | - | - | - | 23,027.64 | - | 04/01/07 |
| 1007236580 | 35,169.46 | 12 | 362.08 | - | - | - | - | - | - | - | 35,169.46 | - | 08/01/06 |
| 1007238429 | 51,986.54 | 12.45 | 552.96 | - | - | - | - | - | - | - | 51,986.54 | - | 06/01/06 |
| 1007244786 | 306,000.00 | 9.625 | 2,508.59 | - | - | - | - | - | - | - | 306,000.00 | - | 05/01/06 |
| 1007280943 | 77,500.00 | 9.5 | 651.67 | - | - | - | - | - | - | - | 77,500.00 | - | 05/01/06 |
| 1007313105 | 77,788.59 | 11.95 | 799.32 | - | 24.68 | 774.64 | - | - | - | - | 77,763.91 | - | 03/01/07 |
| 1007325192 | 440,000.00 | 10.6 | 3,944.57 | - | - | - | - | - | - | - | 440,000.00 | - | 05/01/06 |
| 1007343154 | 111,134.34 | 8.625 | 864.91 | - | - | - | - | - | - | - | 111,134.34 | - | 06/01/06 |
| 1007344162 | 27,800.00 | 12.25 | 291.32 | - | - | - | - | - | - | - | 27,800.00 | - | 05/01/06 |
| 1007349693 | 21,968.68 | 12.5 | 234.59 | - | - | - | - | - | - | - | 21,968.68 | - | 08/01/06 |
| 1007358753 | 51,960.24 | 10.7 | 483.46 | - | - | - | - | - | - | - | 51,960.24 | - | 07/01/06 |
| 1007360848 | 319,678.92 | 8.475 | 2,339.23 | - | - | - | - | - | - | - | 319,678.92 | - | 08/01/06 |
| 1007361954 | 240,000.00 | 7.725 | 1,545.00 | - | - | - | - | - | - | - | 240,000.00 | - | 07/01/05 |
| 1007369117 | 49,947.17 | 11.1 | 479.95 | - | - | - | - | - | - | - | 49,947.17 | - | 08/01/06 |
| 1007376608 | 74,250.00 | 10.65 | 688.59 | - | - | - | - | - | - | - | 74,250.00 | - | 05/01/06 |
| 1007376984 | 384,789.26 | 8.99 | 3,095.03 | - | - | - | - | - | - | - | 384,789.26 | - | 06/01/06 |
| 1007377395 | 560,000.00 | 8.35 | 3,896.67 | - | - | - | - | - | - | - | 560,000.00 | - | 08/01/06 |
| 1007384154 | 29,200.00 | 12.3 | 307.12 | - | - | - | - | - | - | - | 29,200.00 | - | 05/01/06 |
| 1007420828 | 220,400.00 | 9.2 | 1,734.10 | - | - | - | - | - | - | - | 220,400.00 | - | 05/01/05 |
| 1007423683 | 23,988.92 | 9.8 | 207.08 | - | - | - | - | - | - | - | 23,938.92 | - | 08/01/06 |
| 1007427974 | 63,495.17 | 12.3 | 668.93 | - | - | - | - | - | - | - | 63,495.17 | - | 11/01/06 |
| 1007440824 | 49,985.20 | 11.85 | 508.55 | - | - | - | - | - | - | - | 49,985.20 | - | 06/01/06 |
| 1007444036 | 67,851.22 | 9.15 | 554.18 | - | - | - | - | - | - | - | 67,851.22 | - | 06/01/06 |
| 1007457458 | 299,093.22 | 9.2 | 2,451.03 | - | - | - | - | - | - | - | 299,093.22 | - | 07/01/05 |
| 1007467957 | 72,214.46 | 9.5 | 607.52 | - | - | - | - | - | - | - | 72,214.46 | - | 05/01/06 |
| 1007470818 | 110,500.00 | 8.575 | 935.20 | - | - | - | - | - | - | - | 110,500.00 | - | 05/01/05 |
| 1007470988 | 19,983.60 | 12.25 | 209.58 | - | - | - | - | - | - | - | 19,983.60 | - | 08/01/05 |
| 1007475181 | 199,920.00 | 7.9 | 1,316.14 | - | - | - | - | - | - | - | 199,920.00 | - | 07/01/06 |
| 1007478641 | 82,978.52 | 12.45 | 882.61 | - | - | - | - | - | - | - | 82,978.52 | - | 06/01/06 |
| 1007480709 | 62,000.00 | 10.1 | 548.69 | - | - | - | - | - | - | - | 62,000.00 | - | 05/01/06 |
