IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
In re:                           :  Chapter 11
                                 :
NEW CENTURY TRS HOLDINGS, INC.,  :  Case No. 07-10416 (KJC)
a Delaware corporation, et al.,[1] :
                                 :  Jointly Administered
                                 :
          Debtors                :  Re: Docket Nos. 149 and 150
                                 :
---------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, do hereby declare that on April 9, 2007, I caused true and correct copies of the following to be served upon the party on the attached Exhibit A by overnight mail:

- **Emergency Motion of the Debtors and Debtors in Possession for (I) An Order (A) Approving Bidding Procedures in Connection with Auction of Loan Origination Platform Assets, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (C) Scheduling Hearing to Consider Proposed Sale of Loan Origination Platform Assets and Relief and (II) An Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 149]**

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

- **Emergency Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice** [Docket No. 150]

Additionally, on April 10, 2007, I caused true and correct copies of the following documents to be served on the parties on the attached Exhibit B by overnight mail:

- **Emergency Motion of the Debtors and Debtors in Possession for (I) An Order (A) Approving Bidding Procedures in Connection with Auction of Loan Origination Platform Assets, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (C) Scheduling Hearing to Consider Proposed Sale of Load Origination Platform Assets and Relief and (II) An Order (A) Approving the Proposed Sale and (B) Granting Related Relief** [Docket No. 149]

- **Emergency Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice** [Docket No. 150]

Dated: April 11, 2007

_____
Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Core/2002 Parties
Served 4/9/2007
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Adleractive | Blake Simon | 303 Second Street, Suite 375 | Second Tower | | San Francisco | CA | 94107 | | Top 50 |
| Angelo Gordon & Co | Jed A Hart | 245 Park Ave 26th Fl | | | New York | NY | 10167 | | Counsel for Angelo Gordon & Co |
| Ashby & Geddes PA | Don A Beskrone Esq | 500 Delaware Ave | 8th Fl | PO Box 1150 | Wilmington | DE | 19899 | | Counsel for Safeco Financial Institution Solutions, Inc |
| Ashby & Geddes PA | William P Bowden & Gregory A Taylor | 500 Delaware Ave | 8th Fl | PO Box 1150 | Wilmington | DE | 19899 | | Counsel for USB Real Estate Securities Inc |
| Aspen Funding Corp | Doris Hearn, Evelyn Echevarria | c/o Amacar Group LLC | 6525 Morrison Blvd | Suite 318 | Charlotte | NC | 28211 | | Top 50 |
| Aurora Loan Services | Giovanni Manocchio | 10350 Park Meadows Dr 4th Floor | | | Littleton | CO | 80124 | | Top 50 |
| Barclays Bank PLC | Paul Menefee, Joseph O'Doherty | 200 Park Avenue | | | New York | NY | 10166 | | Top 50 |
| Bifferato Gentilotti LLC | Ian Connor Bifferato Esq & Garvan F McDaniel Esq | 800 N King St Plz Level | | | Wilmington | DE | 19801 | | Counsel for CB Richard Ellis Corporate Facilities Management Inc |
| Brown McCarroll LLP | Patricia B Tomasco | 111 Congress Ave Ste 1400 | | | Austin | TX | 78701 | | Counsel for Ellington Management Group, Inc |
| Bryan Cave LLP | Katherine M Windler Esq | 120 Broadway Ste 300 | | | Santa Monica | CA | 90401-2386 | | Counsel for GMAC Commercial Finance LLC & Counsel for Countrywide Home Loans Inc |
| Bryan Cave LLP | Lawrence P Gottesman Esq & Sukyoung Suh Esq | 1290 Ave of the Americas | | | New York | NY | 10104 | | Counsel for GMAC Commercial Finance LLC & Counsel for Countrywide Home Loans Inc |
| Buchanan Ingersoll & Rooney PC | Mary F Caloway Esq & Eric Lopez Schnabel Esq | 1000 West St Ste 1410 | | | Wilmington | DE | 19801 | | Counsel for Residential Funding Company LLC |
| Cadwalader Wickersham & Taft LLP | Howard R Hawkins Jr Esq | One World Financial Center | | | New York | NY | 10281 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| Campbell & Levine LLC | Marla R Eskin Mark T Hurford | 800 North King Street | Suite 300 | | Wilmington | DE | 19801 | | Counsel for Citigroup Global Markets Realty Group |

