# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | : Chapter 11 |
| | : |
| **NEW CENTURY TRS HOLDINGS, INC.,** a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : |
| | : Jointly Administered |
| | : |
| **Debtors.** | : Re: Docket Nos. 231 and 238 |
| | : |
| | : Obj. Deadline: April 23, 2007 @ 4:00 p.m. |
| | : Hrg. Date: April 24, 2007 @ 2:30 p.m. |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on April 13, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed their **Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rules 2002 and 6004 for an Order Authorizing the Access Sale and Granting Related Relief** [Docket No. 231] (the "Motion") and their **Emergency Motion for an Order Shortening Notice Period and Approving the Form and Manner of Notice** [Docket No. 238] (the "Motion to Shorten"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

PLEASE TAKE FURTHER NOTICE that on April 16, 2007, the Bankruptcy Court granted the Motion to Shorten as set forth in its Order Granting Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice (the "Order").

PLEASE TAKE FURTHER NOTICE that, as set forth in the Order, the Bankruptcy Court will convene a hearing to consider the Motion on **April 24, 2007 at 2:30 p.m.**, before the Honorable Kevin J. Carey, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, as set forth in the Order, any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **4:00 p.m. on April 23, 2007**.

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT

*[Remainder of Page Intentionally Blank]*

THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 16, 2007
      Wilmington, Delaware

                                            /s/ Marcos A. Ramos
                                      Mark D. Collins (No. 2981)
                                      Michael J. Merchant (No. 3854)
                                      Marcos A. Ramos (No. 4450)
                                      RICHARDS, LAYTON & FINGER, P.A.
                                      One Rodney Square
                                      920 North King Street
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 651-7700
                                      Facsimile: (302) 651-7701

                                      - and -

                                      Suzzanne S. Uhland
                                      Ben H. Logan
                                      Victoria Newmark
                                      Emily R. Culler
                                      O'MELVENY & MYERS LLP
                                      275 Battery Street
                                      San Francisco, California 94111
                                      Telephone: (415) 984-8700
                                      Facsimile: (415) 984-8701

                                      PROPOSED ATTORNEYS FOR DEBTORS
                                      AND DEBTORS IN POSSESSION