## EXHIBIT A

### LIST OF ORDINARY COURSE PROFESSIONALS

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| 3 Arch Financial Services | 19732 MacArthur Blvd.<br>Irvine, CA 92612-2445<br>Phone: (949) 474-4505 | $35,000.00 | Foreclosure Professional |
| 3 Arch Financial Services | 6 Executive Circle<br>Irvine, CA 92614<br>Phone: (949) 885-4544 | $35,000.00 | Foreclosure Professional |
| Ablitt & Charlton, P.C. | 92 Montvale Avenue<br>Stoneham, MA 2180<br>Phone: (781) 246-8995<br>Fax: (781) 246-8994 | $35,000.00 | Foreclosure Professional |
| Ackerson & Yann, P.S.C | One Riverfront Plaza; 401 West Main<br>Street<br>Louisville, KY 40202<br>Phone: (502) 583-7400<br>Fax: (502) 589-4997 | $35,000.00 | Foreclosure Professional |
| Ackerson & Yann, PLLC | One Riverfront Plaza<br>Louisville, KY 40202<br>Phone: (502) 583-7400<br>Fax: (502) 403-1391 | $35,000.00 | Foreclosure Professional |
| Alliance Default Services, Inc. | 4665 MacArthur Ct<br>Newport Beach, CA 92660<br>Phone: (949) 252-2800<br>Fax: (949) 252-2884 | $35,000.00 | Foreclosure Professional |
| Aronowitz & Ford, L.L.P | 1199 Bannock Street<br>Denver, CO 80204<br>Phone: (303) 813-1177<br>Fax: (303) 813-1107 | $35,000.00 | Foreclosure Professional |
| Attorney's Equity Law Group, LLP | 3700 Campus Drive<br>Newport Beach, CA 92660 | $35,000.00 | Foreclosure Professional |
| Attorney's Equity National Corp. | 23721 Birtcher Drive<br>Lake Forest, CA 92630<br>Phone: (949) 707-5543<br>Fax: (949) 707-5629 | $35,000.00 | Foreclosure Professional |
| Baer, Timberlake, Coulson & Cates, P.C. | 5901 N. Western<br>Oklahoma City, OK 73118<br>Phone: (405) 845-7722<br>Fax:(405) 848-9349 | $35,000.00 | Foreclosure Professional |
| Ballard Spahr Andrews & Ingersoll | 300 East Lombard Street<br>18th Floor<br>Baltimore, MD 21202-3268 | $35,000.00 | Company's Maryland counsel;<br>provides advice and counsel<br>regard specialized knowledge<br>re MD. |
| Barrett, Burke (Houston Office) | 15000 Surveyor Boulevard<br>Addison, TX 75001<br>Phone: (713) 621-8673<br>Fax: (713) 621-8583 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Barrett, Burke, Wilson, Castle, Daffin & Frapper, LLP | 15000 Surveyor Boulevard<br>Addison, TX 75001<br>Phone: (972) 314-0523<br>Fax: (972) 386-7673 | $35,000.00 | Foreclosure Professional |
| Bass & Moglowsky, SC | 7020 N. Port Washington Road<br>Milwaukee, WI 53217<br>Phone: (414) 228-6700<br>Fax: (414) 228-6620 | $35,000.00 | Foreclosure Professional |
| Baute and Tidus LLP | 801 South Figueroa Street<br>Suite 1100<br>Los Angeles, CA 90017 | $75,000.00 | Liberty Surplus matter |
| Baxter & Schwartz | 5450 NW Central<br>Houston, TX 77092<br>Phone: (713) 462-2565<br>Fax: (713) 462-2659 | $35,000.00 | Foreclosure Professional |
| Belin Lamson McCormick Zumback Flynn, P. C. | 666 Walnut Street<br>Des Moines, IA 50309-3989<br>Phone: (515) 283-4638<br>Fax: (515) 283-4653 | $35,000.00 | Foreclosure Professional |
| Ben-Ezra & Katz, P.A. | 201 Stirling Road<br>Fort Lauderdale, FL 33312<br>Phone: (305) 770-4100<br>Fax: (305) 653-2329 | $35,000.00 | Foreclosure Professional |
| Berkman, Henoch, Peterson & Peddy, P.C. | 100 Garden City Plaza<br>Garden City, NY 11530<br>Phone: (516) 222-6200<br>Fax: (516) 222-6209 | $35,000.00 | Foreclosure Professional |
| Brice, Vander Linden & Wernick, P.C. | 9441 LBJ Freeway<br>Dallas, TX 75243<br>Phone: (972) 643-6600<br>Fax: (972) 643-6697 | $35,000.00 | Foreclosure Professional |
| Broad & Cassel | West Palm Beach<br>One North Clematis Street<br>Suite 500<br>West Palm Beach, FL 33401<br>Phone: (561) 832-3300<br>Fax: (561) 655-1109 | $35,000.00 | 123 Home Loans Matter |
| Brock & Scott, PLLC | 5431 Oleander Drive<br>Wilmington, NC 28403<br>Phone: (336) 354-1200<br>Fax: (336) 354-1206 | $35,000.00 | Foreclosure Professional |
| Brown & Shapiro , LLP | 4620 Fairmont Parkway<br>Pasadena, TX 77504<br>Phone: (281) 998-8450<br>Fax: (281) 998-2764 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Brown, Drew & Massey | 159 N. Wolcott<br>Casper, WY 82601<br>Phone: (307) 234-1000<br>Fax: () 265-8025 | $35,000.00 | Foreclosure Professional |
| Butler & Hosch, P.A. | 3185 S. Conway Road<br>Orlando, FL 32812-7315<br>Phone: (407) 381-5200<br>Fax: (407) 381-5577 | $35,000.00 | Foreclosure Professional |
| Cal-Western Reconveyance Corporation | 525 East Main St.<br>El Cajon, CA 92020<br>Phone: (619) 590-9200<br>Fax: (619) 590-9299 | $35,000.00 | Foreclosure Professional |
| Campbell and Brannon | 990 Hammond Drive<br>Atlanta, GA 30328<br>Phone: (770) 392-0041<br>Fax: (770) 396-2171 | $35,000.00 | Foreclosure Professional |
| Carlton, DiSante & Freudenberger | 707 Wilshire Blvd, Suite 5150<br>Los Angeles, CA 90017<br>Phone : (213) 612-6300<br>Fax: (213) 612-6301 | $35,000.00 | Labor & Employment Specialist |
