## EXHIBIT B

### PROPOSED ORDER

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |

## ORDER AUTHORIZING RETENTION OF PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS PURSUANT TO SECTIONS 327 AND 328 OF THE BANKRUPTCY CODE

New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc. ("New Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor-in-possession (collectively, the "Debtors"), the Court having reviewed the Motion; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (c) notice of this Motion was sufficient under the circumstances and no other or further notice is required (d) capitalized terms not otherwise defined herein have the meanings given to them in the Motion; and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and the Court having

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      Pursuant to sections 327 and 328 of the Bankruptcy Code, to the extent deemed necessary or appropriate by the Debtors, the Debtors are authorized, but not directed, to employ the Ordinary Course Professionals, including, but not limited to, those listed on Exhibit A attached hereto, in the ordinary course of their business, effective as of the date of the commencement of the Debtors' chapter 11 cases for such Ordinary Course Professionals as are listed on Exhibit A to the Motion.

3.      Each law firm that is identified as an Ordinary Course Professional retained by the Debtors to provide postpetition services pursuant to this Order shall file a retention affidavit pursuant to section 327(e) of the Bankruptcy Code with the Court setting forth that such professional does not represent or hold any interest adverse to the Debtors or their respective estates with respect to matters for which such professional seeks retention (the "Retention Affidavit"). No payment to any such Ordinary Course Professional shall be made until such professional has filed a Retention Affidavit.

4.     The Debtors shall serve all Retention Affidavits, via first-class mail, on (1) the Office of the United States Trustee for the District of Delaware; (2) counsel to Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc., the Debtors' proposed post-petition senior secured lenders; (3) counsel to the Official Committee of Unsecured Creditors; and (4) all parties who have timely filed requests for notice under Bankruptcy Rule 2002 (collectively, the "Notice Parties").

5.    The Debtors have the right to retain additional Ordinary Course Professionals from time to time during these cases as the need arises.

6.    With respect to Ordinary Course Professionals not listed on Exhibit A to the Motion, pursuant to sections 327 and 328 of the Bankruptcy Code, to the extent deemed necessary or appropriate by the Debtors, the Debtors are authorized, but not directed, to employ such Ordinary Course Professionals, in the ordinary course of their business, by serving a notice of such employment upon the Notice Parties. This notice shall identify a proposed Monthly Cap with respect to such professional and include the Retention Affidavit. The Notice Parties shall have 10 days in which to serve an objection to such employment on the Debtors' counsel. If none of the Notice Parties objects to the employment of the Ordinary Course Professional, such employment is authorized in accordance with this Order. If an objection is served, the parties shall attempt to resolve their differences or submit the proposed employment to the Court for consideration.

7.    The Debtors are authorized, but not directed, to pay compensation and reimburse expenses to each of the Ordinary Course Professionals in the customary manner in the full amount billed by each such professional upon receipt of reasonably detailed invoices indicating the nature of the services rendered and calculated in accordance with such professional's standard billing practices (without prejudice to the Debtors' right to dispute any such invoices), not to exceed the amounts identified on Exhibit A under the column titled "Monthly Cap" per month (the "Monthly Cap").

8.    Any payments made in excess of the Monthly Cap shall be subject to the approval of the Court in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Fee Guidelines promulgated by the Executive Office

3

of the United States Trustee and any order entered by the Court governing the payment of
compensation and reimbursement of expenses in these chapter 11 cases.

     9.     The rights of the Debtors, or the rights of any other party with standing, to
seek a further order of this Court increasing or decreasing the Monthly Cap prospectively are
hereby reserved.

     10.     Every ninety (90) days (commencing on the first day of the month
following the 90th day after the entry of an order approving the relief requested herein), the
Debtors will file a statement with the Court certifying the Debtors' compliance with the terms of
the relief ordered herein, which statement shall include the following information: (i) the name
of each Ordinary Course Professional and the aggregate amount paid as compensation for
services rendered and as reimbursement of expenses incurred by each Ordinary Course
Professional during the preceding 90 days and (ii) a list of any additional Ordinary Course
Professionals that are retained or utilized after the Petition Date and who are not listed on Exhibit
A hereto (the "Quarterly Statement").

     11.     Each Quarterly Statement shall be served, by first-class mail, on the
Notice Parties.

     12.     Unless otherwise indicated in the relevant retention application, this Order
shall not apply to any professional retained by the Debtors pursuant to a separate order of this
Court.

     13.     Nothing herein or in the Motion shall be deemed to constitute an
assumption of an executory contract, whether under 11 U.S.C. §365 or otherwise.

4

14.    The Court shall retain jurisdiction to enforce and implement the terms of

this Order.

