## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | : **Chapter 11** |
| | : |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : |
| | : **Jointly Administered** |
| | : |
| **Debtors.** | : |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON APRIL 19, 2007 AT 10:00 A.M.

**I.    CONTESTED MATTERS GOING FORWARD:**

1.    Motion of the Debtors and Debtors in Possession for an Order Authorizing the Debtors to Pay Prepetition Wages, Compensation and Employee Benefits Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code [Docket No. 10; filed 4/2/07]

   Response Deadline:    April 9, 2007 at 4:00 p.m.

   Responses Received:

   A.    Response of the United States Trustee to the Motion of the Debtors and Debtors in Possession for an Order Authorizing the Debtors to Pay Prepetition Wages, Compensation, and Employee Benefits Pursuant to Sections 105(a) and 363 of the Bankruptcy Code [Docket No. 139; filed 4/9/07]

   B.    Limited Objection of the Official Committee of Unsecured Creditors to the Motion of Debtors and Debtors in Possession for an Order Authorizing the Debtors to Pay Prepetition Wages, Compensation and Employee

---

[1]    The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Benefits Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code [Docket No. 207; filed 4/12/07]

Related Documents:

i.   Interim Order Authorizing the Debtors and Debtors in Possession to Pay Prepetition Wages, Compensation and Employee Benefits Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code [Docket No. 47; filed 4/3/07]

ii.  Notice of (I) Entry of Interim Order Authorizing the Debtors and Debtors in Possession to Pay Prepetition Wages, Compensation and Employee Benefits Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and (II) Final Hearing on the Motion [Docket No. 75; filed 4/4/07]

iii. Final Order Authorizing the Debtors and Debtors in Possession to Pay Prepetition Wages, Compensation and Employee Benefits Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code [Docket No. 227; filed 4/12/07]

Status:  The Court has previously entered orders granting the majority of the relief requested in the motion. The hearing is going forward as to the balance of the motion.

2.   Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Date of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 70; filed 4/4/07]

Response Deadline:  April 11, 2007 at 4:00 p.m.

Responses Received:

A.   Objection to Emergency Motion of Debtors Regarding Bidding Procedures and Other Matters [Filed by General Electric Capital Corporation] [Docket No. 174; filed 4/11/07]

B.   Objection of the United States Trustee to the Emergency Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protection in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief [Docket No. 181; filed 4/11/07]

C. Objection of C-BASS to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 188; filed 4/11/07]

D. Limited Objection of Citigroup Global Markets Realty Corp. to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 190; filed 4/11/07]

E. Objection of Wells Fargo Bank N.A. to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 191; filed 4/11/07]

F. Limited Objection to Emergency Motion of Debtors Regarding Bidding Procedures and Other Matters (Servicing Business) [filed by Deutsche Bank National Trust Co.] [Docket No. 194; filed 4/11/07]

<u>Related Documents:</u>

i. Emergency Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [Docket No. 71; filed 4/4/07]

ii. Order Granting Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [Docket No. 90; filed 4/5/07]

iii. Notice of Hearing [Docket No. 120; filed 4/5/07]

iv. Declaration of Service of Jamie L. Edmonson Re:  Docket Nos. 70 and 71 [Docket No. 125; filed 4/6/07]

v. Amended Declaration of Service of Jamie L. Edmonson Re: Docket Nos. 70 and 71 [Docket No. 166; filed 4/10/07]

<u>Status:</u> The hearing on the Debtors' request for approval of bidding and other
procedures will go forward.

3.      Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A)
Approving Bidding Procedures in Connection with Auction of Loan Origination
Platform Assets, (B) Establishing Procedures Relating to the Assumption and
Assignment of Certain Executory Contracts and Unexpired Leases, Including
Notice of Proposed Cure Amounts, (C) Scheduling Hearing to Consider Proposed
Sale of Loan Origination Platforms Assets and Approving Form and Manner of
Notice Thereof and (D) Granting Related Relief and (II) an Order (A) Approving
the Proposed Sale and (B) Granting Related Relief [Docket No. 149; filed 4/9/07]

<u>Response Deadline:</u>    April 18, 2007 at 4:00 p.m.

<u>Responses Received</u>:

A.      Objection of General Electric Capital Corporation to Emergency Motion
of Debtors Regarding Bidding Procedures and Other Matters [Docket No.
258; filed 4/16/07]

<u>Related Documents</u>:

i.      Emergency Motion of the Debtors and Debtors in Possession for an Order
Shortening Notice Period and Approving the Form and Manner of Notice
[Docket No. 150; filed 4/9/07]

ii.     Order Granting Motion of the Debtors and Debtors in Possession for an
Order Shortening Notice Period and Approving the Form and Manner of
Notice [Docket No. 236; filed 4/13/07]

iii.    Notice of Hearing [Docket No. 247; filed 4/13/07]

iv.     Declaration of Service of Jamie L. Edmonson Re:  Docket Nos. 149 and
150 [Docket No. 268; filed 4/16/07]

v.      Supplemental Declaration of Service of Jamie L. Edmonson Re:  Docket
Nos. 149 and 150 [Docket No. 269; filed 4/16/07]

<u>Status:</u>  The hearing on the Debtors' request for approval of bidding and other
procedures will be go forward.

Dated: April 17, 2007
       Wilmington, Delaware

_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

PROPOSED ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION