**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 07-10416 (KJC) |
| **NEW CENTURY TRS HOLDINGS, INC.** | : | |
| a Delaware Corporation, et al. | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | |

**SPECIAL LIMITED NOTICE OF APPEARANCE,**
**REQUEST FOR NOTICES ON BEHALF OF STATE OF OHIO, EX REL.**
**MARC DANN, ATTORNEY GENERAL**

PLEASE TAKE NOTICE that the State of Ohio ex rel. Marc Dann, Attorney General, ("AGO") appears by its counsel for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served, in addition to Michelle T. Sutter, at the address set forth for it in the schedules and also at the following address:

> Ohio Attorney General's Office
> Matthew J. Lampke
> Assistant Chief
> Executive Agencies Section
> 30 E. Broad Street, 26th Floor
> Columbus, Ohio 43215-4200
> (614) 466-8569
> (866) 403-3979 (facsimile)

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of AGO.

This special limited notice of appearance is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of notices, orders, reports, and pleadings. The undersigned does not have the authority or capacity to waive the sovereign immunity of AGO or of the State of Ohio or to consent to this Court's exercise of jurisdiction over AGO or the State of Ohio. Accordingly, this special limited notice of appearance does not constitute a waiver of sovereign immunity by or on behalf of AGO, the State of Ohio, or any of its other departments, agencies, boards, or other instrumentalities.

>MARC DANN (0039425)
>ATTORNEY GENERAL OF OHIO
>
>  */s/ Matthew J. Lampke*
>MATTHEW J. LAMPKE (0067973)
>Assistant Chief
>30 East Broad Street, 26th Floor
>Columbus, Ohio 43215-4200
>(614) 466-2980
>(614) 728-9470 (Facsimile)
>mlampke@ag.state.oh.us
>
>Attorney for Ohio Department of Commerce,
>Division of Financial Institutions

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Special Limited Notice of Appearance* was served this 17th day of April, 2007, by electronic service upon all those parties by operation of the Court's electronic filing system or by U.S. Mail. Parties may access this filing through the Court's system.

>  */s/ Matthew J. Lampke*
>MATTHEW J. LAMPKE
>Assistant Chief