**EXHIBIT C**

# NEW CENTURY MANAGEMENT

**Executive Management:**

| Name | Office | Notes |
| --- | --- | --- |
| Brad A. Morrice | President and Chief Executive Officer | Co-founded New Century in 1995; served as Chief Operating Officer until July of 2006. |
| Taj S. Bindra | Executive Vice President and Chief Financial Officer | Joined New Century in November of 2006.* |
| Kevin M. Cloyd | Executive Vice President | Joined New Century in 2001. |
| Patti M. Dodge | Executive Vice President, Investor Relations | Served as Chief Financial Officer and Senior Vice President from 2002 until November 2006. |
| Joseph F. Eckroth, Jr. | Executive Vice President and Chief Operating Officer of New Century Mortgage Corp. | Joined New Century in 2005. |
| Robert J. Lambert | Senior Vice President, Leadership and Organizational Development | Joined New Century in 2005. |
| Anthony T. Meola | Executive Vice President, Production | Joined New Century in May of 2006.* |
| Stergios Theologides | Executive Vice President, General Counsel | Joined New Century in 1998. |
| *Mr. Bindra joined New Century after the accounting periods that are in question.  Mr. Meola joined New Century during the accounting periods that are in question. | | |

**Board of Directors:**

| Name | Office | Notes |
| --- | --- | --- |
| Marilyn A. Alexander | Member of Audit and Governance & Nominating Committees | Joined Board in 2005. |
| Harold A. Black | Member of Governance & Nominating and Compensation Committees; Chair of Public & Community Affairs Committee | Joined Board in 2004. |
| Robert K. Cole | | Co-founder of New Century; on the Board since 1995. Served as Chief Executive Officer until July, 2006 and as Chairman of the Board until December, 2006. |
| Fredric J. Forster | Chairman of the Board; member of Governance & Nominating and Compensation Committees | Joined Board in 1998; became Chairman in January, 2007. |
| Edward F. Gotschall | Vice Chairman of the Board; Member of Finance and Public & Community Affairs Committees | Co-founder of New Century; on the Board since 1995. |
| Donald E. Lange | Member of Audit, Governance & Nominating Committees; Chair of Compensation Committee | Joined Board in 2002. |
| Brad A. Morrice | Vice Chairman of the Board | Co-founder of New Century; on the Board since 1995. |
| Michael M. Sachs | Chair of Audit Committee, member of Compensation and Finance Committees | Joined Board in 1995. |
| Richard A. Zona | Member of Audit and Finance Committees | Joined Board in 2001. |

Note: All information derived from New Century's Internet website.