## CERTIFICATE OF SERVICE

      I hereby certify that on April 17, 2007, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

**VIA HAND DELIVERY**

Mark D. Collins
Michael J. Merchant
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington,  DE  19801

**VIA FIRST CLASS MAIL**

Suzanne S. Uhland, Esq.
Ben H. Logan, Esq.
Victoria Newark, Esq.
Emily R. Culler, Esq.
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco,  CA  94111

                                            /s/ Amy D. Brown
                                              Amy D. Brown