IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., a | ) | Case No. 07-10416 (KJC) |
| Delaware Corporation, et al.,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | **Hearing Date:** N/A |
| | ) | **Objection Deadline:** N/A |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael A. Morris as special litigation counsel to the Debtors in these chapter 11 cases.

Dated: Wilmington, Delaware
      April 16, 2007

RICHARDS, LAYTON & FINGER, P.A.

_/s/ Mark D. Collins_

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; and NCoral, L.P., a Delaware limited partnership.

-and-

O'MELVENY & MYERS, LLP
Ben H. Logan
Victoria Newmark
Emily R. Culler
400 South Hope Street
Los Angeles, California 90071-2899
(213) 430-6000

Suzzanne S. Uhland
275 Battery Street
San Francisco, California 94111
(415) 984-8700

Proposed Attorneys for Debtors and
Debtors-in-Possession

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: April 16, 2007         Signed: _____
Ocala, Florida                         Michael A. Morris

HENNIGAN, BENNETT & DORMAN LLP
Michael A. Morris
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234
MAMorris@hbdlawyers.com

Special Litigation Counsel to the Debtors

-3-

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
                                Honorable Kevin J. Carey
                                United States Bankruptcy Judge