UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :
NEW CENTURY TRS HOLDINGS,                           :     Case No. 07-10416 (KJC)
INC., a Delaware Corporation, et al.                :
                                                    :     Jointly Administered
                     Debtors.                       :
---------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Skadden, Arps, Slate, Meagher & Flom LLP hereby enters its appearance on behalf of Maguire Properties-Park Place, LLC, Maguire Properties-3121 Michelson, LLC and Maguire Properties-3161 Michelson, LLC in the above-captioned chapter 11 case, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 11 U.S.C. §1109(b), and demands that all notices and pleadings given or filed in these cases be given and served upon each of the following:

> D. J. Baker, Esq.
> Rosalie W. Gray, Esq.
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036-6522
> Telephone: (212) 735-3000
> Facsimile: (212) 732-2000
> Email: rgray@skadden.com

Megan E. Cleghorn, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P. O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Facsimile:  (302) 651-3001
Email: mcleghor@skadden.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. §1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-referenced cases and proceedings herein.

Dated: April 17, 2007

/s/ Megan E. Cleghorn
Megan E. Cleghorn (I.D. No. 4080)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P. O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Facsimile:  (302) 651-3001
Email: mcleghor@skadden.com

D. J. Baker
Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 732-2000
Email: rgray@skadden.com

Counsel for Maguire Properties-Park Place, LLC,
Maguire Properties-3121 Michelson, LLC and
Maguire Properties-3161 Michelson, LLC