IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al. | : |
| | : Objection Deadline: 4/17/07 at 4:00 p.m. |
| Debtors. | : Hearing Date: 4/24/07 at 2:30 p.m. |

**OBJECTION OF RBC MORTGAGE COMPANY AND RBC HOLDCO CORPORATION TO MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 365 AND 554 OF THE BANKRUPTCY CODE (A) AUTHORIZING AND APPROVING THE REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (B) AUTHORIZING AND APPROVING PROCEDURES FOR THE REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF PERSONAL AND NON-RESIDENTIAL REAL PROPERTY**

1. RBC Mortgage Company and RBC Holdco Corporation (Collectively "RBC") and New Century Financial Corporation entered into a sale of certain assets on September 2, 2005, which includes the assignment of real and personal property leases. RBC is liable for twenty-six of the real property leases assigned as part of the September 2, 2005 transaction

2. On April 2, 2007 Debtors moved to reject certain unexpired leases of non-residential real property and to authorize and approve procedures for rejection of executory contracts and unexpired leases of personal and non-residential real property.

3. Shortly thereafter, on April 9, 2007, Debtors filed an Emergency seeking Approval of Bidding Procedures in connection with the proposed sale of the Loan Origination Platform Assets. The retail division operating as Home 123 Corporation is an asset within the Loan Origination Platform assets. The Bidding Procedures Motion is scheduled to be heard on April 19, 2007.

4.  Home 123 Corporation is supported by 24 branch offices and three central telemarketing units. Debtors have failed to adequately define the property they intend to include in the sale and a reasonable reading of the motion indicates that the nonresidential real property leases are part of the assets subject to the sale.

5.  Fifteen of the leases, as set forth below, are slated for rejection, however they are also part of the assets subject to the Emergency Sales Motion.

| Address | Suite | City | State | Zip |
|---|---|---|---|---|
| 5555 Tech Center Drive #100 | | Colorado Springs | CO | 80919 |
| 17107 Chesterfield Airport Rd. | Suite 140 | Chesterfield | MO | 63005 |
| 6100 Lake Forest Drive | Suite 350 | Atlanta | GA | 30328 |
| 201 Mission Street, Suite 1300 | | San Francisco | CA | 94105 |
| Valencia Town Center I | 24300 Town Center Drive | Valencia | CA | 91355 |
| 4250 E. Camelback Road | Suite K190 | Phoenix | AZ | 85018 |
| 707 Richards Street | Suite PH 3 | Honolulu | HI | 96813 |
| 12813 Flushing Meadows Drive | Suite 170 | Town & Country | MO | 63131 |
| Gainey Ranch Financial Center I & II | 7373 East Doubletree Ranch Rd | Scottsdale | AZ | 85258 |
| 500 Peterson Road | | Libertyville | IL | 60048 |
| 3131 Camino Del Rio North | Suite 860 | San DIego | CA | 92121 |
| 11235 SE 6th Street-Bldg A- Suite 130 | | Bellevue | WA | 98004 |
| 6565 Americas Parkway | Suite 620 | Albuquerque | NM | 87110 |
| 7401 104th Avenue | Suite 160 | Kenosha | WI | 53142 |
| 4700 42nd Avenue SW | Suite 580 | Seattle | WA | 98116 |

And of the fifteen leases, the following six leases are subject to a request to reject nunc pro tunc to the date of the Motion:

| Address | Suite | City | State | Zip |
|---|---|---|---|---|
| 6100 Lake Forest Drive | Suite 350 | Atlanta | GA | 30328 |
| 201 Mission Street, Suite 1300 | | San Francisco | CA | 94105 |
| 500 Peterson Road | | Libertyville | IL | 60048 |
| 3131 Camino Del Rio North | Suite 860 | San DIego | CA | 92121 |
| 7401 104th Avenue | Suite 160 | Kenosha | WI | 53142 |
| 4700 42nd Avenue SW | Suite 580 | Seattle | WA | 98116 |

6.  RBC, by and through its counsel, has repeatedly asked Debtors' counsel to identify which, if any, of the leases slated for rejection are also to be considered for sale under the bidding procedures, but the Debtors have not been able to clarify this issue.

7.  Debtors' cannot be permitted to seek early rejection of assets that they are marketing for sale.

8.  Under any circumstances, the Debtors failure to identify which leases are to be part of the proposed sale of the Loan Platform Assets must preclude a rejection prior to clarification and appropriate notice

WHEREFORE, RBC request that Debtors Motion be denied as to the leases identified in this Objection.

**MONZACK AND MONACO, P.A.**

*/s/ Rachel B. Mersky*
Francis A. Monaco, Jr., Esquire (#2078)
Rachel B. Mersky, Esquire (#2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19899-2031
(302) 656-8162
COUNSEL FOR RBC USA HOLDING CORPORATION
AND RBC MORTGAGE COMPANY

Dated: April 17, 2007