## CERTIFICATE OF SERVICE

I, Jennifer R. Taylor, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made on April 17, 2007 upon the following individual(s):

**VIA FACSIMILE and**
**UNITED STATES MAIL**

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards Layton and Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Suzzanne S. Uhland, Esquire
Ben H. Logan, Esquire
Victoria Newmark, Esquire
Emily R. Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 17, 2007

Jennifer R. Taylor