UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY HOLDINGS, INC., a Delaware corporation, et al.<br>                  Debtor. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Joseph H. Huston, Jr., a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Michael A. Fagone, Esquire, of Bernstein Shur, 100 Middle Street, West Tower, PO Box 9729, Portland, ME 04104-5029, to represent: (i) Gregory J. Schroeder; (ii) Michelle Parker; (iii) Martin Warren; (iv) Steve Holland; (v) Nabil Bawa; and (vi) any official or unofficial committee of beneficiaries of the New Century Financial Corporation Deferred Compensation Plan and/or Supplemental Executive Savings Plan that may be appointed or formed in these actions.

Dated: April 17, 2007

/s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr. (No. 4035)
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
(302) 425-3310

Motion granted.

Date:_____

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

SL1 716610v1/000000.00000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maine (admitted in 1997), the United States District Court for the District of Maine (1998), the United States Court of Appeals for the First Circuit (2000), the State of New Hampshire (1997), and the United States District Court for the District of New Hampshire (1998) and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee has been paid to the Clerk of Court for District Court.

Michael A. Fagone, Esquire
BERNSTEIN, SHUR, SAWYER & NELSON
100 Middle Street, West Tower
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                       United States Bankruptcy Judge