FILED

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

2007 APR 17 AM 10: 31

| In re: | CASE NO.: 07-10416 (KJC) |
|---|---|
| NEW CENTURY TRS HOLDINGS, INC., Et al., | CHAPTER 11<br>JOINTLY ADMINSITERED |
| Debtors. | Obj. Deadline: April 17, 2007 @ 4:00p.m.<br>Hearing Date: April, 24, 2007 @ 2:30 p.m. |

## CANPRO INVESTMENTS LTD., LIMITED OBJECTION AND RESPONSE IN OPPOSITION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 365 AND 554 OF THE BANKRUPTCY CODE (A) AUTHORIZING AND APPROVING THE REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL PROPERTY AND (B) AUTHORIZING AND APPROVING PROCEDURES FOR THE REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF PERSONAL AND NONRESIDENTIAL REAL PROERTY

Canpro Investments, Ltd. ("Canpro"), by and through undersigned counsel, files its limited objection and response in opposition to the Motion of the Debtors (as defined in Footnote One of the motion) and Debtors in Possession for Entry of an Order Pursuant to Sections 365 and 554 of the Bankruptcy Code (A) Authorizing and Approving the Rejection of Certain Unexpired Leases of Nonresidential Real Property and (B) Authorizing and Approving Procedures for the Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property (D.E. # 23) (the "Motion") and as grounds in support thereof respectfully states:

1. Canpro is the landlord in that certain lease dated June 10, 2004 between Debtor Home 123 Corporation and RBC Mortgage Company (the "Lease"). RBC assigned its rights to Canpro subsequent to the execution of the lease.

2. The lease covers certain nonresidential real property located at 621 NW 53rd Street, Suite 600, Boca Raton, FL 33487 (the "Demised Premises"). The current monthly rental is $35,752.90. The Lease does not expire, by its terms, until November 30, 2009.

3. Canpro is listed as the first entry on page 5 of Exhibit "A" to the Motion as a lease that the Debtors wish to reject *nunc pro tunc* as of April 2, 2007. The Demised Premises are described as "dark."

4. Canpro has no objection to the rejection of the Lease. However, Canpro objects to *nunc pro tunc* rejection of the Lease for the reasons described herein.

5. Although the Debtors may not be using the premises to conduct business, the Debtors' furniture, files, computers, office supplies and other personal property remains on the Demised Premises and has remained on the Demised Premises for some time. Canpro is currently unable to relet the Demised Premises as the Debtors' personal property continues to occupy the space. Canpro has attempted to mitigate its damages by taking steps to relet the Demised Premises, but cannot relet them until the Debtors remove the personal property.

6. In addition, as long as the Debtors do not remove the personal property from the Demised Premises and remain in possession of the Demised Premises, Canpro is entitled to rent as an administrative expense of the estate pursuant to 11 U.S.C. § 503(b)(1)(A). *See In re TWA, Inc.*, 145 F.3d 124 (3rd Cir. 1998); *Zagata Fabricators, Inc. v. Superior Air Products*, 893 F.2d 624 (3rd Cir. 1990).

7. Canpro would have no objection to the moving of its Lease to Exhibit "B" and agreeing to a rejection date of April 30, 2007, conditioned on the Debtors removing their personal property from the Demised Premises.

8. As noted above, Canpro is taking steps to mitigate its damages and relet the premises. Canpro will be able to find a new tenant sooner if the Debtors remove their personal property by April 30, or sooner if possible.

9. Canpro reserves its rights to apply to the Court at a later date for the payment of its administrative rent.

10. Canpro requests the Court accept this filing pursuant to Local Rule 83.5. Should this matter not be resolved, Canpro will engage local counsel to attend any hearings or otherwise appear in the case should it become required and necessary under the Local Rules.

WHEREFORE, Canpro respectfully requests the Court enter an order denying the Debtors' request to reject Canpro's lease *nunc pro tunc*, require the Debtor to reject Canpro's lease as of April 30 or such later date as the Debtors continue to occupy the Demised Premises as well as grant any further relief the Court deems proper under the circumstances.

Dated this 16th day of April, 2007.

        SLATKIN & REYNOLDS, P.A.
        Attorneys for Canpro Investments Ltd.
        One East Broward Boulevard, Suite 700
        Fort Lauderdale, Florida 33301
        Telephone 954.745.5880
        Facsimile 954.745.5890
        rreynolds@slatkinreynolds.com

By: /s/
    ROBERT F. REYNOLDS
    Fla. Bar No. 174823

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing was served via overnight courier and facsimile upon Mark D. Collins, Esq. and Michael Merchant, Esq., Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801 and Suzzanne S. Uhland, Esq., Ben H. Logan, Esq., Victoria Newmark, Esq. and Emily R. Culler, Esq., O'Melveny & Myers LLP, 275 Battery Street, San Francisco, CA 94111 this 16th day of April, 2007.

_____
ROBERT F. REYNOLDS