| | |
|---|---|
| 1 | ROBERT P. GATES, ESQ. (State Bar No. 45210) |
| 2 | MICHAEL J. CARROLL, ESQ. (State Bar No. 50246) |
|   | ERSKINE & TULLEY |
| 3 | A PROFESSIONAL CORPORATION |
| 4 | 220 Montgomery Street, Suite 303 |
|   | San Francisco, CA 94104 |
| 5 | Telephone: (415) 392-5431 |
| 6 | FAX: (415) 392-1978 |

FILED
2007 APR 16  AM 10: 23
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Attorneys for Creditor, 500 EAGLES LANDING, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-104169 (KJC) |
| INC., a Delaware corporation, et al., | ) | |
| | ) | Jointly Administered |
| Debtors, | ) | |
| ———————————————— | ) | |

## REQUEST FOR SPECIAL NOTICE, PLAN AND DISCLOSURE STATEMENT

TO THE DEBTOR AND ITS ATTORNEYS OF RECORD

ERSKINE & TULLEY, A PROFESSIONAL CORPORATION, attorneys for the above creditor, hereby requests (1) notice of all matters which must be noticed to creditors, any creditors committees and any other parties in interest, whether sent by the Court, Debtor, United States Trustee or any other party in this case, and (2) in accordance with Bankruptcy Rule 3017 (a), copies of any plan and disclosure statement filed herein. The undersigned further requests that such notices and copies be sent to the addresses identified below and that these addresses be added to the Court's Master Mailing List:

| | |
|---|---|
| 1 | ROBERT P. GATES, ESQ. |
| 2 | ERSKINE & TULLEY, A PROFESSIONAL CORPORATION |
|   | 220 Montgomery Street, Suite 303 |
| 3 | San Francisco, CA  94104 |
| 4 | Telephone:  (415) 392-5431 |
|   | FAX:  (415) 392-1978 |
| 5 | E-Mail:  bob@erskinetulley.com |
| 6 | |
|   | 500 EAGLES LANDING, LLC. |
| 7 | Attn.  David A. Meskan, Manager |
|   | 2100 Green Street, Apt. 404 |
| 8 | San Francisco, CA  94123 |
| 9 | Telephone:  (415) 441-3120 |
|   | FAX:  (415) 441-3120 |
| 10 | E-Mail:  dmeskan@pacbell.net |
| 11 | |
|   | Rent Paid to/Property Manager |
| 12 | Property Management Professionals, LLC |
| 13 | 1512 Royce Drive |
|   | Locust Grove, GA 30248 |
| 14 | Telephone:  (678) 662-2977 |
| 15 | FAX:  (770) 389-9606: |
|   | E-Mail:  kurthenry@hotmail.com |
| 16 | |
| 17 | |
|   | **Creditor is Landlord under Lease No. GA 007 located at 512 Eagle's** |
| 18 | |
|   | **Landing Parkway, Stockbridge, GA  30281, and you are hereby notified that the** |
| 19 | |
|   | **addresses above are the correct addresses for (1) Landlord Name and (2) Rent Paid** |
| 20 | |
|   | **to/Property Manager.** |
| 21 | |
|   | DATED: April 13, 2007.        ERSKINE & TULLEY |
| 22 |                               A PROFESSIONAL CORPORATION |
| 23 | |
| 24 |                               By _____ |
|   |                                    Robert P. Gates |
| 25 |                                    Attorneys for Creditor, |
| 26 |                                         500 EAGLES LANDING, LLC |
| 27 | |
| 28 | |

**REQUEST FOR SPECIAL NOTICE,**
**PLAN AND DISCLOSURE STATEMENT**                                                                 2

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On April 13, 2007, I served the document(s) listed below on the parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Suzzanne S. Uhland, Esq.
Ben H. Logan, Esq.
Victoria Newmark, Esq.
Emily R. Culler, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

New Century Claims Processing
c/o XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA 90295

Document(s):

REQUEST FOR SPECIAL NOTICE, PLAN AND DISCLOSURE STATEMENT

I, ROBERT P. GATES, certify (or declare), under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I have executed this declaration on April 13, 2007, at San Francisco, California.

_____
Robert P. Gates

**REQUEST FOR SPECIAL NOTICE,
PLAN AND DISCLOSURE STATEMENT**                                          3