## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

IN RE                                              )
                                                   )
NEW CENTURY FINANCIAL CORP.,    ) Case No. 07-10416
                                                   ) Chapter 11
                          Debtor(s).          )

## ENTRY OF APPEARANCE AND REQUEST FOR
## PLEADINGS, NOTICES AND DOCUMENTS

 Comes now the Missouri Department of Revenue and enters its appearance as a creditor of the captioned Debtor(s).  This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

 All pleadings, notices and documents should be served at the following address: Missouri Department of Revenue, Bankruptcy Unit, Attention: <u>Sheryl L. Moreau, PO Box 475, Jefferson City, MO  65105-0475.</u>

 **This pleading constitutes a written and specific request for the disclosure statement and plan.**

Jeremiah W. (Jay) Nixon, Attorney General
State of Missouri

<u>By: /s/ Sheryl L. Moreau</u>
Sheryl L. Moreau, Mo. Bar #34690
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO  65105-0475
(573) 751-5531  FAX (573) 751-7232
Attorney for Department of Revenue