IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY
CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On April 2, 2007, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1532 (the "Bankruptcy Code"). The Debtors, and their respective addresses, case numbers, and federal tax identification numbers are as follows:

| DEBTOR (Other names, if any, used by the Debtor in the last six years) | ADDRESS | CASE NO. | EID # |
|---|---|---|---|
| New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation) | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10416 (CSS) | 33-0683629 |
| New Century Financial Corporation (f/k/a New Century REIT, Inc.) | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10417 (CSS) | 56-2451736 |
| New Century Mortgage Corporation (f/k/a JBE Mortgage Corporation) (d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC) | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10419 (CSS) | 93-1195257 |
| NC Capital Corporation | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10420 (CSS) | 33-0829437 |
| Home123 Corporation (f/k/a 1800anyloan.com; Anyloan.com; The Anyloan Corporation) | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10421 (CSS) | 33-0854965 |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

RLF1-3139522-1

| DEBTOR (Other names, if any, used by the Debtor in the last six years) | ADDRESS | CASE NO. | EID # |
|---|---|---|---|
| New Century Credit Corporation (f/k/a Worth Funding Incorporated) | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10422 (CSS) | 95-4729811 |
| NC Asset Holding, L.P. (f/k/a NC Residual II Corporation) | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10423 (CSS) | 90-0277171 |
| NC Residual III Corporation | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10424 (CSS) | 75-3023143 |
| NC Residual IV Corporation | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10425 (CSS) | 41-2152421 |
| New Century R.E.O. Corp. | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10426 (CSS) | 33-0824457 |
| New Century R.E.O. II Corp. | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10427 (CSS) | 20-5323198 |
| New Century R.E.O. III Corp. | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10428 (CSS) | 65-1297602 |
| New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage) | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10429 (CSS) | 71-0973199 |
| NC Deltex, LLC | 6404 International Parkway Plano, TX 75093 | 07-10430 (CSS) | 33-1141691 |
| NCoral, L.P. | 6404 International Parkway Plano, TX 75093 | 07-10431 (CSS) | 20-4665740 |

DATE, TIME AND LOCATION OF MEETING OF CREDITORS. In accordance with section 341 of the Bankruptcy Code, a meeting of the Debtors' creditors will be conducted on **May 8, 2007 at 10:00 a.m. (Eastern Time) at the J. Caleb Boggs Federal Building, 844 King Street, 5th Floor, Room 5209, Wilmington, Delaware 19801.**

DEADLINE TO FILE A PROOF OF CLAIM. Notice of a deadline will be sent to known creditors at a later date.

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE.

Joseph J. McMahon, Jr.
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, Delaware 19899
(302) 573-6491

COUNSEL FOR THE DEBTORS.

| | |
|---|---|
| Suzzanne S. Uhland | Mark D. Collins |
| Ben H. Logan | Michael J. Merchant |
| Emily R. Culler | Christopher M. Samis |
| O'MELVENY & MYERS LLP | RICHARDS, LAYTON & FINGER, P.A. |
| 275 Battery Street | One Rodney Square |
| San Francisco, California 94111 | 920 North King Street |
| (415) 984-8700 | Wilmington, Delaware 19801 |
| | (302) 651-7700 |

COMMENCEMENT OF CASES. Petitions for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors, and orders for relief have been entered. You will not receive notice of all documents filed in these cases. All documents filed with the Court, including lists of the Debtors' property and debts, will be available for inspection at the office of the clerk of the Bankruptcy Court. In addition, such documents may be available at www.deb.uscourts.gov.

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the Bankruptcy Code enables a debtor to reorganize pursuant to a plan. A plan is not effective unless approved by the Court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event the cases are dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate their business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review section 362 of the Bankruptcy Code and seek legal advice. The staff of the Clerk of the Bankruptcy Court is not permitted to give legal advice.

MEETING OF CREDITORS. The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the Debtors' representative and transact such other

business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

PROOF OF CLAIM. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in these cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors.** Proof of claim forms also are available in the clerk's office of any bankruptcy court. Proof of claim forms also are available from the Court's web site at www.deb.uscourts.gov.

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtors, except as provided in the plan.

Dated: April 17, 2007

For the Court:     /s/ David D. Bird
                   Clerk of the Bankruptcy Court

4

RLF1-3139522-1