IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          :      **Chapter 11**
                                                :
**NEW CENTURY TRS HOLDINGS,**                   :      **Case No. 07-10416 (KJC)**
**INC., a Delaware corporation, et al.,**[1]    :
                                                :      **Jointly Administered**
                        Debtors.                :

## NOTICE OF FILING

PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession have today filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801:

- **List of Equity Security Holders Common Stock [New Century Financial Corporation, Case No. 07-10417]**

- **List of Equity Security Holders Common Stock - Component of Cede & Co. Stock**[2] **[New Century Financial Corporation, Case No. 07-10417]**

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

[2] This list provides the names of holders of beneficial interest in stock registered under Cede & Co Inc., to the extent available to the public and known to the Debtors, for approximately 31 million shares The names of the other holders of beneficial interest in stock registered under Cede & Co. Inc. representing approximately 20 million shares are not available to the public and/or not known to the Debtors

- **List of Equity Security Holders Restricted Stock [New Century Financial Corporation, Case No. 07-10417]**

Dated: April 17, 2007
      Wilmington, Delaware

_____

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Paul N. Heath (No. 3704)
Chun I. Jang (No. 4790)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

- and -

Suzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION