## COMMON STOCK

# LIST OF EQUITY SECURITY HOLDERS
# COMMON STOCK

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | NUMBER/ PERCENTAGE OF SHARES |
|---|---|
| CEDE & CO<br>PO BOX 20, BOWLING GREEN STATION<br>NEW YORK, NY 10274 | 51,865,912 |
| ROBERT K COLE<br>2431 RIVIERA DRIVE<br>LAGUNA BEACH, CA 92651 | 874,485 |
| BRADLEY A MORRICE TR UA 12 12 01 BY BRADLEY A MORRICE PLEDGED TO ML BANK USA<br>718 DAVIS WAY<br>LAGUNA BEACH, CA 92651 | 600,000 |
| RESTRICTED NOMINEE BOOK BALANCE ACCOUNT FOR 6435REST MELLON INVESTOR SERVICES<br>480 WASHINGTON BLVD 27TH FL<br>JERSEY CITY, NJ 07310 | 436,684 |
| MERRILL LYNCH CUST FBO EDWARD F GOTSCHALL C/O NEW CENTURY FINANCIAL CORP<br>18400 VON KARMAN AVE STE 1000<br>IRVINE, CA 92612 | 431,161 |
| BRADLEY A MORRICE TTEE BRADLEY A MORRICE TRUST BY BRADLEY A MORRICE<br>718 DAVIS WAY<br>LAGUNA BEACH, CA 92651 | 368,198 |
| MERRILL LYNCH CUST FBO ROBERT K COLE<br>4695 MACARTHUR COURT STE 1800<br>NEWPORT BEACH, CA 92660 | 214,776 |
| EDWARD GOTSCHALL & SUSAN GOTSCHALL TR UA DTD MAY 02 97 FBO GOTSCHALL FAMILY TRURST<br>6 FRESIAN<br>COTO, CA 92679 | 165,088 |
| EDWARD GOTSCHALL & SUSAN GOTSCHALL TR UA MAY 02 97 FBO GOTSCHALL FAMILY TRURST<br>6 FRESIAN<br>COTO, CA 92679 | 150,000 |
| MICHAEL M SACHS TR UA DTD OCT 21 2003 MICHAEL M & MAUREEN SACHS LIVING TRUST<br>16633 VENTURA BLVD 6TH FLOOR<br>ENCINO, CA 91436 | 100,000 |
| EDWARD F GOTSCHALL TR UA DEC 22 06 EDWARD F GOTSCHALL ANNUITY TRUST<br>6 FRESIAN<br>COTO, CA 92679 | 54,600 |
| BRADLEY A MORRICE TR UA 8 18 04 BRADLEY A MORRICE GRANTOR RETAINED ANNUITY TRUST<br>718 DAVIS WAY<br>LAGUNA BEACH, CA 92651 | 52,917 |
| EDWARD GOTSCHALL TR UA 12 23 05 EDWARD GOTSCHALL ANNUITY TRUST<br>6 FRESIAN<br>COTO, CA 92679 | 45,400 |
| EDWARD F GOTSCHALL & SUSAN K GOTSCHALL TR UA MAY 02 97 THE GOTSCHALL FAMILY TRUST<br>6 FRESIAN<br>COTO, CA 92679 | 40,774 |
| BRADLEY A MORRICE & NICOLE L MORRICE TR UA OCT 26 04 THE MORRICE FAMILY TRUST<br>718 DAVIS WAY<br>LAGUNA BEACH, CA 92651 | 34,789 |
| BRAD A MORRICE<br>718 DAVIS WAY<br>LAGUNA BEACH, CA 92651 | 34,552 |
| CEDE & CO ATTN CHARLES ESPOSITO<br>55 WATER STREET, REORG CONTROL SECTION<br>NEW YORK, NY 10041 | 30,136 |
| MICHAEL M SACHS TTEE MICHAEL SACHS & MAUREEN SACHS LIVING TRUST UAD 10 21 03<br>16633 VENTURA BLVD 6TH FL<br>ENCINO, CA 91436 | 30,000 |
| PENBRAD & CO BALANCING ACCOUNT IPS RECONCILIATION GROUP MELLON INVESTOR SERVICES<br>480 WASHINGTON BLVD 27TH FL<br>JERSEY CITY, NJ 07310 | 28,571 |
| BRADLEY A MORRICE TR UA 12 12 01 THE BRADLEY A MORRICE REV TRUST<br>2485 IRVINE COVE CREST<br>LAGUNA BEACH, CA 92651 | 25,363 |
| EDWARD F GOTSCHALL<br>6 FRESIAN<br>COTO, CA 92679 | 24,325 |

