**COMMON STOCK - COMPONENT OF CEDE & CO STOCK**

In re: New Century Financial Corporation Case No. 07-10417
Debtor

# LIST OF EQUITY SECURITY HOLDERS

## COMMON STOCK - COMPONENT OF CEDE & CO STOCK

| NAME OF HOLDER OF BENEFICIAL INTEREST<br>LAST KNOWN ADDRESS OR PLACE OF BUSINESS | NUMBER/<br>PERCENTAGE<br>OF SHARES |
|---|---|
| Morgan Stanley & Co Inc<br>New York, NY | 3,500,000 |
| Greenlight Capital, Inc<br>New York, NY | 3,494,700 |
| UBS Securities LLC<br>New York, NY | 3,000,000 |
| Hotchkis and Wiley Capital Management, LLC<br>Los Angeles, CA | 3,000,000 |
| Citi Investment Research (US)<br>New York, NY | 2,514,780 |
| Amster (Howard)<br>, | 2,000,000 |
| Goldman Sachs Asset Management (US)<br>New York, NY | 1,750,000 |
| D E Shaw & Co , L P<br>New York, NY | 1,150,000 |
| New York State Teachers' Retirement System<br>Albany, NY | 1,000,000 |
| Credit Suisse Securities (USA) LLC<br>New York, NY | 960,000 |
| Ivory Investment Management, L P<br>Los Angeles, CA | 650,000 |
| Lehman Brothers Inc<br>New York, NY | 600,000 |
| Chicago Equity Partners, LLC<br>Chicago, IL | 500,000 |
| Deutsche Asset Management Americas<br>New York, NY | 500,000 |
| First Quadrant L P<br>Pasadena, CA | 489,000 |
| The Boston Company Asset Management, LLC<br>Boston, MA | 425,000 |
| Wesley Capital Management L L C<br>New York, NY | 400,000 |
| Fidelity Management & Research (US)<br>Boston, MA | 375,000 |
| OppenheimerFunds, Inc<br>New York, NY | 375,000 |
| Merrill Lynch & Company, Inc<br>New York, NY | 350,000 |
| Columbia Management Advisors, Inc<br>Boston, MA | 320,000 |

In re: New Century Financial Corporation Case No 07-10417
Debtor

# LIST OF EQUITY SECURITY HOLDERS
## COMMON STOCK - COMPONENT OF CEDE & CO STOCK
(Continuation Sheet)

| NAME OF HOLDER OF BENEFICIAL INTEREST<br>LAST KNOWN ADDRESS OR PLACE OF BUSINESS | NUMBER/ PERCENTAGE OF SHARES |
|---|---|
| Grantham. Mayo. Van Otterloo & Co . L L C<br>Boston. MA | 300,000 |
| Teacher Retirement System of Texas<br>Austin. TX | 300,000 |
| Touchstone Investment Managers. L L C<br>Portland. OR | 300,000 |
| New York Life Investment Management. LLC<br>New York. NY | 300,000 |
| Renaissance Technologies Corp<br>New York. NY | 300,000 |
| College Retirement Equities Fund<br>New York. NY | 258,000 |
| Anima SGR p A<br>Milan. | 250,000 |
| Millennium Management. L L C<br>New York. NY | 163,178 |
| OFI Institutional Asset Management. Inc<br>Boston. MA | 160,000 |
| Jacobs Levy Equity Management. Inc<br>Florham Park. NJ | 150,000 |
| J P Morgan Investment Management Inc (New York)<br>New York. NY | 150,000 |
| Wells Capital Management Inc<br>San Francisco. CA | 150,000 |
| Wells Fargo Bank. N A<br>San Francisco. CA | 130,000 |
| Parametric Portfolio Associates<br>Seattle. WA | 110,000 |
| AQR Capital Management. LLC<br>Greenwich. CT | 100,000 |
| LSV Asset Management<br>Chicago. IL | 100,000 |
| Putnam Investment Management. L L C<br>Boston. MA | 100,000 |
| ING Investment Management Co (CT)<br>Hartford. CT | 95,000 |
| Brandes Investment Partners. LP<br>San Diego. CA | 80,000 |
| S A C Capital Management. L L C<br>Stamford. CT | 60,000 |
| State Teachers Retirement System of Ohio<br>Columbus. OH | 55,000 |

In re: New Century Financial Corporation Case No 07-10417
Debtor

# LIST OF EQUITY SECURITY HOLDERS
# COMMON STOCK - COMPONENT OF CEDE & CO STOCK
(Continuation Sheet)

| NAME OF HOLDER OF BENEFICIAL INTEREST<br>LAST KNOWN ADDRESS OR PLACE OF BUSINESS | NUMBER/<br>PERCENTAGE<br>OF SHARES |
|---|---|
| Northern Trust Global Investments<br>Chicago, IL | 54,592 |
| Paloma Partners Management Company<br>Greenwich, CT | 53,683 |
| Thrivent Asset Management, LLC<br>Minneapolis, MN | 52,200 |
| AllianceBernstein LP<br>New York, NY | 50,000 |
| State of Wisconsin Investment Board<br>Madison, WI | 47,462 |
| Mellon Equity Associates, L L P<br>Pittsburgh, PA | 45,000 |
| Doheny Asset Management<br>Los Angeles, CA | 35,000 |
| Bear, Stearns & Co Inc<br>New York, NY | 30,000 |
| LaBranche Structured Products, L L C<br>New York, NY | 30,000 |
| AKJ Asset Management<br>Palo Alto, CA | 28,750 |
| Corsair Capital Management, Inc<br>New York, NY | 28,618 |
| Munder Capital Management<br>Birmingham, MI | 25,000 |
| JPMorgan Investment Advisors Inc<br>Columbus, OH | 25,000 |
| Total Shares | 31,469,963 |