## RESTRICTED STOCK

# LIST OF EQUITY SECURITY HOLDERS
## RESTRICTED STOCK

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | NUMBER/ PERCENTAGE OF SHARES |
|---|---:|
| ROBERT K COLE<br>2431 RIVIERA DRIVE<br>LAGUNA BEACH, CA  92651 | 44,523 |
| BRAD A MORRICE<br>2485 IRVINE COVE CREST<br>LAGUNA BEACH, CA  92651 | 44,135 |
| ANTHONY T MEOLA<br>944 LAKEWOOD DR<br>BARRINGTON, IL  60010 | 44,014 |
| EDWARD F GOTSCHALL<br>6 FRESIAN<br>TRABUCO CANYON, CA  92679 | 26,333 |
| KEVIN CLOYD<br>11795 BORUM AVENUE<br>TUSTIN, CA  92782 | 15,563 |
| JOE ECKROTH<br>6101 MORNINGSIDE DRIVE<br>HUNTINGTON BEACH, CA  92648 | 15,375 |
| STERGIOS THEOLOGIDES<br>6 ARBUSTO<br>IRVINE, CA  92606 | 12,621 |
| PATTI DODGE<br>26 OROVILLE<br>IRVINE, CA  92602 | 12,579 |
| ROBERT LAMBERT<br>24 CEDAR RDG<br>IRVINE, CA  92603 | 10,588 |
| ROBERT CHAMPION<br>11500 MUSKET RIM ST<br>AUSTIN, TX  78738 | 10,502 |
| STEVEN LEMON<br>11 FORREST RIDGE ROAD<br>UPPER SADDLE RIVER, NJ  07458 | 9,747 |
| PATRICK FLANAGAN<br>8 MORNING DOVE<br>LAGUNA NIGUEL, CA  92677 | 7,566 |
| RICHARD CIMINO<br>719 AVENIDA AZOR<br>SAN CLEMENTE, CA  92673 | 7,473 |
| PETER KARL<br>21837 AINSLEY COURT<br>ASHBURN, VA  20148 | 5,734 |
| JOHN WARNOCK<br>4612 AYRON TERRACE<br>PALM HARBOR, FL  34685 | 5,679 |
| STEVEN HOLLAND<br>2 RISERO DR<br>MISSION VIEJO, CA  92692 | 5,679 |
| DANIEL BLOCKER<br>3210 JUSTAMERE LANE<br>WOODRIDGE, IL  60517 | 5,679 |
| JONATHAN THREADGILL<br>21120 FREY LANE<br>TOMBALL, TX  77377 | 5,142 |
| DAVID C FLEIG<br>1229 WEDGEWOOD DR<br>SUGAR LAND, TX  77478 | 4,970 |
| KIMBERELY MITCHELL<br>66 FAIR LANE<br>RAYNHAM, MA  02767 | 4,914 |
| RAYMOND GARCIA<br>1924 HIGHLAND DRIVE<br>NEWPORT BEACH, CA  92660 | 4,914 |

