UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY HOLDINGS, INC., a Delaware corporation, et al.[1]<br>      Debtor. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br>Jointly Administered<br><br>Proposed Hearing Date: 4/24/07 @ 2:30 P.M. (EDT)<br>Proposed Objection Deadline: 4/23/07 @ 4:00 P.M. (EDT) |

## MOTION OF PLAN BENEFICIARIES TO SHORTEN NOTICE AND OBJECTION PERIODS FOR MOTION FOR AN ORDER DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF PLAN BENEFICIARIES PURSUANT TO 11 U.S.C. § 1102

Gregory J. Schroeder ("Schroeder"), Michelle Parker ("Parker"), Martin Warren ("Warren"), Steve Holland ("Holland"), and Nabil Bawa ("Bawa") , for themselves and all others similarly situated (collectively, the "movants"), move the Court for an order pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware to shorten the notice and objection periods for and expedite consideration of their *Emergency Motion for an Order Directing the United States Trustee to Appoint an Official Committee of Plan Beneficiaries Pursuant to 11 U.S.C. § 1102* (the "1102 Motion"). In further support of this Motion to Shorten, the movants aver as follows:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company, NCoral, L.P., a Delaware limited partnership.

1. As discussed more fully in the 1102 Motion, the movants are beneficiaries of either or both the New Century Financial Corporation Deferred Compensation Plan and the New Century Financial Corporation Supplemental Executive Retirement/Savings Plans (collectively, the "Plan"). The movants believe that there are over 570 current or former employees who made contributions to the Plan, and that the aggregate amount of the contributions made by those employees is in excess of $40 million. To date, more than 130 beneficiaries have contacted Schroeder or one of the other movants to express an interest in forming a committee of beneficiaries.

2. At the April 9, 2007 formation meeting, the United States trustee appointed seven members to an Official Committee of Unsecured Creditors. Notwithstanding their appearance at the formation meeting and request to have a representative seated on the committee, a representative of the Plan beneficiaries was not named. By telephone and then by letter dated April 11, 2007, the movants requested the United States Trustee to appoint an official committee of Plan beneficiaries. The United States Trustee is no doubt carefully considering that request, but no response has been received to date and important time is passing.

3. The movants request a hearing on the 1102 Motion on an expedited basis due to the speed with which these cases are moving. Debtors have stated that they intend to sell all or substantially all of their assets within the first sixty (60) days or so of their cases. To date, Debtors have already filed at least five motions in connection with the sale of assets. By all accounts, the cases are moving quickly.

4. Local Rule 9006-1(c) requires that, except as otherwise ordered by the Court, all motions be served by mail no later than eighteen (18) days prior to a hearing date. If a committee of Plan beneficiaries is not appointed quickly, however, the Plan beneficiaries may

-
-

effectively be disenfranchised in these cases. Accordingly, the movants seek an order expediting the 1102 Motion and scheduling it for hearing at the April 24, 2007 omnibus hearing to be held at 2:30 p.m. The movants further seek approval to establish April 23, 2007 at 4:00 p.m. as the deadline for objections to the 1102 Motion.

5.   Notice of this Motion and the 1102 Motion has been provided to: (1) the Office of the United States Trustee for the District of Delaware; (2) counsel for Debtors; (3) proposed counsel for the official committee of unsecured creditors; and (4) all parties who have filed timely requests for notice under Rule 2002 of Federal Rules of Bankruptcy Procedure.

Dated : April 17, 2007

STEVENS & LEE, P.C.

/s/ Joseph H. Huston, Jr.
JOSEPH H. HUSTON, JR., (NO. 4035)
THOMAS G. WHALEN, JR.(NO. 4034)
1105 NORTH MARKET STREET
SUITE 700
WILMINGTON, DE 19801
TELEPHONE: (302) 425-3310
TELECOPIER: (302) 654-5181
EMAIL: JHH/TGW@STEVENSLEE.COM

-and-

**BERNSTEIN, SHUR, SAWYER & NELSON**

ROBERT J. KEACH, ESQ.
MICHAEL A. FAGONE, ESQ.
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND, ME 04104-5029
TELEPHONE: (207) 774-1200
TELECOPIER: (207) 774-1127
EMAIL: RKEACH@BERNSTEINSHUR.COM
          MFAGONE@BERNSTEINSHUR.COM