UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NEW CENTURY HOLDINGS, INC., a Delaware ) | Case No. 07-10416 (KJC) |
| corporation, et al.[1] ) | Jointly Administered |
|       Debtor. ) | |
| ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on April 18, 2007, Gregory J. Schroeder ("Schroeder"), Michelle Parker ("Parker"), Martin Warren ("Warren"), Steve Holland ("Holland"), and Nabil Bawa ("Bawa") filed their *MOTION OF PLAN BENEFICIARIES TO SHORTEN NOTICE AND OBJECTION PERIODS FOR EMERGENCY MOTION FOR AN ORDER DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF PLAN BENEFICIARIES PURSUANT TO 11 U.S.C. § 1102* (the "Motion to Shorten").

The Motion to Shorten seeks an expedited hearing on their *MOTION FOR AN ORDER DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF PLAN BENEFICIARIES PURSUANT TO 11 U.S.C. § 1102* (the "1102 Motion") AND REQUESTS THAT THE 1102 Motion be heard on April 24, 2007 at 2:30 p.m., with objections to be due by 4:00 p.m. on April 23, 2007.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company, NCoral, L.P., a Delaware limited partnership.

SL1 717065v1/102440.00001

|  |  |
|---|---|
| Dated : April 17, 2007 | **STEVENS & LEE, P.C.**<br><br>/s/ Joseph H. Huston, Jr.<br>JOSEPH H. HUSTON, JR., (NO. 4035)<br>THOMAS G. WHALEN, JR.(NO. 4034)<br>1105 NORTH MARKET STREET<br>SUITE 700<br>WILMINGTON, DE 19801<br>TELEPHONE: (302) 425-3310<br>TELECOPIER: (302) 654-5181<br>EMAIL: JHH/TGW@STEVENSLEE.COM<br><br>-and-<br><br>**BERNSTEIN, SHUR, SAWYER & NELSON**<br><br>ROBERT J. KEACH, ESQ.<br>MICHAEL A. FAGONE, ESQ.<br>100 MIDDLE STREET<br>P.O. BOX 9729<br>PORTLAND, ME 04104-5029<br>TELEPHONE: (207) 774-1200<br>TELECOPIER: (207) 774-1127<br>EMAIL: RKEACH@BERNSTEINSHUR.COM<br>            MFAGONE@BERNSTEINSHUR.COM |