IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| **NEW CENTURY TRS HOLDINGS,** | : Case No. 07-10416 (KJC) |
| **INC., a Delaware corporation, et al.** | : |
| | : Objection Deadline: 4/17/07 at 4:00 p.m. |
| Debtors. | : Hearing Date: 4/24/07 at 2:30 p.m. |

**SUPPLEMENTAL OBJECTION OF RBC MORTGAGE COMPANY AND RBC
HOLDCO CORPORATION TO MOTION OF DEBTORS AND DEBTORS IN
POSSESSION FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 365 AND 554
OF THE BANKRUPTCY CODE (A) AUTHORIZING AND APPROVING THE
REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL
PROPERTY AND (B) AUTHORIZING AND APPROVING PROCEDURES FOR THE
REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF
PERSONAL AND NON-RESIDENTIAL REAL PROPERTY
[Related to Docket Nos. 283 and 23]**

1. RBC Mortgage Company and RBC Holdco Corporation (Collectively "RBC") and New Century Financial Corporation entered into a sale of certain assets on September 2, 2005, which includes the assignment of real and personal property leases. RBC is liable for twenty-six of the real property leases assigned as part of the September 2, 2005 transaction and 196 personal property leases for leases of copiers faxes and other office equipment. The assignment of personal property includes leases with GE Capital, Danka Office Imaging, CIT Technology Financial Services, Inc. De Lage Landen, Wells Fargo, IKON Financial Services Ricoh Americas Corporation and US Bank.

2. The personal property subject to the assignment of leases is believed to be located in over forty locations leased by Debtors and RBC does not know where Debtors have located or relocated this personal property.

3. On April 2, 2007 Debtors moved to reject certain unexpired leases of non-residential real property and to authorize and approve procedures for rejection of executory

contracts and unexpired leases of personal and non-residential real property. However, Debtors failed to identify any personal property located in the leased premises, failed to notice RBC as assignor of the personal property leases of property located in the real property leases slated for rejection and failed to provide RBC with an opportunity to retrieve the personal property subject to the assignment of personal property leases.

4. Any rejection or rejection procedures should require that all lessors and assignors of leases be notified with specificity of all personal property subject to leases or assignments of leases that is to be abandoned or rejected and that such lessors and assignors of leases shall be provided with an adequate opportunity to retrieve the personal property being abandoned or rejected by Debtors.

WHEREFORE, RBC requests that any rejection and/or abandonment of personal property subject to an assignment from RBC to Debtors be identified by Debtors with specificity including providing adequate notice to RBC of personalty assigned by RBC and that RBC be given a reasonable opportunity to retrieve any equipment abandoned by Debtor prior to the effective date of any rejection or abandonment.

**MONZACK AND MONACO, P.A.**

*/s/ Rachel B. Mersky*
Francis A. Monaco, Jr., Esquire (#2078)
Rachel B. Mersky, Esquire (#2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19899-2031
(302) 656-8162
COUNSEL FOR RBC USA HOLDING CORPORATION
AND RBC MORTGAGE COMPANY

Dated: April 18, 2007