IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al. | : |
| | : Objection Deadline: 4/18/07 at 4:00 p.m. |
| Debtors. | : Hearing Date: 4/19/07 at 10:00 a.m. |

OBJECTION OF RBC MORTGAGE COMPANY AND RBC HOLDCO CORPORATION TO MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR (1) AN ORDER (A) APPROVING BIDDING PROCEDURES IN CONNECTION WITH AUCTION OF LOAN ORIGINATION PLATFORM ASSETS, (B) ESTABLISHING PROCEDURES RELATING TO ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECURTORY CONTRACTS AND UNEXPIRED LEASES, INCLUDING, NOTICE OF PROPOSED CURE AMOUNTS, (C) SCHEDULING HEARING TO CONSIDER PROPOSED SALE OF LOAN ORIGINATION PLATFORM ASSETS AND APPROVING FORM AND MANNER OF NOTICE THEREOF AND (D) GRANTING RELATED AND (II) AN ORDER (A) APPROVING THE PROPOSED SALE AND (B) GRANTING RELATED RELIEF [Related to Docket Nos. 25 and 149]

1.  RBC Mortgage Company, RBC Holdco Corporation (Collectively "RBC") and New Century Financial Corporation entered into an agreement of sale for certain assets and assumption of liabilities on September 2, 2005 (the "Agreement"). The Agreement includes the assignment of real and personal property leases to New Century. RBC is liable for twenty-six of the real property leases and in excess of 196 personal property leases for copiers, faxes and other office equipment. The buyout for the personal property leases is approximately $1,800,000.

2.  The personal property lessors under the Agreement include, but may not be limited to, GE Capitol, Danka Office Imaging, CIT Technology Financial Services, Inc., Key Equipment Finance, Canon Financial Services, Inc., DE Lage Landen, Wells Fargo, IKON Financial Services, Ricoh Americas Corporation and US Bank.

3. On April 9, 2007, Debtors filed an Emergency Motion of Debtors and Debtors in Possession for (1) an Order (A) Approving Bidding Procedures in Connection with Auction of Loan Origination Platform Assets, (B) Establishing Procedures Relating To Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (C) Scheduling Hearing to Consider Proposed Sale of Loan Origination Platform Assets And Approving Form and Manner of Notice Thereof and (D) Granting Related Relief and (II) An Order (A) Approving the Proposed Sale and (B) Granting Related Relief (the "Motion"). The Court scheduled an emergency hearing on the Motion for April 19,2006.

4. The twenty six nonresidential real property leases and over 196 personal property leases that were the subject of the Agreement are believed to be part of the proposed sale of the Loan Origination Platform business, however, none of the real property leases or personal property leases are identified in the Motion or proposed sale procedures.

5. As part of any proposed sale of the Loan Origination Platform the Debtors must be required to identify the personal property and real property leases and assignments of leases that are to be included in the sale. Without such notice any bidder would not have adequate notice of liabilities being assigned and parties in interest would not have notice an opportunity to object to adequate assurance.

6. The Debtors must be required to identify leased equipment by Lessor and by assignor of the lease. Furthermore, all assignors must be given adequate notice and an opportunity to object.

7. It should be noted that the RBC leased personal property is located in over forty separate facilities maintained by the Debtor and there must be a reasonable procedure to identify the assignor of equipment in each of the leased premises to provide lessors and assignors of

leases, including RBC, an adequate opportunity to protect its interests in the property. Sufficient notice must be provided to remove equipment in leased premises when the lease is determined to be rejected.

WHEREFORE, RBC requests that Debtors Motion be denied, or at least modified to address the issues raised herein and for such other and further relief as is just and equitable.

**MONZACK AND MONACO, P.A.**

*Rachel B. Mersky*
Francis A. Monaco, Jr., Esquire (#2078)
Rachel B. Mersky, Esquire (#2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19899-2031
(302) 656-8162
COUNSEL FOR RBC USA HOLDING CORPORATION
AND RBC MORTGAGE COMPANY

Dated: April 18, 2007