**CERTIFICATE OF SERVICE**

I, William E. Chipman, Jr., do hereby certify that on the 18th day of April 2007, I caused copies of the foregoing **Limited Objections of GMAC CF and Countrywide to Emergency Motion of Debtors Regarding Bidding Procedures and Other Matters in Connection with Auction of Loan Origination Platform Assets** to be served on the following parties in the manner indicated:

**VIA HAND-DELIVERY**

Debtor's Local Bankruptcy Counsel
Chun I. Jang
Michael Joseph Merchant
Mark D. Collins
Christopher M. Samis
Richards Layton & Finger, P.A.
One Rodney Square, 920 North King Street
P.O. Box 551
Wilmington, DE 19899

**VIA HAND-DELIVERY**

Debtor's General Bankruptcy Counsel
Timothy P.Cairns
Pachulski Stang Ziehl Young Jones
919 N. Market Street
17th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Debtor's General Bankruptcy Counsel
Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
Victoria Newmark, Esquire
Emily R Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

- 2 -

**VIA HAND-DELIVERY**

United States Trustee
Office of the United States Trustee
Joseph J. McMahon, Jr., Esquire
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

**VIA HAND-DELIVERY**

Counsel to the DIP Lender
(Co-Counsel to Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 N Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**VIA FIRST CLASS MAIL**

Counsel to the Committee
Mark T. Power, Esquire
Mark S. Indelicato, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floor
New York, New York 10022

**VIA HAND-DELIVERY**

Local Counsel to the Committee
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

    /s/ William E. Chipman
William E. Chipman, Jr. (3818)