**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**REQUEST FOR NOTICE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE THAT that Allen & Overy LLP ("A&O") hereby enters its appearance on behalf of Barclays Bank PLC and Barclays Capital in these chapter 11 cases. Pursuant to § 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), A&O request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon A&O and Barclays Bank at the offices, addresses, telephone numbers and facsimile numbers set forth below and that the following names be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as set forth below:

>Allen & Overy LLP
>1221 Avenue of the Americas
>New York, New York 10020
>(212) 610-6434
>Fax: (212) 610-6399
>Attn: Ken Coleman, Esq.

>-and-

>Barclays Bank PLC
>200 Park Avenue
>New York, New York 10166
>Attn: Mark Manski, Esq.

PLEASE TAKE FURTHER NOTICE that pursuant to § 1109(b) of the Bankruptcy Code and Rule 3017(a) of the Bankruptcy Rules, the foregoing demand includes not

#8504064 v1

only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, plans, disclosure statements, complaints or demands transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex or otherwise, which are filed or made with regard to the captioned cases and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance nor any subsequent appearance, pleading, claim or suit, is intended to waive (i) the party's right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) the party's right to trial by jury in any proceedings or trial so triable herein or in any case, controversy, or proceeding relating hereto, (iii) the party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which this party is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments this party expressly reserves.  Further, this Entry of Appearance constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court, including without limitation, the jurisdiction of the Court to adjudicate non-core matters, all of which rights are reserved without prejudice.

Dated: April 19, 2007                              Respectfully submitted,

                                                       Allen & Overy LLP

                                                      /s/ Ken Coleman
                                                      Ken Coleman, Esq.
                                                      1221 Avenue of the Americas
                                                      New York, New York 10020
                                                      (212) 610-6434
                                                      Fax: (212) 610-6399

                                                      *Counsel for Barclays Bank PLC and Barclays Capital*

#8504064 v1