IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| NEW CENTURY TRS HOLDINGS INC., : | Case No. 07-10416 (kjc) |
| et, al., : | |
| : | |
| Debtor. : | Related to Docket No. 318 |
| : | |

### AFFIDAVIT OF SERVICE

JASON E. KITTINGER, of full age, hereby certifies as follows:

1. I am a paralegal with the law firm of Fox Rothschild LLP, attorneys for Positive Software Solutions, Inc., a party-in-interest in the above proceedings.

2. On April 18, 2007, a true and correct copy of the *Limited Objection of Positive Software Solutions, Inc. to Debtors' Motion for an Order Approving Bid Procedures* (Docket No. 318), was served on the parties listed on the attached service list in the manner indicated.

3. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                         /s/ Jason E. Kittinger
                                                         Jason E. Kittinger

Dated: April 19, 2007

Sworn to and subscribed
before me this 19th
day of April, 2007.

/s/ Kathryn E. Burritt
Kathryn E. Burritt,
Notary Public

KATHRYN ELISE BURRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct 19, 2008

WM1A 98366v1 04/19/07

# NEW CENTURY TRS HOLDINGS INC.
## SERVICE LIST

### Via Hand Delivery
Mark D. Collins
Michael J. Merchant
Chun I. Jang
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

### Via Federal Express
Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily Culler
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111