**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>NEW CENTURY TRS HOLDINGS, INC.,<br>a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-10416 (KJC)<br>Jointly Administered<br><br>**RE: D.I. Nos. 12 and 126** |

**LIMITED OBJECTION OF MORGAN STANLEY MORTGAGE
CAPITAL INC. TO EMERGENCY MOTION OF DEBTORS
AND DEBTORS IN POSSESSION FOR INTERIM AND
FINAL ORDERS (A) APPROVING DEBTOR-IN-POSSESSION
FINANCING WITH ADMINISTRATIVE EXPENSE
SUPERPRIORITY AND SECURED BY LIENS, (B) GRANTING
LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE
CLAIM, AND (C) GRANTING OTHER RELIEF**

Morgan Stanley Mortgage Capital Inc. ("MSMCI"), a creditor and party in interest, files this limited objection to the Emergency Motion of Debtors and Debtors in Possession for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 362 and 364 and Federal Rules of Bankruptcy Procedure 2002, 4001, and 9014 (A) Approving Debtor-In-Possession Financing with Administrative Expense Superpriority and Secured by Liens, (B) Granting Liens and Superpriority Administrative Expense Claim, and (C) Granting Other Relief (Docket No. 12) (the "Motion"),[1] and in support thereof represents as follows:

**Background**

1.   On April 2, 2007, the Debtors filed the Motion seeking entry of orders on an interim and final basis

---

[1]   Capitalized terms used but not defined herein have the meanings given to the in the Motion.

authorizing the Debtors to enter into a debtor in possession financing facility.

2. On April 3, 2007, MSMCI filed a limited objection to the Motion.

3. On April 5, 2007, this Court entered an order (the "<u>Interim DIP Order</u>") granting the relief requested in the Motion on an interim basis. In response to the April 3 Objection and to objections raised by other parties, the Interim DIP order includes provisions in Paragraphs 10, 39, and 41 with respect to (a) maintaining the priority of setoff, netting, and recoupment rights with respect to the Senior Claims, (b) the liens and security interests granted to the Secured Parties not extending to accounts Maintained by the Debtors in trust or as custodians for the benefit of parties other than a Debtor, or to other assets that are not property of the estates, and (c) preservation of rights of entities in connection with contracts or transactions of the kind listed in section 561(a) of the Bankruptcy Code.

4. Although MSMCI presumes that any final order approving the Motion will also include the provisions referred to in the preceding paragraph, to the extent that any final order does not include such provisions, MSMCI objects to the Motion and requests that the entry of any final order approving the Motion be conditioned on the inclusion of such provisions.

Dated: April 19, 2007

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        /s/ Gregory W. Werkheiser
Robert J. Dehney (No. 3578)
Gregory W. Werkheiser (No. 3553)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

And

Luc A. Despins
Wilbur F. Foster, Jr.
Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

And

CADWALADER, WICKERSHAM & TAFT
Howard Hawkins
One World Financial Center
New York, NY  10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

*Attorneys for Morgan Stanley Mortgage Capital Inc.*