**CERTIFICATE OF SERVICE**

       I, Gregory W. Werkheiser, certify that I am not less than 18 years of age, and that service of this notice and of the foregoing **Limited Objection Of Morgan Stanley Mortgage Capital Inc. To Emergency Motion Of Debtors And Debtors In Possession For Interim And Final Orders (A) Approving Debtor-In-Possession Financing With Administrative Expense Superpriority And Secured By Liens, (B) Granting Liens And Superpriority Administrative Expense Claim, And (C) Granting Other Relief** was caused to be made on April 19, 2007, in the manner indicated upon the entities on the attached list.

<u>April 19, 2007</u>                                               <u>/s/ Gregory W. Werkheiser</u>
      Date                                                     Gregory W. Werkheiser ( No. 3553)