IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, | ) | |
| INC., et al. | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esquire, hereby certify that on April 19, 2007, I served a copy of the *Motion and Order for Admission Pro Hac Vice of Mary E. Olsen* on the parties listed on the attached service list via first class mail.

_____
James E. Huggett, Esquire (#3956)

Mark D. Collins
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floor
New York, NY 10022

Joseph McMahon
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035