**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,** | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |
| | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 19th day of April, 2007, he caused a copy of the forgoing *Limited Response of Goldman Sachs Mortgage Company to the Emergency Motion of Debtors and Debtors in Possession for Interim and Final Orders Pursuant to 11 U.S.C. §§105, 362 and 364 and Federal Rules of Bankruptcy Procedure 2002, 4001, and 9014 (A) Approving Debtor-In-Possession Financing with Administrative Expenses Superpriority and Secured by Liens, (B) Granting Liens and Superpriority Administrative Expense Claim, (C) Granting Other Relief and (D) Setting Final Hearing* to be served on the parties on the attached service list via facsimile transmission and First Class United States mail, postage prepaid.

                                                         /s/ Michael W. Yurkewicz
                                                         Michael W. Yurkewicz (I.D. # 4165)

**SERVICE LIST**

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
Facsimile: 302-651-7701

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
Facsimile: 302-425-6464

Laura Davis Jones, Esq.
Pachulski Stang Ziehl Young
Jones & Weintraub
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Facsimile: 302-652-4400

Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801
Facsimile: 302-573-6497

Ben H. Logan, Esq.
Suzzanne S. Uhland, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
Facsimile: 415-984-8701

Bennett L. Spiegel, Esq.
Shirley S. Cho, Esq.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017-5800
Facsimile: 213-680-8500