## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, <u>et al.</u>,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | **Related Docket No. 70** |
| | : | |

### CERTIFICATION OF COUNSEL

The undersigned certifies as follows:

1.      Attached hereto as Exhibit "A" is the proposed form of *Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Bidding Procedures, Including Break-Up Fee and Expense Reimbursement Payable to Carrington Mortgage Services, LLC for Sale of Debtors' Servicing Business; (II) Scheduling Bid Deadline, Auction Date, and Sale Hearing and Approving Notice Thereof; and (III) Approving Procedures to Fix Cure Amounts Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Approving Notice* (the "Proposed Order").  The form of Proposed Order has been approved by counsel to the Official Committee of Unsecured Creditors, as well as counsel to the Debtors.

---

[1]  The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Said form of order was also emailed at approximately 2:40 p.m. today to all parties to the contested matter regarding the Carrington bidding procedures. No comments or other responses have been received as of this time.

2.    Exhibit "B" hereto is a redline marked to show changes from the form of order presented to the Court at today's hearing on the Carrington bidding procedures, and made available to all parties in the court room.

3.    The undersigned respectfully represents that the Proposed Order, attached as Exhibit "A", accurately reflects the Court's ruling on the bidding procedures motion (D.I. 70), as well as the resolutions of and/or disposition by the Court of the objections filed to said motion. The undersigned respectfully submits that the Court may consider and enter the Proposed Order at the Court's earliest convenience, without further notice or hearing.

4.    The Carrington Asset Purchase Agreement will be docketed as a separate docket item and will be submitted to chambers forthwith.

Dated:    April 19, 2007
          Wilmington, Delaware

                          Respectfully submitted,

                          WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

                          By: _____/s/ Steven K. Kortanek_____
                          Steven K. Kortanek (Del. Bar No. 3106)
                          222 Delaware Avenue, Suite 1501
                          Wilmington, DE  19801
                          Telephone:302-252-4363
                          Facsimile: 302-661-7728

                                   - and -

WCSR  3593054v1

- and -

MAYER, BROWN, ROWE & MAW LLP
Thomas S. Kiriakos
Sean T. Scott
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Ph: 312-701-8310
Fax: 312-706-8482
tkiriakos@mayerbrownrowe.com
stscott@mayerbrownrowe.com

Counsel to Carrington Mortgage Services, LLC and
Carrington Capital Management, LLC