IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., a | ) | Case No. 07-10416 (KJC) |
| Delaware corporation, *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | **Related to Docket No. 239** |
| | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss.: |
| COUNTY OF NEW CASTLE | ) |

Marlene Chappe, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, and that on the 19th day of April, 2007, she caused a true and correct copy of the following document to be served upon the attached service lists in the manner indicated:

**[SIGNED] ORDER GRANTING MOTION FOR
ADMISSION PRO HAC VICE OF SHIRLEY S. CHO**

_____
Marlene Chappe

Sworn to and subscribed before
me this 19th day of April, 2007

_____
Notary Public
My Commission Expires: 11/4/07

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

32724-001\DOCS_DE:126766.1

New Century TRS Holdings, Inc.
2002 Service List
Case No. 07-10416 (KJC)
Document No. 126344
28 – Hand Delivery
74 – First Class Mail


(Co-Counsel for Greenwich Capital
Financial Products, Inc. and The CIT
Group/Business Credit, Inc.)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 N Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Hand Delivery**
(Parcels)
Vito I. DiMaio
Parcels, Inc.
4 East 7th Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Debtors)
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**Hand Delivery**
(United States Trustee)
Office of the United States Trustee
Joseph J. McMahon, Jr, Esquire
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Citigroup Global Markets
Realty Corporation)
Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE  19801

**Hand Delivery**
(Counsel for UBS Real Estate Securities,
Inc.)
William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Don A. Beskrone, Esquire
Ashby & Geddes P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Morgan Stanley Mortgage
Capital Inc.)
Robert J. Dehney, Esquire
Gregory W. Werkheiser, Esquire
Daniel B. Butz, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

**Hand Delivery**
(Counsel for Deutsche Bank National Trust
Company)
David B. Stratton, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE  19899-1709

**Hand Delivery**
(Counsel for Residential Funding Company, LLC)
Mary F. Caloway, Esquire
Eric Lopez Schnabel, Esquire
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

**Hand Delivery**
(Counsel for IndyMac Bank, F.S.B.; Qwest Corporation)
Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel for CB Richard Ellis Corporate Facilities Mgmt., Inc.)
Ian Connor Bifferato, Esquire
Garvan F. McDaniel, Esquire
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Countrywide Home Loans, Inc.; GMAC Commercial Finance LLC)
William E. Chipman, Jr., Esquire
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Kodiak Funding LP, and Kodiak CDO I, Ltd.)
Norman M. Monhait, Esquire
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

**Hand Delivery**
(Counsel for Bank of America, N.A.)
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel for General Electric Capital Corporation)
Michael G. Gallerizzo, Esquire
Gebhardt & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Union Bank of California)
David M. Fournier, Esquire
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street, Suite 5100
Wilmington, DE 19801

**Hand Delivery**
(Counsel for SN Servicing Corp. as Agent for Alaska Seaboard Parners Limited Partnership; ABN AMRO Bank N.V.)
Richard M. Beck, Esquire
Michael W. Yurkewicz, Esquire
Joanne B. Wills, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

**Hand Delivery**
(Counsel for RBC Mortgage Company, Royal Bank of Canada and RBC Centura Bank)
Francis A. Monaco, Jr., Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899-2031

**Hand Delivery**
(Counsel for Carrington Mortgage Services, LLC and Carrington Capital Management, LLC)
Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

**Hand Delivery**
(Counsel for The Official Committee of Unsecured Creditors)
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801-4226

**Hand Delivery**
(Counsel for Premier Print and Services Group, Inc.)
Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 North Market Street, Seventh Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Wells Fargo Bank, N.A.; Credit-Based Asset Servicing and Securitization)
Michael Busenkell, Esquire
Eckert, Seamans, Cherin & Mellot, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE  19801

**Hand Delivery**
(Counsel for JP Morgan Chase Bank, NA)
Adam G. Landis, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE  19801

**Hand Delivery**
(Counsel for DB Structured Products, Inc.)
Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th floor
P.O. Box 391
Wilmington, DE  19899-0391

**Hand Delivery**
(Counsel for Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc.)
Michael R. Nestor, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th floor
P.O. Box 391
Wilmington, DE  19899-0391

