IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>New Century TRS Holdings, Inc.<br>a Delaware Corporation, et al.,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF LISA M. SCHWEITZER**

I, Michael W. Yurkewicz, a member of the bar of this Court, pursuant to District Court Local rule 83.5, move the admission *pro hac vice* of Lisa M. Schweitzer (the "Admittee"), a member of the law firm Cleary Gottlieb Steen & Hamilton LLP, One Liberty Place, New York, NY 10006 to act as counsel to Goldman Sachs Mortgage Company in this case and in any related proceedings. The Admittee is admitted, practicing, and a member in good standing of the bars of: the State of New York; the State of New Jersey; the United States District Court for the Southern District of New York; the United States District Court for the District of New Jersey; and the United States Court of Appeals for the 3rd Circuit.

Dated: April 20, 2007
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　KLEHR, HARRISON, HARVEY,
　　　　　　　　　　　　　　　　　BRANZBURG & ELLERS, LLP

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Michael W. Yurkewicz (Del. Bar No. 4165)
　　　　　　　　　　　　　　　　　919 Market Street, Suite 1000
　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　Telephone: (302) 426-1189
　　　　　　　　　　　　　　　　　Fax: (302) 426-9193
　　　　　　　　　　　　　　　　　myurkewicz@klehr.com

PHIL1 728872-1

1

The Admittee certifies that she is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above (although she has certain continuing education requirements outstanding in the state of New Jersey), submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this case, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules and with Standing Order for District Court Fund effective 1/1/05. The Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk of Court for District Court..

*[signature]*
Lisa M. Schweitzer
Clearly Gottlieb Steen & Hamilton
One Liberty Place
New York, NY 10006
Telephone: (212) 225-2000
Fax: (212) 225-3999

Motion granted.

BY THE COURT:

Date: April ____, 2007

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE