IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| New Century TRS Holdings, Inc. | : | Case No. 07-10416 (KJC) |
| a Delaware Corporation, <u>et al.</u> | : | |
| | : | Jointly Administered |
| Debtors. | : | |

### CERTIFICATE OF SERVICE

I, Michael W. Yurkewicz, of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, hereby certify that on this 20th day of April, 2007, I served a copy of the *Motion for Admission Pro Hac Vice* on the parties listed on the attached service list, in the manner there indicated.

_____
Michael W. Yurkewicz (Del. Bar No. 4165)

Service List
New Century TRS Holdings, Inc.
Case No. 07-10416 (KJC)

**Via Hand Delivery**
*U.S. Trustee*
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**Via Hand Delivery**
Mark D. Collins
Chun I. Jang
Michael Joseph Merchant
Richards, Layton & Finger, P.A.
920 North King Street
P.O. Box 551
Wilmington, DE 19899
302-651-7700
Fax : 302-651-7701

**Via Hand Delivery**
Timothy P. Cairns
Pachulski Stang Ziehl Young Jones
919 N. Market Street
17th Floor
Wilmington, DE 19801
302-652-4100
Fax : 302-652-4400