IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| New Century TRS Holdings, Inc. a Delaware Corporation, <u>et al.</u> | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| Debtors. | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JANE KIM

I, Michael W. Yurkewicz, a member of the bar of this Court, pursuant to District Court Local rule 83.5, move the admission *pro hac vice* of Jane Kim (the "Admittee") of the law firm Cleary Gottlieb Steen & Hamilton LLP, One Liberty Place, New York, NY 10006 to act as counsel to Goldman Sachs Mortgage Company in this case and in any related proceedings. The Admittee is admitted, practicing, and a member in good standing of the bars of: the State of New York; the United States District Courts for the Southern and Eastern Districts of New York; and the United States Court of Appeals for the Second Circuit.

Dated: April 20, 2007
      Wilmington, Delaware

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS, LLP

By: /s/ Michael W. Yurkewicz
    Michael W. Yurkewicz (Del. Bar No. 4165)
    919 Market Street, Suite 1000
    Wilmington, Delaware 19801
    Telephone: (302) 426-1189
    Fax: (302) 426-9193
    myurkewicz@klehr.com

1

The Admittee certifies that she is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this case, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules and with Standing Order for District Court Fund effective 1/1/05. The Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                                Jane Kim
                                                Clearly Gottlieb Steen & Hamilton
                                                One Liberty Place
                                                New York, NY 10006
                                                Telephone: (212) 225-2000
                                                Fax: (212) 225-3999

Motion granted.

BY THE COURT:

Date: April \_\_\_\_, 2007

                                                _____
                                                THE HONORABLE KEVIN J. CAREY
                                                UNITED STATES BANKRUPTCY JUDGE