## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON APRIL 24, 2007 AT 2:30 P.M.

## I.    UNCONTESTED MATTERS GOING FORWARD:

1.    Motion of the Debtors and Debtors in Possession for Interim and Final Orders Pursuant to Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate of Payment [Docket No. 5; filed 4/2/07]

Objection Deadline:   April 17, 2007 at 4:00 p.m.; Objection deadline extended for the Office of the United States Trustee until April 20, 2007 at midnight.

Objection/Responses Received:  None at this time.

Related Documents:

i.    Interim Order Pursuant to Section 366 of the Bankrutpcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing

---

[1]    The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 51; filed 4/3/07]

ii.     Notice of (I) Entry of Interim order Pursuant to Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, and (C) Establishing Procedures for Determining Adequate Assurance of Payment and (II) Final Hearing on the Motion [Docket No. 76; filed 4/4/07]

Status:  The hearing on this matter will go forward.

2.     Motion of Debtors and Debtors in Possession for an Order Granting Extension of Time to File Schedules and Statements [Docket No. 117; filed 4/50/7]

Objection Deadline:  April 17, 2007 at 4:00 p.m.; Objection deadline extended for the Office of the United States Trustee until April 20, 2007 at midnight.

Objection/Responses Received:  None at this time.

Related Documents:  None at this time.

3.     Application of the Debtors and Debtors in Possession for an Order Authorizing the Retention and Employment of Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to Section 327(a) of the Bankruptcy Code [Docket No. 118; filed 4/5/07]

Objection Deadline:   April 17, 2007 at 4:00 p.m.; Objection deadline extended for the Office of the United States Trustee until April 20, 2007 at midnight.

Objection/Responses Received:  None at this time.

Related Documents:

i.     Notice of Application and Hearing [Docket No. 122; filed 4/5/07]

Status:  The hearing on this matter will go forward.

4.     Motion of the Debtors and Debtors in Possession for an Order Providing that Creditors' Committees Are Not Authorized or Required to Provide Access to Confidential Information of the Debtors or to Privileged Information [Docket No. 119; filed 4/5/07]

Objection Deadline:   April 17, 2007 at 4:00 p.m.; Objection deadline extended for the Office of the United States Trustee until April 20, 2007 at midnight.

Objection/Responses Received:  None at this time.

Status:  The hearing on this matter will go forward.

5.    Motion of the Debtors and Debtors in Possession for Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 121; filed 4/5/07]

Objection Deadline:    April 17, 2007 at 4:00 p.m.; Objection deadline extended for the Office of the United States Trustee until April 20, 2007 at midnight.

Objection/Responses Received:  None at this time.

Related Documents:    None at this time.

Status:  The hearing on this matter will go forward.

6.    Application for an Order Authorizing the Employment and Retention of Lazard Freres & Co. LLC as Financial Advisor to the Debtors and Debtors-In-Possession Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014, and Del. Bankr. LR 2014-1 [Docket No. 123; filed 4/5/07]

Objection Deadline:    April 17, 2007 at 4:00 p.m.; Objection deadline extended for the Office of the United States Trustee until April 20, 2007 at midnight.

Objections/Responses Received:  None at this time.

Related Documents:    None at this time.

Status:  The hearing on this matter will go forward.

7.    Application of the Debtors and Debtors in Possession for an Order Authorizing the Retention and Employment of O'Melveny & Myers LLP as Co-Counsel to the Debtors Pursuant to Section 327(a) of the Bankrupty Code [Docket No. 137; filed 4/6/07]

Objection Deadline:    April 17, 2007 at 4:00 p.m.; Objection deadline extended for the Office of the United States Trustee until April 20, 2007 at midnight.

Objections/Responses Received:  None at this time.

Status:  The hearing on this matter will go forward.

