UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC., | § | CASE NO. 07-10416-KJC |
| ET. AL., | § | |
| | § | Chapter 11 |
| Debtors. | § | |
| | § | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, the undersigned moves the admission *pro hac vice* of **Mark H. Ralston, Esquire** to represent Positive Software Solutions, Inc., in this action.

**FOX ROTHSCHILD LLP**

　/s/ Daniel K. Astin　　　　　　　
Daniel K. Astin, Esquire (No. 4068)
Anthony M. Saccullo, Esquire (No. 4141)
Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444
asaccullo@foxrothschild.com

Dated: April 18, 2007

WM1A 98234v1 04/18/07

DOCKET NO. 314
DATE FILED: 4-18-07

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, the United States District Court for the Northern, Eastern, Western and Southern Districts of Texas, the United States Court of Appeals for the Fifth Circuit and the United States Court of Appeals for the Eighth Circuit and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Mark H. Ralston, Esquire
**Munsch Hardt Kopf & Harr, P.C.**
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
Phone  214.855.7587
Fax  214.978.5359
Email  mralston@munsch.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

BY THE COURT:

Dated: April 19, 2007

The Honorable Kevin J. Carey
United States Bankruptcy Court

WM1A 98234v1 04/18/07