**Schedule 2**

**Notice of Bid Deadline, Auction, and Sale Hearing**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

## NOTICE OF BID DEADLINE, AUCTION, AND SALE
## HEARING IN CONNECTION WITH THE SALE OF
## NEW CENTURY'S SERVICING BUSINESS

NOTICE IS HEREBY GIVEN, as follows:

1.      On April 4, 2007, New Century Financial Corporation ("New Century") and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed a motion (the "Motion") pursuant to sections 105, 363 and 365 of title 11 of the United States Code (the "Bankruptcy Code") and rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") seeking approval of, among other things, (i) the institution of bidding procedures (as revised on April 19, 2007, the "Bidding Procedures") in connection with the sale of certain of the Debtors' assets, including certain of its mortgage loan servicing business, all as more fully described in the Motion (the "Servicing Business"), including a break-up fee and expense reimbursement payable to Carrington Capital Management, LLC and Carrington Mortgage Services, LLC ( collectively, "Carrington"), and (ii) the scheduling of a bid deadline, auction date, and/or sale hearing (as revised on April 19, 2007, the "Bidding Schedule"). On April 19, 2007, the United States Bankruptcy Court (the "Court") entered an order (the "Bidding Procedures Order") approving, among other things, the Bidding Procedures and Bidding Schedule.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

2. New Century and New Century Mortgage Corporation, as sellers, and Carrington, as purchaser have entered into an Amended and Restated Asset Purchase Agreement, dated as of April 19, 2007 (as amended, the "APA") for the sale of the Servicing Business, but, as set forth in the Bidding Procedures, the sale of the Servicing Business remains subject to competing offers from any prospective qualified bidder.

3. All interested parties are invited to make offers to purchase the Servicing Business in accordance with the terms of the Bidding Procedures and Bidding Procedures Order, available upon faxed written request from Lazard Frères & Co. LLC, 30 Rockefeller Plaza, New York, NY 10020, facsimile: (212) 830-3647 Attention: Evan Geller Esq. (Debtors' financial advisors) or O'Melveny & Myers LLP, 275 Battery Street, Suite 2600, San Francisco, CA 94111, Facsimile: (415) 984-8701, Attention Brophy Christensen, Esq. (attorneys to the Debtors'). The deadline to submit bids for the Servicing Business (the "Bid Deadline") is May 10, 2007 at 5:00 p.m. (prevailing Eastern Time). Pursuant to the Bidding Procedures Order, if New Century receives a bid that constitutes a higher and/or better bid for the Servicing Business than that represented by the APA (a "Qualified Topping Bid"), New Century will conduct an auction (the "Auction") for the sale of the Servicing Business on May 16, 2007. The Debtors will advise all Qualified Bidders of the exact times of the Auction. The Auction will be conducted at the offices of O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, New York, 10036. The Debtors reserve the right to change the date or the place of the Auction, and will notify Qualified Bidders if they do so.

4. If New Century does not receive a Qualified Topping Bid for the Servicing Business on or before the Bid Deadline, New Century shall seek approval at the Sale Hearing of the sale of the Servicing Business to Carrington pursuant to the provisions of the APA.

5. The Bidding Procedures Order further provides that a Sale Hearing will be held either on May 18, 2007 at 10:00 a.m. (prevailing Eastern Time) (in the event that New Century does not receive at least one Qualified Topping Bid on or before the Bid Deadline) or on May 21, 2007 at 10:00 a.m. (prevailing Eastern Time) (if the Debtors timely receive such a Qualified Topping Bid from a Qualified Bidder) before the Honorable Kevin J. Carey, United States Bankruptcy Judge, in Room #5 of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801

6. At the Sale Hearing, the Debtors shall request that the Court enter an order, among other things, approving the prevailing bid of the successful bidder for the Servicing Business, pursuant to which New Century will transfer the Servicing Business.

7. At the Sale Hearing, the Court may enter such orders as it deems appropriate under applicable law and as required by the circumstances and equities of these chapter 11 cases. Objections, if any, to the sale of the Servicing Business pursuant to the terms of the agreement reached between New Century and the successful bidder for the Servicing Business shall be in writing, shall conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court for the District of Delaware, shall set forth the name of the objecting party, the nature and amount of any claims or interests held or asserted against New Century's estate or properties, the basis for the objection and the specific grounds therefor, and shall be served upon

2

(i) the United States Trustee for the District of Delaware; (ii) O'Melveny & Meyers LLP, 400 So. Hope St., Los Angeles, CA 90071, Attention: Ben H. Logan, Esq. and O'Melveny & Meyers LLP, 275 Battery Street, Suite 2600, San Francisco, CA 94111 (attorneys for the Debtors); (iii) Richards, Layton & Finger, P.A., One Rodney Square, Wilmington, DE 19899, Attention: Mark D. Collins, Esq., (attorneys for the Debtors); (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022, Attention: Mark T. Power, Esq. and Blank Rome, LLP, Chase Manhattan Centre, 1201 Market Street, Suite 800, Wilmington, DE 19801, Attention: Bonnie Glantz Fatell, Esq. (attorneys for the Creditors' Committee); (v) Mayer, Brown, Rowe & Maw LLP, 71 South Wacker Drive, Chicago, Illinois, 60606, Attention: Thomas S. Kiriakos, Esq. and Womble Carlyle Sandridge & Rice, PLLC, 222 Delaware Avenue, Suite 1501, Wilmington, DE 19801, Attention: Steven K. Kortanek, Esq. (attorneys for Carrington); and (vi) any other parties who have timely filed requests for notice under Bankruptcy Rule 2002 or who are entitled to notice under any case management procedures order, if any, entered in these cases prior to the Mailing Deadline..

8. A copy of the APA was filed with the Bankruptcy Court on April 19, 2007. All requests for information concerning the sale of the Servicing Business should be directed by request to Evan Geller, Lazard Frères & Co. LLC, evan.geller@lazard.com, 212-632-6574.

3

Dated: April _, 2007
       Wilmington, Delaware

                                              Mark D. Collins (No. 2981)
                                              Michael J. Merchant (No. 3854)
                                              Marcos A. Ramos (No. 4450)
                                              RICHARDS, LAYTON & FINGER, P.A.
                                              One Rodney Square
                                              P.O. Box 551
                                              Wilmington, Delaware 19899
                                              (302) 651-7700

                                                              -and-

                                              Suzzanne S. Uhland
                                              Ben H. Logan
                                              Brian Metcalf
                                              O'MELVENY & MYERS LLP
                                              275 Battery Street
                                              San Francisco, California 94111
                                              (415) 984-8700

                                              PROPOSED ATTORNEYS FOR DEBTORS
                                              AND DEBTORS IN POSSESSION