IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., et al., | ) | Case No. 07-10416 (KJC) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Please enter the appearance of Christopher D. Loizides, Esquire and Robert Goodrich, Esquire on behalf of SunTrust Leasing Corporation. Please serve all papers, pleadings, notices and other documents upon counsel at the addresses stated below:

| | |
|---|---|
| Christopher D. Loizides, Esquire | Robert Goodrich, Esquire |
| LOIZIDES, P.A. | STITES & HARISON, PLLC |
| 1225 King Street, Suite 800 | 1800 Fifth Third Center |
| Wilmington, DE 19801 | 424 Church Street |
| Telephone: (302) 654-0248 | Nashville, TN 37219-2376 |
| Facsimile: (302) 654-0728 | Telephone: (615) 782-2231 |
| Email: loizides@loizides.com | Facsimile: (615) 742-4126 |
| | Email: robert.goodrich@stites.com |

This entry of appearance shall not be deemed to be a submission to the jurisdiction of the Bankruptcy Court, a waiver of the defenses of lack of personal jurisdiction or lack of service or of any other defense, claim or right without any limitation whatsoever.

DATED: April 20, 2007

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
Email: loizides@loizides.com

*Counsel for SunTrust Leasing Corporation*