**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-10416 (KJC) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**VERIFIED STATEMENT OF PEPPER HAMITLON LLP**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Pepper Hamilton LLP ("Pepper Hamilton") submits this verified statement in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure, and respectfully represents:

1. I, David B. Stratton, am an attorney at law and a partner in the law firm Pepper Hamilton. On behalf of Pepper Hamilton, I hereby provide this verified statement.

2. Pepper Hamilton currently represents the following parties in interest in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"):

    a. **Union Bank of California** ("Union Bank") located at 445 South Figueroa Street, Los Angeles, CA 90071-1602. Union Bank is the Debtors' repository bank. Pepper Hamilton is representing Union Bank in its capacity as a creditor in these chapter 11 cases.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, L.L.C., a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

#8490070 v1

b. **<u>Deutsche Bank National Trust Company</u>** ("Deutsche") located at 60 Wall Street, New York, NY 10005. Deutsche is the indenture trustee under a number of securitization transactions with the Debtors. Pepper Hamilton is representing Deutsche in its capacity as indenture trustee under a number of securitization transactions with the Debtors.

c. **<u>Adfitech, Inc.</u>** ("Adfitech") located at 3001 Technology Drive, Edmond, OK 73013. Prior to filing for bankruptcy, the Debtors retained Adfitech to review completed loan files to ensure that all required loan documentation was delivered to the applicable party and was corrected. Pepper Hamilton is representing Adfitech in its capacity as a creditor in these chapter 11 cases.

3. Pepper Hamilton does not presently own, nor has it previously owned, any claims against, or interests in, the Debtors.

4. The undersigned certifies that this verified statement is true and accurate, to the best of his knowledge, information, and belief. Pepper Hamilton reserves the right to revise, supplement and/or amend this verified statement as may be appropriate or necessary. This statement is provided without prejudice to the right of Pepper Hamilton LLP and its clients to file any further statements, claims, proofs of claim, adversary complaints, documents, notices or pleadings whatsoever in these bankruptcy proceedings.

Dated: April 20, 2007
       Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

/s/ David B. Stratton
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, Delaware 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

#8490070 v1