# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | New Century TRS Holdings, Inc. |
| **Case Number:** | 07-10416-KJC    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, APRIL 19, 2007 10:00 AM   CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | TODD KIRK |

## *Matters:*

**1)** Bidding Procedures
   **R / M #:**   0 / 0

**2) ADV: 1-07-50962**
   **Status on TRO**
   **R / M #:**   0 / 0

## *Appearances:*

See Sign In Sheet

## *Proceedings:*

Agenda Item
#1 - Order Due
#2 - Order Due
#3 - Adjourned to 4/24/07