# SIGN-IN-SHEET

CASE NAME: New Century TRS Holdings, Inc.  
CASE NO.: 07-10416-KJC

COURTROOM LOCATION: 5  
DATE: April 19, 2007

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bonnie Fatell | Blank Rome | Creditors Committee |
| Mark Power | Hahn + Hessen | |
| Joe McMahon | USDOJ | UST |
| Robert Brady | DB Shaw Young Conaway | DB Structured Products |
| Marc Phillips | Connolly Bove Lodge & Hutz | Washington Mutual |
| Joseph H. Huston | Stevens + Lee | Deferred Comp Claimants |
| Steven K. Kortanek | Womble Carlyle | Carrington Mortgage |
| Thomas Kiriakos | Mayer Brown Rowe + Maw | " |
| Sean Scott | " | " |
| Mark Refken | Munsch Hardt | Positive Software |
| Anthony Sacullo | Fox Rothschild | " |
| Gregory Werkheiser | Morris Nichols | Morgan Stanley Mortgage Cap Inc |
| Norman Monhait | Rosenthal Monhait Gooddess | Kodiak Funding |

**CASE NAME: New Century TRS Holdings, Inc.**　　**COURTROOM LOCATION: 5**
**CASE NO.: 07-10416-KJC**　　**DATE: April 19, 2007**

# SIGN-IN-SHEET

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| William Chapman | Edwards Angell Palmer & Dodge | GMAC CF + Countrywide |
| J.R. Smith | Hunton & Williams | C-Bass / Wells Fargo |
| Mike Busenkell | Eckert Seamans | " |
| Mike Gallerizo | Gebhardt & Smith | GE |
| Michael Vitiensio | Klehr Harrison Harvey Branzburg & Ellers | Alaska Seaboard Limited Partners |
| Dennis Dobsh | Nixon Peabody | Deutsche Bank Trust Co |
| David Stratton | Pepper Hamilton | " |
| Jacqueline Marcus | Weil Gotshal | Lehman |
| Robert Jordan | " | " |
| Mark Collins | Richards Layton & Finger | Debtors |
| Marcos Ramos | " | " |
| Suzzanne Uhland | O'Melveny & Myers | " |
| Brian Metcalf | " | " |

# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.  
**CASE NO.:** 07-10416-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** April 19, 2007

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Greg Taylor | Ashby & Geddes | UBS Real Estate Securities, Inc |
| Joseph Grey | Stevens & Lee | Premier Print & Services |
| Mark T. Hurford | Campbell & Levine | Citigroup Global Markets |
| Mark Ennas | RLF | Debtors |
| Ashley Jones | RLF | Debtors |
| Laurie Silverstein | Potter Anderson Corroon | Bank of America, N.A. |
| Frank Mullen | Margulies Mullen | RBC |
| Michael Maples | " | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey
### #5

Calendar Date: 04/19/2007
Calendar Time: 10:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1706273 | Richard Agins | 860-240-2840 | Bingham McCutchen, LLP | Interested Party, Deutsche Bank/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1706706 | Joseph Rodgers | 216-479-8465 | Squire, Sanders & Dempsey LLP | Interested Party, Squire Sanders & Dempsey/ LISTEN ONLY |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1707220 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP (901211NY) | Creditor, Bank of America N.A./ LISTEN ONLY |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1707317 | Robert J. Keach | 207-774-1200 | Bernstein Shur | Creditor, Gregory J. Schroeder, Michelle Parker, Martin Warren, et al/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 (07-50962) | Hearing | 1707794 | Brent Truitt | 845-586-5102 | Hennigan Bennett & Dorman (901405) | Creditor, UBS Real Estate Securities/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 (07-50962) | Hearing | 1707797 | Bruce Bennett | 213-694-1012 | Hennigan Bennett & Dorman (901405) | Creditor, UBS Real Estate Securities/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 (07-50962) | Hearing | 1707801 | Michael Morris | 805-693-0027 | Hennigan Bennett & Dorman (901405) | Creditor, UBS Real Estate Securities/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1703757 | Marti Murray | 212-582-5505 | Murray Capital Management, Inc. | Interested Party, Murray Capital Management, Inc./ LISTEN ONLY |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1704156 | Kimberly Newmarch | 312-499-6057 | Paul Hastings Janofsky & Walker | Creditor, UBS Real Estate Securities, Inc./LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1705101 | Shirley Cho | 213-680-8242 | Kirkland & Ellis (CC-913) | Creditor, Greenwich Capital Financial Products, Inc./ LIVE |