## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

### MOTION AND ORDER FOR
### ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission pro hac vice of Matthew Botica of Winston & Strawn LLP as counsel for Kodiak Funding

LP and Kodiak CDO I Ltd. in this proceeding.


Dated: April 5, 2007                    ROSENTHAL, MONHAIT & GODDESS, P.A.


By _____
               Norman M. Monhait (I.D. No.1040)
               919 Market Street, Suite 1401
               P.O. Box 1070
               Wilmington, DE   19899
               Tel: (302) 656-4433
               Fax: (302) 658-7567

Local Counsel for Kodiak Funding LP and Kodiak
CDO I Ltd.


Dkt. No. 114
Filed 4-5-07

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_Matthew Botica_
Matthew J. Botica
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: April 20, 2007

_____
United States Bankruptcy Judge