### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| New Century TRS Holdings, Inc. a Delaware Corporation, et al. | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| Debtors. | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JANE KIM

I, Michael W. Yurkewicz, a member of the bar of this Court, pursuant to District Court Local rule 83.5, move the admission *pro hac vice* of Jane Kim (the "Admittee") of the law firm Cleary Gottlieb Steen & Hamilton LLP, One Liberty Place, New York, NY 10006 to act as counsel to Goldman Sachs Mortgage Company in this case and in any related proceedings. The Admittee is admitted, practicing, and a member in good standing of the bars of: the State of New York; the United States District Courts for the Southern and Eastern Districts of New York; and the United States Court of Appeals for the Second Circuit.

Dated: April 20, 2007
Wilmington, Delaware

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS, LLP

By: _/s/ Michael W. Yurkewicz_
Michael W. Yurkewicz (Del. Bar No. 4165)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Fax: (302) 426-9193
myurkewicz@klehr.com

1

PHIL1 728871-1

Docket No. 337
Filed 4/20/07

The Admittee certifies that she is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this case, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules and with Standing Order for District Court Fund effective 1/1/05. The Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*[Signature]*
Jane Kim
Clearly Gottlieb Steen & Hamilton
One Liberty Place
New York, NY 10006
Telephone: (212) 225-2000
Fax: (212) 225-3999

Motion granted.

BY THE COURT:

Date: April 20, 2007

*[Signature]*
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

2