UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:                                ) | |
| NEW CENTURY HOLDINGS, INC., *et al.*, ) | Chapter 11 |
|                                       ) | Case No. 07-10416 (KJC) |
| Debtors.                              ) | (Jointly Administered) |
|                                       ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Michael S. Etkin, Esquire to represent New York State Teachers' Retirement System in this matter.

Dated: April 20, 2007
Wilmington, DE

CROSS & SIMON, LLC

By: _____
Christopher P. Simon (No. 3697)
913 North Market Street, 11th Floor
Wilmington, Delaware 19899-1380
(302) 777-4200
(302) 777-4224 (Facsimile)

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey and admitted to U.S. District Court, Southern, Northern and Eastern Districts of New York; U.S. Tax Court and U.S. Court of International Trade; New Jersey, U.S. District Court, District of New Jersey and U.S. Court of Appeals, Second Circuit and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: 4/20/07    By:_____
Michael S. Etkin, Esquire (NJ Bar No. ME0570)
LOWENSTEIN SANDLER, PC
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2700
metkin@lowenstein.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____    _____
The Honorable Kevin J. Carey
United States Bankruptcy Judge