IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| Debtors. | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| NEW CASTLE COUNTY | ) |

       Kimberly A. Beck, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the DB Structured Products, Inc., and that on the 12th day of April, 2007, she caused a copy of the following pleading(s):

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS [Docket No. 224]**

to be served upon the parties identified on the attached list as indicated.

 

_____
Kimberly A. Beck

SWORN TO AND SUBSCRIBED before me this 16th day of April, 2007.

 

_____
Notary Public

DEBBIE E. LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 21, 2008

DB02:5910122.1                                                      900002.0001

## 2002 SERVICE LIST

## 4/12/2007


Mr. Hernando Azarcon
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI 48075
(GMAC Commercial Finance LLC)
*First Class Mail*


Paul M. Basta, Esq.
Joshua A. Sussberg, Esq.
Kirkland & Ellis LLP
153 East 53rd Street
Citigroup Center
New York, NY 10022-4611
(Counsel for Citigroup Global Markets Realty Corp.)
*First Class Mail*


Don A. Beskrone, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(Counsel for Safeco Financial Institution Solutions,
Inc.)
*Hand Delivery*


William P. Bowden, Esq.
Gregory A. Taylor, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(Counsel for UBS Real Estate Securities, Inc.)
*Hand Delivery*


Mary F. Caloway, Esq.
Eric Lopez Schnable, Esq.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(Counsel for Residential Funding Company, LLC)
*Hand Delivery*


Elizabeth Banda, Esq.
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430
(Celina ISD, Princeton ISD, City of Princeton, Richardson
ISD, Cedar Hill ISD, City of Cedar Hill,)
*First Class Mail*


Mark N. Berman, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(Counsel for Deutsche Bank National Trust Company)
*First Class Mail*


Matthew J. Botica, Esq.
David Wirt, Esq.
Grayson Walter, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
(Counsel for Kodiak Funding LP and Kodiak CDO I.,
Ltd.)
*First Class Mail*


Frank G. Burt, Esq.
Raul A. Cuervo, Esq.
W. Glenn Merten, Esq.
Jordan Burt LLP
1025 Thomas Jefferson Street, N.W., Suite 400 East
Washington, D.C. 20007-5208
(Counsel for Safeco Financial Institution Solutions, Inc.)
*First Class Mail*


James S. Carr, Esq.
David Retter, Esq.
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
(Counsel for Wells Fargo Bnak, N.A. as Indenture Trustee
and Property Trustee)
*First Class Mail*

## 2002 SERVICE LIST

### 4/12/2007

Richard A. Chesley, Esq.
Kimberly D. Newmarch, Esq.
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
(Counsel for UBS Real Estate Securities, Inc.)
*First Class Mail*

William E. Chipman, Esq.
Edwards Angell Palmer & Dodge LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel for GMAC Commercial Finance LLC;
Countrywide Home Loans, Inc.)
*Hand Delivery*

Robert P. G. Cocco, Esq.
Robert P. Cocco, P.C.
437 Chestnut Street, Suite 1006
Philadelphia, PA 19106
(Counsel for Theresa A. Davis)
*First Class Mail*

Mark D. Collins, Esq.
Chun I. Jang, Esq.
Michael J. Merchant, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Counsel to the Debtors)
*Hand Delivery*

Robert J. Dehney, Esq.
Gregory W. Werkheiser, Esq.
Daniel B. Butz, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(Counsel for Morgan Stanley Mortgage Capital Inc.)
*Hand Delivery*

Luc A. Despins, Esq.
Wilbur F. Foster, Esq.
Milbank, ,Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(Counsel for Morgan Stanley Mortgage Capital Inc.)
*First Class Mail*

Dennis J. Drebsky, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
(Counsel for Deutsche Bank National Trust Company)
*First Class Mail*

Marla R. Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
(Counsel for Citigroup Global Markets Realty Corp.)
*Hand Delivery*

Charles J. Filardi, Jr., Esq.
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510
(Counsel for Federal Express Corporation)
*First Class Mail*

T. Robert Finlay, Esq.
Donna L. La Porte, Esq.
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
(Wright, Finlay & Zak, LLP)
*First Class Mail*

## 2002 SERVICE LIST

### 4/12/2007

Mr. Scot Freeman
Case Manager - Account Resolution
Travelers
One Tower Square - 5MN
Hartford, CT 06183-4044
(Travelers)
*First Class Mail*

Nathan M. Fuchs
New York Regional Office
Securities and Exchange Commission
233 Broadway
New York, NY 10279
(Securities and Exchange Commission)
*First Class Mail*

Michael G. Gallerizzo, Esq.
Gebhardt & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801
(Counsel for General Electric Capital Corporation)
*Hand Delivery*

Alberto Gonzales, Esq.
Commercial Litigation Branch
Department of Justice- U. S. Attorney General
P.O. Box 875
Ben Franklin Station
Washington, DC 20005
(US Dept of Health & Human Services)
*First Class Mail*

Lawrence P. Gottesman, Esq.
Sukyong Suh, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
(Counsel for GMAC Commercial Finance LLC;
Countrywide Home Loans, Inc.)
*First Class Mail*

Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(Counsel for IndyMac Bank, F.S.B.)
*Hand Delivery*

Charles A. Hansen, Esq.
Mark S. Bostick, Esq.
Wendel, Rosen, black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
(Counsel for Alireza Nazmi & Golden Key Mortgage)
*First Class Mail*

Jed A. Hart, Esq.
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167
(Angelo, Gordon & Co.)
*First Class Mail*

Howard R. Hawkins, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
(Counsel for Morgan Stanley Mortgage Capital Inc.)
*First Class Mail*

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202
*First Class Mail*

## 2002 SERVICE LIST

### 4/12/2007

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski, Stang, Ziehl, Young & Jones & Weintraub
LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
(Counsel for Greenwich Capital Financial Products,
Inc. and The CIT Group/Business Credit, Inc.)
*Hand Delivery*

Mr. Thomas M. Korsman
Vice President
Wells Fargo Bank, N.A.
608 2nd Avenue South
MAC N9303-120
Minneapolis, MN 55479
(Wells Fargo Bank, National Association, Indenture
Trustee and Property Trustee)
*First Class Mail*

Chris Lenhart, Esq.
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(Counsel for Residential Funding Company, LLC)
*First Class Mail*

Paul T. Liu, Esq.
Executive Vice President & Deputy General Counsel
John Guerry, Esq., Senior Vice President & Assistant
General Counsel
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA 91302
(Countrywide Home Loans, Inc.)
*First Class Mail*

William G. Malcolm, Esq.
Kevin Hahn, Esq.
Malcolm & Cisneros
2112 Business Center Drive, Second Floor
Irvine, CA 92612
(Malcolm & Cisneros)
*First Class Mail*

Keith W. Miller, Esq.
James R. Bliss, Esq.
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street, First Floor
New York, NY 10022
(Counsel for UBS Real Estate Securities, Inc.)
*First Class Mail*

Francis A. Monaco, Jr., Esq.
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899-2031
(Counsel for RBC Mortgage Company, Royal Bank of
Canada and RBC Centura Bank)
*Hand Delivery*

Norman M. Monhait, Esq.
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(Counsel for Kodiak Funding LP and Kodiak CDO I.,
Ltd.)
*Hand Delivery*

David E. Retter, Esq.
Christena A. Lambrianakos, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(Counsel for Wells Fargo Bank, N.A.)
*First Class Mail*

Margot B. Schonholtz, Esq.
Mark F. Liscio, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Counsel for Bank of America, N.A.)
*First Class Mail*

# 2002 SERVICE LIST

## 4/12/2007

Secretary of State
Franchise Tax
Division of Corporations
401 Federal Street, Suite 3
Dover, DE 19901
*First Class Mail*

Secretary of State
Franchise Tax
Division of Corporations
P.O. Box 7040
Dover, DE 19903
*First Class Mail*

Secretary of Treasury
Attn: Officer, Managing Agent or General Agent
P.O. Box 7040
Dover, DE 19903
*First Class Mail*

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
(Counsel for Bnak of America, N.A.)
*Hand Delivery*

Ellen W. Slights, Esq.
Assistant United States Attorney
United States Dept. of Justice
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
*Hand Delivery*

Joseph H. Smolinsky, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel for Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc.)
*First Class Mail*

Bennett L. Spiegel, Esq.
Shirley S. Cho, Esq.
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
(Counsel for Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.)
*First Class Mail*

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(Counsel for IndyMac Bank, F.S.B.)
*First Class Mail*

John E. Stoner, Esq.
Allen Matkins Leck Gambel Mallory & Natsis LLP
1900 Main Street, 5th Floor
Irvine, CA 92614-7321
*First Class Mail*

David B. Stratton, Esq.
Pepper Hamilton LLP
1313 Market Street, Hercules Plaza, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709
(Counsel for Deutsche Bank National Trust Company)
*Hand Delivery*

## 2002 SERVICE LIST

### 4/12/2007

Patrica Baron Tomasco, Esq.
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 1400
Austin, TX 78701
(Counsel for Ellington Management Group, Inc.)
*First Class Mail*

Suzzanne S. Uhland, Esq.
Ben H. Logan, Esq.
Victoria Newmark, Esq.
O'Melveny & Myers LLP
275 Battery Street
Embarcadero Center West
San Francisco, CA 94111-3305
(Counsel to Debtors)
*First Class Mail*

US Trustee
Office of the US Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
(United States Trustee)
*Hand Delivery*

Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
(Counsel for Dallas County)
*First Class Mail*

Katherine M. Windler, Esq.
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
(Counsel for GMAC Commercial Finance LLC;
Countrywide Home Loans, Inc.)
*First Class Mail*

Stuart B, Wolfe, Esq.
Yaron Shaham, Esq.
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614-5979
(Creditor, Wolfe & Wyman LLP)
*First Class Mail*