IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC. a Delaware corporation, et al.,<br><br>            Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the attorneys listed below hereby enter their appearance on behalf of KST Data, Inc. ("KST") pursuant to section 1109(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Such attorneys hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses, facsimile number, or electronic mail addresses set forth below:

| | |
|---|---|
| Richard M. Beck, Esq.<br>Christopher A. Ward, Esq.<br>KLEHR, HARRISON, HARVEY,<br>BRANZBURG & ELLERS, LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br>rbeck@klehr.com<br>cward@klehr.com | Randall S. Leff, Esq.<br>Eric M. Heller, Esq.<br>ERVIN COHEN & JESSUP LLP<br>9401 Wilshire Boulevard<br>Ninth Floor<br>Beverly Hills, CA 90212-2974<br>Telephone: (310) 723-6333<br>Facsimile: (310) 859-2325<br>rleff@ecjlaw.com<br>eheller@ecjlaw.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and

DEL1 66097-1

proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive the KST's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the KST is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: April 23, 2007
      Wilmington, Delaware

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS, LLP

By:   /s/ Christopher A. Ward
Richard M. Beck (No. 3370)
Christopher A. Ward (No. 3877)
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
rbeck@klehr.com
cward@klehr.com

- and -

ERVIN COHEN & JESSUP LLP
Randall S. Leff, Esq.
Eric M. Heller, Esq.
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212-2974
Telephone: (310) 723-6333
Facsimile: (310) 859-2325
rleff@ecjlaw.com
eheller@ecjlaw.com

Attorneys for KST Data, Inc.