IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC.<br>a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of April, 2007, he caused a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS to be served on the attached service list via First Class United States mail, postage prepaid.

/s/ Christopher A. Ward
Christopher A. Ward (No. 3877)

3

DEL1 66097-1