## SERVICE LIST

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Richard Layton & Finger
P.O. Box 551
Wilmington, DE 19801
*Counsel to Debtors*

Suzzanne S. Uhland, Esq.
Ben H. Logan, Esq.
Victoria Newmark, Esq.
Emily R. Culler, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
*Counsel to Debtors*

Joseph J. McMahon, Esq.
Office of the United States Trustee
844 Market Street, Suite 2207
Lockbox 35
Wilmington, DE 19801