IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : |
| | : Jointly Administered |
| | : |
| Debtors. | : |
| | : |
| | : |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                                       : SS.
NEW CASTLE COUNTY :

Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 10th day of April, 2007, she caused a copy of the following to be served as indicated on the attached list:

*Notice of Agenda of Matters Scheduled for Hearing on April 12, 2007 at 3:00 p.m.*
*[Docket No. 155 and Adv. Pro. No. 07-50875/Docket No. 15]*

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

RLF1-3137019-1

*Barbara J. Witters*
Barbara J. Witters
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 11th day of April, 2007.

*Joan M. Webb*
Notary Public

JOAN M. WEBB
Notary Public - State of Delaware
My Comm. Expires April 30, 2008

RLF1-3137019-1

NEW CENTURY TRS HOLDINGS, INC.
CASE NO. 07-10416 (KJC)

**VIA FASCIMILE:**

| TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|
| Joseph J. McMahon, Jr. | Office of the United States Trustee | 302-573-6491 | 302-573-6497 |
| William P. Bowden<br>Gregory A. Taylor | Ashby & Geddes, P.A.<br>(USB Real Estate Securities, Inc.) | 302-654-1888 | 302-654-2067 |
| Richard A. Chesley<br>Kimberly D. Newmarch | Paul, Hastings, Janofsy & Walker LLP<br>(USB Real Estate Securities, Inc.) | 312-499-6000 | 312-499-6100 |
| Keith W. Miller<br>James R. Bliss | Paul, Hastings, Janofsky & Walker LLP<br>(USB Real Estate Securities, Inc.) | 212-318-6000 | 212-319-4090 |
| Elizabeth Banda | Perdue, Brandon, Fielder, Collins & Mott, LLP | 817-461-3344 | 817-860-6509 |
| Laura Davis Jones<br>Timothy P. Cairns | Pachulski Stang Ziehl Young Jones & Weintraub LLP | 302.652.4100 | 302.652.4400 |
| Bennet L. Spiegel<br>Shirley S. Cho | Kirkland & Ellis LLP | 213-680-8400 | 231-680-8500 |
| Joseph H. Smolinsky<br>Douglas E. Deutsch | Chadbourne & Parke LLP | 212-408-5100 | 212-541-5369 |
| Paul M. Basta<br>Joshua A. Sussberg | Kirkland & Ellis LLP | 212-446-4800 | 212-446-4900 |
| Marla R. Eskin<br>Mark T. Hurford | Campbell & Levine, LLC | 302-426-1900 | 302-426-9947 |
| Charles J. Filardi, Jr. | Filardi Law Offices LLC | 203-562-8588 | 866-890-3061 |
| Patricia B. Tomasco | Brown McCarroll, LLP | 512-472-5456 | 512-479-1101 |
| Robert J. Dehney<br>Gregory W. Werkheiser<br>Daniel B. Butz | Morris, Nichols, Arsht & Tunnell LLP | 302-658-9200 | 302-658-3989 |
| Luc A. Despins<br>Wilbur F. Foster | Milbank, Tweed, Hadley & McCloy LLP | 212-530-5000 | 212-530-5219 |
| Howard R. Hawkins, Jr. | Cadwalader, Wickersham & Taft LLP | 212-504-6000 | 212-504-6666 |
| Suzzanne S. Uhland<br>Ben H. Logan<br>Victoria Newmark<br>Emily Culler | O'Melveny & Myers LLP | 415-984-8700 | 415-984-8701 |
| Dennis J. Drebsky | Nixon Peabody LLP | 212-940-3000 | 212-940-3111 |
| Mark N. Berman | Nixon Peabody LLP | 617-345-1000 | 617-345-1300 |
| David B. Stratton | Pepper Hamilton LLP | 302-777-6500 | 302-421-8390 |
| Elizabeth Weller | Linebarger Googan Blair & | 214-880-0089 | 214-253-2558 |

RLF1-3137019-1

| TO | COMPANY | PHONE # | FAX # |
| --- | --- | --- | --- |
| | Sampson, LLP | | |
| Ian Connor Bifferato<br>Garvan F. McDaniel | Bifferato Gentilotti LLC | 302-429-1900 | 302-429-8600 |
| John E. Mitchell | Vinson & Elkins LLP | 214-220-7700 | 214-220-7716 |
| Kurt F. Gwynne | Reed Smith LLP | 302-778-7500 | 302-778-7575 |
| Claudia Z. Springer | Reed Smith LLP | 215-851-8100 | 215-851-1420 |
| Mary F. Caloway<br>Eric Lopez Schnabel | Buchanan Ingersoll &<br>Rooney PC | 302-552-4200 | 302-552-4295 |
| Chris Lenhart | Dorsey & Whitney LLP | 612-340-2600 | 612-340-2868 |
| Don A. Beskrone | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| Frank G. Burt<br>Raul A. Cuervo<br>W. Glenn Merten | Jorden Burt LLP | 202-965-8100 | 202-965-8104 |
| Scot Freeman<br>Account Resolution | Travelers<br>National Accounts | 860-277-8026 | 860-277-2158 |
| T. Robert Finlay<br>Donna L. La Porte | Wright, Finlay & Zak, LLP | 949-477-5050 | 949-477-9200 |
| William G. Malcolm | Malcolm & Cisneros, A<br>Law Corporation | 949-252-9400 | 949-252-1032 |
| Laurie Selber<br>Silverstein | Potter Anderson & Corroon<br>LLP | 302-984-6000 | 302-658-1192 |
| Margot B. Schonholtz<br>Mark F. Liscio | Kaye Scholer LLP | 212-836-8000 | 212-836-8689 |
| Lawrence P. Gottesman<br>Sukyong Suh | Bryan Cave LLP | 212-541-2000 | 212-541-4630 |
| Katherine M. Windler | Bryan Cave LLP | 310-576-2100 | 310-576-2200 |
| Hernando Azarcon<br>Senior Legal<br>Coordinator | GMAC Commercial<br>Finance LLC | 248-327-9360 | 248-327-9350 |
| William E. Chipman, Jr. | Edwards Angell Palmer &<br>Dodge LLP | 302-425-7124 | 302-777-7263 |
| Paul T. Liu<br>John Guerry | Countrywide Home Loans,<br>Inc. | 818-871-6069 | 818-871-4602 |
| Charles A. Hansen<br>Mark S. Bostick | Wendel, Rosen, Black &<br>Dean LLP | 510-834-6600 | 510-834-1928 |
| Norman M. Monhait | Rosenthal, Monhait &<br>Goddess, P.A. | 302-656-4433 | 302-658-7567 |
| Matthew Botica<br>David Wirt<br>Grayson Walter | Winston & Strawn LLP | 312-558-5600 | 312-558-5700 |
| Michael G. Gallerizzo | Gebhardt & Smith LLP | 302-656-9002 | 302-429-5953 |
| Glenn M. Reisman | | 203-944-0401 | 203-225-1244 |
| Jeffrey I. Golden<br>Hutchison B. Meltzer | Weiland, Golden, Smiley,<br>Wang Ekvall & Strok, LLP | 714-966-1000 | 714-966-1002 |
| Stuart B. Wolfe<br>Yaron Shaham | Wolfe & Wyman LLP | 949-475-9200 | 949-475-9203 |

| TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|
| Barry Freeman | Jeffer Mangels Butler & Marmaro, LLP | 310-203-8080 | 310-203-0567 |
| David M. Poitras | Jeffer Mangels Butler & Marmaro LLP | 310-203-8080 | 310-203-0567 |
| Diane J. Richey Vice President and Senior Counsel | Union Bank of California | 213-236-5170 | 213-627-1819 |
| David M. Fournier | Pepper Hamilton LLP | 302-777-6500 | 302-421-8390 |
| James S. Carr David Retter Christena A. Lambrianakos | Kelley Drye & Warren LLP | 212-808-7800 | 212-808-7897 |
| Robert P. Cocco | Robert P. Cocco, P.C. | 215-351-0200 | 215-922-3874 |
| Jed Hart | Angelo, Gordon & Co. | 212-692-2003 | 212-867-6395 |
|  |  |  |  |
| Geoffrey E. Hader | Credit-Based Asset Servicing and Securitization LLC | 212-850-7732 | 212-850-7762 |
| Neil Luria | Residential Funding Company, LLC | 952-857-7000 | 212-857-8500 |
| Michael A. Criscito | Credit Suisse First Boston Mortgage Capital LLC | 212-325-2401 | 917-326-8089 |
| Brendan Meyer | Deutsche Bank National Trust Co. | 212-250-2921 | 212-797-0022 |
| Thomas Martin Korsman | Wells Fargo Bank, NA | 612-466-5890 | 866-680-1777 |
| Michael J. Marino | Fidelity National Information Services, Inc. | 904-854-5842 | 904-357-1077 |
| Mark T. Lammas | Maguire Properties - Park Place LLC | 310-857-1100 | 310-857-1198 |
|  |  |  |  |
| Michelle T. Sutter Matthew J. Lampke | State of Ohio | 614-466-2766 | 614-644-1926 |