### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC. a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

### NOTICE OF RECLAMATION DEMAND

PLEASE TAKE NOTICE that, on April 20, 2007, KST Data, Inc., a California corporation ("KST"), exercised its reclamation rights under 11 U.S.C. § 546(c). A copy of the written demand letter (the "Demand Letter") as well as the facsimile transmission confirmation receipts and copies of the Federal Express US Airbills are attached to this Notice as Exhibit "A." The Demand Letter was sent by Ervin, Cohen & Jessup LLP, on April 20, 2007, via facsimile and Federal Express to New Century TRS Holdings, Inc. and New Century Mortgage Corporation (the "Debtors") as well as the Debtors' counsel. The Reclamation Demand shall not be construed as a limitation or waiver of any rights of KST or an election of remedies by KST and KST expressly reserves all of its rights and remedies under the Bankruptcy Code and applicable law.

DEL1 66098-1

KST further reserves the right to amend, modify or supplement the Demand Letter.

Dated: April 23, 2007  
       Wilmington, Delaware

KLEHR, HARRISON, HARVEY,  
BRANZBURG & ELLERS, LLP

By:   */s/ Christopher A. Ward*  
      Richard M. Beck (No. 3370)  
      Christopher A. Ward (No. 3877)  
      919 Market Street, Suite 1000  
      Wilmington, DE 19801  
      Telephone: (302) 426-1189  
      Facsimile: (302) 426-9193  
      rbeck@klehr.com  
      cward@klehr.com

      - and -

ERVIN COHEN & JESSUP LLP  
Randall S. Leff, Esq.  
Eric M. Heller, Esq.  
9401 Wilshire Boulevard, Ninth Floor  
Beverly Hills, CA 90212-2974  
Telephone: (310) 723-6333  
Facsimile: (310) 859-2325  
rleff@ecjlaw.com  
eheller@ecjlaw.com

Attorneys for KST Data, Inc.