**EXHIBIT A**

DEL1 66098-1

# ERVIN · COHEN & JESSUP LLP

9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
310.273.6333 ⚜ Fax 310.859.2325

**E·C·J**

Effective ⚜ Creative ⚜ Judgment
www.ecjlaw.com

Writer's Direct Information
(310) 281-6336
rleff@ecjlaw.com

File No. 11706-1

April 20, 2007

**VIA FACSIMILE
AND FEDEX**

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
920 North King Street
One Rodney Center
Wilmington, DE 19801
Facsimile: (302) 651-7701

Suzzanne S. Uhland, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
Facsimile: (415) 984-8701

Stergios Theologides, Esq.
New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
Facsimile: (949) 440-7033

Timothy P. Cairns, Esq.
Pachulski Stang Ziehl Young Jones
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Facsimile: (302) 652-4400

Stergios Theologides, Esq.
New Century Mortgage Corporation
18400 Von Karman Ave.
Irvine, CA 92612
Facsimile: (949) 440-7033

Re: New Century TRS Holdings, Inc., et al., Bankruptcy Case No. 07-10416 (KJC) and Other Jointly Administered Cases

Ladies and Gentlemen:

Ervin, Cohen & Jessup LLP represents KST Data, Inc. ("KST"), which is a creditor in the jointly administered New Century TRS Holdings, Inc. bankruptcy case. On or about April 12, 2006, New Century Mortgage Corporation ("NCMC") entered into a purchase agreement (the "Purchase Agreement") with KST, whereby NCMC could purchase computer equipment from KST under defined terms.

NCMC did in fact purchase computer equipment (the "Equipment") from KST in 2007. More specifically, NCMC made numerous purchases between February 16, 2007, and April 1, 2007 (the "Reclamation Period), that have been delivered to NCMC but not paid for. Should you desire to obtain a copy of the invoices, please contact me at the phone number or email address in the upper right-hand corner of this letter.

# ERVIN · COHEN & JESSUP LLP

**E·C·J**

Effective · Creative · Judgment
www.ecjlaw.com

Mark D. Collins, Esq., et al.
April 20, 2007
Page 2

    Accordingly, KST hereby makes its demand pursuant to 11 U.S.C. § 546(c) and applicable state law for the immediate return of the Equipment that KST delivered to NCMC and any other debtor in the jointly administered bankruptcy case number 07-10416-KJC during the Reclamation Period, as well as any other unpaid for goods received from KST during the Reclamation Period. Further, NCMC and any other debtor in the jointly administered bankruptcy case number 07-10416-KJC are instructed to segregate and refrain from using, commingling, or otherwise converting the Equipment that it received during the Reclamation Period.

    The foregoing is without waiver of and is not intended to limit, modify, alter, or otherwise affect KST's rights under 11 U.S.C. § 503(b)(9), and KST expressly reserves all of its rights and remedies under section 11 U.S.C. § 503(b)(9) and applicable state law.

    Please promptly confirm that NCMC and any other debtor in the jointly administered bankruptcy case number 07-10416-KJC will honor KST's demand, and advise me of when and where KST may arrange for the immediate return of the Equipment.

    Please forward all future communications to the undersigned with a copy to Richard Beck, Esq., Klehr, Harrison, Harvey, Branzburg & Ellers, LLP, 919 Market St., Suite 1000, Wilmington, DE 19801.

Sincerely,

Randall S. Leff
ERVIN, COHEN & JESSUP LLP

RSL:emh

cc:    Eric M. Heller, Esq.
       Michael S. Kogan, Esq.
       Richard Beck, Esq.

Eric Heller
Ervin Cohen and Jessup
9401 Wilshire Boulevard
9th Floor
Beverly Hills, CA 90212



SHIP TO: (949)440-7030    BILL SENDER
**Stergios Theologides**
**New Century Mortgage Corporation**
**18400 Von Karman Avenue**

**Irvine, CA 92612**



ActWgt: 1 LB
System#: 3413945/INET2600
Account#: S *********

Delivery Address Bar Code



Ref # 11706-1
Invoice #
PO #
Dept #

**PRIORITY OVERNIGHT**                    **MON**
                                         Deliver By:
TRK# 7907 2163 4786    FORM 0201         23APR07

                                         SNA    A2

92612    -CA-US         **QZ APVA**



---

Shipping Label: Your shipment is complete
- Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
- Fold the printed page along the horizontal line.
- Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From:
Eric Heller
Ervin Cohen and Jessup
9401 Wilshire Boulevard
9th Floor
Beverly Hills, CA 90212


FedEx Express
E

SHIP TO: (949)440-7033    BILL SENDER
**Stergios Theologides**
**New Century TRS Holdings, INc.**
**18400 Von Karman Avenue**

**Irvine, CA 92612**



ActWgt: 1 LB
System#: 3413945/INET2600
Account#: S *********

Delivery Address Bar Code



Ref# 11706-1
Invoice #
PO #
Dept #

**PRIORITY OVERNIGHT**       **MON**
                              Deliver By:
TRK# 7916 7380 8752   FORM   23APR07
                      0201
                              **SNA**  A2

92612    -CA-US       **QZ APVA**



---

ipping Label: Your shipment is complete

Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.

Fold the printed page along the horizontal line.

Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

arning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result
 additional billing charges, along with the cancellation of your FedEx account number.

se of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any
aim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an
iditional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any
ss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,
nsequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of
ctraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time
nits, see current FedEx Service Guide.

Eric Heller
Ervin Cohen and Jessup
9401 Wilshire Boulevard
9th Floor
Beverly Hills, CA 90212

FedEx Express

ActWgt: 1 LB
System#: 3413945/INET2600
Account#: S **********

Delivery Address Bar Code



Ref # 11706
Invoice #
PO #
Dept #

SHIP TO: (302)651-7700    BILL SENDER
Mark D. Collins
Richards, Layton & Finger, P.A.
920 North King Street
One Rodney Center
Wilmington, DE 19801



PRIORITY OVERNIGHT              MON
                                Deliver By:
TRK# 7923 2947 4802  FORM 0201  23APR07
                                PHL    A1

19801   -DE-US         XB ZWIA

---

ipping Label: Your shipment is complete

Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.

Fold the printed page along the horizontal line.

Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

arning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result additional billing charges, along with the cancellation of your FedEx account number.

se of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any aim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an ditional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any ss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, nsequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of draordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time nits, see current FedEx Service Guide.

From:
Eric Heller
Ervin Cohen and Jessup
9401 Wilshire Boulevard
9th Floor
Beverly Hills, CA 90212


FedEx Express
E

SHIP TO: (415)984-8700    BILL SENDER
Suzzanne S. Uhland
O'Melveny & Myers LLP
275 Battery Street

San Francisco, CA 94111



ActWgt 1 LB
System#: 3413946/INET2600
Account#: S *********

Delivery Address Bar Code


Ref # 11706-1
Invoice #
PO #
Dept #

**PRIORITY OVERNIGHT**     **MON**
Deliver By:
TRK# 7907 2159 9184   FORM 0201   23APR07
SFO    A1

94111    -CA-US
82 APCA



---

ipping Label: Your shipment is complete
  Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
  Fold the printed page along the horizontal line.
  Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
farning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result
 additional billing charges, along with the cancellation of your FedEx account number.
se of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any
aim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an
dditional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any
ss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,
nsequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of
traordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time
nits, see current FedEx Service Guide.

Eric Heller
Ervin Cohen and Jessup
9401 Wilshire Boulevard
9th Floor
Beverly Hills, CA 90212

FedEx Express

SHIP TO: (302)652-4100   BILL SENDER
Timothy P. Cairns
Pachulski Stang Ziehl Young Jones
919 N. Market Street, 7th Floor

Wilmington, DE 19801



ActWgt: 1 LB
System#: 3413945/INET2600
Account#: S ********

Delivery Address Bar Code



Ref # 11706-1
Invoice #
PO #
Dept #

PRIORITY OVERNIGHT                    MON
                                      Deliver By:
TRK#  7981 5706 4641    FORM          23APR07
                        0201
                                      PHL    A1

19801    -DE-US          XB ZWIA



---

hipping Label: Your shipment is complete
  Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
  Fold the printed page along the horizontal line.
  Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
arning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result
  additional billing charges, along with the cancellation of your FedEx account number.
se of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any
aim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an
iditional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any
ss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,
nsequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of
ctraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time
nits, see current FedEx Service Guide.

04/20/2007 10:18 FAX 3108592325        Ervin Cohen Jessup LLP                    ☒001

```
                        *********************
                        ***   TX REPORT    ***            TELECOPY SENT/REC'D
                        *********************             TIME 10:17
                                                          DATE 4/20/07
    TRANSMISSION OK                                       BY KS

    TX/RX NO              2250
    CONNECTION TEL        336#11706#1#14159848701#
    CONNECTION ID
    ST. TIME              04/20 10:17
    USAGE T               01'07
    PGS. SENT             3
    RESULT                OK
```

# ERVIN · COHEN & JESSUP LLP                                 E·C·J

9401 Wilshire Boulevard, Ninth Floor                         Effective ▼ Creative ▼ Judgment
Beverly Hills, California 90212-2974                         www.ecjlaw.com
310.273.6333 ▼ Fax 310.859.2325
                                                             Writer's Direct Information
                                                                  (310) 281-6336
                                                                  rleff@ecjlaw.com
                                                                  File No. 11706-1

## FAX COVER SHEET

FROM:   Randall S. Leff
DATE:   April 20, 2007

| PLEASE DELIVER TO | TELEPHONE | FAX NO. |
|---|---|---|
| Stergios Theologides, Esq.<br>New Century TRS Holdings, Inc.<br>New Century Mortgage Corporation | | (949) 440-7033 |
| Mark D. Collins, Esq.<br>Richards, Layton & Finger, P.A. | | (302) 651-7701 |
| Suzzanne S. Uhland, Esq.<br>O'Melveny & Myers LLP | | (415) 984-8701 |
| Timothy P. Cairns, Esq.<br>Pachulski Stang Ziehl Young Jones | | (302) 652-4400 |

TOTAL NO. OF PAGES (INCLUDING COVER SHEET): 3

ORIGINAL BEING SENT BY MAIL  _X_ YES  ___ NO

MESSAGE:   See attached letter of today's date.

```
04/20/2007 10:21 FAX 3108592325        Ervin Cohen Jessup LLP                         ☒001
```

```
                    *********************
                    ***   TX REPORT   ***
                    *********************

   TRANSMISSION OK

   TX/RX NO              2636
   CONNECTION TEL        336#11706#1#13026517701#
   CONNECTION ID
   ST. TIME              04/20 10:20
   USAGE T               01'12
   PGS. SENT             3
   RESULT                OK
```

# ERVIN · COHEN & JESSUP LLP         E·C·J

9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
310.273.6333 ▼ Fax 310.859.2325

Effective ▼ Creative ▼ Judgment
www.ecjlaw.com

Writer's Direct Information
(310) 281-6336
rleff@ecjlaw.com
File No. 11706-1

## FAX COVER SHEET

FROM:   Randall S. Leff
DATE:   April 20, 2007

| PLEASE DELIVER TO | TELEPHONE | FAX NO. |
|---|---|---|
| Stergios Theologides, Esq.<br>New Century TRS Holdings, Inc.<br>New Century Mortgage Corporation | | (949) 440-7033 |
| Mark D. Collins, Esq.<br>Richards, Layton & Finger, P.A. | | (302) 651-7701 |
| Suzzanne S. Uhland, Esq.<br>O'Melveny & Myers LLP | | (415) 984-8701 |
| Timothy P. Cairns, Esq.<br>Pachulski Stang Ziehl Young Jones | | (302) 652-4400 |

TOTAL NO. OF PAGES (INCLUDING COVER SHEET): 3

ORIGINAL BEING SENT BY MAIL __X__ YES ____ NO

MESSAGE:   See attached letter of today's date.

04/20/2007 10:15 FAX 3108592325          Ervin Cohen Jessup LLP                    ☒001

```
                    *********************
                    ***   TX REPORT    ***
                    *********************

       TRANSMISSION OK

       TX/RX NO                2249
       CONNECTION TEL          336#11706#1#19494407033#
       CONNECTION ID
       ST. TIME                04/20 10:14
       USAGE T                 01'04
       PGS. SENT               3
       RESULT                  OK
```

# ERVIN · COHEN & JESSUP LLP                                 E·C·J

9401 Wilshire Boulevard, Ninth Floor                      Effective v Creative v Judgment
Beverly Hills, California 90212-2974                         www.ecjlaw.com
310.273.6333 ▼ Fax 310.859.2325

Writer's Direct Information
(310) 281-6336
rleff@ecjlaw.com
File No. 11706-1

## FAX COVER SHEET

FROM: Randall S. Leff
DATE: April 20, 2007

| PLEASE DELIVER TO | TELEPHONE | FAX NO. |
|---|---|---|
| Stergios Theologides, Esq.<br>New Century TRS Holdings, Inc.<br>New Century Mortgage Corporation | | (949) 440-7033 |
| Mark D. Collins, Esq.<br>Richards, Layton & Finger, P.A. | | (302) 651-7701 |
| Suzzanne S. Uhland, Esq.<br>O'Melveny & Myers LLP | | (415) 984-8701 |
| Timothy P. Cairns, Esq.<br>Pachulski Stang Ziehl Young Jones | | (302) 652-4400 |

TOTAL NO. OF PAGES (INCLUDING COVER SHEET): 3

ORIGINAL BEING SENT BY MAIL __X__ YES ____ NO

MESSAGE: See attached letter of today's date.

```
04/20/2007 10:24 FAX 3108592325        Ervin Cohen Jessup LLP                    ☒001
```

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              2637
CONNECTION TEL        336#11706#1#13026524400#
CONNECTION ID
ST. TIME              04/20 10:23
USAGE T               01'03
PGS. SENT             3
RESULT                OK
```

# ERVIN · COHEN & JESSUP LLP

9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
310.273.6333 ▼ Fax 310.859.2325

**E·C·J**

Effective ▼ Creative ▼ Judgment
www.ecjlaw.com

Writer's Direct Information
(310) 281-6336
rleff@ecjlaw.com

File No. 11706-1

## FAX COVER SHEET

FROM:  Randall S. Leff
DATE:  April 20, 2007

| PLEASE DELIVER TO | TELEPHONE | FAX NO. |
|---|---|---|
| Stergios Theologides, Esq.<br>New Century TRS Holdings, Inc.<br>New Century Mortgage Corporation | | (949) 440-7033 |
| Mark D. Collins, Esq.<br>Richards, Layton & Finger, P.A. | | (302) 651-7701 |
| Suzzanne S. Uhland, Esq.<br>O'Melveny & Myers LLP | | (415) 984-8701 |
| Timothy P. Cairns, Esq.<br>Pachulski Stang Ziehl Young Jones | | (302) 652-4400 |

TOTAL NO. OF PAGES (INCLUDING COVER SHEET): 3

ORIGINAL BEING SENT BY MAIL  _X_ YES  __ NO

MESSAGE:  See attached letter of today's date.