# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC.<br>a Delaware corporation, et al.,<br><br>      Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this 23rd day of April, 2007, he caused a copy of the foregoing NOTICE OF RECLAMATION DEMAND to be served on the attached service list via First Class United States mail, postage prepaid.

           /s/ Christopher A. Ward
           Christopher A. Ward (No. 3877)

4

DEL1 66098-1

## SERVICE LIST

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Richard Layton & Finger
P.O. Box 551
Wilmington, DE 19801
*Counsel to Debtors*

Suzzanne S. Uhland, Esq.
Ben H. Logan, Esq.
Victoria Newmark, Esq.
Emily R. Culler, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
*Counsel to Debtors*

Joseph J. McMahon, Esq.
Office of the United States Trustee
844 Market Street, Suite 2207
Lockbox 35
Wilmington, DE 19801