IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |

## SUPPLEMENTAL AFFIDAVIT OF MARK D. COLLINS

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS: |
| COUNTY OF NEW CASTLE | ) |

MARK D. COLLINS, being first duly sworn to oath, deposes and says:

1. I am an attorney admitted to practice in the State of Delaware and before this Court, and am a director of the firm of Richards, Layton & Finger, P.A. ("RL&F"). RL&F is a Delaware law firm with its offices at One Rodney Square, Wilmington, Delaware.

2. I submit this affidavit to supplement the Affidavit of Michael J. Merchant (the "Merchant Affidavit") in support of the application (the "Application") of the above-captioned debtors and debtors in possession (the "Debtors") for an order approving the employment and retention of RL&F as their co-counsel in the above-captioned cases, in compliance with and to provide disclosure pursuant to sections 329 and 504 of title 11 the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Unless otherwise stated in this affidavit, I have personal knowledge of the facts hereinafter set forth. To the extent that any information disclosed herein requires amendment or modification upon RL&F's completion of further analysis or as additional creditor information becomes available to it, a supplemental affidavit will be submitted to the Court. Subject to approval of this Court and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), RL&F intends to apply for compensation for professional services rendered in connection with these chapter 11 cases (the "Chapter 11 Cases"), plus reimbursement of actual, necessary expenses and other charges incurred by RL&F during the cases.

3. As a correction to the Merchant Affidavit: the hourly rate of Marcos Ramos was mistakenly stated as $315 per hour. Mr. Ramos' actual hourly rate is $350 per hour.

4. Applicable canons and/or rules of ethics may prevent RL&F from being adverse to certain parties-in-interest in these cases based on RL&F's past or current representation of such parties (RL&F uses such canons and rules of ethics in determining whether RL&F can be adverse to such parties). RL&F does not maintain a separate firm policy or practice in making such determinations. As such, in preparing this affidavit and the Merchant Affidavit, we used a set of procedures established by RL&F to insure compliance with the requirements of the Bankruptcy Code and the Bankruptcy Rules regarding retention of professionals by a debtor or official committee under the Bankruptcy Code. In that regard, RL&F requested and obtained from the Debtors a list of the names of entities who may be

parties in interest in these Chapter 11 cases, including, <u>inter alia</u>, the Debtors' secured creditors, the Debtors' largest unsecured creditors, present officers and directors and parties holding equity interests in the Debtors (the "Potential Parties in Interest").

5. In addition to the Potential Parties in Interest listed in the Merchant Affidavit, RL&F has in the past represented, currently represents, and/or may in the future represent, in matters wholly unrelated to these cases, certain additional Potential Parties in Interest who may be bidders to certain asset sales in these cases and have signed non-disclosure agreements (including, without limitation, those entities set forth on Exhibit 1 attached hereto who are current clients or are affiliates thereof, and those entities or affiliates thereof set forth on Exhibit 2 attached hereto who have been represented by RL&F within the last five (5) years). I do not believe that any single matter listed in Exhibit 1 to this affidavit or the Merchant Affidavit is a major engagement that would involve either the billing of fees in excess of one half of one percent (.5%) of RL&F's annual fees billed and no Potential Party in Interest, by itself or in the aggregate with any affiliated group of entities, exceeded one percent (1%) of RL&F's fees billed for the last year. The same is also true for the clients identified in Exhibit 3 to this affidavit, other than Wilmington Trust Company ("WTC"). I understand, however, that WTC is not a prepetition creditor in these cases. In any event, RL&F will not represent any of the foregoing claimants or any party in interest in any facet of the Debtors' cases, including with respect to the assertion of any claims against the Debtors.

6. On March 31, 2006, C. Stephen Bigler, one of RL&F's directors, rendered legal advice of a general nature regarding Delaware corporate law to Morgan Stanley or its counsel in a matter in which one or more of the Debtors was involved and/or was potentially adverse. The matter involved one phone call that lasted .4 hours and the matter has been closed.

3

RL&F currently represents and has represented WTC, U.S. Bank Trust N.A. and Christiana Bank & Trust (collectively, the "Delaware Trustees") in their limited capacities as Delaware trustees of several Delaware Statutory Trusts set forth on Exhibit 3 attached hereto, in which one or more of the Debtors and/or their affiliates maintains an interest (e.g., beneficial, residual, etc.). These Delaware Statutory Trusts' assets typically consist primarily of mortgage loans and/or securities. RL&F currently advises and has advised the Delaware Trustees with respect to their rights, duties and obligations as trustees under such trust agreements and related transaction documents. Such representation has included reviewing on behalf of the Delaware Trustees the transaction documents in the establishment of the trusts and providing legal opinion letters regarding Delaware law with respect to the trusts. In certain instances, RL&F also provides legal opinion letters regarding Delaware UCC matters with respect to the pledge of the trusts' assets from the trusts to the relevant indenture trustees. I do not believe that RL&F's representation of the Delaware Trustees has involved providing advice (and will not in the future provide advice) regarding potential claims that may be asserted against the Debtors or their affiliates (including repurchase claims) given the Debtors' interests in such trusts and the limited nature of the duties and obligations of the Delaware Trustees in these same trust arrangements. Notwithstanding these representations, RL&F will not represent the Delaware Trustees in connection with these Chapter 11 cases.

Dated: April 23, 2007
Wilmington, Delaware

Mark D. Collins (No. 2981)

SWORN TO AND SUBSCRIBED before me this 23rd day of April 2007.

Linda M Anderson
Notary Public
My Commission Expires: 6/30/2010

LINDA M. ANDERSON
Notary Public - State of Delaware
My Comm. Expires June 30, 2010

4

RLF1-3142016-1

# EXHIBIT 1

## CONTACT PARTIES FOR ASSET SALES

## <u>CURRENT CLIENTS</u>[1]

- Apollo and certain affiliates thereof
- Bear Stearns Co., Inc. and certain affiliates thereof
- Certain affiliates of Carrington
- Certain affiliates of C-BASS
- Cerberus Capital Management and certain affiliates thereof
- Citadel Investment Group, LLC and certain affiliates thereof
- Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston) and certain affiliates thereof
- Farrallon Capital Management
- Certain affiliates of Greenwich Capital Financial Products, Inc.
- Harbinger Capital Partners and certain affiliates thereof
- HSBC North America and certain affiliates thereof
- IndyMac Bancorp, Inc. and certain affiliates thereof
- Certain affiliates of J.C. Flowers
- Leucadia National Corporation and certain affiliates thereof
- LoneStar and certain affiliates thereof
- Morgan Stanley and certain affiliates thereof
- Certain affiliates of Novastar
- Platinum Holding GP, LLC and certain affiliates thereto
- Silver Point Capital
- The Fortress Corporation
- Certain affiliates of TPG
- Wachovia and certain affiliates thereof
- JP Morgan and certain affiliates thereof

---

[1] Parties that are both current clients and former clients of RL&F are only listed on Exhibit 1, Current Clients. Due to the similarity of names of certain entities, RL&F was not able to determine if all entities listed herein actually are affiliates of current clients. However, in exercising an abundance of caution, RL&F has listed those entities which it reasonably believes may be affiliates of current clients.

RLF1-3142016-1

# EXHIBIT 2

## CONTACT PARTIES FOR ASSET SALES

## <u>FORMER CLIENTS[1]</u>

- Centerbridge Associates LP
- Certain affiliates of Farallon
- Fortress Investment Corporation and certain affiliates thereof
- Greenwich Capital Financial Products, Inc.
- Lehman Brothers Bank FSB and former client
- Certain affiliates of Marathon
- Morgan Stanley Mortgage Capital Inc.
- Platinum Equity and certain affiliates thereto
- Silverpoint, Inc.
- Wayzata, Inc. and certain affiliates thereto

---

[1] Parties that are both current clients and former clients of RL&F are only listed on Exhibit 1, Current Clients. Due to the similarity of names of certain entities, RL&F was not able to determine if all entities listed herein actually are affiliates of current clients. However, in exercising an abundance of caution, RL&F has listed those entities which it reasonably believes may be affiliates of current clients.

RLF1-3142016-1

# EXHIBIT 3

## Delaware Trusts List

| Client | Name of Trust | Status |
|---|---|---|
| Christiana Bank & Trust Co | CTT - Security National Asset Securitization Trust | Active |
| Christiana Bank & Trust Co | CTT - New Century Funding A | Active |
| Christiana Bank & Trust Co. | CTT - New Century Funding B | Active |
| Christiana Bank & Trust Co | CTT - Security National Funding Trust | Active |
| Christiana Bank & Trust Co. | CTT - Security National Revolving Asset Trust 2002-R1 | Active |
| Christiana Bank & Trust Company | Von Karman Funding Trust | Active |
| Christiana Bank & Trust Company | St. Andrews Funding Trust | Active |
| U.S. Bank Trust N.A. | CTT - ABSC NIMS Trust 2003-HE1 | Active |
| U.S. Bank Trust N.A. | NC Finance NIM Trust 2003-2 | Active |
| U.S. Bank Trust N.A. | SB Finance NIM Trust 2003-2 | Active |
| U.S. Bank Trust N.A. | ABSC NIMS Trust 2005-HE4 | Active |
| U.S. Bank Trust N.A. | ABSC NIMS Trust 2005-HE5 | Active |
| U.S. Bank Trust N.A. | Carrington NIM Trust 2006-NC5 | Active |
| U.S. Bank Trust N.A. | Carrington Mortgage Loan Trust 2007-RFC1 | Active |
| Wilmington Trust Company | CTT - Morgan Stanley Dean Witter Capital I Inc. NIM Trust 2001-NC1N | Active |
| Wilmington Trust Company | CTT - Morgan Stanley Dean Witter Capital I Inc NIM Trust 2001-AM1N | Active |
| Wilmington Trust Company | CTT - Morgan Stanley Dean Witter Capital I Inc NIM Trust 2001-NC4N | Closed |
| Wilmington Trust Company | Morgan Stanley Dean Witter Capital I Inc. NIM Trust 2002-NC1 | Closed |
| Wilmington Trust Company | MSDW Capital I Inc. NIM Trust, Series 2002-NC2N | Closed |
| Wilmington Trust Company | CDC Mortgage Capital Inc. NIM Trust 2002-HE1N | Closed |
| Wilmington Trust Company | New Century Funding I | Active |

| Client | Name of Trust | Status |
|---|---|---|
| Wilmington Trust Company | MSDW Capital I Inc. NIM Trust, Series 2002-HE1 | Closed |
| Wilmington Trust Company | MSDW Capital I Inc. NIM Trust, 2002-HE2N | Closed |
| Wilmington Trust Company | MSDW Capital I Inc. NIM Trust, 2002-NC3N | Active |
| Wilmington Trust Company | MSDW Capital I Inc. NIM Trust, 2002-OP1N | Closed |
| Wilmington Trust Company | CDC Mortgage Capital Inc. NIM Trust 2002-HE3 | Active |
| Wilmington Trust Company | Morgan Stanley Dean Witter Capital I Inc. NIM Trust 2003-NC1N | Closed |
| Wilmington Trust Company | MSDW Capital I Inc. NIM Trust 2003-NC2N | Closed |
| Wilmington Trust Company | CDC Mortgage Capital Inc. NIM Trust 2003-HE1N | Active |
| Wilmington Trust Company | MSDW Capital I Inc. NIM Trust 2003-NC4N | Closed |
| Wilmington Trust Company | CDC Mortgage Capital Inc. NIM Trust 2003 HE-2N | Active |
| Wilmington Trust Company | Morgan Stanley ABS Capital Inc. NIM Trust 2003-NC5N | Closed |
| Wilmington Trust Company | Morgan Stanley ABS Capital I Inc. NIM Trust 2003-NC7N | Closed |
| Wilmington Trust Company | CDC Mortgage Capital Inc. NIM Trust 2003-HE4N | Active |
| Wilmington Trust Company | CTT - GSAA Trust 2004-NC1-N | Active |
| Wilmington Trust Company | CDC Mortgage Capital Inc. NIM Trust 2004-HE2N | Active |
| Wilmington Trust Company | CTT - FFMLT 2004 FF3-N | Active |
| Wilmington Trust Company | CTT - First Tennessee Pooled Trust Preferred Transaction XV | Active |
| Wilmington Trust Company | CTT - Nelnet Student Loan Trust 2004-3 | Active |
| Wilmington Trust Company | CTT - K2 Student Loan Trust I | Active |
| Wilmington Trust Company | CTT - GSAA Home Equity Trust 2007-NIM2 | Active |
| Wilmington Trust Company | CTT - NC Finance Trust 1998-1 (Finance CE Bonds Series 1998-1) | Active |
| Wilmington Trust Company | CTT - NC Finance Trust 1999-1 | Active |
| Wilmington Trust Company | CTT - New Century Home Loan Trust, Series 1999-NCC | Closed |
| Wilmington Trust Company | CTT - New Century Mortgage Corporation NIM Trust 2000-1 | Active |

| Client | Name of Trust | Status |
|---|---|---|
| Wilmington Trust Company | CTT - New Century Mortgage Loans Owner Trust 2001-A and Option One Mortgage Loans Owner Trust 2000-A | Active |
| Wilmington Trust Company | CTT - NC Finance NIM Trust 2001-1 | Active |
| Wilmington Trust Company | CTT - NC Finance NIM Trust 2001-2 | Active |
| Wilmington Trust Company | CTT - NC Finance NIM Trust 2002-1 | Active |
| Wilmington Trust Company | CTT - NC Finance NIM Trust 2003-1 | Closed |
| Wilmington Trust Company | CTT - NC Finance NIM Trust 2003-3 | Active |
| Wilmington Trust Company | CTT - NC Finance NIM Trust 2003-A | Active |
| Wilmington Trust Company | CTT - NC Finance NIM Trust 2003-5 | Active |
| Wilmington Trust Company | New Century Home Equity Loan Trust 2003-6 | Active |
| Wilmington Trust Company | New Century Home Equity Loan Trust 2004-1 | Active |
| Wilmington Trust Company | New Century Home Equity Loan Trust 2004-2 | Active |
| Wilmington Trust Company | New Century Home Equity Loan Trust 2004-3 | Active |
| Wilmington Trust Company | New Century Home Equity Loan trust 2004-4 | Active |
| Wilmington Trust Company | New Century Home Equity Loan Trust 2005-1 | Active |
| Wilmington Trust Company | New Century Home Equity Loan Trust 2005-2 | Active |
| Wilmington Trust Company | New Century Home Equity Loan Trust 2005-3 | Active |
| Wilmington Trust Company | New Century Home Equity Loan Trust 2005-4 | Active |
| Wilmington Trust Company | New Century Home Equity Loan Trust 2006-S1 | Active |
| Wilmington Trust Company | New Century Home Equity Loan Trust 2006-1 | Active |
| Wilmington Trust Company | New Century Home Equity Loan Trust 2006-ALT1 | Active |
| Wilmington Trust Company | New Century Home Equity Loan Trust 2006-2 | Active |
| Wilmington Trust Company | CTT - CDC Mortgage Capital Inc NIM Trust 2001-HE1N | Closed |
| Wilmington Trust Company | CDC Mortgage Capital Inc NIM Trust 2002-HE2N | Closed |
| Wilmington Trust Company | MSDW Capital I Inc NIM Trust, 2002-NC4N | Closed |

3

| Client | Name of Trust | Status |
|---|---|---|
| Wilmington Trust Company | MSDW Capital I Inc. NIM Trust, 2002-NC5N | Closed |
| Wilmington Trust Company | MSDW Capital I Inc. NIM Trust, 2002-NC6N | Closed |
| Wilmington Trust Company | Morgan Stanley ABS Capital I Inc. NIM Trust 2002-HE3N | Closed |
| Wilmington Trust Company | Morgan Stanley Dean Witter Capital I Inc. NIM Trust 2003-NC3N | Closed |
| Wilmington Trust Company | CDC Mortgage Capital Inc. NIM Trust 2004-HE1N | Closed |
| Wilmington Trust Company | University Finance Trust 2006 | Active |
| Wilmington Trust Company | Securitized Asset Backed NIM Trust 2006-NC2 | Active |
| Wilmington Trust Company | Securitized Asset Backed NIM Trust 2006-HE2 | Active |
| Wilmington Trust Company | Securitized Asset Backed NIM Trust 2007-NC1 | Active |
| Wilmington Trust Company | Securitized Asset Backed NIM Trust 2007-HE1 | Active |
| Wilmington Trust Company | Securitized Asset Backed NIM Trust 2007-NC2 | Active |
| Wilmington Trust Company | CTT - NC Finance Trust 1998-II (NC Finance Class D Bonds, Series 1998-II) | Active |