IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS,<br>INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>(Jointly Administered) |

**NOTICE OF ENTRY OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Landis Rath & Cobb LLP, as counsel to Stony Point East, LP in the above-captioned case, hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone/facsimile numbers:

>Richard S. Cobb, Esquire
>Matthew B. McGuire, Esquire
>LANDIS RATH & COBB LLP
>919 Market Street, Suite 600
>Wilmington, DE 19801
>Telephone: (302) 467-4400
>Facsimile: (302) 467-4450
>Email: cobb@lrclaw.com
>         mcguire@lrclaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or

200.000-16122

oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

Dated: April 23, 2007  
      Wilmington, Delaware

LANDIS RATH & COBB LLP

_____  
Richard S. Cobb (No. 3157)  
Matthew B. McGuire (No. 4366)  
919 Market Street, Suite 600  
Wilmington, DE 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450

Counsel to Stony Point East, LP

2

200.000-16122