```
 1  Felix A. Seidler  (CSB 62717)
    REEVES & SEIDLER
 2  Attorneys at Law
    2527 Santa Clara Avenue
 3  Alameda, California 94501-4633
    Telephone (510) 521-8111
 4  Telecopier (510) 521-3895
    E-mail attyseidler@netscape.net
 5
    Attorney for Creditors/Claimants
 6  SCOTT MORRIS and ANGELA MORRIS

 7

 8                  UNITED STATES BANKRUPTCY COURT

 9                       DISTRICT OF DELAWARE

10

11  In re:                          )  CHAPTER 11
                                    )
12  NEW CENTURY TRS HOLDINGS, INC., )  Number 1-07-bk-10416 (KJC)
    a Delaware corporation, et al., )
13                                  )  Jointly Administered
           Debtors.                 )
14                                  )
    _____)
15

16
                    NOTICE OF APPEARANCE AND
17            REQUEST FOR SPECIAL BANKRUPTCY NOTICE
```

18      To the clerk of the United States Bankruptcy Court and to all
19  interested parties,
20      PLEASE TAKE NOTICE that Creditors/Claimants SCOTT MORRIS AND
21  ANGELA MORRIS appear by attorneys REEVES & SEIDLER and request that
22  all petitions, schedules, supporting documents, notices, pleadings and
23  other documents filed and/or served in the above-entitled case,
24  including, but not limited to all notices provided pursuant to
25  Bankruptcy Rules 2002, 9007 and 9010 and 11 USC §§ 102(1), 342 and
26  1109(b) be served upon them at its attorneys' address below.
27      PLEASE TAKE FURTHER NOTICE that the foregoing request includes
28  not only the notices and papers mentioned in the said Rules but also

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL BANKRUPTCY NOTICE   1

1  includes, but is not limited to, any petition, schedules, supporting
2  documents, notice, application, complaint, answer, demand, hearing,
3  request, motion, petition, pleading or supporting or opposing
4  documents in whatever form and howsoever transmitted.

Felix A. Seidler
Reeves & Seidler
Attorneys at Law
2527 Santa Clara Avenue
Alameda, California 94501-4633
Telephone (510) 521-8111
Facsimile (510) 521-3895
e-mail attyseidler@netscape.net

10   Service of documents of reasonable length by facsimile or e-mail
11  will be accepted with service deemed completed on receipt.
12   PLEASE TAKE FURTHER NOTICE this Notice of Appearance constitutes
13  a special appearance and is not to be deemed a consent to or waiver
14  of the right to challenge the jurisdiction of the Bankruptcy Court
15  including, without limitation, the jurisdiction of the Court to
16  adjudicate non-core matters, all of which rights are reserved without
17  prejudice.

                                        REEVES & SEIDLER
Dated:  April 19, 2007

                                        /s/Felix A. Seidler

                                        _____
                                        Felix A. Seidler
                                        Attorneys for Creditors/Claimants
                                        Scott and Angela Morris

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL BANKRUPTCY NOTICE   2