```
Felix A. Seidler    CSB 62717
REEVES & SEIDLER
2527 Santa Clara Avenue
Alameda, California  94501
Telephone:  (510) 521-8111
Facsimile:  (510) 521-3895
E-mail attyseidler@netscape.net

Attorney for Creditors/Claimants
SCOTT MORRIS and ANGELA MORRIS
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | NO.  1-07-bk-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC., ) | Chapter 11 |
| A Delaware corporation, *et al,.* ) | |
| Debtors. ) | |

**CERTIFICATE OF OF SERVICE BY MAIL   CCP §1013a, 2015.5, FRCP Rule 5**

The undersigned declares:

I am employed in the County of Alameda, California;  I am over the age of eighteen years and not a party to the within action; my business address is 2527 Santa Clara Avenue, Alameda, California 94501.

On the date last below written, I served a true copy of NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL BANKRUPTCY NOTICE by depositing a copy thereof in a separate, sealed envelope with the postage thereon fully prepaid in the United States Mail at Alameda, California, addressed to:

///////////////////////////////

CERTIFICATE OF SERVICE, (Notice of Appearance, Req. For Notice)  1

```
 1  Mark D Collins
    Michael J. Merchant
 2  Richards, Layton & Finger
    Attorneys at Law
 3  One Rodney Square
    P. O. Box 551
 4  Wilmington, Delaware 19801
    (Attorneys for Debtors)
 5
    Suzzanne S. Uhland
 6  Austin K. Barron
    Emily R. Culler
 7  Ana Acevedo
    O'Melveny & Myers, LLP
 8  Attorneys at Law
    275 Battery Street
 9  San Francisco, California 94111
    (Attorneys for Debtors)
10
    Joseph McMahon
11  Office of the United States Trustee
    Chapter 13 Standing Trustee
12  844 Market Street, Suite 2207
    Lockbox 35
13  Wilmington, Delaware19801
```

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Alameda, California, on April 19, 2007.

                                                        /s/ Constance Donato

                                                        _____
                                                        Constance Donato

CERTIFICATE OF SERVICE, (Notice of Appearance, Req. For Notice)   2