IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
:   Chapter 11
In re: :
:   Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC., :
a Delaware corporation, et al.,[1] :   Jointly Administered
:
Debtors :   Re: Docket Nos. 272 and 273
:
------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, do hereby declare that on April 16, 2007, I caused true and correct copies of the following to be served upon the parties on the attached Exhibit A by overnight mail:

- **Notice of Hearing to be Held on April 24, 2007, at 2:30 p.m.** [Docket No. 272]

- **Notice of Hearing to be Held on May 7, 2007, at 10:00 a.m.** [Docket No. 273]

Additionally, on April 16, 2007, I caused copies of the following to be served on the parties listed on the attached Exhibit B by overnight mail:

- **Notice of Hearing to be Held on April 24, 2007, at 2:30 p.m.** [Docket No. 272]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc ), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan com, Anyloan com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R E O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L P., a Delaware limited partnership

Additionally, on April 16, 2007, I caused copies of the following to be served on the parties listed on the attached Exhibit C by overnight mail:

- **Notice of Hearing to be Held on May 7, 2007, at 10:00 a.m.** [Docket No. 273]

Dated: April 18, 2007

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
 SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Core / 2002 List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | James R Savin Esq David M Dunn Esq & Joanna F Newdeck Esq | 1333 New Hampshire Ave NW | | | Washington | DC | 20036 | | Counsel for ChoicePoint Inc |
| Angelo Gordon & Co | Jed A Hart | 245 Park Ave 26th Fl | | | New York | NY | 10167 | | Counsel for Angelo Gordon & Co |
| Ashby & Geddes PA | Don A Beskrone Esq | 500 Delaware Ave | 8th Fl | PO Box 1150 | Wilmington | DE | 19899 | | Counsel for Safeco Financial Institution Solutions Inc |
| Ashby & Geddes PA | William P Bowden & Gregory A Taylor | 500 Delaware Ave | 8th Fl | PO Box 1150 | Wilmington | DE | 19899 | | Counsel for USB Real Estate Securities Inc |
| Attorney for SIRVA Relocation | Glenn M Reisman Esq | Two Corporate Dr Ste 234 | | | Shelton | CT | 06484 | | Counsel for SIRVA Relocation |
| Attorney Generals Office | Bankruptcy Department | Carvel State Office Bldg 820 N French St 8th Fl | | | Wilmington | DE | 19801 | | Governmental Agency |
| Attorney Generals Office | Bankruptcy Department | 1300 I St Ste 1740 | | | Sacramento | CA | 95814 | | Governmental Agency |
| Attorney General's Office | Bankruptcy Department | 200 St Paul Place | | | Baltimore | MD | 21202-2202 | | Governmental Agency |
| Attorney General's Office | Bankruptcy Department | Capitol Station PO Box 12548 | | | Austin | TX | 78711-2548 | | Governmental Agency |
| Bernstein Litowitz Berger & Grossman LLP | Blair A Nicholas Esq | 12481 High Bluff Dr Ste 300 | | | San Diego | CA | 92130 | | Counsel for New York State Teachers Retirement System |
| Bernstein Litowitz Berger & Grossman LLP | Salvator J Graziano Esq | 1285 Avenue of the Americas | | | New York | NY | 10019 | | Counsel for New York State Teachers Retirement System |
| Bifferato Gentilotti LLC | Ian Connor Bifferato Esq & Garvan F McDaniel Esq | 800 N King St Plz Level | | | Wilmington | DE | 19801 | | Counsel for CB Richard Ellis Corporate Facilities Management Inc |
| Bingham McCutchen LLP | Andrew J Gallo Esq | 150 Federal St | | | Boston | MA | 02110 | | Counsel for DB Stuctured Products Inc |
| Bingham McCutchen LLP | Richard H Agins Esq | One State St | | | Hartford | CT | 06103-3178 | | Counsel for DB Stuctured Products Inc |
| Bingham McCutchen LLP | Robert M Dombroff Esq & Steven Wilamowsky Esq | 399 Park Ave | | | New York | NY | 10022-4689 | | Counsel for DB Stuctured Products Inc |
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street | Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Brown McCarroll LLP | Patricia B Tomasco | 111 Congress Ave Ste 1400 | | | Austin | TX | 78701 | | Counsel for Ellington Management Group Inc |
| Bryan Cave LLP | Katherine M Windler Esq | 120 Broadway Ste 300 | | | Santa Monica | CA | 90401-2386 | | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Bryan Cave LLP | Lawrence P Gottesman Esq & Sukyoung Suh Esq | 1290 Ave of the Americas | | | New York | NY | 10104 | | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Buchanan Ingersoll & Rooney PC | Mary F Caloway Esq & Eric Lopez Schnabel Esq | 1000 West St Ste 1410 | | | Wilmington | DE | 19801 | | Counsel for Residential Funding Company LLC |
| Cadwalader Wickersham & Taft LLP | Gregory M Petrick Esq & Angela Somers Esq | One World Financial Center | | | New York | NY | 10281 | | Counsel for Nalikis Real Estate Capital Inc |
| Cadwalader Wickersham & Taft LLP | Howard R Hawkins Jr Esq | One World Financial Center | | | New York | NY | 10281 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| California Franchise Tax Board | Bankruptcy Division Chapter 11 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | Governmental Agency |
| Campbell & Levine LLC | Marla R Eskin Mark T Hurford | 800 North King Street | Suite 300 | | Wilmington | DE | 19801 | | Counsel for Citigroup Global Markets Realty Group |
| Celina ISD Princeton ISD City of Princeton Richardson ISD Cedar Hill ISD City of Cedar Hill Whitewright ISD City of Whitewright City of Hurst Arlington ISD Castleberry ISD and Mansfield ISD | Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda | PO Box 13430 | | Arlington | TX | 76094-0430 | | Counsel for Celina ISD Princeton ISD City of Princeton Richardson ISD Cedar Hill ISD City of Cedar Hill Whitewright ISD City of Whitewright City of Hurst Arlington ISD Castleberry ISD and Mansfield ISD |
| Chadbourne & Parke LLP | Joseph H Smolinsky & Douglas E Deutsch | 30 Rockefeller Plaza | | | New York | NY | 10112 | | Counsel for Credit Suisse First Boston Capital LLC and DLJ Mortgage Capital Inc |
| Comptroller of Public Accounts | Bankruptcy Department | Lyndon B Johnson State Office Building | 111 E 17th St | | Austin | TX | 78774 | | Governmental Agency |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq & Marc J Phillips Esq | The Nemours Bldg | 1007 N Orange St PO Box 2207 | | Wilmington | DE | 19699 | | Counsel for Washington Mutual |
| Countrywide Home Loans Inc | | 5220 Las Virgenes Rd | MS AC 11 | | Calabasas | CA | 91302 | | Counsel for Countrywide Home Loans Inc |
| Delaware Department Of Justice | Bankruptcy Department | Division Of Securities | 820 N French St 5th Fl | | Wilmington | DE | 19801 | | Governmental Agency |
| Delaware Dept Of Labor | Secretary | 4425 N Market St | 4th Fl | | Wilmington | DE | 19802 | | Governmental Agency |
| Delaware Dept Of Natural Resources & Environmental Control | Bankruptcy Department | John A Hughes Secretary | 89 Kings Hwy | | Dover | DE | 19901 | | Governmental Agency |
| Delaware Sec of State | Division of Corporations | Franchise Tax Division | PO Box 7040 | | Dover | DE | 19903 | | Governmental Agency |
| Division of Unemployment Ins | Department of Labor | 4425 N Market St | | | Wilmington | DE | 19802 | | Governmental Agency |

In re New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)
United States Bankruptcy Court, District of Delaware

Page 1 of 4

Exhibit A - Core 2002 List (2)

4/16/2007

Core / 2002 List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Dorsey & Whitney LLP | Chris Lenhart Esq | 50 S Sixth St Ste 1500 | | | Minneapolis | MN | 55402-1498 | | Counsel for Residential Funding Company LLC |
| Eckert Seamans Cherin & Mellott LLC | Michael Busenkell | 300 Delaware Ave Ste 1210 | | | Wilmington | DE | 19801 | | Counsel for Credit-Based Asset Servicing and Securitization (C-BASS) |
| Eckert Seamans Cherin & Mellott LLC | Michael Busenkell | 300 Delaware Ave Ste 1210 | | | Wilmington | DE | 19801 | | Counsel for Wells Fargo Bank NA |
| Edwards Angell Palmer & Dodge LLP | William E Chipman Jr Esq | 919 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Employee Benefits Security Administration Philadelphia Regional Office | Mabel Capolongo Director | Curtis Ctr | 170 S Independence Mall West Ste 870 West | | Philadelphia | PA | 19106-3317 | | Governmental Agency |
| Filardi Law Offices LLC | Charles J Filardi Jr | 65 Trumbull St | Second Floor | | New Haven | CT | 06510 | | Counsel for Federal Express Corporation |
| Gebhardt & Smith LLP | Michael G Gallerizzo Esq | 901 Market St Ste 451 | | | Wilmington | DE | 19801 | | Counsel for General Electric Capital Corporation |
| GMAC Commercial Finance LLC | Hernando Azarcon | Senior Legal Coordinator | 3000 Town Center Ste 280 | | Southfield | MI | 48075 | | Counsel for GMAC Commercial Finance LLC |
| Greenwich Capital Financial Products | General Counsel & Frank Skibo | 600 Steamboat Rd | | | Greenwich | CT | 06830 | | Counsel to DIP Lenders |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Hunton & Williams LLP | JR Smith & Jason W Harbour | Riverfront Plaza E Tower | 951 E Byrd St | | Richmond | VA | 23219 | | Counsel for Credit-Based Asset Servicing, Securitization (C-BASS) and Wells Fargo Bank NA |
| IBM Corporation | Vicky Namken | 13800 Diplomat Dr | | | Dallas | TX | 75234 | | Creditor |
| Ikon Office Solutions Recovery & Bankruptcy | Keith Clements | 3920 Arkwright Rd Ste 400 | | | Macon | GA | 31210 | | Counsel for IOS Capital Inc / Creditor |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz | Rm 1150 | | Baltimore | MD | 21201 | | Governmental Agency |
| Irs Local Office | | 844 King St | | | Wilmington | DE | 19801 | | Governmental Agency |
| Jeffer Mangels Butler & Marmaro LLP | Barry Freeman Esq & David Poitras Esq | 1900 Ave of the Stars 7th Fl | | | Los Angeles | CA | 90067 | | Counsel for Union Bank of California |
| Jorden Burt LLP | Frank G Burt Esq Raul A Cuervo Esq & Glenn Merten Esq | 1025 Thomas Jefferson St NW | Ste 400 E | | Washington | DC | 20007-5208 | | Counsel for Safeco Financial Insitution Solutions Inc |
| Kaye Scholer LLP | Margot B Schonholtz & Mark F Liscio | 425 Park Ave | | | New York | NY | 10022 | | Counsel for Bank of America NA |
| Kelley Drye & Warren LLP | David E Retter Esq & Christen A Lambrianakos Esq | 101 Park Ave | | | New York | NY | 10178 | | Counsel for Wells Fargo Bank NA |
| Kirkland & Ellis LLP | Bennett L Spiegel & Shirley S Cho | 777 S Figueroa St | Suite 3700 | | Los Angeles | CA | 90017 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Kirkland & Ellis LLP | Paul M Basta & Joshua A Sussberg | Citigroup Center | 153 East 53rd Street | | New York | NY | 10022-4611 | | Counsel for Citigroup Global Markets Realy Group |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Joanne B Wills Esq & Michael W Yurkewicz Esq | 919 Market St Ste 1000 | | | Wilmington | DE | 19801 | | Counsel for ABN AMRO Bank N.V. |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Richard M Beck Esq & Michael W Yurkewicz Esq | 919 Market St Ste 1000 | | | Wilmington | DE | 19801 | | Counsel for SN Servicing Corp as Agent for Alaska Seaboard Partners LP |
| Landis Rath & Cobb LLP | Adam G Landis Esq | 919 Market St Ste 600 | | | Wilmington | DE | 19801 | | Counsel for JP Morgan Chase Bank NA |
| Law Office of John A Vos | John A Vos Esq | 1430 Lincoln Ave | | | San Rafael | CA | 94901 | | Creditor |
| Law Offices of Robert E Luna PC | Andrea Sheehan Esq | 4411 N Central Expressway | | | Dallas | TX | 75205 | | Counsel for Carrollton-Farmers Branch Independent School District Garland Independent School District & Lewisville Independent School District |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | Travis Bldg 711 Navarro Ste 300 | | | San Antonio | TX | 78205 | | Counsel for Bexar County City of El Paso |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | | Dallas | TX | 75201 | | Counsel for Dallas County |
| Lowenstein Sandler PC | Michael S Elkin Esq & Ira M Levee Esq | 65 Livingston Ave | | | Roseland | NJ | 07068 | | Counsel for New York State Teachers Retirement System |
| Malcolm & Cisneros A Law Corporation | William G Malcolm | 2112 Business Center Dr 2nd Fl | | | Irvine | CA | 92612 | | Counsel for Malcolm & Cisneros A Law Corporation |
| Maryland State Dept of Assessments and Taxation | Bankruptcy Department | 301 W Preston St | | | Baltimore | MD | 21201 | | Governmental Agency |
| Mayer Brown Rowe & Maw LLP | Ranlero D Aversa Jr Esq & Laura D Metzger Esq | 1675 Broadway | | | New York | NY | 10019-5820 | | Counsel for ABN AMRO Bank N.V. |
| Mayer Brown Rowe & Maw LLP | Thomas S Kiriakos Esq & Sean T Scott Esq | 71 S Wacker Dr | | | Chicago | IL | 60606 | | Counsel for Carrington Mortgage Services LLC and Carrington Capital Management LLC |

Core / 2002 List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| McGuire Woods LLP | David I Swan Esq & Kenneth M Misken Esq | 1750 Tysons Blvd Ste 1800 | | | McLean | VA | 22102-4215 | | Counsel for Sprint Nextel Corporation |
| Milbank Tweed Hadley & McCloy LLP | Luc A Despins Esq & Wilbur F Foster Esq | 1 Chase Manhattan Plaza | | | New York | NY | 10005 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| Monzack & Monaco PA | Francis A Monaco Jr Esq | 1201 N Orange St Ste 400 | PO Box 2031 | | Wilmington | DE | 19899-2031 | | Counsel for RBC Mortgage Company Royal Bank of Canada and RBC Centura Bank |
| Morris Nichols Arsht & Tunnell LLP | Robert J Dehney Gregory W Werkheiser & Daniel B Butz | 1201 N Market St | PO Box 1347 | | Wilmington | DE | 19899-1347 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| Nixon Peabody LLP | Dennis J Drebsky Esq | 437 Madison Ave | | | New York | NY | 10022 | | Counsel for Deutsche Bank National Trust Company |
| Nixon Peabody LLP | Mark N Berman Esq | 100 Summer St | | | Boston | MA | 02110-1832 | | Counsel for Deutsche Bank National Trust Company |
| Northeast Regional Office | Bankruptcy Department | Mark Schonfeld Regional Director | 3 World Financial Ctr | Room 4300 | New York | NY | 10281 | | Governmental Agency |
| O'Melveny & Myers LLP | Suzzanne S Uhland Ben H Logan Victoria Newmark Emily R Culler | 275 Battery Street | | | San Francisco | CA | 94111 | | Debtors' Counsel |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | | Wilmington | DE | 19801 | | US Trustee |
| Office of the US Trustee | | 844 King St | Ste 2313 | Lockbox 35 | Wilmington | DE | 19801-3519 | | Governmental Agency |
| Pachulski Stang Ziehl Young Jones Weintraub LLP | Laura Davis Jones & Timothy P Cairns | 919 N Market St 17th Fl | PO Box 8705 | | Wilmington | DE | 19899-8705 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Paul Hastings Janofsky & Walker LLP | Keith W Miller & James R Bliss | Park Ave Tower | 75 E 55th St | First Floor | New York | NY | 10022 | | Counsel for USB Real Estate Securities Inc |
| Paul Hastings Janofsky & Walker LLP | Richard A Chesley & Kimberly D Newmarch | 191 N Wacker Dr | | 30th Fl | Chicago | IL | 60606 | | Counsel for USB Real Estate Securities Inc |
| Pepper Hamilton LLP | David B Stratton Esq | Hercules Plz Ste 5100 | | PO Box 1709 | Wilmington | DE | 19899-1709 | | Counsel for Deutsche Bank National Trust Company |
| Potter Anderson & Corroon LLP | Laurie Selber Silverstein Esq | 1313 N Market St 6th Fl | | | Wilmington | DE | 19801 | | Counsel for Bank of America NA |
| Quadrangle Group LLC | Michael Weinstock | 375 Park Ave 14th Fl | | | New York | NY | 10152 | | Creditor |
| Qwest Legal Department | Mitchel W Katz Esq | 1801 California St Ste 900 | | | Denver | CO | 80202 | | Counsel for Qwest Corporation |
| Reed Smith LLP | Claudia Z Springer Esq | 2500 One Liberty Pl | 1650 Market St | | Philadelphia | PA | 19103-7301 | | Counsel for IndyMac Bank FSB |
| Reed Smith LLP | Kurt F Gwynne Esq | 1201 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for IndyMac Bank FSB |
| Reed Smith LLP | Kurt F Gwynne Esq | 1201 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for Qwest Corporation |
| Richards Layton & Finger PA | Mark D Collins Michael J Merchant | One Rodney Square | PO Box 551 | | Wilmington | DE | 19899 | | Debtors' Counsel |
| Robert P Cocco PC | Robert P Cocco Esq | 437 Chestnut St Ste 1006 | | | Philadelphia | PA | 19106 | | Counsel for Theresa A Davis |
| Rosenthal Monhait & Goddess PA | Norman M Monhait Esq | 919 Market St Ste 1401 | PO Box 1070 | | Wilmington | DE | 19899-1070 | | Counsel for Kodiak Funding LP & Kodiak CDO I Ltd |
| SEC | | 15th & Pennsylvania Ave NW | | | Washington | DC | 20020 | | Governmental Agency |
| SEC | Nathan Fuchs | 233 Broadway | | | New York | NY | 10279 | | Governmental Agency |
| Sec Headquarters | | Office Of Investor Education And Assistance | 100 F St Ne | | Washington | DC | 20549 | | Governmental Agency |
| Secretary Of State | Bankruptcy Department | Franchise Tax | PO Box 7040 | | Dover | DE | 19903 | | Governmental Agency |
| Secretary Of Treasury | Division Of Corporations | PO Box 7040 | | | Dover | DE | 19903 | | Governmental Agency |
| Securities & Exchange Commission | | 100 F St Ne | | | Washington | DC | 20549 | | Governmental Agency |
| Shipman & Goodwin LLP | Julie A Manning Esq | One Constitution Plaza | | | Hartford | CT | 06103-1919 | | Counsel for United HealthCare Insurance Company |
| State Board of Equalization | Bankruptcy Department | PO Box 942879 | | | Sacramento | CA | 94279-0001 | | Governmental Agency |
| State of Delaware | Randy Weller MS 25 | Div of Revenue | 820 N French St | 8th Fl | Wilmington | DE | 19801-0820 | | Governmental Agency |
| State Of Delaware Division Of Revenue | Bankruptcy Department | Carvel State Office Bldg 820 N French St | | | Wilmington | DE | 19801 | | Governmental Agency |
| State Treasurer's Office | Bankruptcy Department | 915 Capitol Mall Suite 110 | | | Sacramento | CA | 95814 | | Governmental Agency |
| Stevens & Lee PC | Joseph Grey | 1105 N Market St | | Seventh Fl | Wilmington | DE | 19801 | | Counsel for Premier Print and Services Group, Inc. |
| The Bayard Firm | Neil B Glassman Esq & Steven M Yoder Esq | 222 Delaware Ave Ste 900 | | | Wilmington | DE | 19801 | | Counsel for Natixis Real Estate Capital Inc |

Core / 2002 List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| The CIT Group Business Credit Inc | Renee Singer | 505 Fifth Ave | 3rd Fl | | New York | NY | 10017 | | Counsel to DIP Lenders |
| Travelers | Scot Freeman Case Manager | National Accounts | 1 Tower Sq 5MN | | Hartford | CT | 06183-4044 | | Creditor |
| Turner Reynolds Greco & O'Hara | Richard J Reynolds | 16485 Laguna Canyon Rd Ste 250 | | | Irvine | CA | 92618 | | Creditor |
| Union Bank of California | Diane J Richey Esq Vice President and Senior Counsel | 445 S Figueroa St | | | Los Angeles | CA | 90071 | | Counsel for Union Bank of California |
| US Attorneys Office | Ellen W Slights | 1007 Orange St | 7th Fl | | Wilmington | DE | 19899-2046 | | Governmental Agency |
| US Department of Justice | Alberto P Gonzales | US Attorney General | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | | Governmental Agency |
| Us Dept Of Labor | Administrative Review Board | Frances Perkins Building | 200 Constitution Ave Nw | | Washington | DC | 20210 | | Governmental Agency |
| Us Dept Of Labor | Benefits Review Board | Frances Perkins Building | 200 Constitution Ave Nw | | Washington | DC | 20210 | | Governmental Agency |
| Us Dept Of Labor | Employee Benefits Security Administration | Frances Perkins Building | 200 Constitution Ave Nw | Ste S 2524 | Washington | DC | 20210 | | Governmental Agency |
| Us Dept Of Labor | Secretary Elaine Chao | Frances Perkins Building | 200 Constitution Ave Nw | | Washington | DC | 20210 | | Governmental Agency |
| Vinson & Elkins LLP | John E Mitchell Esq | Trammell Crow Center | 2001 Ross Ave Ste 3700 | | Dallas | TX | 75201 | | Counsel for CB Richard Ellis Corporate Facilities Management Inc |
| Washington Mutual | David H Zielke Esq Vice President & Assitant General Counsel | 1301 Second Ave WMC 3501 | | | Seattle | WA | 98101 | | Creditor |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Jeffrey I Golden Esq & Hutchinson B Meltzer Esq | 650 Town Center Dr Ste 950 | | | Costa Mesa | CA | 92626 | | Creditor |
| Wells Fargo Bank NA | Thomas M Korsman Vice President | MAC N9303-120 | 608 2nd Ave S | | Minneapolis | MN | 55479 | | Creditor |
| Wendel Rosen Black & Dean LLP | Charles A Hansen & Mark S Bostick | 1111 Broadway 24th Fl | | | Oakland | CA | 94607-4036 | | Counsel for Alireza Nazmi & Golden Key Mortgage |
| Winston & Strawn LLP | Matthew Boliza Esq David Wirt Esq & Grayson Walter Esq | 35 W Wacker Dr | | | Chicago | IL | 60601 | | Counsel for Kodiak Funding LP & Kodiak CDO I Ltd |
| Wolfe & Wyman LLP | Stuart B Wolfe Esq & Yaron Shaham Esq | 5 Park Plz Ste 1100 | | | Irvine | CA | 92614 | | Counsel for Wolfe & Wyman LLP |
| Womac & Associates | Brian D Womac Esq & Denise H Mitchell | Two Memorial City Plaza | 820 Gessner Ste 1540 | | Houston | TX | 77024 | | Counsel for DRA CRT Post Oak LP |
| Wright Finlay & Zak LLP | T Robert Finlay Esq & Donna L La Porte Esq | 4665 MacArthur Ct Ste 260 | | | Newport Beach | CA | 92660 | | Creditor |
| XRoads Case Management Services | | PO Box 8901 | | | Marina Del Rey | CA | 90295 | | Claims and Noticing Agent |
| Young Conaway Stargatt & Taylor LLP | Michael R Nestor | The Brandywine Bldg | 1000 West St 17th Fl | PO Box 391 | Wilmington | DE | 19899-0391 | | Counsel for Credit Suisse First Boston Capital LLC and DLJ Mortgage Capital Inc |
| Young Conaway Stargatt & Taylor LLP | Robert S Brady | The Brandywine Bldg | 1000 West St 17th Fl | PO Box 391 | Wilmington | DE | 19899-0391 | | Counsel for DB Stuctured Products Inc |

# Exhibit B

Lien Holders
Overnight Mail Service List

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Access Investments II Llc | | 18400 Von Karman Ave | Ste 1000 | | Irvine | CA | 92612 | | Lien Holder |
| Ameritech Credit Corporation | | 2000 West Ameritech Ctr Dr | | | Irvine | CA | 92612 | | Lien Holder |
| Aspen Funding Corp | C/o Amacar Group Llc | 6525 Morrison Blvd | Ste 318 | | Charlotte | NC | 28211 | | Lien Holder |
| Aspen Funding Corp | | 60 Wall St | | | New York | NY | 10005 | | Lien Holder |
| Bank Leumi Leasing Corporation | | 562 Fifth Ave | | | Ny | NY | 10036 | | Lien Holder |
| Bank Of America Na | Tx1 492 66 01 | 901 Main St | 66th Fl | | Dallas | TX | 75202-3714 | | Lien Holder |
| Bank Of America Na | | 301 Main St | 66th Fl | | Dallas | TX | 75202 | | Lien Holder |
| Bank Of America Na | | Tx 492 66 01 | 901 Main St | 66th Fl | Dallas | TX | 75202-3714 | | Lien Holder |
| Bank Of The West | | 3000 S Grand Ave | Mail Code Sc Cal 006 A | | Los Angeles | CA | 90071 | | Lien Holder |
| Barclays Bank Plc | As Administrative Agent | 200 Pk Ave | | | New York | NY | 10166 | | Lien Holder |
| Carrington Mortgage Credit Fund I Lp | | 9 Greenwich Office Pk | | | Greenwich | CT | 06831 | | Lien Holder |
| Carrington Mortgage Services LLC | Bruce Rose & Diane Citron | c/o Carrington Capital Management | 599 Putnam Ave | | Greenwich | CT | 06830 | | Lien Holder |
| Cdc Mortgage Capital Inc | | 9 West 57th St | | | Ny | NY | 10019 | | Lien Holder |
| Charter One Vendor Finance Llc | | 2300 Cabot Dr | | Ste 355 | Lisle | IL | 60532 | | Lien Holder |
| Cit Communications Finance Crporoation | | 1 Cit Dr | | | Livingston | NJ | 07039 | | Lien Holder |
| Citigroup Global Markets Realty Corp | | 390 Greenwich St | | | Ny | NY | 10014 | | Lien Holder |
| Citigroup Global Markets Realty Corp | | 390 Greenwich St | 6th Fl | | New York | NY | 10013 | | Lien Holder |
| Consultants Group Commercial Funding Corp | | 660 Newport Ctr Dr | Ste 800 | | Newport Beach | CA | 92660 | | Lien Holder |
| Countrywide Home Loans Inc | | 8611 Fallbrook Ave | Mswh51g | | West Hills | CA | 91304 | | Lien Holder |
| Credit Suisse First Boston Mortgage Capital Llc | | 11 Madison Ave | | | New York | NY | 10010 | | Lien Holder |
| Credit Suisse First Boston Mortgage Capital Llc | | 11 Madison Ave | | | Ny | NY | 10010 | | Lien Holder |
| Db Structured Products Inc | | 60 Wall St | | | Ny | NY | 10005 | | Lien Holder |
| Deutsch Bank Trust Company Americas As Collateral Agent | | 60 Wall St | Ms Nyc 60 2606 | | Ny | NY | 10005 | | Lien Holder |
| Deutsch Bank Trust Company Americas As Collateral Agent | | 60 Wall St | 26th Fl | | Ny | NY | 10005 | | Lien Holder |
| Deutsche Bank Trust Company Americas As Trustee | | 1761 E St Andrew Pl | | | Santa Ana | CA | 92705 | | Lien Holder |
| Federal National Mortgage Association | | 3900 Wisconsin Ave | Nw | | Washington | DC | 20016-2892 | | Lien Holder |
| Gemini Securitization Corp Llc | C/o Ropes & Gray Llc | One International Pl | | | Boston | MA | 02110 | | Lien Holder |
| General Electric Capital Corporation | | 1961 Hirst Dr | | | Moberly | MO | 65270 | | Lien Holder |
| General Electric Capital Corporation | | 2400 E Katella Ave | Ste 800 | | Anaheim | CA | 92806 | | Lien Holder |
| General Electric Capital Corporation | | 311 N Bayshore Dr | | | Safety Harbor | FL | 34695 | | Lien Holder |
| General Electric Capital Corporation | | 4 N Pk Dr | | | Hunt Valley | MD | 21030 | | Lien Holder |
| Gmac Commercial Finance Llc | | 7 Sentry Pkwy/w | Ste 200 | | Blue Bell | PA | 19422 | | Lien Holder |
| Gmac Commercial Financial Llc | | 600 Galleria Pkwy | 15th Fl | | Atlanta | GA | 30339 | | Lien Holder |
| Goldman Sachs Mortgage Company | | 210 Interstate North Pkway | Ste 315 | | Atlanta | GA | 30339 | | Lien Holder |
| | | 85 Broad St | | | New York | NY | 10004 | | Lien Holder |
| Greenwich Capital Financial Products Inc | | 600 Steamboat Rd | | | Greenwich | CT | 06830 | | Lien Holder |
| Guaranty Bank | | 8333 Douglas Ave | | | Dallas | TX | 75225 | | Lien Holder |
| Heineman Dale Scott | | C/o 32108 Alvarado Blvd 381 | | | Union City | CA | 94587 | | Lien Holder |
| Ios Capital | | 1738 Bass Rd | | | Macon | GA | 31210-1043 | | Lien Holder |

Lien Holders
Overnight Mail Service List

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Ixis Real Estate Capital Inc | | 9 West 57th St | | | Ny | NY | 10019 | | Lien Holder |
| Johnson Kurt F | | C/o 32108 Alvarado Blvd | 381 | | Union City | CA | 94587 | | Lien Holder |
| Mayer Brown Rowe & Maw LLP | Elizabeth Raymond | 71 S Wacker Dr | | | Chicago | IL | 60606 | | Lien Holder |
| Mission Center Partners | | PO Box 2675 | | | El Centro | CA | 92243 | | Lien Holder |
| Morgan Stanley Mortgage Capital Inc As Agent | | 1221 Ave Of The Americas 27th Fl | | | New York | NY | 10020 | | Lien Holder |
| Nc Capital Corporation | | 18400 Von Karman | | | Irvine | CA | 92612 | | Lien Holder |
| New Century Funding A | | 18400 Von Karman | | | Irvine | CA | 92612 | | Lien Holder |
| New Century Mortgage Securities Inc | | 184 Von Karman Ste 1000 | | | Irvine | CA | 92612 | | Lien Holder |
| New Century Mortgage Securities Inc | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92612 | | Lien Holder |
| New Century Mortgage Securities Inc | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92512 | | Lien Holder |
| Newport Funding Corp | C/o Amacar Group Llc | 6525 Morrison Blvd | Ste 318 | | Charlotte | NC | 28211 | | Lien Holder |
| Pfe International Inc | | 195 Chastain Meadows Ct | 112 | | Kennesaw | GA | 30144 | | Lien Holder |
| St Andrew Funding Turst C/o New Century Mortgage | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92616 | | Lien Holder |
| State Street Global Markets | As Admin For Galleon Capital Corp | One Lincoln St | | | Boston | MA | 02111 | | Lien Holder |
| Sterling Bank | | 2550 N Loop West | Ste 500 | | Houston | TX | 77092 | | Lien Holder |
| The Cit Group/equipment Financing | | PO Box 27248 | | | Tempe | AZ | 85285-7248 | | Lien Holder |
| Ubs Real Estate Securities Inc | | 1251 Ave Of The Americas | 22nd Fl | | Ny | NY | 10020 | | Lien Holder |
| Ubs Real Estate Securities Inc | | 1285 Ave Of The Americas | | | New York | NY | 10019 | | Lien Holder |
| United California Capital | | 201 N Civic Dr | | | Walnut Creek | CA | 94596 | | Lien Holder |
| Us Bancorp Equipment Financial Inc | | PO Box 230789 | | | Portland | OR | 97281 | | Lien Holder |
| Us Bancorp Leasing & Financial | | 7659 Sw Mohawk St | | | Tualatin | OR | 97062 | | Lien Holder |
| Us Bank National Association | As Indenture Trustee | 180 E Fifth St | | | St Paul | MN | 55101 | | Lien Holder |
| Whitwood Jason Allen | | C/o 3625 Amur Maple Dr | | | Bakersfield | CA | 93311 | | Lien Holder |

# Exhibit C

Top 50 Creditors
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Adteractive | Blake Simon | 303 Second Street, Suite 375 | Second Tower | | San Francisco | CA | 94107 | | Top 50 |
| Affiliated Computer Services | Todd Green | PO Box 201322 | | | Dallas | TX | 75320 | | Top 50 |
| Alaska Seaboard Partners Limited Partnership | William Fogleman | 4150 S Sherwood Forest Blvd | | | Baton Rouge | LA | 70816 | | Top 50 |
| Aspen Funding Corp | Doris Hearn, Evelyn Echevarria | c/o Amacar Group LLC | 6525 Morrison Blvd | Suite 318 | Charlotte | NC | 28211 | | Top 50 |
| Assurant Specialty Property Insurance | Kelly Chin | 260 Interstate N Circle SE | | | Atlanta | GA | 30339-2110 | | Top 50 |
| Aurora Loan Services | Giovanni Manocchio | 10350 Park Meadows Dr 4th Floor | | | Littleton | CO | 80124 | | Top 50 |
| Bank of America, NA | Maureen Macari | 901 Main St, 66th Floor | | | Dallas | TX | 75202 | | Top 50 |
| Barclays Bank PLC | Paul Menefee, Joseph O'Doherty | 200 Park Avenue | | | New York | NY | 10166 | | Top 50 |
| Carrington Securities, LP | Bruce Rose & Diane Citron | Carrington Capital Management | 599 West Putnam Avenue | | Greenwich | CT | 06830 | | Top 50 |
| Catarina Mortgage Services Inc | Ron Harpole | 22485 Tomball Highway | | | Houston | TX | 77070 | | Top 50 |
| ChoicePoint Precision Marketing | Scott Watkins | 2525 Meridian Parkway, Suite 125 | | | Durham | NC | 27713 | | Top 50 |
| Citigroup Global Markets Realty Corp | Susan Mills, Bobbie Theivakumaran | 390 Greenwich Street, 6th Floor | | | New York | NY | 10013 | | Top 50 |
| Countrywide | Dana Headlee | 20 N Acoma Blvd | | | Lake Havasu City | AZ | 86403 | | Top 50 |
| Credit Suisse First Boston Mortgage Capital LLC | Gary Timmerman | 302 Carnegie Center, 2nd Floor | | | Princeton | NJ | 08540 | | Top 50 |
| Credit-Based Asset Servicing and Securitization LLC | Marc Rosenthal | 335 Madison Ave, 19th Floor | | | New York | NY | 10017 | | Top 50 |
| DB Structured Products, Inc | Glenn Minkoff | 60 Wall Street, 19th Floor | | | New York | NY | 10005 | | Top 50 |
| Deutsche Bank | Ryan Stark | 31 West 52nd Street | 3rd Floor NYC01-0304 | | New York | NY | 10019 | | Top 50 |
| EMC Mortgage Corporation | Tom Tarantino | 383 Madison Ave | | | New York | NY | 10179 | | Top 50 |
| Fiserv CCS | Geno Hoover | 912 Ft Dubuesne Blvd | | | Pittsburgh | PA | 15222 | | Top 50 |
| Galleon Capital Corporation | R Douglas Donaldson | PO Box 4024 | | | Boston | MA | 02101 | | Top 50 |
| Gemini Securitization Corp, LLC | R Douglas Donaldson | c/o Ropers & Gray, LLP | 1 International Place | | Boston | MA | 02110 | | Top 50 |
| General Electric Capital Corporation | Tanja Barner | 44 Old Ridgebury Road | | | Danbury | CT | 06810 | | Top 50 |
| GMAC Commercial Finance, LLC | Marc Flamino | 600 Galleria Parkway 15th Floor | | | Atlanta | GA | 30339 | | Top 50 |
| Goldman Sachs Mortgage Company | Jenny Ray Stilwel | 85 Broad Street | | | New York | NY | 10004 | | Top 50 |
| Guaranty Bank | Shari Macedo | 8333 Douglas Ave | | | Dallas | TX | 75225 | | Top 50 |
| Harbor Asset Management Services | Joe Little | 1407 Foothill Blvd Ste 246 | | | La Verne | CA | 91750 | | Top 50 |
| HSBC Bank USA, NA | | 452 5th Ave | 10th Floor | | New York | NY | 10018 | | Top 50 |
| Indymac Bank FSB | | 888 East Walnut St | | | Pasadena | CA | 91101 | | Top 50 |
| IXIS Real Estate Capital, Inc | Tony Malanga | 9 West 57th Street, 36th Floor | | | New York | NY | 10019 | | Top 50 |
| JP Morgan Chase Bank, NA | Fran Slec | 194 Wood Avenue South | Floor 3 | | Iselin | NJ | 08830-2710 | | Top 50 |
| Lehman Brothers Bank FSB | Diane Rinnovatore | 745 Seventh Ave | | | New York | NY | 10019 | | Top 50 |
| Lowcom | Fred Hsu | 818 W 7th St | Suite 700 | | Los Angeles | CA | 90017 | | Top 50 |
| Lowermybills.com | Rod Pasion | 2401 Colorado Avenue | Suite 200 | | Santa Monica | CA | 90404 | | Top 50 |
| Morgan Stanley Mortgage Capital Inc | Andy Neuberger | 1585 Broadway, 10th Floor | | | New York | NY | 10036 | | Top 50 |
| National Field Representatives | Melanie LaRocque | PO Box 1440 | | | Claremont | NH | 03743 | | Top 50 |
| Newport Funding Corp | Glenn Minkoff, Doris Hearn, Evelyn Echevarria | c/o Amacar Group | 6525 Morrison Blvd | Suite 318 | Charlotte | NC | 28211 | | Top 50 |
| Nextag | Dan Tsuchiya | 1300 S El Camino Real | | | San Mateo | CA | 94402 | | Top 50 |
| Nomura Securities | James Depalma, Jeane Leschak | 2 World Financial Center | Building B | | New York | NY | 10281 | | Top 50 |
| Pricewaterhouse Coopers LLP | Sear Yagana | 300 Madison Avenue | | | New York | NY | 10017 | | Top 50 |
| Residential Funding Corporation | Mike Bugbee | 1646 N California Blvd #40C | | | Walnut Creek | CA | 94596 | | Top 50 |
| SG Mortgage Finance Corp | Frank Nunnari | 1221 Avenue of the Americas | | | New York | NY | 10020 | | Top 50 |
| Sheffield Receivables Corporation | Glenn Pearson, Hansel Nieves, Shelby Robins | c/o Barclays Capital Services | 200 Cedar Knolls Road | | Whippany | NJ | 07981 | | Top 50 |
| Sprint | Frank Quatroccup | 18200 Von Karman Ave | | | Irvine | CA | 92612 | | Top 50 |
| State Street Global Markets, LLC | Todd Meringoff | Attn: Galleon Funds | 225 Franklin St | | Boston | MA | 02110 | | Top 50 |
| Suntrust | Tony D Atkins | 303 Peachtree St, 23rd Floor | | | Atlanta | GA | 30308 | | Top 50 |
| System Source, Inc | Brooke Hergesell | 2100 Main St Ste 100 | | | Irvine | CA | 92614 | | Top 50 |
| Tucson Funding LLC | Glenn Minkoff | c/o DB Structured Products, Inc | 60 Wall Street | | New York | NY | 10005 | | Top 50 |
| UBS Real Estate Securities Inc | George Mangiaracina | 1251 Avenue of the Americas | | | New York | NY | 10019 | | Top 50 |

Top 50 Creditors
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Washington Mutual Bank, FA | Michael McCauley | 3200 Southwest Freeway | | | Houston | TX | 77027 | | Top 50 |