IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2007 APR 23  AM 10: 43

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

*In re:*                                              )
                                                      )
NEW CENTURY TRS HOLDINGS, INC., *et al.*              )
                                                      )   Case No.  07-10416
          Debtors.                                    )   Chapter   11
                                                      )

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The office of **JOE G. TEDDER, CFC, Tax Collector for Polk County, Florida,** *pro se* **Creditor,** and a sovereign constitutional officer and duly elected government official, hereby files this Notice of Appearance and Request for Notice in the above-referenced cause of action.

Please forward copies of any and all pleadings and correspondence in this matter to the following:

> **Sari E. Meador, Paralegal**
> **Delinquency and Enforcement**
> **Office of Joe G. Tedder, CFC**
> **Tax Collector for Polk County, Florida**
> **P.O. Box 2016**
> **Bartow, Florida 33831-2016**
> **863.534.4746, Ext. 5718**
> **863.534.4741 - Facsimile**
> **sarimeador@polktaxes.com**

Respectfully submitted,

_____
Sari E. Meador, Paralegal
Delinquency and Enforcement
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, Florida 33831-2016
Creditor *pro se*

ORIGINAL FOR FILING

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___ day of May, 2007, a true and correct copy of the foregoing was served by First Class Mail upon:

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Marcos A. Ramos, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Counsel for Debtors and Debtors in Possession

Ben H. Logan, Esq.
Suzanne S. Uhland, Esq.
Austin K. Barron, Esq.
Emily R. Culler, Esq.
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Counsel for Debtors and Debtors in Possession

_____
Sari E. Meador, Paralegal
Delinquency and Enforcement
Office of JOE G. TEDDER, CFC
Tax Collector for Polk County, Florida
Creditor, *pro se*

S:\Enforcement\Notice of Appearance New Century Out-of-State