FILED

2007 APR 23  AM 10:58

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT

### District of Delaware of Wilmington

In re:

**NEW CENTURY MORTGAGE CORP**

Debtor

Case Number: 07-10416

Chapter Number: 11

### NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, ETC.

**PLEASE TAKE NOTICE** that **IBM Credit LLC**, a creditor and party-in-interest in the captioned Chapter 11 case, **hereby appears in the case and requests** pursuant to Rule 2002 of the Rules of Bankruptcy Procedures that **all notices, motions, applications, petitions, pleadings and orders filed or served in the case be duly served on the following:**

> Bruce Gordon
> Special Handling Group - MD NC322
> IBM Credit LLC
> North Castle Drive
> Armonk, NY 10504

Dated: 04/18/2007

IBM Credit LLC
Armonk, New York

By: _Vickie Starkwith for Bruce Gordon_
Bruce Gordon
IBM Credit LLC

**Service List:**

Mr. Brad Morrice
CEO-Pres
NEW CENTURY MORTGAGE CORP
18400 Von Karman Ave.
Irvine, CA   926120516


Clerk of the Court,
United States Bankruptcy Court,
District of Delaware of Wilmington
824 Market Street, 5th Flr
Wilmington, DE 19801