**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| NEW CENTURY HOLDINGS, INC., *et al.*, ) | |
| ) | Case No. 07-10416 (KJC) |
| Debtors. ) | (Jointly Administered) |
| ) | |

## NOTICE OF SERVICE

I, Christopher P. Simon, Esquire do hereby certify that on this 24th day of April, 2007, I caused a copy of the Motion and Order for Admission Pro Hac Vice of Ira M. Levee and Motion and Order for Admission Pro Hac Vice of Michael S. Etkin to be served upon the parties listed below in the manner indicated:

**VIA HAND DELIVERY**
Mark D. Collins, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801

**VIA HAND DELIVERY**
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**VIA HAND DELIVERY**
*U.S. Trustee*
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

        /s/ Christopher P. Simon
    Christopher P. Simon (No. 3697)