| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF DELAWARE<br><br>In Re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a<br>Delaware Corporation, et al.<br><br>                       Debtors |

FILED

2007 APR 24   AM 10: 21

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chapter 11

Case No.: 07-10416(KJC)

Jointly Administered

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
## APPLICATION FOR RETENTION OF PROFESSIONAL

I, <u>Alan Such, Esq.</u> being of full age, certify as follows:

1. I am seeking authorization for my firm to be retained as: <u>Counsel for New Century in its Foreclosure, Bankruptcy, Eviction, Real Estate and any Litigation matters arising from the above in the State of New Jersey</u>.

2. My professional credentials include: <u>Admitted to practice law in the State of New Jersey. Admitted in the District Court of New Jersey.</u>

3. I am a member of or associated with the firm of: <u>Fein, Such Kahn & Shepard, P.C.</u>

4. The proposed arrangement for compensation, including hourly rates, if applicable is as follows: <u>See Attached Exhibit A.</u>

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person

employed in the office of the United States trustee, is as follows:

X None

☐ Describe connection:_____

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers, and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

X None

☐ Describe connection:_____

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers, and/or employees and I (check all that apply):

X do not hold an adverse interest to the estate.

X do not represent an adverse interest to the estate.

X are disinterested under 11 U.S.C. § 101(14).

X do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other. Explain:_____

I certify the foregoing statements made by me are true. I

am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Date: _April 19, 2007_

_____
Signature of Professional

_Alan Such, Esq._
Name of Professional