## NEW JERSEY

## FORECLOSURE FEE SCHEDULE

### FANNIE MAE, HUD & CONVENTIONAL

**FORECLOSURES:**

(a) $1,300.00 uncontested flat fee cap, or statutory costs, whichever is higher, excluding disbursements which are billed separately. The allocation of the said fee, based upon work completion, are as follows:

| | | |
|---|---|---|
| i. | File, Title, Review and Filing of Action | $500.00 |
| ii. | Service of Process and Notice of Lis Pendens | 750.00 |
| iii. | Service on all defendants | 900.00 |
| iv. | Submission for Entry of Judgment | 1,100.00 |
| v. | Writ of Execution to Sheriff for Sale | 1,300.00 |

(b) Contested foreclosures are billed on our hourly rate which currently ranges from $175.00 per hour (partner) to $150.00 per hour (associate) to $75.00 for a paralegal. Said rates only apply to additional services necessary in striking the Contested Answer.

**APPEARANCE FOR RESPONDENT IN FORECLOSURE ACTION:**

(a) $200.00 for file review, phone calls, filing of responsive pleadings, and in applying to incorporate our lien in the Final Judgment.

(b) $200.00 for filing Certification of Subsequent Encumbrancer and related documents to facilitate inclusion in Final Judgment.

(c) $100.00 to appear as a respondent bidding at Sale.

**SURPLUS MONEY PROCEEDINGS:**

    $750.00, unless contested.

**REO:**

    (b) Sale of REO
    (only $250.00 owing in the event that
    transaction aborts prior to closing)     $750.00

**COLLECTION LETTER:**

    $100.00, which fee is waived if litigation follows

**DEBT COLLECTION:**

    Twenty-five (25%) percent of all balances, plus costs, collected on suits on Note, deficiency judgments, or suits against third parties ancillary to the foreclosure proceeding. Client shall be given the option, before commencement of any proceeding, if it would prefer hourly rate billing for any such action.

**DEED-IN-LIEU TRANSACTIONS:**

    $350.00

**RESTRUCTURING, RECASTING OR SETTLEMENT STIPULATION TRANSACTIONS;**

    $350.00

**BANKRUPTCY:**

    (a) $800.00 initial retainer in Chapter 13 proceedings which includes Appearance, Proof of Claim, Affidavit Arrearages, Analysis of the Proposed Plan, a Notice of Objection to the Plan is suggested, and initial applicatioin for relief.

    (b) $450.00 initial retainer in Chapter 7 proceedings, where mortgage is current, which includes Proof of Claim, any Objections to the filing.

    (c) $800.00 initial retainer in Chapter 7 proceedings, where mortgage is **not** current, which includes Proof of Claim, any Objections to the filing, initial analysis for relief, and initial application for relief, if necessary.

(d) $800.00 initial retainer on Chapter 11 proceedings, which includes initial application for relief, unless a review of the Plan indicates, at client's option, objections or litigation are necessary; in which case same shall be handled at the Firm's hourly rate.

(e) Follow-up motions and procedures on all Chapters are billed at $500.00 per item, $650.00 if requiring second appearance.

**RECEIVERSHIP PROCEEDINGS:**

(a) $500.00 for application to appoint receiver, unless contested in which event same shall be handled at the Firm's hourly rate.

(b) $250.00 to dismiss Receiver in the event of a redemption, reinstatement or work-out (at which time this amount should be added to the debtors default costs).

**EVICTION:**

(a) $350.00 Mortgagor - Writ of Possession through eviction, unless contested in Court.

(b) $600.00 Tenant - Notices, Tenancy Action, through Warrant of Removal, unless contested in Court.

It should be noted that the majority of the fees listed are chargeable to the debtor's account, and are reimbursable out of the loan proceeds collected. We will be happy to comply, where applicable, with Freddie Mac and Ginnie Mae Fee Schedules.