UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

CHAPTER 11

CASE NO.: 07-10416 (KJC)

FILED

2007 APR 24  AM 10: 21

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:

NEW CENTURY TRS HOLDINGS, INC., a
Delaware Corporation, et al.

Debtors

AFFIDAVIT

I, Vincent DiMaiolo, Jr., Esq. being of full age, certify as follows:

1. I am a Partner of the firm of Fein, Such, Kahn & Shepard, P.C.

2. Fein, Such, Kahn & Shepard, P.C. are licensed attorneys in the State of New Jersey and not registered to e-file any of the documents with the District of Delaware.

3. All filings by this firm will be done by paper filing with the Court with regard to this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

BY: _____
Vincent DiMaiolo, Jr., Esq.

Sworn to before me this

23rd , day  of April 2007
Notary Public

DEBRA I. BARON
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES MARCH 31, 20 11