IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br>a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br>(Jointly Administered) |

### REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002(g) and (i), 3017(a), and 9010(b), COOLEY GODWARD KRONISH LLP (hereinafter "COOLEY"), hereby appears as an interested party, and hereby requests the Clerk of the above Court, the Debtor, Debtor's Counsel, and all other interested parties, to give notice to COOLEY regarding all matters within the scope of Bankruptcy Rules 2002(a), (b), (e), (f), (i), and to provide copies of all documents, including, without limitation, all proposed disclosure statements and plans of reorganization, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents brought before the Court in this case or required to be sent under the Bankruptcy Rules, the Local Rules or the practices of this Court, by sending such notices and documents to COOLEY at the following address:

> Gregg S. Kleiner
> Cooley Godward Kronish LLP
> 101 California Street, 5th Floor
> San Francisco, CA  94111-2222

Dated: April 24, 2007

COOLEY GODWARD KRONISH LLP

 /s/  Gregg S. Kleiner
Gregg S. Kleiner (CA State Bar #141311)
101 California Street, 5th Floor
San Francisco, CA  94111-2222
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: kleinergs@cooley.com

1036527 v1/SF

**CERTIFICATE OF SERVICE**

I, Kris Tsao Cachia, hereby declare:

I am employed in the City of San Francisco, County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-2222.

On April 24, 2007, I served the foregoing document(s) described as:

**Request for Notice**

on the interested parties in this action by placing a true copy(ies) thereof, on the above date, enclosed in sealed envelopes for service and prepared for processing as described below, and addressed and served in the manner indicated on the attached service list:

*Debtor*
New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612

*Debtor's Co-Counsel*
Mark D. Collins
Michael J. Merchant
Paul N. Heath
Christopher M. Samis
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Debtor's Co-Counsel*
Suzzanne S. Uhland
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

*U.S. Trustee*
Office of the U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

*Counsel to Creditors Committee*
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

__XX__ (BY FIRST CLASS MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

1036527 v1/SF

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on April 24, 2007 at San Francisco, California.

                                                        /s/ Kris Tsao Cachia
                                                         Kris Tsao Cachia