# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | New Century TRS Holdings, Inc. |
| **Case Number:** | 07-10416-KJC  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, APRIL 24, 2007  01:30 PM  CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | NICKITA BARKSDALE |

### Matter:

Omnibus

**R / M #:**  0 / 0

### Appearances:

See Sign in Sheet

### Proceedings:

Amended Agenda Item
#1 - Order Signed
#2 - Order Signed
#3 - Order Signed
#4 - Order Signed
#5 - Order Signed
#6 - Order Due
#7 - Adjourned to 5/7/07
#8 - Order Due
#9 - Adjourned to 5/7/07
#10 - Order Signed
#11 - Order Due