# SIGN-IN-SHEET

CASE NAME: New Century TRS Holdings, Inc.  
CASE NO.: 07-10416-KJC

COURTROOM LOCATION: 5  
DATE: April 24, 2007

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Dennis Drebsky | Nixon Peabody LLP | Deutsche Bank Nat'l Trust Co |
| Mark Berman | " | " |
| David Stratton | Pepper Hamilton | " |
| Matthew Botter | Winston + Strawn | Kodiak Funding |
| David Wier | " | " |
| Norman Monhait | Rosenthal Monhait Godless | Kodiak Funding |
| Laurie Silverstein | Potter Anderson Corroon | Bank of America, N.A. |
| Abhilash N. Raval | Milbank | Morgan Stanley |
| Dan Batz | " | " |
| Chris Ward | Klehr Harrison | Goldman Sachs |
| Lisa Schweitzer | Cleary Gottlieb | " |
| Greg Taylor | Ashby & Geddes | UBS Real Estate Securities, Inc. |
| Amy Brown | Weil & Sullivan | Mills Enterprises |

# SIGN-IN-SHEET

CASE NAME: New Century TRS Holdings, Inc.  
CASE NO.: 07-10416-KJC

COURTROOM LOCATION: 5  
DATE: April 24, 2007

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matt McGuire | Landis Rath & Cobb | Stoney Point East, LA |
| Joseph H. Huston/Joseph Grey | Stevens & Lee | Deferred Comp Claimants |
| Jeff Scanlon | Arter Scanlon | CapPro Investors |
| Mark T. Hurford | Campbell + Levine | Stephen Haller Rapkin Kelly |
| Joe McMahon | USDOT | UST |
| Ben Logan | O'Melveny & Myers | Debtors |
| Bonnie Fatell | Blank Rome | Committee |
| Mark Power | Hahn + Hessen | Committee |
| Mark Kelston | Munsch Hardt | Positive Software |
| Anthony Saccullo | Fox Rothschild | '' |
| Rachel B. Mersky | Monzack and Monaco | RBC |
| Mark Collins | Richards Layton + Finger | Debtors and Debtors in Possession |
| Marcos Ramos | '' | '' |

# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.  **COURTROOM LOCATION:** 5
**CASE NO.:** 07-10416-KJC  **DATE:** April 24, 2007

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Samis | Richards Layton + Finger | Debtors in possession |
| Ben Logan | O'Melveny + Myers | " |
| Michael Gallagher | Gebhardt + Smith LLP | General Electric |
| William Chapman Jr. | Edwards Angell Palmer & Dodge LLP | GMAC CF + Countrywide |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 04/24/2007
Calendar Time: 01:30 PM

Page # Item # 

| Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1711008 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP (9D1211NY) | Creditor, Bank of America N.A./ LISTEN ONLY |
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1708736 | Kimberly Newmarch | 312-499-6057 | Paul Hastings Janofsky & Walker | Creditor, UBS Real Estate Securities, Inc./ LIVE |
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1711774 | Suzzane S. Uhland | 415-984-8941 | O'Melveny & Myers | Debtor, New Century TRS Holdings |
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1711951 | Richard Agins | 860-240-2840 | Bingham McCutchen, LLP | Interested Party, Deutsche Bank/ LIVE |
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1710999 | Richard G. Ziegler | 312-701-7894 | Mayer Brown Rowe & Maw, LLP | Interested Party, State Street Bank & Trust Co./ LIVE |
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1705960 | Shirley Cho | 213-680-8242 | Kirkland & Ellis (CC-913) | Creditor, Greenwich Capital Financial Products, Inc./ LIVE |
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1709860 | ~~Mark Murray~~ | 212-582-5505 | ~~Murray Capital Management, Inc.~~ | ~~Interested Party, Murray Capital Management, Inc./ LISTEN ONLY~~ |