## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, <u>et al.</u>,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON APRIL 27, 2007 AT 1:30 P.M.

### *AS THERE ARE NO MATTERS SCHEDULED TO GO FORWARD,*
### *THE HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT*

## I.    CONTINUED MATTERS:

1.    Motion of Alaska Seaboard Partners Limited Partnership, Plaintiff for Temporary Restraining Order and Preliminary Injunction. [Docket No. 3; filed 4/16/07]

<u>Response Deadline</u>:   April 25, 2007 at 4;00 p.m.; The Debtors' objection for response deadline is continued to 4:00 p.m. on the date that is two (2) business days prior to the continued hearing date.

<u>Responses Received</u>:  None at this time.

<u>Related Documents</u>:

i.    Alaska Seaboard Partners Limited Partnership, Plaintiff vs. New Century Mortgage Corp., New Century Financial Corporation and NC Capital Corp. [Docket No. 1; filed 4/16/07]

---

[1]   The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc ), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

ii.    Motion to Shorten Notice with Respect to Alaska Seaboard Partners Limited Partnership's Motion for Temporary Restraining Order and Preliminary Injunction and for Expedited Hearing [Case No. 07-50962; Docket No. 4; filed 4/16/07]

iii.    Memorandum of Law in Support of the Motion of Alaska Seaboard Partners Limited Partnership for Temporary Restraining Order and Preliminary Injunction [Case No. 07-50962; Docket No. 5; filed 4/16/07]

iv.    Summons and Notice of Pretrial Conference in an Adversary Proceeding [Case No. 07-50962; Docket No. 6; filed 4/16/07]

v.    Order Granting Motion to Shorten Notice with Respect to Alaska Seaboard Partners Limited Partnership's Motion for Temporary Restraining Order and Preliminary Injunction and for Expedited Hearing [Case No. 07-50962; Docket No. 8; filed 4/20/07]

vi.    Revised Order Granting Motion to Shorten Notice with Respect to Alaska Seaboard Partners Limited Partnership's Motion for Temporary Restraining Order and Preliminary Injunction and for Expedited Hearing [Case No. 07-50962; Docket No. 9; filed 4/20/07]

vii.    Certification of Counsel Concerning Stipulation Between Alaska Seaboard Partners Limited Partnership and Certain of the Debtors and Debtors in Possession [Case No. 07-50962; Docket No. 11; filed 4/24/07]

Status:  With the permission of the Court, the hearing is continued to May 30, 2007 at 2:30 p.m.

Dated: April 25, 2007
      Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

PROPOSED ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION