**EXHIBIT A**

Unexpired Leases of Nonresidential Real Property to be Rejected as of April 24, 2007

| Lease ID | Lease Location | Landlord Name | Rent Paid to/Property Manager | Monthly Rent |
|---|---|---|---|---|
| AZ007 | 2400 West Dunlap Avenue<br>Suite 300<br>Phoenix, AZ  85021<br><br>(Subleased) | Michelle Miller<br>Muller-Dunlap LLC<br>5343 N 16th Street Suite 260<br>Phoenix AZ 85016 | Yvonne Galaz<br>Muller-Dunlap LLC<br>Dept 6228<br>Los Angeles CA 90084-6228 | $11,605.33 |
| AZ004 | Holualoa GV Shopping Plaza<br>210 W. Continental Rd.<br>Suite 134 & 138<br>Green Valley, AZ  85614 | Holualoa GV Shopping Plaza, LLC<br>11333 N Scottsdale Road<br>Scottsdale, AZ  85254 | Roxanne Aiken<br>Holualoa GV Shopping Plaza, LLC<br>11333 N Scottsdale Road<br>Scottsdale, AZ  85254 | $5,616.11 |
| CA057 | 201 Mission Street<br>Suite 1300<br>San Francisco, CA  94105 | Toma Lopez<br>CA-Mission Street Limited Partnership<br>Department #18080<br>PO Box 601173<br>Los Angeles, CA  90060-1173 | Toma Lopez<br>CA-Mission Street Limited Partnership<br>Department #18080<br>PO Box 601173<br>Los Angeles, CA  90060-1173 | $4,721.42 |
| CA058 | 2001 Gateway Place<br>Suite 700W<br>San Jose, CA  95110 | Property Manager – Gateway Office I<br>CA-Gateway Office Limited Partnership c/o Equity Office<br>1740 Technology Drive<br>Suite 150<br>San Jose, CA  95110 | Kimberly Ross<br>Equity Office<br>Department 13431<br>PO Box 601054<br>Los Angeles, CA  90060-1054 | $8,977.80 |
| CA063 | Vista Office Centre<br>43460 Ridge Park Drive<br>Suite 14<br>Temecula, CA  92590 | Vista Office Centre, LLC<br>PO Box 4464<br>Thousand Oaks, CA  91359 | Vista Office Centre, LLC<br>PO Box 4464<br>Thousand Oaks, CA  91359 | $9,863.96 |

## EXHIBIT A

Unexpired Leases of Nonresidential Real Property to be Rejected as of April 24, 2007

| CA081 | Heacock Business Center<br>13800 Heacock Street, C230<br>Moreno Valley, CA 92553 | Heacock Business Center, LLC<br>320 North E Street, Suite 101<br>San Bernardino CA 92401 | Heacock Business Center, LLC<br>320 North E Street, Suite 101<br>San Bernardino, CA 92401 | $5,013.53 |
|---|---|---|---|---|
| CO009 | Quebec Plaza<br>5600 S. Quebec Street<br>Suite 305D<br>Greenwood Village, CO 80111 | Judy Sagrillo<br>Quebec Plaza/Chap, LLC<br>7000 E Belleview Avenue<br>Greenwood Village, CO 80111 | Judy Sagrillo<br>Quebec Plaza/Chap, LLC<br>7000 E Belleview Avenue<br>Greenwood Village, CO 80111 | $17,778.00 |
| CO011 | 119 W. 6th Street<br>Suite 203<br>Pueblo, CO 81003 | Louie D. Carleo<br>LDC Properties<br>503 North Main Street<br>Pueblo, CO 81003 | Louie D. Carleo<br>LDC Properties<br>503 North Main Street<br>Pueblo, CO 81003 | $679.00 |
| FL001 | 621 NW 53rd Street<br>Suite 600<br>Boca Raton, FL 33487 | Sara Cloutier-Lowe<br>Canpro Investments Ltd.<br>1010 St-Catherine Street West<br>Montreal Quebec H3B 3S3 | Sara Cloutier Lowe<br>Canpro Investments Ltd.<br>621 NW 53rd Street<br>Boca Raton FL 33487 | $35,752.90 |
| IL004 | 414 North Orleans Street,<br>Suite 008<br>Chicago, IL 60610<br>(Subleased) | Dora Davis<br>O.P., LLC<br>351 West Hubbard Street<br>Chicago IL 60610 | Dora Davis<br>O.P., LLC<br>351 West Hubbard Street<br>Chicago IL 60610 | $13,261.25 |
| MN002 | 1270 Northland Drive<br>Suite 385<br>Mendota Heights, MN 55120<br>(Subleased) | Bill Zimmerman<br>Mendota Office Holdings, LLC<br>NW 7918, PO Box 1450<br>Minneapolis MN 55485-7918 | Bill Zimmerman<br>Mendota Office Holdings, LLC<br>NW 7918, PO Box 1450<br>Minneapolis MN 55485-7918 | $5,494.29 |

**EXHIBIT A**

Unexpired Leases of Nonresidential Real Property to be Rejected as of April 24, 2007

| | | | |
|---|---|---|---|
| MO004 | 12647 Olive Blvd.<br>Suite 115<br>St. Louis, MO 63141 | The Realty Associates Fund VII, L.P.<br>28 State Street, 10th Floor<br>Boston, MA 02109 | Anna Zahn<br>The Realty Associates Fund VII, LLP<br>Box 223245<br>Pittsburgh PA 15251-2245 | $4,943.75 |
| MT001 | 515 S. Reserve Street<br>Missoula, MT 59801 | Bayou Plaza Associates LLC<br>5023 Hazel Jones Road<br>Bossier City, LA 71111 | Adison, LLC<br>P O Box 17437<br>Missoula, MT 59808 | $1,727.99 |
| NC005 | 6000 Fairview Road Suite 400<br>Charlotte, NC 28210 | Portfolio Manager<br>CSHV Southpark, LLC c/o CB Richard Ellis Investors<br>515 South Flower Street<br>Suite 3100<br>Los Angeles, CA 900071 | Freda Gries<br>CBRE Investors AAF CalSTRS – Southpark<br>P O Box 905307<br>Charlotte NC 28290-5307 | $24,140.69 |
| OH002 | 10101 Alliance Road Suite 200<br>Cincinnati, OH 45242 | Kelli Nicoloff<br>Duke Realty Ohio<br>4555 Lake Forest Drive<br>Suite 400<br>Cincinnati, OH 45242-3732 | Christa Newcom<br>Duke Realty, LP<br>75 Remittance Drive<br>Chicago, IL 60675-6007 | $4,013.19 |
| PA003 | 750 Holiday Drive Suite 340<br>Pittsburgh, PA 15220 | Anissa Eckert<br>Greentree Foster Plaza Associates<br>Foster Plaza 9<br>Pittsburgh, PA 15220 | Anissa Eckert<br>Greentree Foster Plaza Associates<br>Foster Plaza 9<br>Pittsburgh, PA 15220 | $3,954.10 |
| WI002 | 20800 Swenson Drive<br>Waukesha, WI 53186 | Edward R Valerio<br>Liberty Property Trust<br>11414 West Park Place<br>Milwaukee, WI 53224 | Edward Valerio<br>Liberty Property LP<br>PO Box 828438<br>Philadelphia, PA 19182-8438 | $4,540.25 |