## EXHIBIT B

Unexpired Leases of Nonresidential Real Property

| Lease ID | Lease Location | Landlord Name | Rent Paid to/Property Manager | Monthly Rent |
|---|---|---|---|---|
| AL001 | Talcott III Chase Center 2 Chased Corporate Drive Suite 270 Birmingham, AL 35244 | John E. Reynolds Talcott III Chase Center, LLC One Financial Plaza Hartford CT 06103 | Lee Carter Talcott III Chase Center, LLC PO Box 33600 Hartford, CT 06150-3600 | $4,909.66 |
| AL002 | Talcott III Chase Center] One Chase Corporate Drive Suite 215 Birmingham, AL 32544 | John E. Reynolds Talcott III Chase Center, LLC One Financial Plaza Hartford CT 06103 | Lee Carter Talcott III Chase Center, LLC PO Box 33600 Hartford, CT 06150-3600 | $2,850.15 |
| AL003 | Energy Center II 519 Energy Center Blvd. Suite 1105 Northport, AL 35473 | Energy Center II, Ltd. PO Box 1370 Tuscaloosa, AL 35403 | David Epstein Energy Center II, Ltd 800 Energy Center Blvd Northport AL 35476 | $1,236.00 |
| AL004 | 1345 Carmichael Way Montgomery, AL 36106 | Mary Wallace Kyser Family Partnership 1537 Jean Street Montgomery, AL 36107 | Grace Pugl Kyser Family Partnership 1537 Jean Street Montgomery, AL 36107 | $3,409.73 |
| AZ001 | 3125 S. Price Road Suite 120 Chandler, AZ 85248 | RE/Max Elite Realty 3125 South Price Road Chandler, AZ 85248 | RE/Max Elite Realty 3125 South Price Road Chandler, AZ 85248 | $1,250.00 |

**EXHIBIT B**

Unexpired Leases of Nonresidential Real Property

| | | | |
|---|---|---|---|
| AZ002 | 1300 West University Avenue Suites 100 and 110 Flagstaff, AZ 86001 | Dennis Kelly Coldwell Banker Commercial NARICO 1120 W University Suite 200 Flagstaff, AZ 86001 | Dennis Kelly San Francisco Professional Building 1120 W University Suite 200 Flagstaff, AZ 86001 | $7,641.27 |
| AZ005 | 309 S. Lake Havasu Avenue Suite 101 Lake Havasu City, AZ 86403 | Pat Brown Shay LLC PO Box 1105 Lake Havasu City, AZ 86405 | Pat Brown Shay LLC PO Box 1105 Lake Havasu City, AZ 86405 | $3,833.32 |
| AZ008 | 4250 E. Camelback Road Suite K190 Phoenix, AZ 85018 | Teresa Loumena Camel Square, LLC 4222 E. Camelback Road Phoenix, AZ 85018 | Camel Square LLC PO Box 15730 Scottsdale, AZ 85267 | $7,096.71 |
| AZ012 | 7373 E. Doubletree Ranch Rd. Scottsdale, AZ 85258 | Gainey Ranch Financial Limited Partnership 11811 N. Tatum Blvd. Suite P-118 Phoenix, AZ 85028 | Andrea Kern Gainey Ranch Tower, LLC PO Box 29675 Phoenix, AZ 85038-9675 | $2,892.66 |
| AZ013 | 1600 West Broadway Road Suite 150 Tempe, AZ 85282 | Monica Dean Southwest Corporate Center 11235 SE 6th Street Bellevue, WA 98004 | Monica Dean Southwest Corporate Center 11235 SE 6th Street Bellevue, WA 98004 | $6,202.77 |
| AZ014 | 301 West Warner Road Suite 133 Tempe, AZ 85284 | Denali National Trust, Inc. 8383 E Evans Road Scottsdale, AZ 85260 | Mary Hislop Hannay Investment Corporation 2999 N. 44th Street Phoenix, AZ 85018 | $6,070.95 |

**EXHIBIT B**

Unexpired Leases of Nonresidential Real Property

| | | | |
|---|---|---|---|
| AZ016 | 5210 E. Williams Circle<br>Suite 500<br>Tucson, AZ 85711 | Kandace Cowen<br>WC Partners<br>Unit 1, PO Box 51180<br>Los Angeles, CA 90051-5480 | Kandace Cowen<br>WC Partners<br>Unit 1, PO Box 51180<br>Los Angeles, CA 90051-5480 | $4,819.56 |
| AZ017 | 4225 W. Glendale Avenue<br>Suite A-200, Office 8<br>Phoenix, AZ 85051 | Stan A. Wesolek<br>American Executives<br>International Realty, Inc.<br>4225 W. Glendale Avenue<br>Phoenix, AZ 85051 | Stan A. Wesolek<br>American Executives<br>International Realty, Inc.<br>4225 W. Glendale Avenue<br>Phoenix, AZ 85051 | $650.00 |
| AZ018 | 1880 Lucille Avenue<br>Suite 3<br>Kingman, AZ 86401 | Jim or Molly Woods<br>Woods Appraisal Services, Inc.<br>1880 Lucille Avenue<br>Kingman, AZ 86401 | Diane Busha<br>Molly N. Woods<br>1880 Lucille Avenue<br>Kingman, AZ 86401 | $1,050.00 |
| AZ020 | 1355 S. Higley Road<br>Suite 112<br>Higley, AZ 85236 | Higley Gold, LLC<br>2005 W. Mesquite Street<br>Chandler, AZ 85224 | Higley Gold, LLC<br>2005 W. Mesquite Street<br>Chandler, AZ 85224 | $2,370.71 |
| CA001 | 1620 Mill Rock Way<br>Suite 500<br>Bakersfield, CA 93309 | Jim Aguilar<br>Dean and Adah Gay Family, LP<br>5001 California Avenue<br>Suite 100<br>Bakersfield, CA 93309 | Jim Aguilar<br>Dean and Adah Gay Family, LP<br>5001 California Avenue<br>Suite 100<br>Bakersfield, CA 93309 | $4,509.61 |
| CA003 | 131 West D Street<br>Benecia, CA 94510 | Nikki Davis<br>123 West D Street<br>Benecia, CA 94510 | Nikki Davis<br>123 West D Street<br>Benecia, CA 94510 | $2,100.00 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property

| | | | |
|---|---|---|---|
| CA005 | 40 Constitution Drive<br>Suite E<br>Chico, CA 95973 | Cecil Robbins and Teri Robbins<br>17615 Winding Creek<br>Salinas, CA 93908 | Cecil Robbins<br>PO Box 8525<br>Chico, CA 95927 | $3,566.00 |
| CA006 | 2300 Clayton Road, Suite 1540<br>Concord, CA 94520 | RREEF Management Company<br>2300 Clayton Road<br>Concord, CA 94520 | Michell Mansfield<br>RREEF America REIT III Corp.<br>B<br>75 Remittance Drive<br>Chicago, IL 60675-6007 | $5,973.60 |
| CA013 | 7100 N. Financial Drive<br>Suite 103<br>Fresno, CA 93720 | Thomason Development Co.<br>7090 North Marks<br>Fresno, CA 93711 | Thomason Development Co.<br>7090 North Marks<br>Fresno, CA 93711 | $4,178.73 |
| CA028 | 42402 10th Street West<br>Lancaster, CA 93534 | Homebased Realty<br>42402 10th Street West<br>Lancaster, CA 93534 | Homebased Realty<br>42402 10th Street West<br>Lancaster, CA 93534 | $675.00 |
| CA031 | 5120 W. Goldleaf Circle<br>Suite 100<br>Los Angeles, CA 90056 | Chris Jesseman<br>Crown Wateridge Associates,<br>LLC<br>File #050426<br>Los Angeles, CA 90074-0426 | Chris Jesseman<br>Crown Wateridge Associates,<br>LLC<br>File #050426<br>Los Angeles, CA 90074-0426 | $8,020.00 |
| CA032 | 1209 Woodrow Avenue<br>Suite A-3<br>Modesto, CA 95350 | Wade Sellars<br>Stone Bros. & Associates<br>1024 West Robinhood Drive<br>Stockton, CA 95207 | Wade Sellars<br>Stone Bros. & Associates<br>1024 West Robinhood Drive<br>Stockton, CA 95207 | $1,049.72 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property

| | | | |
|---|---|---|---|
| CA037 | 3602 Inland Empire Blvd.<br>Suite C310-300<br>Ontario, CA  91764 | MHW Realty, Ltd.<br>1600 Huntington Drive<br>South Pasadena, CA  91030 | Rhonda Panton<br>MHW Realty, Ltd.<br>492 West Foothill Blvd.<br>Claremont, CA  91711 | $8,527.00 |
| CA038 | 333 City Boulevard West<br>Suite 2120<br>Orange, CA  92868 | Property Manager<br>EOP-Bixby Ranch, L.L.C.<br>333 City Boulevard West<br>Suite 200<br>Orange, CA  92868 | Terri Allen<br>Equity Office Properties Trust<br>LA<br>Dept. 15270-23782<br>PO Box 601046<br>Los Angeles, CA  90060-1046 | $6,560.70 |
| CA039 | 500 Esplanade Drive<br>Suite 740<br>Oxnard, CA  93030<br><br>(Dark) | Ivonne Flores<br>Duesenberg Investment<br>Company<br>Dept LA22159<br>Pasadena CA 91185-2159 | Ivonne Flores<br>Duesenberg Investment<br>Company<br>Dept LA22159<br>Pasadena CA 91185-2159 | $5,563.12 |
| CA044 | 7901 Stoneridge Drive<br>Suite 540<br>Pleasanton, CA  94588 | Faith Laurie<br>Hacienda MD 7901, LLC<br>7901 Stoneridge Drive<br>Pleasanton, CA  94588 | Kirstie Morphy<br>Hacienda MD 7901, LLC<br>Department 33642<br>San Francisco, CA  94139 | $7,763.55 |
| CA047 | 5225 Canyon Crest Drive<br>Building 300, Suite 350<br>Riverside, CA  92507 | Canyon Crest Towne Centre<br>LLC<br>5225 Canyon Crest Drive<br>Riverside, CA  92507 | Canyon Crest Towne Centre<br>LLC<br>5225 Canyon Crest Drive<br>Riverside, CA  92507 | $832.50 |
| CA049 | 1215 K Street<br>17th Floor, #1742<br>Sacramento, CA  95814 | Dee Dee Doran<br>Regus<br>1215 K Street<br>Sacramento, CA  95814 | Dee Dee Doran<br>Regus<br>1215 K Street<br>Sacramento, CA  95814 | $1,602.81 |

**EXHIBIT B**

Unexpired Leases of Nonresidential Real Property

| | | | |
|---|---|---|---|
| CA050 | 1860 Howe Avenue Suites 106 and 140 Sacramento, CA 95825 | KW Fund II 2121 N California Blvd. Walnut Creek. CA 94596 | Angela Hall KW Fund II 2121 N California Blvd. Walnut Creek, CA 94596 | $11,249.55 |
| CA051 | 2880 Gateway Oaks Drive Suite 200 Sacramento, CA 95833 | Susanne Alger Mourier Land Investment Corporation 2870 Gateway Oaks Drive Sacramento, CA 95833 | Susanne Alger Mourier Land Investment Corporation 2870 Gateway Oaks Drive Sacramento, CA 95833 | $23,910.70 |
| CA052 | 1880 North Main Street Suite 350 Salinas, CA 93906 | Gail A. English & Michael P. English Trust 851 Munras Avenue Monterey, CA 93940 | Lisa Loftus Gail A. English & Michael P. English Trust 1172 South Main Street PMB 363 Salinas CA 93901-2204 | $8,895.74 |
| CA054 | EOP-Centerside II 3131 Camino Del Rio North Suite 860 San Diego, CA 92121 | EOP-Centerside II, L.L.C. 9255 Town Centre Drive San Diego, CA 92121 | Sara Hall EOP-Centerside II, L.L.C. Department #12670 PO Box 601046 Los Angeles CA 90060-1046 | $15,058.97 |
| CA055 | 8880 Rio San Diego Drive Suite 103 San Diego, CA 92108 | Hyundai Rio Vista, Inc. c/o Tooley & Co. 8880 Rio San Diego Drive Suite 315 San Diego, CA 92108 | Chelsea Morris Hyundai Rio Vista, Inc. 5100 Poplar Ave Memphis, TN 38137 | $7,303.00 |
| CA062 | 7556 Shoreline Drive Stockton, CA 95219 | Crestwood Behavioral Health, Inc. 520 Capital Mall Sacramento, CA 95814 | Margarita Roseno Crestwood Behavioral Health, Inc. 7590 Shoreline Drive Stockton, CA 95219 | $3,675.75 |

**EXHIBIT B**

Unexpired Leases of Nonresidential Real Property

| | | | |
|---|---|---|---|
| CA065 | 24300 Town Center Drive<br>Suites 230, 240<br>Valencia, CA 91355 | California State Teachers<br>Retirement System c/o Thomas<br>Properties Group LLC<br>355 South Grand Avenue<br>Suite 2820<br>Los Angeles, CA 90071 | Cheryl Cross<br>CSDV, LP<br>PO Box 100258<br>Pasadena, CA 91189-0258 | $12,310.98 |
| CA066 | 15040 Seventh Street<br>Victorville, CA 92392 | Michael T. Castellano<br>20636 Shawnee Road<br>Apple Valley, CA 92308 | Michael T. Castellano<br>20636 Shawnee Road<br>Apple Valley, CA 92308 | $2,340.00 |
| CA069 | 6528 Greenleaf Avenue<br>Suite 109<br>Whittier, CA 90601 | Beverly Ball<br>Atrium Business Court<br>6528 Greenleaf Avenue<br>Whittier, CA 90601 | Fry Office Products, Inc.<br>Atrium Business Court<br>6528 Greenleaf Avenue<br>Whittier, CA 90601 | $2,340.00 |
| CA072 | 416 Center Street<br>Yuba City, CA 95991 | George and Shannon Selland<br>PO Box 1420<br>Yuba City, CA 95992 | George and Shannon Selland<br>PO Box 1420<br>Yuba City, CA 95992 | $2,125.00 |
| CA075 | 3760 Kilroy Airport Way<br>Suite 520<br>Long Beach, CA 90806 | Kilroy Realty L.P.<br>12200 W. Olympic Boulevard<br>Los Angeles, CA 90064 | Sandra Beach<br>Kilroy Realty, L.P.<br>12200 W. Olympic Boulevard<br>Los Angeles, CA 90064 | $8,190.29 |
| CA077 | 1350 Arnold Drive<br>Suite 200<br>Martinez, CA 94553 | Kelly Arrigan<br>Cranbrook Realty Investment<br>Fund, LP<br>4710 Sisk Road<br>Modesto, CA 95356 | Kelly Arrigan<br>Cranbrook Realty Investment<br>Fund, LP<br>4710 Sisk Road<br>Modesto, CA 95356 | $1,338.65 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property

| | | | |
|---|---|---|---|
| CA086 | 100 North Barranca Avenue<br>Suite 350<br>West Covina, CA 91791 | Office of the Building<br>Eastland Tower Partnership<br>100 North Barranca Avenue<br>Suite 900<br>West Covina, CA 91791-1600 | Wang Lee<br>Eastland Tower Partnership<br>100 North Barranca Avenue<br>Suite 900<br>West Covina, CA 91791-1600 | $13,636.70 |
| CO003 | 3734 Astrozon Boulevard<br>Colorado Springs, CO 80910 | Town and Country Realty, Inc.<br>3734 Astrozon Boulevard<br>Colorado Springs, CO 80910 | Town and Country Realty, Inc.<br>3734 Astrozon Boulevard<br>Colorado Springs, CO 80910 | $750.00 |
| CO004 | 5555 Tech Center Drive<br>Suite 100<br>Colorado Springs, CO 80919 | Westminster Tech II c/o Sierra<br>Properties<br>1150 Academy Park Loop<br>#104<br>Colorado Springs, CO 80910 | Westminster Tech II c/o Sierra<br>Properties<br>1150 Academy Park Loop<br>#104<br>Colorado Springs, CO 80910 | $4,061.50 |
| CO005 | 823 Cheyenne Meadows Road<br>Suite 200<br>Colorado Springs, CO 80906 | Coldwell Banker Cheyenne<br>Mountain Realty<br>823 Cheyenne Meadows Road<br>Colorado Springs, CO 80906 | Cheyenne Mountain Realty, Inc<br>823 Cheyenne Meadows Road<br>Colorado Springs, CO 80906 | $825.00 |
| CO006 | 4700 South Syracuse<br>Suite 310<br>Denver, CO 80237 | Ronald Lunt<br>HTL-Acquisitions, LLC<br>300 Park Blvd., Suite 500<br>Itasca, IL 60143-2636 | Katherine Smith<br>HTL-Acquisitions, LLC<br>300 Park Blvd., Suite 500<br>Itasca, IL 60143-2636 | $4,350.00 |
| CO010 | 300 Sunny Glen Court<br>Box 5044<br>Woodland Park, CO 80866 | Remax Performance, Inc.<br>300 Sunny Glen Court<br>Woodland Park, CO 80866 | Remax Performance, Inc.<br>300 Sunny Glen Court<br>Woodland Park, CO 80866 | $825.00 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property

| | | | |
|---|---|---|---|
| DC002 | 201 Massachusetts Ave., NE<br>Suite C-3<br>Washington, DC 20002 | Shewer Karin<br>816 Connecticut Ave., L.P.<br>1185 Avenue of the Americas<br>18th Floor<br>New York, NY 10036 | Justin L. Ruble<br>816 Connecticut Avenue, L.P.<br>PO Box 9486<br>Uniondale, NY 11555-9486 | $4,350.00 |
| FL005 | 9415 Sunset Drive, Suite 210<br>Miami, FL 33173 | Kathy Frazier<br>One Grand Park<br>210 Park Avenue<br>Oklahoma City, OK 73102 | Kathy Frazier<br>One Grand Park<br>210 Park Avenue<br>Oklahoma City, OK 73102 | $3,534.86 |
| FL007 | 11780 U.S. Highway One<br>North Palm Beach, FL 33408 | Prism Partners, LLC<br>2121 S. Columbia<br>Tulsa, OK 74114 | Prism Partners, LLC<br>2121 S. Columbia<br>Tulsa, OK 74114 | $23,274.06 |
| FL012 | 550 North Reo Street<br>Suite 108<br>Tampa, FL 33609 | Anissa Eckert<br>Greentree Foster Plaza<br>Associates<br>Foster Plaza 9<br>Pittsburgh, PA 15220 | Anissa Eckert<br>Greentree Foster Plaza<br>Associates<br>Foster Plaza 9<br>Pittsburgh, PA 15220 | $3,046.95 |
| FL013 | 12230 Forest Hills Boulevard<br>Suite 162<br>Wellington, FL 33414 | Keith Jim<br>Landmark Center<br>903 N 47th Street<br>Rogers, AR 72756-9615 | Kim McKnight<br>One Falling Water, LLC<br>PO Box 8010<br>Bentonville AR 72712-8010 | $596.40 |
| FL016 | 3820 Colonial Boulevard<br>Suite 102<br>Fort Myers, FL 33966 | Onyx One Partnership, Ltd.<br>17225 El Camino Real<br>Suite 405<br>Houston, TX 77058 | Onyx One Partnership, Ltd.<br>17225 El Camino Real<br>Suite 405<br>Houston, TX 77058 | $6,564.31 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property

| | | | |
|---|---|---|---|
| GA002 | 2000 River Edge Parkway<br>Suite 870<br>Atlanta, GA 30328<br><br>(Dark) | National Manager<br>CMD Realty Investments<br>227 West Monroe Street<br>Suite 3900<br>Chicago, IL 60606 | Hyatt Abigail<br>CMD Realty Investment Fund<br>III, L.P.<br>PO Box 73322<br>Chicago IL 60673-7322 | $5,573.18 |
| GA003 | Brookwood Century Springs<br>East<br>6100 Lake Forest Drive<br>Suite 350<br>Atlanta, GA 30328<br><br>(Dark) | Amy Martinez<br>Brookwood Century Springs<br>East, LLC<br>PO Box 3656<br>Norfolk, VA 23514-3656 | Amy Martinez<br>Brookwood Century Springs<br>East, LLC<br>PO Box 863912<br>Orlando, FL 32886-3912 | $3,806.82 |
| GA004 | Gwinnett Center<br>3555 Koger Blvd.<br>Suite 360<br>Duluth, GA 30096<br><br>(Dark) | Gwinnett Center LLC<br>3098 Piedmont Road, NE<br>Atlanta, GA 30305 | Gwinnett Center, LLC<br>Dept 40119 PO Box 740209<br>Atlanta GA 30374 | $4,784.17 |
| GA005 | 4188 Highway 53 Suite 101<br>Hoschton, GA 30548 | Pan Pacific (Jefferson Square)<br>LLC<br>PO Box 100541<br>Pasadena, CA 91189-0541 | Jennifer Otis<br>Pan Pacific (Jefferson Square)<br>LLC<br>PO Box 100541<br>Pasadena, CA 91189-0541 | $900.00 |
| GA006 | 114 Town Park Drive<br>Suite 150<br>Kennesaw, GA 30144 | Mills Enterprises, LLC<br>4015 80th Street<br>Kenosha, WI 53142 | Len Browne<br>Mills-Berwick<br>4015 80th Street<br>Kenosha, WI 53142 | $4,031.25 |
| GA007 | 512 Eagle's Landing Parkway<br>Stockbridge, GA 30281 | Edward R Valerio<br>Liberty Property Trust<br>11414 West Park Place<br>Milwaukee, WI 53224 | Edward Valerio<br>Liberty Property LP<br>PO Box 828438<br>Philadelphia, PA 19182-8438 | $6,314.48 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property

| | | | |
|---|---|---|---|
| GA008 | 300 Village Green Circle<br>Suite 112<br>Smyrna, GA  30083 | Fourth Quarter Properties<br>45 Ansley Drive<br>Newnan, GA  30263 | Fourth Quarter Properties<br>PO Box 933380<br>Atlanta, GA  31193-3380 | $2,332.40 |
| GA009 | 327 Eisenhower Drive<br>Suite 100<br>Savannah, GA  31406 | Gary M. Wisenbaker<br>Libroha, LLC<br>327 Eisenhower Drive<br>Savannah, GA  31406 | Libroha, LLC<br>PO Box 15298<br>Savannah, GA  31406 | $2,800.00 |
| HI002 | 707 Richards Street<br>Suite PH3<br>Honolulu, HI  96813 | Kathy Arakawa<br>OVC Properties, LLC<br>PO Box 31000<br>Honolulu, HI  96849-5529 | Kathy Arakawa<br>OVC Properties, LLC<br>PO Box 31000<br>Honolulu, HI  96849-5529 | $8,041.57 |
| ID002 | 1038 Northwest Blvd.<br>Suite 150<br>Coeur d'Alene, ID  83814<br><br>(Dark) | Corinne Sather<br>1038 Associates, LLC<br>435 W. Hanley Avenue<br>Coeur d'Alene, ID  83815 | Corinne Sather<br>1038 Associates, LLC<br>435 W. Hanley Avenue<br>Coeur d'Alene, ID  83815 | $3,340.00 |
| IL008 | 500 Peterson Road<br>Libertyville, IL  60048<br><br>(Dark) | Bank One Chicago N.A.<br>800 Davis Street<br>Evanston, IL  60201 | First Bank & Trust of Evanston<br>500 Peterson Road<br>820 Church Street<br>Evanston, IL  60201 | $11,317.81 |
| IL009 | 1900 Spring Road<br>Suite 530<br>Oak Brook, IL  60523 | Patricia Richardson<br>Board of Admin. for Police/Fire<br>Dept.<br>13238 Collection Center Drive<br>Chicago, IL  60693 | Patricia Richardson<br>Board of Admin. for Police/Fire<br>Dept.<br>13238 Collection Center Drive<br>Chicago, IL  60693 | $5,907.14 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property

| | | | |
|---|---|---|---|
| IL011 | 1375 E. Woodfield Road<br>Suite 550<br>Schaumburg, IL 60173 | Timothy Casey<br>AGF Woodfield Owner L.L.C.<br>1077 Paysphere Circle<br>Chicago, IL 60674 | Timothy Casey<br>AGF Woodfield Owner L.L.C.<br>1077 Paysphere Circle<br>Chicago, IL 60674 | $13,101.67 |
| IN002 | 8365 Keystone Crossing<br>Suite 104<br>Indianapolis, IN 46240 | 8300, LLC<br>8395 Keystone Crossing<br>Indianapolis, IN 46240 | 8300, LLC<br>8395 Keystone Crossing<br>Indianapolis, IN 46240 | $8,885.00 |
| IN004 | 11035 Broadway, Suite E<br>Crown Point, IN 46307 | Rossman & Associates, Inc.<br>11045 Broadway<br>Crown Point, IN 46307 | Rossman & Associates, Inc.<br>11045 Broadway<br>Crown Point, IN 46307 | $4,652.00 |
| KY001 | 950 Breckenridge Lane<br>Suite 220<br>Louisville, KY 40207 | MRI Springs Portfolio, LLC<br>4128 Reliable Parkway<br>Chicago, IL 60686-0041 | MRI Springs Portfolio, LLC<br>4128 Reliable Parkway<br>Chicago, IL 60686-0041 | $4,106.88 |
| LA002 | 4530 Barkdale Boulevard<br>Suite A<br>Bossier City, LA 71112 | Terri Jones<br>KeyLime South LLC<br>PO Box 0142<br>Benton, LA 71006 | Terri Jones<br>KeyLime South LLC<br>PO Box 0142<br>Benton, LA 71006 | $1,230.00 |
| LA005 | 707 Benton Road<br>Suite 100<br>Bossier City, LA 71111 | Donald L. Wilson<br>707 Benton Road Corporation<br>707 Benton Road, Suite 125<br>Bossier City, LA 71111 | Donald L. Wilson<br>707 Benton Road Corporation<br>707 Benton Road, Suite 125<br>Bossier City, LA 71111 | $2,200.00 |

**EXHIBIT B**

Unexpired Leases of Nonresidential Real Property

| | | | |
|---|---|---|---|
| MA004 | Three Hundred Crown Colony<br>300 Crown Colony Drive<br>Suite 111<br>Quincy, MA 02169<br><br>(Dark) | Three Hundred Crown Colony<br>1250 Hancock Street<br>Quincy, MA 02169 | Three Hundred Crown Colony<br>1250 Hancock Street<br>Quincy, MA 02169 | $5,513.33 |
| MA005 | 136 Turnpike Road<br>Suite 120<br>Southborough, MA 01772 | William Depietri<br>136 Turnpike Road LLC<br>259 Turnpike Road<br>Southborough, MA 01772 | William Depietri<br>136 Turnpike Road LLC<br>259 Turnpike Road<br>Southborough, MA 01772 | $5,519.38 |
| MA008 | 27 Home Depot Drive<br>Plymouth, MA 02360 | Helge LLC<br>PO Box 316<br>Sharon, MA 02067 | David Gilvar<br>Helge LLC<br>PO Box 316<br>Sharon, MA 02067 | $6,069.63 |
| MI002 | 17197 N. Laurel Park Drive<br>Suite 551<br>Livonia, MI 48152 | Levine Douglas<br>Laurel Office Park III, LLC<br>17197 N Laurel Park Drive<br>Livonia, MI 48152 | Levine Douglas<br>Laurel Office Park III, LLC<br>17197 N Laurel Park Drive<br>Livonia, MI 48152 | $4,887.67 |
| MI003 | 2800 Livernois Road<br>Suite 160<br>Troy, MI 48083 | Mary McLean<br>Osprey Troy Officentre, LLC<br>7600 Grand River Avenue<br>Brighton, MI 48114 | Mary McLean<br>Osprey Troy Officentre, LLC<br>7600 Grand River Avenue<br>Brighton, MI 48114 | $4,661.75 |
| MO001 | 17107 Chesterfield Airport Rd.<br>Suite 140<br>Chesterfield, MO 63005 | THF / TMI Chesterfield Office<br>Development, 313-1402127<br>Innerbelt Business Center<br>Suite 200<br>St. Louis, MO 63144 | THF / TMI Chesterfield Office<br>Development, 313-1402127<br>Innerbelt Business Center<br>Suite 200<br>St. Louis, MO 63144 | $3,070.43 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property

| | | | | |
|---|---|---|---|---|
| MO002 | 3101 Broadway, Suite 960 Kansas City, MO 64111 | Broadway Center Associates LP 3101 Broadway, Ste 300 Kansas City, MO 64111 | Broadway Center Associates LP 3101 Broadway, Ste 300 Kansas City, MO 64111 | $4,010.85 |
| MO005 | 12813 Flushing Meadows Dr. Suite 170 Town & Country. MO 63131 | Town & Country Investors, LLC 8860 Ladue Road, Suite 200 St. Louis, MO 63124 | Lisa Goodlet Broadway Center Associates, LP 3101 Broadway Kansas City, MO 64111 | $5,596.85 |
| MT002 | 3235 Harrison Avenue Butte, MT 59701 (Dark) | Aspen Management, LLC PO Box 10 Ramsay, MT 59748 | Aspen Management, LLC PO Box 10 Ramsay, MT 59748 | $375.00 |
| MT003 | 3203 Third Avenue North Suite 303 Billings, MT 59101 | KTVQ Communications, Inc. 3203 Third Avenue North Billings, MT 59101 | Tammy KTVQ Communications, Inc. 3203 Third Avenue North Billings, MT 59101 | $605.00 |
| NC002 | 7421 Carmel Executive Park Suite 240 Charlotte, NC 28226 (Dark) | Diane Hill Pizzagalli Properties 50 Joy Drive South Burlington, VT 05407 | Pizzagalli Properties, LLC PO Box 752031 Charlotte NC 28275-2031 | $3,303.01 |
| NC003 | Falls of the Neuse 4700 Falls of the Neuse Road Suite 345 Raleigh, NC 27609 (Dark) | Lease Administrator Falls of the Neuse, LLC 210 Oak Avenue Kannapolis, NC 28081-4329 | Johnson Dee Falls of the Neuse, LLC 4601 Six Forks Road, Suite 503 Raleigh NC 27609-5286 | $4,629.50 |

# EXHIBIT B

Unexpired Leases of Nonresidential Real Property

| | | | |
|---|---|---|---|
| NC004 | 99 Edgewood Road, Unit E<br>Asheville, NC 28804 | Chris Peterson<br>Peterson Family Limited<br>Partnership<br>PO Box 8841<br>Asheville, NC 28814 | Chris Peterson<br>Peterson Family Limited<br>Partnership<br>PO Box 8841<br>Asheville, NC 28814 | $2,300.00 |
| NJ007 | 4400 Route 9 South<br>Suite 1000 Ofc 34 and 43<br>Freehold, NJ 07728 | HQ Global Workplaces LLC<br>15305 North Dallas Parkway<br>Addison, TX 75001 | Alexandra Fanizzo<br>HQ Global Workplaces, Inc.<br>4400 Route 9 South Suite 1000<br>Freehold, NJ 07728 | $3,395.50 |
| NM002 | 6565 Americas Parkway<br>Suite 630<br>Albuquerque, NM 87110 | Lisa Gutierrez<br>Hines Interests Limited<br>Partnership<br>2800 Post Oak Blvd, 49th Floor<br>Houston, TX 77056 | HAPS #3 LP<br>P O Box 911429<br>Dallas, TX 75391-1429 | $12,228.21 |
| NM003 | 4801 North Butler Avenue<br>Building O, Suite 1101<br>Farmington, NM 87401 | Jomahaka Properties, LLC<br>4431 Cardon Drive<br>Farmington, NM 87401 | Harvey Crowley<br>Jomahaka, LLC<br>4431 Cardon Drive<br>Farmington, NM 87401 | $1,256.00 |
| NV002 | 7674 West Lake Mead Blvd.<br>Suite 110<br>Las Vegas, NV 89128 | United Insurance Company of<br>America<br>2550 S Rainbow Blvd Ste 200<br>Las Vegas, NV 89102 | Wanda Flathers<br>United Insurance Company of<br>America<br>7674 W Lake Mead Blvd<br>Las Vegas, NV 89128 | $5,098.80 |
| NV004 | 6548 S. McCarran Blvd.<br>Unit B<br>Reno, NV 89509 | Diane Valentine<br>Joseph & Diane Valentine<br>PO Box 305<br>Minden, NV 89423 | Diane Valentine<br>Joseph & Diane Valentine<br>PO Box 305<br>Minden, NV 89423 | $4,670.00 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property

| | | | |
|---|---|---|---|
| NY001 | 565 Taxter Road Suite 630<br>Elmsford, NY 10523<br><br>(Dark) | Mack-Cali Taxter Associates,<br>LLC<br>PO Box 23229<br>Newark, NJ 07189 | Ian Superadi<br>Mack-Cali Taxter Associates,<br>LLC<br>PO Box 23229<br>Newark, NJ 07189 | $7,075.22 |
| NY004 | 1140 Avenue of the Americas<br>Suite 1601<br>New York, NY 10036 | Robert Rasania<br>RP Stellar 1140 Fee Owner<br>LLC<br>156 Williams Street<br>New York, NY 10038 | Robert Rasania<br>RP Stellar 1140 Fee Owner<br>LLC<br>156 Williams Street<br>New York, NY 10038 | $9,060.83 |
| NY006 | 201 Edward Curry Avenue<br>Suite 105<br>Staten Island, NY 10314 | Margie Morales<br>Addwel, LLC<br>201 Edward Curry Avenue<br>Staten Island, NY 10314 | Margie Morales<br>Addwel, LLC<br>201 Edward Curry Avenue<br>Staten Island, NY 10314 | $8,258.83 |
| OH005 | 4700 Rockside Road<br>Suite 525<br>Independence, OH 44131 | Summit Office Park LLC<br>PO Box 72391<br>Cleveland, OH 44192-0391 | Collins Denise<br>Summit Office Park LLC<br>PO Box 72391<br>Cleveland, OH 44192-0391 | $5,115.99 |
| OH007 | 769 E. Main Street<br>Chillicothe, OH 45601 | Taylor Rental Properties, LLC<br>769 E Main Street<br>Chillicothe, OH 45601 | John Taylor<br>Taylor Rental Properties<br>769 E Main Street<br>Chillicothe, OH 45601 | $700.00 |
| OK002 | 777 NW Grand Park Blvd.<br>Suite 512<br>Oklahoma City, OK 73118<br><br>(Dark) | Kathy Frazier<br>One Grand Park<br>210 Park Avenue<br>Oklahoma City, OK 73102 | Kathy Frazier<br>One Grand Park<br>210 Park Avenue<br>Oklahoma City, OK 73102 | $3,198.00 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property

| | | | |
|---|---|---|---|
| OK003 | 8282 S. Memorial Drive<br>Suite 100<br>Tulsa, OK 74133<br><br>(Dark) | Prism Partners, LLC<br>2121 S. Columbia<br>Tulsa, OK 74114 | Prism Partners, LLC<br>2121 S. Columbia<br>Tulsa, OK 74114 | $3,618.00 |
| OR003 | 126 Market<br>Suite 2<br>Coos Bay, OR 97420 | Paula Weber<br>Market Street Properties, LLC<br>350 2nd Street<br>Coos Bay, OR 97420 | Market Street Properties, LLC<br>350 N 2nd Street<br>Coos Bay, OR 97420 | $375.00 |
| OR014 | 14945 S.W. Sequoia Parkway<br>Suite 150<br>Portland, OR 97224 | Leslie Girard<br>Prudential N.W. Property<br>Relocation & Business Dev203<br>SE Park Plaza Drive<br>Vancouver, WA 98684 | Leslie Girard<br>Prudential N.W. Property<br>Relocation & Business Dev203<br>SE Park Plaza Drive<br>Vancouver, WA 98684 | $500.00 |
| PA005 | 1200 Camp Hill Bypass<br>Suite 301<br>Camp Hill, PA 17011 | Corporate Property Services<br>Manager<br>Washington Mutual Bank<br>1301 Second Avenue<br>(WMC1007)<br>Seattle, WA 98101 | Washington Mutual Bank<br>1111 Third Avenue EET0421<br>Seattle, WA 98101 | $1,044.00 |
| PA006 | 356 N. Pottstown Pike<br>Exton, PA 19341 | Avellino Investment Properties,<br>LLC<br>356 N Pottstown Pike<br>Exton, PA 19341 | Donald Avellino<br>Avellino Investment Properties,<br>LLC<br>356 N Pottstown Pike<br>Exton, PA 19341 | $5,547.00 |
| PA007 | 1225 Carlisle Street<br>Suite 1<br>Hanover, PA 17331 | Madidka Enterprises<br>1 Industrial Drive<br>Hanover, PA 17331 | Victoria Collins<br>Madidka Enterprises LLC<br>One Industrial Drive<br>Hanover, PA 17731 | $1,289.17 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property

| | | | |
|---|---|---|---|
| PA009 | 951 Marcon Boulevard<br>Suite 6<br>Allentown, PA 18109 | Marcon Enterprises, LLC<br>28 Gibson Blvd<br>Clark, NJ 07066 | Rick Giordano<br>Marcon Enterprises, LLC<br>28 Gibson Blvd<br>Clark, NJ 07066 | $2,314.37 |
| SC003 | 6650 Rivers Avenue<br>Suite 201<br>North Charleston, SC 29406 | Keith Day<br>Charleston Executive Offices,<br>Inc.<br>6650 Rivers Ave<br>North Charleston, SC 29406 | Keith Day<br>Charleston Executive Offices,<br>Inc.<br>6650 Rivers Ave<br>North Charleston, SC 29406 | $4,000.00 |
| TN001 | 2030 Falling Water Road<br>Suite 150<br>Knoxville, TN 37922<br><br>(Dark) | Keith Jim<br>Landmark Center<br>903 N 47th Street<br>Rogers, AR 72756-9615 | Kim McKnight<br>One Falling Water, LLC<br>PO Box 8010<br>Bentonville AR 72712-8010 | $5,607.42 |
| TN003 | 600B Frazier Drive<br>Suite 130<br>Franklin, TN 37067 | Donna Kiessel<br>American Home Mortgage<br>Corp.<br>538 Broadhollow Road<br>Melville, NY 11747 | MaryAnn Rutledge<br>American Home Mortgage<br>Corp.<br>538 Broadhollow Rd<br>Melville. NY 11747 | $7,306.50 |
| TX002 | 6836 Austin Center Blvd.<br>Suite 100<br>Austin, TX 78731 | CGLIC/SAR<br>8310 Capital Of Texas Highway<br>North<br>Austin, TX 78731 | Kelly Smith<br>Prominent Northpointe LP<br>901 Mopac Expressway South<br>Austin, TX 78746 | $7,021.63 |
| TX005 | 1790 Lee Trevino<br>Suite 304<br>El Paso, TX 79936 | Keith Jackson<br>BS Joint Ventures, Inc.<br>109 N Oregon<br>El Paso, TX 79901 | Keith Jackson<br>BS Joint Ventures, Inc.<br>109 N Oregon<br>El Paso, TX 79901 | $2,729.59 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property

| TX011 | 3050 Post Oak Blvd., Suite 660 Houston, TX 77056 | DRA Advisors LLC 220 East 42nd Street 27th Fl New York, NY 10017 | Stacy Frings DRA CRT Post Oak LP PO Box 538281 Atlanta, GA 30353-8281 | $6,963.80 |
|---|---|---|---|---|
| TX013 | 860 Airport Freeway, Suite 509 Hurst, TX 76054 | Gilda F. Smith Rainier Metroplex Partners, LPPO Box 674012 Lock Box Account #8416978 Dallas TX 75267-4012 | Gilda F. Smith Rainier Metroplex Partners, LPPO Box 674012 Lock Box Account #8416978 Dallas TX 75267-4012 | $8,570.63 |
| TX015 | 1660 South Stemmons Frwy Suite 350 Lewisville, TX 75067 | Vista North Partners, Ltd. 1660 S Stemmons Lewisville, TX 75067 | Vista North Partners, Ltd. 1660 S Stemmons Lewisville, TX 75067 | $5,887.00 |
| TX016 | 5225 S. Loop 289 Suite 118 Lubbock, TX 79464 | Tom Meek 3 West Group, Ltd. PO Box 64537 Lubbock, TX 79464 | Tom Meek 3 West Group, Ltd. PO Box 64537 Lubbock, TX 79464 | $1,815.33 |
| TX023 | 16414 San Pedro Avenue Suite 745 San Antonio, TX 78232 | Debbie Phegley Tomorrow 35 Oaks, LP 8710 Freeport Parkway Irving, TX 75063 | Debbie Phegley Tomorrow 35 Oaks, LP 8710 Freeport Parkway Irving, TX 75063 | $8,526.69 |
| TX024 | 1777 NE Loop 410 Suite 912 San Antonio, TX 78217 | Equastone 1777 Tower, LP8910 University Center Lane San Diego CA 92122 | Kerri Cervantes Equastone 1777 Tower, L.P. 8910 University Center Lane, San Diego, CA 92122 | $8,640.54 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property

| | | | |
|---|---|---|---|
| TX026 | 2331 Williams Trace<br>Sugar Land, TX 77478 | F. Jonathan Dracos<br>EQY Invest First Colony Owner, L.td., LLP<br>1600 NE Miami Gardens Drive<br>North Miami Beach, FL 33179 | David Romero<br>EQY Invest First Colony Owner, L.td., LLP<br>PO Box 730373<br>Dallas, TX 75373-0373 | $3,114.70 |
| TX032 | 5022 Holly Road<br>Suites 104 and 106<br>Corpus Christi, TX 78411 | Construction & Restoration Group, LLC<br>PO Box 81492<br>Corpus Christi, TX 78468-1492 | Construction & Restoration Group, LLC<br>PO Box 81492<br>Corpus Christi, TX 78468-1492 | $3,776.25 |
| TX043 | 4090 Danville Drive, Suite F<br>Abilene, TX 79605 | Sunshine Investments - Harold Elledge c/o Foster & Company<br>4090 South Danville Drive<br>Suite G<br>Abilene, TX 79605 | Tammy W. Foster<br>Harold Elledge<br>4090 South Danville Drive<br>Abilene, TX 79605 | $980.00 |
| TX044 | 126 Amherst<br>Tyler, TX 75701 | J.A.B. Investments<br>1031 Pollard<br>Tyler, TX 75701 | J.A.B. Investments<br>1031 Pollard<br>Tyler, TX 75701 | $1,850.00 |
| TX045 | 4555 E. University Blvd.<br>Suite D-5<br>Odessa, TX 76765 | Parkway Shopping, Ltd.<br>13500 W Hwy 80 E<br>Odessa, TX 79765 | Richard Kelly<br>Parkway Shopping Ltd<br>13500 W Hwy 80 East<br>Odessa, TX 79765 | $1,900.00 |
| TX047 | 17225 El Camino Real<br>Suite 350<br>Houston, TX 77058<br>(Dark) | Onyx One Partnership, Ltd.<br>17225 El Camino Real<br>Suite 405<br>Houston, TX 77058 | Onyx One Partnership, Ltd.<br>17225 El Camino Real<br>Suite 405<br>Houston, TX 77058 | $11,471.25 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property

| | | | |
|---|---|---|---|
| TX056 | 2501 N. Center Street<br>Suite 104<br>Bonham, TX 75418 | Thomas H. Turner & Tommie<br>Sue Turner<br>Turner Business Complex<br>300 E Russell<br>Bonham, TX 75418 | Thomas Turner<br>Thomas H. Turner<br>300 E Russell<br>Bonham, TX 75418 | $350.00 |
| VA001 | 4401 Ford Avenue<br>Suite 1430<br>Alexandria, VA 22302 | Carmen Davis<br>Northwestern Mutual Life<br>Insurance Company<br>4401 Ford Avenue<br>Alexandria, VA 22302 | Carmen Davis<br>Northwestern Mutual Life<br>Insurance Company<br>PO Box 75091<br>Baltimore, MD 21275-5091 | $7,497.86 |
| VA004 | 2301 Kenstock Drive<br>Suite 101<br>Virginia Beach, VA 23454 | Ken Kolodziej<br>Kenstock Associates<br>2204 Hidden Creek Court<br>Virginia Beach, VA 23454 | Ken Kolodziej<br>Kenstock Associates<br>2301 Kenstock Drive<br>Virginia Beach, VA 23454 | $1,421.15 |
| VA005 | 5029 Corporate Woods Drive<br>Suite 200<br>Virginia Beach, CA 23462 | Hope Bonner<br>DBSI Corporate Woods Lease<br>Co LLC<br>PO Box 974335<br>Dallas, TX 75397-4335 | Hope Bonner<br>DBSI Corporate Woods Lease<br>Co LLC<br>PO Box 974335<br>Dallas, TX 75397-4335 | $4,085.93 |
| VA006 | 3917 Midlands Road<br>Building 2, Suite 100<br>Williamsburg, VA 23188 | Tracy Luck<br>Williamsburg Commercial<br>Investors Group One<br>3917 Midlands Rd #200<br>Williamsburg, VA 23188 | Tracy Luck<br>Williamsburg Commercial<br>Investors Group One<br>3917 Midlands Rd #200<br>Williamsburg, VA 23188 | $851.58 |
| WA002 | 11235 SE 6th Street<br>Building A-Suite 130<br>Bellevue, WA 98004 | BRCP Lincoln Plaza<br>c/o KG Investment<br>Management, LLC<br>11225 SE 6th St, Ste 215<br>Bellevue, WA 98004 | Jennifer McCormack<br>Principal Life Ins. Co. – 016510<br>PO Box 301111<br>Los Angeles, CA 90030-1111 | $14,392.18 |

## EXHIBIT B

Unexpired Leases of Nonresidential Real Property

| | | | |
|---|---|---|---|
| WA008 | 19000 33rd Avenue West<br>Suite 100<br>Lynnwood, WA 98037 | RF Colony Park III, LLC<br>1301 5th Avenue<br>Seattle, WA 98101 | Jeff Benoliel<br>RF Colony Park III, LLC<br>PO Box 3588<br>Seattle, WA 98124 | $7,307.00 |
| WA011 | 4700 42nd Avenue SW<br>Suite 580<br>Seattle, WA 98116<br><br>(Dark) | Pan Pacific (Jefferson Square)<br>LLC<br>PO Box 100541<br>Pasadena, CA 91189-0541 | Jenifer Otis<br>Pan Pacific (Jefferson Square)<br>LLC<br>PO Box 100541<br>Pasadena, CA 91189-0541 | $3,887.25 |
| WA016 | 201 N.E. Park Plaza Drive<br>Suite 286<br>Vancouver, WA 98684 | Park Plaza, Inc.<br>201 NE Park Plaza Drive<br>Vancouver, WA 98684 | Park Plaza, Inc.<br>201 NE Park Plaza Drive<br>Vancouver, WA 98684 | $850.00 |
| WI001 | 7401 104th Avenue Suite 160<br>Kenosha, WI 53142<br><br>(Dark) | Mills Enterprises, LLC<br>4015 80th Street<br>Kenosha, WI 53142 | Len Browne<br>Mills-Berwick<br>4015 80th Street<br>Kenosha, WI 53142 | $16,059.33 |