# Annex 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | Case No. 07-10416 (KJC) |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |

## NOTICE OF INTERIM FEE APPLICATION REQUEST

Name of Applicant: _____

Authorized to Provide
Professional Services to: _____

Date of Retention: _____

Period for which compensation and
reimbursement is sought: _____

Amount of Compensation sought as
actual, reasonable and necessary:      $_____

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:   $_____

This is (a)n: ____ interim   ____ final application

Summary of Fee Applications for Compensation Period:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

|            |                | Requested |          | Approved |          |
| ---------- | -------------- | --------- | -------- | -------- | -------- |
| Date Filed | Period Covered | Fees      | Expenses | Fees     | Expenses |
|            |                |           |          |          |          |
|            |                |           |          |          |          |
|            |                |           |          |          |          |

Summary of Any Objections to Fee Applications:

| Date of Fee Application | Date of Objection | Total Fees Subject to Objection | Total Expenses Subject to Objection |
| --- | --- | --- | --- |
|  |  |  |  |
|  |  |  |  |

PLEASE TAKE NOTICE that, pursuant to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated _____ (the "Interim Compensation Order"), objections, if any, to the Interim Fee Application Request must be filed with the Court and served on the Applicant at the address set forth below and the Notice Parties (as defined in the Interim Compensation Order) so as to be received by _____. If no timely objections are filed to the Interim Fee Application Request, the Court may enter an order granting the Interim Fee Application Request without a hearing.

Dated: [_____], 2007          [Name and Address of Applicant]

2

RLF1-3142421-1