IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :     Chapter 11
                                              :
In re:                                        :
                                              :     Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,    :
a Delaware corporation, et al , [1]           :
                                              :     Jointly Administered
                                              :
                    Debtors                   :     Re: Docket Nos. 185 and 189
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC

and a member of the bar of this Court, do hereby declare that on April 11, 2007, I caused

true and correct copies of the following to be served upon the parties on the attached

Exhibit A by overnight mail:

- **Debtors' Emergency Motion for Order Authorizing Payment of (i) Sale-Related Incentive Pay to Senior Management and (ii) Retention and Incentive Pay to Certain Employees Pursuant to Sections 105(a), 363(b)(1) and 503(C)(3) of the Bankruptcy Code** [Docket No. 185]

- **Motion of Debtors and Debtors-In-Possession to Shorten Notice and Objection Periods for Debtors' Emergency Motion for Order Authorizing Payment of (I) Sale-Related Incentive Pay to Senior Management and (II)**

[1]     The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Retention and Incentive Pay to Certain Employees Pursuant to Sections
105(a), 363(b)(1) and 503(c)(3) of the Bankruptcy Code   [Docket No. 189]

Dated:  April 13, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California  92705
Telephone:  (949) 567-1600

# Exhibit A

Core / 2002 List
Overnight Service List

| Company | Counsel | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Angelo Gordon & Co | | 245 Park Ave 28th Fl | | | New York | NY | 10167 | | Counsel for Angelo Gordon & Co |
| Ashby & Geddes PA | Joel A Hart | | | | | | | | Counsel for the Service Financial Institution Solutions Inc |
| Ashby & Geddes PA | Don A Beskrone Esq | 500 Delaware Ave | 8th Fl | PO Box 1150 | Wilmington | DE | 19899 | | Counsel for GSS Real Estate |
| Ashby & Geddes PA | William P Bowden & Gregory A Taylor | 500 Delaware Ave | 8th Fl | PO Box 1150 | Wilmington | DE | 19899 | | Counsel for SVIVA Relocation |
| ASCA/CPI of SVIVA One Relocation | Gregg H Feinman Esq | First Company Bc Of Stn 224 | | | Shelton | CT | 06484 | | Governmental Agency |
| Attorney Generals Office | Bankruptcy Department | Carvel States Office Bldg 820 N French St 8th Fl | | | Wilmington | DE | 19801 | | Governmental Agency |
| Attorney Generals Office | Bankruptcy Department | Capitol Station PO Box 12548 | | | Austin | TX | 78711-2548 | | Governmental Agency |
| Attorney Generals Office | Bankruptcy Department | 13001 I St Ste 1740 | | | Sacramento | CA | 95814 | | Governmental Agency |
| Attorney Generals Office | Bankruptcy Department | 200 St Paul Place | | | Baltimore | MD | 21202-2202 | | Governmental Agency |
| Bernstein Litowitz Berger & Grossman LLP | Blair A Nicholas Esq | 12481 High Bluff Dr Ste 300 | | | San Diego | CA | 92130 | | Counsel for New York State Teachers Retirement System |
| Bernstein Litowitz Berger & Grossman LLP | Salvatore J Graziano Esq | 1285 Avenue of the Americas | | | New York | NY | 10019 | | Counsel for New York State Teachers Retirement System |
| Bifferato Gentilotti LLC | Ian Connor Bifferato Esq & Garvan F MacDaniel Esq | 800 N King St 8th Level Chase Manhattan Centre | | | Wilmington | DE | 19801 | | Counsel for Creditors Committee |
| Blank Rome LLP | Bonnie Glantz Fatell | 1201 Market Street | Suite 800 | | Wilmington | DE | 19801 | | Counsel for Staugun Management ISD and MERS |
| Brown McCarroll LLP | Patricia B Tomasco | 111 Congress Ave Ste 1400 | | | Austin | TX | 78701 | | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Bryan Cave LLP | Katherine M Windler Esq | 120 Broadway Ste 300 | | | Santa Monica | CA | 90401-2305 | | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Bryan Cave LLP | Lawrence P Gottesman Esq & Gregory Sun Esq | 1290 Ave of the Americas | | | New York | NY | 10104 | | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Bryan Cave LLP | Mary P Gallway Esq & Eric Lopez Schnabel Esq | 1000 West DI St Ste 1400 | | | Wilmington | DE | 19801 | | Counsel for Residential Funding Company LLC |
| Buchanan Ingersoll & Rooney PC | Howard R Hawkins Jr Esq | One World Financial Center | | | New York | NY | 10281 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| Cadwalader Wickersham & Taft LLP | Bankruptcy Division Chapter 11 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | Counsel for Citigroup Global Markets Realty Group |
| California Franchise Tax Board | | | | | | | | | |
| Campbell & Levine LLC | Marla R Eskin Mark T Hurford | 800 North King Street | Suite 300 | | Wilmington | DE | 19801 | | Counsel for Credit Suisse First Boston Capital LLC and DLJ Mortgage Capital Inc |
| Celina ISD Princeton ISD City of Princeton Richardson ISD Cedar Hill ISD City of Cedar Hill Whitewright ISD City of Whitewright City of Hunt Arlington ISD Castleberry ISD and Mansfield ISD | Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda | PO Box 13430 | | Arlington | TX | 76094-0430 | | Counsel for Celina ISD City of Princeton Richardson ISD Cedar Hill ISD City of Cedar Hill Whitewright ISD City of Whitewright City of Hunt Arlington ISD Castleberry ISD and Mansfield ISD |
| Chadbourne & Parke LLP | Joseph H Smolinsky & Douglas E Deutsch | 30 Rockefeller Plaza | | | New York | NY | 10112 | | Counsel for Credit Suisse First Boston Capital LLC and DLJ Mortgage Capital Inc |
| Comptroller of Public Accounts | Bankruptcy Regulation | Lyndon B Johnson State Office Building | 111 E 17th St | | Austin | TX | 78774 | | Governmental Agency |
| Countrywide Home Loans | Paul T Lux Esq & John Querry Esq | 5220 Las Virgenes Rd | MS AC 11 | | Calabasas | CA | 91302 | | Counsel for Countrywide Home Loans |
| Delaware Department of Justice | Bankruptcy Department | Division Of Securities | 820 N French St 5th Fl | | Wilmington | DE | 19801 | | Governmental Agency |
| Delaware Dept Of Labor | Secretary | 4425 N Market St | 4th Fl | | Wilmington | DE | 19802 | | Governmental Agency |
| Delaware Dept Of Natural Resources & Environmental Control | Bankruptcy Department | 89 Kings Hwy | | | Dover | DE | 19901 | | Governmental Agency |
| Delaware Sec of State | Division of Corporations | Franchise Tax Division | PO Box 7040 | | Dover | DE | 19903 | | Governmental Agency |
| Delaware Sec of State | Division of Corporations | 401 Federal St | | | Dover | DE | 19901 | | Governmental Agency |
| Division of Unemployment | Department of Labor | | | | Wilmington | DE | 19802 | | Governmental Agency |
| Dorsey & Whitney LLP | Chris Lenhart Esq | 50 S Sixth St Ste 1500 | | | Minneapolis | MN | 55402-1498 | | Counsel for Residential Funding Company LLC |
| Eckert Seamans Cherin & Mellot LLC | Michael Busenkell | 300 Delaware Ave Ste 1210 | | | Wilmington | DE | 19801 | | Counsel for Credit Based Asset Servicing and Securitization LLC (C-BASS) |
| Eckert Seamans Cherin & Mellot LLC | Michael Gesturel | 300 Delaware Ave Ste 1210 | | | Wilmington | DE | 19801 | | Counsel for Wells Fargo Bank NA |
| Edwards Angell Palmer & Dodge LLP | William G Chipman Jr Esq | 919 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Employee Benefits Security Administration Philadelphia Regional Office | Mabel Capolongo Director | Curtis Ctr | 170 S Independence Mall West Ste 870 West | | Philadelphia | PA | 19106-3317 | | Governmental Agency |
| Filardi Law Offices LLC | Charles J Filardi Jr | 65 Trumbull St | Ground Floor | | New Haven | CT | 06510 | | Counsel for Federal Express |
| Gebhardt & Smith LLP | Michael G Gallerizze Esq | 901 Market St Ste 451 | | | Wilmington | DE | 19801 | | Counsel for General Electric Capital Corporation |
| GMAC Commercial Finance LLC | Hernando Azacron | Senior Legal Department | 3000 Town Center Ste 200 | | Southfield | MI | 48075 | | Counsel for GMAC Commercial Finance LLC |
| Greenwich Coastal Financial Products | General Counsel & Frank Skistos | 600 Steamboat Rd | | | Greenwich | CT | 06830 | | Counsel to DIP Lenders |

Core / 2002 List
Overnight Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Hanlon & Wilson LLP | JR Smith & Jason W Harbour | Riverfront Plaza, E Tower | 951 E Byrd St | | Richmond | VA | 23219 | | Counsel for Credit-Based Asset Servicing, Securitization (C-BASS) and Wells Fargo Bank NA |
| HW Corporation | Victor Grimison | 12900 Universal Dr | | | Dallas | TX | 75234 | | Creditor |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz | Rm 1150 | | Baltimore | MD | 21201 | | Governmental Agency |
| Irs Local Office | | 844 King St | | | Wilmington | DE | 19801 | | Governmental Agency |
| Jester Harolds Boiler & Macinnis LLP | Barry Freeman Esq & David Peress Esq | 1800 Ave of the Stars 7th Fl | | | Los Angeles | CA | 90067 | | Counsel for Union Bank of California |
| Jester Burt LLP | Frank G Burt Esq Raul A Cuervo Esq & W Glenn Merten Esq | 1025 Thomas Jefferson St NW | Ste 400 E | | Washington | DC | 20007-5201 | | Counsel for Select Financial Installment Balances Inc |
| Jester Oris & Warren LLP | Joseph E Shapiro & Frank J Lupo | 425 Park Ave | | | New York | NY | 10022 | | Counsel for Bank of America NA |
| Kelley Drye & Warren LLP | David G Retter Esq & Clinton A Lenhunanass Esq | 101 Park Ave | | | New York | NY | 10178 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Kirkland & Ellis LLP | Bennett L Siegel & Shirley S Cho | 777 S Figueroa St | Suite 3100 | | Los Angeles | CA | 90017 | | Counsel for Cayman Capital Mkmnt Fack Group |
| Kirkland & Ellis LLP | Paul M Basta & Joshua A Sussberg | Citigroup Center | 153 East 53rd Street | | New York | NY | 10022-4611 | | Counsel for DB Servicing Corp as Agent for Alaska Seaboard Partners |
| Kohn Harrison Harvey Branzburg & Ellers LLP | Richard M Beck Esq & Michael W Yurkewicz Esq | 919 Market St Ste 1000 | | | Wilmington | DE | 19801 | | Creditor |
| Law Office of John A Vos | John A Vos Esq | 1430 Lincoln Ave | | | San Rafael | CA | 94901 | | Creditor |
| Lineberger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | | Dallas | TX | 75201 | | Counsel for Texas Taxing Authorities |
| Lowenstein Sandler PC | Michael S Etkin Esq & Ira M Levee Esq | 65 Livingston Ave | | | Roseland | NJ | 07068 | | Counsel for Malcolm & Cisneros A Law Retirement System |
| Malcolm & Cisneros A Law Corporation | William G Malcolm | 2112 Business Center Dr 2nd Fl | | | Irvine | CA | 92612 | | Governmental Agency |
| Maryland State Dept of Assessments and Taxation | Bankruptcy Department | 301 W Preston St | | | Baltimore | MD | 21201 | | Counsel for Carnegie Mortgage Services LLC and Carnegie Capital Management LLC |
| Mayer Brown Rowe & Maw LLP | Thomas S Kiriakos Esq & Sean T Scott Esq | 71 S Wacker Dr | | | Chicago | IL | 60606 | | Counsel for Morgan Stanley Mortgage Capital |
| Milbank Tweed Hadley & McCloy LLP | Luc A Despins Esq & Wilbur F Foster Esq | 1 Chase Manhattan Plaza | | | New York | NY | 10005 | | Counsel for RBIC Mortgage Company Royal Bank of Canada and RBIC |
| Monzack & Monzack PA | Francis A Monzack Esq | 1201 N Orange St Ste 400 | | | Wilmington | DE | 19801-2021 | | Counsel for Morgan Stanley Mortgage |
| Morris Nichols Arsht & Tunnell LLP | Robert J Dehney Gregory W Werkheiser & Daniel B Butz | 1201 N Market St | PO Box 1347 | | Wilmington | DE | 19899-1347 | | Counsel for Deutsche Bank National Trust Company |
| Moses Peabody LLP | Dennis J Drebsky Esq | 437 Madison Ave | | | New York | NY | 10022 | | Counsel for Deutsche Bank National Trust Company |
| Moses Peabody LLP | Mark H Berman Esq | 100 Summer St | | | Boston | MA | 02110-1832 | | Governmental Agency |
| Northeast Regional Office | Suzanne G Urbano Glen H Logan Victoria Newmark Emily M Zeller | Mark Schonfeld Regional Director | 3 World Financial Ctr | Room 4300 | New York | NY | 10281 | | Governmental Agency |
| O Melveny & Meyers LLP | | 275 Battery Street | | | San Francisco | CA | 94111 | | Debtors' Counsel |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | Lockbox 35 | Wilmington | DE | 19801 | | US Trustee |
| Office of the US Trustee | | 844 King St | Ste 2313 | | Wilmington | DE | 19801-3519 | | Governmental Agency |
| Pachulski Stang Ziehl Young Jones Weintraub LLP | Laura Davis Jones & Timothy P Cairns | 919 N Market St 17th Fl | PO Box 8705 | | Wilmington | DE | 19899-8705 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Paul Hastings, Janofsky & Walker LLP | Keith W Miller & James E Bliss | Park Ave Tower | 75 E 55th St | | New York | NY | 10022 | | Counsel for UBS Real Estate Securities Inc |
| Paul Hastings, Janofsky & Walker LLP | Richard A Chesley & Kimberly D Newmarch | 101 N Wacker Dr | 20th Fl | First Floor | Chicago | IL | 60606 | | Counsel for UBS Real Estate Securities Inc |
| Pepper Hamilton LLP | David B Stratton Esq | Hercules Plz Ste 5100 | 1313 Market St | PO Box 1709 | Wilmington | DE | 19899-1709 | | Counsel for Deutsche Bank National Trust Company |
| Potter Anderson & Corroon LLP | Laurie Selber Silverstein Esq | 1313 N Market St | PO Box 951 | | Wilmington | DE | 19801 | | Creditor |
| Quarmango Group LLC | | | | | | | | | Creditor |
| Reed Smith LLP | Claudia Z Springer Esq | 2500 One Liberty Pl | 1650 Market St | | Philadelphia | PA | 19103-7301 | | Counsel for IndyMac Bank FSB |
| Reed Smith LLP | Kurt F Gwynne Esq | 1201 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for IndyMac Bank FSB |
| Richards Layton & Finger PA | Mark D Collins Michael J Merchant | One Rodney Square | PO Box 551 | | Wilmington | DE | 19899 | | Debtors' Counsel |
| Robert F Crozco PC | Robert F Crozco Esq | 437 Chestnut St Ste 1000 | | | Philadelphia | PA | 19106 | | Counsel for Kestos Funding LP & Fortune |
| Rosenthal Monhait & Goddess PA | Norman M Monhait Esq | 919 Market St Ste 1401 | | | Wilmington | DE | 19899-1070 | | Governmental Agency |
| SEC | | 15th & Pennsylvania Ave NW | | | Washington | DC | 20520 | | Governmental Agency |
| SEC | Nahim Fields | 233 Broadway | | | New York | NY | 10279 | | Governmental Agency |

Core / 2002 List
Overnight Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Set Headquarters | (Bankruptcy Department) | Office Of Investor Education And Assistance | 1100 F St NE | | Washington | DC | 20549 | | Governmental Agency |
| Secretary Of State | Division Of Corporations | Franchise Tax | PO Box 7040 | | Dover | DE | 19903 | | Governmental Agency |
| Secretary Of State | | PO Box 7040 | | | Dover | DE | 19903 | | Governmental Agency |
| Secretary Of Treasury | | 100 F St NE | | | Washington | DC | 20549 | | Governmental Agency |
| Securities & Exchange Commission | | PO Box 942879 | | | Sacramento | CA | 94274-0001 | | Governmental Agency |
| State Board of Equalization | (Bankruptcy Department) | PO Box 942879 | | 8th Fl | Wilmington | DE | 10061-40320 | | Governmental Agency |
| State of Delaware | Ritesh Visdor RGZ3 | | | | Wilmington | DE | 19801 | | Governmental Agency |
| State Of Delaware Division Of Revenue | (Bankruptcy Department) | Carvel State Office Bldg 820 N French St | | | Wilmington | DE | 19801 | | Governmental Agency |
| State Treasurer's Office | (Bankruptcy Department) | 915 Capitol Mall Suite 110 | | | Sacramento | CA | 99814 | | Governmental Agency |
| | | | | | | | | | Counsel for Preferred Print and Services Group Inc |
| Stevens & Lee PC | Joseph Grey | 1105 N Market St | | | Wilmington | DE | 19801 | | Counsel to DIP Lenders |
| The CIT Group Business Credit Inc | Renee Gregor | 505 Fifth Ave | | | New York | NY | 10017 | | Creditor |
| Travelers | Scat Freeman Case Manager | National Accounts | 1 Tower Sq SMN | | Hartford | CT | 06103-4044 | | |
| Union Bank of California | Diane J Richer Esq Vice President and Senior Counsel | 445 S Figueroa St | | | Los Angeles | CA | 90071 | | Counsel for Union Bank of California |
| US Attorneys Office | Ellen W Cospio | 1007 Orange St | | | Wilmington | DE | 19899-2046 | | Governmental Agency |
| US Department of Justice | Alberto P Gonzales | US Attorney General | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | | Governmental Agency |
| US Dept Of Labor | Administrative Review Board | Frances Perkins Building | 200 Constitution Ave NW | | Washington | DC | 20210 | | Governmental Agency |
| US Dept Of Labor | Benefits Review Board | Frances Perkins Building | 200 Constitution Ave NW | | Washington | DC | 20210 | | Governmental Agency |
| US Dept Of Labor | Employee Benefits Security Administration | Frances Perkins Building | 200 Constitution Ave NW | Ste S 2524 | Washington | DC | 20210 | | Governmental Agency |
| US Dept Of Labor | Secretary Elaine Chao | Frances Perkins Building | 200 Constitution Ave NW | | Washington | DC | 20210 | | Governmental Agency |
| Venson & Elkins LLP | John d Marshll Esq | Trammell Crow Center | 2001 Ross Ave Ste 3700 | | Dallas | TX | 75201 | | Creditor |
| Weiner Gotten Singer Wainy Glvald & Stein LLP | Jeffery I Gordon Esq & Heightman B Metzler Esq | 1900 Town Center Dr Ste 350 | | | Costa Mesa | CA | 92626 | | Creditor |
| Wells Fargo Bank NA | Thomas M Korsman Vice President | MAC N9303-150 | 608 2nd Ave S | | Minneapolis | MN | 55419 | | Counsel for Agasa Hazine & Golden Key Mortgage |
| Wendel Rosen Black & Dean LLP | Charles A Hansen & Mark S Bostick | 1111 Broadway 24th Fl | | | Oakland | CA | 94607-4019 | | Counsel for Kodak Funding LP 4 Kodak CDD LLd |
| Werson & Dravan LLP | Matthew Eanes Esq David Wet Esq & Grayson Walker Esq | 55 W Monroe Dr | | | Chicago | IL | 60601 | | |
| White & Wymain LLP | Gilbert D Waste Esq & Yvan Shanham Esq | 5 Park Plz Ste 1100 | | | Irvine | CA | 92614 | | Counsel for White & Wymain LLP |
| Wmint Finlay & Zak LLP | T Robert Finlay Esq & Donna L La Porte Esq | 16633 Ventana Cir Ste 200 | | | Newport Beach | CA | 92660 | | Creditor |