IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
:                Chapter 11
In re:                              :
:                Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,    :
a Delaware corporation, et al.,[1] :                Jointly Administered
:
Debtors                 :                Re: Docket No. 335
:
------------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, do hereby declare that on April 19, 2007, I caused true and correct copies of the following to be served upon the parties on the attached Exhibits A through D by United States Postal Service first class mail:

- **Notice of Filing re: Emergency Motion of Debtors and Debtors-In-Possession for (I) An Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) An Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 70] [Docket No. 335]**

---

[1]  The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Dated: April 20, 2007

*[signature]*
Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
 SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| 500 Eagles Landing LLC | David A Moskan Manager | 2100 Green St Apt 404 | | | San Francisco | CA | 94123 | | Creditor |
| Akin Gump Strauss Hauer & Feld LLP | James R Savin Esq David M Dunn Esq & Joanna F Newdeck Esq | 1333 New Hampshire Ave NW | | | Washington | DC | 20036 | | Counsel for ChoicePoint Inc |
| Allen & Overy LLP | Ken Coleman Esq | 1221 Avenue of the Americas | | | New York | NY | 10020 | | Counsel for Barclays Bank PLC and Barclays Capital |
| Angelo Gordon & Co | Jed A Hart | 245 Park Ave 26th Fl | | | New York | NY | 10167 | | Counsel for Angelo Gordon & Co |
| Ashby & Geddes PA | Don A Beskrone Esq | 500 Delaware Ave | 8th Fl | PO Box 1150 | Wilmington | DE | 19899 | | Counsel for Safeco Financial Institution Solutions Inc |
| Ashby & Geddes PA | William P Bowden & Gregory A Taylor | 500 Delaware Ave | 8th Fl | PO Box 1150 | Wilmington | DE | 19899 | | Counsel for USB Real Estate Securities Inc |
| Attorney for SIRVA Relocation | Glenn M Reisman Esq | Two Corporate Dr Ste 234 | | | Shelton | CT | 06484 | | Counsel for SIRVA Relocation |
| Attorney Generals Office | Bankruptcy Department | Carvel State Office Bldg 820 N French St 8th Fl | | | Wilmington | DE | 19801 | | Governmental Agency |
| Attorney General's Office | Bankruptcy Department | Capitol Station PO Box 12548 | | | Austin | TX | 78711-2548 | | Governmental Agency |
| Attorney General's Office | Bankruptcy Department | 1300 I St Ste 1740 | | | Sacramento | CA | 95814 | | Governmental Agency |
| Attorney General's Office | Bankruptcy Department | 200 St Paul Place | | | Baltimore | MD | 21202-2202 | | Governmental Agency |
| Barclays Bank PLC | Mark Manski Esq | 200 Park Ave | | | New York | NY | 10166 | | Creditor |
| Bernstein Litowitz Berger & Grossman LLP | Blair A Nicholas Esq | 12481 High Bluff Dr Ste 300 | | | San Diego | CA | 92130 | | Counsel for New York State Teachers Retirement System |
| Bernstein Litowitz Berger & Grossman LLP | Salvator J Graziano Esq | 1285 Avenue of the Americas | | | New York | NY | 10019 | | Counsel for New York State Teachers Retirement System |
| Bifferato Gentilotti LLC | Ian Connor Bifferato Esq & Garvan F McDaniel Esq | 800 N King St Plz Level | | | Wilmington | DE | 19801 | | Counsel for C5 Richard Ellis Corporate Facilities Management Inc |
| Bingham McCutchen LLP | Andrew J Gallo Esq | 150 Federal St | | | Boston | MA | 02110 | | Counsel for DB Structured Products Inc |
| Bingham McCutchen LLP | Richard H Agins Esq | One State St | | | Hartford | CT | 06103-3178 | | Counsel for DB Structured Products Inc |
| Bingham McCutchen LLP | Robert M Dombroff Esq & Steven Wilamowsky Esq | 399 Park Ave | | | New York | NY | 10022-4689 | | Counsel for DB Structured Products Inc |
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street | Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Brown McCarroll LLP | Patricia B Tomasco | 111 Congress Ave Ste 1400 | | | Austin | TX | 78701 | | Counsel for Ellington Management Group Inc |
| Bryan Cave LLP | Katherine M Windler Esq | 120 Broadway Ste 300 | | | Santa Monica | CA | 90401-2386 | | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Bryan Cave LLP | Lawrence P Gottesman Esq & Sukyoung Suh Esq | 1290 Ave of the Americas | | | New York | NY | 10104 | | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Buchanan Ingersoll & Rooney PC | Mary F Caloway Esq & Eric Lopez Schnabel Esq | 1000 West St Ste 1410 | | | Wilmington | DE | 19801 | | Counsel for Residential Funding Company LLC |
| Cadwalader Wickersham & Taft LLP | Gregory M Petrick Esq & Angela Somers Esq | One World Financial Center | | | New York | NY | 10281 | | Counsel for Natixis Real Estate Capital Inc |
| Cadwalader Wickersham & Taft LLP | Howard R Hawkins Jr Esq | One World Financial Center | | | New York | NY | 10281 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| California Franchise Tax Board | Bankruptcy Division Chapter 11 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | Governmental Agency |
| Campbell & Levine LLC | Marla R Eskin Mark T Hurford | 800 North King Street | Suite 300 | | Wilmington | DE | 19801 | | Counsel for Citigroup Global Markets Realty Group |
| Celina ISD Princeton ISD City of Princeton Richardson ISD Cedar Hill ISD City of Cedar Hill Whitewright ISD City of Whitewright City of Hurst Arlington ISD Castleberry ISD and Mansfield ISD | Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda | PO Box 13430 | | Arlington | TX | 76094-0430 | | Counsel for Celina ISD Princeton ISD City of Princeton Richardson ISD Cedar Hill ISD City of Cedar Hill Whitewright ISD City of Whitewright City of Hurst Arlington ISD Castleberry ISD and Mansfield ISD |
| Chadbourne & Parke LLP | Joseph H Smolinsky & Douglas E Deutsch | 30 Rockefeller Plaza | | | New York | NY | 10112 | | Counsel for Credit Suisse First Boston Capital LLC and DLJ Mortgage Capital Inc |
| Comptroller of Public Accounts | Bankruptcy Department | Lyndon B Johnson State Office Building | 111 E 17th St | | Austin | TX | 78774 | | Governmental Agency |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq & Marc J Phillips Esq | The Nemours Bldg | 1007 N Orange St PO Box 2207 | | Wilmington | DE | 19899 | | Counsel for Washington Mutual |
| Countrywide Home Loans Inc | Paul T Liu Esq & John Guerry Esq | 5220 Las Virgenes Rd | MS AC 11 | | Calabasas | CA | 91302 | | Counsel for Countrywide Home Loans Inc |
| Delaware Department Of Justice | Bankruptcy Department | Division Of Securities | 820 N French St 5th Fl | | Wilmington | DE | 19801 | | Governmental Agency |
| Delaware Dept Of Labor | Secretary | 4425 N Market St | 4th Fl | | Wilmington | DE | 19802 | | Governmental Agency |
| Delaware Dept Of Natural Resources & Environmental Control | Bankruptcy Department | John A Hughes Secretary | 89 Kings Hwy | | Dover | DE | 19901 | | Governmental Agency |
| Delaware Sec of State | Division of Corporations | Franchise Tax Division | PO Box 7040 | | Dover | DE | 19903 | | Governmental Agency |
| Division of Unemployment Ins | Department of Labor | 4425 N Market St | | | Wilmington | DE | 19802 | | Governmental Agency |
| Dorsey & Whitney LLP | Chris Lenhart Esq | 50 S Sixth St Ste 1500 | | | Minneapolis | MN | 55402-1498 | | Counsel for Residential Funding Company LLC |
| Eckert Seamans Cherin & Mellot LLC | Michael Busenkell | 300 Delaware Ave Ste 1210 | | | Wilmington | DE | 19801 | | Counsel for Credit-Based Asset Servicing and Securitization (C-BASS) |
| Eckert Seamans Cherin & Mellot LLC | Michael Busenkell | 300 Delaware Ave Ste 1210 | | | Wilmington | DE | 19801 | | Counsel for Wells Fargo Bank NA |
| Edwards Angell Palmer & Dodge LLP | William E Chipman Jr Esq | 919 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |

Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Employee Benefits Security Administration Philadelphia Regional Office | Mabel Capolongo Director | Curtis Ctr | 170 S Independence Mall West Ste 870 West | | Philadelphia | PA | 19106-3317 | | Governmental Agency |
| Erskine & Tulley A Professional Corporation | Robert P Gates Esq | 220 Montgomery St Ste 303 | | | San Francisco | CA | 94104 | | Creditor |
| Filardi Law Offices LLC | Charles J Filardi Jr | 65 Trumbull St | Second Floor | | New Haven | CT | 06510 | | Counsel for Federal Express Corporation |
| Fox Rothschild LLP | Daniel K Astin & Anthony M Saccullo | Citizens Bank Center | 919 N Market St Ste 1300 | PO Box 2323 | Wilmington | DE | 19899-2323 | | Counsel for Positive Software Solutions Inc |
| Gebhardt & Smith LLP | Michael G Gallerizzo Esq | 901 Market St Ste 451 | | | Wilmington | DE | 19801 | | Counsel for General Electric Capital Corporation |
| GMAC Commercial Finance LLC | Hernando Azarcon | Senior Legal Coordinator | 3000 Town Center Ste 280 | | Southfield | MI | 48075 | | Counsel for GMAC Commercial Finance LLC |
| Greenwich Capital Financial Products | General Counsel & Frank Skibo | 600 Steamboat Rd | | | Greenwich | CT | 06830 | | Counsel to DIP Lenders |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Hunton & Williams LLP | JR Smith & Jason W Harbour | Riverfront Plaza E Tower | 951 E Byrd St | | Richmond | VA | 23219 | | Counsel for Credit-Based Asset Servicing, Securitization (C-BASS) and Wells Fargo Bank NA |
| IBM Corporation | Vicky Namken | 13800 Diplomat Dr | | | Dallas | TX | 75234 | | Creditor |
| Ikon Office Solutions Recovery & Bankruptcy | Keith Clements | 3920 Arkwright Rd Ste 400 | | | Macon | GA | 31210 | | Counsel for IOS Capital Inc / Creditor |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz | Rm 1150 | | Baltimore | MD | 21201 | | Governmental Agency |
| Irs Local Office | | 844 King St | | | Wilmington | DE | 19801 | | Governmental Agency |
| Jefer Mangels Butler & Marmaro LLP | Barry Freeman Esq & David Poitras Esq | 1900 Ave of the Stars 7th Fl | | | Los Angeles | CA | 90067 | | Counsel for Union Bank of California |
| Jordan Burt LLP | Frank G Burt Esq Raul A Cuervo Esq & W Glenn Merten Esq | 1025 Thomas Jefferson St NW | Ste 400 E | | Washington | DC | 20007-5208 | | Counsel for Safeco Financial Institution Solutions Inc |
| Kaye Scholer LLP | Margot B Schonholtz & Mark F Liscio | 425 Park Ave | | | New York | NY | 10022 | | Counsel for Bank of America NA |
| Kelley Drye & Warren LLP | David E Retter Esq & Christen A Lambrianakos Esq | 101 Park Ave | | | New York | NY | 10178 | | Counsel for Wells Fargo Bank NA |
| Kirkland & Ellis LLP | Bennett L Spiegel & Shirley S Cho | 777 S Figueroa St | Suite 3700 | | Los Angeles | CA | 90017 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Kirkland & Ellis LLP | Paul M Basta & Joshua A Sussberg | Citigroup Center | 153 East 53rd Street | | New York | NY | 10022-4611 | | Counsel for Citigroup Global Markets Realty Group |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Joanne B Wills Esq & Michael W Yurkewicz Esq | 919 Market St Ste 1000 | | | Wilmington | DE | 19801 | | Counsel for ABN AMRO Bank N.V. |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Richard M Beck Esq & Michael W Yurkewicz Esq | 919 Market St Ste 1000 | | | Wilmington | DE | 19801 | | Counsel for SN Servicing Corp as Agent for Alaska Seaboard Partners LP |
| Landis Rath & Cobb LLP | Adam G Landis Esq | 919 Market St Ste 600 | | | Wilmington | DE | 19801 | | Counsel for JP Morgan Chase Bank NA |
| Law Office of John A Vos | John A Vos Esq | 1430 Lincoln Ave | | | San Rafael | CA | 94901 | | Creditor |
| Law Offices of Robert E Luna PC | Andrea Sheehan Esq | 4411 N Central Expressway | | | Dallas | TX | 75205 | | Counsel for Carrollton-Farmers Branch Independent School District Garland Independent School District & Lewisville Independent School District |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | Travis Bldg 711 Navarro Ste 300 | | | San Antonio | TX | 78205 | | Counsel for Bexar County City of El Paso |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | 1949 South IH 35 | PO Box 17428 | | Austin | TX | 78760 | | Counsel for City of Edinburg Edcouch-Elsa ISD Nueces County & South Texas College |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | | Dallas | TX | 75201 | | Counsel for Dallas County |
| Lowenstein Sandler PC | Michael S Etkin Esq & Ira M Levee Esq | 65 Livingston Ave | | | Roseland | NJ | 07068 | | Counsel for New York State Teachers Retirement System |
| Malcolm & Cisneros A Law Corporation | William G Malcolm | 2112 Business Center Dr 2nd Fl | | | Irvine | CA | 92612 | | Counsel for Malcolm & Cisneros A Law Corporation |
| Maryland State Dept of Assessments and Taxation | Bankruptcy Department | 301 W Preston St | | | Baltimore | MD | 21201 | | Governmental Agency |
| Mayer Brown Rowe & Maw LLP | Romero D Aversa Jr Esq & Laura D Metzger Esq | 1675 Broadway | | | New York | NY | 10019-5820 | | Counsel for ABN AMRO Bank N.V. |
| Mayer Brown Rowe & Maw LLP | Thomas S Kiriakos Esq & Sean T Scott Esq | 71 S Wacker Dr | | | Chicago | IL | 60606 | | Counsel for Carrington Mortgage Services LLC and Carrington Capital Management LLC |
| McGuire Woods LLP | David I Swan Esq & Kenneth M Misken Esq | 1750 Tysons Blvd Ste 1800 | | | McLean | VA | 22102-4215 | | Counsel for Sprint Nextel Corporation |
| Milbank Tweed Hadley & McCloy LLP | Luc A Despins Esq & Wilbur F Foster Esq | 1 Chase Manhattan Plaza | | | New York | NY | 10005 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| Missouri Department of Revenue Bankruptcy Unit | Sheryl L Moreau | General Counsels Office | 301 W High St Room 670 | PO Box 475 | Jefferson City | MO | 65105-0475 | | Counsel for Missouri Department of Revenue |
| Monzack & Monaco PA | Francis A Monaco Jr Esq | 1201 N Orange St Ste 400 | | | Wilmington | DE | 19899-2031 | | Counsel for RBC Mortgage Company Royal Bank of Canada and RBC Centura Bank |
| Morris Nichols Arsht & Tunnell LLP | Robert J Dehney Gregory W Werkheiser & Daniel B Butz | 1201 N Market St | PO Box 1347 | | Wilmington | DE | 19899-1347 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| Munsch Hardt Kopf & Harr PC | Mark H Ralston Esq & Davor Rukavina Esq | 3800 Lincoln Plz | 500 N Akard St | | Dallas | TX | 75201 | | Counsel for Positive Software Solutions Inc |
| Nixon Peabody LLP | Dennis J Drebsky Esq | 437 Madison Ave | | | New York | NY | 10022 | | Counsel for Deutsche Bank National Trust Company |

Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Nixon Peabody LLP | Mark N Berman Esq | 100 Summer St | | | Boston | MA | 02110-1832 | | Counsel for Deutsche Bank National Trust Company |
| Northeast Regional Office | Bankruptcy Department Mark Schonfeld Regional Director | 3 World Financial Ctr | Room 4300 | | New York | NY | 10281 | | Governmental Agency |
| O'Melveny & Myers LLP | Suzzanne S Uhland Ben H Logan Victoria Newmark Emily R Culler | 275 Battery Street | | | San Francisco | CA | 94111 | | Debtors' Counsel |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | | Wilmington | DE | 19801 | | US Trustee |
| Office of the US Trustee | | 844 King St | Ste 2313 | Lockbox 35 | Wilmington | DE | 19801-3519 | | Governmental Agency |
| Ohio Attorney's General Office | Matthew J Lampke Assistant Chief | 30 E Broad St 26th Fl | | | Columbus | OH | 43215-4200 | | Counsel for State of Ohio |
| Pachulski Stang Ziehl Young Jones Weintraub LLP | Laura Davis Jones & Timothy P Cairns | 919 N Market St 17th Fl | PO Box 8705 | | Wilmington | DE | 19899-8705 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Paul Hastings Janofsky & Walker LLP | Keith W Miller & James R Bliss | Park Ave Tower | 75 E 55th St | First Floor | New York | NY | 10022 | | Counsel for USB Real Estate Securities Inc |
| Paul Hastings Janofsky & Walker LLP | Richard A Chesley & Kimberly D Newmarch | 191 N Wacker Dr | | 30th Fl | Chicago | IL | 60606 | | Counsel for USB Real Estate Securities Inc |
| Pepper Hamilton LLP | David B Stratton Esq | Hercules Plz Ste 5100 | 1313 Market St | PO Box 1709 | Wilmington | DE | 19899-1709 | | Counsel for Deutsche Bank National Trust Company |
| Potter Anderson & Corroon LLP | Laurie Selber Silverstein Esq | 1313 N Market St 6th Fl | | | Wilmington | DE | 19801 | | Counsel for Bank of America NA |
| Property Management Professionals LLC | Kurt Henry | 1512 Royce Dr | | | Locust Grove | GA | 30248 | | Creditor |
| Quadrangle Group LLC | Michael Weinstock | 375 Park Ave 14th Fl | | | New York | NY | 10152 | | Creditor |
| Qwest Legal Department | Mitchell W Katz Esq | 1801 California St Ste 900 | | | Denver | CO | 80202 | | Counsel for Qwest Corporation |
| Reed Smith LLP | Claudia Z Springer Esq | 2500 One Liberty Pl | 1650 Market St | | Philadelphia | PA | 19103-7301 | | Counsel for IndyMac Bank FSB |
| Reed Smith LLP | Kurt F Gwynne Esq | 1201 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for IndyMac Bank FSB |
| Reed Smith LLP | Kurt F Gwynne Esq | 1201 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for Qwest Corporation |
| Robert P Cocco PC | Robert P Cocco Esq | 437 Chestnut St Ste 1006 | | | Philadelphia | PA | 19106 | | Counsel for Theresa A Davis |
| Rosenthal Monhait & Goddess PA | Norman M Monhait Esq | 919 Market St Ste 1401 | PO Box 1070 | | Wilmington | DE | 19899-1070 | | Counsel for Kodiak Funding LP & Kodiak CDO I Ltd |
| SEC | | 15th & Pennsylvania Ave NW | | | Washington | DC | 20020 | | Governmental Agency |
| SEC | Nathan Fuchs | 233 Broadway | | | New York | NY | 10279 | | Governmental Agency |
| Sec Headquarters | Bankruptcy Department | Office Of Investor Education And Assistance | 100 F St Ne | | Washington | DC | 20549 | | Governmental Agency |
| Secretary Of State | Division Of Corporations Franchise Tax | PO Box 7040 | | | Dover | DE | 19903 | | Governmental Agency |
| Secretary Of Treasury | | PO Box 7040 | | | Dover | DE | 19903 | | Governmental Agency |
| Securities & Exchange Commission | | 100 F St Ne | | | Washington | DC | 20549 | | Governmental Agency |
| Shipman & Goodwin LLP | Julie A Manning Esq | One Constitution Plaza | | | Hartford | CT | 06103-1919 | | Counsel for United HealthCare Insurance Company |
| Skadden Arps Slate Meagher & Flom LLP | DJ Baker Esq & Rosalie W Gray Esq | Four Times Square | | | New York | NY | 10036-6522 | | Counsel for Maguire Properties-Park Place LLC Maguire Properties 3121 Michelson LLC & Maguire Properties 3161 Michelson LLC |
| Skadden Arps Slate Meagher & Flom LLP | Megan E Cleghorn Esq | One Rodney Square | PO Box 636 | | Wilmington | DE | 19899-0636 | | Counsel for Maguire Properties-Park Place LLC Maguire Properties 3121 Michelson LLC & Maguire Properties 3161 Michelson LLC |
| State Board of Equalization | Bankruptcy Department | PO Box 942879 | | | Sacramento | CA | 94279-0001 | | Governmental Agency |
| State of Delaware | Randy Weller MS 25 | Div of Revenue | 820 N French St | 8th Fl | Wilmington | DE | 19801-0820 | | Governmental Agency |
| State Of Delaware Division Of Revenue | Bankruptcy Department | Carvel State Office Bldg 820 N French St | | | Wilmington | DE | 19801 | | Governmental Agency |
| State Treasurer's Office | Bankruptcy Department | 915 Capitol Mall Suite 110 | | | Sacramento | CA | 95814 | | Governmental Agency |
| Stevens & Lee PC | Joseph Grey | 1105 N Market St | | Seventh Fl | Wilmington | DE | 19801 | | Counsel for Premier Print and Services Group, Inc. |
| The Bayard Firm | Neil B Glassman Esq & Steven M Yoder Esq | 222 Delaware Ave Ste 900 | | | Wilmington | DE | 19801 | | Counsel for Natixis Real Estate Capital Inc |
| The CIT Group Business Credit Inc | Renee Singer | 505 Fifth Ave | | 3rd Fl | New York | NY | 10017 | | Counsel to DIP Lenders |
| Travelers | Scot Freeman Case Manager | National Accounts | 1 Tower Sq 5MN | | Hartford | CT | 06183-4044 | | Creditor |
| Turner Reynolds Greco & O'Hara | Richard J Reynolds | 16485 Laguna Canyon Rd Ste 250 | | | Irvine | CA | 92618 | | Creditor |
| Union Bank of California | Diane J Richey Esq Vice President and Senior Counsel | 445 S Figueroa St | | | Los Angeles | CA | 90071 | | Counsel for Union Bank of California |
| US Attorneys Office | Ellen W Slights | 1007 Orange St | | 7th Fl | Wilmington | DE | 19899-2046 | | Governmental Agency |
| US Department of Justice | Alberto P Gonzales | US Attorney General | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | | Governmental Agency |
| Us Dept Of Labor | Administrative Review Board | Frances Perkins Building | 200 Constitution Ave Nw | | Washington | DC | 20210 | | Governmental Agency |
| Us Dept Of Labor | Benefits Review Board | Frances Perkins Building | 200 Constitution Ave Nw | | Washington | DC | 20210 | | Governmental Agency |
| Us Dept of Labor | Employee Benefits Security Administration | Frances Perkins Building | 200 Constitution Ave Nw | Ste S 2524 | Washington | DC | 20210 | | Governmental Agency |

In re New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)
United States Bankruptcy Court, District of Delaware

Page 3 of 4

4/19/2007
Exhibit A - Core 2002 List 070419

Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Us Dept Of Labor | Secretary Elaine Chao | Frances Perkins Building | 200 Constitution Ave Nw | | Washington | DC | 20210 | | Governmental Agency |
| Vinson & Elkins LLP | John E Mitchell Esq | Trammell Crow Center | 2001 Ross Ave Ste 3700 | | Dallas | TX | 75201 | | Counsel for CB Richard Ellis Corporate Facilities Management Inc |
| Washington Mutual | David H Zielke Esq Vice President & Assitant General Counsel | 1301 Second Ave WMC 3501 | | | Seattle | WA | 98101 | | Counsel for Washington Mutual |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Jeffrey I Golden Esq & Hutchinson B Meltzer Esq | 650 Town Center Dr Ste 950 | | | Costa Mesa | CA | 92626 | | Creditor |
| Wells Fargo Bank NA | Thomas M Korsman Vice President | MAC N9303-120 | 608 2nd Ave S | | Minneapolis | MN | 55479 | | Creditor |
| Wendel Rosen Black & Dean LLP | Charles A Hansen & Mark S Bostick | 1111 Broadway 24th Fl | | | Oakland | CA | 94607-4036 | | Counsel for Alireza Nazmi & Golden Key Mortgage |
| Winston & Strawn LLP | Matthew Botica Esq David Wirt Esq & Grayson Walter Esq | 35 W Wacker Dr | | | Chicago | IL | 60601 | | Counsel for Kodiak Funding LP & Kodiak CDO I Ltd |
| Wolfe & Wyman LLP | Stuart B Wolfe Esq & Yaron Shaham Esq | 5 Park Plz Ste 1100 | | | Irvine | CA | 92614 | | Counsel for Wolfe & Wyman LLP |
| Womac & Associates | Brian D Womac & Denise H Mitchell | Two Memorial City Plaza | 820 Gessner Ste 1540 | | Houston | TX | 77024 | | Counsel for DRA CRT Post Oak LP |
| Wright Finlay & Zak LLP | T Robert Finlay Esq & Donna L La Porte Esq | 4665 MacArthur Ct Ste 280 | | | Newport Beach | CA | 92660 | | Creditor |
| Young Conaway Stargatt & Taylor LLP | Michael R Nestor | The Brandywine Bldg | 1000 West St 17th Fl | PO Box 391 | Wilmington | DE | 19899-0391 | | Counsel for Credit Suisse First Boston Capital LLC and DLJ Mortgage Capital Inc |
| Young Conaway Stargatt & Taylor LLP | Robert S Brady | The Brandywine Bldg | 1000 West St 17th Fl | PO Box 391 | Wilmington | DE | 19899-0391 | | Counsel for DB Stuctured Products Inc |

In re New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)
United States Bankruptcy Court, District of Delaware

Page 4 of 4

4/19/2007
Exhibit A - Core 2002 List 070419

# Exhibit B

Contact Parties
First Class Mail Service List

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Accredited Home Lenders | Chris DeMauro (Houlihan Lokey) | 12995 South Cleveland Ave 51 | | | Ft Myers | FL | 33907 | | Contact Party |
| Anchorage Advisors | Alan Fitzpatrick | 610 Broadway, 6th Floor | | | New York | NY | 10012 | | Contact Party |
| Apollo/Infinity Point | Michael Rubinoff | 546 Fifth Avenue | 23rd Floor | | New York | NY | 10036 | | Contact Party |
| Apollo/Infinity Point | Suleman E. Lunat | 546 Fifth Avenue | 23rd Floor | | New York | NY | 10036 | | Contact Party |
| Barclays (HomEq Servicing) | Ron Kubick | 200 Pk Ave | | | New York | NY | 10166 | | Contact Party |
| Bear Stearns | Cary Thompson | 383 Madison Avenue | | | New York | NY | 10179 | | Contact Party |
| Bear Stearns | Jeff Verschleiser | 383 Madison Avenue | | | New York | NY | 10179 | | Contact Party |
| Bear Stearns | John Mongelluso | 383 Madison Avenue | | | New York | NY | 10179 | | Contact Party |
| Bear Stearns | Jonathan Babkow | 383 Madison Avenue | | | New York | NY | 10179 | | Contact Party |
| Bear Stearns | Matt Perkins | 383 Madison Avenue | | | New York | NY | 10179 | | Contact Party |
| Bear Stearns | Tom Marano | 383 Madison Avenue | | | New York | NY | 10179 | | Contact Party |
| Bennett Management Corp. | Helen Kautsky Lemberg | 2 Stamford Plaza | Suite 1501 | 281 Tresser Blvd | Stamford | CT | 06901 | | Contact Party |
| Blackstone | John Studzinski | 1634 6th St Nw Ste 1 | | | Washington | DC | 20001 | | Contact Party |
| Cambridge Place | Quentin Cote | 100 Main Street, Suite 430 | | | Concord | MA | 1742 | | Contact Party |
| Carrington Capital | B Rose D Citron D Fulco P Salce M Serafini A Clark R Gonzalez S Siegler | 599 W. Putnam Avenue | | | Greenwich | CT | 6830 | | Contact Party |
| C-BASS | J Navarro J Schneider J Shook D Mantell | 335 Madison Avenue, 19 Fl. | | | New York | NY | 10017 | | Contact Party |
| Centerbridge | Dave Trucano | 31 West 52nd Street | 16th Floor | | New York | NY | 10019 | | Contact Party |
| Centerbridge | Lance West | 31 West 52nd Street | 16th Floor | | New York | NY | 10019 | | Contact Party |
| Cerberus | Frank Bruno | 299 Park Avenue | 23rd Floor | | New York | NY | 10171 | | Contact Party |
| Cerberus | Hootan Yaghoobzadeh | 299 Park Avenue | 23rd Floor | | New York | NY | 10171 | | Contact Party |
| Cerberus | Madhu Satyanarayana | 299 Park Avenue | 23rd Floor | | New York | NY | 10171 | | Contact Party |
| Cerberus | Ronald Goldstein | 299 Park Avenue | 23rd Floor | | New York | NY | 10171 | | Contact Party |
| CIT | A Papadatos J Stapleton J Anderson | 505 Fifth Avenue | | | New York | NY | 10017 | | Contact Party |
| CIT | C Soutar P Friedman V Lubczenko M Drucker J Verrone | 505 Fifth Avenue | | | New York | NY | 10017 | | Contact Party |
| Citadel Investment Group | Yannick Mathieu Todd Gjervold | 131 South Dearborn St. | | | Chicago | IL | 60603 | | Contact Party |
| Citi Financial | Carl Levinson | 1000 Technology Dr Ms 111 | | | O'fallon | MO | 63368 | | Contact Party |
| Citigroup Global Markets | Randy Appleyard | 390 Greenwich Street | 6th fl | | New York | NY | 10013 | | Contact Party |
| Constellation Capital Management | Shadab Shaikh | 780 Third Avenue 35th Floor | | | New York | NY | 10017 | | Contact Party |
| Countrywide Financial Corporation | Brian Hale | 4500 Park Granada | | | Calabasas | CA | 91302 | | Contact Party |
| Countrywide Financial Corporation | Caleb Kim | 4500 Park Granada | | | Calabasas | CA | 91302 | | Contact Party |
| Countrywide Securities | Peter W Van Gelderen | 4500 Park Granada | | | Calabasas | CA | 91302 | | Contact Party |
| Credit Suisse First Boston Mortgage Capital Llc | Greg Richter | 11 Madison Ave | | | New York | NY | 10010 | | Contact Party |
| D.E. Shaw | Patrick Collins | 39th Floor, Tower 45 | 120 W Forty-fifth St | | New York | NY | 10036 | | Contact Party |
| D.E. Shaw | | 20400 Stevens Creek Blvd | Suite 850 | | Cupertino | CA | 95014 | | Contact Party |
| D.E. Shaw | | 7300 College Blvd Ste 620 | | | Overland Park | KS | 66210 | | Contact Party |
| D.E. Shaw | | 10000 Memorial Dr Ste 500 | | | Houston | TX | 77024 | | Contact Party |
| Drawbridge Special Opp Fund | Pete Smith | 3 Bethesda Metro Ctr Ste 1450 | | | Bethesda | MD | 20814 | | Contact Party |
| | P Tomasco B McKee P Tomasco | 1345 Avenue of the Americas | 46th Fl | | New York | NY | 10105 | | Contact Party |
| Ellington Mgt. Group | M Levine | 111 Congress, Suite 1400 | | | Austin | Texas | 78701 | | Contact Party |
| Equifin Capital | J Tomei D Stowe | 7 Times Square Ste 2106 | | | New York | NY | 10036 | | Contact Party |
| Equity Lenders Acceptance | Nathan Bray Timothy While | 24302 Del Prado | Suite B | | Dana Point | CA | 92629 | | Contact Party |

Contact Parties
First Class Mail Service List

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Farallon Capital | Thomas Rigo Miguel Fidalgo Raj Patel | One Maritime Plaza | Ste 1325 | | San Francisco | CA | 94111 | | Contact Party |
| Flexpoint Partners | Don Edwards | 676 N Michigan Ave | Ste 3300 | | Chicago | IL | 60611 | | Contact Party |
| Fortress | D McKnight A Stein Sapir P Smith | 1345 Avenue of the Americas | 46th Fl | | New York | NY | 10105 | | Contact Party |
| Friedman Billings & Ramsey | Tim Walsh | 18101 Von Karman Ave | Ste 1000 | | Irvine | CA | 92612 | | Contact Party |
| GMAC | John Trapnell | 8400 Normandale Blvd | Suite 250 | | Minneapolis | MN | 55437 | | Contact Party |
| Goldman Sachs | J Mahoney P Arberg S Grosshandler J Kim L Schweitzer | 85 Broad St | | | New York | NY | 10004 | | Contact Party |
| Greenhal Harlan Realty Services | | 4 Park Ave | | | New York | NY | 10016 | | Contact Party |
| GTCR Golder Rauner | Aaron Cohen | 6100 Sears Tower | | | Chicago | IL | 60606 | | Contact Party |
| Harbinger Capital Partners | Gerard Uzzi | 555 Madison Avenue | 16th Floor | | New York | NY | 10022 | | Contact Party |
| Harbinger Capital Partners | Gerard Uzzi | One Riverchase Parkway South | | | Birmingham | AL | 35244 | | Contact Party |
| Harbinger Capital Partners | Howard Kagan | 555 Madison Avenue | 16th Floor | | New York | NY | 10022 | | Contact Party |
| Harbinger Capital Partners | Howard Kagan | One Riverchase Parkway South | | | Birmingham | AL | 35244 | | Contact Party |
| Harbinger Capital Partners | Larry Clark | 555 Madison Avenue | 16th Floor | | New York | NY | 10022 | | Contact Party |
| Harbinger Capital Partners | Larry Clark | One Riverchase Parkway South | | | Birmingham | AL | 35244 | | Contact Party |
| Harbinger Capital Partners | Phil Falcone | 555 Madison Avenue | 16th Floor | | New York | NY | 10022 | | Contact Party |
| Harbinger Capital Partners | Phil Falcone | One Riverchase Parkway South | | | Birmingham | AL | 35244 | | Contact Party |
| Hegemon Capital | Brian Prince | 101 E. Kennedy Blvd. | Suite 2100 | | Tampa | FL | 33602 | | Contact Party |
| Highfields Capital Management | Richard Grubman Matt Botin | 200 Clarendon Street | | | Boston | MA | 2117 | | Contact Party |
| HSBC North America | Kevin D. Angeles | 2700 Sanders Road | | | Prospect Heights | IL | 60070 | | Contact Party |
| Impac Companies | Joseph Tomkinson | 18500 Jamboree Rd | | | Irvine | CA | 92612 | | Contact Party |
| IndyMac Bancorp | Ashwin Adarkar | 888 East Walnut St | | | Pasadena | CA | 91101 | | Contact Party |
| Ivory Capital | Avery Sun | 11755 Wilshire Blvd, Ste 1350 | | | Los Angeles | CA | 90025 | | Contact Party |
| Ivory Capital | | 153 E. 53rd St 59th Fl | | | New York | NY | 10022 | | Contact Party |
| J.C. Flowers / The Winter Group | C Flowers J Oros R Winter M Warden P Doyle B Flynn K Johnson | 45 Rockefeller Center, Suite 420 | | | New York | NY | 10111 | | Contact Party |
| JPMorgan Chase | Dave Loehman | 270 Park Avenue | | | New York | NY | 10017 | | Contact Party |
| JPMorgan Chase | Gerald Madigan | 270 Park Avenue | | | New York | NY | 10017 | | Contact Party |
| JPMorgan Chase | Ravi Shankar | 270 Park Avenue | | | New York | NY | 10017 | | Contact Party |
| KKR | S Nuttall | 2800 Sand Hill Rd Ste 200 | | | Menlo Park | CA | 94025 | | Contact Party |
| KKR | | 9 West 57th St Ste 4200 | | | New York | NY | 10019 | | Contact Party |
| Latigo Partners, L.P. | Golchehreh Abtahian | 590 Madison Ave | 9th Floor | | New York | NY | 10022 | | Contact Party |
| Lehman Brothers | Bill Curley | 745 7th Avenue | | | New York | NY | 10019 | | Contact Party |
| Lehman Brothers | J Gaffey B Curley | 745 7th Avenue | | | New York | NY | 10019 | | Contact Party |
| Lehman Brothers | Jonathan Dever | 745 7th Avenue | | | New York | NY | 10019 | | Contact Party |
| Lehman Brothers | Lana Franks | 745 7th Avenue | | | New York | NY | 10019 | | Contact Party |
| Lehman Brothers | Matt Miller | 745 7th Avenue | | | New York | NY | 10019 | | Contact Party |
| Leucadia National | Joe Stienberg, President | 315 Park Avenue South | | | New York | NY | 10010-3607 | | Contact Party |
| Lightyear Capital | Mark Vasallo | 375 Park Avenue, 11th Floor | | | New York | NY | 10152 | | Contact Party |
| Lone Star | Keith Williams | 717 N Harwood St | Ste 2200 | | Dallas | TX | 75201 | | Contact Party |
| Lone Star City C/o Morris Co Appr | | 501 Crokett St PO Box 563 | | | Dangerfield | TX | 75638 | | Contact Party |
| Lone Star Cleaning & Restoration | | 3612 Sandhurst Dr | | | Flower Mound | TX | 75022-8445 | | Contact Party |
| Lone Star Home Loans | | 3707 East Hwy 290 West Ste A 100 | | | Dripping Springs | TX | 78620 | | Contact Party |
| Lone Star Lenders Llc | | 14850 Quorum Dr Ste 150 | | | Dallas | TX | 75254 | | Contact Party |
| Lone Star Lending Services | | 9502 Computer Dr Ste 116 | | | San Antonio | TX | 78229 | | Contact Party |

Contact Parties
First Class Mail Service List

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Lone Star Mortgage Solutions | | 8890 Kameryn Ln | | | Argyle | TX | 76226 | | Contact Party |
| Lone Star National Bank | | 206 West Ferguson | | | Pharr | TX | 78577 | | Contact Party |
| Lone Star Realty & Mortgage | C/o First American Title | 1500 Dairy Ashford Ste 410 | | | Houston | TX | 77023 | | Contact Party |
| Lone Star Realty & Mortgage | | 8503 Gulf Freeway Ste F | | | Houston | TX | 77017 | | Contact Party |
| Lone Star Realty And Mortgage Group | | 11205 Bellaire Blvd Ste B 21 | | | Houston | TX | 77072 | | Contact Party |
| Lone Star Realty And Mortgage Group | | 440 Benmar Ste 3032 | | | Houston | TX | 77060 | | Contact Party |
| Lone Star Reliable Mortgage Inc | | 7639 Canyon Dr | | | Amarillo | TX | 79110 | | Contact Party |
| Marathon Private Equity Fund | Gary Lembo | 461 5th Ave | 11th Fl | | New York | NY | 10017 | | Contact Party |
| Marathon Private Equity Fund | Tim O'Connor | 461 5th Ave | 11th Fl | | New York | NY | 10017 | | Contact Party |
| Marathon Private Equity Fund | Tom Vanderslice | 461 5th Ave | 11th Fl | | New York | NY | 10017 | | Contact Party |
| Mass Mutual | J Douglas Newsom | Babson Capital Management | Independence Wharf 470 Atlantic | | Boston | MA | 02210 | | Contact Party |
| Mass Mutual | J Douglas Newsom | Babson Capital Management | 1500 Main Street | | Springfield | MA | 01115 | | Contact Party |
| Morgan Stanley | Kevin Chavers | 1585 Broadway, Floor 02 | | | New York | NY | 10036 | | Contact Party |
| Najafi Companies LLC | Jerry Pence | 2525 E Camelback Rd | Ste 850 | | Phoenix | AZ | 85016 | | Contact Party |
| NovaStar Financial | Gregory Metz | 8140 Ward Pkwy Ste 300 | | | Kansas City | MO | 64114 | | Contact Party |
| NovaStar Financial | Lance Anderson | 8140 Ward Pkwy Ste 300 | | | Kansas City | MO | 64114 | | Contact Party |
| Novastar Home Mortgage Inc | | 12453 Bel Red Rd 250 | | | Bellevue | WA | 98005 | | Contact Party |
| Novastar Home Mortgage Inc | | 15550 B Rockfield Blvd Ste 220 | | | Irvine | CA | 92618 | | Contact Party |
| Novastar Home Mortgage Inc | | 1666 North Main St | Second Fl | | Santa Ana | CA | 92701 | | Contact Party |
| Novastar Home Mortgage Inc | | 1840 Forest Hill Blvd Ste 203 | | | West Palm Beach | FL | 33406 | | Contact Party |
| Novastar Home Mortgage Inc | | 1900 West 47th Pl | | | Westwood | KS | 66205 | | Contact Party |
| Novastar Home Mortgage Inc | | 300 Garden City Plaza 170 | | | Garden City | NY | 11530 | | Contact Party |
| Novastar Home Mortgage Inc | | 3344 Southwestern Blvd Ste 100 | | | Orchard Pk | NY | 14217 | | Contact Party |
| Novastar Home Mortgage Inc | | 532 Broadhollow Rd Ste 117 | | | Melville | NY | 11747 | | Contact Party |
| Novastar Home Mortgage Inc | | 8041 Knue Rd | Ste 110 | | Indianapolis | IN | 46250 | | Contact Party |
| Novastar Home Mortgage Inc | | 8041 Knue Rd Ste 110 | | | Indianapolis | IN | 46250 | | Contact Party |
| Novastar Home Mortgage Inc | | 8140 Ward Pkwy Ste 300 | | | Kansas City | MO | 64114 | | Contact Party |
| Novastar Mortgage Inc | | 909 Abbott Rd | | | East Lansing | MI | 48823 | | Contact Party |
| NY Life Investment Management | Tim Nabors | 169 Lackawanna Ave | | | Parsippany | NJ | 07054 | | Contact Party |
| Oaktree Capital | Rajath Shourie | 531 South Shore Dr Ste A | | | Battle Creek | MI | 49015 | | Contact Party |
| Ocwen Financial | R Delgado M Mirkowsii W Ming A Jeevaraj K Achuthanand | 1661 Worthington Rd. | Suite 100 | Centrepark West | West Palm Beach | FL | 33409 | | Contact Party |
| Perry Capital | George Brokaw | 767 5th Ave | | | New York | NY | 10153 | | Contact Party |
| Platinum Equity | Ben Morris Brian Wall | 360 N Crescent Dr | | | Beverly Hills | CA | 90210 | | Contact Party |
| Practical People Services | Bill Conley | 500 South Kraemer Blvd | Ste 225 | | Brea | CA | 92821 | | Contact Party |
| Prospect Mortgage | | 1033 Skokie Blvd., Ste 600 | | | North Brook | IL | 60062 | | Contact Party |
| RBS Greenwich Capital | A Papadatos J Stapleton J Anderson | 600 Steamboat Road | | | Greenwich | CT | 6830 | | Contact Party |
| Richland Gordon and Co. | Al Gordon | 233 S Wacker Dr | Suite 9330 | | Chicago | IL | 60606-6305 | | Contact Party |
| Sandelman Partners | Peter Bio | 500 Park Avenue | 3rd Fl | | New York | NY | 10022 | | Contact Party |
| Schulze Asset Management | Timothy Obnen | 3000 Westchester Avenue | | | Purchase | NY | 10577 | | Contact Party |
| Silver Point Capital | T Miranowski M Ehmer | Two Greenwich Plaza | First Floor | | Greenwich | CT | 6830 | | Contact Party |
| Soros Fund Management | | 888 7th Ave 33rd Fl | | | New York | NY | 10106 | | Contact Party |
| Sterling Capital | Mark Filler Andi Morris | 1033 Skokie Blvd., Ste 600 | | | North Brook | IL | 60062 | | Contact Party |
| Sun Capital | M Kalb M Reder D Blechman | 5200 Town Center Cir | Ste 470 | | Boca Raton | FL | 33486 | | Contact Party |

Contact Parties
First Class Mail Service List

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| The Winter Group | C Flowers J Oros R Winter M Warden P Doyle B Flynn K Johnson | 45 Rockefeller Center, Suite 420 | | | New York | NY | 10111 | | Contact Party |
| The Winter Group | C Flowers J Oros R Winter M Warden P Doyle B Flynn K Johnson | One Embarcadero Center, Suite 1530 | | | San Francisco | CA | 94111 | | Contact Party |
| TPG | Marshall Haines | 301 Commerce St Ste 3300 | | | Ft. Worth | TX | 76102 | | Contact Party |
| Ubs Real Estate Securities Inc | Brian Tortorella | 1251 Ave Of The Americas | 22nd Fl | Ny | | NY | 10020 | | Contact Party |
| Ubs Real Estate Securities Inc | Brian Tortorella | 1285 Ave Of The Americas | | | New York | NY | 10019 | | Contact Party |
| US Trading | Bob Doyle | 1873 Rt 70 East | | | Cherry Hill | NJ | 08003 | | Contact Party |
| Verches Associates | Ray Verches | 4 Pk Plaza Ste 1230 | | | Irvine | CA | 92614 | | Contact Party |
| Wachovia | H Wessling J Brighton S Schuman | 301 South College Street, NC0630 | | | Charlotte | NC | 28288 | | Contact Party |
| Wachovia | H Wessling J Brighton S Schuman | One South Broad Street, PA4810 | | | Philadelphia | PA | 19107 | | Contact Party |
| WaMu Insurance Services Inc. | Carl Formato Todd Baker | 17861 Von Karman | | | Irvine | CA | 92614 | | Contact Party |
| Watershed Asset Management | Erin Ross Jim Argalas | One Maritime Plaza, Suite 1525 | | | San Francisco | CA | 94111 | | Contact Party |
| Wayzata Investment Partners | B Carlson T Duncan T Calderon | 701 East Lake Street, Suite 300 | | | Wayzata | MN | 55391 | | Contact Party |

# Exhibit C

Lien Holders
First Class Mail Service List

| Creditor Name | Creditor Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Access Investments Ii Llc | | 18400 Von Karman Ave | Ste 1000 | | Irvine | CA | 92612 | | Lien Holder |
| Ameritech Credit Corporation | | 2000 West Ameritech Ctr Dr | | | Irvine | CA | 92612 | | Lien Holder |
| Aspen Funding Corp | C/o Amacar Group Llc | 6525 Morrison Blvd | Ste 318 | | Charlotte | NC | 28211 | | Lien Holder |
| Aspen Funding Corp | | 60 Wall St | | | New York | NY | 10005 | | Lien Holder |
| Bank Leumi Leasing Corporation | | 562 Fifth Ave | | | Ny | NY | 10036 | | Lien Holder |
| Bank Of America Na | | 901 Main St | 66th Fl | Txt 492 66 01 | Dallas | TX | 75202-3714 | | Lien Holder |
| Bank Of The West | | 3000 S Grand Ave | Mail Code Sc Cal 006 A | | Los Angeles | CA | 90071 | | Lien Holder |
| Barclays Bank Plc | As Administrative Agent | 200 Pk Ave | | | New York | NY | 10166 | | Lien Holder |
| Carrington Mortgage Credit Fund I Lp | | 9 Greenwich Office Pk | | | Greenwich | CT | 06831 | | Lien Holder |
| Carrington Mortgage Services LLC | Bruce Rose & Diane Citron | c/o Carrington Capital Management | 599 Putnam Ave | | Greenwich | CT | 06830 | | Lien Holder |
| Cdc Mortgage Capital Inc | | 9 West 57th St | | | Ny | NY | 10019 | | Lien Holder |
| Charter One Vendor Finance Llc | | 2300 Cabot Dr | | Ste 355 | Lisle | IL | 60532 | | Lien Holder |
| Cit Communications Finance Croporaation | | 1 Cit Dr | | | Livingston | NJ | 07039 | | Lien Holder |
| Citigroup Global Markets Realty Corp | | 390 Greenwich St | 6th Fl | | New York | NY | 10014 | | Lien Holder |
| Citigroup Global Markets Realty Corp | | 390 Greenwich St | 6th Fl | | New York | NY | 10013 | | Lien Holder |
| Consultants Group Commercial Funding Corp | | 660 Newport Ctr Dr | Ste 800 | | Newport Beach | CA | 92660 | | Lien Holder |
| Countrywide Home Loans Inc | | 8611 Fallbrook Ave | Mswh51g | | West Hills | CA | 91304 | | Lien Holder |
| Credit Suisse First Boston Mortgage Capital Llc | | 11 Madison Ave | | | New York | NY | 10010 | | Lien Holder |
| Credit Suisse First Boston Mortgage Capital Llc | | 11 Madison Ave | | | Ny | NY | 10010 | | Lien Holder |
| Db Structured Products Inc | | 60 Wall St | Ms Nyc 60 2606 | | Ny | NY | 10005 | | Lien Holder |
| Deutsch Bank Trust Company Americas As Collateral Agent | | 60 Wall St | 26th Fl | | Ny | NY | 10005 | | Lien Holder |
| Deutsch Bank Trust Company Americas As Collateral Agent | | | | | | | | | |
| Deutsche Bank Trust Company Americas | | 60 Wall St | 26th Fl | | Ny | NY | 10005-2606 | | Lien Holder |
| Deutsche Bank Trust Company Americas As Trustee | | 1761 E St Andrew Pl | | | Santa Ana | CA | 92705 | | Lien Holder |
| Federal National Mortgage Association | | 3900 Wisconsin Ave | Nw | | Washington | DC | 20016-2892 | | Lien Holder |
| Gemini Securitization Corp Llc | C/o Ropes & Gray Llc | One International Pl | | | Boston | MA | 02110 | | Lien Holder |
| General Electric Capital Corporation | | 1961 Hirst Dr | | | Moberly | MO | 65270 | | Lien Holder |
| General Electric Capital Corporation | | 2400 E Katella Ave | Ste 800 | | Anaheim | CA | 92806 | | Lien Holder |
| General Electric Capital Corporation | | 311 N Bayshore Dr | | | Safety Harbor | FL | 34695 | | Lien Holder |
| General Electric Capital Corporation | | 4 N Pk Dr | | | Hunt Valley | MD | 21030 | | Lien Holder |
| Gmac Commercial Finance Llc | | 7 Sentry Pkwyw | Ste 200 | | Blue Bell | PA | 19422 | | Lien Holder |
| Gmac Commercial Finance Llc | | 600 Galleria Pkwy | 15th Fl | | Atlanta | GA | 30339 | | Lien Holder |
| Gmac Commercial Financial Llc | | 210 Interstate North Pkway | Ste 315 | | Atlanta | GA | 30339 | | Lien Holder |
| Goldman Sachs Mortgage Company | | 85 Broad St | | | New York | NY | 10004 | | Lien Holder |
| Greenwich Capital Financial Products Inc | | 600 Steamboat Rd | | | Greenwich | CT | 06830 | | Lien Holder |
| Guaranty Bank | | 8333 Douglas Ave | | | Dallas | TX | 75225 | | Lien Holder |
| Heineman Dale Scott | | C/o 32108 Alvarado Blvd 381 | | | Union City | CA | 94587 | | Lien Holder |
| Ios Capital | | 1738 Bass Rd | | | Macon | GA | 31210-1043 | | Lien Holder |
| Ixis Real Estate Capital Inc | | 9 West 57th St | | | Ny | NY | 10019 | | Lien Holder |
| Johnson Kurt F | | C/o 32108 Alvarado Blvd | 381 | | Union City | CA | 94587 | | Lien Holder |
| Mayer Brown Rowe & Maw LLP | Elizabeth Raymond | 71 S Wacker Dr | | | Chicago | IL | 60606 | | Lien Holder |
| Mission Center Partners | | PO Box 2675 | | | El Centro | CA | 92243 | | Lien Holder |
| Morgan Stanley Mortgage Capital Inc | | 1221 Ave Of The Americas | | | Ny | NY | 10020 | | Lien Holder |
| Morgan Stanley Mortgage Capital Inc As Agent | As Agent | 1221 Ave Of The Americas | 27th Fl | | Ny | NY | 10020 | | Lien Holder |
| Nc Capital Corporation | | 18400 Von Karman | | | Irvine | CA | 92612 | | Lien Holder |
| New Century Funding A | | 18400 Von Karman | | | Irvine | CA | 92612 | | Lien Holder |
| New Century Funding I Wilmington Trust Company | | | | | Wilmington | DE | 19890 | | Lien Holder |
| New Century Mortgage Securities Inc | | 184 Von Karman Ste 1000 | | | Irvine | CA | 92612 | | Lien Holder |
| New Century Mortgage Securities Inc | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92612 | | Lien Holder |
| Newport Funding Corp | C/o Amacar Group Llc | 6525 Morrison Blvd | Ste 318 | | Charlotte | NC | 28211 | | Lien Holder |
| Pfe International Inc | | 195 Chastain Meadows Ct | 112 | | Kennesaw | GA | 30144 | | Lien Holder |

Lien Holders
First Class Mail Service List

| Creditor Name | Creditor Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| St Andrew Funding Turst C/o New Century Mortgage | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92616 | | Lien Holder |
| State Street Global Markets | As Admin For Galleon Capital Corp | One Lincoln St | | | Boston | MA | 02111 | | Lien Holder |
| Sterling Bank | | 2550 N Loop West | Ste 500 | | Houston | TX | 77092 | | Lien Holder |
| The Cit Group/equipment Financing | | PO Box 27248 | | | Tempe | AZ | 85285-7248 | | Lien Holder |
| Ubs Real Estate Securities Inc | | 1251 Ave Of The Americas | 22nd Fl | | Nv | NY | 10020 | | Lien Holder |
| Ubs Real Estate Securities Inc | | 1285 Ave Of The Americas | | | New York | NY | 10019 | | Lien Holder |
| United California Capital | | 201 N Civic Dr | | | Walnut Creek | CA | 94596 | | Lien Holder |
| Us Bancorp Equipment Financial Inc | | PO Box 230789 | | | Portland | OR | 97281 | | Lien Holder |
| Us Bancorp Leasing & Financial | | 7659 Sw Mohawk St | | | Tualatin | OR | 97062 | | Lien Holder |
| Us Bank National Association | As Indenture Trustee | 180 E Fifth St | | | St Paul | MN | 55101 | | Lien Holder |
| Usb Real Estate Securities Inc | | 1251 Ave Of The Americas | 22nd Fl | | New York | NY | 10019 | | Lien Holder |
| Whitwood Jason Allen | | C/o 3625 Amur Maple Dr | | | Bakersfield | CA | 93311 | | Lien Holder |

# Exhibit D

Top 50 Creditors
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Adteractive | Blake Simon | 303 Second Street, Suite 375 | Second Tower | | San Francisco | CA | 94107 | | Top 50 Creditor |
| Affiliated Computer Services | Todd Green | PO Box 201322 | | | Dallas | TX | 75320 | | Top 50 Creditor |
| Alaska Seaboard Partners Limited Partnership | William Fogleman | 4150 S Sherwood Forest Blvd | | | Baton Rouge | LA | 70816 | | Top 50 Creditor |
| Aspen Funding Corp | Doris Hearn, Evelyn Echevarria | c/o Amacar Group LLC | 6525 Morrison Blvd | Suite 318 | Charlotte | NC | 28211 | | Top 50 Creditor |
| Assurant Specialty Property Insurance | Kelly Chin | 260 Interstate N Circle SE | | | Atlanta | GA | 30339-2110 | | Top 50 Creditor |
| Aurora Loan Services | Giovanni Manocchio | 10350 Park Meadows Dr 4th Floor | | | Littleton | CO | 80124 | | Top 50 Creditor |
| Bank of America, NA | Maureen Macan | 901 Main St, 66th Floor | | | Dallas | TX | 75202 | | Top 50 Creditor |
| Barclays Bank PLC | Paul Menefee, Joseph O'Doherty | 200 Park Avenue | | | New York | NY | 10166 | | Top 50 Creditor |
| Carrington Securities, LP | Bruce Rose & Diane Citron | Carrington Capital Management | 599 West Putnam Avenue | | Greenwich | CT | 06830 | | Top 50 Creditor |
| Catarina Mortgage Services Inc | Ron Harpole | 22485 Tomball Highway | | | Houston | TX | 77070 | | Top 50 Creditor |
| ChoicePoint Precision Marketing | Scott Watkins | 2525 Meridian Parkway, Suite 125 | | | Durham | NC | 27713 | | Top 50 Creditor |
| Citigroup Global Markets Realty Corp | Susan Mills, Bobbie Theivakumaran | 390 Greenwich Street, 6th Floor | | | New York | NY | 10013 | | Top 50 Creditor |
| Countrywide | Dana Headlee | 20 N Acoma Blvd | | | Lake Havasu City | AZ | 86403 | | Top 50 Creditor |
| Credit Suisse First Boston Mortgage Capital LLC | Gary Timmerman | 302 Carnegie Center, 2nd Floor | | | Princeton | NJ | 08540 | | Top 50 Creditor |
| Credit-Based Asset Servicing and Securitization LLC | Marc Rosenthal | 335 Madison Ave, 19th Floor | | | New York | NY | 10017 | | Top 50 Creditor |
| DB Structured Products, Inc | Glenn Minkoff | 60 Wall Street, 19th Floor | | | New York | NY | 10005 | | Top 50 Creditor |
| Deutsche Bank | Ryan Stark | 31 West 52nd Street | 3rd Floor NYC01-0304 | | New York | NY | 10019 | | Top 50 Creditor |
| EMC Mortgage Corporation | Tom Tarantino | 383 Madison Ave | | | New York | NY | 10179 | | Top 50 Creditor |
| Fiserv CCS | Geno Hoover | 912 Ft Dubuesne Blvd | | | Pittsburgh | PA | 15222 | | Top 50 Creditor |
| Galleon Capital Corporation | R Douglas Donaldson | PO Box 4024 | | | Boston | MA | 02101 | | Top 50 Creditor |
| Gemini Securitization Corp, LLC | R Douglas Donaldson | c/o Ropers & Gray, LLP | 1 International Place | | Boston | MA | 02110 | | Top 50 Creditor |
| General Electric Capital Corporation | | 44 Old Ridgebury Road | | | Danbury | CT | 06810 | | Top 50 Creditor |
| GMAC Commercial Finance, LLC | Tanja Barner | 600 Galleria Parkway 15th Floor | | | Atlanta | GA | 30339 | | Top 50 Creditor |
| Goldman Sachs Mortgage Company | Marc Flamino | 85 Broad Street | | | New York | NY | 10004 | | Top 50 Creditor |
| Guaranty Bank | Jenny Ray Stillwell | 8333 Douglas Ave | | | Dallas | TX | 75225 | | Top 50 Creditor |
| Harbor Asset Management Services | Shari Macedo | 1407 Foothill Blvd Ste 246 | | | La Verne | CA | 91750 | | Top 50 Creditor |
| HSBC Bank USA, NA | Joe Little | 452 5th Ave | 10th Floor | | New York | NY | 10018 | | Top 50 Creditor |
| Indymac Bank FSB | | 888 East Walnut St | | | Pasadena | CA | 91101 | | Top 50 Creditor |
| IXIS Real Estate Capital, Inc | Tony Malanga | 9 West 57th Street, 36th Floor | | | New York | NY | 10019 | | Top 50 Creditor |
| JP Morgan Chase Bank, NA | Fran Stec | 194 Wood Avenue South | Floor 3 | | Iselin | NJ | 08830-2710 | | Top 50 Creditor |
| Lehman Brothers Bank FSB | Diane Rinnovatore | 745 Seventh Ave | | | New York | NY | 10019 | | Top 50 Creditor |
| Lowcom | Fred Hsu | 818 W 7th St | Suite 700 | | Los Angeles | CA | 90017 | | Top 50 Creditor |
| Lowermybills.com | Rod Pasion | 2401 Colorado Avenue | Suite 200 | | Santa Monica | CA | 90404 | | Top 50 Creditor |
| Morgan Stanley Mortgage Capital Inc | Andy Neuberger | 1585 Broadway, 10th Floor | | | New York | NY | 10036 | | Top 50 Creditor |
| National Field Representatives | Melanie LaRocque | PO Box 1440 | | | Claremont | NH | 03743 | | Top 50 Creditor |
| Newport Funding Corp | Glenn Minkoff, Doris Hearn, Evelyn Echevarria | c/o Amacar Group | 6525 Morrison Blvd | Suite 318 | Charlotte | NC | 28211 | | Top 50 Creditor |
| Nextag | Dan Tsuchiya | 1300 S El Camino Real | | | San Mateo | CA | 94402 | | Top 50 Creditor |
| Nomura Securities | James Depalma, Jeane Leschak | 2 World Financial Center | Building B | | New York | NY | 10281 | | Top 50 Creditor |
| Pricewaterhouse Coopers LLP | Sear Yagana | 300 Madison Avenue | | | New York | NY | 10017 | | Top 50 Creditor |
| Residential Funding Corporation | Mike Bugbee | 1646 N California Blvd #400 | | | Walnut Creek | CA | 94596 | | Top 50 Creditor |
| SG Mortgage Finance Corp | Frank Nunnari | 1221 Avenue of the Americas | | | New York | NY | 10020 | | Top 50 Creditor |
| Sheffield Receivables Corporation | Glenn Pearson, Hansel Nieves, Shelby Robins | c/o Barclays Capital Services | 200 Cedar Knolls Road | | Whippany | NJ | 07981 | | Top 50 Creditor |
| Sprint | Frank Quattrocupp | 18200 Von Karman Ave | | | Irvine | CA | 92612 | | Top 50 Creditor |
| State Street Global Markets, LLC | Todd Meringoff | Attn: Galleon Funds | 225 Franklin St | | Boston | MA | 02110 | | Top 50 Creditor |
| Suntrust | Tony D Atkins | 303 Peachtree St, 23rd Floor | | | Atlanta | GA | 30308 | | Top 50 Creditor |
| System Source, Inc | Brooke Hergesell | 2100 Main St Ste 100 | | | Irvine | CA | 92614 | | Top 50 Creditor |
| Tucson Funding LLC | Glenn Minkoff | c/o DB Structured Products, Inc | 60 Wall Street | | New York | NY | 10005 | | Top 50 Creditor |
| UBS Real Estate Securities Inc | George Mangiaracina | 1251 Avenue of the Americas | | | New York | NY | 10019 | | Top 50 Creditor |
| Washington Mutual Bank, FA | Michael McCauley | 3200 Southwest Freeway | | | Houston | TX | 77027 | | Top 50 Creditor |