IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, | ) | |
| INC., a Delaware corporation, et al., | ) | Case No. 07-10416 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Connolly Bove Lodge & Hutz LLP hereby appears as counsel to **Coremetrics, Inc.** in the above-captioned case, pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b), and hereby requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), (d) and (f) and 3017(a) including, without limitation, all proposed disclosure statements and plans of reorganization, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents filed with or brought before the Court in this case. All such notices should be addressed as follows:

Seth R. Weissman, Esq.  
V.P. & General Counsel  
Coremetrics, Inc.  
1840 Gateway Drive, Suite 320  
San Mateo, CA  94404  
Phone: (650) 762-1465  
Fax:     (650) 762-1461  
E-mail: sweissman@coremetrics.com

Jeffrey C. Wisler, Esq.  
Marc J. Phillips, Esq.  
Connolly Bove Lodge & Hutz LLP  
The Nemours Building  
1007 N. Orange Street  
P.O. Box 2207  
Wilmington, DE 19899  
Phone: (302) 658-9141  
Fax:     (302) 658-0380  
E-mail: jwisler@cblh.com  
E-mail: mphillips@cblh.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, electronic and/or internet transmission, facsimile, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings therein.

DATED: April 25, 2007              CONNOLLY BOVE LODGE & HUTZ LLP

                            By: **/s/ Jeffrey C. Wisler**
                                Jeffrey C. Wisler (#2795)
                                Marc J. Phillips (#4445)
                                The Nemours Building
                                1007 N. Orange Street
                                Wilmington, DE 19801
                                (302) 658-9141

#535190                        Counsel for Coremetrics, Inc.