**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 25th day of April, 2007, I caused a copy of the **Notice of Appearance and Request for Service of Papers** to be served in the manner indicated to the parties on the attached service list.

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler

#535202