# EXHIBIT 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |

## NOTICE OF NEW CENTURY'S INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE PROPOSED SALE OF LOAN ORIGINATION PLATFORM

NOTICE IS HEREBY GIVEN, as follows:

1. On April [25], 2007, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Bidding Procedures Order"), pursuant to sections 105, 363 and 365 of title 11 of the United States Code (the "Bankruptcy Code") and rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure in the above-captioned chapter 11 cases of New Century Financial Corporation and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), approving, among other things, a process for the Debtors' assumption and assignment of certain executory contracts, unexpired leases, and other agreements of the Debtors (the "Assumed Contracts" listed on Exhibit A attached hereto) in connection with the sale of the Loan Origination Platform (as defined in the Bidding Procedures Order).[2]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

[2] Except as further described below, capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Emergency Motion of Debtors and Debtors in Possession for (i) an Order (a) Approving Bidding Procedures in Connection With Auction of Loan Origination Platform Assets, (b) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (c) Scheduling Hearing to Consider Proposed Sale of Loan

2. Certain of the Debtors currently intend to assume the Assumed Contracts and assign them to the Successful Bidder under the terms of the Asset Purchase Agreement, dated as of _____, 2007 between the Debtors thereto (the "Sellers") and the Successful Bidder (the "APA"), for the Loan Origination Platform and pursuant to the bidding procedures (the "Bidding Procedures") approved by the Bankruptcy Court in the Bidding Procedures Order.

3. As required by the Bidding Procedures Order, the Debtors are providing each non-debtor party to the Assumed Contracts (and to RBC Mortgage Company and RBC Holdco Corporation (collectively, "RBC"), collectively as assignor and/or assignee) such financial or other information setting forth the Qualified Bidder's assurance of future performance under section 365 of the Bankruptcy Code as provided by the Qualified Bidder to the Debtors.

4. If, prior to or at the Auction, the Successful Bidder designates any additional Assumed Contracts, then the Debtor shall provide as promptly as possible after the conclusion of the Auction to any non-debtor counterparty (and to RBC as assignor and/or assignee) to such additional Assumed Contract (i) a Notice of Assumption and Assignment related to any such additional Assumed Contract and (ii) the Successful Bidder's financial or other information of adequate assurance of future performance.

5. Notwithstanding any other provision of the Bidding Procedures Order (including the Exhibits attached thereto), after the Auction and/or Sale Hearing the Debtors may move the Court to assume and assign any additional executory contracts or unexpired leases not previously identified by the Successful Bidder.

6. The Successful Bid will be subject to approval by the Bankruptcy Court. The hearing to approve the sale of the Loan Origination Platform to the Successful Bidder (the "Sale Hearing") will take place on May 15, 2007 at 1:30 p.m. (prevailing Eastern time), or at such time thereafter as counsel may be heard, before the Honorable Kevin J. Carey, United States Bankruptcy Court, District of Delaware, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801. The Sale Hearing may be adjourned with the consent of the Successful Bidder from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

7. All objections to the sale of the Loan Origination Platform or to the assumption and assignment of any Assumed Contracts (other than as to the adequate assurance of future performance), must be filed and served so as to be received by (i) the United States Trustee for the District of Delaware, Attention: Joseph J. McMahon, Jr., Esq.; (ii) O'Melveny & Myers LLP, 275 Battery Street, Suite 2600, San Francisco, CA 94111, Attention: Suzzanne S.

---

Origination Platform Assets and Approving Form and Manner of Notice Thereof and (d) Granting Related Relief and (ii) an Order (a) Approving the Proposed Sale and (b) Granting Related Relief [Dkt. No. 150] ("Bidding Procedures Motion"). At the hearing on the Bidding Procedures Motion, the Debtors clarified that they only sought relief with regard to the Wholesale Division (as defined in the Bidding Procedures Motion) and the sale of substantially all of the assets related to the Wholesale Division, and not with regard to the Retail Division (as defined in the Bidding Procedures Motion). Accordingly, any reference herein to the Loan Origination Platform refers only to the assets related to the Wholesale Division.

LA3:1131593.1
RLF1-3136717-4

Uhland, Esq. and Brophy Christensen, Esq., and O'Melveny & Myers, LLP, 400 S. Hope Street, Los Angeles, CA 90071, Attention: Ben H. Logan, Esq. (attorneys for the Debtors); (iii) Richards, Layton & Finger, P.A., One Rodney Square, Wilmington, DE 19899, Attention: Mark D. Collins, Esq. (attorneys for the Debtors); (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022, Attention: Mark S. Indelicato, Esq. and Blank Rome, LLP, Chase Manhattan Centre, 1201 Market Street, Suite 800, Wilmington, DE 19801, Attention: Bonnie Glantz Fatell, Esq. (attorneys for Creditors' Committee); and (v) any party entitled to notice under Local Rule 2002-1(b); all so as to be received no later than May 11, 2007 at 5:00 p.m. (prevailing Eastern Time). Any objection based on adequate assurance of future performance must be filed and served so as to be received by each of the parties identified in this paragraph no later than May 14, 2007, at 12:00 p.m. (noon) (prevailing Eastern Time). All objections must state with specificity the nature of such objection and will be heard by the Court at the Sale Hearing.

8. The effective date of any assumption and assignment of any Assumed Contract shall be the date of closing of the sale of the Loan Origination Platform. Any cure amounts to be paid under any Assumed Contract will be paid after such cure amount is fixed by the Court after notice and a hearing or agreed upon by the parties.

9. Except as provided herein, the failure of any objecting person or entity to timely file its objection shall be a bar to the assertion, at the Sale Hearing or thereafter, of any objection to the Bidding Procedures Motion or the Debtors' assumption and assignment of any Assumed Contract, or the consummation and performance of the Sale of the Loan Origination Platform with the Successful Bidder, including the transfer free and clear of all liens, claims, encumbrances, and interests of the assets constituting the Loan Origination Platform transferred as part of the Sale.

10. A pertinent Debtor's decision to assume and assign to the Successful Bidder the Assumed Contracts is subject to Court approval and closing of the sale of the Loan Origination Platform. Accordingly, absent such approval and closing, any of the Assumed Contracts shall not be deemed assumed nor assigned, and shall in all respects be subject to further administration under the Bankruptcy Code. The inclusion of any document on the list of Assumed Contracts shall not constitute or be deemed to be a determination or admission by any Debtor or Successful Bidder that such document is, in fact, an executory contract or unexpired lease within the meaning of the Bankruptcy Code (all rights with respect thereto being expressly reserved).

Dated: April _, 2007
      Wilmington, Delaware

                      Mark D. Collins (No. 2981)
                      Michael J. Merchant (No. 3854)
                      Marcos A. Ramos (No. 4450)
                      RICHARDS, LAYTON & FINGER, P.A.
                      One Rodney Square
                      P.O. Box 551
                      Wilmington, Delaware 19899
                      (302) 651-7700

                            -and-

                      Suzzanne S. Uhland
                      Ben H. Logan
                      Brian Metcalf
                      O'MELVENY & MYERS LLP
                      275 Battery Street
                      San Francisco, California 94111
                      (415) 984-8700

                      PROPOSED ATTORNEYS FOR DEBTORS
                      AND DEBTORS IN POSSESSION