## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al., [1] | : |  |
|  | : | Jointly Administered |
| Debtors | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management

Services, LLC and a member of the bar of this Court, do hereby declare that on April 14,

2007, pursuant to paragraph 12 of the Order (A) Approving Bidding Procedures and Bid

Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to

Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice

Thereof and (C) Granting Related Relief [Docket No. 226], I caused true and correct

copies of the following to be served upon the Master Mailing Matrix as set forth on a list

maintained by Debtors' counsel and available upon request, as well as those parties on

the attached Exhibits A through E by United States Postal Service first class mail:

---

[1]     The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Sale Hearing**

Dated: April 26, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
  SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

## Lienholders

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Access Investments II Llc | | 18400 Von Karman Ave | Ste 1000 | | Irvine | CA | 92612 | | | | |
| Americit Credit Corporation | | 2000 West American Cir Dr | | | Irvine | CA | 92612 | | | | |
| Aspen Funding Corp | C/o Amacar Group Llc | 6525 Morrison Blvd | Ste 318 | | Charlotte | NC | 28211 | | | | |
| Aspen Funding Corp | | 60 Wall St | | | New York | NY | 10005 | | | | |
| Bank Leumi Leasing Corporation | | 562 Fifth Ave | | | Nv | NY | 10036 | | | | |
| Bank Of America Na | Tx1 492 66 01 | 901 Main St | 66th Fl | | Dallas | TX | 75202-3714 | | | | |
| Bank Of America Na | Tx 1 492 66 01 | 901 Main St | 66th Fl | | Dallas | TX | 75202-3714 | | | | |
| Bank Of America Na | | Tx 492 66 01 | 901 Main St | 66th Fl | Dallas | TX | 75202-3714 | | | | |
| Bank Of America Na | | 301 Main St | 66th Fl | | Dallas | TX | 75202 | | | | |
| Bank Of America Na | | 901 Main St | 66th Fl | | Dallas | TX | 75202-3714 | | | | |
| Bank Of America Na | | 901 Main St | 66th Fl | Tx1 492 66 01 | Dallas | TX | 75202-3714 | | | | |
| Bank Of The West | As Administrative Agent | 3000 S Grand Ave | Mail Code Sc Cal 005 A | | Los Angeles | CA | 90071 | | | | |
| Barclays Bank Plc | | 200 Pk Ave | | | New York | NY | 10166 | | | | |
| Carrington Mortgage Credit Fund I Lp | | 9 Greenwich Office Pk | | | Greenwich | CT | 06831 | | | | |
| Cdc Mortgage Capital Inc | | 9 West 57th St | | | Nv | NY | 10019 | | | | |
| Charter One Vendor Finance Llc | | 2300 Cabot Dr | Ste 355 | | Lisle | IL | 60532 | | | | |
| Cit Communications Finance Corporation | | 1 Cit Dr | | | Livingston | NJ | 07039 | | | | |
| Citigroup Global Markets Realty Corp | | 390 Greenwich St | | | Nv | NY | 10014 | | | | |
| Citigroup Global Markets Realty Corp | | 390 Greenwich St | 6th Fl | | New York | NY | 10013 | | | | |
| Consultants Group Commercial Funding Corp | | 660 Newport Ctr Dr | Ste 800 | | Newport Beach | CA | 92660 | | | | |
| Countrywide Home Loans Inc | | 8611 Fallbrook Ave | Mswh51g | | West Hills | CA | 91304 | | | | |
| Credit Suisse First Boston Mortgage Capital Llc | | 11 Madison Ave | | | New York | NY | 10010 | | | | |
| Credit Suisse First Boston Mortgage Capital Llc | | 11 Madison Ave | | | Nv | NY | 10010 | | | | |
| Db Structured Products Inc | | 60 Wall St | | | Nv | NY | 10005 | | | | |
| Deutsch Bank Trust Company Americas As Collateral Agen | | 60 Wall St | Ms Nyc 60 2606 | | Nv | NY | 10005 | | | | |
| Deutsch Bank Trust Company Americas As Collateral Agen | | 60 Wall St | 26th Fl | | Nv | NY | 10005 | | | | |
| Deutsch Bank Trust Companies Americas | Collateral Agent | 60 Wall St | Ms Nyc | | Nv | NY | 60-2606 | | | | |
| Deutsche Bank Trust Company Americas | | 60 Wall St | 26th Fl | | Nv | NY | 10005-2606 | | | | |
| Deutsche Bank Trust Company Americas As Trustee | | 1761 E St Andrew Pl | | | Santa Ana | CA | 92705 | | | | |
| Federal National Mortgage Association | | 3900 Wisconsin Ave | Nw | | Washington | DC | 20016-2892 | | | | |
| Gemini Securitization Corp Llc | C/o Ropes & Gray Llc | One International P | | | Boston | MA | 02110 | | | | |
| General Electric Capital Corporation | | 1961 Hirst Dr | | | Moberly | MO | 65270 | | | | |
| General Electric Capital Corporation | | 2400 E Katella Ave | Ste 800 | | Anaheim | CA | 92806 | | | | |
| General Electric Capital Corporation | | 311 N Bayshore Dr | | | Safety Harbor | FL | 34695 | | | | |
| General Electric Capital Corporation | | 4 N Pk Dr | | | Hunt Valley | MD | 21030 | | | | |
| General Electric Capital Corporation | | 7 Sentry Pkwy | | | Blue Bell | PA | 19422 | | | | |
| Gmac Commercial Finance Llc | | 600 Galleria Pkwy | Ste 200 | | Atlanta | GA | 30339 | | | | |
| Gmac Commercial Financial Llc | | 210 Interstate North Pkwy | 15th Fl | | Atlanta | GA | 30339 | | | | |
| Goldman Sachs Mortgage Company | | 85 Broad St | Ste 315 | | New York | NY | 10004 | | | | |
| Greenwich Capital Financial Products Inc | | 600 Steamboat Rd | | | Greenwich | CT | 06830 | | | | |
| Guaranty Bank | | 8333 Douglas Ave | | | Dallas | TX | 75225 | | | | |
| Heinemann Dale Scott | | C/o 32106 Alvarado Blvd 381 | | | Union City | CA | 94587 | | | | |
| Ics Capital | | 1738 Bass Rd | | | Macon | GA | 31210-1043 | | | | |
| Ixis Real Estate Capital Inc | | 9 West 57th St | | | Nv | NY | 10019 | | | | |
| Johnson Kurt F | | C/o 32106 Alvarado Blvd | 381 | | Union City | CA | 94587 | | | | |
| Missori Center Partners | | PO Box 2675 | | | El Centro | CA | 92243 | | | | |
| Morgan Stanley Mortgage Capital Inc | As Agent | 1221 Ave Of The Americas | | | Nv | NY | 10020 | | | | |
| Morgan Stanley Mortgage Capital Inc As Agen | | 1221 Ave Of The Americas | 27th Fl | | Nv | NY | 10020 | | | | |
| Morgan Stanley Mortgage Capital Inc As Agen | | 1221 Ave Of The Americas | | | New York | NY | 10020 | | | | |

## Lienholders

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Morgan Stanley Mortgage Capital Inc As Agen | | 1221 Ave Of The Americas 27th Fl | | | New York | NY | 10020 | | | | |
| Morgan Stanley Mortgage Capital Inc As Agen | | 1221 Ave Of The Americas 27th Fl | | | Nv | NY | 10020 | | | | |
| Nc Capital Corporation | | 18400 Von Karman | | | Irvine | CA | 92612 | | | | |
| New Century Funding A | | 18400 Von Karman | | | Irvine | CA | 92612 | | | | |
| New Century Funding I Wilmington Trust Compan | | | | | Wilmington | DE | 19890 | | | | |
| New Century Mortgage Securities Inc | | 184 Von Karman Ste 1000 | | | Irvine | CA | 92612 | | | | |
| New Century Mortgage Securities Inc | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92612 | | | | |
| New Century Mortgage Securities Inc | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92512 | | | | |
| Newport Funding Corp | C/o Ameicar Group Llc | 6525 Morrison Blvd | Ste 318 | | Charlotte | NC | 28211 | | | | |
| Pj6 International Inc | | 195 Chastain Meadows Ct | 112 | | Kennesaw | GA | 30144 | | | | |
| Pj6 International Inc | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92616 | | | | |
| St Andrew Funding Turst C/o New Century Mortgage | As Admin For Galleon Capital Corp | One Lincoln St | | | Boston | MA | 02111 | | | | |
| State Street Global Markets | | 2550 N Loop West | Ste 500 | | Houston | TX | 77092 | | | | |
| Sterling Bank | | | | | | | | | | | |
| The Cit Group/equipment Financing | | PO Box 27248 | | | Tempe | AZ | 85285-7248 | | | | |
| Us Bancorp Equipment Finance Inc | | | | | | | | | | | |
| Us Bancorp Leasing & Financia | | 7659 Sw Mohawk St | | | Tualatin | OR | 97062 | | | | |
| Us Bank National Association | As Indenture Trustee | 180 E Fifth St | | | St Paul | MN | 55101 | | | | |
| Us Bank National Association | As Indenture Trustee | | | | | | | | | | |
| Ubs Real Estate Securities Inc | | 1251 Ave Of The Americas | 22nd Fl | | Nv | NY | 10020 | | | | |
| Ubs Real Estate Securities Inc | | 1285 Ave Of The Americas | | | New York | NY | 10019 | | | | |
| United California Capita | | 201 N Civic Dr | | | Walnut Creek | CA | 94596 | | | | |
| United California Capita | | PO Box 230789 | | | Portland | OR | 97281 | | | | |
| Us Bancorp Equipment Financial Inc | | 1251 Ave Of The Americas | 22nd Fl | | New York | NY | 10019 | | | | |
| Usb Real Estate Securities Inc | | C/o 3625 Amur Maple Dr | | | Bakersfield | CA | 93311 | | | | |
| Whitwood Jason Allen | | | | | | | | | | | |
| Carrington Mortgage Services LLC | Bruce Rose & Diane Citron | c/o Carrington Capital Management | 599 Putnam Ave | | Greenwich | CT | 06830 | | | | |
| Mayer Brown Rowe & Maw LLP | Elizabeth Raymonc | 71 S Wacker Dr | | | Chicago | IL | 60606 | | | | |

# Exhibit B

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| US Attorneys Office | Ellen W Slights | 1007 Orange St | 7th Fl | | Wilmington | DE | 19899-2046 |
| State of Delaware | Randy Weller MS 25 | Div of Revenue | 820 N French St | 8th Fl | Wilmington | DE | 19801-0820 |
| Office of the US Trustee | | 844 King St | Ste 2313 | Lockbox 35 | Wilmington | DE | 19801-3519 |
| Division of Unemployment Ins | Department of Labor | 4425 N Market St | | | Wilmington | DE | 19802 |
| Delaware Sec of State | Division of Corporations | Franchise Tax Division | PO Box 7040 | | Dover | DE | 19903 |
| Sec of the Treasury | | PO Box 7040 | | | Dover | DE | 19903 |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz | Rm 1150 | | Baltimore | MD | 21201 |
| SEC | Nathan Fuchs | 233 Broadway | | | New York | NY | 10279 |
| SEC | | 15th & Pennsylvania Ave NW | | | Washington | DC | 20020 |
| US Department of Justice | Alberto P Gonzales | US Attorney General | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |

# Exhibit C

| Company Name | Notice Name | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Banking Bureau | | 810 First Street NE, Suite 701 | | Washington | DC | 20002 | |
| Board of Financial Institutions | Gail Fletcher or Bill Gilbert | 1015 Sumter St., 3rd Floor | | Columbia | SC | 29201 | |
| Bureau of Financial Institutions | Nicholas Kyrus | 1300 E. Main St., #800 | | Richmond | VA | 23218 | |
| Commissioner of Banking | Sue Clark and Kirk Brisson | 89 Main St., Drawer 20 | | Montpelier | VT | 5620 | |
| Consumer Credit Commissioner | Phyllis Wolfenbarger, Emily Nacrelli | 2601 N. Lamar Blvd. | | Austin | TX | 78705-4294 | |
| Consumer Credit Notification | Iowa Attorney General | 1305 E. Walnut Street | | Des Moines | IA | 50319 | |
| Department of Audit/Division of Banking Uniform Consumer Credit Code | Gene Anderson | 122 W 25th St. | Herschler Bldg., 3rd Floor | Cheyenne | WY | 82002 | |
| Department of Banking & Finance | | 1230 "O" Street, Suite 400 | | Lincoln | NE | 68509-5006 | |
| Department of Banking & Insurance | | 20 West State St., CN-040 | | Trenton | NJ | 8625 | |
| Department of Banking and Consumer Finance | Sarah Shaws | 501 N. West Street | | Jackson | MS | 39201 | |
| Department of Banking Consumer Credit Division | Maria Burgos | 260 Constitution Plaza | | Hartford | CT | 6103 | |
| Department of Banking Licensing Division | Linda Joslin | 17 N. Second Street, Suite 1300 | | Harrisburg | PA | 17101-2290 | |
| Department of Business Regulation Division of Banking | John Ditoro, Rebecca Specht | 233 Richmond St., #231 | | Providence | RI | 02903-4231 | |
| Department of Commerce | Robin Brown | 85 7th Place East, Suite 500 | | St. Paul | MN | 55101 | |
| Department of Commerce | Robert Dillon, Luanna Girfen | Division of Consumer Finance | | Columbus | OH | 43215 | |
| Department of Commerce | Karen Dimmit, Tom Tucker & Cris Lanheiser | 301 South Park, Ste. 316 | 77 South High St., 21st Floor | Helena | MT | 59620 | |
| Department of Commerce | Ms. Donna Zellinger | Division of Banking & Financial Institutions | 301 S. Park, Ste. 316 | Helena | MT | 59620 | |
| Department of Commerce & Regulation Division of Banking | Brenda | 217 ½ West Missouri | | Pierre | SD | 5750 | |
| Department of Commerce and Consumer Affairs | Business Registration Division King Kalakaua Building | 335 Merchant Street, Rm. 201 | | Honolulu | HI | 96813 | |
| Department of Community & Economic Development | | 150 Third St. | | Juneau | AK | 99801 | |
| Department of Consumer and Business Services and Corporate Securities | Kirsten Jepson | 350 Winter St., NE, Room 410 | | Salem | OR | 97310-0768 | |
| Department of Consumer Credit | | 4545 N. Lincoln Blvd., #104 | | Oklahoma City | OK | 73105 | |
| Department of Corporations | DiKun Burns | 320 West 4th St., Suite 750 | | Los Angeles | CA | 90013-1105 | |
| Department of Finance | Colleen Adams | 800 Park Blvd., Ste 200 | | Boise | ID | 83712 | |
| Department of Financial Institutions | Lisa Fisher | 2000 Schafer St., Ste. G | | Bismarck | ND | 58501-1204 | |
| Department of Financial Institutions | | 30 South Meridian St., Suite 300 | | Indianapolis | IN | 46204 | |
| Department of Financial Institutions | | 511 Union St, Ste. 400 | John Sevier Bldg., 4th Floor | Nashville | TN | 37219 | |
| Department of Financial Institutions/Division of Consumer Services | Mrs. Kee McDonnell. | 150 Isreal Road SW | | Tumwater | WA | 98501 | |
| Department of Financial Institutions/Divisiong of Mortgage Banking | Kay Westbrock | 345 W. Washington Ave | | Madison | WI | 53703 | |
| Department of Financial Services | Kathy Culpepper | Office of Financial Regulation | 200 E. Gaines Street | Tallahassee | FL | 32399-0300 | |
| Department of Savings and Mortgage Lending | Phyllis Wolfenbarger, Emily Nacrelli | 2601 N. Lamar, Suite 201 | | Austin | TX | 78705-4294 | |
| Dept. of Labor, Licensing & Regulation | George Kinsel | 500 N. Calvert St., Suite 402 | | Baltimore | MD | 21202 | |
| Dept. of Labor, Licensing & Regulation | Juanita McGill – Relocation/Name Changes | 500 N. Calvert St., Suite 402 | | Baltimore | MD | 21202 | |
| Dept. of Labor, Licensing & Regulation | Nerry Mitchell | 500 N. Calvert St., Suite 402 | | Baltimore | MD | 21202 | |
| Dept. of Labor, Licensing & Regulation | Terri Jackson – Licensing | 500 N. Calvert St., Suite 402 | | Baltimore | MD | 21202 | |
| Division of Banking | | 200 E. Grand Ave., #300 | | Des Moines | IA | 50309 | |
| Division of Banks & Loan Agency | Bonita Irving | One South Station | | Boston | MA | 2110 | |
| Division of Banks & Loan Agency | Karen Spezzale / Tiffany Fowle | One South Station | | Boston | MA | 2110 | |
| Division of Banks & Real Estate | Diane Morgan | 500 East Monroe | | Springfield | IL | 62701 | |
| Division of Finance | | 301 West High St., Suite 630 | | Jefferson City | MO | 65102-0836 | |
| Division of Real Estate | John Berg | 160 E. 300 South | | Salt Lake City | UT | 84111 | |
| Division of Real Estate | John Berg | Box 146800 | | Salt Lake City | UT | 8411-6800 | |
| Financial Institutions Division | Regulation and Licensing Department | 2550 Cerrillos Rd., 3rd Floor | | Santa Fe | NM | 87505 | |
| Mortgage Lending Division | Office of the Commissioner | Las Vegas Office: | 3075 E. Flamingo Suite 104-A | Las Vegas | NV | 89121 | |
| Mortgage Lending Division | Sheila Walther, Examiner | Carson City Office | 400 W. King Street, Suite 101 | Carson City | NV | 89703 | |
| Office of Bank Commissioner | Linda Austin | 64B Old Suncook Rd. | | Concord | NH | 3301 | |
| Office of Consumer Credit Regulation | | 35 State House Station | | Augusta | ME | 04333-0035 | |

| Agency | Contact | Address | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of Financial & Insurance Services | Mark Wiegold | Mortgage & Consumer Finance Section | 611 Ottawa, 3rd Floor | Lansing | MI | 48933 |
| Office of Financial & Insurance Services | Pam Baker | Mortgage & Consumer Finance Section | 611 Ottawa, 3rd Floor | Lansing | MI | 48933 |
| Office of Financial Institutions | Gary Thurman, Licensing Mgr. | 1025 Capital Center Drive, Suite 200 | | Frankfort | KY | 40601 |
| Office of Financial Institutions | Dann Dominguez | 8660 United Plaza Blvd., 2nd Floor | | Baton Rouge | LA | 70809-7024 |
| Office of State Bank Commission | Debbie Richardson | 700 SW Jackson St., Ste. 300 | | Topeka | KS | 66603-3758 |
| Office of the Commissioner of Banks | Will Langston | 316 W. Edenton Street | | Raleigh | NC | 27603 |
| Office of the State Bank Commissioner | Quinn Miller, Sheila Williams | 555 E. Loockerman St., #210 | | Dover | DE | 19901 |
| Securities Department | Charles F. Hardley, Asst. Commissioner | Heritage West Building, Suite 300, | 201 East Markham St | Little Rock | AR | 72201-1692 |
| State Banking Department | Mr. Zaidman | One State Street | | New York | NY | 10004-1417 |
| State Banking Dept. Licensing Section | Jeremy Windham | 401 Adams Ave., Ste. 680 | | Montgomery | AL | 36104-4350 |
| State Banking Dept. Licensing Section | | 2910 N. 44th St., #310 | | Phoenix | AZ | 85018 |
| Uniform Consumer Credit Code | Claire Lewis | 1525 Sherman St., 7th Floor | | Denver | CO | 80203 |
| Utah Department of Financial Institutions | Bonnie West and Ken Gortena | Department of Financial Institutions, | 324 South State Street, Suite 201 | Salt Lake City | UT | 84110 |
| West Virginia Division of Banking | Tracy Hudson and Maria Gardner | 1900 Kanawha Blvd., East | | Charleston | WV | 25305-0240 |

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Board Of Financial Institutions | Gail Fletcher And Bill Gilbert | Consumer Finance Division | 1015 Sumter St 3rd Fl | | Columbia | SC | 29201 | |
| Bureau Of Banking | | 810 First St Ne Ste 700 | | | Washington | DC | 20002 | |
| Bureau Of Banking | Jerome Mcarthur | 810 First St Ne Ste 700 | | | Washington | DC | 20002 | |
| Bureau Of Banking | Steven Taylor | 810 First St Ne Ste 700 | | | Washington | DC | 20002 | |
| Bureau Of Financial Institutions | Nicholas Kyrus | 1300 E Main St 800 | PO Box 640 | | Richmond | VA | 23218 | |
| Commissioner Of Banking | Sue Clark And Kirk Brisson | 89 Main St Drawer 20 | | | Montpelier | VT | 05692-3101 | |
| Consumer Credit Commissioner | Phyllis Wollenbarger And Emily Nacrelli | 2601 N Lamar Blvd | | | Austin | TX | 78705-4294 | |
| Department Of Audit/division Of Banking Uniform | | Consumer Credit Code Herscher Bldg 3rd Fl | East 122 W 25th St | | Cheyenne | WY | 82002 | |
| Department Of Banking | Gene Anderson | Consumer Credit Division | 260 Constitution Plaza | | Hartford | CT | 06103 | |
| Department Of Banking | Maria Burgos | Licensing Division | 333 Market St 16th Fl | | Harrisburg | PA | 11701 | |
| Department Of Banking & Finance | Larry Shelley | 2990 Brandywine Rd 200 | | | Atlanta | GA | 30341-5565 | |
| Department Of Banking & Finance | Bobby Luebbe | 1200 N St 311 | PO Box 95006 | | Lincoln | NE | 68509-5006 | |
| Department Of Banking And Consumer Finance | Brea Cole | 901 Woolfolk Building Ste A | 501 N West St | | Jackson | MS | 39201 | |
| Department Of Banking And Consumer Finance | Brea Cole | PO Box 23729 | | | Jackson | MS | 39225-3729 | |
| Department Of Banking And Insurance | Jill Breslin And Marie Perfetti | 20 West State St Cn 040 | | | Trenton | NJ | 08625 | |
| Department Of Business Regulation | John Dicoro Rebecca Specht And Ray Oloughlin | Division Of Banking | 233 Richmond St 231 | | Providence | RI | 02903-4231 | |
| Department Of Commerce | Robin Brown | 133 E Seventh St | | | St Paul | MN | 55101 | |
| Department Of Commerce | Tom Tucker And Cris Lanheiser | 846 Front St | | | Helena | MT | 59620 | |
| Department Of Commerce | John Berg | Division Of Real Estate | 160 East 300 South | | Salt Lake City | UT | 84111 | |
| Department Of Commerce & Consumer Affairs | Gary Ruby And Roy Maede | Division Of Financial Institutions | PO Box 2054 | | Honolulu | HI | 96805 | |
| Department Of Commerce & Consumer Affairs | Gary Ruby And Roy Maeda | Division Of Financial Institutions | 335 Merchant St Room 221 | | Honolulu | HI | 96805 | |
| Department Of Commerce & Regulation Division Of Banking | Tammi Watkins Or Brenda | 500 East Capitol Ave | | | Pierre | SD | 57501-5070 | |
| Department Of Community & Economic Development | | 150 Third St | | | Juneau | AK | 99801 | |
| Department Of Consumer And Business Services And Corporate Securities | Kirsten Jepson | 350 Winter St NE Room 21 | | | Salem | OR | 97310-7768 | |
| Department Of Consumer Credit | Karin Banks | 4545 N Lincoln Blvd 104 | | | Oklahoma City | OK | 73105 | |
| Department Of Finance | Colleen Adams | 800 Pk Blvd Ste 200 | | | Boise | ID | 83712 | |
| Department Of Financial Institutions | Lisa Fisher | 2000 Schafer St Ste G | | | Bismarck | ND | 58501-1204 | |
| Department Of Financial Institutions | Carl Scott | John Sevier Bldg 4th Fl | 511 Union St Ste 400 | Nashville City Ctr | Nashville | TN | 37219 | |
| Department Of Financial Institutions | Bonnie West And Ken Goiterea | 324 South State St 201 | | | Salt Lake City | UT | 84110-0089 | |
| Department Of Financial Institutions | Ann Campbell And Kee Mcdonnell | Division Of Consumer Services | 150 Israel Rd Sw | | Tumwater | WA | 98501 | |
| Department Of Financial Institutions | Ann Campbell And Kee Mcdonnell | PO Box 41200 | | | Olympia | WA | 98504-1200 | |

| Agency | Contact | Address | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Department Of Financial Institutions | Kay Westbrock | Division Of Mortgage Banking | 345 W Washington Ave | | Madison | WI | 53703 |
| Department Of Financial Institutions | Kay Westbrock | PO Box 7876 | | | Madison | WI | 53707-7876 |
| Department Of Savings And Loan | David Delarosa | 2601 N Lamar Blvd Ste 201 | | | Austin | TX | 78705-4294 |
| Dept Of Commerce | Bob Dillon And Luanna Gliften | Division Of Consumer Finance | 77 South High St 21 St Fl | | Columbus | OH | 43266-0121 |
| Dept Of Labor Licensing & Regulation | Nerry Mitchell | 500 N Calvert St Room 402 | | | Baltimore | MD | 21202 |
| Division Of Banking | Craig Christiansen And Stewart Mcgee | 200 E Grand Ave 300 | | | Des Moines | IA | 50309 |
| Division Of Banks & Loan Agency | Tiffany Fowlie | One South Station | | | Boston | MA | 02110 |
| Division Of Banks & Loan Agency | Bonita Irving | One South Station | | | Boston | MA | 02110 |
| Division Of Banks & Real Estate | Diane Morgan | 310 S Michigan Ave 2130 | | | Chicago | IL | 60604 |
| Division Of Consumer Credit | Mark Tarpey And Ed Ley | 402 W Washington Room W 066 | | | Indianapolis | IN | 46204-2759 |
| Division Of Finance | Greg Barlow Steve Geary And Gerry James | 301 West High St Room 630 | PO Box 200546 | | Jefferson City | MO | 65102-0836 |
| Financial Institutions Division | Henry Vigil | Regulation And Licensing Department | 2550 Cerrillos Rd | | Santa Fe | NM | 85705 |
| Mortgage Lending Division | Sheila Walther And Heather Hongan | 400 W King St Ste 406 | | | Carson City | NV | 89703 |
| New York State Banking Department | | Regulation State House Station 35 | | | New York | NY | 10004-1417 |
| Office Of Bank Commissioner | Linda Austin | One State St | | | Concord | NH | 03301 |
| Office Of Consumer Credit | Richard Howard | 64b Old Suncook Rd | | | Augusta | ME | 04333-0035 |
| Office Of Financial & Insurance Services | Mark Wiegold And Pam Baker | Mortgage & Consumer Finance Section | 611 Ottowa 3rd Fl | | Lansing | MI | 48933 |
| Office Of Financial Institutions | Gary Thurman | 1025 Capital Cir Dr Ste 200 | | | Frankfort | KY | 40601 |
| Office Of Financial Institutions | Dann Domingue And John Brand | 8660 United Plaza Blvd 2nd Fl | | | Baton Rouge | LA | 70809-7024 |
| Office Of Financial Regulation | Kathy Coldpepper | Department Of Financial Services | 200 E Gaines St | | Tallahassee | FL | 32399-0300 |
| Office Of State Bank Commission | Debbie Richardson | 700 Sw Jackson St 1001 | | | Topeka | KS | 66603-3758 |
| Office Of The Commissioner Of Banks | Hal Lingerseft And Will Langston | 316 W Edenton St | | | Raleigh | NC | 27603 |
| Office Of The State Bank Commissioner | Quinn Miller | 555 E Loockerman St 210 | | | Dover | DE | 19901 |
| Securities Department | Charles F Handley And David Jones | Heritage West Building 300 | 201 East Markham St | | Little Rock | AR | 72201-1692 |
| State Banking Dept Licensing Section | Jerry Brewer | 401 Adams Ave Ste 680 | | | Montgomery | AL | 36130 |
| State Banking Dept Licensing Section | William Teeters | 2910 N 44th St 310 | | | Phoenix | AZ | 85018 |
| Uniform Consumer Credit Code | Sandra Rossenburg | 1525 Sherman St 5th Fl | | | Denver | CO | 80203 |
| West Virginia Division Of Banking | Tracy Hudson And Maria Gardner | Bldg 3 Room 311 | State Capitol Complex | 1900 Kanawha Blvd East | Charleston | WV | 25305-0240 |

# Exhibit D

New Century
20231st

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Acqeis Gordon & Co | Jed A Hart | 245 Park Ave 20th Fl | | | New York | NY | 10167 | |
| Adcox & Gordon PA | Don A Beamon Esq | 500 Delaware Ave | 8th Fl | | Wilmington | DE | 19999 | |
| Adcox & Gordon PA | William P Bowden & Gregory A Taylor | 500 Delaware Ave | 8th Fl | | Wilmington | DE | 19999 | |
| Attorney for SIRVA Relocation | Glenn M Reisman Esq | Two Corporate Dr Ste 234 | | | Shelton | CT | 06484 | |
| Attorney General's Office | Bankruptcy Department | Carvel State Office Bldg 820 N French St 6th Fl | | | Wilmington | DE | 19801 | |
| Attorney General's Office | Bankruptcy Department | Carvell State Ofc Box 12548 | | | Austin | TX | 78711-2548 | |
| Attorney General's Office | Bankruptcy Department | 1300 I St Ste 1740 | | | Sacramento | CA | 95814 | |
| Attorney General's Office | Bankruptcy Department | 200 St Paul Place | | | Baltimore | MD | 21202-2202 | |
| Bankers Lifeschi Beyner & Conaway LLP | Blair A Nerhusit Esq | 12461 Nw53th Pl Ste 300 | | | San Diego | CA | 92130 | |
| Bernstein Litowitz Berger & Grossmann LLP | Salvator J Graziano Esq | 1285 Avenue of the Americas | | | New York | NY | 10019 | |
| Bernstein Litowitz Berger & Grossmann LLP | Ian Connor B Puritz Esq & Gerwen F McDaniel Esq | 600 N King St 2nd Fl Level | | | Wilmington | DE | 19901 | |
| BiPennis Genson LLC | Andrew J Cobb Esq | 150 Federal St | | | Boston | MA | 02110 | |
| Bingham McCutchen LLP | Richard H Agres Esq | One State St | | | Hartford | CT | 06103-3178 | |
| Bingham McCutchen LLP | Robert M Dombroff Esq & Steven Wilamowsky Esq | 399 Park Ave | | | New York | NY | 10022-4689 | |
| Bingham McCutchen LLP | Jeffrey S Sabin Esq | 3994 Manhattan Centre | 1221 Market Street | Suite 800 | New York | NY | 10001 | |
| Brown McCarroll LLP | Patricia B Tomasco | 111 Congress Ave Ste 1400 | | | Austin | TX | 78701 | |
| Bryan Cave LLP | Katherine M Windler Esq | 120 Broadway Ste 300 | | | Santa Monica | CA | 90401-2386 | |
| Bryan Cave LLP | Lawrence P Gottesman Esq & Survonov D Sull Esq | 1290 Ave of the Americas | | | New York | NY | 10104 | |
| Buchanan Ingersoll & Rooney PC | Mary F Caloway Esq & Eric Lopez Schnabel Esq | 1000 West St Ste 1410 | | | Wilmington | DE | 19801 | |
| Caledandre Wickersham & Taft LLP | Howard R Hawkins Jr Esq | One World Financial Center | | | New York | NY | 10281 | |
| California Franchise Tax Board | Bankruptcy Division Chapter 11 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | |
| Campbell & Leven LLC | Mark E Felger Esq & T Hurley | 800 North King Street | Suite 300 | | Wilmington | DE | 19801 | |
| Cetus ISD Prevention ISD City of Princeton Richardson ISD Cedar Hill ISD City of Cedar Hill Wylie/wright ISD City of Wylie/wright City of Allen Arlington ISD Castleberry ISD and Mansfield ISD | Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda | PO Box 13430 | | | Arlington | TX | 76094-0430 | |
| Chadbourne & Parke LLP | Joseph H Smolinsky & Douglas E Deutsch Bankruptcy Department | 30 Rockefeller Plaza | | | New York | NY | 10112 | |
| Comptroller of Public Accounts | | Lyndon B Johnson State Office Building | 111 E 17th St | | Austin | TX | 78774 | |
| Countrywide Home Loans Inc | Paul T Lau Esq & John Query Esq | 5220 Las Virgenes Rd | | | Calabasas | CA | 91302 | |
| Delaware Department Of Justice | Bankruptcy Department | Division Of Securities | 820 N French St 5th Fl | | Wilmington | DE | 19801 | |
| Delaware Dept Of Labor | Secretary | 4425 N Market St | 4th Fl | | Wilmington | DE | 19802 | |
| Delaware Dept Of Natural Resources & Environmental Control | Bankruptcy Department | John A Maybee Secretary | 89 Kings Hwy | | Dover | DE | 19901 | |
| Delaware Sec of State | Division of Corporations | Franchise Tax Division | PO Box 7040 | | Dover | DE | 19903 | |
| Division of Unemployment Ins | Department of Labor | 4425 N Market St | | | Wilmington | DE | 19802 | |
| Dorsey & Whitney LLP | Chris Lenhart Esq | 50 S Sixth St Ste 1500 | | | Minneapolis | MN | 55402-1498 | |
| Eckert Seamans Cherin & Mellott LLC | Michael Busenkell Esq | 300 Delaware Ave Ste 1210 | | | Wilmington | DE | 19801 | |
| Eckert Seamans Cherin & Mellott LLC | Michael G Busenkell Esq | 300 Delaware Ave Ste 12C | | | Wilmington | DE | 19801 | |
| Edwards Angell Palmer & Dodge LLP | William E Chipman Jr Esq | 919 Market St Ste 1500 | | | Wilmington | DE | 19801 | |
| Employee Benefits Security Administration Philadelphia Regional Office | Mabel Capolongo Director | Curtis Ctr | 170 S Independence Mall West Ste 870 West, Second Floor | | Philadelphia | PA | 19106-3317 | |
| Financial Office | Charles J Harris Jr | 65 Trumbull St | | | New Haven | CT | 06510 | |
| Feget & Hoyle LLP(Vars) LLC | | | | | | | | |
| Gebhardt & Smith LLP | Michael G Gaiheston Esq | 901 Market St Ste 451 | | | Wilmington | DE | 19801 | |
| GMAC Commercial Finance LLC | Hernando Azamom | Seven Legal Coordinate | 2000 Town Center Ste 250 | | Southfield | MI | 48075 | |
| Greenwich Capital Financial Products | General Counsel & Funk Divec | 600 Steamboat Rd | | | Greenwich | CT | 06830 | |
| Hahn & Hessen LLP | Mark E Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | | New York | NY | 10022 | |
| Harbor & Williams LLP | Jil Smith & Jason W Harbour | Riverfront Plaza E Tower | 951 E Byrd St | | Richmond | VA | 23219 | |
| IBM Corporation | Vicky Namken | 13800 Diplomat Dr | | | Dallas | TX | 75234 | |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz | Rm 1150 | | Baltimore | MD | 21201 | |
| JH Cohn LLP | Clare Eder | 333 Thornall St | | | Edison | NJ | 08837 | |
| Jeffer Mangels Butler & Marmaro LLP | Barry Freeman Esq & David Poitras Esq | 1900 Ave of the Stars 7th Fl | | | Los Angeles | CA | 90067 | |
| Jaspan Butt LLP | Frank G Butt Esq & Paul A Guerriero Esq & VP Glenn Marton Esq | 1025 Thomas Jefferson St NW | Ste 400 E | | Washington | DC | 20007-5205 | |
| Mayo Schmidel LLP | Margrit E Schmidel & Mark F Liscio | 425 Park Ave | | | New York | NY | 10022 | |
| Kelley Drye & Warren LLP | David E Retter Esq & Christian A Jarolimovich Esq | 101 Park Ave | | | New York | NY | 10178 | |

# Exhibit E

| Name | Notice Name | Address | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Firstar Bank Milwaukee, N.A. | Attention: Structured Finance/New Century 1998-NCI | 180 East Fifth Street | 2nd Floor | | St. Paul | Minnesota | 55101 |
| Firstar Bank Milwaukee, N.A. | Attention: Structured Finance/New Century 1997-NC5 | 180 East Fifth Street | | | St. Paul | Minnesota | 55101 |
| Financial Asset Securities Corp. | | 18400 Von Karman | Suite 1000 | | Irvine | CA | 92612 |
| Deutsche Bank National Trust Company | Attention: Trust Admin-NC05NA, Corporate Trust Services | 1761 East St. Andrew Place | | | Santa Ana | California | 92705-4934 |
| Deutsche Bank National Trust Company | Attention: Trust Admin-NC05NB, Corporate Trust Services | 1761 East St. Andrew Place | | | Santa Ana | California | 92705-4934 |
| Deutsche Bank National Trust Company | Attention: Trust Admin-NC05NC, Corporate Trust Services | 1761 East St. Andrew Place | | | Santa Ana | California | 92705-4934 |
| Deutsche Bank National Trust Company | Attention: Trust Admin-NC05ND, Corporate Trust Services | 1761 East St. Andrew Place | | | Santa Ana | California | 92705-4934 |
| Financial Asset Securities Corp. | Attn: General Counsel | 600 Steamboat Road | | | Greenwich | Connecticut | 06830 |
| First Trust National Association | Attention: Structured Finance/New Century 1997-NC | 160 East Fifth Street | 2nd Floor | | St. Paul | Minnesota | 55101 |
| Firstar Bank Milwaukee, N.A. | | 1555 North River Center Drive | Suite 301 | | Milwaukee | Wisconsin | 53212 |
| Firstar Bank Milwaukee, N.A. | | 1555 North River Center Drive | Suite 301 | | Milwaukee | Wisconsin | 53212 |
| Financial Asset Securities Corp. | Attention: Mortgage Finance Group | Seven World Trade Center | | | New York | NY | 10048 |
| Financial Asset Securities Corp. | Attention: Mortgage Finance Group | Seven World Trade Center | | | New York | NY | 10048 |
| U.S. Bank National Association | Attention: Structured Finance/NC Finance Trust 998-I | 180 East Fifth Street | 2nd Floor | | St. Paul | Minnesota | 55101 |
| U.S. Bank National Association | Attention: Structured Finance/New Century 1999-NCA | 180 East Fifth Street | 2nd Floor | | St. Paul | Minnesota | 55101 |
| U.S. Bank National Association | Attention: Structured Finance/New Century 1999-NCD | 180 East Fifth Street | | | St. Paul | Minnesota | 55101 |