# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------x
: Chapter 11
In re: :
: Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC., :
a Delaware corporation, et al.,[1] : Jointly Administered
:
Debtors :
---------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA :
: SS.
LOS ANGELES COUNTY :

I, Michelle Cano, being duly sworn according to law, deposes and says that I am an Executive Assistant employed by In-House Litigation & Consulting Services, Inc. and that on the April 14, 2007, pursuant to paragraph 13 of the Order (A) Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief [Docket No. 226], I

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

caused true and correct copies of the following to be served on the parties listed on the attached Exhibit A by first class mail:

- **Notice of Sale Hearing**

Dated: April 17, 2007

Michelle Cano
IN-HOUSE LITIGATION CONSULTING
& SERVICES, INC.
10351 Santa Monica Boulevard, #101A
Los Angeles, California 90025
Telephone: (310) 557-9666

# California Jurat Loose Certificate

State of California
County of _____Los Angeles_____ } ss

Subscribed and sworn to (or affirmed) before me this __17__ day of __April__, 20__07__

by __Michelle A. Cane__,

personally known to me or proved to me on the basis of satisfactory evidence to be the

person(s) who appeared before me. Nadia Yaftali, Notary Public

_____
Notary Public Signature                                    Notary Public Seal

```
NADIA YAFTALI
COMM. # 1603054
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMMISSION EXPIRES
AUGUST 27, 2009
```

## Notes

Please provide information about the document that this form is attached to
***This is not required under California State notary public law***

©2005 Golden State Notary          www.GoldenStateNotary.com          (888) 263-1977