## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*,[1] | Case No. 07-10416 (KJC) |
| Debtors. | Jointly Administered |
| | Hearing Date: May 15, 2007 at 1:30 p.m. |
| | Objection Deadline: May 8, 2007 at 4:00 p.m. |

### NOTICE OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PERMITTING ITS MEMBERS TO ENGAGE IN SECURITIES TRADING, LOAN SALES AND OTHER TRANSACTIONS INVOLVING THE DEBTORS AND THEIR RESPECTIVE ASSETS

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

The Official Committee of Unsecured Creditors (the "Committee") of New Century TRS Holdings, Inc., *et al.* filed the **Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order Permitting Its Members To Engage In Securities Trading, Loan Sales And Other Transactions Involving The Debtors And Their Respective Assets** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

-1-

127340.01600/40168518v.1

Wilmington, Delaware 19801 (the "Bankruptcy Court"). A true and correct copy of the Motion is attached hereto.

Objections and other responses to the relief requested in the Motion, if any, must be in writing and be filed with the Bankruptcy Court no later than 4:00 p.m. Eastern Time on **May 8, 2007**.

Any objections or other responses to the Motion, if any, must also be served so that they are received not later than **May 8, 2007** at 4:00 p.m. Eastern Time, by the undersigned.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE KEVIN J. CAREY AT THE BANKRUPTCY COURT ON **MAY 15, 2007 AT 1:30 P.M.** EASTERN TIME.

Dated: April 26, 2007        **BLANK ROME LLP**

/s/ *David W. Carickhoff*
Bonnie Glantz Fatell (DE No. 3809)
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

- and -

-3-

        HAHN & HESSEN LLP
        488 Madison Avenue
        New York, New York 10022
        (212) 478-7200 - Telephone
        (212) 478-7400 - Facsimile
        Attn:    Mark S. Indelicato
                    Mark T. Power

        Proposed Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.*