# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------x
:   Chapter 11
In re: :
:   Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC., :
a Delaware corporation, et al.,[1] :   Jointly Administered
:
Debtors :   Re: Docket No. 290
------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, do hereby declare that on April 18, 2007, I caused true and correct copies of the following to be served upon the Master Mailing Matrix as set forth on a list maintained by Debtors' counsel and available upon request by United States Postal Service first class mail:

- **Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Fixing of Certain Dates** [Docket No. 290]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Dated: April 26, 2007

*[signature]*
Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600