the address to which notices, requests, demands, claims, and other communications hereunder are to be delivered by giving the other Parties notice in the manner herein set forth.

8.6     Publicity. From and after the date of this Agreement, neither Buyer, on the one hand, nor Seller, on the other hand, shall make any news or press release or other public announcement concerning the transactions contemplated by this Agreement; provided, however, that the foregoing shall not preclude communications or disclosures of a Party necessary to comply with any applicable Law, Governmental Authority request or Order, accounting or Securities and Exchange Commission disclosure obligations or the rules of any stock exchange or national market system, in which event, prior to such communication or disclosure, the disclosing Party promptly advises the non-disclosing Party concerning the communication or disclosure it proposes to disseminate and furnishes the non-disclosing Party with a copy of such communication or disclosure for review.

8.7     Governing Law; Jurisdiction; Reference to U.S. Dollars. THIS AGREEMENT SHALL BE CONSTRUED AND ENFORCED IN ACCORDANCE WITH THE INTERNAL LAWS OF THE STATE OF DELAWARE WITHOUT GIVING EFFECT TO RULES GOVERNING THE CONFLICT OF LAWS AND, TO THE EXTENT APPLICABLE, THE BANKRUPTCY CODE. All Actions brought, arising out of or related to this Agreement or the transactions contemplated in this Agreement shall be brought in the Bankruptcy Court, the Bankruptcy Court shall retain jurisdiction to determine any and all such Actions, and each Party hereby irrevocably consents and submits to the personal jurisdiction of and venue in the Bankruptcy Court in any such Action. All references in this Agreement to amounts of money expressed in dollars are references to United States dollars.

8.8     Termination of Buyer's and Seller's Representations, and Warranties. All representations and warranties of Seller under Article 6 of this Agreement shall terminate in their entirety as of the Closing Date. All representations and warranties of Buyer under Article 5 of this Agreement shall terminate on the date that is twelve months after the Closing Date. Except as expressly set forth in Article 6 of this Agreement, Seller makes no representations or warranties to Buyer whatsoever. Buyer acknowledges that the Acquired Assets are being purchased on an "AS IS WHERE IS" basis and that Seller disclaims all other warranties, representations and guaranties, whether express or implied, and has made no representations or warranties as to merchantability or fitness for any particular purpose and no implied warranties whatsoever. Except as expressly set forth in Article 5 of this Agreement, Buyer makes no representations or warranties to Seller whatsoever. Except as expressly set forth in this Agreement, the respective covenants of each of the Parties shall survive the Closing indefinitely.

8.9     Counterparts. This Agreement may be executed by the Parties hereto in separate counterparts, including by facsimile and "portable document format" ("*pdf*"), each of which when so executed and delivered shall be an original, but all such counterparts shall together constitute one and the same instrument. Delivery of an executed counterpart of the signature page to this Agreement by facsimile or pdf shall be as effective as delivery of a manually executed counterpart of this Agreement.

8.10    Amendments and Waivers. No amendment, modification, waiver, replacement, termination or cancellation of any provision of this Agreement will be valid, unless the same will

be in writing and signed by Buyer and Seller.  No waiver by any Party of any default, misrepresentation, or breach of warranty or covenant hereunder, whether intentional or not, may be deemed to extend to any prior or subsequent default, misrepresentation, or breach of warranty or covenant hereunder or affect in any way any rights arising because of any prior or subsequent such occurrence.

8.11    Severability.  The provisions of this Agreement will be deemed severable and the invalidity or unenforceability of any provision will not affect the validity or enforceability of the other provisions hereof; provided that if any provision of this Agreement, as applied to any Party or to any circumstance, is adjudged by a Governmental Authority, arbitrator, or mediator not to be enforceable in accordance with its terms, the Parties agree that the Governmental Authority, arbitrator, or mediator making such determination will have the power to modify the provision in a manner consistent with its objectives such that it is enforceable, and/or to delete specific words or phrases, and in its reduced form, such provision will then be enforceable and will be enforced.

8.12    Expenses.  Except as otherwise expressly provided in this Agreement, Seller, on the one hand, and Buyer, on the other hand, will each bear its own costs and expenses incurred in connection with the preparation, execution and performance of this Agreement and the Transactions contemplated hereby, including all fees and expenses of its own agents, representatives, legal counsel and accountants.

8.13    Construction.

(a)    The Parties hereto are sophisticated and have been represented by lawyers throughout the transactions contemplated hereto who have carefully negotiated the provisions hereof.  As a consequence, the Parties do not intend that the presumptions of California Civil Code Section 1654 and similar laws or rules relating to the interpretation of contracts against the drafter of any particular clause should be applied to this Agreement and, therefore, the Parties hereby waive their effects.

(b)    The article and Section headings herein are inserted for convenience only and will not affect in any way the meaning or interpretation of this Agreement.

8.14    Waiver of Trial by Jury.  Each Party hereby knowingly, voluntarily and intentionally, waives (to the extent permitted by applicable Law) any right it may have to a trial by jury of any dispute arising under or relating to this Agreement and agrees that any such dispute shall be tried before a judge sitting without a jury.

*[Signature page follows]*

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed the day and year first written above.

**ACCESS HOLDINGS CORPORATION**

By: _____
Name:  David Fleig
Title:    President

**NEW CENTURY WAREHOUSE CORPORATION**

By: _____
Name: _____
Title: _____

## **Schedules**

|     | Schedule Number | Schedule Name         |
| --- | --------------- | --------------------- |
| 1.  | 2.1(a)          | Acquired Office Lease |
| 2.  | 2.1(b)          | Personal Property     |
| 3.  | 2.1(d)          | Pledged Loans         |
| 4.  | 2.3(c)          | Seller Contracts      |
| 5.  | 3.1(i)          | Purchase Price        |
| 6.  | 7.5             | Resigned Employees    |

## **Exhibits**

Exhibit A    Form of Assignment and Assumption of Lease (including Landlord's Consent)

Exhibit B    Seller Release

Exhibit C    Buyer Release

Exhibit D    Preservation Notice

Exhibit E    Form of Assignment and Assumption Agreement

Exhibit F    Form of Bill of Sale

Exhibit G    Form of Stock Pledge Agreement

## EXHIBIT A

<u>FORM OF ASSIGNMENT AND ASSUMPTION OF LEASE</u>

# EXHIBIT B

## SELLER RELEASE

# EXHIBIT C

## BUYER RELEASE

# EXHIBIT D

## PRESERVATION NOTICE

# EXHIBIT E

## FORM OF ASSIGNMENT AND ASSUMPTION AGREEMENT

# EXHIBIT F

## FORM OF BILL OF SALE

## EXHIBIT G

<u>FORM OF STOCK PLEDGE AGREEMENT</u>

## Schedule 2.1(a)

## Acquired Office Leases

1.    Commercial lease, dated on or about May 5, 2005, as amended, between Seller and Triple Net Properties Realty, Inc., as Agent for the parties identified therein.

Schedule 2.1(b)

Personal Property

Equipment

Dell Dimension 4600 - Accounting
Dell PowerEdge 2600 - WLS Server
UPS Power Supply/Backup Tapes
WLS Conversion Costs
WLS Conversion Costs
MAS 200 -Ascent Bus Solutions
MAS 200 -Ascent Bus Solutions
HP 3300 Scanner Printer (1)
HP 4250TN Printers (2)
HP 4250TN Printer (1) Dallas
Ascent - MAS 200 Modifications
14 New Dell Dimension 3000 & 1 Dell Inspiron 1150, Partial Pmt
Ascent - MICR Check Printing Solution
Card Scan Equipment
14 New Dell Dimension 3000 & 1 Dell Inspiron 1150, Final Pmt
Ascent - MAS 200 A/R Module
ACT! Contact Mgmt Initial Payment
DataVox - Phone System Installment Pmt
DataVox - Phone System Installment Pmt
Act! Contact Mgmt Final Payment
Dell Laptop Mack Mackenzie
DataVox - Phone System Final Installment
DataVox - Cordless Headset
Dell Power Edge 2800 (2)
MS-Exchange Software, Smart UPS
Act! Contact Mgmt Add'l License
Provantage Server Fax Software
Two Point Messenger 8 Network Fax
Dell Laptop Inspirion Media Center
DataVox - 3 Data Vox Phones
3 HP Desktop DC5100
2 IBM ThinkPad T43 2668
Verizon Wireless - 2 Trio Phones
Printer/Fax/Scanner (PMcDade Office)
HP Inkjet Tricolor HP95 (KFarwell Office)
Verizon Wireless - 1 Trio Phone (Amex)
Ascent - MAS Upgrade V4.10
GFI - Spam User Upgrade
NCEN KST Data - SS Laptop
NCEN KST Data - PM Laptop
NCEN KST Data - KF Laptop

GFI Spam 1yr Renewal
Shareit Ticket System Users
Shareit Ticket System Upgrade Users
Officemax Label Printer
Verizon Wireless - 1 Trio Phone (Sally Shaver)
Symantec V11D Backup System
SHI Symantec V10.1 Year Renewal Anti Virus
HP DL360 G3 Server – ALC Web
HP DL 360 G3 Server – ALC Proxy
HP DL 360 G4p Server – AL ACT
Sonic Wall Pro 3060
Cisco Router 1700 Series – ALC Router 1
Cisco Router 1700 Series – ALC Router 2
APC Power Distribution unit – 106-1
APC Power Distribution unit – 106-2
APC Power Distribution unit – 106-3
Catalyst 2950 Series switches – Internal 1
Catalyst 2950 Series switches – Internal 2
Cisco Secure PIX 525 series firewall – Primary
Cisco Secure PIX 525 series firewall – Secondary
Belkins Pro 2 series switch
HP full height server rack


Furniture and Fixtures

2 Fireproof File Cabinets
Display Board for Conf Room
Executive Art Work
Executive Art Work
Fast Signs-Trade Show Display
DF Office Chair
Shredder Executive Offices
Executive Art Work
Fire Proof (1/2 Cost)
Glass Furniture Top - Various Furniture
Training Room Furniture -Tables, Chairs
Fire Proof (1/2 Cost)
Modular Desk (Office Depot - Credit Dept)
Lateral File (R. Wood Office)
Desk (R. Wood Office)
Desk LH Return (R. Wood Office)
Executive Chair (R. Wood Office)
Guest Chair (2) (R. Wood Office)
2 Drawer File -Amex Office Depot (Credit Dept)
Desk, Credenza (S. Shaver Office)
File Combo (S. Shaver Office)

Executive Chair (S. Shaver Office)
Guest Chair (2) (S. Shaver Office)
File Cabinets in File Room - 14
Office desk/credenza/chair combo – 10 offices
War Room desk
War Room chairs
Modular desk and chairs – 15 spots

Leasehold Improvements

Mohledesign Inc - Design Work New Lease
Mohledesign Inc - Design Work New Lease
NNN Sugar Creek - Electrical Work New Lease
Mohledesign Inc - Schematic Phase
Mohledesign Inc - Contract Documents
EBE, Inc - Construction
Mohledesign Inc - Inv#2408001-1
Mohledesign Inc - Inv#2408000-7
Mohledesign Inc - Inv#2408000-8
Mohledesign Inc - Inv#2408001-2
NNN Sugar Creek - Tenet Pay Buildout
EBE Construction
Mohledesign Inc - Inv#2408000-9
Mohledesign Inc - Inv#2408000-10
EBE Construction
General Cabling & Security - Wire Suite 200
Mohledesign Inc - Inv#2408000-11
Mohledesign Inc - Inv#2408002-1
General Cabling & Security - Wire Suite 200
General Cabling & Security - Wire Suite 200
Mohledesign Inc - Inv#25111-00-1
General Cabling & Security - Final Pmt
Audio/Visual Equipment & Installation 70% Pmt
Dish Network Equipment & Installation
Mohledesign Inc - Inv#2511100
Audio/Visual Equipment & Installation 30% Final Pmt
NNN Sugar Creek - Buildout Change Order
General Cabling & Security - Remote Setup Conf Room
Fastsigns - Logo Front Entrance
Fastsigns - Logo Front Entrance
Fastsigns - Logo Front Entrance
Fastsigns - Logo Front Entrance

Schedule 2.1(d)

Pledged Loans

Sce attached.

Schedule 2.3(c)

Seller Contracts

Seller Warehouse Facilities:

1.      Letter Agreement dated August 9, 2004 between State Street Global Markets, LLC and Access Lending Corporation.

2.      Receivables Purchase Agreement dated August 1, 2001 between Access Investments II, LLC, Galleon Capital Corporation, State Street Global Markets, LLC, and Access Lending Corporation.

3.      First Amendment to Receivables Purchase Agreement dated December 27, 2001 between Access Investments II, LLC, Galleon Capital Corporation, State Street Global Markets, LLC, and Access Lending Corporation.

4.      Second Amendment to Receivables Purchase Agreement dated April 4, 2002 between Access Investments II, LLC, Galleon Capital Corporation, State Street Global Markets, LLC, and Access Lending Corporation.

5.      Third Amendment to Receivables Purchase Agreement dated August 15, 2003 between Access Investments II, LLC, Galleon Capital Corporation, State Street Global Markets, LLC, and Access Lending Corporation.

6.      Fourth Amendment to Receivables Purchase Agreement dated August 10, 2004 between Access Investments II, LLC, Galleon Capital Corporation, State Street Global Markets, LLC, and Access Lending Corporation.

7.      Fifth Amendment to Receivables Purchase Agreement dated February 3, 2006 between Access Investments II, LLC, Galleon Capital Corporation, State Street Global Markets, LLC and New Century Warehouse Corporation.

8.      Sixth Amendment to Receivables Purchase Agreement dated August 10, 2006 between Access Investments II, LLC, Galleon Capital Corporation, State Street Global Markets, LLC and New Century Warehouse Corporation.

9.      State Street Suspension of Funding Letter dated March 12, 2007.

10.     State Street Event of Default Letter dated March 12, 2007.

11.     State Street Letter of Direction dated March 13, 2007.

12.     State Street Letter of Direction dated March 14, 2007.

13.     Purchase Agreement dated August 1, 2001 between Access Lending Corporation and Access Investments II, LLC.

14.     First Amendment to Purchase Agreement dated February 3, 2006 between New Century Warehouse Corporation, Access Investments II, LLC and Access Lending Corporation.

15.     Amended and Restated Limited Forbearance Agreement dated April 1, 2007, as amended by the First Amendment to Amended and Restated Limited Forbearance Agreement dated April 23, 2007, between Access Investments II, LLC, Galleon Capital, LLC, State Street Global Markets, LLC, State Street Bank and Trust Company and New Century Warehouse Corporation.

16.     Tri-Party Agreement between State Street Capital Markets, LLC, Washington Mutual Bank FA, Access Lending Corporation and Access Investments II, LLC dated August 1, 2001.

17.     Mortgage Loan Custodial Agreement between Access Investments II, LLC, Washington Mutual Bank FA, and Access Lending Corporation dated August 1, 2001.

18.     Any Related Documents (as defined in the Receivables Purchase Agreement set forth in number 2 above) in addition to the Related Documents listed on this Schedule 2.3(c).

19.     Limited Liability Company Agreement of Access Investments II, LLC between Access Lending Corporation, Dana Lease Finance Corporation and Access Investments II, LLC dated July 20, 2001.

20.     First Modification Agreement of the Limited Liability Company Agreement of Access Investments II, LLC between Access Lending Corporation, Dana Lease Finance Corporation and Access Investments II, LLC dated December 28, 2001.

21.     Second Modification Agreement of the Limited Liability Company Agreement of Access Investments II, LLC between Access Lending Corporation, Dana Lease Finance Corporation and Access Investments II, LLC dated November 2002.

22.     Second Modification Agreement dated December 28, 2001 of the Limited Liability Company Agreement of Access Investments I, LLC between Access Lending Corporation, Dana Lease Finance Corporation and Access Investments, LLC.

23.     Third Modification Agreement dated November 2002 of the Limited Liability Company Agreement of Access Investments I, LLC between Access Lending Corporation, Dana Lease Finance and Access Investments I, LLC.

24.     Modification Agreement dated August 1, 2001 of the Limited Liability Company Agreement of Access Investments I, LLC between Access Lending Corporation, Dana Lease Finance Corporation and Access Investments I, LLC.

25.     Credit Agreement dated February 3, 2006 between New Century Warehouse Corporation and Guaranty Bank.

26.     First Amendment to Credit Agreement dated October 10, 2006 between New Century Warehouse Corporation and Guaranty Bank.

27.     Second Amendment to Credit Agreement dated January 22, 2007 between New Century Warehouse Corporation and Guaranty Bank.

28.     Third Amendment to Credit Agreement dated March 12, 2007 between New Century Warehouse Corporation and Guaranty Bank.

29.     Limited Forbearance Agreement dated April 1, 2007, as amended by the First Amendment to Limited Forbearance Agreement dated April 23, 2007, between New Century Warehouse Corporation and Guaranty Bank.

30.     Mortgage Loan Purchase and Sale Agreement dated February 3, 2006 between New Century Warehouse Corporation and Guaranty Bank.

31.     First Amendment to Mortgage Loan Purchase and Sale Agreement dated March 14, 2007 between New Century Warehouse Corporation and Guaranty Bank.

32.     Promissory Note dated February 3, 2006 from New Century Warehouse Corporation to Guaranty Bank.

33.     Amended and Restated Side Letter Agreement to Credit Agreement dated October 10, 2006.

34.     Amendment to Amended and Restated Side Letter Agreement to Credit Agreement dated March 12, 2007.

35.     Side Letter Agreement to Mortgage Loan Purchase and Sale Agreement dated February 3, 2006.

36.     Security Agreement from Borrower dated February 3, 2006.

Seller Financing Facilities ( including, without limitation, master repurchase agreements, personal guarantees, and MERSCORP, Inc. Electronic Tracking Agreements) with the following customers:

| Company Legal Name | City | State |
|---|---|---|
| 800USALEND, Inc. | Foothill Ranch | CA |
| A.W.L.G., INC., dba American West Mortgage | Long Beach | CA |
| Advantage One Mortgage Corporation | Plantation | FL |
| All Finance Mortgage, Inc. | North Bay Village | FL |
| American Benefit Mortgage, Inc. | Aliso Viejo | CA |
| American Heritage Lending Corporation | Aliso Viejo | CA |
| American Lending Group, Inc. | Lexington | KY |
| Amerifund Financial, dba All Fund Mortgage | Tacoma | WA |
| Ameripath Mortgage Corporation | Irvine | CA |
| Apex Lending, Inc. | Clearwater | FL |
| Archer Adams, LLC | Reno | NV |
| Artisan Mortgage, LLC | Metairie | LA |

| Company Legal Name | City | State |
|---|---|---|
| Ascella Mortgage, LLC | Manchester | CT |
| Blue Chip Mortgage Wholesale, LLC | Lantana | FL |
| Capital Funding Solutions, Inc., dba CapMor Credit | Sacramento | CA |
| Cascade Pacific Mortgage Co, Inc., dba C-Pac Mortgage and Home Team Funding | Vancouver | WA |
| CBSK Financial Group, Inc. dba American Home Loans | Irvine | CA |
| Citizens Home Mortgage, LLC | Memphis | TN |
| Clayton Peters & Asoc, Inc. dba CPA Mortgage | Baltimore | MD |
| Clearwater Mortgage, LLC | Eden Prairie | MN |
| Complete Service Lending, Inc. | Las Vegas | NV |
| ConquistAmerica, Inc. | Santa Ana | CA |
| Crestline Funding Corp. | Irvine | CA |
| DCG Home Loans, Inc., dba Sage Credit | Irvine | CA |
| DGG Financial Corp, dba Drexel Lending Group | Rancho Cucamonga | CA |
| Diversified Mortgage, Inc.. | Clearwater | FL |
| DreamScape Mortgage, LLC | Scottsdale | AZ |
| Final Source Corp | Riverside | CA |
| First Alliance Mortgage Corp of Delaware | Hollywood | FL |
| First American Home Loans, Inc. | Orange | CA |
| First Capital Financial Services, Corp., dba Full Compass Lending | Appleton | WI |
| First Choice Funding Group, LTD | Orange | CA |
| First Liberty Financial Group, LLC | Louisville | KY |
| First National Mortgage Banc, Inc. | Dayton | OH |
| Flagship Mortgage Corp, dba Flagship Financial Services | Worthington | OH |
| GD, LLC, dba Greenlight Funding | Webster Groves | MO |
| GMM Mortgage Co | Oxnard | CA |
| Great Horizon's, Inc., dba Great American Mortgage Corp | Troy | MI |
| Hamilton Group Funding, Inc. | Cooper City | FL |
| Home Loan Lending, Inc. | Burbank | CA |
| Home Loan Mortgage Corporation | Hesperia | CA |
| Homefront Mortgage Corporation | Tustin | CA |
| Integrity Financial Service Inc. | Oak Brook | IL |
| Integrity Funding, LLC | Scottsdale | AZ |
| International Lending Solutions, Inc. | Englewood | CO |
| IwayLoan, LP | Houston | TX |
| JFK Financial, Inc., dba Equity Direct Funding | Las Vegas | NV |
| Legacy Financial Group, Inc. | Arlington | TX |
| Lenders Rate Approval.Com | Irvine | CA |
| Maxim Mortgage Corp | Downers Grove | IL |
| Meridian Financial Network, Inc. | Honolulu | HI |
| Mid Atlantic Capital, LLC | Sewell | NJ |
| Monarch Financial Services, Inc. | Gastonia | NC |
| Moneyone, Inc. | Sacramento | CA |

| Company Legal Name | City | State |
|---|---|---|
| Mortgage Capital Corp of America | Woodland Hills | CA |
| Mortgage South, Inc. | Richmond | VA |
| MSM Financial, Inc. | Newport Beach | CA |
| Newkey Financial Corporation, dba Newkey Home Lending | Los Alamitos | CA |
| New York Financial, Inc. | Los Angeles | CA |
| O C M, Inc. dba HelpUFinance.com | Santa Ana | CA |
| OnLine Financial Group | Milpitas | CA |
| Pacific Reverse Mortgage, Inc., dba Financial Heritage | San Diego | CA |
| PenFlo Enterprises, Inc., dba Golden Way Financial | Colton | CA |
| Preferred Home Loan, LTD | Houston | TX |
| Primus Lending Corp | Los Angeles | CA |
| RFG Financial Services, a dba of Nuestra Casa Mortgage | Santa Ana | CA |
| Right-Away Mortgage, Inc. | Cypress | CA |
| Seaforth Mortgage Corporation | Canoga Park | CA |
| Secure Mortgage Co. | Houston | TX |
| Service Mortgage Corporation | Aurora | CO |
| Sierra National Mortgage Company | Sacramento | CA |
| Sky Investments, Inc., dba North Star Lending | Deerfield Beach | FL |
| Solidus Financial Resources LLC | Draper | UT |
| Solstice Capital Group, Inc. | Irvine | CA |
| Southern Fidelity Mortgage, LLC | Las Vegas | NV |
| Sterling Coast to Coast Financial Group, Inc. | Irvine | CA |
| Stonecreek Capital Mortgage Corporation | Glendora | CA |
| Suncap Mortgage, Inc. | Baton Rouge | LA |
| SunnyMtg.com 866-768-CASH, LLC | Fort Lauderdale | FL |
| Sycamore Funding, Inc. | Indianapolis | IN |
| The Carroll Mortgage Group, Inc. | LIttle Rock | AR |
| The Loanleaders of America, Inc. | Irvine | CA |
| The Watermark Group, Inc., dba Watermark Financial | Portland | OR |
| TMG Financial Services, Inc., dba The Mortgage Guild | Anaheim | CA |
| Trimark Funding, Inc. | Anaheim | CA |
| Unified Capital Group, dba California Mortgage Group | San Jose | CA |
| United Funding Mortgage Corp | Alpharetta | GA |
| United Security Financial | Murray | UT |
| USA Home Loans, Inc. | Towson | MD |
| Valley Wide Home Loans, Inc. | Visalia | CA |
| WCS Lending, LLC | Boca Raton | FL |
| Westside Mortgage Corporation | Grand Rapids | MI |
| WJ Capital Corp | Santa Ana | CA |

Other Contracts:

1.      Ascent Business Systems dated July 20, 2005 between Access Lending Corporation and Ascent Business Systems.

2.      Plan Services Agreement dated September 7, 2005 between Securian Financial Services, Inc. and Access Lending Corporation

3.      Lexis-Nexis Risk Management Services Order Form dated 01/26/05.

4.      Linux ISP Dedicated Connectivity Service Agreement dated 01/21/05.

5.      Keystone Consulting Group, Inc. Network Support Contract dated 03/23/04.

6.      Software License, Development and Support Agreement with SRG dated 10/1/01.

7.      Lord Securities Corporation Engagement Letter Agreement dated 07/27/01.

8.      Professional Services Agreement between Next Level Thinking and Access Warehouse Lending.

9.      Image Management Plus Agreements between Ikon Financial Services and Access Lending Corporation dated September 6, 2005 and May 24, 2005.

10.     Office Service Agreement between Executive Business Center, LLC and Access Lending Corporation dated September 22, 2006.

11.     Office Service Agreement between Executive Business Center, LLC and Access Lending Corporation dated March 16, 2006.

## Schedule 3.1(i)

## Purchase Price

The Purchase Price pursuant to Section 3.1(i) of this Agreement shall be as calculated as follows:

| | |
|---|---|
| FF&E (Schedule 2.1(b)) | $19,000.00, *plus* |
| Security Deposit | $57,058.44, *plus* |
| Total Purchase Price under Section 3.1(i) | $76,058.44 |

Schedule 7.5

Resigned Employees

Arnold, Anita
Clark, Gayla
Cobbin, Marilyn
Cochran-Smith, Gale
Farwell, Karen
Frazee, Eric
Fleig, David
Horton, Sandy
Jefferies, Dana
Johnson, Ruth
McDade, Pauletta
Matto, Sandy
Pham, Vivian
Rea, Michael
Saenz, Maria
Shaver, Sarah
Smith, Vencie
Stagner, Barbara
Staten, Shunda
Turk, Debra
Weeks, Kristina
Wood, Ron
Yates, Nicole
Young, Larry Scott
Zepeda, Desiree

## TABLE OF CONTENTS

Page

ARTICLE 1 DEFINITIONS.                                                      1
ARTICLE 2 PURCHASE AND SALE OF ASSETS.                                     7
    2.1    Purchase and Sale of Assets                              7
    2.2    Excluded Assets                                          8
    2.3    Assumed Liabilities                                     10
    2.4    Excluded Liabilities                                    11
    2.5    Set-off                                                 12
ARTICLE 3 PURCHASE PRICE.                                                  12
    3.1    Purchase Price                                          12
    3.2    Payment of Purchase Price                               12
    3.3    Post Closing Sale of Pledged Loans.                     12
    3.4    Allocation of Purchase Price                            14
ARTICLE 4 CLOSING.                                                         14
    4.1    The Closing.                                            14
    4.2    Deliveries at the Closing.                              14
    4.3    Closing Conditions                                      15
    4.4    Termination                                             16
ARTICLE 5 REPRESENTATIONS AND WARRANTIES OF BUYER.                         17
    5.1    Organization; Authority; Enforceability                 17
    5.2    Independent Analysis and Investigation by Buyer.        17
    5.3    Compliance with Document Preservation by Buyer          18
ARTICLE 6 REPRESENTATIONS AND WARRANTIES OF SELLER.                        18
    6.1    Organization; Authority; Enforceability                 18
ARTICLE 7 POST-CLOSING AND OTHER COVENANTS.                                18
    7.1    General                                                 18
    7.2    Bulk Transfer Compliance                                19
    7.3    Notices and Consents                                    19
    7.4    Transition                                              19
    7.5    Employees                                               19
    7.6    Confidentiality.                                        19
    7.7    Taxes                                                   20
    7.8    Access to Information                                   20
    7.9    Mail                                                    21
    7.10   Cooperation.                                            21
    7.11   Indemnification                                         21
ARTICLE 8 MISCELLANEOUS.                                                   21
    8.1    Schedules                                               21
    8.2    Entire Agreement                                        22
    8.3    Successors                                              22
    8.4    Assignment                                              22
    8.5    Notices.                                                22
    8.6    Publicity                                               24
    8.7    Governing Law; Jurisdiction; Reference to U.S. Dollars  24
    8.8    Termination of Buyer's and Seller's Representations, and Warranties  24

| | | |
|---|---|---|
| 8.9 | Counterparts | 24 |
| 8.10 | Amendments and Waivers | 24 |
| 8.11 | Severability | 25 |
| 8.12 | Expenses | 25 |
| 8.13 | Construction. | 25 |
| 8.14 | Waiver of Trial by Jury | 25 |