UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY HOLDINGS, INC., a Delaware corporation, et al.[1]<br>                    Debtor. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br>Jointly Administered<br><br>Related to Docket Nos. 307 & 308 |

## CERTIFICATION OF COUNSEL CONCERNING AN ORDER GRANTING MOTION OF PLAN BENEFICIARIES TO SHORTEN NOTICE AND OBJECTION PERIODS FOR PLAN BENEFICIARIES' EMERGENCY MOTION FOR AN ORDER DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF PLAN BENEFICIARIES PURSUANT TO 11 U.S.C. § 1102

### CERTIFICATION OF COUNSEL

The undersigned counsel for movants Gregory Schroeder *et al.* (collectively, the "**Movants**") certifies as follows:

1. Attached hereto is a proposed form of *ORDER GRANTING MOTION OF PLAN BENEFICIARIES TO SHORTEN NOTICE AND OBJECTION PERIODS FOR PLAN BENEFICIARIES' EMERGENCY MOTION FOR AN ORDER DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF PLAN BENEFICIARIES PURSUANT TO 11 U.S.C. § 1102* (the "**Order**").

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company, NCoral, L.P., a Delaware limited partnership.

2. Counsel for the Debtors, the Official Committee of Unsecured Creditors and the United States Trustee have had an opportunity to review and suggest changes to the form of the Order. The Order reflects all material changes requested.

3. Therefore, the Movants respectfully request that the Court enter the Order at its earliest convenience.

Dated : April 26, 2007

STEVENS & LEE, P.C.
/s/ Joseph H. Huston, Jr.
JOSEPH H. HUSTON, JR., (NO. 4035)
THOMAS G. WHALEN, JR.(NO. 4034)
1105 NORTH MARKET STREET
SUITE 700
WILMINGTON, DE 19801
TELEPHONE: (302) 425-3310
TELECOPIER: (302) 654-5181
EMAIL: JHH/TGW@STEVENSLEE.COM

-and-

BERNSTEIN, SHUR, SAWYER & NELSON
ROBERT J. KEACH, ESQ.
MICHAEL A. FAGONE, ESQ.
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND, ME 04104-5029
TELEPHONE: (207) 774-1200
TELECOPIER: (207) 774-1127