**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[6] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |

### DECLARATION OF HOLLY FELDER ETLIN IN SUPPORT OF THE MOTION FOR AN ORDER UNDER 11 U.S.C. §§ 105 AND 363 AUTHORIZING THE EMPLOYMENT OF AP SERVICES, LLC AS CRISIS MANAGERS FOR THE DEBTORS *NUNC PRO TUNC* TO APRIL 2, 2007

Holly F. Etlin makes this Declaration under 28 U.S.C. § 1746, and states:

1. I am a Managing Director of AlixPartners, LLP.

2. I am associated with AP Services, LLC ("APS"), which maintains offices at 2000 Town Center, Suite 2400, Southfield, MI 48075. APS specializes in, among other things, supplying senior executives on an interim basis to financially troubled companies. APS is an affiliate of AlixPartners, LLP, AlixPartners, Ltd., AlixPartners, GmbH and AlixPartners, S.r.l., AlixPartners Asia, LLP (herein collectively "AlixPartners"), internationally recognized restructuring and turnaround advisory and consulting firms; The System Advisory Group, an

---

[6] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

information technology consulting firm and Partnership Services, LLC, a company that provides temporary employees.

3. I submit this declaration in support of the Debtors' motion (the "Motion") for an order under 11 U.S.C. §§ 105 and 363 authorizing the employment of AP Services, LLC as crisis managers for the Debtors *nunc pro tunc* to April 2, 2007. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, I would testify competently thereto.

4. To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, other than in connection with these cases, neither I, nor AlixPartners or APS, nor any of their managing directors, employees, agents or affiliates, have any connection with the Debtors, their creditors, the United States Trustee, or any other party with an actual or potential interest in these chapter 11 cases, or their respective attorneys or accountants, except as set forth below:

(a) AlixPartners and APS are not employed by, and have not been employed by, any entity other than the Debtors in matters related to these chapter 11 cases.

(b) From time to time, AlixPartners and/or APS have provided services, and likely will continue to provide services, to certain creditors of the Debtors and various other parties adverse to the Debtors in matters wholly unrelated to these chapter 11 cases.

(c) AlixPartners and/or APS provide services in connection with numerous cases, proceedings and transactions unrelated to these chapter 11 cases. These unrelated matters involve numerous attorneys, financial advisors and creditors, some of which may be claimants or parties with actual or potential interests in these cases, or may represent such parties.

(d) AlixPartners' personnel may have business associations with certain creditors of the Debtors unrelated to these chapter 11 cases. In addition, in the ordinary course of its business, AlixPartners and/or APS may engage counsel or other professionals in unrelated matters who now represent, or who may in the future represent, creditors or other interested parties in these cases.

(e) AlixPartners has approximately 600 employees. It is possible that certain employees of AlixPartners hold interests in mutual funds or other investment vehicles that may own the Debtors' securities.

5. AlixPartners has completed a recent search of its client database for a period including the past five years to determine whether it has had or has any relationships with the following entities (collectively, the "Interested Parties"):

(a) the Debtors and their affiliates;

(b) the Debtors' directors and officers and certain of their most significant business affiliations, as provided to APS by the Debtors;

(c) the Debtors' largest secured creditors, as provided to APS by the Debtors;

(d) the Debtors' largest unsecured creditors, as provided to APS by the Debtors; and

(e) various other potential parties-in-interest, as identified by the Debtors.

6. Based on this search, APS knows of no fact or situation that would represent a conflict of interest for APS with regard to the Debtors. However, APS wishes to disclose the following:

- Pursuant to the Recapitalization Agreement, dated as of August 3, 2006, among AlixPartners Holdings, Inc., AlixPartners, LLC, Jay Alix individually, H&F Astro LLC and those other persons that may become bound thereto, three private equity funds (collectively, "HFCP V") sponsored by Hellman & Friedman, LLC ("H&F LLC") acquired, indirectly through H&F Astro LLC, a controlling stake in AlixPartners, LLC as of October 12, 2006. Hellman & Friedman Investors V, LLC and H&F LLC (collectively, "H&F") control HFCP V. No material nonpublic information about Debtors has been furnished by AlixPartners to H&F. In conjunction with this transaction AlixPartners, LLC was converted to AlixPartners, LLP, a Delaware limited liability partnership ("AlixPartners"). AlixPartners' conflict checking system has searched the parties to the Recapitalization Agreement against the lists of creditors, shareholders, and other parties in interest in this case that is maintained for purposes of conflict checks, and AlixPartners has determined that there are no disclosures otherwise than as noted herein.

- Three unsecured creditors of the Debtors are current and former confidential AlixPartners clients in matters unrelated to the Debtors.

- Access Investments is a creditor of the Debtors. Access Investments is an affiliate of Dana Corporation, a current AP Services, LLC ("APS") client in matters unrelated to the Debtors. APS is an affiliate of AlixPartners.

- Ameritech, a creditor of the Debtors, was a creditor, lender, vendor to former AlixPartners and/or APS clients in matters unrelated to the Debtors. In addition, Ameritech was a member of a creditor's committee that retained AlixPartners in matters unrelated to the Debtors.

- Bank of America, a creditor of the Debtors, is a current and former client of AlixPartners, as well as a professional, executory contract counterparty, creditor and lender to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Barclays Bank, a creditor of the Debtors, and affiliated entities, are creditors, significant shareholders, adverse parties, lenders and bondholders of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- The CIT Group and affiliates, creditors of the Debtors, have been lenders, creditors, executory contract counterparties and lessors to former and current AlixPartners and/or APS clients in matters unrelated to the Debtors. In addition, a current AlixPartners employee was previously employed by The CIT Group.

- Citigroup, a creditor of the Debtors, and affiliated entities, are creditors, lenders, bondholders, shareholders, adverse parties, professionals and lessors to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. In addition, an affiliate of Citigroup is a related party to a current AlixPartners client in matters unrelated to the Debtors.

y

- Cooley Godward, a professional of the Debtors, was opposing counsel and creditor of former AlixPartners clients in matters unrelated to the Debtors. In addition, Cooley Godward was a related party to a former AlixPartners client in matters unrelated to the Debtors.

- Credit Suisse First Boston ("CSFB"), a creditor of the Debtors, is a current and former client of AlixPartners in matters unrelated to the Debtors. Other CSFB affiliated entities are lenders, creditors, bondholders, shareholders, limited partners and professionals of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. CSFB was the previous employer of a current AlixPartners employee.

- Deutsche Bank, a creditor of the Debtors, is affiliated with entities that are shareholders, lenders, adverse parties, indenture trustees, creditors, limited partners and professionals of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- General Electric and affiliated entities, creditors of the Debtors, are members of a bank group for which AlixPartners performed services, as well as creditors, customers, lenders, lessors and bondholders of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- GMAC Commercial Financial, a creditor of the Debtors, and affiliated entities are creditors, adverse parties, shareholders, customers and lenders to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. General Motors is also a current and former client of AlixPartners in maters unrelated to the Debtors. General Motors was the previous employer of a current AlixPartners employee.

- Goldman Sachs, a creditor of the Debtors, is a former client of AlixPartners as well as a lender, litigant, bondholder and shareholder of current and former AlixPartners and/or APS affiliated entities in matters unrelated to the Debtors. Additionally, Goldman Sachs previously employed several AlixPartners employees.

- Heller Ehrman, a professional of the Debtors, was counsel to former AlixPartners clients in matters unrelated to the Debtors. Heller Ehrman is opposing counsel to a current AlixPartners client in matters unrelated to the Debtors.

- HSBC Bank, a creditor of the Debtors, is a lender, creditor, trustee and related party to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Additionally, HSBC was a former client of AlixPartners in matters unrelated to the Debtors.

- IOS Capital, a creditor of the Debtors, was a member of a bank group that retained AlixPartners, as well as a creditor of a former AlixPartners client in matters unrelated to the Debtors.

- JP Morgan Chase, a creditor of the Debtors, is affiliated with entities that are lenders, shareholders, vendors, bondholders and creditors to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. JP Morgan Chase affiliated entities previously employed several AlixPartners employees.

- Lazard Freres, a professional of the Debtors, was a creditor, professional and member of a creditor's committee of former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Lehman Brothers, a creditor of the Debtors, was a member of bank group for which AlixPartners performed services in matters unrelated to the Debtors, a client related party, as well as bondholders, shareholders and lenders to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Lehman Brothers previously employed a current AlixPartners employee. Lehman Brothers was the investment banker that represented AlixPartners, and affiliated entities, in the recapitalization agreement described herein.

- Morgan Stanley, a creditor and shareholder of the Debtors, is a lender, bondholder, creditor, shareholder and professional of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Morgan Stanley previously employed a current AlixPartners employee.

- Nomura, a creditor of the Debtors, is a lender and bondholder of former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- O'Melveny & Myers, a professional of the Debtors, was a creditor, professional and member of a creditor's committee of former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- PricewaterhouseCoopers ("PWC"), a creditor of the Debtors, is a professional of current and former AlixPartners clients in matters unrelated to the Debtors. PWC previously employed several current AlixPartners employees. PWC is the auditor for AlixPartners and will provide audit, tax and other consulting services. PWC was opposing professional and creditor of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Richards Layton & Finger, a professional of the Debtors, was counsel to former AlixPartners clients in matters unrelated to the Debtors and was counsel to AlixPartners in matters unrelated to the Debtors. Richards Layton is also a professional of a current AlixPartners client in matters unrelated to the Debtors.

- Ropes & Gray, a creditor of the Debtors, is counsel to former and current AlixPartners clients in matters unrelated to the Debtors. Ropes & Gray is opposing counsel of a current AlixPartners client in matters unrelated to the Debtors.

- Sprint, a creditor of the Debtors, is a creditor, vendor and an executory contract

counterparty of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Sterling Bank, a creditor of the Debtors, was a former client of AlixPartners in matters unrelated to the Debtors. Sterling Bank was a creditor of a former AlixPartners and/or APS client in matters unrelated to the Debtors.

- Sullivan & Cromwell, a professional of the Debtors, was a professional of former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Suntrust Bank, a creditor of the Debtors, is a creditor, bondholder, indenture trustee and lender to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Suntrust Bank is a related party to a current AlixPartners client in matters unrelated to the Debtors.

- Union Bank Switzerland ("UBS"), a creditor of the Debtors, and affiliated entities are creditors, customers, director affiliated companies, lenders, lessors and bondholders of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. A current AlixPartners employee was previously employed by UBS.

- U.S. Bancorp, a creditor of the Debtors, is a related party to a current AlixPartners client in matters unrelated to the Debtors.

- Xroads, a professional of the Debtors, was the previous employer of current AlixPartners employees.

7. APS submits that it holds no adverse interest as to the matters for which it has been employed by the Debtors. Certain individuals affiliated with APS may render crisis and interim management services to the Debtors on a part-time basis, while others have been and/or will continue to be engaged full-time. To the extent such individuals are employed on a part-time basis, APS submits that there are no simultaneous or prospective engagements existing which would constitute a conflict or adverse interest as to the matters for which it has been employed by the Debtors.

8. AlixPartners and APS are advisors and crisis managers providing services and advice specifically in the areas of restructuring and distressed debt. As a result, AlixPartners and/or APS have and may in the future perform services for certain Interested Patties in matters

wholly unrelated to these chapter 11 cases, either individually or as part of representation of a committee of creditors or interest holders.

9. Despite the efforts described above to identify and disclose AlixPartners' and/or APS' connections with parties-in-interest in these cases, because the Debtors are a large enterprise with thousands of creditors and other relationships, APS is unable to state with certainty that every client relationship or other connection has been disclosed. In this regard, if APS discovers additional information that requires disclosure, APS will file a supplemental disclosure with the Court.

10. APS reserves the right to supplement this Declaration in the event that APS discovers any facts bearing on matters described in this Declaration regarding APS' employment by the Debtors.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Holly Felder Etlin
Managing Director

Executed this 25th day
of April 2007