**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,**[1] | : | **Case No. 07-10416 (KJC)** |
| | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |
| | : | |
| | : | |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE :
: SS.
NEW CASTLE COUNTY :

Cathy M. Greer, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 17th day of April, 2007, she caused a copy of the following to be served as indicated on the attached list:

*Notice of Agenda of Matters Scheduled for Hearing on April 19, 2007 at 10:00 a.m.*
*[Docket No. 275]*

---

1 The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Cathy M. Greer
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 26th day of April, 2007.

Notary Public

BARBARA J. WITTERS
Notary Public - State of Delaware
My Comm. Expires Mar. 13, 2009

**NEW CENTURY TRS HOLDINGS, INC.**
**CASE NO. 07-10416 (KJC)**

**VIA FASCIMILE:**

| | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
| 1. | Michael S. Etkin<br>Ira M. Levee | Lowenstein Sandler PC | 973-597-2500 | 973-597-2400 |
| 2. | Salvatore J. Graziano | Bernstein Litowitz Berger & Grossmann LLP | 212-554-1400 | 212-554-1444 |
| 3. | Blair A. Nicholas | Bernstein Litowitz Berger & Grossmann LLP | 858-793-0070 | 858-793-0323 |
| 4. | Francis A. Monaco, Jr. | Monzack and Monaco, P.A. | 302-656-8162 | 302-656-2769 |
| 5. | Richard M. Beck<br>Michael W. Yurkewicz | Klehr, Harrison, Harvey, Branzburg & Ellers, LLP | 302-426-1189 | 302-426-9193 |
| 6. | Thomas S. Kiriakos<br>Sean T. Scott | Mayer, Brown, Rowe & Maw LLP | 312-782-0600 | 301-701-7711 |
| 7. | Steven K. Kortanek | Womble Carlyle Sandridge & Rice, PLLC | 302-252-4363 | 302-661-7728 |
| 8. | Bonnie Glantz Fatell | Blank Rome LLP | 302-425-6400 | 302-425-6464 |
| 9. | Mark S. Indelicato<br>Mark T. Power<br>Jeffrey L. Schwartz | Hahn & Hessen LLP | 212-478-7200 | 212-478-7400 |
| 10. | J.R. Smith<br>Jason W. Harbour | Hunton & Williams LLP | 804-788-8200 | 804-788-8218 |
| 11. | Michael Busenkell | Eckert, Seamans, Cherin & Mellot, LLC | 302-425-0430 | 302-425-0432 |
| 12. | Joseph Grey | Stevens & Lee, P.C. | 302-654-5180 | 302-654-5181 |
| 13. | Adam G. Landis | Landis Rath & Cobb LLP | (302) 467-4400 | (302) 467-4450 |
| 14. | Robert M. Dombroff<br>Steven Wilamowsky | Bingham McCutchen LLP | 212-705-7000 | 212-752-5378 |
| 15. | Andrew J. Gallo | Bingham McCutchen LLP | 617-951-8000 | 617-951-8736 |
| 16. | Richard H. Agins | Bingham McCutchen LLP | 860-240-2700 | 860-240-2800 |
| 17. | Robert S. Brady | Young Conaway Stargatt & Taylor, LLP | 302-571-6600 | 302-571-1253 |
| 18. | Andrea Sheehan | Law Offices of Robert E. Luna, PC | 214-521-8000 | 214-521-1738 |
| 19. | Brian D. Womac<br>Denise H. Mitchell | Womac & Associates | 713-751-9200 | 713-751-0808 |
| 20. | Michael R. Nestor | Young Conaway Stargatt & Taylor, LLP | 302-571-6600 | 302-571-1253 |
| 21. | David I. Swan<br>Kenneth M. Misken | McGuire Woods LLP | 703-712-5000 | 703-712-5050 |

| | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
| 22. | Ellen W. Slights | U.S. Attorney's Office | 302-573-6277 | 302-573-6220 |
| 23. | Joseph J. McMahon, Jr. | Office of the United States Trustee | 302-573-6491 | 302-573-6497 |
| 24. | William P. Bowden<br>Gregory A. Taylor | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| 25. | Richard A. Chesley<br>Kimberly D. Newmarch | Paul, Hastings, Janofsy & Walker LLP | 312-499-6000 | 312-499-6100 |
| 26. | Keith W. Miller<br>James R. Bliss | Paul, Hastings, Janofsky & Walker LLP | 212-318-6000 | 212-319-4090 |
| 27. | Elizabeth Banda | Perdue, Brandon, Fielder, Collins & Mott, LLP | 817-461-3344 | 817-860-6509 |
| 29. | Laura Davis Jones<br>Timothy P. Cairns | Pachulski Stang Ziehl Young Jones & Weintraub LLP | 302.652.4100 | 302.652.4400 |
| 30. | Bennet L. Spiegel<br>Shirley S. Cho | Kirkland & Ellis LLP | 213-680-8400 | 231-680-8500 |
| 31. | Gregory M. Petrick<br>Angela Somers | Cadwalader, Wickersham & Taft LLP | 212-504-6000 | 212-504-6666 |
| 32. | Neil B. Glassman<br>Steven M. Yoder | The Bayard Firm | 302-655-5000 | 302-658-6395 |
| 33. | Richard J. Reynolds | Turner, Reynolds, Greco & O'Hara | 949-474-6900 | 949-474-6907 |
| 34. | Raniero D'Aversa, Jr.<br>Laura D. Metzger | Mayer, Brown, Rowe & Maw LLP | 212-506-2500 | 212-262-1910 |
| 35. | Joanne B. Wills<br>Michael W. Yurkewicz | Klehr, Harrison, Harvey, Branzburg & Ellers LLP | 302-426-1189 | 302-426-9193 |
| 36. | Mitchell W. Katz | Qwest Legal Department | 303-383-6481 | 303-383-8527 |
| 37. | David H. Zielke<br>Vice President & Assistant General Counsel | Washington Mutual | 206-500-4352 | 206-377-2236 |
| 38. | Karen C. Bifferato<br>Marc J. Phillips | Connolly Bove Lodge & Hutz LLP | 302-658-9141 | 302-658-0380 |
| 39. | David G. Aelvoet | Linebarger Goggan Blair & Sampson LLP | 210-225-6763 | 210-226-4308 |
| 40. | James R. Savin<br>David M. Dunn<br>Joanna F. Newdeck | Akin Gump Strauss Hauer & Feld LLP | 202-887-4000 | 202-887-4288 |
| 41. | Julie A. Manning | Shipman & Goodwin LLP | 860-251-5613 | 860-251-5099 |
| 42. | Joseph H. Smolinsky<br>Douglas E. Deutsch | Chadbourne & Parke LLP | 212-408-5100 | 212-541-5369 |
| 43. | Paul M. Basta | Kirkland & Ellis LLP | 212-446-4800 | 212-446-4900 |

| | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
| | Joshua A. Sussberg | | | |
| 44. | Marla R. Eskin<br>Mark T. Hurford | Campbell & Levine, LLC | 302-426-1900 | 302-426-9947 |
| 45. | Charles J. Filardi, Jr. | Filardi Law Offices LLC | 203-562-8588 | 866-890-3061 |
| 46. | Patricia B. Tomasco | Brown McCarroll, LLP | 512-472-5456 | 512-479-1101 |
| 47. | Robert J. Dehney<br>Gregory W. Werkheiser<br>Daniel B. Butz | Morris, Nichols, Arsht & Tunnell LLP | 302-658-9200 | 302-658-3989 |
| 48. | Luc A. Despins<br>Wilbur F. Foster | Milbank, Tweed, Hadley & McCloy LLP | 212-530-5000 | 212-530-5219 |
| 49. | Howard R. Hawkins, Jr. | Cadwalader, Wickersham & Taft LLP | 212-504-6000 | 212-504-6666 |
| 50. | Suzzanne S. Uhland<br>Ben H. Logan<br>Victoria Newmark<br>Emily Culler | O'Melveny & Myers LLP | 415-984-8700 | 415-984-8701 |
| 51. | Dennis J. Drebsky | Nixon Peabody LLP | 212-940-3000 | 212-940-3111 |
| 52. | Mark N. Berman | Nixon Peabody LLP | 617-345-1000 | 617-345-1300 |
| 54. | David B. Stratton | Pepper Hamilton LLP | 302-777-6500 | 302-421-8390 |
| 55. | Elizabeth Weller | Linebarger Googan Blair & Sampson, LLP | 214-880-0089 | 214-253-2558 |
| 56. | Ian Connor Bifferato<br>Garvan F. McDaniel | Bifferato Gentilotti LLC | 302-429-1900 | 302-429-8600 |
| 57. | John E. Mitchell | Vinson & Elkins LLP | 214-220-7700 | 214-220-7716 |
| 58. | Kurt F. Gwynne | Reed Smith LLP | 302-778-7500 | 302-778-7575 |
| 59. | Claudia Z. Springer | Reed Smith LLP | 215-851-8100 | 215-851-1420 |
| 60. | Mary F. Caloway<br>Eric Lopez Schnabel | Buchanan Ingersoll & Rooney PC | 302-552-4200 | 302-552-4295 |
| 61. | Chris Lenhart | Dorsey & Whitney LLP | 612-340-2600 | 612-340-2868 |
| 62. | Don A. Beskrone | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| 63. | Frank G. Burt<br>Raul A. Cuervo<br>W. Glenn Merten | Jorden Burt LLP | 202-965-8100 | 202-965-8104 |
| 64. | Scot Freeman<br>Account Resolution | Travelers<br>National Accounts | 860-277-8026 | 860-277-2158 |
| 65. | T. Robert Finlay<br>Donna L. La Porte | Wright, Finlay & Zak, LLP | 949-477-5050 | 949-477-9200 |
| 66. | William G. Malcolm | Malcolm & Cisneros, A Law Corporation | 949-252-9400 | 949-252-1032 |
| 67. | Laurie Selber Silverstein | Potter Anderson & Corroon LLP | 302-984-6000 | 302-658-1192 |
| 68. | Margot B. Schonholtz | Kaye Scholer LLP | 212-836-8000 | 212-836-8689 |

| | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
| | Mark F. Liscio | | | |
| 69. | Lawrence P. Gottesman<br>Sukyong Suh | Bryan Cave LLP | 212-541-2000 | 212-541-4630 |
| 70. | Katherine M. Windler | Bryan Cave LLP | 310-576-2100 | 310-576-2200 |
| 71. | Hernando Azarcon<br>Senior Legal Coordinator | GMAC Commercial Finance LLC | 248-327-9360 | 248-327-9350 |
| 72. | William E. Chipman, Jr. | Edwards Angell Palmer & Dodge LLP | 302-425-7124 | 302-777-7263 |
| 73. | Paul T. Liu<br>John Guerry | Countrywide Home Loans, Inc. | 818-871-6069 | 818-871-4602 |
| 74. | Charles A. Hansen<br>Mark S. Bostick | Wendel, Rosen, Black & Dean LLP | 510-834-6600 | 510-834-1928 |
| 75. | Norman M. Monhait | Rosenthal, Monhait & Goddess, P.A. | 302-656-4433 | 302-658-7567 |
| 76. | Matthew Botica<br>David Wirt<br>Grayson Walter | Winston & Strawn LLP | 312-558-5600 | 312-558-5700 |
| 77. | Michael G. Gallerizzo | Gebhardt & Smith LLP | 302-656-9002 | 302-429-5953 |
| 78. | Glenn M. Reisman | | 203-944-0401 | 203-225-1244 |
| 79. | Jeffrey I. Golden<br>Hutchison B. Meltzer | Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | 714-966-1000 | 714-966-1002 |
| 80. | Stuart B. Wolfe<br>Yaron Shaham | Wolfe & Wyman LLP | 949-475-9200 | 949-475-9203 |
| 81. | Barry Freeman | Jeffer Mangels Butler & Marmaro, LLP | 310-203-8080 | 310-203-0567 |
| 82. | David M. Poitras | Jeffer Mangels Butler & Marmaro LLP | 310-203-8080 | 310-203-0567 |
| 83. | Diane J. Richey<br>Vice President and Senior Counsel | Union Bank of California | 213-236-5170 | 213-627-1819 |
| 84. | David M. Fournier | Pepper Hamilton LLP | 302-777-6500 | 302-421-8390 |
| 85. | Thomas M. Korsman<br>Vice President | Wells Fargo Bank, N.A. | 612-466-5890 | 866-680-1777 |
| 86. | James S. Carr<br>David Retter<br>Christena A. Lambrianakos | Kelley Drye & Warren LLP | 212-808-7800 | 212-808-7897 |
| 87. | Robert P. Cocco | Robert P. Cocco, P.C. | 215-351-0200 | 215-922-3874 |
| 88. | Jed Hart | Angelo, Gordon & Co. | 212-692-2003 | 212-867-6395 |

| CLIENT/MATTER NAME: | New Century TRS Holdings, Inc. |
|---|---|
| RL&F MATTER NUMBER: | 157422 |

TELECOMMUNICATOR:

MESSAGE/REMARKS:

Please deliver immediately to the person(s) listed above who is/are in your office. Thank you.

IF YOU DO NOT RECEIVE ALL THE PAGES OR FIND THEM TO BE ILLEGIBLE, PLEASE CALL **(302) 651-7796** AS SOON AS POSSIBLE.