# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------x
                              :    Chapter 11
In re:                        :
                              :    Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,  :
a Delaware corporation, et al., [1]  :    Jointly Administered
                              :
               Debtors        :
------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, do hereby declare that on April 24, 2007, pursuant to paragraph 14 of the Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving the Bidding Procedures, Including Break-Up Fee and Expense Reimbursement Payable to Carrington Mortgage Services, LLC for Sale of Debtors' Servicing Business; (II) Scheduling Bid Deadline, Auction Date, and Sale Hearing and Approving Notice Thereof; and (III) Approving Procedures to Fix Cure Amounts Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Approving Notice Thereof, I caused true and correct copies of the following to be served upon the Contact Parties as set forth on a list maintained by Debtors' counsel and the parties listed on Exhibits A through D attached hereto, by United States Postal Service first class mail:

- **Notice of Bid Deadline, Auction, and Sale Hearing in Connection with the Sale of New Century's Servicing Business**

Additionally, on April 24, 2007, pursuant to paragraph 14 of the Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving the Bidding Procedures, Including Break-Up Fee and Expense Reimbursement Payable to Carrington Mortgage Services, LLC for Sale of Debtors' Servicing Business; (II) Scheduling Bid Deadline, Auction Date, and Sale Hearing and Approving Notice Thereof; and (III) Approving Procedures to Fix Cure Amounts Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Approving Notice Thereof, I caused true and correct copies of the following to be served the parties listed on the attached Exhibit B by overnight mail:

- **Notice of New Century's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith**

Dated: April 26, 2007

                                                                   */s/ Jamie L. Edmonson*
                                                                   Jamie L. Edmonson (No. 4247)
                                                                   XROADS CASE MANAGEMENT SERVICES, LLC
                                                                   1821 E. Dyer Road, Suite 225
                                                                   Santa Ana, California 92705
                                                                   Telephone: (949) 567-1600

# Exhibit A

Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| 500 Eagles Landing LLC | David A Meskan Manager | 2100 Green St Apt 404 | | | San Francisco | CA | 94123 | | Creditor |
| Akin Gump Strauss Hauer & Feld LLP | James R Savin Esq David M Dunn Esq & Joanna F Newdeck Esq | 1333 New Hampshire Ave NW | | | Washington | DC | 20036 | | Counsel for ChoicePoint Inc |
| Allen & Overy LLP | Ken Coleman Esq | 1221 Avenue of the Americas | | | New York | NY | 10020 | | Counsel for Barclays Bank PLC and Barclays Capital |
| Angelo Gordon & Co | Jed A Hart | 245 Park Ave 26th Fl | | | New York | NY | 10167 | | Counsel for Angelo Gordon & Co |
| Ashby & Geddes PA | Don A Beskrone Esq | 500 Delaware Ave | 8th Fl | PO Box 1150 | Wilmington | DE | 19899 | | Counsel for Safeco Financial Institution Solutions Inc |
| Ashby & Geddes PA | William P Bowden & Gregory A Taylor | 500 Delaware Ave | 8th Fl | PO Box 1150 | Wilmington | DE | 19899 | | Counsel for USB Real Estate Securities Inc |
| Attorney for SIRVA Relocation | Glenn M Reisman Esq | Two Corporate Dr Ste 234 | | | Shelton | CT | 06484 | | Counsel for SIRVA Relocation |
| Attorney Generals Office | Bankruptcy Department | Carvel State Office Bldg 820 N French St 8th Fl | | | Wilmington | DE | 19801 | | Governmental Agency |
| Attorney General's Office | Bankruptcy Department | Capitol Station PO Box 12548 | | | Austin | TX | 78711-2548 | | Governmental Agency |
| Attorney General's Office | Bankruptcy Department | 1300 I St Ste 1740 | | | Sacramento | CA | 95814 | | Governmental Agency |
| Attorney General's Office | Bankruptcy Department | 200 St Paul Place | | | Baltimore | MD | 21202-2202 | | Governmental Agency |
| Barclays Bank PLC | Mark Manski Esq | 200 Park Ave | | | New York | NY | 10166 | | Creditor |
| Bernstein Litowitz Berger & Grossmann LLP | Blair A Nicholas Esq | 12481 High Bluff Dr Ste 300 | | | San Diego | CA | 92130 | | Counsel for New York State Teachers Retirement System |
| Bernstein Litowitz Berger & Grossmann LLP | Salvatore J Graziano Esq | 1285 Avenue of the Americas | | | New York | NY | 10019 | | Counsel for New York State Teachers Retirement System |
| Bifferato Gentilotti LLC | Ian Connor Bifferato Esq & Garvan F McDaniel Esq | 800 N King St Plz Level | | | Wilmington | DE | 19801 | | Counsel for CB Richard Ellis Corporate Facilities Management Inc |
| Bingham McCutchen LLP | Andrew J Gallo Esq | 150 Federal St | | | Boston | MA | 02110 | | Counsel for DB Structured Products Inc |
| Bingham McCutchen LLP | Richard H Agins Esq | One State St | | | Hartford | CT | 06103-3178 | | Counsel for DB Structured Products Inc |
| Bingham McCutchen LLP | Robert M Dombroff Esq & Steven Wilamowsky Esq | 399 Park Ave | | | New York | NY | 10022-4689 | | Counsel for DB Structured Products Inc |
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street | Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Brown McCarroll LLP | Patricia B Tomasco | 111 Congress Ave Ste 1400 | | | Austin | TX | 78701 | | Counsel for Ellington Management Group Inc |
| Bryan Cave LLP | Katherine M Windler Esq | 120 Broadway Ste 300 | | | Santa Monica | CA | 90401-2386 | | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Bryan Cave LLP | Lawrence P Gottesman Esq & Sukyoung Suh Esq | 1290 Ave of the Americas | | | New York | NY | 10104 | | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Buchanan Ingersoll & Rooney PC | Mary F Caloway Esq & Eric Lopez Schnabel Esq | 1000 West St Ste 1410 | | | Wilmington | DE | 19801 | | Counsel for Residential Funding Company LLC |
| Cadwalader Wickersham & Taft LLP | Gregory M Petrick Esq & Angela Somers Esq | One World Financial Center | | | New York | NY | 10281 | | Counsel for Natixis Real Estate Capital Inc |
| Cadwalader Wickersham & Taft LLP | Howard R Hawkins Jr Esq | One World Financial Center | | | New York | NY | 10281 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| California Franchise Tax Board | Bankruptcy Division Chapter 11 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | Governmental Agency |
| Campbell & Levine LLC | Marla R Eskin Mark T Hurford | 800 North King Street | Suite 300 | | Wilmington | DE | 19801 | | Counsel for Citigroup Global Markets Realty Group |
| Celina ISD Princeton ISD City of Princeton Richardson ISD Cedar Hill ISD City of Cedar Hill Whitewright ISD City of Whitewright ISD City of Hurst Arlington ISD Castleberry ISD and Mansfield ISD | Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda | PO Box 13430 | | Arlington | TX | 76094-0430 | | Counsel for Celina ISD Princeton ISD City of Princeton Richardson ISD Cedar Hill ISD City of Cedar Hill Whitewright ISD City of Whitewright City of Hurst Arlington ISD Castleberry ISD and Mansfield ISD |
| Chadbourne & Parke LLP | Joseph H Smolinsky & Douglas E Deutsch | 30 Rockefeller Plaza | | | New York | NY | 10112 | | Counsel for Credit Suisse First Boston Capital LLC and DLJ Mortgage Capital Inc |
| Comptroller of Public Accounts | Bankruptcy Department | Lyndon B Johnson State Office Building | 111 E 17th St | | Austin | TX | 78774 | | Governmental Agency |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq & Marc J Phillips Esq | The Nemours Bldg | 1007 N Orange St PO Box 2207 | | Wilmington | DE | 19899 | | Counsel for Washington Mutual |
| Cooley Godward Kronish LLP | Gregg S Kleiner | 101 California St 5th Fl | | | San Francisco | CA | 94111-2222 | | Creditor |
| Countrywide Home Loans Inc | Paul T Liu Esq & John Guerry Esq | 5220 Las Virgenes Rd | MS AC 11 | | Calabasas | CA | 91302 | | Counsel for Countrywide Home Loans Inc |
| Delaware Department Of Justice | Bankruptcy Department | Division Of Securities | 820 N French St 5th Fl | | Wilmington | DE | 19801 | | Governmental Agency |
| Delaware Dept of Labor | Secretary | 4425 N Market St | 4th Fl | | Wilmington | DE | 19802 | | Governmental Agency |
| Delaware Dept Of Natural Resources & Environmental Control | Bankruptcy Department | John A Hughes Secretary | 89 Kings Hwy | | Dover | DE | 19901 | | Governmental Agency |
| Delaware Sec of State | Division of Corporations | Franchise Tax Division | PO Box 7040 | | Dover | DE | 19903 | | Governmental Agency |
| Division of Unemployment Ins | Department of Labor | 4425 N Market St | | | Wilmington | DE | 19802 | | Governmental Agency |

In re New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)
United States Bankruptcy Court, District of Delaware

Page 1 of 4

4/24/2007
Exhibit A - Core 2002 List 070424

Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Dorsey & Whitney LLP | Chris Lenhart Esq | 50 S Sixth St Ste 1500 | | | Minneapolis | MN | 55402-1498 | | Counsel for Residential Funding Company LLC |
| Eckert Seamans Cherin & Mellott LLC | Michael Busenkell | 300 Delaware Ave Ste 1210 | | | Wilmington | DE | 19801 | | Counsel for Credit-Based Asset Servicing and Securitization (C-BASS) and Wells Fargo Bank |
| Edwards Angell Palmer & Dodge LLP | William E Chipman Jr Esq | 919 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Employee Benefits Security Administration Philadelphia Regional Office | Mabel Capolongo Director | Curtis Ctr | 170 S Independence Mall West Ste 870 West | | Philadelphia | PA | 19106-3317 | | Governmental Agency |
| Erskine & Tulley A Professional Corporation | Robert P Gates Esq | 220 Montgomery St Ste 303 | | | San Francisco | CA | 94104 | | Creditor |
| Ervin Cohen & Jessup LLP | Randall S Leff Esq & Eric M Heller Esq | 9401 Wilshire Blvd 9th Fl | | | Beverly Hills | CA | 90212-2974 | | Counsel for KST Data Inc |
| Filardi Law Offices LLC | Charles J Filardi Jr | 65 Trumbull St | Second Floor | | New Haven | CT | 06510 | | Counsel for Federal Express Corporation |
| Fox Rothschild LLP | Daniel K Astin & Anthony M Saccullo | Citizens Bank Center | 919 N Market St Ste 1300 | PO Box 2323 | Wilmington | DE | 19899-2323 | | Counsel for Positive Software Solutions Inc |
| Gebhardt & Smith LLP | Michael G Gallerizzo & David V Fontana | 901 Market St Ste 451 | | | Wilmington | DE | 19801 | | Counsel for General Electric Capital Corporation |
| GMAC Commercial Finance LLC | Hernando Azarcon | Senior Legal Coordinator | 3000 Town Center Ste 280 | | Southfield | MI | 48075 | | Counsel for GMAC Commercial Finance LLC |
| Greenwich Capital Financial Products | General Counsel & Frank Skibo | 600 Steamboat Rd | | | Greenwich | CT | 06830 | | Counsel to DIP Lenders |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Hunton & Williams LLP | JR Smith & Jason W Harbour | Riverfront Plaza E Tower | 951 E Byrd St | | Richmond | VA | 23219 | | Counsel for Credit-Based Asset Servicing, Securitization (C-BASS) and Wells Fargo Bank NA |
| IBM Corporation | Vicky Namken | 13500 Diplomat Dr | | | Dallas | TX | 75234 | | Creditor |
| IBM Credit LLC | Bruce Gordon | Special Handling Group MD NC322 | North Castle Dr | | Armonk | NY | 10504 | | Creditor |
| Ikon Office Solutions Recovery & Bankruptcy | Keith Clements | 3920 Arkwright Rd Ste 400 | | | Macon | GA | 31210 | | Counsel for iOS Capital Inc / Creditor |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz | Rm 1150 | | Baltimore | MD | 21201 | | Governmental Agency |
| Irs Local Office | | 844 King St | | | Wilmington | DE | 19801 | | Governmental Agency |
| Jeffer Mangels Butler & Marmaro LLP | Barry Freeman Esq & David Poitras Esq | 1900 Ave of the Stars 7th Fl | | | Los Angeles | CA | 90067 | | Counsel for Union Bank of California |
| Jarden Burt LLP | Frank G Burt Esq Raul A Cuervo Esq & W Glenn Merten Esq | 1025 Thomas Jefferson St NW | Ste 400 E | | Washington | DC | 20007-5208 | | Counsel for Safeco Financial Institution Solutions Inc |
| Kaye Scholer LLP | Margot B Schonholtz & Mark F Lisco | 425 Park Ave | | | New York | NY | 10022 | | Counsel for Bank of America NA |
| Kelley Drye & Warren LLP | David E Retter Esq & Christian A Lambranakos Esq | 101 Park Ave | | | New York | NY | 10178 | | Counsel for Wells Fargo Bank NA |
| Kirkland & Ellis LLP | Bennett L Spiegel & Shirley S Cho | 777 S Figueroa St | Suite 3700 | | Los Angeles | CA | 90017 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Kirkland & Ellis LLP | Paul M Basta & Joshua A Sussberg | Citigroup Center | 153 East 53rd Street | | New York | NY | 10022-4611 | | Counsel for Citigroup Global Markets Realty Group |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Joanne B Wills Esq & Michael W Yurkewicz Esq | 919 Market St Ste 1000 | | | Wilmington | DE | 19801 | | Counsel for ABN AMRO Bank N.V. |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Richard M Beck Esq & Christopher A Ward Esq | 919 Market St Ste 1000 | | | Wilmington | DE | 19801 | | Counsel for KST Data Inc |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Richard M Beck Esq & Michael W Yurkewicz Esq | 919 Market St Ste 1000 | | | Wilmington | DE | 19801 | | Counsel for SN Servicing Corp as Agent for Alaska Seaboard Partners LP |
| Landis Rath & Cobb LLP | Adam G Landis Esq | 919 Market St Ste 600 | | | Wilmington | DE | 19801 | | Counsel for JP Morgan Chase Bank NA |
| Landis Rath & Cobb LLP | Richard S Cobb Esq & Matthew B McGuire Esq | 919 Market St Ste 600 | | | Wilmington | DE | 19801 | | Counsel for Stony Point East LP |
| Law Office of John A Vos | John A Vos Esq | 1430 Lincoln Ave | | | San Rafael | CA | 94901 | | Creditor |
| Law Offices of Robert E Luna PC | Andrea Sheehan Esq | 4411 N Central Expressway | | | Dallas | TX | 75205 | | Counsel for Carrollton-Farmers Branch Independent School District Garland Independent School District & Lewisville Independent School District |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | Travis Bldg 711 Navarro Ste 300 | | | San Antonio | TX | 78205 | | Counsel for Bexar County City of El Paso |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | 1949 South IH 35 | PO Box 17428 | | Austin | TX | 78760 | | Counsel for City of Edinburg Edcouch-Elsa ISD Nueces County & South Texas College |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St 1600 | | | Dallas | TX | 75201 | | Counsel for Dallas County |
| Loizides PA | Christopher D Loizides Esq | 1225 King St Ste 800 | | | Wilmington | DE | 19801 | | Counsel for SunTrust Leasing Corporation |

Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Michael S Elkin Esq & Ira M Levee Esq | 65 Livingston Ave | | | Roseland | NJ | 07068 | | Counsel for New York State Teachers Retirement System |
| Malcolm & Cisneros A Law Corporation | William G Malcolm | 2112 Business Center Dr 2nd Fl | | | Irvine | CA | 92612 | | Counsel for Malcolm & Cisneros A Law Corporation |
| Maryland State Dept of Assessments and Taxation | Bankruptcy Department | 301 W Preston St | | | Baltimore | MD | 21201 | | Governmental Agency |
| Mayer Brown Rowe & Maw LLP | Raniero D Aversa Jr Esq & Laura D Metzger Esq | 1675 Broadway | | | New York | NY | 10019-5820 | | Counsel for ABN AMRO Bank N.V. |
| Mayer Brown Rowe & Maw LLP | Thomas S Kiriakos Esq & Sean T Scott Esq | 71 S Wacker Dr | | | Chicago | IL | 60606 | | Counsel for Carrington Mortgage Services LLC and Carrington Capital Management LLC |
| McGuire Woods LLP | David I Swan Esq & Kenneth M Misken Esq | 1750 Tysons Blvd Ste 1800 | | | McLean | VA | 22102-4215 | | Counsel for Sprint Nextel Corporation |
| Milbank Tweed Hadley & McCloy LLP | Luc A Despins Esq & Wilbur F Foster Esq | 1 Chase Manhattan Plaza | | | New York | NY | 10005 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| Missouri Department of Revenue Bankruptcy Unit | Sheryl L Moreau | General Counsels Office | 301 W High St Room 670 | PO Box 475 | Jefferson City | MO | 65105-0475 | | Counsel for Missouri Department of Revenue |
| Menzack & Monaco PA | Francis A Monaco Jr Esq | 1201 N Orange St Ste 400 | PO Box 2031 | | Wilmington | DE | 19899-2031 | | Counsel for RBC Mortgage Company Royal Bank of Canada and RBC Centura Bank |
| Morris Nichols Arsht & Tunnel LLP | Robert J Dehney Gregory W Werkheiser & Daniel B Butz | 1201 N Market St | PO Box 1347 | | Wilmington | DE | 19899-1347 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| Munsch Hardt Kopf & Harr PC | Mark H Ralston Esq & Davor Rukavina Esq | 3800 Lincoln Plz | 500 N Akard St | | Dallas | TX | 75201 | | Counsel for Positive Software Solutions Inc |
| Nixon Peabody LLP | Dennis J Drebsky Esq | 437 Madison Ave | | | New York | NY | 10022 | | Counsel for Deutsche Bank National Trust Company |
| Nixon Peabody LLP | Mark N Berman Esq | 100 Summer St | | | Boston | MA | 02110-1832 | | Counsel for Deutsche Bank National Trust Company |
| Northeast Regional Office | Bankruptcy Department | Mark Schonfeld Regional Director | 3 World Financial Ctr | Room 4300 | New York | NY | 10281 | | Governmental Agency |
| O'Melveny & Myers LLP | Suzzanne S Uhland Ben H Logan Victoria Newmark Emily R Culler | 275 Battery Street | | | San Francisco | CA | 94111 | | Debtors' Counsel |
| Office of Joe G Tedder CFC | Sari E Meador | Delinquency and Enforcement | Tax Collector for Polk County Florida | PO Box 2016 | Bartow | FL | 33831-2016 | | Counsel for Polk County Florida |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | | Wilmington | DE | 19801 | | US Trustee |
| Office of the US Trustee | | 844 King St | Ste 2313 | Lockbox 35 | Wilmington | DE | 19801-3519 | | Governmental Agency |
| Ohio Attorney's General Office | Matthew J Lampke Assistant Chief | 30 E Broad St 26th Fl | | | Columbus | OH | 43215-4200 | | Counsel for State of Ohio |
| Pachulski Stang Ziehl Young Jones Weintraub LLP | Laura Davis Jones & Timothy P Cairns | 919 N Market St 17th Fl | | | Wilmington | DE | 19899-8705 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Paul Hastings Janofsky & Walker LLP | Keith W Miller & James R Bliss | Park Ave Tower | 75 E 55th St | First Floor | New York | NY | 10022 | | Counsel for USB Real Estate Securities Inc |
| Paul Hastings Janofsky & Walker LLP | Richard A Chesley & Kimberly D Newmarch | 191 N Wacker Dr | 30th Fl | | Chicago | IL | 60606 | | Counsel for USB Real Estate Securities Inc |
| Pepper Hamilton LLP | David B Stratton Esq | Hercules Plz Ste 5100 | 1313 Market St | PO Box 1709 | Wilmington | DE | 19899-1709 | | Counsel for Deutsche Bank National Trust Company |
| Potter Anderson & Corroon LLP | Laurie Selber Silverstein Esq | 1313 N Market St 6th Fl | | | Wilmington | DE | 19801 | | Counsel for Bank of America NA |
| Property Management Professionals LLC | Kurt Henry | 1512 Royce Dr | | | Locust Grove | GA | 30248 | | Creditor |
| Quadrangle Group LLC | Michael Weinstock | 375 Park Ave 14th Fl | | | New York | NY | 10152 | | Creditor |
| Qwest Legal Department | Mitchell W Katz Esq | 1801 California St Ste 900 | | | Denver | CO | 80202 | | Counsel for Qwest Corporation |
| Reed Smith LLP | Claudia Z Springer Esq | 2500 One Liberty Pl | 1650 Market St | | Philadelphia | PA | 19103-7301 | | Counsel for IndyMac Bank FSB |
| Reed Smith LLP | Kurt F Gwynne Esq | 1201 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for IndyMac Bank FSB |
| Reed Smith LLP | Kurt F Gwynne Esq | 1201 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for Qwest Corporation |
| Reeves & Seidler | Felix A Seidler | | | | Alameda | CA | 94501-4633 | | Counsel for Scott Morris and Angela Morris |
| Robert P Cocco PC | Robert P Cocco Esq | 437 Chestnut St Ste 1006 | | | Philadelphia | PA | 19106 | | Counsel for Theresa A Davis |
| Rosenthal Monhait & Goddess PA | Norman M Monhait Esq | 919 Market St Ste 1401 | PO Box 1070 | | Wilmington | DE | 19899-1070 | | Counsel for Kodiak Funding LP & Kodiak CDO I Ltd |
| SEC | | 15th & Pennsylvania Ave NW | | | Washington | DC | 20020 | | Governmental Agency |
| SEC | Nathan Fuchs | 233 Broadway | | | New York | NY | 10279 | | Governmental Agency |
| Sec Headquarters | Bankruptcy Department | Office Of Investor Education And Assistance | 100 F St Ne | | Washington | DC | 20549 | | Governmental Agency |
| Secretary Of State | Division Of Corporations | Franchise Tax | PO Box 7040 | | Dover | DE | 19903 | | Governmental Agency |

Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Secretary Of Treasury | | | PO Box 7040 | | Dover | DE | 19903 | | Governmental Agency |
| Securities & Exchange Commission | | | 100 F St Ne | | Washington | DC | 20549 | | Governmental Agency |
| Shipman & Goodwin LLP | Julie A Manning Esq | | One Constitution Plaza | | Hartford | CT | 06103-1919 | | Counsel for United HealthCare Insurance Company |
| Skadden Arps Slate Meagher & Flom LLP | DJ Baker Esq & Rosalie W Gray Esq | | Four Time Square | | New York | NY | 10036-6522 | | Counsel for Maguire Properties-Park Place LLC Maguire Properties 3121 Michelson LLC & Maguire Properties 3161 Michelson LLC |
| Skadden Arps Slate Meagher & Flom LLP | Megan E Cleghorn Esq | | One Rodney Square | PO Box 636 | Wilmington | DE | 19899-0636 | | Counsel for Maguire Properties-Park Place LLC Maguire Properties 3121 Michelson LLC & Maguire Properties 3161 Michelson LLC |
| State Board of Equalization | Bankruptcy Department | | PO Box 942879 | | Sacramento | CA | 94279-0001 | | Governmental Agency |
| State of Delaware | Randy Weller MS 25 | | Div of Revenue | 8th Fl | Wilmington | DE | 19801-0820 | | Governmental Agency |
| State Of Delaware Division Of Revenue | Bankruptcy Department | | Carvel State Office Bldg 820 N French St | | Wilmington | DE | 19801 | | Governmental Agency |
| State Treasurer's Office | Bankruptcy Department | | 915 Capitol Mall Suite 110 | | Sacramento | CA | 95814 | | Governmental Agency |
| Stevens & Lee PC | Joseph Grey | | 1105 N Market St | Seventh Fl | Wilmington | DE | 19801 | | Counsel for Premier Print and Services Group, Inc. |
| Stites & Hanson PLLC | Robert Goodrich Esq | | 1800 Fifth Third Center | 424 Church St | Nashville | TN | 37219-2376 | | Counsel for SunTrust Leasing Corporation |
| The Bayard Firm | Neil B Glassman Esq & Steven M Yoder Esq | | 222 Delaware Ave Ste 900 | | Wilmington | DE | 19801 | | Counsel for Natixis Real Estate Capital Inc |
| The CIT Group Business Credit Inc | Renee Singer | | 505 Fifth Ave | 3rd Fl | New York | NY | 10017 | | Counsel to DIP Lenders |
| Travelers | Scot Freeman Case Manager | | National Accounts | 1 Tower Sq 5MN | Hartford | CT | 06183-4044 | | Creditor |
| Turner Reynolds Greco & O'Hara | Richard J Reynolds | | 16485 Laguna Canyon Rd Ste 250 | | Irvine | CA | 92618 | | Creditor |
| Union Bank of California | Diane J Richey Esq Vice President and Senior Counsel | | 445 S Figueroa St | | Los Angeles | CA | 90071 | | Counsel for Union Bank of California |
| US Attorneys Office | Ellen W Slights | | 1007 Orange St | 7th Fl | Wilmington | DE | 19899-2046 | | Governmental Agency |
| US Department of Justice | Alberto R Gonzales | | US Attorney General | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 | | Governmental Agency |
| Us Dept Of Labor | Administrative Review Board | | Frances Perkins Building | 200 Constitution Ave Nw | Washington | DC | 20210 | | Governmental Agency |
| Us Dept Of Labor | Benefits Review Board | | Frances Perkins Building | 200 Constitution Ave Nw | Washington | DC | 20210 | | Governmental Agency |
| Us Dept Of Labor | Employee Benefits Security Administration | | Frances Perkins Building | 200 Constitution Ave Nw | Washington | DC | 20210 | | Governmental Agency |
| Us Dept Of Labor | Secretary Elaine Chao | | Frances Perkins Building | 200 Constitution Ave Nw | Washington | DC | 20210 | | Governmental Agency |
| Vinson & Elkins LLP | John E Mitchell Esq | | Trammell Crow Center | 2001 Ross Ave Ste 3700 Ste S 2524 | Dallas | TX | 75201 | | Counsel for CB Richard Ellis Corporate Facilities Management Inc |
| Washington Mutual | David H Zielke Esq Vice President & Assitant General Counsel | | 1301 Second Ave WMC 3501 | | Seattle | WA | 98101 | | Counsel for Washington Mutual |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Jeffrey I Golden Esq & Hutchinson B Meltzer Esq | | 650 Town Center Dr Ste 950 | | Costa Mesa | CA | 92626 | | Creditor |
| Wells Fargo Bank NA | Thomas M Korsman Vice President | MAC N9303-120 | 608 2nd Ave S | | Minneapolis | MN | 55479 | | Creditor |
| Wendel Rosen Black & Dean LLP | Charles A Hansen & Mark S Bostick | | 1111 Broadway 24th Fl | | Oakland | CA | 94607-4036 | | Counsel for Alireza Razmi & Golden Key Mortgage |
| Winston & Strawn LLP | Matthew Botica Esq David Wirt Esq & Grayson Waller Esq | | 35 W Wacker Dr | | Chicago | IL | 60601 | | Counsel for Kodiak Funding LP & Kodiak CDO I Ltd |
| Wolfe & Wyman LLP | Stuart B Wolfe Esq & Yaron Shaham Esq | | 5 Park Plz Ste 1100 | | Irvine | CA | 92614 | | Counsel for Wolfe & Wyman LLP |
| Womac & Associates | Brian D Womac & Denise H Mitchell | | Two Memorial City Plaza | 820 Gessner Ste 1540 | Houston | TX | 77024 | | Counsel for DRA CRT Post Oak LP |
| Wright Finlay & Zak LLP | T Robert Finlay Esq & Donna L La Porte Esq | | 4665 MacArthur Ct Ste 280 | | Newport Beach | CA | 92660 | | Creditor |
| Young Conaway Stargatt & Taylor LLP | Michael R Nestor | | The Brandywine Bldg | 1000 West St 17th Fl | PO Box 391 | Wilmington | DE | 19899-0391 | | Counsel for Credit Suisse First Boston Capital LLC and DLJ Mortgage Capital Inc |
| Young Conaway Stargatt & Taylor LLP | Robert S Brady | | The Brandywine Bldg | 1000 West St 17th Fl | PO Box 391 | Wilmington | DE | 19899-0391 | | Counsel for DB Structured Products, Inc |

# Exhibit B

Contract Counter-Parties
First Class and Overnight Mail Service List

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| Abm Janitorial | | 14262 Franklin Ave | Ste 106 | Tustin | CA | 92780 | | Contract Counter-Party |
| Accenture Llp | General Counsel | 1661 Page Mill Rd | | Palo Alto | CA | 94303 | | Contract Counter-Party |
| ACS Commercial Solutions, Inc. | Corporate Contract | 12691 Pala Drive | Suite A | Garden Grove | CA | 92841-8512 | | Contract Counter-Party |
| Adobe Systems Incorporated | Contract Administration Group | 345 Pk Ave | Mail Stop A16 | San Jose | CA | 95110-2704 | | Contract Counter-Party |
| ADT Security Services, Inc. | Robert Szablak | 21171 South Western | | Torrance | CA | 90501 | | Contract Counter-Party |
| Ambac Assurance Corp | Consumer Asset Backed Securities | One State St Plaza | | New York | NY | 10004 | | Contract Counter-Party |
| Aspect Software, Inc. | Marc Halpern | 6 Technology Park Drive | Aspect/Concerto (Davox) | Westford | MA | 01886 | | Contract Counter-Party |
| At&t Corp | Tim Mcdonald Vp | 55 Corporate Dr | | Bridgewater | NJ | 08807 | | Contract Counter-Party |
| Attachmate | | 1500 Dexter Ave N | | Seattle | WA | 98109 | | Contract Counter-Party |
| Avaya Inc. | Jeff Lauretti Sales Director | 211 Mt. Airy Road | | Basking Ridge | NJ | 07920 | | Contract Counter-Party |
| BEA Systems, Inc. | | 2315 N First St | | San Jose | CA | 95131 | | Contract Counter-Party |
| Bear Stearns | Chief Counsel | 383 Madison Ave | Asset Backed Securities | New York | NY | 10179 | | Contract Counter-Party |
| Captaris | | 20371 Irvine Avenue | Stue 250 | Santa Ana Heights | CA | 92707 | | Contract Counter-Party |
| CB Richard Ellis Corporate Facilities Management | | 100 N Sepulveda Blvd | Suite 1050 | El Segundo | CA | 90245 | | Contract Counter-Party |
| CBC Companies, Inc. | | 250 E Town Street | | Columbus | OH | 43215 | | Contract Counter-Party |
| Centergistic Solutions Incorporated | | 2405 West Orangewood | | Orange | CA | 92868 | | Contract Counter-Party |
| Citrix Systems Inc | | 851 W Cypress Creek Rd | | Ft Lauderdale | FL | 33309 | | Contract Counter-Party |
| Consumer Data Industry Association Cdia | | 1090 Vermont Avenue N.W. | Suite 200 | Washington | DC | 20005-4905 | | Contract Counter-Party |
| Control Point Solutions Msa & Sow | General Counsel | 201 Route 17 North | | Rutherford | NJ | 07070 | | Contract Counter-Party |
| Data Processing Air Corporation | | 5226 S 40th St | | Phoenix | AZ | 85040 | | Contract Counter-Party |
| Deutsche Bank National Trust Company | Trust Admin Series 2004-1 NC0401 | 1761 E St Andrew Pl | | Santa Ana | CA | 92705 | | Contract Counter-Party |
| Deutsche Bank National Trust Company | Trust Admin Series 2004-2 NC0402 | 1761 E St Andrew Pl | | Santa Ana | CA | 92705 | | Contract Counter-Party |
| Deutsche Bank National Trust Company | Trust Admin Series 2004-3 NC0403 | 1761 E St Andrew Pl | | Santa Ana | CA | 92705 | | Contract Counter-Party |
| Deutsche Bank National Trust Company | Trust Admin Series 2004-4 NC0404 | 1761 E St Andrew Pl | | Santa Ana | CA | 92705 | | Contract Counter-Party |
| Deutsche Bank National Trust Company | Trust Admin Series 2005-1 NC0501 | 1761 E St Andrew Pl | | Santa Ana | CA | 92705 | | Contract Counter-Party |
| Deutsche Bank National Trust Company | Trust Admin Series 2005-2 NC0502 | 1761 E St Andrew Pl | | Santa Ana | CA | 92705 | | Contract Counter-Party |
| Deutsche Bank National Trust Company | Trust Admin Series 2005-3 NC0503 | 1761 E St Andrew Pl | | Santa Ana | CA | 92705 | | Contract Counter-Party |
| Deutsche Bank National Trust Company | Trust Admin Series 2005-4 NC0504 | 1761 E St Andrew Pl | | Santa Ana | CA | 92705 | | Contract Counter-Party |
| Deutsche Bank National Trust Company | Trust Admin Series 2006-1 NC0601 | 1761 E St Andrew Pl | | Santa Ana | CA | 92705 | | Contract Counter-Party |
| Deutsche Bank National Trust Company | Trust Admin Series 2006-2 NC0602 | 1761 E St Andrew Pl | | Santa Ana | CA | 92705 | | Contract Counter-Party |
| Deutsche Bank National Trust Company | Trust Admin Series 2006-S1 NC06S1 | 1761 E St Andrew Pl | | Santa Ana | CA | 92705 | | Contract Counter-Party |
| Deutsche Bank National Trust Company | Trust Admin/NC Home Equity Trust Series 2004-4 | 1761 E. St Andrew Pl | | Santa Ana | CA | 92705 | | Contract Counter-Party |
| Deutsche Bank National Trust Company | Trust Administration New Century Home Equity Trust Series 2003-6 NC0306 | 1761 E St Andrew Pl | | Santa Ana | CA | 92705 | | Contract Counter-Party |
| Deutsche Bank National Trust Company | Trust Admin CA0401 | 1761 E St Andrew Pl | | Santa Ana | CA | 27705-4934 | | Contract Counter-Party |
| Deutsche Bank National Trust Company | Trust Admin CA0402 | 1761 E St Andrew Pl | | Santa Ana | CA | 27705-4934 | | Contract Counter-Party |
| Deutsche Bank National Trust Company | Trust Admin CA0503 | 1761 E St Andrew Pl | | Santa Ana | CA | 27705-4934 | | Contract Counter-Party |
| Deutsche Bank National Trust Company | Trust Admin NC0302 | 1761 E St Andrew Pl | | Santa Ana | CA | 27705-4934 | | Contract Counter-Party |
| Deutsche Bank National Trust Company | Trust Admin NC0303 | 1761 E St Andrew Pl | | Santa Ana | CA | 27705-4934 | | Contract Counter-Party |
| Deutsche Bank National Trust Company | Trust Admin NC0304 | 1761 E St Andrew Pl | | Santa Ana | CA | 27705-4934 | | Contract Counter-Party |
| Deutsche Bank National Trust Company | Trust Admin NC0305 | 1761 E St Andrew Pl | | Santa Ana | CA | 27705-4934 | | Contract Counter-Party |
| Dolan Information | | 100 South 5th Street | Suite 300 | Minneapolis | MN | 55402 | | Contract Counter-Party |
| Dominion Bond Rating Services Inc | | 55 Broadway 15th Fl | | New York | NY | 10006 | | Contract Counter-Party |
| Equifax | | 1100 Abernathy Rd Ste 300 MD-52D | | Atlanta | GA | 30348 | | Contract Counter-Party |

Contract Counter-Parties
First Class and Overnight Mail Service List

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| Equifax Information Services LLC | Anita Brown | 1550 Peachtree St NW | | Atlanta | GA | 30309 | | Contract Counter-Party |
| Experian Information Solutions | Wendy Maslankowski | 475 Anton Blvd | Information Soulutions Division | Costa Mesa | CA | 92626 | | Contract Counter-Party |
| Fair, Isaac & Co., Inc. | | 901 Marquette Ave | Suite 3200 | Minneapolis | MN | 55402 | | Contract Counter-Party |
| Federal Home Loan Mortgage Corp. | Attn: Billing-Early Ind | PO Box 28104 | | Chicago | IL | 60673-3458 | | Contract Counter-Party |
| FedEx | | PO Box 7221 | | Pasadena | CA | 91109-7321 | | Contract Counter-Party |
| Fidelity National Data Services Sitexdata | | 3100 New York Dr | Ste 100 Ms Idm | Pasadena | CA | 91107 | | Contract Counter-Party |
| Fidelity National Default Solutions | | 15661 Red Hill Avenue | Suite 201 | Tustin | CA | 92780 | | Contract Counter-Party |
| Fidelity National Field Services, Inc. | | 30825 Aurora Road | | Solon | OH | 44139 | | Contract Counter-Party |
| Fidelity National Tax Services Inc | | 222 E Huntington Dr | Ste 200 | Monrovia | CA | 91016 | | Contract Counter-Party |
| First American CREDCO | | P.O. Box 509019 | | San Diego | CA | 92150 | | Contract Counter-Party |
| First American Title National Default Title Services Division | | 3 First American Way | | Santa Ana | CA | 92707 | | Contract Counter-Party |
| Fiserv Lending Solutions F/k/a Data Link | | 1818 Commerce Dr | | South Bend | IN | 46628-1563 | | Contract Counter-Party |
| Fiserv Solutions Inc Dba Credstar | | 255 Fiserv Dr | | Brookfield | WI | 53045 | | Contract Counter-Party |
| Fitch Ratings | | One State Street Plz | | New York | NY | 10007 | | Contract Counter-Party |
| FNIS Flood Services LP | | 1521 North Cooper St | Suite 400 | Arlington | TX | 76011 | | Contract Counter-Party |
| Foodcraft | | 1637 N O'Donnell Way | | Orange | CA | 92667 | | Contract Counter-Party |
| Fort Knox National Bank | | 601 West Lincoln Trail Blvd | | Radcliff | KY | 40160 | | Contract Counter-Party |
| Fort Knox National Co. | | P.O. Box 1270 | | Elizabethtown | KY | 42702 | | Contract Counter-Party |
| GE Capital | | 44 Old Ridgebury Rd | | Danbury | CT | 06810-5105 | | Contract Counter-Party |
| Globalscape Texas | | 6000 Northwest Pkwy | Ste 100 | San Antonio | TX | 78249 | | Contract Counter-Party |
| Guardian Power Protection Services Inc | | 775 W 17th St | #B | Costa Mesa | CA | 92627-4324 | | Contract Counter-Party |
| Hyland Software Inc | | 28500 Clemens Rd | | Westlake | OH | 44145 | | Contract Counter-Party |
| IKON | Harvey Chernak | 16715 Von Karman | Suite 100 | Irvine | CA | 92606 | | Contract Counter-Party |
| Ingram Micro, Inc | Linda Nankervis | 1600 E St Andrew Place | | Santa Ana | CA | 92705 | | Contract Counter-Party |
| Iron Mountain | | PO Box 601002 | | Los Angeles | CA | 90060-1002 | | Contract Counter-Party |
| Irwin Financial Corporation | | 500 Washington Street | | Columbus | IN | 47202-0929 | | Contract Counter-Party |
| Irwin Mortgage Corporation | Thomas Washburn | 500 Washington Street | | Columbus | IN | 47201 | | Contract Counter-Party |
| Irwin Mortgage Corporation | | 500 Washington Street | | Columbus | IN | 47202-0929 | | Contract Counter-Party |
| KST | Armando Tan | 3699 Wilshire Blvd | Suite 100 | Los Angeles | CA | 90010 | | Contract Counter-Party |
| Land America | Carl Brown | 6 Executive Circle | Suite 100 | Irvine | CA | 92614 | | Contract Counter-Party |
| LenStar, Inc. | Burt Marrow | 85 Enterprise | Suite 450 | Aliso Veijo | CA | 92656 | | Contract Counter-Party |
| Levi, Ray & Shoup, Inc. | John F. Howerter | 2401 West Monroe St. | | Springfield | IL | 62704 | | Contract Counter-Party |
| LexisNexis | Janeen Cokes | P.O. Box 7247-6640 | | Philadelphia | PA | 19170-6640 | | Contract Counter-Party |
| LexisNexis Courtlink, Inc. | | 13427 NE 16th Street | | Bellevue | WA | 98005 | | Contract Counter-Party |
| LSI Flood | Mark Talmage | PO Box 60000 | | San Francisco | CA | 94160 | | Contract Counter-Party |
| Malcolm & Cisneros | | 2112 Business Center Drive | | Irvine | CA | 92612 | | Contract Counter-Party |
| MERS | Diane Garland | 13059 Collections Center Drive | | Chicago | IL | 60693 | | Contract Counter-Party |
| MERSCORP | | 1595 Spring Hill Rd | Suite 310 | Vienna | VA | 22128 | | Contract Counter-Party |
| Microsoft Corporation | | One Microsoft Way | | Redmond | WA | 98052 | | Contract Counter-Party |
| Microsoft Corporation Enterprise | Microsoft Licensing Gp | 6100 Neil Rd Ste 210 | Dept 551 Volume Licensing | Reno | NV | 89511 | | Contract Counter-Party |
| Moody's Investor Service | | PO Box 102597 | | Atlanta | GA | 30368-0597 | | Contract Counter-Party |
| Moodys Investors Service Inc | Residential Mortgage Monitoring Unit | 99 Church St 4th Fl | | New York | NY | 10007 | | Contract Counter-Party |
| Moody's Investors Service, Inc. | Residential Mortgage Monitoring Unit | 99 Church St. | 4th Fl | New York | NY | 10007 | | Contract Counter-Party |

Contract Counter-Parties
First Class and Overnight Mail Service List

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| Moore Wallace Inc | | 1200 Lakeside Dr | | Bannockburn | IL | 60015 | | Contract Counter-Party |
| Mortgage Finance | | 390 Greenwich St | 4th Fl | New York | NY | 10013 | | Contract Counter-Party |
| National Creditors Connection, Inc. | | 14 Orchard Road | Suite 200 | Lake Forest | CA | 92630 | | Contract Counter-Party |
| National Field Representatives | Steve Cossingham President | PO Box 1440 | Old Church Rd | Claremont | NH | 03743 | | Contract Counter-Party |
| Network Automation, Inc. | | 654 S Western Ave | | Los Angeles | CA | 90005 | | Contract Counter-Party |
| New Century | Kevin Cloyd | 18400 Von Karman | Ste 1000 | Irvine | CA | 92612 | | Contract Counter-Party |
| New Century Mortgage Securities LLC | Kevin Cloyd | 18400 Von Karman Ste 1000 | | Irvine | CA | 92612 | | Contract Counter-Party |
| Norco Delivery Services Inc | | PO Box 4836 | | Anaheim | CA | 92803 | | Contract Counter-Party |
| NSI, Inc. | | 19730 Magellan Drive | | Torrance | CA | 90502 | | Contract Counter-Party |
| Ocwen | Secretary | 1675 Palm Beach Lakes Blvd | Ste 10A | West Palm Beach | FL | 33401 | | Contract Counter-Party |
| Office Max | Suzi Umemoto | 7300 Chapman Ave | | Garden Grove | CA | 92841 | | Contract Counter-Party |
| One Touch Global Technologies | | 20371 Irvine Avenue | Suite 250 | Santa Ana Heights | CA | 92707 | | Contract Counter-Party |
| Plantscapers | | 3176 Pullman St | # 113 | Costa Mesa | CA | 92626 | | Contract Counter-Party |
| Premier Print And Services Group Inc | Brian Sievers | 120 South Riverside Plaza | Ste 1650 | Chicago | IL | 60606 | | Contract Counter-Party |
| Quinn Power Systems Associates | | 3500 Shepherd St | | City of Industry | CA | 90601 | | Contract Counter-Party |
| Red Hat, Inc. | | 1801 Varsity Dr | | Raliegh | NC | 27606 | | Contract Counter-Party |
| REO Trans | Mark McKinley | 5155 W. Rosecrans Ave. | Suite 257 | Los Angeles | CA | 90250 | | Contract Counter-Party |
| Royce Digital Systems, Inc | | 2552-A White Road | | Irvine | Ca | 92614 | | Contract Counter-Party |
| Safeco FIS | Greg Nelson | 2677 N Main Street | Suite 600 | Santa Ana | CA | 92705-6629 | | Contract Counter-Party |
| Shred It | Jennifer Tevao | 2794 S Sheridan Way | | Oakville | ON | L6J7T4 | Canada | Contract Counter-Party |
| Software House International Software Agrmt | | 2 Riverview Dr | | Somerset | NJ | 08873 | | Contract Counter-Party |
| Speedpay Inc | | 12500 E Belford Ave | | Englewood | CO | 80112 | | Contract Counter-Party |
| Sprint Communications Company Lp | | 535 Anton Blvd | Ste 1200 | Costa Mesa | CA | 92626 | | Contract Counter-Party |
| Standard & Poors a division of The McGraw Hill Companies Inc | Asset Backed Surveillance Group | 55 Water St 41st Fl | | New York | NY | 10041 | | Contract Counter-Party |
| Stanwich Asset Acceptance Company LLC | President | Seven Greenwich Office Park | 599 W Putnam Ave | Greenwich | CT | 06830 | | Contract Counter-Party |
| Sungard Recovery Services | Gary August | 680 E. Swedesford Rd | | Wayne | PA | 19087 | | Contract Counter-Party |
| Symantec | | 20330 Stevens Creek Blvd | | Cupertino | CA | 95014 | | Contract Counter-Party |
| System Source | Brook Hergesell | 2100 Main Street | | Irvine | CA | 92614 | | Contract Counter-Party |
| T Mobile | | 12920 S E 38th St | | Bellevue | WA | 98006 | | Contract Counter-Party |
| T.D. Service Company | | 1820 East 1st Street | | Santa Ana | CA | 92705 | | Contract Counter-Party |
| The Murrayhill Company | General Counsel | 1700 Lincoln St | Suite 1600 | Denver | CO | 80203 | | Contract Counter-Party |
| Thinprint Gmbh | | Alt Moabit 91 A/b | | Berlin | | 10559 | Germany | Contract Counter-Party |
| Trans Union LLC | | 333 So Anita Dr | Ste 1000 | Orange | CA | 92868 | | Contract Counter-Party |
| Transunion Settlement Solutions Inc | | 5300 Brandywine Pkwy | Ste 100 | Wilmington | DE | 19803 | | Contract Counter-Party |
| Union Bank | Andrea F. White | 445 S Figueroa Street | 8th Floor | Los Angeles | CA | 90071-1602 | | Contract Counter-Party |
| Universal Protection Services | Jeff Derrico | 1449 West Braden Court | | Orange | CA | 92868 | | Contract Counter-Party |
| Valley Couriers | | 646 San Fernando Rd | | Los Angeles | CA | 91372 | | Contract Counter-Party |
| WALZ Postal Solutions | | 43234 Business Park Drive | Suite 107 | Temecula | CA | 92590-3604 | | Contract Counter-Party |
| Websense | | 10240 Sorrento Valley Rd | | San Deigo | CA | 92121 | | Contract Counter-Party |
| Wells Fargo Bank NA | | 8830 Stanford Blvd | | Columbia | MD | 21045 | | Contract Counter-Party |
| Wells Fargo Bank, NA | | 8830 Stanford Blvd | | Columbia | MD | 21045 | | Contract Counter-Party |
| Western Union Financial Services, Inc | | PO Box 6992 | | Greenwood Village | CO | 80155-6992 | | Contract Counter-Party |
| Western Union/Quick Collect | | 226 Buckingham Drive | | Indianapolis | IN | 46208 | | Contract Counter-Party |
| Wilmington Trust Company | Corporate Trust Administration | Rodney Square North | 1100 N Market St | Wilmington | DE | 19890 | | Contract Counter-Party |
| WinZip | | PO Box 540 | | Mansfield | CT | 06268 | | Contract Counter-Party |
| WNC First Insurance Services (Assurant) | | 899 El Centro Street | | South Pasadena | CA | 91030 | | Contract Counter-Party |

# Exhibit C

Lien Holders
First Class Mail Service List

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Access Investments Ii Llc | | 18400 Von Karman Ave | Ste 1000 | | Irvine | CA | 92612 | | Lien Holder |
| Ameritech Credit Corporation | | 2000 West Ameritech Ctr Dr | | | Irvine | CA | 92612 | | Lien Holder |
| Aspen Funding Corp | C/o Amacar Group Llc | 6525 Morrison Blvd | Ste 318 | | Charlotte | NC | 28211 | | Lien Holder |
| Aspen Funding Corp | | 60 Wall St | | | New York | NY | 10005 | | Lien Holder |
| Bank Leumi Leasing Corporation | | 562 Fifth Ave | | | Ny | NY | 10036 | | Lien Holder |
| Bank Of America Na | | 301 Main St | 66th Fl | | Dallas | TX | 75202 | | Lien Holder |
| Bank Of America Na | | 901 Main St | 66th Fl | Tx1 492 66 01 | Dallas | TX | 75202-3714 | | Lien Holder |
| Bank Of America Na | | Tx 492 66 01 | 901 Main St | 66th Fl | Dallas | TX | 75202-3714 | | Lien Holder |
| Bank Of The West | | 3000 S Grand Ave | Mail Code Sc Cal 006 A | | Los Angeles | CA | 90071 | | Lien Holder |
| Barclays Bank Plc | As Administrative Agent | 200 Pk Ave | | | New York | NY | 10166 | | Lien Holder |
| Carrington Mortgage Credit Fund I Lp | | 9 Greenwich Office Pk | | | Greenwich | CT | 06831 | | Lien Holder |
| Carrington Mortgage Services LLC | Bruce Rose & Diane Citron | c/o Carrington Capital Management | 599 Putnam Ave | | Greenwich | CT | 06830 | | Lien Holder |
| Cdc Mortgage Capital Inc | | 9 West 57th St | | | Ny | NY | 10019 | | Lien Holder |
| Charter One Vendor Finance Llc | | 2300 Cabot Dr | Ste 355 | | Lisle | IL | 60532 | | Lien Holder |
| Cit Communications Finance Croporation | | 1 Cit Dr | | | Livingston | NJ | 07039 | | Lien Holder |
| Citigroup Global Markets Realty Corp | | 390 Greenwich St | | | Ny | NY | 10014 | | Lien Holder |
| Citigroup Global Markets Realty Corp | | 390 Greenwich St | 6th Fl | | New York | NY | 10013 | | Lien Holder |
| Consultants Group Commercial Funding Corp | | 660 Newport Ctr Dr | Ste 600 | | Newport Beach | CA | 92660 | | Lien Holder |
| Countrywide Home Loans Inc | | 8611 Fallbrook Ave | Mswh51g | | West Hills | CA | 91304 | | Lien Holder |
| Credit Suisse First Boston Mortgage Capital Llc | | 11 Madison Ave | | | New York | NY | 10010 | | Lien Holder |
| Credit Suisse First Boston Mortgage Capital Llc | | 11 Madison Ave | | | Ny | NY | 10010 | | Lien Holder |
| Db Structured Products Inc | | 60 Wall St | | | Ny | NY | 10005 | | Lien Holder |
| Deutsch Bank Trust Company Americas As Collateral Agent | | 60 Wall St | Ms Nyc 60 2606 | | Ny | NY | 10005 | | Lien Holder |
| Deutsch Bank Trust Company Americas As Collateral Agent | | 60 Wall St | 26th Fl | | Ny | NY | 10010 | | Lien Holder |
| Deutsche Bank Trust Company Americas As Trustee | | 1761 E St Andrew Pl | | | Santa Ana | CA | 92705 | | Lien Holder |
| Federal National Mortgage Association | | 3900 Wisconsin Ave | Nw | | Washington | DC | 20016-2892 | | Lien Holder |
| Gemini Securitization Corp Llc | C/o Ropes & Gray Llc | One International Pl | | | Boston | MA | 02110 | | Lien Holder |
| General Electric Capital Corporation | | 1961 Hirst Dr | | | Moberly | MO | 65270 | | Lien Holder |
| General Electric Capital Corporation | | 2400 E Katella Ave | Ste 800 | | Anaheim | CA | 92806 | | Lien Holder |
| General Electric Capital Corporation | | 311 N Bayshore Dr | | | Safety Harbor | FL | 34695 | | Lien Holder |
| General Electric Capital Corporation | | 4 N Pk Dr | | | Hunt Valley | MD | 21030 | | Lien Holder |
| General Electric Capital Corporation | | 7 Sentry Pkwy/w | Ste 200 | | Blue Bell | PA | 19422 | | Lien Holder |
| Gmac Commercial Finance Llc | | 600 Galleria Pkwy | 15th Fl | | Atlanta | GA | 30339 | | Lien Holder |
| Gmac Commercial Financial Llc | | 210 Interstate North Pkway | Ste 315 | | Atlanta | GA | 30339 | | Lien Holder |
| Goldman Sachs Mortgage Company | | 85 Broad St | | | New York | NY | 10004 | | Lien Holder |
| Greenwich Capital Financial Products Inc | | 600 Steamboat Rd | | | Greenwich | CT | 06830 | | Lien Holder |
| Guaranty Bank | | 8333 Douglas Ave | | | Dallas | TX | 75225 | | Lien Holder |
| Henneman Dale Scott | | C/o 32108 Alvarado Blvd 381 | | | Union City | CA | 94587 | | Lien Holder |
| Ios Capital | | 1738 Bass Rd | | | Macon | GA | 31210-1043 | | Lien Holder |
| Ixis Real Estate Capital Inc | | 9 West 57th St | | | Ny | NY | 10019 | | Lien Holder |
| Johnson Kurt F | | C/o 32108 Alvarado Blvd | 381 | | Union City | CA | 94587 | | Lien Holder |
| Mayer Brown Rowe & Maw LLP | Elizabeth Raymond | 71 S Wacker Dr | | | Chicago | IL | 60606 | | Lien Holder |
| Mission Center Partners | | PO Box 2675 | | | El Centro | CA | 92243 | | Lien Holder |

Lien Holders
First Class Mail Service List

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Morgan Stanley Mortgage Capital Inc As Agent | | 1221 Ave Of The Americas 27th Fl | | | Ny | NY | 10020 | | Lien Holder |
| Nc Capital Corporation | | 18400 Von Karman | | | Irvine | CA | 92612 | | Lien Holder |
| New Century Funding A | | 18400 Von Karman | | | Irvine | CA | 92612 | | Lien Holder |
| New Century Mortgage Securities Inc | | 184 Von Karman Ste 1000 | | | Irvine | CA | 92612 | | Lien Holder |
| New Century Mortgage Securities Inc | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92512 | | Lien Holder |
| Newport Funding Corp | C/o Amacar Group Llc | 6525 Morrison Blvd | Ste 318 | | Charlotte | NC | 28211 | | Lien Holder |
| Pfe International Inc | | 195 Chastain Meadows Ct | 112 | | Kennesaw | GA | 30144 | | Lien Holder |
| St Andrew Funding Turst C/o New Century Mortgage | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92616 | | Lien Holder |
| State Street Global Markets | As Admin For Galleon Capital Corp | One Lincoln St | | | Boston | MA | 02111 | | Lien Holder |
| Sterling Bank | | 2550 N Loop West | Ste 500 | | Houston | TX | 77092 | | Lien Holder |
| The Cit Group/equipment Financing | | PO Box 27248 | | | Tempe | AZ | 85285-7248 | | Lien Holder |
| Ubs Real Estate Securities Inc | | 1251 Ave Of The Americas | 22nd Fl | | Ny | NY | 10020 | | Lien Holder |
| Ubs Real Estate Securities Inc | | 1285 Ave Of The Americas | | | New York | NY | 10019 | | Lien Holder |
| United California Capital | | 201 N Civic Dr | | | Walnut Creek | CA | 94596 | | Lien Holder |
| Us Bancorp Equipment Financial Inc | | PO Box 230789 | | | Portland | OR | 97281 | | Lien Holder |
| Us Bancorp Leasing & Financial | | 7659 Sw Mohawk St | | | Tualatin | OR | 97062 | | Lien Holder |
| Us Bank National Association | As Indenture Trustee | 180 E Fifth St | | | St Paul | MN | 55101 | | Lien Holder |
| Whitwood Jason Allen | | C/o 3625 Amur Maple Dr | | | Bakersfield | CA | 93311 | | Lien Holder |

# Exhibit D

Taxing Authorities
First Class Mail Service List

| Creditor Name | Creditor Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Alabama Department Of Revenue | | Business Privilege Tax Section | PO Box 327431 | | Montgomery | AL | 36132-7431 | | Taxing Authority |
| Alabama Dept Of Revenue | | Financial Inst Excise Tax Unit | PO Box 327439 | | Montgomery | AL | 36132-7439 | | Taxing Authority |
| Alaska Department Of Revenue | | PO Box 110420 | | | Juneau | AK | 99811-0420 | | Taxing Authority |
| Arizona Department Of Revenue | | PO Box 29079 | | | Phoenix | AZ | 85038-9079 | | Taxing Authority |
| City Of Kansas City Finance Dept | | Revenue Division | 414 E 12th St | | Kansas City | KS | 64106-2786 | | Taxing Authority |
| Colorado Department Of Revenue | | | | | Denver | CO | 80261-0006 | | Taxing Authority |
| Comptroller Of Maryland | | Revenue Administration Division | | | Annapolis | MD | 21411-0001 | | Taxing Authority |
| Comptroller Of Public Accounts | | 111 East 17th St | | | Austin | TX | 78774-0100 | | Taxing Authority |
| Dc Office Of Tax And Revenue | | 6th Fl 941 N Capitol St | | | Ne Washington | DC | 20002-4265 | | Taxing Authority |
| Delaware Division Of Revenue | | PO Box 2044 | | | Wilmington | DE | 19899-2044 | | Taxing Authority |
| Department Of Finance And Administration | | Corporation Income Tax Section | PO Box 919 | | Little Rock | AR | 72203-0919 | | Taxing Authority |
| Department Of Revenue | | City Of Philadelphia | | | Philadelphia | PA | 19105-1529 | | Taxing Authority |
| Department Of Revenue | | Coroporation | | | Columbia | SC | 29214-0006 | | Taxing Authority |
| Department Of Revenue | | Andrew Jackson State Office Building | 500 Deaderick St | | Nashville | TN | 37242 | | Taxing Authority |
| Department Of Revenue Services | | PO Box 2974 | | | Hartford | CT | 06104-2974 | | Taxing Authority |
| Div Of Taxation Bfc Revenue | | Processing Unit | PO Box 247 | | Trenton | NJ | 08646-0247 | | Taxing Authority |
| Florida Department Of Revenue | | 5050 W Tennessee St | | | Tallahassee | FL | 32399-0135 | | Taxing Authority |
| Franchise Tax Board | | PO Box 942857 | | | Sacramento | CA | 94257-0500 | | Taxing Authority |
| Georgia Department Of Revenue | | Processing Unit | PO Box 740317 | | Atlanta | GA | 30374-0317 | | Taxing Authority |
| Hawaii Department Of Taxation | | PO Box 1530 | | | Honolulu | HI | 96806-1530 | | Taxing Authority |
| Idaho State Tax Commission | | PO Box 76 | | | Boise | ID | 83707-0076 | | Taxing Authority |
| Illinois Department Of Revenue | | PO Box 19008 | | | Springfield | IL | 62794-9008 | | Taxing Authority |
| Indiana Department Of Revenue | | 100 N Senate Ave | | | Indianapolis | IN | 46204-2253 | | Taxing Authority |
| Iowa Department Of Revenue | | Corporation Tax Return Processing | PO Box 10468 | | Des Moines | IA | 50306-0468 | | Taxing Authority |
| IRS | | | | | Ogden | UT | 84201 | | Taxing Authority |
| Kansas Corporate Tax | | Kansas Department Of Revenue | 915 Sw Harrison St | | Topeka | KS | 66699-4000 | | Taxing Authority |
| Kentucky Revenue Cabinet | | | | | Frankfort | KY | 40620 | | Taxing Authority |

Taxing Authorities
First Class Mail Service List

| Creditor Name | Creditor Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Louisville/Jefferson County Metro | | Revenue Commission | PO Box 35410 | | Louisville | KY | 40232-5410 | | Taxing Authority |
| Massachusetts Department Of Revenue | | PO Box 7005 | | | Boston | MA | 02204 | | Taxing Authority |
| Michigan Department Of Treasury | | PO Box 30207 | | | Lansing | MI | 48909 | | Taxing Authority |
| Minnesota Revenue | | Mail Station 1765 | | | St Paul | MN | 55145-1765 | | Taxing Authority |
| Missouri Department Of Revenue | | PO Box 700 | | | Jefferson City | MO | 65105-0700 | | Taxing Authority |
| Montana Department Of Revenue | | PO Box 8021 | | | Helena | MT | 59604-8021 | | Taxing Authority |
| Nebraska Department Of Revenue | | PO Box 94818 | | | Lincoln | NE | 68509 | | Taxing Authority |
| Nevada Department Of Taxation | | 1550 College Parkway | | | Carson City | NV | 89706 | | Taxing Authority |
| New Mexico Taxation & Revenue Dept | | PO Box 25127 | | | Santa Fe | NM | 87504-5127 | | Taxing Authority |
| Nh Dept Of Revenue Administration | | Document Processing Division | PO Box 637 | | Concord | NH | 03302-0637 | | Taxing Authority |
| North Carolina Dept Of Revenue | | PO Box 25000 | | | Raleigh | NC | 27640-0520 | | Taxing Authority |
| Nys Corporation Tax | | Processing Unit | PO Box 22094 | | Albany | NY | 12201-2094 | | Taxing Authority |
| Nys Corporation Tax | | Processing Unit | PO Box 22102 | | Albany | NY | 12201-2102 | | Taxing Authority |
| Nys Corporation Tax | | Processing Unit | PO Box 22038 | | Albany | NY | 12201-2038 | | Taxing Authority |
| Office Of Revenue | | PO Box 23050 | | | Jackson | MS | 39225-3050 | | Taxing Authority |
| Ohio Dept Of Taxation | | PO Box 804 | | | Columbus | OH | 43216-0804 | | Taxing Authority |
| Oklahoma Tax Commission | | Franchise Tax | PO Box 26930 | | Oklahoma City | OK | 73126-0930 | | Taxing Authority |
| Oregon Department Of Revenue | | PO Box 14790 | | | Salem | OR | 97309-0470 | | Taxing Authority |
| Pa Department Of Revenue | | Bureau Of Corp Taxes | Department 280423 | | Harrisburg | PA | 17128-0423 | | Taxing Authority |
| Special Tax Division Attn Paul Kinsman | | Dept Of Revenue & Regulation | 445 East Capitol Ave | | Pierre | SD | 57501-3185 | | Taxing Authority |
| State Of Louisiana Department Of Revenue | | PO Box 201 | | | Baton Rouge | LA | 70821-0201 | | Taxing Authority |
| State Of New Jersey | | Division Of Taxation Corp Tax | PO Box 666 | | Trenton | NJ | 08646-0666 | | Taxing Authority |
| State Of North Dakota | | Office Of State Tax Commissioner | 600 E Blvd Ave Dept 127 | | Bismarck | ND | 58505-0599 | | Taxing Authority |
| State Of Rhode Island | | Division Of Taxation | One Capital Hill Ste 9 | | Providence | RI | 02908-5811 | | Taxing Authority |
| Treasurer State Of Maine | | Maine Revenue Services | PO Box 9114 | | Augusta | ME | 04332-9114 | | Taxing Authority |
| Utah State Tax Commission | | 210 North 1950 West | | | Salt Lake City | UT | 84134-0300 | | Taxing Authority |
| Vermont Department Of Taxes | | 109 State St | | | Montpelier | VT | 05609-1401 | | Taxing Authority |

Taxing Authorities
First Class Mail Service List

| Creditor Name | Creditor Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Virginia Department Of Taxation | | PO Box 1500 | | | Richmond | VA | 23218-1500 | | Taxing Authority |
| Washington Department Of Revenue | | PO Box 34051 | | | Seattle | WA | 98124-1051 | | Taxing Authority |
| West Virignia State Tax Department | | Internal Auditing Division | PO Box 1202 | | Charleston | WV | 25324-1202 | | Taxing Authority |
| Wisconsin Department Of Revenue | | PO Box 8908 | | | Madison | WI | 53708-8908 | | Taxing Authority |