IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :    Chapter 11
In re:                                  :
                                        :    Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,         :
a Delaware corporation, et al., [1]     :    Jointly Administered
                                        :
            Debtors                     :    Re: Docket Nos.: 388, 389, 391, 392,
                                        :    393, 395 and 403
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC

and a member of the bar of this Court, do hereby declare that on April 25, 2007, I caused

true and correct copies of the following to be served upon the parties listed on the

attached Exhibit A by United States Postal Service first class mail:

- **Order Pursuant to Sections 356 and 554 of the Bankruptcy Code (A) Authorizing and Approving the Rejection of Certain Unexpired Leases of Nonresidential Real Property and (B) Authorizing and Approving Procedures for the Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property** [Docket No. 388]

- **Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals** [Docket No. 389]

---

[1]    The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Order Providing that Creditors' Committees are not Authorized or Required to Provide Access to Confidential Information of the Debtors or to Privileged Information** [Docket No. 391]

- **Order Authorizing the Retention and Employment of Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to Section 327(a) of the Bankruptcy Code** [Docket No. 392]

- **Order Granting Extension of Time to File Schedules and Statements** [Docket No. 393]

- **Final Order Pursuant to Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment** [Docket No. 395]

- **Motion to Approve Motion for Order Pursuant to Bankruptcy Code Sections 105 and 363 Establishing Procedures Governing Miscellaneous Asset Sales** [Docket No. 403]

Additionally, on April 25, 2007, I caused true and correct copies of the following to

be served the parties listed on the attached Exhibit B by United States Postal Service first

class mail:

- **Order Pursuant to Sections 356 and 554 of the Bankruptcy Code (A) Authorizing and Approving the Rejection of Certain Unexpired Leases of Nonresidential Real Property and (B) Authorizing and Approving Procedures for the Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property** [Docket No. 388]

Additionally, on April 25, 2007, I caused true and correct copies of the following to

be served the parties listed on the attached Exhibit C by United States Postal Service first

class mail:

- **Final Order Pursuant to Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment** [Docket No. 395]

Dated:  April 26, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
  SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function Creditor |
|---|---|---|---|---|---|---|---|---|---|
| 500 Eagles Landing LLC | David A Meeken Manager | 2100 Green St Apt 404 | | | San Francisco | CA | 94123 | | Creditor |
| Akin Gump Strauss Hauer & Feld LLP | James R Savin Esq David M Dunn Esq & Joanna F Newdeck Esq | 1333 New Hampshire Ave NW | | | Washington | DC | 20036 | | Counsel for ChoicePoint Inc |
| Allen & Overy LLP | Ken Coleman Esq | 1221 Avenue of the Americas | | | New York | NY | 10020 | | Counsel for Barclays Bank PLC and Barclays Capital |
| Anglo Gordon & Co | Jed A Hart | 245 Park Ave 26th Fl | | | New York | NY | 10167 | | Counsel for Angelo Gordon & Co |
| Ashby & Geddes | Don A Beskrone Esq | 500 Delaware Ave | 8th Fl | PO Box 1150 | Wilmington | DE | 19899 | | Counsel for Stricos Financial Insolution Solutions Inc |
| Ashby & Geddes PA | William F Bowden & Gregory A Taylor | 500 Delaware Ave | 8th Fl | PO Box 1150 | Wilmington | DE | 19899 | | Counsel for USB Real Estate Securities Inc |
| Attorney for SIRVA Relocation | Glenn M Reisman Esq | Two Corporate Dr Ste 234 | | | Shelton | CT | 06484 | | Counsel for SIRVA Relocation |
| Attorney General's Office | Bankruptcy Department | Carvel State Office Bldg 820 N French St 8th Fl | | | Wilmington | DE | 19801 | | Governmental Agency |
| Attorney General's Office | Bankruptcy Department | Capitol Station PO Box 12548 | | | Austin | TX | 78711-2548 | | Governmental Agency |
| Attorney General's Office | Bankruptcy Department | 1300 I St Ste 1740 | | | Sacramento | CA | 95814 | | Governmental Agency |
| Attorney General's Office | Bankruptcy Department | 200 St Paul Place | | | Baltimore | MD | 21202-2202 | | Governmental Agency |
| Barclays Bank PLC | Mark Manski Esq | 200 Park Ave | | | New York | NY | 10166 | | Creditor |
| Bernstein Litowitz Berger & Grossman LLP | Blair A Nicholas Esq | 12481 High Bluff Dr Ste 300 | | | San Diego | CA | 92130 | | Counsel for New York State Teachers Retirement System |
| Bernstein Litowitz Berger & Grossman LLP | Salvator J Graziano Esq | 1285 Avenue of the Americas | | | New York | NY | 10019 | | Counsel for New York State Teachers Retirement System |
| Bifferato Gentilotti LLC | Ian Connor Bifferato Esq & Garvan F McDaniel Esq | 800 N King St Plz Level | | | Wilmington | DE | 19801 | | Counsel for CB Richard Ellis Corporate Facilities Management Inc |
| Bingham McCutchen LLP | Andrew J Gallo Esq | 150 Federal St | | | Boston | MA | 02110 | | Counsel for DB Structured Products Inc |
| Bingham McCutchen LLP | Richard H Agins Esq | One State St | | | Hartford | CT | 06103-3178 | | Counsel for DB Structured Products Inc |
| Bingham McCutchen LLP | Robert M Dombroff Esq & Steven Wilamowsky Esq | 399 Park Ave | | | New York | NY | 10022-4689 | | Counsel for DB Structured Products Inc |
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street | Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Brown McCarroll LLP | Patricia B Tomasco | 111 Congress Ave Ste 1400 | | | Austin | TX | 78701 | | Counsel for Ellington Management Group Inc |
| Bryan Cave LLP | Katherine M Windler Esq | 120 Broadway Ste 300 | | | Santa Monica | CA | 90401-2386 | | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Bryan Cave LLP | Lawrence P Gottesman Esq & Suleyoung Suh Esq | 1290 Ave of the Americas | | | New York | NY | 10104 | | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Buchanan Ingersoll & Rooney PC | Mary F Caloway Esq & Eric Lopez Schnabel Esq | 1000 West St Ste 1410 | | | Wilmington | DE | 19801 | | Counsel for Residential Funding Company LLC |
| Cadwalader Wickersham & Taft LLP | Gregory M Petrick Esq & Angela Somers Esq | One World Financial Center | | | New York | NY | 10281 | | Counsel for Natixis Real Estate Capital Inc |
| Cadwalader Wickersham & Taft LLP | Howard R Hawkins Jr Esq | One World Financial Center | | | New York | NY | 10281 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| California Franchise Tax Board | Bankruptcy Division Chapter 11 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | Governmental Agency |
| Campbell & Levine LLC | Marla R Eskin Mark T Hurford | 800 North King Street | Suite 300 | | Wilmington | DE | 19801 | | Counsel for Citigroup Global Markets Realty Corp |
| Cohne ISD Princeton ISD City of Princeton Richardson ISD Cedar Hill ISD City of Cedar Hill Whitewright ISD City of Whitewright ISD City of Hurst Arlington ISD Castleberry ISD and Mansfield ISD | Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda | PO Box 13430 | | Arlington | TX | 76094-0430 | | Counsel for Cohne ISD Princeton ISD City of Princeton Richardson ISD Cedar Hill ISD City of Cedar Hill Whitewright ISD City of Whitewright ISD City of Hurst Arlington ISD Castleberry ISD and Mansfield ISD |
| Chadbourne & Parke LLP | Joseph H Smolinsky & Douglas E Deutsch | 30 Rockefeller Plaza | | | New York | NY | 10112 | | Counsel for Credit Suisse First Boston Capital LLC and DLJ Mortgage Capital Inc |
| Comptroller of Public Accounts | Bankruptcy Department | Lyndon B Johnson State Office Building | 111 E 17th St | | Austin | TX | 78774 | | Governmental Agency |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C Wisler Esq & Marc J Philips Esq | The Nemours Bldg | 1007 N Orange St PO Box 2207 | | Wilmington | DE | 19899 | | Counsel for Coremetrics Inc |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq & Marc J Philips Esq | The Nemours Bldg | 1007 N Orange St PO Box 2207 | | Wilmington | DE | 19899 | | Counsel for Washington Mutual |
| Cooley Godward Kronish LLP | Gregg S Kleiner | 101 California St 5th Fl | | | San Francisco | CA | 94111-2222 | | Creditor |
| Coremetrics Inc | Seth R Weissman Esq VP & General Counsel | 1840 Gateway Dr Ste 320 | | | San Mateo | CA | 94404 | | Creditor |
| Countrywide Home Loans Inc | Paul T Liu Esq & John Guerry Esq | 5220 Las Virgenes Rd | MS AC 11 | | Calabasas | CA | 91302 | | Counsel for Countrywide Home Loans Inc |
| Delaware Department Of Justice | Bankruptcy Department | Division Of Securities | 820 N French St 6th Fl | | Wilmington | DE | 19801 | | Governmental Agency |
| Delaware Dept Of Labor | Secretary | 4425 N Market St | 4th Fl | | Wilmington | DE | 19802 | | Governmental Agency |
| Delaware Dept Of Natural Resources & Environmental Control | Bankruptcy Department | 89 Kings Hwy | | | Dover | DE | 19901 | | Governmental Agency |
| Delaware Secy of State | Division of Corporations | John A Hughes Secretary Franchise Tax Division | PO Box 7040 | | Dover | DE | 19903 | | Governmental Agency |

Core V 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Division of Unemployment Ins | Department of Labor | 4425 N Market St | | | Wilmington | DE | 19802 | | Governmental Agency |
| Dorsey & Whitney LLP | Chris Lenhart Esq | 50 S Sixth St Ste 1500 | | | Minneapolis | MN | 55402-1498 | | Counsel for Residential Funding Company LLC |
| Eckert Seamans Cherin & Mellot LLC | Michael Busenkell | 300 Delaware Ave Ste 1210 | | | Wilmington | DE | 19801 | | Counsel for Credit-Based Asset Servicing and Securitization (C-BASS) and Wells Fargo Bank NA |
| Edwards Angell Palmer & Dodge LLP | William E Chipman Jr Esq | 919 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Employee Benefits Security Administration Philadelphia Regional Office | Mabel Capolongo Director | Curtis Ctr | 170 S Independence Mall West Ste 870 West | | Philadelphia | PA | 19106-3317 | | Governmental Agency |
| Erskine & Tulley A Professional Corporation | Robert P Gates Esq | 220 Montgomery St Ste 303 | | | San Francisco | CA | 94104 | | Counsel for 500 Eagles Lending LLC |
| Ervin Cohen & Jessup LLP | Randall S Leff Esq & Eric M Heller Esq | 9401 Wilshire Blvd 9th Fl | | | Beverly Hills | CA | 90212-2974 | | Counsel for KST Data Inc |
| Filardi Law Offices LLC | Charles J Filardi Jr | 65 Trumbull St | Second Floor | | New Haven | CT | 06510 | | Counsel for Federal Express Corporation |
| Fox Rothschild LLP | Daniel K Astin & Anthony M Saccullo | Citizens Bank Center | 919 N Market St Ste 1300 | PO Box 2323 | Wilmington | DE | 19899-2323 | | Counsel for Positive Software Solutions Inc |
| Gebhardt & Smith LLP | Michael G Gallerizzo Esq | 901 Market St Ste 451 | | | Wilmington | DE | 19801 | | Counsel for General Electric Capital Corporation |
| GMAC Commercial Finance LLC | Hermann Adamson Esq | Senior Legal Coordinator | 3000 Town Center Ste 280 | | Southfield | MI | 48075 | | Counsel for GMAC Commercial Finance LLC |
| Greenwich Capital Financial Products | General Counsel & Frank Skibo | 600 Steamboat Rd | | | Greenwich | CT | 06830 | | Counsel to DIP Lenders |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Hunton & Williams LLP | JR Smith & Jason W Harbour | Riverfront Plaza E Tower | 951 E Byrd St | | Richmond | VA | 23219 | | Counsel for Credit-Based Asset Servicing, Securitization (C-BASS) and Wells Fargo Bank NA |
| IBM Corporation | Vicky Namken | 13800 Diplomat Dr | | | Dallas | TX | 75234 | | Creditor |
| IBM Credit LLC | Bruce Gordon | Special Handling Group MD NC322 | North Castle Dr | | Armonk | NY | 10504 | | Creditor |
| Ikon Office Solutions Recovery & Bankruptcy | Keith Clements | 3920 Arkwright Rd Ste 400 | | | Macon | GA | 31210 | | Counsel for IOS Capital Inc / Creditor |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz | Rm 1150 | | Baltimore | MD | 21201 | | Governmental Agency |
| Irs Local Office | | 844 King St | | | Wilmington | DE | 19801 | | Governmental Agency |
| Jaffer Mangels Butler & Marmaro LLP | Barry Freeman Esq & David Poitras Esq | 1900 Ave of the Stars 7th Fl | | | Los Angeles | CA | 90067 | | Counsel for Union Bank of California |
| Jorden Burt LLP | Frank G Burt Esq, Raul A Cuervo Esq & W Glenn Merton Esq | 1025 Thomas Jefferson St NW | Ste 400 E | | Washington | DC | 20007-5208 | | Counsel for Safeco Financial Institution Solutions Inc |
| Kaye Scholer LLP | Margot B Schonholtz & Mark F Liscio | 425 Park Ave | | | New York | NY | 10022 | | Counsel for Bank of America NA |
| Kelley Drye & Warren LLP | David E Retter Esq & Christen A Lambrianakos Esq | 101 Park Ave | | | New York | NY | 10178 | | Counsel for Wells Fargo Bank NA |
| Kirkland & Ellis LLP | Bennett L Spiegel & Shirley S Cho | 777 S Figueroa St | Suite 3700 | | Los Angeles | CA | 90017 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Kirkland & Ellis LLP | Paul M Basta & Joshua A Sussberg | Citigroup Center | 153 East 53rd Street | | New York | NY | 10022-4611 | | Counsel for Citigroup Global Markets Realty Group |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Joanne B Wills Esq & Michael W Yurkewicz Esq | 919 Market St Ste 1000 | | | Wilmington | DE | 19801 | | Counsel for ABN AMRO Bank N.V. |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Richard M Beck Esq & Christopher A Ward Esq | 919 Market St Ste 1000 | | | Wilmington | DE | 19801 | | Counsel for KST Data Inc |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Richard M Beck Esq & Michael W Yurkewicz Esq | 919 Market St Ste 600 | | | Wilmington | DE | 19801 | | Counsel for SN Servicing Corp as Agent for Alaska Seaboard Partners LP |
| Landis Rath & Cobb LLP | Adam G Landis Esq | 919 Market St Ste 600 | | | Wilmington | DE | 19801 | | Counsel for JP Morgan Chase Bank NA |
| Landis Rath & Cobb LLP | Richard S Cobb Esq & Matthew B McGuire Esq | 919 Market St Ste 600 | | | Wilmington | DE | 19801 | | Counsel for Stony Point East LP |
| Law Office of John A Vos | John A Vos Esq | 1430 Lincoln Ave | | | San Rafael | CA | 94901 | | Creditor |
| Law Offices of Robert E Luna PC | Andrea Sheehan Esq | 4411 N Central Expressway | | | Dallas | TX | 75205 | | Counsel for Carrollton-Farmers Branch Independent School District Garland Independent School District & Lewisville Independent School District |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | Travis Bldg 711 Navarro Ste 300 | | | San Antonio | TX | 78205 | | Counsel for Bexar County City of El Paso |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | 1949 South IH 35 | PO Box 17428 | | Austin | TX | 78760 | | Counsel for City of Edinburg Edcouch-Elsa ISD Nueces County & South Texas College |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | | Dallas | TX | 75201 | | Counsel for Dallas County |
| Lozada PA | Christopher D Loizides Esq | 1225 King St Ste 800 | | | Wilmington | DE | 19801 | | Counsel for SunTrust Leasing Corporation |

In re New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)
United States Bankruptcy Court, District of Delaware

4/25/2007
Exhibit A - Core 2002 List 070425

Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Michael S Etkin Esq & Ira M Levee Esq | 65 Livingston Ave | | | Roseland | NJ | 07068 | | Counsel for New York State Teachers Retirement System |
| Malphin & Cisneros A Law Corporation | William G Malcom | 2112 Business Center Dr 2nd Fl | | | Irvine | CA | 92612 | | Counsel for Malcom & Cisneros A Law Corporation |
| Maryland State Dept of Assessments and Taxation | Bankruptcy Department | 301 W Preston St | | | Baltimore | MD | 21201 | | Governmental Agency |
| Mayer Brown Rowe & Maw LLP | Ramiro D Avenia Jr Esq & Laura D Metzger Esq | 1675 Broadway | | | New York | NY | 10019-5820 | | Counsel for ABN AMRO Bank N.V. |
| Mayer Brown Rowe & Maw LLP | Thomas S Kiriakos Esq & Sean T Scott Esq | 71 S Wacker Dr | | | Chicago | IL | 60606 | | Counsel for Carrington Mortgage Services LLC and Carrington Capital Management LLC |
| McGuire Woods LLP | David I Swan Esq & Kenneth M Misken Esq | 1750 Tysons Blvd Ste 1800 | | | McLean | VA | 22102-4215 | | Counsel for Sprint Nextel Corporation |
| Milbank Tweed Hadley & McCloy LLP | Luc A Despins Esq & Wilbur F Foster Esq | 1 Chase Manhattan Plaza | | | New York | NY | 10005 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| Missouri Department of Revenue Bankruptcy Unit | Sheryl L Moreau | General Counsels Office | 301 W High St Room 670 | PO Box 475 | Jefferson City | MO | 65105-0475 | | Counsel for Missouri Department of Revenue |
| Montzack & Monaco PA | Francis A Monaco Jr Esq | 1201 N Orange St Ste 400 | PO Box 2031 | | Wilmington | DE | 19899-2031 | | Counsel for RBC Mortgage Company Royal Bank of Canada and RBC Centura Bank |
| Morris Nichols Arsht & Tunnell LLP | Robert J Dehney Gregory W Werkheiser & Daniel B Butz | 1201 N Market St | PO Box 1347 | | Wilmington | DE | 19899-1347 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| Munsch Hardt Kopf & Harr PC | Mark H Ralston Esq & Davor Rukavina Esq | 3800 Lincoln Plz | 500 N Akard St | | Dallas | TX | 75201 | | Counsel for Positive Software Solutions Inc |
| Nixon Peabody LLP | Dennis J Drebsky Esq | 437 Madison Ave | | | New York | NY | 10022 | | Counsel for Deutsche Bank National Trust Company |
| Nixon Peabody LLP | Mark N Berman Esq | 100 Summer St | | | Boston | MA | 02110-1832 | | Counsel for Deutsche Bank National Trust Company |
| Northeast Regional Office | Bankruptcy Department | Mark Schonfeld Regional Director | 3 World Financial Ctr | Room 4300 | New York | NY | 10281 | | Governmental Agency |
| O'Melveny & Myers LLP | Suzzanne S Uhland Ben H Logan Victoria Newmark Emily R Culler | 275 Battery Street | | | San Francisco | CA | 94111 | | Debtors' Counsel |
| Office of Joe G Tedder CFC | Sasi E Maddor | Delinquency and Enforcement | Tax Collector for Polk County Florida | PO Box 2016 | Bartow | FL | 33831-2016 | | Counsel for Polk County Florida |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | | Wilmington | DE | 19801 | | US Trustee |
| Office of the US Trustee | | 844 King St | Ste 2313 | Lockbox 35 | Wilmington | DE | 19801-3519 | | Governmental Agency |
| Ohio Attorney's General Office | Matthew J Lampke Assistant Chief | 30 E Broad St 26th Fl | | | Columbus | OH | 43215-4200 | | Counsel for State of Ohio |
| Pachulski Stang Ziehl Young Jones Weintraub LLP | Laura Davis Jones & Timothy P Cairns | 919 N Market St 17th Fl | PO Box 8705 | | Wilmington | DE | 19899-8705 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Paul Hastings Janofsky & Walker LLP | Keith W Miller & James R Bliss | 75 E 55th St | Park Ave Tower | First Floor | New York | NY | 10022 | | Counsel for USB Real Estate Securities Inc |
| Paul Hastings Janofsky & Walker LLP | Richard A Chesley & Kimberly D Newmark | 191 N Wacker Dr | 30th Fl | | Chicago | IL | 60606 | | Counsel for USB Real Estate Securities Inc |
| Pepper Hamilton LLP | David B Stratton Esq | Hercules Plz Ste 5100 | 1313 Market St | PO Box 1709 | Wilmington | DE | 19899-1709 | | Counsel for Deutsche Bank National Trust Company |
| Poirier Anderson & Corroon LLP | Laurie Selber Silverstein Esq | 1313 N Market St 6th Fl | | | Wilmington | DE | 19801 | | Counsel for Bank of America NA |
| Property Management Professionals LLC | Kurt Henry | 1512 Royos Dr | | | Locust Grove | GA | 30248 | | Creditor |
| Quadrangle Group LLC | Michael Weinstock | 375 Park Ave 14th Fl | | | New York | NY | 10152 | | Creditor |
| Qwest Legal Department | Mitchell W Kotz Esq | 1801 California St Ste 900 | | | Denver | CO | 80202 | | Counsel for Qwest Corporation |
| Reed Smith LLP | Claudia J Spangler Esq | 2500 One Liberty Pl | 1650 Market St | | Philadelphia | PA | 19103-7301 | | Counsel for IndyMac Bank FSB |
| Reed Smith LLP | Kurt F Gwynne Esq | 1201 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for IndyMac Bank FSB |
| Reed Smith LLP | Kurt F Gwynne Esq | 1201 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for Qwest Corporation |
| Reeves & Seidler | Felix A Seidler | 437 Chestnut St Ste 1006 | | | Alameda | CA | 94501-4633 | | Counsel for Scott Morris and Angela Morris |
| Robert P Cocco PC | Robert P Cocco Esq | | | | Philadelphia | PA | 19106 | | Counsel for Theresa A Davis |
| Rosenthal Monhait & Goddess PA | Norman M Monhait Esq | 919 Market St Ste 1401 | PO Box 1070 | | Wilmington | DE | 19899-1070 | | Counsel for Kodiak Funding LP & Kodiak CDO I Ltd |
| SEC | | 1555 & Pennsylvania Ave NW | | | Washington | DC | 20020 | | Governmental Agency |
| SEC | Nathan Fuchs | 233 Broadway | | | New York | NY | 10279 | | Governmental Agency |
| Sec Headquarters | Bankruptcy Department | Office Of Investor Education And Assistance | 100 F St Ne | | Washington | DC | 20549 | | Governmental Agency |
| Secretary Of State | Division Of Corporations | Franchise Tax | PO Box 7040 | | Dover | DE | 19903 | | Governmental Agency |
| Secretary Of Treasury | | PO Box 7040 | | | Dover | DE | 19903 | | Governmental Agency |
| Securities & Exchange Commission | | 100 F St Ne | | | Washington | DC | 20549 | | Governmental Agency |

Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Shipman & Goodwin LLP | Julie A Manning Esq | One Constitution Plaza | | | Hartford | CT | 06103-1919 | | Counsel for United HealthCare Insurance Company |
| Skadden Arps Slate Meagher & Flom LLP | DJ Baker Esq & Rosalie W Gray Esq | Four Time Square | | | New York | NY | 10036-6522 | | Counsel for Maguire Properties-Park Plaza LLC Maguire Properties 3121 Michelson LLC & Maguire Properties 3161 Michelson LLC |
| Skadden Arps State Meagher & Flom LLP | Megan E Cleghorn Esq | One Rodney Square | PO Box 636 | | Wilmington | DE | 19899-0636 | | Counsel for Maguire Properties-Park Plaza LLC Maguire Properties 3121 Michelson LLC & Maguire Properties 3161 Michelson LLC |
| State Board of Equalization | Bankruptcy Department | PO Box 942879 | | | Sacramento | CA | 94279-0001 | | Governmental Agency |
| State of Delaware | Randy Weller MS 25 Div of Revenue | Carvel State Office Bldg 820 N French St | 8th Fl | | Wilmington | DE | 19801-0820 | | Governmental Agency |
| State Of Delaware Division Of Revenue | Bankruptcy Department | 820 N French St | | | Wilmington | DE | 19801 | | Governmental Agency |
| State Treasurer's Office | Bankruptcy Department | 915 Capitol Mall Suite 110 | | | Sacramento | CA | 95514 | | Governmental Agency |
| Stevens & Lee PC | Joseph Grey | 1105 N Market St | | | Wilmington | DE | 19801 | | Counsel for Premier Print and Services Group, Inc. |
| Stites & Harbison PLLC | Robert Goodrich Esq | 1800 Fifth Third Center | | | Nashville | TN | 37219-2376 | | Counsel for SunTrust Leasing Corporation |
| The Bayard Firm | Neil B Glassman Esq & Steven M Yoder Esq | 222 Delaware Ave Ste 900 | | | Wilmington | DE | 19801 | | Counsel for Natixis Real Estate Capital Inc |
| The CIT Group Business Credit Inc | Renee Shiger | 505 Fifth Ave | 3rd Fl | | New York | NY | 10017 | | Counsel to DIP Lenders |
| Travelers | Scot Freeman Case Manager | National Accounts | 1 Tower Sq 5MN | | Hartford | CT | 06103-4044 | | Creditor |
| Turner Reynolds Greco & O'Hara | Richard J Reynolds | 16485 Laguna Canyon Rd Ste 250 | | | Irvine | CA | 92616 | | Creditor |
| Union Bank of California | Diane J Richter Esq Vice President and Senior Counsel | 445 S Figueroa St | | | Los Angeles | CA | 90071 | | Counsel for Union Bank of California |
| US Attorneys Office | Ellen W Slights | 1007 Orange St | 7th Fl | | Wilmington | DE | 19899-2046 | | Governmental Agency |
| US Attorney General | Alberto P Gonzales | US Attorney General | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | | Governmental Agency |
| US Department of Justice | Administrative Review Board | Frances Perkins Building | 200 Constitution Ave Nw | | Washington | DC | 20210 | | Governmental Agency |
| US Dept Of Labor | Benefits Review Board | Frances Perkins Building | 200 Constitution Ave Nw | | Washington | DC | 20210 | | Governmental Agency |
| US Dept Of Labor | Employee Benefits Security Administration | Frances Perkins Building | 200 Constitution Ave Nw | | Washington | DC | 20210 | | Governmental Agency |
| US Dept Of Labor | Secretary Elaine Chao | Frances Perkins Building | 200 Constitution Ave Nw | | Washington | DC | 20210 | | Governmental Agency |
| Vinson & Elkins LLP | John E Mitchell Esq | Trammell Crow Center | 2001 Ross Ave Ste 3700 | | Dallas | TX | 75201 | | Counsel for CB Richard Ellis Corporate Facilities Management Inc |
| Washington Mutual | David H Zielke Esq Vice President & Assistant General Counsel | 1301 Second Ave WMC 3501 | | | Seattle | WA | 98101 | | Counsel for Washington Mutual |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Jeffrey I Golden Esq & Hutchinson B Meltzer Esq | 650 Town Center Dr Ste 950 | | | Costa Mesa | CA | 92626 | | Creditor |
| Wells Fargo Bank NA | Thomas M Korsman Vice President | MAC N9300-120 | 608 2nd Ave S | | Minneapolis | MN | 55479 | | Creditor |
| Wendel Rosen Black & Dean LLP | Charles A Hansen & Mark S Bostick | 1111 Broadway 24th Fl | | | Oakland | CA | 94607-4036 | | Counsel for Alireza Nazmi & Golden Key Mortgage |
| Winston & Strawn LLP | Matthew Bolica Esq David Writ Esq & Grayson Walter Esq | 35 W Wacker Dr | | | Chicago | IL | 60601 | | Counsel for Kodiak Funding LP & Kodiak CDO I Ltd |
| Wolfe & Wyman LLP | Stuart B Wolfe Esq & Yaron Shaham Esq | 5 Park Plz Ste 1100 | | | Irvine | CA | 92614 | | Counsel for Wolfe & Wyman LLP |
| Womac & Associates | Brian D Womac & Denise H Mitchell | Two Memorial City Plaza | 820 Gessner Ste 1540 | | Houston | TX | 77024 | | Counsel for DRA GRT Post Oak LP |
| Womble Carlyle Sandridge & Rice PLLC | Steven K Kortanek | 222 Delaware Ave | Ste 1501 | | Wilmington | DE | 19801 | | Counsel for Carrington Mortgage Services LLC and Carrington Capital Management LLC |
| Wright Finlay & Zak LLP | T Robert Finlay Esq & Donna L La Porte Esq | 4665 MacArthur Ct Ste 280 | | | Newport Beach | CA | 92660 | | Creditor |
| Young Conaway Stargatt & Taylor LLP | Michael R Nestor | The Brandywine Bldg | 1000 West St 17th Fl | PO Box 391 | Wilmington | DE | 19899-0391 | | Counsel for Credit Suisse First Boston Capital LLC and DLJ Mortgage Capital Inc |
| Young Conaway Stargatt & Taylor LLP | Robert S Brady | The Brandywine Bldg | 1000 West St 17th Fl | PO Box 391 | Wilmington | DE | 19899-0391 | | Counsel for DB Structured Products Inc |

In re New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)
United States Bankruptcy Court, District of Delaware

4/25/2007
Exhibit A - Core 2002 List 070425

# Exhibit B

Landlord List
First Class Mail Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| 8300, LLC | | 8305 Keystone Crossing | | | Indianapolis | IN | 46240 | | Landlord |
| Addxell, LLC | Margie Morales | 201 Edward Curry Avenue | | | Staten Island | NY | 10314 | | Landlord |
| Adison LLC | | PO Box 17437 | | | Missoula | MT | 59808 | | Landlord |
| AGF Woodfield Owner L.L.C. | Timothy Casey | 1077 Paysphere Circle | | | Chicago | IL | 60674 | | Landlord |
| American Executives International Realty, Inc. | Stan A. Wesolek | 4225 W. Glendale Avenue | | | Phoenix | AZ | 85051 | | Landlord |
| American Home Mortgage Corp. | Donna Kiessel | 538 Broadhollow Road | | | Melville | NY | 11747 | | Landlord |
| Aspen Management, LLC | | PO Box 10 | | | Ramsay | MT | 59748 | | Landlord |
| Atrium Business Court | Beverly Ball | 6528 Greenleaf Avenue | | | Whittier | CA | 90601 | | Landlord |
| Avellino Investment Properties, LLC | | 356 N Pottstown Pike | | | Exton | PA | 19341 | | Landlord |
| Bank One Chicago N.A. | | 800 Davis Street | | | Evanston | IL | 60201 | | Landlord |
| Bayou Plaza Associates LLC | | 5023 Hazel Jones Road | | | Bossier City | LA | 71111 | | Landlord |
| Board of Admin. for Police/Fire Dept. | Patricia Richardson | 13238 Collection Center Drive | | | Chicago | IL | 60693 | | Landlord |
| Broadway Center Associates LP | | 3101 Broadway, Ste 300 | | | Kansas City | MO | 64111 | | Landlord |
| Brookwood Century Springs East, LLC | Amy Martinez | PO Box 3656 | | | Norfolk | VA | 23514-3656 | | Landlord |
| BS Joint Ventures, Inc. | Keith Jackson | 109 N Oregon | | | El Paso | TX | 79901 | | Landlord |
| c/o KG Investment Management, LLC | BRCP Lincoln Plaza | 11225 SE 6th St., Ste 215 | | | Bellevue | WA | 98004 | | Landlord |
| CA-Gateway Office Limited Partnership c/o Equity Office | Property Manager – Gateway Office I | 1740 Technology Drive | Suite 150 | | San Jose | CA | 95110 | | Landlord |
| California State Teachers Retirement System c/o Thomas Properties Group LLC | Teresa Loumena | 355 South Grand Avenue | Suite 2820 | | Los Angeles | CA | 90071 | | Landlord |
| Camel Square, LLC | Toma Lopez | 4222 E. Camelback Road | | | Phoenix | AZ | 85018 | | Landlord |
| CA-Mission Street Limited Partnership | | Department #18080 | PO Box 601173 | | Los Angeles | CA | 90060-1173 | | Landlord |
| Canpro Investments Ltd. | Sara Cloutier-Lowe | 621 NW 53rd St | | | Boca Raton | FL | 33487 | | Landlord |
| Canpro Investments Ltd. | Sara Cloutier-Lowe | 1010 St-Catherine Street West | | | Montreal | Quebec | H3B 3S3 | Canada | Landlord |
| Canyon Crest Towne Centre LLC | | 5225 Canyon Crest Drive | | | Riverside | CA | 92507 | | Landlord |
| CBRE Investors AAF CalSTRS SouthPark | Freda Gries | PO Box 905307 | | | Charlotte | NC | 28290-5307 | | Landlord |
| Cecil Robbins and Teri Robbins | | 17615 Winding Creek | | | Salinas | CA | 93908 | | Landlord |
| CGLIC/SAR | | 8310 Capital Of Texas Highway North | | | Austin | TX | 78731 | | Landlord |
| Charleston Executive Offices, Inc. | Keith Day | 6650 Rivers Ave | | | North Charleston | SC | 29406 | | Landlord |
| CMD Realty Investments | National Manager | 227 West Monroe Street | | | Chicago | IL | 60606 | | Landlord |
| Coldwell Banker Cheyenne Mountain Realty | | 823 Cheyenne Meadows Road | | | Colorado Springs | CO | 80906 | | Landlord |
| Coldwell Banker Commercial NARICO | Dennis Kelly | 1120 W University Suite 200 | | | Flagstaff | AZ | 86001 | | Landlord |
| Construction & Restoration Group, LLC | | PO Box 81492 | | | Corpus Christi | TX | 78469-1492 | | Landlord |
| Corinne Sather | | 1038 Associates, LLC | 435 W. Hanley Avenue | | Coeur d'Alene | ID | 83815 | | Landlord |
| Cranbrook Realty Investment Fund, LP | Kelly Arrigan | 4710 Sisk Road | | | Modesto | CA | 95356 | | Landlord |
| Crestwood Behavioral Health, Inc. | | 520 Capital Mall | | | Sacramento | CA | 95814 | | Landlord |
| Crown Wateridge Associates, LLC | Chris Jesseman | File #050426 | | | Los Angeles | CA | 90074-0426 | | Landlord |
| CSHV Southpark, LLC c/o CB Richard Ellis Investors | Portfolio Manager | 515 South Flower Street | Suite 3100 | | Los Angeles | CA | 90071 | | Landlord |
| DBSI Corporate Woods Lease | Hope Bonner | Co LLC | PO Box 974335 | | Dallas | TX | 75397-4335 | | Landlord |
| Dean and Adah Gay Family, LP | Jim Aguilar | 5001 California Avenue | Suite 100 | | Bakersfield | CA | 93309 | | Landlord |
| Denali National Trust, Inc. | | 8383 E Evans Road | | | Scottsdale | AZ | 85260 | | Landlord |
| Donald L. Wilson | | 707 Benton Road Corporation | 707 Benton Road, Suite 125 | | Bossier City | LA | 71111 | | Landlord |

Landlord List
First Class Mail Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Doug Bean & Associates Inc | | 101 SW Main Street | | | Portland | OR | 97204 | | Landlord |
| DRA Advisors LLC | | 220 East 42nd Street 27th Fl | | | New York | NY | 10017 | | Landlord |
| Duesenberg Investment Company | Ivonne Flores | Dept LA22159 | | | Pasadena | CA | 91185-2159 | | Landlord |
| Duke Realty LP | Christa Newcom | 75 Remittance Dr | | | Chicago | IL | 60675-6007 | | Landlord |
| Duke Realty Ohio | Kelli Nicoloff | 4555 Lake Forest Drive | Suite 400 | | Cincinnati | OH | 45242-3732 | | Landlord |
| Eastland Tower Partnership | Office of the Building | 100 North Barranca Avenue | Suite 900 | | West Covina | CA | 91791-1600 | | Landlord |
| Energy Center II, Ltd. | | PO Box 1370 | | | Tuscaloosa | AL | 35403 | | Landlord |
| EQP-Bixby Ranch, L.L.C. | Property Manager | 333 City Boulevard West | Suite 200 | | Orange | CA | 92868 | | Landlord |
| EQP-Centerside II, L.L.C. | | 9255 Town Centre Drive | | | San Diego | CA | 92121 | | Landlord |
| Equastone | | 1777 Tower | LPB910 University Center Lane | | San Diego | CA | 92122 | | Landlord |
| Equity Office | Kimberly Ross | Dept 13431 | PO Box 601054 | | Los Angeles | CA | 90060-1054 | | Landlord |
| EQY Invest First Colony Owner, Ltd., LLP | F. Jonathan Dracos | 1600 NE Miami Gardens Drive | | | North Miami Beach | FL | 33179 | | Landlord |
| Falls of the Neuse, LLC | Lease Administrator | 210 Oak Avenue | | | Kannapolis | NC | | | Landlord |
| Fourth Quarter Properties | | 45 Ansley Drive | | | Newnan | GA | 30263 | | Landlord |
| Gail A. English & Michael P. English Trust | | 851 Munras Avenue | | | Monterey | CA | 93940 | | Landlord |
| Gainey Ranch Financial Limited Partnership | | 11811 N. Tatum Blvd. | Suite P-118 | | Phoenix | AZ | 85028 | | Landlord |
| George and Shannon Selland | | PO Box 1420 | | | Yuba City | CA | 95992 | | Landlord |
| Greentree Foster Plaza Associates | Anessa Eckert | Foster Plaza 9 | | | Pittsburgh | PA | 15220 | | Landlord |
| Gwinnett Center LLC | | 3098 Piedmont Road, NE | | | Atlanta | GA | 30305 | | Landlord |
| Hacienda MD 7901, LLC | Faith Laurie | 7901 Stoneridge Drive | | | Pleasanton | CA | 94588 | | Landlord |
| Heacock Business Center, LLC | | 320 North E Street, Suite 101 | | | San Bernardino | CA | 92401 | | Landlord |
| Hidge LLC | | PO Box 316 | | | Sharon | MA | 2067 | | Landlord |
| Higley Gold, LLC | | 2025 W. Mesquite Street | | | Chandler | AZ | 85224 | | Landlord |
| Hines Interests Limited Partnership | Lisa Gutierrez | 2800 Post Oak Blvd, 49th Floor | | | Houston | TX | 77056 | | Landlord |
| Holualoa GV Shopping Plaza, LLC | Roxanne Aiken | 11333 N Scottsdale Road | | | Scottsdale | AZ | 85254 | | Landlord |
| Homebased Realty | | 42402 10th Street West | | | Lancaster | CA | 93534 | | Landlord |
| HQ Global Workplaces LLC | | 15305 North Dallas Parkway | | | Addison | TX | 75001 | | Landlord |
| HTL-Acquisitions, LLC | Ronald Lunt | 300 Park Blvd., Suite 500 | | | Itasca | IL | 60143-2636 | | Landlord |
| Hyundai Rio Vista, Inc. c/o Tooley & Co. | | 8880 Rio San Diego Drive Suite 315 | | | San Diego | CA | 92108 | | Landlord |
| Innerbelt Business Center | THF / TMI Chesterfield Office Development, 313-1402127 | Suite 200 | | | St. Louis | MO | | | Landlord |
| J.A.B. Investments | | 1031 Pollard | | | Tyler | TX | 75701 | | Landlord |
| Jomashala Properties, LLC | | 4431 Cardon Drive | | | Farmington | NM | 87401 | | Landlord |
| Joseph & Diane Valentine | Diane Valentine | PO Box 305 | | | Minden | NV | 89423 | | Landlord |
| Kenstock Associates | Ken Kolodziej | 2204 Hidden Creek Court | | | Virginia Beach | VA | 23454 | | Landlord |
| KeyLime South LLC | Terri Jones | PO Box 0142 | | | Benton | LA | 71006 | | Landlord |
| Kilroy Realty LP | | 12200 W. Olympic Boulevard | | | Los Angeles | CA | 90064 | | Landlord |
| KTVQ Communications, Inc. | | 3203 Third Avenue | | | North Billings | MT | 59101 | | Landlord |
| KW Fund II | | 2121 N California Blvd. | | | Walnut Creek | CA | 94596 | | Landlord |
| Kyser Family Partnership | Mary Wallace | 1537 Jean Street | | | Montgomery | AL | 36107 | | Landlord |
| Landmark Center | Keith Jim | 903 N 47th Street | | | Rogers | AR | 72756-9615 | | Landlord |
| Laurel Office Park III, LLC | Levine Douglas | 17197 N Laurel Park Drive | | | Livonia | MI | 48152 | | Landlord |
| LDC Properties | Louie D. Carleo | 503 North Main Street | | | Pueblo | CO | 81003 | | Landlord |

Landlord List
First Class Mail Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Liberty Property Trust | Edward R Valero | PO Box 828438 | | | Philadelphia | PA | 19182-8438 | | Landlord |
| Liberty Property Trust | Edward R Valero | 11414 West Park Place | | | Milwaukee | WI | 53224 | | Landlord |
| Libroha, LLC | Gary M. Wisenbaker | 327 Eisenhower Drive | | | Savannah | GA | 31406 | | Landlord |
| Los Angeles Farm Bureau | Laura Bank | 41228 12th Street | | | Palmdale | CA | 93551 | | Landlord |
| Mack-Cali Taxter Associates, LLC | | PO Box 23229 | | | Newark | NJ | 7189 | | Landlord |
| Maditka Enterprises | | 1 Industrial Drive | | | Hanover | PA | 17331 | | Landlord |
| Main Street DVL Associates | | 220 Farm Lane | | | Doylestown | PA | 18901 | | Landlord |
| Maroon Enterprises, LLC | | 28 Gibson Blvd | | | Clark | NJ | 7066 | | Landlord |
| Market Street Properties, LLC | Paula Weber | 350 2nd Street | | | Coos Bay | OR | 97420 | | Landlord |
| Meridoc Office Holdings, LLC | Bill Zimmerman | NW 7918, PO Box 1450 | | | Minneapolis | MN | 55485-7918 | | Landlord |
| MHW Realty, Ltd. | | 1600 Huntington Drive | | | South Pasadena | CA | 91030 | | Landlord |
| Mills Enterprises, LLC | | 4015 80th Street | | | Kenosha | WI | 53142 | | Landlord |
| Mills Enterprises, LLC | | 4015 80th Street | | | Kenosha | WI | 53142 | | Landlord |
| Mourier Land Investment Corporation | Susanne Alger | 2870 Gateway Oaks Drive | | | Sacramento | CA | 95833 | | Landlord |
| MRI Springs Portfolio, LLC | | 4128 Reliable Parkway | | | Chicago | IL | 60686-0041 | | Landlord |
| Muller-Dunlap LLC | Patty Ann Russell | 2400 W Dunlap | Ste 133 | | Phoenix | AZ | 85021 | | Landlord |
| Muller-Dunlap LLC | Yvonne Galaz | Dept 6228 | | | Los Angeles | CA | 90084 | | Landlord |
| Music Box Associates, LLC c/o Eric Cederstrand | George How, Managing Director | 1102 Commerce St Ste 300 | | | Tacoma | WA | 98402 | | Landlord |
| Nikki Davis | | 123 West D Street | | | Benecia | CA | 94510 | | Landlord |
| Northwestern Mutual Life Insurance Company | Carmen Davis | 4401 Ford Avenue | | | Alexandria | VA | 22302 | | Landlord |
| O.P., LLC | Dora Davis | 351 West Hubbard Street | | | Chicago | IL | 60610 | | Landlord |
| One Grand Park | Kathy Frazier | 210 Park Avenue | | | Oklahoma City | OK | 73102 | | Landlord |
| Onyx One Partnership, Ltd. | | 17225 El Camino Real | Suite 405 | | Houston | TX | 77058 | | Landlord |
| Osprey Troy Officentre, LLC | Mary McLean | 7600 Grand River Avenue | | | Brighton | MI | 48114 | | Landlord |
| OVC Properties, LLC | Kathy Arakawa | PO Box 31000 | | | Honolulu | HI | 96849-5529 | | Landlord |
| Pan Pacific (Jefferson Square) LLC | | PO Box 100541 | | | Pasadena | CA | 91189-0541 | | Landlord |
| Pan Pacific (Jefferson Square) LLC | | PO Box 100541 | | | Pasadena | CA | 91189-0541 | | Landlord |
| Park Plaza, Inc. | | 201 NE Park Plaza Drive | | | Vancouver | WA | 98684 | | Landlord |
| Parkway Shopping, Ltd | | 13500 W Hwy 80 E | | | Odessa | TX | 79765 | | Landlord |
| Peterson Family Limited Partnership | Chris Peterson | PO Box 8841 | | | Asheville | NC | 28814 | | Landlord |
| Pizzagalli Properties | Diane Hill | 50 Joy Drive | | | South Burlington | VT | 5407 | | Landlord |
| Prism Partners, LLC | | 2121 S. Columbia | | | Tulsa | OK | 74114 | | Landlord |
| Prism Partners, LLC | | 2121 S. Columbia | | | Tulsa | OK | 74114 | | Landlord |
| Prudential N.W. Property Relocation & Business Dev | Leslie Girard | 203 SE Park Plaza Drive | | | Vancouver | WA | 98684 | | Landlord |
| Quebec Plaza/Chap, LLC | Judy Sagrillo | 7000 E Belleview Avenue | | | Greenwood Village | CO | 80111 | | Landlord |
| Rainier Metroplex Partners | Gilda T. Smith | LPPO Box 674012 Lock Box Account #84169781 | | | Dallas | TX | 75267-4012 | | Landlord |
| RE/Max Elite Realty | | 3125 South Price Road | | | Chandler | AZ | 85248 | | Landlord |
| Regus | Dee Dee Doran | 1215 K Street | | | Sacramento | CA | 95814 | | Landlord |
| Remax Performance, Inc. | | 300 Sunny Glen Court | | | Woodland Park | CO | 80866 | | Landlord |
| Rex 99 Cherry Hill Road SPE LLC | | 625 RexCorp Plaza | | | Uniondale | NY | 11556 | | Landlord |
| RF Colony Park III, LLC | | 1301 5th Avenue | | | Seattle | WA | 98101 | | Landlord |
| Ronald Tucker | | 810 C Street Ste I | | | Galt | CA | 95632 | | Landlord |

Landlord List
First Class Mail Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Roserman & Associates, Inc. | | 11045 Broadway | | | Crown Point | IN | 46307 | | Landlord |
| RP Stellar 1140 Fee Owner LLC | Robert Rasana | 156 Williams Street | | | New York | NY | 10038 | | Landlord |
| RREEF Management Company | | 2300 Clayton Road | | | Concord | CA | 94520 | | Landlord |
| Shay LLC | Pat Brown | PO Box 1105 | | | Lake Havasu City | AZ | 86405 | | Landlord |
| Shewer Kann | | 816 Connecticut Ave., LP | 1185 Avenue of the Americas | 18th Floor | New York | NY | 10036 | | Landlord |
| Southwest Corporate Center | Monica Dean | 11235 SE 6th Street | | | Bellevue | WA | 98004 | | Landlord |
| Stone Bros. & Associates | Wade Sellars | 1024 West Robinhood Drive | | | Stockton | CA | 95207 | | Landlord |
| Summit Office Park LLC | | PO Box 72391 | | | Cleveland | OH | 44192-0391 | | Landlord |
| Sunshine Investments - Harold Elledge c/o Foster & Company | | 4090 South Danville Drive | Suite G | | Abilene | TX | 79605 | | Landlord |
| Talcott III Chase Center, LLC | John E. Reynolds | One Financial Plaza | | | Hartford | CT | 06103 | | Landlord |
| Taylor Rental Properties, LLC | | 769 E Main Street | | | Chillicothe | OH | 45601 | | Landlord |
| The Granite Center LLC | | 5616 Paysphere Circle | | | Chicago | IL | 60674 | | Landlord |
| The Realty Associates Fund VII, L.P. | Anna Zahn | Box 223245 | | | Pittsburgh | PA | 15251-2245 | | Landlord |
| The Realty Associates Fund VII, L.P. | | 28 State Street, 10th Floor | | | Boston | MA | 02109 | | Landlord |
| Thomason Development Co. | | 7090 North Marks | | | Fresno | CA | 93711 | | Landlord |
| Three Hundred Crown Colony | | 1250 Hancock Street | | | Quincy | MA | 02169 | | Landlord |
| Tom Meek | | 3 West Group, Ltd. | PO Box 64537 | | Lubbock | TX | 79464 | | Landlord |
| Tomorrow 35 Oaks, LP | Debbie Phegley | 8710 Freeport Parkway | | | Irving | TX | 75063 | | Landlord |
| Town & Country Investors, LLC | | 8860 Ladue Road, Suite 200 | | | St. Louis | MO | 63124 | | Landlord |
| Town and Country Realty, Inc. | | 3734 Astrozon Boulevard | | | Colorado Springs | CO | 80910 | | Landlord |
| Turner Business Complex | Thomas H. Turner & Tommie Sue Turner | 300 E Russell | | | Bonham | TX | 75418 | | Landlord |
| United Insurance Company of America | | 2550 S Rainbow Blvd Ste 200 | | | Las Vegas | NV | 89102 | | Landlord |
| Vista North Partners, Ltd. | | 1660 S Stemmons | | | Lewisville | TX | 75067 | | Landlord |
| Vista Office Centre, LLC | | PO Box 4464 | | | Thousand Oaks | CA | 91359 | | Landlord |
| Washington Mutual Bank | Corporate Property Services Manager | 1301 Second Avenue (WMC1007) | | | Seattle | WA | 98101 | | Landlord |
| WC Partners | Peter Casey | 5210 E Williams Cir | Ste 740 | | Tucson | AZ | 85711 | | Landlord |
| Westminster Tech II c/o Sierra Properties | | 1150 Academy Park Loop | #104 | | Colorado Springs | CO | 80910 | | Landlord |
| William Depetri | | 136 Turnpike Road LLC | 259 Turnpike Road | | Southborough | MA | 01772 | | Landlord |
| Williamsburg Commercial Investors Group One | Tracy Luck | 3917 Midlands Rd #200 | | | Williamsburg | VA | 23188 | | Landlord |
| Woods Appraisal Services, Inc. | Jim or Molly Woods | 1880 Lucille Avenue | | | Kingman | AZ | 86401 | | Landlord |

In re New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)
United States Bankruptcy Court, District of Delaware

# Exhibit C

Utility List
First Class Mail Service List

| CreditorName | CreditorNoticeName | Address | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Accessline Communications | | 11201 SE 8th St. | | | Bellevue | WA | 98004 | | Utility |
| Alabama Gas Corporation | | PO Box 2224 | | | Birmingham | AL | 35246-0022 | | Utility |
| Alabama Power | Alabama Power Payments | PO Box 242 | | | Birmingham | AL | 35292 | | Utility |
| Allied Waste Services | | 1080 Airport Rd | | | Fall River | MA | 02720 | | Utility |
| Alltel | | One Allied Drive | | | Little Rock | AR | 72202 | | Utility |
| AmerienIP | | PO Box 2522 | | | Decatur | IL | 62525-2522 | | Utility |
| APS | | PO Box 2906 | | | Phoenix | AZ | 85062-2906 | | Utility |
| Arch Wireless | Adriene Williams | 5177 Richmond Ave. | Ste 400 | | Houston | TX | 77056 | | Utility |
| Arch Wireless | | 6677 Richmond Highway | 4th Floor | | Alexandria | VA | 22309 | | Utility |
| AT&T | Attn: Master Agreement Support Team | 55 Corporate Drive | | | Bridgewater | NJ | 08807 | | Utility |
| AT&T | Jill Petrucci-Jackson | 1472 Edinger Ave. | | | Tustin | CA | 92780 | | Utility |
| Atmos Energy | | PO Box 78108 | | | Phoenix | AZ | 85062-8101 | | Utility |
| Avista | | 1411 E. Mission Ave | | | Spokane | WA | 99252-0001 | | Utility |
| Cable One | | 3720 Texoma Pkwy | P.O. Box 1223 | | Sherman | TX | 75090 | | Utility |
| Cable One | | PO Box 14350 | | | Odessa | TX | 79768 | | Utility |
| Cable One | | 1314 North 3rd Street | | | Phoenix | AZ | 85004 | | Utility |
| Cablevision | | 1111 Stewart Ave | | | Bethpage | NY | 11714 | | Utility |
| Cascade Natural Gas | | PO Box 34344 | | | Seattle | WA | 98124-1344 | | Utility |
| CC Communications | | 50 W Williams Ave | | | Fallon | NV | 89406 | | Utility |
| C-Com | | 4745 Walnut St. | Ste 300 | | Boulder | CO | 80301 | | Utility |
| CCT Telecommunications | | 61 Inverness Drive East | Suite 250 | | Englewood | CO | 80112 | | Utility |
| Centerpoint Energy | | PO Box 4981 | | | Houston | TX | 77210-4981 | | Utility |
| Chelan County Public Utility | | PO Box 1231 | | | Wenatchee | WA | 98807-1231 | | Utility |
| Cincinnati Bell | | 221 East Fourth Street | | | Cincinnati | Ohio | 45202 | | Utility |
| City of Corpus Christi | | PO Box 659722 | | | San Antonio | TX | 78265-9722 | | Utility |
| City of Granite City | | Dept. 30485, PO Box 790126 | | | St. Louis | MO | 63179-0126 | | Utility |
| City of Moses Lake | | PO Box 1579 | | | Moses Lake | WA | 98837 | | Utility |
| City of Sherman | | PO Box 660283 | | | Dallas | TX | 75266-0283 | | Utility |
| City of Ukiah | | P. O. Box 2860 | | | Ukiah | CA | 95482-2860 | | Utility |
| City of Victorville | | 10313 Duncan Rd | | | Victorville | CA | 92392 | | Utility |
| City of Wenatchee | | PO Box 519 | | | Wenatchee | WA | 98807-0519 | | Utility |
| Columbia Gas of PA | | 501 Technology Drive | | | Canonsburg | PA | 15317 | | Utility |
| Comcast | | PO Box 34227 | | | Seattle | WA | 98124-1227 | | Utility |
| ComEd | | PO Box 805379 | | | Chicago | IL | 60680-5379 | | Utility |
| ComEd | | PO Box 805379 | | | Chicago | IL | 60680-5379 | | Utility |
| Consolidated Communications | | 121 South 17th Street | | | Mattoon | IL | 61938 | | Utility |
| Cox Communications | | 1400 Lake Hearn Dr NE | | | Atlanta | GA | 30319 | | Utility |
| Cox Communications | | 28947 Avenida de las Banderas | | | Rancho Santa Margarita | CA | 92688 | | Utility |
| Cox Communications | | PO Box 6059 | | | Cypress | CA | 90630-0059 | | Utility |
| CYPRESS COMM | | Four Piedmont Center | Suite 600 | | Atlanta | GA | 30305 | | Utility |
| DIRECTV | | | | | | | | | Utility |
| Dominion East Ohio | | PO Box 26785 | | | Richmond | VA | 23261-6785 | | Utility |
| Embarq | | 5454 W 110th St | | | Overland Park | KS | 66211 | | Utility |
| Eschelon | Jene Meakins | 6101 Golden Hills Dr | | | Minneapolis | MN | 55416 | | Utility |
| FDN Communications | | 2301 Lucien Way | Suite 200 | | Maitland | FL | 32751 | | Utility |
| Florida Power & Light | | FPL General Mail Facility | | | Miami | FL | 33188-0001 | | Utility |
| Frontier Communications | | 6 Technology Park Drive, | | | Westford | MA | 01886 | | Utility |
| Georgia Power Company | | 96 Annex | | | Atlanta | GA | 30396 | | Utility |

4/25/2007
Exhibit C - Utilities list 070425

Utility List
First Class Mail Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Global Crossing | | 200 Park | Ste 300 | | Florham Park | NJ | 07932 | | Utility |
| Global Crossing | | 200 E Randolph St | 23rd floor | | Chicago | IL | 60601-6434 | | Utility |
| Grant County Public Utility | | 30 C St. SW | PO Box 878 | | Ephrata | WA | 98823 | | Utility |
| Gulf Telecom | | 5152 North Edgewood Dr. | Suite 280 | | Provo | UT | 84604 | | Utility |
| Hawaiian Telecom | | 1177 Bishop Street | | | Honolulu | HI | 96813 | | Utility |
| HORIZON TELEPHONE | | 68 East Main St. | | | Chillicothe | OH | 45601 | | Utility |
| Idaho Power | | PO Box 70 | | | Boise | ID | 83707 | | Utility |
| Imperial Irrigation District | | 333 East Baroni Boulevard | | | Imperial | CA | 92251-0937 | | Utility |
| Intermountain Gas | | PO Box 64 | | | Boise | ID | 83732-0064 | | Utility |
| Irvine Ranch Water District | | 15600 Sand Canyon Avenue | | | Irvine | CA | 92618-3102 | | Utility |
| Irvine Ranch Water District | | PO Box 57000 | | | Irvine | CA | 92619-7000 | | Utility |
| Kaua'i Island Utility Cooperative | | PO Box 29560 | | | Honolulu | HI | 96820-1960 | | Utility |
| Keyspan | | 52 Second Ave | | | Waltham | MA | 02451 | | Utility |
| LIPA | | P.O. Box 9039 | | | Hicksville | NY | 11802-9686 | | Utility |
| Logix | Attn: Pam Bell | 2950 N. Loop W. | Suite 1200 | | Houston | TX | 77092 | | Utility |
| M Power Communications | | 515 S Flower Street | | | Los Angeles | CA | 90071 | | Utility |
| Macke Water Systems | | PO Box 545 | | | Wheeling | IL | 60090 | | Utility |
| Maui Electric Co MECO | No info available | PO Box 1670 | | | Honolulu | HI | 96806-1670 | | Utility |
| MCI | | One Verizon Way | | | Basking Ridge | NJ | 07920 | | Utility |
| Mel-Ed | | P. O. Box 3687 | | | Akron, | OH | 44309 | | Utility |
| Metrocall | Curtis Dale | 6435 Shellondale Ave. | | | West Hills | CA | 91307 | | Utility |
| Metrocall | | 6677 Richmond Highway - 4th Floor | | | Alexandria | VA | 22309 | | Utility |
| National Grid | | Processing Center | | | Woburn | MA | 01807-0005 | | Utility |
| National Grid | | National Grid Processing Center | | | Woburn | MA | 01807-0005 | | Utility |
| Nevada Power | | PO Box 30086 | | | Reno | NV | 85520-3086 | | Utility |
| NorthWestern Energy | c/o Customer Service | 40 E. Broadway | | | Butte | MT | 59701-9394 | | Utility |
| NSTAR Electric | NSTAR Payment Center | PO Box 4508 | | | Woburn | MA | 01888-4508 | | Utility |
| NUVOX | | Two North Main Street | | | Greenville | SC | 29601 | | Utility |
| NW Natural | | PO Box 8905 | | | Portland | OR | 97255-0001 | | Utility |
| Ohio Edison | | PO Box 3637 | | | Akron | OH | 44309-3637 | | Utility |
| Oklahoma Gas&Elec. | | PO Box 268826 | | | Oklahoma City | OK | 73126 | | Utility |
| Oklahoma Gas&Elec. | | PO Box 24990 | | | Oklahoma City | OK | 73126-0440 | | Utility |
| Oklahoma Natural Gas | | PO Box 268826 | | | Oklahoma City | OK | 73126 | | Utility |
| Pacific Power | | 1033 NE 6th Ave. | | | Portland | OR | 97255-0001 | | Utility |
| Pacific Power | | 1033 NE 6th Ave | | | Portland | OR | 97256-0001 | | Utility |
| Pepco | | 701 Ninth St. NW. | | | Washington | DC | 20068 | | Utility |
| PG&E | | PO Box 997300 | | | Sacramento | CA | 95899-7300 | | Utility |
| PG&E | | PO Box 659581 | | | San Antonio | TX | 78265-9581 | | Utility |
| Premiere Global Services | | 3399 Peachtree Rd. NE | Ste. 700 | | Atlanta | GA | 30326 | | Utility |
| Progress Energy | | PO Box 2041 | | | Raleigh | NC | 27602-2041 | | Utility |
| Qwest | | 1801 California St. | | | Denver | CO | 80202 | | Utility |
| Reliant Energy | | PO Box 3765 | | | Houston | TX | 77253-3765 | | Utility |
| Republic Services | | 770 E. Sahara Ave | PO Box 98508 | | Las Vegas | NV | 89193 | | Utility |
| Republic Waste | | 10554 Tanner Rd | | | Houston | TX | 77070 | | Utility |
| Riverside Public Utilities | | 3900 Main St. | | | Riverside | CA | 92522 | | Utility |
| San Diego Gas & Electric | | PO Box 25111 | | | Santa Ana | CA | 92799-5111 | | Utility |

Utility List
First Class Mail Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| SBC | Attn. Master Agreement Support Team | 55 Corporate Drive | | | Bridgewater | NJ | 08807 | | Utility |
| SBC | Jill Petucci-Jackson | 1472 Edinger Ave. | | | Tustin | CA | 92780 | | Utility |
| SCANA Energy | | PO Box 100157-3157 | | | Columbia | SC | 29202-9808 | | Utility |
| SCE&G | | PO Box 600 | | | Rosemead | CA | 91771 | | Utility |
| Sierra Pacific | | Reno - Sparks | | | Reno | NV | 89520 | | Utility |
| Southern California Edison | | PO Box 600 | | | Rosemead | CA | 91771 | | Utility |
| Southwest Gas Corp. | | PO Box 98890 | | | Las Vegas | NC | 89150-0101 | | Utility |
| Southwest Gas Corp. | | PO Box 98890 | | | Las Vegas | NV | 89150-0101 | | Utility |
| Southwestern Electric Power Co. | | PO Box 24404 | | | Canton | OH | 44701-4404 | | Utility |
| SRP | Commercial Customer Services | ISB231 | PO Box 52025 | | Phoenix | AZ | 85072-2025 | | Utility |
| Surewest | | 200 Vernon St. | | | Roseville | CA | 95678 | | Utility |
| The Gas Company | | PO Box C | | | Monterey Park | CA | 91756 | | Utility |
| Time Warner | | One Time Warner Center | | | New York | NY | 10019-8016 | | Utility |
| Truckee Meadows Water | | PO Box 30013 | | | Reno | NV | 89520-3013 | | Utility |
| TXU Energy | | PO Box 100001 | | | Dallas | TX | 75310-0001 | | Utility |
| Unisource | | PO Box 659581 | | | San Antonio | TX | 78265-9581 | | Utility |
| Unisource Energy | UNS Electric Inc. | PO Box 659564 | | | San Antonio | TX | 78265-9564 | | Utility |
| UniSource Energy | | PO Box 659581 | | | San Antonio | TX | 78265-9581 | | Utility |
| UniSource Gas | | PO Box 659581 | | | San Antonio | TX | 78265-9581 | | Utility |
| Verizon | Howard Howell | 5 Hutton Centre Dr | Ste 400 | | Santa Ana | CA | 92707 | | Utility |
| Verizon | | 1209 Orange Street | | | Wilmington | DE | 19801-1120 | | Utility |
| Victor Valley water District | | 17185 Yuma St | | | Victorville | CA | 92395-5866 | | Utility |
| Victorville | | PO Box 5001 | | | Victorville | CA | 92393-5001 | | Utility |
| Village of Libertyville | | | | | | | | | Utility |
| Waste Management of Orange County | | 1800 S. Grand Ave | | | Santa Ana | CA | 92705 | | Utility |
| Western Waste Services | | 1560 Eldridge Ave | Box 603 | | Twin Falls | ID | 83303 | | Utility |
| Xcel Energy | | PO Box 9477 | | | Minneapolis | MN | 55484-9477 | | Utility |
| XO Communications | | 11111 Sunset Hills Road | | | Reston | VA | 20190-5339 | | Utility |

In re New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)
United States Bankruptcy Court, District of Delaware

4/25/2007
Exhibit C - Utilities list 070425