IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
NEW CENTURY TRS HOLDINGS, INC.                    Case No. 07-10416-KJC
        Debtor                                             (Chapter 11)


DEUTSCHE BANK NATIONAL TUST                        Ref: Docket No. _423___
COMPANY, AS TRUSTEE C/O OCWEN
FINANCIAL
        Movant


THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
        Attorneys for the Movant
    v.
NEW CENTURY TRS HOLDINGS, INC, et
al.
        Respondents


## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion")

filed by Deutsche Bank National Trust Company, as Trustee c/o Ocwen Financial ("Ocwen"),

and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Automatic Stay is terminated allowing Ocwen to exercise its rights

under applicable law against the Debtor's Property more particularly described in the Mortgage

which has the address of 693 Balfour Drive, San Jose, CA 95111 ("Property"), including, but not

limited to foreclosure against the Property under the Mortgage.


Date:_____                          BY THE COURT:


                          _____
                          U.S. Bankruptcy Court Judge