IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
NEW CENTURY TRS HOLDINGS, INC.                    Case No. 07-10416-KJC
       Debtor                                            (Chapter 11)

U.S. BANK N.A., AS TRUSTEE C/O                    Ref: Docket No. __425__
OCWEN FINANCIAL
       Movant

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
       Attorneys for the Movant
  v.
NEW CENTURY TRS HOLDINGS, INC, et al.
       Respondents

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by U.S Bank N.A., as Trustee s/b/i to Firstar Bank, N.A. c/o Ocwen Financial ("Ocwen"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Automatic Stay is terminated allowing Ocwen to exercise its rights under applicable law against the Debtor's Property more particularly described in the Mortgage which has the address of Lot 10 Ponderosa Street, Pecos, NA 87552.("Property"), including, but not limited to foreclosure against the Property under the Mortgage.

Date:_____                          BY THE COURT:

                                                                            _____
                                                                            U.S. Bankruptcy Court Judge