IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket Nos. 340 & 413 |

**CERTIFICATION OF COUNSEL [SECOND] REGARDING STIPULATION AND ORDER (1) APPROVING AGREEMENT FOR THE DISPOSITION OF CERTAIN MORTGAGE LOANS AND RESIDUAL INTEREST, AND (2) CONFIRMING, INTER ALIA, (A) THAT AUCTIONS OF MORTGAGE LOANS AND RESIDUALS CONDUCTED IN ACCORDANCE WITH AUCTION PROCEDURES THEREIN ARE COVERED BY BANKRUPTCY CODE "SAFE HARBOR" PROVISIONS AND ARE COMMERCIALLY REASONABLE, AND (B) ABSENCE OF NEED TO SEEK RELIEF FROM AUTOMATIC STAY**

The above-captioned debtors and debtors-in-possession (the "Debtors"), the Official Committee of Unsecured Creditors (the "OCUC"), and Morgan Stanley Mortgage Capital, Inc. ("Morgan Stanley") have entered into a certain Stipulation and Order (1) Approving Agreement for the Disposition of Certain Mortgage Loans and Residual Interest, and (2) Confirming Inter Alia, (A) that Auctions of Mortgage Loans and Residuals Conducted in Accordance with Auction Procedures Therein are Covered by Bankruptcy Code "Safe Harbor" Provisions and are Commercially Reasonable, and (B) Absence of Need to Seek Relief from Automatic Stay (the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

"Stipulation and Order"), giving effect to the Agreement for the Disposition of Certain Mortgage Loans and Residual Interests (the "Agreement"). These documents were filed with the Court on April 26, 2007 under Certification of Counsel [Docket No. 413].

Subsequently, various parties in interest raised concerns about the language in the Agreement. Accordingly, the parties entered into negotiations to resolve these concerns. These negotiations were successful. A newly executed stipulation and order (the "New Stipulation and Order") is attached hereto as Exhibit A. The New Stipulation and Order gives effect to a revised agreement (the "Revised Agreement") that addresses the parties' concerns. The Revised Agreement is attached to the New Stipulation as Exhibit 1.

WHEREFORE, the Debtors respectfully request that the Court enter the proposed New Stipulation and Order substantially in the form attached hereto as Exhibit A, and grant such other and further relief as the Court deems just and proper.

Dated: April 27, 2007
      Wilmington, Delaware

/s/ *[signature]*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION