**WARREN COUNTY COLLECTOR**
**105 SOUTH MARKET**
**WARRENTON, MO 63383-1986**
(636) 456-3330
Fax (636) 456-5052

FILED
2007 APR 26 AM 11: 32
U.S. BANKRUPTCY
DISTRICT OF DELAWARE

Date: April 23, 2007

United States Bankruptcy Court Clerk
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

RE: New Century TRS Holdings, Inc.,
a Delaware corporation, etal
Case No: 07-10416

Dear Sir or Madame:

I am in receipt of your notice of the bankruptcy filing referenced above.

<u>I find no accounts in Warren County Collector's Office under the name referenced on the notice.</u>
Since we received the notice I assume that the debtors have at least one account and possibly more. It is possible we are not locating them due to some of the following causes:
- Fact that many people use alias
- Fact that many people use nicknames
- Fact that many people would be listed with others and shown as "et al" on my computer system
- Possibility of name being spelt differently
- A recent purchase that system does not yet know about that would have a delinquent billing
- A recent sale of a parcel that the system does not yet know about that would make a reported debt erroneous
- Etc.

As it is, I have no idea if it is a real estate tax, personal property tax, merchant license, railroad, or utility account the debtor has with this office.

<u>Please advise me of the specific billing name that the debtor's accounts would be listed under, or better yet the specific account numbers that the debtor has with this office.</u> Then I will be able to flag the accounts to comply with the court stay that has been placed on these accounts. Also, I would be able to send in the requested claims.

Assistance on this matter would be appreciated.

Sincerely,

*Melissa*

Linda Stude
Warren County Collector

Cc Mark D. Collins, Richards Layton & Finger, One Rodney Square, P.O. Box 551, Wilmington, DE 19899
Cc Wells Fargo Bank, NA, MAC N9303-120, 608 2nd Ave S., Minneapolis, MN 55479