

**CT**
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

April 24, 2007

FILED

2007 APR 26  AM 10: 43

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

New Century Claims Processing
c/o XRoads Case Management Services
214 Main Street,
#438,
El Segundo, CA  90245

Re:  In re: New Century TRS Holdings, Inc., etc., et al., Debtors // To: Reliance National Ins Co
Case No.  07-10416

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of Reliance National Insurance Co..

Accordingly, we are returning the documents received from you.

Very truly yours,

*Anna Marie Stewart*

Anna Stewart
Process Specialist

Log# 512160408

Fedex No.:  7991 2848 1807

cc:  United States Bankruptcy Court
     824 Market St., 3rd Floor,
     Wilmington, DE  19801