FILED
2007 APR 27  AM 10: 08
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **NEW CENTURY TRS HOLDINGS, INC.,** a Delaware corporation, et al.<br>Debtors. | Case No. 07-10416-KJC |

### REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for 816 CONNECTICUT AVENUE L.P. ("Lessor"), a party in interest herein, pursuant to Fed. R. Bankr. P. 2002 and 9010 (b), and demand that all notices given or required to be given in these cases and all papers served in this case be given to and served upon the undersigned at the offices and telephone numbers set forth below:

Bryn H. Sherman, Esq.
Deckelbaum Ogens & Raftery, Chtd.
3 Bethesda Metro Center, Suite 200
Bethesda, MD 20814
(301) 961-9200 PHONE
bsherman@deckelbaum.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in Fed. R. Bank. P. 2002, but also includes, without limitation, all orders and notices, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, objections, plans of reorganization or liquidation, reports or monthly operating reports, whether written or oral, and however transmitted.

PLEASE TAKE FURTHER NOTICE that Lessor does not, by this Notice, nor by any subsequent appearance or pleading, waive its (1) right to have final orders in noncore matters entered only after *de novo* review by a district judge; (2) right to trial by jury in any proceeding so triable in this case; (3) right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law or in equity, all of which rights it expressly reserves.

Dated: April 26, 2007          Respectfully submitted,

816 CONNECTICUT AVENUE L.P.
By Counsel

DECKELBAUM OGENS & RAFTERY, CHTD.

By: _____
Bryn H. Sherman, Esquire
3 Bethesda Metro Center
Suite 200
Bethesda, Maryland 20814
(301) 961-9200

## CERTIFICATE OF SERVICE

I I hereby certify that on this ____ day of April, 2007, a copy of the foregoing Request for Notices and Service of Papers was mailed via first class postage prepaid mail to:

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N King Street
One Rodney Square
Wilmington, DE 19801

Timothy P. Cairns
Pachulski Stang Ziehl Young Jones
919 N. Market Street
17th Floor
Wilmington, DE 19801

James S. Carr
Kelley Drye & Warren
101 Park Avenue
New York, NY 10178

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

U.S. Trustee
United States Trustee
844 King Street
Room 2207
Lockbox #35
Wilmington, DE 19899

_____
Bryn H. Sherman