IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*, [1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**Hearing Date: May 18, 2007 at 10:00 a.m.**
**Objection Deadline: May 11, 2007 at 4:00 p.m.**

## NOTICE OF MOTION OF THE OFFICIAL COMMITTEE OF
## UNSECURED CREDITORS FOR AN ORDER AUTHORIZING
## EXAMINATIONS AND THE PRODUCTION OF DOCUMENTS
## PURSUANT TO BANKRUPTCY RULES 2004 AND 9016

TO:    Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

The Official Committee of Unsecured Creditors (the "Committee") of New Century TRS

Holdings, Inc., *et al.* filed the **Motion Of The Official Committee Of Unsecured Creditors**

**For An Order Authorizing Examinations and the Production of Documents Pursuant to**

**Bankruptcy Rules 2004 and 9016** (the "Motion") with the United States Bankruptcy Court for

the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy

Court"). A true and correct copy of the Motion is attached hereto.

---

[1]     The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

-1-

127340.01600/40168576v.1

Objections and other responses to the relief requested in the Motion, if any, must be in writing and be filed with the Bankruptcy Court no later than 4:00 p.m. Eastern Time on **May 11, 2007**.

Any objections or other responses to the Motion, if any, must also be served so that they are received not later than **May 11, 2007** at 4:00 p.m. Eastern Time, by the undersigned.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE KEVIN J. CAREY AT THE BANKRUPTCY COURT ON **MAY 18, 2007 AT 10:00 A.M.** EASTERN TIME.

Dated:   April 27, 2007

BLANK ROME LLP

Bonnie Glantz Fatell (No. 3809)
Regina Stango Kelbon
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
Facsimile:   (302) 425-6464

-and-

127340.01600/40168576v.1

HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Telephone:    (212) 478-7200
Facsimile:    (212) 478-7400
Attention:    John P. McCahey
              Mark T. Power

*Proposed Co-Counsel to the Official
Committee of Unsecured Creditors of
New Century TRS Holdings, Inc., et al.*

-3-