IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

### CERTIFICATE OF SERVICE

I, *Bonnie Glantz Fatell*, certify that I caused a copy of the following document to be served on April 12, 2007 upon the parties listed on the attached service list in the manner indicated:

- *Limited Objection to Motion of Debtors and Debtors In Possession for an Order Authorizing the Debtors to Pay Prepetition Wages, Compensation and Employee Benefits Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code [Doc. No. 10] Filed by The Official Committee of Unsecured Creditors [Dkt. No. 207]*

- *Limited Objection to Emergency Motion of Debtors and Debtors in Possession for (I) An Order (A) Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Doc. No. 25] Filed by The Official Committee of Unsecured Creditors [Dkt. No. 208]*

Dated: April 25, 2007

BLANK ROME LLP

By: /s/ Bonnie Fatell
Bonnie Glantz Fatell (DE No. 3809)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

*Proposed Counsel for The Official Committee of Unsecured Creditors*