## Service List

**VIA HAND DELIVERY**
*(Counsel for Debtors)*
Mark D. Collins
Michael J. Merchant
Chun I. Jang
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**VIA FACSIMILE**
*(Counsel for Debtors)*
Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'Melveny & Myers LLP
275 Batter Street
San Francisco, CA 94111
Fax: (415) 984-8701