# EXHIBIT B

# GENERAL INDEMNITY AGREEMENT

Hartford Fire Insurance Company
Hartford, Connecticut 06115



We, the undersigned, hereinafter referred to as Indemnitors, hereby request Hartford Fire Insurance Company, Hartford Plaza, Hartford, Connecticut, 06115, for itself and its affiliates, parent, and subsidiaries, individually and collectively called "Hartford" to furnish bonds, undertakings, recognizances, guarantees or other obligatory instruments of suretyship, hereinafter referred to as Bonds, and as an inducement therefor, we make the following representations of fact, promises and agreements:

## REPRESENTATIONS OF FACT:

1. In the transaction of business, one, some or all of the Indemnitors are required, or may desire to give such Bonds.

2. The Indemnitors expressly warrant their material, substantial or beneficial interest in such Bonds, and certify that all declarations made and answers given in any application for such Bonds are truthful and without reservation.

3. The purpose of this Agreement is to induce Hartford to furnish Bonds. It is understood and agreed, however, that Hartford is under no obligation to furnish Bonds to Indemnitors.

## PROMISES AND AGREEMENTS:

In consideration of the furnishing of such Bonds by Hartford and for other valuable consideration, the Indemnitors hereby jointly and severally promise and agree:

1. To pay the initial premium and all renewal or additional premiums for each such Bond, as they fall due, and until Hartford has been provided with competent legal evidence that each Bond has been duly discharged.

2. To indemnify and exonerate Hartford from and against any and all loss and expense of whatever kind, including but not limited to interest, court costs, attorney and counsel fees, hereinafter referred to as Loss, which it may incur or sustain as a result of or in connection with (1) the furnishing of any Bond and/or (2) the enforcement of this Agreement. Indemnitors promise:
   (a) To promptly reimburse Hartford for all sums paid on account of such Loss and it is agreed that (1) originals or photocopies of claim drafts, or of payment records kept in the ordinary course of business, including computer printouts, verified by affidavit, shall be prima facie evidence of the fact and amount of such Loss, and (2) Hartford shall be entitled to reimbursement for any and all disbursements made by it in good faith, under the belief that it was liable, or that such disbursement was necessary or expedient; and/or
   (b) To deposit with Hartford on demand the amount of any reserve against such Loss which Hartford is required, or deems it prudent to establish, whether on account of an actual liability or one which is, or may be, asserted against it, and whether or not any payment for such Loss has been made.

3. This Agreement shall apply to Bonds furnished
   (a) By Hartford as surety, or where procured by Hartford, by any other surety or co-surety, in which event such surety or co-surety shall also have the benefit of this Agreement and the right to proceed thereon; and/or
   (b) At the request of any Indemnitor; and/or
   (c) For or on behalf of
      (1) One, some or all of the Indemnitors; and/or
      (2) Any joint venture or other form of common enterprise in which at the time the Bond was furnished, such Indemnitor or Indemnitors were members; and/or
      (3) Any present or future affiliate or subsidiary of such Indemnitor or Indemnitors; and/or
      (4) Any third Party at the request of an Indemnitor or Indemnitors and their subsidiaries and affiliates
at any time before this Agreement shall have been terminated, including any Bond(s) which may have been furnished before the date hereof.

4. Indemnitors acknowledge and agree that the obligations contained in this Agreement apply to all Bonds issued, including any Bonds issued prior to the date this Agreement was executed by Indemnitors.

5. The validity and effect of this General Indemnity Agreement shall not be impaired by, Hartford shall incur no liability on account of, and the Indemnitors need not be notified of
   (a) Hartford's failure or refusal to furnish any Bond, including final Bond or Bonds where Hartford has furnished a bid Bond;
   (b) Hartford's consent or failure to consent to changes in the terms and provisions of any Bond, or the obligation or performance secured by any Bond;
   (c) The taking, failing to take, or release of security, collateral, assignment, indemnity agreements and the like, as to any Bond;
   (d) The release by Hartford, on terms satisfactory to it, of any of the Indemnitors;
   (e) Information which may come to the attention of Hartford which affects or might affect its rights and liabilities or those of the Indemnitors or any of them.

6. The Indemnitors shall have no rights of Indemnity, contribution or right to seek collection of any other outstanding obligation against any other Indemnitor(s) or his/her property until the Indemnitor(s)' obligations to Hartford under this Agreement have been satisfied in full.

7. Indemnitors agree that their obligations remain in full force and effect for any and all Bonds referenced in Item 4, above, notwithstanding that the entity on whose behalf said Bond(s) were issued has been sold, divested, transferred, dissolved or whose ownership has been otherwise altered in any way.

8. This Agreement is in addition to and not in lieu of any other agreements and obligations undertaken in favor of Hartford.

9. Provided, however, that each Indemnitor reserves the right to terminate his/her participation in this Agreement as a continuing request to Hartford for the furnishing of Bonds, upon written notice to Hartford of not less than twenty (20) days, whereupon the obligations and liability of an Indemnitor giving such written notice shall be limited to those Bond(s) furnished before the effective date of the written notice, including any Bond which was originally issued prior to the effective date of written notice and renewed subsequent to the effective date of such termination. Said written notice cannot modify, bar or discharge any Indemnitor(s)' obligation for any furnished Bond(s).

10. Hartford may at its option, file or record this Agreement or any other document executed by any Indemnitor(s), in connection with the application or furnishing of any Bond(s), as a security agreement or as part of a financing statement or as notice of its prior interest and assignment under the provisions of the Uniform Commercial Code or any other law of any jurisdiction, but that the filing or recording of such document shall be solely at the option of Hartford and that failure to do so shall not release or impair any of the obligations of the Indemnitors under this Agreement. Any copy of this Agreement, certified by Hartford so to be, shall be considered for purposes of filing as a financing statement, as an original copy.

11. In the event any part of this Agreement shall be void under law of the place governing the construction hereof, then such part only shall be considered as deleted and the remainder of this Agreement shall remain in full force and effect.

12. This Agreement may not be added to, changed, or modified orally. No addition, change, or modification to this Agreement shall be effective unless specifically agreed in writing by any Indemnitor(s) and Hartford.

WE HAVE READ THIS INDEMNITY AGREEMENT CAREFULLY. THERE ARE NO SEPARATE AGREEMENTS OR UNDERSTANDINGS WHICH IN ANY WAY LESSEN OUR OBLIGATIONS AS ABOVE SET FORTH.

Dated and effective this 15TH day of August, ~~19~~ 2000

Note: Corporate signatures and attestations must be by corporate officers empowered to sign and attest. Attestations must be by corporate officers other than those signing. Witnesses' signatures must be by persons not a party to, or relative of a party to, this Agreement.

Applicant is  ☐ Individual    ☐ Partnership    ☒ Corporation    ☐ Sub-S Corp.

Attest/Witness:

*[signature]*
STERGIOS THEOLOGIDES
SECRETARY
NEW CENTURY FINANCIAL CORPORATION

New Century Financial Corporation (seal)
(Corporate/Individual Name)

By: BRAD MORRICE
PRESIDENT     *[signature]*
(Title/Signature)

Federal I.D. or SSN
330683629

Attest/Witness:

_____

_____ (seal)
(Corporate/Individual Name)

By: _____

_____
(Title/Signature)
Federal I.D. or SSN
_____

Attest/Witness:

_____

_____ (seal)
(Corporate/Individual Name)

By: _____

_____
(Title/Signature)
Federal I.D. or SSN
_____

Attest/Witness:

_____

_____ (seal)
(Corporate/Individual Name)

By: _____

_____
(Title/Signature)
Federal I.D. or SSN
_____

Form S-3327-4a (Rev. 1)                                  Page 3 of 4