IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>NEW CENTURY TRS HOLDINGS, INC.<br>    Debtor | Case No. 07-10416-KJC<br>(Chapter 11) |
| U.S. BANK N.A., AS TRUSTEE C/O<br>OCWEN FINANCIAL<br>    Movant | Ref: Docket No. _458__ |
| THOMAS D.H. BARNETT, ESQUIRE<br>BAR NUMBER 0994<br>NEIL F. DIGNON, ESQUIRE<br>BAR NUMBER 3625<br>    Attorneys for the Movant<br>  v.<br>NEW CENTURY TRS HOLDINGS, INC, et al.<br>    Respondents | |

**ORDER TERMINATING AUTOMATIC STAY**

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by U.S Bank N.A., as Trustee c/o Ocwen Financial ("Ocwen"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Automatic Stay is terminated allowing Ocwen to exercise its rights under applicable law against the Debtor's Property more particularly described in the Mortgage which has the address of 7054 Azure Beach Street, Las Vegas, NV 89148.("Property"), including, but not limited to foreclosure against the Property under the Mortgage.

Date:_____                           BY THE COURT:

                                                                                      _____
                                                                                     U.S. Bankruptcy Court Judge