## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :    Chapter 11
In re:                                        :
                                              :    Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,               :
a Delaware corporation, et al.,[1]            :    Jointly Administered
                                              :
              Debtors                         :    Re: Docket Nos.: 404, 405 and 411
- - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, do hereby declare that on April 26, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by overnight mail:

- **Notice of Sale Hearing**

- **Order (A) Approving Bidding Procedures in Connection with Auction of Loan Origination Platform Assets, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) Scheduling Hearing to Consider Proposed Sale of Loan Origination Platform Assets and Approving form and Manner of Notice Thereof and (D) Granting Related Relief [Docket No. 404]**

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/n The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Order Authorizing the Employment and Retention of Lazard Freres & Co. LLC as Financial Advisor to the Debtors and Debtors-In-Possession Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014, and Del. Bankr. LR 2014-1** [Docket No. 405]

- **Order Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rules 2002 and 6004 Authorizing the Access Sale and Granting Related Relief** [Docket No. 411]

Additionally, on April 26, 2007, I caused true and correct copies of the following to be served the parties listed on the attached Exhibits B and C by overnight mail:

- **Notice of Sale Hearing**

- **Order (A) Approving Bidding Procedures in Connection with Auction of Loan Origination Platform Assets, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) Scheduling Hearing to Consider Proposed Sale of Loan Origination Platform Assets and Approving form and Manner of Notice Thereof and (D) Granting Related Relief** [Docket No. 404]

Additionally, on April 26, 2007, I caused true and correct copies of the following to be served the parties listed on the attached Exhibit D by overnight mail:

- **Order (A) Approving Bidding Procedures in Connection with Auction of Loan Origination Platform Assets, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) Scheduling Hearing to Consider Proposed Sale of Loan Origination Platform Assets and Approving form and Manner of Notice Thereof and (D) Granting Related Relief** [Docket No. 404]

Dated: April 30, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Core / 2002 List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| 500 Eagles Landing LLC | David A Meskan Manager | 2100 Green St Apt 404 | | | San Francisco | CA | 94123 | | Creditor |
| Akin Gump Strauss Hauer & Feld LLP | James R Savin Esq David M Dunn Esq & Joanna F Newdeck Esq | 1333 New Hampshire Ave NW | | | Washington | DC | 20036 | | Counsel for ChoicePoint Inc |
| Allen & Overy LLP | Ken Coleman Esq | 1221 Avenue of the Americas | | | New York | NY | 10020 | | Counsel for Barclays Bank PLC and Barclays Capital |
| Angelo Gordon & Co | Jed A Hart | 245 Park Ave 26th Fl | | | New York | NY | 10167 | | Counsel for Angelo Gordon & Co |
| Ashby & Geddes PA | Don A Beskrone Esq | 500 Delaware Ave | 8th Fl | PO Box 1150 | Wilmington | DE | 19899 | | Counsel for Safeco Financial Institution Solutions Inc |
| Ashby & Geddes PA | William P Bowden & Gregory A Taylor | 500 Delaware Ave | 8th Fl | PO Box 1150 | Wilmington | DE | 19899 | | Counsel for USB Real Estate Securities Inc |
| Attorney for SIRVA Relocation | Glenn M Reisman Esq | Two Corporate Dr Ste 234 | | | Shelton | CT | 06484 | | Counsel for SIRVA Relocation |
| Attorney Generals Office | Bankruptcy Department | Carvel State Office Bldg 820 N French St 8th Fl | | | Wilmington | DE | 19801 | | Governmental Agency |
| Attorney General's Office | Bankruptcy Department | Capitol Station PO Box 12548 | | | Austin | TX | 78711-2548 | | Governmental Agency |
| Attorney General's Office | Bankruptcy Department | 1300 I St Ste 1740 | | | Sacramento | CA | 95814 | | Governmental Agency |
| Attorney General's Office | Bankruptcy Department | 200 St Paul Place | | | Baltimore | MD | 21202-2202 | | Governmental Agency |
| Barclays Bank PLC | Mark Manski Esq | 200 Park Ave | | | New York | NY | 10166 | | Creditor |
| Bernstein Litowitz Berger & Grossman LLP | Blair A Nicholas Esq | 12481 High Bluff Dr Ste 300 | | | San Diego | CA | 92130 | | Counsel for New York State Teachers Retirement System |
| Bernstein Litowitz Berger & Grossman LLP | Salvator J Graziano Esq | 1285 Avenue of the Americas | | | New York | NY | 10019 | | Counsel for New York State Teachers Retirement System |
| Bifferato Gentilotti LLC | Ian Connor Bifferato Esq & Garvan F McDaniel Esq | 800 N King St Plz Level | | | Wilmington | DE | 19801 | | Counsel for CB Richard Ellis Corporate Facilities Management Inc |
| Bingham McCutchen LLP | Andrew J Gallo Esq | 150 Federal St | | | Boston | MA | 02110 | | Counsel for DB Structured Products Inc |
| Bingham McCutchen LLP | Richard H Agins Esq | One State St | | | Hartford | CT | 06103-3178 | | Counsel for DB Structured Products Inc |
| Bingham McCutchen LLP | Robert M Dombroff Esq & Steven Wilamowsky Esq | 399 Park Ave | | | New York | NY | 10022-4689 | | Counsel for DB Structured Products Inc |
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street | Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Brown McCarroll LLP | Patricia B Tomasco | 111 Congress Ave Ste 1400 | | | Austin | TX | 78701 | | Counsel for Ellington Management Group Inc |
| Bryan Cave LLP | Katherine M Windler Esq | 120 Broadway Ste 300 | | | Santa Monica | CA | 90401-2386 | | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Bryan Cave LLP | Lawrence P Gottesman Esq & Sukyoung Suh Esq | 1290 Ave of the Americas | | | New York | NY | 10104 | | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Buchanan Ingersoll & Rooney PC | Mary F Caloway Esq & Eric Lopez Schnabel Esq | 1000 West St Ste 1410 | | | Wilmington | DE | 19801 | | Counsel for Residential Funding Company LLC |
| Cadwalader Wickersham & Taft LLP | Gregory M Petrick Esq & Angela Somers Esq | One World Financial Center | | | New York | NY | 10281 | | Counsel for Natixis Real Estate Capital Inc |
| Cadwalader Wickersham & Taft LLP | Howard R Hawkins Jr Esq | One World Financial Center | | | New York | NY | 10281 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| California Franchise Tax Board | Bankruptcy Division Chapter 11 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | Governmental Agency |
| Campbell & Levine LLC | Marla R Eskin Mark T Hurford | 800 North King Street | Suite 300 | | Wilmington | DE | 19801 | | Counsel for Citigroup Global Markets Really Group |
| Celina ISD Princeton ISD City of Princeton Richardson ISD Cedar Hill ISD City of Cedar Hill Whitewright ISD City of Whitewright City of Hurst Arlington ISD Castleberry ISD and Mansfield ISD | Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda | PO Box 13430 | | Arlington | TX | 76094-0430 | | Counsel for Celina ISD Princeton ISD City of Princeton Richardson ISD Cedar Hill ISD City of Cedar Hill Whitewright ISD City of Whitewright City of Hurst Arlington ISD Castleberry ISD and Mansfield ISD |
| Chadbourne & Parke LLP | Joseph H Smolinsky & Douglas E Deutsch | 30 Rockefeller Plaza | | | New York | NY | 10112 | | Counsel for Credit Suisse First Boston Capital LLC and DLJ Mortgage Capital Inc |
| Comptroller of Public Accounts | Bankruptcy Department | Lyndon B Johnson State Office Building | 111 E 17th St | | Austin | TX | 78774 | | Governmental Agency |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C Wisler Esq & Marc J Phillips Esq | The Nemours Bldg | 1007 N Orange St PO Box 2207 | | Wilmington | DE | 19899 | | Counsel for Coremetrics Inc |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq & Marc J Phillips Esq | The Nemours Bldg | 1007 N Orange St PO Box 2207 | | Wilmington | DE | 19899 | | Counsel for Washington Mutual |
| Cooley Godward Kronish LLP | Gregg S Kleiner | 101 California St 5th Fl | | | San Francisco | CA | 94111-2222 | | Creditor |
| Coremetrics Inc | Seth R Weissman Esq VP & General Counsel | 1840 Gateway Dr Ste 320 | | | San Mateo | CA | 94404 | | Creditor |
| Countrywide Home Loans Inc | Paul T Liu Esq & John Guerry Esq | 5220 Las Virgenes Rd | MS AC 11 | | Calabasas | CA | 91302 | | Counsel for Countrywide Home Loans Inc |
| Delaware Department Of Justice | Bankruptcy Department | Division Of Securities | 820 N French St 5th Fl | | Wilmington | DE | 19801 | | Governmental Agency |
| Delaware Dept Of Labor | Secretary | 4425 N Market St | 4th Fl | | Wilmington | DE | 19802 | | Governmental Agency |

Core / 2002 List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Delaware Dept Of Natural Resources & Environmental Control | Bankruptcy Department | John A Hughes Secretary | 89 Kings Hwy PO Box 7040 | | Dover | DE | 19901 | | Governmental Agency |
| Delaware Sec of State | Division of Corporations | Franchise Tax Division | | | Dover | DE | 19903 | | Governmental Agency |
| Division of Unemployment Ins | Department of Labor | 4425 N Market St | | | Wilmington | DE | 19802 | | Governmental Agency |
| Dorsey & Whitney LLP | Chris Lenhart Esq | 50 S Sixth St Ste 1500 | | | Minneapolis | MN | 55402-1498 | | Counsel for Residential Funding Company LLC |
| Eckert Seamans Cherin & Mellott LLC | Michael Busenkell | 300 Delaware Ave Ste 1210 | | | Wilmington | DE | 19801 | | Counsel for Credit-Based Asset Servicing and Securitization (C-BASS) and Wells Fargo Bank NA |
| Edwards Angell Palmer & Dodge LLP | William E Chipman Jr Esq | 919 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Employee Benefits Security Administration Philadelphia Regional Office | Mabel Capolongo Director | Curtis Ctr | 170 S Independence Mall West Ste 870 West | | Philadelphia | PA | 19106-3317 | | Governmental Agency |
| Erskine & Tulley A Professional Corporation | Robert P Gates Esq | 220 Montgomery St Ste 303 | | | San Francisco | CA | 94104 | | Counsel for 500 Eagles Landing LLC |
| Ervin Cohen & Jessup LLP | Randall S Leff Esq & Eric M Heller Esq | 9401 Wilshire Blvd 9th Fl | | | Beverly Hills | CA | 90212-2974 | | Counsel for KST Data Inc |
| Filardi Law Offices LLC | Charles J Filardi Jr | 65 Trumbull St | Second Floor | | New Haven | CT | 06510 | | Counsel for Federal Express Corporation |
| Fox Rothschild LLP | Daniel K Astin & Anthony M Saccullo | Citizens Bank Center | 919 N Market St Ste 1300 | PO Box 2323 | Wilmington | DE | 19899-2323 | | Counsel for Positive Software Solutions Inc |
| Gebhardt & Smith LLP | Michael G Gallerizzo Esq & David V Fontana | 901 Market St Ste 451 | | | Wilmington | DE | 19801 | | Counsel for General Electric Capital Corporation |
| GMAC Commercial Finance LLC | Hernando Azarcon | Senior Legal Coordinator | 3000 Town Center Site 280 | | Southfield | MI | 48075 | | Counsel for GMAC Commercial Finance LLC |
| Greenwich Capital Financial Products | General Counsel & Frank Skibo | 600 Steamboat Rd | | | Greenwich | CT | 06830 | | Counsel to DIP Lenders |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Hunton & Williams LLP | JR Smith & Jason W Harbour | Riverfront Plaza E Tower | 951 E Byrd St | | Richmond | VA | 23219 | | Counsel for Credit-Based Asset Servicing, Securitization (C-BASS) and Wells Fargo Bank NA |
| IBM Corporation | Vicky Namken | 13600 Diplomat Dr | | | Dallas | TX | 75234 | | Creditor |
| IBM Credit LLC | Bruce Gordon | Special Handling Group MD NC322 | North Castle Dr | | Armonk | NY | 10504 | | Creditor |
| Ikon Office Solutions Recovery & Bankruptcy | Keith Clements | 3920 Arkwright Rd Ste 400 | | | Macon | GA | 31210 | | Counsel for IOS Capital Inc / Creditor |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz | Rm 1150 | | Baltimore | MD | 21201 | | Governmental Agency |
| Irs Local Office | | 844 King St | | | Wilmington | DE | 19801 | | Governmental Agency |
| Jeffer Mangels Butler & Marmaro LLP | Barry Freeman Esq & David Poitras Esq | 1900 Ave of the Stars 7th Fl | | | Los Angeles | CA | 90067 | | Counsel for Union Bank of California |
| Jordan Burt LLP | Frank G Burt Esq Raul A Cuervo Esq & W Glenn Merten Esq | 1025 Thomas Jefferson St NW | Ste 400 E | | Washington | DC | 20007-5208 | | Counsel for Safeco Financial Institution Solutions Inc |
| Kaye Scholer LLP | Margot B Schonholtz & Mark F Liscio | 425 Park Ave | | | New York | NY | 10022 | | Counsel for Bank of America NA |
| Kelley Drye & Warren LLP | David E Retter Esq & Christen A Lombrianakos Esq | 101 Park Ave | | | New York | NY | 10178 | | Counsel for Wells Fargo Bank NA |
| Kirkland & Ellis LLP | Bennett L Spiegel & Shirley S Cho | 777 S Figueroa St | Suite 3700 | | Los Angeles | CA | 90017 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Kirkland & Ellis LLP | Paul M Basta & Joshua A Sussberg | Citigroup Center | 153 East 53rd Street | | New York | NY | 10022-4611 | | Counsel for Citigroup Global Markets Realty Group |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Joanne B Wills Esq & Michael W Yurkewicz Esq | 919 Market St Ste 1000 | | | Wilmington | DE | 19801 | | Counsel for ABN AMRO Bank N.V. |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Richard M Beck Esq & Christopher A Ward Esq | 919 Market St Ste 1000 | | | Wilmington | DE | 19801 | | Counsel for KST Data Inc |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Richard M Beck Esq & Michael W Yurkewicz Esq | 919 Market St Ste 1000 | | | Wilmington | DE | 19801 | | Counsel for SN Servicing Corp as Agent for Alaska Seaboard Partners LP |
| Landis Rath & Cobb LLP | Adam G Landis Esq | 919 Market St Ste 600 | | | Wilmington | DE | 19801 | | Counsel for JP Morgan Chase Bank NA |
| Landis Rath & Cobb LLP | Richard S Cobb Esq & Matthew B McGuire Esq | 919 Market St Ste 600 | | | Wilmington | DE | 19801 | | Counsel for Stony Point East LP |
| Law Office of John A Vos | John A Vos Esq | 1430 Lincoln Ave | | | San Rafael | CA | 94901 | | Creditor |
| Law Offices of Robert E Luna PC | Andrea Sheehan Esq | 4411 N Central Expressway | | | Dallas | TX | 75205 | | Counsel for Carrollton-Farmers Branch Independent School District Garland Independent School District & Lewisville Independent School District |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | Travis Bldg 711 Navarro Ste 300 | | | San Antonio | TX | 78205 | | Counsel for Bexar County City of El Paso |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | 1949 South IH 35 | PO Box 17428 | | Austin | TX | 78760 | | Counsel for City of Edinburg Edcouch-Elsa ISD Nueces County & South Texas College |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | | Dallas | TX | 75201 | | Counsel for Dallas County |
| Loizides PA | Christopher D Loizides Esq | 1225 King St Ste 800 | | | Wilmington | DE | 19801 | | Counsel for SunTrust Leasing Corporation |

Core / 2002 List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Michael S Etkin Esq & Ira M Levee Esq | 65 Livingston Ave | | | Roseland | NJ | 07068 | | Counsel for New York State Teachers Retirement System |
| Malcolm & Cisneros A Law Corporation | William G Malcolm | 2112 Business Center Dr 2nd Fl | | | Irvine | CA | 92612 | | Counsel for Malcolm & Cisneros A Law Corporation |
| Maryland State Dept of Assessments and Taxation | Bankruptcy Department | 301 W Preston St | | | Baltimore | MD | 21201 | | Governmental Agency |
| Mayer Brown Rowe & Maw LLP | Ranerio D Aversa Jr Esq & Laura D Metzger Esq | 1675 Broadway | | | New York | NY | 10019-5820 | | Counsel for ABN AMRO Bank N.V. |
| Mayer Brown Rowe & Maw LLP | Thomas S Kiriakos Esq & Sean T Scott Esq | 71 S Wacker Dr | | | Chicago | IL | 60606 | | Counsel for Carrington Mortgage Services LLC and Carrington Capital Management LLC |
| McGuire Woods LLP | David I Swan Esq & Kenneth M Misken Esq | 1750 Tysons Blvd Ste 1800 | | | McLean | VA | 22102-4215 | | Counsel for Sprint Nextel Corporation |
| Milbank Tweed Hadley & McCloy LLP | Luc A Despins Esq & Wilbur F Foster Esq | 1 Chase Manhattan Plaza | | | New York | NY | 10005 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| Missouri Department of Revenue Bankruptcy Unit | Sheryl L Moreau | General Counsels Office | 301 W High St Room 670 | PO Box 475 | Jefferson City | MO | 65105-0475 | | Counsel for Missouri Department of Revenue |
| Monzack & Monaco PA | Francis A Monaco Jr Esq & Rachel B Mersky Esq | 1201 N Orange St Ste 400 | | PO Box 2031 | Wilmington | DE | 19899-2031 | | Counsel for RBC Mortgage Company Royal Bank of Canada and RBC Centura Bank |
| Morris Nichols Arsht & Tunnell LLP | Robert J Dehney Gregory W Werkheiser & Daniel B Butz | 1201 N Market St | | PO Box 1347 | Wilmington | DE | 19899-1347 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| Munsch Hardt Kopf & Harr PC | Mark H Ralston Esq & Davor Rukavina Esq | 3800 Lincoln Plz | | 500 N Akard St | Dallas | TX | 75201 | | Counsel for Positive Software Solutions Inc |
| Nixon Peabody LLP | Dennis J Drebsky Esq | 437 Madison Ave | | | New York | NY | 10022 | | Counsel for Deutsche Bank National Trust Company |
| Nixon Peabody LLP | Mark N Berman Esq | 100 Summer St | | | Boston | MA | 02110-1832 | | Counsel for Deutsche Bank National Trust Company |
| Northeast Regional Office | Bankruptcy Department | Mark Schonfeld Regional Director | 3 World Financial Ctr | Room 4300 | New York | NY | 10281 | | Governmental Agency |
| OMelveny & Myers LLP | Suzzanne S Uhland Ben H Logan Victoria Newmark Emily R Culler | 275 Battery Street | | | San Francisco | CA | 94111 | | Debtors' Counsel |
| Office of Joe G Tedder CFC | | Delinquency and Enforcement | Tax Collector for Polk County Florida | PO Box 2016 | Bartow | FL | 33831-2016 | | Counsel for Polk County Florida |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | | Wilmington | DE | 19801 | | US Trustee |
| Office of the US Trustee | | 844 King St | Ste 2313 | Lockbox 35 | Wilmington | DE | 19801-3519 | | Governmental Agency |
| Ohio Attorney's General Office | Matthew J Lampke Assistant Chief | 30 E Broad St 26th Fl | | | Columbus | OH | 43215-4200 | | Counsel for State of Ohio |
| Pachulski Stang Ziehl Young Jones Weintraub LLP | Laura Davis Jones & Timothy P Cairns | 919 N Market St 17th Fl | PO Box 8705 | | Wilmington | DE | 19899-8705 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Paul Hastings Janofsky & Walker LLP | Keith W Miller & James R Bliss | Park Ave Tower | 75 E 55th St | First Floor | New York | NY | 10022 | | Counsel for USB Real Estate Securities Inc |
| Paul Hastings Janofsky & Walker LLP | Richard A Chesley & Kimberly D Newmarch | 191 N Wacker Dr | 30th Fl | | Chicago | IL | 60606 | | Counsel for USB Real Estate Securities Inc |
| Pepper Hamilton LLP | David B Stratton Esq | Hercules Plz Ste 5100 | 1313 N Market St | PO Box 1709 | Wilmington | DE | 19899-1709 | | Counsel for Deutsche Bank National Trust Company |
| Potter Anderson & Corroon LLP | Laurie Selber Silverstein Esq | 1313 N Market St 6th Fl | 1313 Market St | | Wilmington | DE | 19801 | | Counsel for Bank of America NA |
| Property Management Professionals LLC | Kurt Henry | 1512 Royce Dr | | | Locust Grove | GA | 30248 | | Creditor |
| Quadrangle Group LLC | Michael Weinstock | 375 Park Ave 14th Fl | | | New York | NY | 10152 | | Creditor |
| Qwest Legal Department | Mitchell W Katz Esq | 1801 California St Ste 900 | | | Denver | CO | 80202 | | Counsel for Qwest Corporation |
| Reed Smith LLP | Claudia Z Springer Esq | 2500 One Liberty Pl | 1650 Market St | | Philadelphia | PA | 19103-7301 | | Counsel for IndyMac Bank FSB |
| Reed Smith LLP | Kurt F Gwynne Esq | 1201 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for IndyMac Bank FSB |
| Reed Smith LLP | Kurt F Gwynne Esq | 1201 Market St Ste 1500 | | | Wilmington | DE | 19801 | | Counsel for Qwest Corporation |
| Reeves & Seidler | Felix A Seidler | 2527 Santa Clara Ave | | | Alameda | CA | 94501-4633 | | Counsel for Scott Morris and Angela Morris |
| Robert P Cocco PC | Robert P Cocco Esq | Hercules Plz Ste 5100 | 437 Chestnut St Ste 1005 | | Philadelphia | PA | 19106 | | Counsel for Theresa A Davis |
| Rosenthal Monhait & Goddess PA | Norman M Monhait Esq | 919 Market St Ste 1401 | | PO Box 1070 | Wilmington | DE | 19899-1070 | | Counsel for Kodiak Funding LP & Kodiak CDO I Ltd |
| SEC | | 15th & Pennsylvania Ave NW | | | Washington | DC | 20020 | | Governmental Agency |
| SEC | Nathan Fuchs | 233 Broadway | | | New York | NY | 10279 | | Governmental Agency |
| Sec Headquarters | Bankruptcy Department | Office Of Investor Education And Assistance | 100 F St Ne | | Washington | DC | 20549 | | Governmental Agency |
| Secretary Of State | Division Of Corporations | Franchise Tax | | PO Box 7040 | Dover | DE | 19903 | | Governmental Agency |
| Secretary Of Treasury | | PO Box 7040 | | | Dover | DE | 19903 | | Governmental Agency |
| Securities & Exchange Commission | | 100 F St Ne | | | Washington | DC | 20549 | | Governmental Agency |

Core / 2002 List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Shipman & Goodwin LLP | Julie A Manning Esq | One Constitution Plaza | | | Hartford | CT | 06103-1919 | | Counsel for United HealthCare Insurance Company |
| Skadden Arps Slate Meagher & Flom LLP | DJ Baker Esq & Rosalie W Gray Esq | Four Time Square | | | New York | NY | 10036-6522 | | Counsel for Maguire Properties-Park Place LLC Maguire Properties 3121 Michelson LLC & Maguire Properties 3161 Michelson LLC |
| Skadden Arps Slate Meagher & Flom LLP | Megan E Cleghorn Esq | One Rodney Square | PO Box 636 | | Wilmington | DE | 19899-0636 | | Counsel for Maguire Properties-Park Place LLC Maguire Properties 3121 Michelson LLC & Maguire Properties 3161 Michelson LLC |
| State Board of Equalization | Bankruptcy Department | PO Box 942879 | | | Sacramento | CA | 94279-0001 | | Governmental Agency |
| State of Delaware | Randy Weller MS 25 | Div of Revenue | 820 N French St | 8th Fl | Wilmington | DE | 19801-0820 | | Governmental Agency |
| State Of Delaware Division Of Revenue | Bankruptcy Department | Carvel State Office Bldg 820 N French St | | | Wilmington | DE | 19801 | | Governmental Agency |
| State Treasurer's Office | Bankruptcy Department | 915 Capitol Mall Suite 110 | | | Sacramento | CA | 95814 | | Governmental Agency |
| Stevens & Lee PC | Joseph Gray | 1105 N Market St | Seventh Fl | | Wilmington | DE | 19801 | | Counsel for Premier Print and Services Group, Inc. |
| Stites & Hanson PLLC | Robert Goodrich Esq | 1800 Fifth Third Center | 424 Church St | | Nashville | TN | 37219-2376 | | Counsel for SunTrust Leasing Corporation |
| The Bayard Firm | Neil B Glassman Esq & Steven M Yoder Esq | 222 Delaware Ave Ste 900 | | | Wilmington | DE | 19801 | | Counsel for Natixis Real Estate Capital Inc |
| The CIT Group Business Credit Inc | Renee Singer | 505 Fifth Ave | 3rd Fl | | New York | NY | 10017 | | Counsel to DIP Lenders |
| Travelers | Scot Freeman Case Manager | National Accounts | 1 Tower Sq 5MN | | Hartford | CT | 06183-4044 | | Creditor |
| Turner Reynolds Greco & O'Hara | Richard J Reynolds | 16485 Laguna Canyon Rd Ste 250 | | | Irvine | CA | 92618 | | Creditor |
| Union Bank of California | Diane J Richey Esq Vice President and Senior Counsel | 445 S Figueroa St | | | Los Angeles | CA | 90071 | | Counsel for Union Bank of California |
| US Attorneys Office | Ellen W Slights | 1007 Orange St | 7th Fl | | Wilmington | DE | 19899-2046 | | Governmental Agency |
| US Department of Justice | Alberto P Gonzales | US Attorney General | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | | Governmental Agency |
| Us Dept Of Labor | Administrative Review Board | Frances Perkins Building | 200 Constitution Ave Nw | | Washington | DC | 20210 | | Governmental Agency |
| Us Dept Of Labor | Benefits Review Board | Frances Perkins Building | 200 Constitution Ave Nw | | Washington | DC | 20210 | | Governmental Agency |
| Us Dept Of Labor | Employee Benefits Security Administration | Frances Perkins Building | 200 Constitution Ave Nw | Ste S 2524 | Washington | DC | 20210 | | Governmental Agency |
| Us Dept Of Labor | Secretary Elaine Chao | Frances Perkins Building | 200 Constitution Ave Nw | | Washington | DC | 20210 | | Governmental Agency |
| Vinson & Elkins LLP | John E Mitchell Esq | Trammell Crow Center | 2001 Ross Ave Ste 3700 | | Dallas | TX | 75201 | | Counsel for CB Richard Ellis Corporate Facilities Management Inc |
| Washington Mutual | David H Zielke Esq Vice President & Assitant General Counsel | 1301 Second Ave WMC 3501 | | | Seattle | WA | 98101 | | Counsel for Washington Mutual |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Jeffrey I Golden Esq & Hutchinson B Meltzer Esq | 650 Town Center Dr Ste 950 | | | Costa Mesa | CA | 92626 | | Creditor |
| Wells Fargo Bank NA | Thomas M Korsman Vice President | MAC N9303-120 | 608 2nd Ave S | | Minneapolis | MN | 55479 | | Creditor |
| Wendel Rosen Black & Dean LLP | Charles A Hansen & Mark S Bostick | 1111 Broadway 24th Fl | | | Oakland | CA | 94607-4036 | | Counsel for Alireza Nazmi & Golden Key Mortgage |
| Winston & Strawn LLP | Matthew Botica Esq David Wirt Esq & Grayson Walter Esq | 35 W Wacker Dr | | | Chicago | IL | 60601 | | Counsel for Kodiak Funding LP & Kodiak CDO I Ltd |
| Wolfe & Wyman LLP | Stuart B Wolfe Esq & Yaron Shaham Esq | 5 Park Plz Ste 1100 | | | Irvine | CA | 92614 | | Counsel for Wolfe & Wyman LLP |
| Womac & Associates | Brian D Womac & Denise H Mitchell | Two Memorial City Plaza | 820 Gessner Ste 1540 | | Houston | TX | 77024 | | Counsel for DRA CRT Post Oak LP |
| Womble Carlyle Sandridge & Rice PLLC | Steven K Kortanek | 222 Delaware Ave | Ste 1501 | | Wilmington | DE | 19801 | | Counsel for Carrington Mortgage Services LLC and Carrington Capital Management LLC |
| Wright Finlay & Zak LLP | T Robert Finlay Esq & Donna L La Porte Esq | 4665 MacArthur Ct Ste 280 | | | Newport Beach | CA | 92660 | | Creditor |
| Young Conaway Stargatt & Taylor LLP | Michael R Nestor | The Brandywine Bldg | 1000 West St 17th Fl | PO Box 391 | Wilmington | DE | 19899-0391 | | Counsel for Credit Suisse First Boston Capital LLC and DLJ Mortgage Capital Inc |
| Young Conaway Stargatt & Taylor LLP | Robert S Brady | The Brandywine Bldg | 1000 West St 17th Fl | PO Box 391 | Wilmington | DE | 19899-0391 | | Counsel for DB Structured Products Inc |

# Exhibit B

Lien Holders List
Overnight Mail Service List

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Access Investments Ii Llc | | 18400 Von Karman Ave | Ste 1000 | | Irvine | CA | 92612 | | Lien Holder |
| Ameritech Credit Corporation | | 2000 West Ameritech Ctr Dr | | | Irvine | CA | 92612 | | Lien Holder |
| Aspen Funding Corp | C/o Amacar Group Llc | 6525 Morrison Blvd | Ste 318 | | Charlotte | NC | 28211 | | Lien Holder |
| Aspen Funding Corp | | 60 Wall St | | | New York | NY | 10005 | | Lien Holder |
| Bank Leumi Leasing Corporation | | 562 Fifth Ave | | | Ny | NY | 10036 | | Lien Holder |
| Bank Of America Na | | 301 Main St | 66th Fl | | Dallas | TX | 75202 | | Lien Holder |
| Bank Of America Na | | 901 Main St | 66th Fl | Tx1 492 66 01 | Dallas | TX | 75202-3714 | | Lien Holder |
| Bank Of America Na | | Tx 492 66 01 | 901 Main St | 66th Fl | Dallas | TX | 75202-3714 | | Lien Holder |
| Bank Of The West | | 3000 S Grand Ave | Mail Code Sc Cal 006 A | | Los Angeles | CA | 90071 | | Lien Holder |
| Barclays Bank Plc | | 200 Pk Ave | | | New York | NY | 10166 | | Lien Holder |
| Carrington Mortgage Credit Fund I Lp | As Administrative Agent | 9 Greenwich Office Pk | | | Greenwich | CT | 06831 | | Lien Holder |
| Carrington Mortgage Services LLC | Bruce Rose & Diane Citron | c/o Carrington Capital Management | 599 Putnam Ave | | Greenwich | CT | 06830 | | Lien Holder |
| Cdc Mortgage Capital Inc | | 9 West 57th St | | | Ny | NY | 10019 | | Lien Holder |
| Charter One Vendor Finance Llc | | 2300 Cabot Dr | Ste 355 | | Lisle | IL | 60532 | | Lien Holder |
| Cit Communications Finance Croproration | | 1 Cit Dr | | | Livingston | NJ | 07039 | | Lien Holder |
| Citigroup Global Markets Realty Corp | | 390 Greenwich St | | | Ny | NY | 10014 | | Lien Holder |
| Citigroup Global Markets Realty Corp | | 390 Greenwich St | 6th Fl | | New York | NY | 10013 | | Lien Holder |
| Consultants Group Commercial Funding Corp | | 660 Newport Ctr Dr | Ste 800 | | Newport Beach | CA | 92660 | | Lien Holder |
| Countrywide Home Loans Inc | | 8611 Fallbrook Ave | Mswh51g | | West Hills | CA | 91304 | | Lien Holder |
| Credit Suisse First Boston Mortgage Capital Llc | | 11 Madison Ave | | | New York | NY | 10010 | | Lien Holder |
| Credit Suisse First Boston Mortgage Capital Llc | | 11 Madison Ave | | | Ny | NY | 10010 | | Lien Holder |
| Db Structured Products Inc | | 60 Wall St | | | Ny | NY | 10005 | | Lien Holder |
| Deutsh Bank Trust Company Americas As Collateral Agent | | 60 Wall St | Ms Nyc 60 2606 | | Ny | NY | 10005 | | Lien Holder |
| Deutsh Bank Trust Company Americas As Collateral Agent | | 60 Wall St | 26th Fl | | Ny | NY | 10005 | | Lien Holder |
| Deutsche Bank Trust Company Americas As Trustee | | 1761 E St Andrew Pl | | | Santa Ana | CA | 92705 | | Lien Holder |
| Federal National Mortgage Association | | 3900 Wisconsin Ave | Nw | | Washington | DC | 20016-2892 | | Lien Holder |
| Gemini Securitization Corp Llc | C/o Ropes & Gray Llc | One International Pl | | | Boston | MA | 02110 | | Lien Holder |
| General Electric Capital Corporation | | 1961 Hirst Dr | | | Moberly | MO | 65270 | | Lien Holder |
| General Electric Capital Corporation | | 2400 E Katella Ave | Ste 800 | | Anaheim | CA | 92806 | | Lien Holder |
| General Electric Capital Corporation | | 311 N Bayshore Dr | | | Safety Harbor | FL | 34695 | | Lien Holder |
| General Electric Capital Corporation | | 4 N Pk Dr | | | Hunt Valley | MD | 21030 | | Lien Holder |
| Gmac Commercial Finance Llc | | 7 Sentry Pkwylw | Ste 200 | | Blue Bell | PA | 19422 | | Lien Holder |
| Gmac Commercial Financial Llc | | 600 Galleria Pkwy | 15th Fl | | Atlanta | GA | 30339 | | Lien Holder |
| Gmac Commercial Financial Llc | | 210 Interstate North Pkway | Ste 315 | | Atlanta | GA | 30339 | | Lien Holder |
| Goldman Sachs Mortgage Company | | 85 Broad St | | | New York | NY | 10004 | | Lien Holder |
| Greenwich Capital Financial Products Inc | | 600 Steamboat Rd | | | Greenwich | CT | 06830 | | Lien Holder |
| Guaranty Bank | | 8333 Douglas Ave | | | Dallas | TX | 75225 | | Lien Holder |
| Heineman Dale Scott | | C/o 32108 Alvarado Blvd 381 | | | Union City | CA | 94587 | | Lien Holder |
| Ios Capital | | 1738 Bass Rd | | | Macon | GA | 31210-1043 | | Lien Holder |
| Ixis Real Estate Capital Inc | | 9 West 57th St | | | Ny | NY | 10019 | | Lien Holder |
| Johnson Kurt F | | C/o 32108 Alvarado Blvd | 381 | | Union City | CA | 94587 | | Lien Holder |
| Mayer Brown Rowe & Maw LLP | Elizabeth Raymond | 71 S Wacker Dr | | | Chicago | IL | 60606 | | Lien Holder |

Lien Holders List
Overnight Mail Service List

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Mission Center Partners | | PO Box 2675 | | | El Centro | CA | 92243 | | Lien Holder |
| Morgan Stanley Mortgage Capital Inc As Agent | | 1221 Ave Of The Americas 27th Fl | | | Ny | NY | 10020 | | Lien Holder |
| Nc Capital Corporation | | 18400 Von Karman | | | Irvine | CA | 92612 | | Lien Holder |
| New Century Funding A | | 18400 Von Karman | | | Irvine | CA | 92612 | | Lien Holder |
| New Century Mortgage Securities Inc | | 184 Von Karman Ste 1000 | | | Irvine | CA | 92612 | | Lien Holder |
| New Century Mortgage Securities Inc | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92512 | | Lien Holder |
| Newport Funding Corp | C/o Amacar Group Llc | 6525 Morrison Blvd | Ste 318 | | Charlotte | NC | 28211 | | Lien Holder |
| Pfe International Inc | | 195 Chastain Meadows Ct | 112 | | Kennesaw | GA | 30144 | | Lien Holder |
| St Andrew Funding Turst C/o New Century Mortgage | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92616 | | Lien Holder |
| State Street Global Markets | As Admin For Galleon Capital Corp | One Lincoln St | | | Boston | MA | 02111 | | Lien Holder |
| Sterling Bank | | 2550 N Loop West | Ste 500 | | Houston | TX | 77092 | | Lien Holder |
| The Cit Group/equipment Financing | | PO Box 27248 | | | Tempe | AZ | 85285-7248 | | Lien Holder |
| Ubs Real Estate Securities Inc | | 1251 Ave Of The Americas | 22nd Fl | | Ny | NY | 10020 | | Lien Holder |
| Ubs Real Estate Securities Inc | | 1285 Ave Of The Americas | | | New York | NY | 10019 | | Lien Holder |
| United California Capital | | 201 N Civic Dr | | | Walnut Creek | CA | 94596 | | Lien Holder |
| Us Bancorp Equipment Financial Inc | | PO Box 230789 | | | Portland | OR | 97281 | | Lien Holder |
| Us Bancorp Leasing & Financial | | 7659 Sw Mohawk St | | | Tualatin | OR | 97062 | | Lien Holder |
| Us Bank National Association | As Indenture Trustee | 180 E Fifth St | | | St Paul | MN | 55101 | | Lien Holder |
| Whitwood Jason Allen | | C/o 3625 Amur Maple Dr | | | Bakersfield | CA | 93311 | | Lien Holder |

# Exhibit C

Taxing Authorities
Overnight Mail Service List

| Creditorname | Creditornoticename | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Alabama Department Of Revenue | | Business Privilege Tax Section | PO Box 327431 | | Montgomery | AL | 36132-7431 | | Taxing Authority |
| Alabama Dept Of Revenue | | Financial Inst Excise Tax Unit | PO Box 327439 | | Montgomery | AL | 36132-7439 | | Taxing Authority |
| Alaska Department Of Revenue | | PO Box 110420 | | | Juneau | AK | 99811-0420 | | Taxing Authority |
| Arizona Department Of Revenue | | PO Box 29079 | | | Phoenix | AZ | 85038-9079 | | Taxing Authority |
| Department Of Finance And Administration | | Corporation Income Tax Section | PO Box 919 | | Little Rock | AR | 72203-0919 | | Taxing Authority |
| Franchise Tax Board | | PO Box 942857 | | | Sacramento | CA | 94257-0500 | | Taxing Authority |
| Colorado Department Of Revenue | | | | | Denver | CO | 80261-0006 | | Taxing Authority |
| Department Of Revenue Services | | PO Box 2974 | | | Hartford | CT | 06104-2974 | | Taxing Authority |
| Delaware Division Of Revenue | | PO Box 2044 | | | Wilmington | DE | 19899-2044 | | Taxing Authority |
| Dc Office Of Tax And Revenue | | 6th Fl 941 N Capitol St | | | Ne Washington | DC | 20002-4265 | | Taxing Authority |
| Florida Department Of Revenue | | 5050 W Tennessee St | | | Tallahassee | FL | 32399-0135 | | Taxing Authority |
| Georgia Department Of Revenue | | Processing Unit | PO Box 740317 | | Atlanta | GA | 30374-0317 | | Taxing Authority |
| Hawaii Department Of Taxation | | PO Box 1530 | | | Honolulu | HI | 96806-1530 | | Taxing Authority |
| Idaho State Tax Commission | | PO Box 76 | | | Boise | ID | 83707-0076 | | Taxing Authority |
| Illinois Department Of Revenue | | PO Box 19008 | | | Springfield | IL | 62794-9008 | | Taxing Authority |
| Indiana Department Of Revenue | | 100 N Senate Ave | | | Indianapolis | IN | 46204-2253 | | Taxing Authority |
| Iowa Department Of Revenue | | Corporation Tax Return Processing | PO Box 10468 | | Des Moines | IA | 50306-0468 | | Taxing Authority |
| IRS | | | | | Ogden | UT | 84201 | | Taxing Authority |
| Kansas Corporate Tax | | Kansas Department Of Revenue | 915 Sw Harrison St | | Topeka | KS | 66699-4000 | | Taxing Authority |
| City Of Kansas City Finance Dept | | Revenue Division | 414 E 12th St | | Kansas City | KS | 64106-2786 | | Taxing Authority |
| Kentucky Revenue Cabinet | | | | | Frankfort | KY | 40620 | | Taxing Authority |
| State Of Louisiana Department Of Revenue | | PO Box 201 | | | Baton Rouge | LA | 70821-0201 | | Taxing Authority |
| Louisville/Jefferson County Metro | | Revenue Commission | PO Box 35410 | | Louisville | KY | 40232-5410 | | Taxing Authority |
| Treasurer State Of Maine | | Maine Revenue Services | PO Box 9114 | | Augusta | ME | 04332-9114 | | Taxing Authority |
| Comptroller Of Maryland | | Revenue Administration Division | | | Annapolis | MD | 21411-0001 | | Taxing Authority |
| Massachusetts Department Of Revenue | | PO Box 7005 | | | Boston | MA | 02204 | | Taxing Authority |
| Michigan Department Of Treasury | | PO Box 30207 | | | Lansing | MI | 48909 | | Taxing Authority |
| Minnesota Revenue | | Mail Station 1765 | | | St Paul | MN | 55145-1765 | | Taxing Authority |
| Office Of Revenue | | PO Box 23050 | | | Jackson | MS | 39225-3050 | | Taxing Authority |
| Missouri Department Of Revenue | | PO Box 700 | | | Jefferson City | MO | 65105-0700 | | Taxing Authority |
| Montana Department Of Revenue | | PO Box 8021 | | | Helena | MT | 59604-8021 | | Taxing Authority |
| Nebraska Department Of Revenue | | PO Box 94818 | | | Lincoln | NE | 68509 | | Taxing Authority |
| Nevada Department Of Taxation | | 1550 College Parkway | | | Carson City | NV | 89706 | | Taxing Authority |
| Nh Dept Of Revenue Administration | | Document Processing Division | PO Box 637 | | Concord | NH | 03302-0637 | | Taxing Authority |
| Div Of Taxation Bfc Revenue | | Processing Unit | PO Box 247 | | Trenton | NJ | 08646-0247 | | Taxing Authority |
| State Of New Jersey | | Division Of Taxation Corp Tax | PO Box 666 | | Trenton | NJ | 08646-0666 | | Taxing Authority |
| New Mexico Taxation & Revenue Dept | | PO Box 25127 | | | Santa Fe | NM | 87504-5127 | | Taxing Authority |
| Nys Corporation Tax | | Processing Unit | PO Box 22094 | | Albany | NY | 12201-2094 | | Taxing Authority |
| Nys Corporation Tax | | Processing Unit | PO Box 22102 | | Albany | NY | 12201-2102 | | Taxing Authority |
| Nys Corporation Tax | | Processing Unit | PO Box 22038 | | Albany | NY | 12201-2038 | | Taxing Authority |
| North Carolina Dept Of Revenue | | PO Box 25000 | | | Raleigh | NC | 27640-0520 | | Taxing Authority |
| State Of North Dakota | | Office Of State Tax Commissioner | 600 E Blvd Ave Dept 127 | | Bismarck | ND | 58505-0599 | | Taxing Authority |
| Ohio Dept Of Taxation | | PO Box 804 | | | Columbus | OH | 43216-0804 | | Taxing Authority |
| Oklahoma Tax Commission | | Franchise Tax | PO Box 26930 | | Oklahoma City | OK | 73126-0930 | | Taxing Authority |
| Oregon Department Of Revenue | | PO Box 14790 | | | Salem | OR | 97309-0470 | | Taxing Authority |
| Pa Department Of Revenue | | Bureau Of Corp Taxes | Department 280423 | | Harrisburg | PA | 17128-0423 | | Taxing Authority |
| Department Of Revenue | | City Of Philadelphia | | | Philadelphia | PA | 19105-1529 | | Taxing Authority |
| State Of Rhode Island | | Division Of Taxation | One Capital Hill Ste 9 | | Providence | RI | 02908-5811 | | Taxing Authority |
| Department Of Revenue | | Corporation | | | Columbia | SC | 29214-0006 | | Taxing Authority |
| Special Tax Division Attn Paul Kinsman | | Dept Of Revenue & Regulation | 445 East Capitol Ave | | Pierre | SD | 57501-3185 | | Taxing Authority |
| Department Of Revenue | | Andrew Jackson State Office Building | 500 Deaderick St | | Nashville | TN | 37242 | | Taxing Authority |
| Comptroller Of Public Accounts | | 111 East 17th St | | | Austin | TX | 78774-0100 | | Taxing Authority |

Taxing Authorities
Overnight Mail Service List

| Creditorname | Creditornoticename | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Utah State Tax Commission | | 210 North 1950 West | | | Salt Lake City | UT | 84134-0300 | | Taxing Authority |
| Vermont Department Of Taxes | | 109 State St | | | Montpelier | VT | 05609-1401 | | Taxing Authority |
| Virginia Department Of Taxation | | PO Box 1500 | | | Richmond | VA | 23218-1500 | | Taxing Authority |
| Washington Department Of Revenue | | PO Box 34051 | | | Seattle | WA | 98124-1051 | | Taxing Authority |
| West Virginia State Tax Department | | Internal Auditing Division | PO Box 1202 | | Charleston | WV | 25324-1202 | | Taxing Authority |
| Wisconsin Department Of Revenue | | PO Box 8908 | | | Madison | WI | 53708-8908 | | Taxing Authority |

# Exhibit D

Richard Gordon
9777 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212