UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY HOLDINGS, INC., a Delaware corporation, et al.[1]<br>                Debtor. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br>Jointly Administered<br><br>Related to Docket Nos. 307 & 308 |

**ORDER GRANTING MOTION OF PLAN BENEFICIARIES TO SHORTEN NOTICE AND OBJECTION PERIODS FOR PLAN BENEFICIARIES' EMERGENCY MOTION FOR AN ORDER DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF PLAN BENEFICIARIES PURSUANT TO 11 U.S.C. § 1102**

This Court having considered the *MOTION OF PLAN BENEFICIARIES TO SHORTEN NOTICE AND OBJECTION PERIODS FOR EMERGENCY MOTION FOR AN ORDER DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF PLAN BENEFICIARIES PURSUANT TO 11 U.S.C. § 1102* in the above-captioned matter; and due and proper notice of the Motion having been given; and after a scheduling hearing held on April 19, 2007, cause appearing therefore; it is hereby

**ORDERED** that the Motion to is GRANTED, the relief requested being modified as set forth in the following decretal paragraphs; and it is further

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company, NCoral, L.P., a Delaware limited partnership.

**ORDERED** that a hearing on the *EMERGENCY MOTION FOR AN ORDER DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF PLAN BENEFICIARIES PURSUANT TO 11 U.S.C. § 1102* (Docket No. 307) (the "**1102 Motion**")shall be held on **May 7, 2007 at 10:00 a.m.**, with objections to be filed electronically and served in writing upon counsel for the movants so as actually to be received by **12:00 p.m. on May 3, 2007**; and it is

**FURTHER ORDERED** that, absent the consent of the movants, the Debtors and the Official Committee of Unsecured Creditors or further order of this Court, all funds being held in or for the benefit of the "Plan" as defined in the 1102 Motion shall remain *in status quo,* and no use or distribution of such funds shall be permitted.

The movants shall serve a copy of this Order together with a conforming Notice of Hearing on the 1102 Motion upon (1) the Office of the United States Trustee for the District of Delaware; (2) counsel for Debtors; (3) proposed counsel for the Official Committee of Unsecured Creditors; and (4) all parties who have filed timely requests for notice under Rule 2002 of Federal Rules of Bankruptcy Procedure.

Dated: April 27, 2007

_____
Hon. Kevin J. Carey
United States Bankruptcy Judge