IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
**In re:**                                              :
                                                        :    **Chapter 11**
**NEW CENTURY TRS HOLDINGS,**                           :
   **INC., a Delaware Corporation,** *et al.*   :
                                                        :    Case No. 07-10416 (KJC)
         **Debtors.**          :    (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that International Business Machines Corporation ("IBM") appears in the above-captioned chapter 11 cases through its counsel, Levy, Small & Lallas and The Bayard Firm, pursuant to Rules 2002, 3017, 9007, 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules") and section 1109(b) of chapter 11, of title 11, of the United States Code (the "Bankruptcy Code"). Demand is hereby made for copies of all notices given or required to be given in these cases (the "Cases") and all papers served in these Cases (including, but not limited to, all papers filed and served in all adversary proceedings in these Cases, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the court a request that all notices be mailed to them) to be served upon the following:

            Leo D. Plotkin, Esquire
            Levy, Small & Lallas
            815 Moraga Drive
            Los Angeles, CA 90049-1633
            Telephone: (310) 471-3000
            Facsimile: (310) 471-7990
            Email: lplotkin@lsl-la.com

-and-

657821-1

>Charlene D. Davis, Esquire (No. 2336)
>The Bayard Firm
>222 Delaware Ave., Suite 900
>Wilmington, DE 19801
>Telephone: (302) 655-5000
>Facsimile: (302) 658-6395

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the debtors or the property of the debtors.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed to be a waiver of any of the rights of IBM, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) trial by jury in any proceeding so triable in these Cases or any Case, controversy, or adversary proceeding related to these Cases, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) with respect to any other rights, claims, actions, defenses, setoffs, or recoupments to which IBM may be entitled at law or in equity, all of which are expressly reserved.

[remainder of page intentionally left blank]

657821-1

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the official "Rule 2002 service list" for notice of all contested matters, adversary proceedings and other proceedings in these Cases.

Dated: April ____, 2007
       Wilmington, Delaware

**THE BAYARD FIRM**

By: *Charlene D. Davis*
Charlene D. Davis (No. 2336)
Kathryn D. Sallie (No. 4600)
222 Delaware Ave., Suite 900
Wilmington, DE 19801
(302) 655-5000

-and-

**LEVY, SMALL & LALLAS**
Leo D. Plotkin
815 Moraga Drive
Los Angeles, CA 90049-1633
Telephone: (310) 471-3000
Facsimile: (310) 471-7990
Email: lplotkin@lsl-la.com

Counsel for IBM

657821-1