UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NEW CENTURY HOLDINGS, INC., a Delaware corporation, et al.[1] <br> Debtor. | Chapter 11 <br><br> Case No. 07-10416 (KJC) <br> Jointly Administered <br><br> Relates to Docket No. 307 |

## NOTICE OF HEARING ON MOTION

PLEASE TAKE NOTICE that on April 18, 2007, Gregory J. Schroeder ("Schroeder"), Michelle Parker ("Parker"), Martin Warren ("Warren"), Steve Holland ("Holland"), and Nabil Bawa ("Bawa") filed their *MOTION OF PLAN BENEFICIARIES TO SHORTEN NOTICE AND OBJECTION PERIODS FOR EMERGENCY MOTION FOR AN ORDER DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF PLAN BENEFICIARIES PURSUANT TO 11 U.S.C. § 1102,* seeking an expedited hearing on their *MOTION FOR AN ORDER DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF PLAN BENEFICIARIES PURSUANT TO 11 U.S.C. § 1102* (the "1102 Motion")(Docket No. 307). By Order dated April 27, 2007, entered April 30, 2007 (Docket No. 466), the Court granted shortened notice and hearing. A copy of the Order is attached.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company, NCoral, L.P., a Delaware limited partnership.

PLEASE TAKE NOTICE THAT, pursuant to the Order, a hearing on the 1102 Motion will be held on **May 7, 2007 at 10:00 a.m.**, in Courtroom 5, United States Bankruptcy Court, 824 North Market Street, Wilmington, Delaware, before the Honorable Kevin J. Carey. Objections to the 1102 Motion, if any, shall be filed electronically and served in writing upon the undersigned counsel for the movants so as actually to be received by **12:00 p.m. on Thursday, May 3, 2007.** If no objection is timely filed and served, an Order granting the 1102 Motion may be entered without further notice or hearing.

Dated : April 30, 2007

STEVENS & LEE, P.C.

/s/ Joseph H. Huston, Jr.
JOSEPH H. HUSTON, JR., (NO. 4035)
THOMAS G. WHALEN, JR.(NO. 4034)
1105 NORTH MARKET STREET
SUITE 700
WILMINGTON, DE 19801
TELEPHONE: (302) 425-3310
TELECOPIER: (302) 654-5181
EMAIL: JHH/TGW@STEVENSLEE.COM

-and-

BERNSTEIN, SHUR, SAWYER & NELSON

ROBERT J. KEACH, ESQ.
MICHAEL A. FAGONE, ESQ.
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND, ME 04104-5029
TELEPHONE: (207) 774-1200
TELECOPIER: (207) 774-1127
EMAIL: RKEACH@BERNSTEINSHUR.COM
         MFAGONE@BERNSTEINSHUR.COM