**EXHIBIT A**

**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 07-10416 (KJC) |
| New Century TRS Holdings, Inc., *et al.,* | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | NOTICE OF APPOINTMENT OF |
| ---------------------------------- | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1. **Credit-Based Asset Servicing and Securitization LLC**, Attn: Geoffrey E. Hader, 335 Madison Avenue, 19th Floor, New York, NY 10017, Phone: 212-850-7732, Fax: 212-850-7762;

2. **Residential Funding Company, LLC.**, Attn: Neil Luria, 8400 Normandale Lake Boulevard, Suite 250, Minneapolis, MN 55347, Phone: 952-857-7000, Fax: 212-857-8500;

3. **Credit Suisse First Boston Mortgage Capital LLC**, Attn: Michael A. Criscito, Eleven Madison Avenue, New York, NY 10010-3629, Phone: 212-325-2401, Fax: 917-326-8089;

4. **Deutsche Bank National Trust Co.**, Attn: Brendan Meyer, 1761 East Street Andrew Place, Santa Ana, CA 92705-4934, Phone: 212-250-2921, Fax: 212-797-0022;

5. **Wells Fargo Bank, N.A., as Indenture Trustee**, Attn: Thomas Martin Korsman, MAC N9303-120, 608 Second Avenue South, Minneapolis, MN 55479, Phone: 612-466-5890, Fax: 866-680-1777;

6. **Fidelity National Information Services, Inc.**, Attn: Michael J. Marino, 601 Riverside Avenue, Jacksonville, FL 32204, Phone: 904-854-5842, Fax: 904-357-1077; and

7. **Maguire Properties – Park Place, LLC**, Attn: Mark T. Lammas, 1733 Ocean Avenue, Suite 400, Santa Monica, CA 90401, Phone: 310-857-1100, Fax: 310-857-1198.

KELLY BEAUDIN STAPLETON
United States Trustee, Region 3

/s/ Joseph J. McMahon, Jr. for
ANDREW R. VARA
ASSISTANT UNITED STATES TRUSTEE

DATED: April 9, 2007

Attorney assigned to these cases: Joseph J. McMahon, Jr., Esq., Phone: 302-573-6491, Fax: 302-573-6497.
Debtors' co-counsel: Mark D. Collins, Esq., Phone: 302-651-7700, Fax: 302-651-7701.