**EXHIBIT B**

**BERNSTEIN SHUR**

COUNSELORS AT LAW

207 774-1200 main
207 774-1127 facsimile
bernsteinshur.com

100 Middle Street
PO Box 9729
Portland, ME 04104-5029

Robert J. Keach
207 228-7334 direct
rkeach@bernsteinshur.com

VIA FACSIMILE (302 573-6497)

April 11, 2007

Andrew R. Vara
Assistant U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Bldg.
844 King Street, Suite 2207
Wilmington, DE 19801

Re:  New Century TRS Holdings, Inc., et al. (collectively, the "Debtors")
     United States Bankruptcy Court for the District of Delaware
     Chapter 11 Case Nos. 07-10416 (KJC) (jointly administered)

Dear Mr. Vara:

As you may recall, this office represents Gregory J. Schroeder and other similarly-situated employees who are beneficiaries of the New Century Financial Corporation Deferred Compensation Plan and/or the Supplemental Executive Retirement/Savings Plan (collectively, the "Plans"). Mr. Schroeder is informed and believes that there are more than 575 current or former employees who are beneficiaries of the Plans, and that plan contributions are in excess of $40 million in the aggregate. Mr. Schroeder also believes a sufficient amount of money to satisfy all of the beneficiaries' potential claims has been deposited into a segregated account at Wells Fargo Bank in the ordinary course of business.

By this letter, Mr. Schroeder hereby requests that the United States trustee appoint, pursuant to 11 U.S.C. § 1102(a)(1), an additional committee of beneficiaries of the Plans. The appointment of that committee is necessary to ensure adequate representation of the beneficiaries' interests in these chapter 11 cases. Among other reasons, the appointment of an additional committee is warranted due to the size of the contributions (both in the aggregate, which is substantial, and on an individual basis, which varies dramatically among the employees), the large number of beneficiaries, and the likelihood that the interests of the general unsecured creditors will be diametrically opposed to the interests of the beneficiaries, at least with respect to the segregated funds in the Plans and perhaps with respect to other issues as well.

Andrew R. Vara
April 11, 2007
Page 2 of 2

Because these cases are moving very quickly, we hope that the United States trustee will respond to this request immediately. Failing a favorable response, Mr. Schroeder and others intend to seek an order from the Bankruptcy Court ordering the appointment of an additional committee.

Of course, we would be happy to discuss this request with you in further detail if you believe that would be useful.

Sincerely,

Robert J. Keach


cc:   Gregory J. Schroeder (via electronic mail)
      Michael A. Fagone, Esq.
      Suzzanne S. Uhland, Esq. (via electronic mail)
      Christopher M. Samis, Esq. (via electronic mail)
      Joseph H. Huston, Jr., Esq. (via electronic mail)
      Joseph McMahon, Esq. (via electronic mail)