UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| NEW CENTURY TRS HOLDINGS,<br>  INC., a Delaware corporation, *et al.*,[1] | : |  |
|  |  | Case Number 07-10416 (KJC) |
| Debtors. | : | (Jointly Administered) |

Hearing Date: May 7, 2007 at 10:00 A.M.

**STATEMENT OF THE UNITED STATES TRUSTEE IN RESPONSE TO
THE DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT
OF (i) SALE-RELATED INCENTIVE PAY TO SENIOR MANAGEMENT AND (ii)
RETENTION AND INCENTIVE PAY TO CERTAIN EMPLOYEES PURSUANT TO
SECTIONS 105(a), 363(b)(1) AND 503(c) OF THE BANKRUPTCY CODE
<u>(DOCKET ENTRY # 185)</u>**

In response to the Debtors' emergency motion for an order authorizing payment of (i) sale-related incentive pay to senior management and (ii) retention and incentive pay to certain employees pursuant to sections 105(a), 363(c)(1) and 503(c)(3) of the Bankruptcy Code (the "Motion"), Kelly Beaudin Stapleton, United States Trustee for Region 3 ("U.S. Trustee"), by and through her counsel, states:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

During the evening of Thursday, April 26, 2007, undersigned counsel was informed by counsel to the Debtors that the Debtors were in the process of restructuring the plans that are the subject of the Motion and that the Debtors intended to file a amendment to the Motion.  In light of this development, the U.S. Trustee is not filing an objection or other response to the Motion as it was originally filed at this time.[2]  The U.S. Trustee reserves all rights in connection with the Motion, including the rights (i) to object or otherwise respond to the Motion (in its amended form or otherwise) and (ii) to seek a continuance of the hearing on the Motion if circumstances warrant.

        Respectfully submitted,

**KELLY BEAUDIN STAPLETON**
**UNITED STATES TRUSTEE**


BY:  /s/ Joseph J. McMahon, Jr.
     Joseph J. McMahon, Jr., Esquire (# 4819)
     Trial Attorney
     United States Department of Justice
     Office of the United States Trustee
     J. Caleb Boggs Federal Building
     844 King Street, Room 2207, Lockbox 35
     Wilmington, DE  19801
     (302) 573-6491
     (302) 573-6497 (Fax)

Date:  April 30, 2007

---

[2] The Debtors have agreed to extend the U.S. Trustee's deadline to object/respond to the Motion through and including May 2, 2007.