## **CERTIFICATE OF SERVICE**

      I, Evelyn J. Meltzer, hereby certify that on the 30th day of April, 2007, I caused the foregoing **Request for Notice and Demand for Service of Papers** by first class mail, postage prepaid, to the parties on the attached service list.

                                                                            /s/ Evelyn J. Meltzer
                                                                          Evelyn J. Meltzer

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801
Counsel to the Debtors

Suzzanne S. Uhland, Esq.
Austin K. Barron, Esq.
Emily R. Culler, Esq.
Ana Acevedo, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
Counsel to the Debtors

Joseph McMahon, Esq.
Office of the United States Trustee
844 Market Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

#8531891 v1