IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-10416 (KJC) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR POSSIBLE HEARING ON MAY 3, 2007 AT 2:30 P.M.

I. **CONTESTED MATTERS GOING FORWARD:**

1. Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures in Connection With Auction of Loan Orgination Platform Assets, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (C) Scheduling Hearing to Consider Proposed Sale of Loan Origination Platform Assets and Approving Form and Manner of Notice Thereof and (D) Granting Related Relief and (II) An Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 149; filed 4/9/07]

    Objection Deadline: April 18, 2007.

    Objections/Responses Received:

    A. Response of the United States Trustee to the Emergency Motion of the Debtors and Debtors in Possession for (I) An Order (A) Approving Bidding Procedures in Connection With the Auction of Loan Origination Platform Assets, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases,

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Including Notice of Proposed Cure Amounts, (C) Scheduling Hearing to Consider Proposed Sale of Loan Origination Platform Assets and Approving Form and Manner of Notice Thereof, and (D) Granting Related Relief [Docket No. 313; filed 4/18/07]

B. Objection of RBC Mortgage Company and RBC Holdco Corporation to Motion of Debtors and Debtors in Possession for (I) An Order (A) Approving Bidding Procedures in Connection With Auction of Loan Origination Platform Assets, (B) Establishing Procedures Relating to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (C) Scheduling Hearing to Consider Proposed Sale of Loan Origination Platform Assets and Approving Form and Manner of Notice Thereof, and (D) Granting Related Relief and (II) An Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 316; filed 4/18/07]

C. Limited Objections of GMAC CF and Countrywide to Emergency Motion of the Debtors Regarding Bidding Procedures and Other Matters in Connection with Auction of Loan Origination Platform Assets [Docket No. 317; filed 4/18/07]

D. Limited Objection of Positive Software Solutions, Inc. Debtors' Motion for An Order Approving Bidding Procedures [Docket No. 318; filed 4/18/07]

Related Documents:

i. Notice of Hearing [Docket No. 247; filed 4/13/07]

ii. Certification of Counsel Regarding Order (A) Approving Bidding Procedures in Connection with Auction of Loan Origination Platform Assets, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) Scheduling Hearing to Consider Proposed Sale of Loan Origination Platform Assets and Approving Form and Manner of Notice Thereof and (D) Granting Related Relief [Docket No. 401; filed 4/25/07]

iii. Order (A) Approving Bidding Procedures in Connection with Auction of Loan Origination Platform Assets, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) Scheduling Hearing to Consider Proposed Sale of Loan Origination Platform Assets and Approving Form and Manner of Notice Thereof and (D) Granting Related Relief [Docket No. 404; filed 4/26/07]

<u>Status</u>: The hearing on this matter is tentatively scheduled to go forward on May 3, 2007, only in the event that the Debtors and the Creditors' Committee notify the Court and parties in interest by May 2, 2007 at 6:00 p.m., that the Debtors and the Creditors' Committee have a dispute regarding determination of whether a Qualified Bid as defined in the Bidding Procedures has been submitted and whether the Sale process should continue.

Dated: May 1, 2007
      Wilmington, Delaware

/s/ Christopher M. Samis
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

PROPOSED ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION