NEW CEDE0001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: NEW CENTURY TRS HOLDINGS INC | : | CHAPTER: 11 |
| | : | |
| AKA:NEW CENTURY MORTGAGE/DBA | : | BANKRUPTCY NO: 07-10416-KJC |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

**American Express Travel Related Svcs Co
Inc Corp Card
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701**

By:    /s/Gilbert B. Weisman
       _____
       Gilbert B Weisman Esquire PA59872
       Becket and Lee LLP Attorneys Agent
       POB 3001
       MALVERN PA 19355-0701
       PHONE:   (610) 644-7800
       FAX  :   (610) 993-8493
       EMAIL:   notices@becket-lee.com

       DATE: May 01, 2007

PET: 04/02/2007

AMC