IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, | ) | |
| INC., et al. | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF PAPERS BY COUNSEL FOR RICHARD D. AUSTIN, LAUREN V. LIVA,
MICHAEL VANDALL, SCOTT RASMUSSEN, MARTHA F. MORELAND
AND CARLA LYLES ON THEIR OWN BEHALF AND ON BEHALF OF
ALL OTHER PERSONS SIMILARLY SITUATED
(COLLECTIVELY, THE "WARN ACT CLAIMANTS")**

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for RICHARD D. AUSTIN, LAUREN V. LIVA, MICHAEL VANDALL, SCOTT RASMUSSEN, MARTHA F. MORELAND and CARLA LYLES on their own behalf and on behalf of all other persons similarly situated (collectively, the "WARN Act Claimants"), pursuant to Bankruptcy Rule 9010 and 2002 and applicable local rules, requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands: (1) which may directly, or indirectly, affect or seek to affect in any way any rights or interests of the WARN Act Claimants with respect to (a) the Debtors; (b) property or

proceeds thereof in which the Debtors may claim an interest; or claims or other property or proceeds thereof in the possession, custody or control of the Debtors; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by the WARN Act Claimants; or (3) which may otherwise affect the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the WARN Act Claimants have no intention for this Notice of Appearance, nor any former or later pleading, claim or suit to waive (1) the WARN Act Claimants' right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) the WARN Act Claimants' right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the WARN Act Claimants' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which the WARN Act Claimants are or may be entitled under agreements, in law or equity, all of which rights, claims, defenses, set-offs, and recoupments the WARN Act Claimants expressly reserve.

Dated: May 1, 2007
Wilmington, Delaware

<div style="margin-left:40%">

Respectfully submitted,
MARGOLIS EDELSTEIN

James E. Huggett, Esquire (#3956)
750 S. Madison Street, Suite 102
Wilmington, DE 19801
(302) 777-4680
(302) 777-4682 (facsimile)
jhuggett@margolisedelstein.com
**[Please serve all papers on Counsel]**

</div>

LANKENAU & MILLER, LLP
Stuart J. Miller (SJM 4276)
1775 Broadway, Suite 610
New York, New York 10019
(212) 581-5005
**[Service on Counsel Not Necessary]**

THE GARDNER FIRM, P.C.
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
J. Cecil Gardner (GARDJ3461)
1119 Government Street
Post Office Drawer 3103
Mobile, AL 36652
(251) 433-8100
(251) 433-8181 (facsimile)
**[Please serve all papers on Counsel]**

Cooperating Attorneys for the NLG Maurice
and Jane Sugar Law Center for Economic
and Social Justice

THE NLG MAURICE AND JANE SUGAR
LAW CENTER FOR ECONOMIC AND
SOCIAL JUSTICE
645 Griswold Street, Suite 1800
Detroit, Michigan 48226

Counsel to Richard D. Austin, Lauren V.
Liva, Michael Vandall, Scott Rasmussen,
Martha F. Moreland and Carla Lyles on their
own behalf and on behalf of all other
persons                similarly                situated