IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, | ) | |
| INC., et al. | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esq., hereby certify that on the 1st day of May, 2007, I caused a true and correct copy of the *Notice Of Appearance And Request For Service Of Papers By Counsel For Richard D. Austin, Lauren V. Liva, Michael Vandall, Scott Rasmussen, Martha F. Moreland And Carla Lyles On Their Own Behalf And On Behalf Of All Other Persons Similarly Situated (Collectively, The "WARN Act Claimants")* to be served upon the attached service list via first class mail, postage prepaid.

MARGOLIS EDELSTEIN

_____
James E. Huggett (DE #3956)

| | | |
|---|---|---|
| Division of Unemployment Insurance<br>Department of Labor<br>4425 N. Market Street<br>Wilmington, DE 19802 | Michael G. Gallerizzo<br>Gebhardt & Smith LLP<br>901 Market Street, Suite 451<br>Wilmington, DE 19801 | XRoads Case Management Services<br>P.O. Box 8901<br>Marina Del Rey, CA 90295 |
| IKON Office Solutions<br>Recovery & Bankruptcy<br>3920 Ark Wright Road, Suite 400<br>Macon, GA 31210 | David G. Aelvoet<br>Linebarger Goggan Blair & Sampson LLP<br>Travis Building, 711 Navarro, Suite 300<br>San Antonio, TX 78205 | Richard H. Agins<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT 06103-3178 |
| Hernando Azarcon<br>Senior Legal Coordinator<br>GMAC Commercial Finance LLC<br>3000 Town Center, Suite 280<br>Southfield, MI 48075 | Elizabeth Banda<br>Perdue, Brandon, Fielder, Collins & Mott, LLP<br>P.O. Box 13430<br>Arlington, TX 76094-0430 | Mark N. Berman<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110-1832 |
| Matthew Botica<br>David Wirt<br>Grayson Walter<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 | Frank G. Burt<br>Raul A. Cuervo<br>W. Glenn Merten<br>Jorden Burt LLP<br>1025 Thomas Jefferson Street, NW<br>Suite 400 East | James S. Carr<br>David Retter<br>Christena A. Lambrianakos<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Richard A. Chesley<br>Kimberly D. Newmarch<br>Paul, Hastings, Janofsy & Walker LLP<br>191 North Wacker Drive, 30th Floor<br>Chicago, IL 60606 | Robert P. Cocco<br>Robert P. Cocco, P.C.<br>437 Chestnut Street, Suite 1006<br>Philadelphia, PA 19106 | Raniero D'Aversa, Jr.<br>Laura D. Metzger<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY 10019-5820 |
| Luc A. Despins<br>Wilbur F. Foster<br>Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005 | Robert M. Dombroff<br>Steven Wilamowsky<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022-4689 | Dennis J. Drebsky<br>Nixon Peabody LLP<br>437 Madison Avenue<br>New York, NY 10022 |
| Michael S. Etkin<br>Ira M. Levee<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Charles J. Filardi, Jr.<br>Filardi Law Offices LLC<br>65 Trumbull Street, Second Floor<br>New Haven, CT 06510 | T. Robert Finlay<br>Donna L. La Porte<br>Wright, Finlay & Zak, LLP<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 92660 |
| Scot Freeman<br>Account Resolution<br>Travelers<br>National Accounts<br>1 Tower Square - 5MN<br>Hartford, CT 06183-4044 | Barry Freeman<br>Jeffer Mangels Butler & Marmaro, LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 | Andrew J. Gallo<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA 02110 |
| Robert P. Gates<br>Erskine & Tulley<br>220 Montgomery Street, Suite 303<br>San Francisco, CA 94104 | Jeffrey I. Golden<br>Hutchison B. Meltzer<br>Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626 | Alberto P. Gonzalez<br>U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001 |
| Lawrence P. Gottesman<br>Sukyong Suh<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | Salvatore J. Graziano<br>Bernstein Litowitz Berger & Grossmann LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 | Charles A. Hansen<br>Mark S. Bostick<br>Wendel, Rosen, Black & Dean LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607-4036 |

| | | |
|---|---|---|
| Jed Hart<br>Angelo, Gordon & Co.<br>245 Park Avenue, 26th Floor<br>New York, NY 10167 | Howard R. Hawkins, Jr.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 | Mitchell W. Katz<br>Qwest Legal Department<br>1801 California Street, Suite 900<br>Denver, CO 80202 |
| Thomas M. Korsman<br>Vice President<br>Wells Fargo Bank, N.A.<br>MAC N9303-120<br>608 2nd Avenue South<br>Minneapolis, MN 55479 | Matthew J. Lampke<br>Assistant Chief<br>Ohio Attorney General's Office<br>Executive Agencies Section<br>30 E. Broad Street, 26th Floor<br>Columbus, OH 43215-4200 | Chris Lenhart<br>Dorsey & Whitney LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402-1498 |
| Paul T. Liu<br>John Guerry<br>Countrywide Home Loans, Inc.<br>5220 Las Virgenes Road, MS AC-11<br>Calabasas, CA 91302 | William G. Malcolm<br>Malcolm & Cisneros, A Law Corporation<br>2112 Business Center Drive, Second Floor<br>Irvine, CA 92612 | Julie A. Manning<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919 |
| David A. Meskan<br>500 Eagles Landing, LLC<br>2100 Green Street, Apt. 404<br>San Francisco, CA 94123 | Keith W. Miller<br>James R. Bliss<br>Paul, Hastings, Janofsky & Walker LLP<br>Park Avenue Tower<br>75 East 55th Street, First Floor<br>New York, NY 10022 | John E. Mitchell<br>Vinson & Elkins LLP<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75201 |
| Blair A. Nicholas<br>Bernstein Litowitz Berger & Grossmann LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130 | Gregory M. Petrick<br>Angela Somers<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 | David M. Poitras<br>Jeffer Mangels Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 |
| Glenn M. Reisman<br>Two Corporate Drive, Suite 234<br>Shelton, CT 06484 | Richard J. Reynolds<br>Turner, Reynolds, Greco & O'Hara<br>16485 Laguna Canyon Road, Suite 250<br>Irvine, CA 92618 | Diane J. Richey<br>Vice President and Senior Counsel<br>Union Bank of California<br>445 S. Figueroa Street<br>Los Angeles, CA 90071 |
| James R. Savin<br>David M. Dunn<br>Joanna F. Newdeck<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Ave., NW<br>Washington, DC 20036 | Margot B. Schonholtz<br>Mark F. Liscio<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | Andrea Sheehan<br>Law Offices of Robert E. Luna, PC<br>4411 N. Central Expressway<br>Dallas, TX 75205 |
| J.R. Smith<br>Jason W. Harbour<br>Hunton & Williams LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Joseph H. Smolinsky<br>Douglas E. Deutsch<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 | David I. Swan<br>Kenneth M. Misken<br>McGuire Woods LLP<br>1750 Tysons Boulevard, Suite 1800<br>McLean, VA 22102-4215 |
| Patricia B. Tomasco<br>Brown McCarroll, LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701 | John A. Vos<br>1430 Lincoln Avenue<br>San Rafael, CA 94901 | Katherine M. Windler<br>Bryan Cave LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401-2386 |
| Stuart B. Wolfe<br>Yaron Shaham<br>Wolfe & Wyman LLP<br>5 Park Plaza, Suite 1100<br>Irvine, CA 92614 | Brian D. Womac<br>Denise H. Mitchell<br>Womac & Associates<br>Two Memorial City Plaza<br>820 Gessner, Suite 1540<br>Houston, TX 77024 | David H. Zielke<br>Vice President & Assistant General Counsel<br>Washington Mutual<br>1301 Second Avenue, WMC 3501<br>Seattle, WA 98101 |

| | | |
|---|---|---|
| Bryan Sherman<br>Deckelbaum Ogens & Raftery, Chtd.<br>3 Bethesda Metro Center, Suite 200<br>Bethesda, MD 20814 | Thomas D. Maxson, Esq.<br>Cohen & Grigsby, PC<br>11 Stanwix Street, 15th Floor<br>Pittsburgh, PA 15222-1319 | Robert E. Greenberg, Esq.<br>Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC<br>1101 Seventeenth Street, NW<br>Suite 700<br>Washington, DC 20036-4704 |