## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

### RULE 2019 VERIFIED DISCLOSURE OF ASHBY & GEDDES

Ashby & Geddes, pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, makes the following disclosure as counsel to multiple creditors in the above-referenced bankruptcy cases:

1. Names and addresses of creditors represented:

   (i) UBS Real Estate Securities, Inc.
   1251 Avenue of the Americas
   New York, NY 10020

   (ii) Safeco Financial Institution Solutions, Inc.
   2677 North Main Street, Suite 600
   Santa Ana, California 92705

2. Nature and amount of claim:

   (i) UBS Real Estate Securities, Inc. ("UBS") has an unsecured claim preliminarily estimated to be in excess of $22.5 million.

   (ii) Safeco Financial Institution Solutions, Inc. ("Safeco") has a claim arising from certain contractual agreements with the Debtors. The amount of Safeco's claim is to be determined.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland Corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware Corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; and NCoral, L.P., a Delaware limited partnership.

3. For both representations, Ashby & Geddes was retained by the creditor.

4. The amount of the claim or interest in these cases owned by Ashby & Geddes at the time of Ashby & Geddes' employment is none.

5. Ashby & Geddes is employed only as counsel and is not authorized by instrument or otherwise to act for either client except in that capacity.

6. Ashby & Geddes has obtained each client's consent to this multiple representation.

7. This statement is made by Don A. Beskrone, an attorney at law duly admitted to the bar of the State of Delaware and a member of Ashby & Geddes, under penalty of perjury, and is verified to be true and correct as of the date hereof to the best of his knowledge and belief.

Dated: May 1, 2007

ASHBY & GEDDES, P.A.

Don A. Beskrone (I.D. #4380)
Gregory A. Taylor (I.D. #4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

*Counsel to UBS Real Estate Securities Inc. and Safeco Financial Institution Solutions, Inc.*

179634.1