IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------x
In re:                                          :
                                                :    Chapter 11
NEW CENTURY TRS HOLDINGS,                       :
   INC., a Delaware Corporation, *et al.*       :
                                                :    Case No. 07-10416 (KJC)
             Debtors.                           :    (Jointly Administered)
-------------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Leo D. Plotkin, Esquire, of Levy, Small & Lallas to represent International Business Machines Corporation ("IBM") in this action.

Dated: May 1, 2007                      THE BAYARD FIRM

                                        /s/ Charlene D. Davis
                                        Charlene Davis (No. 2336)
                                        Kathryn D. Sallie (No. 4600)
                                        222 Delaware Avenue, Suite 900
                                        Wilmington, DE 19801
                                        Telephone: 302-655-5000
                                        Facsimile:  302-658-6395


## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with

657823-1

Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: April 30, 2007                     LEVY, SMALL & LALLAS

_____
Leo D. Plotkin
815 Moraga Drive
Los Angeles, CA 90049-1633
Telephone: (310) 471-3000
Facsimile: (310) 471-7990

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date _____, 2007        _____
                                         United States Bankruptcy Judge

657823-1