# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| New Century TRS Holdings, Inc., et al.[1] | : Case No. 07-10416 (KJC) |
| Debtors. | : |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
COUNTY OF NEW CASTLE )

I, Cathie J. Boyer, being duly sworn according to law, deposes and says that she is employed with the law firm of Ashby & Geddes, P.A., co-counsel to UBS Real Estate Securities Inc. and Safeco Financial Institution Solutions, Inc. in the above captioned cases, and that on May 1, 2007, she caused a true and correct copy of the below listed document to be served upon the persons on the attached service list via U.S. Mail, postage prepaid, or in the manner indicated.

1. **Rule 2019 Verified Disclosure of Ashby & Geddes [Docket No. 487]**

_____
Cathie J. Boyer

SWORN TO AND SUBSCRIBED before me this 1st day of May 2007.

_____
Notary Public

180149.1

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, L.L.C., a Delaware limited liability company, and NCoral, L.P., a Delaware limited partnership.

**New Century TRS Holdings, Inc., et al.
Service List**

*Representing Morgan Stanley Mortgage Capital Inc.*
Robert J. Dehney
Gregory W. Werkheiser
Daniel B. Butz
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 1347
**HAND DELIVERY**

*Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.*
Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
**HAND DELIVERY**

*Representing Deutsche Bank National Trust Company*
David B. Stratton
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
**HAND DELIVERY**

*Representing IndyMac Bank, FSB*
Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
**HAND DELIVERY**

*Representing Bank of America, NA*
Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing Kodiak)*
Norman M. Monhait
Rosenthal Monhait & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801
**HAND DELIVERY**

*Representing Debtors*
Mark D. Collins
Michael J. Merchant
Chun I. Jang
Richards, Layton & Finger, P.A.
One Rodney Square, 920 King Street
Wilmington, DE 19899
**HAND DELIVERY**

*Representing Citigroup Global Markets Realty Corp.*
Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
**HAND DELIVERY**

*Representing United States Trustee*
Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801
**HAND DELIVERY**

*Representing Residential Funding Company, LLC*
Mary F. Caloway
Eric Lopez Schnabel
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801
**HAND DELIVERY**

*Representing CB Richard Ellis Corporate Facilities Management*
Ian Connor Bifferato
Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
**HAND DELIVERY**

William E. Chipman
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing GECC)*
Michael G. Gallerizzo
Gebhardt & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing Union Bank of California)*
David M. Fournier
Pepper Hamilton
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing RBC Mortgage Company, et al.)*
Francis A. Monaco, Jr.
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing the Official Committee of Unsecured Creditors)*
Bonnie Glantz. Fatell
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing C-BASS and Wells Fargo)*
Michael Busenkell
Eckert Seamans Cherin & Mellot LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing DB Structured Products, Inc.)*
Robert S. Brady
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing Qwest Corporation)*
Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing Natixis Real Estate Capital Inc.)*
Neil B. Glassman
Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing SN Servicing Corp.)*
Richard M. Beck
Michael W. Yurkewicz
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing Carrington Mortgage Services and Carrington Capital Management, LLC)*
Steven K. Kortanek
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing Premier Print and Services Group LLC)*
Joseph Grey
Stevens & Lee PC
1105 North Market Street, 7th Floor
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing JP Morgan Chase Bank)*
Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc.)*
Michael R. Nestor
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing ABN AMRO)*
Joanne B. Wills
Michael W. Yurkewicz
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing Washington Mutual)*
Karen C. Bifferato
Marc J. Phillips
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 Orange Street
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing Maguire Properties-Park Place, LLC, Maguire Properties-3121 Michelson, LLC and Maguire Properties-3161 Michelson, LLC)*
Megan E. Cleghorn
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing SunTrust Leasing Corporation)*
Christopher D. Loizides
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing Stony Point East, LP)*
Richard S. Cobb
Matthew B. McGuire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing IBM)*
Charlene D. Davis
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19805
**HAND DELIVERY**

*(Representing Adfitech, Inc.)*
Evelyn J. Meltzer
Pepper Hamilton
1313 Market Street
Hercules Plaza, Suite 5100
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing the Official Committee of Unsecured Creditors)*
Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floors
New York, NY 10022

*Representing Celina ISD, Princeton ISD, City of Princeton, Richardson ISD, Cedar Hill ISD, City of Cedar Hill, Whitewright ISD, City of Whitewright, City of Hurst, Arlington ISD, Castleberry ISD and Mansfield ISD*
Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430

*(Representing Positive Software Solutions, Inc.)*
Daniel K. Astin
Anthony M. Saccullo
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing KST Data, Inc.)*
Richard M. Beck
Christopher A. Ward
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing Coremetrics, Inc.)*
Jeffrey C. Wisler
Marc J. Phillips
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing LandAmerica Default Services Company)*
William F. Taylor, Jr.
Katharine L. Mayer
McCarter & English LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing WARN Act Claimants)*
James E. Huggett
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19899
**HAND DELIVERY**

*Representing Debtors*
Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark, Emily Culler
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

*Representing Citigroup Global Markets Realty Corp.*
Paul M. Basta
Joshua A. Sussberg
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

*Representing Morgan Stanley Mortgage Capital Inc.*
Luc A. Despins
Wilbur F. Foster
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

*Representing Morgan Stanley Mortgage Capital Inc.*
Howard R. Hawkins, Jr.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

*Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.*
Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

*Representing Deutsche Bank National Trust Company*
Mark N. Berman
Nixon Peabody LLP
10 Summer Street
Boston, MA 02110-1832

*Representing Dallas County*
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

*Representing CB Richard Ellis Corporate Facilities Management*
John E. Mitchell
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201

T. Robert Finlay
Donna L. La Porte
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660

*Representing Federal Express Corporation*
Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510

*Representing Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc.*
Joseph H. Smolinsky
Douglas E. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

*Representing Ellington Management Group, Inc.*
Patricia B. Tomasco
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

*Representing Deutsche Bank National Trust Company*
Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

*Representing Residential Funding Company, LLC*
Chris Lenhart
Dorsey & Whitney LLP
Suite 1500
50 South 60th Street
Minneapolis, MN 55402-1498

*Representing IndyMac Bank, FSB*
Claudia Z. Springer
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

Travelers
National Accounts
1 Tower Square – 5MN
Hartford, CT 06183-4044
Attn: Scot Freeman, Case Manager

Malcolm & Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612
Attn: William G. Malcolm

T. Robert Finlay
Donna L. LaPorte
Wright Finlay & Zak LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660

Katherine M. Windler
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

Paul T. Liu, Executive VP & Deputy General Counsel
John Guerry, Senior VP & Assistant General Counsel
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA 91302

*(Representing Alireza Nazmi & Golden Key Mortgage)*
Charles A. Hansen
Wendel Rosen Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

Jed A. Hart
Angelo, Gordon & Co.
245 Park Avenue
New York, NY 10167

Thomas M. Korsman
Vice President
Wells Fargo Bank
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN 55479

*Representing Bank of America, N.A.*
Margot B. Schonholtz
Mark F. Liscio
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Lawrence P. Gottesman
Sukyong Suh
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Hernando Azarcon
Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI 48075

*(Representing Kodiak)*
Matthew Botica
David Wirt
Grayson Walter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

*(Representing Theresa A. Davis)*
Robert P. Cocco
Robert P. Cocco, P.C.
437 Chestnut Street, Suite 1006
Philadelphia, PA 19106

*(Representing Wells Fargo, Indenture and Property Trustee)*
David E. Retter
Christena L. Lambrianakos
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Stuart B. Wolfe
Yaron Shaham
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

*(Representing Union Bank of California)*
Barry Freeman
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

*(Representing Union Bank of California)*
David Poitras
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

*(Representing New York State Teachers' Retirement System)*
Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Diane J. Richey
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, CA 90071

*(Representing New York State Teachers' Retirement System)*
Blair A. Nicholas
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

*(Representing New York State Teachers' Retirement System)*
Salvatore J. Graziano
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

*(Representing C-BASS and Wells Fargo)*
J.R. Smith
Jason W. Harbour
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

*(Representing Carrington Mortgage Services and Carrington Capital Management, LLC)*
Thomas S. Kiriakos
Sean T. Scott
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

Michael Weinstock
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY 10152

Vicki Namken
Bankruptcy Coordinator
IBM Corporation
13800 Diplomat Drive
Dallas, TX 75234

Jon A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

*(Representing eMortgage Logic LLC)*
Jeffrey I. Golden
Hutchison B. Meltzer
Weiland Golden Smiley Wang Ekvall & Strok LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

*(Representing DB Structured Products, Inc.)*
Andrew J. Gallo
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

*(Representing SIRVA Relocation)*
Glenn M. Reisman
Two Corporate Drive
Suite 234
Shelton, CT 06484

(Representing Carrollton-Farmers Branch Independent School District, Garland Independent School District and Lewisville Independent School District)
Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, TX 75205

Mitchell W. Katz
Qwest Legal Department
1801 California Street, Suite 900
Denver, CO 80202

(Representing MTC Financial Inc., dba Trustee Corps.)
Richard J. Reynolds
Turner Reynolds Greco & O'Hara
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618

(Representing United HealthCare Insurance Company)
Julie A. Manning
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

(Representing Bexar County, City of Elpaso)
David G. Aelvoet
Linebarger Goggan Blair & Sampson LLP
Travis Building
711 Navarro, Suite 300
San Antonio, TX 78205

(Representing DRA CRT POST OAK, L.P.)
Brian D. Womac
Denise H. Mitchell
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, TX 77024

Ohio Attorney General's Office
Matthew J. Lampke
Assistant Chief
Executive Agencies Section
30 E. Broad Street, 26th Floor
Columbus, OH 43215-4200

(Representing DB Structured Products, Inc.)
Robert M. Dombroff
Steven Wilamowsky
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

(Representing DB Structured Products, Inc.)
Richard H. Agins
Bingham McCutchen
One State Street
Hartford, CT 06103-3178

(Representing Sprint Nextel Corporation)
David I. Swan
Kenneth M. Misken
McGuire Woods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215

(Representing ABN AMRO)
Raniero D'Aversa, Jr.
Laura D. Metzger
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820

(Representing Natixis Real Estate Capital)
Gregory M. Petrick
Angela Somers
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

(Representing ChoicePoint)
James R. Savin
David M. Dunn
Joanna F. Newdeck
Akim Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., NW
Washington, DC 20036

Ikon Office Solutions
Recovery & Bankruptcy
3920 Arkwright Road, Suite 400
Macon, GA 31210
Attn: Keith Clement

*(Representing 500 Eagles Landing LLC)*
Robert P. Gates
Erskine & Tully, P.C.
220 Montgomery Street, Suite 303
San Francisco, CA 94104

Property Management Professionals, LLC
Attn: Kurt Henry
1512 Royce Drive
Locust Grove, GA 30248

*(Representing City of Edinburg, EDCOUCH-ELSA, ISD, Nueces County and South Texas College)*
Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX 78760

*(Representing Barclays Bank PLC)*
Ken Coleman
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

*(Representing SunTrust Leasing Corporation)*
Robert Goodrich
Stites & Harison, PLLC
1800 Fifth Third Center
424 Church Street
Nashville, TN 37219-2376

*(Representing Scott Morris and Angela Morris)*
Felix A. Seidler
Reeves & Seidler
2527 Santa Clara Avenue
Alameda, CA 94501-4633

Bruce Gordon
Special Handling Group – MD NC322
IBM Credit LLC
North Castle Drive
Armonk, NY 10504

*(Representing Washington Mutual)*
David H. Zielke
Vice President & Assistant General Counsel
1301 Second Avenue, WMC 3501
Seattle, WA 98101

*(Representing Maguire Properties-Park Place, LLC, Maguire Properties-3121 Michelson, LLC and Maguire Properties-3161 Michelson, LLC)*
D.J. Baker
Rosalie W. Gray
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

500 Eagles Landing, LLC
Attn: David A. Meskan, Manager
2100 Green Street, Apt. 404
San Francisco, CA 94123

Sheryl L. Moreau
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 35
Jefferson City, MO 65105-0475

*(Representing Positive Software Solutions, Inc.)*
Mark H. Ralston
Davor Rukavina
Munsch Hardt Kopf & Harr, PC
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201

Mark Manski, Esq.
Barclays Bank PLC
200 Park Avenue
New York, NY 10166

*(Representing KST Data, Inc.)*
Randall S. Leff
Eric M. Heller
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212-2974

Seth R. Weissman
V.P. and General Counsel
Coremetrics, Inc.
1840 Gateway Drive, Suite 320
San Mateo, CA 94404

*(Representing Connecticut Avenue L.P.)*
Bryn H. Sherman
Deckelbaum, Ogens, & Raftery, Chtd.
3 Bethesda Metro Center, Suite 200
Bethesda, MD 20814

Madeleine C. Wanslee
Gust Rosenfeld PLC
201 E. Washington Street, Suite 800
Phoenix, AZ 85004-2327

*(Representing IBM)*
Leo D. Plotkin
Levy Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049-1633

*(Representing American Express Travel Related Svcs Co Inc. Corp. Card)*
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

*(Representing WARN Act Claimants)*
Mary E. Olsen
M. Vance McCrary
J. Cecil Gardner
The Gardener Firm
1119 Government Street
Post Office Drawer 3103
Mobile, AL 36652

Sara E. Meado, Paralegal
Delinquency and Enforcement
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, FL 33831-2016

Gregg S. Kleiner
Cooley Godward Kronish LLP
101 California Street, 5th Floor
San Francisco, CA 94111-2222

*(Representing The Realty Associates Fund VII, LP)*
Robert E. Greenberg
Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC
1101 Seventeenth Street, NW
Suite 700
Washington, DC 20036-4704

*(Representing National Field Representatives, Inc.)*
Thomas D. Maxson
Cohen & Grigsby, PC
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319

*(Representing WARN Act Claimants)*
Stuart J. Miller
Lankenau & Miller LLP
1775 Broadway, Suite 610
New York, NY 10019