# EXHIBIT B



# SHEPPARD MULLIN
## SHEPPARD MULLIN RICHTER & HAMPTON LLP
### ATTORNEYS AT LAW



Los Angeles
*333 South Hope Street*
*Forty-Eighth Floor*
*Los Angeles, CA 90071*
*Phone: (213) 617-5501*
*Fax: (213) 443-2984*

**Practice Areas:**
- Bankruptcy and Restructuring

Online Publications

**Education:**
- J.D., University of California, Los Angeles, School of Law, 1996, Order of the Coif, UCLA Law Review (Chief Articles Editor), UCLA Women's Law Journal (Assistant Articles Editor)
- B.A., Trinity University, 1990, *cum laude* and with University Honors, Phi Beta Kappa

**Mette H. Kurth**
mkurth@sheppardmullin.com

Ms. Kurth is Special Counsel with the Finance and Bankruptcy Practice Group in Sheppard, Mullin, Richter & Hampton LLP's Los Angeles office.

**Areas of Practice**

Ms. Kurth has extensive experience representing parties involved in Chapter 11 cases, and she has broad ranging knowledge of the legal and business issues faced both by financially distressed businesses and those who interact with them.

Ms. Kurth specializes in representing companies using Chapter 11 to reorganize or sell substantially all of their assets, acquirers of assets from insolvent companies, and creditors' committees. She also regularly represents other parties in insolvency-related matters, such as individual creditors, indenture trustees, parties involved in bankruptcy-related litigation, and trustees appointed pursuant to the Bankruptcy Code or the Securities Investor Protection Act. She has represented parties in numerous industries, including retail, manufacturing and distribution, fitness, mortgage lending, healthcare, imports, farming operations, airlines, telecommunications, and multi-level marketing.

**Representative Matters**

*Bodies in Motion* - Currently representing the official creditors' committee in connection with the debtor's efforts to sell or reorganize its business.

*US Bank National Association* - Currently representing US Bank in its capacity as Indenture Trustee on behalf of holders of over $1.7 billion in principal amount of senior notes in connection with the Chapter 11 case filed by Adelphia Communications Corporation and in other representative capacities with respect to bond issuances in connection with the Chapter 11 case filed by Northwest Airlines Corporation.

*Aris Industries, Inc.* - Currently representing the official creditors' committee as co-counsel in connection with the Chapter 11 case of Aris Industries, Inc. and its co-debtor, Europe Craft Imports, Inc. (whose principal asset is the "Members Only" trademark).

*The Walking Company* - Successfully represented The Walking Company, a wholly owned subsidiary of Big Dog Holdings, Inc , in its acquisition of substantially all the assets of Steve's Shoes, Inc. in a bankruptcy auction.

*CoBank, ACB* - Successfully represented CoBank, ACB in connection with the successful sale of the assets of RFB Cellular, Inc. and the confirmation of a Chapter 11 plan jointly proposed by CoBank, ACB and the debtor.

*Steel Horse Automotive* - Successfully represented this manufacturer and distributor of after-market automotive appearance accessories in conducting orderly sales of its three operating divisions.

*World Bazaars, Inc.* - Successfully represented this importer in liquidating assets totalling roughly $55 million and arranging for the orderly disposition of its 600,000 sq. ft warehouse.

*The Official Creditors Committee of The Walking Company* - As co-counsel for the official committee, successfully represented the interests of unsecured creditors in opposing the debtor's proposed sale efforts and insider-sponsored plan, eventually securing the approval of Big Dog Holdings, Inc. as the highest and best bidder for the assets, as selected by the committee, over the objection of the debtor and an unsuccessful inside bidder.

*Custom Food Products, Inc.* - Successfully represented this publicly-traded debtor in all aspects of its Chapter 11 reorganization.

**Professional Qualifications and Activities**

Ms. Kurth has been named by the *Los Angeles Magazine* as a Southern California Rising Star for 2005 and 2006.

Ms. Kurth is a member of the Board of Directors of the Los Angeles Bankruptcy Forum and the President, as well as a member of the Board of Directors of the Southern California chapter of the Turnaround Management Association. She is also a member of the Board of Governors of the Financial Lawyers Conference.

Ms. Kurth is also a member of numerous other professional organizations, including the American Bankruptcy

Institute, the International Federation of Insolvency Professionals (INSOL), the American Bar Association (Business Law Section and International Law & Practice Section), the Los Angeles County Bar Association, and the State Bar of California (Business Law Section).

**Publications**

In addition to the articles listed below, Ms. Kurth has authored numerous other articles relating to litigation and bankruptcy law, and she has been a contributing author for the Wiley Bankruptcy Update.

*The UNCITRAL Model Law on Cross-Border Insolvency Gains Momentum with its Incorporation into the United States Bankruptcy Code*, INSOL World (Third Quarter 2005)

Co-Author with Anastasia Jones, *Professionals Learn from 'Movitz' that Disclosure Rules Always Rule,* Focus Column - Bankruptcy Law, Los Angeles Daily Journal (July 20, 2005)

Co-Author with Joel Ohlgren, *Ride-through Revisited (Again): The Strategic Use of the Ride-through Doctrine in the Post-Catapult Era*, American Bankruptcy Institute Journal (June 2005)

*List of Defendants Grows in Deepening Insolvency Cases: Advisors, Investment Bankers, and Lenders Are All at Risk*, The Journal of Corporate Renewal (January 2005)

*First Among Equals? Maybe Not - The Search for "Critical Vendor" Status*, Business Law Today (October 2004)

Co-Author, *Professor Elizabeth Warren's Article 9 Carve-Out Proposal: A Strategic Analysis*, 30 UCC L.J. 3 (Summer 1997)

*An Unstoppable Mandate and an Immovable Policy: The Arbitration Act and the Bankruptcy Code Collide*, 43 UCLA L. Rev. 999 (1996)

**Speaking Engagements**

Ms. Kurth has spoken on numerous panels regarding insolvency-related topics, and she is the Program Chairman for the Southern California chapter of the Turnaround Management Association. In addition to the recent programs listed below, she has organized and delivered presentations to industry groups such as the California Society of CPAs, the Practicing Law Institute, the U.C.C. Institute, Corporate Revitalization Partners, and Chanin Partners. Ms. Kurth also served as one of the program co-chairmen for the 2004 California Bankruptcy Forum Conference.

Webinar, "Structuring & Completing Distressed Transactions in California: What Investors and Lenders Need to Know," November 2006

Los Angeles Bankruptcy Forum, *Current Developments in Ethics & Professional Responsibility: How Does BAPCPA Affect You as Counsel*, December 2005

Beverly Hills Bar Association, *Bankruptcy: That Arbitration Clause May Not Be As Ironclad As You Think!*, November 2004

American Bar Association - Telephonic CLE Program, *First Among Equals? Maybe Not - The Search for "Critical Vendor" Status*, October 2004

California Society of CPAs (Economic Damages Section), *Damage Issues in Deepening Insolvency Litigation*, September 2004

Los Angeles Bankruptcy Forum, *Survey of the Ninth Circuit 2003: Highlights from the Bench, Bar, and Boardroom*, March 2004

Turnaround Management Association, *When Vendors Attack: Trade Benefit Programs in the Aftermath of Kmart*, January 2004

Financial Lawyers Conference, *Is It Malpractice to File Chapter 11 in Delaware? (A Discussion of the Differences in Case Law and Approach Among the More Popular Venues for Chapter 11 Filings)*, January 2003



### SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W



Orange County
*650 Town Center Drive
Fourth Floor
Costa Mesa, CA 92626*
Phone: (714) 424-2823
Fax: (714) 513-5130

**Practice Areas:**
- Labor and Employment
- Labor and Employment Counseling
- Labor and Employment Litigation
- Wage and Hour Class Actions
- Handbooks and Personnel Policies
- Wage and Hour Regulations
- Workplace Violence

Online Publications

**Education:**
- J.D., University of California, Los Angeles, 1990
- B.A., Dartmouth College, 1986, *magna cum laude*

**Greg S. Labate**
glabate@sheppardmullin.com

Mr. Labate is a partner in the Labor and Employment Practice Group in the firm's Orange County office. He is the Co-Chair of this Practice Group.

**Areas of Practice**

Mr. Labate specializes in labor and employment law, and represents employers in a wide range of industries throughout California and the United States. He provides general advice to employers relating to labor and employment issues, and has extensive experience in defending employers against claims of discrimination, harassment, retaliation, wrongful termination, breach of contract, defamation, invasion of privacy, workplace violence, overtime and other wage/hour issues, class actions, and other related matters.

Mr. Labate has defended employers at trial in state and federal court, and before numerous government agencies, including the DLSE, DFEH, EEOC, EDD, WCAB, and more. He regularly uses alternative dispute resolution techniques, such as mediation and arbitration, to resolve employment disputes and litigation.

**Representative Clients and Matters**

Representative clients include: Hyundai Motor America, In-N-Out Burger, New Century Mortgage, Lawry's Restaurants, EZ Lube, Greenlight Mortgage, Houston's Restaurants, Roland DGA, Mass Connections, Pacific Building Care, Western United Insurance, Norms Restaurants, NetworkD, Atria Senior Living, Home Loan Center, Lending Tree, Bordier's Nurseries, Quick Loan Funding, Leepers Stair Products, The Nixon Library, Shell Vacations, and many more.

Mr. Labate has successfully defended employers in numerous wage and hour class actions both in state and federal court, with a special emphasis on class actions in the mortgage, restaurant, retail, and manufacturing industries.

**Recent Victory**

Defeated class certification in a wage and hour class action before the Los Angeles County Superior Court. Johnson, et al., v. Mass Connections, et al., LASC Case No. BC 334320.

**Published Decisions**

Corder v. Houston's Restaurants, Inc., 424 F. Supp. 2d 1205 (C.D. Cal. 2006) (held meal and rest periods violations were penalties subject to a one-year, rather than a four-year, statute of limitations).

**Professional Qualifications**

Mr. Labate was admitted to the State Bar of California in 1990, and is a member of the Labor Law Section of the Orange County Bar Association.

He was the recipient of the Los Angeles County Special Award for Distinguished Service as general counsel for Special Assistance for Victims in Emergency (SAVE), a non-profit charitable organization. He was a member of the Board of Directors of Citizens Against Lawsuit Abuse (CALA), and has appeared on television and radio as a spokesperson for CALA. He is counsel for Project Access, a non-profit charitable organization in Orange County.

Mr. Labate is a published author and frequent lecturer. He has presented lectures for employer's organizations such as Professionals in Human Resources Association (PIHRA), Employers Advisory Counsel (EAC), Employer's Group, Association of Corporate Counsel (ACC), and more.

**Publications**

How to Hire & Fire (Updated), Orange County Business Journal, June 2006

How To Protect Your Company From Wage & Hour Class Actions, Orange County Business Journal, May 2005.

New California Employment Laws for 2003, Orange County Business Journal, January 2003.

Layoffs, Downsizing & RIFS: How To Do Them Right, Orange County Business Journal, March 2002.

<u>Seven Steps That Could Save Your Company,</u> Orange County Business Journal, February 2001.

<u>Employee Layoffs?  Beware of the WARN Act</u>, co-author, Orange County Business Journal, May 2001.

<u>Mandatory Arbitration of Statutory Employment Claims</u>, Orange County Business Journal,  September 2000.

<u>Is Your Independent Contractor Really An Employee?</u>, Orange County Business Journal,  February 2000.

<u>California Labor Law in the Year 2000</u>, Orange County Business Journal,  December 1999.

<u>How To Hire And How To Fire Without Fear</u>, Orange County Business Journal,  August 1999.

<u>At Will Drill: Recent Developments in At Will Employment in California</u>, Los Angeles Daily Journal, August 1998.

<u>How To Modify An Employment Agreement Without The Employee's Consent</u>, Orange County Business Journal, May 1998.

<u>Letters of Recommendation: Just Say No Comment</u>, Orange County Business Journal, May 1997.

**Sample Seminars**

- Labor and Employment Law Updates
- Conducting Effective Workplace Investigations
- How to Hire and Fire
- Discrimination, Harassment and Retaliation
  California Wage & Hour Law
- Violence in the Workplace
- Layoffs, Downsizing & RIFS
  Overtime
- Sexual Harassment
- Leaves of Absence
- Disability Leaves
- Employee Handbooks
- At Will Employment
- Independent Contractors
  Arbitration
- Documentation in the Workplace
- Private Attorney General Act or "Sue Your Boss" Law



**A T T O R N E Y S   A T   L A W**



**Brian Burke Farrell**
bfarrell@sheppardmullin.com

Brian Farrell is an associate in the firm's Orange County Office and is a member of the firm's Business Trial Practice Group.

**Areas of Practice**

Mr. Farrell specializes in general business litigation and is currently defending a number of nation-wide class action suits.

**Professional Qualifications and Activities**

Mr. Farrell is admitted to the State Bar of California.

Orange County
*650 Town Center Drive*
*Fourth Floor*
*Costa Mesa, CA 92626*
*Phone: (714) 424-2845*
*Fax: (714) 428-5993*

**Practice Areas:**
- Litigation

**Education:**
- J.D., Georgetown University Law Center, 2006, *Cum Laude, Dean's Certificate, Barrister's Council*
- B.A., University of California, Irvine, 2001





**Jason W. Kearnaghan**
jkearnaghan@sheppardmullin com

Jason W. Kearnaghan is an associate in the Labor and Employment Practice Group in the firm's Los Angeles office.

**Areas of Practice**

Mr. Kearnaghan specializes in labor and employment matters on behalf of management. Prior to joining Sheppard Mullin Richter & Hampton LLP, Mr. Kearnaghan practiced business litigation in the health care context. His practice included contractual disputes and managed care liability for Fortune 500 health care service providers and subsidiaries  Mr. Kearnaghan also served in the United States Navy, Judge Advocate General's Corps, as a trial attorney in criminal prosecution.

**Professional Qualifications and Activities**

Los Angeles
*333 South Hope Street*
*Forty-Eighth Floor*
*Los Angeles, CA 90071*
*Phone: (213) 617-5516*
*Fax: (213) 443-2719*

Mr. Kearnaghan is licensed to practice in all California state courts, as well as the United States District Court, Central, Northern and Southern Districts. Mr. Kearnaghan is also licensed to practice in all Minnesota state courts.

**Publications**

**Practice Areas:**
● Labor and
Employment

Mr. Kearnaghan co-authored the article "Recent Developments in Medicine and Law" published in the Winter 2005 edition of the American Bar Association Tort Trial & Insurance Law Journal.

**Education:**
● J.D., University of
San Diego School of
Law, 1999
● B.A., University of
California at Santa
Barbara, 1995





**Theodore A. Cohen**
tcohen@sheppardmullin.com

Theodore A. Cohen is Special Counsel in the Finance and Bankruptcy Practice Group in the firm's Los Angeles office.

**Areas of Practice**

Mr. Cohen specializes in creditors' rights and focuses on lender, indenture trustee, and lessor representation in bankruptcies, loan and lease workouts, defaulted bond financings and secured transactions. Mr. Cohen also represents buyers of distressed companies in bankruptcy 363 sales and from assignees for the benefit of creditors. Prior to joining the firm, Mr. Cohen was an associate at Levy, Small & Lallas and Pillsbury, Madison & Sutro.

Mr. Cohen's experience includes asset sales, cash collateral issues, debtor-in-possession financing, relief from stay proceedings, preference and fraudulent transfer litigation, pre-bankruptcy counseling, reorganization issues, trust indenture enforcement, lease and contract assumption issues, and prejudgment remedies in state court, including writs of attachment, writs of possession, injunctions and receivers.

Los Angeles
*333 South Hope Street*
*Forty-Eighth Floor*
*Los Angeles, CA 90071*
Phone: (213) 617-4237
Fax: (213) 620-1398

**Practice Areas:**
● Bankruptcy and Restructuring

**Education:**
● J.D., University of California, Davis, 1990
● B.A., University of California, Los Angeles, 1987

**Professional Qualifications and Activities**

Mr. Cohen is admitted to practice law in the state of California. He is a member of the American Bar Association, Los Angeles County Bar Association, the American Bankruptcy Institute, and the Los Angeles Bankruptcy Forum. Mr. Cohen was a judicial clerk to the Chief Judge of the United States District Court, District of Nevada. Mr. Cohen was the Executive Editor of the U.C. Davis Law Review.

**Speaking Engagements**

In September 2006, Mr. Cohen discussed Assignments for the Benefit of Creditors as a viable alternative to bankruptcy on a panel at the 2006 West Coast Plan of Reorganization Conference of the Association of Insolvency and Restructuring Advisors. In February, 2006, Mr. Cohen presented a program on the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 to the Professional Resources Group. Mr. Cohen has presented programs regarding the effect of bankruptcy on pending state court litigation to the California Employment Lawyers Association and to LEFTJAW, a Southern California association of plaintiff's employment lawyers.

**Representative Matters**

In March 2006, Mr. Cohen represented a distressed film distribution company that made an assignment for the benefit of creditors. The company's assets were subsequently sold to a strategic buyer. Mr. Cohen negotiated with the assignee, the company's secured lender and the buyer, and helped coordinate the resolution of issues affecting the company, including the termination of employees and indemnification of officers and directors.

In February, 2006, Mr. Cohen represented a publicly traded high-tech company in acquiring all of the assets of three distressed privately held corporations through an assignment for the benefit of creditors. Mr. Cohen's client was the high bidder at an auction sale conducted by the assignee. Because the assets were in danger of losing their value or disappearing, it was imperative to close the sale quickly. The sale was completed one day after the assignment for the benefit of creditors.

Over the last several years, Mr. Cohen has represented U.S. Bank in its capacity as an indenture trustee with respect to secured and unsecured bond financings in more than fifteen different transactions. Mr. Cohen's experience in this regard includes Chapter 11 reorganizations, real and personal property sales, Hurricane Katrina and Rita-related properties, Chapter 7 liquidations, a railroad rolling stock lease, assisted living facilities, low income housing, a steam generation facility and a multi-tenant industrial facility.

Between 2003 and 2006, Mr. Cohen represented a secured lender, CoBank, in enforcing its $72 million loan made to a provider of cellular telephone service in Michigan and California. The borrower defaulted and filed Chapter 11. Mr. Cohen's client caused the borrower to sell its assets over the objection of the borrower's shareholder, who had pledged his shares to Mr. Cohen's client as collateral. Mr. Cohen's client, through a receiver, voted the shareholder's shares, electing to sell rather than reorganize. The borrower's assets were sold in a series of 363 sales that maximized the return based on competitive bidding. Mr. Cohen's client expected to receive net proceeds of approximately $45 million, and ended up with close to $60 million.

Between October, 2005 and January, 2006, Mr. Cohen enforced the rights of Business Alliance Capital Corporation, an asset-based lender, against a borrower, Pegnato & Pegnato Roof Management, in Pegnato's Chapter 11 bankruptcy case. After negotiating a debtor-in-possession financing stipulation approved by the court, Mr. Cohen helped negotiate and document a sale of the borrower's assets under Bankruptcy Code Section 363 that resulted in Mr. Cohen's client being paid in full.

Between October, 2005 and February, 2006, Mr. Cohen represented the rights of a supplier against a customer that did not pay for product that Mr. Cohen's client had shipped to the customer. After the customer filed a Chapter 7 bankruptcy petition, Mr. Cohen successfully obtained a writ of attachment against the principals of the customer, who had guaranteed the customer's obligations to Mr. Cohen's client. This resulted in Mr. Cohen's client obtaining over an 80% recovery.

Between September and December, 2005, Mr. Cohen represented a British liquidator of the purported owner of a film library of American newsreel footage dating back to the 19th century. Notwithstanding a formidable legal challenge to the purported owner's title to the film library, in selling the film library, the liquidator obtained a significant cash payment and royalty percentage from future exploitation of the film library in exchange for conveying whatever right, title and interest the liquidator held in the film library.

Between March and September, 2005, Mr. Cohen represented a receiver appointed by the bankruptcy court to collect a judgment held by the estate against a third party. Mr. Cohen defeated the third party's assertion that a high-balance bank account owned by the third party was exempt from execution as a qualified retirement account. In addition to prevailing before the bankruptcy court, Mr. Cohen obtained an affirmance of the bankruptcy court's ruling from the Ninth Circuit Bankruptcy Appellate Panel.

In 2004, Mr. Cohen represented an individual plaintiff with tort claims against a large restaurant chain that filed Chapter 11 bankruptcy after Mr. Cohen's client, through state court counsel, had filed her lawsuit against the debtor. In the face of significant opposition from the debtor and the debtor's insurer, Mr. Cohen obtained an order from the bankruptcy court granting Mr. Cohen's client relief from the automatic stay to pursue the state court litigation based on the debtor's insurance policy. Mr. Cohen's client obtained a very favorable settlement from the insurer.

In 2002, Mr. Cohen represented a private equity and mezzanine/subordinated debt capital firm in (i) making a debtor-in-possession financing loan to a chrome plating company in Chapter 11, (ii) negotiating and documenting a stalking horse asset purchase agreement for Mr. Cohen's client to purchase assets and assume the leases and licenses of the debtor, and (iii) overseeing the negotiation and documentation of employment agreements between Mr. Cohen's client as buyer and two key employees, in conjunction with the sale.

In 2001, Mr. Cohen represented a buyer of the assets of a rubber manufacturer from an assignee for the benefit of creditors. In addition to negotiating and documenting the asset purchase agreement, Mr. Cohen participated in the negotiation and documentation in the agreements pursuant to which the rubber manufacturer's former secure lender obtained an equity interest in the buyer in exchange for consenting to the sale free and clear of the lender's lien.

In 2001, Mr. Cohen represented a secured lender in liquidating the assets of its borrower, a toy distributor. Mr. Cohen's client found a buyer, and rather than going through an expensive and time-consuming bankruptcy proceeding, Mr. Cohen's client foreclosed its secutiy interest under Article 9, thereby extinguishing all junior liens, and sold the collateral to the buyer through a simple Bill of Sale.

**Publications**

"Bankruptcy Practitioners, Get Your Guns: Haberbush and Sherwood Partners Set the Stage for a Showdown Between the Code and State ABC Law," American Bankruptcy Institute Journal, July/August 2006, Vol XXV, No. 6 (co-written with Mette Kurth).

"When Should Religious Leaders Face Liability For Defamation?" 33 Journal of Church & State 681 (1991).



# SHEPPARD MULLIN
## SHEPPARD MULLIN RICHTER & HAMPTON LLP
### A T T O R N E Y S   A T   L A W



Los Angeles
*333 South Hope Street*
*Forty-Eighth Floor*
*Los Angeles, CA 90071*
*Phone: (213) 617-5410*
*Fax: (213) 443-2838*

**Practice Areas:**
• Bankruptcy and
Restructuring

Online Publications

**Education:**
• J.D., University of
California, Boalt Hall,
2006
• B.A., New York
University, 2002

**M. Reed Mercado**
rmercado@sheppardmullin.com

Reed Mercado is an associate in the Finance & Bankruptcy Practice Group in the firm's Los Angeles Office.

**Areas of Practice**

Mr. Mercado has been responsible for numerous aspects of the Firm's bankruptcy practice. He has experience representing creditors' committees as well as individual creditors in bankruptcy cases. He has also spent considerable time drafting motions for adversary proceedings arising out of different bankruptcy cases.

**Professional Qualifications and Activities**

Mr. Mercado is licensed to practice law in California.

**Publications**

Author, "Split widens between state and federal courts on assignee issue," Bankruptcy Court Decisions Weekly News & Comment, January 16, 2007



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W



Los Angeles
*333 South Hope Street*
*Forty-Eighth Floor*
*Los Angeles, CA 90071*
*Phone: (213) 617-5536*
*Fax: (213) 620-1398*

**Practice Areas:**
- Corporate
- Entertainment, Media and Communications
- Emerging Growth/Venture Capital
- Technology
- Financial Institutions Litigation
- Joint Ventures and Strategic Alliances
- Mergers and Acquisitions
- Middle Market
- Equity Sponsor Finance

Online Publications

**Education:**
- J.D., Boston University, 1987
- B.A., Oberlin College, 1984

**David H. Sands**
dsands@sheppardmullin.com

Mr. Sands is a partner in the Corporate Practice Group in the firm's Los Angeles office.

**Areas of Practice**

David Sands handles matters involving corporate finance, mergers and acquisitions, e-commerce and strategic alliances

Mr. Sands concentrates on the representation of technology and other companies involved in the media industry and companies involved in the creation and distribution of financial products and financial services in a wide variety of transactions, including formation and initial capitalization, executive compensation and regulatory compliance matters, Internet and e-commerce arrangements (including co-branding, licensing and other strategic transactions), and venture capital transactions and other forms of equity and debt offerings (public and private), strategic alliances and partnerships, and merger and acquisitions. He has extensive experience in counseling and providing strategic planning. Mr. Sands' transactional experience is particularly focused on merger and acquisition transactions involving technology companies in the media and financial services industries.

**Professional Qualifications**

Mr. Sands is a member of the California Bar.





**Ethan Feffer**
efeffer@sheppardmullin.com

Ethan Feffer is a partner in the Corporate Practice Group in the firm's Orange County office.

**Areas of Practice**

Mr. Feffer focuses on venture capital financings, private equity fund formation, mergers and acquisitions, 144A institutional private placements, and public offerings. He represents publicly traded and privately held companies, and investors, in a variety of industries, including financial services, real estate, life sciences, electronics and software.

Mr. Feffer has completed over $10 billion in financings and mergers and acquisitions for clients such as Bank of America, CalPERS, Friedman, Billings, Ramsey & Co., Keefe, Bruyette & Woods, Piper Jaffray, Wells Fargo, The Carlyle Group, Pequot Capital, Schroder Ventures and Versant Ventures. He has also assisted privately held companies in transactions with large public companies, including Boston Scientific, E*TRADE, Guidant, Medtronic and Novartis.

In addition to his transactional work, Mr. Feffer has extensive experience in public company reporting for NASDAQ and NYSE listed companies, including assisting them in complying with the Sarbanes-Oxley Act and related stock exchange requirements. He serves as general counsel to publicly traded and privately held companies, where he advises boards of directors and handles the companies' day-to-day legal needs.

In 2006, Mr. Feffer was named to the "Lawdragon 3000 Leading Lawyers in America", a client survey of the top 3000 lawyers in the United States, representing less than 1% of the legal profession in the country. In 2005, Mr. Feffer was named one of the "Top 20 Under 40" in the Daily Journal's annual survey of the top 20 lawyers in California under 40 years old. In addition, in 2004 and 2005, Mr. Feffer was named a "Super Lawyer" in Los Angeles Magazine, where he was listed as one of the top securities and venture finance lawyers in Southern California.

**Representative Transactions**

- Represented Wells Fargo as indenture trustee in a $200 million 144A debt placement by a national equipment rental chain.
- Represented management in a $500 million leveraged buyout of an auto finance company from Ford Motor Credit, including a $150 million 144A debt placement.
- Represented Wells Fargo as indenture trustee in connection with the bankruptcy restructuring of U-Haul, including a $200 million 144A debt placement.
- Represented CalPERS as founding limited partner in several domestic and international real estate opportunity funds with aggregate capital commitments in excess of $1 billion.
- Represented BioLase Technologies (Nasdaq: BLTI), a dental laser company, in its $52 million secondary public offering of common stock.
- Represented PeopleSupport (Nasdaq: PSPT), a Philippine-based business process outsourcing company, in its initial public offering of $48 million of common stock.
- Represented The Carlyle Group, Schroder Ventures, Versant Ventures and other venture capital funds in a number of investments in health care companies.
- Represented privately held technology companies in equity financings from venture capital firms, including Canaan Ventures, MPM Capital, Mayfield Funds, New Enterprise Associates and Pequot Capital.

**Professional Qualifications and Activities**

Mr. Feffer is admitted to practice in California.

Orange County
*650 Town Center Drive*
*Fourth Floor*
*Costa Mesa, CA 92626*
*Phone: (714) 424-2826*
*Fax: (714) 428-5984*

**Practice Areas:**
- Corporate
- Emerging Growth/Venture Capital
- Mergers and Acquisitions

**Education:**
- J.D., University of California, Hastings College of the Law, 1992, Member, *Hastings Law Journal*
- B.A., University of California at Berkeley, 1987
- Russian study, Leningrad State University, USSR, 1996



# SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W



Los Angeles
*333 South Hope Street*
*Forty-Eighth Floor*
*Los Angeles, CA 90071*
*Phone: (213) 617-5465*
*Fax: (213) 620-1398*

**Practice Areas:**
- Corporate

Online Publications

**Education:**
- J.D., Harvard Law School, 1975
- B.S., Georgetown University, 1972, *magna cum laude*

**Sherwin F. Root**
sroot@sheppardmullin.com

Mr. Root is a senior attorney in the Corporate Practice Group in the firm's Los Angeles office.

**Practice Areas**

Mr. Root handles transactions and regulatory issues for clients in the financial services industry, including banks, thrifts, and mortgage banking companies, and general corporate matters. He is a former Senior Counsel at Home Savings of America, FSB, where he was the primary attorney responsible for legal matters relating to residential lending.

**Professional Qualifications**

Mr. Root has spoken before a number of industry groups, including the Western League of Savings Institutions, the National Home Equity Mortgage Association, the California Mortgage Bankers Association and the California Mortgage Association. In addition, he has authored numerous articles for trade and professional publications on consumer lending issues.

Mr. Root is a member of the California bar.



A T T O R N E Y S   A T   L A W



Los Angeles
*333 South Hope Street*
*Forty-Eighth Floor*
*Los Angeles, CA 90071*
*Phone: (213) 617-5555*
*Fax: (213) 443-2777*

**Practice Areas:**
- Corporate
- Mergers and Acquisitions
- Middle Market

**Education:**
- J.D., Harvard Law School, 2000
- B.Sc., Bowling Green State University, 1989, summa cum laude

**Alan A. J. Leggett**
aleggett@sheppardmullin.com

Mr. Leggett is an associate in the Corporate Practice Group in the firm's Los Angeles office.

**Areas of Practice**

Mr. Leggett's practice focuses on mergers and acquisitions, corporate reorganizations, joint ventures, and equity and debt financings. Mr. Leggett also advises clients on a wide range of general corporate matters and related business issues. Prior to joining the firm, Mr. Leggett was associated with a law firm in Los Angeles, CA where he practiced commercial, intellectual property and entertainment litigation. He brings to his corporate practice a valuable perspective gained from his prior litigation experience.

**Professional Qualifications and Activities**

Mr. Leggett is a member of the State Bar of California, and a member of the American Bar Association and the Los Angeles County Bar Association. Mr. Leggett is also is admitted to practice before the Ninth Circuit Court of California, the United States District Court for the Central and Northern District Courts of California, and all State Courts in California.

Before going to law school, Mr. Leggett was a player and assistant coach for professional hockey teams in Europe and North America including the Czech Republic, California, North Carolina and Virginia.



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W



Los Angeles
*333 South Hope Street*
*Forty-Eighth Floor*
*Los Angeles, CA 90071*
*Phone: (213) 617-5581*
*Fax: (213) 620-1398*

**Practice Areas:**
• Corporate
• Public Finance

**Education:**
• J.D., University of Chicago, 2004
• B.A., University of Wisconsin, Madison, 2000

**Will Chuchawat**
wchuchawat@sheppardmullin.com

Will Chuchawat is an associate in the firm's Corporate Practice Group, where he represents public and private companies in the areas of mergers and acquisitions, corporate finance and general business. In addition, Mr. Chuchawat represents clients in the areas of corporate trust, indenture trustee and public finance.

**Areas of Practice**

Mr. Chuchawat is an advisor to clients ranging from multi-national corporations to family-oriented businesses in various industries, such as financial services, technology, private equity, nonprofit corporations, health care, construction, manufacturing and defense. His principal areas of practice are mergers and acquisition transactions, public finance, corporate finance, general corporate law and general business counseling.

**Transaction Experience**

Public and private mergers and acquisitions representing buyers, sellers and investment advisors

Public and private offerings of various types of tax-exempt bonds and certificates of participation

Private placements of equity and debt securities

Negotiation and counseling in a number of commercial business and financial transactions

**Representative Transactions**

Represented Two Elk Generation Partners in the issuance of $109,000,000 Tax-Exempt Variable Rate Industrial Development Revenue Bonds

Represented Universal Care, Inc., in the sale of its health plan assets to Health Net of California, Inc.

Represented the Burnham Institute for Medical Research in raising $59,405,000 through tax-exempt financing

Represented U.S. Bank in various matters as indenture trustee in bond default matters

Represented New Century Mortgage Corporation in its acquisition of Access Lending Corporation

Represented Youbet.com, Inc., in its acquisition of International Racing Group, N.V., a Dutch Antillean company

Represented Campbell Companies in the sale of substantially all their assets to BMC Construction, Inc.



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W



**Justin S. Yslas**
jyslas@sheppardmullin com

Mr. Yslas is an associate in the Corporate Practice Group.

**Areas of Practice**

Mr. Yslas' practice concentrates on mergers and acquisitions, corporate reorganizations, private securities offerings and joint ventures. Mr. Yslas also advises clients on a wide range of general corporate and securities law issues.  Mr. Yslas is an advisor to clients ranging from public companies to family-owned businesses in various industries, such as aerospace, software, healthcare, construction and financial services.

**Professional Qualifications**

Mr. Yslas is a member of the State Bar of California.

Los Angeles
*333 South Hope Street*
*Forty-Eighth Floor*
*Los Angeles, CA 90071*
*Phone: (213) 617-5545*
*Fax: (213) 620-1398*

**Practice Areas:**
- Corporate

**Education:**
- J.D., Loyola Law School, 2003
- B.A., University of California, Los Angeles, 1997





**Charlotte D. Grissom**
cgrissom@sheppardmullin.com

Charlotte Grissom is an associate in the Finance and Bankruptcy and Corporate Practice Groups in the firm's Los Angeles Office.

**Areas of Practice**

*Corporate*

Ms. Grissom's practice focuses on transactions for private and public companies. Her practice includes mergers and acquisitions, public finance, corporate finance, general corporate law and general business counseling.

*Finance and Bankruptcy*

Ms. Grissom specializes in commercial lending. Her experience includes loan documentation, problem loan workouts, single lender and syndicated senior secured financing, and real estate lending, including financing low-income housing tax credit projects through loans and credit enhancement of bonds.

**Professional Qualifications and Activities**

Ms. Grissom is a member of the State Bar of California and the Financial Lawyers Conference.

While attending law school, Ms. Grissom served as a Senior Articles Editor for the Howard Law Journal. She also published an article entitled, *A Balance Between Life and Death: A Look at the Government's Role in the Right to Die Debate*, 49 Howard Law Journal 615 (2006).

Los Angeles
*333 South Hope Street
Forty-Eighth Floor
Los Angeles, CA 90071
Phone: (213) 617-4229
Fax: (213) 443-2784*

**Practice Areas:**
- Corporate
- Asset Based Lending
- Syndicated Credit Facilities
- Real Estate Lending

**Education:**
- J.D., Howard University School of Law, 2006
- B.A., University of Texas at Austin, 2003, *Sigma Tau Delta*
- B.S., University of Texas at Austin, 2003



## SHEPPARD MULLIN
### SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW



**Zachary M. Turke**
zturke@sheppardmullin.com

Zachary Turke is an associate in the Corporate Practice Group in the firm's Los Angeles Office.

**Areas of Practice**

Mr. Turke's practice focuses on mergers and acquisitions, debt and equity financing, venture capital, and joint ventures and strategic alliances. Mr. Turke also advises clients on securities offerings and corporate governance. Mr. Turke has worked with clients in a wide range of industries, including technology, the Internet, manufacturing, construction, financial services, entertainment, healthcare, and defense.

**Professional Qualifications and Activities**

Mr. Turke is admitted to the State Bar of California.

Los Angeles
*333 South Hope Street*
*Forty-Eighth Floor*
*Los Angeles, CA 90071*
*Phone: (213) 617-5540*
*Fax: (213) 443-2871*

**Practice Areas:**
- Corporate

**Education:**
- J.D., Harvard University, 2006
- B.A., Duke University, 1999, *magna cum laude*



A T T O R N E Y S   A T   L A W



**Taylor L. Dasher**
tdasher@sheppardmullin.com

Taylor Dasher is an associate in the Corporate Practice Group in the firm's Los Angeles Office.

Los Angeles
*333 South Hope Street*
*Forty-Eighth Floor*
*Los Angeles, CA 90071*
*Phone: (213) 617-5578*
*Fax: (213) 443-2853*

**Practice Areas:**
- Corporate

**Education:**
- J.D., Harvard University, 2006



A T T O R N E Y S   A T   L A W



Orange County
*650 Town Center Drive*
*Fourth Floor*
*Costa Mesa, CA 92626*
*Phone: (714) 424-2827*
*Fax: (714) 428-5992*

**Practice Areas:**
- Corporate

**Education:**
- J.D., University of Southern California, 2006
- B.A., University of California, Irvine, 2002

**Susie Park**
spark@sheppardmullin.com

Susie Park is an associate in the Corporate Practice Group in the firm's Orange County office.

**Areas of Practice**

Ms. Park's practice focuses on merger and acquisition transactions, debt and equity financings, venture capital, federal and state securities issues, and general business and corporate matters. Ms. Park has represented public companies in stock offerings, mergers and acquisitions, asset sales, public company reporting obligations and compliance matters. Ms. Park has also represented family owned and middle market businesses in various industries.

**Professional Qualifications and Activities**

Ms. Park was admitted to the State Bar of California in 2006 and is a member of the Orange County Bar Association. While attending the University of Southern California, Ms. Park was a member of the Southern California Interdisciplinary Law Journal and served on the journal's executive board as Executive Articles Editor.



A T T O R N E Y S   A T   L A W



**Laura A. Noroski**
lnoroski@sheppardmullin.com

Laura Noroski is an associate in the Corporate Practice Group in the firm's Orange County office.

**Areas of Practice**

Ms. Noroski's experience includes mergers and acquisitions, corporate finance, joint ventures and other business formations, real estate, licensing and distribution arrangements and general business counseling. Ms. Noroski primarily represents middle market clients in a wide range of industries, including real estate, construction, energy, and manufacturing. Ms. Noroski also has background experience representing national financial institutions in all aspects of commercial litigation.

**Publications**

Her article entitled, "New York's Controversial Ethics Code Changes:  An Attempt to Fit Multidisciplinary Practice Within Existing Ethical Boundaries" was published in the University of Southern California Law Review, on which she served as an editor from 2001 to 2003.

**Professional Qualifications**

Ms. Noroski is a member of the State Bar of California and the Orange County Bar Association.

*Orange County*
*650 Town Center Drive*
*Fourth Floor*
*Costa Mesa, CA 92626*
*Phone: (714) 424-2821*
*Fax: (714) 513-5130*

**Practice Areas:**
- Corporate

**Education:**
- J.D., University of Southern California, Olin Fellowship, 2003
- B.A., University of California, Los Angeles, 2000
*cum laude*



## A T T O R N E Y S   A T   L A W



**Los Angeles**
*333 South Hope Street*
*Forty-Eighth Floor*
*Los Angeles, CA 90071*
*Phone: (213) 617-5441*
*Fax: (213) 443-2803*

**Practice Areas:**
- Labor and Employment
- Labor and Employment Counseling
- Labor and Employment Litigation
- Labor Union Management Relations
- Affirmative Action
- Handbooks and Personnel Policies
- Employment Agreements
- Wage and Hour Class Actions
- Wage and Hour Regulations
- Employee Hiring/Discipline/ Termination
- Class Action Defense

Online Publications

**Education:**
- J.D., Loyola Law School, 1988
- B.A., University of California, Santa Barbara, 1985

**Kelly L. Hensley**
khensley@sheppardmullin.com

Kelly L. Hensley is a partner in the Labor and Employment Practice Group in the firm's Los Angeles office and is a co-chair of the Labor Practice Group. Ms. Hensley specializes in labor and employment counseling and wage and hour matters.

**Areas of Practice**

Employment Counseling. Ms. Hensley regularly counsels employers in all aspects of California and federal employment law, including employee hiring and discipline procedures, unfair competition matters, worker classification issues, leaves of absence, wage and hour law, and employee severance and termination strategies. Ms. Hensley has substantial expertise drafting all types of employment agreements and policies, including employee handbooks, independent contractor agreements, confidentiality and non-disclosure agreements, sexual harassment policies, email and internet usage policies, and employment-related forms.

Ms. Hensley advocates a proactive approach, counseling employers to evaluate their employment practices to minimize liability exposure. Her client-focused counsel is tailored to serve the long term goals of each client.

Training and Investigations. Ms. Hensley frequently conducts training lectures and seminars on general human resources issues. She also assists with sexual harassment and other employment related investigations, and implements effective employee discipline or exit strategies in response to those investigations.

Employment Litigation. In addition to her counseling practice, Ms. Hensley regularly represents clients in wage-hour class actions and matters before administrative agencies.

**Professional Qualifications and Activities**

Ms. Hensley has lectured throughout California on a variety of topics including wage and hour law, discrimination issues, wrongful termination and sexual harassment. She is a co-author of the California Labor and Employment Alert Newsletter, which is published bi-monthly. She also heads up the Wage and Hour Class Action Team at Sheppard Mullin.

Ms. Hensley is admitted to the State Bar of California, and is a member of the Labor Law Section of the Los Angeles County Bar Association.



## SHEPPARD MULLIN
### SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W



**Los Angeles**
*333 South Hope Street*
*Forty-Eighth Floor*
*Los Angeles, CA 90071*
*Phone: (213) 617-5499*
*Fax: (213) 443-2775*

**Practice Areas:**
- Labor and Employment
- Labor and Employment Counseling
- Labor and Employment Litigation
- Wage and Hour Class Actions
- Employment Agreements
- Wage and Hour Regulations
- Handbooks and Personnel Policies
- Employee Hiring/Discipline/ Termination

**Education:**
- J.D., Georgetown University, 1996
- B.A., University of California, Los Angeles, 1993, *cum laude*

**Jason R. Gasper**
jgasper@sheppardmullin.com

Jason R. Gasper is a partner in the Labor and Employment Practice Group in the firm's Los Angeles office.

**Areas of Practice**

Mr. Gasper represents employers in various labor relations matters involving state and federal wage and hour laws, wrongful discharge, employment discrimination, employee discipline and termination, employee benefits, and affirmative action.

Mr. Gasper has significant experience representing employers in wage and hour class actions. He also conducts internal wage and hour audits to identify potential employer liability before it surfaces in a lawsuit or government audit.

Mr. Gasper regularly counsels employers on personnel policies and procedures, employee discipline matters, employment contracts, and wage and hour issues.

**Professional Qualifications and Activities**

Mr. Gasper has lectured extensively on wage and hour law, and has also lectured on other topics, including sexual harassment, discrimination, and leave of absence issues.

Mr. Gasper is admitted to the State Bar of California and is a member of the Labor Law Section of the Los Angeles County Bar Association.

Mr. Gasper was also named as a "Rising Star" by the publishers of *Super Lawyers* for 2006.



### ATTORNEYS AT LAW



**Los Angeles**
*333 South Hope Street*
*Forty-Eighth Floor*
*Los Angeles, CA 90071*
*Phone: (213) 620-1780*
*Fax: (213) 620-1398*

**Practice Areas:**
- Employee Benefits
- Tax
- Executive Compensation
- Employee Benefits/ERISA

Online Publications

**Education:**
- J.D., Indiana University, 1991
- B.A., University of Pittsburgh, 1986

**David J. Paik**
dpaik@sheppardmullin.com

David J. Paik is a partner in the Employee Benefits and Executive Compensation Group in the firm's Los Angeles office.

**Areas of Practice**

Mr. Paik concentrates in the areas of qualified retirement plans, equity compensation, executive compensation, and welfare benefits. His clients range from start-up enterprises to mature, publicly traded companies.

Mr. Paik helps clients design, establish, and administer tax qualified retirement plans (such as defined benefit plans, profit-sharing plans, 401(k) arrangements, and ESOPs), and non-qualified plans (such as incentive stock option plans, non-qualified stock option plans, stock appreciation rights, stock purchase plans, deferred compensation plans, and supplemental executive retirement plans), as well as health and welfare benefit plans. He also advises clients with regard to employee benefits in the context of mergers and acquisitions. Mr. Paik has helped develop tax planning techniques that utilize various benefit arrangements, such as stock options and ESOPs.

Mr. Paik has extensive experience in resolving qualification defects in qualified retirement plans through the use of the Internal Revenue Service's Employee Plans Compliance Resolution System. He also has experience in assisting clients with Internal Revenue Service and Department of Labor audits.

Mr. Paik provides fiduciary advice with respect to prohibited transactions, the investment of plan assets, and breaches of fiduciary duties. He also has experience dealing with the Department of Labor with regard to these matters.

**Professional Qualifications and Activities**

Mr. Paik is a Certified Public Accountant in Pennsylvania and is a member of the California State Bar Association, Taxation. He is also a member of the Los Angeles County Bar Association Tax Section, Employee Benefits Committee.



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W



Los Angeles
*333 South Hope Street*
*Forty-Eighth Floor*
*Los Angeles, CA 90071*
*Phone: (213) 617-5547*
*Fax: (213) 620-1398*

**Practice Areas:**
- Labor and Employment
- Labor and Employment Counseling
- Labor and Employment Litigation
- Wage and Hour Class Actions

**Education:**
- J.D , University of Southern California, 2000 Order of the Coif
- B.A. (political science), University of California at Davis, 1997 *with honors*
- B.A. (psychology), University of California at Davis, 1997 with honors

**Geoffrey D. DeBoskey**
gdeboskey@sheppardmullin com

Mr. DeBoskey is an associate in the Labor and Employment Practice Group in the firm's Los Angeles Office.

**Areas of Practice**

Mr. DeBoskey handles all facets of labor and employment law and has jury trial experience.  He has defended employers against charges of race, age and sex discrimination; retaliatory discharge in violation of public policy; sexual harassment; and wage and hour violations.  He has specific experience under the California Fair Employment and Housing Act, California's Wage and Hour Laws; the Fair Labor Standards Act; the Fair Credit Reporting Act; the Age Discrimination and Employment Act; the Americans with Disabilities Act, the Employee Retirement Income Security Act, the Family and Medical Leave Act, the California and federal WARN acts, as well as other labor and employment laws.  Mr. DeBoskey also advises clients on various labor and employment issues and has extensive experience with consent decree compliance  He is also experienced in appellate advocacy having served as a law clerk for the Honorable Kim McClane Wardlaw on the United States Court of Appeals for the Ninth Circuit.

**Professional Qualifications and Activities**

Mr. DeBoskey served as a law clerk to the Honorable Kim McClane Wardlaw on the United States Court of Appeals for the Ninth Circuit.  While attending law school, he was the Executive Editor of the University of Southern California Law Review.  He is admitted to practice in all California state and federal courts  Mr. DeBoskey was named as a "Rising Star" by the publishers of *Super Laywers* for 2006.



## A T T O R N E Y S   A T   L A W



Los Angeles
*333 South Street*
*Forty-Eighth Floor*
*Los Angeles, CA 90071*
*Phone: (213) 617-5537*
*Fax: (213) 620-1398*

**Practice Areas:**
- Tax
- Employee Benefits
- Executive Compensation

Online Publications

**Education:**
- LL.M., New York University School of Law, 2003
- J.D., University of Oregon School of Law, 2002
- B.A., University of California, Los Angeles, 1997

**Michael Chan**
mchan@sheppardmullin com

Mr. Chan is an associate in the Tax, Employee Benefits, and Executive Compensation Practice Groups in the firm's Los Angeles office.

**Areas of Practice**

*Retirement Plans*

Mr. Chan counsels employers with respect to the design, administration and legal compliance of qualified retirement plans, including defined benefit plans, employee stock ownership plans, tax-sheltered annuities and defined contribution plans. His experience in this area includes (i) advising plan sponsors (in addition to plan administrators, trustees and other plan fiduciaries) with respect to their fiduciary obligations, including reporting and disclosure requirements, under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), (ii) representing plan sponsors seeking amnesty under the Internal Revenue Service's Employee Plans Compliance Resolution System and the Department of Labor's Voluntary Fiduciary Correction Program, and (iii) assisting plan sponsors with various other compliance issues that arise in the day-to-day operations of qualified retirement plans.

*Welfare Benefit Plans*

Mr. Chan also has extensive experience in assisting employers with the maintenance and administration of welfare benefit arrangements, such as cafeteria plans (also known as Section 125 plans), medical expense and dependent care reimbursement programs, medical plans for active and retired employees, severance plans and self-funded plans involving voluntary employees' beneficiary associations (also known as VEBAs) established under Internal Revenue Code Section 501(c)(9). Additionally, Mr. Chan frequently counsels employers regarding their obligations under COBRA and HIPAA.

*Transactional Counseling*

A significant portion of Mr. Chan's practice involves advising clients with respect to the employee benefits and ERISA-related issues that arise in the context of mergers and acquisition transactions. His experience in this area includes negotiating and drafting provisions for transactional documents to reflect the division of responsibilities for employee benefit-related liabilities and the representations and warranties regarding such liabilities.

**Professional Qualifications**

Mr. Chan is a member of the State Bar of California.



### SHEPPARD MULLIN
#### SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W



Los Angeles
*333 South Hope Street*
*Forty-Eighth Floor*
*Los Angeles, CA 90071*
*Phone: (213) 620-1780*
*Fax: (213) 620-1398*

**Practice Areas:**
- Public Companies/Securities and Corporate Finance
- Corporate
- Mergers and Acquisitions
- International Business
- Technology

Online Publications

**Education:**
- J D , University of Michigan, 1979
- M.S., University of Michigan, 1976
- B.A , University of Santa Clara, 1974

**Peter M. Menard**
pmenard@sheppardmullin.com

Peter M  Menard is a senior partner in the Corporate Practice Group and Chairman of the firm's Public Company Team.

**Areas of Practice**

Mr. Menard's principal areas of practice are corporate governance, securities law compliance and corporate transactions.  He is a frequent commentator on issues of corporate governance, including the Sarbanes Oxley Act of 2002.  Mr. Menard's securities practice includes periodic SEC filings; securities exchange listing rules; public offerings; mezzanine financings; proxy contests; research and development partnerships; rights offerings; venture capital financings; tender offers; exchange offers; going private transactions; and SEC and exchange enforcement actions.  His corporate practice includes acquisitions; leveraged buyouts; facilities construction and management agreements; and technology development, research, license and materials transfer agreements.

Mr Menard's clients range from start-up companies to large, publicly-traded corporations with international operations primarily in the retailing, manufacturing, financial institutions, and consumer products industries.

**Professional Qualifications and Activities**

Mr  Menard is a member of the State Bar of California.  He is a director of the Foundation for the Junior Blind.  Mr. Menard has spoken extensively in the areas of corporate governance, raising capital, compliance with federal and state securities laws, accounting issues and establishing effective investor relations programs.





**Su Lian Lu**
slu@sheppardmullin.com

Su Lian Lu is an associate in the Corporate Practice Group in the firm's Los Angeles Office.

**Areas of Practice**

Ms. Lu practices in the areas of general corporate and securities law. She advises public companies in their ongoing regulatory and reporting requirements and corporate governance issues. Ms. Lu's experience also includes representing domestic and foreign issuers and underwriters in private, public and secondary offerings of securities and joint venture transactions.

**Professional Qualification and Activities**

Ms. Lu is a member of the State Bar of California, the Association of the Bar of the City of New York, and the American Bar Association. Ms. Lu is also qualified as a Barrister of England and Wales and an Advocate and Solicitor of the Supreme Court of Singapore. Prior to joining the firm, Ms. Lu practiced corporate law at Debevoise & Plimpton LLP in New York. Ms. Lu also clerked for the Chief Justice and Court of Appeal of the Supreme Court of Singapore from 1997 to 1998.

Los Angeles
*333 South Hope Street
Forty-Eighth Floor
Los Angeles, CA 90071
Phone: (213) 617-5546
Fax: (213) 620-1398*

**Practice Areas:**
- Corporate

Online Publications

**Education:**
- LL.M., Yale University, 1999
- B.A., University of Cambridge, St. Catharine's College, 1995 *First Class Honors*



A T T O R N E Y S   A T   L A W



**Donna L. Hueckel**
dhueckel@sheppardmullin.com

Donna L. Hueckel is a senior attorney in the Finance and Bankruptcy in the Los Angeles office.

**Areas of Practice**

Ms. Hueckel specializes in commercial law and consumer regulatory matters. Her experience includes representation of consumer lenders in open-end and closed-end lending.

**Professional Qualifications and Activities**

Ms. Hueckel was admitted to the California bar in 1981.

Los Angeles
*333 South Hope Street*
*Forty-Eighth Floor*
*Los Angeles, CA 90071*
*Phone: (213) 617-4218*
*Fax: (213) 620-1398*

**Practice Areas:**
- Financial Services
- Immigration

**Education:**
- J.D., University of Southern California, 1981
- B.A., Pomona College, 1973 *cum laude*



**A T T O R N E Y S   A T   L A W**



**William R. Wyatt**
wwyatt@sheppardmullin.com

Bill Wyatt is a partner in the Finance and Bankruptcy and Corporate Practice Groups in the firm's New York office. He is also a member of the Asset-Based Lending Team.

**Areas of Practice**

Mr. Wyatt started as an associate at Sheppard, Mullin, Richter & Hampton in 1982 and became a partner in January 1990. He specializes in commercial law, real and personal property secured loan documentation, workouts and bankruptcy. Mr. Wyatt has litigation experience in both bankruptcy and state courts. He has been involved in documenting real estate secured lines of credit, construction loans, and credit enhancement for tax-exempt bond and certificate of participation transactions, aircraft leasing and lending, ship financing, rail car and other types of equipment financing transactions. Mr. Wyatt has also advised on swaps and other derivatives issues and transactions.

**Professional Qualifications and Activities**

Mr. Wyatt is a member of the Bar Association of San Francisco and the American Bar Association (member:Corporation, Banking and Business Law and Real Property, Probate and Trust Law Sections), The State Bar of California, and Financial Lawyer's Conference, Bankruptcy Study Group

New York
*30 Rockefeller Plaza*
*24th Floor*
*New York, NY 10112*
*Phone: (212) 332-3815*
*Fax: (212) 332-3888*

**Practice Areas:**
- Corporate
- Financial Services
- Real Estate
- Real Estate Lending

**Education:**
- J.D., Stanford University, 1982
- M.S.M.E., Purdue University, 1979
- B.S.M.E., Purdue University, 1977 *with distinction*



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W



Orange County
*650 Town Center Drive*
*Fourth Floor*
*Costa Mesa, CA 92626*
*Phone: (714) 513-5100*
*Fax: (714) 513-5130*

**Practice Areas:**
- Bankruptcy and Restructuring
- Financial Institutions Litigation
- Hispanic/Latino Business
- Korean Business

Online Publications

**Education:**
- J.D , University of Virginia School of Law, 1987
- B.A , University of Virginia, 1984

## Alan H. Martin
amartin@sheppardmullin.com

Alan Martin is a partner in and practice group leader for the Finance and Bankruptcy Practice Group.

**Areas of Practice**

Mr. Martin specializes in commercial finance law, corporate restructuring, asset disposition and acquisition, creditors rights enforcement, commercial litigation and bankruptcy. His expertise includes extensive work in bankruptcy and state courts, as well as structured finance documentation in such industries as healthcare, retail, manufacturing, hospitality and recreation. He has represented creditors committees, secured and unsecured creditors, trustees, landlords, equipment lessors and debtors and the schools subcommittee (with total claims of over $1.1 billion) in the County of Orange Chapter 9 case.

**Professional Qualifications and Activities**

Mr. Martin is admitted to practice before United States District Courts for Central, Eastern, Northern and Southern Districts, and the Supreme Court of the United States. He was the President of the Orange County Bankruptcy Forum for 1997-98 and a member of the California Bankruptcy Forum Board of Directors 1997-2000. Mr. Martin is a member of the Orange County Bankruptcy Forum, Los Angeles Bankruptcy Forum, Orange County Bar Association, American Bar Association, and American Bankruptcy Institute. He has served on the Ninth Circuit Bankruptcy Judge Screening Committee for the Central District of California, 1991-1993, 2000. He also served as President of the Orange County Chapter of the University of Virginia Alumni Association from 1989 to 1995. He is a member of the Regional Center of Orange County Board of Directors (2006-present). He is frequent speaker on various banking, commercial law, bankruptcy and healthcare topics.

Recognized by the Legal 500 US as a leading practitioner in Corporate Restructuring

Mr. Martin was recently named as one of the Best Lawyers in America

**Representative Clients**

American China Technology; Bank of America; California Portland Cement Company; Capmark Finance Inc ; The Catholic Diocese of Orange; CIT Group; Comerica Bank; General Electric Capital Corporation; Guaranty Business Credit; Orange County Department of Education; Summitt Wood Products; Taylor Made Golf; and Union Bank of California

**Representative Experience**

*Lender, indenture trustee, secured and unsecured creditor lessor and license-related representations*

AAA Adventures - Chapter 7 - representation of secured lender of ice skating complexes.

Advanced Machine Programming - Chapter 11 - representation of large equipment lessor of machine parts manufacturer

Akasaka - Chapter 11 - representation of unsecured creditor of insurance agency.

Aliso Viejo Professional Centre - Chapter 11 - representation of large secured creditor of medical professional clinic

Aliso Viejo Shopping Centre - Chapter 11 - representation of secured creditor of retail shopping center complex

Alta Healthcare - representation of secured lender on financing of hospital chain

Amelco - representation of large secured creditor of public works general contractor

American Security Distribution/American Security Lock & Supply, Inc  - Chapter 11 - representation of large secured creditor of security equipment distributor

Aspen Members - Chapter 11 - representation of secured lender of large residential development project

Aurora Modular - Chapter 7 - representation of various school district customers of modular classroom manufacturer.

Badlands - Chapter 11 - representation of secured lender in bankruptcy of golf course complex.

Balboa - various representations of equipment lessor to medical clinics.

Beaumont Concrete - Chapter 11 - representation of large secured creditor/vendor of concrete company

Brim - representation of secured creditor of regional hospital.

Caldwell - Chapter 11 - representation of large creditor of window covering manufacturer.

California Industrial Group - Chapter 11 – representation of large secured creditor of jet engine lessor.

Campus Laguna - representation of large secured creditor of Alzheimer's assisted living care facility

Cargo Warehouse - representation of lender in workout concerning steel processing plant.

Carolco Pictures - Chapter 11 - representation of large landlord of major entertainment entity

Catalina Shores Limited Partnership - Chapter 11 - representation of secured creditor of large apartment complex.

Champion Container - Chapter 7 - representation of supplier of packaging company.

Checkmate - Chapter 11 - representation of creditor of large temporary employment agency

Composite - Chapter 11 - representation of large creditor of international composite manufacturer

Coupon Clearing House - Chapter 11 - representation of several major manufacturers in bankruptcy of retail coupon clearing house

Damm Partnership - Chapter 11 - representation of issuer of letter of credit to bond trustee in bankruptcy of large apartment complex.

Diamond Bar Hotel Fund - Chapter 11 - representation of large secured creditor of multi-state hotel properties.

Diocese of Orange - represented Catholic Diocese in workout issues related to priest abuse litigation

Dry Ice - Chapter 11 - representation of secured lender in workout/bankruptcy of national retail chain

Edgewater Place - Chapter 11 - representation of large creditor of entertainment and restaurant complex.

Esco - representation of secured lender in workout concerning electronics supplier.

First Lenders Indemnity Corporation - Chapter 7 - representation of large indenture trustee.

Five Brothers, Inc. - Chapter 11 - representation of major supplier of tire manufacturer/dealer.

Flyer Graphics - Chapter 11 - representation of major secured creditor of large printing company.

Fundamerica, Inc. - Chapter 11 - representation of a large telecommunications creditor of a multi-level marketing organization.

Green Hills Plaza Venture - Chapter 11 – representation of secured creditor in retail shopping center estate

Hiscox - Chapter 11- representation of medical group/large creditor of physician and related clinic.

Hoover-WSCR Associates, Ltd. Partnership - Chapter 11 - representation of secured creditor in large retail and office complex.

In Touch - Chapter 7 - representation of senior lender to telecommunications supplier

Irving B. Reder - Chapter 11 - representation of licensor of clothing manufacturer.

JamDat - representation in a variety of acquisitions in various competitors' bankruptcy proceedings.

JB Dental - Chapter 11 - representation of secured lender of large medical supplier.

Lamash Foods - representation of secured creditor of fast food chain franchisee.

Lansdale & Carr - Chapter 11 - representation of supplier of large tire retailer.

Liaw - representation of large supplier to golf clubs retailer.

MedCap - representation of large secured creditor of healthcare financier.

Mexmil - Chapter 11 - representation of unsecured creditor of large jet plane manufacturing contractor.

Mission Viejo Family Partnership - Chapter 11 – representation of large secured creditor in case involving multiple office building properties.

Oceanview Plaza - Chapter 11 - representation of secured lender of shopping center project.

Optical - representative of large secured creditor of software manufacturer.

Orman Grubb - Chapter 11 - representation of large secured creditor of furniture manufacturer.

Paramount/Artesia - acquisition of large asset pool of cement manufacturer

Parkview - Chapter 11 - representation of large secured creditor of hospital and related clinics.

Phoenix Metro Center Hotel Fund - representation of large secured creditor of large hotel project in workout.

Prandium - Chapter 11 - representation of indenture trustee of bond debt of restaurant chain.

Regions Medical Center - Chapter 11 - representation of large creditor group of medical clinic.

Right-O-Way - Chapter 7 - representation of major landlord in chapter case of international shipping firm.

Santa Fe Extruders - Chapter 11 - representation of secured creditor of large resin packaging manufacturer and related entities.

Sun Easton - representation of large secured creditor in workout concerning large office complex

Sydran - Chapter 11 - representation of large secured lender in bankruptcy of national restaurant chain franchisee

Tam Stationers - Chapter 11- representation of equipment lessor in retail chain of stationary stores

Techmedia - Chapter 7 - representation of large secured creditor of computer manufacturer.

Terbest - Chapter 11 - representation of unsecured creditor of insurance agency

Terra-Bushard - Chapter 11 - representation of secured creditor of a large office/retail shopping complex.

Timber Ridge - Chapter 11 - representation of secured lender to large resort-related townhouse project

Union City Fund - Chapter 11 - representation of large secured creditor of large hotel project in workout.

United Healthcare - Chapter 11 - representation of large secured creditor of medical equipment supplier.

Warranty - Chapter 11 - representation of merchant card service provider of auto service warranty provider.

<u>West</u> - Chapter 7 - representation of unsecured creditor of retailer.

<u>Westwinds</u> - representation of large secured creditor of national fast food restaurant franchisee.

<u>White River International, Inc.</u> - Chapter 11 - representation of large creditor of international furniture importer and wholesaler.

<u>Wilshire Courtyard</u> - Chapter 11 - representation of large secured creditor of entertainment-related office complex.

*Representative Creditor's Committee-related Matters*

<u>Call Plus</u> - Chapter 11 - representation of the creditors committee for long distance calling card wholesaler and service provider.

<u>House2Home</u> - Chapter 11 - representation of creditors committee for large home improvement retailer.

<u>Orange County</u> - Chapter 9 - representation of the School District Subcommittee and special counsel to pool participants committee regarding negotiation of comprehensive settlement agreement and plan, including securities issues.

<u>Trend-lines</u> - Chapter 11 - representation of creditors committee member and golf equipment supplier to golf and tool retailer.

*Representative Bankruptcy Trustee, Debtor and Examiner-Related Matters*

<u>Bannister-Brighton</u> - Chapter 7 - representation of trustee in bankruptcy of a precious metals dealer.

<u>General Ceramics, Inc.</u> - Chapter 11 - special counsel representation of manufacturer regarding asset sales.

<u>Preferred Acquisitions</u> - Chapter 11 - representation of examiner with expanded powers.

<u>Select Software, Inc.</u> - Chapter 11 - representation of debtor in liquidation.



## SHEPPARD MULLIN
### SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W



**Charbel Lahoud**
clahoud@sheppardmullin.com

Charbel F. Lahoud is an associate in the Finance and Bankruptcy Practice Group in the firm's Los Angeles office.

### Areas of Practice

Mr. Lahoud specializes in commercial law and focuses his practice on the documentation, negotiation and structuring of financial transactions. His experience includes representing lenders, agents, participants and borrowers in personal and real property secured syndicated loan transactions and asset-based loan transactions.

### Representative Transactions

Representation of national bank, as agent for a syndicate of lenders, in connection with term and revolving credit facilities to an Indian Tribe for the refinancing of existing debt and development of a casino project

Representation of national bank, as agent for a syndicate of lenders, in connection with several term and revolving credit facilities to a family of companies for the development and financing of wineries and associated projects

Representation of national financial institution, as agent for a syndicate of lenders, in connection with first and second lien term and revolving credit facilities for the acquisition of two casinos and related property.

Representation of a NASDAQ technology company in connection with credit facilities for the acquisition of related company.

Representation of lender in connection with a portfolio of asset-based loans to a variety of borrowers.

### Professional Qualifications and Activities

Mr. Lahoud is admitted to practice law in the state of California. While attending law school, Mr. Lahoud was an Articles Editor for the University of Southern California Law Review and a teaching assistant for a Real Estate Transactions course

Los Angeles
*333 South Hope Street*
*Forty-Eighth Floor*
*Los Angeles, CA 90071*
*Phone: (213) 617-4182*
*Fax: (213) 620-1398*

**Practice Areas:**
- Bankruptcy and Restructuring
- Financial Services
- Asset Based Lending
- Equity Sponsor Finance
- Real Estate Lending
- Syndicated Credit Facilities

**Education:**
- J.D., University of Southern California, 2001, *order of the coif*
- B.A., University of California, Los Angeles, 1997, *cum laude*



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W



Los Angeles
*333 South Hope Street*
*Forty-Eighth Floor*
*Los Angeles, CA 90071*
*Phone: (213) 617-4222*
*Fax: (213) 620-1398*

**Practice Areas:**
- Tax
- Corporate Tax
- Trusts and Estates
- Corporate
- Emerging Growth/Venture Capital
- Mergers and Acquisitions
- Family Owned and Closely-Held Businesses
- Entertainment, Media and Communications
- Joint Ventures and Strategic Alliances
- Tax-Exempt Entities

Online Publications

**Education:**
- LL.M., New York University, 1985
- J.D., University of California, Hastings College of the Law, 1984, *cum laude*
- B.A., University of Washington, 1981

**D. Matthew Richardson**
mrichardson@sheppardmullin.com

D. Matthew Richardson is a partner in the Los Angeles office, a member of the Tax and Estate Planning Practice Group.

**Areas of Practice**

Matthew has significant experience in mergers and acquisitions, corporate reorganizations, liquidations and spin-offs, complex financing, debt restructuring, real estate taxation, real estate investment trusts, joint ventures, partnerships and limited liability companies. He regularly counsels early-stage technology and other businesses with respect to various formation, operation and taxation issues.

Matthew also has extensive experience in multigenerational wealth and business transfers and other estate planning matters. His estate and charitable planning clients include high-net-worth individuals and families with extensive real estate holdings and other closely held business interests. Matthew also counsels public charities and private foundations in connection with their formation and the tax and other legal issues arising in connection with their operation and management, and advises pension and governmental plans with respect to the tax issues arising in connection with the acquisition, ownership, and disposition of real estate.

**Professional Qualifications and Activities**

Matthew is admitted to practice law before all California state courts, the United States District Court for the Southern District of California, the United States Tax Court and the United States Court of Federal Claims. He is a member of the Los Angeles County Bar Association and the American Bar Association, and previously served as the Chair of the Taxation Section of the Beverly Hills Bar Association.



### SHEPPARD MULLIN
#### SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W



**Orange County**
*650 Town Center Drive*
*Fourth Floor*
*Costa Mesa, CA 92626*
*Phone: (714)513-5100*
*Fax: (714)513-5130*

**Practice Areas:**
● Labor and Employment

● Labor and Employment Counseling

● Labor and Employment Litigation

● Litigation

● Immigration

● Wage and Hour Class Actions

● Unfair Competition and Trade Secrets

● Health and Safety Regulations/OSHA

● Labor Union Management Relations

● Wage and Hour Regulations

**Education:**
● J.D., University of Southern California, 1987
● A.B., Occidental College, 1984 *magna cum laude, Phi Beta Kappa*

**Ryan McCortney**
rmccortney@sheppardmullin.com

Mr. McCortney is a partner in the Labor and Employment Practice Group in the firm's Orange County office

**Areas of Practice**

Mr. McCortney specializes in litigation and labor and employment law matters on behalf of management.  He counsels and represents numerous employers in a wide variety of industries including healthcare, aerospace, software, high-tech, retailing, restaurants, construction, insurance, banking, finance, securities, and manufacturing.  He represents employers in state and federal trial court and appellate proceedings as well as administrative proceedings before the National Labor Relations Board, the Equal Employment Opportunity Commission, the Department of Fair Employment and Housing, the U.S. Department of Labor, the Division of Labor Standards Enforcement, and OSHA.

He has litigated a wide range of employment-related claims, including wrongful termination, breach of contract, discrimination, harassment, retaliation, wage/hour disputes, unfair labor practices, misappropriation of trade secrets, and unfair competition.  He has represented numerous employers in class action lawsuits.  He has also litigated a wide range of claims arising out of partnership disputes.  He counsels employers on a full range of state and federal laws and regulations as well as IRCA and immigration matters.

**Professional Qualifications and Activities**

Mr. McCortney was on special assignment at a large aerospace company from May through September, 1991 where he advised all levels of management on employment issues.

Mr. McCortney argued before the United States Supreme Court on behalf of the employer in Hoffman Plastic Compounds, Inc. v. NLRB, 122 S.Ct. 1275, 535 U.S. 137 (2002), in which the Court found in favor of the employer in a 5-4 decision.  The case involved whether illegal aliens are entitled to backpay under the National Labor Relations Act.

Mr. McCortney is a member of the Labor and Employment Law Sections of the California State Bar Association and the American Bar Association.  He is admitted to practice before state and federal courts in California, the D.C. Circuit Court of Appeals and the United States Supreme Court.  He has lectured extensively and published articles on a wide range of labor and employment law issues.  In 2007, Mr. McCortney was named one of the top employment and labor attorneys in *Southern California Super Lawyers*.

**BIO**

**Mathilde Kapuano**
mkapuano@sheppardmullin.com

>Ms. Kapuano is a Senior Corporate Paralegal in the Corporate Practice Group in the firm's Los Angeles office.

**Areas Of Practice**

>Experience in corporate, securities and real estate.

**Education**

>Corporate/Securities Specialization, West Los Angeles School of Paralegal Studies -1981

Mathilde Kapuano
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street, 48th Floor
Los Angeles, CA  90071-1448
Direct Dial:  213-617-5418
Fax:  213-620-1398

### Gail Hamanaka Reinig

Gail Hamanaka Reinig is a paralegal in the Banking and Finance Department in the firm's Los Angeles office.

**Areas of Practice**

> Ms. Reinig specializes in commercial litigation and bankruptcy. She has over ten years of experience in a variety of litigation, including bankruptcy, commercial, creditor's rights, landlord-tenant, claim and delivery, commercial and real estate financing transaction, and medical malpractice defense. Ms Reinig has an extensive background in post judgment creditor remedies and performs asset, tax lien, UCC, and other public record searches.

**Education**

Paralegal Certificate, University of California, Los Angeles

University Extension, 1993

B.A., **San Diego State University,** 1983

LA:LRA\OTHER\XNL\70019990.1