Michael Reed
MCCREARY, VESELKA, BRAGG, AND
ALLEN, P.C.
P. O. Box 1269
Round Rock, Texas 78680
512-323-3200

Attorneys for Tax Appraisal District of Bell
County, County of Denton, Mexia Independent
School District, County of Williamson

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

IN THE MATTER OF:                                       CASE NO. 07-10416

NEW CENTURY TRS HOLDINGS, INC., et al

   DEBTOR                                               CHAPTER 11

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

   Notice is hereby given that Michael Reed, of McCreary, Veselka, Bragg & Allen, P.C., P.O.Box 1269, Round Rock, Texas 78680, will appear as counsel for Tax Appraisal District of Bell County, County of Denton, Mexia Independent School District, County of Williamson, in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated :  May 1, 2007

                       Respectfully submitted,

                       McCREARY, VESELKA, BRAGG & ALLEN, P.C.
                       Attorneys for Claimants, Tax Appraisal District of Bell
                       County, County of Denton, Mexia Independent School
                       District, County of Williamson,
                       P. O. Box 1269
                       Round Rock, Texas 78680
                       (512) 323-3200

                       /s/ Michael Reed
                       ————————————
                       Michael Reed
                       State Bar Number 16685400

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have placed a copy of the above Notice of Appearance and Request for Service of Notices and Other Documents to Richards, Layton & Finger, P.A., 920 N. King Street, One Rodney Square, Wilmington, DE 19801;  on May 1, 2007, by First Class U. S. Mail or by Electronic Notification.

/s/ Michael Reed
_____

Michael Reed