# Exhibit A

# HellerEhrman LLP

March 14, 2007

*Confidential and Privileged*

Neal H Brockmeyer
Shareholder
neal.brockmeyer@hellerehrman.com
Direct (213) 689-7507
Main +1 (213) 689-0200
Fax +1 (213) 614-1868

25126 0002

Audit Committee
New Century Financial Corporation
18400 Von Karman Avenue, Suite 1100
Irvine, CA 92612

Re:    **Internal Investigation**

Lady and Gentlemen:

I am writing to confirm that this firm has been engaged to represent the Audit Committee of New Century Financial Corporation (the "Company") in conducting an independent investigation of (i) certain accounting matters in connection with entries on the Company's books, records and financial statements, which includes the issues giving rise to the Company's need to restate its 2006 interim financial statements, and the Company's valuation of residual interests in securitizations, and (ii) sales of stock by the Company's insiders other than Michael Sachs. The investigation is being conducted under the direction of Michael J. Shepard. The purpose of this letter is to outline the basic terms of our engagement and to address potential conflicts of interest.

Our standard practice is to bill for both services and costs. Our charges for legal services are based on hourly rates for attorneys and other professional staff, as established from time to time, considering years of practice, training, specialization and professional accomplishment. At present, our hourly rates range from $315 to $865 for attorneys and from $60 to $320 for paralegals. Michael Shepard's hourly rate applicable to this engagement will be $750. These rates are subject to change. We will arrange for payment by the Company, including billing frequency and a retainer.

Certain ancillary services such as computer research, document reproduction and word processing are utilized more extensively in connection with some matters than others. Consequently, such services are billed on the basis of direct utilization. Generally we do not advance costs for disbursements to third parties; the Company will be billed directly for such costs.

This firm has represented and continues to represent KPMG LLP ("KPMG") on matters unrelated to the Company or this investigation, and has previously represented the Audit Committee of the Company. Because of our relationship with KPMG, we cannot evaluate or advise you about any potential liability of, or claim against, KPMG, nor can we pursue any such claim on your or the Company's behalf. If you or the Company conclude that such a claim should be pursued, other counsel would have to be engaged to do so. We will not represent KPMG or any other party in bringing a claim (whether in court, arbitration, mediation or any other proceeding) that is substantially related to this investigation. Similarly, our investigation will not include an evaluation of any potential liability of, or claim against, the Audit Committee.

Heller Ehrman LLP   333 South Hope Street, 39th Floor  Los Angeles, CA 90071-3043  www.hellerehrman.com

Beijing   Hong Kong   London   Los Angeles   Madison, WI   New York   San Diego   San Francisco   Seattle/Anchorage   Silicon Valley   Singapore   Washington, D C

EXHIBIT A

Mar 29 07 02:08p       Don Lange                    310 541 7858            p.1

HellerEhrman LLP

Audit Committee
March 14, 2007
Page 2

     This letter constitutes the agreement between you and us regarding our professional services. If the description above regarding the terms of our representation is acceptable, please date and sign the enclosed copy of this letter where indicated below and return it to me. Your signature will confirm that you have read and agreed to all such terms. This agreement will take effect when we first began performing services in connection with this matter. Please date and sign the original of this letter and retain it for your own files.

     Please feel free to discuss with me any aspect of the firm's representation, including staffing and billing.

Very truly yours,

Heller Ehrman LLP
by Neal H. Brockmeyer

SO AGREED.
Audit Committee of the Board of Directors
of New Century Financial Corporation
By: _____
DONALD LANGE

Date: March 17, 2007

PAGE 1/1 * RCVD AT 3/29/2007 3:07:49 PM [Pacific Daylight Time] * SVR:LAS-CS01/4 * DNIS:7604 * CSID:310 541 7858 * DURATION (mm-ss):01-02

A