# **Exhibit B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |

## AFFIDAVIT OF NEAL BROCKMEYER IN SUPPORT OF DEBTORS' APPLICATION FOR ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF HELLER EHRMAN LLP AS SPECIAL COUNSEL TO THE AUDIT SUBCOMMITTEE *NUNC PRO TUNC* TO THE PETITION DATE PURSUANT TO SECTIONS 327(e) AND 1107(b) OF THE BANKRUPTCY CODE

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) SS: |
| COUNTY OF LOS ANGELES | ) |

NEAL BROCKMEYER, being first duly sworn to oath, deposes and says:

1.    I am an attorney admitted to practice in the State of California and am employed by Heller Ehrman LLP ("Heller Ehrman"), a law firm with offices in 13 locations worldwide, including New York, San Francisco, Los Angeles, San Diego and Washington D.C.

---

[1]  The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

2.      I submit this affidavit in support of the application (the "Application") of
New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS
Holdings, Inc. ("New Century TRS"), a Delaware corporation, and their direct and indirect
subsidiaries, each as a debtor and debtor-in-possession (collectively, the "Debtors"), for an order
approving the  retention and employment of Heller Ehrman as special counsel to the Special
Investigation Subcommittee of the independent Audit Committee of NCF's Board of Directors
(the "Audit Subcommittee") in the above-captioned cases, in compliance with and to provide
disclosure pursuant to sections 329 and 504 of Title 11 the United States Code (the "Bankruptcy
Code"), and Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the
"Bankruptcy Rules").

3.      Unless otherwise stated in this affidavit, I have personal knowledge of the
facts hereinafter set forth.  To the extent that any information disclosed herein requires
amendment or modification upon Heller Ehrman's completion of further analysis or as
additional creditor information becomes available to it, a supplemental affidavit will be
submitted to the Court.

4.      Subject to approval of this Court and in compliance with the applicable
provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of Bankruptcy
Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the
"Local Rules"), Heller Ehrman intends to apply for compensation for professional services
rendered in connection with these Chapter 11 cases, plus reimbursement of actual, necessary
expenses and other charges incurred by Heller Ehrman during the case.  The principal
professionals and paraprofessionals designated to represent the Audit Subcommittee and their
current standard hourly rates are as follows:

2

| (a) | Michael J. Shepard | $750 per hour |
| (b) | Neal Brockmeyer | $635 per hour |
| (c) | John M. Landry | $595 per hour |
| (d) | Megan Dixon | $575 per hour |
| (e) | Michael A. Zwibelman | $515 per hour |
| (f) | Benjamin Diggs | $285 per hour |

5.    The hourly rates set forth above are Heller Ehrman's standard hourly rates for work of this nature. These rates are set at a level designed to compensate Heller Ehrman fairly for the work of their attorneys and paralegals and to cover fixed and routine overhead expenses. The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Other attorneys and paralegals within Heller Ehrman may from time to time serve the Audit Subcommittee in connection with the matters described herein.

6.    It is Heller Ehrman's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, regular mail and express mail charges, special or hand delivery charges, document processing, printing/photocopying charges, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. Heller Ehrman will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to Heller Ehrman's other clients or as previously fixed by this Court. Heller Ehrman believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

3

7.    Heller Ehrman maintains and systematically updates its conflict check system in the regular course of its business, and it is the regular practice of Heller Ehrman to make and maintain these records. The conflict system maintained by Heller Ehrman is designed to include (i) every matter on which it is now or has been engaged, (ii) the entity by which it is now or has been engaged, (iii) the identity of related parties, (iv) the identity of adverse parties and (v) the attorney at Heller Ehrman that is knowledgeable about the matter. It is the policy of Heller Ehrman that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the conflict check system the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and the related and adverse parties. Accordingly, the database is updated for every new matter undertaken by Heller Ehrman. The scope of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a new matter.

8.    In preparing this Affidavit, we used a set of procedures established by Heller Ehrman to insure compliance with the requirements of the Bankruptcy Code and the Bankruptcy Rules regarding retention of a professional by a debtor or official committee as special counsel under the Bankruptcy Code. In that regard, Heller Ehrman requested and obtained from the Debtors a list of the names of individuals and entities who may be Interested Parties in these Chapter 11 cases, including, inter alia, the Debtors' secured creditors, retained or proposed professionals, the Debtors' 50 largest unsecured creditors, present officers, directors and senior employees, and parties directly or indirectly holding more than five percent (5%) of the equity interests in the Debtors (collectively, the "Interested Parties"). A copy of the list of Interested Parties is attached hereto as Exhibit 1.

4

9.      Heller Ehrman ran the names of the Interested Parties and their affiliates and/or subsidiaries through the conflict check system. Based upon Heller Ehrman's review of the conflicts report generated by the system, and except as set forth in paragraphs 10 through 15 below, I do not believe there is any connection (as such term is used in Bankruptcy Rule 2014(a)) between Heller Ehrman and (i) the United States Trustee or any person employed by the Office of the United States Trustee, (ii) any counsel, accountants, financial consultants or investment bankers who represent or may represent claimants or other Interested Parties in this case; (iii) Interested Parties; or (iv) the Debtors.

10.      Heller Ehrman has in the past represented, currently represents, and/or may in the future represent, in matters wholly unrelated to these cases, certain Interested Parties (including, without limitation, those entities set forth on Exhibit 2 attached hereto who are current clients or are affiliates thereof, and those entities or affiliates thereof set forth on Exhibit 3 attached hereto who Heller Ehrman has previously represented). Heller Ehrman will not represent any of the foregoing claimants or any party in interest in any facet of these Debtors' cases.

11.      Some of our attorneys, in the context of their personal finances, directly or indirectly, own publicly-traded securities in certain non-Debtor Interested Parties. We have not listed or inquired about these connections with specificity because we do not believe they have any bearing on our representation of the Audit Subcommittee herein. Notwithstanding the foregoing, Heller Ehrman has a long-standing policy prohibiting all of its lawyers and support staff from using confidential information that may come to their attention in the course of their work. In this regard, all Heller Ehrman personnel are subject to certain ethical constraints,

5

including a bar from trading in securities with respect to which they possess confidential information.

12.    As part of its practice, Heller Ehrman appears in cases, proceedings and transactions involving many different attorneys, co-counsel, accountants, financial consultants and investment bankers, some of whom now or may in the future represent claimants and Interested Parties in this case. Heller Ehrman has not and will not represent any such entities in relation to the Debtors and these Chapter 11 cases, nor will Heller Ehrman have any relationship with any such entities that would be adverse to the Debtors or their estates in the matter upon which Heller Ehrman is to be retained and employed.

13.    These Chapter 11 cases involve hundreds of suppliers, vendors, landlords, service providers, employees, creditors and other parties in interest referenced in Bankruptcy Rule 2014(a). Heller Ehrman is continuing and will continue to review potential conflicts and connections with those entities in accordance with Heller Ehrman's disclosure procedures and will file supplemental disclosures as appropriate.

14.    In the 90 days leading up to the Petition Date, NCF paid Heller Ehrman $438,719.00 in fees and $1,084.50 in expenses to satisfy invoices covering services performed and costs incurred by Heller Ehrman through and including March 22, 2007. In addition, NCF paid Heller Ehrman $110,000 on March 30, 2007 in partial satisfaction of fees and expenses incurred, but not yet invoiced to NCF, during the period from March 23, 2007 through March 30, 2007, in connection with and in contemplation of the Debtors' Chapter 11 filings. NCF authorized Heller Ehrman to treat this $110,000 payment as "earned upon receipt."

15.    During the period from March 23 through the Petition Date, the time value of Heller Ehrman's services actually totaled $256,699.00 and related expenses totaled

6

$18,044.32. Thus, Heller Ehrman's recorded and outstanding fees and costs for that period exceeded the $110,000 payment by a total of $167,743.32, and Heller Ehrman has a prepetition claim in that amount (the "Prepetition Claim").[2] Because Heller Ehrman does not believe this Prepetition Claim has been scheduled by the Debtors, Heller Ehrman intends to file a proof of claim in these bankruptcy cases.

16.    Based upon the foregoing, I submit that (A) none of Heller Ehrman's representations or other connections disclosed herein have resulted or will result in any actual or potential conflict of interest herein and (B) neither I, nor Heller Ehrman or any shareholder, special counsel, of counsel or associate thereof, insofar as I have been able to ascertain, holds or represents and interest adverse to the Debtors or to their estates with respect to the matter on which Heller Ehrman is to be employed.

17.    No promises have been received by Heller Ehrman, nor by any shareholder, special counsel, of counsel or associate thereof, as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules. Heller Ehrman has no agreement with any other entity to share with such entity any compensation received by Heller Ehrman.

Dated: May __/__, 2007

      Los Angeles, California

Neal Brockmeyer

---

[2] Due to an inadvertent error, Heller Ehrman did not apply the $110,000 earned retainer to the unpaid fees and costs until April 30, 2007.

SWORN TO AND SUBSCRIBED
before me this ___1 day of May 2007. BY  NEAL BROCKMEYER  PERSONALLY KNOWN
TO ME TO BE THE PERSON WHO APPEARED BEFORE ME.

_____
Notary Public
My Commission Expires: JAN · 23, 2011

CARMEN BOROUMI
Commission # 1719762
Notary Public - California
Los Angeles County
My Comm. Expires Jan 23, 2011

8

# EXHIBIT 1
## (ALL POTENTIAL INTERESTED PARTIES PROVIDED BY DEBTORS)

### Secured Creditors

Access Investments II, LLC
Ameritech Credit Corporation
Aspen Funding Corp
Bank Leumi Leasing Corporation
Bank of America, NA
Bank of the West
Barclays Bank, PLC
Carrington Mortgage Credit Fund I, LP
CDC Mortgage Capital Inc.
Charter One Vendor Finance LLC
CIT Communications Finance Corporation
Citigroup Global Markets Realty Corp.
Consultants Group Commercial Funding Corp.
Countrywide Home Loans, Inc.
Credit Suisse First Boston Mortgage Capital LLC
DB Structured Products, Inc
Deutsche Bank Trust Company Americas
Federal National Mortgage Association
Galleon Capital Corp
Gemini Securitization Corp., LLC
General Electric Capital Corporation
GMAC Commercial Financial LLC
Goldman Sachs Mortgage Company
Greenwich Capital Financial Products, Inc.
Guaranty Bank
Heineman, Dale Scott
IOS Capital
IXIS Real Estate Capital Inc
Johnson, Kurt F.
Mission Center Partners
Morgan Stanley Mortgage Capital Inc.
NC Capital Corporation
New Century Funding A
New Century Funding I
New Century Mortgage Securities Inc.
Newport Funding Group
PFE International Inc.
Ropes & Gray LLP
St. Andrew Funding Trust c/o New Century Mortgage
State Street Global Markets
Sterling Bank

The CIT Group/Equipment Financing
U.S. Bancorp Equipment Finance, Inc.
U.S. Bank National Association
UBS Real Estate Securities Inc.
United California Capital
Whitwood, Jason Allen

## 50 Largest Unsecured Creditors[1]

Adteractive
Affiliated Computer Services
Alaska Seaboard Partners Limited Partnership
Aspen Funding Corp.
Assurant Specialty Property Insurance
Aurora Loan Services
Bank of America, N.A.
Barclays Bank PLC
Carrington Securities, LP
Catarina Mortgage Services Inc.
ChoicePoint Precision Marketing
Citigroup Global Markets Realty Corp.
Countrywide
Credit Suisse First Boston Mortgage Capital LLC
Credit-Based Asset Servicing and Securitization LLC
DB Structured Products, Inc.
Deutsche Bank
EMC Mortgage Corporation
Fiserv CCS
Galleon Capital Corporation
Gemini Securitization Corp., LLC
General Electric Capital Corporation
GMAC Commercial Finance, LLC
Goldman Sachs Mortgage Company
Greenwich Capital Financial Products, Inc.
Guaranty Bank
Harbor Asset Management Services
HSBC Bank USA, N.A.
INDY MAC Bank, FSB
IXIS Real Estate Capital, Inc.
JP Morgan Chase Bank, NA
Lehman Brothers Bank FSB
Low.com
Lowermybills.com

---

[1] Includes certain Secured Parties.

Morgan Stanley Mortgage Capital Inc.
National Field Representatives
Newport Funding Corp.
Nextag
NOMURA Securities
Pricewaterhouse Coopers LLP
Residential Funding Corporation
SG Mortgage Finance Corp
Sheffield Receivables Corporation
Sprint
State Street Global Markets, LLC
Suntrust
System Source, Inc.
Tucson Funding LLC
UBS Real Estate Securities Inc.
Washington Mutual Bank, FA

## Largest Shareholders of New Century Financial Corporation[2]

Greenlight Capital LLC
David Einhorn
Morgan Stanley
Morgan Stanley Capital Services
Hotchkis and Wiley Capital Management LLC

## Directors and Senior Employees

Bilotta, Frank
Bindra, Taj S.
Black, Harold A.
Cimino, Richard
Clifford, Leigh Ann
Cloyd, Kevin
Cole, Robert K
Dodge, Patti
Eckroth, Joseph
Fleig, David
Forster, Fredric J.
Garday, Louis
Gotschall, Edward
Haines, Eric
Jewett, Jennifer
Kenneally, David

---

[2] These individuals and entities directly or indirectly own more than 5% of the shares of New Century Financial Corporation.

Lambert, Robert
Lange, Donald E.
Loewenthal, Marc
McCarthy, Monika L.
Meola, Anthony
Morrice, Brad A.
Sachs, Michael M.
Theologides, Stergios
Threadgill, Jonathan
Tortorelli, Joseph
Wolf, Colleen
Zalle, Paul
Zona, Richard A.

## Professionals

AlixPartners LLP (crisis managers)
Allen Matkins Leck Gamble Mallory & Natsis LLP (special financing counsel)
Heller Ehrman LLP (counsel to Audit Subcommittee)
KPMG LLP
Lazard Freres & Co. LLC (investment banker)
O'Melveny & Myers LLP (Debtors' counsel)
Richards Layton & Finger, P.A. (Delaware Debtors' counsel)
Skadden, Arps, Slate, Meagher & Flom (special regulatory counsel)
Thatcher Proffit (special securitization counsel)
Xroads Case Management Services, LLC (claims and noticing agent)

## Debtors

New Century Financial Corporation, a Maryland corporation
New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation
New Century Mortgage Corporation, a California corporation
NC Capital Corporation, a California corporation
Home123 Corporation, a California corporation
New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation
NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership
NC Residual III Corporation, a Delaware corporation
NC Residual IV Corporation, a Delaware corporation
New Century R.E.O. Corp., a California corporation
New Century R.E.O. II Corp., a California corporation
New Century R.E.O. III Corp., a California corporation
New Century Mortgage Ventures, LLC, a Delaware corporation
NC Deltex, LLC, a Delaware corporation

4

NCORAL, L.P., a Delaware limited partnership

## EXHIBIT 2
## (CURRENT CLIENTS, SUBSIDIARIES AND/OR AFFILIATES)[1]

### Secured Creditors

Ameritech Credit Corporation
> Affiliates: AT&T Capital Services, Inc.; AT&T Corporation; Cingular Wireless; GTE San Diego, a subsidiary of AT&T Wireless Services, Inc.

Bank of America, N.A.
> Affiliates: Bank of America Alaska, NA; Bank of America, FSB; Bank of New York; New York Life

Bank of the West

Barclays Bank, PLC

CDC Mortgage Capital Inc.

CIT Communications Finance Corporation
> Affiliates: CIT Group/Business Credit, Inc.

Citigroup Global Markets Realty Corp.
> Affiliates: Citigroup Property Investors; Citigroup Global Management, Inc.

Consultants Group Commercial Funding Corp.

Countrywide Home Loans, Inc.
> Affiliates: Countrywide Financial Corporation; Countrywide Credit Industries, Inc.; Countrywide Insurance Group, Inc.; Countrywide Insurance Services, Inc.

Credit Suisse First Boston Mortgage Capital LLC

DB Structured Products, Inc
> Affiliates: Deutsche Bank AG

Deutsche Bank Trust Company Americas
> Affiliates: Deutsche Bank Securities, Inc.; Deutsche Bank

---

[1] Parties that are both current clients and former clients of Heller Ehrman are only listed on **Exhibit 2, Current Clients.** Due to the similarity of names of certain entities, Heller Ehrman was not able to determine if all entities listed herein actually are affiliates of current clients. However, out of an abundance of caution, Heller Ehrman has listed those entities which it reasonably believes may be affiliates of current clients. Some of the entities listed on Exhibit 2 may have become or will become former clients while the Debtors' bankruptcy cases are pending.

Federal National Mortgage Association

General Electric Capital Corporation
      Affiliates:  General Electric (GE); General Electric Co.

GMAC Commercial Financial LLC

Goldman Sachs Mortgage Company

Morgan Stanley Mortgage Capital Inc.

NC Capital Corporation

New Century Funding A

New Century Funding I

New Century Mortgage Securities Inc.

State Street Global Markets

UBS Real Estate Securities Inc.
      Affiliates:  UBS AG; UBS Securities Inc.

### 50 Largest Unsecured Creditors[2]

Bank of America, N.A.
      Affiliates:  Bank of America Alaska, NA; Bank of America, FSB; Bank of New
      York; New York Life

Barclays Bank PLC

ChoicePoint Precision Marketing
      Affiliates:  Choicepoint, Inc.

Citigroup Global Markets Realty Corp.

Countrywide

Credit Suisse First Boston Mortgage Capital LLC
      Affiliates:  Credit Suisse Securities (USA) LLC; Credit Suisse Group; Credit
      Suisse Securities

DB Structured Products, Inc.

---

[2] Includes certain Secured Parties.

Deutsche Bank

General Electric Capital Corporation
       Affiliates:  General Electric (GE); General Electric Co.

GMAC Commercial Finance, LLC
       Affiliates:  GMAC Commercial Mortgage Corporation

Goldman Sachs Mortgage Company
       Affiliates:  Goldman Sachs & Co.; Goldman Sachs International; Goldman Sachs
       & Co.

HSBC Bank USA, N.A.
       Affiliates:  Household Financial Group; HSBC North America, HSBC Bank
       USA, HSBC Credit Center; HSBC Private Trustee (Hong Kong) Limited Bank;
       HSBC Private Bank; HSBC Bank

INDY MAC Bank, FSB

JP Morgan Chase Bank, NA
       Affiliates:  JPMorgan Partners; JPMorgan Chase Securities; JPMorgan H&Q; JP
       Morgan Investment Management, Inc.; JP Morgan Partners LLC

Lehman Brothers Bank FSB
       Affiliates:  Lehman Brothers Trust Company, NA

Morgan Stanley Mortgage Capital Inc.

NOMURA Securities
       Affiliates:  Nomura International plc

PricewaterhouseCoopers LLP
       Affiliates:  PricewaterhouseCoopers LLP (Canada); PricewaterhouseCoopers
       International Limited

Sprint
       Affiliates:  Sprint Nextel; Sprint Communications Company, LP; Sprint Spectrum

Suntrust
       Affiliates:  Suntrust Banks, Inc.; FSB Suntrust Banks, Inc.

System Source, Inc.

Tucson Funding LLC

UBS Real Estate Securities Inc.

Washington Mutual Bank, FA and over 92 of its subsidiaries and/or affiliates

## Largest Shareholders of New Century Financial Corporation[3]

Morgan Stanley
     Affiliates:  Morgan Stanley Witter Equity Funding; Morgan Stanley Venture
     Partners

Morgan Stanley Capital Services
     Affiliates:  Morgan Stanley

## Directors and Senior Employees

Black, Harold A.
Cloyd, Kevin
Cole, Robert K
Gotschall, Edward
Lange, Donald E.
Morrice, Brad A.
Sachs, Michael M.[4]
Zona, Richard A.

## Professionals

KPMG LLP

Lazard Freres & Co. LLC (investment banker)

## Debtors[5]

New Century Financial Corporation, a Maryland corporation
New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware
corporation
New Century Mortgage Corporation, a California corporation
NC Capital Corporation, a California corporation
Home123 Corporation, a California corporation

---

    [3] These individuals and entities directly or indirectly own more than 5% of the shares of
New Century Financial Corporation.
    [4] Of the individuals listed under this subsection "Directors and Senior Employees," the
only individual currently represented by Heller Ehrman is Michael Sachs.
    [5] Heller Ehrman does not represent these debtor entities directly; they are merely
affiliates of the Debtors.

New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation
NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership
NC Residual III Corporation, a Delaware corporation
NC Residual IV Corporation, a Delaware corporation
New Century R.E.O. Corp., a California corporation
New Century R.E.O. II Corp., a California corporation
New Century R.E.O. III Corp., a California corporation
New Century Mortgage Ventures, LLC, a Delaware corporation
NC Deltex, LLC, a Delaware corporation
NCORAL, L.P., a Delaware limited partnership

10

## EXHIBIT 3
## (FORMER CLIENTS, SUBSIDIARIES AND/OR AFFILIATES)[1]

### Secured Creditors

Ameritech Credit Corporation
>Affiliates:  AT&T Ventures; AT&T Wireless Int'l Division; AT&T Resource Management Corporation; American Telephone and Telegraph Company; AT&T Network Systems

Bank of America, NA

Barclays Bank, PLC

CDC Mortgage Capital Inc.

CIT Communications Finance Corporation
>Affiliates:  CIT Group; CIT Group Fund; CIT Corporation; CIT Vendor Technology Finance

Citigroup Global Markets Realty Corp.
>Affiliates:  Citigroup/Citicorp; Citigroup Private Bank

Countrywide Home Loans, Inc.
>Affiliates:  Countrywide Thrift and Loan; Countrywide Financial Corporation; Countrywide Capital Markets, Inc.

Deutsche Bank Trust Company Americas
>Affiliates:  Deutsche Bank Alex Brown Inc.; Deutsche Bank; Deutsche Bank AG

Federal National Mortgage Association

General Electric Capital Corporation
>Affiliates:  General Electric Aircraft Engine Business Group; General Electric Venture Capital; General Electric Credit Corporation; General Electric, Inc.; General Electric Mortgage Services, Inc.; GE Aircraft Engines; GE Capital Healthcare Financial Services; GE Capital Small Business Finance; GE Capital Realty Group, Inc.; GE Capital Asset Management Corporation; General Electric Power Systems; GE Capital Information Technology Solutions; GE Capital Corporation/Auto Lease; GE Capital Financial Services, Inc.; General Electric

---

[1] Due to the similarity of names of certain entities, Heller Ehrman was not able to determine if all entities listed herein actually are affiliates of former clients. However, in exercising an abundance of caution, Heller Ehrman has listed those entities which it reasonably believes may be affiliates of former clients. Some of the entities may be both current and former clients based upon the nature of Heller Ehrman's representation of such entities.

Company; CE Fanuc Automation Americas, Inc.; GE Surgical; GE Commercial
Finance

Goldman Sachs Mortgage Company
    Affiliates:  Goldman Sachs & Co.; Goldman Sachs (Asia), LLC; Bankers Trust
    Company

Greenwich Capital Financial Products, Inc.
    Affiliates:  Greenwich Capital Markets, Inc.

Morgan Stanley Mortgage Capital Inc.

Sterling Bank
    Affiliates:  Sterling Bank & Trust FSB

The CIT Group/Equipment Financing

U.S. Bancorp Equipment Finance, Inc.
    Affiliates:  US Bancorp; U.S. Bancorp Leasing; US Bank NA; US Bank of
    Washington

U.S. Bank National Association
    Affiliates:  US Bancorp; U.S. Bancorp Leasing; US Bank NA; US Bank of
    Washington

UBS Real Estate Securities Inc.

## 50 Largest Unsecured Creditors[2]

Assurant Specialty Property Insurance
    Affiliates:  American Security Group (aka Assurant Group)

Bank of America, N.A.

Barclays Bank PLC
    Affiliates:  Barclays Bank of California; Barclays Business Credit, Inc.; Barclays
    Private Bank Limited; Barclays Global Investors

Citigroup Global Markets Realty Corp.

Countrywide

Credit Suisse First Boston Mortgage Capital LLC

---

[2] Includes certain Secured Parties.

12

Affiliates:  Credit Suisse First Boston; Credit Suisse Leasing; Credit Suisse First Boston Technology Group

DB Structured Products, Inc.

Deutsche Bank

EMC Mortgage Corporation
Affiliates:  EMC Corporation

General Electric Capital Corporation

Goldman Sachs Mortgage Company

HSBC Bank USA, N.A.
Affiliates:  HSBC Bank plc; HSBC International Trustee Limited

JP Morgan Chase Bank, NA
Affiliates:  JP Morgan Securities, Inc.; JP Morgan H&Q; JP Morgan Investment Management, Inc.; JP Morgan Partners LLC

Lehman Brothers Bank FSB
Affiliates:  Shearson Lehman/American Express; Shearson-Lehman Brothers, Inc.

Morgan Stanley Mortgage Capital Inc.

NOMURA Securities
Affiliates:  Nomura International plc; Nomura Asset Capital Corporation; Nomura Securities International

PricewaterhouseCoopers LLP
Affiliates:  Price Waterhouse LLP; Price Waterhouse Europe; Price Waterhouse; Price Waterhouse – Hong Kong

Sprint
Affiliates:  Sprint Communications Company; Sprint Spectrum

Suntrust
Affiliates:  Suntrust Bank South Florida N.A.

UBS Real Estate Securities Inc.
Affiliates:  Union Bank of Switzerland; UBS Securities LLC

Washington Mutual Bank, FA

### Largest Shareholders of New Century Financial Corporation[3]

Morgan Stanley
> Affiliates: Morgan Stanley & Co., Inc; Morgan Stanley Venture Partners;
> Morgan Stanley Dean Witter & Company; Morgan Stanley Real Estate

Morgan Stanley Capital Services

Hotchkis and Wiley Capital Management LLC

### Professionals

AlixPartners LLP (crisis managers)
Allen Matkins Leck Gamble Mallory & Natsis LLP (special financing counsel)
O'Melveny & Myers LLP (Debtors' counsel)
Richards Layton & Finger, P.A. (Delaware Debtors' counsel)

### Debtors[4]

New Century Financial Corporation, a Maryland corporation
New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation
New Century Mortgage Corporation, a California corporation
NC Capital Corporation, a California corporation
Home123 Corporation, a California corporation
New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation
NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership
NC Residual III Corporation, a Delaware corporation
NC Residual IV Corporation, a Delaware corporation
New Century R.E.O. Corp., a California corporation
New Century R.E.O. II Corp., a California corporation
New Century R.E.O. III Corp., a California corporation
New Century Mortgage Ventures, LLC, a Delaware corporation
NC Deltex, LLC, a Delaware corporation
NCORAL, L.P., a Delaware limited partnership

---

[3] These individuals and entities directly or indirectly own more than 5% of the shares of New Century Financial Corporation.

[4] Heller Ehrman has not represented these debtor entities directly; they are merely affiliates of the Debtors.

14