# Exhibit C

# HELLER EHRMAN WHITE & MCAULIFFE

ATTORNEYS
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

601 SOUTH FIGUEROA STREET
40TH FLOOR
LOS ANGELES
CALIFORNIA 90017-5758

TELEPHONE: (213) 689-0200
FACSIMILE: (213) 614-1868

NEAL H. BROCKMEYER
(213) 689-7507
nbrockmeyer@hewm.com

September 29, 1998

SAN FRANCISCO
LOS ANGELES
PALO ALTO

SEATTLE
PORTLAND
TACOMA
ANCHORAGE

WASHINGTON, D C
HONG KONG
SINGAPORE

25126-0001

PERSONAL & CONFIDENTIAL

Mr. Michael M. Sachs
c/o Westrec Financial, Inc.
16633 Ventura Boulevard
Sixth Floor
Encino, California 91436

Re:   New Century Financial Corporation

Dear Mike:

I am writing to confirm that this firm has been engaged to represent the Audit Committee of New Century Financial Corporation (the "Company"), of which you are serving as Chairman, in connection with its evaluation of the internal audit function within the Company and such other matters as may be referred to us from time to time by the Audit Committee. The purpose of this letter is to outline the basic terms of our engagement.

Our standard practice is to bill monthly for both services and costs. Our charges for legal services are based on hourly rates for attorneys and other professional staff, as established from time to time. At present, our hourly rates range from $105 to $450 for attorneys and from $35 to $210 for legal assistants, based on years of practice, training, specialization and professional accomplishment. My hourly rate is $335.

Certain ancillary services such as computer research, document reproduction and word processing are utilized more extensively in connection with some matters than others. Consequently, such services are billed on the basis of direct utilization. Our bills are payable on receipt. Any bill unpaid for 30 days or more will be subject to a late payment charge of .83% per month on all overdue amounts until paid. It is our understanding that payment for our services will be made by the Company, and that

EXHIBIT C

Mr. Michael M. Sachs  
September 29, 1998  
Page 2

HELLER EHRMAN WHITE & McAULIFFE  
ATTORNEYS

neither you nor any other member of the Audit Committee shall have any personal responsibility for our fees or other charges.

    We appreciate this opportunity to serve you and look forward to working with you and the other members of the Audit Committee. Please feel free to discuss with me any aspect of the firm's representation, including personnel and billing. As you may know, you have the right to terminate our representation at any time. We also reserve the right to withdraw from representation, including if any bills remain delinquent for what we regard as an excessive period of time.

Very truly yours,

Neal H. Brockmeyer

57570.01.LA

EXHIBIT C