UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2007 APR 30 AM 10: 52
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NEW CENTURY HOLDINGS, INC., a Delaware corporation, et al.,

Debtor

Case No.: 07-10416 (KJC)

Chapter 11

**REQUEST FOR SPECIAL NOTICE**

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE DEBTOR, ITS ATTORNEY OF RECORD AND ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that Creditor, Rich F. Martin hereby enters his appearance in accordance with Federal Rule of Bankruptcy Procedure 9010, and, pursuant to 11 U.S.C. §§102(1) and 342 and Federal Rules of Bankruptcy Procedure 2002 and 9007, request that all notices given or required to be given in this case and all papers served or required to be served in this case also be given to and served upon the following:

Rich F. Martin
8109 Santa Luz Village Green South
San Diego, CA 92127
richfmartin@gmail.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile transmission, telegraph, telex or otherwise, which affect or seek to affect in any way any rights or interest of the above referenced creditor.

999999.901019/699791.01

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the rights of the Creditor (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which it may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

Dated: 4/25/07

_____
Rich F. Martin

Error! Reference source not found.

999999.901019/699791.01