**FILED**
2007 APR 30 AM 11: 13

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                              :        Chapter 11

NEW CENTURY TRS HOLDINGS,            :        Case No. 07-10416 (KJC)
INC., a Delaware corporation, et al.,
                                                    :        Jointly Administered
        Debtors.

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that PENNSBURY VILLAGE BOROUGH (hereinafter referred to as "Pennsbury Village") hereby appears in the above captioned case by its counsel, Goldberg, Kamin & Garvin and John J. Arminas, Esquire; such counsel hereby enters their appearance pursuant to §1109(b) of Title 11 of the United States Code, 11 U.S.C. §101, et seq. (the "Bankruptcy Code") and Fed. R. Bankr. P. 9010(b); and such counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017 and 9007 and §§342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon him at the following address and telephone number:

> John J. Arminas, Esquire
> Goldberg, Kamin & Garvin
> 1806 Frick Building
> 437 Grant Street
> Pittsburgh, PA 15219
> (412) 281-1119 (Phone)
> (412) 281-1121 (Fax)
> johna@gkgattorneys.com (E-mail)

Please take further notice that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, any notice, application, complaint,

demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopy, telegraph, telex, or otherwise filed or made with regard to the referenced case and all proceedings therein.

This Notice of Appearance and Demand for Service of Papers is not (a) a waiver or release of Pennsbury Village Borough's rights against any person, entity or property; (b) a consent by Pennsbury Village to the jurisdiction of this Court with respect to this case or other cases, if any, commenced in the case against or otherwise involving Pennsbury Village Borough; (c) a waiver or release of Pennsbury Village Borough's right to trial by jury as to any and all matters so triable herein or in other matters or proceedings, if any, commenced in the case against or otherwise involving Pennsbury Village Borough or in any case, controversy or proceeding related hereto, whether or not the same be designated legal or private rights and notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. Section 157(b)(2), and whether such jury trial right is pursuant to statute of the United States Constitution; (d) a waiver or release to Pennsbury Village Borough's right to have any and all final orders in any and all non-core matters or proceedings entered only after de novo review by a United States District Court Judge; (e) a waiver to the right to move to withdraw the reference in any proceeding, which may be commenced in this case against, or otherwise involving Pennsbury Village Borough; or (f) an election of remedy.

Respectfully Submitted,

GOLDBERG, KAMIN & GARVIN

By: _____
JOHN J. ARMINAS, ESQUIRE
PA I.D NO. 87699

GOLDBERG, KAMIN & GARVIN
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219
(412) 281-1119

Attorneys for PENNSBURY VILLAGE BOROUGH