# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Case No. 07-10416 (KJC) |
| NEW CENTURY TRS | ) Chapter 11 |
| HOLDINGS, INC., *et al.*, | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) |

## NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

PLEASE TAKE NOTICE THAT, pursuant to Bankruptcy Rule 9010(b), the undersigned are appearing on behalf of MACK-CALI REALTY CORPORATION ("Mack-Cali Realty"), creditor and party in interest in this case.

Pursuant to Bankruptcy Rules 2002, 3017 and 9010, the undersigned request that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and/or other parties provide in accordance with Rule 2002 be served upon the persons set forth below:

> Lisa C. McLaughlin, Esquire
> Phillips, Goldman & Spence, P.A.
> 1200 North Broom Street
> Wilmington, DE 19806
> (302) 655-4200
> (302) 655-4210 (Fax)
> lcm@pgslaw.com

> and

> Carlos G. Manalansan, Esquire
> Wolff & Samson, PC
> The Offices of Crystal Lake
> One Boland Drive
> West Orange, NJ 07052
> (973) 530-2106
> (973) 530-2306 (Fax)
> cmanalansan@wolffsamson.com

This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, facsimile, telegraph, telex or otherwise.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Mack-Cali Realty's rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, setoffs, or recoupments to which Mack-Cali Realty is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Mack-Cali Realty expressly reserves.

    PHILLIPS, GOLDMAN & SPENCE, P.A.

    _/s/ Lisa C. McLaughlin_
    LISA C. McLAUGHLIN, ESQUIRE (#3113)
    1200 North Broom Street
    Wilmington, DE 19806
    (302) 655-4200
    (302) 655-4210 Fax
    lcm@pgslaw.com

    and

    WOLFF SAMSON, PC
    CARLOS G. MANALANSAN, ESQUIRE
    The Offices of Crystal Lake
    One Boland Drive
    West Orange, NJ 07052
    (973) 530-2106
    (973) 530-2306 (Fax)
    cmanalansan@wolffsamson.com

Dated: May 2, 2007    Co-counsel to Mack-Cali Realty Corporation