

Weber Systems, Inc.

April 3, 2007

102 W.Wadley #24 pmb 152
Midland TX 79705

To: Andrew Vara, US Bankruptcy Trustee
From: Jeffrey Weber

PH: 432.687.5445
FAX: 432.687.5445

Subject: New Century Financial Corp. case 07-10416, equity committee request

EMAIL: jeffweber1@sbcglobal.net
WEB: www.jeffweber.net

FILED 2007 APR 30 PM 12:29 US BANKRUPTCY CLERK DISTRICT OF DELAWARE

Dear Mr. Vara:

I am an owner of equity securities of New Century Financial Corp. The purpose of my letter is to encourage your office to consider forming an equity committee in this bankruptcy filing. I believe formation of such equity committee is warranted for the following reasons:
1. Based on New Century's financials and press reports, I believe significant value exists in this enterprise which can be realized by equity if its interests are properly represented.
2. I suspect the interests of New Century's current management and board may not be completely aligned with the interests of equity. You are no doubt aware of ongoing SEC investigations into management's accounting practices and possible securities law violations.
3. Certain creditors in this case have communicated their interest to expand their activities in mortgage lending. I believe these creditors may have a desire to purchase assets at distressed prices to the detriment of equity holders.

If you do form an equity committee, I would like to be considered by your office for appointment as a committee member. My current holdings of New Century equity are relatively small. I hold equity personally. Also I am the sole shareholder of Weber Systems Inc. Weber Systems is also a shareholder. A summary follows:

```
personal holdings
common       3000 shares
common       options to buy 2000 shares
preferred b  1500 shares
preferred c  2500 shares

Weber Systems Inc holdings
common       9000 shares
common       options to buy 1000 shares
```

In my opinion, my primary qualification for appointment to an equity committee in this case is my experience as an equity committee member in bankruptcy case 03-12227-PJW, Seitel Inc. A brief summary of the case and its disposition follows:

1. After the chapter 11 filing, Berkshire Hathaway, the principle debtor, offered equity 10mm for its interest. Berkshire maintained that in fact this equity had no value, but that the offer was "a gift."
2. A proxy vote ensued. Berkshire's offer was voted down by shareholders.
3. The equity committee offered an alternative reorganization plan consisting of a debt refinancing and equity infusion via a guaranteed rights offering to existing shareholders. The rights were tradable, which afforded an opportunity for existing equity holders who did not wish to participate in the equity infusion, to sell their rights and extract value.
4. After lengthy negotiations with Seitel's management and board, the debtors backed equity's reorganization plan.
5. The debt refinancing and rights offering were successful. All debtors were paid in full. The value of equity increased to over 100mm post rights offering, more than 10 times Berkshire's offer.
6. Post reorg, Seitel subsequently accepted an offer of 3.70 per share (155mm shares) from ValueAct Capital in 2006. The deal closed in February of this year. The total amount realized by equity via this sale was in excess of 570mm, 57 times Berkshire's offer.

Feel free to contact me if you wish to discuss this matter in more detail. I am currently in my office in Europe.

Regards,

Jeffrey Weber