IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
DIVISION

FILED
2007 APR 30 PM 12: 33
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                    Case No: 07-10416

NEW CENTURY TRS HOLDINGS,                                 Chapter: 11
INC., a Delaware corporation, et al.,
_____/
Debtor (s)

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**I HEREBY FILE** this Notice of Appearance on behalf of creditor, KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR, and request that he is provided with copies of all further notices and pleadings filed herein.

Name to be added to the Matrix as follows:

Susan D. Profant, CFCA, CLA, Paralegal
KEN BURTON, JR., Manatee County Tax Collector
P. O. Box 25300
Bradenton, Florida 34206-5300
819 U.S. 301 Blvd. West
Bradenton, Florida 34205
Phone: (941) 741-4832
Facsimile: (941) 741-4865
e-mail: susanp@taxcollector.com

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was delivered by U.S. Mail this 24th day of April, 2007 to the following:

**Debtor:**   New Century TRS Holdings, Inc.
           18400 Von Karman Avenue, Suite 1000, Irvine, CA  92612

**Attorney for Debtor:**   RICHARDS, LAYTON & FINGER, P.A.
                        One Rodney Square, 920 North King Street, Wilmington, DE  19801

**Trustee:**   Joseph J. McMahon, Jr.
            844 King Street, Room 2313, Wilmington, DE  19899

_____
Susan D. Profant, CFCA, CLA, Paralegal
KEN BURTON, JR., TAX COLLECTOR
MANATEE COUNTY, FLORIDA
PO BOX 25300
BRADENTON, Florida 34206-5300
(941) 741-4832