Andrea Sheehan
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 North Central Expressway
Dallas, Texas 75205
(214) 521-8000 Telephone
(214) 521-1738 Facsimile
sheehan@txschoollaw.com

ATTORNEYS FOR CARROLLTON-FARMERS
BRANCH INDEPENDENT SCHOOL DISTRICT,
GARLAND INDEPENDENT SCHOOL DISTRICT, AND
LEWISVILLE INDEPENDENT SCHOOL DISTRICT

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **NEW CENTURY TRS HOLDINGS,** | § | **CASE NO. 07-10416 (KJC)** |
| **INC., a Delaware Corporation,** *et al.* | § | |
| | § | **CHAPTER 11** |
| | § | |
| **Debtors.** | § | |
| | § | |

**LIMITED OBJECTION OF CARROLLTON-FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT, GARLAND INDEPENDENT SCHOOL DISTRICT AND LEWISVILLE INDEPENDENT SCHOOL DISTRICT TO DEBTORS' EMERGENCY MOTION FOR (I) AN ORDER (A) APPROVING BIDDING PROCEDURES AND BID PROTECTIONS IN CONNECTION WITH AUCTION OF CERTAIN ASSETS, (B) SCHEDULING HEARING TO CONSIDER PROPOSED SALE OF CERTAIN ASSETS AND APPROVING FORM AND MANNER OF NOTICE THEREOF AND (C) GRANTING RELATED RELIEF AND (II) AN ORDER (A) APPROVING THE PROPOSED SALE AND (B) GRANTING RELATED RELIEF**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Now come Creditors Carrollton-Farmers Branch Independent School District, Garland Independent School District and Lewisville Independent School District (hereinafter collectively referred to as the "School Districts"), and file this their Limited Objection to Debtors' Emergency Motion for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets … and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief

(hereinafter the "Greenwich Sale Motion"), and would respectfully show the Court in support thereof the following:

1.    The School Districts are political subdivisions of the State of Texas, authorized to assess and collect ad valorem taxes on property located within their taxing jurisdictions.  To the extent Debtors own any tangible business personal property or real property located within CFBISD, LISD or GISD, the School Districts hold liens for all 2006 and prior unpaid taxes on the properties, as well as for any incurred but not yet assessed 2007 taxes.  While it is early in Debtors' case, schedules have not been filed, and a bar date has not been set, the School Districts anticipate having secured claims in excess of $35,000 for property currently listed on the tax rolls as being owned by Debtors.

2.    Pursuant to Texas law, a lien automatically attached to Debtors' property located within the School Districts on January 1 of each tax year to secure payment of all taxes, penalties, and interest ultimately imposed on the Debtors' property by the School Districts for the respective tax years on property located within the School Districts' taxing jurisdictions.  Texas Tax Code §32.01 provides in relevant part:

(a)    On January 1 of each year, a tax lien attaches to property to secure the payment of all taxes, penalties, and interest ultimately imposed for the year on the property . . .

(b)    A tax lien on inventory, furniture, equipment, or other personal property is a lien in solido and attaches to all inventory, furniture, equipment, and other personal property that the property owner owns on January 1 of the year the lien attaches or that the property owner subsequently acquires.

…

3.    Pursuant to TEX. TAX CODE ANN. §32.05(c), the School Districts' secured tax liens "take[] priority over the claim of any creditor of a person whose property is encumbered by the lien[s] and over the claim of any holder of a lien on property encumbered by the tax lien[s], whether or not the debt or lien existed before the attachment of the tax lien[s]."  Therefore, the School Districts have first priority liens on taxed property.

4.    In its Greenwich Sale Motion, the Debtors seek to sell loans and "residual interests in securitization trusts".  Based on the definitions in the Asset Purchase Agreement, such assets may not

2

include any real or personal property subject to the School District's tax liens.  However, in an abundance of caution, the School Districts file this limited objection seeking to clarify in the Sale Order that (a) the sale does not include any real or business personal property owned by Debtor and (b) to the extent that any of the loans sold involve properties in Texas and such loans have been foreclosed, leaving Debtors with an ownership interest in the subject property, the sale will be subject to any and all ad valorem tax liens on the property.   This issue is of particular concern to the extent that any "proceeds" of this sale may be in the form of a credit to monies owed to the DIP or other secured lenders.  With such credit proceeds, there may not be any cash proceeds to which existing liens may attach, and therefore, simply stating that all liens will attach to proceeds will not adequately protect the School Districts' tax liens, if any, on the property to be sold.

WHEREFORE, PREMISES CONSIDERED, Creditors Carrollton-Farmers Branch Independent School District, Garland Independent School District and Lewisville Independent School District submit this Limited Objection and request that the Sale Order either (1) specify that no real or tangible business personal property subject to ad valorem tax liens will be subject to the sale or (2) any real or tangible business personal property subject to ad valorem tax liens will be sold subject to such liens to the extent the taxes are not paid at the time of sale.

Respectfully submitted,

/s/ Andrea Sheehan
Andrea Sheehan
Texas Bar No. 24002935
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 North Central Expressway
Dallas, Texas  75205
(214) 521-8000  Phone
(214) 521-1738  Fax

Attorney for Carrollton-Farmers Branch
Independent School District, Garland
Independent School District and
Lewisville Independent School District

3

## CERTIFICATE OF SERVICE

I hereby certify that I have forwarded a true and correct copy of the the parties listed below via US First Class Mail and facsimile this 2nd day of May 2007.

/s/ Andrea Sheehan
ANDREA SHEEHAN

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE  19801
Fax: 302-651-7701

Thomas S. Kiriakos, Esq.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Fax: 312-706-8232

Suzanne Uhland, Esq.
and Brophy Christensen, Esq.
O'Melveny & Myers LLP
275 Battery Street, Ste. 2600
San Francisco, CA  94111
Fax: 415-984-8701

Steven K. Kortanek, Esq.
Womble, Carlyle, Sandridge & Rice, PLLC
222 Delaware Ave., Ste. 1501
Wilmington, DE  19801
Fax: 302-661-7728

Ben H. Logan, Esq.
O'Melveny & Meyers LLP
400 South Hope Street
Los Angeles, CA  90071
Fax: 213-430-6407

Office Of US Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801
Fax: 302-573-6497

Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Ave.
New York, NY  10022
Fax: 212-478-7400

Bonnie Glantz Fatell, Esq.
Bland Rome LLP
Chase Manhattan Center
1201 Market St., Ste 800
Wilmington, DE  19801
Fax: 302-428-5110

4