# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*,[1] | Case No. 07-10416 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE OF COUNSEL AND
## DEMAND FOR NOTICES AND PAPERS

Please take notice that the undersigned firm of William D. Sullivan, LLC hereby enters its appearance as counsel to Nabih Mangoubi and Esther Mangoubi, as beneficiaries of Illinois Land Trust No. R-3679 that is the landlord of the premises located at 500 Peterson Road, Libertyville, IL 60048, in the above-captioned cases, pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC, a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

pleadings given or filed in the above-captioned cases be given and served upon the following person(s) at the following addresse(s), telephone and telecopy number(s):

> Elihu E. Allinson, III, Esq.
> WILLIAM D. SULLIVAN, LLC
> Attorneys and Counselors at Law
> 4 East 8th Street, Suite 400
> Wilmington, DE 19801
> Telephone: (302) 428-8191
> Telefax: (302) 428-8195
> Email: zeke@williamdsullivanllc.com

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) The Mangoubi's rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which the Mangoubis are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Mangoubis expressly reserve.

Dated: April 27, 2007
       Wilmington, Delaware

                        WILLIAM D. SULLIVAN, LLC

                        /s/ Allinson II
                        William D. Sullivan (No. 2820)
                        Elihu E. Allinson, III (No. 3476)
                        4 East 8th Street, Suite 400
                        Wilmington, DE  19801
                        (302) 428-8191

                        *Attorneys for Nabih Mangoubi and Esther*
                        *Mangoubi, as beneficiaries of Illinois Land Trust*
                        *No. R-3679, landlord of the premises located at 500*
                        *Peterson Road, Libertyville, IL  60048*