**CERTIFICATE OF SERVICE**

I, Elihu E. Allinson, III, hereby certify that on the 2nd day of May, 2007, I caused a copy of the foregoing *Notice of Appearance of Counsel and Demand for Notices and Papers* to be served via U.S. Mail, First Class, postage prepaid upon the parties listed below and upon all other parties who have agreed to accept electronic service by electronic notification.

| | |
|---|---|
| Christopher M. Samis, Esq.<br>Chun I. Jang, Esq.<br>Mark D. Collins, Esq.<br>Michael Joseph Merchant, Esq.<br>Paul Noble Heath, Esq.<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19801 | Suzzanne S. Uhland, Esq.<br>Ben H. Logan, Esq.<br>Victoria Newmark, Esq.<br>Emily R. Culler, Esq.<br>O'Melveny & Meyers LLP<br>275 Battery Street<br>San Francisco, CA 94111 |

Under penalty of perjury, I declare the foregoing to be true and correct.

*May 2, 2007*
Date

Elihu E. Allinson, III