## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Elihu E. Allinson, III, hereby certify that on the 2nd day of May, 2007, I caused a copy of the foregoing *Notice of Appearance of Counsel and Demand for Notices and Papers* to be served via U.S. Mail, First Class, postage prepaid upon the parties listed below.

Bank One Chicago N.A.
800 Davis Street
Evanston, IL 60201
Attn: Trustee of Illinois Land Trust No. R-3679

First Bank & Trust of Evanston
500 Peterson Road
820 Church Street
Evanston, IL  60201
Attn: Trustee of Illinois Land Trust No. R-3679

Under penalty of perjury, I declare the foregoing to be true and correct.

*May 2, 2007*　　　　　　　　　　　　　　　　　　　*[signature]*
Date　　　　　　　　　　　　　　　　　　　　　　　Elihu E. Allinson, III