IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-10416 (KJC) <br><br> Jointly Administered |

## **LIMITED OBJECTION TO ASSUMPTION AND ASSIGNMENT**

Premier Print and Services Group, Inc. ("Premier Print and Services"), by and through its undersigned counsel, hereby raises this limited objection to the cure amount suggested by the Debtors in connection with the proposed sale of assets associated with the Debtors' Loan Servicing Assets and the proposed assumption of a certain contract between the Debtors and Premier Print and Services. The grounds for this Limited Objection are as follows:

1. Prior to the Petition Date, Premier Print and Services entered into a "Master Services Agreement" with Debtor New Century Mortgage Corporations ("New Century"). Under this agreement Premier Print and Services was to provide archival and image creation services with respect to certain information provided by New Century. In addition, Premier Print and Services agreed to provide access to this information to New Century and its customers via a web page maintained by New Century. In exchange, New Century agreed to pay Premier Print and Services certain fees. Premier Print and Services has performed all of its obligations under the Master Services Agreement; but New Century has failed to pay *anything* for these services. Currently, the amount owed to Premier Print and Services is $152,937.87.

2. In connection with the proposed sale of the Debtors' Loan Servicing Assets, Premier Print and Services received a Notice indicating, on Exhibit B, that the Master Services

1

Agreement would be assumed and assigned to Carrington Mortgage Services, LLC.[1]  The Debtors assigned a cure amount of zero dollars to the Master Services Agreement.  Premier Print and Services hereby objects that the cure amount is actually $152,937.87.

3.	Prior to the Petition Date, representatives of the Debtors contacted Premier Print to request additional services related to the Master Services Agreement.  Debtors also indicated they might wish to terminate the agreement.  No agreement was reached by the Debtors and Premier Print Services on either issue.  Therefore, the cure amount set forth above does not account for early termination of the Master Services Agreement, or for goods or services not expressly provided for therein.  Premier Print and Services reserves its right to insist that the Master Services Agreement be assumed and assigned "as is" and its right to charge additional amounts for extra services or early termination.

4.	Premier Print and Services does not presently intend to dispute whether the proposed assignee, Carrington Mortgage Services LLC, can provide adequate assurance of its ability to perform under the Master Services Agreement.  Premier Print and Services expressly reserves its right to raise "adequate assurance" concerns in the event that another party emerges as a successful bidder after an auction for the Debtors' loan servicing assets.  To the extent that the Debtors' notices purport to require contract parties such as Premier Print and Services to raise these objections prior to the time that a winning bidder is identified, Premier Print and Services objects on due process grounds.

---

[1] The Notice actually refers to a Master Services Agreement between Premier Print and Services and "New Premier Print and Services Group, Inc."  We assume the latter name was a typographical error.

5. Accordingly, for the reasons stated above, Premier Print and Services respectfully requests that its cure amount be set at $152,937.87 and that the relief sought by the Debtors with respect to the Master Services Agreement be modified consistent with this Limited Objection.

Dated: May 2, 2007

STEVENS & LEE, P. C.

By: */s/ Joseph Grey*
Joseph Grey (ID 2358)
1105 North Market Street, Seventh Floor
Wilmington, DE  19801
TEL:  (302) 654-5180
FAX: (302) 654-5180
E-MAIL:  jg@stevenslee.com

Attorneys for Premier Print and Services Group, Inc.

SL1 719411v1/102429.00001

**CERTIFICATE OF SERVICE**

I, Joseph Grey, hereby certify that on May 2, 2007, the foregoing Limited Objection was served by the Court's CM/ECF electronic filing system upon those parties who have appeared in this case and to counsel listed below by first class United States mail, postage prepaid:

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Suzzanne S. Uhland, Esquire
Brophy Christensen
Ben Myers, Esquire
O'Melveny & Myers LLP
275 Battery Street, Suite 2600
San Francisco, CA  94111

Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

United States Trustee
844 King Street, Room 2207
Lockbox No. 35
Wilmington, DE  19899-0035

Thomas S. Kiriakos, Esquire
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606

Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1202 Market Street, Suite 800
Wilmington, DE  19801

        */s/ Joseph Grey*
        JOSEPH GREY (I.D. #2358)