# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-10416 (KJC) <br><br> (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Please take notice that Duane Morris LLP hereby enters its appearance on behalf of Hartford Fire Insurance Company in the above-captioned bankruptcy cases. Pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Duane Morris LLP requests that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the address, telephone and facsimile numbers and electronic mail addresses indicated:

| | |
|---|---|
| Michael R. Lastowski (DE 3892) <br> Christopher M. Lastowski (DE 4163) <br> DUANE MORRIS LLP <br> 1100 North Market Street, Suite 1200 <br> Wilmington, DE 19801 <br> Telephone: (302) 657-4900 <br> Facsimile: (302) 657-4901 <br> E-mail: mlastowski@duanemorris.com <br> cmwinter@duanemorris.com | T. Scott Leo, Esquire <br> Grace Winkler Cranley, Esquire <br> LEO & WEBER, P.C. <br> One N. LaSalle Street, Suite 3600 <br> Chicago, IL 60602 <br> Telephone: (312) 857-0910 <br> Facsimile: (312) 857-1240 <br> E-mail: sleo@leoweber.com <br> gcranley@leoweber.com |

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or

conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases or the rights of Hartford Fire Insurance Company.

Dated: May 2, 2007
      Wilmington, Delaware

DUANE MORRIS LLP

_____
Michael R. Lastowski (DE 3892)
Christopher M. Winter (DE 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:   mlastowski@duanemorris.com
           cmwinter@duanemorris.com

*Attorneys for Hartford Fire Insurance Company*

DM3\509462.1