IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br>a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service of a copy of the **Notice of Appearance and Request for Service of Papers** was made on May 2, 2007 upon the following individuals *via* first class mail, postage prepaid:

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Counsel for the Debtor*

Joseph J. McMahon, Jr., Esquire
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
*United States Trustee*

Suzzanne S. Uhland, Esquire
Ben H. Logan, Esquire
Victoria Newmark, Esquire
Emily R. Culler, Esquire
O'Melveny & Myers LLP
275 Batter Street
San Francisco, CA 94111
*Counsel for the Debtor*

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Counsel to the Official Committee of Unsecured Creditors*

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue
14th & 15th Floor
New York, NY 10022
*Counsel to the Official Committee of Unsecured Creditors*

DM3\509462.1

2

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: May 2, 2007  
       Wilmington, Delaware

DUANE MORRIS LLP

_____  
Christopher M. Winter (DE 4163)  
1100 North Market Street, Suite 1200  
Wilmington, DE 19801  
Telephone:  (302) 657-4900  
Facsimile:  (302) 657-4901  
E-mail:  cmwinter@duanemorris.com