Elizabeth Banda
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
P.O. Box 13430
Arlington, Texas 76094-0430
Phone: (817) 461-3344
FAX: (817) 860-6509
Email: ebanda@pbfcm.com

ATTORNEY FOR ARLINGTON ISD, ET AL.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC. | § | |
| | § | Case No. 07-10416-KJC |
| | § | |
| Debtors. | § | Jointly Administered |

**TEXAS TAX UNITS' LIMITED OBJECTION TO EMERGENCY MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR (I) AN ORDER (A) APPROVING BIDDING PROCEDURES AND BID PROTECTIONS IN CONNECTION WITH AUCTION OF CERTAIN ASSETS,(B) SCHEDULING HEARING TO CONSIDER PROPOSED SALE OF CERTAIN ASSETS AND APPROVING FORM AND MANNER OF NOTICE THEREOF AND (C) GRANTING RELATED RELIEF AND (II) AN ORDER (A) APPROVING THE PROPOSED SALE AND (B) GRANTING RELATED RELIEF**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

Arlington ISD, Mansfield ISD, Fort Worth ISD, Princeton ISD, City of Princeton, Whitewright ISD, City of Whitewright, Celina ISD, City of Cedar Hill, Cedar Hill ISD, Castleberry ISD, City of Hurst, Richardson ISD, Clear Creek I.S.D., Willis I.S.D., Texas National M.U.D., Greater Southeast Management District, Harris County M.U.D. #162, Harris County W.C.I.D. #145, Alief I.S.D., Harris County M.U.D. #372, Spring I.S.D., Chelford City M.U.D., Humble I.S.D., Harris County M.U.D. #151, Harris County W.C.I.D. #92, Trail of the

Lakes M.U.D., Remington M.U.D. #1, Harris County M.U.D. #165, Harris County M.U.D. #96 (the "Arlington ISD, et al. "), file this their Limited Objection to the EMERGENCY MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR (I) AN ORDER (A) APPROVING BIDDING PROCEDURES AND BID PROTECTIONS IN CONNECTION WITH AUCTION OF CERTAIN ASSETS,(B) SCHEDULING HEARING TO CONSIDER PROPOSED SALE OF CERTAIN ASSETS AND APPROVING FORM AND MANNER OF NOTICE THEREOF AND (C) GRANTING RELATED RELIEF AND (II) AN ORDER (A) APPROVING THE PROPOSED SALE AND (B) GRANTING RELATED RELIEF, (the "Motion"), and respectfully

show this Court as follows:

    1.    The Arlington ISD, et al. are subdivisions of the State of Texas and, as such, are authorized to levy and assess ad valorem taxes on the value of property located within their taxing jurisdictions as of January 1 of each tax year.

    2.    The Arlington ISD, et al. hold secured pre-petition claims for ad valorem property taxes for delinquent and estimated 2007 taxes which were incurred on January 1, 2007 against property of the Debtor. As this case is in its early stages and the Debtor's schedules have not yet been filed, it is extremely difficult to ascertain the exact amounts of all potential claims as well as the exact number of claimants that the undersigned's law firm represents. These claims are secured by prior perfected continuing enforceable tax liens upon the property of the Debtor, as provided by Sections 32.01 and 32.05(b) of the Texas Property Tax Code.

    3.    The Arlington ISD, et al. object to Debtor's Motion to the extent that the "pool of slightly over 2,000 residential mortgage loans" that are the subject of the sale would include any

interests held by Arlington ISD, et al. That is, Arlington ISD, et al. object to the Motion and the sale if any of the Debtor's real or business personal property, where the Debtors have foreclosed on the loans, which are subject to Arlington ISD, et al.'s secured tax liens will be sold free and clear of their secured tax liens.

4.  With certain limited exceptions which are not applicable in this case, Section 32.05(c) of the Texas Property Tax Code states that secured tax liens have prior liens in the property. As such, the Arlington ISD, et al. assert their liens cannot be primed by liens of junior secured lienholders.

5.  To the extent the proposed sale contemplates the sale of assets that are encumbered by liens of Arlington ISD, et al., those liens must be satisfied at the time of any such sale, or, in the alternative, as adequate protection of their liens, the Arlington ISD, et al. secured liens must be preserved and attach to any such encumbered assets to secure the payment of said liens until all taxes, penalties, and interest that may ultimately accrue are paid in full pursuant to state law.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, the Arlington ISD, et al. request this Honorable Court to deny the Debtor's Motion to the extent it proposes to sell any real or business personal property that is encumbered by their secured first priority tax liens without adequately protecting their secured tax liens and for all other relief as is just and proper.

        Respectfully submitted,

        PERDUE, BRANDON, FIELDER,
        COLLINS & MOTT, L.L.P.
        Attorneys for Claimants

        /s/  Elizabeth Banda
        ELIZABETH BANDA
        SBN:  24012238
        P.O. Box 13430
        Arlington, Texas  76094-0430
        Phone:  817-461-3344
        Fax:  817-860-6509

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail and facsimile to the following parties on this 2nd day of May, 2007:

| | |
|---|---|
| Suzzanne Uhland, Esq. | Ben H. Logan, Esq. |
| O'Melveny & Myers LLP | O'Melveny & Myers LLP |
| 275 Battery Street, Suite 2600 | 400 South Hope Street |
| San Francisco, CA 94111 | Los Angeles, CA 90071 |
| Fax: 415-984-8701 | Fax: 213-430-6407 |
| | |
| Mark D. Collins, Esq. | Jon Stapleton |
| Richards, Layton & Finger, P.A. | Greenwich Capital Financial Products, Inc. |
| One Rodney Square | 600 Steamboat Road |
| P. O. Box 551 | Greenwich, CT 06830 |
| Wilmington, DE 19899 | Fax: 203-629-2514 |
| Fax: 302-651-7707 | |
| | |
| Bennett L. Spiegel, Esq. | Laura Davis Jones, Esq. |
| Shirley Cho, Esq. | Pachulski, Stang, Ziehl |
| Kirkland & Ellis LLP | Young, Jones & Weintraub |
| 777 South Figueroa Street | 919 North Market Street, 17th Floor |
| Los Angeles, CA 90017 | P. O. Box 8705 |
| Fax: 213-660-8500 | Wilmington, DE 19899 |
| | Fax: 302-652-4400 |
| | |
| Office of the United States Trustee | Bonnie Glantz Fatell |

844 King Street, Suite 2207        Blank Rome LLP
Lockbox 35                          Chase Manhattan Center
Wilmington, DE 19801                1201 Market St., Ste 800
Fax: 302-573-6497                   Wilmington, DE 19801
                                     Fax: 302-428-5110

                                    /s/  Elizabeth Banda
                                    ELIZABETH BANDA