## CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN, Senior Paralegal, hereby certify that I am over the age of 18, and that on May 2, 2007, a copy of the attached *Motion and Order for Admission Pro Hac Vice* was served upon the persons on the attached list, via first class mail.

Under the penalty of perjury, I certify the foregoing to true and correct.

_____
CELESTE A. HARTMAN

| | |
|---|---|
| Division of Unemployment Insurance<br>Department of Labor<br>4425 N. Market Street<br>Wilmington, DE 19802 | Daniel K. Astin, Esquire<br>Anthony M. Saccullo, Esquire<br>Fox Rothschild LLP<br>P.O. Box 2323<br>Citizens Bank Center<br>919 North Market Street, Suite 1300<br>Wilmington, DE 19899-2323 |
| Richard M. Beck, Esquire<br>Michael W. Yurkewicz, Esquire<br>Klehr, Harrison, Harvey, Branzburg & Ellers, LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 | Richard M. Beck, Esquire<br>Christopher A. Ward, Esquire<br>Klehr, Harrison, Harvey, Branzburg & Ellers, LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 |
| Don A. Beskrone, Esquire<br>Ashby & Geddes, P.A.<br>P.O. Box 1150<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899-1150 | Ian Connor Bifferato, Esquire<br>Garvan F. McDaniel, Esquire<br>Bifferato Gentilotti LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801 |
| Karen C. Bifferato, Esquire<br>Marc J. Phillips, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>P.O. Box 2207<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19899-2207 | William P. Bowden, Esquire<br>Gregory A. Taylor, Esquire<br>Ashby & Geddes, P.A.<br>P.O. Box 1150<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899-1150 |
| Robert S. Brady, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Michael Busenkell, Esquire<br>Eckert, Seamans, Cherin & Mellot, LLC<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE 19801 |

Mary F. Caloway, Esquire
Eric Lopez Schnabel, Esquire
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

William E. Chipman, Jr., Esquire
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801

Megan E. Cleghorn, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
P.O. Box 636
One Rodney Square
Wilmington, DE 19899-0636

Richard S. Cobb, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Chun I. Jang, Esquire
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899-0551

Charlene D. Davis, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Robert J. Dehney, Esquire
Gregory W. Werkheiser, Esquire
Daniel B. Butz, Esquire
Morris, Nichols, Arsht & Tunnell LLP
P.O. Box 1347
1201 N. Market Street, 18th Floor
Wilmington, DE 19899-1347

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

Michael G. Gallerizzo, Esquire
David V. Fontana, Esquire
Gebhart & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801

| | |
|---|---|
| Neil B. Glassman, Esquire<br>Steven M. Yoder, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | Joseph Grey, Esquire<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 |
| Kurt F. Gwynne, Esquire<br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Laura Davis Jones, Esquire<br>Timothy P. Cairns, Esquire<br>Pachulski Stang Ziehl Young<br>Jones & Weintraub LLP<br>P.O. Box 8705<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801 |
| Steven K. Kortanek, Esquire<br>Womble Carlyle Sandridge & Rice, PLLC<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801 | Adam G. Landis, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801 |
| Christopher D. Loizides, Esquire<br>Loizides, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801 | David M. Fournier, Esquire<br>Pepper Hamilton LLP<br>Hercules Plaza<br>1313 Market Street, Suite 5100<br>Wilmington, DE 19801 |
| Joseph J. McMahon, Jr., Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207, Lockbox #35<br>Wilmington, DE 19801 | Francis A. Monaco, Jr., Esquire<br>Monzack and Monaco, P.A.<br>P.O. Box 2031<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801 |

Norman M. Monhait, Esquire
Rosenthal, Monhait & Goddess, P.A.
P.O. Box 1070
919 Market Street, Suite 1401
Wilmington, DE 19899-1070

Michael R. Nestor, Esquire
Young Conaway Stargatt & Taylor, LLP
P.O. Box 391
The Brandywine Bldg
1000 West Street, 17th Floor
Wilmington, DE 19801

Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899-2207

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Ellen W. Slights, Esquire
U.S. Attorney's Office
P.O. Box 2046
1007 Orange Street, 7th Floor
Wilmington, DE 19899-2046

David B. Stratton, Esquire
Pepper Hamilton LLP
P.O. Box 1709
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

Brian A. Sullivan, Esquire
Amy D. Brown, Esquire
Werb & Sullivan
Thirteenth Floor, 300 Delaware Avenue
Wilmington, DE 19801

William F. Taylor, Jr., Esquire
Katherine L. Mayer, Esquire
McCarter & English, LLP
P.O. Box 111
919 North Market Street, Suite 1800
Wilmington, DE 19899-0111

Joanne B. Wills, Esquire
Michael W. Yurkewicz, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Jeffrey C. Wisler, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899-2207

| | |
|---|---|
| XRoads Case Management Services<br>P.O. Box 8901<br>Marina Del Rey, CA 90295 | IKON Office Solutions<br>Recovery & Bankruptcy<br>3920 Ark Wright Road, Suite 400<br>Macon, GA 31210 |
| Securities & Exchange Commission<br>15th & Pennsylvania Avenue, N.W.<br>Washington, DC 20020 | Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plaza, Room 1150<br>Baltimore, MD 21201 |
| Delaware Secretary of State<br>Division of Corporations<br>Franchise Tax Division<br>P.O. Box 7040<br>Dover, DE 19903 | Secretary of the Treasury<br>P.O. Box 7040<br>Dover, DE 19903 |
| David G. Aelvoet, Esquire<br>Linebarger Goggan Blair & Sampson LLP<br>Travis Building, 711 Navarro, Suite 300<br>San Antonio, TX 78205 | Richard H. Agins, Esquire<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT 06103-3178<br>richard.agins@bingham.com |
| Hernando Azarcon, Esquire<br>Senior Legal Coordinator<br>GMAC Commercial Finance LLC<br>3000 Town Center, Suite 280<br>Southfield, MI 48075 | D.J. Baker, Esquire<br>Rosalie W. Gray, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522 |

Elizabeth Banda, Esquire
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430

Paul M. Basta, Esquire
Joshua A. Sussberg, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Mark N. Berman, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-1832

Matthew Botica, Esquire
David Wirt, Esquire
Grayson Walter, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Frank G. Burt, Esquire
Raul A. Cuervo, Esquire
W. Glenn Merten, Esquire
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-5208

James S. Carr, Esquire
David Retter, Esquire
Christena A. Lambrianakos, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Richard A. Chesley, Esquire
Kimberly D. Newmarch, Esquire
Paul, Hastings, Janofsy & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606

Robert P. Cocco, Esquire
Robert P. Cocco, P.C.
437 Chestnut Street, Suite 1006
Philadelphia, PA 19106

Ken Coleman, Esquire
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Raniero D'Aversa, Jr., Esquire
Laura D. Metzger, Esquire
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820

| | |
|---|---|
| Luc A. Despins, Esquire<br>Wilbur F. Foster, Esquire<br>Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005 | Robert M. Dombroff, Esquire<br>Steven Wilamowsky, Esquire<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022-4689 |
| Dennis J. Drebsky, Esquire<br>Nixon Peabody LLP<br>437 Madison Avenue<br>New York, NY 10022 | Michael S. Etkin, Esquire<br>Ira M. Levee, Esquire<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 |
| Charles J. Filardi, Jr., Esquire<br>Filardi Law Offices LLC<br>65 Trumbull Street, Second Floor<br>New Haven, CT 06510 | T. Robert Finlay, Esquire<br>Donna L. La Porte, Esquire<br>Wright, Finlay & Zak, LLP<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 92660 |
| Scot Freeman<br>Account Resolution<br>Travelers<br>National Accounts<br>1 Tower Square - 5MN<br>Hartford, CT 06183-4044 | Barry Freeman, Esquire<br>Jeffer Mangels Butler & Marmaro, LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 |
| Nathan Fuchs<br>Securities & Exchange Commission<br>233 Broadway<br>New York, NY 10279 | Andrew J. Gallo, Esquire<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA 02110 |

| | |
|---|---|
| Robert P. Gates, Esquire<br>Erskine & Tulley<br>220 Montgomery Street, Suite 303<br>San Francisco, CA 94104 | Jeffrey I. Golden, Esquire<br>Hutchison B. Meltzer, Esquire<br>Weiland, Golden, Smiley, Wang<br>Ekvall & Strok, LLP<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626 |
| Alberto P. Gonzalez, Esquire<br>U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001 | Robert Goodrich, Esquire<br>Stites & Harison, PLLC<br>1800 Fifth Third Center<br>424 Church Street<br>Nashville, TN 37219-2376 |
| Bruce Gordon<br>IBM Credit LLC<br>Special Handling Group-MD NC322,<br>North Castle Dr<br>Armonk, NY 10504 | Lawrence P. Gottesman, Esquire<br>Sukyong Suh, Esquire<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Salvatore J. Graziano, Esquire<br>Bernstein Litowitz Berger & Grossmann LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 | Robert E. Greenberg, Esquire<br>Friedlander, Misler, Sloan,<br>Kletzkin & Ochsman, PLLC<br>1101 Seventeenth Street, N.W. Suite 700<br>Washington, DC 20036-4704 |
| Charles A. Hansen, Esquire<br>Mark S. Bostick, Esquire<br>Wendel, Rosen, Black & Dean LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607-4036 | Jed Hart, Esquire<br>Angelo, Gordon & Co.<br>245 Park Avenue, 26th Floor<br>New York, NY 10167 |

Howard R. Hawkins, Jr., Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

Mitchell W. Katz
Qwest Legal Department
1801 California Street, Suite 900
Denver, CO 80202

Thomas S. Kiriakos, Esquire
Sean T. Scott, Esquire
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

Gregg S. Kleiner, Esquire
Cooley Godward Kronish LLP
101 California Street, 5th F.
San Francisco, CA 94111-2222

Thomas M. Korsman, Vice President
Wells Fargo Bank, N.A.
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN 55479

Matthew J. Lampke, Esquire
Ohio Attorney General's Office
Executive Agencies Section
30 E. Broad Street, 26th Floor
Columbus, OH 43215-4200

Randall S. Leff, Esquire
Eric M. Heller, Esquire
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212-2974

Chris Lenhart, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

Paul T. Liu
John Guerry
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA 91302

William G. Malcolm, Esquire  
Malcolm & Cisneros, A Law Corporation  
2112 Business Center Drive, Second Floor  
Irvine, CA 92612

Julie A. Manning, Esquire  
Shipman & Goodwin LLP  
One Constitution Plaza  
Hartford, CT 06103-1919

Mark Manski  
Barclays Bank PLC  
200 Park Avenue  
New York, NY 10166

Sari E. Meador  
Delinquency and Enforcement  
Office of Joe G. Tedder, CFC  
Tax Collector for Polk County, Florida  
P.O. Box 2016  
Bartow, FL 33831-2016

David A. Meskan  
500 Eagles Landing, LLC  
2100 Green Street, Apt. 404  
San Francisco, CA 94123

Keith W. Miller, Esquire  
James R. Bliss, Esquire  
Paul, Hastings, Janofsky & Walker LLP  
Park Avenue Tower  
75 East 55th Street, First Floor  
New York, NY 10022

John E. Mitchell, Esquire  
Vinson & Elkins LLP  
Trammell Crow Center  
2001 Ross Avenue, Suite 3700  
Dallas, TX 75201

Sheryl L. Moreau, Esquire  
Special Assistant Attorney General  
Missouri Department of Revenue  
General Counsel's Office  
P.O. Box 475  
301 W. High Street, Room 670  
Jefferson City, MO 65105-0475

Blair A. Nicholas, Esquire  
Bernstein Litowitz Berger & Grossmann LLP  
12481 High Bluff Drive, Suite 300  
San Diego, CA 92130

Gregory M. Petrick, Esquire  
Angela Somers, Esquire  
Cadwalader, Wickersham & Taft LLP  
One World Financial Center  
New York, NY 10281

Leo D. Plotkin, Esquire
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049-1633

David M. Poitras, Esquire
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Mark H. Ralston, Esquire
Davor Rukavina, Esquire
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201

Glenn M. Reisman, Esquire
Two Corporate Drive, Suite 234
Shelton, CT 06484

Richard J. Reynolds, Esquire
Turner, Reynolds, Greco & O'Hara
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618

Robert F. Reynolds, Esquire
Slatkin & Reynolds, P.A.
One East Broward Boulevard, Suite 700
Fort Lauerdale, FL 33301

Diane J. Richey
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, CA 90071

Diane W. Sanders, Esquire
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
1949 South I.H. 35
Austin, TX 78760

James R. Savin, Esquire
David M. Dunn, Esquire
Joanna F. Newdeck, Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., NW
Washington, DC 20036

Margot B. Schonholtz, Esquire
Mark F. Liscio, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

| | |
|---|---|
| Felix A. Seidler, Esquire<br>Reeves & Seidler<br>2527 Santa Clara Avenue<br>Alameda, CA 94501-4633 | Andrea Sheehan, Esquire<br>Law Offices of Robert E. Luna, PC<br>4411 N. Central Expressway<br>Dallas, TX 75205 |
| Bryn H. Sherman, Esquire<br>Deckelbaum Ogens & Raftery, Chtd.<br>3 Bethesda Metro Center, Suite 200<br>Bethesda, MD 20814 | J.R. Smith, Esquire<br>Jason W. Harbour<br>Hunton & Williams LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 |
| Joseph H. Smolinsky, Esquire<br>Douglas E. Deutsch, Esquire<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 | Bennet L. Spiegel, Esquire<br>Shirley S. Cho, Esquire<br>Kirkland & Ellis LLP<br>777 S. Figueroa Street, Suite 3700<br>Los Angeles, CA 90017 |
| Claudia Z. Springer, Esquire<br>Reed Smith LLP<br>2500 One Liberty Place, 1650 Market St.<br>Philadelphia, PA 19103-7301 | David I. Swan, Esquire<br>Kenneth M. Misken, Esquire<br>McGuire Woods LLP<br>1750 Tysons Boulevard, Suite 1800<br>McLean, VA 22102-4215 |
| Patricia B. Tomasco, Esquire<br>Brown McCarroll, LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701 | Suzzanne S. Uhland, Esquire<br>Ben H. Logan, Esquire<br>Victoria Newmark, Esquire<br>Emily Culler, Esquire<br>O'Melveny & Myers LLP<br>275 Battery Street<br>San Francisco, CA 94111 |

John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

Madeleine C. Wanslee, Esquire
Gust Rosenfeld PLC
201 E. Washington, Suite 800
Phoenix, AZ 85004-2327

Seth R. Weissman, Esquire
V.P. & General Counsel
Coremetrics, Inc.
1840 Gateway Drive, Suite 320
San Mateo, CA 94404

Elizabeth Weller, Esquire
Linebarger Googan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX 75201-2644

Katherine M. Windler, Esquire
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

Stuart B. Wolfe, Esquire
Yaron Shaham, Esquire
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

Brian D. Womac, Esquire
Denise H. Mitchell, Esquire
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, TX 77024

David H. Zielke
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, WMC 3501
Seattle, WA 98101

William F. Taylor, Esquire
McCarter & English, LLP
P.O. Box 111
919 N. Market Street, Suite 1800
Wilmington, DE 19899-0111

Katharine L. Mayer, Esquire
McCarter & English, LLP
P.O. Box 111
919 N. Market Street, Suite 1800
Wilmington, DE 19899-0111

Evelyn J. Meltzer, Esquire
Pepper Hamilton LLP
P.O. Box 1709
Hercules Plaza, Suite 5100,
1313 Market Street
Wilmington, DE 19899-1709

Michael Reed, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680