*Leslie K. Hill*
*Farallon Enterprises*
*7756 Dos Palos Lane*
*Sebastopol, California 95472*
*707-824-8707*

To: ~~The Honorable~~ Kevin J. Carey, case 10416
US BANKRUPTCY COURT
District of Delaware
824 Market Street, 3rd floor
Wilmington, Delaware, 19201

From: Leslie K. Hill/vendor and creditor under duress, dba Farallon Enterprises
Re: ~~NEW CENTURY TRS, INC, a Delaware corp, et al.,~~ Bankruptcy proceedings
April 19, 8:30 a.m. pst.    HOME 123 Corporation

Dear Judge Carey,
Please read this as it effects me so, AND I CAN NOT AFFORD AN ATTORNEY.
For 20+ years, I have been an Executive Recruiter, putting my heart into my work, and for over the last 8 have specialized in the Mortgage Industry, the last 6 working for the Executives which through acquisition became HOME123, a wholly owned subsidiary of NEW CENTURY which I have worked exclusively for. Now through what has happened, my income has been wiped out, when all of the key executives, the primary ones at Home123, who I have sung the praises of, now go directly after those candidates I referred to them. I am struggling to savel my home, in a market where over 325 new homes went on the market just Monday and I have just lost nine months of income. I beg you to approve my claim. My two invoices were approved by a legal representative of this Company, the National Builder Sales Manager for Home123, the wholly owned subsidiary of New Century TRS, Inc., my work was completed, and done very well, and I served them well, basically extending THEM credit while I perform the searches I do for them, oftentimes taking years to gain the trust of these top producing mega-stars. These two invoices represented actually two whole teams, or branches from a top competitor, totally as many as 15 placements, and I was only billing them for 4, and at a bare bones placement fee when you think that it represented production of over $25million a month – **that's $300,000,000. of business to this company Judge.** Some of the individuals that I presented to this Company could contribute $100's of millions of dollars to their bottom line, and I provided them with thousands of well qualified candidates over the years, and I've been ecking out a living due to a diagnosed neural disease as well as Post Traumatic Stress Disorder, constraints of which, force me to work from home, and now all the Executives that I was singing the praise of at Home123, are going after all these wonderful candidates directly, without any thoughts of paying me for my hard years of service, and promoting their "integrity" and building of their reputations. . See list of candidates that they are now going after without any thought of paying me. This has

crippled me immensely, and I already worked for so little, and worked extending them credit. I beg you judge, This is so very wrong.

It is not fair that they have the benefit of my years of recruiting for them on credit, and I get paid absolutely nothing. It takes years to develop relationships with these heavy hitters, that in themselves, with their "books of business" are really businesses in themselves.

I have these approved invoices, my work was completed, I gave them an exceptional deal, please, your Honor, pay me in full. They are going to just TAKE so much else from me, my LIVLIHOOD, and there is nothing else I can do about it, you are the only one that can do ANYTHING FOR ME. I may have to sell my home. I have serious health issues that restrict my ability to work outside of my home, and I do not want to be forced out of business. Please, please, please help me, and I wish there was more you could do, as I have been so traumatized by this, my health and emotional stress have caused even more health problems of late, and I am truly now wondering who is out there that cares for those of us that work hard and just try to help others and play fair. Please see my attached, way under market I might add, invoices. *I apologize for the handwritten parts. Dell sent me used ink cartridges! You can't use anybody else, I went to two places, and I have a horrendous neural disorder so this is all difficult.*

Sincerely and Respectfully Yours,

*[signature]*

Leslie K. Hill, dba. Farallon Enterprises
7756 Dos Palos Lane
Sebastopol, California  95472
707-824-8707

MAY - 1 2007