B 10 (Official Form 10) (04/07)

| UNITED STATES BANKRUPTCY COURT _Central_ DISTRICT OF ~~DELAWARE~~ | PROOF OF CLAIM |
|---|---|

**Name of Debtor:** NEW CENTURY TRS HOLDINGS INC. / Home 123

**Case Number:** 07-10416 (LEAD COMPANY) / 10421

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property): LESLIE K. HILL dba FARALLON ENTERPRISES

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and address where notices should be sent:**
LESLIE K. HILL
7756 DOS PALOS LANE
SEBASTOPOL, CALIF. 95472

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Telephone number:** 7078248707

THIS SPACE IS FOR COURT USE ONLY

**Last four digits of account or other number by which creditor identifies debtor:** 4965

Check here ☐ replaces ☐ amends if this claim a previously filed claim, dated: _____

**1. Basis for Claim**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☒ Other: I extended credit to them while retained for them by their Western Region of Home 123, on a fulltime basis as a consultant, though I am partially disabled, I "don't tell" time.
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: ____
  Unpaid compensation for services performed

contingency due to ill health constraints

**2. Date debt was incurred:** 2/27/2007

**3. If court judgment, date obtained:** ____

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 10,500
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Other ____
☐ Motor Vehicle
Value of Collateral: $ ____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ ____

**Unsecured Priority Claim**
☒ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
**Amount entitled to priority** $ # 14,500

I placed a whole mortgage office (recruited from a competitor) with Home 123, Debtor # 10421, which services were successfully completed, taking 9 months of work and ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property BENICIA Specify the priority of the claim: easy approved for work successfully completed by the Senior Vice President of the National Wholesale services for personal, family, or household use - 11 U.S.C. § 507(a)(7). WHOLE Sales Manager, PM (see back side) TEAM

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950,)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

please Review whole team

**5. Total Amount of Claim at Time Case Filed:** $ 10,500  _____  $ 14,500  $ 25,000
(unsecured)   (secured)   (priority)   (total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
See INVOICE 0171762 BENICIA CALIFORNIA PLACEMENT OF STEVE SMITH AND WHOLE TEAM

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. AND INVOICE 0171763 (SEPARATE CLAIM ATTACHED FOR SACRAMENTO TEAM)

THIS SPACE IS FOR COURT USE ONLY
FILED MAY -2 PM 2:25

**Date:** 4/28/07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
_Leslie K. Hill_   Executive Recruiter
Leslie K. Hill dba Farallon Enterprises

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B 10 (Official Form 10) (04/07)

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF DELLAWARE | | PROOF OF CLAIM |
|---|---|---|
| **Name of Debtor:** NEW CENTURY TRS HOLDINGS INC, et al / HOME 123 | **Case Number:** 07-10416 (lead company) / 10421 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
LESLIE K. HILL dba Farallon ENTERPRISES

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

**Name and address where notices should be sent:**
LESLIE K. HILL
7756 DOS PALOS LANE
SEBASTOPOL, CALIFORNIA 95472

Telephone number: 707 824-8707

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

**Last four digits of account or other number by which creditor identifies debtor:** 4965

Check here ☐ replaces ☐ amends if this claim   a previously filed claim, dated: _____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Other _____
- ☐ Wages, salaries, and compensation (fill out below)
  - Last four digits of your SS #: ____
  - Unpaid compensation for services performed
  - From ____ to ____ (date) (date)

**2. Date debt was incurred:** 2/27/2007

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 10,500

☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Other _____
☐ Motor Vehicle

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Priority Claim**
☑ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $ 14,500

Specify the priority of the claim:
Over a 9 month period of time I recruited a successful 
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
Officers from a direct competitor which was recruiting right from this company. I was engaged by this company - Union vice-president to conduct search out and after they completed their work they abandoned this company
☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days which my one credit for my members I have before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 10,500 (unsecured) $ 14,500 (secured) $ 25,000 (priority) (total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
EXHIBITS: 0171763 INVOICE - SACRAMENTO, ENTIRE TEAM; ED ORTEGA MANAGER and 0171768 INVOICE - BENICIA, CALIF., ENTIRE TEAM; STEVE SMITH MANAGER

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**Date:** 4/25/07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
/s/ Leslie K. Hill   LESLIE K. HILL dba FARALLON ENTERPRISES   EXECUTIVE RECRUITER

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B 10 (Official Form 10) (04/07)

| PROOF OF CLAIM | |
|---|---|
| UNITED STATES BANKRUPTCY COURT Central DISTRICT OF DELAWARE | |

**Name of Debtor:** NEW CENTURY TRS HOLDINGS INC. / HOME 123

**Case Number:** 07-10416 (LEAD COMPANY) / 10421

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
LESLIE K. HILL dba FARALLON ENTERPRISES

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and address where notices should be sent:**
LESLIE K. HILL
7754 DOS PALOS LANE
SEBASTOPOL, CALIF. 95472

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Telephone number:** 7078248707

THIS SPACE IS FOR COURT USE ONLY

**Last four digits of account or other number by which creditor identifies debtor:** 4965

Check here ☐ replaces ☐ amends   a previously filed claim, dated:_____

**1. Basis for Claim**
☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS #: _____
   Unpaid compensation for services performed
☒ Other: I extended credit to them while retained for them by their Western Region at Home 123, on a fulltime basis as a consultant, though I am partially disabled. I work full-time contingency due to my health constraints.

**2. Date debt was incurred:** 2/21/2007

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 10,500
☒ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Other _____
☐ Motor Vehicle
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Priority Claim**
☒ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ #- 14,500
I placed a whole mortgage office (recruited from a competitor) with Home123, Debtor-07/0421, which services were successfully completed, taking 9 months of work, and approved for work successfully completed by the senior vice president of the National Wholesale Manager *(see back side)*

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950,*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property BENICIA WHOLE TEAM of services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:**
$ 10,500 (unsecured)   $ 14,500 (secured/priority)   $ 25,000 (total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**Date:** 4/18/07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Leslie K. Hill — Executive Recruiter — Leslie K. Hill dba Farallon Enterprises

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*Farallon Enterprises*
*7756 Dos Palos Lane*
*Sebastopol, California 95472*
*707-824-8707*
*myswancat@comcast.net*

To: Dick Austin/ Sr. Vice President/Builder Division
3353 Michaelson Drive #100
Irvine, California 92612

Date: March 2, 2007

Invoice# 0171762
Tax ID# 527042174

---

For the marketing, and accepted offer with of the Search activities involved in locating Steve Smith, Sales Manager for the Benicia office, and an entire team to run that office as well as a satellite in Napa, the fee is now due and payable to Farallon Enterprises even in lieu of the unfortunate circumstances facing the parent Company, New Century Financial. These services were conducted in good faith, and offered "on credit." Services were provided and completed when offers were made and accepted. The fee is now due for Steve Smith, who would have reported to Dick Austin in Benicia. The sum of **$15,000** is now due and payable.     $15,000
Also, the fee for one of the loan officers on his team is due and payable as well $10,000.
                                              due now        $25,000.

Kim Hill
Farallon Enterprises
707-824-8707

*Approved:*

*Dick Austin*
DICK AUSTIN
SENIOR VICE PRESIDENT

B 10 (Official Form 10) (04/07)

| UNITED STATES BANKRUPTCY COURT _CENTRAL_ DISTRICT OF _DELLAWARE_ | PROOF OF CLAIM |
|---|---|

Name of Debtor: NEW CENTURY TRS HOLDINGS, INC. et al, HOME 123
Case Number: 07-10416 (Lead company) / 16421

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
LESLIE K. HILL dba Farallon ENTERPRISES

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

Name and address where notices should be sent:
LESLIE K. HILL
7756 DOE PALOS LANE
SEBASTOPOL, CALIFORNIA 95472

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: 707 824-8707

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor: 4965

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Other _____
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS #: ___
   Unpaid compensation for services performed
   From _____ to _____
   (date)        (date)

2. Date debt was incurred: 2/27/2007
3. If court judgment, date obtained:

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed.
   See reverse side for important explanations.

   Unsecured Nonpriority Claim $ 10,500

   ☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

   **Secured Claim**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate    ☐ Other _____
   ☐ Motor Vehicle
   Value of Collateral: $ _____

   **Unsecured Priority Claim**
   ☑ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
   Amount entitled to priority $ 14,500

   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

   Specify the priority of the claim:
   Over a 9 month period of time I recruited a successful m[...]
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   Officers from a thr[...] [illegible handwriting across form]
   ☐ Wages, Salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. Total Amount of Claim at Time Case Filed: $ 10,500 (unsecured) _____ (secured) $ 14,500 (priority) $ 25,000 (total)
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
   EXHIBITS: 0171763 INVOICE – SACRAMENTO, ENTIRETEAM; ED ORTEGA MANAGER and
   0171762 INVOICE – BENECIA CALIF. ENTIRE TEAM; STEVE SMITH MANAGER

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 4/28/07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
_Leslie K. Hill_ LESIE K. HILL dba FARALLON ENTERPRISES — EXECUTIVE RECRUITER

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

[Handwritten marginal notes: "placed Sacramento whole team", "Credit for my service I have 25 years Executive Recruit"]

*Farallon Enterprises*
*7756 Dos Palos Lane*
*Sebastopol, California 95472*
*707-824-8707*
*myswancat@comcast.net*

To: Dick Austin/Sr Vice President/Builder Div.
3353 Michaelson Drive, Suite 100
Irvine, California 92612

Date: March 2, 2007

Invoice# 0171763
Tax ID# 527042174

---

For the accepted offer of **Ed Ortega** in the **Sacramento** Office reporting to **Dick Austin**
In the position of:   **Sales Manager and for an entire sales team**
Start Date:          April 2, 2007
The placement fee of: **$15,000,**           is now due and payable.
And additional       $10,000 for the fee for one additional Loan officer is due per
contractual arrangement         Totalling: **$25,000 now due and payable**
                                  Thank You,

Kim Hill
Farallon Enterprises

*Approved*

*Dick Austin*

DICK AUSTIN
SENIOR VICE PRESIDENT