# EXHIBIT A

# Allen Matkins



**Focus**
Corporate and Securities

**Education**
J.D., Southern Methodist
University School of Law

B.B.A., with honors, University
of Texas at Arlington

**John E. Stoner**
*Partner*
Orange County Office

Phone: 949.553.1313
Facsimile: 949.553.8354
jstoner@allenmatkins.com

Mr. Stoner is a corporate and securities partner in our Orange County office whose areas of focus include secured and unsecured debt financing transactions, corporate securities and governance, mergers and acquisitions, initial public offerings, venture capital transactions, intellectual property, technology joint ventures, foreign investment issues, debt restructuring, and transaction-related bankruptcy issues.

He received his B.B.A., with honors, from University of Texas at Arlington in 1981 and his J.D. from Southern Methodist University School of Law in 1986, where he was a member of the Order of the Coif, and served as Editor of the SMU *Law Review*.