# EXHIBIT B

RLF1-3143645-1

## ICP Biographical Summaries

**Thomas C. Priore:** Mr. Priore is the President and Chief Executive Officer of Institutional Credit Partners LLC and the Chief Investment Officer of ICP Asset Management LLC. He brings fourteen years of structured credit investment and origination experience to ICP. Prior to founding ICP, Mr. Priore managed the Fixed Income and Structured Products Group at Guggenheim Capital Markets where he oversaw a team of thirty professionals focused on investing and underwriting Collateralized Debt Obligations, Collateralized Loan Obligations, Collateralized Mortgage Obligations and other Asset Backed Securities. The team at Guggenheim pioneered various structured credit implementations designed to improve secondary CDO market liquidity and to originate new issue CDOs focusing on eliminating the economic inefficiencies and the inherent conflicts among debt and equity participants in CDO structures. He oversaw the origination of $5.5 billion in new issue and the proprietary trading efforts of the group. Before joining Guggenheim in 2000, Mr. Priore was a First Vice President at PaineWebber Inc. for eight years in the Fixed Income Sales and Trading department where he was responsible for originating the firm's first cash flow ABS backed CDO in 1998. Mr. Priore is a graduate of Harvard University with a B.A. in American History and holds an M.B.A. from Columbia University. In addition he holds Series 7, 63 and 24 licenses with the NASD.

**Carlos M. Mendez:** Mr. Mendez is a Senior Managing Director at ICP Securities LLC where he is responsible for originating and distributing structured credit products. He provides the portfolio management team continued access to the capital markets throughout the United States and Europe. Mr. Mendez is a structured finance professional with over ten years experience analyzing and structuring credit portfolios for various institutional credit risk transfer solutions in response to regulatory (Basel II, Pillar III), counter-party credit and market risks. Prior to joining ICP, Mr. Mendez served as Head of Structured Product Origination at Guggenheim Capital Markets where he oversaw a team of professionals for the issuance of Collateralized Loan Obligations, Collateralized Mortgage Obligations and other Asset Backed Securities. Prior to joining Guggenheim, Mr. Mendez served as a Senior Program Manager within Microsoft Corporation Finance Division where he was responsible for structured investment vehicles and management of the equity derivatives desk. He is a graduate of the United States Naval Academy with a B.S. in Mechanical Engineering and holds a graduate certificate from the University of Washington. Mr. Mendez also holds Series 7 and 63 licenses with the NASD.

**Aamer Abdullah:** Mr. Abdullah is a Managing Director at ICP Asset Management LLC where he is a member of the Asset Backed Securities (ABS) and Mortgage Backed Securities (MBS) portfolio management team. Mr. Abdullah has been a trader in the securitized products markets since 1997. After graduating from Yale University with degrees in Electrical Engineering and Economics he joined the Mortgage Trading Desk at Credit Suisse First Boston (CSFB). At CSFB Mr. Abdullah held the role of a senior trader on the Agency CMO desk which was top ranked in league tables for 2000. He continued onto run the Non-Agency CMO desk which was consistently ranked in the top three in league tables. While at CSFB he was promoted to Vice President. He then joined Deutsche Bank's Securitized Products Group in 2003 as the Head of Private Label MBS with the title of Director. His responsibilities there included advancing the mortgage effort as well as building out the loan conduit. During his career Mr. Abdullah has structured and traded various securitized products extensively, including Agency CMOs, Non-Agency CMOs, Hybrid ARMS, MBS Pass-throughs, unsecuritized loans, mortgage ABS and

mortgage derivatives. In addition he has traded assorted other fixed-income products such as hedges as well as proprietary positions including U.S. Treasury securities, Agency Debentures, Futures and Options in the CBOT, Eurodollars and interest rate derivatives (swaps, caps, swaptions, etc). He has managed securities positions of over $3 billion as well as a loan pipeline of over $4 billion and mortgage derivative positions of over $400 million in market value. Mr. Abdullah holds Series 7 and 63 licenses with the NASD.

**Michael Flynn:** Mr. Flynn is a Director at ICP Asset Management and brings ten years of MBS/ABS trading and structuring experience. Prior to joining ICP, Mr. Flynn was the Head Trader for all first lien mortgage assets at Terwin Capital where he traded and structured AAA to unrated securities (residuals, first loss pieces). This includes bonds backed by Alt A and Subprime collateral, both fixed rate and Hybrid ARMs. In addition to working with the securitized assets, Mr. Flynn also was responsible for trading all of the underlying whole loans in both the bulk and flow markets. Mr. Flynn was also very instrumental in reviewing originators and monitoring performance (CPRs, CDRs, loss severities, prepay penalty collections). Before his time at Terwin, Mr. Flynn was a structurer and trader at Credit Suisse First Boston (CSFB) where he worked on the Non-Agency fixed rate mortgage desk. While at CSFB, Mr. Flynn structured over $40 billion in securities. Prior to CSFB, Mr. Flynn worked for KPMG, LLP and Deloitte and Touche LLP in their asset securitization groups, where he built cash flow models for ABS, MBS, and CMBS transactions. Mr. Flynn is a graduate of Wake Forest University where he earned a BS in Business. Mr. Flynn holds Series 7 and Series 63 licenses with the NASD.