# EXHIBIT D

RLF1-3143645-1

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | Re: Docket No. _____ |

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF ICP CONSULTING LLC AS SPECIAL ASSET VALUATION AND LIQUIDATION ADVISORS TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE PURSUANT TO SECTIONS 327(a) AND 328 OF THE BANKRUPTCY CODE

This matter coming before the Court on the Application of the Debtors and

Debtors in Possession for Order Authorizing the Retention and Employment of ICP Consulting

LLC ("ICP") as Special Asset Valuation and Liquidation Advisors to the Debtors *Nunc Pro Tunc*

to the Petition Date Pursuant to Section 327(a) of the Bankruptcy Code (the "Application"), filed

by the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having

reviewed the Application; and the Court finding that (a) the Court has jurisdiction over this

matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C.

§ 157(b)(2)(A), and (c) notice of this Application was sufficient under the circumstances; and the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Court having considered the Affidavit of Thomas Priore (the "Priore Affidavit"); and the Court having determined that the legal and factual bases set forth in the Application and the Merchant Affidavit establish just cause for the relief granted herein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.      The Application is GRANTED.

2.      Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

3.      Pursuant to sections 327(a) and 328 of the Bankruptcy Code, the Debtors are authorized to retain and employ ICP as special asset valuation and liquidation advisors under a general retainer upon the terms and conditions set forth in the Application effective *nunc pro tunc* to the Petition Date.

4.      ICP shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and any other such procedures as may be fixed by order of this Court.

5.      ICP shall be granted a waiver of the information requirements set forth in Local Rule 2016-2(d) in accordance with Local Rule 2016-2(h).

6.      This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2007
        Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

2

RLF1-3143645-1