UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*,[1] | : | Case Number 07-10416 (KJC) |
| Debtors. | : | (Jointly Administered) |

Proposed Hearing Date: May 7, 2007 at 10:00 A.M.
Proposed Objection Deadline: At the hearing

**MOTION OF THE UNITED STATES TRUSTEE TO CONTINUE THE HEARING ON THE DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT OF (i) SALE-RELATED INCENTIVE PAY TO SENIOR MANAGEMENT AND (ii) RETENTION AND INCENTIVE PAY TO CERTAIN EMPLOYEES PURSUANT TO SECTIONS 105(a), 363(b)(1) AND 503(c) OF THE BANKRUPTCY CODE (DOCKET ENTRY #s 185, 494)**

In support of her motion to continue the hearing on the Debtors' emergency motion for an order authorizing the payment of (i) sale-related incentive pay to senior management and (ii) retention and incentive pay to certain employees pursuant to sections 105(a), 363(b)(1) and 503(c) of the Bankruptcy Code (the "Motion"), Kelly Beaudin Stapleton, United States Trustee for Region 3 ("U.S. Trustee"), by and through her counsel, avers:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

**INTRODUCTION**

1. Under (i) (an) applicable order(s) of the United States District Court for the District of Delaware issued pursuant to 28 U.S.C. § 157(a) and (ii) 28 U.S.C. § 157(b)(2)(A), this Court has jurisdiction to hear and determine the Motion.

2. Under 28 U.S.C. § 586, the U.S. Trustee has an overarching responsibility to enforce the laws as written by Congress and interpreted by the courts. *See United States Trustee v. Columbia Gas Sys., Inc. (In re Columbia Gas Sys., Inc.),* 33 F.3d 294, 295-96 (3d Cir. 1994) (noting that UST has "public interest standing" under 11 U.S.C. § 307 which goes beyond mere pecuniary interest); *Morgenstern v. Revco D.S., Inc. (In re Revco D.S., Inc.)*, 898 F.2d 498, 500 (6th Cir. 1990) (describing the UST as a "watchdog").

3. Under 11 U.S.C. § 307, the U.S. Trustee has standing to be heard on the Motion.

**GROUNDS/BASIS FOR RELIEF**

4. On April 2, 2007 (the "Petition Date"), the Debtors filed the petitions which initiated the above-captioned cases.

5. On April 11, 2007, the Debtors filed their emergency motion for an order authorizing payment of (i) sale-related incentive pay to senior management and (ii) retention and incentive pay to certain employees pursuant to sections 105(a), 363(c)(1) and 503(c)(3) of the Bankruptcy Code (Docket Entry # 185) (the "Incentive/Retention Motion"). The Debtors sought to have the Incentive/Retention Motion heard on April 24, 2007 at 2:30 P.M.

6. The U.S. Trustee opposed the Debtors' request for an expedited hearing on the Incentive/Retention Motion, and this Court sustained the U.S. Trustee's objection. The hearing on the Incentive/Retention Motion was set for May 7, 2007 at 10:00 A.M., with objections due on April

30.

7. On April 17, 2007, the U.S. Trustee filed a motion to appoint a chapter 11 trustee or, alternatively, an examiner (Docket Entry # 278) (the "Trustee/Examiner Motion"). The hearing on the Trustee/Examiner Motion is scheduled for May 15 at 1:30 P.M.

8. On the evening of April 26, undersigned counsel was notified by counsel to the Debtors that the Debtors were in the process of restructuring the compensation plans that were the subject of the Incentive/Retention Motion. On May 1, 2007, less than one week prior to the scheduled hearing on the Incentive/Retention Motion, the Debtors filed a supplement to the Incentive/Retention Motion which reflected a substantial restructuring of the proposed incentive/retention plans (supplement – Docket Entry # 494).

9. In the event that this Court grants the Trustee/Examiner Motion, the appointed chapter 11 trustee should have an opportunity to review the Incentive/Retention Motion and determine whether implementing the proposed compensation plans is in the best interests of the Debtors' estates. Alternatively, if an examiner is appointed, the U.S. Trustee will propose that the scope of the examiner's duties encompass review of the process which led to the formulation of the compensation plans and the proposal of the Incentive/Retention Motion. Accordingly, a continuance of the hearing on the Incentive/Retention Motion is warranted pending the hearing on the Trustee/Examiner Motion.

## CONCLUSION

WHEREFORE the U.S. Trustee requests that this Court issue an order continuing the hearing on the Incentive/Retention Motion to a date to be determined.

Respectfully submitted,

**KELLY BEAUDIN STAPLETON**
**UNITED STATES TRUSTEE**

BY: /s/ Joseph J. McMahon, Jr.
Joseph J. McMahon, Jr., Esquire (# 4819)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE  19801
(302) 573-6491
(302) 573-6497 (Fax)

Date:  May 3, 2007