UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*,[1] | Case Number 07-10416 (KJC) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I certify that, on May 3, 2007, I caused to be served a copy/copies of the United States Trustee's Motion to Continue the Hearing on the Debtors' Emergency Motion for an Order Authorizing Payment of (i) Sale-Related Incentive Pay to Senior Management and (ii) Retention and Incentive Pay to Certain Employees Pursuant to Sections 105(a), 363(c)(1) and 503(c)(3) of the Bankruptcy Code (together with the related Motion to Limit and Shorten Notice) via electronic mail to the following persons:

| | |
|---|---|
| Mark D. Collins, Esquire | Ben H. Logan, Esquire |
| Michael J. Merchant, Esquire | Suzzanne S. Uhland, Esquire |
| Chun I. Jang, Esquire | Victoria A. Newmark, Esquire |
| Christopher M. Samis, Esquire | Emily R. Culler, Esquire |
| RICHARDS, LAYTON & FINGER, P.A. | O'MELVENY & MYERS LLP |
| One Rodney Square | 275 Battery Street |
| P.O. Box 551 | San Francisco, CA  94111 |
| Wilmington, DE  19899 | suhland@omm.com |
| collins@rlf.com | blogan@omm.com |
| merchant@rlf.com | vnewmark@omm.com |
| jang@rlf.com | eculler@omm.com |
| samis@rlf.com | |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
ljones@pszyjw.com
tcairns@pszyjw.com

Bennett L. Spiegel, Esquire
Shirley S. Cho, Esquire
KIRKLAND & ELLIS LLP
777 South Figueroa Street, Suite 3700
Los Angeles, CA 90017
bspiegel@kirkland.com
scho@kirkland.com

Bonnie Glantz Fatell, Esquire
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
fatell@blankrome.com

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
Jeffrey L. Schwartz, Esquire
HAHN & HESSEN LLP
488 Madison Avenue
14th and 15th Floors
New York, NY 10022
mpower@hahnhessen.com
mindelicato@hahnhessen.com
jschwartz@hahnhessen.com