# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** : | **Chapter 11** |
| : | |
| **NEW CENTURY TRS HOLDINGS,** : | **Case No. 07-10416(KJC)** |
| **INC., a Delaware corporation, et al.,**[1] : | |
| : | **Jointly Administered** |
| **Debtors.** : | |
| : | |
| : | |

### ORDER ESTABLISHING PROCEDURE FOR RELIEF FROM THE AUTOMATIC STAY FOR CERTAIN FORECLOSURE PROCEEDINGS PURSUANT TO 11 U.S.C. SECTIONS 105(a) AND 362 OF THE BANKRUPTCY CODE

This matter having come before the Court upon the Motion of the Debtors and Debtors in Possession for a Procedure to Grant Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to Sections 105(a) and 362 of the Bankruptcy Code; and the Court having considered the submissions and arguments of counsel in support of the Motion, and the opposition thereto, if any; and it appearing that the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that notice of the Motion has been given to (i) the Office of the United States Trustee, (ii) counsel to Greenwich Capital Financial Products, Inc. ("Greenwich") and The CIT Group/Business Credit, Inc. ("CIT"), the Debtors' post-petition senior secured lenders; (iii) the Official Committee of General Unsecured Creditors; and (iv) all parties who have timely filed requests for notice under Rule 2002 of the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Federal Rules of Bankruptcy Procedure and that no other or further notice need be given; and after due deliberation and sufficient cause therefore,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Any party seeking to assert its rights with respect to a mortgage on property on which the Debtors hold a second lien must provide the Debtors and the Official Committee of Unsecured Creditors with written notice of the foreclosure, including the following information (the "Notice"):

    i. the status of the foreclosure action, including the location in which the action is pending and the date, time and location of any proposed foreclosure sale;

    ii. evidence regarding (a) the fair market value of the property, (b) the value of the senior lien, and (c) the position and value of any other known liens; and

    iii. all papers filed by such party with any court in connection with such proposed foreclosure action, including, without limitation, the applicable lawsuit and notice of foreclosure or similar documents, to fully apprise the Debtors of the pending foreclosure action.

  b. The Notice must include payment to the Debtors' estates in the amount of $1,000.00 (the "Payment"). Checks should be made payable to "New Century Mortgage Company" and included in the Notice sent to counsel for the Debtors and the address below.

c. The Notice must be provided:

To the Debtors:

O'Melveny & Myers LLP
Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
275 Battery Street
San Francisco, California 94111
Fax: (415) 984-8701

To the Official Committee of General Unsecured Creditors:

Hahn & Hessen LLP
Mark T. Power
Mark S. Indelicato
Jeffrey L. Schwartz
488 Madison Avenue
14th and 15th Floor
New York, New York 10022
Fax: (212) 478-7400

d. Upon receipt of the Notice, the Debtors shall send notice of receipt to the sender.

3. If the Debtors do not reinstate the senior lien debt within 45 days after receipt of the Notice, the automatic stay will be lifted without further action of the Court.

4. This Order applies to all lift stay motions filed on or after April 2, 2007 against the Debtors in respect of the Debtors' junior liens.

5. This Court shall retain jurisdiction over all matters arising out of the Motion.

Dated: _____, 2007
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

3