IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS ) | Chapter 11 |
| HOLDINGS, INC., *et al.*, ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

LISA C. McLAUGHLIN, a member of the bar of this Court, pursuant to Local Rule 83.5(c), moves for the admission *pro hac vice* of Carlos G. Manalansan, Esquire, Wolff Samson, PC, The Offices at Chrystal Lake, One Boland Drive, West Orange, NJ 07052 to represent Mack-Cali Realty Corporation, in the above-referenced action. The Admittee is an attorney at law duly admitted to practice in the States of New York and New Jersey, and the District Courts for New Jersey, Southern District of New York and Eastern District of New York.

PHILLIPS, GOLDMAN & SPENCE, P.A.

LISA C. McLAUGHLIN, ESQUIRE (#3113)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)

The Admittee certifies that he is eligible for admission to this Court and is admitted to practice and is in good standing in the jurisdiction shown in paragraph 1 above, and that he voluntarily submits himself to the disciplinary jurisdiction of this Court for any alleged

Dkt. No. 508

Date Filed: 5-2-07

misconduct which occurs in the course of, or in the preparation of, this action as provided in United States District Court Local Rule 83.6(e).

The Admittee is not currently, nor has he ever been, subject to any disciplinary action.

WOLFF SAMSON, PC

_____
CARLOS G. MANALANSAN, ESQUIRE
The Offices of Crystal Lake
One Boland Drive
West Orange, NJ 07052
(973) 530-2106
(973) 530-2306 (Fax)
cmanalansan@wolffsamson.com

DATE: May 2, 2007

MOTION GRANTED.

Date: May 3, 2007

_____
THE HONORABLE KEVIN J. CAREY
U.S. Bankruptcy Court Judge