UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2007 MAY -3 AM 11: 06

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | CHAPTER 11 |
| New Century Mortgage, ) | |
| ) | |
| Debtor(s). ) | CASE NO. 07-10419 |

### ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE** that Daniel T. Powers enters his appearance of record as the **CHATHAM COUNTY TAX COMMISSIONER**, a creditor in the above-referenced case, pursuant to Bankruptcy Rule 9010(b); and said counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and 11 U.S.C. §342 that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at Post Office Box 8321, Savannah, Georgia 31412.

This 24 day of April, 2007.

_____
**Daniel T. Powers**
**Chatham County Tax Commissioner**

P. O. Box 8321
Savannah, GA 31412
(912) 652-7110 (Office)
(912) 652-7101 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the parties in the foregoing action with a copy of this document by placing the same in the United States mail with sufficient postage affixed thereto to assure delivery and properly addressed to:

Mark D. Collins
P.O. Box 551
Wilmington, DE 19899

This 24 day of April, 2007.

*[signature]*

Daniel T. Powers
Chatham County Tax Commissioner

P. O. Box 8321
Savannah, GA  31412
(912) 652-7110