IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| NEW CENTURY TRS HOLDINGS, INC., | : | CASE NO. 07-10416-KJC |
| a Delaware Corporation, *et al.* | : | |
| | : | Jointly Administered |
| Debtor. | : | Docket No.: 509 |

### CERTIFICATE OF SERVICE

I, Monique D. Denton, Paralegal to Lamm Rubenstone Lesavoy Butz & David LLC, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on <u>May 2, 2007</u>, I caused to be served a copy of the <u>Limited Objections of National City Commercial Capital Company, LLC, to Debtors Motions regarding Rejection of Certain Leases, Sale of Assets, Assumption of Certain Leases and Other Matters and Joinder of General Electric Capital Corporation's Objection to Debtors' Motions and Joinder of RBC Mortgage Company and RBC Holdco's Objections to Debtors' Motions</u> filed in this proceeding, by electronic mail notification, and/or to the following persons via electronic mail:

suhland@omm.com
blogan@omm.com
Collins@rlf.com
bspiegel@kirkland.com
scho@kirkland.com
Ljones@pszyjw.com
mindelicato@hahnhessen.com
fatell@blankrome.com
joseph.mcmahon@usdoj.gov

**LAMM RUBENSTONE
LESAVOY BUTZ & DAVID LLC**

By:    s/Monique D. Denton
        Monique D. Denton, Paralegal
        3600 Horizon Boulevard, Suite 200
        Trevose, PA 19053
        215-638-9330
        215-638-2867 f