# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-10416 (KJC) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |

## NOTICE OF EMERGENCY TELEPHONIC HEARING AND AGENDA OF MATTERS SCHEDULED FOR EMERGENCY TELEPHONIC HEARING ON MAY 4, 2007 AT 3:00 P.M.

**PLEASE TAKE NOTICE THAT** the Honorable Kevin J. Carey of the United States Bankruptcy Court for the District of Delaware has scheduled a telephonic hearing for **Friday, May 4, 2007, at 3:00 p.m.** to consider the agenda items identified below:

### I. MATTERS GOING FORWARD

1. Debtors' Emergency Motion for Order Authorizing Payment of (i) Sale-Related Incentive Pay to Senior Management and (ii) Retention and Incentive Pay to Certain Employees Pursuant to Sections 105(a), 363(b)(1) and 503(c)(3) of the Bankruptcy Code [Docket No. 185; filed 4/11/07]

    Objection Deadline: April 20, 2007 at 4:00 p.m.

    Objections/Responses Received:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

A.  Statement of the United States Trustee in Response to the Debtors' Emergency Motion for Order Authorizing Payment of (i) Sale-Related Incentive Pay to Senior Management and (ii) Retention and Incentive Pay to Certain Employees Pursuant to Sections 105(a), 363(b)(1) and 503(c)(3) of the Bankruptcy Code [Docket No. 479; filed 4/30/07]

B.  Objection to New Century Financial Bonuses filed by The Greenlining Institute [Docket No. 513; filed 5/1/07]

C.  Objection of the United States Trustee to the Debtors' Emergency Motion for Order Authorizing Payment of (i) Sale-Related Incentive Pay to Senior Management and (ii) Retention and Incentive Pay to Certain Employees Pursuant to Sections 105(a), 363(b)(1) and 503(c) of the Bankruptcy Code [Docket No. 523; filed 5/3/07]

Related Documents:

i.  Motion of Debtors and Debtors in Possession to Shorten Notice and Objection Periods for Debtors' Emergency Motion for Order Authorizing Payment of (I) Sale-Related Incentive Pay to Senior Management and (II) Retention and Incentive Pay to Certain Employees Pursuant to Sections 105(a), 363(b)(1) and 503(c)(3) of the Bankruptcy Code [Docket No. 189; filed 4/11/07]

ii.  Amendment to Debtors' Emergency Motion for Order Authorizing Payment of (i) Sale-Related Incentive Pay to Senior Management and (ii) Retention Pay to Certain Employees Pursuant to Sections 105(a), 363(b)(1) and 503(c)(3) of the Bankruptcy Code [Docket No. 494; filed 5/1/07]

iii.  Motion of the United States Trustee to Continue the Hearing on the Debtors' Emergency Motion for Order Authorizing Payment of (i) Sale-Related Incentive Pay to Senior Management and (ii) Retention and Incentive Pay to Certain Employees Pursuant to Sections 105(a), 363(b)(1) and 503(c) of the Bankruptcy Code [Docket No. 524; filed 5/3/07] (the "Motion to Continue")

iv.  Motion to Limit and Shorten Notice of the United States Trustee's Motion to Continue the Hearing on the Debtors' Emergency Motion for Order Authorizing Payment of (i) Sale-Related Incentive Pay to Senior Management and (ii) Retention and Incentive Pay to Certain Employees Pursuant to Sections 105(a), 363(b)(1) and 503(c) of the Bankruptcy Code [Docket No. 525; filed 5/3/07]

Status: The telephonic hearing on the United States Trustee's Motion to Continue is going forward at 3:00 p.m.

## II. ADVERSARY PROCEEDING MATTERS [ADV. PRO. NO. 07-50875]

2. UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction [Adv. Pro. No. 07-50875/Docket No. 3; filed 4/5/07]

   Objection Deadline: April 11, 2007 at 12:00 a.m.

   Objections/Responses Received:

   A. Memorandum in Support of Defendants' Opposition to Motion for Temporary Restraining Order [Adv. Pro. No. 07-50875/Docket No. 17; filed 4/10/07

   B. Affidavit of Holly Felder Etlin in Support of Opposition to Motion for Temporary Restraining Order [Adv. Pro. No. 07-50875/Docket No. 18; filed 4/10/07]

   Related Documents:

   i. Memorandum of Law in Support of UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction [Adv. Pro. No. 07-50875/Docket No. 5; filed 4/5/07]

   ii. Affidavit of Jonathan Banks in Support of UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction [Adv. Pro. No. 07-50875; Docket No. 6; filed 4/5/07]

   iii. Declaration of Richard A. Chesley with Respect to UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction [Adv. Pro. No. 07-50875/Docket No. 7; filed 4/5/07]

   iv. Expedited Motion to Shorten Notice and for Emergency Hearing on (I) UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction, and (II) Emergency Motion of UBS Real Estate Securities Inc. for Authority to File Exhibit to Affidavit of Jonathan Banks in Support of UBS Real Estate Securities Inc's Motion for Temporary Restraining Order and Preliminary Injunction Under Seal [Adv. Pro. No. 07-50875/Docket No. 9; filed 4/5/07]

   v. Certification of Counsel Regarding Proposed Order Granting Expedited Motion to Shorten Notice and for Emergency Hearing on (I) UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction, and (II) Emergency Motion of UBS Real Estate Securities Inc. for Authority to file Exhibit to Affidavit of Jonathan Banks in Support of UBS Real Estate Securities Inc.'s Motion to Temporary Restraining Order and Preliminary Injunction Under Seal [Adv. Pro. No. 07-50875/Docket No. 13; filed 4/9/07]

   vi. Order Granting Expedited Motion to Shorten Notice and for Emergency Hearing on (I) UBS Real Estate Securities Inc.'s Motion for Temporary

>Restraining Order and Preliminary Injunction, and (II) Emergency Motion of UBS Real Estate Securities Inc. for Authority to file Exhibit to Affidavit of Jonathan Banks in Support of UBS Real Estate Securities Inc.'s Motion to Temporary Restraining Order and Preliminary Injunction Under Seal [Adv. Pro. No. 07-50875/Docket No. 14; filed 4/10/07]

vii. Memorandum in Support of Defendants' Opposition to Motion for Temporary Restraining Order [Adv. Pro. No. 07-50875/Docket No. 17; filed 4/10/07]

viii. Affidavit of Holly Felder Etlin in Support of Opposition to Motion for Temporary Restraining Order [Adv. Pro. No. 07-50875/Docket No. 18; filed 4/10/07]

ix. Notice of Completion of Briefing [Adv. Pro. No. 07-50875/Docket No. 19; filed 4/11/07]

x. Complaint [Adv. Pro. No. 07-50875/Docket No. 1; filed 4/5/07]

xi. Supplemental Memorandum of Law in Support of UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction [Adv. Pro. No. 07-50875/Docket No. 23; filed 5/3/07]

xii. Affidavit of Arnold Cohn in Support of Supplemental Memorandum of Law in Support of UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction [Adv. Pro. No. 07-50875/Docket No. 24; filed 5/3/07]

xiii. Expedited Motion for (A) Extension of Time to File (I) Supplemental Memorandum of Law in Support of UBS Real Estate Securities Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction, and (II) Affidavit of Arnold Cohn in Connection Therewith, and (B) Authority to File an Amended Hearing Agenda [Adv. Pro. No. 07-50875/Docket No. 25; filed 5/3/07] (the "Expedited Motion")

Status: The telephonic hearing on UBS Real Estate Securities Inc.'s Expedited Motion is going forward at 3:00 p.m.

**PLEASE TAKE FURTHER NOTICE THAT** interested parties to the matters to be considered at the **May 4, 2007, 3:00 p.m.** telephonic hearing may arrange telephonic participation through COURTCALL LLC, at 1-866-582-6878.

RLF1-3147267-1

Dated: May 4, 2007
      Wilmington, Delaware

                                       /s/ Marcos A. Ramos
                                  Mark D. Collins (No. 2981)
                                  Michael J. Merchant (No. 3854)
                                  Marcos A. Ramos (No. 4450)
                                  Christopher M. Samis (No. 4909)
                                  RICHARDS, LAYTON & FINGER, P.A.
                                  One Rodney Square
                                  920 North King Street
                                  Wilmington, DE 19801
                                  Telephone: (302) 651-7700
                                  Facsimile: (302) 651-7701

                                  - and -

                                  Suzzanne S. Uhland
                                  Ben H. Logan
                                  Brian M. Metcalf
                                  Victoria Newmark
                                  Emily R. Culler
                                  O'MELVENY & MYERS LLP
                                  275 Battery Street
                                  San Francisco, CA 94111
                                  Telephone: (415) 984-8700
                                  Facsimile: (415) 984-8701

                                  PROPOSED ATTORNEYS FOR DEBTORS AND
                                  DEBTORS IN POSSESSION