IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC. a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Doc. No. 25 |
| | : | |
| | : | |

**LIMITED OBJECTION OF THE ROSE TOWNSEND TRUST TO THE
"NOTICE OF SALE" HEARING DATE OF APRIL 13, 2007.**

The Rose Townsend Trust files this limited objection to the "Notice of Sale Hearing"

dated April 13, 2007.

1.  The Rose Townsend Trust filed an adversary proceeding in the Bankruptcy Court for the

Eastern District of Washington seeking a determination of lien priority.  The Townsend Trust

prevailed and New Century Mortgage Corporation appealed to the U.S. District for the Eastern

---

[1] The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation, Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation, New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

District of Washington, Case No. 06-cv-00291-LRS.   That case is pending.   New Century

Mortgage Corporation has not posted a supersedeas bond.

2.   To the extent that New Century Mortgage Corporation has not posted a supersedeas

bond, the Townsend Trust objects to any disposition of assets that may impair its ability to

recover from New Century Mortgage Corporation.

DATED this 2nd day of May, 2007.

THE ROSE TOWNSEND TRUST

By: *Jack Riley*
JACK RILEY, Trustee
P.O. Box 13474
Spokane, WA  99213
Telephone:  (509) 922-5770

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2007, I caused to be served a true and correct copy of the **Limited Objection of The Rose Townsend Trust to the "Notice of Sale" Hearing Date of April 13, 2007** by the method indicated below, and addressed to the following:

Mark D. Collins
Michael J. Merchant
Marcos A. Ramos
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

_✓_  U.S. Mail, Postage Prepaid
____ Hand Delivered
____ Overnight Mail
____ Telecopy (Facsimile)
____ Certified Mail, Prepaid

Ben H. Logan
Suzanne S. Uhland
Austin K. Barron
Emily R. Culler
O'Melveny & Myers, LLP
275 Battery Street
San Francisco, California 94111

_✓_  U.S. Mail, Postage Prepaid
____ Hand Delivered
____ Overnight Mail
____ Telecopy (Facsimile)
____ Certified Mail, Prepaid

JACK RILEY

3