# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC.<br>a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF RANDALL S. LEFF

I, Christopher A. Ward, Esq., a member of the bar of this Court, pursuant to District Court Local rule 83.5, move the admission *pro hac vice* of Randall S. Leff (the "Admittee") of the law firm ERVIN COHEN & JESSUP LLP, 9401 Wilshire Boulevard, Ninth Floor, Beverly Hills, CA 90212-2974 to act as counsel to KST Data, Inc. in this case and in any related proceedings. The Admittee is admitted, practicing, and a member in good standing of the bars of: the State of California, and the United States District Courts for the District of Columbia and the Central District of California.

Dated: May 4, 2007  
       Wilmington, Delaware

KLEHR, HARRISON, HARVEY,  
BRANZBURG & ELLERS, LLP

By:   */s/ Christopher A. Ward*  
     Christopher A. Ward (Del. Bar No. 3877)  
     919 Market Street, Suite 1000  
     Wilmington, Delaware 19801  
     Telephone: (302) 426-1189  
     Fax: (302) 426-9193  
     cward@klehr.com

DEL1 66191-1

The Admittee certifies that a fee of $25.00 has been paid to the United States District Court for the District of Delaware and he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this case, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

_____
Randall S. Leff, Esquire

Motion granted.
BY THE COURT:

Date: May ____, 2007

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

2