# Memorandum

**To:** Joe Beninati, VP Total Rewards

**From:** David Stecher,
Executive Vice President,
Retirement Capital Group, Inc.

**Date:** 5/1/2007

**Re:** Deferred Compensation Plan Eligibility

---

Pursuant to your request, this memo summarizes the eligibility requirements for New Century Financial Corporation's Deferred Compensation Plan. As you know, Retirement Capital Group (RCG) became involved in the administration of New Century Financial Corporation's Deferred Compensation Plan in 2004 at the time of the Amendment.

Through the collaborative efforts of RCG, Jeffrey Walbridge of O'Melveny & Myers LLM and the members of the New Century Executive Management Committee, the eligibility of the New Century Deferred Compensation Plan was set at a minimum of $125,000 including base salary, commissions and bonus income for the Plan year beginning in 2005 and continuing through current Plan year 2007.

This amount was determined in an effort to conform to the prevalent top-hat requirements used to construct non-qualified deferred compensation plans.

This memo also confirms the following eligibility and participation in the Plan for the past two years:

For 2007, there were 1,184 eligible participants, 513 individuals elected to participate.
For 2006, there were 1,134 eligible participants, 492 individuals elected to participate.
For 2005, we are researching this information and will provide it shortly. Prior to this time, Retirement Capital Group did not administer the Plan.

Please let me know if you require additional information at this time.

**EXHIBIT C**