**Sent:** Wednesday, May 02, 2007 1:56 PM
**To:** 'Bob Keach'
**Cc:** Huston, Joseph H., Jr.
**Subject:** RE: New Century/Plan Beneficiaries' Motion

Bob:

I've been provided with the following information about number of employees.

12/31/2004 - 5,268

12/31/2005 - 7,202

12/31/2006 - 7,078

04/30/2007 - 2,794

I'm told that these numbers reflect consolidated headcount for NCFC and its affiliated entities, reflecting total number of employees as of the dates identified. I'm also told that Stecher used "year end" numbers in his memo, so the figures above should track what was used for deferred comp purposes.

Regards,

Bob.

*Robert J. Stearn, Jr., Esquire*
*Richards, Layton & Finger, P.A.*
*920 N. King Street*
*Wilmington, DE 19801*
*Direct dial: (302) 651-7830*
*Direct fax: (302) 498-7830*
*Email: stearn@rlf.com*
*Website: www.rlf.com*

**EXHIBIT D**