ITS - SAN DIEGO
MAC E2963-171
4365 EXECUTIVE DRIVE, SUITE 1700
SAN DIEGO, CA 92121-2130

NEW CENTURY FINANCIAL CORPORATION
DEFERRED COMPENSATION PLAN

NEW CENTURY FINANCIAL CORP.
ATTN CATHY VO
18400 VON KARMAN, STE 1000
IRVINE, CA 92617

ACCOUNT NUMBER 5000272000
QUARTERLY STATEMENT
OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006
REVIEWED

ACCOUNT CONTACT: CHRIS GOLD
TELEPHONE NUMBER: (858) 622-6823

0123

**EXHIBIT E**

TABLE OF CONTENTS
AS OF DECEMBER 31, 2006

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 5000272000

| REPORT NAME | PAGE # |
|---|---|
| RECONCILIATION OF MARKET VALUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 |
| RECONCILEMENT OF CASH BALANCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 |
| RECONCILEMENT OF COST VALUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 |
| CHANGE IN UNREALIZED GAIN/LOSS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 |
| SUMMARY OF NET INCOME EARNED . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 |
| NET FUND ADJUSTMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 |
| BALANCE SHEET . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |
| SUMMARY OF ASSETS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 |
| STATEMENT OF ASSETS AND LIABILITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 |
| SCHEDULE OF INCOME EARNED . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 |
| SCHEDULE OF SECURITY ACQUISITIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
| SCHEDULE OF SECURITY DISPOSITIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 |
| SCHEDULE OF PENDING TRADES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 |
| SCHEDULE OF OTHER SECURITY CHANGES . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 |
| SCHEDULE OF CONTRIBUTIONS AND OTHER CASH RECEIPTS . . . . . . . . . . . . . | 15 |
| SCHEDULE OF BENEFIT PAYMENTS AND CASH DISBURSEMENTS . . . . . . . . . . . | 20 |
| BOND MATURITY SCHEDULE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 23 |
| BROKERAGE SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 24 |

PAGE 1

RECONCILIATION OF MARKET VALUE

FOR THE PERIOD OCTOBER 1, 2006    THROUGH DECEMBER 31, 2006

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 5000272000

| | |
|---|---|
| BEGINNING MARKET VALUE | 43,259,980.49 |
| RECEIPTS | |
| CONTRIBUTIONS | |
| EMPLOYER CONTRIBUTION | 1,276,407.76 |
| TOTAL EMPLOYER CONTRIBUTION | 1,276,407.76 |
| EMPLOYEE CONTRIBUTION | 2,977,614.60 |
| TOTAL EMPLOYEE CONTRIBUTION | 2,977,614.60 |
| TOTAL CONTRIBUTIONS | 4,254,022.36 |
| INCOME | |
| INTEREST | 284.43 |
| NET CHANGE IN ACCRUED INCOME | 98.58 |
| TOTAL INCOME | 383.01 |
| UNREALIZED GAIN / LOSS | 6,350,380.32 |
| OTHER CASH RECEIPTS | 306.53 |
| TOTAL RECEIPTS | 10,605,092.22 |
| DISBURSEMENTS | |
| OTHER CASH DISBURSEMENTS | -4,254,022.36 |
| TOTAL DISBURSEMENTS | -4,254,022.36 |
| ENDING MARKET VALUE | 49,611,050.35 |

PAGE 2

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 5000272000

## RECONCILEMENT OF CASH BALANCES
## FOR THE PERIOD OCTOBER 1, 2006, THROUGH DECEMBER 31, 2006

| | | |
|---|---:|---:|
| **BEGINNING CASH BALANCE** | | 0.00 |
| RECEIPTS | | |
| CONTRIBUTIONS | | |
| EMPLOYER CONTRIBUTION | 1,276,407.76 | |
| TOTAL EMPLOYER CONTRIBUTION | | 1,276,407.76 |
| EMPLOYEE CONTRIBUTION | 2,977,614.60 | |
| TOTAL EMPLOYEE CONTRIBUTION | | 2,977,614.60 |
| | | ----------- |
| TOTAL CONTRIBUTIONS | | 4,254,022.36 |
| INCOME | | |
| INTEREST | 284.43 | |
| TOTAL INCOME | | 284.43 |
| PROCEEDS FROM DISPOSITIONS | | 1,574,456.74 |
| OTHER CASH RECEIPTS | | 306.53 |
| **TOTAL RECEIPTS** | | **5,829,070.06** |
| DISBURSEMENTS | | |
| COST OF ACQUISITIONS | | -1,575,047.70 |
| OTHER CASH DISBURSEMENTS | | -4,254,022.36 |
| | | ----------- |
| **TOTAL DISBURSEMENTS** | | **-5,829,070.06** |
| | | ----------- |
| **ENDING CASH BALANCE** | | **0.00** |
| | | ----------- |

PAGE 3

RECONCILEMENT OF COST VALUE
FOR THE PERIOD OCTOBER 1, 2006  THROUGH DECEMBER 31, 2006

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 5000272000

| | | |
|---|---:|---:|
| BEGINNING COST VALUE | | 41,197,528.67 |
| RECEIPTS | | |
| CONTRIBUTIONS | | |
| EMPLOYER CONTRIBUTION | 1,276,407.76 | |
| TOTAL EMPLOYER CONTRIBUTION | | 1,276,407.76 |
| EMPLOYEE CONTRIBUTION | 2,977,614.60 | |
| TOTAL EMPLOYEE CONTRIBUTION | | 2,977,614.60 |
| TOTAL CONTRIBUTIONS | | 4,254,022.36 |
| INCOME | | |
| INTEREST | 284.43 | |
| NET CHANGE IN ACCRUED INCOME | 98.58 | |
| TOTAL INCOME | | 383.01 |
| OTHER CASH RECEIPTS | | 306.53 |
| TOTAL RECEIPTS | | 4,254,711.90 |
| DISBURSEMENTS | | |
| OTHER SECURITY DISBURSEMENTS | | 4,186,471.88 |
| OTHER CASH DISBURSEMENTS | | -4,254,022.36 |
| TOTAL DISBURSEMENTS | | -67,550.48 |
| ENDING COST VALUE | | 45,384,690.09 |

PAGE 4

**CHANGE IN UNREALIZED GAIN/LOSS**
**FOR THE PERIOD OCTOBER 1, 2006   THROUGH DECEMBER 31, 2006**

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 5000272000

| | UNREALIZED GAIN/LOSS |
|---|---|
| ACCOUNT MARKET VALUE - CURRENT PERIOD | 49,611,050.35 |
| ACCOUNT COST VALUE - CURRENT PERIOD | -45,384,690.09 |
| CURRENT UNREALIZED GAIN/LOSS | 4,226,360.26 |
| ACCOUNT MARKET VALUE - PRIOR PERIOD | -43,259,980.49 |
| ACCOUNT COST VALUE - PRIOR PERIOD | 41,197,528.67 |
| PRIOR UNREALIZED GAIN/LOSS | -2,062,451.82 |
| OTHER SECURITY RECEIPTS AT MARKET | 0.00 |
| OTHER SECURITY DISBURSEMENTS AT MARKET | 0.00 |
| OTHER SECURITY RECEIPTS AT COST | 0.00 |
| OTHER SECURITY DISBURSEMENTS AT COST | 4,186,471.88 |
| OTHER SECURITY CHANGES UNREALIZED G/L | 4,186,471.88 |
| NET CHANGE IN UNREALIZED GAIN/LOSS | 6,350,380.32 |

PAGE 5

SUMMARY OF NET INCOME EARNED
FOR THE PERIOD OCTOBER 1, 2006   THROUGH DECEMBER 31, 2006

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 5000272000

**INCOME**

| | |
|---|---|
| INTEREST | 284.43 |
| GROSS INCOME COLLECTED | 284.43 |
| LESS: EXPENSE OF INCOME | 0.00 |
| NET INCOME COLLECTED | 284.43 |

**ADJUSTMENTS**

| | |
|---|---|
| CURRENT ACCRUED INCOME | 183.98 |
| LESS: PRIOR ACCRUED INCOME | -85.40 |
| NET CHANGE IN ACCRUED INCOME | 98.58 |

| | |
|---|---|
| NET INCOME EARNED | 383.01 |

PAGE 6

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 5000272000

NET FUND ADJUSTMENT
FOR THE PERIOD OCTOBER 1, 2006   THROUGH DECEMBER 31, 2006

| | |
|---|---:|
| UNREALIZED GAIN / LOSS | 6,350,380.32 |
| REALIZED GAIN / LOSS | 0.00 |
| NET INCOME: | |
| INTEREST | 284.43 |
| DIVIDENDS | 0.00 |
| REAL ESTATE AND MIA INCOME | 0.00 |
| OTHER INCOME | 0.00 |
| EXPENSE OF INCOME COLLECTED | 0.00 |
| NET CHANGE IN ACCRUED INCOME | 98.58 |
| ADMINISTRATIVE AND OTHER EXPENSES | 0.00 |
| NET FUND ADJUSTMENT | 6,350,763.33 |

PAGE 7

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 5000272000

BALANCE SHEET
FOR THE PERIOD OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006

| | BEGINNING HISTORICAL COST/ REVALUED COST | ENDING HISTORICAL COST/ REVALUED COST | % TOTAL COST | BEGINNING MARKET VALUE | ENDING MARKET VALUE | % TOTAL MARKET |
|---|---|---|---|---|---|---|
| CASH EQUIVALENTS | 16,665.89 16,665.89 | 17,256.85 17,256.85 | 0.04 | 16,665.89 | 17,256.85 | 0.03 |
| MISCELLANEOUS ASSETS | 41,180,777.38 43,243,229.20 | 45,367,249.26 43,243,229.20 | 99.96 | 43,243,229.20 | 49,593,609.52 | 99.97 |
| TOTAL ASSETS | 41,197,443.27 43,259,895.09 | 45,384,506.11 43,260,486.05 | 100.00 | 43,259,895.09 | 49,610,866.37 | 100.00 |
| ACCRUED INCOME | 85.40 85.40 | 183.98 183.98 | | 85.40 | 183.98 | |
| TOTAL ACCOUNT | 41,197,528.67 43,259,980.49 | 45,384,690.09 43,260,670.03 | | 43,259,980.49 | 49,611,050.35 | |

PAGE 8
NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 5000272000

SUMMARY OF ASSETS
AS OF DECEMBER 31, 2006

| | COST VALUE | MARKET VALUE | UNREALIZED GAIN/LOSS | % TOTAL MARKET | ESTIMATED ANNUAL INCOME | CURRENT YIELD | ACCRUED INCOME |
|---|---|---|---|---|---|---|---|
| CASH EQUIVALENTS | 17,256.85 | 17,256.85 | 0.00 | 0.03 | 847.55 | 4.91 | 183.98 |
| MISCELLANEOUS ASSETS | 45,367,249.26 | 49,593,609.52 | 4,226,360.26 | 99.96 | 0.00 | 0.00 | 0.00 |
| TOTAL ASSETS | 45,384,506.11 | 49,610,866.37 | 4,226,360.26 | 100.00 | 847.55 | 0.00 | 183.98 |
| ACCRUED INCOME | 183.98 | 183.98 | | 0.00 | | | |
| NET PENDING TRADES | 0.00 | 0.00 | | 0.00 | | | |
| TOTAL ACCOUNT | 45,384,690.09 | 49,611,050.35 | 4,226,360.26 | 100.00 | 847.55 | 0.00 | 183.98 |

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 50002 72000

STATEMENT OF ASSETS AND LIABILITIES
AS OF DECEMBER 31, 2006

| PAR VALUE/SHARES | DESCRIPTION | COST VALUE / UNIT COST | MARKET VALUE / UNIT PRICE | UNREALIZED GAIN/LOSS | ACCRUED INCOME |
|---|---|---|---|---|---|
| | **CASH EQUIVALENTS** | | | | |
| | **OTHER CASH EQUIVALENTS** | | | | |
| 17,256.850 | WELLS FARGO ADVANTAGE INVESTMENT MONEY MARKET SERVICE #250 VP4500022 | 17,256.85 / 100.000 | 17,256.85 / 100.000 | 0.00 | 183.98 |
| | **TOTAL OTHER CASH EQUIVALENTS** | 17,256.85 | 17,256.85 | 0.00 | 183.98 |
| | **TOTAL CASH EQUIVALENTS** | 17,256.85 | 17,256.85 | 0.00 | 183.98 |
| | **MISCELLANEOUS ASSETS** | | | | |
| | **INSURANCE** | | | | |
| 1.000 | BINDER CONT VARIOUS INS POL LINCOLN NATIONAL LIFE INSURANCE IN4917499 | 45,367,249.26 / ************ | 49,593,609.52 / ************ | 4,226,360.26 | 0.00 |
| | **TOTAL INSURANCE** | 45,367,249.26 | 49,593,609.52 | 4,226,360.26 | 0.00 |
| | **TOTAL MISCELLANEOUS ASSETS** | 45,367,249.26 | 49,593,609.52 | 4,226,360.26 | 0.00 |
| | **TOTAL ASSETS AND LIABILITIES** | 45,384,506.11 | 49,610,866.37 | 4,226,360.26 | 183.98 |
| | ACCRUED INCOME | 183.98 | 183.98 | | 183.98 |
| | **TOTAL ACCOUNT** | 45,384,690.09 | 49,611,050.35 | 4,226,360.26 | 183.98 |

SCHEDULE OF INCOME EARNED
FOR THE PERIOD OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 5000272000
PAGE 10

| ACTIVITY DATE | DESCRIPTION | PAR VALUE SHARES | NET INCOME COLLECTED | PRIOR ACCRUED INCOME | CURRENT ACCRUED INCOME | EARNED INCOME |
|---|---|---|---|---|---|---|
| | CASH EQUIVALENTS | | | | | |
| | WELLS FARGO ADVANTAGE | | | | | |
| | INVESTMENT MONEY MARKET SERVICE | | | | | |
| | #250 | | | | | |
| | CUSIP VP4500022 | | | | | |
| 09/30/06 | PRIOR ACCRUED INCOME | | | 85.40 | | |
| 10/02/06 | INCOME RECEIPT RECEIVED | 16,665.89 | 85.40 | | | |
| 11/01/06 | INCOME RECEIPT RECEIVED | 0.00 | 69.75 | | | |
| 12/01/06 | INCOME RECEIPT RECEIVED | 0.00 | 129.28 | | | |
| 12/31/06 | CURRENT ACCRUED INCOME | 17,256.85 | | | 183.98 | |
| | TOTAL | | 284.43 | 85.40 | 183.98 | 383.01 |
| | CASH EQUIVALENTS TOTAL | | 284.43 | 85.40 | 183.98 | 383.01 |
| | GRAND TOTAL | | 284.43 | 85.40 | 183.98 | 383.01 |

PAGE 11

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 50002 72000

SCHEDULE OF SECURITY ACQUISITIONS
FOR THE PERIOD OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006

| DATE | PAR VALUE/SHARES | DESCRIPTION | BROKER COMMISSION | CASH | COST VALUE |
|---|---|---|---|---|---|
| | | CASH EQUIVALENTS | | | |
| 12/31/06 | 1,575,047.700 | WF ADV CASH INVT MM FD-SVC #250 CUSIP VP4500022 | 0.00 | 1,575,047.70- | 1,575,047.70 |
| | | CASH SWEEP PURCHASES FOR THE PERIOD 10/01/06 TO 12/31/06 | 0.00 | 1,575,047.70- | 1,575,047.70 |
| | 1,575,047.700 | ASSET TOTAL | 0.00 | 1,575,047.70- | 1,575,047.70 |
| | | TOTAL CASH EQUIVALENTS | 0.00 | 1,575,047.70- | 1,575,047.70 |
| | | TOTAL SECURITY ACQUISITIONS | 0.00 | 1,575,047.70- | 1,575,047.70 |

PAGE 12

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 5000272000

SCHEDULE OF SECURITY DISPOSITIONS
FOR THE PERIOD OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006

| TRADE DATE | PAR VALUE/SHARES | DESCRIPTION | BROKER COMMISSION | TRANSACTION PROCEEDS | COST VALUE | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| | | CASH EQUIVALENTS | | | | |
| 12/31/06 | 1,574,456.740- | WF ADV CASH INVT MM FD-SVC    #250<br>CUSIP VP4500022<br>CASH SWEEP SALES<br>10/01/06 TO 12/31/06 | 0.00 | 1,574,456.74 | 1,574,456.74- | 0.00 |
| | 1,574,456.740-ASSET TOTAL | | 0.00 | 1,574,456.74 | 1,574,456.74- | 0.00 |
| | | TOTAL CASH EQUIVALENTS | 0.00 | 1,574,456.74 | 1,574,456.74- | 0.00 |
| | | TOTAL SECURITY DISPOSITIONS | 0.00 | 1,574,456.74 | 1,574,456.74- | 0.00 |

PAGE 13

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 5000272000

PENDING TRADES SCHEDULE
FOR THE PERIOD OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006

| TRADE DATE | PAR VALUE/SHARE | DESCRIPTION | UNIT PRICE | PROCEEDS | COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|

***** NO ACTIVITY FOR THIS PERIOD *****

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 5000272000
PAGE 14

SCHEDULE OF OTHER SECURITY CHANGES
FOR THE PERIOD OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006

| DATE | PAR VALUE/SHARES | DESCRIPTION | COST VALUE | MARKET VALUE | UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| | | SECURITY DISBURSEMENTS | | | |
| | | OTHER SECURITY DISBURSEMENTS | | | |
| | | MISCELLANEOUS ASSETS | | | |
| | | BINDER CONT VARIOUS INS POL<br>CUSIP IN491749 | | | |
| 12/31/06 | 0.000 | COST ADJUSTMENT<br>PERIOD ENDING 12/31/06 FOR 5000272000 NEW CENTURY | 4,186,471.88 | 0.00 | 4,186,471.88- |
| | | TOTAL OTHER SECURITY DISBURSEMENTS | 4,186,471.88 | 0.00 | 4,186,471.88- |
| | | TOTAL SECURITY DISBURSEMENTS | 4,186,471.88 | 0.00 | 4,186,471.88- |
| | | TOTAL SECURITY CHANGES | 4,186,471.88 | 0.00 | 4,186,471.88- |

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 5000272000

SCHEDULE OF CONTRIBUTIONS AND OTHER CASH RECEIPTS
FOR THE PERIOD OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006

| DATE | DESCRIPTION | CASH |
|---|---|---|
| | **CONTRIBUTIONS** | |
| | **EMPLOYER CONTRIBUTIONS** | |
| | EMPLOYER CONTRIBUTIONS | |
| 10/10/06 | CASH RECEIPT<br>EMPLOYER CONTRIBUTION<br>WIRE REC'D 10/6/06 FOR PAYROLL | 27,487.67 |
| 10/17/06 | CASH RECEIPT<br>EMPLOYER CONTRIBUTION<br>WIRE REC'D 10/17/06 FOR PAYROLL | 13,891.47 |
| 10/20/06 | CASH RECEIPT<br>EMPLOYER CONTRIBUTION<br>WIRE REC'D 10/20/06 FOR PAYROLL | 117,744.02 |
| 10/20/06 | CASH RECEIPT<br>EMPLOYER CONTRIBUTION<br>WIRE REC'D 10/20/06 FOR PAYROLL | 26,848.15 |
| 11/01/06 | CASH RECEIPT<br>EMPLOYER CONTRIBUTION<br>WIRE REC'D 11/1/06 FOR PAYROLL | 61,919.75 |
| 11/06/06 | CASH RECEIPT<br>EMPLOYER CONTRIBUTION<br>WIRE REC'D 11/6/06 FOR PAYROLL | 27,470.69 |
| 11/15/06 | CASH RECEIPT<br>EMPLOYER CONTRIBUTION<br>WIRE REC'D 11/15/06 FOR PAYROLL | 56,329.37 |
| 11/15/06 | CASH RECEIPT<br>EMPLOYER CONTRIBUTION<br>WIRE REC'D 11/15/06 FOR PAYROLL | 471,721.52 |
| 11/20/06 | CASH RECEIPT<br>EMPLOYER CONTRIBUTION<br>WIRE REC'D 11/17/06 FOR PAYROLL | 26,753.92 |
| 11/22/06 | CASH RECEIPT<br>EMPLOYER CONTRIBUTION<br>WIRE REC'D 11/20/06 FOR PAYROLL | 121,775.45 |

SCHEDULE OF CONTRIBUTIONS AND OTHER CASH RECEIPTS
FOR THE PERIOD OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 5000272000

PAGE 16

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 11/30/06 | CASH RECEIPT EMPLOYER CONTRIBUTION WIRE REC'D FOR PAYROLL | 43,864.34 |
| 12/01/06 | CASH RECEIPT EMPLOYER CONTRIBUTION WIRE REC'D 12/1/06 | 45,997.02 |
| 12/15/06 | CASH RECEIPT EMPLOYER CONTRIBUTION WIRE REC'D 12/15/06 FOR PAYROLL | 13,722.21 |
| 12/15/06 | CASH RECEIPT EMPLOYER CONTRIBUTION WIRE REC'D 12/15/06 FOR PAYROLL | 27,054.05 |
| 12/20/06 | CASH RECEIPT EMPLOYER CONTRIBUTION WIRE REC'D 12/19/06 FOR PAYROLL | 111,283.84 |
| 12/21/06 | CASH RECEIPT EMPLOYER CONTRIBUTION WIRE REC'D 12/21/06 FOR PAYROLL | 600.00 |
| 12/29/06 | CASH RECEIPT EMPLOYER CONTRIBUTION WIRE REC'D 12/29/06 FOR PAYROLL | 44,949.60 |
| 12/29/06 | CASH RECEIPT EMPLOYER CONTRIBUTION WIRE REC'D 12/29/06 FOR PAYROLL | 36,994.69 |
| | TOTAL EMPLOYER CONTRIBUTIONS | 1,276,407.76 |
| | **TOTAL EMPLOYER CONTRIBUTIONS** | **1,276,407.76** |
| | **EMPLOYEE CONTRIBUTIONS** | |
| | EMPLOYEE CONTRIBUTIONS | |
| 10/10/06 | CASH RECEIPT EMPLOYEE CONTRIBUTION WIRE REC'D 10/6/06 FOR PAYROLL | 96,644.51 |

PAGE 17

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 5000272000

SCHEDULE OF CONTRIBUTIONS AND OTHER CASH RECEIPTS
FOR THE PERIOD OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 10/17/06 | CASH RECEIPT EMPLOYEE CONTRIBUTION WIRE REC'D 10/17/06 FOR PAYROLL | 83,972.32 |
| 10/20/06 | CASH RECEIPT EMPLOYEE CONTRIBUTION WIRE REC'D 10/20/06 FOR PAYROLL | 327,667.28 |
| 10/20/06 | CASH RECEIPT EMPLOYEE CONTRIBUTION WIRE REC'D 10/20/06 FOR PAYROLL | 95,261.46 |
| 11/01/06 | CASH RECEIPT EMPLOYEE CONTRIBUTION WIRE REC'D 11/1/06 FOR PAYROLL | 341,780.27 |
| 11/06/06 | CASH RECEIPT EMPLOYEE CONTRIBUTION WIRE REC'D 11/6/06 FOR PAYROLL | 96,418.98 |
| 11/15/06 | CASH RECEIPT EMPLOYEE CONTRIBUTION WIRE REC'D 11/15/06 FOR PAYROLL | 255,439.03 |
| 11/15/06 | CASH RECEIPT EMPLOYEE CONTRIBUTION WIRE REC'D 11/15/06 FOR PAYROLL | 211,010.47 |
| 11/20/06 | CASH RECEIPT EMPLOYEE CONTRIBUTION WIRE REC'D 11/17/06 FOR PAYROLL | 95,260.29 |
| 11/20/06 | CASH RECEIPT EMPLOYEE CONTRIBUTION WIRE REC'D 11/20/06 FOR PAYROLL | 333,228.10 |
| 11/22/06 | CASH RECEIPT EMPLOYEE CONTRIBUTION WIRE REC'D 11/20/06 FOR PAYROLL | 220,323.70 |
| 11/30/06 | CASH RECEIPT EMPLOYEE CONTRIBUTION WIRE REC'D 11/20/06 FOR PAYROLL | |
| 12/01/06 | CASH RECEIPT EMPLOYEE CONTRIBUTION WIRE REC'D 12/1/06 FOR PAYROLL | 98,037.11 |

PAGE 18

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 5000272000

## SCHEDULE OF CONTRIBUTIONS AND OTHER CASH RECEIPTS
## FOR THE PERIOD OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 12/15/06 | CASH RECEIPT EMPLOYEE CONTRIBUTION WIRE REC'D 12/15/06 FOR PAYROLL | 81,300.18 |
| 12/15/06 | CASH RECEIPT EMPLOYEE CONTRIBUTION WIRE REC'D 12/15/06 FOR PAYROLL | 95,369.59 |
| 12/20/06 | CASH RECEIPT EMPLOYEE CONTRIBUTION WIRE REC'D 12/19/06 FOR PAYROLL | 296,614.31 |
| 12/21/06 | CASH RECEIPT EMPLOYEE CONTRIBUTION WIRE REC'D 12/21/06 PAYROLL | 10,000.00 |
| 12/29/06 | CASH RECEIPT EMPLOYEE CONTRIBUTION WIRE REC'D 12/29/06 FOR PAYROLL | 74,669.68 |
| 12/29/06 | CASH RECEIPT EMPLOYEE CONTRIBUTION WIRE REC'D 12/29/06 FOR PAYROLL | 164,617.32 |
| | **TOTAL EMPLOYEE CONTRIBUTIONS** | 2,977,614.60 |
| | **TOTAL EMPLOYEE CONTRIBUTIONS** | **2,977,614.60** |
| | **TOTAL CONTRIBUTIONS** | **4,254,022.36** |
| | **OTHER RECEIPTS** | |
| | COMP DUE TO UNINVESTED FUNDS | |
| 10/12/06 | CASH RECEIPT COMP DUE TO UNINVESTED FUNDS FROM 09/01/06 THROUGH 9/30/06 CLAIM REF #CM200609235 | 78.54 |
| 11/10/06 | CASH RECEIPT COMP DUE TO UNINVESTED FUNDS COMP DUE TO UNINVESTED FUNDS FROM 10/01/06 THROUGH 10/31/06 CLAIM REF #CM2006103046 | 227.99 |

SCHEDULE OF CONTRIBUTIONS AND OTHER CASH RECEIPTS
FOR THE PERIOD OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 500027200

PAGE 19

| DATE | DESCRIPTION | CASH |
|------|-------------|------|
| | TOTAL COMP DUE TO UNINVESTED FUNDS | 306.53 |
| | TOTAL OTHER RECEIPTS | 306.53 |
| | TOTAL CONTRIBUTIONS AND OTHER CASH RECEIPTS | 4,254,328.89 |

PAGE 20

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 50002Z2000

SCHEDULE OF BENEFIT PAYMENTS AND OTHER CASH DISBURSEMENTS
FOR THE PERIOD OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006

| DATE | DESCRIPTION | CASH |
|---|---|---|
| | OTHER CASH DISBURSEMENTS | |
| | WIRE DISBURSEMENTS | |
| 10/10/06 | CASH DISBURSEMENT<br>PAID TO BANK OF AMERICA-NY ABA 026009593<br>WIRE DISBURSEMENTS<br>INSURANCE PREMIUMS FOR 10/6/06 DEFERRAL | 124,132.18- |
| 10/17/06 | CASH DISBURSEMENT<br>PAID TO BANK OF AMERICA-NY ABA 026009593<br>WIRE DISBURSEMENTS<br>INSURANCE PREMIUMS FRO 10/17/06 DEFERRAL | 97,863.79- |
| 10/23/06 | CASH DISBURSEMENT<br>PAID TO BANK OF AMERICA-NY ABA 026009593<br>WIRE DISBURSEMENTS<br>INSURANCE PREMIUMS FOR 10/20/06 DEFERRAL | 445,411.30- |
| 10/23/06 | CASH DISBURSEMENT<br>PAID TO BANK OF AMERICA-NY ABA 026009593<br>WIRE DISBURSEMENTS<br>INSURANCE PREMIUMS FROM 10/20/06 DEFERRAL | 122,109.61- |
| 11/01/06 | CASH DISBURSEMENT<br>PAID TO BANK OF AMERICA-NY ABA 026009593<br>WIRE DISBURSEMENTS<br>INSURANCE PREMIUMS FOR 11/1/06 DEFERRAL | 403,700.02- |
| 11/06/06 | CASH DISBURSEMENT<br>PAID TO BANK OF AMERICA-NY ABA 026009593<br>WIRE DISBURSEMENTS<br>INSURANCE PREMIUMS FOR 11/6/06 DEFERRAL | 123,889.67- |
| 11/15/06 | CASH DISBURSEMENT<br>PAID TO BANK OF AMERICA-NY ABA 026009593<br>WIRE DISBURSEMENTS<br>INSURANCE PREMIUMS FOR 11/15/06 DEFERRAL | 311,768.40- |
| 11/15/06 | CASH DISBURSEMENT<br>PAID TO BANK OF AMERICA-NY ABA 026009593<br>WIRE DISBURSEMENTS<br>INSURANCE DEFERRAL FOR 11/15/06 DEFERRAL | 682,731.99- |

SCHEDULE OF BENEFIT PAYMENTS AND OTHER CASH DISBURSEMENTS
FOR THE PERIOD OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 50002/2000

| DATE | DESCRIPTION | CASH |
|------|-------------|------|
| 11/20/06 | CASH DISBURSEMENT PAID TO BANK OF AMERICA-NY ABA 026009593 WIRE DISBURSEMENTS INSURANCE PREMIUMS FOR 11/17/06 DEFERRAL | 122,014.21- |
| 11/22/06 | CASH DISBURSEMENT PAID TO BANK OF AMERICA-NY ABA 026009593 WIRE DISBURSEMENTS INSURANCE PREMIUMS FOR 11/20/06 DEFERRAL | 455,003.55- |
| 11/30/06 | CASH DISBURSEMENT PAID TO BANK OF AMERICA-NY ABA 026009593 WIRE DISBURSEMENTS INSURANCE PREMIUMS FOR 11/30/06 DEFERRAL | 264,188.04- |
| 12/04/06 | CASH DISBURSEMENT PAID TO BANK OF AMERICA-NY ABA 026009593 WIRE DISBURSEMENTS INSURANCE PREMIUMS FOR 12/1/06 DEFERRAL | 144,034.13- |
| 12/15/06 | CASH DISBURSEMENT PAID TO BANK OF AMERICA-NY ABA 026009593 WIRE DISBURSEMENTS INSURANCE PREMIUMS FOR 12/15/06 DEFERRAL | 95,022.39- |
| 12/15/06 | CASH DISBURSEMENT PAID TO BANK OF AMERICA-NY ABA 026009593 WIRE DISBURSEMENTS INSURANCE PREMIUMS FOR 12/15/06 DEFERRAL | 122,423.64- |
| 12/20/06 | CASH DISBURSEMENT PAID TO BANK OF AMERICA-NY ABA 026009593 WIRE DISBURSEMENTS INSURANCE PREMIUMS FOR 12/19/06 DEFERRAL | 407,898.15- |
| 12/21/06 | CASH DISBURSEMENT PAID TO BANK OF AMERICA-NY ABA 026009593 WIRE DISBURSEMENTS INSURANCE PREMIUMS FOT 12/21/06 PAYROLL | 10,600.00- |
| 12/29/06 | CASH DISBURSEMENT PAID TO BANK OF AMERICA-NY ABA 026009593 WIRE DISBURSEMENTS INSURANCE PREMIUMS FOR 12/29/06 DEFERRALS | 119,619.28- |

SCHEDULE OF BENEFIT PAYMENTS AND OTHER CASH DISBURSEMENTS
FOR THE PERIOD OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 5000272000

PAGE 22

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 12/29/06 | CASH DISBURSEMENT | 201,612.01- |
| | PAID TO BANK OF AMERICA-NY ABA 0026009593 | |
| | WIRE DISBURSEMENTS | |
| | INSURANCE PREMIUMS FOR 12/29/06 DEFERRAL | |
| | | |
| | TOTAL WIRE DISBURSEMENTS | 4,254,022.36- |
| | | |
| | TOTAL OTHER CASH DISBURSEMENTS | 4,254,022.36- |
| | | |
| | TOTAL BENEFIT PAYMENTS AND OTHER CASH DISBURSEMENTS | 4,254,022.36- |

BOND MATURITY SCHEDULE
AS OF DECEMBER 31, 2006

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 5000272000

PAGE    23

| MATURITY YEAR | PAR VALUE | COST VALUE | MARKET VALUE | % OF PAR VALUE | CUMULATIVE % PAR VALUE | % OF MARKET VALUE | CUMULATIVE % MARKET VALUE |
|---|---|---|---|---|---|---|---|

***** NO POSITIONS QUALIFY FOR THIS REPORTING PERIOD *****

SCHEDULE OF BROKER COMMISSIONS
FOR THE PERIOD OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006

NEW CENTURY FIN CORP DEF COM PLAN
ACCOUNT NUMBER 5000272000

PAGE 24

| BROKER | PAR VALUE/ SHARES | COMMISSION | TOTAL TRANSACTION AMOUNT | % OF COMMISSION TO TRANSACTION AMOUNT | COMMISSION PER SHARE IN CENTS |
|---|---|---|---|---|---|

****** NO ACTIVITY FOR THIS PERIOD ******