UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*,[1] | : : | Case Number 07-10416 (KJC) Jointly Administered |
| Debtors. | : : |  |

Requested Hearing Date: May 7, 2007 at 10:00 A.M.

## MOTION TO LIMIT AND SHORTEN NOTICE OF THE UNITED STATES TRUSTEE'S MOTION TO CONTINUE THE HEARING ON THE DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT OF (i) SALE-RELATED INCENTIVE PAY TO SENIOR MANAGEMENT AND (ii) RETENTION AND INCENTIVE PAY TO CERTAIN EMPLOYEES PURSUANT TO SECTIONS 105(a), 363(b)(1) AND 503(c) OF THE BANKRUPTCY CODE <u>(RELATED TO DOCKET ENTRY # 524)</u>

In support of her motion to limit and shorten notice of the United States Trustee's motion to continue the hearing on the Debtors' emergency motion for an order authorizing the payment of (i) sale-related incentive pay to senior management and (ii) retention and incentive pay to certain employees pursuant to sections 105(a), 363(b)(1) and 503(c) of the Bankruptcy Code (the motion

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

1

to continue, the "Motion"), Kelly Beaudin Stapleton, United States Trustee for Region 3 ("U.S. Trustee"), by and through her counsel, submits:

1. Absent the order proposed herewith, notice of the Motion would be governed by Local Rule 2002-1(b), which requires service on "counsel for the debtor, the United States Trustee, counsel for all official committees, all parties who file a request for service of notices pursuant to Fed. R. Bankr. P. 2002(i), and on all parties whose rights are affected by the motion." Local Bankr. R. 2002-1(b).

2. The U.S. Trustee requests that this Court limit notice of the Motion by electronic mail to counsel to the following persons: the Debtors, the Official Committee of Unsecured Creditors, and Greenwich/CIT. The U.S. Trustee submits that the proposed manner and limitation of notice is reasonable given the nature of the relief requested in the Motion.

3. The U.S. Trustee further requests that this Court shorten notice pursuant to Local Rule 9006-1(e) to allow for the Motion to be heard at the hearing scheduled for May 7, 2007 at 10:00 A.M. and require that objections to the Motion be submitted at or prior to the hearing. Given that the Incentive/Retention Motion is scheduled for the aforementioned date/time, the issue raised in the Motion is properly considered prior to the start of the hearing.

**[Continued on next page – space intentionally left blank]**

WHEREFORE the U.S. Trustee requests that this Court limit and shorten notice of the Motion as provided herein.

Respectfully submitted,

**KELLY BEAUDIN STAPLETON**
**UNITED STATES TRUSTEE**

BY: /s/ Joseph J. McMahon, Jr.
Joseph J. McMahon, Jr., Esquire
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(302) 573-6497 (Fax)

Date: May 3, 2007

**SO ORDERED BY THE COURT:**

The Honorable Kevin J. Carey
United States Bankruptcy Judge

Date: May 4, 2007