**GUST ROSENFELD P.L.C.**
201 E. Washington, Suite 800
Phoenix, Arizona 85004-2327
Telephone No. (602) 257-7430
Facsimile No. (602) 340-1538
Madeleine C. Wanslee
Mwanslee@gustlaw.com
**Attorneys for** Maricopa County Treasurer

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: <br><br> NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-10416 (KJC) <br><br> Jointly Administered |

**MARICOPA COUNTY TREASURER'S NOTICE OF PERFECTED LIENS REGARDING MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 365 AND 554 OF THE BANKRUPTCY CODE (A) AUTHORIZING AND APPROVING THE REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (B) AUTHORIZING AND APPROVING PROCEDURES FOR THE REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF PERSONAL AND NON-RESIDENTIAL REAL PROPERTY, DOCKET NO. 25**

Maricopa County Treasurer ("Maricopa County"), by and through its undersigned

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TR Holdings, Inc. (f/k/a New Century Financial Corporation) a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, LP (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, AD Astra Mortgage, Midwest Home Mortgage, Trats Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; and NCORAL, L.P., a Delaware limited partnership.

MCW:sdl  732935.1  5/4/2007

counsel, hereby provides notice that it claims concerning perfected statutory liens on certain of Debtors' personal property in accordance with A.R.S. § 42-17153 (2005) in response to the Motion of the Debtors and Debtors in Possession for Entry of an Order Pursuant to Sections 365 and 554 of the Bankruptcy Code (A) Authorizing and Approving the Rejection of Certain Unexpired Leases of Nonresidential Real Property and (B) Authorizing and Approving Procedures for the Rejection of Executory Contracts (the "Motion") to the extent that such liens are not timely and fully paid.  Maricopa County's liens secure nine (9) separate personal property tax obligations for taxes incurred in 2006, and 2007[2].

Debtors are liable for the following personal property tax liens currently owing to Maricopa County:

1.	The personal property located in Maricopa County identified as personal property parcel 949-97-937 is encumbered with a fully perfected tax lien in the amount of $4,669.66 for the 2006 taxes.

2.	The personal property located in Maricopa County identified as personal property parcel 949-97-946 is encumbered with a fully perfected tax lien in the amount of $775.84 for the 2006 taxes.

3.	The personal property located in Maricopa County identified as personal property parcel 949-62-520 is encumbered with a fully perfected tax lien in the amount of $107.56 for the 2006 taxes.

---

[2] As for taxes due for 2007, Maricopa County's inchoate tax lien attached January 1, 2007, but the amount of the taxes due will be set in August 2007.  *See*, A.R.S. §§ 42-17151 and 17153(C).

MCW:sdl  732935.1  5/4/2007

4. The personal property located in Maricopa County identified as personal property parcel 508-04-761 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007.

5. The personal property located in Maricopa County identified as personal property parcel 949-17-266 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007.

6. The personal property located in Maricopa County identified as personal property parcel 949-15-136 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007.

7. The personal property located in Maricopa County identified as personal property parcel 949-16-302 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007.

8. The personal property located in Maricopa County identified as personal property parcel 949-17-300 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007.

9. The personal property located in Maricopa County identified as personal property parcel 949-64-382 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007.

Maricopa County submitted for filing with the Court a Proof of Claim dated April 27, 2007 in the total sum of $5,553.06 for unpaid pre-petition personal property taxes for the year 2006, plus the accrual of interest at the statutory rate of 16% per annum.

Arizona law grants Maricopa County a valid lien that is "prior and superior to all other liens and encumbrances on the property." A.R.S. § 42-17153 (2005). Maricopa County objects to the transfer of any property located in Maricopa County that is part of the Motion if the tax liabilities associated with such property are not fully paid prior to the transfer of the property.

Arizona law further provides that "It is unlawful for the owner, . . . to knowingly sell or transfer personal property or remove it from its location until the taxes on the property are paid. *See,* A.R.S. § 42-19107(A). Accordingly, it is Maricopa County's position that before any transfer of Debtor's personal property located in Maricopa County, all taxes associated with each of the above parcels of personal property must be paid.

Dated this 4th day of May, 2007.

Respectfully submitted,

By*/s/ Madeleine C. Wanslee*
    Madeleine C. Wanslee
    Arizona State Bar No. 012590
    Gust Rosenfeld P.L.C.
    201 E. Washington Street, Suite 800
    Phoenix, AZ 85004-2327
    Telephone No. (602) 257-7430
    Facsimile No. (602) 34-1538
    Email: mwanslee@gustlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on the 4th day of May, 2007, I served by first class, postage prepaid mail, true and correct copies of the foregoing Maricopa County Treasurer's Notice of Perfected Liens in Response to Motion of the Debtors and Debtors in Possession for Entry of an Order Pursuant to Sections 365 and 554 of the Bankruptcy Code (A) Authorizing and Approving the Rejection of Certain Unexpired Leases of Nonresidential Real Property and (B) Authorizing and Approving Procedures for the Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property upon the following parties:

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
920 N. King St.
One Rodney Square
Wilmington, DE  19801
Attorneys for Debtors
Fax: 302-651-7701

Susanne Uhland, Esq.
Ben H. Logan
Victoria Newmark
Emily R. Culliver
O'MELVENY & MYERS LLP
275 Battery Street, Ste., 2600
San Francisco, CA  94111
Fax: 415-984-8701

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-00335
Fax: 302-573-6497

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
Attorneys for The Official Committee of Unsecured Creditors
Fax: 302-428-5110

By */s/ Madeleine C. Wanslee*
Madeleine C. Wanslee