IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| NEW CENTURY TRS HOLDINGS, : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] : | Jointly Administered |
| : | |
| Debtors. : | |

Objection Deadline: May 21, 2007 at 4:00 p.m.
Hearing Date: May 30, 2007 at 2:30 p.m.

APPLICATION FOR AUTHORIZATION TO RETAIN
HAHN & HESSEN LLP AS CO-COUNSEL FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS

TO: THE HONORABLE KEVIN J. CAREY,
   UNITED STATES BANKRUPTCY JUDGE:

The Official Committee of Unsecured Creditors ("Committee" or "Applicant") of New Century TRS Holdings, Inc, et al., the Debtors and Debtors-in-possession herein (collectively, the "Debtors"), respectfully represents as follows:

PRELIMINARY STATEMENT

1. The Committee seeks authority to retain under a general retainer Hahn & Hessen LLP ("H&H") as its counsel in the Debtors' Chapter 11 cases.

2. This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334. The statutory predicate for the relief sought herein is Section 327 of the Bankruptcy Code.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

877285.003 - 1245299.2

3.  On April 2, 2007, the Debtors filed voluntary petitions for reorganization under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware.

4.  On April 9, 2007, the Office of the United States Trustee, at an organizational meeting of creditors, appointed the following seven unsecured creditors to serve as members of the Committee:

> a.  Credit-Based Asset Servicing and Securitization LLC
>
> b.  Residential Funding Company, LLC
>
> c.  Credit Suisse First Boston Mortgage Capital LLC
>
> d.  Deutsche Bank National Trust Co.
>
> e.  Wells Fargo Bank, N.A., as Indenture Trustee
>
> f.  Fidelity National Information Services, Inc.
>
> g.  Maguire Properties – Park Place, LLC

That same day, the Committee elected Donald A. Workman, Esq. of Baker Hostetler on behalf of Fidelity National Insurance Services, Inc. and Thomas M. Korsman of Wells Fargo Bank, N.A., as Indenture Trustee, as co-chairs. The Committee then selected H&H as its counsel, the law firm of Blank Rome LLP as co-counsel and FTI Consulting, Inc. as financial advisors.

## RELIEF SOUGHT

5.  The Committee now seeks formal authorization from this Court to retain H&H, with offices located at 488 Madison Avenue, New York, New York, as its counsel, effective as of April 9, 2007. H&H is thoroughly familiar with and experienced in Chapter 11 practice and, in particular, the representation of creditors' committees. H&H is knowledgeable concerning the legal issues peculiar to debtor subprime lenders. It is also capable of investigating the Debtors' pre-petition acts and conduct. Accordingly, for these and other

reasons the Committee believes that H&H is well qualified to represent it in these cases.

6. H&H has agreed to be retained to advise and represent the Committee in the performance of its duties specified in Section 1103 of the Bankruptcy Code, including:

(a) Rendering legal advice to the Committee with respect to its duties and powers in this case;

(b) Assisting the Committee in its investigation of the acts, conduct, assets, liabilities and financial condition of the Debtors, the operation of the Debtors' businesses, the desirability of continuance of such businesses and any other matters relevant to these cases or to the business affairs of the Debtors;

(c) Advising the Committee with respect to any proposed sale of the Debtors' assets or a sale of the Debtors' business operations and any other relevant matters;

(d) Advising the Committee with respect to any proposed plan of reorganization and the prosecution of claims against third parties, if any, and any other matters relevant to the cases or to the formulation of a plan of reorganization;

(e) Assisting the Committee in requesting the appointment of a trustee or examiner pursuant to Section 1104 of the Bankruptcy Code, if necessary and appropriate; and

(f) Performing such other legal services, which may be required by, and which are in the best interests of, the unsecured creditors, which the Committee represents.

7. H&H has informed the Committee that the firm may have represented, from time to time, certain creditors of the Debtors or affiliates of such creditors on completely unrelated matters. Applicant has been assured that while H&H is employed by the Committee, it will not represent any other entity in connection with these Chapter 11 cases.

8. Based upon the annexed affidavit of Jeffrey L. Schwartz, a member of H&H, sworn to on April 26, 2007, to the best of the Committee's knowledge, H&H has and

represents no interest adverse to the interests of the Committee or the Debtors' estates and the Committee believes that the employment of H&H will be in the best interests of the creditors which this Committee represents and the Debtors' estates.

9. H&H has agreed to represent the Committee and to be compensated at its customary rates for services rendered and for actual expenses incurred in connection therewith, all subject to approval of this Court in accordance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and any orders of the Bankruptcy Court.

WHEREFORE, pursuant to Section 1103 of the Bankruptcy Code, the Committee, as Applicant, respectfully requests entry of the annexed order authorizing the Committee to retain Hahn & Hessen LLP as its counsel under a general retainer, effective as of April 9, 2007, and for such other and further relief as the Court may deem just and proper.

Dated: May 4, 2007

        OFFICIAL COMMITTEE OF UNSECURED
        CREDITORS OF NEW CENTURY TRS
        HOLDINGS, INC., et al., Debtors

        By: _____
            Co-Chair of the Committee
        By:

        Fidelity National Information Services, Inc.
        Co-Chair of Committee

        By: _____
            Donald A. Workman
        Baker & Hostetler
        Washington Square, Suite 1100
        1050 Connecticut Avenue, NW
        Washington, DC 20036-5304
        (Attorneys for Fidelity National Information
          Services, Inc.)

represents no interest adverse to the interests of the Committee or the Debtors' estates and the Committee believes that the employment of H&H will be in the best interests of the creditors which this Committee represents and the Debtors' estates.

9. H&H has agreed to represent the Committee and to be compensated at its customary rates for services rendered and for actual expenses incurred in connection therewith, all subject to approval of this Court in accordance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and any orders of the Bankruptcy Court.

**WHEREFORE,** pursuant to Section 1103 of the Bankruptcy Code, the Committee, as Applicant, respectfully requests entry of the annexed order authorizing the Committee to retain Hahn & Hessen LLP as its counsel under a general retainer, effective as of April 9, 2007, and for such other and further relief as the Court may deem just and proper.

Dated: May 4, 2007

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NEW CENTURY TRS
HOLDINGS, INC., et al., Debtors

By: _____
Co-Chair of the Committee
By:

By: _____/s/_____
Co-Chair of the Committee
By: Thomas M. Korsman
Wells Fargo Bank, N.A.
as Indenture Trustee

877285.003 - 1245299.1                    4