IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., et al.,[1] | Case No. 07-10416 (KJC) <br> (Jointly Administered) |
| Debtors. | |

### AFFIDAVIT OF JEFFREY L. SCHWARTZ

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

Jeffrey L. Schwartz, being duly sworn, deposes and says:

1.  I am an attorney at law duly admitted to practice before the United States Bankruptcy Courts for the Southern and Eastern Districts of New York, the Court of Appeals for the Second Circuit, as well as in the Courts of the State of New York, and a member of the firm of Hahn & Hessen LLP ("H&H"). My firm maintains offices for the practice of law at 488 Madison Avenue, New York, New York 10022.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a new Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

2. To the best of my knowledge, after due inquiry, neither H&H nor any member or associate thereof has any connection with New Century TRS Holdings, Inc., et al., the debtors and debtors-in-possession herein (the "Debtors") or any of their officers, directors, or professional advisors, or any other interested party in these Chapter 11 cases, except as set forth below. H&H and all its members and associates are "disinterested persons" as that term is defined in Section 101(13) of the Bankruptcy Code.

3. On April 9, 2007, the first meeting of the Official Committee of Unsecured Creditors (the "Committee") of the Debtors was held, at which time H&H was selected to act as the Committee's counsel, Blank Rome LLP ("Blank Rome") as co-counsel, and FTI Consulting Inc. as financial advisors.

4. H&H has agreed to serve as counsel to the Committee and to be compensated at its customary hourly rates for services rendered and to be reimbursed for its actual expenses incurred therewith, subject to Court approval in accordance with Sections 330(a) and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and any orders of the Bankruptcy Court. The hourly rates charged by H&H for such services range from $500 to $650 per hour for partners, from $200 to $400 per hour for associates, from $450 to $625 per hour for special counsel and of counsel and $180 to $200 per hour for paralegals. These billing rates may change from time to time, although the billing rates generally are only changed annually. H&H has received no retainer from the Committee or anyone else. H&H will make the appropriate interim and final applications to the Court for its compensation and reimbursement of its expenses as an administrative expense of the estate.

5.  H&H has represented creditors' interests in insolvency proceedings for more than 75 years and will assist the Committee in performing those services specified in Section 1103 of the Bankruptcy Code.

6.  The Debtors have numerous unsecured and secured creditors and, from time to time, H&H has represented certain of those creditors in completely unrelated matters. H&H maintains records of all of its clients and the matters on which it represented or represents those clients. We have caused an examination of these records to be made to determine which, if any, of the Debtors' secured and/or top fifty unsecured creditors (as provided by the Debtors) H&H may have represented in the past or may be representing at the present time in unrelated matters. This search has disclosed that H&H does not and has not represented any of those creditors except to the following extent:

A.  H&H has represented in the past, and continues to represent in totally unrelated matters, Lehman Brothers Inc. and/or certain of its affiliates;

B.  H&H has represented in the past, and continues to represent in totally unrelated matters, JP Morgan Chase Bank, N.A. and/or certain of its affiliates;

C.  H&H has represented in the past and may represent in the future in totally unrelated matters, Greenwich Capital and/or certain of its affiliates ("Greenwich Capital"). (Greenwich Capital is a DIP lender to and a named potential buyer of certain assets of the Debtors.);

D.  H&H has represented in the past and continues to represent in totally unrelated matters, Bear Stearns & Co. and/or certain of its affiliates;

E.  H&H has represented in the past and continues to represent in totally unrelated matters, HSBC Bank USA, NA and/or certain of its affiliates;

F.  H&H has represented in the past and continues to represent in totally unrelated matters, Citibank NA and/or certain of its affiliates;

G.  H&H has represented in the past and continues to represent in totally unrelated matters Bank of America and/or certain of its affiliates, including Bank of America Commercial Finance;

H.  H&H has represented in the past and continues to represent in totally unrelated matters GMAC Commercial Finance. GMAC Commercial Finance and a sister company, Residential Capital, LLC and Residential Funding Corporation (neither of which H&H has represented in the past) are creditors of these Debtors;

I.  H&H has represented in the past and continues to represent in totally unrelated matters The CIT Group, and its various affiliates, including CIT Business Capital and CIT Commercial Services, among others (collectively, "CIT"). (A CIT affiliate is a DIP lender to the Debtors);

J.  H&H has represented in the past and continues to represent in totally unrelated matters Bank Leumi and affiliates;

K.  H&H has represented in the past and continues to represent General Electric Capital Corp. and/or certain affiliates;

7.  In no case has the revenues received by my Firm over the past three years from any one of these institutional creditors exceeded 7.0% of the Firm's total revenues during the same time period.

8.  H&H will not represent the Committee in any adversary proceedings or contested matters involving any of the entities listed in "6" above, but will defer to co-counsel, or, if co-counsel is also conflicted, to special counsel engaged for that purpose.

9.  In addition, H&H has represented Credit Suisse, Goldman Sachs, State Street Bank, Nomura, Deutsche Financial Services, Inc. and Merrill Lynch and/or their affiliates in the past in totally unrelated matters. H&H has not represented any of these entities in the recent past and does not believe that it has any issue in handling any adversary proceedings or contested matters on behalf of the Committee with respect to any of such entities.

10. There may be other, minor, creditors of the Debtors which H&H may have in the past or may be presently representing of which H&H is presently unaware but in no event

is H&H representing any other creditor with respect to the Debtors' Chapter 11 cases or any other entity with interests adverse to the interests of the Committee. If I become aware of H&H having represented any other material creditors of the Debtors, I will file a supplement to this Affidavit so advising the Court.

11. H&H's representation of certain creditors of these Debtors in matters unrelated to these cases does not preclude H&H from vigorously representing the Committee. H&H will not represent any individual creditor while it is serving as counsel to the Committee.

12. I know of no reason why H&H cannot serve as counsel to the Committee in these Chapter 11 cases.

_____
Jeffrey L. Schwartz

Sworn to before me this
26th day of April, 2007

_____
Notary Public

JOSHUA I. DIVACK
NOTARY PUBLIC, State of New York
No. 02DI4955807
Qualified in Westchester County
Commission Expires Oct. 19, 1999 2009