# CERTIFICATE OF SERVICE

I, Bonnie Glantz Fatell, hereby certify that on May 4, 2007, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated.

**Application for Authorization to Retain Hahn & Hessen LLP as Co-Counsel for the Official Committee of Unsecured Creditors**

_____
Bonnie Glantz Fatell (No. 3809)

127340.01600/40168687v.1