IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | |

Objection Deadline: May 21, 2007 at 4:00 p.m.
Hearing Date: May 30, 2007 at 2:30 p.m.

## APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.* FOR AN ORDER AUTHORIZING THE COMMITTEE TO RETAIN AND EMPLOY BLANK ROME LLP AS ITS CO-COUNSEL PURSUANT TO 11 U.S.C. §§ 328 AND 1103 AND FED. R. BANKR. P 2014 *NUNC PRO TUNC* AS OF APRIL 9, 2007

The Official Committee of Unsecured Creditors (the "Committee") of New Century TRS Holdings, Inc., *et al.* hereby files this application (the "Application") for entry of an Order, pursuant to 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014, authorizing the retention and employment of Blank Rome LLP ("Blank Rome") as co-counsel for the Committee *nunc pro tunc* as of April 9, 2007. In support of the Application, the Committee relies upon the Verified Statement of Bonnie Glantz Fatell (the "Verified Statement") attached hereto as Exhibit A and incorporated herein by reference, and respectfully represents as follows:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

127340.01600/40168273v.1                                    1

## JURISDICTION

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of these chapter 11 cases in this district is proper under 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief sought herein are 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014.

## BACKGROUND

3. On April 2, 2007 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtors continue in the management and operation of their businesses and property as debtors in possession. No trustee or examiner has been appointed in these cases.

4. On April 9, 2007, the Office of the United States Trustee appointed the following members to the Committee: (i) Credit-Based Asset Servicing and Securitization LLC, (ii) Residential Funding Company, LLC, (iii) Credit Suisse First Boston Mortgage Capital LLC, (iv) Deutsche Bank National Trust Co., (v) Wells Fargo Bank, N.A., as Indenture Trustee, (vi) Fidelity National Information Services, Inc., and (vii) Maguire Properties – Park Place, LLC.

5. On April 9, 2007, the Committee selected Blank Rome and Hahn & Hessen LLP as its co-counsel and FTI Consulting, Inc. as its financial advisor.

## RELIEF REQUESTED

6. Through this Application, the Committee seeks authority to retain and employ Blank Rome as its co-counsel effective as of April 9, 2007.

### Blank Rome is Well Qualified to Represent the Committee

7. With offices in New York, Pennsylvania, Delaware, and other locations, Blank Rome is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings. The Committee seeks the employment of Blank Rome to represent it and perform services for the Committee in connection with carrying out its fiduciary duties and responsibilities under the Bankruptcy Code consistent with section 1103(c) and other provisions of the Bankruptcy Code.

8. Attorneys at Blank Rome have broad-based experience and a national reputation in bankruptcy and reorganization proceedings. Through Blank Rome, the Committee will have the benefit of such knowledge and experience, as well as the ability to call upon other attorneys within Blank Rome with expertise in other specialized areas of law as may be needed.

9. Subject to the approval of this Court, Blank Rome will charge the Committee for its legal services on an hourly basis in accordance with its ordinary and customary rates, which are in effect on the date the services are rendered, subject to periodic adjustment. The Committee has been advised by Blank Rome that the current hourly rates, which will be charged in respect of the primary members of the Blank Rome engagement team for the Committee, are as follows:

| Name | Rate |
|---|---|
| Bonnie Glantz Fatell | $575.00 per hour |
| Regina Stango Kelbon | $525.00 per hour |
| David W. Carickhoff | $380.00 per hour |

From time to time, other Blank Rome attorneys may be involved in these cases as needed. Hourly rates of partners and counsel range from $300 to $675 per hour, associates' rates range from $245 to $475 per hour, and paralegals' rates range from $105 to $265 per hour.

10. In addition to the hourly rates previously referred to, Blank Rome customarily charges clients for actual and necessary costs of support services the firm provides in connection with a representation, including, without limitation, court reporters, transcripts, computerized research, filing fees, photocopying charges, long distance telephone calls, facsimile transmissions, messengers, courier mail, secretarial overtime, temporary services, travel, lodging, and catering for meetings. Some of these services are provided by Blank Rome, in which case the charges are set by Blank Rome, and others are provided by third party service providers, in which case the charges are set by the providers. Blank Rome will charge the cost of these expenses in a manner and at rates consistent with charges generally made to the firm's other clients. All such charges for which Blank Rome seeks payment are subject to Court approval and/or pursuant to any administrative procedures established by Order of the Court.

11. The Committee has been advised that Blank Rome will use every effort to staff the engagement in a cost-effective manner, including utilizing the firm's paralegal assistants to handle those aspects of these cases that can best be managed by a paralegal. Further, Blank Rome will work with co-counsel, Hahn & Hessen LLP, to make every effort to avoid duplication of services.

## Blank Rome Is a "Disinterested Person"

12. Based on the Verified Statement, the Committee believes that Blank Rome does not hold any interest adverse to the Debtors' estates and, while employed by the Committee, will not represent any person having an adverse interest in connection with these cases. Further, based upon the Verified Statement, the Committee believes that Blank Rome is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code.

13. The Committee believes that the employment of Blank Rome is necessary and in the best interests of the estate, enabling the Committee to carry out its fiduciary duties owed to creditors under the Bankruptcy Code.

WHEREFORE, the Committee respectfully requests that the Court enter an Order, substantially in the form attached hereto, authorizing the retention and employment of Blank Rome as co-counsel to the Committee effective as of April 9, 2007, pursuant to sections 328 and 1103 of the Bankruptcy Code, as well as Fed. R. Bankr. P. 2014, with compensation and reimbursement of expenses to be paid pursuant to sections 330 and 331 of the Bankruptcy Code, and in accordance with applicable administrative procedures established by Order of this Court, if any, and for such other and further relief as the Court deems just and proper.

Dated: May 4, 2007

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.*

Fidelity National Information Services, Inc. in its capacity as Co-Chairman of the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc.

By: _____
Michael J. Marino
601 Riverside Avenue
Jacksonville, FL 32204
Telephone: 904-854-5842
E-mail: mike.marino@fnf.com

Wells Fargo Bank, N.A., as Indenture Trustee, in its capacity as Co-Chairman of the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc.

By: _____
Thomas M. Korsman
608 2nd Avenue South
Minneapolis, MN 55479
Telephone: 612-466-5890
E-mail: thomas.m.korsman@wellsfargo.com

Fidelity National Information Services, Inc. in its capacity as Co-Chairman of the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc.

>Michael J. Marino
>601 Riverside Avenue
>Jacksonville, FL 32204
>Telephone: 904-854-5842
>E-mail: mike.marino@fnf.com
>
>or
>
>By: _____
>Donald A. Workman
>Baker & Hostetler LLP
>Washington Square
>1050 Connecticut Ave., N.W., Suite 1100
>Washington, D.C. 20036-5304
>Telephone: 202-861-1500
>E-mail: dworkman@bakerlaw.com
>Counsel to Fidelity National Information Services, Inc. in its capacity as Co-Chairman