IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | |

Objection Deadline: May 21, 2007 at 4:00 p.m.
Hearing Date: May 30, 2007 at 2:30 p.m.

**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.* FOR AN ORDER AUTHORIZING THE COMMITTEE TO RETAIN AND EMPLOY BLANK ROME LLP AS ITS CO-COUNSEL PURSUANT TO 11 U.S.C. §§ 328 AND 1103 AND FED. R. BANKR. P 2014 *NUNC PRO TUNC* AS OF APRIL 9, 2007**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

The Official Committee of Unsecured Creditors (the "Committee") of New Century TRS Holdings, Inc., et al. filed the **Application of the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al. for an Order Authorizing the Committee to Retain and Employ Blank Rome LLP as Its Co-Counsel Pursuant to 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014 Nunc Pro Tunc as of April 9, 2007** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington,

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- 1 -

Delaware 19801 (the "Bankruptcy Court"). A true and correct copy of the Application is attached hereto.

Objections and other responses to the relief requested in the Application, if any, must be in writing and be filed with the Bankruptcy Court no later than 4:00 p.m. Eastern Time on May 21, 2007.

Any objections or other responses to the Application, if any, must also be served so that they are received not later than **May 21, 2007 at 4:00 p.m.** Eastern Time, by the undersigned.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE KEVIN J. CAREY AT THE BANKRUPTCY COURT ON **MAY 30, 2007 AT 2:30 P.M.** EASTERN TIME.

Dated: May 4, 2007

**BLANK ROME LLP**

*/s/ Bonnie Fatell*
Bonnie Glantz Fatell (DE No. 3809)
Regina Stango Kelbon
David W. Carickhoff, Jr. (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

-and-

-2-

- 3 -

**HAHN & HESSEN LLP**
Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Proposed Co-Counsel for The Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al.*