# **Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | |

**VERIFIED STATEMENT OF BONNIE GLANTZ FATELL IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.* FOR AN ORDER AUTHORIZING THE COMMITTEE TO RETAIN AND EMPLOY BLANK ROME LLP AS ITS CO-COUNSEL PURSUANT TO 11 U.S.C. §§ 328 AND 1103 AND FED. R. BANKR. P 2014 *NUNC PRO TUNC* AS OF APRIL 9, 2007**

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS: |
| COUNTY OF NEW CASTLE | ) | |

I, Bonnie Glantz Fatell, verify and say:

1. I am a partner in the law firm of Blank Rome LLP ("Blank Rome"), with offices at 1201 Market Street, Suite 800, Wilmington, DE 19801, and other locations, and I am duly authorized to make this verified statement (the "Verified Statement") on behalf of Blank Rome. I make this Verified Statement in support of the *Application of the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al. for an Order Authorizing the*

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

*Committee to Retain and Employ Blank Rome LLP as Its Co-Counsel Pursuant to 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014 Nunc Pro Tunc as of April 9, 2007* (the "Application").[2]

2. This Verified Statement is given in part on personal knowledge and in part on information and belief based on discussions with individuals at Blank Rome whom I consider reliable for the purposes of the matters discussed, and in part on reviewing records provided to me by Blank Rome colleagues and employees.

3. Blank Rome is a nationally recognized firm with extensive experience in bankruptcy and reorganization proceedings, including, without limitation, representing debtors, debtors in possession, trustees, creditors and creditors' committees, and others in Chapter 11 and Chapter 7 cases. Its sophisticated practice also spans many other areas of law, including, without limitation, corporate, securities, white collar crime, employee benefits, tax, and intellectual property matters. The firm is well qualified to represent the Official Committee of Unsecured Creditors (the "Committee") of New Century TRS Holdings, Inc., *et al.* in these Chapter 11 cases (the "Chapter 11 Cases").

4. Blank Rome has undertaken an extensive examination of its database of existing and former clients to determine whether it had or has any connections with parties in interest in the Chapter 11 Cases. Specifically, Blank Rome's analysis included an examination of the entities set forth on the list of potential parties in interest that was provided to Blank Rome by the Debtors and which is attached hereto as <u>Exhibit A</u>. The list includes the following categories of entities identified by the Debtors: (i) entities that have filed UCC financing statements in connection with the Debtors' assets ("UCC-1 parties"), (ii) the 50 largest unsecured creditors of

---

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Application.

the Debtors, (iii) the largest shareholders of New Century Financial Corporation, (iv) directors and senior employees of the Debtors, (v) professionals retained by the Debtors, and (vi) the Debtors. Additionally, Blank Rome has searched its database for members of the Office of the United States Trustee's Office for Region 3 involved in the Chapter 11 Cases, members of the Committee, and any Committee professionals.

5. Based on the database examination of the entities specified above and on the attached Exhibit A,[3] we have concluded that Blank Rome does not represent any entity in the Chapter 11 Cases which has an adverse interest in connection with these cases. However, I am advised that the database search reveals the connections listed below. Blank Rome does not and will not represent any of the Entities listed below or any affiliate thereof in connection with the Chapter 11 Cases.

    a. Prior to the Petition Date, New Century Mortgage Corporation ("NCMC"), one of the Debtors in the Chapter 11 Cases, was a client of Blank Rome, wherein Blank Rome represented NCMC in consumer servicing disputes unrelated to the Chapter 11 Cases and provided NCMC with certain consumer regulatory advice. The total amount of time that Blank Rome billed to NCMC is approximately $24,500.00. Within the 90 days prior to the Petition Date, Blank Rome received $193.00 from NCMC. To the extent that NCMC owes Blank Rome any amounts in connection with Blank Rome's pre-petition services, Blank Rome waives such amounts.

    b. Residential Funding Company, LLC ("RFC") is creditor of the Debtors and a member of the Committee. Upon information and belief, RFC is an affiliate of GMAC or other General Motors entities. I am advised that GMAC Commercial Finance, LLC is an unsecured creditor of the Debtors. Blank Rome has from time to time done work in the past on discrete matters unrelated to the Chapter 11 Cases for GMAC Business Credit, LLC; GMAC Commercial Mortgage Corp.; GMAC Mortgage LLC, GMAC Mortgage Corp.; GMAC Commercial Holding Capital Mortgage Corp.; Holden, Ltd. (Australian affiliate of General Motors Corp.) and GMAC Commercial Finance LLC (collectively, the "GMAC Entities"). In the context of representing a GMAC Entity in 2006, Blank Rome gave discrete regulatory advice unrelated to the Chapter 11 Cases to RFC and Homecomings Financial LLC. Blank Rome does not presently represent any of the GMAC Entities.

---

3 Designation of a creditor's role in the case is not intended to nor shall it be deemed to be an admission as to the nature of any creditor's claims or to the validity of any of its filings, including without limitation UCC filings.

c.  The CIT Group/Equipment Financing is a UCC-1 party and one of the DIP lenders. An affiliate, CIT Communications Finance Corp. also is a UCC-1 party (collectively "The CIT Group"). Blank Rome represents The CIT Group and affiliates thereof in various matters unrelated to the Chapter 11 Cases from time to time. Blank Rome has received a conflict waiver from The CIT Group in connection with Blank Rome's representation of the Committee in the Chapter 11 Cases. The year 2006 billings of Blank Rome to The CIT Group represented less than 0.7% of the firm's gross revenues for that year.

d.  (i) Deutsche Bank National Trust Co. ("DBNT") is a member of the Committee, (ii) Deutsche Bank Trust Company Americas ("DBTCA") is a UCC-1 party, and (iii) Deutsche Bank is a creditor of the Debtors. Blank Rome does not represent DBNT nor DBTCA, but has in the past represented Deutsche Bank and affiliates thereof, including Deutsche Borse AG, in discrete matters unrelated to the Chapter 11 Cases.

e.  Fidelity National Information Services, Inc. ("Fidelity Information") is a member of the Committee. Blank Rome does not represent Fidelity Information, but does represent from time to time affiliates thereof in discrete matters unrelated to the Chapter 11 Cases.

f.  Wells Fargo Bank, N.A. ("Wells"), as indenture trustee, is a member of the Committee. Blank Rome has represented Wells in the past and may represent Wells in discrete matters unrelated to the Chapter 11 Cases in the future. Blank Rome presently represents Wells affiliates in various matters unrelated to the Chapter 11 Cases.

g.  Blank Rome is counsel for the Official Committee of Unsecured Creditors of Mortgage Lenders Network USA, Inc. (the "MLN Committee"), in Case No. 07-10146 (PJW). The MLN Committee is comprised of the following creditors: (i) Merrill Lynch Mortgage Lending, Inc.; (ii) Lehman Brothers Bank, FSB; (iii) Wachovia Bank, N.A., (iv) Duffy White Construction, LLC, (v) MTM Technologies, Inc., (vi) Workstage, LLC, and (vii) David D. Hagburg. Some of the MLN Committee members are creditors and/or parties in interest in the Chapter 11 Cases. Blank Rome's representation of the MLN Committee is unrelated to the Chapter 11 Cases.

h.  Affiliated Computer Services ("ACS") is a creditor of the Debtors. Blank Rome has represented and may represent ACS and/or its affiliates in discrete matters unrelated to the Chapter 11 Cases from time to time.

i.  Bank of America, N.A. ("BoA") is a creditor of the Debtors and a UCC-1 party. Blank Rome represents BoA and affiliates thereof in various matters unrelated to the Chapter 11 Cases from time to time.

j.  Barclays Bank, PLC ("Barclays") is a creditor of the Debtors and a UCC-1 party. Blank Rome does not represent Barclays, but does represent from time to time affiliates thereof in discrete matters unrelated to the Chapter 11 Cases.

k. Countrywide Home Loans, Inc. ("Countrywide") is a UCC-1 party. Blank Rome has represented and may represent Countrywide and/or its affiliates in discrete matters unrelated to the Chapter 11 Cases from time to time.

l. EMC Mortgage Corporation ("EMC") is a creditor of the Debtors. Blank Rome has represented and may represent EMC and/or its affiliates in discrete matters unrelated to the Chapter 11 Cases from time to time.

m. FTI Consulting, Inc. ("FTI") is the proposed financial advisor to the Committee and also is the financial advisor to the MLN Committee. Blank Rome represented FTI in a matter recently unrelated to the Chapter 11 Cases, but does not presently represent FTI. Blank Rome may have had representations in other cases where FTI was involved as financial advisor or consultant.

n. General Electric Capital Corporation ("GE") is a creditor of the Debtors and a UCC-1 party. Blank Rome represents GE and affiliates thereof in various matters unrelated to the Chapter 11 Cases from time to time.

o. Goldman Sachs Mortgage Company ("Goldman Mortgage") is a creditor of the Debtors. Blank Rome has represented Goldman Mortgage and/or affiliates in discrete matters. Blank Rome represents and may represent Goldman Mortgage and/or affiliates in various matters unrelated to the Chapter 11 Cases.

p. Guaranty Bank is an unsecured creditor of the Debtors and a UCC-1 party. Guaranty Bank is the parent company of Shelter Mortgage Company LLC ("Shelter"). Blank Rome has from time to time done work in the past on discrete matters unrelated to the Chapter 11 Cases for Shelter.

q. Heller Ehrman LLP ("Heller") is counsel to the Debtors' audit committee. Blank Rome has represented and may represent Heller in discrete matters unrelated to the Chapter 11 Cases from time to time.

r. HSBC Bank USA, N.A. ("HSBC") is a creditor of the Debtors and a UCC-1 party. Blank Rome has represented and may represent HSBC and/or its affiliates in discrete matters unrelated to the Chapter 11 Cases from time to time.

s. IXIS Real Estate Capital, Inc. ("IREC") is a creditor of the Debtors and a UCC-1 party. IXIS Asset Management Group ("IXIS"), a French corporation, is the parent company of IREC and AEW Capital Management, L.P. ("AEW"). Blank Rome has from time to time done work in the past on discrete matters unrelated to this case for AEW.

t. Lehman Brothers Bank FSB ("Lehman FSB") is a creditor of the Debtor and a member of the MLN Committee. Blank Rome does not represent Lehman FSB, but does represent affiliates thereof in discrete matters unrelated to the Chapter 11 Cases from time to time.

u.  Morgan Stanley and Morgan Stanley Capital Services are shareholders of New Century Financial Corporation and Mortgage Stanley Mortgage Capital Inc. is a creditor of the Debtors. Blank Rome has represented and may represent Morgan Stanley Dean Witter and/or its affiliates in discrete matters unrelated to the Chapter 11 Cases from time to time.

v.  Sprint is a creditor of the Debtors. Blank Rome does not currently represent Sprint, but does represent from time to time affiliates thereof in discrete matters unrelated to the Chapter 11 Cases.

w.  Sterling Bank is a UCC-1 party. Blank Rome has represented and may represent Sterling Bank and/or its affiliates in discrete matters unrelated to the Chapter 11 Cases from time to time.

x.  Suntrust is a creditor of the Debtors. Blank Rome has represented and may represent Suntrust and/or its affiliates in discrete matters unrelated to the Chapter 11 Cases from time to time.

y.  U.S. Bank National Association ("US Bank") is a UCC-1 party. Blank Rome represents US Bank and affiliates thereof in various matters unrelated to the Chapter 11 Cases from time to time.

z.  Washington Mutual Bank ("WAMU") is a creditor of the Debtors. Blank Rome has represented and may represent WAMU and/or its affiliates in discrete matters unrelated to the Chapter 11 Cases from time to time.

6. Prior to the Petition Date from time to time Blank Rome responded to inquiries from existing clients regarding the Debtors based on a review of publicly available information and documents. Blank Rome does not and will not represent any such parties in this chapter 11 case.

7. It is possible that Blank Rome may have represented or may continue to represent creditors, or interest holders of the Debtors in unrelated matters from time to time, but Blank Rome is not representing (and will not represent) any such persons in the Chapter 11 Cases. While Blank Rome has taken all reasonable steps to ascertain whether current or recent clients are creditors of the Debtors, affiliated with creditors of the Debtors, or are otherwise parties in interest, it is possible that there are relationships or connections of which Blank Rome is not

aware through reasonable diligence. Should Blank Rome become aware of any connections with other creditors or parties in interest, Blank Rome will supplement this Verified Statement.

8.  Blank Rome is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) in that Blank Rome, its members, of counsel and associates:

a.  are not creditors of the Debtors, equity security holders of the Debtors, or insiders[4] of the Debtors;

b.  are not and were not, within 2 years before the Petition Date, directors, officers, or employees of the Debtors; and

c.  do not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

9.  Additionally, neither Blank Rome, any member of Blank Rome, any attorney who is of counsel to Blank Rome, nor any associate of Blank Rome, insofar as I have been able to ascertain:

a.  presently represents a creditor or equity interest holder of the Debtors, or a person otherwise adverse or potentially adverse to the Debtors or the Debtors' estates on any matter that is related to the Debtors or the Debtors' estates or, except as described in paragraph 5 above, on any matter that is unrelated to the Debtors or the Debtors' estates;

b.  except as described in paragraph 5 above, has any other connection with the Debtors, their creditors, the Office of the United States Trustee or any employee of that office or any other parties in interest; or

---

[4] The term "insider" as used herein shall have the same meaning ascribed to it in 11 U.S.C. § 101(31).

c. has any other interest, direct or indirect, which may affect or be affected by the proposed representation.

10. Blank Rome will represent no entity other than the Committee in connection with the Chapter 11 Cases. However, Blank Rome may represent a successor in interest to the Committee or the Debtors' estates pursuant to a confirmed plan in the Chapter 11 Cases.

11. Blank Rome has not received a retainer.

12. Blank Rome has agreed to be employed by the Committee at the firm's customary, hourly rate for comparable matters, including paralegal services, and understands that the firm's compensation is to be paid and the expenses and costs are to be reimbursed upon application to the Court and is subject to the Court's approval and/or pursuant to any administrative procedures established by Order of the Court, after notice and a hearing. Blank Rome anticipates that the following are the core team of lawyers who will be responsible primarily for this engagement and the current hourly rates that Blank Rome customarily charges for their services:

| | |
|---|---|
| Bonnie Glantz Fatell | $575.00 per hour |
| Regina Stango Kelbon | $525.00 per hour |
| David W. Carickhoff | $380.00 per hour |

13. Other attorneys and paralegal assistants at Blank Rome may be called upon from time to time as the need and issues arise to represent the Committee in respect of all aspects of the Chapter 11 Cases. Hourly rates of partners and counsel range from $300 to $675 per hour, associates' rates range from $245 to $475 per hour, and paralegals' rates range from $105 to $265 per hour. Blank Rome's rates may change from time to time in accordance with Blank Rome's established billing practices and procedures. Blank Rome will maintain detailed,

contemporaneous records of time and necessary expenses provided or incurred in connection with the rendering of the legal services described above by category and nature of the services rendered.

14. Blank Rome customarily and generally charges clients for the costs of support services the firm provides in connection with a representation, including, without limitation, photocopying charges, long distance telephone calls, facsimile transmissions, messengers, courier mail, secretarial and administrative overtime and temporary services, travel, lodging and catering for meetings. Some of these services are provided by Blank Rome, in which case the charges are set by Blank Rome, and others are provided by third party service providers, in which case the charges are set by the providers. Blank Rome will charge the cost of these expenses in a manner and at rates consistent with charges generally made to the firm's other clients. All such charges for which Blank Rome seeks payment are subject to Court approval and/or pursuant to any administrative procedure established by Order of the Court.

15. No agreement or understanding exists between Blank Rome and any other person (other than members or employees of the firm) to share compensation received for services to be rendered in connection with this representation.

16. By reason of the foregoing, I believe that Blank Rome is eligible for employment and retention by the Committee pursuant to 11 U.S.C. §§ 328 and 1103 and applicable rules of bankruptcy procedure.

Dated: May 4, 2007

_____
Bonnie Glantz Fatell

Sworn to and subscribed before me
this 4th day of May, 2007.

_____
Notary Public

MARY C. LEVAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 11, 2009

127340.01600/40168495v.3                9

# EXHIBIT A

Listing of Parties-in-Interest Reviewed for Current/Former Relationships

**Exhibit A**

**Debtor**
    New Century TRS Holdings, Inc.
    (f/k/a New Century Financial Corporation)

**Debtor's Attorneys**
    Allen Matkins Leck Gamble Mallory & Natsis LLP
    Heller Ehrman LLP
    O'Melveny & Myers LLP
    Richards, Layton & Finger, P.A.
    Skadden, Arps, Slate, Meagher & Flom
    Thacher Proffitt & Wood LLP

**Debtor's Financial Advisors**
    AlixPartners LLP
    Lazard Freres & Co LLC
    XRoads Case Management Services, LLC

**Debtor's Affiliates (w/in Ch 11)**
    New Century Financial Corporation
    New Century Mortgage Corporation
    NC Capital Corporation
    Home123 Corporation
    New Century Credit Corporation
    (f/k/a Worth Funding Incorporated)
    NC Asset Holding, L.P.
    (f/k/a NC Residual II Corporation)
    NC Residual III Corporation
    NC Residual IV Corporation
    New Century R.E.O. Corp.
    New Century R.E.O. II Corp.
    New Century R.E.O. III Corp.
    New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage)
    NC Deltex, LLC
    NCORAL, L.P.

**Non-Debtor Affiliates**
    Access Investments II, L.L.C
    Anyloan Financial Corporation
    Capital Standard Origination Company
    CSOC XI, Inc.
    CSOC XIV, Inc.
    CSOC XXIII, Inc.
    CSOC XXV, Inc.
    CSOC XXVII, Inc.
    CSOC XXXII, Inc.
    CSOC XXXVII, Inc.
    CSOC XXXVIII, Inc.
    eConduit Corporation
    Home123.com, Inc.
    NC Insurance Services, Inc.
    NC Participation I, LLC
    NC Residual Corporation
    NCMC Insurance Corporation
    New Century Funding A
    New Century Funding I
    New Century Funding SB-1
    New Century Mortgage Securities Inc.

## Exhibit A

New Century Warehouse Corporation
North American Real Estate Solutions, Inc.
Realtor Builder I, Inc.
Realtor Builder II, Inc.
Realtor Builder III, Inc.
Realtor Builder IV, Inc.
Realtor Builder V, Inc.
Realtor Builder VI, Inc.
Von Karman Funding Trust

**Debtor's Board of Directors**
Brad A. Morrice
David Einhorn *(Recently Resigned)*
Donald E. Lange
Edward F. Gotschall
Fredric J. Forster
Harold A. Black
Marilyn A. Alexander
Michael M. Sachs
Richard A. Zona
Robert K. Cole
William J. Popejoy

**Debtor's Corporate Officers**
Anthony Meola
Brad A. Morrice
Colleen Wolf
David Fleig
David Kenneally
Edward F. Gotschall
Eric Haines
Frank Bilotta
Jennifer Jewett
Jonathan Threadgill
Joseph Eckroth
Joseph Torterelli
Kevin M. Cloyd
Leigh Ann Clifford
Louis Garday
Marc Loewenthal
Monika L. McCarthy
Patrick J. Flanagan
Patti Dodge
Paul Zalle
Richard Cimino
Robert K. Cole
Robert Lambert
Stergios Theologides
Taj S. Bindra
Warren Peltier

**Debtor's Major Shareholders (5% or More)**
Greenlight Capital, LLC and affiliates
Hotchkis and Wiley Capital Management, LLC
Morgan Stanley / Morgan Stanley Capital Services

**Exhibit A**

**Debtor's Major Shareholders Attorneys (as known)**
Cadwalader Wickersham

**Secured / Warehouse Lenders**
Aspen Funding Corp.
Bank of America, N.A.
Barclays Bank PLC
Bear Stearns Mortgage Capital
Citigroup Global Markets Realty Corp
Credit Suisse First Boston Mortgage Capital LLC
Deutsche Bank
Gemini Securitization Corp
Goldman Sachs Mortgage Company
Guaranty Bank
IXIS Real Estate Capital Inc
Morgan Stanley Mortgage Capital Inc
Newport Funding Corp.
State Street Bank and Trust
State Street Capital Markets, LLC
UBS Real Estate Securities

**Secured / Warehouse Lenders Attorneys (as known)**
Ashby & Geddes, P.A.
Cadwalader Wickersham
Chadbourne & Parke LLP
Kay Scholer
Kirkland & Ellis LLP
Milbank Tweed
Morris, Nichols, Arsht & Tunnell LLP
Nixon Peabody LLP
Paul, Hastings, Janofsk & Walker LLP
Pepper Hamilton LLP
Potter Anderson

**Indenture Trustees (as known)**
Deutsche Bank National Trustee
US Bank
Wells Fargo Bank

**Indenture Trustees Attorneys (as known)**
Kelley Drye & Warren
Nixon Peabody LLP
Pepper Hamilton LLP

**Fifty Largest Unsecured Creditors**
Adteractive
Affiliated Computer Services
Alaska Seaboard Partners Limited
Aspen Funding Corp.
Assurant Specialty Property Insurance
Aurora Loan Services
Bank of America, N.A.
Barclays Bank PLC
Carrington Securities, LP
Catarine Mortgage Services Inc.
ChoicePoint Precision Marketing
Citigroup Global Markets Realty Corp.
Countrywide
Credit Suisse First Boston Mortgage Capital LLC
Credit-Based Asset Servicing and Securitization LLC
DB Structured Products, Inc.
Deutsche Bank

**Exhibit A**

EMC Mortgage Corporation
Fiserv CCS
Galleon Capital Corporation
Gemini Securitization Corp., LLC
General Electric Capital Corporation
GMAC Commercial Finance, LLC
Goldman Sachs Mortgage Company
Greenwich Capital Financial Products, Inc.
Guaranty Bank
Harbor Asset Management Services
HSBC Bank USA, N.A.
Indymac Bank FSB
IXIS Real Estate Capital Inc.
JP Morgan Chase Bank, NA
Lehman Brothers Bank FSB
Low.com
Lowermybills.com
Morgan Stanley Mortgage Capital Inc.
National Field Representatives
Newport Funding Corp.
Nextag
Nomura Securities
PricewaterhouseCoopers LLP
Residential Funding Corporation
SG Mortgage Finance Corp.
Sheffield Receivables Corporation
Sprint
State Street Global Markets, LLC
Suntrust
System Source, Inc.
Tucson Funding LLC
UBS Real Estate Securities Inc.
Washington Mutual Bank, FA

**Official Creditors' Committee Members**
Credit Suisse First Boston Mortgage Capital LLC
Credit-Based Asset Servicing and Securitization LLC
Deutsche Bank National Trust Co.
Fidelity National Information Services, Inc.
Maguire Properties - Park Place, LLC
Residential Funding Company, LLC
Wells Fargo Bank, N.A., as Indenture Trustee

**Official Creditors' Committee Attorneys (as known)**
Buchanan Ingersoll & Rooney PC
Chadbourne & Parke LLP
Dorsey & Whitney LLP
Kelley Drye & Warren
Nixon Peabody LLP
Pepper Hamilton LLP

**Official Creditors' Committee Legal Counsels**
Blank Rome, LLP
Hahn & Hessen, LLP

Exhibit A

**Other Significant Parties-in-Interest (as known)**

*DIP Lenders*
CIT Group/Business Credit, Inc.
Greenwich Capital Financial Products, Inc.

*DIP Lenders' Attorneys*
Kirkland & Ellis LLP
Pachulski, Stang, Ziehl, Young, Jones & Weintraub

*Greenwich's Parent Company*
Royal Bank of Scotland

*Counsel Representing Carrington*
Mayer, Brown, Rowe & Maw LLP

*US Trustee*
Andrew R. Vara
Kelly Beaudin Stapleton

*Other*
Accenture
Ameritch Credit Corporation
AON Risk Services
Bank Leumi Leasing Corporation
Bank of the West
Carrington Mortgage Credit Fund I, LP
CB Richard Ellis
CDC Mortgage Capital Inc.
Charter One Vendor Finance LLC
CIT Communications Finance Corporation
Consultants Group Commercial Funding Corp.
Cooley Godward Kronish LLP
Countrywide Home Loans, Inc.
Dale Scott Heineman
Dallas County
Ellington Management Group
Federal Express
Federal National Mortgage Association
General Electric Capital Corporation
Guaranty Federal Saving Bank
IOS Capital
Jason Allen Whitwood
Kodiac Funding & CDO
Kurt F. Johnson
Mission Center Partners
PFE International Inc.
Ropes & Gray LLP
Safeco Financial
St. Andrew Funding Trust c/o New Century Mortgage
Sterling Bank
Sullivan & Cromwell LLP
The CIT Group/Equipment Financing
Theresa A. Davis
Travelers
U.S. Bancorp
U.S. Bancorp Equipment Financing, Inc.
U.S. Bank National Association
Union Bank of California
United California Capital
Wolfe & Wyman LLP