IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket No. ____ |

**ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.* TO RETAIN AND
EMPLOY BLANK ROME LLP AS ITS CO-COUNSEL PURSUANT TO 11 U.S.C. §§ 328
AND 1103 AND FED. R. BANKR. P 2014 *NUNC PRO TUNC* AS OF APRIL 9, 2007**

Upon the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") of New Century TRS Holdings, Inc., *et al.* for an Order authorizing the Committee to retain and employ Blank Rome LLP ("Blank Rome") as its co-counsel in these chapter 11 cases effective as of April 9, 2007; and the Court having reviewed the Application and the Verified Statement of Bonnie Glantz Fatell in Support of the Application (the "Verified Statement"), a partner in the law firm of Blank Rome, attached to the Application as Exhibit A; and the Court having determined that the legal and factual bases set forth in the Application and the Verified Statement establish just cause for the relief granted herein;

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

1

THE COURT HEREBY FINDS THAT:

A.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

B.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C.  Notice of the Application was sufficient under the circumstances.

D.  The Application and the Verified Statement are in full compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court (the "Local Rules").

IT IS HEREBY ORDERED THAT:

1.  The Application is GRANTED.

2.  The Committee is authorized to retain and employ Blank Rome as its co-counsel in these chapter 11 cases, *nunc pro tunc* as of April 9, 2007, in accordance with the Application and the Verified Statement.

3.  Blank Rome is authorized to perform any and all legal services for the Committee that are necessary or appropriate in connection with these chapter 11 cases.

4.  Blank Rome shall be compensated for its services and reimbursed for any related expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable orders of this Court.

Dated: May ____, 2007

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge