## CERTIFICATE OF SERVICE

I, Bonnie Glantz Fatell, hereby certify that on May 4, 2007, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated.

**Application of the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc. et al. for an Order Authorizing the Committee to Retain and Employ Blank Rome LLP as Its Co-Counsel Pursuant to 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. 2014 Nunc Pro Tunc as of April 9, 2007**

_/s/ Bonnie Fatell_
Bonnie Glantz Fatell (No. 3809)

127340.01600/40168689v.1