# **EXHIBIT A**

Listing of Parties-in-Interest Reviewed for Current/Former Relationships

**Exhibit A**

**Debtor**
New Century TRS Holdings, Inc.
(f/k/a New Century Financial Corporation)

**Debtor's Attorneys**
Allen Matkins Leck Gamble Mallory & Natsis LLP
Heller Ehrman LLP
O'Melveny & Myers LLP
Richards, Layton & Finger, P.A.
Skadden, Arps, Slate, Meagher & Flom
Thacher Proffitt & Wood LLP

**Debtor's Financial Advisors**
AlixPartners LLP
Lazard Freres & Co LLC
XRoads Case Management Services, LLC

**Debtor's Affiliates (w/in Ch 11)**
New Century Financial Corporation
New Century Mortgage Corporation
NC Capital Corporation
Home123 Corporation
New Century Credit Corporation
(f/k/a Worth Funding Incorporated)
NC Asset Holding, L.P.
(f/k/a NC Residual II Corporation)
NC Residual III Corporation
NC Residual IV Corporation
New Century R.E.O. Corp.
New Century R.E.O. II Corp.
New Century R.E.O. III Corp.
New Century Mortgage Ventures, LLC (d/b/a Summit
Resort Lending, Total Mortgage Resource, Select
Mortgage Group, Monticello Mortgage Services, Ad Astra
Mortgage, Midwest Home Mortgage, TRATS Financial
Services, Elite Financial Services, Buyers Advantage
Mortgage)
NC Deltex, LLC
NCORAL, L.P.

**Non-Debtor Affiliates**
Access Investments II, L.L.C
Anyloan Financial Corporation
Capital Standard Origination Company
CSOC XI, Inc.
CSOC XIV, Inc.
CSOC XXIII, Inc.
CSOC XXV, Inc.
CSOC XXVII, Inc.
CSOC XXXII, Inc.
CSOC XXXVII, Inc.
CSOC XXXVIII, Inc.
eConduit Corporation
Home123.com, Inc.
NC Insurance Services, Inc.
NC Participation I, LLC
NC Residual Corporation
NCMC Insurance Corporation
New Century Funding A
New Century Funding I
New Century Funding SB-1
New Century Mortgage Securities Inc.

# Exhibit A

New Century Warehouse Corporation
North American Real Estate Solutions, Inc.
Realtor Builder I, Inc.
Realtor Builder II, Inc.
Realtor Builder III, Inc.
Realtor Builder IV, Inc.
Realtor Builder V, Inc.
Realtor Builder VI, Inc.
Von Karman Funding Trust

**Debtor's Board of Directors**
Brad A. Morrice
David Einhorn *(Recently Resigned)*
Donald E. Lange
Edward F. Gotschall
Fredric J. Forster
Harold A. Black
Marilyn A. Alexander
Michael M. Sachs
Richard A. Zona
Robert K. Cole
William J. Popejoy

**Debtor's Corporate Officers**
Anthony Meola
Brad A. Morrice
Colleen Wolf
David Fleig
David Kenneally
Edward F. Gotschall
Eric Haines
Frank Bilotta
Jennifer Jewett
Jonathan Threadgill
Joseph Eckroth
Joseph Torterelli
Kevin M. Cloyd
Leigh Ann Clifford
Louis Garday
Marc Loewenthal
Monika L. McCarthy
Patrick J. Flanagan
Patti Dodge
Paul Zalle
Richard Cimino
Robert K. Cole
Robert Lambert
Stergios Theologides
Taj S. Bindra
Warren Peltier

**Debtor's Major Shareholders (5% or More)**
Greenlight Capital, LLC and affiliates
Hotchkis and Wiley Capital Management, LLC
Morgan Stanley / Morgan Stanley Capital Services

Affidavit in Support of The Committee's Application For An Order Authorizing Employment and Retention of FTI Consulting, Inc. as Financial Advisors for the Committee.

Exhibit A - 2 of 5

## Exhibit A

**Debtor's Major Shareholders Attorneys (as known)**
    Cadwalader Wickersham

**Secured / Warehouse Lenders**
    Aspen Funding Corp.
    Bank of America, N.A.
    Barclays Bank PLC
    Bear Stearns Mortgage Capital
    Citigroup Global Markets Realty Corp
    Credit Suisse First Boston Mortgage Capital LLC
    Deutsche Bank
    Gemini Securitization Corp
    Goldman Sachs Mortgage Company
    Guaranty Bank
    IXIS Real Estate Capital Inc
    Morgan Stanley Mortgage Capital Inc
    Newport Funding Corp.
    State Street Bank and Trust
    State Street Capital Markets, LLC
    UBS Real Estate Securities

**Secured / Warehouse Lenders Attorneys (as known)**
    Ashby & Geddes, P.A.
    Cadwalader Wickersham
    Chadbourne & Parke LLP
    Kay Scholer
    Kirkland & Ellis LLP
    Milbank Tweed
    Morris, Nichols, Arsht & Tunnell LLP
    Nixon Peabody LLP
    Paul, Hastings, Janofsk & Walker LLP
    Pepper Hamilton LLP
    Potter Anderson

**Indenture Trustees (as known)**
    Deutsche Bank National Trustee
    US Bank
    Wells Fargo Bank

**Indenture Trustees Attorneys (as known)**
    Kelley Drye & Warren
    Nixon Peabody LLP
    Pepper Hamilton LLP

**Fifty Largest Unsecured Creditors**
    Adteractive
    Affiliated Computer Services
    Alaska Seaboard Partners Limited
    Aspen Funding Corp.
    Assurant Specialty Property Insurance
    Aurora Loan Services
    Bank of America, N.A.
    Barclays Bank PLC
    Carrington Securities, LP
    Catarine Mortgage Services Inc.
    ChoicePoint Precision Marketing
    Citigroup Global Markets Realty Corp.
    Countrywide
    Credit Suisse First Boston Mortgage Capital LLC
    Credit-Based Asset Servicing and Securitization LLC
    DB Structured Products, Inc.
    Deutsche Bank

**Exhibit A**

EMC Mortgage Corporation
Fiserv CCS
Galleon Capital Corporation
Gemini Securitization Corp., LLC
General Electric Capital Corporation
GMAC Commercial Finance, LLC
Goldman Sachs Mortgage Company
Greenwich Capital Financial Products, Inc.
Guaranty Bank
Harbor Asset Management Services
HSBC Bank USA, N.A.
Indymac Bank FSB
IXIS Real Estate Capital Inc.
JP Morgan Chase Bank, NA
Lehman Brothers Bank FSB
Low.com
Lowermybills.com
Morgan Stanley Mortgage Capital Inc.
National Field Representatives
Newport Funding Corp.
Nextag
Nomura Securities
PricewaterhouseCoopers LLP
Residential Funding Corporation
SG Mortgage Finance Corp.
Sheffield Receivables Corporation
Sprint
State Street Global Markets, LLC
Suntrust
System Source, Inc.
Tucson Funding LLC
UBS Real Estate Securities Inc.
Washington Mutual Bank, FA

**Official Creditors' Committee Members**
Credit Suisse First Boston Mortgage Capital LLC
Credit-Based Asset Servicing and Securitization LLC
Deutsche Bank National Trust Co.
Fidelity National Information Services, Inc.
Maguire Properties - Park Place, LLC
Residential Funding Company, LLC
Wells Fargo Bank, N.A., as Indenture Trustee

**Official Creditors' Committee Attorneys (as known)**
Buchanan Ingersoll & Rooney PC
Chadbourne & Parke LLP
Dorsey & Whitney LLP
Kelley Drye & Warren
Nixon Peabody LLP
Pepper Hamilton LLP

**Official Creditors' Committee Legal Counsels**
Blank Rome, LLP
Hahn & Hessen, LLP

Affidavit in Support of The Committee's Application For An Order Authorizing Employment and Retention of FTI Consulting, Inc. as Financial Advisors for the Committee.

Exhibit A - 4 of 5

**Exhibit A**

**Other Significant Parties-in-Interest (as known)**

*DIP Lenders*
CIT Group/Business Credit, Inc.
Greenwich Capital Financial Products, Inc.

*DIP Lenders' Attorneys*
Kirkland & Ellis LLP
Pachulski, Stang, Ziehl, Young, Jones & Weintraub

*Greenwich's Parent Company*
Royal Bank of Scotland

*Counsel Representing Carrington*
Mayer, Brown, Rowe & Maw LLP

*US Trustee*
Andrew R. Vara
Kelly Beaudin Stapleton

*Other*
Accenture
Ameritch Credit Corporation
AON Risk Services
Bank Leumi Leasing Corporation
Bank of the West
Carrington Mortgage Credit Fund I, LP
CB Richard Ellis
CDC Mortgage Capital Inc.
Charter One Vendor Finance LLC
CIT Communications Finance Corporation
Consultants Group Commercial Funding Corp.
Cooley Godward Kronish LLP
Countrywide Home Loans, Inc.
Dale Scott Heineman
Dallas County
Ellington Management Group
Federal Express
Federal National Mortgage Association
General Electric Capital Corporation
Guaranty Federal Saving Bank
IOS Capital
Jason Allen Whitwood
Kodiac Funding & CDO
Kurt F. Johnson
Mission Center Partners
PFE International Inc.
Ropes & Gray LLP
Safeco Financial
St. Andrew Funding Trust c/o New Century Mortgage
Sterling Bank
Sullivan & Cromwell LLP
The CIT Group/Equipment Financing
Theresa A. Davis
Travelers
U.S. Bancorp
U.S. Bancorp Equipment Financing, Inc.
U.S. Bank National Association
Union Bank of California
United California Capital
Wolfe & Wyman LLP