# EXHIBIT B

Parties-in-Interest Noted for Court Disclosure

**Exhibit B**

**Debtor's Attorneys**
    Allen Matkins Leck Gamble Mallory & Natsis LLP
    Heller Ehrman LLP
    O'Melveny & Myers LLP
    Richards, Layton & Finger, P.A.
    Skadden, Arps, Slate, Meagher & Flom

**Debtor's Affiliates (w/in Ch 11)**
    New Century Mortgage Corporation

**Debtor's Major Shareholders (5% or More)**
    Morgan Stanley / Morgan Stanley Capital Services

**Secured / Warehouse Lenders**
    Bank of America, N.A.
    Barclays Bank PLC
    Citigroup Global Markets Realty Corp
    Goldman Sachs Mortgage Company
    State Street Bank and Trust

**Secured / Warehouse Lenders Attorneys (as known)**
    Kirkland & Ellis LLP
    Chadbourne & Parke LLP
    Nixon Peabody LLP
    Paul, Hastings, Janofsk & Walker LLP

**Indenture Trustees Attorneys (as known)**
    Nixon Peabody LLP

**Fifty Largest Unsecured Creditors**
    Affiliated Computer Services
    General Electric Capital Corporation
    GMAC Commercial Finance, LLC
    Greenwich Capital Financial Products, Inc.
    HSBC Bank USA, N.A.
    JP Morgan Chase Bank, NA
    Lehman Brothers Bank FSB
    PricewaterhouseCoopers LLP
    Sprint
    Suntrust
    Washington Mutual Bank, FA

**Official Creditors' Committee Members**
    Credit Suisse First Boston Mortgage Capital LLC
    Credit-Based Asset Servicing and Securitization LLC
    Deutsche Bank National Trust Co.
    Fidelity National Information Services, Inc.
    Maguire Properties - Park Place, LLC
    Wells Fargo Bank, N.A., as Indenture Trustee

**Official Creditors' Committee Attorneys (as known)**
    Buchanan Ingersoll & Rooney PC
    Chadbourne & Parke LLP
    Nixon Peabody LLP

## Exhibit B

**Other Significant Parties-in-Interest (as known)**

*DIP Lenders*
CIT Group/Business Credit, Inc.
Greenwich Capital Financial Products, Inc.

*DIP Lenders' Attorneys*
Kirkland & Ellis LLP
Pachulski, Stang et al.

*Counsel Representing Carrington*
Mayer, Brown, Rowe & Maw LLP

*Other*
AON Risk Services
Federal Express
PFE International Inc.
Sullivan & Cromwell LLP
Travelers
Union Bank of California