IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, ) | |
| INC., et al., ) | Case No. 07-10416 (KJC) |
| a Delaware corporation ) | (Jointly Administered) |
| Debtor. ) | |

ORDER AUTHORIZING RETENTION OF
FTI CONSULTING, INC.
AS FINANCIAL ADVISOR
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned Debtors and Debtors in possession (collectively, the "Debtors"), for an order pursuant to section 1103 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing them to retain FTI Consulting, Inc. and its wholly owned subsidiaries (collectively "FTI") as financial advisors; and upon the Affidavit Samuel E. Star in support of the Application; and due and adequate notice of the Application having been given; and it appearing that no other notice need be given; and it appearing that FTI is not representing any adverse interest in connection with this case; and it appearing that the relief requested in the Application is in the best interest of the Committee; after due deliberation and sufficient cause appearing therefore, it is hereby

    ORDERED that the Application be, and it hereby is, granted; and it is further

    ORDERED that the capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

    ORDERED that in accordance with sections 328 and 1103 of the Bankruptcy Code, the Committee is authorized to employ and retain FTI as of April 9, 2007 as their financial advisors on the terms set forth in the Application; and it is further

    ORDERED that FTI shall be compensated in accordance with the procedures set

forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court; and it is further

ORDERED that to the extent accrued during this retention, FTI shall receive (a) its fixed monthly compensation as specified in the Application and (b) reimbursement of FTI's expenses, which in each case shall not hereafter be subject to challenge except under the standard of review set forth in section 328(a) of the Bankruptcy Code.

ORDERED that this court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.

Dated: _____, 200\_

> _____
> THE HONORABLE KEVIN J. CAREY
> UNITED STATES BANKRUPTCY JUDGE