## CERTIFICATE OF SERVICE

I, Bonnie Glantz Fatell, hereby certify that on May 4, 2007, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated.

**Application Pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Sections 328 and 1103 of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Nunc Pro Tunc to April 9, 2007**

*[signature]*
Bonnie Glantz Fatell (No. 3809)