*New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)*
*Bankruptcy Rule 2002 Service List*
*Local Via Hand Delivery   -   Non-Local Via First Class Mail*

*Representing Government Agency*
Division of Unemployment Insurance
Department of Labor
4425 N. Market Street
Wilmington, DE 19802

*Representing SN Servicing Corp. as Agent for*
*Alaska Seaboard Partners Limited Partnership*
Richard M. Beck
Michael W. Yurkewicz
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

*Representing Safeco Financial Institution*
*Solutions, Inc.*
Don A. Beskrone
Ashby & Geddes, P.A.
P.O. Box 1150
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

*Representing Washington Mutual*
Karen C. Bifferato
Marc J. Phillips
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

*Representing CB Richard Ellis Corporate*
*Facilities Management, Inc.*
Ian Connor Bifferato
Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

*Representing UBS Real Estate Securities, Inc.*
William P. Bowden
Gregory A. Taylor
Ashby & Geddes, P.A.
P.O. Box 1150
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

*Representing DB Structured Products, Inc.*
Robert S. Brady
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

*Representing Credit-Based Asset Servicing and*
*Securitization and Wells Fargo Bank, N.A.*
Michael Busenkell
Eckert, Seamans, Cherin & Mellot, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

*Representing Residential Funding Company, LLC*
Mary F. Caloway
Eric Lopez Schnabel
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

*Representing GMAC Commercial Finance*
*LLC and Countrywide Home Loans*
William E. Chipman, Jr.
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801

*Representing Maguire Properties-Park Place*
Megan E. Cleghorn
Skadden, Arps, Slate, Meagher & Flom LLP
P.O. Box 636
One Rodney Square
Wilmington, DE 19899-0636

*Representing Debtors*
Mark D. Collins
Michael J. Merchant
Chun I. Jang
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

*Representing Morgan Stanley Mortgage Capital Inc.*
Robert J. Dehney
Gregory W. Werkheiser
Daniel B. Butz
Morris, Nichols, Arsht & Tunnell LLP
P.O. Box 1347
1201 N. Market Street, 18th Floor
Wilmington, DE 19801

*Representing Citigroup Global Markets Realty Corp.*
Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

*Representing The Official Committee of Unsecured Creditors*
Bonnie Glantz Fatell
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

*Representing General Electric Capital Corporation*
Michael G. Gallerizzo
Gebhardt & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801

*Representing Natixis Real Estate Capital, Inc.*
Neil B. Glassman
Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Representing Premier Print and Services Group, Inc.*
Joseph Grey
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

*Representing IndyMac Bank, F.S.B. and Qwest Corporation*
Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

*Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.*
Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl Young Jones & Weintraub LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801

*Representing Carrington Mortgage Services, LLC and Carrington Capital Management, LLC*
Steven K. Kortanek
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

*Representing JP Morgan Chase Bank, NA*
Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

*Representing Union Bank of California*
David M. Fournier
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street, Suite 5100
Wilmington, DE 19801

Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

*Representing RBC Mortgage Company, Royal Bank of Canada and RBC Centura Bank*
Francis A. Monaco, Jr.
Monzack and Monaco, P.A.
P.O. Box 2031
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

*Representing Kodiak Funding LP and Kodiak CDO I, Ltd.*
Norman M. Monhait
Rosenthal, Monhait & Goddess, P.A.
P.O. Box 1070
919 Market Street, Suite 1401
Wilmington, DE 19899-1070

*Representing Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc.*
Michael R. Nestor
Young Conaway Stargatt & Taylor, LLP
P.O. Box 391
The Brandywine Bldg
1000 West Street, 17th Floor
Wilmington, DE 19801

*Representing Bank of America, N.A.*
Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19899

*Representing Government Agency*
Ellen W. Slights
U.S. Attorney's Office
P.O. Box 2046
1007 Orange Street, 7th Floor
Wilmington, DE 2046

*Representing Deutsche Bank National Trust Company*
David B. Stratton
Pepper Hamilton LLP
P.O. Box 1709
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899

*Representing ABN AMRO Bank N.V.*
Joanne B. Wills
Michael W. Yurkewicz
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

*Representing Government Agency*
Delaware Secretary of State
Division of Corporations
Franchise Tax Division
P.O. Box 7040
Dover, DE 19903

*Representing Government Agency*
Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA 90295

*Representing Government Agency*
Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, DC 20020

*Representing Government Agency*
 Secretary of the Treasury
P.O. Box 7040
Dover, DE 19903

IKON Office Solutions
Recovery & Bankruptcy
3920 Ark Wright Road, Suite 400
Macon, GA 31210

*Representing Bexar County and City of El Paso*
David G. Aelvoet
Linebarger Goggan Blair & Sampson LLP
Travis Building, 711 Navarro, Suite 300
San Antonio, TX 78205

*Representing DB Structured Products, Inc.*
Richard H. Agins
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178

*Representing GMAC Commercial Finance LLC*
Hernando Azarcon
Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI 48075

*Representing Celina ISD, Princeton ISD, City of Princeton, Richardson ISD, Cedar Hill ISD, City of Cedar Hill, Whitewright ISD, City of Whitewright, City of Hurst, Arlington ISD, Castleberry ISD and Mansfield ISD*
Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430

*Representing Citigroup Global Markets Realty Corp.*
Paul M. Basta
Joshua A. Sussberg
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

*Representing Deutsche Bank National Trust Company*
Mark N. Berman
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-1832

*Representing Kodiak Funding LP and Kodiak CDO I, Ltd.*
Matthew Botica
David Wirt
Grayson Walter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

*Representing Safeco Financial Institution Solutions, Inc.*
Frank G. Burt
Raul A. Cuervo
W. Glenn Merten
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-5208

*Representing Wells Fargo Bank, N.A., As Indenture Trustee and Property Trustee*
James S. Carr
David Retter
Christena A. Lambrianakos
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

*Representing UBS Real Estate Securities, Inc.*
Richard A. Chesley
Kimberly D. Newmarch
Paul, Hastings, Janofsy & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606

*Representing Theresa A. Davis*
Robert P. Cocco
Robert P. Cocco, P.C.
437 Chestnut Street, Suite 1006
Philadelphia, PA 19106

*Representing ABN AMRO Bank N.V.*
Raniero D'Aversa, Jr.
Laura D. Metzger
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820

*Representing Morgan Stanley Mortgage Capital Inc.*
Luc A. Despins
Wilbur F. Foster
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

*Representing DB Structured Products, Inc.*
Robert M. Dombroff
Steven Wilamowsky
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

*Representing Deutsche Bank National Trust Company*
Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

*Representing New York State Teachers' Retirement System*
Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

*Representing Federal Express Corporation*
Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510

*Representing Party-in-Interest*
T. Robert Finlay
Donna L. La Porte
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660

*Representing Travelers*
Scot Freeman
Account Resolution
Travelers
National Accounts
1 Tower Square - 5MN
Hartford, CT 06183-4044

*Representing Union Bank of California*
Barry Freeman
Jeffer Mangels Butler & Marmaro, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

*Representing Government Agency*
Nathan Fuchs
Securities & Exchange Commission
233 Broadway
New York, NY 10279

*Representing DB Structured Products, Inc.*
Andrew J. Gallo
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

*Representing 500 Eagles Landing, LLC*
Robert P. Gates
Erskine & Tulley
220 Montgomery Street, Suite 303
San Francisco, CA 94104

*Representing eMortgage Logic LLC*
Jeffrey I. Golden
Hutchison B. Meltzer
Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

*Representing Government Agency*
Alberto P. Gonzalez
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

*Representing GMAC Commercial Finance LLC and Countrywide Home Loans*
Lawrence P. Gottesman
Sukyong Suh
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

*Representing New York State Teachers' Retirement System*
Salvatore J. Graziano
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

*Representing Alireza Nazmi and Golden Key Mortgage*
Charles A. Hansen
Mark S. Bostick
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

Jed Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

*Representing Morgan Stanley Mortgage Capital Inc.*
Howard R. Hawkins, Jr.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

*Representing The Official Committee of Unsecured Creditors*
Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

*Representing Qwest Corporation*
Mitchell W. Katz
Qwest Legal Department
1801 California Street, Suite 900
Denver, CO 80202

*Representing Carrington Mortgage Services, LLC and Carrington Capital Management, LLC*
Thomas S. Kiriakos
Sean T. Scott
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

*Representing Wells Fargo Bank, N.A. as Indenture Trustee and Property Trustee*
Thomas M. Korsman
Vice President
Wells Fargo Bank, N.A.
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN 55479

*Representing State of Ohio ex rel. Marc Dann, Attorney General*
Matthew J. Lampke
Assistant Chief
Ohio Attorney General's Office
Executive Agencies Section
30 E. Broad Street, 26th Floor
Columbus, OH 43215-4200

*Representing Residential Funding Company, LLC*
Chris Lenhart
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

*Representing Countrywide Home Loans, Inc.*
Paul T. Liu
John Guerry
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA 91302

*Representing Party-in-Interest*
William G. Malcolm
Malcolm & Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612

*Representing United HealthCare Ins. Co.*
Julie A. Manning
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

David A. Meskan
500 Eagles Landing, LLC
2100 Green Street, Apt. 404
San Francisco, CA 94123

*Representing UBS Real Estate Securities, Inc.*
Keith W. Miller
James R. Bliss
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, NY 10022

*Representing CB Richard Ellis Corporate Facilities Management, Inc.*
John E. Mitchell
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201

*Representing Missouri Department of Revenue*
Sheryl L. Moreau
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
P.O. Box 475
301 W. High Street, Room 670
Jefferson City, MO 65105-0475

*Representing New York State Teachers' Retirement System*
Blair A. Nicholas
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

*Representing Natixis Real Estate Capital, Inc.*
Gregory M. Petrick
Angela Somers
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

*Representing Union Bank of California*
David M. Poitras
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

*Representing SRIVA Relocation*
Glenn M. Reisman
Two Corporate Drive, Suite 234
Shelton, CT 06484

*Representing MTC Financial Inc., dba Trustee Corps*
Richard J. Reynolds
Turner, Reynolds, Greco & O'Hara
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618

Diane J. Richey
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, CA 90071

*Representing ChoicePoint Inc.*
James R. Savin
David M. Dunn
Joanna F. Newdeck
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., NW
Washington, DC 20036

*Representing Bank of America, N.A.*
Margot B. Schonholtz
Mark F. Liscio
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

*Representing Carrollton-Farmers Branch ISD, Garland ISD and Lewisville ISD*
Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 N. Central Expressway
Dallas, TX 75205

*Representing Credit-Based Asset Servicing and Securitization and Wells Fargo Bank, N.A.*
J.R. Smith
Jason W. Harbour
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

*Representing Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc.*
Joseph H. Smolinsky
Douglas E. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

*Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.*
Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

*Representing IndyMac Bank, F.S.B.*
Claudia Z. Springer
Reed Smith LLP
2500 One Liberty Place, 1650 Market St.
Philadelphia, PA 19103-7301

*Representing Sprint Nextel Corporation*
David I. Swan
Kenneth M. Misken
McGuire Woods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215

*Representing Ellington Management Group, Inc.*
Patricia B. Tomasco
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

*Representing Debtors*
Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily Culler
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

*Representing Creditor*
John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

*Representing Dallas County*
Elizabeth Weller
Linebarger Googan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX 75201-2644

*Representing GMAC Commercial Finance LLC and Countrywide Home Loans*
Katherine M. Windler
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

*Representing Wolfe & Wyman LLP*
Stuart B. Wolfe
Yaron Shaham
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

*Representing DRA CRT Post Oak, L.P.*
Brian D. Womac
Denise H. Mitchell
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, TX 77024

David H. Zielke
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, WMC 3501
Seattle, WA 98101

*Reprenting the City of Edinburg, Edcouch-Elsa ISD, Nueces County and South Texas College*
Diane W. Snaders
Linebarger Gogggan Blair & Sampson, LLP
1949 South I.H. 35
P.O. Box 17428
Austin, TX 78760

*Positive Software Solutions, Inc.*
Mark H. Ralston, Equire
Davor Rukavina, Esquire
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201

*Positive Software Solutions, Inc.*
Daniel K. Astin
Anthony M. Saccullo
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

*Representing Barclays Bank*
Allen & Overy LLP
1221 Avneue of the Americas
New York, NY 10020
Attn: Ken Coleman, Esq.

*Barclays Bank PLC*
200 Park Avenue
New York, NY 10166
Attn: Mark Manski, Esq.

*Representing SunTrust Leasing Corporation*
Christopher D. Loizides, Esquire
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

*Representing SunTrust Leasing Corporation*
Robert Goodrich, Esquire
Stites & Harison, PLLC
1800 Fifth Third Center
424 Church Street
Nashville, TN 37219-2376

*Representing KST Data, Inc.*
Richard M. Beck, Esq.
Klehr, Harrison, Harvey, Brnazburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

RLF1-3140455-1
127340.01600/40168377v.1

*Representing KST Data, Inc.*
Randall S. Leff
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard
Ninth Floor
Beverly Hills, CA 90212-2974

*Representing Stony Point East, LP*
Richard S. Cobb
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

*Representing Scott Morris and Angela Morris, Creditors/Claimants*
Felix A. Seidler
Reeves & Seidler
Attorneys at Law
2527 Santa Clara Ave.
Alameda, CA 94501-4633

*Representing Pro Se*
Sari E. Meador, Paralegal
Delinquency and Enforcement
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, FL 33831-2016

*Representing IBM Credit LLC*
Bruce Gordon
Special Handling Group MD NC322
IBM Credit LLC
North Castle Drive
Armonk, NY 10504

Gregg S. Kleiner
Cooley GodwardKronish LLP
101 California Street, 5th Floor
San Francisco, CA 94111-2222

*Representing Coremetrics, Inc.*
Seth R. Weissman, Esq.
V.P. & General Counsel
Coremetrics, Inc.
1840 Gateway Drive, Ste. 320
San Mateo, CA 94404

*Representing Coremetrics, Inc.*
Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

*Representing The Realty Associates Fund VII, L.P.*
Robert E. Greenberg, Esq.
Friedlander, Misler Sloan, Kletzkin & Ochsman, PLLC
1101 Seventeenth Street, N.W.
Suite 700
Washington, D.C. 20036-4704

*Representing 816 Connecticut Avenue L.P.*
Bryn H. Sherman, Esq.
Deckelbaum Ogens & Raftery, Chtd.
3 Bethesda Metro Center, Suite 200
Bethesda, MD 20814

*Representing Gregory J. Schroeder, Michelle Parker, Martin Warren, Steve Holland, and Nabil Bawa*
Robert J. Keach
Michael A. Fagone
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

*Representing Gregory J. Schroeder, Michelle Parker, Martin Warren, Steve Holland, and Nabil Bawa*
Joseph H. Huston, Jr.
Thomas G. Whalen, Jr.
Stevens & Lee, P.C.
1105 North Market Street
Suite 700
Wilmington, DE 19801