**GUST ROSENFELD P.L.C.**
201 E. Washington, Suite 800
Phoenix, Arizona 85004-2327
Telephone No. (602) 257-7430
Facsimile No. (602) 340-1538
Madeleine C. Wanslee
Mwanslee@gustlaw.com
**Attorneys for** Maricopa County Treasurer

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered<br><br>**Hearing Date: May 7, 2007**<br>**Time: 10:00 a.m.** |

**LIMITED OBJECTION OF MARICOPA COUNTY TREASURER AND NOTICE OF PERFECTED LIENS REGARDING (1) EMERGENCY MOTION TO APPROVE OF DEBTORS AND DEBTORS IN POSSESSION FOR (I) AN ORDER (A) APPROVING BIDDING PROCEDURES AND BID PROTECTIONS IN CONNECTION WITH AUCTION OF CERTAIN ASSETS, (B) SCHEDULING HEARING TO CONSIDER PROPOSED SALE OF CERTAIN ASSETS AND APPROVING FORM AND MANNER OF NOTICE THEREOF AND (C) GRANTING RELATED RELIEF AND (II) AN ORDER (A) APPROVING THE PROPOSED SALE AND (B) GRANTING RELATED RELIEF (DOCKET NO. 25);**

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TR Holdings, Inc. (f/k/a New Century Financial Corporation) a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, LP (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, AD Astra Mortgage, Midwest Home Mortgage, Trats Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; and NCORAL, L.P., a Delaware limited partnership.

MCW:sdl  732949.1  5/4/2007

1

**(2) EMERGENCY MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR (I) AN ORDER (A) APPROVING BIDDING PROCEDURES AND BID PROTECTIONS IN CONNECTION WITH THE PROPOSED SALE OF THEIR ASSETS USED IN LOAN SERVICING BUSINESS, (B) SCHEDULING HEARING TO CONSIDER PROPOSED SALE OF CERTAIN ASSETS AND APPROVING FORM AND MANNER OF NOTICE THEREOF AND (C) GRANTING RELATED RELIEF AND (II) AN ORDER (A) APPROVING THE PROPOSED SALE AND (B) GRANTING RELATED RELIEF (DOCKET NO. 70);**
**(3) MOTION TO APPROVE EMERGENCY MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR (I) AN ORDER (A) APPROVING BIDDING PROCEDURES IN CONNECTION WITH AUCTION OF LOAN ORGINATION PLATFORM ASSETS, (B) ESTABLISHING PROCEDURES REALTING TO THE ASSUMPTION AND ASSIGNEMNTS OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, INCLUDING NOTICE OF PROPOSED CURE AMOUNTS, (C) SCHEDULING HEARING TO CONSIDER PROPOSED SALE OF LOAN ORIGINATION PLATFORM ASSETS AND APPROVING FORM AND MANNER OF NOTICE THEREOF AND (D) GRANTING RELATED RELIEF AND (II) AN ORDER (A) APPROVING THE PROPOSED SALE AND (B) GRANTING RELATED RELIEF (DOCKET NO. 149); AND (4) MOTION TO APPROVE SALE AND GRANTING RELATED RELIEF FILED BY NEW CENTURY TRS HOLDINGS, INC. (DOCKET NO. 231)**

Maricopa County Treasurer ("Maricopa County"), by and through its undersigned counsel, hereby files its limited objection to the following motions filed by Debtors:

1.       Emergency Motion to Approve of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief (the "Greenwich Sale Motion");

2.       Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice

MCW:sdl  732949.1  5/4/2007

2

Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief (the "Carrington Capital Sale Motion");

       3.      Motion to Approve Emergency Motion of Debtors and Debtors in Possession for (I) An Order (A) Approving Bidding Procedures in Connection with Auction of Loan Origination Platform Assets, (B) Establishing Procedures Relating to the Assumption and Assignments of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (C) Scheduling Hearing to Consider Proposed Sale of Loan Origination Platform Assets and Approving Form and Manner of Notice Thereof and (D) Granting Related Relief and (II) An Order (A) Approving the Proposed Sale and (B) Granting Related Relief (the "Loan Original Platform Sale Motion"); and

       4.      Motion to Approve Sale and Granting Related Relief (the "Access Holdings Corp. Sale Motion") (collectively, "The Sale Motions").

Maricopa County hereby provides notice that it claims a perfected statutory lien in accordance with A.R.S. § 42-17153 (2005) on 2005 and 2006 real and personal property taxes. Maricopa County's liens secure nine (9) separate personal property tax obligations for taxes incurred in 2006 and 2007[2] and six (6) separate real property tax obligations for taxes incurred in 2006 and 2007.

## PERSONAL PROPERTY TAX LIABILITY

Debtors are liable for the following personal property tax liens currently owing to Maricopa County:

---

[2] As for taxes due for 2007, Maricopa County's inchoate tax lien attached January 1, 2007, but the amount of the taxes due will be set in August 2007. *See*, A.R.S. §§ 42-17151 and 17153(C).

MCW:sdl 732949.1 5/4/2007

1.    The personal property located in Maricopa County identified as personal property parcel 949-97-937 is encumbered with a fully perfected tax lien in the amount of $4,669.66 for the 2006 taxes.

2.    The personal property located in Maricopa County identified as personal property parcel 949-97-946 is encumbered with a fully perfected tax lien in the amount of $775.84 for the 2006 taxes.

3.    The personal property located in Maricopa County identified as personal property parcel 949-62-520 is encumbered with a fully perfected tax lien in the amount of $107.56 for the 2006 taxes.

4.    The personal property located in Maricopa County identified as personal property parcel 508-04-761 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007.

5.    The personal property located in Maricopa County identified as personal property parcel 949-17-266 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007.

6.    The personal property located in Maricopa County identified as personal property parcel 949-15-136 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007.

7.    The personal property located in Maricopa County identified as personal property parcel 949-16-302 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007.

8.      The personal property located in Maricopa County identified as personal property parcel 949-17-300 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007.

9.      The personal property located in Maricopa County identified as personal property parcel 949-64-382 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007.

Maricopa County submitted for filing with the Court a Proof of Claim dated April 27, 2007 in the total sum of $5,553.06 for unpaid pre-petition personal property taxes for the year 2006, plus the accrual of statutory interest at the rate of 16% per annum.

## **REAL PROPERTY TAX LIABILITY**

Debtors are liable for the following real property tax liens currently owing to Maricopa County:

1.      The real property located in Maricopa County identified as real property parcel 208-04-415 is encumbered with a fully perfected tax lien in the amount of $1,006.59 for the 2006 taxes.

2.      The real property located in Maricopa County identified as real property parcel 504-51-102 is encumbered with a fully perfected tax lien in the amount of $362.99 for the 2006 taxes.

3.      The real property located in Maricopa County identified as real property parcel 217-27-396 is encumbered with a fully perfected tax lien in the amount of $1,644.63 for the 2006 taxes.

4.	The real property located in Maricopa County identified as real property parcel 118-05-086 is encumbered with a fully perfected tax lien in the amount of $349.70 for the 2006 taxes.

5.	The real property located in Maricopa County identified as real property parcel 501-94-616 is encumbered with a fully perfected tax lien in the amount of $459.20 for the 2006 taxes.

6.	The real property located in Maricopa County identified as real property parcel 203-40-822 is encumbered with a fully perfected tax lien in the amount of $997.06 for the 2006 taxes.

Maricopa County submitted for filing with the Court a Proof of Claim dated April 27, 2007 in the total sum of $4,820.17 for unpaid pre-petition real property taxes for the year 2006, plus the accrual of interest at the statutory rate of 16% per annum.

## MARICOPA COUNTY'S LIEN

Under Arizona law, Maricopa County has valid liens that are "prior and superior to all other liens and encumbrances on the property." A.R.S. § 42-17153 (2005). Maricopa County is entitled to have its tax liens on the property paid "from the sale of which the funds***were derived and, to the extent necessary to discharge the debt secured by the lien, the proceeds of the sale of the property were withdrawn from or taken out of the assets of the estate." *Brans v. City of Dallas, Texas*, 217 F.2d 640 (5th Cir.1954). In *Ingram v. Coos County, Or.*, the Court held that "It follows therefore that appellee's claim for taxes out of the proceeds of the bankrupt's property sold to satisfy the tax lien, is entitled to priority over all other claims 'except the payment of the actual

and necessary costs of the sale of the personal property upon which said taxes were assessed'." *Ingram v. Coos County, Or.*, 71 F.2d 889 (9th Cir. 1934).

The Sale Motions do not appear to include any real or personal property located in Maricopa County. To the extent that The Sale Motions do include any real or personal property subject to Maricopa County's liens, Maricopa County objects to the sale if the sale price is not greater than the total value of the liens on the property. 11 U.S.C. § 363(f)(3) requires the sale price to be *greater* than the total value of the liens on the property. The phrase the 'value of the liens' must be construed to mean the full face amount of the claims secured by the liens. *In re Canonigo*, 276 B.R. 257 (Bankr.N.D.Cal.2002).

WHEREFORE, Maricopa County submits its Limited Objection and requests that the Court order (1) that Debtors clearly state what, if any, real or personal property subject to Maricopa County's tax liens is being sold under the asset purchase agreements subject to the Greenwich Capital Sale Motion, the Carrington Capital Sale Motion, the Loan Origination Platform Sale Motion, and the Access Holdings Corp. Sale Motion, and (2) that the tax liabilities associated with such property will be fully paid at closing from the proceeds of the sale in accordance with A.R.S. § 42-17153 (2005).

Dated this 4th day of May, 2007.

        Respectfully submitted,

        By */s/ Madeleine C. Wanslee*
          Madeleine C. Wanslee
          Arizona State Bar No. 012590
          Gust Rosenfeld P.L.C.
          201 E. Washington Street, Suite 800
          Phoenix, AZ  85004-2327
          Telephone No. (602) 257-7430
          Facsimile No. (602) 34-1538
          Email: mwanslee@gustlaw.com

**CERTIFICATE OF SERVICE**

        I hereby certify under penalty of perjury that on the 4th day of May, 2007, I served by first class, postage prepaid mail and via facsimile, true and correct copies of the foregoing Maricopa County Treasurer's Notice of Perfected Liens in Response to Motion of the Debtors and Debtors in Possession for Entry of an Order Pursuant to Sections 365 and 554 of the Bankruptcy Code (A) Authorizing and Approving the Rejection of Certain Unexpired Leases of Nonresidential Real Property and (B) Authorizing and Approving Procedures for the Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property upon the following parties:

| | |
|---|---|
| Mark D. Collins, Esq.<br>Richards, Layton & Finger, P.A.<br>920 N. King St.<br>One Rodney Square<br>Wilmington, DE 19801<br>Attorneys for Debtors<br>Fax: 302-651-7701 | Thomas S. Kiriakos, Esq.<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Attorneys for Carrington<br>Fax: 312-706-8232 |
| Susanne Uhland, Esq.<br>Brophy Christensen, Esq.<br>O'MELVENY & MYERS LLP<br>275 Battery St., 26th Fl.<br>San Francisco, CA 94111-3305<br>Attorneys for Debtors<br>Fax: 415-984-8701 | Mark T. Power, Esq.<br>Hahn & Ilessen LLP<br>488 Madison Avenue<br>New York, NY 10022<br>Attorneys for The Official Committee<br>  of Unsecured Creditors<br>Fax: 212-478-7400 |
| U.S. Trustee<br>Attn: Joseph J. McMahon, Jr., Esq.<br>United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-00335<br>Fax: 302-573-6497 | Steven K. Kortanek, Esq.<br>Womble Carlyle Sandridge & Rice, PLLC<br>222 Delaware Ave., Suite 1501<br>Wilmington, DE 19801<br>Attorneys for Carrington<br>Fax: 312-661-7728 |
| Bonnie Glantz Fatell<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Attorneys for The Official Committee<br>  of Unsecured Creditors<br>Fax: 302-428-5110 | Bennett L. Spiegel, Esq.<br>Shirley S. Cho, Esq.<br>Kirkland & Ellis LLP<br>777 S. Figueroa St.<br>Los Angeles, CA 90017<br>Attorneys for Greenwich Capital<br>Fax: 213-808-8500 |

MCW:sdl  732949.1  5/4/2007

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl,
  Young, Jones & Weintraub
919 N. Market St., 17th Floor
PO Box 8705
Wilmington, DE  19899
Attorneys for Greenwich Capital
Fax: 302-652-4400

Ben H. Logan, Esq.
O'Melveny & Myers, LLP
400 So. Hope Street
Los Angeles, CA  90071
Attorneys for Debtors
Fax: 213-430-6407

                                    By */s/ Madeleine C. Wanslee*
                                        Madeleine C. Wanslee