IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

## SUPPLEMENTAL DECLARATION OF SUZZANNE UHLAND IN SUPPORT OF APPLICATION OF DEBTORS AND DEBTORS IN POSSESSION FOR AUTHORIZATION TO EMPLOY O'MELVENY & MYERS LLP AS CO-COUNSEL TO THE DEBTORS PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE

I, Suzzanne Uhland, declare and state as follows:

1. I am partner in the law firm of O'Melveny & Myers LLP ("OMM"), proco-counsel for New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc. ("New Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases. I submit this declaration in support of the application of the Debtors for authorization to employ OMM as bankruptcy co-counsel filed with this Court on April 6, 2007 (the "Application") and as a supplement to my declaration in support of the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

LA3:1132631 3

Application submitted to this Court as Exhibit A to the Application (the "Uhland Declaration").[2]

2. Attached hereto as <u>Exhibit 1</u> is a revised payment history chart covering the time period from January 1, 2007 through the petition date. This chart has been revised from the information listed on the payment history chart attached as Annex 1 to the Uhland Declaration in order to account for time that was previously unbilled. Note that the $125,000 unpaid balance resulting from Invoice #682549 represents a voluntary adjustment made by OMM to its billings that was inadvertently not included in the payment history chart attached as Annex 2 to the Uhland Declaration.

3. I have caused for there to be a review of revenues received from all Potential Parties in Interest currently represented by OMM, as identified in Annex 3 to the Uhland Declaration. The parties identified on Annex 3 to the Uhland Declaration that, together with their affiliates, contributed in excess of one percent (1.0%) of OMM's annual fees billed in the fiscal year ended January 31, 2007 are as follows: Fannie Mae (2.88%); JPMorgan Chase Bank (1.46%); Goldman Sachs (1.33%); and Bank of America (1.13%).

4. I have caused OMM to review and analyze the conflicts database to determine whether OMM has any connection with the parties identified to OMM by the Debtors or Lazard that have signed confidentiality agreements relating to the sale processes and/or have been approached by Lazard regarding their interest in participating in one or more of the sale processes (the "Potential Purchasers"). Attached hereto as <u>Exhibit 2</u> is a list of those Potential Purchasers who are clients, or affiliates of clients, of OMM who, according to Lazard, remain actively interested in participating in one or more of the sale processes. The only party listed on <u>Exhibit 2</u> that, together with its affiliates, contributed in excess of one percent (1.0%) of OMM's annual fees billed in the fiscal year ended January 31, 2007 was JPMorgan Chase Bank (1.46%). If one or more of the Potential Purchasers presently considered to be inactive renews its interest in purchasing the Debtors' assets (by, for example, signing a confidentiality agreement,

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Uhland Declaration.

conducting on-site due diligence, and/or submitting a bid/offer for the Debtors' assets), I will supplement this disclosure to disclose OMM's connections with such entity/entities.

5. OMM may not be able to bring or defend an adversary proceeding against any Potential Parties in Interest or any Potential Purchasers who are clients, or affiliates of clients of OMM. Whether or not OMM would be precluded from such a representation would depend, among other things, on the nature of the matter and whether the other party was then a client of OMM on a matter unrelated to the Debtors. To the extent of any such litigation between the Debtors and any of those parties where a conflict would preclude OMM from representing the Debtors, OMM will either obtain a waiver or refer the matter to alternative counsel. The Debtors will not represent the Debtors against any of those parties in any adversary proceeding under Bankruptcy Rule 7001. However, to the extent of any such litigation, OMM will either obtain a waiver or refer the matter to conflicts counsel.

6. OMM has no firm practice or policy separate from the compliance of OMM and/or its attorneys with applicable rules of professional responsibility that would preclude it from being adverse to any Potential Parties in Interest or any Potential Purchasers.

-Suzzanne Uhland

LA3:1132631.3