# EXHIBIT 1

New Century Financial Corporation

Payments Received from January 1, 2007 - April 1, 2007

| Invoice No. | Time Worked | Invoice Date | Invoice Amount | Payment Date | Payment Amount | Payment Details | Credit Balance |
|---|---|---|---|---|---|---|---|
| 674140 | 11/01/06 to 11/30/06 | 12/1/2006 | $ 28,340.14 | 1/31/2007 | $ 28,340.14 | Ck#575571 | |
| 675733 | 10/19/06 to 11/30/06 | 12/27/2006 | $ 41,226.40 | 1/31/2007 | $ 41,226.40 | Ck#577214 | |
| 675737 | 11/01/06 to 11/29/06 | 12/27/2006 | $ 38,629.06 | 1/31/2007 | $ 38,629.06 | Ck#577214 | |
| 675740 | 11/14/06 to 11/30/06 | 12/27/2006 | $ 62,890.78 | 1/31/2007 | $ 62,890.78 | Ck#577214 | |
| 675742 | 11/01/06 to 11/30/06 | 12/27/2006 | $ 27,438.82 | 1/31/2007 | $ 27,438.82 | Ck#577214 | |
| 676762 | 12/01/06 to 12/27/06 | 1/8/2007 | $ 24,788.45 | 3/1/2007 | $ 24,788.45 | Ck#580430 | |
| 679756 | 12/01/06 to 12/29/06 | 1/24/2007 | $ 91,804.19 | 3/16/2007 | $ 91,804.19 | Ck#584243 | |
| 679868 | 01/02/07 to 01/31/07 | 2/5/2007 | $ 17,380.70 | 3/12/2007 | $ 17,380.70 | Ck#583756 | |
| 3/6 Wire Payment Received: | | | | | | | $ 400,000.00 |
| 678944 | 12/19/06 to 12/20/06 -costs only | 1/24/2007 | $ 1,411.94 | 3/6/2007 | $ 1,411.94 | Wire | $ 398,588.06 |
| 678952 | 12/01/06 to 12/22/06 | 1/24/2007 | $ 21,839.30 | 3/6/2007 | $ 21,839.30 | Wire | $ 376,748.76 |
| 679755 | 12/01/06 to 12/29/06 | 1/24/2007 | $ 21,839.40 | 3/6/2007 | $ 21,839.40 | Wire | $ 354,909.36 |
| 682549 | 02/01/07 to 02/28/07 | 3/6/2007 | $ 610,312.65 | 3/6/2007 | $ 26,222.89 | Wire | $ 328,686.47 |
| 683324 | 02/01/07 to 02/28/07 | 3/5/2007 | $ 35,163.30 | 3/6/2007 | $ 35,163.30 | Wire | $ 293,523.17 |
| 686179 | 02/25/07 to 03/31/07 | 4/1/2007 | $ 17,773.90 | 3/6/2007 | $ 17,773.90 | Wire | $ 275,749.27 |
| 686180 | 03/01/07 to 3/30/07 | 4/1/2007 | $ 30,534.60 | 3/6/2007 | $ 30,534.60 | Wire | $ 245,214.67 |
| 686181 | 01/23/07 to 03/06/07 -costs only | 4/1/2007 | $ 2,540.51 | 3/6/2007 | $ 2,540.51 | Wire | $ 242,674.16 |
| 686198 | 02/13/07 to 04/01/07 | 4/1/2007 | $ 643,972.74 | 3/6/2007 | $ 242,674.16 | Wire | $ - |
| 3/9 Wire Payment Received: | | | | | | | $ 1,685,000.00 |
| 682544 | 01/02/07 to 03/06/07 | 3/6/2007 | $ 26,357.05 | 3/9/2007 | $ 26,357.05 | Wire | $ 1,658,642.95 |
| 682545 | 01/03/07 to 03/06/07 | 3/6/2007 | $ 165,714.52 | 3/9/2007 | $ 165,714.52 | Wire | $ 1,492,928.43 |
| 682546 | 01/04/07 to 03/06/07 | 3/6/2007 | $ 12,134.35 | 3/9/2007 | $ 12,134.35 | Wire | $ 1,480,794.08 |

LA3:1132631.3

| Invoice No. | Time Worked | Invoice Date | Invoice Amount | Payment Date | Payment Amount | Payment Details | Credit Balance |
|---|---|---|---|---|---|---|---|
| 682547 | 02/05/07 to 02/23/07 | 3/6/2007 | $ 11,503.40 | 3/9/2007 | $ 11,503.40 | Wire | $ 1,469,290.68 |
| 682548 | 02/01/07 to 02/08/07 | 3/6/2007 | $ 10,200.92 | 3/9/2007 | $ 10,200.92 | Wire | $ 1,459,089.76 |
| 682549 | 02/01/07 to 02/28/07 | 3/6/2007 | $ 610,312.65 | 3/9/2007 | $ 459,089.76 | Wire | $ 1,000,000.00 |
| 686198 | 02/13/07 to 04/01/07 | 4/1/2007 | $ 643,972.74 | 3/9/2007 | $ 401,298.58 | Wire | $ 598,701.42 |
| 686291 | 02/06/07 to 04/01/07 | 4/1/2007 | $2,025,423.46 | 3/9/2007 | $ 588,701.42 | Wire | $ 10,000.00 |
| 3/20 Wire Payment Received: | | | | | | | $ 1,000,000.00 |
| 686291 | 02/06/07 to 04/01/07 | 4/1/2007 | $2,025,423.46 | 3/20/2007 | $ 1,000,000.00 | Wire | $ - |
| 3/27 Wire Payment Received: | | | | | | | $ 2,500,000.00 |
| 686291 | 02/06/07 to 04/01/07 | 4/1/2007 | $2,025,423.46 | 3/20/2007 | $ 436,722.04 | Wire | $ 2,063,277.96 |
| 686402 | 03/26/07 to 03/29/07 | 4/1/2007 | $ 2,609.00 | 3/27/2007 | $ 2,609.00 | Wire | $ 2,060,668.96 |
| Credit Balance: | | | | | | | $ 2,070,668.96 |
| Total Payment Applied: | | | | | $ 3,846,829.58 | | |
| Unallocated Credit: | | | | | $ 2,070,668.96 | | |
| Total Payment Received: | | | | | $ 5,917,498.54 | | |

LA3:1132631.3