**EXHIBIT 2**

LA3:1132631 3

**Potential Purchasers who are Current or Former Clients of OMM withClosed Matter, but no Open Matters**

Leucadia International Corporation

**Potential Purchasers who are Clients with Open Matters**

Citigroup Global Markets Inc.
Countrywide Home loans, Inc.
Credit Suisse
Deutsche Bank Securities, Inc.
DLJ Mortgage Capital, Inc.
Farallon Capital Management, L.L.C.
GMAC
Greenwich Capital
JP Morgan Chase
Morgan Stanley Mortgage Capital, Inc.
Ocwen Financial Corporatin
Platinum Equity, LLC
RBS (Royal Bank of Scotland)
Soros Strategic Parnters LP
TPG
UBS Real Estate Securities, Inc.
Watershed Asset Management, L.L.C.