IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| NEW CENTURY TRS HOLDINGS, INC., a | ) Case No. 07-10416 (KJC) |
| Delaware Corporation, et al.,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Re: Docket No. 172 |
| | ) |
| | ) **Hearing Date: May 7, 2007, at 10:00 AM (ET)** |
| | ) **Objection Deadline: April 30, 2007, at 4:00 PM (ET)** |
| | ) |

SUPPLEMENTAL DECLARATION OF BRUCE BENNETT IN SUPPORT
OF APPLICATION FOR ORDER PURSUANT TO SECTION 327(e)
OF THE BANKRUPTCY CODE AUTHORIZING EMPLOYMENT OF
HENNIGAN, BENNETT & DORMAN LLP. AS SPECIAL LITIGATION
COUNSEL TO THE DEBTORS NUNC PRO TUNC AS OF APRIL 6, 2007

I, BRUCE BENNETT, hereby declare as follows:

1. I am a member in good standing of the Bar of the State of California. I am admitted to practice before, among other courts, the United States District Courts for the Central, Northern, Southern and Eastern Districts of California, and the Court of Appeals for the Ninth Circuit.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; and NCoral, L.P., a Delaware limited partnership.

2. I am a partner in Hennigan, Bennett & Dorman LLP ("HBD"), proposed litigation counsel to New Century TRS Holdings, Inc., et al., the debtors and debtors in possession herein (the "Debtors").

3. This Declaration is submitted in support of the "Application For Order Pursuant To Section 327(e) Of The Bankruptcy Code Authorizing Employment Of Hennigan, Bennett & Dorman LLP As Special Litigation Counsel To The Debtors *Nunc Pro Tunc* to April 6, 2007" [Docket No. 172] (the "Application") filed by the Debtors and supplements the "Declaration of Bruce Bennett in Support of Application For Order Pursuant To Section 327(e) Of The Bankruptcy Code Authorizing Employment Of Hennigan, Bennett & Dorman LLP As Special Litigation Counsel To The Debtors *Nunc Pro Tunc* to April 6, 2007," which was included as Exhibit D to the Application (the "Bennett Declaration"). Except where otherwise indicated below, I have personal knowledge of the facts set forth in this Declaration. If called and sworn as a witness, I could and would testify competently such facts. This Declaration is made pursuant to Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure.

4. On or about May 1, 2007, I received comments, in the form of a mark-up of the proposed form of order approving HBD's retention pursuant to the Application, from counsel to U.S. Trustee. Among other things, the U.S. Trustee requested that HBD be retained pursuant to Bankruptcy Code section 327(a) rather than under section 327(e) as requested in the Application.

5. As indicated in the Declaration, to check and clear potential conflicts of interest in these cases, and based upon information known on or near the date of the Application, HBD researched its client database which includes information accumulated during the past twelve (12) years to determine whether HBD has or had any relationships with the Interested Parties.[2] Based on my review of the results of such conflict check, I believe that HBD represents no interest adverse to the Debtors' estates and minsofar as I have been able to ascertain, HBD is a

---

[2] Initially capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Application

"disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that HBD, its partners, counsel and associates:

    a. Are not creditors, equity security holders or insiders of the Debtors;

    b. Are not and were not investment bankers for any outstanding security of the Debtors;

    c. Have not been, within three (3) years before the date of the filing of the Debtors' chapter 11 petitions, (i) investment bankers for a security of the Debtors, or (ii) an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtors; and

    d. Are not and were not, within two (2) years before the date of the filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors or of any investment banker for the Debtors as specified in subparagraph (b) or (c) of this paragraph.

    6. It is my understanding that the list of Interested Parties supplied to HBD at the commencement of its representation of the Debtors may not include every party in interest in the above-captioned chapter 11 cases. Thus, shortly after counsel to the U.S. Trustee requested that HBD be employed pursuant to Bankruptcy Code section 327(a), I requested that the Debtors identify parties that are or may be involved in the above-captioned chapter 11 cases in addition to the Interested Parties (the "Additional Interested Parties"). I am informed and believe that the Debtors are in the process of preparing such a list, however, as of the filing of this Declaration, I have not received any list of Additional Interested Parties. After such a list of Additional Interested Parties is received by HBD, HBD will check the list of Additional Interested Parties against its client database and if any additional relationships with parties in interest herein are identified, HBD will file an additional declaration disclosing the same.

- 4 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 7, 2007, at Wilmington, Delaware.

_____
Bruce Bennett