# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 07-10416 (KJC) |
| **NEW CENTURY HOLDINGS, INC.,** ) | |
| A Delaware Corporation, et al., ) | Jointly Administered |
| ) | |
| ) | |
| Debtors. ) | **REQUEST FOR SPECIAL NOTICE** |
| ) | |

TO THE PARTIES ON THE ATTACHED SERVICE LIST:

**PLEASE TAKE NOTICE** that Oracle USA, Inc. hereby requests that notice of any and all proceedings in the above-captioned matter be given to its attorneys, Day Pitney LLP. Such notice shall be addressed as follows:

>Amish R. Doshi, Esq.
>Day Pitney LLP
>7 Times Square
>New York, NY 10036-7311
>Tel: (212) 297-5828
>Fax: (212) 916-2940
>adoshi@daypitney.com

Dated: March 7, 2007                    **DAY PITNEY LLP**

>By:/s/ Amish R. Doshi
>    Amish R. Doshi, Esq.
>    7 Times Square
>    New York, NY 10036-7311
>    Telephone: (212) 297-5800
>    Facsimile: (212) 916-2940
>    E-mail: adoshi@daypitney.com
>
>    Attorneys for Oracle USA, Inc.

Document #61509