UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 07-10416 (KJC) |
| **NEW CENTURY HOLDINGS, INC.,** ) | |
| A Delaware Corporation, et al., ) | Jointly Administered |
| ) | |
| ) | |
| Debtors. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Lorraine Diaz, certify that I am not less than 18 years of age, and that service of the foregoing document was made on May 7, 2007 upon:

**Via Hand Delivery**
Christopher M. Samis, Esquire
Chun I. Jang, Esquire
Mark D. Collins, Esquire
Michael Joseph Merchant, Esquire
Paul Noble Heath, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street, One Rodney Square
Wilmington, Delaware 19801

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, Delaware 19899

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

May 7, 2007
Date

_/s/ Lorraine Diaz_
Lorraine Diaz

Document #61510