EXHIBIT "B"

FILED

2003 OCT 29 PM 4:44
MONROE COUNTY CLERK

# ROCHESTER CITY COURT
## Civil Division
### Transcript of Judgment

INDEX NO 2003 CV 12025

| JUDGMENT DEBTOR(S) | TRADE OR PROFESSION | JUDGMENT CREDITORS | ATTORNEY/ADDRESS |
|---|---|---|---|
| BLAKE, DARLENE M<br>AKA DARLENE BLAKE<br>463 CONGRESS AVENUE<br>ROCHESTER NEW YORK 14619 | UNKNOWN | NEW CENTURY FINANCIAL SERVICES INC<br>AAO PROVIDIAN NATIONAL BANK<br>16 WING DRIVE 1ST FLOOR<br>CEDAR KNOLLS, NEW JERSEY 07927 | MULLOOLY JEFFREY ET AL<br>4 BRIDGE ST, PO BOX 470<br>GLEN COVE, NY 11542 |

| AMOUNT OF JUDGMENT | | EXECUTION | | REMARKS |
|---|---|---|---|---|
| DAMAGES | 1734 40 | RETURNED UNSATISFIED | | SATISFIED: |
| COSTS | 20 00 | | | |
| DISBURSEMENTS | 105 00 | WHEN | | |
| INTEREST | 56.20 | | | |
| PROSPECTIVE FEES: | 0 00 | TO WHAT EXTENT | | |
| TOTAL | 1915 60 | | | |

JUDGMENT RENDERED AND DOCKETED IN ROCHESTER CITY COURT, MONROE COUNTY: OCTOBER 14, 2003 AT 4:36PM

STATE OF NEW YORK } SS:
COUNTY OF MONROE }

I, Sandra Petrella, Chief Clerk of the Rochester City Court, County of Monroe hereby certify that the above is a true and correct transcript from the docket of judgments in my office

In Testimony Whereof, I have hereunto set my name and affixed my official seal this 18 day of October, 2003

_Sandra Petrella_          _Ann D. Quatraman_
Chief Clerk                              Clerk

MONROE COUNTY CLERK'S OFFICE

Return To:

Index    JUDGMENTS

Book    00000    Page    0000

No. Pages    0000

Instrument    TRANS JUDG FILE

Date :    10/29/2003

Time :    4:44:00

Control #    200310291192

NEW CENTURY FINANCIAL SERVICES
  INC
BLAKE
DARLENE            M
BLAKE
DARLENE
MULLOOLY JEFFREY ET AL

FILE#           B# 2003 013819

Employee ID    BZ40

MORTGAGE TAX

| | | | |
|---|---|---|---|
| FILE FEE-C | $ 10.00 | MORTGAGE AMOUNT $ | 1,734.40 |
| | $ .00 | | |
| | $ .00 | BASIC MORTGAGE TAX $ | .00 |
| | $ .00 | | |
| | $ .00 | SPEC ADDIT MTG TAX $ | .00 |
| | $ .00 | | |
| | $ .00 | ADDITIONAL MTG TAX $ | .00 |
| | $ .00 | | |
| | $ .00 | Total $ | .00 |

Total:    $    10.00

STATE OF NEW YORK
MONROE COUNTY CLERK'S OFFICE

TRANSFER AMT

WARNING - THIS SHEET CONSTITUTES THE CLERKS
ENDORSEMENT, REQUIRED BY SECTION 317-a(5) &
SECTION 319 OF THE REAL PROPERTY LAW OF THE
STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

TRANSFER AMT $    56.20

TRANSFER TAX $    .00

Maggie Brooks, County Clerk



200310291192