EXHIBIT "C"

# Comparative Market Analysis (CMA)

This analysis is an opinion only and has not been performed in accordance with the uniform standards of professional appraisal practice. It is not to be construed as an appraisal and may not be used as such for any purpose.

| Bank/Client Name: MIDLAND MORTGAGE | Contact Name: KAREN HOMER |
|---|---|
| Date: 4-25-07 | Loan Number: 50078200 |
| Parcel #: 261400-135-400-0001-015-000 | Borrower: Darlene Marie Blake |

Subject Address: 95 Fairview Ave    City: Rochester    State: NY    Zip: 14619

## Subject Data

| Style | Bed/Bath | Sq Ft | Lot Size | Garage | Age | Exterior Condition |
|---|---|---|---|---|---|---|
| Double | 4/2 | 2016 | .14 | 2 Car | 82 | Excellent ☐ Good ☐ Fair ☐ Poor ☒ |

Occupancy: ☐Occupied ☒Vacant ☐Unknown  Currently Listed? ☐Yes ☒No  List Price: __  Dom: __
☒Drive By  ☐Interior Inspection  Subject Type: ☐SFR ☐Condo ☐Town ☒Multi-Family ☐Other: ___
Any repairs noted, if so cost estimate?    Several windows are boarded, I am not sure if the windows are broken. Needs exterior paint. An interior inspection is needed to determine the final value and repairs needed. $7000
Describe Subject Neighborhood    City location, close to most amenities. Noisy because the airport is nearby

Any additional comments:    Fair condition, doesn't look well maintained.

## Neighborhood Data:

| Location Type: ☒Urban ☐Suburban ☐Rural | Neighborhood Trend: ☐Improving ☐Stable ☒Declining |
|---|---|
| Property Values: ☐Increasing ☐Stable ☒Declining | Listings in Competition: ☐1-5 ☐6-10 ☒10+ ☐None |
| Occupancy Trend: ☒Owner ☐Tenant ☐Both | Schools: ☐Desirable ☒Average ☐Below Average |

What is the average marketing time of comparables:    ☐0-60Days ☒60-90Days ☐90-120 ☐Over 120
Current Market Conditions?  ☐Excellent  ☐Moderate  ☒Average  ☐Fair  ☐Depressed

## Sold within 6 months: (no comps older then 6 months) or explain

| Address | Condition | Distance To Subj. | Bed/Bath | Sq Ft | Age | List Price | Sale Price | DOM | Date Sold | Lot Size |
|---|---|---|---|---|---|---|---|---|---|---|
| 407 Thurston Rd | Fair | 4 Blks | 6/2 | 2184 | 87 | 55,000 | 56,000 | 54 | 2/28/07 | .14 |
| 355 Brooks Ave | Fair | 3 Blks | 3/2.5 | 1920 | 87 | 51,900 | 54,000 | 78 | 3/23/07 | .13 |
| 27 Stanfield Ter | Good | 3 Blks | 6/2 | 1920 | 84 | 68,900 | 66,300 | 112 | 2/16/07 | .11 |

Comments:   1. More bedrooms, needs TLC
2. Sided, woodburning fireplace in one unit, enclosed porches.
3. Many updates. Well maintained.

## Competitive Listings (all comps must be close in age, sq. feet, bed/bath) or explain

| Address | Condition | Distance To Subj. | Bed/Bath | Sq Ft | Age | List Price | Current List Price | DOM | Lot Size |
|---|---|---|---|---|---|---|---|---|---|
| 71 Post Ave. | Fair | 5 Blks | 3/2 | 1852 | 97 | 59,900 | 54,900 | 69 | .11 |
| 697-699 Woodbine | Fair | 3 Blks | 4/2.5 | 2040 | 87 | 59,900 | 59,900 | 4 | .16 |
| 65-67 Thurston | Fair | 5 Blks | 4/2 | 2294 | 77 | 64,900 | 64,900 | 9 | .13 |

Comments:   1. Needs some updating.
2. Refinished hardwood floors, freshly painted.
3. New roof, rebuilt porches, refinished hardwood floors.

## Estimate of Value

| Value Category | Estimated Market Time | Suggested List Price | Probable Sale Price |
|---|---|---|---|
| Market Value "As Is" | 30-60Days to sell | $59,900.00 | $57,000.00 |
| Market Value "Repaired" | 30-60Days to sell | $69,900.00 | $65,000.00 |

Positive: Multi family, good investment property.
Negative: Near airport, needs some work.

| Company/Broker: | Will Really | Preparer: | Ulysses M. Grant |
|---|---|---|---|
| Phone #: | 585-288-1280 | Phone #: | 585-288-1280 X 106 |

702-647-3655 office/ 702-648-8677 fax www.lenderservicesgroup.com



50078200/95 Fairview Ave, Rochester, NY 14619/Darlene Marie Black