**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

```
New Century TRS Holdings, Inc.,   ) Case No. 07-10416 KJC
     et al.,                      ) Chapter 11
                                  ) Jointly Administered
                                  )
              Debtors,            )
```

**CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, hereby certify this 7th day of May, A.D. 2007 that service of the **Notice of Motion, Motion, Exhibits** and proposed **Order** was made electronically and (via) first class mail to the following:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA  92612
*Debtor*

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Bonne Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
*Attorney for Official Committee
of Unsecured Creditors*

Darlene Marie Black
95 Fairview Ave.
Rochester, NY  14619-2245
*Borrower*

                    By:   /s/ Kristi J. Doughty
                          Robert T. Aulgur, Jr. (No. 165)
                          313 N. DuPont Hwy., Suite 110
                          P.O. Box 617
                          Odessa, DE  19730-1617
                          (302) 378-1661
                          Attorney for Movant