# EXHIBIT A

BK Incentive Roster Roll-Up

| ID | Name | Title | Retention | Carrington | Greenwich | Other Assets | Category | EMC | Tier | Plan |
|---|---|---|---|---|---|---|---|---|---|---|
| 30104 | Meola, Anthony T | EVP, Production | $ - | $ 36,750 | $ 13,250 | $ 37,500 | EMC | Morrice | T1 | KEIP |
| 22806 | Eckroth, Joseph F | EVP, COO | $ - | $ 36,750 | $ 13,250 | $ 37,500 | EMC | Morrice | T1 | KEIP |
| 01777 | Theologides, Stergios | EVP, Corp Affairs/Gen Counsel | $ - | $ 36,750 | $ 13,250 | $ 37,500 | EMC | Morrice | T1 | KEIP |
| 21979 | Lambert, Robert James | SVP, Leadership & Org Dvlpmnt | $ - | $ 27,563 | $ 9,938 | $ 28,125 | EMC | Morrice | T2 | KEIP |
| | REDACTED | | $ - | $ 9,188 | $ 3,313 | $ 9,375 | | | T3 | KEIP |
| | | | $ - | $ 10,629 | $ 3,832 | $ 10,846 | | | T3 | KEIP |
| | | | $ 19,282 | $ - | $ - | $ - | | | T3 | KEIRP |
| | | | $ - | $ 17,316 | $ 6,243 | $ 17,669 | | | T3 | KEIP |
| | | | $ - | $ 14,241 | $ 5,134 | $ 14,531 | | | T3 | KEIP |
| | | | $ 18,000 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 15,377 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 14,084 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 8,150 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 4,945 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 7,832 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 5,250 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 5,276 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 5,500 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 6,520 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 5,169 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 17,250 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ - | $ 48,000 | $ - | $ - | | | T2 | KEIP |
| | | | $ - | $ 46,318 | $ - | $ - | | | T2 | KEIP |
| | | | $ 23,250 | $ 21,131 | $ 7,619 | $ 21,563 | | | T3 | KEIP |
| | | | $ 16,875 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 16,172 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 15,625 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 15,625 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 13,648 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 13,125 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 13,006 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 12,500 | $ - | $ - | $ - | | | T4 | KEIRP |

BK Incentive Roster Roll-Up

| ID | Name | Title | Retention | Carrington | Greenwich | Other Assets | Category | EMC | Tier | Plan |
|---|---|---|---|---|---|---|---|---|---|---|
| | REDACTED | | $ 9,067 | $ - | $ - | $ - | REDACTED | | T5 | KEIRP |
| | | | $ 9,000 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 8,773 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 8,700 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 8,390 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 8,000 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 7,705 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 7,686 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 7,270 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 7,200 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 7,014 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 5,047 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 16,367 | $ 12,030 | $ 4,337 | $ 12,275 | | | T2 | KEIRP |
| | | | $ - | $ 18,375 | $ 6,625 | $ 18,750 | | | T3 | KEIP |

BK Incentive Roster Roll-Up

| ID | Name | Title | Retention | Carrington | Greenwich | Other Assets | Category | EMC | Tier | Plan |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | $ 16,150 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 15,434 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 15,375 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 8,803 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 8,738 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 6,200 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ - | $ 27,562 | $ 9,937 | $ 28,125 | | | T2 | KEIP |
| | | | $ 18,000 | $ 9,923 | $ 3,578 | $ 10,125 | | | T3 | KEIP |
| | | | $ - | $ 16,538 | $ 5,963 | $ 16,875 | | | T3 | KEIP |
| | | | $ 17,000 | $ 9,371 | $ 3,379 | $ 9,563 | | | T4 | KEIRP |
| | | | $ 23,288 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 16,236 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 15,177 | $ - | $ - | $ - | | | T4 | KEIRP |

BK Incentive Roster Roll-Up

| ID | Name | Title | Retention | Carrington | Greenwich | Other Assets | Category | EMC | Tier | Plan |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | $ 13,030 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 22,511 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 21,511 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 19,949 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 17,227 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 16,800 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 16,197 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 15,516 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 8,643 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 8,376 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 9,700 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 9,660 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 9,350 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 9,297 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 9,255 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 8,500 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 8,231 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ 8,025 | $ - | $ - | $ - | | | T5 | KEIRP |
| | | | $ - | $ 23,153 | $ 8,348 | $ 23,625 | | | T2 | KEIP |
| | | | $ - | $ 22,601 | $ 8,149 | $ 23,063 | | | T2 | KEIP |
| | | | $ 20,000 | $ 14,700 | $ 5,300 | $ 15,000 | | | 2 | KEIRP |
| | | | $ 14,000 | $ 10,290 | $ 3,710 | $ 10,500 | | | 2 | KEIRP |
| | | | $ 15,000 | $ 8,269 | $ 2,981 | $ 8,438 | | | 3 | KEIRP |
| | | | $ 13,000 | $ 7,166 | $ 2,584 | $ 7,313 | | | 3 | KEIRP |
| | | | $ 13,000 | $ 7,166 | $ 2,584 | $ 7,313 | | | 3 | KEIRP |
| | | | $ 13,000 | $ 3,859 | $ 1,391 | $ 3,938 | | | 3 | KEIRP |
| | | | $ 7,000 | $ 3,859 | $ 1,391 | $ 3,938 | | | 3 | KEIRP |
| | | | $ 10,500 | $ 5,788 | $ 2,087 | $ 5,906 | | | T3 | KEIRP |
| | | | $ 7,000 | | | | | | T3 | KEIP |
| | | | $ - | $ 13,949 | $ 5,029 | $ 14,234 | | | T3 | KEIP |
| | | | $ 16,700 | $ 9,206 | $ 3,319 | $ 9,394 | | | T3 | KEIRP |
| | | | $ 16,500 | $ - | $ - | $ - | | | T4 | KEIRP |
| | | | $ 13,200 | $ - | $ - | $ - | | | T4 | KEIRP |
| 01557 | Lemon, Steve | EVP, Division Manager | $ - | $ 51,450 | $ 18,550 | $ 52,500 | Production | Meola | T2 | KEIP |

Page 4 of 5

01552

BK Incentive Roster Roll-Up

| ID | Name | Title | Retention | Carrington | Greenwich | Other Assets | Category | EMC | Tier | Plan |
|---|---|---|---|---|---|---|---|---|---|---|
| 32175 | Melbourne, Ralph Patrick | SVP, Head of Consumer Director | $ - | $ 45,478 | $ 16,397 | $ 46,406 | Production | Meola | T3 | KEIP |
| | | | $ - | $ - | $ - | $ 39,375 | | | T4 | KEIP |
| | | | $ - | $ - | $ - | $ 39,375 | | | T4 | KEIP |
| | | | $ - | $ - | $ - | $ 39,375 | | | T4 | KEIP |
| | | | $ - | $ 25,392 | $ 9,155 | $ 25,910 | | | T2 | KEIP |
| | | | $ - | $ 28,665 | $ 10,335 | $ 29,250 | | | T2 | KEIP |
| | | | $ - | $ 13,322 | $ 4,803 | $ 13,594 | | | T3 | KEIP |
| | | | $ - | $ 13,781 | $ 4,969 | $ 14,063 | | | T3 | KEIP |
| | | | $ - | $ 13,781 | $ 4,969 | $ 14,063 | | | T3 | KEIP |
| | | | $ - | $ 13,322 | $ 4,803 | $ 13,594 | | | T3 | KEIP |
| | | | $ - | $ 13,322 | $ 4,803 | $ 13,594 | | | T3 | KEIP |
| | | | $ - | $ 12,927 | $ 4,661 | $ 13,191 | | | T3 | KEIP |
| | | | $ 12,938 | $ 7,132 | $ 2,571 | $ 7,277 | | | T3 | KEIRF |
| | | | $ - | $ 10,460 | $ 3,771 | $ 10,673 | | | T3 | KEIRF |
| | | | $ - | $ 15,747 | $ 5,677 | $ 16,068 | | | T4 | KEIRF |
| | | | $ 24,103 | $ - | $ - | $ - | | | T4 | KEIRF |
| | | | $ 20,250 | $ - | $ - | $ - | | | T4 | KEIRF |
| | | | $ 18,750 | $ - | $ - | $ - | | | T4 | KEIRF |
| | | | $ 17,653 | $ - | $ - | $ - | | | T4 | KEIRF |
| | | | $ 9,000 | $ - | $ - | $ - | | | T5 | KEIRF |

REDACTED