IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | CHAPTER 11 |
| NEW CENTURY TRS HOLDINGS, INC., : | CASE NO. 07-10416-KJC |
| a Delaware Corporation, *et al.* : | |
| : | Jointly Administered |
| Debtor : | |
| : | |
| : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

    Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Sherry D. Lowe, Esquire to represent National City Commercial Capital Company, LLC, and certain affiliates in the above captioned matters.

May 1, 2007.
    /s/ Kenneth E. Aaron
    Kenneth E. Aaron, Esquire (No. 4043)
    Weir & Partners, LLP
    824 Market Street, Ste. 1001,
    P.O. Box 708
    Wilmington, DE 19899
    kaaron@weirpartners.com
    (302) 652-8181 Telephone
    (302) 652-8909 Facsimile

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit and the United States Supreme Court, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally

familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

                                                     _____
                                                     Sherry D. Lowe, Esquire
                                                     Lamm Rubenstone Lesavoy Butz & David LLC
                                                     3600 Horizon Blvd, Ste. 200
                                                     Trevose, PA  19053
                                                     sdlowe@lammrubenstone.com
                                                     (215) 638-9330 Telephone
                                                     (215) 638-2867 Facsimile

## ORDER GRANTING MOTION

     IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____.                                          _____
                                                                       United States Bankruptcy Judge

363146-1