**EXHIBIT A**

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| 3 Arch Financial Services | 19732 MacArthur Blvd. Irvine, CA 92612-2445 Phone: (949) 474-4505 | $35,000.00 | Foreclosure Professional |
| 3 Arch Financial Services | 6 Executive Circle Irvine, CA 92614 Phone: (949) 885-4544 | $35,000.00 | Foreclosure Professional |
| Ablitt & Charlton, P.C. | 92 Montvale Avenue Stoneham, MA 2180 Phone: (781) 246-8995 Fax: (781) 246-8994 | $35,000.00 | Foreclosure Professional |
| Ackerson & Yann, P.S.C | One Riverfront Plaza, 401 West Main Street Louisville, KY 40202 Phone: (502) 583-7400 Fax: (502) 589-4997 | $35,000.00 | Foreclosure Professional |
| Ackerson & Yann, PLLC | One Riverfront Plaza Louisville, KY 40202 Phone: (502) 583-7400 Fax: (502) 403-1391 | $35,000.00 | Foreclosure Professional |
| Alliance Default Services, Inc. | 4665 MacArthur Ct Newport Beach, CA 92660 Phone: (949) 252-2800 Fax: (949) 252-2884 | $35,000.00 | Foreclosure Professional |
| Aronowitz & Ford. L.L.P. | 1199 Bannock Street Denver, CO 80204 Phone: (303) 813-1177 Fax: (303) 813-1107 | $35,000.00 | Foreclosure Professional |
| Attorney's Equity Law Group, LLP | 3700 Campus Drive Newport Beach, CA 92660 23721 Birtcher Drive Lake Forest, CA 92630 Phone: (949) 707-5543 Fax: (949) 707-5629 | $35,000.00 | Foreclosure Professional |
| Attorney's Equity National Corp. | 5901 N. Western Oklahoma City, OK 73118 Phone: (405) 845-7722 Fax: (405) 848-9349 | $35,000.00 | Foreclosure Professional |
| Baer, Timberlake, Coulson & Cates, P.C. | 300 East Lombard Street 18th Floor Baltimore, MD 21202-3268 | $35,000.00 | Foreclosure Professional Company's Maryland counsel; provides advice and counsel regard specialized knowledge re MD. |
| Ballard Spahr Andrews & Ingersoll | 15000 Surveyor Boulevard Addison, TX 75001 Phone: (713) 621-8673 Fax: (713) 621-8583 | $35,000.00 | Foreclosure Professional |
| Barrett, Burke (Houston Office) | | | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Barnett, Burke, Wilson, Castle, Daffin & Frappier, LLP | 15000 Surveyor Boulevard<br>Addison, TX 75001<br>Phone: (972) 314-0523<br>Fax: (972) 386-7673 | $35,000.00 | Foreclosure Professional |
| Bass & Moglowsky, SC | 7020 N. Port Washington Road<br>Milwaukee, WI 53217<br>Phone: (414) 228-6700<br>Fax: (414) 228-6620 | $35,000.00 | Foreclosure Professional |
| Baxter & Schwartz | 5450 NW Central<br>Houston, TX 77092<br>Phone: (713) 462-2565<br>Fax: (713) 462-2659 | $35,000.00 | Foreclosure Professional |
| Belin Lamson McCormick Zumback Flynn, P. C. | 666 Walnut Street<br>Des Moines, IA 50309-3989<br>Phone: (515) 283-4638<br>Fax: (515) 283-4653 | $35,000.00 | Foreclosure Professional |
| Ben-Ezra & Katz, P.A. | 201 Stirling Road<br>Fort Lauderdale, FL 33312<br>Phone: (305) 770-4100<br>Fax: (305) 653-2329 | $35,000.00 | Foreclosure Professional |
| Berkman, Henoch, Peterson & Peddy, P.C. | 100 Garden City Plaza<br>Garden City, NY 11530<br>Phone: (516) 222-6200<br>Fax: (516) 222-6209 | $35,000.00 | Foreclosure Professional |
| Brice, Vander Linden & Wernick, P.C. | 9441 LBJ Freeway<br>Dallas, TX 75243<br>Phone: (972) 643-6600<br>Fax: (972) 643-6697 | $35,000.00 | Foreclosure Professional |
| Broad & Cassel | West Palm Beach<br>One North Clematis Street<br>Suite 500<br>West Palm Beach, FL 33401<br>Phone: (561) 832-3300<br>Fax: (561) 655-1109 | $15,000.00 | 123 Home Loans Matter |
| Brock & Scott, PLLC | 5431 Oleander Drive<br>Wilmington, NC 28403<br>Phone: (336) 354-1200<br>Fax: (336) 354-1206 | $35,000.00 | Foreclosure Professional |
| Brown & Shapiro , LLP | 4620 Fairmont Parkway<br>Pasadena, TX 77504<br>Phone: (281) 998-8450<br>Fax: (281) 998-2764 | $35,000.00 | Foreclosure Professional |
| Brown, Drew & Massey | 159 N. Wolcott<br>Casper, WY 82601<br>Phone: (307) 234-1000<br>Fax: () 265-8025 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Butler & Hosch, P. A. | 3185 S. Conway Road<br>Orlando, FL 32812-7315<br>Phone: (407) 381-5200<br>Fax: (407) 381-5577 | $35,000.00 | Foreclosure Professional |
| Cal-Western Reconveyance Corporation | 525 East Main St.<br>El Cajon, CA 92020<br>Phone: (619) 590-9200<br>Fax: (619) 590-9299 | $35,000.00 | Foreclosure Professional |
| Campbell and Brannon | 990 Hammond Drive<br>Atlanta, GA 30328<br>Phone: (770) 392-0041<br>Fax: (770) 396-2171 | $35,000.00 | Foreclosure Professional |
| Carlton, DiSante & Freudenberger | 707 Wilshire Blvd. Suite 5150<br>Los Angeles, CA 90017<br>Phone: (213) 612-6300<br>Fax: (213) 612-6301 | $10,000.00 | Labor & Employment Specialist |
| Castle, Barrett, Daffin & Frappier, LLC | 999 18th Street<br>Denver, CO 80202<br>Phone: (303) 865-1400<br>Fax: (303) 865-1410 | $35,000.00 | Foreclosure Professional |
| Castle, Meinhold & Stawiarski, LLC | 999 18th Street<br>Denver, CO 80202<br>Phone: (303) 299-1800<br>Fax: (303) 865-1779 | $35,000.00 | Foreclosure Professional |
| Castle, Meinhold & Stawiarski, LLC (DTC) | 999 18th Street<br>Denver, CO 80202<br>Phone: (303) 865-1679<br>Fax: (303) 865-1779 | $35,000.00 | Foreclosure Professional |
| Certilman, Balin, Adler & Hyman, LLP | 90 Merrick Avenue<br>East Meadow, NY 11554<br>Phone: (516) 296-7000<br>Fax: (516) 296-7111 | $35,000.00 | Foreclosure Professional |
| Codilis & Associates, P.C. | 15W030 North Frontage Road<br>Darien, IL 60527<br>Phone: (630) 794-5300<br>Fax: (630) 794-9090 | $35,000.00 | Foreclosure Professional |
| Cohn, Goldberg, Deutsch, LLC | 600 Baltimore Avenue<br>Baltimore, MD 21204<br>Phone: (410) 296-2550<br>Fax: (410) 296-2558 | $35,000.00 | Foreclosure Professional |
| Conny Feste, Ltd. | 406 Main Avenue, Suite 200<br>Fargo, ND 58108-2686<br>Phone: (701) 293-9911<br>Fax: (701) 293-3133 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| CoreSouth Legal Services | 8833 Perimeter Park Blvd.<br>Jacksonville, FL 32216<br>Phone: (111) 222-3333<br>Fax: (111) 222-3333 | $35,000.00 | Foreclosure Professional |
| CoreSouth Property Services | 1 CoreSouth Street<br>Jacksonville, FL 32259<br>Phone: (904) 111-2222<br>Fax: (904) 111-2222 | $35,000.00 | Foreclosure Professional |
| Crain, Caton & James | Five Houston Center<br>17th Floor<br>1401 McKinney, Suite 1700<br>Houston, TX 77010<br>Phone: (713) 658-2223<br>Fax: (713) 658-1921 | $10,000.00 | General Regulatory advice for TX |
| Curran & O'Sullivan, P.C. | 8101 Sandy Spring Road<br>Laurel, MD 20707<br>Phone: (301) 490-1196<br>Fax: (301) 490-1568 | $35,000.00 | Foreclosure Professional |
| Curtis Law Group | 19700 Fairchild, Suite 380<br>Irvine, CA 92612<br>Phone: (949) 955-2211<br>Fax: (949) 955-2217 | $10,000.00 | Counsel for uninsured<br>loan-related recovery |
| David H. Anderson | 288 Littleton Road<br>Westford, MA 1886<br>Phone: (978) 392-9995<br>Fax: (978) 392-9996 | $35,000.00 | Foreclosure Professional |
| David J. Stern, Law Office | 801 South University Drive<br>Plantation, FL 33324<br>Phone: (954) 233-8000<br>Fax: (954) 233-8333 | $35,000.00 | Foreclosure Professional |
| Davidson, Fink, Cook, Kelly and Galbraith, LLP | 28 East Main Street<br>Rochester, NY 14614<br>Phone: (585) 546-6448<br>Fax: (585) 760-7261 | $35,000.00 | Foreclosure Professional |
| Dean Morris, L.L.P. | 1820 Avenue of America<br>Monroe, LA 71201-5270<br>Phone: (318) 398-3383<br>Fax: (318) 398-1697 | $35,000.00 | Foreclosure Professional |
| Deutsch Kerrigan & Stiles, L.L.P. | 755 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 581-5141<br>Fax: (504) 566-1201 | $10,000.00 | Labor & Employment Specialist |
| Doonan, Graves & Longoria | 100 Cummings Center<br>Beverly, MA 1915<br>Phone: (978) 921-2670<br>Fax: (978) 921-4870 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Doyle & Friedmeyer PC | 135 N. Pennsylvania Street<br>Indianapolis, IN 46204<br>Phone: (317) 264-5000<br>Fax: (317) 264-5400 | $35,000.00 | Foreclosure Professional |
| Draper & Goldberg | 803 Sycolin Road<br>Leesburg, VA 20175<br>Phone: (703) 777-7101<br>Fax: (703) 777-7453 | $35,000.00 | Foreclosure Professional |
| Druckman & Sinel, LLP (NYC) | 242 Drexel Avenue<br>Westbury, NY 11590<br>Phone: (516) 876-0800<br>Fax: (516) 876-0888 | $35,000.00 | Foreclosure Professional |
| Druckman & Sinel, L.L.P. - Westbury | 242 Drexel Avenue<br>Westbury, NY 11590<br>Phone: (516) 876-0800<br>Fax: (516) 876-0888 | $35,000.00 | Foreclosure Professional |
| Dutton & Dutton | 10325 West Lincoln Highway<br>Frankfort, IL 60423<br>Phone: (815) 806-8200<br>Fax: (815) 806-8201 | $35,000.00 | Foreclosure Professional |
| Elizabeth Mason, P.C. | 3104 Monte Vista NE<br>Albuquerque, NM 87106<br>Phone: (505) 872-8700<br>Fax: (505) 872-8777 | $35,000.00 | Foreclosure Professional |
| Executive Trustee Services, Inc. | 15455 San Fernando Mission Blvd.<br>Mission Hills, CA 91345<br>Phone: (818) 837-2300<br>Fax: (818) 361-8736 | $35,000.00 | Foreclosure Professional |
| Faber & Gitlitz, P.A. | 9830 SW 77th Avenue<br>Miami, FL 33156<br>Phone: (305) 662-4110<br>Fax: (305) 667-3926 | $35,000.00 | Foreclosure Professional |
| Fabrizio & Brook, P.C. | 888 W. Big Beaver Road<br>Troy, MI 48084<br>Phone: (248) 269-8684<br>Fax: (248) 269-8503 | $35,000.00 | Foreclosure Professional |
| Fein, Such & Crane, L.L.P. | 1800 First Federal Plaza<br>Rochester, NY 14518<br>Phone: (716) 232-7400<br>Fax: (716) 325-6202 | $35,000.00 | Foreclosure Professional |
| Fein, Such, Kahn & Shepard, P.C. | 7 Century Drive<br>Parsippany, NJ 7054<br>Phone: (973) 538-4700<br>Fax: (973) 538-8234 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Feiwell & Hannoy, P.C. | Dept. 167<br>Indianapolis, IN 46206-7232<br>Phone: (317) 237-2713<br>Fax: (317) 237-2750 | $35,000.00 | Foreclosure Professional |
| Fidelity National Field Services, Inc. | 30825 Aurora Road<br>Solon, OH 44139<br>Phone: (440) 7424-0058<br>Fax: (440) 424-0073 | $35,000.00 | Foreclosure Professional |
| First American LoanStar Trustee Services, L.L.C. | 1 First American Way<br>Westlake, TX 76262<br>Phone: (800) 795-5042<br>Fax: () | $35,000.00 | Foreclosure Professional |
| First Coast Attorneys At Law | 8800 Bull Shoals Dr.<br>Jacksonville, FL 32216<br>Phone: (111) 222-3333<br>Fax: (111) 222-3333 | $35,000.00 | Foreclosure Professional |
| Fisher & Fisher Attorneys At Law, P.C. | 120 North LaSalle Street<br>Chicago, IL 60602<br>Phone: (312) 372-4784<br>Fax: (312) 372-4398 | $35,000.00 | Foreclosure Professional |
| Fisher & Shapiro, LLC | 4249 Paysphere Circle<br>Chicago, IL 60674<br>Phone: (847) 291-9100<br>Fax: (847) 291-6966 | $35,000.00 | Foreclosure Professional |
| Fitzgerald, Schorr Barmettler & Brennan, P.C., LLO | 13220 California Street<br>Omaha, NE 68154<br>Phone: (402) 342-1000<br>Fax: (402) 342-1025 | $35,000.00 | Foreclosure Professional |
| Fleming & Whitt, P.A. | P.O. Box 12125<br>Columbia, SC 29211<br>Phone: (803) 254-4751<br>Fax: (803) 779-0133 | $35,000.00 | Foreclosure Professional |
| Florida Default Law Grp PL DBA Echevarria, Codilis et al | 9119 Corporate Lake Drive<br>Tampa, FL 33634<br>Phone: (813) 342-2200<br>Fax: (813) 251-1541 | $35,000.00 | Foreclosure Professional |
| Foreclosure Consultants, DBA F.C.I. Trustee Service | 8180 E. Kaiser Boulevard<br>Anaheim Hills, CA 92808-2277<br>Phone: (714) 282-2424<br>Fax: (714) 282-2425 | $35,000.00 | Foreclosure Professional |
| Foreclosurelink, Inc. | 5006 Sunrise Blvd.<br>Fair Oaks, CA 95628<br>Phone: (916) 962-3453<br>Fax: (916) 962-1334 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Foutty & Foutty, L.L.P. | Dept. 30495<br>Saint Louis, MO 63179-0126<br>Phone: (317) 632-9555<br>Fax: (317) 632-9559 | $35,000.00 | Foreclosure Professional |
| Frascona, Joiner, Goodman, and Greenstein, P.C. | 4750 Table Mesa Drive<br>Boulder, CO 80305<br>Phone: (303) 494-3000<br>Fax: (303) 494-6309 | $35,000.00 | Foreclosure Professional |
| Freedman, Anselmo, Lindberg & Rappe | 1807 W. Diehl<br>Naperville, IL 60566<br>Phone: (630) 983-3392<br>Fax: () | $35,000.00 | Foreclosure Professional |
| Friedman & MacFadyen, P. A. (MD) | 210 East Redwood Street<br>Baltimore, MD 21202-3399<br>Phone: (410) 685-1763<br>Fax: (410) 727-1759 | $35,000.00 | Foreclosure Professional |
| George Cretella, Esq. | 20 Cambridge Drive<br>Matawan, NJ 7747<br>Phone: (732) 290-7600<br>Fax: (732) 290-7744 | $35,000.00 | Foreclosure Professional |
| Goldbeck, McCafferty & McKeever | 701 Market Street<br>Philadelphia, PA 19106-1532<br>Phone: (215) 627-1322<br>Fax: (216) 627-7734 | $35,000.00 | Foreclosure Professional |
| Golden & Amos PLLC | 543 Fifth Street<br>Parkersburg, WV 26101<br>Phone: (304) 485-3851<br>Fax: (304) 845-3861 | $35,000.00 | Foreclosure Professional |
| Goldman, Gruder & Woods, LLC | 200 Connecticut Avenue<br>Norwalk, CT 6854<br>Phone: (203) 899-8900<br>Fax: (203) 899-8915 | $35,000.00 | Foreclosure Professional |
| Graham, Arceneaux, & Allen, L.L.C. | 601 Poydras Street<br>New Orleans, LA 70130<br>Phone: (504) 522-8256<br>Fax: (504) 525-2485 | $35,000.00 | Foreclosure Professional |
| Grant C. Rees, Attorney at Law | P. O. Box 108<br>Milton, VT 5468<br>Phone: (802) 893-7400<br>Fax: (802) 660-4343 | $35,000.00 | Foreclosure Professional |
| Gray & Associates, L.L.P. | Box 88071<br>Milwaukee, WI 53288-0071<br>Phone: (414) 224-1730<br>Fax: (414) 224-1279 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| | 9 Acton Road<br>Chelmsford, MA 1469<br>Phone: (978) 250-0999 | | |
| Guaetta and Benson | Fax: (978) 250-0979 | $35,000.00 | Foreclosure Professional |
| | 150 California Street<br>Newton, MA 2458 | | |
| Harmon Law Offices, P.C. | Phone: (617) 558-0500<br>Fax: (317) 244-7304 | $35,000.00 | Foreclosure Professional |
| | 108 Corporate Park Drive<br>White Plains, NY 10604<br>Phone: (914) 251-1111 | | |
| Hecker, Colasurdo & Segall, P. C. | Fax: (914) 251-0011 | $35,000.00 | Foreclosure Professional |
| | 10055 N. Port Washington Road<br>Mequon, WI 53092<br>Phone: (262) 241-9339 | | |
| Harsh Law Offices | Fax: (262) 241-9587 | $35,000.00 | Foreclosure Professional |
| | 333 West Hampden Avenue<br>Englewood, CO 80110<br>Phone: (303) 788-9600 | | |
| Hopp & Shore, LLC | Fax: (303) 788-9698 | $35,000.00 | Foreclosure Professional |
| | 5420 Trabuco Road<br>Irvine, CA 92620<br>Phone: (949) 679-1111 | | |
| Houser & Allison, APC | Fax: (949) 679-1112 | $35,000.00 | Foreclosure Professional |
| | 50 Weston St<br>Hartford, CT 6120 | | |
| | Hartford, CT 6120<br>Phone: (860) 808-0606 | | |
| Hunt, Leibert P.C. | Fax: (860) 808-0625 | $35,000.00 | Foreclosure Professional |
| | 1544 Valwood Parkway<br>Carrollton, TX 75006<br>Phone: (972) 280-0477 | | |
| Jack O'Boyle & Associates | Fax: (972) 280-0669 | $35,000.00 | Foreclosure Professional |
| | 1010 Common Street, Suite 1800<br>New Orleans, LA 70112<br>Phone: (504) 581-9444 | | |
| Jackson & McPherson, L.L.C. | Fax: (504) 588-2888 | $35,000.00 | Foreclosure Professional |
| | 5601 Hudson Drive, Suite 400<br>Hudson, OH 44236<br>Phone: (330) 342-8203 | | |
| John D. Clunk Co., LPA, Law Offices of | Fax: (330) 342-8205 | $35,000.00 | Foreclosure Professional |
| | 35 KING STREET (P.O. BOX 4493)<br>Burlington, VT 5406<br>Phone: (802) 660-9000 | | |
| Joshua B. Lobe, Law Offices | Fax: (802) 864-0375 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Just Law Office | 381 Shoup Avenue I<br>Idaho Falls, ID 83402<br>Phone: (208) 523-9106<br>Fax: (208) 523-9146 | $35,000.00 | Foreclosure Professional |
| Kleinsmith and Associates, P.C. | 6035 Erin Park Drive<br>Colorado Springs, CO 80918<br>Phone: (719) 593-1970<br>Fax: (719) 593-2193 | $35,000.00 | Foreclosure Professional |
| Kluever & Platt, L.L.C. | 65 E. Wacker Place<br>Chicago, IL 60601<br>Phone: (312) 201-6662<br>Fax: (312) 236-0514 | $35,000.00 | Foreclosure Professional |
| Knuckles & Komosinski, P.C. | 220 White Plains Road<br>Tarrytown, NY 10591<br>Phone: (914) 946-8700<br>Fax: (914) 993-1493 | $35,000.00 | Foreclosure Professional |
| Korn Law Firm | 1300 Pickens Street<br>Columbia, SC 29201<br>Phone: (803) 252-5817<br>Fax: (803) 231-2040 | $35,000.00 | Foreclosure Professional |
| Lamun, Mock, Featherly, Kuehling & Cunningham | 5900 Northwest Gran Blvd.<br>Oklahoma City, OK 73118<br>Phone: (405) 840-5900<br>Fax: (405) 842-6132 | $35,000.00 | Foreclosure Professional |
| LandAmerica Default Services Co. | 6 Executive Circle<br>Irvine, CA 92614<br>Phone: (949) 885-4536<br>Fax: (949) 885-4484 | $35,000.00 | Foreclosure Professional |
| Laurito & Laurito LLC | 35 Commercial Way<br>Springboro, OH 45066<br>Phone: (937) 743-4878<br>Fax: (937) 743-4877 | $35,000.00 | Foreclosure Professional |
| Leeuw & Doyle, P.C. | 1st Indiana Plaza<br>Indianapolis, IN 46204<br>Phone: (317) 264-5000<br>Fax: (317) 264-5400 | $35,000.00 | Foreclosure Professional |
| Leonard, O'Brien, Spencer, Gale & Sayre | 800 Norwest Center<br>St. Paul, MN 55101<br>Phone: (651) 227-9505<br>Fax: (651) 227-9505 | $35,000.00 | Foreclosure Professional |
| Lerner, Sampson and Rothfuss, Co., LPA | P. O. Box 1985<br>Cincinnati, OH 45264-1985<br>Phone: (513) 412-6600<br>Fax: (513) 412-6606 | $40,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Little & Dranttel, P.C. | 7430 Washington St. NE<br>Albuqueque, NM 87109<br>Phone: (505) 833-3036<br>Fax: (505) 833-3040 | | Foreclosure Professional |
| Littler Mendelson, P.C. | 650 California Street<br>20th Floor<br>San Francisco, CA 94108-2693 | $35,000.00 | Labor & employment counsel providing advice regard WARN Act, severance, benefits, etc. Offices in key states nationwide. |
| Lobe & Fortin | 30 Kimball Avenue<br>South Burlington, VT 5403<br>Phone: (802) 660-9900<br>Fax: (802) 864-0375 | $35,000.00 | Foreclosure Professional |
| Locher, Pavelka, Dostal, Braddy & Hammes, L.L.C. | 200 The Omaha Club<br>Omaha, NE 68102<br>Phone: (402) 898-7000<br>Fax: (402) 898-7130 | $35,000.00 | Foreclosure Professional |
| LOGS Financial Services, Inc. | 4201 Lake Cook Road<br>Northbrook, IL 60062<br>Phone: (847) 291-9100<br>Fax: (847) 291-9975 | $35,000.00 | Foreclosure Professional |
| Lundberg & Associates | 3269 South Main, #100<br>Salt Lake City, UT 84118<br>Phone: (801) 263-3400<br>Fax: (801) 263-6513 | $35,000.00 | Foreclosure Professional |
| Mackie, Wolf & Zientz, P.C. | Pacific Center, I<br>Dallas, TX 75254<br>Phone: (214) 635-2651<br>Fax: (214) 635-2686 | $35,000.00 | Foreclosure Professional |
| Mackoff, Kellogg, Kirby & Kloster, P.C. | 46 West 2nd Street<br>Dickinson, ND 58601<br>Phone: (701) 227-1841<br>Fax: (701) 227-4739 | $35,000.00 | Foreclosure Professional<br>National counsel responsible for filing<br>proofs of claim in borrower's bankruptcy cases |
| Malcolm & Cisneros | 2112 Business Center Drive<br>Irvine, CA 92612<br>Phone: (949) 252-9400<br>Fax: (949) 252-1032 | $50,000.00 | |
| Manatt Phelps & Phillips, LLP | 11355 West Olympic Boulevard<br>Los Angeles, CA 90064<br>Phone: 310.312.4000<br>Fax: 310.312.4224 | $35,000.00 | Loan Servicing Specialist |
| Mancini, Daniel J. & Associates | 201A Fairview Drive<br>Monaca, PA 15061<br>Phone: (724) 203-1201<br>Fax: (724) 203-1202 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Manley, Deas & Kochalski, L.L.C. | 495 South High Street<br>Columbus, OH 43215-5689<br>Phone: (614) 220-5611<br>Fax: (614) 220-5613 | $35,000.00 | Foreclosure Professional |
| Mann & Stevens | 550 Westcott Street<br>Houston, TX 77007-9000<br>Phone: (713) 293-3600<br>Fax: (713) 293-3636 | $35,000.00 | Foreclosure Professional |
| Marshall C. Watson, P.A. | 1800 NW 49th Street<br>Ft. Lauderdale, FL 33309<br>Phone: (954) 771-5522<br>Fax: (954) 771-6052 | $35,000.00 | Foreclosure Professional |
| Martha Croog, LLC | 740 North Main Street, Suite V<br>West Hartford, CT 6117<br>Phone: (860) 236-9661<br>Fax: (860) 233-9927 | $35,000.00 | Foreclosure Professional |
| Martin & Brunavs Law Office | 2800 North Druid Hills Road<br>Atlanta, GA 30329<br>Phone: (404) 982-0088<br>Fax: (404) 982-0001 | $35,000.00 | Foreclosure Professional |
| Martin, Leigh, Laws & Fritzlen, P.C. | 900 Peck's Plaza<br>Kansas City, MO 64105-2135<br>Phone: (816) 221-1430<br>Fax: (816) 221-1044 | $35,000.00 | Foreclosure Professional |
| Mattleman, Weinroth & Miller | 401 Route 70 East<br>Cherry Hill, NJ 8034<br>Phone: (856) 429-5507<br>Fax: (856) 429-9036 | $35,000.00 | Foreclosure Professional |
| Mayer, Brown, Rowe & Maw LLP | 71 S. Wacker Drive<br>Chicago, IL 60606<br>Phone: (312) 782-0600<br>Fax: (312) 701-7711 | $25,000.00 | FCRA Counsel |
| McCabe, Weisberg & Conway, P. C. (PA) | 123 South Broad Street<br>Philadelphia, PA 19109<br>Phone: (215) 790-1010<br>Fax: (215) 790-1274 | $35,000.00 | Foreclosure Professional |
| McCaffrey Professional Association | 163 Water Street<br>Exeter, NH 3833<br>Phone: (603) 778-1717<br>Fax: (603) 778-1718 | $35,000.00 | Foreclosure Professional |
| McCalla, Raymer, Padrick, Cobb, Nichols & Clark, LLC | 1544 Old Alabama Road<br>Roswell, GA 30076<br>Phone: (770) 643-7200<br>Fax: (770) 643-4062 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| McCarthy & Holthus, L.L.P. | 1770 - 4th Avenue<br>San Diego, CA 92101<br>Phone: (619) 685-4800<br>Fax: (619) 685-4810 | $35,000.00 | Foreclosure Professional |
| McDonald, McKenzie, Rubin, Miller & Lybrand, L.L.P. | 1704 Main Street<br>Columbia, SC 29201<br>Phone: (803) 252-0500<br>Fax: (803) 252-6705 | $35,000.00 | Foreclosure Professional |
| McHenry, Dancigers & Lake, P.C. | 192 Ballard Ct. Ste 400<br>Virgia Bch., VA 23462-6538<br>Phone:<br>Fax: | $35,000.00 | Foreclosure Professional |
| McKenry, Dancigers. Dawson & Lake, P.C. | 192 Ballard Court<br>Virginia Beach. VA 23462-6538<br>Phone: (757) 461-2500<br>Fax: (757) 461-5950 | $35,000.00 | Foreclosure Professional |
| Metcalf. Conlon & Siering, PLC | 126 West Second Street<br>Muscatine, IA 52761-3713<br>Phone: (319) 263-9494<br>Fax: (319) 263-7824 | $35,000.00 | Foreclosure Professional |
| Mickel Law Firm, PA | 1501 North University<br>Little Rock. AR 72207<br>Phone: (501) 664-4808<br>Fax: (501) 664-0631 | $35,000.00 | Foreclosure Professional |
| Miles, Bauer, Bergstrom & Winters NV f/k/a Miles &Bergstrom | 1665 Scenic Avenue<br>Costa Mesa, CA 92626<br>Phone: (702) 942-0446<br>Fax: (702) 369-4955 | $35,000.00 | Foreclosure Professional |
| Miles, Bauer, Bergstrom & Winters, LLP | 1665 Scenic Avenue<br>Costa Mesa, CA 92626<br>Phone (714) 481-0233<br>Fax: (714) 481-9141 | $35,000.00 | Foreclosure Professional |
| Miller & Clark, PC | 6 Executive Circle<br>Irvine, CA 92614<br>Phone: (949) 885-4544<br>Fax: (949) 474-7035 | $35,000.00 | Foreclosure Professional |
| Millsap & Singer. P.C. | 612 Spirit Drive<br>St. Louis, MO 63005<br>Phone (636) 537-0110<br>Fax: (636) 537-0067 | $35,000.00 | Foreclosure Professional |
| Milstead & Associates. LLC | 220 Lake Drive East<br>Cherry Hill. NJ 8002<br>Phone: (856) 482-1400<br>Fax: (856) 482-9190 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Morris & Associates | 2309 Oliver Road<br>Monroe, LA 71201<br>Phone: (318) 330-9020<br>Fax: (318) 348-7600 | $35,000.00 | Foreclosure Professional |
| Morris, Schneider & Prior, L.L.C. | 1587 N.E. Expressway<br>Atlanta, GA 30329<br>Phone: (770) 234-9181<br>Fax: (770) 234-9192 | $35,000.00 | Foreclosure Professional |
| National Default Servicing Corp. | 2525 East Camelback Road<br>Phoenix, AZ 85016<br>Phone: (602) 264-6101<br>Fax: (602) 264-6202<br>42 Old Church Road | $35,000.00 | Foreclosure Professional |
| National Field Representatives Inc. | Claremont, NH 3743<br>Phone: (603) 543-1000<br>Fax: (603) 543-3844 | $35,000.00 | Foreclosure Professional |
| Neal, Gerber & Eisenberg LLP | Two North LaSalle Street<br>Chicago, Illinois, 60602-3801 | $35,000.00 | Insurance Specialist |
| New Invoice | , FL 1111<br>Phone:<br>Fax: | $35,000.00 | Foreclosure Professional |
| NewInvoice, LLC | Dept. #2651<br>Los Angeles, CA 90084-2651<br>Phone: (678) 405-3600<br>Fax: (678) 443-9400 | $35,000.00 | Foreclosure Professional |
| North & Nash | Two Park Plaza, Suite 1020<br>Irvine, CA 92614 | $35,000.00 | Labor & employment counsel providing advice regard WARN Act, severance, benefits, etc., specialized CA counsel |
| Northwest Trustee Services, Inc. | 3535 Factoria Blvd. SE<br>Bellevue, WA 98006<br>Phone: (425) 586-1937<br>Fax: (425) 283-5937 | $35,000.00 | Foreclosure Professional |
| Orlans Associates, P.C. | 2501 Rochester Court<br>Troy, MI 48083<br>Phone: (248) 457-1000<br>Fax: (248) 457-1001 | $35,000.00 | Foreclosure Professional |
| Partridge, Snow & Hahn | 180 South Main Street<br>Providence, RI 2903<br>Phone: (401) 861-8200<br>Fax: (401) 861-8210 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Peter T. Roach & Associates | 100 Jericho Quadrangle<br>Jericho, NY 11753<br>Phone: (516) 938-3100<br>Fax: (516) 931-4403 | $35,000.00 | Foreclosure Professional |
| Phelan, Hallinan & Schmieg, LLP (PA) | One Penn Center, 1617 JFK Boulevard<br>Philadelphia, PA 19103-1814<br>Phone: (215) 563-7000<br>Fax: (215) 563-5534 | $35,000.00 | Foreclosure Professional |
| Phelan, Hallinan & Schmieg, PC (NJ) | 400 Fellowship Road<br>Mount Laurel, NJ 8054<br>Phone: (856) 813-5500<br>Fax: (856) 813-5501 | $35,000.00 | Foreclosure Professional |
| Phillips, Olore, Dunlavey & York, P.A. | 480 MAIN STREET<br>PRESQUE ISLE ME 4769<br>Phone: (207) 769-2361<br>Fax: (207) 769-2361 | $35,000.00 | Foreclosure Professional |
| Pierce & Associates, P.C. | 1 North Dearborn<br>Chicago, IL 60602<br>Phone: (312) 346-9088<br>Fax: (312) 853-1780 | $35,000.00 | Foreclosure Professional |
| Pite, Duncan & Melmet, LLP | 525 East Main Street<br>El Cajon, CA 92022-2289<br>Phone: (619) 590-1300<br>Fax: (619) 590-1385 | $35,000.00 | Foreclosure Professional |
| Pluese, Becker & Saltzman, LLC | 20000 Horizon Way<br>Mount Laurel NJ 08054-4318<br>Phone: (856) 813-1700<br>Fax: (856) 813-1720 | $35,000.00 | Foreclosure Professional |
| Powers Kirn, LLC | Mt. Laurel, NJ 8054<br>Phone: (856) 802-1000<br>Fax: (856) 802-4300 | $35,000.00 | Foreclosure Professional |
| Preston, Gates & Ellis | 222 Southwest Columbia Street<br>Portland, OR 97201<br>Phone: (503) 228-3200<br>Fax: (503) 553-6273 | $35,000.00 | Foreclosure Professional |
| Professional Foreclosure Corp. | 3300 North Central Avenue<br>Phoenix, AZ 85012<br>Phone: (602) 393-4936<br>Fax: (602) 263-5341 | $35,000.00 | Foreclosure Professional |
| Quality Loan Service Corporation | 319 Elm Street<br>San Diego, CA 92101<br>Phone: (619) 685-4800<br>Fax: (619) 685-4810 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Randall S. Miller & Associates. P.C. | 43252 Woodward Avenue<br>Bloomfield Hills, MI 48302-201<br>Phone: (248) 335-9200<br>Fax: | $35,000.00 | Foreclosure Professional |
| Recon Trust Company, N.A. | 1757 Tapo Canyon Rd<br>Simi Valley, CA 93063<br>Phone: (800) 281-8219<br>Fax: (805) 955-5855 | $35,000.00 | Foreclosure Professional |
| Reed Smith LLP | 2500 One Liberty Plaza<br>1650 Market Street<br>Philadelphia, PA 19103<br>Phone: (215) 851-8143 | $35,000.00 | Insurance Specialist |
| Regional Trustee Services | 616 First Avenue<br>Seattle, WA 98104<br>Phone: (206) 340-2550<br>Fax: (206) 292-4930 | $35,000.00 | Foreclosure Professional |
| Reimer, Lorber & Arnoviz, Co. L.P.A. | P.O. Box 968<br>Twinsburg, OH 44087<br>Phone: (330) 425-4201<br>Fax: (330) 487-0923 | $35,000.00 | Foreclosure Professional |
| Richard M. Squire & Associates, LLC | 115 West Avenue<br>Jenkintown, PA 19046<br>Phone: (215) 886-8790<br>Fax: (215) 886-8791 | $35,000.00 | Foreclosure Professional |
| Ringert Clark Chartered | 455 South Third Street<br>Boise, ID 83702<br>Phone: (208) 342-4591<br>Fax: (208) 342-4657 | $35,000.00 | Foreclosure Professional |
| Robert E. Lastelic | 4831 W. 136th Street<br>Leawood, KS 66207-0770<br>Phone: (913) 345-9595<br>Fax: | $35,000.00 | Foreclosure Professional |
| Robert E. Weiss, Inc. | 920 Village Oaks Drive<br>Covina, CA 91724<br>Phone: (626) 967-4302<br>Fax: (626) 339-7103 | $35,000.00 | Foreclosure Professional |
| Robert J. Hopp & Associates, LLc | 333 W. Hampden Avenue<br>Englewood, CO 80110<br>Phone: (303) 806-0887<br>Fax: (303) 806-8881 | $35,000.00 | Foreclosure Professional |
| Robinson Tait, P.S. | 616 1st Avenue<br>Seattle, WA 98104<br>Phone: (206) 676-9640<br>Fax: (206) 676-9659 | $35,000.00 | Foreclosure Professional |
| Roetzel & Andress | 1375 East Ninth Street<br>One Cleveland Center<br>Cleveland, OH 44114 | $10,000.00 | Foreclosure Professional<br>Local counsel in Ohio handling<br>regulatory issues and TRO filed by<br>the Attorney General |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Rosenberg & Associates, LLC | 7910 Woodmont Avenue<br>Bethesda, MD 20814<br>Phone: (301) 907-3000<br>Fax: (301) 907-8101 | $35,000.00 | Foreclosure Professional |
| Rosicki, Rosicki & Associates, P.C. | 51 E. Bethpage Road<br>Plainview, NY 11803<br>Phone: (516) 741-2585<br>Fax: (516) 741-2589 | $35,000.00 | Foreclosure Professional |
| Routh & Crabtree, APC | 3000 "A" Street<br>Anchorage, AK 99503<br>Phone: (907) 222-4323<br>Fax: (907) 222-4396 | $35,000.00 | Foreclosure Professional |
| Routh, Crabtree & Olsen, PS | 3535 Factoria Blvd. SE<br>Bellevue, WA 98006<br>Phone: (425) 586-1937<br>Fax: (425) 283-5937 | $35,000.00 | Foreclosure Professional |
| Rush Moore LLP | 737 Bishop Street<br>Honolulu, HI 96813<br>Phone: (808) 521-0400<br>Fax: (808) 521-0497 | $35,000.00 | Foreclosure Professional |
| Rutan & Tucker | 611 Anton Boulevard Suite 1400<br>Costa Mesa, CA 92626-1931 | $10,000.00 | Labor & employment counsel providing advice regard WARN Act, severance, benefits, etc. specialized CA counsel |
| Shain, Schaffer & Rafanello, P.C. | Suite 105, Plaza 202<br>150 Morristown Rd<br>Bernardsville, NJ 07924<br>Phone: (908) 953-9300<br>Fax: (908) 953-2696 | $35,000.00 | Foreclosure Professional |
| Samuel I. White, P. C. | 209 Business Park Drive<br>Virginia Beach, VA 23462-6520<br>Phone: (757) 457-1452<br>Fax: (757) 490-8113 | $35,000.00 | Foreclosure Professional |
| Shapiro & Burson - Fairfax | 13135 Lee Jackson Highway<br>Fairfax, VA 22033<br>Phone: (703) 449-5800<br>Fax: (703) 449-5817 | $35,000.00 | Foreclosure Professional |
| Shapiro & Felty, L.L.P. | 1500 West Third Street<br>Cleveland, OH 44113<br>Phone: (216) 621-1530<br>Fax: (216) 373-1340 | $35,000.00 | Foreclosure Professional |
| Shapiro & Ingle | 8520 Cliff Cameron Drive<br>Charlotte, NC 28269<br>Phone: (704) 333-8107<br>Fax: (704) 688-2190 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Shapiro & Massey | 1910 Lakeland Drive<br>Jackson, MS 39216<br>Phone: (601) 981-9299<br>Fax: (601) 981-9288 | $35,000.00 | Foreclosure Professional |
| Shapiro & Mock, L.L.P. | 6310 Lamar<br>Overland Park, KS 66202<br>Phone: (913) 371-6421<br>Fax: (913) 371-1160 | $35,000.00 | Foreclosure Professional |
| Shapiro & Morley | 75 Market Street<br>Portland, ME 4101<br>Phone: (207) 775-6995<br>Fax: (207) 775-6223 | $35,000.00 | Foreclosure Professional |
| Shapiro, Nordmeyer and Zielke, L.L.P. | 7300 Metro Blvd. No.<br>Edina, MN 55439<br>Phone: (952) 831-4060<br>Fax: (952) 831-4734 | $35,000.00 | Foreclosure Professional |
| Shechtman, Halperin & Savage | 1080 Main Street<br>Pawtucket, RI 2860<br>Phone: (401) 272-1400<br>Fax: (401) 272-1403 | $35,000.00 | Foreclosure Professional |
| Sheldon May & Associates, P.C. | Kansas City Office<br>Twelve Wyandotte Plaza<br>120 W. 12th Street<br>Kansas City, MO 64105<br>816-421-3355<br>816-374-0509 FAX | $35,000.00 | Foreclosure Professional |
| Shughart Thompson & Kilroy | 255 Merrick Road<br>Rockville Centre, NY 11570<br>Phone: (516) 763-3200<br>Fax: (315) 676-3324 | $35,000.00 | Labor & Employment Specialist |
| Sirote & Permutt, P.C. | 2311 Highland Avenue South<br>Birmingham, AL 35255<br>Phone: (205) 930-5138<br>Fax: (205) 930-5101 | $35,000.00 | Foreclosure Professional |
| South & Associates, P.C. | P.O. Box 800076<br>Kansas City, MO 64180-0076<br>Phone: (816) 300-7800<br>Fax: (816) 300-7899 | $35,000.00 | Foreclosure Professional |
| Stanton & Davis | 1000 Plain Street<br>Marshfield, MA 2050<br>Phone: (781) 834-9181<br>Fax: (781) 837-8253 | $35,000.00 | Foreclosure Professional |
| Steff A. Swanson, P.C., L.L.O. | 1902 Harlan Drive<br>Bellevue, NE 68005<br>Phone: (402) 292-7700<br>Fax: (401) 292-9125 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Stephens, Millirons, Harison & Gammons, P.C. | 2430 L & N Drive<br>Huntsville, AL 35801<br>Phone: (256) 382-5527<br>Fax: (256) 536-9488 | $35,000.00 | Foreclosure Professional |
| Steven J. Baum, P.C. | 220 Northpointe Parkway<br>Amherst, NY 14228<br>Phone: (716) 204-2443<br>Fax: (716) 204-2498 | $35,000.00 | Foreclosure Professional |
| Stitt, Klein, Daday & Aretos & Giampietro, LLC | 121 South Wilke Road<br>Arlington Heights, IL 60005<br>Phone: (847) 590-8700<br>Fax: (847) 590-9825 | $35,000.00 | Foreclosure Professional |
| Sughrue Mion PLLC | 2100 Pennsylvania Avenue<br>NW Suite 800<br>Washington, DC 20037-3213<br>Phone: 202.663.7927<br>Fax: 202.293.7860 | $25,000.00 | General Trademark advice |
| Susan C. Little & Associates, P.A. | 4501 Indian School Road, N.E.<br>Albuquerque, NM 87110<br>Phone: (505) 254-7767<br>Fax: (505) 254-4722 | $35,000.00 | Foreclosure Professional |
| T.D. Service Company | 1820 East 1st Street<br>Santa Ana, CA 92705<br>Phone: (714) 543-8372<br>Fax: (714) 541-5131 | $35,000.00 | Foreclosure Professional |
| Thomas J. Noonan, Law Offices | 701 Market Street<br>St. Louis, MO 63101<br>Phone: (314) 241-4747<br>Fax: (314) 241-2039 | $35,000.00 | Foreclosure Professional |
| Tiffany & Bosco, P.A. | 2525 East Camelback Road<br>Phoenix, AZ 85016<br>Phone: (602) 255-6047<br>Fax: (602) 255-0192 | $35,000.00 | Foreclosure Professional |
| Trott & Trott, P.C. | P.O. Box 79001<br>Detroit, MI 48279-1274<br>Phone: (248) 642-2515<br>Fax: (248) 642-0568 | $35,000.00 | Foreclosure Professional |
| Udren Law Offices, P.C. | 111 Woodcrest Road<br>Cherry Hill, NJ 8003<br>Phone: (856) 482-6900<br>Fax: (856) 482-1199 | $35,000.00 | Foreclosure Professional |
| Underwood Law Firm | 340 Edgewood Terrace Drive<br>Jackson, MS 39206<br>Phone: (601) 981-7773<br>Fax: (601) 362-5673 | $35,000.00 | Foreclosure Professional |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| Usset & Weingarden P.L.L.P. | 4500 Park Glen Road<br>Minneapolis, MN 55416<br>Phone: (952) 925-6888<br>Fax: (952) 925-5879 | $35,000.00 | Foreclosure Professional |
| Van Ness Law Firm, P.A. | 7369 Sheridan Street<br>Hollywood, FL 33024<br>Phone: (954) 962-0500<br>Fax: (954) 962-0606 | $35,000.00 | Foreclosure Professional |
| Vargas, Zion & Kahane, P.A. | 4000 Hollywood Boulevard<br>Hollywood, FL 33021<br>Phone: (954) 893-8993<br>Fax: (954) 893-7707 | $35,000.00 | Foreclosure Professional |
| Wasser Associates | 43 Greene Street<br>Cumberland, MD 21502<br>Phone: (301) 759-2844<br>Fax: (301) 759-2847 | $35,000.00 | Foreclosure Professional |
| Weiss Spicer, PLLC | 208 Adams Avenue<br>Memphis, TN 38103<br>Phone: (901) 526-8296<br>Fax: (901) 526-3061 | $35,000.00 | Foreclosure Professional |
| Wettman, Weinberg & Reis, Co., L.P.A. | 965 Keynote Circle<br>Brooklyn Heights, OH 44131<br>Phone: (216) 739-5135<br>Fax: (216) 739-5127 | $35,000.00 | Foreclosure Professional |
| Weston Adams Law Firm | 1501 Richland Street<br>Columbia, SC 29201<br>Phone: (803) 254-1675<br>Fax: (803) 799-3141 | $35,000.00 | Foreclosure Professional |
| William M. Golson & Associates, Attorneys at Law, Chartered | 1230 S. Myrtle Avenue<br>Clearwater, FL 33756<br>Phone: (727) 446-4826<br>Fax: (727) 446-1723 | $35,000.00 | Foreclosure Professional |
| WILSON & ASSOCIATES, PA | 11501 HURON LANE<br>LITTLE ROCK, AR 72211<br>Phone: (501) 219-9388<br>Fax: (501) 219-9456 | $35,000.00 | Foreclosure Professional |
| Wolf Firm, A Law Corp., The | 245 Fischer Avenue<br>Costa Mesa, CA 92626<br>Phone: (949) 720-9200<br>Fax: (949) 720-9250 | $20,000.00 | Foreclosure Professional |
| Wolfe & Wyman LLP | 5 Park Plaza<br>Suite 1100<br>Irvine, CA 92614-5979<br>Phone: 949-475-9200<br>Fax: 949-475-9203 | $20,000.00 | Counsel for title insurance recovery |

| Ordinary Course Professional | Address | Monthly Cap | Services |
|---|---|---|---|
| | Bank One Center Tower, Suite 3400 Indianapolis, IN 46244-0942 Phone: (317) 636-3551 | | |
| Wood, Tuohy, Gleason, Mercer & Herrin | Fax: (317) 636-6680 | $35,000.00 | Foreclosure Professional |
| | 4665 MacArthur Court Newport Beach, CA 92660 Phone: (949) 477-5050 | | |
| Wright, Finlay & Zak, L.L.P. | Fax: (949) 477-9200 | $35,000.00 | Foreclosure Professional |
| | 200 West Capitol Little Rock, AR 72701 Phone: (501) 575-0808 | | |
| Wright, Lindsey & Jennings LLP | Fax: (501) 212-1356 | $35,000.00 | Foreclosure Professional |
| | 200 Sheffield Street Mountainside, NJ 7092 Phone: (908) 233-8500 | | |
| Zucker, Goldberg & Ackerman | Fax: (908) 233- | $35,000.00 | Foreclosure Professional |

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:                                              :        **Chapter 11**
                                                    :
**NEW CENTURY TRS HOLDINGS,**                       :        **Case No. 07-10416 (KJC)**
**INC., a Delaware corporation, et al.,**[1]        :
                                                    :        **Jointly Administered**
                                                    :
                         Debtors.                   :

**AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL**

STATE OF [_____]        )
                                   )        ss:
COUNTY OF [_____]       )

    **[INSERT NAME OF AFFIANT]**, being duly sworn, deposes and says:

    1.    I am a **[INSERT POSITION]** of **[INSERT FIRM NAME]** (the "Firm"),

which maintains offices at **[INSERT ADDRESS]**.

    2.    This Affidavit is submitted in connection with an Order of the United

States Bankruptcy Court for the District of Delaware, entered on or about May 7, 2007,

authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors")

to employ and compensate certain professionals in the ordinary course of business during the

pendency of these chapter 11 cases.

---

[1]  The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

3.      Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors as **[INSERT DESCRIPTION OF SERVICES]**. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4.      The Firm's current customary rates, subject to change from time to time, are **[INSERT DESCRIPTION OF RATES]**. In the normal course of its business, the Firm revises its billing rates on **[INSERT DATE, IF APPLICABLE]** of each year and requests that, effective **[INSERT DATE, IF APPLICABLE]** of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5.      In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

**[DISCLOSE CONNECTIONS HERE]**

The Firm may have performed services in the past, may currently perform services, and may

perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are

parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does

not perform services for any such person in connection with these chapter 11 cases.

6.      Neither I nor any principal, partner, director, officer, etc. of, or

professional employed by, the Firm has agreed to share or will share any portion of the

compensation to be received from the Debtors with any other person other than the principals

and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

7.      Neither I nor any principal, partner, director, officer, etc. of, or

professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents

any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the

Firm is to be employed.

8.      Prior to the filing of the above-captioned cases, the Firm **[WAS/WAS

NOT]** employed by the Debtors. The Debtors owe the Firm $**[INSERT FIGURE, IF

APPLICABLE]** for prepetition services. If the Firm's employment is authorized pursuant to the

Ordinary Course Professionals order, the Firm **[WILL/WILL NOT]** waive the pre-petition

claim.

9.      The Firm is conducting further inquiries regarding its retention by any

creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon

conclusion of that inquiry, or at any time during the period of its employment, if the Firm should

discover any facts bearing on the matters described herein, the Firm will supplement the

information contained in this Affidavit.

10.    I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 2007

_____
Affiant

Sworn to and subscribed before me
this _____ day of _____, 2007

_____
Notary Public