IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE
OF PAPERS, AND RESERVATION OF RIGHTS**

PLEASE TAKE NOTICE that Fidelity National Information Services, by their counsel, Baker & Hostetler LLP, hereby enters its appearance in the above-captioned jointly administered cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that, pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rules 2002 and 9007, notice of all matters arising in the cases and all papers served or required to be served in the cases, be given to and served upon counsel at the address set forth below:

>   Donald A. Workman, Esq.
>   BAKER & HOSTETLER LLP
>   1050 Connecticut Avenue, NW,
>   Suite 1100
>   Washington, D.C. 20036
>   Telephone: (202) 861-1500
>   Facsimile: (202) 861-1783
>   Email: dworkman@bakerlaw.com

PLEASE TAKE FURTHER NOTICE that under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, demand, whether formal or informal, whether

- 2 -

written or oral, and whether transmitted or conveyed electronically or by mail, courier service, hand-delivery, telephone, facsimile transmissions, telegraph, telex, or otherwise (1) that affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, including Fidelity National Information Services, with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by Fidelity National Information Services. Donald A. Workman of Baker & Hostetler LLP requests that his name be added to the mailing matrix.

PLEASE TAKE FURTHER NOTICE that Fidelity National Information Services, intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) Fidelity National Information Services' right to have final orders in non-core matters entered only after de novo review by a District Judge; (2) Fidelity National Information Services' right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) Fidelity National Information Services' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Fidelity National Information Services is or may be entitled under agreements, in law or in

- 3 -

equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Fidelity National Information Services expressly reserves.

    Respectfully submitted,

    */s/ Donald A. Workman*
    Donald A. Workman, Esq.
    D.C. Bar No. 443778
    BAKER & HOSTETLER LLP
    1050 Connecticut Avenue, NW, Suite 1100
    Washington, D.C. 20036
    Telephone: (202) 861-1500
    Facsimile: (202) 861-1783
    Email: dworkman@bakerlaw.com

    Attorneys for Fidelity National
    Information Services, Inc.

Dated: May 8, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 8th day of May, 2007, caused a copy of the foregoing to be served upon the persons listed below by U.S., first class mail, postage prepaid:

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Chun I. Jang, Esq.
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801

Suzanne S. Uhland, Esq.
Austin K. Barron, Esq.
Emily R. Culler, Esq.
Ana Acevedo, Esq.
O'Melveny & Myers LLP
275 Battery Park
San Francisco, CA 94111

                                                                                    */s/ Donald A. Workman*
                                                                                     Donald A. Workman