**IN THE UNITED STATES BANKRUPTCY
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY HOLDINGS, INC, *et al.*, | : | Case No. 07- 10416(KJC) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Ira M. Levee, of full age, certify that on May 8, 2007, I caused to be served via facsimile and first class mail on the parties listed on Exhibit A a copy of the Response of New York State Teachers' Retirement System To Motion Of The United States Trustee For An Order Directing The Appointment Of A Chapter 11 Trustee Or, In The Alternative, For An Examiner

Dated: May 8, 2007                                    /s/ Ira M. Levee
                                                                  Ira M. Levee

                                                                  Lowenstein Sandler PC
                                                                  65 Livingston Avenue
                                                                  Roseland, NJ 07068
                                                                  973.597.2480 (Telephone)
                                                                  973.597.2481 (Facsimile)

                                                                  *Bankruptcy Counsel to New
                                                                  York State Teachers'
                                                                  Retirement System*

-2-

**EXHIBIT A**

| | |
|---|---|
| Joseph J. McMahon, Jr., Esq.<br>OFFICE OF THE UNITED STATES TRUSTEE<br>J. Caleb Boggs Federal Building<br>844 King St., Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6497 (Facsimile) | Mark D. Collins, Esq.<br>Michael J. Merchant, Esq.<br>Marcus A. Ramos, Esq.<br>Christopher M. Samis, Esq.<br>RICHARDS LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7701 (Facsimile)<br><br>*Counsel to the Debtors* |
| Suzanne S. Uhland, Esq.<br>Ben H. Logan, Esq.<br>Victoria Newmark, Esq.<br>Emily R. Culler, Esq.<br>O'MELVENY & MYERS LLP<br>275 Battery Street<br>San Francisco, CA 94111<br>(415) 984-8701 (Facsimile)<br><br>*Counsel to the Debtors* | Bonnie Glantz Fatell, Esq.<br>BLANK ROME LLP<br>1201 Market St., Suite 800<br>Wilmington, DE 19801<br>(302) 425-6464 (Facsimile)<br><br>*Counsel to Official Committee of Unsecured Creditors* |
| Mark S. Indelicato, Esq.<br>Mark T. Power, Esq.<br>HAHN & HESSEN LLP<br>448 Madison Avenue<br>New York, NY 10022<br>(212) 478-7400 (Facsimile)<br><br>*Counsel to Official Committee of Unsecured Creditors* | |