UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| *In re* | : | Chapter 11 |
|   | : |   |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*,[1] | : |   |
|   |   | Case Number 07-10416 (KJC) |
| Debtors. | : | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

      I certify that, on April 26, 2007, I caused to be served a copy of the United States Trustee's Motion for Appointment of a Chapter 11 Trustee or, in the Alternative, an Examiner (together with the related Notice of Motion and proposed form of order directing the appointment of a chapter 11 trustee) via first class United States mail (postage prepaid) to the person listed below.

New Century Mortgage Corp., et al.
Attn:  Stergios Theologides
18400 Von Karman Avenue
Suite 1000
Irvine, CA  92612


       /s/ Lauren E. O'Neal
         Lauren E. O'Neal
      Office Automation Assistant

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.