# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

**Debtor:** New Century TRS Holdings, Inc.
**Case Number:** 07-10416-KJC    **Chapter:** 11
**Date / Time / Room:** MONDAY, MAY 07, 2007 10:00 AM   CRT#5, 5TH FL.
**Bankruptcy Judge:** KEVIN J. CAREY
**Courtroom Clerk:** NANCY HUNT
**Reporter / ECR:** MATT YOVINO

## *Matter:*

Omnibus
**R / M #:**   538 / 0

## *Appearances:*

See Sign in Sheet

## *Proceedings:*

Amended Agenda Item
#1 - Cont'd to 5/15/07
#2 - Order Signed
#3 - Order Due
#4 - Order Signed
#5 - Order Signed
#6 - Order Signed
#7 - Order Signed
#8 - Order Due
#9 - Order Due
#10 - Order Due