# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.  **COURTROOM LOCATION:** 5
**CASE NO.:** 07-10416-KJC  **DATE:** May 7, 2007
**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Marnell Bonca | Wilmer + Straus | Kodiak Funding |
| David Wier | " | " |
| Norman Monhait | Rosenthal Monhait + Goddess | " |
| Mark Indelicato | Hahn + Hessen LLP | Official Committee |
| Mark Power | " | " |
| Jonive Ceabone | " | " |
| Lorie Silver Silverstein | Peter Anderson, Governum | Bank of America, N.A. |
| Robert Keach | Bernstein Shur | Deferred Comp Claimants |
| Joseph H. Huston, Jr. | Stevens + Lee | " |
| Bonnie Glantz | Blank Rome LLP | Official Creditors Committee |
| Regina Stango Kelbon | | |
| Greg Taylor | Ashby Geddes | UBS |
| Rick Chesley | Paul Hastings | UBS |

# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.  **COURTROOM LOCATION:** 5
**CASE NO.:** 07-10416-KJC   **DATE:** May 7, 2007
**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Keith Miller | Paul Hastings | UBS |
| Van Durrer | Skadden Arps | |
| Laura Davis Jones | Pachulski Stang, et al. | Ellington Mgmt Group |
| Bennett Spiegel | Kirtland & Ellis LLP | Greenwich |
| Lisa Schweitzer | Cleary Gottlieb Steen & Hamilton LLP | Greenwich |
| Robert J. Stearn, Jr. | Richards Layton & Finger | Goldman Sachs Mortgage Co |
| Michael Merchant | " | |
| Marcos Ramos | " | |
| Christopher Simis | " | |
| Suzzanne Uhland | O'Melveny & Myers | |
| Ben Logan | " | |
| Bruce Bennett | Hennigan Bennett | |

# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.    **COURTROOM LOCATION: 5**
**CASE NO.: 07-10416-KJC**    **DATE: May 7, 2007**
**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Rachel B Mersky | Monzack and Monaco | RBC |
| Joe McMah | USDOJ | UST |
| Robert Brady | Young Conaway | DB Structured Product |
| Andrew Gallo (telephonic) | Bingham McCutchen | " |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 05/07/2007
Calendar Time: 10:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1723359 | Richard Agins | 860-240-2840 | Bingham McCutchen, LLP | Interested Party, Deutsche Bank/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1724513 | Andrea Sheehan | 214-521-8090 | Law Offices of Robert E. Luna | Creditor, Garland Independent School District, et al/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1724629 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP (901211NY) | Creditor, Bank of America, NA / LISTEN ONLY |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1724640 | Kimberly Newmarch | 312-499-6057 | Paul Hastings Janofsky & Walker | Creditor, UBS Real Estate Securities, Inc./ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1724651 | Marti Murray | 212-582-5505 | Murray Capital Management, Inc. | Interested Party, Murray Capital Management/ LISTEN ONLY |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1725156 | Michael Reed | 512-323-3200 | McCreary, Veselka, Bragg & Allen | Creditor, The Tax Appraisal District of Bell County/ LISTEN ONLY |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1725179 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Credit Suisse First Boston Mortgage Capital LLC & DLJ Mortgage Capital, Inc./ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726080 | Elizabeth Banda | 817-461-3344 | Elizabeth Banda | Creditor, TexasTax Unit/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726882 | Andrew Gallo | 617-951-8117 | Bingham McCutchen, LLP | Creditor, Deutsche Bank Structured Products/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726977 | Jack Riley | 509-216-6080 | Jack Riley | Trustee, Jack Riley/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1721696 | Christy Rivera | 212-408-5530 | Chadbourne & Park, LLP | Creditor, Credit Suisse First Boston Mortgage Capital LLC & DLJ Mortgage Capital/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1721847 | Michael Morris | 805-693-0627 | Hennigan Bennett & Dorman (991405) | Creditor, UBS Real Estate Securities/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1722148 | Shirley Cho | 213-680-8242 | Kirkland & Ellis (CC-913) | Creditor, Greenwich Capital Financial Products, Inc./ LIVE |