**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

NEW CENTURY TRS HOLDINGS, INC.           Case No. 07-10416-KJC
    Debtor                                                          (Chapter 11)

                                                                                     Ref: Docket No. _437_

U.S. BANK N.A., AS TRUSTEE
    Movant

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NAEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
    Attorneys for the Movant

   v.

NEW CENTURY TRS HOLDINGS, INC., et al
    Respondents

**NOTICE OF WITHDRAWAL OF**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

    U.S. Bank N.A., as Trustee by undersigned counsel, hereby gives Notice that the Motion for Relief from Automatic Stay in the above-captioned case is withdrawn without prejudice.

                                                                       Respectfully submitted,

    Date: _____                             /s/ Neil F. Dignon_____
                                                                       Neil F. Dignon, Bar #3625
                                                                       Draper & Goldberg, PLLC
                                                                       512 East Market Street
                                                                       Georgetown, Delaware 19947
                                                                       302-854-0380
                                                                       Attorneys for Movant

# CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that copies of the forgoing Notice of Withdrawal of Motion for Relief from Automatic Stay was mailed by first class mail, postage paid, this 9th day of May, 2007 to the following parties:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
Debtor

Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joesph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorney for the Debtor

Wells Fargo Bank, N.A., Trustee
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN 55479

James S. Carr
Kelley Drye & Warren
101 Park Avenue
New York, NY 10178
Attorney for Wells Fargo Bank, N.A.,Trustee

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for the Official Committee of Unsecured Creditors

Date: _____

                                        /s/Neil F. Dignon_____
                                        Neil F. Dignon, Esquire