**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

NEW CENTURY TRS HOLDINGS, INC.         Case No. 07-10416-KJC
    Debtor                                        (Chapter 11)

                                                       Ref: Docket No. 458

U.S. BANK N.A., AS TRUSTEE
    Movant

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NAEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
    Attorneys for the Movant

  v.

NEW CENTURY TRS HOLDINGS, INC., et al
    Respondents

**NOTICE OF WITHDRAWAL OF
MOTION FOR RELIEF FROM AUTOMATIC STAY**

U.S. Bank N.A., as Trustee by undersigned counsel, hereby gives Notice that the

Motion for Relief from Automatic Stay in the above-captioned case is withdrawn without prejudice.

                                                    Respectfully submitted,

    Date: _____                          /s/ Neil F. Dignon_____
                                                    Neil F. Dignon, Bar #3625
                                                    Draper & Goldberg, PLLC
                                                    512 East Market Street
                                                    Georgetown, Delaware 19947
                                                    302-854-0380
                                                    Attorneys for Movant

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that copies of the forgoing Notice of Withdrawal of Motion for Relief from Automatic Stay was mailed by first class mail, postage paid, this 9th day of May, 2007 to the following parties:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
Debtor

Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joesph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorney for the Debtor

                        Wells Fargo Bank, N.A., Trustee
                                MAC N9303-120
                            608 2nd Avenue South
                          Minneapolis, MN 55479

                                    James S. Carr
                              Kelley Drye & Warren
                                101 Park Avenue
                             New York, NY 10178
               Attorney for Wells Fargo Bank, N.A.,Trustee

                                     U.S. Trustee
                              United States Trustee
                        844 King Street, Room 2207
                                  Lockbox #35
                            Wilmington, DE 19899

                              Bonnie Glantz Fatell
                                Blank Rome LLP
                    1201 Market Street, Suite 800
                            Wilmington, DE 19801
Attorney for the Official Committee of Unsecured Creditors

Date: _____

                                               /s/Neil F. Dignon_____
                                             Neil F. Dignon, Esquire