### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

IN RE:

NEW CENTURY TRS HOLDINGS, INC.        Case No. 07-10416-KJC
       Debtor                        (Chapter 11)

                                        Ref:  Docket No.  <u>455</u>

U.S. BANK N.A., AS TRUSTEE
        Movant

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NAEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
        Attorneys for the Movant

   v.

NEW CENTURY TRS HOLDINGS, INC., et
al
        Respondents

### NOTICE OF WITHDRAWAL OF
### MOTION FOR RELIEF FROM AUTOMATIC STAY

      U.S. Bank N.A., as Trustee by undersigned counsel, hereby gives Notice that the

Motion for Relief from Automatic Stay in the above-captioned case is withdrawn without prejudice.


                            Respectfully submitted,

<u>Date:          </u>               <u>/s/ Neil F. Dignon       </u>
                            Neil F. Dignon, Bar #3625
                            Draper & Goldberg, PLLC
                            512 East Market Street
                            Georgetown, Delaware 19947
                            302-854-0380
                            Attorneys for Movant

Notice of Withdrawal of Motion for Relief from Automatic Stay
Case No.  07-10416-KJC
Page 2

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that copies of the forgoing Notice of Withdrawal of Motion

for Relief from Automatic Stay was mailed by first class mail, postage paid, this 9<u>th</u> day of  <u>May,</u>

2007  to the following parties:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
Debtor

Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joesph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorney for the Debtor

Notice of Withdrawal of Motion for Relief from Automatic Stay
Case No.  07-10416-KJC
Page 3

Wells Fargo Bank, N.A., Trustee
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN 55479

James S. Carr
Kelley Drye & Warren
101 Park Avenue
New York, NY 10178
Attorney for Wells Fargo Bank, N.A.,Trustee

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for the Official Committee of Unsecured Creditors

Date: _____

/s/Neil F. Dignon_____
Neil F. Dignon, Esquire