## **CERTIFICATE OF SERVICE**

      I, Susan E. Poppiti, hereby certify that on this 9th day of May, 2007, I caused to be served the foregoing Motion and Order for Admission Pro Hac Vice of Donna L. La Porte by first class mail, postage prepaid, to the parties on the attached service list.
.

                                          */s/ Susan E. Poppiti*
                                          Susan E. Poppiti