# SERVICE LIST

**Debtors Attorneys**
Christopher M. Samis, Esq
Chun I. Jang, Esq.
Michael Joseph Merchant, Esq.
Paul Noble Heath, Esq.
Mark D. Collins, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
PO Box 551
Wilmington, DE 19899
Tel: (302) 651-7700/Fax: (302) 651-7701

Timothy P. Cairns
Pachulski Stang Ziehl Young Jones
919 N. Market Street
17th Floor
Wilmington, DE 19801
Tel: (302) 652-4100/Fax: (302) 652-4400

**U.S. Trustee**
United States Trustee
844 King Street, Room 2207
Lockbock #35
Wilmington, DE 19899-0035

**Attorney for Celina ISD, Princeton ISD**
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
c/o Elizabeth Banda
P.O. Box 13430
Arlington, TX 76094-0430
(817) 461-3344/fax (817) 860-6509

**Attorneys for Citigroup Global Markets Realty Corp.**
Paul M. Basta, Esq.
Joshua A. Sussberg, Esq.
Kirkland & Ellis LLP
153 East 53rd St.
New York, NY 10022-4611
(212) 446-4800/fax (212) 446-4900

Marla R. Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King St. # 300
Wilmington, DE 19801
(302) 426-1900/fax (302) 426-9947

**Attorneys for Credit Suisse First Boston Mortgage Capital LLC And DLJ Mortgage Capital, Inc.**
Joseph H. Smolinsky, Esq.
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5100/fax (212) 541-5369

**Attorney for Greenwich Capital Financial Products, Inc. And the CIT Group/Business Credit, Inc.**
Laura Davis Jones, Esq.
Timothy Cairns, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 N. Market St. 17th Floor
Wilmington, DE 19899-8705
(302) 652-4100/fax (302) 652-4400

Bennett L. Spiegel, Esq.
Shirley S. Cho, Esq.
Kirkland & Ellis LLP
777 S. Figueroa St. #3700
Los Angeles, CA 90017
(213) 680-8400/fax (213) 680-8500

**Attorney for UBS Real Estate Securities, Inc.**
William P. Bowden, Esq.
Gregory A. Taylor, Esq.
Ashby & Geddes, P.A.
500 Delaware Ave. 8th Floor
Wilmington, DE 19899
(302) 654-1888/fax (302) 654-2067
Richard A. Chesley, Esq.
Kimberly D. Newmarch, Esq.
Paul, Hastings, Janofsky & Walker, LLP

| | | |
|---|---|---|
| 1 | 191 N. Wacker Dr. 30th Floor | 65 Trumbull St., 2nd Floor |
| 2 | Chicago, IL 60606 | New Haven, CT 06510 |
|   | (312) 499-6000/fax (312) 499-6100 | (203) 562-8588/fax (866) 890-3061 |

1  191 N. Wacker Dr. 30th Floor
2  Chicago, IL 60606
   (312) 499-6000/fax (312) 499-6100

   65 Trumbull St., 2nd Floor
   New Haven, CT 06510
   (203) 562-8588/fax (866) 890-3061

3

**Attorneys for Kodiak Funding LP**
Norman M. Monhait
Rosenthal, Monhait & Goddess, P.A.
919 Market St. #1401
P.O. Box 1070
Wilmington, DE 19899
(302) 656-4433/fax (302) 658-7567

**Attorneys for Alireza Nazmi and Golden Key Mortgage**
Charles A. Hansen, Esq.
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
(510) 834-6600/fax (510) 834-1928

**Attorneys for Deutsche Bank National Trust Company**
Dennis J. Drebsky, Esq.
Nixon Peabody LLP
437 Madison Ave.
New York, NY 10022
(212) 940-3000/fax (212) 940-3111

Mark N. Berman, Esq.
Nixon Peabody LLP
100 Summer St.
Boston, MA 02110-1832
(617) 345-1000/fax (617) 345-1300

David B. Stratton, Esq.
Pepper Hamilton LLP
Hercules Plaza, #5100
1313 Market St,
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500/fax (302) 421-8390

**Attorney for Federal Express Corporation**
Charles J. Filardi, Jr.
Filardi Law Offices, LLC

**Attorneys for Ellington Management Group, Inc.**
Patricia B. Tomasco
Brown McCarroll, L.L.P.
111 Congress Ave. #1400
Austin, TX 78701
(512) 472-5456/fax (512) 479-1101

**Attorneys for Morgan Stanley Mortgage Capital, Inc.**
Robert J. Dehney, Esq.
Gregory W. Werkheiser, Esq.
Daniel B. Butz, Esq.
Morris, Nichols, Arsht & Tunnel LLP
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200/fax (302) 658-3989

Luc A. Despins, Esq.
Wilbur F. Foster, Esq.
Milbank, Tweed, Handley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000/fax (212) 530-5219

Howard R. Hawkins, Jr. Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
(212) 506-6000/fax (212) 504-6666

**Attorney for Dallas County**
Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., 1600
Dallas, TX 75201

| | | |
|---|---|---|
| 1 | (214) 880-0089/fax (214) 253-2558 | Hernando Azarcon |
| | | Senior Legal Coordinator |
| 2 | **Attorneys for Residential Funding** | GMAC Commercial Finance LLC |
| 3 | **Company, LLC** | 3000 Town Center #280 |
| | Mary F. Caloway, Esq. | Southfield, MI 48075 |
| 4 | Eric Lopez Schnabel, Esq. | (248) 327-9360/fax (248) 327-9350 |
| 5 | Buchanan Ingersol & Rooney PC | |
| | The Brandywine Building | William E. Chipman, Jr., Esq. |
| 6 | 1000 West St. #1410 | Edwards Angell Palmer & Dodge LLP |
| | Wilmington, DE 19801 | 919 Market St. #1500 |
| 7 | (302) 552-4200/fax (302) 552-4295 | Wilmington, DE 19801 |
| 8 | | (302) 425-7124/fax (302) 777-7263 |
| | Chris Lenhart, Esq. | |
| 9 | Dorsey & Whitney LLP | **Attorneys for Bank of America, N.A.** |
| | 50 South Sixth St., #1500 | Laurie Selber Silverman, Esq. |
| 10 | Minneapolis, MN 55402-1498 | POTTER ANDERSON & CORROON LLP |
| 11 | (612) 340-2600/fax (612) 340-2868 | 1313 N. Market St., 6th Floor |
| | | Wilmington, DE 19801 |
| 12 | **Attorneys for IndyMac Bank, F.S.B.** | (302) 984-6000 |
| | Kurt F. Gwynne, Esq. | |
| 13 | REED SMITH LLP | Margot B. Schonholtz |
| 14 | 1201 Market St. #1500 | Mark F. Liscio |
| | Wilmington, DE 19801 | KAYE SCHOLER LLP |
| 15 | (302) 778-7500/fax (302) 778-7575 | 425 Park Ave. |
| | | New York, NY 10022 |
| 16 | Claudia Z. Springer, Esq. | (212) 836-8000 |
| 17 | REED SMITH LLP | |
| | 2500 One Liberty Place | **Attorneys for Countrywide Home Loans,** |
| 18 | 1650 Market St. | **Inc.** |
| | Philadelphia, PA 19103-7301 | Lawrence P. Gottesman, Esq. |
| 19 | (215) 851-8100/fax (215) 851-1420 | Sukyong Suh, Esq. |
| 20 | | Bryan Cave LLP |
| | **Attorneys for GMAC Commercial** | 1290 Avenue of the Americans |
| 21 | **Finance LLC** | New York, NY 10104 |
| | Lawrence P. Gottesman, Esq. | (212) 541-2000/fax (212) 541-4630 |
| 22 | Sukyong Suh, Esq. | |
| 23 | Bryan Cave LLP | |
| | 1290 Avenue of the Americas | |
| 24 | New York, NY 10104 | |
| | (212) 541-2000/fax (212) 541-4630 | Katherine M. Windler, Esq. |
| 25 | Katherine M. Windler, Esq. | Bryan Cave, LLP |
| 26 | Bryan Cave, LLP | 120 Broadway #300 |
| | 120 Broadway #300 | Santa Monica, CA 90401-2386 |
| 27 | Santa Monica, CA 90401-2386 | (310) 576-2100/fax (310) 576-2200 |
| 28 | (310) 576-2100/fax (310) 576-2200 | |
| | | William E. Chipman, Jr., Esq. |

| | | |
|---|---|---|
| 1 | Edwards Angell Palmer & Dodge LLP | **Request for Special Notice** |
| 2 | 919 Market St. #1500 | Matthew Botica, Esq. |
|  | Wilmington, DE 19801 | David Wirt, Esq. |
| 3 | (302) 425-7124/fax (302) 777-7263 | Grayson Walter, Esq. |
|  |  | Winston & Strawn, LLP |
| 4 | Paul T. Liu, Esq. | 35 West Wacker Dr. |
| 5 | John Guerry, Esq. | Chicago, IL 60601 |
|  | 5220 Las Virgenes Rd. MS AC-11 | (312) 558-5600/fax (312) 558-5700 |
| 6 | Calabasas, CA 91302 |  |
|  | (818) 871-6069/fax (818) 871-4602 | Scot Freeman |
| 7 |  | Travels National Accounts |
| 8 | **Attorney for SN Servicing Corp. as agent** | 1 Tower Square – 5MN |
|  | **for Alaska Seaboard Partners Limited** | Hartford, CT 06183-4044 |
| 9 | **Partnership** | (860) 277-8026/fax (860) 277-2158 |
|  | Richard M. Beck, Esq. |  |
| 10 | Michael W. Yurkewicz, Esq. | William G. Malcolm |
| 11 | Klehr, Harrison, Harvey, Branzburg & | Malcolm & Cisneros, A Law Firm |
|  | Ellers, LLP | Corporation |
| 12 | 919 Market St. #1000 | 2112 Business Center Dr., Second Floor |
|  | Wilmington, DE 19801 | Irvine, CA 92612 |
| 13 | (302) 426-1189/fax (302) 426-9193 | (949) 252-9400/fax (949) 252-1032 |
| 14 |  |  |
|  | **Attorney for RBC Mortgage Company,** | Jed A. Hart |
| 15 | **Royal Bank of Canada and RBC Centura** | Angelo, Gordon & Co. |
|  | **Bank** | 245 Park Ave. 26th Floor |
| 16 | Francis A. Monaco, Jr., Esq. | New York, NY 10167 |
| 17 | Monzack and Monaco, P.A. | (212) 692-2003/fax (212) 867-6395 |
|  | 1201 N. Orange St., #400 |  |
| 18 | P.O. Box 2031 | Gregg S. Kleiner |
|  | Wilmington, DE 19899-2031 | Cooley Godward Kronish LLP |
| 19 | (302) 656-8162/fax (302) 656-2769 | 101 California St., 5th Floor |
| 20 |  | San Francisco, CA 94111-2222 |
| 21 |  | Sari E. Meador, Paralegal |
|  |  | Delinquency and Enforcement |
| 22 |  | Office of Joe G. Tedder, CFC |
| 23 |  | Tax Collector for Polk County, FL |
|  |  | P.O. Box 2016 |
| 24 | **Attorney for Premier Print and Services** | Bartow, FL 33831-2016 |
| 25 | **Group, Inc**. | (863) 534-4746/fax (863) 534- 4741 |
|  | Joseph Grey, Esq. |  |
| 26 | Stevens & Lee, P.C. | Madeleine C. Wanslee |
|  | 1105 North Market St. 7th Floor | Gust Rosenfeld P.L.C. |
| 27 | Wilmington, DE 19801 | 201 E. Washington, #280 |
| 28 | (302) 654-5180/fax (302) 654-5180 | Phoenix, AZ 85004-2327 |
|  |  | (602) 257-7430 |

**Attorney for New York State Teachers' Retirement System**
Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Ave.
Roseland, NJ 07068
(973) 597- 2500/fax (973) 597-2400

Salvatore J. Graziano, Esq.
Bernstein Litowitz Berger & Grossmann
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400/fax (212) 554-1444

Blair A. Nicholas, Esq.
Bernstein Litowitz Berger & Grossmann
12481 High Bluff Dr. #300
San Diego, CA 92130
(858) 793-0070/ fax (858) 793-0323

**Attorney for Credit-Based Asset Servicing and Securitization and Wells Fargo Bank, N.A.**
J.R. Smith
Jason W. Harbour
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd St.
Richmond, VA 23219

Michael Busenkell
Eckert, Seamans, Cherin & Mellot, LLC
300 Delaware Ave. #1210
Wilmington, DE 19801

**Attorney for International Business Machines Corporation**
ATTN: Vicky Namken
IBM Corporation
13800 Diplomat Dr.
Dallas, TX 75234

**Attorney for Quadrangle Group LLC**
Michael Weinstock
Quadrangle Group LLC

375 Park Ave., 14th Floor
New York, NY 10152
(212) 418-1746/fax (866) 741-2506

**Attorney for SIRVA Relocation**
Glenn M. Reisman
Two Corporate Dr. #234
Shelton, CT 06484
(203) 944-0401/fax (203) 225-1244

**Attorney for Wells Fargo Bank, N.A., as Indenture Trustee and Property Trustee**
David E. Retter, Esq.
Christena A. Lambrianakos, Esq.
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178
(212) 808-7800/fax (212) 808-7897

**Attorneys for Wolfe & Wyman LLP**
Stuart B. Wolfe, Esq.
Yaron Shaham, Esq.
Wolfe & Wyman LLP
5 Park Plaza, #1100
Irvine, CA 92614-5979
(949) 475-9200/fax (949) 475-9203

**Official Committee of Unsecured Creditors**
Credit Based Asset Servicing & Securitization LLC
ATTN: Geoffrey E. Hader
335 Madison Ave., 19th Floor
New York, NY 10017
(212) 850-7732/fax (212) 850-7762
Residential Funding Company, LLC
ATTN: Neil Luria
8400 Normandale Lake Blvd. #250
Minneapolis, MN 55347
(952) 857-7000/fax (952) 857-8500

Credit Suisse First Boston Mortgage Capital LLC
ATTN: Michael A. Criscito
11 Madison Ave.
New York, NY 10010-3629


| | |
|---|---|
| (212) 325-2401/fax (917) 326-8089 | 85 Broad St.<br>New York, NY 10004<br>(212)357-4727/fax (212) 902-1691 |
| Deutsche Bank International Trust Co.<br>ATTN: Brendan Meyer<br>1761 East Street Andrew Place<br>Santa Ana, CA 92705-4934<br>(212) 250-2921/fax (212) 797-0022 | DB Structured Products, Inc.<br>Glenn Minkoff<br>60 Wall St. #19th Floor<br>New York, NY 10005<br>(212) 250-3406/fax (212) 797-5160 |
| Wells Fargo Bank, N.A.<br>ATTN: Thomas Martin Korsman<br>MAC N9303120<br>608 Second Ave. South<br>Minneapolis, MN 55479<br>(612) 466-5890/fax (866-680-1777 | Lehman Brothers Bank FSB<br>Diane Rinnovatore<br>745 Seventh Ave.<br>New York, NY 10019<br>(212) 526-5460/fax (626) 885-9123 |
| Fidelity National Information Services, Inc.<br>ATTN: Michael J. Marino<br>601 Riverside Ave.<br>Jacksonville, FL 32204<br>(904) 854-5842/fax (904) 357-1077 | SG Mortgage Finance Corporation<br>Frank Nunnari<br>1221 Avenue of the Americans<br>New York, NY 10020<br>(212) 278-6000/fax (212) 278- 6705 |
| Maguire Properties – Park Place, LLC<br>ATTN: Mark T. Lammas<br>1733 Ocean Ave. #400<br>Santa Monica, CA 90401<br>(310) 857-1100/fax (310) 857-1198 | IXIS Real Estate Capital, Inc.<br>Tony Malanga<br>9 West 57th St., 36th Floor<br>New York, NY 10019<br>(212) 891-5814/fax (212) 891-6288 |
| **Attorneys for Official Committee of Unsecured Creditors**<br>Bonnie Glantz Fatell, Esq.<br>Blank Rome LLP<br>1201 Market St. #800<br>Wilmington, DE 19801-4226<br>(302) 425-6400/fax (302) 425-6464<br>Mark T. Power, Esq.<br>Mark S. Indelicato, Esq.<br>Jeffrey L. Schwartz, Esq.<br>Hahn & Hessen LLP<br>488 Madison Ave.<br>14th and 15th Floor<br>New York, NY 10022<br>(212) 478-7200/fax (212) 478-7400 | Barclays Bank PLC<br>Paul Menefee<br>Joseph O'Doherty<br>200 Park Ave.<br>New York, NY 10166<br>(212) 412-5271/fax (212) 412-6846<br>Carrington Securities, LP<br>Bruce Rose<br>Seven Greenwich Office Park |
| **Largest Unsecured Creditors**<br>Goldman Sachs Mortgage Company<br>Marc Flamino | 599 West Putnam Ave.<br>Greenwich, CT 06830<br>(203) 661-6186/fax (203) 661-6378 |

Washington Mutual Bank, FA
Michael McCauley
3200 Southwest Freeway
Houston, TX 77027
(713) 543-6141/fax (713) 543-6727

Alaska Seaboard Partners Limited Partnership
William Fogleman
4150 S. Sherwood Forest Blvd.
Baton Rouge, LA 70816
(225) 293-0095/fax (225) 231-2500

JP Morgan Chase Bank, NA
Fran Stec
194 Wood Ave. South 3rd Floor
Iselin, NJ 08830-2710
(732) 452-8781/fax (732) 352-7511

HSBC Bank USA, N.A.
Joe Little
452 5th Ave., 10th Floor
New York, NY 10018
(212) 525-5040/fax (212) 366-3826

Aurora Loan Services
Giovanni Manocchio
10350 Park Meadows Dr. 4th Floor
Littleton, CO 80124
(720) 945-3835/fax (720) 945-5920

EMC Mortgage Corporation
Tom Tarantino
383 Madison Ave.
New York, NY 10179
(212) 272-6458/fax (212) 272-7382

General Electric Capital Corporation
44 Old Ridgebury Rd.
Danbury, CT 06810
(203) 796-1000

Lowermybills.com
Rod Pasion
2401 Colorado Ave. #200
Santa Monica, CA 90404
(310) 998-6319/fax (310) 796-2663

Affiliated Computer Services
Todd Green
P.O. Box 201322
Dallas, TX 75320
(801) 553-6103/fax (801) 553-6178

Normura Securities
James Depalma
Jeane Leschak
2 World Financial Center #B
New York, NY 10281
(212) 667-9300/fax (212) 667-1058

Aspen Funding Corporation
Doris Hearn
Evelyn Echevarria
6525 Morrison Blvd. #318
Charlotte, NC 28211
(704) 367-1555/fax (704) 365-1362

Galleon Capital Corporation
R. Douglas Donaldson
P.O. Box 4024
Boston, MA 02101
Fax (617) 951-7050

Gemini Securitization Corporation LLC
R. Douglas Donaldson
c/o Ropers and Gray LLP
1 International Place
Boston, MA 02110
(214) 360-4892/fax (214) 360-2837

Guaranty Bank
Jenny Ray Stilwell
8333 Douglas Ave.
Dallas, TX 75225
(214) 360-4892/fax (214) 360-2837

Newport Funding Corporation
Glenn Minkoff

| | |
|---|---|
| Doris Hearn | (949) 910-0533/fax (949) 475-5923 |
| Evelyn Echevarria | |
| c/o Amacar Group | Sprint |
| 6525 Morrison Blvd. #318 | Frank Quattroccup |
| Charlotte, NC 28211 | 18200 Von Karman Ave. |
| (704) 365-0569/fax (704) 365-1362 | Irvine, CA 92612 |
| Sheffield Receivables Corporation | (949) 251-7240/fax (949) 623-5615 |
| Glenn Pearson | |
| Hansel Nieves | Low.com |
| Shelby Robins | Fred Hsu |
| c/o Barclays Capital Services | 818 W. 7th St. #700 |
| 200 cedar Knolls Rd. | Los Angeles, CA 90017 |
| Whippany, NJ 07981 | (866) 237-9328/fax (866) 402-5918 |
| Fax (212) 412-6846 | |
| | Suntrust |
| State Street Global Markets, LLC | Tony D. Atkins |
| Todd Meringoff | 303 Peachtree St., 23rd Floor |
| ATTN: Galleon Funds | Atlanta, GA 30308 |
| 225 Franklin St. | (404) 813 – 5244/fax (404) 813-5000 |
| Boston, MA 02110 | |
| (617) 664-4019/fax (617) 350-4020 | Harbor Asset Management Services |
| | Shari Macedo |
| Tucson Funding LLC | 1407 Foothill Blvd. #246 |
| Glenn Minkoff | La Verne, CA 91750 |
| c/o DB Structured Products, Inc. | (909) 392-0430/fax (909) 912-8076 |
| 60 Wall St. | |
| New York, NY 10005 | |
| (212) 250-3406/ fax (212) 797-5160 | |
| | Adteractive |
| National Field Representatives | Blake Simon |
| Melanie LaRocque | 303 Second St. #375 Second Tower |
| P.O. Box 1440 | San Francisco, CA 94107 |
| Claremont, NH 03743 | (415) 762-2266/fax (415) 543-2513 |
| (800) 639-2151 x290/fax (800) 543-1818 | |
| | Fiserv CCS |
| Assurant Specialty Property Insurance | Geno Hoover |
| Kelly Chin | 912 Ft Dubuesne Blvd. |
| 260 Interstate N. Circle SE | Pittsburgh, PA 15222 |
| Atlanta, GA 30339-2110 | (412) 577-3842/fax (412) 577-3995 |
| (770) 763-1115/fax (770) 859-4001 | |
| | ChoicePoint Precision Marketing |
| System Source, Inc. | Scott Walkins |
| Brooke Hergesell | 2525 Meridian Parkway, #125 |
| 2100 Main St. 1100 | Durham, NC 27713 |
| Irvine, CA 92614 | Fax (919) 806-1989 |

| | |
|---|---|
| Pricewaterhouse Coopers LLP<br>Sear Yagana<br>300 Madison Ave.<br>New York, NY 10017<br>(464) 471-3000/fax (813) 329-1129<br><br>Nextag<br>Dan Tsuchiya<br>1300 S. El Camino Rd.<br>San Mateo, CA 94402<br>(650) 645-4700/fax (650) 341-3779<br><br>Catarina Mortgage Services Inc.<br>Ron Harpole<br>22485 Tomball Highway<br>Houston, TX 77070<br>(281) 205-2270/fax (281) 205-2405<br><br>**Attorney for MTC Financial Inc.,dba Trustee Corps**<br>Richard J. Reynolds<br>Turner, Reynolds, Greco & O'Hara<br>16485 Laguna Canyon Rd. #250<br>Irvine, CA 92618<br>(949) 474-6900/fax (949) 474-6907<br><br><br>**Attorneys for ABN AMRO Bank N.V.**<br>Raniero D'Aversa, Jr., Esq.<br>Laura D. Metzger, Esq.<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>(212) 506-2500/fax (212) 262-1910<br><br>Joanna B. Wills, Esq.<br>Michael W. Yurkewicz, Esq.<br>Klehr, Harrison, Harvey<br>Branzburg & Ellers LLP<br>919 Market St., #1000<br>Wilmington, DE 19801<br>(302) 426-1189/fax (302) 426-9193<br><br>**Attorneys for Sprint Nextel Corporation**<br>David I. Swan, Esq. | Kenneth M. Misken, Esq.<br>McGuire Woods LLP<br>1750 Tysons Blvd. #1800<br>McLean, VA 22102-4215<br>(703) 712-5000/fax (703) 712-5050<br><br>**Attorneys for Credit Suisse First Boston Mortgage Capital and DLJ Mortgage**<br>Michael R. Nestor<br>YOUNG CONAWA STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West St., 17th Floor<br>Wilmington, DE 19899-0391<br>(302) 571-6600/fax (302) 571-1253<br><br>**Attorneys for Qwest Corporation**<br>Kurt F. Gwynne, Esq.<br>REED SMITH LLP<br>1201 Market St., #1500<br>Wilmington, DE 19801<br>(302) 778-7500/fax (302) 778-7575<br><br><br><br>Mitchell W. Katz, Esq.<br>Qwest Legal Department<br>1801 California St., #900<br>Denver, CO 80202<br>(303) 383-6481/fax (303) 383-8527<br><br>**Attorneys for IXIS Real Estate Capital**<br>Gregory M. Petrick, Esq.<br>Angela Somers, Esq.<br>Cadwalader, Wickersham & Taft LLP.<br>One World Financial Center<br>New York, NY 10281<br>(212) 504-6000/fax (212) 504-6666<br><br>Neil B. Glassman, Esq.<br>Steven M. Yoder, Esq.<br>The Bayard Firm<br>222 Delaware Ave., #900<br>Wilmington, DE 19801 |

(302) 655-5000/fax (302) 658-6395

**Attorneys for Washington Mutual Bank**
David H. Zielke, Esq.
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Ave., WMC 3501
Seattle, WA 98101
(206) 500-4352/fax(206) 377-2236

Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141/fax (302) 658-0380

**Attorneys for DRA CRT POST OAK, L.P.**
Brian D. Womac, Esq.
Denise H. Mitchell, Esq.
WOMAC & ASSOCIATES
Two Memorial City Plaza
820 Gessner, #1540
Houston, TX 77024
(713) 751-9200/fax (713) 751-0808

**Attorneys for BEXAR COUNTY CITY OF ELPASO**
Linebarger Goggan Blair & Sampson LLP
Travis Building
711 Navarro, #300
San Antonio, TX 78205
(210) 225-6763/fax (210) 226-4308

**Attorneys for ChoicePoint Inc.**
James R. Savin, Esq.

David M. Dunn, Esq.
Joanna F. Newdeck, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C 20036
(202) 887-4000/fax (202) 887-4288

**Attorneys for United HealthCare Insurance Company**
Shipman & Goodwin LLP
ATTN: Julie A. Manning, Esq.
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5613

**Attorneys for Maquire Properties**
D.J. Baker, Esq.
Rosalie W. Gray, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522
(212) 735-3000/fax (212) 732-2000

Megan E. Cleghorn, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box Wilmington, DE 19899-0636
(302) 651-3000/fax (302) 651-3001

**Attorneys for the State of Ohio, Ex Rel.**
Ohio Attorney General's Office
Matthew J. Lampke
Assistant Chief
Executive Agencies Section
30 E. Broad St, 26th Floor
Columbus, OH 43215-4200
(614) 466-8569/fax (614) 403-3979

**Attorneys for 500 Eagles Landing, LLC**
Robert P. Gates, Esq.
Michael J. Carroll, Esq.
Erskine & Tulley
A Professional Corporation
220 Montgomery St. #303

San Francisco, CA 94104
(415) 392-5431/fax (415) 392-1978

**Attorney for City of Edinburg, Edouch-Elisa ISD, Nueces County and South Texs College**
Linebarger Goggan
Blair & Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX 78760
(512) 447-6675/fax (512) 443-5114

**Attorneys for Positive Software Solutions, Inc.**
Mark H. Ralston, Esq.
Davor Rukavina, Esq.
Munsch Hardt Kopf & Harp, P.C.
3800 Lincoln Plaza
500 N. Akard St.
Dallas, TX 75201
(214) 855-7500/fax (214) 978-4365


Daniel K. Astin
Anthony M. Saccullo
Fox Rothschild LLP
Citizens Bank Center
919 North Market St., #1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444/fax (302) 656-8920

**Attorneys for IBM Credit, LLC**
Bruce Gordon
Special Handling Group – MD NC322
North Credit LLC
North Castle Dr.
Armonk, NY 10504

**Attorneys for Scott Morris and Angela Morris**
Felix A. Seidler
Reeves and Seidler
Attorneys at Law
2527 Santa Clara Ave.

Alameda, CA 94501-4633
(510) 521-8111/fax (510) 521-3895

**Attorneys for Coremetrics, Inc.**
Seth R. Weissman, Esq.
V.P & General Counsel
Coremetrics, Inc.
1840 Gateway Dr. #320
San Mateo, CA 94404
(650) 762-1465/fax (650) 762-1461

Jeffrey C. Wisler, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange St.
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141/fax (302) 658-0380

**Attorneys for National Field Representatives, Inc.**
Thomas D. Maxson, Esq.
Cohen & Grigsby, P.C.
11 Stanwix St., 15th Floor
Pittsburg, PA 15222-1319
(412) 297-4706/fax (412) 209-1837

**Attorneys for 816 Connecticut Avenue L.P.**
Bryn H. Sherman, Esq.
Deckelbaum Ogens & Raftery, Chtd.
3 Bethesda Metro Center, #200
Bethesda, MD 20814
(301) 961-9200

**Attorneys for The Realty Associates Fund VII, L.P.**
Robert E. Greenberg, Esq.
Friendlander, Misler, Sloan, Kletzkin & Ochsman, PLLC
1101 Seventeenth St., NW #700
Washington, D.C. 20036-4704

1 | (202) 872-0800/fax (202) 857-8343
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE