**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | STAY MOTION |
| | ) | Bk. No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC. a | ) | |
| SERVICES, INC., <u>et al.</u>, | ) | |
| | ) | Ref. No.: |
| Debtors. | ) | |
| | ) | CHAPTER 11 |
| | ) | |
| REGIONS BANK d/b/a REGIONS MORTGAGE | ) | |
| its assignees and/or successors in interest, | ) | MOTION FOR ORDER GRANTING |
| | ) | RELIEF FROM AUTOMATIC STAY |
| Movant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., & | ) | |
| NEW CENTURY MORTGAGE | ) | **Objections: May 22, 2007** |
| CORPORATION, | ) | **Hearing: May 30, 2007, 2:30 p.m.** |
| | ) | |
| Respondents. | ) | |

**NOTICE OF MOTION OF REGIONS BANK FOR RELIEF FROM
STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

TO:    PARTIES SHOWN ON ATTACHED CERTIFICATE OF SERVICE

Regions Bank has filed a Motion for Relief from Stay which seeks the following relief: Relief from the Automatic Stay to allow foreclosure upon **5621 Lake May Jess Shore Ct., Orlando, FL  32839 & 7390 Woodland Creek Lane, Fort Worth, FL  33467**.

HEARING ON THE MOTION WILL BE HELD ON **May 30, 2007, at 2:30 p.m.** at the United States Bankruptcy Court District of Delaware located at 5th Floor, Courtroom 5, 824 Market Street, Wilmington, Delaware.

**ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE MAY 22, 2007.  FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d) to the attached motion at least five business days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorney:

Richard D. Becker, Esq.
Becker & Becker, PA
2702 Capitol Trail
Newark, DE  19711

  The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

  The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

           By: /s/ Richard D. Becker
              Richard D. Becker, Esq. (Bar ID # 2203)