# EXHIBIT A

Abstracts of 1st and 2nd Mortgages as to Ray & Joyah Daniels

5621 Lake Mary Jess Shore Ct., Orlando, FL  32839

**DOCUMENT AND LOAN HISTORY ABSTRACT**

**RAY & JOYAH DANIEL 1st MORTGAGE**

*TYPE OF*          __X__ Mortgage          _____ Retail Installment Contract
*INSTRUMENT*  _____ Assignment       _____ UCC Financing Statement
                        _____ Lease                _____ Promissory Note / Security Agreement
                        _____ Other (describe) _____


*PARTIES*           Ray Daniel & Joyah Daniel, h/w Borrower
                         New Century Mortgage Corporation Lender / Assignor
                         Regions Bank Assignee

*DATE OF INSTRUMENT:* __4/12/06__   *# OF PAGES* 25_____


*ESSENTIAL*       __$268,000.00_____ Original Principal Balance
*TERMS*              __360 months_____ Term
                          __TBS_____ Interest Rate
                          __6/1/06_____ First Payment Due
                          __TBS_____ Payment Amount
                          __monthly_____ Payments due (weekly, monthly, yearly, etc.)
                          __1st_____ Payment Due Date

*SECURED (LEASED) PROPERTY DESCRIPTION*

          __X__ Real Property _____ Motor Vehicle _____ Other
          __5621 Lake Mary Jess Shores Ct., Orlando, FL 32839___ Address/Description

*Lien Recording:*
____XX_____ Recorder of Deeds
_Orange / FL_____ County / State
_____ Secretary of State / State
_____ Division of Motor Vehicles (State _DE_)
_____ Other (Describe) _____
___5/4/06_____ Recording Date
___OR BK 08623 Pg 1189___ Book & Page / Instrument Number

*OTHER ESSENTIAL INFORMATION:*
          Last Payment Applied to Installment past due on _TBS_


*PROOF OF CLAIM FILED WITH CLERK, U.S. BANKRUPTCY COURT* _No_ (Yes/No)

Page 2

Daniel, Roy & Joyah

Regions Bank Loan No.: 1896014858

Total Debt as of 5/8/07

| | |
|---|---:|
| Principal: | $ 268,000.00 |
| Accrued Interest: | 22,781.67 |
| Accrued Late Charges: | 636.84 |
| Corporate Advances: | 2,404.25 |
| Other expenses: | 8.30 |
| TOTAL 5/8/07 | $ 293.831.06 |

Plus continuing interest, late charges, corporate advances, counsel fees & costs.

**DOCUMENT AND LOAN HISTORY ABSTRACT**

**RAY & JOYAH DANIEL 2ND MORTGAGE**

*TYPE OF*  __X__ Mortgage      ____ Retail Installment Contract
*INSTRUMENT*  ____ Assignment    ____ UCC Financing Statement
  ____ Lease          ____ Promissory Note / Security Agreement
  ____ Other (describe) _____


*PARTIES*   Ray Daniel & Joyah Daniel, h/w Borrower
   New Century Mortgage Corporation Lender / Assignor

*DATE OF INSTRUMENT:*  __4/12/06__   *# OF PAGES*  10_____

*ESSENTIAL*   __$67,000.00_____  Original Principal Balance
*TERMS*       __360 months_____  Term
              __TBS_____   Interest Rate
              __6/1/06_____  First Payment Due
              __TBS_____   Payment Amount
              __monthly_____  Payments due (weekly, monthly, yearly, etc.)
              __1st_____   Payment Due Date

*SECURED (LEASED) PROPERTY DESCRIPTION*

  __X__ Real Property  ____ Motor Vehicle  _____ Other
  __5621 Lake Mary Jess Shores Ct., Orlando, FL  32839__ Address/Description

*Lien Recording:*
___XX_____ Recorder of Deeds
__Orange / FL_____ County / State
_____ Secretary of State / State
_____ Division of Motor Vehicles (State __DE__)
_____ Other (Describe) _____
__5/4/06_____ Recording Date
___OR BK 08623 Pg 1214___ Book & Page / Instrument Number

*OTHER ESSENTIAL INFORMATION:*
  Last Payment Applied to Installment past due on __TBS__


*PROOF OF CLAIM FILED WITH CLERK, U.S. BANKRUPTCY COURT*  __No__ (Yes/No)