# EXHIBIT B

Abstracts of 1st and 2nd Mortgages as to Jesus Chavez

7390 Woodland Creek Lane, Lake Worth, FL  33467

**DOCUMENT AND LOAN HISTORY ABSTRACT**

**JESUS CHAVEZ 1st MORTGAGE**

*TYPE OF*        __X__ Mortgage      ____ Retail Installment Contract
*INSTRUMENT*   ____ Assignment     ____ UCC Financing Statement
                       ____ Lease         ____ Promissory Note / Security Agreement
                       ____ Other (describe) _____

*PARTIES*          Jesus Chavez  Borrower
                New Century Mortgage Corporation Lender / Assignor
                Regions Bank Assignee

*DATE OF INSTRUMENT:* __4/20/06__ *# OF PAGES* 27_____

*ESSENTIAL*      __$309,600.00__ Original Principal Balance
*TERMS*           __360 months__ Term
                 __TBS__ Interest Rate
                 __6/1/06__ First Payment Due
                 __TBS__ Payment Amount
                 __monthly__ Payments due (weekly, monthly, yearly, etc.)
                 __1st__ Payment Due Date

*SECURED (LEASED) PROPERTY DESCRIPTION*

      __X__ Real Property    ____ Motor Vehicle      Other
      __7930 Woodland Creek Lane, Lake Worth, FL  33467__ Address/Description

*Lien Recording:*
____XX____ Recorder of Deeds
_Orange / FL_____ County / State
_____ Secretary of State / State
_____ Division of Motor Vehicles (State _DE_)
_____ Other (Describe) _____
__5/30/06__ Recording Date
__OR BK 20401 Pg 1084__ Book & Page / Instrument Number

*OTHER ESSENTIAL INFORMATION:*
               Last Payment Applied to Installment past due on _TBS_

*PROOF OF CLAIM FILED WITH CLERK, U.S. BANKRUPTCY COURT* _No_ (Yes/No)

Page 2

Chavez, Jesus

Regions Bank Loan No.: 1896014760

Total Debt as of 5/8/07

| | |
|---|---:|
| Principal: | $ 309,369.07 |
| Accrued Interest: | 20,348.17 |
| Accrued Late Charges: | 323.91 |
| Corporate Advances: | 1,321.60 |
| Credit suspense | [     187.55] |
| Other expenses: | 8.30 |
| TOTAL 5/8/07 | $ 331,183.50 |

Plus continuing interest, late charges, corporate advances, counsel fees & costs.

**DOCUMENT AND LOAN HISTORY ABSTRACT**

**JESUS CHAVEZ 2nd MORTGAGE**

*TYPE OF*        __X__ Mortgage      _____ Retail Installment Contract
*INSTRUMENT*   _____ Assignment     _____ UCC Financing Statement
                        _____ Lease          _____ Promissory Note / Security Agreement
                        _____ Other (describe) _____

*PARTIES*           Jesus Chavez  Borrower
                     New Century Mortgage Corporation Lender / Assignor
                     Regions Bank Assignee

*DATE OF INSTRUMENT:* __4/19/06__ *# OF PAGES* 12_____

*ESSENTIAL*      __$77,400.00_____ Original Principal Balance
*TERMS*           __360 months_____ Term
                    __TBS_____ Interest Rate
                    __6/1/06_____ First Payment Due
                    __TBS_____ Payment Amount
                    __monthly_____ Payments due (weekly, monthly, yearly, etc.)
                    __1st_____ Payment Due Date

*SECURED (LEASED) PROPERTY DESCRIPTION*

       __X__ Real Property _____ Motor Vehicle _____ Other
       __7930 Woodland Creek Lane, Lake Worth, FL 33467__ Address/Description

*Lien Recording:*
____XX_____ Recorder of Deeds
_Orange / FL_____ County / State
_____ Secretary of State / State
_____ Division of Motor Vehicles (State _DE_)
_____ Other (Describe) _____
__5/12D06_____ Recording Date
__OR BK 20332 Pg 1633___ Book & Page / Instrument Number

*OTHER ESSENTIAL INFORMATION:*
               Last Payment Applied to Installment past due on _TBS_

*PROOF OF CLAIM FILED WITH CLERK, U.S. BANKRUPTCY COURT* _No_ (Yes/No)

Page 2

Chavez, Jesus

2nd Mortgage

This mortgage is subordinated to MR 20401, Page 1082,

By Subordination agreement dated 5/22/06, recorded in Orlando County, FL, on 6/9/06, at OR BK 20457 Pg. 0752