# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re                                    ) | STAY MOTION |
|                                          ) | Bk. No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC. a         ) | |
| SERVICES, INC., <u>et</u> <u>al.</u>,    ) | |
|                                          ) | Ref. No.: |
|              Debtors.                    ) | |
|                                          ) | CHAPTER 11 |
| ─────────────────────────────────────    ) | |
|                                          ) | |
| REGIONS BANK d/b/a REGIONS MORTGAGE      ) | ORDER ON |
| its assignees and/or successors in interest, ) | MOTION FOR ORDER GRANTING |
|                                          ) | RELIEF FROM AUTOMATIC STAY |
|              Movant,                     ) | |
|                                          ) | |
|              and                         ) | |
|                                          ) | |
| NEW CENTURY TRS HOLDINGS, INC., &        ) | |
| NEW CENTURY MORTGAGE                     ) | |
| CORPORATION,                             ) | |
|                                          ) | |
|              Respondents.                ) | |

It appearing that the neither the Debtor nor the Chapter 7 Trustee have any opposition to Secured Creditor, Regions Bank's Motion for Relief from Automatic Stay, and with good cause appearing therefore, the Court makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, its assignees and/or successors in interest, and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Properties generally described as **5621 Lake May Jess Shore Ct., Orlando, FL  32839 & 7390 Woodland Creek Lane, Fort Worth, FL  33467**, pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

1

IT IS FURTHER ORDERED that the 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Dated:

_____<br>JUDGE OF THE BANKRUPTCY COURT