# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 05/04/2007
Calendar Time: 03:00 PM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726174 | Ricardo Palacio | 302-654-1888 ext. 00 | Ashby & Geddes, LLP | Interested Party, Safeco Financial Institution Solutions, Inc./ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726207 | Jack Riley | 509-216-6080 | Jack Riley | Trustee, Jack Riley/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726274 | Brent Truitt | 845-586-5102 | Henrikjan Bennett & Dorman (901405) | Creditor, UBS Real Estate Securities/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726281 | Suzzane S. Uhland | 415-984-8941 | O'Melveny & Myers | Debtor, New Century TRS Holdings, Inc./ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726295 | Bob Stam | 302-651-7896 | Richards, Layton & Finger (CC-1619) | Debtor, New Century TRS Holdings, Inc./ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726298 | Michael Merchant | 302-651-7896 | Richards, Layton & Finger (CC-1619) | Debtor, New Century TRS Holdings, Inc./ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726310 | Marcos Ramos | 302-651-7566 | Richards, Layton & Finger (CC-1619) | Debtor, New Century TRS Holdings, Inc./ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726324 | Mark D. Collins | 302-651-7896 | Richards, Layton & Finger (CC-1619) | Debtor, New Century TRS Holdings, Inc./ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726335 | Chris Samis | 302-651-7896 | Richards, Layton & Finger (CC-1619) | Debtor, New Century TRS Holdings, Inc./ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726431 | Andrew Gallo | 617-951-8117 | Bingham McCutchen, LLP | Creditor, Deutsche Bank Structured Products/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726446 | Matthew Botica | 312-558-8095 | Winston & Strawn | Creditor, Kodiak Funding/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726451 | Daniel Butz | 302-575-7348 | Morris Nichols Arsht & Tunnell, LLP | Creditor, Morgan Stanley Mortgage/ LISTEN ONLY |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726520 | Tracey Paslan | 212-705-7409 | Bingham McCutchen, LLP | Interested Party, Bingham McCutchen/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726534 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP (901211NY) | Creditor, Bank of America, NA / LISTEN ONLY |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726724 | Steven H. Church | 302-661-7606 | Bloomberg, LLP | Interested Party, Bloomberg, LLP/ LISTEN ONLY |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726125 | Richard Chesley | 312-499-6000 | Paul Hastings Janofsky & Walker | Creditor, UBS Real Estate Securities, Inc./ LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726140 | Keith Miller | 212-318-6005 | Paul Hastings Janofsky & Walker | Creditor, UBS Real Estate Securities, Inc./ LIVE |
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726142 | Bonnie Fatell | 302-425-6400 ext. 00 | Blank Rome, LLP | Creditor, The Committee/ LIVE |
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726146 | Mark Power | 212-478-7200 | Hahn & Hessen | Creditor, The Committee/ LIVE |
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726150 | Joseph McMahon | 302-573-6491 | US Trustee Office Of Wilmington | Creditor, US Trustee Office of Wilmington Delware/ LIVE |
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1726155 | Don Beskrone | 302-654-1888 ext. 00 | Ashby & Geddes, LLP | Interested Party, Safeco Financial Institution Solutions, Inc./ LIVE |