IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-10416 (KJC) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: May 29, 2007 @ 4:00 p.m. |

**NOTICE OF FILING OF RETENTION AFFIDAVIT OF
ORDINARY COURSE PROFESSIONAL FEIN, SUCH, KAHN & SHEPARD, P.C.**

PLEASE TAKE NOTICE that, on April 16, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion of Debtors and Debtors in Possession for an Order Authorizing the Retention of Professionals Utilized in the Ordinary Course of Business Pursuant to Sections 327 and 328 of the Bankruptcy Code* [Docket No. 274] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

PLEASE TAKE FURTHER NOTICE that, on May 7, 2007, the Court entered the *Order Authorizing Retention of Professionals Utilized in the Ordinary Course of Business Pursuant to Sections 327 and 328 of the Bankruptcy Code* [Docket No. 569] (the "Order") granting the relief requested in the Motion.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

PLEASE TAKE FURTHER NOTICE that, in accordance with the procedures set forth in the Order, the Debtors hereby file the Retention Affidavit of Fein, Such, Kahn & Shepard, P.C. A copy of the Retention Affidavit is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Retention Affidavit must be made in accordance with the Order and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and be served upon and received by (i) counsel to the Debtor, O'Melveny & Myers LLP, 275 Battery St., San Francisco, CA 94111 (Attn: Suzzanne Uhland, Esq.) and Richards, Layton & Finger, P.A., One Rodney Square, P.O. Box 551, Wilmington, DE 19899 (Attn: Mark D. Collins, Esq.); (ii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King St., Room 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Joseph McMahon, Esq.); (iii) counsel to Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc., the Debtors' post-petition senior secured lenders, Kirkland & Ellis LLP, 777 South Figueroa Street, Suite 3700, Los Angeles, CA 90017 (Attn: Bennett L. Spiegel, Esq.) and Pachulski Stang Ziehl Young Jones & Weintraub LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Laura Davis Jones, Esq.); (iv) counsel to the Official Committee of Unsecured Creditors, Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark S. Indelicato, Esq.) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801 (Attn: Bonnie Glantz Fatell, Esq.); (v) all parties who have timely filed requests for notice under Bankruptcy Rule 2002; and (vi) the Ordinary Course Professional, Fein, Such, Kahn & Shepard, P.C., 7 Century Drive, Suite 201, Parsippany, NJ 07054 (Attn: Alan Such) (collectively, the "Notice Parties") by no later than **4:00 p.m. (Eastern Time) on May 29, 2007** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that any response or objection to the Retention Affidavit which cannot be consensually resolved within ten days of its receipt by the Debtors will be scheduled for hearing in accordance with the terms of the Order. Only those objections made in writing and timely filed and received in accordance with the Order and the procedures described herein will be considered by the Court at such hearing.

Dated: May 9, 2007
Wilmington, Delaware

_/s/ Christopher M. Samis_
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

# EXHIBIT 1

```
┌─────────────────────────────────────┐
│ UNITED STATES BANKRUPTCY COURT      │
│ DISTRICT OF DELAWARE                │
├─────────────────────────────────────┤
│                                     │
│ In Re:                              │
│                                     │
│ NEW CENTURY TRS HOLDINGS, INC., a   │
│ Delaware Corporation, et al.        │
│                                     │
│                          Debtors    │
└─────────────────────────────────────┘
```

FILED

2007 APR 24  AM 10: 21

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chapter 11

Case No.: 07-10416 (KJC)

Jointly Administered

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL

I, <u>Alan Such, Esq.</u> being of full age, certify as follows:

1. I am seeking authorization for my firm to be retained as: <u>Counsel for New Century in its Foreclosure, Bankruptcy, Eviction, Real Estate and any Litigation matters arising from the above in the State of New Jersey.</u>

2. My professional credentials include: <u>Admitted to practice law in the State of New Jersey. Admitted in the District Court of New Jersey.</u>

3. I am a member of or associated with the firm of: <u>Fein, Such Kahn & Shepard, P.C.</u>

4. The proposed arrangement for compensation, including hourly rates, if applicable is as follows: <u>See Attached Exhibit A.</u>

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person

4-24-07
#380

employed in the office of the United States trustee, is as follows:

X None

☐ Describe connection: _____

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers, and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

X None

☐ Describe connection: _____

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers, and/or employees and I (check all that apply):

X do not hold an adverse interest to the estate.

X do not represent an adverse interest to the estate.

X are disinterested under 11 U.S.C. § 101(14).

X do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other. Explain: _____

I certify the foregoing statements made by me are true. I

am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Date: ___April 19, 2007___      ___[signature]___
                                 Signature of Professional

                                 ___Alan Such, Esq.___
                                 Name of Professional

## NEW JERSEY

## FORECLOSURE FEE SCHEDULE

## FANNIE MAE, HUD & CONVENTIONAL

FORECLOSURES:

(a) $1,300.00 uncontested flat fee cap, or statutory costs, whichever is higher, excluding disbursements which are billed separately. The allocation of the said fee, based upon work completion, are as follows:

| | | |
|---|---|---|
| i. | File, Title, Review and Filing of Action | $500.00 |
| ii. | Service of Process and Notice of Lis Pendens | 750.00 |
| iii. | Service on all defendants | 900.00 |
| iv. | Submission for Entry of Judgment | 1,100.00 |
| v. | Writ of Execution to Sheriff for Sale | 1,300.00 |

(b) Contested foreclosures are billed on our hourly rate which currently ranges from $175.00 per hour (partner) to $150.00 per hour (associate) to $75.00 for a paralegal. Said rates only apply to additional services necessary in striking the Contested Answer.

## APPEARANCE FOR RESPONDENT IN FORECLOSURE ACTION:

(a) $200.00 for file review, phone calls, filing of responsive pleadings, and in applying to incorporate our lien in the Final Judgment.

(b) $200.00 for filing Certification of Subsequent Encumbrancer and related documents to facilitate inclusion in Final Judgment.

(c) $100.00 to appear as a respondent bidding at Sale.

**SURPLUS MONEY PROCEEDINGS:**

$750.00, unless contested.

**REO:**

(b)  Sale of REO
(only $250.00 owing in the event that
transaction aborts prior to closing)          $750.00

**COLLECTION LETTER:**

$100.00, which fee is waived if litigation follows

**DEBT COLLECTION:**

Twenty-five (25%) percent of all balances, plus costs, collected on suits on Note, deficiency judgments, or suits against third parties ancillary to the foreclosure proceeding. Client shall be given the option, before commencement of any proceeding, if it would prefer hourly rate billing for any such action.

**DEED-IN-LIEU TRANSACTIONS:**

$350.00

**RESTRUCTURING, RECASTING OR SETTLEMENT STIPULATION TRANSACTIONS:**

$350.00

**BANKRUPTCY:**

(a) $800.00 initial retainer in Chapter 13 proceedings which includes Appearance, Proof of Claim, Affidavit Arrearages, Analysis of the Proposed Plan, a Notice of Objection to the Plan is suggested, and initial applicatioin for relief.

(b) $450.00 initial retainer in Chapter 7 proceedings, where mortgage is current, which includes Proof of Claim, any Objections to the filing.

(c) $800.00 initial retainer in Chapter 7 proceedings, where mortgage is **not** current, which includes Proof of Claim, any Objections to the filing, initial analysis for relief, and initial application for relief, if necessary.

(d) $800.00 initial retainer on Chapter 11 proceedings, which includes initial application for relief, unless a review of the Plan indicates, at client's option, objections or litigation are necessary; in which case same shall be handled at the Firm's hourly rate.

(e) Follow-up motions and procedures on all Chapters are billed at $500.00 per item, $650.00 if requiring second appearance.

**RECEIVERSHIP PROCEEDINGS:**

(a) $500.00 for application to appoint receiver, unless contested in which event same shall be handled at the Firm's hourly rate.

(b) $250.00 to dismiss Receiver in the event of a redemption, reinstatement or work-out (at which time this amount should be added to the debtors default costs).

**EVICTION:**

(a) $350.00 Mortgagor - Writ of Possession through eviction, unless contested in Court.

(b) $600.00 Tenant - Notices, Tenancy Action, through Warrant of Removal, unless contested in Court.

It should be noted that the majority of the fees listed are chargeable to the debtor's account, and are reimbursable out of the loan proceeds collected. We will be happy to comply, where applicable, with Freddie Mac and Ginnie Mae Fee Schedules.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF DELAWARE | CHAPTER 11<br><br>CASE No.: 07-10416 (KJC) |
| In Re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a<br>Delaware Corporation, et al.<br><br>Debtors | AFFIDAVIT |

FILED 2007 APR 24 AM 10: 21
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I, Vincent DiMaiolo, Jr., Esq. being of full age, certify as follows:

1. I am a Partner of the firm of Fein, Such, Kahn & Shepard, P.C.

2. Fein, Such, Kahn & Shepard, P.C. are licensed attorneys in the State of New Jersey and not registered to e-file any of the documents with the District of Delaware.

3. All filings by this firm will be done by paper filing with the Court with regard to this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

BY: _____
Vincent DiMaiolo, Jr., Esq.

_____
Sworn to before me this
23rd, day of April 2007
Notary Public

DEBRA I. BARON
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES MARCH 31, 20 11