IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al. | : |
| | : Objection Deadline: 5/8/07 extended by Debtor to 5/9/07 for RBC |
| Debtors. | : Hearing Date: 5/15/07 at 1:30 p.m. |

LIMITED OBJECTION OF RBC MORTGAGE COMPANY
AND RBC HOLDCO CORPORATION TO MOTION OF DEBTORS AND DEBTORS
IN POSSESSION FOR AN ORDER ESTABLISHING PROCEDURES GOVERNING
MISCELLANEOUS ASSET SALES AND JOINDER IN OBJECTION OF GENERAL
ELECTRIC CAPITAL CORPORATION [Related to Docket No. 403]

1. RBC Mortgage Company, RBC Holdco Corporation (Collectively "RBC") and New Century Financial Corporation entered into an agreement of sale for certain assets and assumption of liabilities on September 2, 2005 (the "Agreement"). The Agreement includes the assignment of real and personal property leases to New Century. RBC is liable for twenty-six of the real property leases and in excess of 196 personal property leases for copiers, faxes and other office equipment. The buyout for the personal property leases is approximately $1,800,000.

2. The personal property lessors under the Agreement include GE Capitol, Danka Office Imaging, CIT Technology Financial Services, Inc., Key Equipment Finance, Canon Financial Services, Inc., DE Lage Landen, Wells Fargo, IKON Financial Services, Ricoh Americas Corporation and US Bank. (a list of the leased personalty subject to the Agreement was previously provided to Debtors counsel and is attached hereto as Exhibit "A" and incorporated herein by reference).

3. On April 25, 2007, Debtors filed an Motion For Order Pursuant to Bankruptcy Code Sections 105 and 363 Establishing Bidding Procedures Governing Miscellaneous Asset Sales

4. The Motion seeks the Court's authority to sell personal property of de minimus value to Debtors, not to exceed $100,000 in consideration on account of each individual sale.

5. When Debtors previously moved to reject leases of nonresidential real property, RBC filed its objection and the Debtors added a provision to the order which insured that all personalty subject to assignments of leases by RBC would be removed from the rejected properties, re-located to storage facilities and catalogued to insure that a record of the property was maintained and that the property was not inadvertently abandoned or sold. It is not clear from Debtors' Motion if they intend to continue this process to protect the leased assets or if they are diverting from this path previously agreed to with RBC.

6. RBC files this Objection to insure that personalty subject to lease assignments between RBC and Debtors is excluded from the proposed sale of miscellaneous assets and RBC further joins the objection of General Electric Capital Corporation.

WHEREFORE, RBC requests that Debtors Motion be denied, or at least modified to

address the issues raised herein and for such other and further relief as is just and equitable.

                                    **MONZACK AND MONACO, P.A.**

                                    */s/ Rachel B. Mersky*
                                    Francis A. Monaco, Jr., Esquire (#2078)
                                    Rachel B. Mersky, Esquire (#2049)
                                    1201 N. Orange Street, Suite 400
                                    Wilmington, DE 19899-2031
                                    (302) 656-8162
                                    COUNSEL FOR RBC USA HOLDING CORPORATION
                                    AND RBC MORTGAGE COMPANY

Dated: May 9, 2007