## CERTIFICATE OF SERVICE

I, Jennifer R. Taylor, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made on May 9, 2007 upon the following individual(s):

### VIA HAND DELIVERY

**RICHARD LAYTON & FINGER, P.A.**
Mark D. Collins Esquire
Michael J. Merchant, Esquire
Paul N. Heath, Esquire
Christopher M. Samis, Esquire
One Rodney Square
920 North King Street
Wilmington, DE 19801

### VIA FACSIMILE and UNITED STATES MAIL

**O'MELVENY & MEYERS LLP**
Ben H. Logan Esquire
Suzzanne S. Uhlan, Esquire
Victoria H. Newmark, Esquire
Emily R. Culler, Esquire
925 Battery Street
San Francisco, CA 94111

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 9, 2007

_Jennifer R. Taylor_
Jennifer R. Taylor