Michael Reed
MCCREARY, VESELKA, BRAGG, & ALLEN, P.C.
P. O. Box 1269
Round Rock, Texas 78680
512-323-3200

Attorneys for Tax Appraisal District of Bell County, County of Denton, Mexia Independent School District, County of Williamson

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 07-10416 |
| NEW CENTURY TRS HOLDINGS, INC., et al | |
| DEBTOR | CHAPTER 11 |

OBJECTION
TO THE EMERGENCY MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR (I) AN ORDER (A) APPROVING BIDDING PROCEDURES IN CONNECTION WITH AUCTION OF LOAN ORIGINATION PLATFORM ASSETS…AND (II) AN ORDER (A) APPROVING THE PROPOSED SALE AND (B) GRANTING RELATED RELIEF (DOCKET #149)

TO THE HONORABLE BANKRUPTCY JUDGE:

NOW COME Tax Appraisal District of Bell County, County of Denton, Mexia Independent School District, County of Williamson, (hereinafter referred to as "Tax Appraisal District of Bell County, et al,"), and file their Objection to the Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures in Connection with Auction of Loan Origination Platform Assets… and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief (Docket #149) (the "Loan Origination Platform Assets Sale Motion") and would show the Court the following:

I.

Tax Appraisal District of Bell County, et al, are political subdivisions of the State of Texas.

II.

There are delinquent property taxes for the tax years 2000-2006 due, and as of January 1, 2007, liability and a lien for the 2007 tax year on the Debtor's property described as real and business personal property. These property taxes were duly assessed in accordance with the laws of the State of Texas and constitute valid, liquidated secured claims against the Debtor's property and are entitled to priority over other secured claims under 11 U.S.C. § 506.

III.

The laws of the State of Texas, Property Tax Code, Section 32.05(b), give the tax liens securing the property taxes superiority over the lien of any other claim or lien against this property. These tax claims are entitled to priority as secured claims, and over other secured claims, under 11 U.S.C. Section 506; see also <u>Stanford v. Butler</u>, 826 F.2d 353 (5th Cir. 1987); <u>Universal Seismic Associates, Inc.</u>, 288 F.3d 205 (5th Cir. 2002); <u>In Re Winn's Stores, Inc.</u> 177 B.R. 253 (Bktcy W.D. Tex 1995).

IV.

The inclusion of the following language in the Order Authorizing the Sale would be adequate to enable the Tax Appraisal District of Bell County, et al, to withdraw their Objection to this Sale:

> Delinquent property taxes, penalties and interest are to be paid in full from the proceeds of the sale, at the time of the closing of the sale transaction, and the ad valorem tax liens for the 2007 tax year are hereby expressly retained until the payment by the purchaser of the 2007 ad valorem taxes, and any penalties or interest which may ultimately accrue to those 2007 taxes, in the ordinary course of business.

V.

WHEREFORE, the Tax Appraisal District of Bell County, et al, pray that the Court order that these delinquent property taxes, penalties and interest be paid in full from the proceeds of the sale, at the time of the closing of the sales transaction; that the Court order the express retention of the ad valorem tax liens for the 2007 tax year on real or business personal property included in this sale and located in the state of Texas, if any, and further request other and such relief as is just and proper.

Dated: May 9, 2007

Respectfully submitted,

McCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for Claimants, Tax Appraisal District of Bell County, County of Denton, Mexia Independent School District, County of Williamson, P. O. Box 1269
Round Rock, Texas 78680
(512) 323-3200

/s/ Michael Reed
─────────────────────────

Michael Reed
State Bar Number 16685400

## CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the above Objection to the Sale Motion to the following parties and to those parties listed on the Court's Notice of Electronic Filing on May 9, 2007, by Facsimile or by Electronic Notification.

/s/ Michael Reed
─────────────────────────

Michael Reed

| | |
|---|---|
| Mark D. Collins, Esq.<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 19801<br>Fax: 302-651-7701 | Office of US Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Attn: Joseph J. McMahon, Jr., Esq.<br>Fax: 302-573-6497 |
| Suzzanne Uhland, Esq.<br>and Brophy Christensen, Esq.<br>O'Melveny & Myers LLP<br>275 Battery Street, Ste 2600<br>San Francisco, CA 94111<br>Fax: 415-984-8701 | Bonnie Glantz Fatell, Esq.<br>Blank Rome LLP<br>Chase Manhattan Center<br>1201 Market St., Ste 800<br>Wilmington, DE 19801<br>Fax: 302-428-5110 |
| Ben H. Logan, Esq.<br>O'Melveny & Myers LLP<br>400 So. Hope Street<br>Los Angeles, CA 90071<br>Fax: 213-430-6407 | Mark S. Indelicato, Esq.<br>Hahn & Hessen LLP<br>488 Madison Ave.<br>New York, NY 10022<br>Fax: 212-478-7400 |