# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

FILED
2007 MAY -7 AM 11:01
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ) | |
| NEW CENTURY TRS HOLDINGS, ) | |
| INC., A DELAWARE CORPORATION, ) | |
| ET AL., ) | Case No. BK: 07-10416 |
| ) | Chapter 11 |
| ) | |
| ) | |
| Debtor. ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW the Oklahoma County Treasurer a creditor herein, and enters it appearance herein and request that all notices, pleadings or other documents filed herein be sent to its representatives at the following address:

> GRETCHEN CRAWFORD,
> Assistant District Attorney
> Oklahoma County Treasurer
> 320 Robert S. Kerr, Room 307
> Oklahoma City, Okla. 73102
> (405)-713-1685

Dated: APRIL 26, 2007

Respectfully submitted,

OKLAHOMA COUNTY TREASURER
By: /s/ Gretchen Crawford

Gretchen Crawford, OBA #14651
Assistant District Attorney
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, Okla. 73102

(405)-713-1685

FILED
2007 MAY -7 AM 11:01
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2007, I mailed the foregoing NOTICE to the Clerk of Court, the Debtor's Attorney and the CHAPTER 11 Trustee.

_____
Tammy Jones, Deputy Treasurer