Law Offices of
**SHERWOOD AND HARDGROVE**
A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION
11812 San Vicente Boulevard, Suite 210
Los Angeles, California 90049-6622
phone (310) 826-2625
fax (310) 826-6055
DON C. SHERWOOD, ESQ. - STATE BAR NO. 52798

Attorneys for DOUGLAS EMMETT 2000, LLC,
a Delaware limited liability company,
*successor-in-interest to*
DOUGLAS EMMETT REALTY FUND 2000,
a California limited partnership

FILED
2007 MAY -8  AM 10: 29
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** | Chapter 11 |
| | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, | (Jointly Administered) |
| INC., a Delaware corporation, | |
| et al., | **NOTICE OF APPEARANCE AND** |
| | **REQUEST FOR SPECIAL NOTICE** |
| Debtors. | |

**TO THE COURT, THE DEBTORS AND CREDITORS, AND TO THEIR ATTORNEYS OF RECORD AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that pursuant to Section 1109(b) of the United States Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, Sherwood and Hardgrove, as counsel for Creditor DOUGLAS EMMETT 2000, LLC, a Delaware limited liability company, successor-in-interest to DOUGLAS EMMETT REALTY FUND 2000, a California limited partnership (hereinafter referred to as "Creditor DOUGLAS") hereby appears in the above captioned case.

**PLEASE TAKE FURTHER NOTICE** that Creditor DOUGLAS requests that all counsel of record and Debtors provide the following person with copies of all notices, pleadings, and

following person with copies of all notices, pleadings, and other filings in the above entitled case. All counsel of record and Debtors are requested to direct all written, telephonic and other communications as follows:

> Don C. Sherwood, Esq.
> SHERWOOD and HARDGROVE
> 11812 San Vicente Boulevard, Suite 210
> Los Angeles, California 90049-6622
> Telephone: (310) 826-2625
> Facsimile:  (310) 826-6055

The foregoing request includes all notices and papers referred to in the Bankruptcy Rules and, additionally, includes without limitation notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether conveyed by mail, express mail, overnight delivery, facsimile, e-mail, telephone or otherwise.

Creditor DOUGLAS additionally requests that Debtors and the Clerk of the Court place the undersigned on any matrix or list of creditors to be prepared or existing in the above captioned case.

Dated: May 2, 2007

SHERWOOD and HARDGROVE

By: _____
    Don C. Sherwood
Attorneys for Creditor
DOUGLAS EMMETT 2000, LLC
a Delaware limited liability
company, *successor-in-interest
to* DOUGLAS EMMETT REALTY FUND
2000, a California limited
partnership

Law Offices of
SHERWOOD AND HARDGROVE
A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION
11812 San Vicente Boulevard, Suite 210
Los Angeles, California 90049-6622
(310) 826-2625

PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )
COUNTY OF LOS ANGELES  )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 11812 San Vicente Boulevard, Suite 210, Los Angeles, California 90049-6622.

    On May 2, 2007, I served the foregoing document described as **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

*Debtor(s):*
New Century TRS Holdings, Inc.
*fka* New Century Financial Corporation
18400 Von Karman Ave., Suite 1000
Irvine, CA  92612

*Attorneys for Debtor(s):*
Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware  19899

Suzzanne Uhland, Esq.
O'Melveny & Myers LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305

*Trustee:*
Joseph J. McMahon, Jr.
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, Delaware  19899

    BY MAIL as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that upon motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing contained in this affidavit.

    I declare that I am employed by an office of a member of the bar of this Court, at whose direction this service was made. Executed on May 2, 2007 at Los Angeles, California.

_____
Anita Wertz

NOTICE OF APPEARANCE & REQUEST FOR SPECIAL NOTICE

-3-