**PROSKAUER ROSE LLP**
Counsel for Huntington Quadrangle 2 LLC
1585 Broadway
New York, New York 10036-8299
(212) 969-3000
Sheldon I. Hirshon (SH-0070)



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>New Century TRS Holdings, Inc.,<br>a Delaware Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICE

**TO THE CLERK OF THE BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE**, that the undersigned appears in the above-captioned Chapter 11 cases on behalf of Huntington Quadrangle 2 LLC, a party-in-interest herein, and pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 342, 704(7), 725 and 1109(b) (to the extent applicable) of Title 11, United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"), demands that all notices given or required to be given, and all papers served or required to be served in the above-captioned Chapter 11 cases including, but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements and all other matters arising in these Chapter 11 cases or in any related adversary proceeding, be served upon:

**Original**

Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
Attn: Sheldon I. Hirshon, Esq.
Telephone Number: (212) 969-3000
Facsimile Number: (212) 969-2900
Email: shirshon@proskauer.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to applicable Sections of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise, which affects the Debtors in the above-captioned Chapter 11 cases or any property of the Debtors.

Dated: May 7, 2007
       New York, New York

**PROSKAUER ROSE LLP**
Counsel for Huntington Quadrangle 2 LLC

By: *Sheldon Hirshon*
Sheldon I. Hirshon (SH-0070)
1585 Broadway
New York, New York 10036-8299
(212) 969-3000

To:   Parties on the Annexed Service List

4541/77254-001 Current/9577505v1

2

## Service List

Richards, Layton & Finger, P.A.
Attn: Mark D. Collins, Michael J. Merchant,
    Marcos A. Ramos
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

O'Melveny & Meyers LLP
Attn: Suzzanne S. Uhland, Ben H. Logan
Emily R. Culler
275 Battery Street
San Franciso, CA 94111

Blank Rome LLP
Attn: Bonnie Glantz Fatell, Esq.
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

Hahn & Hessen LLP
Attn: Mark T. Power, Esq., Mark S. Indelicato, Esq.
    Jeffrey L. Schwartz, Esq.
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022

Office of the U.S. Trustee
Attn: Joseph J. McMahon, Jr.
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801