**PROSKAUER ROSE LLP**
Counsel for Huntington Quadrangle 2 LLC
1585 Broadway
New York, New York 10036-8299
(212) 969-3000
Sheldon I. Hirshon (SH-0070)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>New Century TRS Holdings, Inc.,<br>a Delaware Corporation, et al.,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>(Jointly Administered) |

STATE OF NEW YORK    )
　　　　　　　　　　　　ss.:
COUNTY OF NEW YORK  )

### AFFIDAVIT OF SERVICE
### BY FIRST CLASS MAIL

David C. Cooper, being duly sworn, deposes and says that:

1. I am not a party to the action, am over 18 years of age and reside in New York County, New York.

2. On May 7, 2007, I caused true copies of the attached Notice of Appearance and Request for Notice of Proskauer Rose LLP on behalf of Huntington Quadrangle 2 LLC (the "Notice of Appearance") to be served upon the parties on the preceding service list via First Class Mail by enclosing the Notice of Appearance into properly addressed, stamped envelopes

and causing the same to be deposited into a designated depository maintained by the United States Postal Service.

_____
David C. Cooper

Sworn to before me this
7th day of May, 2007

_____
Notary Public

DAVID A. DE PARIS, JR.
Notary Public, State of New York
No. 01DE4975535
Qualified in New York County
Commission Expires Dec. 10, 2010