1

2

3

4

5

6

7

8

9

10

11

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

MAY

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NEW CENTURY TRS HOLDINGS, INC., a | ) Case No.: 07-10416 (KJC) |
| Delaware corporation, et al., [1] | ) |
| | ) **Jointly Administered** |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

12

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

13    Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of

14    Donna L. La Porte to represent Wright, Finlay & Zak, LLP in this action.

15                                    ECKERT SEAMANS CHERIN & MELLOTT, LLC

16

17                                    */s/ Susan E. Poppiti*
                                      Susan E. Poppiti (Bar No. 4293)

18                                    300 Delaware Avenue, Suite 1210
                                      Wilimington, DE 19801

19                                    Tel: (302) 425-0430 / Fax: (302) 425-0432

20

21    [1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland
      corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New

22    Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, A New Century Corporation, New
      Century Mortgage Ventures, LLC), A California corporation; NC Capital Corporation, a California corporation; Home123

23    Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century
      Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC

24    Residual II Corporation, A Delaware limited partnership; NC Residual III Corporation, A Delaware corporation; NC
      Residual IV Corporation, A Delaware corporation; New Century R.E.O. Corp., A California corporation; New Century

25    R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century R.E.O. III
      Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage

26    Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS
      Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC

27    Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

28

595
5/9/07

1

*Attorneys for Wright, Finlay & Zak, LLP*

2

3

4

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

5

6

7

8

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

9

10

11

12

/s/ *Donna L. La Porte*
Donna L. La Porte, Esq.
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050/Fax: (949) 477-9200

13

14

15

## ORDER GRANTING MOTION

16

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

17

Date: May 9, 2007

United States Bankruptcy Judge

18

19

20

21

22

23

24

25

26

27

28