**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re** ) | **STAY MOTION** |
| ) | **Bk. No. 07-10416 (KJC)** |
| **NEW CENTURY TRS HOLDINGS, INC. a** ) | |
| **SERVICES, INC., <u>et al.</u>,** ) | |
| ) | **Ref. No.:   596** |
| **Debtors.** ) | |
| ) | **CHAPTER 11** |
| ) | |
| **REGIONS BANK d/b/a REGIONS MORTGAGE** ) | |
| its assignees and/or successors in interest, ) | **MOTION FOR ORDER GRANTING** |
| ) | **RELIEF FROM AUTOMATIC STAY** |
| **Movant,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **NEW CENTURY TRS HOLDINGS, INC., &** ) | |
| **NEW CENTURY MORTGAGE** ) | |
| **CORPORATION,** ) | |
| ) | |
| **Respondents.** ) | |

**AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM**
**AUTOMATIC STAY AND REQUEST FOR ADEQUATE PROTECTION**

STATE OF DELAWARE    )
                     ) ss:
NEW CASTLE COUNTY    )

Richard D. Becker, Esq., being duly sworn according to the law, did depose and say:

1. The creditor is **<u>Regions Bank.</u>**  He is the attorney for the creditor, who has direct online access to the creditor's default management system and is duly authorized to execute this Affidavit on the behalf of the creditor. This affidavit is based upon information received directly from the creditor's default management system.

2. Attached to the creditor's Motion are true and correct Abstracts of the Mortgage upon which the creditor's claim is based.

3. As to 5621 Lake Mary Jess Shore Ct., Orlando, FL, as of May 8, 2007, the outstanding principal balance on the creditor's loan was $268,000.00, the payoff was $293,831.06, the interest rate was 8.825% and the daily rate of interest was $64.80. The most recent gross

valuation of the property is $350,000.00.

4. As to 7390 Woodland Creek Lane, Lake Work, FL, as of May 8, 2007, the outstanding principal balance on the creditor's loan was $309,369.07, the payoff was $331,183.50, the interest rate was 7.475% per annum and the daily rate of interest was $63.36. The most recent gross valuation of the property is $345,000.00.

SWORN TO AND SUBSCRIBED, this 9th day of May, A.D., 2007.

_____
NOTARY PUBLIC

**CAROL A. WINNER**
**NOTARY PUBLIC-DELAWARE**
**COMMISSION EXPIRES 10/07/07**