CERTIFICATE OF SERVICE

I, **Carol A. Winner**, certify that I am not less than 18 years of age; that service of this Notice and a copy of the Affidavit of Richard D. Becker, Esq., was made on May 10, 2007, in accordance with BR 7004 on:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine CA  92612

New Century Mortgage Corp.
18400 Von Karman Ave.
Irvine, CA  92612

Mark D. Collins, Esq.
Richards, Layton & Finger
P.O. Box 551
Wilmington, DE  19899

U.S. Trustee
844 King St., Rm. 2207
Lockbox #35
Wilmington, DE  19899

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market St., Ste 800
Wilmington, DE  19801

Under penalty of perjury, I declare that the foregoing is true and correct.

__5/10/07_____        __/s/ Carol A. Winner_____
        Date                            Signature

Print Name: Carol A. Winner     (302) 654-5374
Business address   2702 Capitol Trail
City   Newark State  DE   Zip  19711