UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                                         Case No. 07-10416-KJC
                                                                               Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,
et al.,                                                                        (Jointly Administered)
        Debtors.
_____/

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Frederic J. DiSpigna, Esquire to represent the Law Offices of David J. Stern, P.A. and its various clients in this action.

BECKER & BECKER, P.A.
2702 Capitol Trail
Newark, DE 19711
Phone: (302) 654-5374
Fax: (302) 654-7936

_____
RICHARD D. BECKER, ESQUIRE
Rickbecker@comcast.net

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

LAW OFFICES OF DAVID J. STERN, P.A.
801 S. University Drive Suite 500
Plantation, FL 33324
Phone: (954) 233-8000 ext 207
Fax: (954) 233-8648

/S/ Frederic J. DiSpigna
_____
FREDERIC J. DISPIGNA, ESQUIRE
Florida Bar No. 345539
fdispigna@dstern.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____                                       _____
                                                        United States Bankruptcy Judge

07-82200.PHV