Katsky Korins LLP
Attorneys for Broadway Center Associates LP
605 Third Avenue
New York, New York 10158-0038
(212) 953-6000
Steven H. Newman, Esq. (SN-3728)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                              Chapter 11

NEW CENTURY TRS HOLDINGS,                           Case No. 07-10416 (KJC)
INC., a Delaware Corporation, et al.,[1]
                                                    Jointly Administered
            Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that Broadway Center Associates, L.P., pursuant to Section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby appear through KATSKY KORINS LLP, their undersigned counsel, and request service of all notices and documents

---

[1] The Debtors are the following entities: New Century Financial (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding L.P. (f/k/a NC Residual II Corporation); a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; Ncoral, L.P., a Delaware limited partnership.

303244-1-W

herein upon:

Katsky Korins LLP  
605 Third Avenue, 16th Floor  
New York, New York 10158  
(212) 953-6000  
Attn: Steven H. Newman, Esq.  
Email: snewman@katskykorins.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned debtor, its property, or its estate.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Notices and Documents* (the "Notice") nor any later appearance nor any pleading, proof of claim, claim, or suit shall constitute (a) a consent of waiver of Broadway Center Associates, L.P., to the jurisdiction of the Court over it for any purpose or (b) a waiver of Broadway Center Associates L.P., of (i) the right to have final orders in noncore matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
      May 10, 2007

                        KATSKY KORINS LLP

                        By: /s/ Steven H. Newman
                            Steven H. Newman
                            605 Third Avenue, 16th Floor
                            New York, New York 10158
                            (212) 953-6000

                        Counsel for Broadway Center Associates, L.P.