IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a | : | Case No. 07-10416 (KJC) |
| Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 15, 2007 AT 1:30 P.M.**

I. **CONTINUED MATTERS**

1. Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures in Connection with Auction of Loan Origination Platform Assets, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (C) Scheduling Hearing to Consider Proposed Sale of Loan Origination Platforms Assets and Approving Form and Manner of Notice Thereof and (D) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 149; filed 4/9/07]

    Objection Deadline: April 18, 2007 at 4:00 p.m.; Objection deadline extended for the Office of the United States Trustee and the Official Committee of Unsecured Creditors until April 20, 2007 at midnight.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Objections Received:

A. Objection of General Electric Capital Corporation to Emergency Motion of Debtors Regarding Bidding Procedures and Other Matters [Docket No. 258; filed 4/16/07]

B. Response of the United States Trustee to the Emergency Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures in Connection with the Auction of Loan Origination Platform Assets, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (C) Scheduling Hearing to Consider Proposed Sale of Loan Origination Platform Assets and Approving Form and Manner of Notice Thereof, and (D) Granting Related Relief [Docket No. 313; filed 4/18/07]

C. Objection of RBC Mortgage Company and RBC Holdco Corporation to Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures in Connection with the Auction of Loan Origination Platform Assets, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (C) Scheduling Hearing to Consider Proposed Sale of Loan Origination Platform Assets and Approving Form and Manner of Notice Thereof, and (D) Granting Related Relief [Docket No. 316; filed 4/18/07]

D. Limited Objections of GMAC CF and Countrywide to Emergency Motion of Debtors Regarding Bidding Procedures and Other Matters in Connection with Auction of Loan Origination Platform Assets [Docket No. 317; filed 4/18/07]

E. Limited Objection of Positive Software Solutions, Inc. to Debtors' Motion for an Order Approving Bid Procedures [Docket No. 318; filed 4/18/07]

F. Limited Objections of National City Commercial Capital Company, LLC, to Debtors' Motions Regarding Rejection of Certain Leases, Sale of Assets, Assumption of Certain Leases and Other Matters and Joinder of General Electric Capital Corporations' Objection to Debtors' Motions and Joinder of RBC Mortgage Company and RBC Holdco's Objections to Debtors' Motions [Docket No. 509; filed 5/2/07]

G. Limited Objection of Maricopa County Treasurer and Notice of Perfected Liens Regarding (1) Emergency Motion to Approve of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 553; filed 5/4/07]

H.    Objection to the Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures in Connection with Auction of Loan Origination Platform Assets and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 609; filed 5/9/07]

Related Documents:

i.    Emergency Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [Docket No. 150; filed 4/9/07]

ii.    Order Granting Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [Docket No. 236; filed 4/13/07]

iii.    Notice of Hearing [Docket No. 247; filed 4/13/07]

iv.    Certification of Counsel Regarding Order (A) Approving Bidding Procedures in Connection with Auction of Loan Origination Platform Assets, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) Scheduling Hearing to Consider Proposed Sale of Loan Origination Platform Assets and Approving Form and Manner of Notice Thereof and (D) Granting Related Relief [Docket No. 401; filed 4/25/07]

v.    Order (A) Approving Bidding Procedures in Connection with Auction of Loan Origination Platform Assets, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) Scheduling Hearing to Consider Proposed Sale of Loan Origination Platform Assets and Approving Form and Manner of Notice Thereof and (D) Granting Related Relief [Docket No. 404; filed 4/26/07]

Status:  The Debtors did not receive a Qualified Bid (as defined in the motion). Accordingly, the hearing on this matter is not going forward.

2.    Application of Debtors and Debtors in Possession for Order Authorizing the Retention and Employment of Compensation Design Group, Inc. as Compensation Specialist to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e) and 328 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002 [Docket No. 329; filed 4/19/07]

Objection Deadline:    April 30, 2007 at 4:00 p.m.; extended for the Office of the United States Trustee through May 11, 2007 at 12:00 a.m.

Objections/Responses Received:

A.  Objection of the Official Committee of Unsecured Creditors to the Application of the Debtors and Debtors-In-Possession for an Order Authorizing the Retention and Employment of Compensation Design Group, Inc. as Compensation Specialist to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e) and 328 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002 [Docket No. 610; filed 5/9/07]

Related Documents: None at this time.

Status: The hearing on this matter is continued to May 21, 2007 at 10:00 a.m. The Debtors are working with the Creditors' Committee in an effort to resolve its objection. Additionally, the Debtors are working to resolve certain concerns raised informally by the Office of the U.S. Trustee.

## II. UNCONTESTED MATTERS GOING FORWARD

3.  Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting its Members to Engage in Securities Trading, Loan Sales and Other Transactions Involving the Debtors and Their Respective Assets [Docket No. 409; filed 4/26/07]

    Objection Deadline: May 8, 2007 at 4:00 p.m.

    Objections/Responses Received: None at this time.

    Related Documents: None at this time.

    Status: The Debtors have informally expressed concerns that they believe will be resolved by a revised form of order.

## III. CONTESTED MATTERS GOING FORWARD

4.  Motion of the United States Trustee for an Order Directing the Appointment of a Chapter 11 Trustee or, in the Alternative, an Examiner [Docket No. 278; filed 4/17/07]

    Objection Deadline: May 8, 2007 at 4:00 p.m.

    Objections/Responses Received:

    A.  Joinder of New York State Teachers' Retirement System to Motion of the United States Trustee for an Order Directing the Appointment of a Chapter 11 Trustee, or in the Alternative, for an Examiner [Docket No. 574; filed 5/8/07]

    B.    New Century Financial Corporation's Opposition to United States Trustee's Motion to Appoint a Chapter 11 Trustee, or in the Alternative, an Examiner [Docket No. 578; filed 5/8/07]

    C.    DB Structured Products, Inc.'s Motion for Appointment of a Chapter 11 Trustee and Joinder of Motion of the United States Trustee for an Order Directing the Appointment of a Chapter 11 Trustee or, in the Alternative an Examiner [Docket No. 579; filed 5/8/07]

    D.    Response of Official Committee of Unsecured Creditors in Opposition to Motion of United States Trustee to Appoint Chapter 11 Trustee or, in the Alternative, an Examiner [Docket No. 615; filed 5/9/07]

Related Documents:

    i.    Notice of Motion [Docket No. 279; filed 4/17/07]

Status: The hearing on the Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee, or in the Alternative, an Examiner, is going forward. The Debtors anticipate that a joinder of Ellington Management Group L.L.C., in opposition to the U.S. Trustee's Motion will be filed shortly.

5.    Motion for Order Pursuant to Bankruptcy Code Sections 105 and 363 Establishing Procedures Governing Miscellaneous Asset Sales [Docket No. 403; filed 4/25/07]

    Objection Deadline:    May 8, 2007 at 4:00 p.m.; extended for the Official Committee of Unsecured Creditors until May 14, 2007; extended for RBC Mortgage Company and RBC Holdco Corporation to 5/9/07 at 4:00 p.m.; extended for the Office of the U.S. Trustee until May 10, 2007

    Objections/Responses Received:

    A.    Objection of General Electric Capital Corporation to Motion for Order Pursuant to Bankruptcy code Sections 105 and 363 Establishing Procedures Governing Miscellaneous Asset Sales [Docket No. 564; filed 5/7/07]

    B.    Limited Objection of RBC Mortgage Company and RBC Holdco Corporation to Motion of Debtors and Debtors in Possession for an Order Establishing Procedures Governing Miscellaneous Asset Sales and Joiner in Objection of General Electric Capital Corporation [Docket No. 607; filed 5/9/07]

Related Documents: None at this time.

Status: The hearing on this matter is going forward. The Debtors are attempting to resolve certain issues raised informally by the Creditors' Committee and the Office of the U.S. Trustee in advance of the hearing.

Dated: May 11, 2007
Wilmington, Delaware

_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION