UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.    07-10416-11 |
| NEW CENTURY TRS HOLDINGS, INC. | § | |
| DEBTOR(S), | § | CHAPTER    11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**Harris County**  
**Montgomery County**

**Cypress - Fairbanks ISD**  
**Fort Bend County**

secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP  
P O BOX 3064  
HOUSTON, TX 77253-3064  
Telephone:    (713)844-3478  
Facsimile:    (713)844-3503  
Email:    houston_bankruptcy@publicans.com  

By: _____  
John P. Dillman          State Bar No.    05874400

### Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been this date served electronically or mailed to the parties listed below.

| | | |
|---|---|---|
| MARK D. COLLINS | US TRUSTEE (DELAWARE) | NEW CENTURY TRS HOLDINGS, INC. |
| ATTORNEY AT LAW | 844 KING STREET, RM 2207 | 18400 VON KARMAN AVE. |
| P O BOX 551 | LOCK BOX #35 | IRVINE, CA 92612 |
| WILMINGTON, DE | WILMINGTON, DE 1989900 | |

Dated this ____ day of _____, 2007.

_____  
John P. Dillman