IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - x
                          :
In re:                    :   Chapter 11
                          :
NEW CENTURY TRS HOLDINGS, :   Case No. 07-10416 (KJC)
INC., a Delaware          :
corporation, et al.,¹     :   Jointly Administered
                          :
                          :
             Debtors.     :
                          :
- - - - - - - - - - - - - :
                          x
```

**JOINDER OF ELLINGTON MANAGEMENT GROUP L.L.C., ON BEHALF OF ITS CLIENT FUNDS, IN OPPOSITION TO MOTION OF UNITED STATES TRUSTEE TO APPOINT CHAPTER 11 TRUSTEE OR, IN THE ALTERNATIVE, AN EXAMINER**

Ellington Management Group, L.L.C., on behalf of

its client funds, ("Ellington") hereby joins (the "Joinder")

in New Century Financial Corporation's Opposition to United

States Trustee's Motion to Appoint a Chapter 11 Trustee or,

in the Alternative, an Examiner (Docket No. 578)(the "New

Century Response") and the Response of Official Committee

---

[1]     The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

of Unsecured Creditors in Opposition to Motion of United
States Trustee to Appoint Chapter 11 Trustee or, in the
Alternative, an Examiner (Docket No. 615)(the "Committee's
Response", and together with the New Century Response, the
"Responses").

Ellington is a creditor in these cases by virtue
of its status as purchaser of a certain pool of the
Debtors' mortgage loans and mortgage-backed residual
interests in securitization trusts (the "Greenwich Assets")
for $58 million which sale was approved by court order
dated May 7, 2007 (Docket No. 566) (the "Greenwich Sale
Order").

Ellington agrees with the legal arguments and
assertions set forth in the Responses and hereby joins the
Responses in their opposition to the Motion of United
States Trustee to Appoint Chapter 11 Trustee or, in the
Alternative, an Examiner (Docket No. 278)(the "Motion").

In addition, the Court should deny the Motion
because the appointment of a chapter 11 trustee will
significantly harm the value of the estate and cause
serious disruption to the efforts of the Debtors, in
consultation with the Committee, to monetize assets of the
Debtors' estates.  The fiduciaries currently in place are
successfully liquidating the estate's assets, most recently

realizing an ultimate purchase price for the Greenwich
Assets that exceeded the initial bid by 20%.  In the view
of Ellington, the current fiduciaries have demonstrated a
high level of commitment to identifying, documenting and
preparing various packages of the Debtors' assets for sale
in pending auctions, which sales will enhance the value of
the estates.  At this critical juncture, the estates'
ability to attract the highest and best value in such
auctions will be impaired by the unavoidable delays and
organizational disruption inherent in the transition and
acclimation period necessitated by the appointment of a
chapter 11 trustee.

Any delay that would hinder the preparation of
valuable estate assets for imminent sale could ultimately
impair the value of such assets as a result of any
concomitant decrease in morale among remaining employees
and the risk of losing key personnel with unique historical
and operational knowledge with respect to the assets to be
sold.  The ongoing risk that a chapter 11 trustee or
examiner might be appointed may be reflected in future bids
submitted by potential purchasers of estate assets; in fact,
Ellington's current bid for the Debtors' mortgage loan
servicing business (the "Carrington Assets") includes a
termination provision that provides Ellington with the

right to terminate the proposed Asset Purchase Agreement upon appointment of a chapter 11 trustee, should Ellington be the successful bidder for the Carrington Assets.[2] Finally, Ellington and the Debtors are in the process of closing the sale of the Greenwich Assets, and Ellington is seriously troubled by the prospect of consummating that transaction with a new, unknown party at this late juncture.

---

[2]  Similarly, the stalking horse bid for the Carrington Assets contains conditions to closing that may cause the deal to dissipate if a chapter 11 trustee or examiner is appointed.

WHEREFORE, for the reasons set forth herein and in the Responses, Ellington respectfully requests that the Court (i)deny the Motion in all respects and (ii) grant such further relief as is just and proper.

Dated:      Wilmington, DE
            May 11, 2007

                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                    /s/ Douglas D. Herrmann
                    David R. Hurst (No. 3743)
                    Christopher S. Chow (No. 4172)
                    Douglas D. Herrmann (No. 4872)
                    One Rodney Square
                    P.O. Box 636
                    Wilmington, Delaware 19899-0636
                    Telephone:  (302) 651-3000
                    Facsimile:  (302) 651-3001

                            -and-

                    Van C. Durrer, II (No. 3827)
                    300 South Grand Avenue
                    Suite 3400
                    Los Angeles, California 90071
                    Telephone:  (213) 687-5200
                    Facsimile:  (213) 621-5200

                    Attorneys for Ellington Management Group,
                    L.L.C., on Behalf of Its Client Funds

5