**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No.: 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | **Docket No.: _____** |
| | : | |
| | : | **Hearing Date: June 15, 2007 at 10:00 a.m.** |
| | : | **Objection Deadline: May 31, 2007** |
| | : | |
| :    :    :    :    :    : | : | :    :    :    :    :    : |
| | : | |
| **GENERAL ELECTRIC CAPITAL** | : | |
| **CORPORATION,** | : | |
| 44 Old Ridgebury Road | : | |
| Danbury, Connecticut 06810 | : | |
| | : | |
| **Movant,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **NEW CENTURY MORTGAGE** | : | |
| **CORPORATION,** | : | |
| 18400 Von Karman Avenue | : | |
| Irvine, California 92612 | : | |
| | : | |
| **and** | : | |
| | : | |
| **NEW CENTURY FINANCIAL** | : | |
| **CORPORATION,** | : | |
| 18400 Von Karman Avenue | : | |

---

[1] The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

| | |
|---|---|
| **Irvine, California 92612** | : |
| **and** | : |
| | : |
| **NEW CENTURY TRS HOLDINGS, INC.,** | : |
| **18400 Von Karman Avenue** | : |
| **Irvine, California 92612** | : |
| | : |
| **and** | : |
| | : |
| **HOME 123 CORPORATION,** | : |
| **18400 Von Karman Avenue** | : |
| **Irvine, California 92612** | : |
| | : |
| **and** | : |
| | : |
| **UNITED STATES TRUSTEE,** | : |
| **844 King Street, Room 2007** | : |
| **Lockbox #35** | : |
| **Wilmington, Delaware 19899** | : |
| | : |
|         **Respondents.** | : |
| | : |

: : : : : : : : : : : : :

### NOTICE OF GENERAL ELECTRIC CAPITAL CORPORATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

General Electric Capital Corporation ("GE") has filed a Motion for Relief from Stay ("Motion") which seeks the following relief: Relief from stay with regard to GE and certain equipment and other assets owned by or leased by the Debtors, New Century Mortgage Corporation, New Century Financial Corporation, New Century TRS Holdings, Inc. and Home 123 Corporation (collectively, the "Debtors").  GE has extended loans to and entered into leases with the Debtors which are either secured by or relate to the equipment and other assets of the Debtors described above.

**HEARING ON THE MOTION WILL BE HELD ON June 15, 2007 at 10:00 a.m. at the United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware  19801.**

ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE <u>4:00 P.M. EASTERN STANDARD TIME ON MAY 31, 2007</u>. FAILURE TO TIMELY FILE AND SERVE A RESPOND WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.

At the same time, you must also serve a copy of the response on the Movant's attorneys.

>Michael G. Gallerizzo, Esquire
>Gebhardt & Smith LLP
>901 Market Street, Suite 451
>Wilmington, Delaware  19801
>mgall@gebsmith.com

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purposes of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the collateral, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF DEMANDED BY THE MOTION WILL BE GRANTED.

*/s/ Michael G. Gallerizzo*
Michael G. Gallerizzo, Esquire (4550)
Gebhardt & Smith LLP
901 Market Street, Suite 451
Wilmington, Delaware  19801
(302) 656-9002
Facsimile No.: (302) 429-5953
mgall@gebsmith.com

Counsel for Movant,
General Electric Capital Corporation