UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*,[1] | : : | Case Number 07-10416 (KJC) Jointly Administered |
| Debtors. | : | |

## OBJECTION TO ASSUMPTION AND ASSIGNMENT (CURE AMOUNT)

Data-Link Systems, L.L.C. ("Data-Link") and Fiserv Solutions, Inc. ("Fiserv Solutions"), by its undersigned counsel, objects to the assumption and assignment of their contracts as set forth in the Debtors' notice of New Century's intent to assume and assign certain executory contracts. This objection goes specifically to the identification of the proper cure amounts.

### DATA-LINK SYSTEMS, L.L.C. AGREEMENT

1. On May 30, 2002, Data-Link entered into an agreement with New Century Mortgage Corporation ("New Century") to provide mortgage loan servicing and processing services. The Agreement called for specific payments by New Century in exchange for the delivery of contracted for services.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

2. Pursuant to the Agreement, Data-Link provided monthly invoices to the Debtor for the services provide under the Agreement. As of the Petition Date of April 2, 2007, services under the Agreement were unpaid for the months of February 2007 and March 2007 as follows:

| | |
|---|---|
| Service Invoice for February 2007: | $423,720.08 |
| Service Invoice for March 2007: | $435,637.32 |
| Total | $859,357.40 |

Copies of the February 2007 and March 2007 invoices are attached as Exhibit 1. These services remain unpaid as of the date of this Objection and the obligations are now in default.

### FISERV SOLUTIONS, INC. ADDENDUM B AGREEMENT

3. In conjunction with the Data-Link Agreement, the parties entered into what is referred to as "Addendum B" between Fiserv Solutions, Inc. and New Century Mortgage Corporation. Fiserv Solutions is a related company to Data-Link.

4. Addendum B provided for a grant of a license for the use of specific software to the Debtors, together with Maintenance and Service Agreements.

5. Addendum B required New Century to pay for specific services provided and detailed in the monthly invoices delivered to New Century. As of the Petition Date of April 2, 2007, services under Addendum B for the months of February 2007 and March 2007 remain unpaid as follows:

| | |
|---|---|
| February 2007 Addendum B Charges: | $27,548.98 |
| March 2007 Addendum B Charges: | $14,320.23 |
| Total | $41,869.21 |

Copies of the Fiserv Solution invoices for February and March 2007 are attached as Exhibit 2. These services remain unpaid as of the date of this Objection and the obligations are now in default.

2

## POST-PETITION CHARGES

6. Both the Data-Link and Fiserv Solutions Agreements are unpaid for the post-petition month of April 2007 in the following amounts:

| | |
|---|---|
| Data-Link Agreement: | $334,210.33 |
| Addendum B Charges: | $ 18,600.10 |
| Total | $352,810.43 |

Copies of the April Invoices for Data-link and Addendum B are attached and included within Exhibits 1 or 2 as appropriate. Payment is due upon receipt of the Invoice and these obligations are in default.

7. Both Data-Link and Fiserv Solutions are prepared to accept Carrington Mortgage Services LLC as the assignee of these contracts with only the adequate assurance that charges for May 2007 forward will be paid in the ordinary course of the business of Carrington Mortgage Services LLC. In the event another party emerges as a successful bidder, Data-Link and Fiserv Solutions reserve their rights to raise adequate assurance issues upon the identification of a successful bidder other than Carrington Mortgage Services LLC.

WHEREFORE, Data-Link Systems, L.L.C. and Fiserv Solutions, Inc. object to the cure amounts as identified by the Debtors in its notice to assume and assign certain executory contracts and respectfully request that the cure amount be set as follows:

Data-Link Systems, L.L.C.

| | |
|---|---|
| Service Invoice for February 2007: | $ 423,720.08 |
| Service Invoice for March 2007: | $ 435,637.32 |
| April 2007 (Post-Petition) Invoice | $ 334,210.33 |
| Total | $1,193,567.73 |

3

<u>Fiserv Solutions, Inc.</u>

| | |
|---|---|
| February 2007 Addendum B Charges: | $27,548.98 |
| March 2007 Addendum B Charges: | $14,320.23 |
| April 2007 (Post-Petition) Invoice | $18,600.10 |
| Total | $60,469.31 |

Dated this 11th of May, 2007

Respectfully submitted,

By: *Robert S. Goldman by JCP*
Robert S. Goldman, Esquire #(3113)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE  199806
(302) 655-4200

- and –

Patrick B. Howell, Esq.
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI  53202-3819
(414) 273-2100

Attorneys for Data-Link Systems, L.L.C.
and Fiserv Solutions, Inc.

4

WHD\5182998.1