# EXHIBIT 1

 **Lending Solutions**

*MortgageServ*

REMIT ALL PAYMENTS TO:

*FISERV LENDING SOLUTIONS - MORTGAGESERV*
*75 REMITTANCE DRIVE   SUITE 6951*
*CHICAGO IL  60675-6951*

*For billing inquiries, contact*
*Donna Ault  (574) 245-1464*

BILL TO:

NEW CENTURY MORTGAGE CORP.
ERIC HAINES
1610 EAST ST ANDREWS STREET
SANTA ANA, CA  92705

Page  1

| Service Invoice For: | February 2007 |
| --- | --- |

| CUSTOMER NUMBER | INVOICE DATE | INVOICE NUMBER |
| --- | --- | --- |
| 0680 | 3/8/2007 | 0680-0207-01 |

| ITEM | CHARGE DESCRIPTION | CHARGE AMOUNT |
| --- | --- | --- |
| 010 | BASIC MBS SERVICING | 343,438.39 |
| 030 | SPEEDPAY INTERFACE | 1,076.82 |
| 040 | VOICE RESPONSE SYSTEM | 5,685.63 |
| 080 | LOCK BOX | 311.79 |
| 090 | WAREHOUSE | 1,117.41 |
| 125 | HELOC LOANS | 132.00 |
| 150 | O/L LETTER WRITING | 6,894.05 |
| 190 | O/L DETAIL TAPE | 1,117.41 |
| 270 | ON-LINE HISTORY | 7,838.76 |
| 560 | INFORMENT PROCESSING | 5,587.07 |
| 700 | REPORT WRITER | 20,000.00 |
| 705 | EDI PROCESSING | 1,418.51 |
| 721 | EOY PROCESSING | 1,000.00 |
| 730 | DATA COMM-LINES | 13,275.00 |
| 760 | SHIPPING | 62.79 |
| 801 | PROGRAMMING FEES | 1,500.00 |
| 802 | ONE-TIME SETUP FEES | 2,800.00 |
| 804 | CONVERSION CONSULTING | 3,750.00 |
| 810 | TRAVEL | 3,714.45 |
| 860 | CONSULTING | 3,000.00 |

| | |
| --- | --- |
| **TOTAL CURRENT INVOICE** | $423,720.08 |
| **TOTAL PAST DUE** | $439,395.17 |

Due Upon Receipt

 | **Lending**
**Solutions**

*MortgageServ*

*REMIT ALL PAYMENTS TO:*

*FISERV LENDING SOLUTIONS - MORTGAGESERV*
*75 REMITTANCE DRIVE   SUITE 6951*
*CHICAGO IL  60675-6951*

*For billing inquiries, contact*
*Donna Ault  (574) 245-1464*

BILL TO:

NEW CENTURY MORTGAGE CORP.
ERIC HAINES
1610 EAST ST ANDREWS STREET
SANTA ANA, CA  92705

Page  1

| Service Invoice For: | March 2007 |
|---|---|

| CUSTOMER NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 0680 | 4/6/2007 | 0680-0307-01 |

| ITEM | CHARGE DESCRIPTION | CHARGE AMOUNT |
|---|---|---|
| 010 | BASIC MBS SERVICING | 327,682.29 |
| 030 | SPEEDPAY INTERFACE | 1,076.82 |
| 040 | VOICE RESPONSE SYSTEM | 5,276.90 |
| 080 | LOCK BOX | 311.79 |
| 090 | WAREHOUSE | 1,117.41 |
| 125 | HELOC LOANS | 115.89 |
| 150 | O/L LETTER WRITING | 6,825.85 |
| 190 | G/L DETAIL TAPE | 1,117.41 |
| 270 | ON-LINE HISTORY | 7,919.76 |
| 560 | INFORMENT PROCESSING | 5,587.07 |
| 700 | REPORT WRITER | 20,000.00 |
| 705 | EDI PROCESSING | 1,709.75 |
| 721 | EOY PROCESSING | 500.00 |
| 730 | DATA COMM-LINES | 13,275.00 |
| 760 | SHIPPING | 67.47 |
| 801 | PROGRAMMING FEES | 150.00 |
| 802 | ONE-TIME SETUP FEES | 3,100.00 |
| 810 | TRAVEL | 4,903.91 |
| 820 | USER TRAINING | 400.00 |
| 860 | CONSULTING | 34,500.00 |

| | |
|---|---|
| **TOTAL CURRENT INVOICE** | $435,637.32 |
| **TOTAL PAST DUE** | $423,720.08 |

Due Upon Receipt



**MortgageServ**

REMIT ALL PAYMENTS TO:

*FISERV LENDING SOLUTIONS - MORTGAGESERV*
*75 REMITTANCE DRIVE   SUITE 6951*
*CHICAGO IL  60675-6951*

*For billing inquiries, contact*
*Donna Ault  (574) 245-1464*

**BILL TO:**

NEW CENTURY MORTGAGE CORP.                        Page  1
ERIC HAINES
1610 EAST ST ANDREWS STREET
SANTA ANA, CA  92705

| Service Invoice For: | April 2007 |
| --- | --- |

| CUSTOMER NUMBER | INVOICE DATE | INVOICE NUMBER |
| --- | --- | --- |
| 0680 | 5/7/2007 | 0680-0407-02 |

| ITEM | CHARGE DESCRIPTION | CHARGE AMOUNT |
| --- | --- | --- |
| 190 | G/L DETAIL TAPE | 1,117.41 |
| 802 | ONE-TIME SETUP FEES | 5,750.00 |
| 801 | PROGRAMMING FEES | 2,050.00 |
| 760 | SHIPPING | 98.88 |
| 730 | DATA COMM-LINES | 13,275.00 |
| 705 | EDI PROCESSING | 1,081.69 |
| 700 | REPORT WRITER | 20,000.00 |
| 270 | ON-LINE HISTORY | 6,159.69 |
| 150 | O/L LETTER WRITING | 6,451.44 |
| 125 | HELOC LOANS | 67.56 |
| 090 | WAREHOUSE | 1,117.41 |
| 080 | LOCK BOX | 311.79 |
| 040 | VOICE RESPONSE SYSTEM | 4,258.06 |
| 030 | SPEEDPAY INTERFACE | 1,076.82 |
| 010 | BASIC MBS SERVICING | 265,807.51 |
| 560 | INFORMENT PROCESSING | 5,587.07 |

| | |
| --- | --- |
| **TOTAL CURRENT INVOICE** | $334,210.33 |
| **TOTAL PAST DUE** | $859,357.40 |

Due Upon Receipt



**MortgageServ**

NEW CENTURY MORTGAGE CORP.
ERIC HAINES
1610 EAST ST ANDREWS STREET
SANTA ANA, CA  92705

*Remit Payment To:*

*Fiserv Lending Solutions - MortgageServ*
*75 Remittance Drive  Suite 6951*
*Chicago IL  60675-6951*

*For billing inquiries, contact*
*Donna Ault  (574) 245-1464*

## STATEMENT

| Date | Customer ID | Page |
|------|-------------|------|
| 5/7/2007 | 0680 | 1 |

| DATE | DOC# | DESCRIPTION | AMOUNT | BALANCE |
|------|------|-------------|--------|---------|
| 2/7/2007 | 0680-0107-01 | INVOICE | 439,395.17 | 439,395.17 |
| 3/13/2007 | I/C | PAYMENT-0680-0107-01 | 439,395.17 | 0.00 |
| 3/8/2007 | 0680-0207-01 | INVOICE | 423,720.08 | 423,720.08 |
| 4/6/2007 | 0680-0307-01 | INVOICE | 435,637.32 | 859,357.40 |
| 5/7/2007 | 0680-0407-02 | INVOICE | 334,210.33 | 1,193,567.73 |

| 0 - 30 | 31 - 60 | 61 - 90 | OVER 90 | TOTAL DUE |
|--------|---------|---------|---------|-----------|
| 334,210.33 | 859,357.40 | 0.00 | 0.00 | 1,193,567.73 |