UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | |
| INC., a Delaware corporation, *et al.*,[1] | : | Case Number 07-10416 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

The undersigned, a member of Whyte Hirschboeck Dudek S.C., certifies that on May 11, 2007, he caused a copy of the following document:

1. Objection To Assumption And Assignment (Cure Amount)

to be served on the attached Service List either electronically or via facsimile as indicated under each party.

Dated at Milwaukee, Wisconsin this 11th day of May, 2007.

_____
Patrick B. Howell
Whyte Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202
(414) 978-5526

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

# SERVICE LIST

| | |
|---|---|
| Mark H. Ralston, Esq.<br>Davor Rukavina, Esq.<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza<br>500 N. Akard Street<br>Dallas, TX 75201-6659<br>mralston@munsch.com<br>drukavina@munsch.com | Ken Coleman, Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>ken.coleman@allenovery.com |
| Steven K. Kartanek, Esq.<br>Womble Carlyle Sandridge & Rice, PLLC<br>222 Delaware Street<br>Suite 1501<br>Wilmington, DE 19801<br>wkortanek@wcsr.com | Jonathan A. Steinberg, Esq.<br>Eric S. Schuster, Esq.<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202<br>Facsimile: (410) 385-5119 |
| Daniel K. Astin, Esq.<br>Anthony M. Saccullo, Esq.<br>Fox Rothschild LLP<br>Citizens Bank Center<br>919 North Market Street<br>Suite 1300<br>PO Box 2323<br>Wilmington, DE 19899-2323<br>dastin@foxrothschild.com<br>asaccullo@foxrothschild.com | Diane W. Sanders, Esq.<br>Linebarger Goggan Blair & Sampson, LLP<br>1949 South I.H. 35 (78741)<br>PO Box 17428<br>Austin, TX 78760<br>Facsimile: (512) 443-5114 |
| Jessica A. Keating, Esq.<br>Michael A. Fagone, Esq.<br>Robert J. Keach, Esq.<br>Bernstein, Shur, Sawyer & Nelson<br>100 Middle Street<br>West Tower<br>PO Box 9729<br>Portland, ME 04104-5029<br>jkeating@bernsteinshur.com<br>mfagone@bernsteinshur.com<br>rkeach@bernsteinshur.com | Michael A. Morris, Esq.<br>A. Brent Truitt, Esq.<br>Jeanne E. Irving, Esq.<br>Bruce Bennett, Esq.<br>Joshua D. Morse, Esq.<br>Sidney P. Levinson, Esq.<br>Hennigan, Bennett & Dorman LLP<br>865 South Figueroa Street<br>Suite 2900<br>Los Angeles, CA 90017<br>mamorris@hbdlawyers.com<br>truittb@hbdlawyers.com<br>irvingj@hbdlawyers.com<br>bennettb@hbdlawyers.com<br>morsej@hbdlawyers.com<br>levinsons@hbdlawyers.com |

| | |
|---|---|
| Sheryl L. Moreau, Esq.<br>Special Assistant Attorney General<br>Missouri Department of Revenue<br>General Counsel's Office<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City, MO 65105-0475<br>Facsimile: (573) 751-7232 | Robert P. Gates, Esq.<br>Erskine & Tulley, P.C.<br>220 Montgomery Street<br>Suite 303<br>San Francisco, CA 94104<br>bob@erskinetulley.com |
| David A. Meskam, Manager<br>500 Eagles Landing, LLC<br>2100 Green Street, Apt. 404<br>San Francisco, CA 94123<br>dmeskan@pacbell.net | Property Management Professionals, LLC<br>1512 Royce Drive<br>Locust Grove, GA 30248<br>kurthenry@hotmail.com |
| D.J. Baker, Esq.<br>Rosalie W. Gray, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522<br>rgray@skadden.com | Megan E. Cleghorn, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, DE 19899-0636<br>mcleghorn@skadden.com |
| Robert M. Dombroff, Esq.<br>Steven Wilamowsky, Esq.<br>Andrew J. Gallo, Esq.<br>Richard H. Agins, Esq.<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022-4689<br>Robert.dombroff@bingham.com<br>Steven.wilamowsky@bingham.com<br>Andrew.gallo@bingham.com<br>Richard.agins@bingham.com | Matthew J. Lampke<br>Ohio Attorney General's Office<br>Assistant Chief<br>Executive Agencies Section<br>30 E. Broad Street, 26th Floor<br>Columbus, OH 43215-4200<br>mlampke@ag.state.oh.us |
| David H. Zielke, Esq.<br>Vice President & Assistant General Counsel<br>Washington Mutual<br>1301 Second Avenue, WMC 3501<br>Seattle, WA 98101<br>david.zielke@wamu.net | Karen C. Bifferato, Esq.<br>Marc J. Phillips, Esq.<br>Jeffrey C. Wisler, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>PO Box 2207<br>Wilmington, DE 19899<br>kbifferato@cblh.com<br>mphillips@cblh.com<br>jwisler@cblh.com |
| Brian D. Womac, Esq.<br>Denise H. Mitchell, Esq.<br>Womac & Associates<br>Two Memorial City Plaza<br>820 Gessner, Suite 1540<br>Houston, TX 77024<br>Facsimile: (713) 751-0808 | Keith Clements<br>IKON Office Solutions<br>Recovery & Bankruptcy<br>3920 Arkwright Road<br>Suite 400<br>Macon, GA 31210<br>Facsimile: (912) 471-2369 |

| | |
|---|---|
| David G. Aelvoet, Esq.<br>Linebarger Goggan Blair & Sampson LLP<br>Travis Building<br>711 Navarro, Suite 300<br>San Antonio, TX 78205<br>Facsimile: (210) 226-4308 | James R. Savin, Esq.<br>David M. Dunn, Esq.<br>Joanna F. Newdeck, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>jsavin@akingump.com<br>ddunn@akingump.com<br>jnewdeck@akingump.com |
| Julie A. Manning, Esq.<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>bankruptcy@goodwin.com | Gregory M. Petrick, Esq.<br>Angela Somers, Esq.<br>Howard R. Hawkins, Jr., Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Gregory.petrick@cwt.com<br>angela.somers@cwt.com<br>howard.hawkins@cwt.com |
| Neil B. Glassman, Esq.<br>Steven M. Yoder, Esq.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801<br>nglassman@bayardfirm.com<br>syoder@bayardfirm.com | Richard J. Reynolds, Esq.<br>Turner, Reynolds, Greco & O'Hara<br>16485 Laguna Canyon Road<br>Suite 250<br>Irvine, CA 92618<br>rreynolds@trlawyers.com |
| Raniero D'Aversa, Jr., Esq.<br>Laura D. Metzger, Esq.<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>rdaversa@mayerbrown.com<br>ldmetzger@mayerbrown.com | Joanne B. Wills, Esq.<br>Michael W. Yurkewicz, Esq.<br>Richard M. Beck, Esq.<br>Christopher A. Ward, Esq.<br>Klehr, Harrison, Harvey, Branzburg & Ellers LLP<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801<br>jwills@klehr.com<br>myurkewicz@klehr.com<br>rbeck@klehr.com<br>cward@klehr.com |
| Kurt F. Gwynne, Esq.<br>Reed Smith, LLP<br>1201 Market Street<br>Suite 1500<br>Wilmington, DE 19801<br>kgwynne@reedsmith.com | Mitchell W. Katz, Esq.<br>Qwest Legal Department<br>1801 California Street<br>Suite 900<br>Denver, CO 80202<br>Mitchell.katz@qwest.com |

3

| | |
|---|---|
| Michael R. Nestor, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, DE 19899-0391<br>mnestor@ycst.com | Mary R. Olsen, Esq.<br>M. Vance McCrary, Esq.<br>J. Cecil Gardner, Esq.<br>The Gardner Firm, P.C.<br>1119 Government Street<br>Post Office Drawer 3103<br>Mobile, AL 36652<br>molsen@thegardnerfirm.com<br>vmccrary@thegardnerfirm.com<br>cgardner@thegardnerfirm.com |
| Jane Kim, Esq.<br>Lisa M. Schweitzer, Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Place<br>New York, NY 10006<br>jakim@cgsh.com<br>lmschweitzer@cgsh.com | David W. Wirt, Esq.<br>Matthew J. Botica, Esq.<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>dwirt@winston.com<br>mbotica@winston.com |
| Christopher D. Loizides, Esq.<br>Loizides, P.A.<br>1225 King Street<br>Suite 800<br>Wilmington, DE 19801<br>loizides@loizides.com | Robert Goodrich, Esq.<br>Stites & Harrison, PLLC<br>1800 Fifth Third Center<br>424 Church Street<br>Nashville, TN 37219-2376<br>Robert.goodrich@stites.com |
| Peter S. Partee, Esq.<br>Hunton & Williams<br>200 Park Avenue<br>New York, NY 10166-0091<br>ppartee@hunton.com | J.R. Smith, Esq.<br>Jason W. Harbour, Esq.<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219-4074<br>jrsmith@hunton.com<br>jharbour@hunton.com |
| Elihu E. Allinson, III, Esq.<br>William D. Sullivan, LLC<br>4 East 8th Street<br>Suite 400<br>Wilmington, DE 19801<br>zeke@williamdsullivanllc.com | Susan D. Profant, CFCA, CLA, Paralegal<br>Ken Burton, Jr., Manatee County Tax Collector<br>PO Box 25300<br>Bradenton, FL 34206-5300<br>susanp@taxcollector.com |
| Lisa C. McLaughlin, Esq.<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>lcm@pgslaw.com | Carlos G. Manalansan, Esq.<br>Wolff & Samson, PC<br>The Offices of Crystal Lake<br>One Boland Drive<br>West Orange, NJ 07052<br>cmanalansan@wolffsamson.com |

4

WHD\5182743.1

| | |
|---|---|
| John J. Arminas, Esq.<br>Goldberg, Kamin & Garvin<br>1806 Frick Building<br>437 Grant Street<br>Pittsburgh, PA 15219<br>johna@gkattorneys.com | Rich F. Martin<br>8109 Santa Luz Village Green South<br>San Diego, CA 92127<br>richfmartin@gmail.com |
| Michael Reed, Esq.<br>McCreary, Veselka, Bragg & Allen, P.C.<br>PO Box 1269<br>Round Rock, TX 78680<br>mreed@mvbalaw.com | Leo D. Plotkin, Esq.<br>Levy, Small & Lallas<br>815 Moraga Drive<br>Los Angeles, CA 90049-1633<br>Facsimile: (310) 471-7990 |
| James E. Huggett, Esq.<br>Margolis Edelstein<br>750 S. Madison Street<br>Suite 102<br>Wilmington, DE 19801<br>jhuggett@margolisedelstein.com | Gilbert B. Weisman, Esq.<br>Becket and Lee<br>PO Box 3001<br>Malvern, PA 19355-0701<br>notices@becket-lee.com |
| Evelyn J. Meltzer, Esq.<br>Pepper Hamilton, LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>PO Box 1709<br>Wilmington, DE 19899-1709<br>meltzere@pepperlaw.com | William F. Taylor, Jr., Esq.<br>Katharine L. Mayer, Esq.<br>McCarter & English, LLP<br>919 N. Market Street, Suite 1800<br>PO Box 111<br>Wilmington, DE 19899<br>wtaylor@mccarter.com<br>kmayer@mccarter.com |
| Madeleine C. Wanslee, Esq.<br>Gust Rosenfeld P.L.C.<br>201 E. Washington Street, Suite 800<br>Phoenix, AZ 85004-2327<br>mwanslee@gustlaw.com | Thomas D. Maxson, Esq.<br>Cohen & Grigsby, P.C.<br>11 Stanwix Street, 15th Floor<br>Pittsburgh, PA 15222-1319<br>tmaxson@cohenlaw.com |
| Bryn H. Sherman, Esq.<br>Deckelbaum Ogens & Raftery, Chtd.<br>3 Bethesda Metro Center, Suite 200<br>Bethesda, MD 20814<br>bsherman@deckelbaum.com | Robert E. Greenburg, Esq.<br>Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC<br>1101 Seventeenth Street, N.W.<br>Suite 700<br>Washington, D.C. 20036-4704<br>rgreenberg@dclawfirm.com |
| Seth R. Weissman, Esq.<br>Vice President & General Counsel<br>Coremetrics, Inc.<br>1840 Gateway Drive, Suite 320<br>San Mateo, CA 94404<br>sweissman@coremetrics.com | Michael S. Etkin, Esq.<br>Ira M. Levee, Esq.<br>Lowenstein Sandler, PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>metkin@lowenstein.com<br>ilevee@lowenstein.com |

| | |
|---|---|
| Gregg S. Kleiner, Esq.<br>Cooley Godward Kronish LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-2222<br>kleinergs@cooley.com | Abhilash M. Raval, Esq,<br>Jeffrey K. Milton, Esq.<br>Wilbur F. Foster, Jr.<br>Milbank, Tweed, Hadley & McCloy, LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005-1413<br>araval@milbank.com<br>jmilton@milbank.com<br>wfoster@milbank.com |
| Bruce Gordon<br>Special Handling Group – MD NC322<br>IBM Credit LLC<br>North Castle Drive<br>Armonk, NY 10504<br>Facsimile: (866) 722-9226 | Sari E. Meador, Paralegal<br>Delinquency and Enforcement<br>Office of Joe G. Tedder, CFC<br>Tax Collector for Polk County, FL<br>PO Box 2016<br>Bartow, FL 33831-2016<br>sarimeador@polktaxes.com |
| Felix A. Seidler, Esq.<br>Reeves & Seidler<br>2527 Santa Clara Avenue<br>Alameda, CA 94501-4633<br>attyseidler@netscape.net | Richard S. Cobb, Esq.<br>Matthew B. McGuire, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801<br>cobb@lrclaw.com<br>mcguire@lrclaw.com |
| Randall S. Leff, Esq.<br>Eric M. Heller, Esq.<br>Michael S. Kogan, Esq.<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Boulevard<br>Ninth Floor<br>Beverly Hills, CA 90212-2974<br>rleff@ecjlaw.com<br>eheller@ecjlaw.com<br>mkogan@ecjlaw.com | Nancy Hotchkiss, Esq.<br>Trainor Fairbrook<br>PO Box 255824<br>Sacramento, CA 95865<br>nhotchkiss@trainorfairbrook.com |
| Donald A. Workman, Esq.<br>Baker & Hostetler LLP<br>1050 Connecticut Avenue, NW<br>Suite 1100<br>Washington, DC 20036<br>dowrkman@bakerlaw.com | Mark Lee<br>Contrarian Capital Management LLC<br>411 West Putnam Avenue<br>Suite 225<br>Greenwich, CT 06830<br>mlee@contrariancapital.com |
| Sherry D. Lowe, Esq.<br>Lamm Rubenstone Lesavoy Butz & David LLC<br>3600 Horizon Blvd., Suite 200<br>Trevose, PA 19053<br>sdlowe@lammrubenstone.com | Amish R. Doshi, Esq.<br>Day Pitney LLP<br>7 Times Square<br>New York, NY 10036-7311<br>adoshi@daypitney.com |

| | |
|---|---|
| T. Scott Leo, Esq.<br>Grace Winkler Cranley, Esq.<br>Leo & Weber, PC<br>One N. LaSalle Street<br>Suite 3600<br>Chicago, IL 60602<br>sleo@leoweber.com<br>gcranley@leoweber.com | Daniel T. Powers<br>Chatham County Tax Commissioner<br>PO Box 8321<br>Savannah, GA 31412<br>Facsimile: (912) 652-7101 |
| Regina Stango Kelbon, Esq.<br>Blank Rome LLP<br>One Logan Square<br>Philadelphia, PA 19103-6998<br>kelbon@blankrome.com | Frank F. Mcginn, Esq.<br>Bartlett Hackett Feinberg PC<br>155 Federal Street, 9th Floor<br>Boston, MA 02110<br>ffm@bostonbusinesslaw.com |
| Michael R. Lastowski, Esq.<br>Christopher M. Lastowski, Esq.<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>mlastowski@duanemorris.com<br>clastowski@duanemorris.com | Patricia B. Tomasco, Esq.<br>Brown McCarroll, LLP<br>111 Congress Avenue<br>Suite 1400<br>Austin, TX 78701<br>ptomasco@mailbmc.com |
| Charles J. Filardi, Jr.<br>Filardi Law Offices LLC<br>65 Trumbull Street, Second Floor<br>New Haven, CT 06510<br>charles@filardi-law.com | Laura Davis Jones, Esq.<br>Timothy P. Cairns, Esq.<br>Pachulski Stang Ziehl Young Jones & Weintraub LLP<br>919 N. Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, DE 19899<br>ljones@pszyjw.com<br>tcairns@pszyjw.com |
| Bennett L. Spiegel, Esq.<br>Shirley S. Cho, Esq.<br>Richard L. Wynne, Esq.<br>Kirkland & Ellis, LLP<br>777 S. Figueroa Street<br>Suite 3700<br>Los Angeles, CA 90017<br>bspiegel@kirkland.com<br>scho@kirkland.com<br>rwynne@kirkland.com | Elizabeth Banda, Esq.<br>Perdue, Brandon, Fielder, Collins & Mott, LLP<br>PO Box 13430<br>Arlington, TX 76094-0430<br>arlbank@pbfcm.com |
| Mark T. Power, Esq.<br>Mark S. Indelicato, Esq.<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>14th and 15th Floors<br>New York, NY 10022<br>mpower@hahnhessen.com<br>mindelicato@hahnhessen.com | David I. Swan, Esq.<br>Kenneth M. Misken, Esq.<br>McGuire Woods LLP<br>1750 Tysons Boulevard<br>Suite 1800<br>McLean, VA 22102-4215<br>dswan@mcguirewoods.com<br>kmisken@mcguirewoods.com |

7

| | |
|---|---|
| Keith W. Miller, Esq.<br>Richard A. Chesley, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>75 East 55th Street<br>New York, NY 10022<br>keithmiller@paulhastings.com<br>richardchesley@paulhastings.com | Andrea Sheehan, Esq.<br>Law Offices of Robert E. Luna, P.C.<br>4411 N. Central Expressway<br>Dallas, TX 75205<br>Facsimile: (214) 521-1738 |
| Katherine M. Windler, Esq.<br>Sukyong Suh, Esq.<br>Lawrence P. Gottesman, Esq.<br>Bryan Cave, LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401-2386<br>Katherine.windler@bryancave.com<br>Sukyong.suh@bryancave.com<br>lpgottesman@bryancave.com | Ian Connor Bifferato, Esq.<br>Garvan F. McDaniel, Esq.<br>Bifferato Gentilotti LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801<br>icb@bgbde.com<br>gfm@bgbde.com |
| John E. Mitchell, Esq.<br>Vinson & Elkins LLP<br>Trammel Crow Center<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75201<br>jmitchell@velaw.com | Don A. Beskrone, Esq.<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>PO Box 1150<br>Wilmington, DE 19899<br>dbeskrone@ashby-geddes.com |
| Frank G. Burt, Esq.<br>Raul A. Cuervo, Esq.<br>W. Glenn Merten, Esq.<br>Jorden Burt LLP<br>1025 Thomas Jefferson Street, NW<br>Suite 400 East<br>Washington, D.C. 20007-5208<br>fgb@jordenusa.com<br>rac@jordenusa.com<br>wgm@jordenusa.com | Barry V. Freeman, Esq.<br>David M. Poitras, Esq.<br>Jeffer, Mangels, Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067<br>bfreeman@jmbm.com<br>dpoitras@jmbm.com |
| Mark N. Berman, Esq.<br>Dennis J. Drebsky, Esq.<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110<br>mberman@nixonpeabody.com<br>ddrebsky@nixonpeabody.com | Elizabeth Weller, Esq.<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street<br>Suite 1600<br>Dallas, TX 75201<br>dallas.bankruptcy@publicans.com |
| Glenn M. Reisman, Esq.<br>The Law Offices of Glenn M. Reisman<br>Two Corporate Drive<br>Suite 234<br>Shelton, CT 06484<br>glenn.reisman@ge.com | John A. Vos, Esq.<br>The Law Offices of John A. Vos<br>1430 Lincoln Avenue<br>San Rafael, CA 94901<br>(no fax and no email, regular mail is the only way to serve) |

8

| | |
|---|---|
| Michael Busenkell, Esq.<br>Eckert, Seamans, Cherin & Mellot, LLC<br>300 Delaware Avenue<br>Suite 1210<br>Wilmington, DE 19801<br>mbusenkell@eckertseamans.com | Michael Weinstock<br>Quadrangle Group LLC<br>375 Park Avenue, 14th Floor<br>New York, NY 10152<br>Michael.weinstock@quadranglegroup.com |
| Jeffrey I. Golden, Esq.<br>Hutchison B. Meltzer, Esq.<br>Weiland, Golden, Smiley, Wang, Ekvall & Strok LLP<br>650 Town Center Drive<br>Suite 950<br>Costa Mesa, CA 92626<br>jgolden@wgllp.com<br>hmeltzer@wgllp.com | Vicki Namken<br>Bankruptcy Coordinator<br>IBM Corporation<br>13800 Diplomat Drive<br>Dallas, TX 75234<br>vnamken@us.ibm.com |
| Joseph Grey, Esq.<br>Stevens & Lee, P.C.<br>1105 North Market Street<br>Seventh Floor<br>Wilmington, DE 19801<br>jg@stevenslee.com | Nicholas J. Cremona, Esq.<br>David M. Eskew, Esq.<br>Margot B. Schonholtz, Esq.<br>Mark F. Liscio, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022<br>ncremona@kayescholer.com<br>deskew@kayescholer.com<br>mschonholtz@kayescholer.com<br>mliscio@kayescholer.com |
| Sean T. Scott, Esq.<br>Thomas S. Kiriakos, Esq.<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>stscott@mayerbrownrow.com<br>tskiriakos@mayerbrownrow.com | Salvatore J. Graziano, Esq.<br>Bernstein Litowitz Berger & Grossman LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>sgraziano@blbglaw.com |
| Blair A. Nicholas, Esq.<br>Bernstein Litowitz Berger & Grossman LLP<br>12481 High Bluff Drive<br>Suite 300<br>San Diego, CA 92130<br>blairn@blbglaw.com | Francis A. Monaco, Jr., Esq.<br>Monzack and Monaco, P.A.<br>1201 N. Orange Street<br>Suite 400<br>PO Box 2031<br>Wilmington, DE 19899-2031<br>fmonaco@monlaw.com |
| Douglas E. Deutsch, Esq.<br>Joseph H. Smolinsky, Esq.<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>ddeutsch@chadbourne.com<br>jsmolinsky@chadbourne.com | Diane J. Richey, Esq.<br>Vice President and General Counsel<br>Union Bank of California<br>445 S. Figueroa Street<br>Los Angeles, CA 90071<br>Facsimile: (213) 627-1819 |

| | |
|---|---|
| Thomas M. Korsman<br>Vice President<br>Wells Fargo Bank, NA<br>MAC N9303-120<br>608 2nd Avenue South<br>Minneapolis, MN 55479<br>Thomas.m.korsman@wellsfargo.com | Stuart B. Wolfe, Esq.<br>Yaron Shaham, Esq.<br>Wolfe & Wyman LLP<br>5 Park Plaza<br>Suite 1100<br>Irvine, CA 92614<br>sbwolfe@wolfewyman.com<br>yshaham@wolfewyman.com |
| David E. Retter, Esq.<br>Christena A. Lambriankos, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>dretter@kelleydrye.com<br>clambriankos@kelleydrye.com | Jed A. Hart, Esq.<br>Angelo, Gordon & Co.<br>245 Park Avenue<br>26th Floor<br>New York, NY 10167<br>jhart@angelogordon.com |
| Robert O. Cocco, Esq.<br>Robert P. Cocco, P.C.<br>437 Chestnut Street<br>Suite 1006<br>Philadelphia, PA 19106<br>rcocco@rcn.com | Michael G. Gallerizzo, Esq.<br>Gebhardt & Smith LLP<br>901 Market Street<br>Suite 451<br>Wilmington, DE 19801<br>Facsimile: (302) 429-5953 |
| Charles A. Hansen, Esq.<br>Mark S. Bostick, Esq.<br>Wendel, Rosen, Black & Dean LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607<br>chanson@wendel.com<br>mbostick@wendel.com | T. Robert Finlay, Esq.<br>Donna L. La Porte, Esq.<br>Wright, Finlay & Zak, LLP<br>4665 MacArthur Court<br>Suite 280<br>Newport Beach, CA 92660<br>rfinley@wrightlegal.com<br>dlaporte@wrightlegal.com |
| Chris Lenhart, Esq.<br>Dorsey & Whitney LLP<br>Suite 1500<br>50 South Sixth Street<br>Minneapolis, MN 55402<br>lenhart.chris@dorsey.com | Brian M. Metcalf, Esq.<br>Ben H. Logan, Esq.<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>bmetcalf@omm.com<br>blogan@omm.com |
| Laurie Selber Silverstein, Esq.<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>6th Floor<br>Wilmington, DE 19801<br>lsilverstein@pottersanderson.com | William G. Malcolm, Esq.<br>Malcolm & Cisneros<br>2112 Business Center Drive<br>Second Floor<br>Irvine, CA 92612<br>bill@mclaw.org |

10

WHD\5182743.1

| | |
|---|---|
| Scot Freeman<br>Travelers<br>National Accounts<br>Account Resolution<br>1 Tower Square – 5MN<br>Hartford, CT 06183<br>Facsimile: (860) 277-2158 | Suzzanne Uhland, Esq.<br>Brophy Cristensen, Esq.<br>O'Melvaney & Myers LLP<br>275 Battery Street<br>26th Floor<br>San Francisco, CA 94111<br>suhland@omm.com<br>bcristensen@omm.com |
| Paul M. Basta, Esq.<br>Joshua A. Sussberg, Esq.<br>Kirkland & Ellis, LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022<br>pbasta@kirkland.com<br>jsussberg@kirkland.com | United States Trustee<br>District of Delaware<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035<br>Facsimile: (212) 668-2256 |
| Mark D. Collins, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE 19899<br>Collins@rlf.com | Bonnie Glantz Fatell, Esq.<br>Blank Rome LLP<br>Chase Manhattan Centre<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801<br>fatell@blankrome.com |
| Steven K. Kartanek, Esq.<br>Womble Carlyle Sandridge & Rice, PLLC<br>222 Delaware Street<br>Suite 1501<br>Wilmington, DE 19801<br>wkortanek@wcsr.com | |