| 1007505719 | 74,846.12 | 11.3 | 731.30 | - | 26.50 | 704.80 | - | - | - | - | 74,819.62 | - | 12/01/06 |
| 1007512033 | 16,187.29 | 12.45 | 172.27 | - | - | - | - | - | - | - | 16,187.29 | - | 09/01/06 |
| 1007514219 | 102,862.00 | 8.025 | 757.58 | - | - | - | - | - | - | - | 102,862.00 | - | 07/01/06 |
| 1007517323 | 26,357.60 | 12.1 | 273.39 | - | - | - | - | - | - | - | 26,357.60 | - | 08/01/06 |
| 1007518468 | 119,782.16 | 8.575 | 929.06 | - | - | - | - | - | - | - | 119,782.16 | - | 08/01/05 |
| 1007518750 | 29,977.60 | 10.85 | 282.30 | - | - | - | - | - | - | - | 29,977.60 | - | 07/01/06 |
| 1007521657 | 119,000.00 | 11.65 | 1,192.09 | - | - | - | - | - | - | - | 119,000.00 | - | 05/01/06 |
| 1007523290 | 61,860.11 | 8.9 | 494.42 | - | - | - | - | - | - | - | 61,860.11 | - | 09/01/06 |
| 1007538079 | 69,400.00 | 11.3 | 676.70 | - | - | - | - | - | - | - | 69,400.00 | - | 05/01/06 |
| 1007539906 | 36,731.32 | 12.45 | 391.01 | - | - | - | - | - | - | - | 36,731.32 | - | 10/01/06 |
| 1007545775 | 269,913.98 | 9.99 | 2,290.58 | - | - | - | - | - | - | - | 269,913.98 | - | 07/01/06 |
| 1007548362 | 292,500.00 | 10.875 | 2,650.79 | - | - | - | - | - | - | - | 292,500.00 | - | 06/01/06 |
| 1007550152 | 76,500.00 | 10.2 | 682.68 | - | - | - | - | - | - | - | 76,500.00 | - | 07/01/06 |
| 1007594150 | 103,000.00 | 11.4 | 1,012.15 | - | - | - | - | - | - | - | 103,000.00 | - | 06/01/06 |
| 1007635231 | 27,269.50 | 8.71 | 214.78 | - | 16.85 | 197.93 | - | - | - | - | 27,252.65 | - | 03/01/07 |
| 1007651114 | 560,000.00 | 9 | 4,200.00 | - | - | - | - | - | - | - | 560,000.00 | - | 06/01/06 |
| 1007692687 | 25,568.18 | 9.8 | 220.72 | - | - | - | - | - | - | - | 25,568.18 | - | 07/01/06 |
| 1007696530 | 61,081.20 | 11 | 582.11 | - | - | - | - | - | - | - | 61,081.20 | - | 08/01/06 |
| 1007698118 | 23,578.11 | 9.8 | 203.63 | - | - | - | - | - | - | - | 23,578.11 | - | 08/01/05 |
| 1007732162 | 359,100.00 | 10.144 | 3,089.94 | - | - | - | - | - | - | - | 359,100.00 | - | 06/01/06 |
| 1007797253 | 97,364.11 | 10.85 | 916.54 | - | - | - | - | - | - | - | 97,364.11 | - | 07/01/06 |
| 1007822608 | 87,269.95 | 11.075 | 815.63 | - | - | - | - | - | - | - | 87,269.95 | - | 09/01/06 |
| 1007829451 | 100,800.00 | 10.65 | 907.67 | - | - | - | - | - | - | - | 100,800.00 | - | 08/01/06 |
| 1007831849 | 303,865.95 | 6.475 | 1,774.36 | - | - | - | - | - | - | - | 303,865.95 | - | 07/01/06 |
| 1007835471 | 62,592.53 | 9.4 | 522.02 | - | - | - | - | - | - | - | 62,592.53 | - | 06/01/06 |
| 1007839422 | 102,938.08 | 11.8 | 1,043.64 | - | - | - | - | - | - | - | 102,938.08 | - | 08/01/06 |
| 1007843881 | 155,880.05 | 9.625 | 1,278.89 | - | - | - | - | - | - | - | 155,880.05 | - | 08/01/06 |
| 1007853423 | 262,268.87 | 9.425 | 2,192.06 | - | - | - | - | - | - | - | 262,268.67 | - | 07/01/06 |
| 1007882810 | 334,501.21 | 7.5 | 2,342.37 | - | - | - | - | - | - | - | 334,501.21 | - | 08/01/06 |
| 1007929414 | 142,053.53 | 9.3 | 1,175.00 | - | - | - | - | - | - | - | 142,053.53 | - | 08/01/06 |
| 1007930359 | 25,881.20 | 9.8 | 224.17 | - | - | - | - | - | - | - | 25,881.20 | - | 02/01/07 |
| 1008006766 | 58,680.06 | 11.35 | 576.58 | - | - | - | - | - | - | - | 58,680.06 | - | 01/01/07 |
| 1008007168 | 127,476.18 | 9.45 | 1,027.88 | - | - | - | - | - | - | - | 127,476.18 | - | 07/01/06 |
| 1008009284 | 30,744.06 | 13.75 | 358.28 | - | - | - | - | - | - | - | 30,744.06 | - | 07/01/06 |
| 1008040853 | 30,379.15 | 11.2 | 294.11 | - | - | - | - | - | - | - | 30,379.15 | - | 09/01/06 |
| 1008053759 | 104,000.00 | 11.3 | 1,014.07 | - | - | - | - | - | - | - | 104,000.00 | - | 06/01/06 |
| 1008073032 | 51,292.74 | 11.95 | 526.73 | - | - | - | - | - | - | - | 51,292.74 | - | 01/01/07 |
| 1008074889 | 139,898.60 | 10.95 | 1,327.97 | - | - | - | - | - | - | - | 139,898.60 | - | 09/01/06 |
| 1008104838 | 60,000.00 | 10.8 | 562.35 | - | - | - | - | - | - | - | 60,000.00 | - | 07/01/06 |
| 1008138508 | 289,750.00 | 8 | 2,126.08 | - | - | - | - | - | - | - | 289,750.00 | - | 06/01/06 |
| 1008172050 | 284,853.79 | 9.3 | 2,354.96 | - | - | - | - | - | - | - | 284,853.79 | - | 08/01/06 |
| 1008195197 | 220,346.70 | 8.75 | 1,658.54 | - | - | - | - | - | - | - | 220,346.70 | - | 09/01/06 |
| 1008209253 | 110,963.73 | 11.4 | 1,090.77 | - | - | - | - | - | - | - | 110,953.73 | - | 07/01/06 |
| 1008213408 | 499,896.85 | 11.4 | 4,801.33 | - | - | - | - | - | - | - | 499,896.85 | - | 08/01/06 |
| 1008260703 | 56,000.00 | 11.25 | 543.91 | - | - | - | - | - | - | - | 56,000.00 | - | 07/01/06 |
| 1008260889 | 51,857.68 | 10.7 | 483.46 | - | - | - | - | - | - | - | 51,857.68 | - | 02/01/07 |
| 1008269595 | 95,200.00 | 12.45 | 1,012.34 | - | - | - | - | - | - | - | 95,200.00 | - | 07/01/06 |
| 1008293722 | 547,531.18 | 8.7 | 4,453.92 | - | - | - | - | - | - | - | 547,531.18 | - | 09/01/06 |
| 1008296676 | 26,983.11 | 12.5 | 288.16 | - | - | - | - | - | - | - | 26,983.11 | - | 08/01/06 |
| 1008315227 | 81,976.80 | 12.05 | 848.62 | - | - | - | - | - | - | - | 81,976.80 | - | 08/01/05 |
| 1008320667 | 293,250.00 | 9.425 | 2,358.41 | - | - | - | - | - | - | - | 293,250.00 | - | 07/01/08 |
| 1008355460 | 44,984.97 | 11.3 | 438.78 | - | - | - | - | - | - | - | 44,984.97 | - | 08/01/06 |
| 1008366127 | 57,000.00 | 11.65 | 571.00 | - | - | - | - | - | - | - | 57,000.00 | - | 07/01/06 |
| 1008414174 | 24,993.51 | 11.8 | 253.33 | - | - | - | - | - | - | - | 24,993.51 | - | 08/01/06 |
| 1008415093 | 84,158.15 | 9.45 | 704.93 | - | 258.14 | 3,971.44 | - | - | - | - | 83,900.01 | - | 02/01/07 |
| 1008425867 | 179,913.76 | 9.625 | 1,529.99 | - | - | - | - | - | - | - | 179,913.76 | - | 08/01/06 |
| 1008447460 | 115,000.00 | 9.25 | 946.08 | - | - | - | - | - | - | - | 115,000.00 | - | 07/01/06 |

Security National Marsh Cutoff

| Pref Coll | | |
|---|---|---|
| Int Coll | | |
| S/F | | |
| PIO Pref Coll | | 471,233.37 |
| PIO Int Coll | | |
| PIO S/F | | |
| PPP | | |

Total Remittance    457,623.02