# Exhibit B

Core / 2002 Parties
Served 4/10/2007
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Affiliated Computer Services | Todd Green | PO Box 201322 | | | Dallas | TX | 75320 | | Top 50 |
| Alaska Seaboard Partners Limited Partnership | William Fogleman | 4150 S Sherwood Forest Blvd | | | Baton Rouge | LA | 70816 | | Top 50 |
| Assurant Specialty Property Insurance | Kelly Chin | 260 Interstate N Circle SE | | | Atlanta | GA | 30339-2110 | | Top 50 |
| Bank of America, NA | Maureen Macan | 901 Main St, 66th Floor | | | Dallas | TX | 75202 | | Top 50 |
| Carrington Securities, LP | Bruce Rose | Seven Greenwich Office Park | 599 West Putnam Avenue | | Greenwich | CT | 06830 | | Top 50 |
| Catarina Mortgage Services Inc | Ron Harpole | 22485 Tomball Highway | | | Houston | TX | 77070 | | Top 50 |
| Celina ISD, Princeton ISD, City of Princeton Richardson ISD, Cedar Hill ISD, City of Cedar Hill Whitewright ISD, City of Whitewright, City of Hurst Arlington ISD, Castleberry ISD and Mansfield ISD | Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda | PO Box 13430 | | Arlington | TX | 76094-0430 | | Counsel for Celina ISD, Princeton ISD, City of Princeton Richardson ISD, Cedar Hill ISD, City of Cedar Hill Whitewright ISD, City of Whitewright, City of Hurst Arlington ISD, Castleberry ISD and Mansfield ISD |
| Chadbourne & Parke LLP | Joseph H Smolinsky & Douglas E Deutsch | 30 Rockefeller Plaza | | | New York | NY | 10112 | | Counsel for Credit Suisse First Boston Capital LLC and DLJ Mortgage Capital Inc |
| ChoicePoint Precision Marketing | Scott Watkins | 2525 Meridian Parkway, Suite 125 | | | Durham | NC | 27713 | | Top 50 |
| Citigroup Global Markets Realty Corp | Susan Mills, Bobbie Theivakumaran | 390 Greenwich Street, 6th Floor | | | New York | NY | 10013 | | Top 50 |
| Countrywide | Dana Headlee | 20 N Acoma Blvd | | | Lake Havasu City | AZ | 86403 | | Top 50 |
| Countrywide Home Loans Inc | Paul T Liu Esq & John Guerry Esq | 5220 Las Virgenes Rd | MS AC 11 | | Calabasas | CA | 91302 | | Counsel for Countrywide Home Loans Inc |
| Credit Suisse First Boston Mortgage Capital LLC | Gary Timmerman | 302 Carnegie Center, 2nd Floor | | | Princeton | NJ | 08540 | | Top 50 |
| Credit-Based Asset Servicing and Securitization LLC | Marc Rosenthal | 335 Madison Ave, 19th Floor | | | New York | NY | 10017 | | Top 50 |
| DB Structured Products, Inc | Glenn Minkoff | 60 Wall Street, 19th Floor | | | New York | NY | 10005 | | Top 50 |
| Deutsche Bank | Ryan Stark | 31 West 52nd Street | 3rd Floor NYC01-0304 | | New York | NY | 10019 | | Top 50 |
| Dorsey & Whitney LLP | Chris Lenhart Esq | 50 S Sixth St Ste 1500 | | | Minneapolis | MN | 55402-1498 | | Counsel for Residential Funding Company LLC |
| Edwards Angell Palmer & Dodge LLP | William E Chipman Jr Esq | 919 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for GMAC Commercial Finance LLC |
| Edwards Angell Palmer & Dodge LLP | William E Chipman Jr Esq | 919 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for Countrywide Home Loans Inc |
| EMC Mortgage Corporation | Tom Tarantino | 383 Madison Ave | | | New York | NY | 10179 | | Top 50 |
| Filardi Law Offices LLC | Charles J Filardi Jr | 65 Trumbull St | Second Floor | | New Haven | CT | 06510 | | Counsel for Federal Express Corporation |
| Fiserv CCS | Geno Hoover | 812 Ft Dubuesne Blvd | | | Pittsburgh | PA | 15222 | | Top 50 |
| Galleon Capital Corporation | R Douglas Donaldson | PO Box 4024 | | | Boston | MA | 02101 | | Top 50 |
| Gebhardt & Smith LLP | Michael G Gallerizzo Esq | 901 Market St Ste 451 | | | Wilmington | DE | 19801 | | Counsel for General Electric Capital Corporation |
| Gemini Securitization Corp, LLC | R Douglas Donaldson | c/o Ropers & Gray, LLP | 1 International Place | | Boston | MA | 02110 | | Top 50 |
| General Electric Capital Corporation | | 44 Old Ridgebury Road | | | Danbury | CT | 06810 | | Top 50 |
| GMAC Commercial Finance LLC | Hernando Azarcon | Senior Legal Coordinator | 3000 Town Center Ste 280 | | Southfield | MI | 48075 | | Counsel for GMAC Commercial Finance LLC |
| GMAC Commercial Finance, LLC | Tanja Barner | 600 Gallena Parkway 15th Floor | | | Atlanta | GA | 30339 | | Top 50 |
| Goldman Sachs Mortgage Company | Marc Flamino | 85 Broad Street | | | New York | NY | 10004 | | Top 50 |
| Greenwich Capital Financial Products | General Counsel & Frank Skibo | 600 Steamboat Rd | | | Greenwich | CT | 06830 | | Counsel to DIP Lenders |
| Guaranty Bank | Jenny Ray Stilwell | 8333 Douglas Ave | | | Dallas | TX | 75225 | | Top 50 |
| Harbor Asset Management Services | Shari Macedo | 1407 Foothill Blvd Ste 246 | | | La Verne | CA | 91750 | | Top 50 |
| HSBC Bank USA, NA | Joe Little | 452 5th Ave | 10th Floor | | New York | NY | 10018 | | Top 50 |
| Indymac Bank FSB | | 888 East Walnut St | | | Pasadena | CA | 91101 | | Top 50 |
| IXIS Real Estate Capital, Inc | Tony Malanga | 9 West 57th Street, 36th Floor | | | New York | NY | 10019 | | Top 50 |
| Jeffer Mangels Butler & Marmaro LLP | Barry Freeman Esq & David Poitras Esq | 1900 Ave of the Stars 7th Fl | | | Los Angeles | CA | 90067 | | Counsel for Union Bank of California |
| Jorden Burt LLP | Frank G Burt Esq Raul A Cuervo Esq & W Glenn Merten Esq | 1025 Thomas Jefferson St NW | Ste 400 E | | Washington | DC | 20007-5208 | | Counsel for Safeco Financial Institution Solutions, Inc |
| JP Morgan Chase Bank, NA | Fran Stec | 194 Wood Avenue South | Floor 3 | | Iselin | NJ | 08830-2710 | | Top 50 |
| Kaye Scholer LLP | Margot B. Schonholtz & Mark F. Liscio | 425 Park Ave | | | New York | NY | 10022 | | Counsel for Bank of America, N.A. |

Core / 2002 Parties
Served 4/10/2007
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Kelley Drye & Warren LLP | David E Retter Esq & Christen A Lambranakos Esq | 101 Park Ave | | | New York | NY | 10178 | | Counsel for Wells Fargo Bank NA |
| Kirkland & Ellis LLP | Bennett L Spiegel & Shirley S Cho | 777 S Figueroa St | Suite 3700 | | Los Angeles | CA | 90017 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Kirkland & Ellis LLP | Paul M Basta & Joshua A Sussberg | Citigroup Center | 153 East 53rd Street | | New York | NY | 10022-4611 | | Counsel for Citigroup Global Markets Realty Group |
| Lehman Brothers Bank FSB | Diane Rinnovatore | 745 Seventh Ave | | | New York | NY | 10019 | | Top 50 |
| Lineberger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | | Dallas | TX | 75201 | | Counsel for Dallas County |
| Lowcorn | Fred Hsu | 818 W 7th St | Suite 700 | | Los Angeles | CA | 90017 | | Top 50 |
| Lowermybills.com | Rod Pasion | 2401 Colorado Avenue | Suite 200 | | Santa Monica | CA | 90404 | | Top 50 |
| Malcolm & Cisneros A Law Corporation | William G Malcolm | 2112 Business Center Dr 2nd Fl | | | Irvine | CA | 92612 | | Counsel for Malcolm & Cisneros A Law Corporation |
| Milbank Tweed Hadley & McCloy LLP | Luc A Despins Esq & Wilbur F Foster Esq | 1 Chase Manhattan Plaza | | | New York | NY | 10005 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| Morgan Stanley Mortgage Capital Inc | Andy Neuberger | 1585 Broadway, 10th Floor | | | New York | NY | 10036 | | Top 50 |
| Morris Nichols Arsht & Tunnel LLP | Robert J Dehney Gregory W Werkheiser & Daniel B Butz | 1201 N Market St | PO Box 1347 | | Wilmington | DE | 19899-1347 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| National Field Representatives | Melanie LaRocque | PO Box 1440 | | | Claremont | NH | 03743 | | Top 50 |
| Newport Funding Corp | Glenn Minkoff, Doris Hearn, Evelyn Echevarria | c/o Amacar Group | 6525 Morrison Blvd | Suite 318 | Charlotte | NC | 28211 | | Top 50 |
| Nextag | Dan Tsuchiya | 1300 S El Camino Real | | | San Mateo | CA | 94402 | | Top 50 |
| Nixon Peabody LLP | Dennis J Drebsky Esq | 437 Madison Ave | | | New York | NY | 10022 | | Counsel for Deutsche Bank National Trust Company |
| Nixon Peabody LLP | Mark N Berman Esq | 100 Summer St | | | Boston | MA | 02110-1832 | | Counsel for Deutsche Bank National Trust Company |
| Nomura Securities | James Depalma, Jeane Leschak | 2 World Financial Center | Building B | | New York | NY | 10281 | | Top 50 |
| O'Melveny & Myers LLP | Suzzanne S Uhland Ben H Logan Victoria Newmark Emily R Culler | 275 Battery Street | | | San Francisco | CA | 94111 | | Debtors' Counsel |
| Office of the United States Trustee | Joseph J McMahon, Jr, Esquire | J Caleb Boggs Federal Building | 844 King Street, Room 2207, Lockbox #35 | | Wilmington | DE | 19801 | | US Trustee |
| Pachulski Stang Ziehl Young Jones Weintraub LLP | Laura Davis Jones & Timothy P Cairns | 919 N Market St 17th Fl | PO Box 8705 | | Wilmington | DE | 19899-8705 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Paul Hastings Janofsky & Walker LLP | Keith W Miller & James R Bliss | Park Ave Tower | 75 E 55th St | First Floor | New York | NY | 10022 | | Counsel for USB Real Estate Securities Inc |
| Paul Hastings Janofsky & Walker LLP | Richard A Chesley & Kimberly D Newmarch | 191 N Wacker Dr | 30th Fl | | Chicago | IL | 60606 | | Counsel for USB Real Estate Securities Inc |
| Pepper Hamilton LLP | David B Stratton Esq | Hercules Plz Ste 5100 | 1313 Market St | PO Box 1709 | Wilmington | DE | 19899-1709 | | Counsel for Deutsche Bank National Trust Company |
| Potter Anderson & Corroon LLP | Laurie Selber Silverstein Esq | 1313 N Market St 6th Fl | | | Wilmington | DE | 19801 | | Counsel for Bank of America, N.A. |
| Pricewaterhouse Coopers LLP | Sear Yagana | 300 Madison Avenue | | | New York | NY | 10017 | | Top 50 |
| Reed Smith LLP | Claudia Z Springer Esq | 2500 One Liberty Pl | 1650 Market St | | Philadelphia | PA | 19103-7301 | | Counsel for IndyMac Bank FSB |
| Reed Smith LLP | Kurt F Gwynne Esq | 1201 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for IndyMac Bank FSB |
| Residential Funding Corporation | Mike Bugbee | 1646 N California Blvd #400 | | | Walnut Creek | CA | 94596 | | Top 50 |
| Richards Layton & Finger PA | Mark D Collins Michael J Merchant | One Rodney Square | PO Box 551 | | Wilmington | DE | 19899 | | Debtors' Counsel |
| Robert P Cocco PC | Robert P Cocco Esq | 437 Chestnut St Ste 1006 | | | Philadelphia | PA | 19106 | | Counsel for Theresa A Davis |
| Rosenthal Monhait & Goddess PA | Norman M Monhait Esq | 919 Market St Ste 1401 | PO Box 1070 | | Wilmington | DE | 19899-1070 | | Counsel for Kodiak Funding LP & Kodiak CDO I Ltd |
| SG Mortgage Finance Corp | Frank Nunnari | 1221 Avenue of the Americas | | | New York | NY | 10020 | | Top 50 |
| Sheffield Receivables Corporation | Glenn Pearson, Hansel Nieves, Shelby Robins | c/o Barclays Capital Services | 200 Cedar Knolls Road | | Whippany | NJ | 07981 | | Top 50 |
| Sprint | Frank Quattroccup | 18200 Von Karman Ave | | | Irvine | CA | 92612 | | Top 50 |
| State Street Global Markets, LLC | Todd Menngift | Attn: Galleon Funds | 225 Franklin St | | Boston | MA | 02110 | | Top 50 |
| Suntrust | Tony D Atkins | 303 Peachtree St. 23rd Floor | | | Atlanta | GA | 30308 | | Top 50 |
| System Source, Inc | Brooke Hergesell | 2100 Main St Ste 100 | | | Irvine | CA | 92614 | | Top 50 |
| The CIT Group Business Credit Inc | Renee Singer | 505 Fifth Ave | | 3rd Fl | New York | NY | 10017 | | Counsel to DIP Lenders |
| Travelers | Scot Freeman Case Manager | National Accounts | 1 Tower Sq 5MN | | Hartford | CT | 06183-4044 | | Party of Interest |

In re New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)
United States Bankruptcy Court, District of Delaware

Page 2 of 3

4/10/2007
2002 List Served 070410

Core / 2002 Parties
Served 4/10/2007
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Tucson Funding LLC | Glenn Minkoff | c/o DB Structured Products, Inc | 60 Wall Street | | New York | NY | 10005 | | Top 50 |
| UBS Real Estate Securities Inc | George Mangiaracina | 1251 Avenue of the Americas | | | New York | NY | 10019 | | Top 50 |
| Union Bank of California | Diane J Richey Esq Vice President and Senior Counsel | 445 S Figueroa St | | | Los Angeles | CA | 90071 | | Counsel for Union Bank of California |
| Vinson & Elkins LLP | John E Mitchell Esq | Trammell Crow Center | 2001 Ross Ave Ste 3700 | | Dallas | TX | 75201 | | Counsel for CB Richard Ellis Corporate Facilities Management Inc |
| Washington Mutual Bank, FA | Michael McCauley | 3200 Southwest Freeway | | | Houston | TX | 77027 | | Top 50 |
| Wells Fargo Bank NA | Thomas M Korsman Vice President | MAC N9303-120 | 608 2nd Ave S | | Minneapolis | MN | 55479 | | Party of Interest |
| Wendel Rosen Black & Dean LLP | Charles A Hansen & Mark S Bostick | 1111 Broadway 24th Fl | | | Oakland | CA | 94607-4036 | | Counsel for Alireza Nazmi & Golden Key Mortgage |
| Winston & Strawn LLP | Matthew Botica Esq David Wirt Esq & Grayson Walter Esq | 35 W Wacker Dr | | | Chicago | IL | 60601 | | Counsel for Kodiak Funding LP & Kodiak CDO I Ltd |
| Wolfe & Wyman LLP | Stuart B Wolfe Esq & Yaron Shaham Esq | 5 Park Plz Ste 1100 | | | Irvine | CA | 92614 | | Counsel for Wolfe & Wyman LLP |
| Wright Finlay & Zak LLP | T Robert Finlay Esq & Donna L La Porte Esq | 4665 MacArthur Ct Ste 280 | | | Newport Beach | CA | 92660 | | Party of Interest |

Governmental Agencies
Served 4/10/2007
Overnight Mail Service List

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Attorney Generals Office | Attn Bankruptcy Department | Carvel State Office Bldg 820 N French St 6th Fl | | | Wilmington | DE | 19801 | | Governmental Agency |
| Attorney General's Office | Attn Bankruptcy Department | Capitol Station, P.O. Box 12548 | | | Austin | TX | 78711-2548 | | Governmental Agency |
| Attorney General's Office | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814 | | Governmental Agency |
| Attorney Generals Office | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 | | Governmental Agency |
| California Franchise Tax Board | Attn Bankruptcy Division, Chapter 11 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | Governmental Agency |
| Comptroller of Public Accounts | | Lyndon B. Johnson State Office Building | 111 E 17th St | | Austin | TX | 78774 | | Governmental Agency |
| Delaware Department Of Justice | Attn Bankruptcy Department | Division Of Securities | 820 N French St 5th Fl | | Wilmington | DE | 19801 | | Governmental Agency |
| Delaware Dept Of Labor | Secretary | 4425 N Market St | 4th Fl | | Wilmington | DE | 19802 | | Governmental Agency |
| Delaware Dept Of Natural Resources & Environmental Control | Attn Bankruptcy Department | John A Hughes Secretary | 89 Kings Hwy | | Dover | DE | 19901 | | Governmental Agency |
| Delaware Sec of State | Division of Corporations | Franchise Tax Division | PO Box 7040 | | Dover | DE | 19903 | | Governmental Agency |
| Division of Unemployment Ins | Department of Labor | 4425 N Market St | | | Wilmington | DE | 19802 | | Governmental Agency |
| Employee Benefits Security Administration Philadelphia Regional Office | Mabel Capolongo Director | Curtis Ctr | 170 S Independence Mall West Ste 870 West | | Philadelphia | PA | 19106-3317 | | Governmental Agency |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz | Rm 1150 | | Baltimore | MD | 21201 | | Governmental Agency |
| Irs Local Office | | 844 King St | | | Wilmington | DE | 19801 | | Governmental Agency |
| Maryland State Dept. of Assessments and Taxation | Attn Bankruptcy Department | 301 W. Preston St. | | Room 4300 | Baltimore | MD | 21201 | | Governmental Agency |
| Northeast Regional Office | Attn Bankruptcy Department | Mark Schonfeld Regional Director | 3 World Financial Ctr | | New York | NY | 10281 | | Governmental Agency |
| Office of the US Trustee | | 844 King St | Ste 2313 | Lockbox 35 | Wilmington | DE | 19801-3519 | | Governmental Agency |
| SEC | | 15th & Pennsylvania Ave NW | | | Washington | DC | 20020 | | Governmental Agency |
| SEC | Nathan Fuchs | 233 Broadway | | | New York | NY | 10279 | | Governmental Agency |
| Sec Headquarters | Attn Bankruptcy Department | Office Of Investor Education And Assistance | 100 F St Ne | | Washington | DC | 20549 | | Governmental Agency |
| Sec of the Treasury | | PO Box 7040 | | | Dover | DE | 19903 | | Governmental Agency |
| Secretary Of Treasury | | PO Box 7040 | | | Dover | DE | 19903 | | Governmental Agency |
| Securities & Exchange Commission | | 100 F St Ne | | | Washington | DC | 20549 | | Governmental Agency |
| State Board of Equalization | Attn Bankruptcy Department | PO Box 942879 | | | Sacramento | CA | 94279-0001 | | Governmental Agency |
| State of Delaware | Randy Weller MS 25 | Div of Revenue | 820 N French St | 8th Fl | Wilmington | DE | 19801-0820 | | Governmental Agency |
| State Of Delaware Division Of Revenue | Attn Bankruptcy Department | Carvel State Office Bldg 820 N French St | | | Wilmington | DE | 19801 | | Governmental Agency |
| State Treasurer's Office | Attn Bankruptcy Department | 915 Capitol Mall, Suite 110 | | | Sacramento | CA | 95814 | | Governmental Agency |
| US Attorneys Office | Ellen W Slights | 1007 Orange St | 7th Fl | | Wilmington | DE | 19899-2046 | | Governmental Agency |
| US Department of Justice | Alberto P Gonzales | US Attorney General | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | | Governmental Agency |
| Us Dept Of Labor | Administrative Review Board | Frances Perkins Building | 200 Constitution Ave Nw | | Washington | DC | 20210 | | Governmental Agency |
| Us Dept Of Labor | Benefits Review Board | Frances Perkins Building | 200 Constitution Ave Nw | | Washington | DC | 20210 | | Governmental Agency |
| Us Dept Of Labor | Employee Benefits Security Administration | Frances Perkins Building | 200 Constitution Ave Nw | Ste S 2524 | Washington | DC | 20210 | | Governmental Agency |
| Us Dept Of Labor | Secretary Elaine Chao | Frances Perkins Building | 200 Constitution Ave Nw | | Washington | DC | 20210 | | Governmental Agency |

Loan Origination Parties
Served 4/10/2007
Overnight Mail Service List

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Accredited Home Lenders | Chris DeMauro (Houlihan Lokey) | 12995 South Cleveland Ave 51 | | | Ft Myers | FL | 33907 | | Loan Origination Party |
| Anchorage Advisors | Alan Fitzpatrick | 610 Broadway, 6th Floor | | | New York | NY | 10012 | | Loan Origination Party |
| Apollo/Infinity Point | Michael Rubinoff | 546 Fifth Avenue | 23rd Floor | | New York | NY | 10036 | | Loan Origination Party |
| Apollo/Infinity Point | Suleman E. Lunat | 546 Fifth Avenue | 23rd Floor | | New York | NY | 10036 | | Loan Origination Party |
| Barclays (HomEq Servicing) | Ron Kubick | 200 Pk Ave | | | New York | NY | 10166 | | Loan Origination Party |
| Bear Stearns | Cary Thompson | 383 Madison Avenue | | | New York | NY | 10179 | | Loan Origination Party |
| Bear Stearns | Jeff Verschleiser | 383 Madison Avenue | | | New York | NY | 10179 | | Loan Origination Party |
| Bear Stearns | John Mongelluso | 383 Madison Avenue | | | New York | NY | 10179 | | Loan Origination Party |
| Bear Stearns | Jonathan Babkow | 383 Madison Avenue | | | New York | NY | 10179 | | Loan Origination Party |
| Bear Stearns | Matt Perkins | 383 Madison Avenue | | | New York | NY | 10179 | | Loan Origination Party |
| Bear Stearns | Tom Marano | 383 Madison Avenue | | | New York | NY | 10179 | | Loan Origination Party |
| Blackstone | John Studzinski | 1634 6th St Nw Ste 1 | | | Washington | DC | 20001 | | Loan Origination Party |
| Cambridge Place | Quentin Cole | 100 Main Street, Suite 430 | | | Concord | MA | 1742 | | Loan Origination Party |
| Carrington Capital | B Rose D Citron D Fulco P Salce M Serafini A Clark R Gonzalez S Siegler | 599 W. Putnam Avenue | | | Greenwich | CT | 6830 | | Loan Origination Party |
| C-BASS | J Navarro J Schneider J Shook D Mantell | 335 Madison Avenue, 19 Fl. | | | New York | NY | 10017 | | Loan Origination Party |
| Centerbridge | Dave Trucano | 31 West 52nd Street | 16th Floor | | New York | NY | 10019 | | Loan Origination Party |
| Centerbridge | Lance West | 31 West 52nd Street | 16th Floor | | New York | NY | 10019 | | Loan Origination Party |
| Cerberus | Frank Bruno | 299 Park Avenue | 23rd Floor | | New York | NY | 10171 | | Loan Origination Party |
| Cerberus | Hootan Yaghoobzadeh | 299 Park Avenue | 23rd Floor | | New York | NY | 10171 | | Loan Origination Party |
| Cerberus | Madhu Satyanarayana | 299 Park Avenue | 23rd Floor | | New York | NY | 10171 | | Loan Origination Party |
| Cerberus | Ronald Goldstein | 299 Park Avenue | 23rd Floor | | New York | NY | 10171 | | Loan Origination Party |
| CIT | C Soutar P Friedman V Lubczenko M Drucker J Verrone | 505 Fifth Avenue | | | New York | NY | 10017 | | Loan Origination Party |
| Citadel Investment Group | Yannick Mathieu Todd Giervold | 131 South Dearborn St. | | | Chicago | IL | 60603 | | Loan Origination Party |
| Citi Financal | Carl Levinson | 1000 Technology Dr Ms 111 | | | Ofallon | MO | 63368 | | Loan Origination Party |
| Citigroup Global Markets | Randy Appleyard | 390 Greenwich Street | | | New York | NY | 100137 | | Loan Origination Party |
| Constellation Capital Management | Shadab Shaikh | 780 Third Avenue 35th Floor | | | New York | NY | 10017 | | Loan Origination Party |
| Countrywide Financial Corporation | Brian Hale | 4500 Park Granada | | | Calabasas | CA | 91302 | | Loan Origination Party |
| Countrywide Financial Corporation | Caleb Kim | 4500 Park Granada | | | Calabasas | CA | 91302 | | Loan Origination Party |
| D.E. Shaw | | 39th Floor, Tower 45 | 120 W Forty-fifth St | | New York | NY | 10036 | | Loan Origination Party |
| D.E. Shaw | | 20400 Stevens Creek Blvd | Suite 850 | | Cupertino | CA | 95014 | | Loan Origination Party |
| D.E. Shaw | | 7300 College Blvd Ste 620 | | | Overland Park | KS | 66210 | | Loan Origination Party |
| D.E. Shaw | | 10000 Memorial Dr Ste 500 | | | Houston | TX | 77024 | | Loan Origination Party |
| D.E. Shaw | | 3 Bethesda Metro Ctr Ste 1450 | | | Bethesda | MD | 20814 | | Loan Origination Party |
| Ellington Mgt. Group | P Tomasco B McKee P Tomasco | Brown McCarroll, L.L.P. | 111 Congress, Suite 1400 | | Austin | Texas | 78701 | | Loan Origination Party |
| Equifin Capital | J Tomei D Stowe | 7 Times Square Ste 2106 | | | New York | NY | 10036 | | Loan Origination Party |
| Farallon Capital | Thomas Rigo Miguel Fidalgo | One Maritime Plaza, Suite 1325 | | | San Francisco | CA | 94111 | | Loan Origination Party |
| Flexpoint Partners | Don Edwards | 30 Executive Pk Ste 200 | | | Irvine | CA | 92614 | | Loan Origination Party |
| Fortress | D McKnight A Stein Sapir P Smith | 1345 Avenue of the Americas | 46th Fl | | New York | NY | 10105 | | Loan Origination Party |
| Friedman Billings & Ramsey | | 1001 Nineteenth St N | | | Arlington | VA | 22209 | | Loan Origination Party |
| Friedman Billings & Ramsey | | 100 Federal St | 29th Fl | | Boston | MA | 02110 | | Loan Origination Party |
| Friedman Billings & Ramsey | | 2100 McKinney Ave Ste 1940 | | | Dallas | TX | 75201 | | Loan Origination Party |
| Friedman Billings & Ramsey | | 600 Travis St Ste 6070 | | | Houston | TX | 77002 | | Loan Origination Party |
| Friedman Billings & Ramsey | | 18101 Von Karman Ave Ste 950 | | | Irvine | CA | 92612 | | Loan Origination Party |
| Friedman Billings & Ramsey | | 299 Park Ave 7th Fl | | | New York | NY | 10171 | | Loan Origination Party |

Loan Origination Parties
Served 4/10/2007
Overnight Mail Service List

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Friedman Billings & Ramsey | | 2555 East Camelback Rd Ste 180 | | | Phoenix | AZ | 85016 | | Loan Origination Party |
| Friedman Billings & Ramsey | | 4 Embarcadero Ctr | Suite 1950 | | San Francisco | CA | 94111 | | Loan Origination Party |
| Friedman Billings & Ramsey | Tim Walsh | FBR Headquarters | 1001 Nineteenth Street North | | Arlington | VA | 22209 | | Loan Origination Party |
| Goldman Sachs | J Mahoney P Arberg S Grosshandler J Kim | 85 Broad St | | | New York | NY | 10004 | | Loan Origination Party |
| Greenthal Harlan Realty Services | | 4 Park Ave | | | New York | NY | 10016 | | Loan Origination Party |
| GTCR Golder Rauner | Aaron Cohen | 6100 Sears Tower | | | Chicago | IL | 60606 | | Loan Origination Party |
| Harbinger Capital Partners | Gerard Uzzi | 555 Madison Avenue | 16th Floor | | New York | NY | 10022 | | Loan Origination Party |
| Harbinger Capital Partners | Gerard Uzzi | One Riverchase Parkway South | | | Birmingham | AL | 35244 | | Loan Origination Party |
| Harbinger Capital Partners | Howard Kagan | 555 Madison Avenue | 16th Floor | | New York | NY | 10022 | | Loan Origination Party |
| Harbinger Capital Partners | Howard Kagan | One Riverchase Parkway South | | | Birmingham | AL | 35244 | | Loan Origination Party |
| Harbinger Capital Partners | Larry Clark | 555 Madison Avenue | 16th Floor | | New York | NY | 10022 | | Loan Origination Party |
| Harbinger Capital Partners | Larry Clark | One Riverchase Parkway South | | | Birmingham | AL | 35244 | | Loan Origination Party |
| Harbinger Capital Partners | Phil Falcone | 555 Madison Avenue | 16th Floor | | New York | NY | 10022 | | Loan Origination Party |
| Harbinger Capital Partners | Phil Falcone | One Riverchase Parkway South | | | Birmingham | AL | 35244 | | Loan Origination Party |
| Hegemon Capital | Brian Prince | 101 E. Kennedy Blvd. | Suite 2100 | | Tampa | FL | 33602 | | Loan Origination Party |
| Highfields Capital Management | Richard Grubman Matt Botin | 200 Clarendon Street | | | Boston | MA | 2117 | | Loan Origination Party |
| HSBC North America | Kevin D. Angeles | 2709 Sanders Road | | | Prospect Heights | IL | 60070 | | Loan Origination Party |
| IndyMac Bancorp | Ashwn Adarkar | 888 East Walnut St | | | Pasadena | CA | 91101 | | Loan Origination Party |
| Ivory Capital | Avery Sun | 11755 Wilshire Blvd. Ste 1350 | | | Los Angeles | CA | 90025 | | Loan Origination Party |
| Ivory Capital | | 153 E. 53rd St 59th Fl | | | New York | NY | 10022 | | Loan Origination Party |
| J.C. Flowers | C Flowers J Oros R Winter M Warden P Doyle B Flynn K Johnson | | | | | | | | |
| JPMorgan Chase | Dave Loehman | 717 5th Ave Fl. 26 | | | New York | NY | 10022 | | Loan Origination Party |
| JPMorgan Chase | Gerald Madigan | 270 Park Avenue | | | New York | NY | 10017 | | Loan Origination Party |
| JPMorgan Chase | Ravi Shankar | 270 Park Avenue | | | New York | NY | 10017 | | Loan Origination Party |
| KKR | S Nuttall | 2800 Sand Hill Rd Ste 200 | | | Menlo Park | CA | 94025 | | Loan Origination Party |
| KKR | | 9 West 57th St Ste 4200 | | | New York | NY | 10019 | | Loan Origination Party |
| Latigo Partners, L.P. | Golchehreh Abtahian | 590 Madison Ave | 9th Floor | | New York | NY | 10022 | | Loan Origination Party |
| Lehman Brothers | Bill Curley | 745 7th Avenue | | | New York | NY | 10019 | | Loan Origination Party |
| Lehman Brothers | J Gaffey B Curley | 745 7th Avenue | | | New York | NY | 10019 | | Loan Origination Party |
| Lehman Brothers | Jonathan Dever | 745 7th Avenue | | | New York | NY | 10019 | | Loan Origination Party |
| Lehman Brothers | Lana Franks | 745 7th Avenue | | | New York | NY | 10019 | | Loan Origination Party |
| Lehman Brothers | Matt Miller | 745 7th Avenue | | | New York | NY | 10019 | | Loan Origination Party |
| Leucadia National | Joe Stienberg, President | 315 Park Avenue South | | | New York | NY | 10010-3607 | | Loan Origination Party |
| Lightyear Capital | Mark Vasallo | 375 Park Avenue, 11th Floor | | | New York | NY | 10152 | | Loan Origination Party |
| Lone Star City C/o Morris Co Appr | | 501 Crokett St PO Box 563 | | | Dangerfield | TX | 75638 | | Loan Origination Party |
| Lone Star Cleaning & Restoration | | 3612 Sandhurst Dr | | | Flower Mound | TX | 75022-8445 | | Loan Origination Party |
| Lone Star Home Loans | | 3707 East Hwy 290 West Ste A 100 | | | Dripping Springs | TX | 78620 | | Loan Origination Party |
| Lone Star Lenders Llc | | 14850 Quorum Dr Ste 150 | | | Dallas | TX | 75254 | | Loan Origination Party |
| Lone Star Lending Services | | 9502 Computer Dr Ste 116 | | | San Antonio | TX | 78229 | | Loan Origination Party |
| Lone Star Mortgage Solutions | | 8890 Kameryn Ln | | | Argyle | TX | 76226 | | Loan Origination Party |
| Lone Star National Bank | | 206 West Ferguson | | | Pharr | TX | 78577 | | Loan Origination Party |
| Lone Star Realty & Mortgage | C/o First American Title | 1500 Dairy Ashford Ste 410 | | | Houston | TX | 77023 | | Loan Origination Party |
| Lone Star Realty & Mortgage | | 8503 Gulf Freeway Ste F | | | Houston | TX | 77017 | | Loan Origination Party |

Loan Origination Parties
Served 4/10/2007
Overnight Mail Service List

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Lone Star Realty And Mortgage Group | | 11205 Bellaire Blvd Ste B 21 | | | Houston | TX | 77072 | | Loan Origination Party |
| Lone Star Realty And Mortgage Group | | 440 Benmar Ste 3032 | | | Houston | TX | 77060 | | Loan Origination Party |
| Lone Star Reliable Mortgage Inc | | 7639 Canyon Dr | | | Amarillo | TX | 79110 | | Loan Origination Party |
| Marathon | Gary Lembo | 685 3rd Avenue | 28th Floor | | New York | NY | 10017 | | Loan Origination Party |
| Marathon | Tim O'Connor | 685 3rd Avenue | 28th Floor | | New York | NY | 10017 | | Loan Origination Party |
| Marathon | Tom Vanderslice | 685 3rd Avenue | 28th Floor | | New York | NY | 10017 | | Loan Origination Party |
| Marathon Business Solutions Llc | | 17895 Sky Pk Cir Ste K | | | Irvine | CA | 92614 | | Loan Origination Party |
| Marathon Copy Products | Dba Marathon Imaging Systems | 6115 S Kyrene 103 | | | Tempe | AZ | 85283 | | Loan Origination Party |
| Marathon County | | 500 Forest St | | | Wausau | WI | 54403 | | Loan Origination Party |
| Marathon Financial Corporation | | 26777 Central Pk Blvd Ste S375 | | | Southfield | MI | 48076 | | Loan Origination Party |
| Marathon Funding Group | | 4311 Wilshire Blvd 514 | | | Los Angeles | CA | 90010 | | Loan Origination Party |
| Marathon Imaging Systems | | 6115 S Kyrene Rd 103 | | | Tempe | AZ | 85283 | | Loan Origination Party |
| Marathon Ins Co | | 600 Pkland Blvd Box L3 | | | Mayfield Heights | OH | 44124 | | Loan Origination Party |
| Marathon Investments | | 13351 D Riverside Dr 116 | | | Sherman Oaks | CA | 91423 | | Loan Origination Party |
| Marathon Mortgage | | 12 Harrington Rd | | | Moraga | CA | 94556 | | Loan Origination Party |
| Marathon Mortgage | | 3448 Woodfield St | | | West Lafayette | IN | 47906 | | Loan Origination Party |
| Marathon Mortgage | | 4125 Sauk Trail | | | Richton Pk | IL | 60471 | | Loan Origination Party |
| Marathon Mortgage Corporation | | 4000 1st Ave Ne | | | Cedar Rapids | IA | 52402 | | Loan Origination Party |
| Marathon Mortgage Llc | | 4000 First Ave Ne | | | Cedar Rapids | IA | 52402 | | Loan Origination Party |
| Marathon Mortgage Services Inc | | 1107 Bethlehem Pike Ste 202 | | | Flourtown | PA | 19031 | | Loan Origination Party |
| Marathon Mortgage Services Inc | | 20929 Ventura Blvd Ste 202 | | | Woodland Hills | CA | 91364 | | Loan Origination Party |
| Marathon Mortgage Solution Inc | | 2425 Sidney St | | | Pittsburgh | PA | 15203 | | Loan Origination Party |
| Marathon Realty | Lawanda Mcfarland | 8800 S Pennsylvania Ave | 100 | | OKLAHOMA CITY | OK | 73159 | | Loan Origination Party |
| Marathon Town | | 3513 Ctr Rd | | | Marathon | WI | 54448 | | Loan Origination Party |
| Marathon Township | | 4575 Pine St PO Box 457 | | | Columbiaville | MI | 48421 | | Loan Origination Party |
| Marathon Village | | 4 Main St / Box 519 | | | Marathon | NY | 13803 | | Loan Origination Party |
| Morgan Stanley | Kevin Chavers | 1585 Broadway, Floor 02 | | | New York | NY | 10036 | | Loan Origination Party |
| Novastar Home Mortgage Inc | | 12453 Bel Red Rd 250 | | | Bellevue | WA | 98005 | | Loan Origination Party |
| Novastar Home Mortgage Inc | | 15550 B Rockfield Blvd Ste 220 | | | Irvine | CA | 92618 | | Loan Origination Party |
| Novastar Home Mortgage Inc | | 1666 North Main St | Second Fl | | Santa Ana | CA | 92701 | | Loan Origination Party |
| Novastar Home Mortgage Inc | | 1840 Forest Hill Blvd Ste 203 | | | West Palm Beach | FL | 33406 | | Loan Origination Party |
| Novastar Home Mortgage Inc | | 1900 West 47th Pl | | | Westwood | KS | 66205 | | Loan Origination Party |
| Novastar Home Mortgage Inc | | 300 Garden City Plaza 170 | | | Garden City | NY | 11530 | | Loan Origination Party |
| Novastar Home Mortgage Inc | | 3344 Southwestern Blvd Ste 100 | | | Orchard Pk | NY | 14217 | | Loan Origination Party |
| Novastar Home Mortgage Inc | | 532 Broadhollow Rd Ste 117 | | | Melville | NY | 11747 | | Loan Origination Party |
| Novastar Home Mortgage Inc | | 8041 Knue Rd | Ste 110 | | Indianapolis | IN | 46250 | | Loan Origination Party |
| Novastar Home Mortgage Inc | | 8041 Knue Rd Ste 110 | | | Indianapolis | IN | 46250 | | Loan Origination Party |
| Novastar Home Mortgage Inc | | 8140 Ward Pkwy Ste 300 | | | Kansas City | MO | 64114 | | Loan Origination Party |
| Novastar Mortgage Inc | | 909 Abbott Rd | | | East Lansing | MI | 48823 | | Loan Origination Party |
| NY Life Investment Management | Tim Nabors | 23329 Network Pl | | | Chicago | IL | 60673-1233 | | Loan Origination Party |
| Oaktree Capital | Rajath Shourie | 531 South Shore Dr Ste A | | | Battle Creek | MI | 49015 | | Loan Origination Party |
| Ocwen Financial | R Delgado M Mirkowsii W Ming A Jeevaraj K Achuthanand | 1661 Worthington Rd. | Suite 100 | Centrepark West | West Palm Beach | FL | 33409 | | Loan Origination Party |
| Perry Capital | George Brokaw | 767 5th Ave | | | New York | NY | 10153 | | Loan Origination Party |
| Platinum Equity | Ben Morris Brian Wall | 312 Broadway Ste B 7 | | | Laguna Beach | CA | 92651 | | Loan Origination Party |
| Practical People Services | Bill Conley | 500 South Kraemer Blvd | Ste 225 | | Brea | CA | 92821 | | Loan Origination Party |

Loan Origination Parties
Served 4/10/2007
Overnight Mail Service List

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| RBS Greenwich Capital | A Papadatos J Stapleton J Anderson | 600 Steamboat Road | | | Greenwich | CT | 6830 | | Loan Origination Party |
| Schultze Asset Management | Timothy Obrien | 3000 Westchester Avenue | | | Purchase | NY | 10577 | | Loan Origination Party |
| Silver Point Capital | T Miranowski M Ehmer | Two Greenwich Plaza | First Floor | | Greenwich | CT | 6830 | | Loan Origination Party |
| Sterling Capital | Mark Filler Andi Morris | 12660 East Main St | | | Stamford | CT | 06902 | | Loan Origination Party |
| Sun Capital | Mike Kalb | 1240 East 100 South Ste 8b | | | St George | UT | 84790 | | Loan Origination Party |
| The Winter Group | C Flowers J Oros R Winter M Warden P Doyle B Flynn K Johnson | 45 Rockefeller Center, Suite 420 | | | New York | NY | 10111 | | Loan Origination Party |
| The Winter Group | C Flowers J Oros R Winter M Warden P Doyle B Flynn K Johnson | One Embarcadero Center, Suite 1530 | | | San Francisco | CA | 94111 | | Loan Origination Party |
| TPG | Marshall Haines | 301 Commerce St Ste 3300 | | | Ft. Worth | TX | 76102 | | Loan Origination Party |
| US Trading | Bob Doyle | 1873 Rt 70 East | | | Cherry Hill | NJ | 08003 | | Loan Origination Party |
| Verches Associates | Ray Verches | 4 Pk Plaza Ste 1200 | | | Irvine | CA | 92614 | | Loan Origination Party |
| Wachovia | H Wessling J Brighton | 301 South College Street, NC0630 | | | Charlotte | NC | 28288 | | Loan Origination Party |
| Wachovia | H Wessling J Brighton | One South Broad Street, PA4810 | | | Philadelphia | PA | 19107 | | Loan Origination Party |
| WaMu Insurance Services Inc. | Carl Formato Todd Baker | 17861 Von Karman | | | Irvine | CA | 92614 | | Loan Origination Party |
| Watershed Asset Management | Erin Ross Jim Argalas | One Maritime Plaza, Suite 1525 | | | San Francisco | CA | 94111 | | Loan Origination Party |
| Wayzata Investment Partners | Blake Carlson Tyler Duncan | 701 East Lake Street, Suite 300 | | | Wayzata | MN | 55391 | | Loan Origination Party |