| Castle, Barrett, Daffin & Frappier, LLC | 999 18th Street<br>Denver, CO 80202<br>Phone: (303) 865-1400<br>Fax: (303) 865-1410 | $35,000.00 | Foreclosure Professional |
| Castle, Meinhold & Stawiarski, LLC | 999 18th Street<br>Denver, CO 80202<br>Phone: (303) 299-1800<br>Fax: (303) 865-1779 | $35,000.00 | Foreclosure Professional |
| Castle, Meinhold & Stawiarski, LLC (DTC) | 999 18th Street<br>Denver, CO 80202<br>Phone: (303) 865-1679<br>Fax: (303) 865-1779 | $35,000.00 | Foreclosure Professional |
| Certilman, Balin, Adler & Hyman, LLP | 90 Merrick Avenue<br>East Meadow, NY 11554<br>Phone: (516) 296-7000<br>Fax: (516) 296-7111 | $35,000.00 | Foreclosure Professional |
| Codilis & Associates, P.C. | 15W030 North Frontage Road<br>Darien, IL 60527<br>Phone: (630) 794-5300<br>Fax: (630) 794-9090 | $35,000.00 | Foreclosure Professional |
| Cohn, Goldberg, Deutsch, LLC | 600 Baltimore Avenue<br>Baltimore, MD 21204<br>Phone: (410) 296-2550<br>Fax: (410) 296-2558 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| | 406 Main Avenue, Suite 200<br>Fargo, ND 58108-2686<br>Phone: (701) 293-9911 | | |
| Conmy Feste, Ltd. | Fax: (701) 293-3133 | $35,000.00 | Foreclosure Professional |
| | 8833 Perimeter Park Blvd.<br>Jacksonville, FL 32216<br>Phone: (111) 222-3333 | | |
| CoreSouth Legal Services | Fax: (111) 222-3333 | $35,000.00 | Foreclosure Professional |
| | 1 CoreSouth Street<br>Jacksonville, FL 32259<br>Phone: (904) 111-2222 | | |
| CoreSouth Property Services | Fax: (904) 111-2222 | $35,000.00 | Foreclosure Professional |
| | Five Houston Center<br>17th Floor<br>1401 McKinney, Suite 1700<br>Houston, TX 77010<br>Phone: (713) 658-2323 | | |
| Crain, Caton & James | Fax: (713) 658-1921 | $35,000.00 | General Regulatory advice for TX |
| | 8101 Sandy Spring Road<br>Laurel, MD 20707<br>Phone: (301) 490-1196 | | |
| Curran & O'Sullivan, P.C. | Fax: (301) 490-1568 | $35,000.00 | Foreclosure Professional |
| | 19700 Fairchild, Suite 380<br>Irvine, CA 92612<br>Phone: (949) 955-2211 | | Counsel for uninsured |
| Curtis Law Group | Fax: (949) 955-2217 | $35,000.00 | loan-related recovery |
| | 288 Littleton Road<br>Westford, MA 1886<br>Phone: (978) 392-9995 | | |
| David H. Anderson | Fax: (978) 392-9996 | $35,000.00 | Foreclosure Professional |
| | 801 South University Drive<br>Plantation, FL 33324<br>Phone: (954) 233-8000 | | |
| David J. Stern, Law Office | Fax: (954) 233-8333 | $35,000.00 | Foreclosure Professional |
| | 28 East Main Street<br>Rochester, NY 14614<br>Phone: (585) 546-6448 | | |
| Davidson, Fink, Cook, Kelly and Galbraith, LLP | Fax: (585) 760-7261 | $35,000.00 | Foreclosure Professional |
| | 1820 Avenue of America<br>Monroe, LA 71201-5270<br>Phone: (318) 398-3383 | | |
| Dean Morris, L.L.P | Fax: (318) 398-1697 | $35,000.00 | Foreclosure Professional |
| | 755 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 581-5141 | | |
| Deutsch Kerrigan & Stiles, L.L.P | Fax: (504) 566-1201 | $35,000.00 | Labor & Employment Specialist |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Doonan, Graves & Longoria | 100 Cummings Center<br>Beverly, MA 1915<br>Phone: (978) 921-2670<br>Fax: (978) 921-4870 | $35,000.00 | Foreclosure Professional |
| Doyle & Friedmeyer PC | 135 N. Pennsylvania Street<br>Indianapolis, IN 46204<br>Phone: (317) 264-5000<br>Fax: (317) 264-5400 | $35,000.00 | Foreclosure Professional |
| Draper & Goldberg | 803 Sycolin Road<br>Leesburg, VA 20175<br>Phone: (703) 777-7101<br>Fax: (703) 777-7453 | $35,000.00 | Foreclosure Professional |
| Druckman & Sinel, LLP (NYC) | 242 Drexel Avenue<br>Westbury, NY 11590<br>Phone: (516) 876-0800<br>Fax: (516) 876-0888 | $35,000.00 | Foreclosure Professional |
| Druckman & Sinel, L.L.P. - Westbury | 242 Drexel Avenue<br>Westbury, NY 11590<br>Phone: (516) 876-0800<br>Fax: (516) 876-0888 | $35,000.00 | Foreclosure Professional |
| Dutton & Dutton | 10325 West Lincoln Highway<br>Frankfort, IL 60423<br>Phone: (815) 806-8200<br>Fax: (816) 806-8201 | $35,000.00 | Foreclosure Professional |
| Elizabeth Mason, P.C. | 3104 Monte Vista NE<br>Albuquerque, NM 87106<br>Phone: (505) 872-8700<br>Fax: (505) 872-8777 | $35,000.00 | Foreclosure Professional |
| Executive Trustee Services, Inc. | 15455 San Fernando Mission Blvd.<br>Mission Hills, CA 91345<br>Phone: (818) 837-2300<br>Fax: (818) 361-8736 | $35,000.00 | Foreclosure Professional |
| Faber & Gitlitz, P.A. | 9830 SW 77th Avenue<br>Miami, FL 33156<br>Phone: (305) 662-4110<br>Fax: (305) 667-3926 | $35,000.00 | Foreclosure Professional |
| Fabrizio & Brook, P.C. | 888 W. Big Beaver Road<br>Troy, MI 48084<br>Phone: (248) 269-8684<br>Fax: (248) 269-8503 | $35,000.00 | Foreclosure Professional |
| Fein, Such & Crane, L.L.P. | 1800 First Federal Plaza<br>Rochester, NY 14618<br>Phone: (716) 232-7400<br>Fax: (716) 325-6202 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Fein, Such, Kahn & Shepard, P.C. | 7 Century Drive<br>Parsippany, NJ 7054<br>Phone: (973) 538-4700<br>Fax: (973) 538-8234 | $35,000.00 | Foreclosure Professional |
| Feiwell & Hannoy, P.C. | Dept. 167<br>Indianapolis, IN 46206-7232<br>Phone: (317) 237-2713<br>Fax: (317) 237-2750 | $35,000.00 | Foreclosure Professional |
| Fidelity National Field Services, Inc. | 30825 Aurora Road<br>Solon, OH 44139<br>Phone: (440) 7424-0058<br>Fax: (440) 424-0073 | $35,000.00 | Foreclosure Professional |
| First American LoanStar Trustee Services, L.L.C. | 1 First American Way<br>Westlake, TX 76262<br>Phone: (800) 795-5042<br>Fax: () | $35,000.00 | Foreclosure Professional |
| First Coast Attorneys At Law | 8800 Bull Shoals Dr.<br>Jacksonville, FL 32216<br>Phone: (111) 222-3333<br>Fax: (111) 222-3333 | $35,000.00 | Foreclosure Professional |
| Fisher & Fisher, Attorneys At Law, P.C. | 120 North LaSalle Street<br>Chicago, IL 60602<br>Phone: (312) 372-4784<br>Fax: (312) 372-4398 | $35,000.00 | Foreclosure Professional |
| Fisher & Shapiro, LLC | 4249 Paysphere Circle<br>Chicago, IL 60674<br>Phone: (847) 291-9100<br>Fax: (847) 291-6966 | $35,000.00 | Foreclosure Professional |
| Fitzgerald, Schorr Barmettler & Brennan, P.C., LLO | 13220 California Street<br>Omaha, NE 68154<br>Phone: (402) 342-1000<br>Fax: (402) 342-1025 | $35,000.00 | Foreclosure Professional |
| Fleming & Whitt, P.A. | P.O. Box 12125<br>Columbia, SC 29211<br>Phone: (803) 254-4751<br>Fax: (803) 779-0133 | $35,000.00 | Foreclosure Professional |
| Florida Default Law Grp PL DBA Echevarria, Codilis et al | 9119 Corporate Lake Drive<br>Tampa, FL 33634<br>Phone: (813) 342-2200<br>Fax: (813) 251-1541 | $35,000.00 | Foreclosure Professional |
| Foreclosure Consultants, DBA F.C.I. Trustee Service | 8180 E. Kaiser Boulevard<br>Anaheim Hills, CA 92808-2277<br>Phone: (714) 282-2424<br>Fax: (714) 282-2425 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Foreclosurelink, Inc. | 5006 Sunrise Blvd.<br>Fair Oaks, CA 95628<br>Phone: (916) 962-3453<br>Fax: (916) 962-1334 | $35,000.00 | Foreclosure Professional |
| Foutty & Foutty, L.L.P | Dept. 30495<br>Saint Louis, MO 63179-0126<br>Phone: (317) 632-9555<br>Fax: (317) 632-9559 | $35,000.00 | Foreclosure Professional |
| Frascona, Joiner, Goodman, and Greenstein, P.C. | 4750 Table Mesa Drive<br>Boulder, CO 80305<br>Phone: (303) 494-3000<br>Fax: (303) 494-6309 | $35,000.00 | Foreclosure Professional |
| Freedman, Anselmo, Lindberg & Rappe | 1807 W. Diehl<br>Naperville, IL 60566<br>Phone: (630) 983-3392<br>Fax: () | $35,000.00 | Foreclosure Professional |
| Friedman & MacFadyen, P. A. (MD) | 210 East Redwood Street<br>Baltimore, MD 21202-3399<br>Phone: (410) 685-1763<br>Fax: (410) 727-1759 | $35,000.00 | Foreclosure Professional |
| Gardere Wynn Sewell LLP | 1601 Elm Street<br>Suite 3000<br>Dallas, TX 75201<br>Phone: 214-999-3000<br>Fax: 214-999-4667 | $50,000.00 | Positive Software Matter |
| George Cretella, Esq. | 20 Cambridge Drive<br>Matawan, NJ 7747<br>Phone: (732) 290-7600<br>Fax: (732) 290-7744 | $35,000.00 | Foreclosure Professional |
| Gibson, Dunn & Crutcher | Jamboree Center<br>4 Park Plaza, Suite 1400<br>Irvine, CA 92614-8557 | $35,000.00 | Securities Litigation Counsel, representing the independent directors. |
| Goldbeck, McCafferty & McKeever | 701 Market Street<br>Philadelphia, PA 19106-1532<br>Phone: (215) 627-1322<br>Fax: (216) 627-7734 | $35,000.00 | Foreclosure Professional |
| Golden & Amos, PLLC | 543 Fifth Street<br>Parkersburg, WV 26101<br>Phone: (304) 485-3851<br>Fax: (304) 845-3861 | $35,000.00 | Foreclosure Professional |
| Goldman, Gruder & Woods, LLC | 200 Connecticut Avenue<br>Norwalk, CT 6854<br>Phone: (203) 899-8900<br>Fax: (203) 899-8915 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Graham, Arceneaux, & Allen, L.L.C. | 601 Poydras Street<br>New Orleans, LA 70130<br>Phone: (504) 522-8256<br>Fax: (504) 525-2485 | $35,000.00 | Foreclosure Professional |
| Grant C. Rees, Attorney at Law | P. O. Box 108<br>Milton, VT 5468<br>Phone: (802) 893-7400<br>Fax: (802) 660-4343 | $35,000.00 | Foreclosure Professional |
| Gray & Associates, L.L.P | Box 88071<br>Milwaukee, WI 53288-0071<br>Phone: (414) 224-1730<br>Fax: (414) 224-1279 | $35,000.00 | Foreclosure Professional |
| Guaetta and Benson | 9 Acton Road<br>Chelmsford, MA 1469<br>Phone: (978) 250-0999<br>Fax: (978) 250-0979 | $35,000.00 | Foreclosure Professional |
| Harmon Law Offices, P.C. | 150 California Street<br>Newton, MA 2458<br>Phone: (617) 558-0500<br>Fax: (317) 244-7304 | $35,000.00 | Foreclosure Professional |
| Haynes and Boone, LLP | 2505 N. Plano Road<br>Suite 4000<br>Richardson, TX 75082<br>Phone: 972.739.8636<br>Fax: 972.692.9116 | $50,000.00 | Positive Software Matter |
| Hecker, Colasurdo & Segall, P.C. | 108 Corporate Park Drive<br>White Plains, NY 10604<br>Phone: (914) 251-1111<br>Fax: (914) 251-0011 | $35,000.00 | Foreclosure Professional |
| Hersh Law Offices | 10555 N. Port Washington Road<br>Mequon, WI 53092<br>Phone: (262) 241-9339<br>Fax: (262) 241-9587 | $35,000.00 | Foreclosure Professional |
| Hopp & Shore, LLC | 333 West Hampden Avenue<br>Englewood, CO 80110<br>Phone: (303) 788-9600<br>Fax: (303) 788-9698 | $35,000.00 | Foreclosure Professional |
| Houser & Allison, APC | 5420 Trabuco Road<br>Irvine, CA 92620<br>Phone: (949) 679-1111<br>Fax: (949) 679-1112 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Howery, LLP | 550 South Hope Street, Suite 1100 Los Angeles, CA 90071 | $35,000.00 | Counsel to the Audit Committee of the Board of Directors; engaged in conducting investigation regarding basis for restatement of financials. |
| Hunt, Leibert P.C. | 50 Weston St Hartford, CT 6120 Hartford, CT 6120 Phone: (860) 808-0606 Fax: (860) 808-0625 | $35,000.00 | Foreclosure Professional |
| Jack O'Boyle & Associates | 1544 Valwood Parkway Carrollton, TX 75006 Phone: (972) 280-0477 Fax: (972) 280-0569 | $35,000.00 | Foreclosure Professional |
| Jackson & McPherson, L.L.C. | 1010 Common Street, Suite 1800 New Orleans, LA 70112 Phone: (504) 581-9444 Fax: (504) 588-2888 | $35,000.00 | Foreclosure Professional |
| John D. Clunk Co., LPA, Law Offices of | 5601 Hudson Drive, Suite 400 Hudson, OH 44236 Phone: (330) 342-8203 Fax: (330) 342-8205 | $35,000.00 | Foreclosure Professional |
| Joshua B. Lobe, Law Offices | 35 KING STREET (P.O. BOX 4493) Burlington, VT 5406 Phone: (802) 660-9000 Fax: (802) 864-0375 | $35,000.00 | Foreclosure Professional |
| Just Law Office | 381 Shoup Avenue I Idaho Falls, ID 83402 Phone: (208) 523-9106 Fax: (208) 523-9146 | $35,000.00 | Foreclosure Professional |
| Kleinsmith and Associates, P.C. | 6035 Erin Park Drive Colorado Springs, CO 80918 Phone: (719) 593-1970 Fax: (719) 593-2193 | $35,000.00 | Foreclosure Professional |
| Kluever & Platt, L.L.C. | 65 E. Wacker Place Chicago, IL 60601 Phone: (312) 201-6662 Fax: (312) 236-0514 | $35,000.00 | Foreclosure Professional |
| Knuckles & Komosinski, P.C. | 220 White Plains Road Tarrytown, NY 10591 Phone: (914) 946-8700 Fax: (914) 993-1493 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Korn Law Firm | 1300 Pickens Street<br>Columbia, SC 29201<br>Phone: (803) 252-5817<br>Fax: (803) 231-2040 | $35,000.00 | Foreclosure Professional |
| Lamun, Mock, Featherly, Kuehling & Cunningham | 5900 Northwest Gran Blvd.<br>Oklahoma City, OK 73118<br>Phone: (405) 840-5900<br>Fax: (405) 842-6132 | $35,000.00 | Foreclosure Professional |
| LandAmerica Default Services Co. | 6 Executive Circle<br>Irvine, CA 92614<br>Phone: (949) 885-4536<br>Fax: (949) 885-4484 | $35,000.00 | Foreclosure Professional |
| Laurito & Laurito LLC | 35 Commercial Way<br>Springboro, OH 45066<br>Phone: (937) 743-4878<br>Fax: (937) 743-4877 | $35,000.00 | Foreclosure Professional |
| Leeuw & Doyle, P.C. | 1st Indiana Plaza<br>Indianapolis, IN 46204<br>Phone: (317) 264-5000<br>Fax: (317) 264-5400 | $35,000.00 | Foreclosure Professional |
| Leonard, O'Brien, Spencer, Gale & Sayre | 800 Norwest Center<br>St. Paul, MN 55101<br>Phone: (651) 227-9505<br>Fax: (651) 227-9505 | $35,000.00 | Foreclosure Professional |
| Lerner, Sampson and Rothfuss, Co., LPA | P. O. Box 1985<br>Cincinnati, OH 45264-1985<br>Phone: (513) 412-6600<br>Fax: (513) 412-6606 | $40,000.00 | Foreclosure Professional |
| Little & Drantel, P.C. | 7430 Washington St. NE<br>Albuqueque, NM 87109<br>Phone: (505) 833-3036<br>Fax: (505) 833-3040 | $35,000.00 | Foreclosure Professional |
| Litter Mendelson, P.C. | 650 California Street<br>20th Floor<br>San Francisco, CA 94108-2693 | $35,000.00 | Labor & employment counsel providing advice regard WARN Act, severance, benefits, etc. Offices in key states nationwide. |
| Lobe & Fortin | 30 Kimball Avenue<br>South Burlington, VT 5403<br>Phone: (802) 660-9900<br>Fax: (802) 864-0375 | $35,000.00 | Foreclosure Professional |
| Locher, Pavelka, Dostal, Braddy & Hammes, L.L.C. | 200 The Omaha Club<br>Omaha, NE 68102<br>Phone: (402) 898-7000<br>Fax: (402) 898-7130 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| LOGS Financial Services, Inc. | 4201 Lake Cook Road<br>Northbrook, IL 60062<br>Phone: (847) 291-9100<br>Fax: (847) 291-9975 | $35,000.00 | Foreclosure Professional |
| Lundberg & Associates | 3269 South Main, #100<br>Salt Lake City, UT 84118<br>Phone: (801) 263-3400<br>Fax: (801) 263-6513 | $35,000.00 | Foreclosure Professional |
| Mackie, Wolf & Zientz, P.C. | Pacific Center, I<br>Dallas, TX 75254<br>Phone: (214) 635-2651<br>Fax: (214) 635-2686 | $35,000.00 | Foreclosure Professional |
| Mackoff, Kellogg, Kirby & Kloster, P.C. | 46 West 2nd Street<br>Dickinson, ND 58601<br>Phone: (701) 227-1841<br>Fax: (701) 227-4739 | $35,000.00 | Foreclosure Professional |
| Malcolm & Cisneros | 2112 Business Center Drive<br>Irvine, CA 92612<br>Phone: (949) 252-9400<br>Fax: (949) 252-1032 | $50,000.00 | National counsel responsible for<br>filing<br>proofs of claim in borrower's<br>bankruptcy cases |
| Manatt Phelps & Phillips, LLP | 11355 West Olympic Boulevard<br>Los Angeles, CA 90064<br>Phone: 310.312.4000<br>Fax: 310.312.4224 | $35,000.00 | Loan Servicing Specialist |
| Mancini, Daniel J. & Assocates | 201A Fairview Drive<br>Monaca, PA 15061<br>Phone: (724) 203-1201<br>Fax: (724) 203-1202 | $35,000.00 | Foreclosure Professional |
| Manley, Deas & Kochalski, L.L.C. | 495 South High Street<br>Columbus, OH 43215-5689<br>Phone: (614) 220-5611<br>Fax: (614) 220-5613 | $35,000.00 | Foreclosure Professional |
| Mann & Stevens | 550 Westcott Street<br>Houston, TX 77007-9000<br>Phone: (713) 293-3600<br>Fax: (713) 293-3636 | $35,000.00 | Foreclosure Professional |
| Marshall C. Watson, P.A. | 1800 NW 49th Street<br>Ft. Lauderdale, FL 33309<br>Phone: (954) 771-5522<br>Fax: (954) 771-6052 | $35,000.00 | Foreclosure Professional |
| Martha Croog, LLC | 740 North Main Street, Suite V<br>West Hartford, CT 6117<br>Phone: (860) 236-9861<br>Fax: (860) 233-9927 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Martin & Brunavs Law Office | 2800 North Druid Hills Road<br>Atlanta, GA 30329<br>Phone: (404) 982-0088<br>Fax: (404) 982-0001 | $35,000.00 | Foreclosure Professional |
| Martin, Leigh, Laws & Fritzlen, P.C. | 900 Peck's Plaza<br>Kansas City, MO 64105-2135<br>Phone: (816) 221-1430<br>Fax: (816) 221-1044 | $35,000.00 | Foreclosure Professional |
| Mattleman, Weinroth & Miller | 401 Route 70 East<br>Cherry Hill, NJ 8034<br>Phone: (856) 429-5507<br>Fax: (856) 429-9036 | $35,000.00 | Foreclosure Professional |
| Mayer, Brown, Rowe & Maw LLP | 71 S. Wacker Drive<br>Chicago, IL 60606<br>Phone: (312) 782-0600<br>Fax: (312) 701-7711 | $35,000.00 | FCRA Counsel |
| McCabe, Weisberg & Conway, P.C. (PA) | 123 South Broad Street<br>Philadelphia, PA 19109<br>Phone: (215) 790-1010<br>Fax: (215) 790-1274 | $35,000.00 | Foreclosure Professional |
| McCaffrey Professional Association | 163 Water Street<br>Exeter, NH 3833<br>Phone: (603) 778-1717<br>Fax: (603) 778-1718 | $35,000.00 | Foreclosure Professional |
| McCalla, Raymer, Padrick, Cobb, Nichols & Clark, LLC | 1544 Old Alabama Road<br>Roswell, GA 30076<br>Phone: (770) 643-7200<br>Fax: (770) 643-4062 | $35,000.00 | Foreclosure Professional |
| McCarthy & Holthus, L.L.P | 1770 - 4th Avenue<br>San Diego, CA 92101<br>Phone: (619) 685-4800<br>Fax: (619) 685-4810 | $35,000.00 | Foreclosure Professional |
| McDonald, McKenzie, Rubin, Miller & Lybrand, L.L.P | 1704 Main Street<br>Columbia, SC 29201<br>Phone: (803) 252-0500<br>Fax: (803) 252-6705 | $35,000.00 | Foreclosure Professional |
| McHenry, Dancigers & Lake, P.C. | 192 Ballard Ct, Ste 400<br>Virgiia Bch,, VA 23462-6538<br>Phone:<br>Fax: | $35,000.00 | Foreclosure Professional |
| McKenry, Dancigers, Dawson & Lake, P.C. | 192 Ballard Court<br>Virginia Beach, VA 23462-6538<br>Phone: (757) 461-2500<br>Fax: (757) 461-5950 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Metcalf, Conlon & Siering, PLC | 126 West Second Street<br>Muscatine, IA 52761-3713<br>Phone: (319) 263-9494<br>Fax: (319) 263-7824 | $35,000.00 | Foreclosure Professional |
| Mickel Law Firm, PA | 1501 North University<br>Little Rock, AR 72207<br>Phone: (501) 664-4808<br>Fax: (501) 664-0631 | $35,000.00 | Foreclosure Professional |
| Miles, Bauer, Bergstrom & Winters NV f/k/a Miles &Bergstrom | 1665 Scenic Avenue<br>Costa Mesa, CA 92626<br>Phone: (702) 942-0446<br>Fax: (702) 369-4955 | $35,000.00 | Foreclosure Professional |
| Miles, Bauer, Bergstrom & Winters, LLP | 1665 Scenic Avenue<br>Costa Mesa, CA 92626<br>Phone: (714) 481-0233<br>Fax: (714) 481-9141 | $35,000.00 | Foreclosure Professional |
| Miller & Clark, PC | 6 Executive Circle<br>Irvine, CA 92614<br>Phone: (949) 885-4544<br>Fax: (949) 474-7035 | $35,000.00 | Foreclosure Professional |
| Millsap & Singer, P.C. | 612 Spirit Drive<br>St. Louis, MO 63005<br>Phone: (636) 537-0110<br>Fax: (636) 537-0067 | $35,000.00 | Foreclosure Professional |
| Milstead & Associates, LLC | 220 Lake Drive East<br>Cherry Hill, NJ 8002<br>Phone: (856) 482-1400<br>Fax: (856) 482-9190 | $35,000.00 | Foreclosure Professional |
| Morris & Associates | 2309 Oliver Road<br>Monroe, LA 71201<br>Phone: (318) 330-9020<br>Fax: (318) 348-7600 | $35,000.00 | Foreclosure Professional |
| Morris, Schneider & Prior, L.L.C. | 1587 N.E. Expressway<br>Atlanta, GA 30329<br>Phone: (770) 234-9181<br>Fax: (770) 234-9192 | $35,000.00 | Foreclosure Professional |
| National Default Servicing Corp. | 2525 East Camelback Road<br>Phoenix, AZ 85016<br>Phone: (602) 264-6101<br>Fax: (602) 264-6202 | $35,000.00 | Foreclosure Professional |
| National Field Representatives Inc. | 42 Old Church Road<br>Claremont, NH 3743<br>Phone: (603) 543-1000<br>Fax: (603) 543-3844 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Neal, Gerber & Eisenberg LLP | Two North LaSalle Street<br>Chicago, Illinois 60602-3801<br><br>, FL 11111<br>Phone:<br>Fax: | $35,000.00 | Insurance Specialist |
| New Invoice | Dept. #2651<br>Los Angeles, CA 90084-2651<br>Phone: (678) 405-3600<br>Fax: (678) 443-9400 | $35,000.00 | Foreclosure Professional |
| NewInvoice, LLC | Two Park Plaza, Suite 1020<br>Irvine, CA 92614 | $35,000.00 | Foreclosure Professional<br>Labor & employment counsel<br>providing advice regard WARN<br>Act, severance, benefits, etc.,<br>specialized CA counsel |
| North & Nash | 3535 Factoria Blvd. SE<br>Bellevue, WA 98006<br>Phone: (425) 586-1937<br>Fax: (425) 283-5937 | $35,000.00 | Foreclosure Professional |
| Northwest Trustee Services, Inc. | 2501 Rochester Court<br>Troy, MI 48083<br>Phone: (248) 457-1000<br>Fax: (248) 457-1001 | $35,000.00 | Foreclosure Professional |
| Orlans Associates, P. C. | 180 South Main Street<br>Providence, RI 2903<br>Phone: (401) 861-8200<br>Fax: (401) 861-8210 | $35,000.00 | Foreclosure Professional |
| Partridge, Snow & Hahn | 100 Jericho Quadrangle<br>Jericho, NY 11753<br>Phone: (516) 938-3100<br>Fax: (516) 931-4403 | $35,000.00 | Foreclosure Professional |
| Peter T. Roach & Associates | One Penn Center, 1617 JFK Boulevard<br>Philadelphia, PA 19103-1814<br>Phone: (215) 563-7000<br>Fax: (215) 563-5534 | $35,000.00 | Foreclosure Professional |
| Phelan, Hallinan & Schmieg, LLP (PA) | 400 Fellowship Road<br>Mount Laurel, NJ 8054<br>Phone: (856) 813-5500<br>Fax: (856) 813-5501 | $35,000.00 | Foreclosure Professional |
| Phelan, Hallinan & Schmieg, PC (NJ) | 480 MAIN STREET<br>PRESQUE ISLE, ME 4769<br>Phone: (207) 769-2361<br>Fax: (207) 769-2381 | $35,000.00 | Foreclosure Professional |
| Phillips, Olore, Dunlavey & York, P.A. | 1 North Dearborn<br>Chicago, IL 60602<br>Phone: (312) 346-9088<br>Fax: (312) 853-1780 | $35,000.00 | Foreclosure Professional |
| Pierce & Associates, P.C. | | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Pite, Duncan & Melmet, LLP | 525 East Main Street<br>El Cajon, CA 92022-2289<br>Phone: (619) 590-1300<br>Fax: (619) 590-1385 | $35,000.00 | Foreclosure Professional |
| Pluese, Becker & Saltzman, LLC | 20000 Horizon Way<br>Mount Laurel, NJ 08054-4318<br>Phone: (856) 813-1700<br>Fax: (856) 813-1720 | $35,000.00 | Foreclosure Professional |
| Powers Kirn, LLC | Mt. Laurel, NJ 8054<br>Phone: (856) 802-1000<br>Fax: (856) 802-4300 | $35,000.00 | Foreclosure Professional |
| Preston, Gates & Ellis | 222 Southwest Columbia Street<br>Portland, OR 97201<br>Phone: (503) 228-3200<br>Fax: (503) 553-6273 | $35,000.00 | Foreclosure Professional |
| Professional Foreclosure Corp. | 3300 North Central Avenue<br>Phoenix, AZ 85012<br>Phone: (602) 393-4936<br>Fax: (602) 263-5341 | $35,000.00 | Foreclosure Professional |
| Quality Loan Service Corporation | 319 Elm Street<br>San Diego, CA 92101<br>Phone: (619) 685-4800<br>Fax: (619) 685-4810 | $35,000.00 | Foreclosure Professional |
| Randall S. Miller & Associates, P. C. | 43252 Woodward Avenue<br>Bloomfield Hills, MI 48302-201<br>Phone: (248) 335-9200<br>Fax: | $35,000.00 | Foreclosure Professional |
| Recon Trust Company, N.A. | 1757 Tapo Canyon Rd<br>Simi Valley, CA 93063<br>Phone: (800) 281-8219<br>Fax: (805) 955-5855 | $35,000.00 | Foreclosure Professional |
| Reed Smith LLP | 2500 One Liberty Plaza<br>1650 Market Street<br>Philadelphia, PA 19103<br>Phone: (215) 851-8143 | $35,000.00 | Insurance Specialist |
| Regional Trustee Services | 616 First Avenue<br>Seattle, WA 98104<br>Phone: (206) 340-2550<br>Fax: (206) 292-4930 | $35,000.00 | Foreclosure Professional |
| Reimer, Lorber & Arnovitz, Co., L.P.A. | P.O. Box 968<br>Twinsburg, OH 44087<br>Phone: (330) 425-4201<br>Fax: (330) 487-0923 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Richard M. Squire & Associates, LLC | 115 West Avenue<br>Jenkintown, PA 19046<br>Phone: (215) 886-8790<br>Fax: (215) 886-8791 | $35,000.00 | Foreclosure Professional |
| Ringert Clark Chartered | 455 South Third Street<br>Boise, ID 83702<br>Phone: (208) 342-4591<br>Fax: (208) 342-4657 | $35,000.00 | Foreclosure Professional |
| Robert E. Lastelic | 4831 W. 136th Street<br>Leawood, KS 66207-0770<br>Phone: (913) 345-9595<br>Fax: | $35,000.00 | Foreclosure Professional |
| Robert E. Weiss, Inc. | 920 Village Oaks Drive<br>Covina, CA 91724<br>Phone: (626) 967-4302<br>Fax: (626) 339-7103 | $35,000.00 | Foreclosure Professional |
| Robert J. Hopp & Associates, LLc | 333 W. Hampden Avenue<br>Englewood, CO 80110<br>Phone: (303) 806-0887<br>Fax: (303) 806-8881 | $35,000.00 | Foreclosure Professional |
| Robinson Tait, P.S. | 616 1st Avenue<br>Seattle, WA 98104<br>Phone: (206) 676-9640<br>Fax: (206) 676-9659 | $35,000.00 | Foreclosure Professional |
| Roetzel & Andress | 1375 East Ninth Street<br>One Cleveland Center<br>Cleveland, OH 44114 | $35,000.00 | Foreclosure Professional<br>Local counsel in Ohio handling<br>regulatory issues and TRO filed by<br>the Attorney General |
| Rosenberg & Associates, LLC | 7910 Woodmont Avenue<br>Bethesda, MD 20814<br>Phone: (301) 907-8000<br>Fax: (301) 907-8101 | $35,000.00 | Foreclosure Professional |
| Rosicki, Rosicki & Associates, P.C. | 51 E. Bethpage Road<br>Plainview, NY 11803<br>Phone: (516) 741-2585<br>Fax: (516) 741-2589 | $35,000.00 | Foreclosure Professional |
| Routh & Crabtree, APC | 3000 "A" Street<br>Anchorage, AK 99503<br>Phone: (907) 222-4323<br>Fax: (907) 222-4396 | $35,000.00 | Foreclosure Professional |
| Routh, Crabtree & Olsen, PS | 3535 Factoria Blvd. SE<br>Bellevue, WA 98006<br>Phone: (425) 586-1937<br>Fax: (425) 283-5937 | $35,000.00 | Foreclosure Professional |
| Rush Moore LLP | 737 Bishop Street<br>Honolulu, HI 96813<br>Phone: (808) 521-0400<br>Fax: (808) 521-0497 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Rutan & Tucker | 611 Anton Boulevard Suite 1400<br>Costa Mesa, CA 92626-1931<br>Suite 105, Plaza 202<br>150 Morristown Rd<br>Bernardsville, NJ 07924<br>Phone: (908) 953-9300<br>Fax: (908) 953-2696 | $35,000.00 | Labor & employment counsel<br>providing advice regard WARN<br>Act, severance, benefits, etc.,<br>specialized CA counsel |
| Shan, Schaffer & Rafanello, P.C. | 209 Business Park Drive<br>Virginia Beach, VA 23462-6520<br>Phone: (757) 457-1452<br>Fax: (757) 490-8113 | $35,000.00 | Foreclosure Professional |
| Samuel I. White, P.C. | 13135 Lee Jackson Highway<br>Fairfax, VA 22033<br>Phone: (703) 449-5800<br>Fax: (703) 449-5817 | $35,000.00 | Foreclosure Professional |
| Shapiro & Burson - Fairfax | 1500 West Third Street<br>Cleveland, OH 44113<br>Phone: (216) 621-1530<br>Fax: (216) 373-1340 | $35,000.00 | Foreclosure Professional |
| Shapiro & Felty, L.L.P | 8520 Cliff Cameron Drive<br>Charlotte, NC 28269<br>Phone: (704) 333-8107<br>Fax: (704) 688-2190 | $35,000.00 | Foreclosure Professional |
| Shapiro & Ingle | 4201 Lake Cook Road<br>Northbrook, IL 60062<br>Phone: (847) 291-1717<br>Fax: (847) 291-7581 | $35,000.00 | Foreclosure Professional |
| Shapiro & Kreisman (IL) | 1910 Lakeland Drive<br>Jackson, MS 39216<br>Phone: (601) 981-9299<br>Fax: (601) 981-9288 | $35,000.00 | Foreclosure Professional |
| Shapiro & Massey | 6310 Lamar<br>Overland Park, KS 66202<br>Phone: (913) 371-6421<br>Fax: (913) 371-1160 | $35,000.00 | Foreclosure Professional |
| Shapiro & Mock, L.L.P | 75 Market Street<br>Portland, ME 4101<br>Phone: (207) 775-6223<br>Fax: (207) 775-6995 | $35,000.00 | Foreclosure Professional |
| Shapiro & Morley | 7300 Metro Blvd. No.<br>Edina, MN 55439<br>Phone: (952) 831-4060<br>Fax: (952) 831-4734 | $35,000.00 | Foreclosure Professional |
| Shapiro, Nordmeyer and Zielke, L.L.P | | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Shechtman, Halpern & Savage | 1080 Main Street<br>Pawtucket, RI 2860<br>Phone: (401) 272-1400<br>Fax: (401) 272-1403 | $35,000.00 | Foreclosure Professional |
| Sheldon May & Associates, P.C. | Kansas City Office<br>Twelve Wyandotte Plaza<br>120 W. 12th Street<br>Kansas City, MO 64105<br>816-421-3355<br>816-374-0509 FAX | $35,000.00 | Foreclosure Professional |
| Shughart Thompson & Kilroy | 255 Merrick Road<br>Rockville Centre, NY 11570<br>Phone: (516) 763-3200<br>Fax: (515) 676-3324 | $35,000.00 | Labor & Employment Specialist |
| Sirote & Permutt, P.C. | 2311 Highland Avenue South<br>Birmngham, AL 35255<br>Phone: (205) 930-5138<br>Fax: (205) 930-5101 | $35,000.00 | Foreclosure Professional |
| South & Associates, P.C. | P.O. Box 800076<br>Kansas City, MO 64180-0076<br>Phone: (816) 300-7800<br>Fax: (816) 300-7899 | $35,000.00 | Foreclosure Professional |
| Stanton & Davis | 1000 Plain Street<br>Marshfield, MA 2050<br>Phone: (781) 834-9181<br>Fax: (781) 837-8253 | $35,000.00 | Foreclosure Professional |
| Steffi A. Swanson, P.C., L.L.O. | 1902 Harlan Drive<br>Bellevue, NE 68005<br>Phone: (402) 292-7700<br>Fax: (401) 292-9125 | $35,000.00 | Foreclosure Professional |
| Stephens, Millirons, Harrison & Gammons, P.C. | 2430 L & N Drive<br>Huntsville, AL 35801<br>Phone: (256) 382-5527<br>Fax: (256) 536-9488 | $35,000.00 | Foreclosure Professional |
| Steven J. Baum, P.C. | 220 Northpointe Parkway<br>Amherst, NY 14228<br>Phone: (716) 204-2443<br>Fax: (716) 204-2498 | $35,000.00 | Foreclosure Professional |
| Stitt, Klein, Daday & Aretos & Giampietro, LLC | 121 South Wilke Road<br>Arlington Heights, IL 60005<br>Phone: (847) 590-8700<br>Fax: (847) 590-9825 | $35,000.00 | Foreclosure Professional |
| Sughrue Mion PLLC | 2100 Pennsylvania Avenue<br>NW Suite 800<br>Washington, DC 20037-3213<br>Phone: 202.663.7927<br>Fax: 202.293.7860 | $35,000.00 | General Trademark advice |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Susan C. Little & Associates, P.A. | 4501 Indian School Road, N.E.<br>Albuquerque, NM 87110<br>Phone: (505) 254-7767<br>Fax: (505) 254-4722 | $35,000.00 | Foreclosure Professional |
| Susman Godfrey L.L.P | Suite 5100<br>901 Main Street<br>Dallas, TX 75202-3775<br>Phone: (214) 754-1900<br>Fax: (214) 754-1933 | $50,000.00 | Positive Software Matter |
| T.D. Service Company | 1820 East 1st Street<br>Santa Ana, CA 92705<br>Phone: (714) 543-8372<br>Fax: (714) 541-5131 | $35,000.00 | Foreclosure Professional |
| Thomas J. Noonan, Law Offices | 701 Market Street<br>St. Louis, MO 63101<br>Phone: (314) 241-4747<br>Fax: (314) 241-2039 | $35,000.00 | Foreclosure Professional |
| Tiffany & Bosco, P.A. | 2525 East Camelback Road<br>Phoenix, AZ 85016<br>Phone: (602) 255-6047<br>Fax: (602) 255-0192 | $35,000.00 | Foreclosure Professional |
| Trott & Trott, P.C. | P.O. Box 79001<br>Detroit, MI 48279-1274<br>Phone: (248) 642-2515<br>Fax: (248) 642-0568 | $35,000.00 | Foreclosure Professional |
| Udren Law Offices, P.C. | 111 Woodcrest Road<br>Cherry Hill, NJ 8003<br>Phone: (856) 482-6900<br>Fax: (856) 482-1199 | $35,000.00 | Foreclosure Professional |
| Underwood Law Firm | 340 Edgewood Terrace Drive<br>Jackson, MS 39206<br>Phone: (601) 981-7773<br>Fax: (601) 362-5673 | $35,000.00 | Foreclosure Professional |
| Usset & Weingarden P.L.L.P | 4500 Park Glen Road<br>Minneapolis, MN 55416<br>Phone: (952) 925-6888<br>Fax: (952) 925-5879 | $35,000.00 | Foreclosure Professional |
| Van Ness Law Firm, P.A. | 7369 Sheridan Street<br>Hollywood, FL 33024<br>Phone: (954) 962-0500<br>Fax: (954) 962-0606 | $35,000.00 | Foreclosure Professional |
| Vargas, Zion & Kahane, P.A. | 4000 Hollywood Boulevard<br>Hollywood, FL 33021<br>Phone: (954) 893-8993<br>Fax: (954) 893-7707 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Wasser Associates | 43 Greene Street<br>Cumberland, MD 21502<br>Phone: (301) 759-2844<br>Fax: (301) 759-2847 | $35,000.00 | Foreclosure Professional |
| Weiss Spicer, PLLC | 208 Adams Avenue<br>Memphis, TN 38103<br>Phone: (901) 526-8296<br>Fax: (901) 526-3061 | $35,000.00 | Foreclosure Professional |
| Weltman, Weinberg & Reis, Co., L.P.A. | 965 Keynote Circle<br>Brooklyn Heights, OH 44131<br>Phone: (216) 739-5135<br>Fax: (216) 739-5127 | $35,000.00 | Foreclosure Professional |
| Weston Adams Law Firm | 1501 Richland Street<br>Columbia, SC 29201<br>Phone: (803) 254-1675<br>Fax: (803) 799-3141 | $35,000.00 | Foreclosure Professional |
| Wildman Harrold | 2300 Cabot Drive Suite 455<br>Lisle, IL  60532<br>Phone: (630) 955-6392<br>Fax: (312) 416-4688 | $35,000.00 | Great Northern matter |
| William M. Golson & Associates, Attorneys at Law, Chartered | 1230 S. Myrtle Avenue<br>Clearwater, FL 33756<br>Phone: (727) 446-4826<br>Fax: (727) 446-1723 | $35,000.00 | Foreclosure Professional |
| WILSON & ASSOCIATES, PA | 11501 HURON LANE<br>LITTLE ROCK, AR 72211<br>Phone: (501) 219-9388<br>Fax: (501) 219-9458 | $35,000.00 | Foreclosure Professional |
| Wolf Firm, A Law Corp., The | 245 Fischer Avenue<br>Costa Mesa, CA 92626<br>Phone: (949) 720-9200<br>Fax: (949) 720-9250 | $35,000.00 | Foreclosure Professional |
| Wolfe & Wyman LLP | 5 Park Plaza<br>Suite 1100<br>Irvine, CA 92614-5979<br>Phone: 949-475-9200<br>Fax: 949-475-9203 | $35,000.00 | Counsel for title insurance recovery |
| Wood, Tuohy, Gleason, Mercer & Herrin | Bank One Center Tower, Suite 3400<br>Indianapolis, IN 46244-0942<br>Phone: (317) 636-3551<br>Fax: (317) 636-6680 | $35,000.00 | Foreclosure Professional |
| Wright, Finlay & Zak, L.L.P | 4665 MacArthur Court<br>Newport Beach, CA 92660<br>Phone: (949) 477-5050<br>Fax: (949) 477-9200 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Wright, Lindsey & Jennings LLP | 200 West Capitol<br>Little Rock, AR 72701<br>Phone: (501) 575-0808<br>Fax: (501) 212-1356 | $35,000.00 | Foreclosure Professional |
| Zucker, Goldberg & Ackerman | 200 Sheffield Street<br>Mountainside, NJ 7092<br>Phone: (908) 233-8500<br>Fax: (908) 233- | $35,000.00 | Foreclosure Professional |