Dated: _____, 2007
        Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

5

## EXHIBIT A

### LIST OF ORDINARY COURSE PROFESSIONALS

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| 3 Arch Financial Services | 19732 MacArthur Blvd.<br>Irvine, CA 92612-2445<br>Phone: (949) 474-4505 | $35,000.00 | Foreclosure Professional |
| 3 Arch Financial Services | 6 Executive Circle<br>Irvine, CA 92614<br>Phone: (949) 885-4544 | $35,000.00 | Foreclosure Professional |
| Abilit & Charlton, P.C. | 92 Montvale Avenue<br>Stoneham, MA 2180<br>Phone: (781) 246-8995<br>Fax: (781) 246-8994 | $35,000.00 | Foreclosure Professional |
| Ackerson & Yann, P.S.C | One Riverfront Plaza; 401 West Main<br>Street<br>Louisville, KY 40202<br>Phone: (502) 583-7400<br>Fax: (502) 589-4997 | $35,000.00 | Foreclosure Professional |
| Ackerson & Yann, PLLC | One Riverfront Plaza<br>Louisville, KY 40202<br>Phone: (502) 583-7400<br>Fax: (502) 403-1391 | $35,000.00 | Foreclosure Professional |
| Alliance Default Services, Inc. | 4665 MacArthur Ct<br>Newport Beach, CA 92660<br>Phone: (949) 252-2800<br>Fax: (949) 252-2884 | $35,000.00 | Foreclosure Professional |
| Aronowitz & Ford, L.L.P | 1199 Bannock Street<br>Denver, CO 80204<br>Phone: (303) 813-1177<br>Fax: (303) 813-1107 | $35,000.00 | Foreclosure Professional |
| Attorney's Equity Law Group, LLP | 3700 Campus Drive<br>Newport Beach, CA 92660 | $35,000.00 | Foreclosure Professional |
| Attorney's Equity National Corp. | 23721 Bircher Drive<br>Lake Forest, CA 92630<br>Phone: (949) 707-5543<br>Fax:  (949) 707-5629 | $35,000.00 | Foreclosure Professional |
| Baer, Timberlake, Coulson & Cates, P.C. | 5901 N. Western<br>Oklahoma City, OK 73118<br>Phone: (405) 845-7722<br>Fax:(405) 848-9349 | $35,000.00 | Foreclosure Professional<br>Company's Maryland counsel;<br>provides advice and counsel<br>regard specialized knowledge<br>re MD. |
| Ballard Spahr Andrews & Ingersoll | 300 East Lombard Street<br>18th Floor<br>Baltimore, MD 21202-3268 | $35,000.00 | Foreclosure Professional |
| Barrett, Burke (Houston Office) | 15000 Surveyor Boulevard<br>Addison, TX 75001<br>Phone: (713) 621-8673<br>Fax: (713) 621-8583 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| | 15000 Surveyor Boulevard<br>Addison, TX 75001<br>Phone: (972) 314-0523 | | |
| Barrett, Burke, Wilson, Castle, Daffin & Frappier, LLP | Fax: (972) 386-7673 | $35,000.00 | Foreclosure Professional |
| | 7020 N. Port Washington Road<br>Milwaukee, WI 53217<br>Phone: (414) 228-6700 | | |
| Bass & Moglowsky, SC | Fax: (414) 228-6620 | $35,000.00 | Foreclosure Professional |
| | 801 South Figueroa Street<br>Suite 1100<br>Los Angeles, CA 90017 | | |
| Baute and Tidus LLP | | $75,000.00 | Liberty Surplus matter |
| | 5450 NW Central<br>Houston, TX 77092<br>Phone: (713) 462-2565 | | |
| Baxter & Schwartz | Fax: (713) 462-2659 | $35,000.00 | Foreclosure Professional |
| | 666 Walnut Street<br>Des Moines, IA 50309-3989<br>Phone: (515) 283-4638 | | |
| Belin Lamson McCormick Zumback Flynn, P. C. | Fax: (515) 283-4653 | $35,000.00 | Foreclosure Professional |
| | 201 Stirling Road<br>Fort Lauderdale, FL 33312<br>Phone: (305) 770-4100 | | |
| Ben-Ezra & Katz, P.A. | Fax: (305) 653-2329 | $35,000.00 | Foreclosure Professional |
| | 100 Garden City Plaza<br>Garden City, NY 11530<br>Phone: (516) 222-6200 | | |
| Berkman, Henoch, Peterson & Peddy, P.C. | Fax: (516) 222-6209 | $35,000.00 | Foreclosure Professional |
| | 9441 LBJ Freeway<br>Dallas, TX 75243<br>Phone: (972) 643-6600 | | |
| Brice, Vander Linden & Wernick, P.C. | Fax: (972) 643-6697 | $35,000.00 | Foreclosure Professional |
| | West Palm Beach<br>One North Clematis Street<br>Suite 500<br>West Palm Beach, FL 33401<br>Phone: (561) 832-3300 | | |
| Broad & Cassel | Fax: (561) 655-1109 | $35,000.00 | 123 Home Loans Matter |
| | 5431 Oleander Drive<br>Wilmington, NC 28403<br>Phone: (336) 354-1200 | | |
| Brock & Scott, PLLC | Fax: (336) 354-1206 | $35,000.00 | Foreclosure Professional |
| | 4620 Fairmont Parkway<br>Pasadena, TX 77504<br>Phone: (281) 998-8450 | | |
| Brown & Shapiro, LLP | Fax: (281) 998-2764 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Brown, Drew & Massey | 159 N. Wolcott<br>Casper, WY 82601<br>Phone: (307) 234-1000<br>Fax: () 265-8025 | $35,000.00 | Foreclosure Professional |
| Butler & Hosch, P.A. | 3185 S. Conway Road<br>Orlando, FL 32812-7315<br>Phone: (407) 381-5200<br>Fax: (407) 381-5577 | $35,000.00 | Foreclosure Professional |
| Cal-Western Reconveyance Corporation | 525 East Main St.<br>El Cajon, CA 92020<br>Phone: (619) 590-9200<br>Fax: (619) 590-9299 | $35,000.00 | Foreclosure Professional |
| Campbell and Brannon | 990 Hammond Drive<br>Atlanta, GA 30328<br>Phone: (770) 392-0041<br>Fax: (770) 396-2171 | $35,000.00 | Foreclosure Professional |
| Carlton, DiSante & Freudenberger | 707 Wilshire Blvd, Suite 5150<br>Los Angeles, CA 90017<br>Phone : (213) 612-6300<br>Fax: (213) 612-6301 | $35,000.00 | Labor & Employment Specialist |
| Castle, Barrett, Daffin & Frappier, LLC | 999 18th Street<br>Denver, CO 80202<br>Phone: (303) 865-1400<br>Fax: (303) 865-1410 | $35,000.00 | Foreclosure Professional |
| Castle, Meinhold & Stawiarski, LLC | 999 18th Street<br>Denver, CO 80202<br>Phone: (303) 299-1800<br>Fax: (303) 865-1779 | $35,000.00 | Foreclosure Professional |
| Castle, Meinhold & Stawiarski, LLC (DTC) | 999 18th Street<br>Denver, CO 80202<br>Phone: (303) 865-1679<br>Fax: (303) 865-1779 | $35,000.00 | Foreclosure Professional |
| Certilman, Balin, Adler & Hyman, LLP | 90 Merrick Avenue<br>East Meadow, NY 11554<br>Phone: (516) 296-7000<br>Fax: (516) 296-7111 | $35,000.00 | Foreclosure Professional |
| Codilis & Associates, P.C. | 15W030 North Frontage Road<br>Darien, IL 60527<br>Phone: (630) 794-5300<br>Fax: (630) 794-9090 | $35,000.00 | Foreclosure Professional |
| Cohn, Goldberg, Deutsch, LLC | 600 Baltimore Avenue<br>Baltimore, MD 21204<br>Phone: (410) 296-2550<br>Fax: (410) 296-2558 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Conmy Feste, Ltd. | 406 Main Avenue, Suite 200<br>Fargo, ND 58108-2686<br>Phone: (701) 293-9911<br>Fax: (701) 293-3133 | $35,000.00 | Foreclosure Professional |
| CoreSouth Legal Services | 8833 Perimeter Park Blvd.<br>Jacksonville, FL 32216<br>Phone: (111) 222-3333<br>Fax: (111) 222-3333 | $35,000.00 | Foreclosure Professional |
| CoreSouth Property Services | 1 CoreSouth Street<br>Jacksonville, FL 32259<br>Phone: (904) 111-2222<br>Fax: (904) 111-2222 | $35,000.00 | Foreclosure Professional |
| Crain, Caton & James | Five Houston Center<br>17th Floor<br>1401 McKinney, Suite 1700<br>Houston, TX 77010<br>Phone: (713) 658-2323<br>Fax: (713) 658-1921 | $35,000.00 | General Regulatory advice for TX |
| Curran & O'Sullivan, P.C. | 8101 Sandy Spring Road<br>Laurel, MD 20707<br>Phone: (301) 490-1196<br>Fax: (301) 490-1568 | $35,000.00 | Foreclosure Professional |
| Curtis Law Group | 19700 Fairchild, Suite 380<br>Irvine, CA 92612<br>Phone: (949) 955-2211<br>Fax: (949) 955-2217 | $35,000.00 | Counsel for uninsured<br>loan-related recovery |
| David H. Anderson | 288 Littleton Road<br>Westford, MA 1886<br>Phone: (978) 392-9995<br>Fax: (978) 392-9996 | $35,000.00 | Foreclosure Professional |
| David J. Stern, Law Office | 801 South University Drive<br>Plantation, FL 33324<br>Phone: (954) 233-8000<br>Fax: (954) 233-8333 | $35,000.00 | Foreclosure Professional |
| Davidson, Fink, Cook, Kelly and Galbraith, LLP | 28 East Main Street<br>Rochester, NY 14614<br>Phone: (585) 546-6448<br>Fax: (585) 760-7261 | $35,000.00 | Foreclosure Professional |
| Dean Morris, L.L.P | 1820 Avenue of America<br>Monroe, LA 71201-5270<br>Phone: (318) 398-3383<br>Fax: (318) 398-1697 | $35,000.00 | Foreclosure Professional |
| Deutsch Kerrigan & Stiles, L.L.P | 755 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 581-5141<br>Fax: (504) 566-1201 | $35,000.00 | Labor & Employment Specialist |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Doonan, Graves & Longoria | 100 Cummings Center<br>Beverly, MA 1915<br>Phone: (978) 921-2670<br>Fax: (978) 921-4870 | $35,000.00 | Foreclosure Professional |
| Doyle & Friedmeyer PC | 135 N. Pennsylvania Street<br>Indianapolis, IN 46204<br>Phone: (317) 264-5000<br>Fax: (317) 264-5400 | $35,000.00 | Foreclosure Professional |
| Draper & Goldberg | 803 Sycolin Road<br>Leesburg, VA 20175<br>Phone: (703) 777-7101<br>Fax: (703) 777-7453 | $35,000.00 | Foreclosure Professional |
| Druckman & Sinel, LLP (NYC) | 242 Drexel Avenue<br>Westbury, NY 11590<br>Phone: (516) 876-0800<br>Fax: (516) 876-0888 | $35,000.00 | Foreclosure Professional |
| Druckman & Sinel, L.L.P. - Westbury | 242 Drexel Avenue<br>Westbury, NY 11590<br>Phone: (516) 876-0800<br>Fax: (516) 876-0888 | $35,000.00 | Foreclosure Professional |
| Dutton & Dutton | 10325 West Lincoln Highway<br>Frankfort, IL 60423<br>Phone: (815) 806-8200<br>Fax: (816) 806-8201 | $35,000.00 | Foreclosure Professional |
| Elizabeth Mason, P.C. | 3104 Monte Vista NE<br>Albuquerque, NM 87106<br>Phone: (505) 872-8700<br>Fax: (505) 872-8777 | $35,000.00 | Foreclosure Professional |
| Executive Trustee Services, Inc. | 15455 San Fernando Mission Blvd.<br>Mission Hills, CA 91345<br>Phone: (818) 837-2300<br>Fax: (818) 361-8736 | $35,000.00 | Foreclosure Professional |
| Faber & Gitlitz, P.A. | 9830 SW 77th Avenue<br>Miami, FL 33156<br>Phone: (305) 662-4110<br>Fax: (305) 667-3926 | $35,000.00 | Foreclosure Professional |
| Fabrizio & Brook, P.C. | 888 W. Big Beaver Road<br>Troy, MI 48084<br>Phone: (248) 269-8684<br>Fax: (248) 269-8503 | $35,000.00 | Foreclosure Professional |
| Fein, Such & Crane, L.L.P | 1800 First Federal Plaza<br>Rochester, NY 14618<br>Phone: (716) 232-7400<br>Fax: (716) 325-6202 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Fein, Such, Kahn & Shepard, P.C. | 7 Century Drive<br>Parsippany, NJ 7054<br>Phone: (973) 538-4700<br>Fax: (973) 538-8234 | $35,000.00 | Foreclosure Professional |
| Fewell & Hannoy, P.C. | Dept. 167<br>Indianapolis, IN 46206-7232<br>Phone: (317) 237-2713<br>Fax: (317) 237-2750 | $35,000.00 | Foreclosure Professional |
| Fidelity National Field Services, Inc. | 30825 Aurora Road<br>Solon, OH 44139<br>Phone: (440) 7424-0058<br>Fax: (440) 424-0073 | $35,000.00 | Foreclosure Professional |
| First American LoanStar Trustee Services, L.L.C. | 1 First American Way<br>Westlake, TX 76262<br>Phone: (800) 795-5042<br>Fax: () | $35,000.00 | Foreclosure Professional |
| First Coast Attorneys At Law | 8800 Bull Shoals Dr.<br>Jacksonville, FL 32216<br>Phone: (111) 222-3333<br>Fax: (111) 222-3333 | $35,000.00 | Foreclosure Professional |
| Fisher & Fisher, Attorneys At Law, P.C. | 120 North LaSalle Street<br>Chicago, IL 60602<br>Phone: (312) 372-4784<br>Fax: (312) 372-4398 | $35,000.00 | Foreclosure Professional |
| Fisher & Shapiro, LLC | 4249 Paysphere Circle<br>Chicago, IL 60674<br>Phone: (847) 291-9100<br>Fax: (847) 291-6966 | $35,000.00 | Foreclosure Professional |
| Fitzgerald, Schorr Barmettler & Brennan, P.C., LLO | 13220 California Street<br>Omaha, NE 68154<br>Phone: (402) 342-1000<br>Fax: (402) 342-1025 | $35,000.00 | Foreclosure Professional |
| Fleming & Whitt, P.A. | P.O. Box 12125<br>Columbia, SC 29211<br>Phone: (803) 254-4751<br>Fax: (803) 779-0133 | $35,000.00 | Foreclosure Professional |
| Florida Default Law Grp PL DBA Echevarria, Codilis et al | 9119 Corporate Lake Drive<br>Tampa, FL 33634<br>Phone: (813) 342-2200<br>Fax: (813) 251-1541 | $35,000.00 | Foreclosure Professional |
| Foreclosure Consultants, DBA F.C.I. Trustee Service | 8180 E. Kaiser Boulevard<br>Anaheim Hills, CA 92808-2277<br>Phone: (714) 282-2424<br>Fax: (714) 282-2425 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Foreclosurelink, Inc. | 5006 Sunrise Blvd.<br>Fair Oaks, CA 95628<br>Phone: (916) 962-3453<br>Fax: (916) 962-1334 | $35,000.00 | Foreclosure Professional |
| Foutty & Foutty, L.L.P | Dept. 30495<br>Saint Louis, MO 63179-0126<br>Phone: (317) 632-9555<br>Fax: (317) 632-9559 | $35,000.00 | Foreclosure Professional |
| Frascona, Joiner, Goodman, and Greenstein, P.C. | 4750 Table Mesa Drive<br>Boulder, CO 80305<br>Phone: (303) 494-3000<br>Fax: (303) 494-6309 | $35,000.00 | Foreclosure Professional |
| Freedman, Anselmo, Lindberg & Rappe | 1807 W. Diehl<br>Naperville, IL 60566<br>Phone: (630) 983-3392<br>Fax: () | $35,000.00 | Foreclosure Professional |
| Friedman & MacFadyen, P. A. (MD) | 210 East Redwood Street<br>Baltimore, MD 21202-3399<br>Phone: (410) 685-1763<br>Fax: (410) 727-1759 | $35,000.00 | Foreclosure Professional |
| Gardere Wynn Sewell LLP | 1601 Elm Street<br>Suite 3000<br>Dallas, TX 75201<br>Phone: 214-999-3000<br>Fax: 214-999-4667 | $50,000.00 | Positive Software Matter |
| George Cretella, Esq. | 20 Cambridge Drive<br>Matawan, NJ 7747<br>Phone: (732) 290-7600<br>Fax: (732) 290-7744 | $35,000.00 | Foreclosure Professional |
| Gibson, Dunn & Crutcher | Jamboree Center<br>4 Park Plaza, Suite 1400<br>Irvine, CA 92614-8557 | $35,000.00 | Securities Litigation Counsel, representing the independent directors. |
| Goldbeck, McCafferty & McKeever | 701 Market Street<br>Philadelphia, PA 19106-1532<br>Phone: (215) 627-1322<br>Fax: (216) 627-7734 | $35,000.00 | Foreclosure Professional |
| Golden & Amos, PLLC | 543 Fifth Street<br>Parkersburg, WV 26101<br>Phone: (304) 485-3851<br>Fax: (304) 845-3861 | $35,000.00 | Foreclosure Professional |
| Goldman, Gruder & Woods, LLC | 200 Connecticut Avenue<br>Norwalk, CT 6854<br>Phone: (203) 899-8900<br>Fax: (203) 899-8915 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Graham, Arceneaux, & Allen, L.L.C. | 601 Poydras Street<br>New Orleans, LA 70130<br>Phone: (504) 522-8256<br>Fax: (504) 525-2485 | $35,000.00 | Foreclosure Professional |
| Grant C. Rees, Attorney at Law | P. O. Box 108<br>Milton, VT 5468<br>Phone: (802) 893-7400<br>Fax: (802) 660-4343 | $35,000.00 | Foreclosure Professional |
| Gray & Associates, L.L.P | Box 88071<br>Milwaukee, WI 53288-0071<br>Phone: (414) 224-1730<br>Fax: (414) 224-1279 | $35,000.00 | Foreclosure Professional |
| Guaetta and Benson | 9 Acton Road<br>Chelmsford, MA 1469<br>Phone: (978) 250-0999<br>Fax: (978) 250-0979 | $35,000.00 | Foreclosure Professional |
| Harmon Law Offices, P.C. | 150 California Street<br>Newton, MA 2458<br>Phone: (617) 558-0500<br>Fax: (317) 244-7304 | $35,000.00 | Foreclosure Professional |
| Haynes and Boone, LLP | 2505 N. Plano Road<br>Suite 4000<br>Richardson, TX 75082<br>Phone: 972.739.8636<br>Fax: 972.692.9116 | $50,000.00 | Positive Software Matter |
| Hecker, Colasurdo & Segall, P.C. | 108 Corporate Park Drive<br>White Plains, NY 10604<br>Phone: (914) 251-1111<br>Fax: (914) 251-0011 | $35,000.00 | Foreclosure Professional |
| Hersh Law Offices | 10555 N. Port Washington Road<br>Mequon, WI 53092<br>Phone: (262) 241-9339<br>Fax: (262) 241-9587 | $35,000.00 | Foreclosure Professional |
| Hopp & Shore, LLC | 333 West Hampden Avenue<br>Englewood, CO 80110<br>Phone: (303) 788-9600<br>Fax: (303) 788-9698 | $35,000.00 | Foreclosure Professional |
| Houser & Allison, APC | 5420 Trabuco Road<br>Irvine, CA 92620<br>Phone: (949) 679-1111<br>Fax: (949) 679-1112 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| | | | Counsel to the Audit Committee of the Board of Directors; engaged in conducting investingation regarding basis for restatement of financials. |
| Howery, LLP | 550 South Hope Street, Suite 1100<br>Los Angeles, CA 90071 | $35,000.00 | |
| Hunt, Leibert P.C. | 50 Weston St<br>Hartford, CT 6120<br>Hartford, CT 6120<br>Phone: (860) 808-0606<br>Fax: (860) 808-0625 | $35,000.00 | Foreclosure Professional |
| Jack O'Boyle & Associates | 1544 Valwood Parkway<br>Carrollton, TX 75006<br>Phone: (972) 280-0477<br>Fax: (972) 280-0569 | $35,000.00 | Foreclosure Professional |
| Jackson & McPherson, L.L.C. | 1010 Common Street, Suite 1800<br>New Orleans, LA 70112<br>Phone: (504) 581-9444<br>Fax: (504) 588-2888 | $35,000.00 | Foreclosure Professional |
| John D. Clunk Co., LPA, Law Offices of | 5601 Hudson Drive, Suite 400<br>Hudson, OH 44236<br>Phone: (330) 342-8203<br>Fax: (330) 342-8205 | $35,000.00 | Foreclosure Professional |
| Joshua B. Lobe, Law Offices | 35 KING STREET (P.O. BOX 4493)<br>Burlington, VT 5406<br>Phone: (802) 660-9000<br>Fax: (802) 864-0375 | $35,000.00 | Foreclosure Professional |
| Just Law Office | 381 Shoup Avenue I<br>Idaho Falls, ID 83402<br>Phone: (208) 523-9106<br>Fax: (208) 523-9146 | $35,000.00 | Foreclosure Professional |
| Kleinsmith and Associates, P.C. | 6035 Erin Park Drive<br>Colorado Springs, CO 80918<br>Phone: (719) 593-1970<br>Fax: (719) 593-2193 | $35,000.00 | Foreclosure Professional |
| Kluever & Platt, L.L.C. | 65 E. Wacker Place<br>Chicago, IL 60601<br>Phone: (312) 201-6662<br>Fax: (312) 236-0514 | $35,000.00 | Foreclosure Professional |
| Knuckles & Komosinski, P.C. | 220 White Plains Road<br>Tarrytown, NY 10591<br>Phone: (914) 946-8700<br>Fax: (914) 993-1493 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Korn Law Firm | 1300 Pickens Street<br>Columbia, SC 29201<br>Phone: (803) 252-5817<br>Fax: (803) 231-2040 | $35,000.00 | Foreclosure Professional |
| Lamun, Mock, Featherly, Kuehling & Cunningham | 5900 Northwest Gran Blvd.<br>Oklahoma City, OK 73118<br>Phone: (405) 840-5900<br>Fax: (405) 842-6132 | $35,000.00 | Foreclosure Professional |
| LandAmerica Default Services Co. | 6 Executive Circle<br>Irvine, CA 92614<br>Phone: (949) 885-4536<br>Fax: (949) 885-4484 | $35,000.00 | Foreclosure Professional |
| Laurito & Laurito LLC | 35 Commercial Way<br>Springboro, OH 45066<br>Phone: (937) 743-4878<br>Fax: (937) 743-4877 | $35,000.00 | Foreclosure Professional |
| Leeuw & Doyle, P.C. | 1st Indiana Plaza<br>Indianapolis, IN 46204<br>Phone: (317) 264-5000<br>Fax: (317) 264-5400 | $35,000.00 | Foreclosure Professional |
| Leonard, O'Brien, Spencer, Gale & Sayre | 800 Norwest Center<br>St. Paul, MN 55101<br>Phone: (651) 227-9505<br>Fax: (651) 227-9505 | $35,000.00 | Foreclosure Professional |
| Lerner, Sampson and Rothfuss, Co., LPA | P. O. Box 1985<br>Cincinnati, OH 45264-1985<br>Phone: (513) 412-6600<br>Fax: (513) 412-6606 | $40,000.00 | Foreclosure Professional |
| Little & Dranttel, P. C. | 7430 Washington St. NE<br>Albuqueque, NM 87109<br>Phone: (505) 833-3036<br>Fax: (505) 833-3040 | $35,000.00 | Foreclosure Professional |
| Littler Mendelson, P.C. | 650 California Street<br>20th Floor<br>San Francisco, CA 94108-2693 | $35,000.00 | Labor & employment counsel providing advice regard WARN Act, severance, benefits, etc. Offices in key states nationwide. |
| Lobe & Fortin | 30 Kimball Avenue<br>South Burlington, VT 5403<br>Phone: (802) 660-9900<br>Fax: (802) 864-0375 | $35,000.00 | Foreclosure Professional |
| Locher, Pavelka, Dostal, Braddy & Hammes, L.L.C. | 200 The Omaha Club<br>Omaha, NE 68102<br>Phone: (402) 898-7000<br>Fax: (402) 898-7130 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| LOGS Financial Services, Inc. | 4201 Lake Cook Road<br>Northbrook, IL 60062<br>Phone: (847) 291-9100<br>Fax: (847) 291-9975 | $35,000.00 | Foreclosure Professional |
| Lundberg & Associates | 3269 South Main, #100<br>Salt Lake City, UT 84118<br>Phone: (801) 263-3400<br>Fax: (801) 263-6513 | $35,000.00 | Foreclosure Professional |
| Mackie, Wolf & Zientz, P.C. | Pacific Center, I<br>Dallas, TX 75254<br>Phone: (214) 635-2651<br>Fax: (214) 635-2686 | $35,000.00 | Foreclosure Professional |
| Mackoff, Kellogg, Kirby & Kloster, P.C. | 46 West 2nd Street<br>Dickinson, ND 58601<br>Phone: (701) 227-1841<br>Fax: (701) 227-4739 | $35,000.00 | Foreclosure Professional |
| Malcolm & Cisneros | 2112 Business Center Drive<br>Irvine, CA 92612<br>Phone: (949) 252-9400<br>Fax: (949) 252-1032 | $50,000.00 | National counsel responsible for filing proofs of claim in borrower's bankruptcy cases |
| Manatt Phelps & Phillips, LLP | 11355 West Olympic Boulevard<br>Los Angeles, CA 90064<br>Phone: 310.312.4000<br>Fax: 310.312.4224 | $35,000.00 | Loan Servicing Specialist |
| Mancini, Daniel J. & Associates | 201A Fairview Drive<br>Monaca, PA 15061<br>Phone: (724) 203-1201<br>Fax: (724) 203-1202 | $35,000.00 | Foreclosure Professional |
| Manley, Deas & Kochalski, L.L.C. | 495 South High Street<br>Columbus, OH 43215-5689<br>Phone: (614) 220-5611<br>Fax: (614) 220-5613 | $35,000.00 | Foreclosure Professional |
| Mann & Stevens | 550 Westcott Street<br>Houston, TX 77007-9000<br>Phone: (713) 293-3600<br>Fax: (713) 293-3636 | $35,000.00 | Foreclosure Professional |
| Marshall C. Watson, P.A. | 1800 NW 49th Street<br>Ft. Lauderdale, FL 33309<br>Phone: (954) 771-5522<br>Fax: (954) 771-6052 | $35,000.00 | Foreclosure Professional |
| Martha Croog, LLC | 740 North Main Street, Suite V<br>West Hartford, CT 6117<br>Phone: (860) 236-9661<br>Fax: (860) 233-9927 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Martin & Brunavs Law Office | 2800 North Druid Hills Road<br>Atlanta, GA 30329<br>Phone: (404) 982-0088<br>Fax: (404) 982-0001 | $35,000.00 | Foreclosure Professional |
| Martin, Leigh, Laws & Fritzlen, P.C. | 900 Peck's Plaza<br>Kansas City, MO 64105-2135<br>Phone: (816) 221-1430<br>Fax: (816) 221-1044 | $35,000.00 | Foreclosure Professional |
| Mattleman, Weinroth & Miller | 401 Route 70 East<br>Cherry Hill, NJ 8034<br>Phone: (856) 429-5507<br>Fax: (856) 429-9036 | $35,000.00 | Foreclosure Professional |
| Mayer, Brown, Rowe & Maw LLP | 71 S. Wacker Drive<br>Chicago, IL 60606<br>Phone: (312) 782-0600<br>Fax: (312) 701-7711 | $35,000.00 | FCRA Counsel |
| McCabe, Weisberg & Conway, P.C. (PA) | 123 South Broad Street<br>Philadelphia, PA 19109<br>Phone: (215) 790-1010<br>Fax: (215) 790-1274 | $35,000.00 | Foreclosure Professional |
| McCaffrey Professional Association | 163 Water Street<br>Exeter, NH 3833<br>Phone: (603) 778-1717<br>Fax: (603) 778-1718 | $35,000.00 | Foreclosure Professional |
| McCalla, Raymer, Padrick, Cobb, Nichols & Clark, LLC | 1544 Old Alabama Road<br>Roswell, GA 30076<br>Phone: (770) 643-7200<br>Fax: (770) 643-4062 | $35,000.00 | Foreclosure Professional |
| McCarthy & Holthus, L.L.P | 1770 - 4th Avenue<br>San Diego, CA 92101<br>Phone: (619) 685-4800<br>Fax: (619) 685-4810 | $35,000.00 | Foreclosure Professional |
| McDonald, McKenzie, Rubin, Miller & Lybrand, L.L.P | 1704 Main Street<br>Columbia, SC 29201<br>Phone: (803) 252-0500<br>Fax: (803) 252-6705 | $35,000.00 | Foreclosure Professional |
| McHenry, Dancigers & Lake, P.C. | 192 Ballard Ct, Ste 400<br>Virgiia Bch., VA 23462-6538<br>Phone:<br>Fax: | $35,000.00 | Foreclosure Professional |
| McKenry, Dancigers, Dawson & Lake, P.C. | 192 Ballard Court<br>Virginia Beach, VA 23462-6538<br>Phone: (757) 461-2500<br>Fax: (757) 461-5950 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Metcalf, Conlon & Sierng, PLC | 126 West Second Street<br>Muscatine, IA 52761-3713<br>Phone: (319) 263-9494<br>Fax: (319) 263-7824 | $35,000.00 | Foreclosure Professional |
| Mickel Law Firm, PA | 1501 North University<br>Little Rock, AR 72207<br>Phone: (501) 664-4808<br>Fax: (501) 664-0631 | $35,000.00 | Foreclosure Professional |
| Miles, Bauer, Bergstrom & Winters NV f/k/a Miles<br>&Bergstrom | 1665 Scenic Avenue<br>Costa Mesa, CA 92626<br>Phone: (702) 942-0446<br>Fax: (702) 369-4955 | $35,000.00 | Foreclosure Professional |
| Miles, Bauer, Bergstrom & Winters, LLP | 1665 Scenic Avenue<br>Costa Mesa, CA 92626<br>Phone: (714) 481-0233<br>Fax: (714) 481-9141 | $35,000.00 | Foreclosure Professional |
| Miller & Clark, PC | 6 Executive Circle<br>Irvine, CA 92614<br>Phone: (949) 885-4544<br>Fax: (949) 474-7035 | $35,000.00 | Foreclosure Professional |
| Millsap & Singer, P.C. | 612 Spirit Drive<br>St. Louis, MO 63005<br>Phone: (636) 537-0110<br>Fax: (636) 537-0067 | $35,000.00 | Foreclosure Professional |
| Milstead & Associates, LLC | 220 Lake Drive East<br>Cherry Hill, NJ 8002<br>Phone: (856) 482-1400<br>Fax: (856) 482-9190 | $35,000.00 | Foreclosure Professional |
| Morris & Associates | 2309 Oliver Road<br>Monroe, LA 71201<br>Phone: (318) 330-9020<br>Fax: (318) 348-7600 | $35,000.00 | Foreclosure Professional |
| Morris, Schneider & Prior, L.L.C. | 1587 N.E. Expressway<br>Atlanta, GA 30329<br>Phone: (770) 234-9181<br>Fax: (770) 234-9192 | $35,000.00 | Foreclosure Professional |
| National Default Servicing Corp. | 2525 East Camelback Road<br>Phoenix, AZ 85016<br>Phone: (602) 264-6101<br>Fax: (602) 264-6202 | $35,000.00 | Foreclosure Professional |
| National Field Representatives Inc. | 42 Old Church Road<br>Claremont, NH 3743<br>Phone: (603) 543-1000<br>Fax: (603) 543-3844 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
| --- | --- | --- | --- |
| Neal, Gerber & Eisenberg LLP | Two North LaSalle Street, Chicago, Illinois 60602-3801 | $35,000.00 | Insurance Specialist |
| New Invoice | , FL 11111, Phone:, Fax: | $35,000.00 | Foreclosure Professional |
| NewInvoice, LLC | Dept. #2651, Los Angeles, CA 90084-2651, Phone: (678) 405-3600, Fax: (678) 443-9400 | $35,000.00 | Foreclosure Professional, Labor & employment counsel providing advice regard WARN Act, severance, benefits, etc., specialized CA counsel |
| North & Nash | Two Park Plaza, Suite 1020, Irvine, CA 92614 | $35,000.00 | |
| Northwest Trustee Services, Inc. | 3535 Factoria Blvd. SE, Bellevue, WA 98006, Phone: (425) 586-1937, Fax: (425) 283-5937 | $35,000.00 | Foreclosure Professional |
| Orlans Associates, P.C. | 2501 Rochester Court, Troy, MI 48083, Phone: (248) 457-1000, Fax: (248) 457-1001 | $35,000.00 | Foreclosure Professional |
| Partridge, Snow & Hahn | 180 South Main Street, Providence, RI 2903, Phone: (401) 861-8200, Fax: (401) 861-8210 | $35,000.00 | Foreclosure Professional |
| Peter T. Roach & Associates | 100 Jericho Quadrangle, Jericho, NY 11753, Phone: (516) 938-3100, Fax: (516) 931-4403 | $35,000.00 | Foreclosure Professional |
| Phelan, Hallinan & Schmieg, LLP (PA) | One Penn Center, 1617 JFK Boulevard, Philadelphia, PA 19103-1814, Phone: (215) 563-7000, Fax: (215) 563-5534 | $35,000.00 | Foreclosure Professional |
| Phelan, Hallinan & Schmieg, PC (NJ) | 400 Fellowship Road, Mount Laurel, NJ 8054, Phone: (856) 813-5500, Fax: (856) 813-5501 | $35,000.00 | Foreclosure Professional |
| Phillips, Olore, Dunlavey & York, P.A. | 480 MAIN STREET, PRESQUE ISLE, ME 4769, Phone: (207) 769-2361, Fax: (207) 769-2381 | $35,000.00 | Foreclosure Professional |
| Pierce & Associates, P.C. | 1 North Dearborn, Chicago, IL 60602, Phone: (312) 346-9088, Fax: (312) 853-1780 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Pite, Duncan & Melmet, LLP | 525 East Main Street<br>El Cajon, CA 92022-2289<br>Phone: (619) 590-1300<br>Fax: (619) 590-1385 | $35,000.00 | Foreclosure Professional |
| Pluese, Becker & Saltzman, LLC | 20000 Horizon Way<br>Mount Laurel, NJ 08054-4318<br>Phone: (856) 813-1700<br>Fax: (856) 813-1720 | $35,000.00 | Foreclosure Professional |
| Powers Kirn, LLC | Mt. Laurel, NJ 8054<br>Phone: (856) 802-1000<br>Fax: (856) 802-4300 | $35,000.00 | Foreclosure Professional |
| Preston, Gates & Ellis | 222 Southwest Columbia Street<br>Portland, OR 97201<br>Phone: (503) 228-3200<br>Fax: (503) 553-6273 | $35,000.00 | Foreclosure Professional |
| Professional Foreclosure Corp. | 3300 North Central Avenue<br>Phoenix, AZ 85012<br>Phone: (602) 393-4936<br>Fax: (602) 263-5341 | $35,000.00 | Foreclosure Professional |
| Quality Loan Service Corporation | 319 Elm Street<br>San Diego, CA 92101<br>Phone: (619) 685-4800<br>Fax: (619) 685-4810 | $35,000.00 | Foreclosure Professional |
| Randall S. Miller & Associates, P.C. | 43252 Woodward Avenue<br>Bloomfield Hills, MI 48302-201<br>Phone: (248) 335-9200<br>Fax: | $35,000.00 | Foreclosure Professional |
| Recon Trust Company, N.A. | 1757 Tapo Canyon Rd<br>Simi Valley, CA 93063<br>Phone: (800) 281-8219<br>Fax: (805) 955-5855 | $35,000.00 | Foreclosure Professional |
| Reed Smith LLP | 2500 One Liberty Plaza<br>1650 Market Street<br>Philadelphia, PA 19103<br>Phone: (215) 851-8143 | $35,000.00 | Insurance Specialist |
| Regional Trustee Services | 616 First Avenue<br>Seattle, WA 98104<br>Phone: (206) 340-2550<br>Fax: (206) 292-4930 | $35,000.00 | Foreclosure Professional |
| Reimer, Lorber & Arnovitz, Co., L.P.A. | P.O. Box 968<br>Twinsburg, OH 44087<br>Phone: (330) 425-4201<br>Fax: (330) 487-0923 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Richard M. Squire & Associates, LLC | 115 West Avenue<br>Jenkintown, PA 19046<br>Phone: (215) 886-8790<br>Fax: (215) 886-8791 | $35,000.00 | Foreclosure Professional |
| Ringert Clark Chartered | 455 South Third Street<br>Boise, ID 83702<br>Phone: (208) 342-4591<br>Fax: (208) 342-4657 | $35,000.00 | Foreclosure Professional |
| Robert E. Lastelic | 4831 W. 136th Street<br>Leawood, KS 66207-0770<br>Phone: (913) 345-9595<br>Fax: | $35,000.00 | Foreclosure Professional |
| Robert E. Weiss, Inc. | 920 Village Oaks Drive<br>Covina, CA 91724<br>Phone: (626) 967-4302<br>Fax: (626) 339-7103 | $35,000.00 | Foreclosure Professional |
| Robert J. Hopp & Associates, LLc | 333 W. Hampden Avenue<br>Englewood, CO 80110<br>Phone: (303) 806-0887<br>Fax: (303) 806-8881 | $35,000.00 | Foreclosure Professional |
| Robinson Tait, P.S. | 616 1st Avenue<br>Seattle, WA 98104<br>Phone: (206) 676-9640<br>Fax: (206) 676-9659 | $35,000.00 | Foreclosure Professional |
| Roetzel & Andress | 1375 East Ninth Street<br>One Cleveland Center<br>Cleveland, OH 44114 | $35,000.00 | Foreclosure Professional<br>Local counsel in Ohio handling<br>regulatory issues and TRO filed by<br>the Attorney General |
| Rosenberg & Associates, LLC | 7910 Woodmont Avenue<br>Bethesda, MD 20814<br>Phone: (301) 907-8000<br>Fax: (301) 907-8101 | $35,000.00 | Foreclosure Professional |
| Rosicki, Rosicki & Associates, P.C. | 51 E. Bethpage Road<br>Plainview, NY 11803<br>Phone: (516) 741-2585<br>Fax: (516) 741-2589 | $35,000.00 | Foreclosure Professional |
| Routh & Crabtree, APC | 3000 "A" Street<br>Anchorage, AK 99503<br>Phone: (907) 222-4323<br>Fax: (907) 222-4396 | $35,000.00 | Foreclosure Professional |
| Routh, Crabtree & Olsen, PS | 3535 Factoria Blvd. SE<br>Bellevue, WA 98006<br>Phone: (425) 586-1937<br>Fax: (425) 283-5937 | $35,000.00 | Foreclosure Professional |
| Rush Moore LLP | 737 Bishop Street<br>Honolulu, HI 96813<br>Phone: (808) 521-0400<br>Fax: (808) 521-0497 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| | | | Labor & employment counsel providing advice regard WARN Act, severance, benefits, etc., specialized CA counsel |
| Rutan & Tucker | 611 Anton Boulevard Suite 1400<br>Costa Mesa, CA 92626-1931 | $35,000.00 | |
| | Suite 105, Plaza 202<br>150 Morristown Rd<br>Bernardsville, NJ 07924<br>Phone: (908) 953-9300<br>Fax: (908) 953-2696 | | |
| Shain, Schaffer & Rafanello, P.C. | 209 Business Park Drive<br>Virginia Beach, VA 23462-6520<br>Phone: (757) 457-1452<br>Fax: (757) 490-8113 | $35,000.00 | Foreclosure Professional |
| Samuel I. White, P. C. | 13135 Lee Jackson Highway<br>Fairfax, VA 22033<br>Phone: (703) 449-5800<br>Fax: (703) 449-5817 | $35,000.00 | Foreclosure Professional |
| Shapiro & Burson - Fairfax | 1500 West Third Street<br>Cleveland, OH 44113<br>Phone: (216) 621-1530<br>Fax: (216) 373-1340 | $35,000.00 | Foreclosure Professional |
| Shapiro & Felty, L.L.P | 8520 Cliff Cameron Drive<br>Charlotte, NC 28269<br>Phone: (704) 333-8107<br>Fax: (704) 688-2190 | $35,000.00 | Foreclosure Professional |
| Shapiro & Ingle | 4201 Lake Cook Road<br>Northbrook, IL 60062<br>Phone: (847) 291-1717<br>Fax: (847) 291-7581 | $35,000.00 | Foreclosure Professional |
| Shapiro & Kreisman (IL) | 1910 Lakeland Drive<br>Jackson, MS 39216<br>Phone: (601) 981-9299<br>Fax: (601) 981-9288 | $35,000.00 | Foreclosure Professional |
| Shapiro & Massey | 6310 Lamar<br>Overland Park, KS 66202<br>Phone: (913) 371-6421<br>Fax: (913) 371-1160 | $35,000.00 | Foreclosure Professional |
| Shapiro & Mock, L.L.P | 75 Market Street<br>Portland, ME 4101<br>Phone: (207) 775-6223<br>Fax: (207) 775-6995 | $35,000.00 | Foreclosure Professional |
| Shapiro & Morley | 7300 Metro Blvd. No.<br>Edina, MN 55439<br>Phone: (952) 831-4060<br>Fax: (952) 831-4734 | $35,000.00 | Foreclosure Professional |
| Shapiro, Nordmeyer and Zielke, L.L.P | | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Shechtman, Halpern & Savage | 1080 Main Street<br>Pawtucket, RI 2860<br>Phone: (401) 272-1400<br>Fax: (401) 272-1403 | $35,000.00 | Foreclosure Professional |
| Sheldon May & Associates, P.C. | Kansas City Office<br>Twelve Wyandotte Plaza<br>120 W. 12th Street<br>Kansas City, MO 64105<br>816-421-3355<br>816-374-0509 FAX | $35,000.00 | Foreclosure Professional |
| Shughart Thompson & Kilroy | 255 Merrick Road<br>Rockville Centre, NY 11570<br>Phone: (516) 763-3200<br>Fax: (515) 676-3324 | $35,000.00 | Labor & Employment Specialist |
| Sirote & Permutt, P.C. | 2311 Highland Avenue South<br>Birmingham, AL 35255<br>Phone: (205) 930-5138<br>Fax: (205) 930-5101 | $35,000.00 | Foreclosure Professional |
| South & Associates, P.C. | P.O. Box 800076<br>Kansas City, MO 64180-0076<br>Phone: (816) 300-7800<br>Fax: (816) 300-7899 | $35,000.00 | Foreclosure Professional |
| Stanton & Davis | 1000 Plain Street<br>Marshfield, MA 2050<br>Phone: (781) 834-9181<br>Fax: (781) 837-8253 | $35,000.00 | Foreclosure Professional |
| Steffi A. Swanson, P.C., L.L.O. | 1902 Harlan Drive<br>Bellevue, NE 68005<br>Phone: (402) 292-7700<br>Fax: (401) 292-9125 | $35,000.00 | Foreclosure Professional |
| Stephens, Millirons, Harrison & Gammons, P.C. | 2430 L & N Drive<br>Huntsville, AL 35801<br>Phone: (256) 382-5527<br>Fax: (256) 536-9488 | $35,000.00 | Foreclosure Professional |
| Steven J. Baum, P.C. | 220 Northpointe Parkway<br>Amherst, NY 14228<br>Phone: (716) 204-2443<br>Fax: (716) 204-2498 | $35,000.00 | Foreclosure Professional |
| Stitt, Klein, Daday & Aretos & Giampietro, LLC | 121 South Wilke Road<br>Arlington Heights, IL 60005<br>Phone: (847) 590-8700<br>Fax: (847) 590-9825 | $35,000.00 | Foreclosure Professional |
| Sughrue Mion PLLC | 2100 Pennsylvania Avenue<br>NW Suite 800<br>Washington, DC 20037-3213<br>Phone: 202.663.7927<br>Fax: 202.293.7860 | $35,000.00 | General Trademark advice |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Susan C. Little & Associates, P.A. | 4501 Indian School Road, N.E.<br>Albuquerque, NM 87110<br>Phone: (505) 254-7767<br>Fax: (505) 254-4722 | $35,000.00 | Foreclosure Professional |
| Susman Godfrey L.L.P | Suite 5100<br>901 Main Street<br>Dallas, TX 75202-3775<br>Phone: (214) 754-1900<br>Fax: (214) 754-1933 | $50,000.00 | Positive Software Matter |
| T.D. Service Company | 1820 East 1st Street<br>Santa Ana, CA 92705<br>Phone: (714) 543-8372<br>Fax: (714) 541-5131 | $35,000.00 | Foreclosure Professional |
| Thomas J. Noonan, Law Offices | 701 Market Street<br>St. Louis, MO 63101<br>Phone: (314) 241-4747<br>Fax: (314) 241-2039 | $35,000.00 | Foreclosure Professional |
| Tiffany & Bosco, P.A. | 2525 East Camelback Road<br>Phoenix, AZ 85016<br>Phone: (602) 255-6047<br>Fax: (602) 255-0192 | $35,000.00 | Foreclosure Professional |
| Trott & Trott, P.C. | P.O. Box 79001<br>Detroit, MI 48279-1274<br>Phone: (248) 642-2515<br>Fax: (248) 642-0568 | $35,000.00 | Foreclosure Professional |
| Udren Law Offices, P.C. | 111 Woodcrest Road<br>Cherry Hill, NJ 8003<br>Phone: (856) 482-6900<br>Fax: (856) 482-1199 | $35,000.00 | Foreclosure Professional |
| Underwood Law Firm | 340 Edgewood Terrace Drive<br>Jackson, MS 39206<br>Phone: (601) 981-7773<br>Fax: (601) 362-5673 | $35,000.00 | Foreclosure Professional |
| Usset & Weingarden P.L.L.P | 4500 Park Glen Road<br>Minneapolis, MN 55416<br>Phone: (952) 925-6888<br>Fax: (952) 925-5879 | $35,000.00 | Foreclosure Professional |
| Van Ness Law Firm, P.A. | 7369 Sheridan Street<br>Hollywood, FL 33024<br>Phone: (954) 962-0500<br>Fax: (954) 962-0606 | $35,000.00 | Foreclosure Professional |
| Vargas, Zion & Kahane, P.A. | 4000 Hollywood Boulevard<br>Hollywood, FL 33021<br>Phone: (954) 893-8993<br>Fax: (954) 893-7707 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| | 43 Greene Street<br>Cumberland, MD 21502<br>Phone: (301) 759-2844<br>Fax: (301) 759-2847 | | |
| Wasser Associates | 208 Adams Avenue<br>Memphis, TN 38103<br>Phone: (901) 526-8296<br>Fax: (901) 526-3061 | $35,000.00 | Foreclosure Professional |
| Weiss Spicer, PLLC | 965 Keynote Circle<br>Brooklyn Heights, OH 44131<br>Phone: (216) 739-5135<br>Fax: (216) 739-5127 | $35,000.00 | Foreclosure Professional |
| Weltman, Weinberg & Reis, Co., L.P.A. | 1501 Richland Street<br>Columbia, SC 29201<br>Phone: (803) 254-1675<br>Fax: (803) 799-3141 | $35,000.00 | Foreclosure Professional |
| Weston Adams Law Firm | 2300 Cabot Drive Suite 455<br>Lisle, IL  60532<br>Phone: (630) 955-6392<br>Fax: (312) 416-4688 | $35,000.00 | Foreclosure Professional |
| Wildman Harrold | 1230 S. Myrtle Avenue<br>Clearwater, FL 33756<br>Phone: (727) 446-4826<br>Fax: (727) 446-1723 | $35,000.00 | Great Northern matter |
| William M. Golson & Associates, Attorneys at Law, Chartered | 11501 HURON LANE<br>LITTLE ROCK, AR 72211<br>Phone: (501) 219-9388<br>Fax: (501) 219-9458 | $35,000.00 | Foreclosure Professional |
| WILSON & ASSOCIATES, PA | 245 Fischer Avenue<br>Costa Mesa, CA 92626<br>Phone: (949) 720-9200<br>Fax: (949) 720-9250 | $35,000.00 | Foreclosure Professional |
| Wolf Firm, A Law Corp., The | 5 Park Plaza<br>Suite 1100<br>Irvine, CA 92614-5979<br>Phone: 949-475-9200<br>Fax: 949-475-9203 | $35,000.00 | Foreclosure Professional |
| Wolfe & Wyman LLP | Bank One Center Tower, Suite 3400<br>Indianapolis, IN 46244-0942<br>Phone: (317) 636-3551<br>Fax: (317) 636-6680 | $35,000.00 | Counsel for title insurance recovery |
| Wood, Tuohy, Gleason, Mercer & Hernn | 4665 MacArthur Court<br>Newport Beach, CA 92660<br>Phone: (949) 477-5050<br>Fax: (949) 477-9200 | $35,000.00 | Foreclosure Professional |
| Wright, Finlay & Zak, L.L.P | | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Wright, Lindsey & Jennings LLP | 200 West Capitol<br>Little Rock, AR 72701<br>Phone: (501) 575-0808<br>Fax: (501) 212-1356 | $35,000.00 | Foreclosure Professional |
| Zucker, Goldberg & Ackerman | 200 Sheffield Street<br>Mountainside, NJ 7092<br>Phone: (908) 233-8500<br>Fax: (908) 233- | $35,000.00 | Foreclosure Professional |