# LIST OF EQUITY SECURITY HOLDERS
## COMMON STOCK
### (Continuation Sheet)

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | NUMBER/ PERCENTAGE OF SHARES |
|---|---|
| BRADLEY A MORRICE TR UA 12 12 01 BY BRADLEY A MORRICE<br>718 DAVIS WAY<br>LAGUNA BEACH, CA  92651 | 21,720 |
| NEW CENTURY TRS HOLDINGS INC<br>18400 VON KARMAN AVE STE 1000<br>IRVINE, CA  92612 | 20,000 |
| KEVIN CLOYD<br>11795 BORUM AVENUE<br>TUSTIN, CA  92782 | 14,555 |
| PATRICK FLANAGAN<br>8 MORNING AVENUE<br>LAGUNA NIGUEL, CA  92677 | 12,291 |
| MIS AS EXCHANGE AGENT FOR NEW CENTURY FINANCIAL REORGANIZATION DEPARTMENT MELLON INVESTOR SERVICES<br>480 WASHINGTON BLVD 27TH FL<br>JERSEY CITY, NJ  07310 | 7,200 |
| ELIZABETH A TRISTANI<br>8-21 MITCHELL PL<br>FAIR LAWN, NJ  07410 | 3,500 |
| SAMUEL OFRICHTER & RHODA OFRICHTER JT TEN<br>762 BARRYMORE LANE<br>BETHLEHEM, PA  18017 | 3,000 |
| D SCOTT DOUGLAS<br>PO DRAWER 2197<br>CLEARWATER, FL  33757 | 3,000 |
| VICTOR J SEGHERS & PETER R BUENZ TR UA DTD JAN 21 2002 BELTEX REVOCABLE TRUST<br>5518 SUMMERHILL<br>TEMPLE, TX  76502 | 3,000 |
| EDWARD GOTSCHALL & SUSAN GOTSCHALL TR UA MAY 02 97 FBO THE GOTSCHALL FAMILY TRUST<br>6 FRESIAN<br>COTO, CA  92679 | 2,833 |
| BRUCE HANNA TR UA 11 18 04 BRUCE HANNA TRUST<br>4639 COCONINO WAY<br>SAN DIEGO, CA  92117 | 2,700 |
| DAVID E LEWIS<br>11400 SE 6TH ST 110<br>BELLEVUE, WA  98004 | 2,309 |
| RAYMOND C SMITH<br>508 HUGH ST<br>PARKERSBURG, WV  26101 | 2,200 |
| MICHAEL M SACHS WESTREC MARINA S<br>16633 VENTURA BLVD 6TH FLOOR<br>ENCINO, CA  91436 | 2,144 |
| RICHARD A ZONA<br>55 ARBOR COURT<br>TONKA BAY, MN  55331 | 2,144 |
| FREDRIC J FORSTER<br>1221 STARBOARD WAY<br>CORONA DEL MAR, CA  92625 | 2,144 |
| DONALD E LANGE<br>51 MISTY ACRES ROAD<br>ROLLING HILLS ESTATES, CA  90274 | 2,144 |
| JOHN A SULLIVAN<br>1744 CAMBRIA COURT<br>SAN JACINTO, CA  92583 | 2,000 |
| CAROLYN A SCHUMI & DENNIS J SCHUMI JT TEN<br>BOX 631<br>EAST TROY, WI  53120 | 1,800 |
| BRAD A MORRICE & NICOLE L MORRICE TR UA OCT 26 04 THE MORRICE FAMILY TRUST<br>718 DAVIS WAY<br>LAGUNA BEACH, CA  92651 | 1,536 |
| BRUCE A MORRICE<br>6536 COPPER CREEK DR<br>DALLAS, TX  75248 | 1,300 |

# LIST OF EQUITY SECURITY HOLDERS
## COMMON STOCK
(Continuation Sheet)

| REGISTERED NAME OF HOLDER OF SECURITY<br>LAST KNOWN ADDRESS OR PLACE OF BUSINESS | NUMBER/<br>PERCENTAGE<br>OF SHARES |
|---|---|
| BRUCE HANNA & BARBARA HANNA ALBA JT TEN<br>4639 COCONINO WAY<br>SAN DIEGO, CA  92117 | 1,300 |
| JENNIE FITTER<br>102 MUNSEY RD<br>EMERSON, NJ  07630 | 1,139 |
| BRITTANY GOTSCHALL<br>6 FRESIAN<br>COTO, CA  92679 | 1,127 |
| MATTHEW GOTSCHALL<br>6 FRESIAN<br>COTO, CA  92679 | 1,127 |
| SUSAN K GOTSCHALL CUST RYAN GOTSCHALL UNDER THE CA UNIF TRANSFERS TO MINORS ACT<br>6 FRESIAN<br>COTO, CA  92679 | 1,127 |
| WILLIAM A BEARD & VIRGINIA M BEARD JT TEN<br>1119 DAN RIVER CHURCH RD<br>HALIFAX, VA  24558 | 1,100 |
| ADDIE L HUSTON<br>4011 SHAWNEE RD<br>LIMA, OH  45806 | 1,013 |
| NICHOLAS LEAVY<br>BOX 167<br>SOUTH SALEM, NY  10590 | 1,000 |
| BARBARA FREED BELL<br>2618 GODDARD RD<br>TOLEDO, OH  43606 | 1,000 |
| JOY STARR ENTERPRISES<br>431 SUMMIT ST<br>ENGLEWD CLFS, NJ  07632 | 1,000 |
| PAULA T SHAPIRO & JUDITH S SHAPIRO TR UA AUG 10 98 FBO ANNETTE SHAPIRO IRREVOCABLE TRUST<br>3400 FT INDEPENDENCE ST 5G<br>BRONX, NY  10463 | 1,000 |
| DONALD S SMITH<br>BOX 264<br>CHARLES TOWN, WV  25414 | 1,000 |
| MURRY P NIELSEN<br>1321 ROAD T<br>NEOSHO RAPIDS, KS  66864 | 1,000 |
| ELIZABETH WARD<br>2068 W MISTLETOE ST<br>SAN ANTONIO, TX  78201 | 1,000 |
| JERALD LEFKOWITZ<br>77 7TH AVE APT 7B<br>NEW YORK, NY  10011 | 1,000 |
| WOODWARD BALL & CORINNE BALL JT TEN<br>6 GREENWICH ST<br>RIVERDALE, NJ  07457 | 1,000 |
| NICKOLAS L PEZZELLA<br>214 DULWICH CRES<br>NORFOLK, VA  23503 | 1,000 |
| GEORGE M BENTZEL<br>87 COUNTRY VIEW EST<br>NEWVILLE, PA  17241 | 1,000 |
| HARRY PRITTS<br>1230 N ORIENT ST<br>FAIRMONT, MN  56031 | 1,000 |
| PATTI DODGE<br>26 OROVILLE<br>IRVINE, CA  92602 | 983 |
| DARYL E ZIMMERMAN<br>10735 CHOKECHERRY DR<br>BISMARCK, ND  58503 | 800 |

## LIST OF EQUITY SECURITY HOLDERS
## COMMON STOCK
### (Continuation Sheet)

| REGISTERED NAME OF HOLDER OF SECURITY<br>LAST KNOWN ADDRESS OR PLACE OF BUSINESS | NUMBER/<br>PERCENTAGE<br>OF SHARES |
|---|---|
| RICHARD M JONES TR UA 02 26 02 BY RICHARD M JONES<br>BOX 104<br>KILAUEA, HI 96754 | 800 |
| FRANZ PROHASKA & KATHARINA A PROHASKA JT TEN<br>25151 ANCHORAGE DR<br>HARRISON TWP, MI 48045 | 771 |
| DAVID V TODHUNTER<br>1026 N 16TH ST<br>MANITOWOC, WI 54220 | 600 |
| WALLACE B DECKER<br>1439 CENTRE RD<br>RHINEBECK, NY 12572 | 600 |
| DENNIS J SCHUMI<br>2972 NORTH ST BOX 631<br>EAST TROY, WI 53120 | 600 |
| CHADWICK FOUNDATION INC<br>BOX 486<br>SODA SPRINGS, ID 83276 | 600 |
| GEORGE L SHARP & LOIS K SHARP JT TEN<br>35 DOUGLAS WAY<br>NICHOLASVILLE, KY 40356 | 600 |
| EDWIN W WINKLER<br>9029 PIN OAK RD<br>EDWARDSVILLE, IL 62025 | 550 |
| DOROTHY R RUSSUM & ROBERT L RUSSUM JR JT TEN<br>704 N AGENCY RD<br>RIDGELAND, MS 39157 | 500 |
| E J PETERSON TR UA AUG 15 91 E J PETERSON REVOCABLE LIVING TRUST<br>409 TIMBERWICK PL<br>MANHATTAN, KS 66503 | 500 |
| JOSEPH F SOBODA JR & CLAIRE M SOBODA JT TEN<br>135 PINE ST<br>REHOBOTH, MA 02769 | 500 |
| RHODY R MARQUARD TR UA 01 10 97 RHODY R MARQUARD REV TRUST<br>2212 FARMDALE LANE<br>FREEPORT, IL 61032 | 500 |
| CHARLES A SISKIN TR UA 12 18 01 CHARLES A SISKIN REV LIVING TRUST<br>6605 NW 61ST ST<br>TAMARAC, FL 33321 | 500 |
| SHERI UNDERBRINK & PAUL UNDERBRINK TEN COM<br>2120 W 10TH ST<br>AUSTIN, TX 78703 | 450 |
| BRUCE M RICH<br>1909 NEW HAMPSHIRE AVE NW<br>WASHINGTON, DC 20009 | 425 |
| EDGAR L FREEMAN JR & DARLENE M FREEMAN JT TEN<br>723 BUCK HEAD RD<br>BOLTON, NC 28423 | 400 |
| SPANGLER BROS PARTNERSHIP<br>BOX 61<br>SHELBY, NC 28151 | 400 |
| JACOB C DEVLIEGER & MARIANNE T DEVLIEGER JT TEN<br>1227 PARKHAVEN LN<br>HOUSTON, TX 77077 | 400 |
| RONALD H EMERY<br>16 COUNTRY CLUB RD<br>CONTOOCOOK, NH 03229 | 400 |
| BYRON DE HAAN<br>10927 N SLEEPY HOLLOW RD<br>PEORIA, IL 61615 | 350 |
| RICHARD A ROBINSON<br>66 BADGER RD<br>MEDFORD, MA 02155 | 350 |

## LIST OF EQUITY SECURITY HOLDERS
## COMMON STOCK
(Continuation Sheet)

| REGISTERED NAME OF HOLDER OF SECURITY<br>LAST KNOWN ADDRESS OR PLACE OF BUSINESS | NUMBER/<br>PERCENTAGE<br>OF SHARES |
|---|---|
| MILDRED M DEMAREE<br>210 E HUBLER RD<br>STATE COLLEGE, PA  16801 | 300 |
| ANNA K GITHENS<br>1924 E APOLLO AVE<br>TEMPE, AZ  85283 | 300 |
| DIANE B MONTGOMERY<br>6290 THACH RD<br>MONTGOMERY, AL  36117 | 300 |
| WILLIAM ROSELL & JULIE ROSELL JT TEN<br>5252 WINDING WAY<br>SARASOTA, FL  34242 | 300 |
| LEHMAN H SULLIVAN<br>3737 N COLLEGE AVE APT 318<br>BETHANY, OK  73008 | 300 |
| NAT L CASSINGHAM & LITA J CASSINGHAM JT TEN<br>6024 ROSEWOOD DR<br>MISSION, KS  66205 | 300 |
| GERALD W LEDGER & JEAN Q LEDGER JT TEN<br>BOX 544<br>LAKE GENEVA, WI  53147 | 300 |
| ESTHER WAGNER<br>2918 HOADLY CT<br>CINCINNATI, OH  45211 | 300 |
| HAROLD C STAGE TR 03 15 04 HAROLD C STAGE TRUST<br>BOX 4405<br>KINGMAN, AZ  86402 | 300 |
| WARREN G YAGER<br>229 WILLSON ST<br>ONEIDA, NY  13421 | 290 |
| DAVID J BARUCH<br>102 ROBERT COURT<br>PRT JEFF STA, NY  11776 | 200 |
| MERRILL WALDROP & ALENE WALDROP JT TEN<br>10389 MARTZ RD<br>YPSILANTI, MI  48197 | 200 |
| GORDON C SCHNELL & LAURA B SCHNELL JT TEN<br>1966 COUGAR LN<br>CLOVIS, CA  93611 | 200 |
| ROD H LEWELLEN<br>933 HAWTHORNE DR<br>COLUMBUS, IN  47203 | 200 |
| ALBERT L BERGREN & BETTY BERGREN JT TEN<br>808 E 108TH ST<br>KANSAS CITY, MO  64131 | 200 |
| JOHN W D ARCY & MARGARET JEANETTE D ARCY JT TEN<br>1580 NAPERVILLE RD<br>PLAINFIELD, IL  60544 | 200 |
| PETE VALONIS<br>821 N CLEBURN ST<br>GRAND ISLAND, NE  68801 | 150 |
| WILLIAM D DYKSTRA<br>01845 W LEONARD<br>GRAND RAPIDS, MI  49544 | 150 |
| JOHN L REED & KATHLEEN REED JT TEN<br>1101 NORTH DRIVE<br>CASEY, IL  62420 | 150 |
| EVA M WILLIAMSON<br>116 LAZY RIVER RD<br>NORTH PORT, FL  34287 | 150 |
| JUDITH A FORTENBACH<br>PO BOX 624<br>HIGHLAND LKS, NJ  07422 | 140 |

# LIST OF EQUITY SECURITY HOLDERS
## COMMON STOCK
### (Continuation Sheet)

| REGISTERED NAME OF HOLDER OF SECURITY<br>LAST KNOWN ADDRESS OR PLACE OF BUSINESS | NUMBER/<br>PERCENTAGE<br>OF SHARES |
|---|---|
| WALTER F CASPER SR & CARMEL A CASPER JT TEN<br>350 HICKORY RIDGE RD<br>GREENFIELD TWP, PA 18407 | 100 |
| BRODY BEHRENS<br>340 HIGHWOOD DRIVE<br>CHASKA, MN 55318 | 100 |
| MADELINE BEHRENS<br>340 HIGHWOOD DRIVE<br>CHASKA, MN 55318 | 100 |
| CONSTANCE W COMPTON<br>102 WOODS LANE<br>MENANDS, NY 12204 | 100 |
| JAMES M CLOYD & EVELYN CLOYD JT TEN<br>18563 CHICKORY DR<br>RIVERSIDE, CA 92504 | 100 |
| KIMBERLEE J BAKKEN-PARR<br>4484 FOOTHILL TRL<br>VADNAIS HTS, MN 55127 | 100 |
| GORDON H MILLER<br>11 DOGWOOD TRL<br>LAGRANGEVILLE, NY 12540 | 100 |
| ANTHONY A WOYDZIAK<br>1808 BARHAM BLVD<br>DODGE CITY, KS 67801 | 100 |
| GEORGE TESTA & CAROLINE E TESTA JT TEN<br>415 WINDSOR PL<br>OCEANSIDE, NY 11572 | 100 |
| RICHARD B SCHWENDINGER & JEANNE I SCHWENDINGER JT TEN<br>3314 S ONEIDA WAY<br>DENVER, CO 80224 | 100 |
| FLORETTA REUSCH<br>326 MT VERNON RD<br>BEREA, KY 40403 | 100 |
| QUENTIN G BOWMAN & PHYLLIS I BOWMAN TR UA AUG 19 92 QUENTIN G & PHYLLIS I BOWMAN TRUST<br>3304 FERNDELL ST NE<br>SALEM, OR 97301 | 100 |
| TESSA PRITTS<br>1230 N ORIENT ST<br>FAIRMONT, MN 56031 | 100 |
| EARL R MYNTTI<br>43 PROSPECT ST<br>GARDNER, MA 01440 | 100 |
| J GORDON COMPTON<br>102 WOODS LANE<br>MENANDS, NY 12204 | 100 |
| CAROLYN MCKINLEY & JOHN MCKINLEY JT TEN<br>510 WHITLEY DR<br>GAHANNA, OH 43230 | 100 |
| GERALD R MATTHEWS<br>8974 HUGH ST<br>LIVONIA, MI 48150 | 100 |
| FIRST NATIONAL MTG & LOAN CORP RONALD W KUPER PRES<br>567 E JACKSON RD<br>SAINT LOUIS, MO 63119 | 100 |
| ALLEN P COOKE<br>54 WOODLAND DR<br>ROSELLE, NJ 07203 | 100 |
| MORRIS GOLDMAN & BONNIE GOLDMAN JT TEN<br>11857 DARBY AVE<br>NORTHRIDGE, CA 91326 | 100 |
| JEAN ROSE LAUDERBAUGH & MARTIN W LAUDERBAUGH JT TEN<br>100 CECIL REISSING RD<br>MCDONALD, PA 15057 | 100 |

# LIST OF EQUITY SECURITY HOLDERS
## COMMON STOCK
### (Continuation Sheet)

| REGISTERED NAME OF HOLDER OF SECURITY<br>LAST KNOWN ADDRESS OR PLACE OF BUSINESS | NUMBER/<br>PERCENTAGE<br>OF SHARES |
|---|---|
| MARTIN HOVANASIAN<br>4 CLAIRE RD<br>AMESBURY, MA  01913 | 100 |
| CHRISTIAN M DISNEY<br>16794 PADDINGTON DR<br>BEAVERTON, OR  97006 | 67 |
| VALERIE C JOHNSON<br>3204 POST WOODS DR APT A<br>ATLANTA, GA  30339 | 67 |
| RODNEY B CRAMER & SHIRLEY CRAMER JT TEN<br>BOX 793<br>LOS FRESNOS, TX  78566 | 50 |
| KARI BEHRENS<br>1230 N ORIENT ST<br>FAIRMONT, MN  56031 | 50 |
| EARL F PARKS & JOAN B PARKS JT TEN<br>29 MULLOOLY ST<br>PITTSBURGH, PA  15227 | 50 |
| LLOYD S PETERS<br>4236 N 104TH ST 7<br>MILWAUKEE, WI  53222 | 25 |
| BRIAN DAVID PERCY<br>277A CROSS RD<br>PEMBROKE, NH  03275 | 20 |
| RONALD F LESKOVEC<br>4853 CLAY ST RD 5<br>GENEVA, OH  44041 | 20 |
| LUIS A DELGADO<br>8346 NW 10TH ST 11F<br>MIAMI, FL  33126 | 17 |
| MATTHEW C SWEARINGEN & REBECCA SWEARINGEN JT TEN<br>6589 CHANTICLEER CT<br>WESTERVILLE, OH  43082 | 13 |
| DAVID W ANDERSON<br>1647 FOLKESTONE TERRACE<br>WESTLAKE VILLAGE, CA  91361 | 12 |
| CHARLES B WHITE<br>124 RIVERVIEW AVE<br>LOCKPORT, IL  60441 | 12 |
| ANNE MARIE MASTERSON CUST KAITLYN TAYLOR MASTERSON UNIF TRF MIN ACT FL<br>229 BLUE CREEK DR<br>WINTER SPRINGS, FL  32708 | 7 |
| JOSEPH ARDITO CUST JENNIFER L ARDITO UNIF TRF MIN ACT IL<br>30360 N CENTER AVE<br>LIBERTYVILLE, IL  60048 | 7 |
| JOSEPH ARDITO CUST ANTHONY R ARDITO<br>30360 N CENTER AVE<br>LIBERTYVILLE, IL  60048 | 7 |
| JOSEPH ARDITO CUST FRANK V ARDITO UNIF TRF MIN ACT IL<br>30360 N CENTER AVE<br>LIBERTYVILLE, IL  60048 | 2 |
| SCOTT CARR<br>27171 MARISCAL LN<br>MISSION MIEJO, CA  92691 | 2 |
| MARSHALL WOLF PRIME ACCOUNT<br>BOX 566 CHURCH ST STATION<br>NEW YORK, NY  10008 | 1 |
| SNL SECURITIES LLC C/O SNL FINANCIAL ONE SNL PLAZA<br>212 SEVENTH STREET NE PO BOX 2124<br>CHARLOTTESVILLE, VA  22902 | 1 |
| Total Shares | 55,761,323 |