# LIST OF EQUITY SECURITY HOLDERS
# RESTRICTED STOCK
(Continuation Sheet)

| REGISTERED NAME OF HOLDER OF SECURITY<br>LAST KNOWN ADDRESS OR PLACE OF BUSINESS | NUMBER/PERCENTAGE OF SHARES |
|---|---|
| GREGORY SCHROEDER<br>32192 RANCHO CIELO<br>TRABUCO CANYON, CA  92679 | 4,653 |
| KARL WEISS<br>25005 NE PATTERSON WAY<br>REDMOND, WA  98053 | 4,043 |
| DAVID EINHORN<br>GREENLIGHT CAPITAL INC<br>140 EAST 45TH STREET, NY  10017 | 3,622 |
| MONKIA MCCARTHY<br>2401 VOORHEES AVENUE<br>REDONDO BEACH, CA  90278 | 3,203 |
| CLINTON E ALCORN<br>15402 SOUTH 18TH DR<br>PHOENIX, AZ  85045 | 3,196 |
| MARC LOEWENTHAL<br>2 VENETO<br>NEWPORT COAST, CA  92657 | 3,128 |
| JAMES BISCHOFF<br>4550 MASSACHUSETTS ST<br>SAN DIEGO, CA  92116 | 3,027 |
| PAUL ZALLE<br>24456 TOLEDO LANE<br>LAKE FOREST, CA  92630 | 2,979 |
| DAVID WILSON<br>33 FOXTAIL LANE<br>DOVE CANYON, CA  92679 | 2,958 |
| DAVID KENNEALLY<br>2662 OAK KNOLL DRIVE<br>ROSSMOOR, CA  90720 | 2,894 |
| WARREN LICATA<br>3196 HANNOVER STREET<br>CORONA, CA  92882 | 2,876 |
| RANDY STEWART<br>19918 FM 1488 RD<br>MAGNOLIA, TX  77355 | 2,856 |
| WILLIAM MCKAY<br>603 EDGEWATER AVENUE<br>OCEANSIDE, CA  92057 | 2,663 |
| ERIC HAINES<br>47 CANOPY<br>IRVINE, CA  92603 | 2,616 |
| CLINTON ALCORN<br>15402 SOUTH 18TH DRIVE<br>PHOENIX, AZ  85045 | 2,564 |
| RALPH MELBOURNE<br>316 S GRANT STREET<br>HINSDALE, IL  60521 | 2,500 |
| MARILYN ALEXANDER<br>565 DUNNEGAN DR<br>LAGUNA BEACH, CA  92651 | 2,318 |
| HAROLD BLACK<br>2319 CLIPPER LN<br>KNOXVILLE, TN  37922 | 2,318 |
| JOE BENINATI<br>5 ORCHARD WAY<br>WARREN, NJ  07059 | 1,687 |
| JOSEPH V BENINATI<br>5 ORCHARD WAY<br>WARREN, NJ  07059 | 1,604 |
| EVAN J MITNICK<br>69 N ASHBY AVENUE<br>LIVINGSTON, NJ  07039 | 1,486 |

# LIST OF EQUITY SECURITY HOLDERS
## RESTRICTED STOCK
(Continuation Sheet)

| REGISTERED NAME OF HOLDER OF SECURITY<br>LAST KNOWN ADDRESS OR PLACE OF BUSINESS | NUMBER/<br>PERCENTAGE<br>OF SHARES |
|---|---:|
| WARREN J LICATA<br>3196 HANNOVER ST<br>CORONA, CA  92882 | 1,469 |
| JENINE A FITTER<br>102 MUNSEY RD<br>EMERSON, NJ  07630 | 1,467 |
| LOUIS J GARDAY SR<br>3119 MADEIRA AVENUE<br>COSTA MESA, CA  92626 | 1,370 |
| COLLEEN WOLF<br>703 PEARL ST<br>REDONDO BEACH, CA  90277 | 1,297 |
| LENICE JOHNSON<br>20092 ORCHID STREET<br>NEWPORT BEACH, CA  92660 | 1,214 |
| RANDALL LIGHTBODY<br>6502 CENTRE PLACE CIRCLE<br>SPRING, TX  77379 | 1,174 |
| JOHN HEDLUND<br>13719 PRISTINE LAKE LANE<br>CYPRESS, TX  77429 | 965 |
| FREDRIC FORSTER<br>1221 STARBOARD WAY<br>CORONA DEL MAR, CA  92625 | 901 |
| RICHARD ZONA<br>55 ARBOR CT<br>TONKA BAY, MN  55331 | 901 |
| MICHAEL SACHS<br>201 OCEAN AVE 909B<br>SANTA MONICA, CA  90402 | 901 |
| DONALD LANGE<br>51 MISTY ACRES RD<br>ROLLING HILLS ESTATES, CA  90274 | 901 |
| LOUIS GARDAY<br>3119 MADEIRA AVENUE<br>COSTA MESA, CA  92626 | 794 |
| DAVID BRUINGTON<br>9019 DIAMANTE DR<br>MAGNOLIA, TX  77354 | 783 |
| JOHN JOSEPH HELD<br>4 SHEPHERDS WAY<br>GLENSIDE, PA  19038 | 783 |
| JASON L HAYE<br>19566 CONNEMARA CT<br>YORBA LINDA, CA  92886 | 783 |
| JAMES MICHAEL O REILLY<br>702 ABERDEEN WAY<br>SOUTHLAKE, TX  76092 | 756 |
| SUSAN FEAGANS<br>15714 STILLER PARK DR<br>CYPRESS, TX  77429 | 752 |
| ANTONIO SANCHEZ<br>125 WEATHERVANE<br>IRVINE, CA  92603 | 750 |
| RICHARD P GIORDANO<br>41306 N CONGRESSIONAL DR<br>ANTHEM, AZ  85086 | 704 |
| KEVIN POLIVKA<br>16772 ALLEMAND LANE<br>CYPRESS, TX  77429 | 702 |
| SHARON E CAPPELEN<br>651 S SUTTON RD 172<br>STREAMWOOD, IL  60107 | 678 |

# LIST OF EQUITY SECURITY HOLDERS
## RESTRICTED STOCK
(Continuation Sheet)

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | NUMBER/ PERCENTAGE OF SHARES |
|---|---|
| KEITH FRACHISEUR<br>7929 CANTERWOOD DR SE<br>OLYMPIA, WA 98513 | 675 |
| WILLIAM DAWLEY<br>16623 BIG CREEK FALLS COURT<br>SPRING, TX 77379 | 675 |
| TIM BECKER<br>31 HIGHFIELD GLN<br>IRVINE, CA 92618 | 666 |
| SCOTT M LOEWENSTINE<br>1605 PERRIS COURT<br>NEW ALBANY, OH 43054 | 626 |
| TINA L FITCH<br>4475 ALTON RD<br>MIAMI BEACH, FL 33140 | 626 |
| JOHN M FOLEY<br>112 POLIHALE PLACE<br>HONOLULU, HI 96825 | 626 |
| SCOTT A JOHNSON<br>16512 BRIDGEWALK DRIVE<br>LITHIA, FL 33547 | 626 |
| RONALD M INEMAN<br>27955 RURAL LANE<br>LAGUNA NIGUEL, CA 92677 | 626 |
| MICHAEL A GAMBLE<br>7343 ZAHARIAS COURT<br>MOORPARK, CA 93021 | 626 |
| VINCENT J GERACI<br>57 DONNYBROOK DRIVE<br>DEMAREST, NJ 07627 | 626 |
| RICHARD B KAY JR<br>705 CHATTAHOOCHEE PLACE<br>GAINESVILLE, GA 30506 | 626 |
| STEVEN DANIEL BROADDUS<br>51 FLORENCE DR<br>RICHBORO, PA 18954 | 626 |
| DAVID A WILLIAMSON<br>1069 BARRY LANE<br>GALLATIN, TN 37066 | 626 |
| LAMAR G WILBORN<br>5395 INDIAN HILLS DR<br>SIMI VALLEY, CA 93063 | 626 |
| ERIC C WHITENIGHT<br>1060 VILLAGGIO CIR<br>VACAVILLE, CA 95688 | 626 |
| MARTIN J WARREN<br>88 WHARF ST UNIT 503<br>MILTON, MA 02186 | 626 |
| ABSAME A ALI<br>1770 TARA WAY<br>SAN MARCOS, CA 92078 | 626 |
| DANIEL J VOLLING<br>10408 EASTWOOD DR<br>HUNTLEY, IL 60142 | 626 |
| NABIL M BAWA<br>1300 CAMINO LAGO<br>IRVING, TX 75039 | 626 |
| RACHEL B TO<br>31 SORENSON<br>IRVINE, CA 92602 | 626 |
| BLAKE A THIESSE<br>6 N 702 BROOKHAVEN LANE<br>ST CHARLES, IL 60175 | 626 |

# LIST OF EQUITY SECURITY HOLDERS
## RESTRICTED STOCK
(Continuation Sheet)

| REGISTERED NAME OF HOLDER OF SECURITY<br>LAST KNOWN ADDRESS OR PLACE OF BUSINESS | NUMBER/<br>PERCENTAGE<br>OF SHARES |
|---|---|
| WILLIAM S BERESFORD<br>24 PRAIRIE CLOVER<br>LITTLETON, CO 80127 | 626 |
| SCOTT A SMITH<br>13126 NE 104TH ST<br>KIRKLAND, WA 98033 | 626 |
| KATHLEEN V RODRIGUEZ<br>8525 ENRAMADA AVE<br>WHITTIER, CA 90605 | 626 |
| DANIEL R MORRIS<br>91 ASPEN LANE<br>STAMFORD, CT 06903 | 626 |
| NICHOLAS J BOOTH<br>11485 MISTY FALLS LANE<br>FRANKFORT, IL 60423 | 626 |
| DENNIS W O DONNELL<br>9118 FRANCES ST<br>OMAHA, NE 68124 | 626 |
| DAVID S MALONE<br>213 CALLE POTRANCA<br>SAN CLEMENTE, CA 92672 | 626 |
| THOMAS P DINAN<br>2796 N MEREDITH ST<br>ORANGE, CA 92867 | 626 |
| PHILLIP COLLINS<br>29 OLD NORTHPORT RD<br>HUNTINGTON, NY 11743 | 626 |
| BRIAN E POWELL<br>905 HICKORY FORK DRIVE<br>SEFFNER, FL 33584 | 626 |
| KEN PITTMAN<br>PO BOX 131<br>CAPITOLA, CA 95010 | 626 |
| STEVE F CASSILL<br>1025 CAPISTRANO AVE<br>LAGUNA BEACH, CA 92651 | 626 |
| MARCO CASTANEDA<br>27 FOXTAIL LN<br>DOVE CANYON, CA 92679 | 626 |
| SHAWN M BALDWIN<br>14658 SE 267TH ST<br>KENT, WA 98042 | 625 |
| JOHN ORTEGA<br>13280 NW FREEWAY<br>HOUSTON, TX 77040 | 613 |
| YURY PYATIGORSKY<br>24901 HOLLOW CIRCLE<br>LAGUNA NIGUEL, CA 92677 | 604 |
| K SCOTT COMEAUX<br>13706 MAGNOLIA MANOR DR<br>CYPRESS, TX 77429 | 593 |
| JEFFREY DAVID GOLDBERG<br>24871 HAMLET WAY<br>LAGUNA NIGUEL, CA 92677 | 590 |
| JAMES PARADISO<br>351 MANOR DRIVE<br>NAZARETH, PA 18064 | 581 |
| RONALD L SWEARER<br>229 FOREST AVENUE<br>GLEN RIDGE, NJ 07028 | 570 |
| JEFFREY TRUSHEIM<br>8415 REBAWOOD DR<br>HUMBLE, TX 77346 | 540 |

# LIST OF EQUITY SECURITY HOLDERS
## RESTRICTED STOCK
(Continuation Sheet)

| REGISTERED NAME OF HOLDER OF SECURITY<br>LAST KNOWN ADDRESS OR PLACE OF BUSINESS | NUMBER/<br>PERCENTAGE<br>OF SHARES |
|---|---|
| JENNIFER R JEWETT<br>31901 VIRGINIA WAY<br>LAGUNA BEACH, CA  92651 | 535 |
| MARY MALLOY<br>5105 STONEHAVEN DR<br>YORBA LINDA, CA  92887 | 527 |
| MARK HENRY KAMMERMEIER<br>1245 DOWNIEVILLE DRIVE<br>EL DORADO HILLS, CA  95762 | 522 |
| RICHARD M RIEMAN<br>7122 W PETERSON AVE<br>CHICAGO, IL  60631 | 505 |
| TIMOTHY JOHN CLARK<br>15 WILLOWGLADE<br>DOVE CANYON, CA  92679 | 496 |
| RICHARD A RHINEHART<br>2317 FAIRFIELD WAY<br>UPLAND, CA  91784 | 493 |
| JAMES R GILLIN<br>1762 VALLECITO DR<br>SAN PEDRO, CA  90732 | 486 |
| OLIVER E DE BOER<br>34 STRAWBERRY CANYON PLACE<br>THE WOODLANDS, TX  77382 | 482 |
| MARK A SIEGEL<br>2134 LEROY PLACE N W<br>WASHINGTON DC, DC  20008 | 482 |
| MILLS G LANDON<br>5901 DORSET DR<br>PLANO, TX  75093 | 482 |
| JEFFREY J HAILA<br>1112 BASIL BRANCH COURT<br>JACKSONVILLE, FL  32259 | 482 |
| BRIAN M RAULS<br>33851 VALENCIA PLACE<br>DANA POINT, CA  92629 | 481 |
| MARY CHOI KELLY<br>4726 CORTLAND DRIVE<br>CORONA DEL MAR, CA  92625 | 477 |
| NICOLE R HAGGARD<br>246 FOX HILLS DRIVE<br>THOUSAND OAKS, CA  91361 | 470 |
| NANCY WOOD HAINEY<br>307 QUEENSFERRY RD<br>CARY, NC  27511 | 470 |
| MICHAEL A NORMAN<br>33605 HAWKSBURY CT<br>AVON, OH  44011 | 470 |
| JANICE MARY DAY<br>9 CAMBRIA DR<br>CORONA DEL MAR, CA  92625 | 450 |
| STEVEN M FRONING<br>30124 SONRISA LANE<br>LAGUNA NIGUEL, CA  92677 | 445 |
| ELISE J LUCKHAM<br>180 S CANYON CREST DRIVE<br>ANAHEIM HILLS, CA  92808 | 427 |
| CINDY A NICHOLS<br>22031 GRASS VLY<br>MISSION VIEJO, CA  92692 | 419 |
| LARRY R GOEBEL<br>28 ANTIQUE ROSE<br>IRVINE, CA  92620 | 416 |

# LIST OF EQUITY SECURITY HOLDERS
## RESTRICTED STOCK
(Continuation Sheet)

| REGISTERED NAME OF HOLDER OF SECURITY<br>LAST KNOWN ADDRESS OR PLACE OF BUSINESS | NUMBER/<br>PERCENTAGE<br>OF SHARES |
|---|---|
| DAVID A EPSTEIN<br>2462 PROVENCE COURT<br>WESTON, FL 33327 | 411 |
| CHRISTINE A FIDLER<br>33721 AVENIDA CALITA<br>SAN JUAN CAPISTRANO, CA 92675 | 404 |
| PAMELA J CIRINELLI<br>26132 VIA MAREJADA<br>MISSION VIEJO, CA 92691 | 403 |
| LEE C HOLBEIN<br>26661 VALPARISO DR<br>MISSION VIEJO, CA 92691 | 402 |
| JOSEPH L WALTUCH<br>16695 SAN SALVADOR RD<br>SAN DIEGO, CA 92128 | 399 |
| CARRIE M MARRELLI<br>182 LAS PALMAS DR<br>IRVINE, CA 92602 | 398 |
| KEVIN JOSEPH DWYER<br>2017 HARRIER CT<br>NEWBURY PARK, CA 91320 | 396 |
| DEBORAH L MCDONALD<br>3136 YORBA LINDA BLVD<br>FULLERTON, CA 92831 | 395 |
| CAMILLE S RICHARDSON<br>5460 E LA PASADA ST<br>LONG BEACH, CA 90815 | 392 |
| ANGELINE MATRANGA BUTLER<br>2734 GORDON BANKS DRIVE<br>DULUTH, GA 30097 | 391 |
| ERIC LEE KEILLOR<br>895 DOVE ST 3RD FLOOR<br>NEWPORT BEACH, CA 92660 | 391 |
| SUZANNE NICKOLSON ALLEN<br>5330 N ROYAL VIEW<br>PHOENIX, AZ 85018 | 391 |
| GEORGE E ARAMBULA<br>9 DEERBORN DRIVE<br>ALISO VIEJO, CA 92656 | 379 |
| ALEXANDRA T PIACENZA<br>37 FILLMORE<br>IRVINE, CA 92620 | 379 |
| DONNA E WALKER<br>229 MONTANA DEL LAGO DR<br>RANCHO SANTA MARGARITA, CA 92688 | 378 |
| RICHARD MICHAEL PASQUINI<br>591 VIA CRISTINA<br>NEWBURY PARK, CA 91320 | 376 |
| DANIEL R COAKLEY<br>1220 PINE TREE DRIVE<br>LAKE VILLA, IL 60046 | 376 |
| KATHRYN KAY RICHMAN<br>11 HALF MOON BND<br>CORONADO, CA 92118 | 367 |
| JEFF M NEAL<br>1166 ADELE LN<br>SAN MARCOS, CA 92078 | 359 |
| GREGORY SPANOS<br>293 K ST UNIT 1<br>SOUTH BOSTON, MA 02127 | 357 |
| TRACY DA NELL SCOTT<br>14438 RIOS CANYON ROAD<br>EL CAJON, CA 92021 | 356 |

## LIST OF EQUITY SECURITY HOLDERS
## RESTRICTED STOCK
(Continuation Sheet)

| REGISTERED NAME OF HOLDER OF SECURITY<br>LAST KNOWN ADDRESS OR PLACE OF BUSINESS | NUMBER/<br>PERCENTAGE<br>OF SHARES |
|---|---|
| MICHELLE E TRAVER<br>27915 VIA CRESPI<br>LAGUNA NIGUEL, CA 92677 | 340 |
| TAL T PELES GRAY<br>102 TREEHOUSE<br>IRVINE, CA 92603 | 338 |
| CHARLES E HOUSTON JR<br>628 TAPER DRIVE<br>SEAL BEACH, CA 90740 | 338 |
| ROBERT A DENAROLA<br>720 1/2 GOLDENROD AVENUE<br>CORONA DEL MAR, CA 92625 | 338 |
| MARK MITCHELL MALOVOS<br>25 BOWER TREE<br>IRVINE, CA 92603 | 338 |
| JASON BARRY BAKER<br>2114 WINEBERRY DR<br>KATY, TX 77450 | 326 |
| CHRIS VARCO<br>721 BABETTA AVE<br>PARK RIDGE, IL 60068 | 326 |
| REY A TOPETE<br>1720 LANCASTER LANE<br>WOODRIDGE, IL 60517 | 324 |
| ALEJANDRO R SOLARES<br>935 BAY TREE ROAD<br>LA CANADA FLINTRIDGE, CA 91011 | 324 |
| ARASH MOSTAFAVIPOUR<br>12 ELISSA LANE<br>LADERA RANCH, CA 92694 | 321 |
| WILLIAM FREDR SCHNEIDER<br>1302 KENNETH DR<br>TUSTIN, CA 92780 | 318 |
| TRICIA C HOLLAND<br>2 RISERO DR<br>MISSION VIEJO, CA 92692 | 314 |
| DENNIS E RIVELLI JR<br>242 S CRAWFORD CANYON ROAD<br>ORANGE, CA 92869 | 313 |
| RICHARD AUSTIN<br>1002 W RIVIERA DR<br>SANTA ANA, CA 92706 | 313 |
| MICHAEL ANDREW BARTYCZAK<br>1 MANDARIN<br>IRVINE, CA 92604 | 311 |
| JOSEPH JOHN TORTORELLI<br>P O BOX 4588<br>IRVINE, CA 92616 | 297 |
| PATRICIA J LINDSAY<br>1937 PORT SEABOURNE WAY<br>NEWPORT BEACH, CA 92660 | 287 |
| CLETIUS L THOMPSON<br>16315 DESTREHAN DRIVE<br>CYPRESS, TX 77429 | 287 |
| PAMELA A RIGG<br>25541 RHODA DR<br>MISSION VIEJO, CA 92691 | 286 |
| TIMOTHY S LAMBERT<br>4539 S JASPER ST<br>AURORA, CO 80015 | 282 |
| DOUGLAS L LIPSHAW<br>43017 LAKEVIEW DR<br>PALM HARBOR, FL 34683 | 275 |

# LIST OF EQUITY SECURITY HOLDERS
## RESTRICTED STOCK
(Continuation Sheet)

| REGISTERED NAME OF HOLDER OF SECURITY<br>LAST KNOWN ADDRESS OR PLACE OF BUSINESS | NUMBER/<br>PERCENTAGE<br>OF SHARES |
|---|---:|
| MYSTI M BEACH COPE<br>811 CALLE VALL AIDA<br>SAN CLEMENTE, CA 92673 | 265 |
| ROBERT W LENT<br>3226 BROAD ST<br>NEWPORT BEACH, CA 92663 | 264 |
| RICHARD MARTIN<br>8109 SANTALUZ<br>VILLAGE GREEN SOUTH, CA 92127 | 261 |
| THOMAS S FORKER<br>200 E PARK RD<br>HAVERTOWN, PA 19083 | 261 |
| RICK DAVIES<br>236 VIA MENTONE<br>NEWPORT BEACH, CA 92663 | 261 |
| LISA A POWER<br>6009 TEALSIDE COURT<br>LITHIA, FL 33547 | 257 |
| KENNETH LOWERY<br>28820 SILVERADO CYN<br>PO BOX 808, CA 92676 | 257 |
| GREGORY M KIMBALL<br>64 AUBURN RD<br>MILLBURY, MA 01527 | 248 |
| STEPHEN NAGY<br>18285 GUM TREE LANE<br>HUNTINGTON BEACH, CA 92646 | 223 |
| TODD MILES<br>4116 NE 134TH ST<br>VANCOUVER, WA 98686 | 196 |
| ANDREW IRVIN BARNES<br>136 OVERLOOK DR<br>LIBERTY HILL, TX 78642 | 196 |
| GEORGE RIVERS<br>11510 HIDDEN GROVE CT<br>TOMBALL, TX 77377 | 178 |
| Total Shares | 436,684 |