**Hand Delivery**
(Counsel for Washungton Mutual)
Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Natixis Real Estate Capital Inc. f/k/a IXIS Real Estate Capital Inc.)
Neil B. Glassman, Esquire
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Maguire Properties-Park Place, LLC, Maguire Properties-3121 Michelson, LLC and Maguire Properties-3161 Michelson, LLC)
Megan E. Cleghorn, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

**Hand Delivery**
(Counsel for Positive Software Solutions, Inc.)
Anthony M. Saccullo, Esquire
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE  19899-2323

**First Class Mail**
(Counsel for Debtors)
Suzzanne S. Uhland, Esquire
Ben H. Logan, Esquire
Victoria Newmark, Esquire
Emily R Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA  94111

**First Class Mail**
(Co-Counsel for Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.)
Bennett L. Spiegel, Esquire
Shirley S. Cho, Esquire
Richard L. Wynne, Esquire
Kirkland & Ellis LLP
777 S Figueroa Street, Suite 3700
Los Angeles, CA  90017

**First Class Mail**
)
Secretary of Treasury
P.O. Box 7040
Dover, DE  19903

**First Class Mail**
)
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

**First Class Mail**
)
Securities & Exchange Commission
15th & Pennsylvania Avenue, NW
Washington, DC  20020

**First Class Mail**
)
Securities & Exchange Commission
New York Regional Office
Attn: Nathan Fuchs
233 Broadway
New York, NY  10279

**First Class Mail**
)
District Director
Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD  21201

**First Class Mail**
(Counsel for Ellington Management Group, Inc.)
Patricia B. Tomasco, Esquire
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 1400
Austin, TX  78701

**First Class Mail**
(Counsel for Morgan Stanley Mortgage Capital Inc.)
Luc A. Despins, Esquire
Wilbur F. Foster, Esquire
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

**First Class Mail**
(Counsel for Morgan Stanley Mortgage Capital Inc.)
Howard R. Hawkins, Jr., Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**First Class Mail**
(Counsel for Celina ISD, Princeton ISD, City of Princeton Richardson ISD, Cedar Hill ISD, City of Cedar Hill Whitewright ISD, City of Whitewright, City of Hurst Arlington ISD, Castleberry ISD and Mansfield ISD)
Elizabeth Banda, Esquire
Perdue, Brandon, Fielder, Collins & Mott L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430

**First Class Mail**
(Counsel for Credit Suisse First Boston Capital LLC and DLJ Mortgage Capital, Inc.)
Joseph H. Smolinsky, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

**First Class Mail**
(Counsel for Federal Express Corporation)
Charles J. Filardi Jr, Esquire
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510

**First Class Mail**
(Counsel for Citigroup Global Markets Realty Corporation)
Paul M. Basta, Esquire
Joshua A. Sussberg, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

**First Class Mail**
(Counsel for UBS Real Estate Securities, Inc.)
Keith W. Miller, Esquire
James R. Bliss, Esquire
Paul Hastings Janofsky & Walker LLP
Park Avenue Tower
75 E 55th Street, First Floor
New York, NY 10022

**First Class Mail**
(Counsel for UBS Real Estate Securities, Inc.)
Richard A. Chesley, Esquire
Kimberly D. Newmarch, Esquire
Paul Hastings Janofsky & Walker LLP
191 N Wacker Drive, 30th Floor
Chicago, IL 60606

**First Class Mail**
(Claims and Noticing Agent)
XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA 90295

**First Class Mail**
(Counsel for Deutsche Bank National Trust Company)
Dennis J. Drebsky, Esquire
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

**First Class Mail**
(Counsel for Deutsche Bank National Trust Company)
Mark N. Berman, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110-1832

**First Class Mail**
(Counsel for Dallas County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201

**First Class Mail**
(Counsel for IndyMac Bank, F.S.B.)
Claudia Z. Springer, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301

**First Class Mail**
(Counsel for Residential Funding Company, LLC)
Chris Lenhart, Esquire
Dorsey & Whitney LLP
50 South Sixth, Street, Suite 1500
Minneapolis, MN  55402-1498

**First Class Mail**
(Counsel for Safeco Financial Institution Solutions, Inc.)
Frank G. Burt, Esquire
Raul A. Cuervo, Esquire
W. Glenn Merten, Esquire
Jorden Burt LLP
1025 Thomas Jefferson Street, NW, Suite 400 E
Washington, DC  20007-5208

**First Class Mail**
(Counsel for CB Richard Ellis Corporate Facilities Mgmt., Inc.)
John E. Mitchell, Esquire
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX  75201

**First Class Mail**
(Counsel for Malcolm & Cisneros, A Law Corporation)
William G. Malcolm, Esquire
Malcolm & Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA  92612

**First Class Mail**
(Counsel for Alireza Nazmi and Golden Key Mortgage)
Charles A. Hansen, Esquire
Wendel, Rosen Black & Dead LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

**First Class Mail**
(Counsel for Bank of America, N.A.)
Margot B. Schonholtz, Esquire
Mark F. Liscio, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

**First Class Mail**
)
Jed A. Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th floor
New York, NY  10167

**First Class Mail**
(Counsel for Wolfe & Wyman LLP)
Stuart B. Wolfe, Esquire
Yaron Shaham, Esquire
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA  92614

**First Class Mail**
)
Hernanco Azarcon
Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI  48075

**First Class Mail**
(Counsel for Theresa A. Davis)
Robert P. Cocco, Esquire
Robert P. Cocco, P.C.
437 Chestnut Street, Suite 1006
Philadelphia, PA  19106

**First Class Mail**
(Counsel for Wells Fargo Bank, N.A.)
David E. Retter, Esquire
Christena A. Lambrianakos, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

**First Class Mail**
)
Thomas M. Korsman
Vice President
Wells Fargo Bank, N.A.
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN  55479

**First Class Mail**
(Counsel for Kodiak Funding LP, and
Kodiak CDO I, Ltd.)
Matthew Botica, Esquire
David Wirt, Esquire
Grayson Walter, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601

**First Class Mail**
(Counsel for Countrywide Home Loans,
Inc.; GMAC Commercial Finance LLC)
Lawrence P. Gottesman, Esquire
Sukyong Suh, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104

**First Class Mail**
(Counsel for Countrywide Home Loans,
Inc.; GMAC Commercial finance LLC)
Katherine M. Windler, Esquire
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA  90401-2386

**First Class Mail**
(Counsel for Countrywide Home Loans,
Inc.)
Paul T. Liu, Esquire, Executive Vice
President and Deputy General Counsel
John Guerry, Esquire, Senior Vice President
& Assistant General Counsel
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA  91302

**First Class Mail**
)
Scot Freeman
Travelers
National Accounts
Account Resolution
1 Tower Square – 5MN
Hartford, CT  06183-4044

**First Class Mail**
)
T. Robert Finlay, Esquire
Donna L. LaPorte, Esquire
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660

**First Class Mail**
(Counsel for Union Bank of California)
Barry Freeman, Esquire
David Poitras, Esquire
Jeffer Mangels Butler & Marmaro, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

**First Class Mail**
)
Diane J. Richey, Esquire
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, CA 90071

**First Class Mail**
(Counsel for The Official Committee of Unsecured Creditors)
Mark T. Power, Esquire
Mark S. Indelicate, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

**First Class Mail**
(Counsel for New York State Teachers' Retirement System)
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

**First Class Mail**
(Counsel for New York State Teachers' Retirement System)
Salvatore J. Graziano, Esquire
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

**First Class Mail**
(Counsel for New York State Teachers' Retirement System)
Blair A. Nicholas, Esquire
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

**First Class Mail**
(Counsel for Carrington Mortgage Services, LLC and Carrington Capital Management, LLC)
Thomas S. Kiriakos, Esquire
Sean T. Scott, Esquire
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

**First Class Mail**
(Counsel for Wells Fargo Bank, N.A.; Credit-Based Asset Servicing and Securitization)
J.R. Smith, Esquire
Jason W. Harbour, Esquire
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

**First Class Mail**
)
Vicky Namken
IBM Corporation
13800 Diplomat Drive
Dallas, TX 75234

**First Class Mail**
)
Jeffrey I. Golden, Esquire
Hutchison B. Meltzer, Esquire
Weiland, Golden, Smiley, Wang Ekvall &
Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA  92626

**First Class Mail**
)
Michael Weinstock
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY  10152

**First Class Mail**
)
John A. Vox, Esquire
1430 Lincoln Avenue
San Rafael, CA  94901

**First Class Mail**
(Counsel for SIRVA Relocation)
Glenn M. Reisman, Esquire
Two Corporate Drive, Suite 234
Shelton, CT  06484

**First Class Mail**
(Counsel for DB Structured Products, Inc.)
Robert M. Dombroff, Esquire
Steven Wilamowsky, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689

**First Class Mail**
(Counsel for DB Structured Products, Inc.)
Andrew J. Gallo, Esquire
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110

**First Class Mail**
(Counsel for DB Structured Products, Inc.)
Richard H. Agins, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT  06103-3178

**First Class Mail**
(Counsel for Carrollton-Farmers Branch
Independent School District, Garland
Independent School District, and Lewisville
Independent School District)
Andrea Sheehan, Esquire
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, TX  75205

**First Class Mail**
(Counsel for ChoicePoint Inc.)
James R. Savin, Esquire
David M. Dunn, Esquire
Joanna F. Newdeck, Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, DC  20036

**First Class Mail**
(Counsel for Bexar County, City of El Paso)
David G. Aelvoet, Esquire
Linebarger Goggan Blair & Sampson LLP
Travis Building
711 Navarro, Suite 300
San Antonio, TX  78205

**First Class Mail**
(Counsel for United HealthCare Insurance
Company)
Julie A. Manning, Esquire
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919

**First Class Mail**
)
IKON Office Solutions
Recovery & Bankruptcy
3920 Arkwright Road, Suite 400
Macon, GA 31210

**First Class Mail**
(Counsel for Washington Mutual)
David H. Zielke, Esquire
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, WMC 3501
Seattle, WA 98101

**First Class Mail**
(Counsel for DRA CRT Post Oak, L.P.)
Brian D. Womac, Esquire
Denise H. Mitchell, Esquire
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, TX 77024

**First Class Mail**
(Counsel for ABN AMRO Bank N.V.)
Raniero D'Aversa, Jr., Esquire
Laura D. Metzger, Esquire
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820

**First Class Mail**
(Counsel for Qwest Corporation)
Mitchell W. Katz, Esquire
Qwest Legal Department
1801 California Street, Suite 900
Denver, CO 80202

**First Class Mail**
(Counsel for Natixis Real Estate Capital Inc.
f/k/a IXIS Real Estate Capital Inc.)
Gregory M. Petrick, Esquire
Angela Somers, Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**First Class Mail**
(Counsel for Sprint Nextel Corporation)
David I. Swan, Esquire
Kenneth M. Misken, Esquire
McGuire Woods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102-4215

**First Class Mail**
(Counsel for Maguire Properties-Park Place,
LLC, Maguire Properties-3121 Michelson,
LLC and Maguire Properties-3161
Michelson, LLC)
D.J. Baker, Esquire
Rosalie W. Gray, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

**First Class Mail**
)
Sheryl L. Moreau
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

**First Class Mail**
)
Matthew J. Lampke, Assistant Chief
Ohio Attorney General's Office
Executive Agencies Section
30 E. Broad Street, 26th Floor
Columbus, OH 43215-4200

**First Class Mail**
(Counsel for 500 Eagles Landing, LLC)
Robert P. Gates, Esquire
Erskine & Tulley, a Professional
Corporation
220 Montgomery Street, Suite 303
San Francisco, CA  94104

**First Class Mail**
)
David A. Meskan, Manager
500 Eagles Landing, LLC
2100 Green Street, Apt. 404
San Francisco, CA  94123

**First Class Mail**
)
Property Management Professionals, LLC
1512 Royce Drive
Locust Grove, GA  30248

**First Class Mail**
(Counsel for Positive Software Solutions, Inc.)
Mark H. Ralson, Esquire
Davor Rukavina, Esquire
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX  75201

**First Class Mail**
(Counsel for City of Edinburg, Edcouch-Elsa ISD, Nueces County and South Texas College)
Diane W. Sanders, Esquire
Linebarger Goggan Blair & Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX  78760