8.    Motion of the Debtors and Debtors in Possession Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rules 2002 and 6004 for an Order Authorizing the Access Sale and Granting Related Relief [Docket No. 231; filed 4/13/07]

Objection Deadline:    April 23, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.      Emergency Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [Docket No. 238; filed 4/13/07]

ii.     Notice of Hearing [Docket No. 272; filed 4/16/07]

Status:  The hearing on this matter will go forward.

## II.    **CONTESTED MATTERS GOING FORWARD**

9.      Emergency Motion of Debtors and Debtors in Possession for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 362 and 364 and Federal Rules of Bankrutpcy Procedure 2002, 4001 and 9014 (A) Approving Debtor-in-Possession Financing with Administrative Expense Superpriority and Secured by Liens, (B) Granting Liens and Superpriority Administrative Claim, (C) Granting Other Relief and (D) Setting Final Hearing [Docket No. 12; filed 4/2/07]

Objection Deadline:  April 19, 2007 at 4:00 p.m.; Objection deadline extended until April 23, 2007 at 4:00 p.m. for The Official Committee of Unsecured Creditors; Objection deadline extended for the Office of the United States Trustee until April 20, 2007 at midnight.

Objections/Responses Received:

A.      Limited Objection of Morgan Stanley Mortgage Capital Inc. to Emergency Motion of Debtors and Debtors in Possession for Interim and Final Orders (A) Approving Debtor-In-Possession Financing With Administrative Expense Superpriority and Secured by Liens, (B) Granting Liens and Superpriority Administrative Expense Claim, and (C) Granting Other Relief [Docket No. 326; filed 4/19/07]

B.      Limited Response of Goldman Sachs Mortgage Company to the Emergency Motion of Debtors and Debtors in Possession for Interim and Final Orders (A) Approving Debtor-In-Possession Financing With Administrative Expense Superpriority and Secured by Liens, (B) Granting Liens and Superpriority Administrative Expense Claim, and (C) Granting Other Relief [Docket No. 330; filed 4/19/07]

Related Documents:

i.      Limited Objection of Morgan Stanley Mortgage Capital, Inc. to the Emergency Motion of Debtors and Debtors in Possession for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 362 and 364 and Federal Rules of Bankrutpcy Procedure 2002, 4001 and 9014 (A) Approving Debtor-in-

Possession Financing with Administrative Expense Superpriority and Secured by Liens, (B) Granting Liens and Superpriority Administrative Claim, (C) Granting Other Relief and (D) Setting Final Hearing [Docket No. 27; filed 4/3/07]

ii.      Certification of Counsel [Docket No. 82; filed 4/4/07]

iii.     Interim Order Pursuant to 11 U.S.C. §§ 105, 362 and 364 and Federal Rules of Bankrutpcy Procedure 2002, 4001 and 9014 (A) Approving Debtor-in-Possession Financing with Administrative Expense Superpriority and Secured by Liens, (B) Granting Liens and Superpriority Administrative Claim, (C) Granting Other Relief and (D) Setting Final Hearing [Docket No. 89; filed 4/5/07]

iv.     Notice of Entry of Interim Order Under 11 U.S.C. §§ 361, 362, 363, and 364, Fed. R. Bankr. P. 4001(b), and Del. Bankr. L.R. 4001-2, (A) Authorizing Debtors to Incur Postpetition Indebtedness, (B) Granting Security Interests and Superpriority Expense Claims, (C) Authorizing the Use of Cash Collateral, and (D) Granting Other Relief [Docket No. 126; filed 4/6/07]

Status:  The hearing on this matter will go forward.

10.     Motion of the Debtors and Debtors in Possession for Entry of an Order Pursuant to Sections 365 and 554 of the Bankruptcy Code (A) Authorizing and Approving the Rejection of Certain Unexpired Leases of Nonresidential Real Property and (B) Authorizing and Approving Procedures for the Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property [Docket No. 23; filed 4/2/07]

Objection Deadline:   April 17, 2007 at 4:00 p.m.; Objection deadline extended for the Office of the United States Trustee until April 20, 2007 at midnight.

Objections/Responses Received:

A.     Limited Objection of Mills Enterprises, LLC to Motion of the Debtors and Debtors in Possession  for Entry of an Order Pursuant to Sections 365 and 554 of the Bankruptcy Code (A) Authorizing and Approving the Rejection of Certain Unexpired Leases of Nonresidential Real Property and (B) Authorizing and Approving Procedures for the Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property [Docket No. 280; filed 4/17/07]

B.     Objection of RBC Mortgage Company and RBC Holdco Corporation to Motion of the Debtors and Debtors in Possession for Entry of an Order Pursuant to Sections 365 and 554 of the Bankruptcy Code (A) Authorizing and Approving the Rejection of Certain Unexpired Leases of Nonresidential Real Property and (B) Authorizing and Approving

Procedures for the Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property [Docket No. 283; filed 4/17/07]

C.   Canpro Investments, Ltd., Limited Objection and Response in Opposition to Debtors' Motion for Entry of an Order Pursuant to Sections 365 and 554 of the Bankrutpcy Code (A) Authorizing and Approving the Rejection of Certain Unexpired Leases of Nonresidential Property and (B) Authorizing and Approving Procedures for the Rejection of Executory Contracts and Unexpired Leases of Personal and Nonresidential Real Property [Docket No. 287; filed 4/17/07]

D.   Supplemental Objection of RBC Mortgage Company and RBC Holdco Corporation to Motion of Debtors and Debtors in Possession for Entry of an Order Pursuant to Sections 365 and 554 of the Bankrutpcy Code (A) Authorizing and Approving the Rejection of Certain Unexpired Leases of Nonresidential Real Property and (B) Authorizing and Approving Procedures for the Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property [Docket No. 315; filed 4/18/07]

Status:  The hearing on this matter will go forward.

11.   Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures in Connection with Auction of Loan Origination Platform Assets, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (C) Scheduling Hearing to Consider Proposed Sale of Loan Origination Platforms Assets and Approving Form and Manner of Notice Thereof and (D) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 149; filed 4/9/07]

Objection Deadline:   April 18, 2007 at 4:00 p.m.; Objection deadline extended for the Office of the United States Trustee until April 20, 2007 at midnight.

Objections Received:

A.   Objection of General Electric Capital Corporation to Emergency Motion of Debtors Regarding Bidding Procedures and Other Matters [Docket No. 258; filed 4/16/07]

B.   Response of the United States Trustee to the Emergency Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures in Connection with the Auction of Loan Origination Platform Assets, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (C) Scheduling Hearing to Consider Proposed Sale of Loan Origination Platform Assets and

Approving Form and Manner of Notice Thereof, and (D) Granting Related Relief [Docket No. 313; filed 4/18/07]

C.    Objection of RBC Mortgage Company and RBC Holdco Corporation to Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures in Connection with the Auction of Loan Origination Platform Assets, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (C) Scheduling Hearing to Consider Proposed Sale of Loan Origination Platform Assets and Approving Form and Manner of Notice Thereof, and (D) Granting Related Relief [Docket No. 316; filed 4/18/07]

D.    Limited Objections of GMAC CF and Countrywide to Emergency Motion of Debtors Regarding Bidding Procedures and Other Matters in Connection with Auction of Loan Origination Platform Assets [Docket No. 317; filed 4/18/07]

E.    Limited Objection of Positive Software Solutions, Inc. to Debtors' Motion for an Order Approving Bid Procedures [Docket No. 318; filed 4/18/07]

Related Documents:

i.    Emergency Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [Docket No. 150; filed 4/9/07]

ii.    Order Granting Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [Docket No. 236; filed 4/13/07]

iii.    Notice of Hearing [Docket No. 247; filed 4/13/07]

Status: The hearing on the Debtors' request for approval of bidding and other procedures will be go forward.

Dated:  April 20, 2007
      Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

PROPOSED ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION