IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| NEW CENTURY TRS HOLDINGS, | § | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |

**OBJECTION AND RESERVATION OF RIGHTS OF
CB RICHARD ELLIS CORPORATE FACILITIES MANAGEMENT, INC.
WITH RESPECT TO CURE AMOUNTS AND CLAIMS**

CB Richard Ellis Corporate Facilities Management, Inc. ("CBRE"), by and through its undersigned attorneys, files this *Objection and Reservation of Rights of CB Richard Ellis Corporate Facilities Management, Inc. with Respect to Cure Amounts and Claims* (the "Objection") and respectfully states as follows:

**BACKGROUND**

1.      On April 2, 2007 (the "Petition Date"), New Century TRS Holdings, Inc. and its affiliated debtors and debtors-in-possession (the "Debtors") filed voluntary petitions with this Court pursuant to chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), commencing the above-referenced, jointly administered chapter 11 proceeding.

2.      The Debtors continue to operate and manage their properties as debtors-in-possession pursuant to Bankruptcy Code §§1107(a) and 1108.

3.      The *Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Bidding Procedures, Including Break-Up Fee and Expense Reimbursement Payable to Carrington Mortgage Services, LLC for Sale of Debtors' Servicing Business; (II) Scheduling Bid Deadline, Auction Date, and Sale Hearing and Approving Notice Thereof; and (III) Approving*

*Procedures to Fix Cure Amounts Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Approving Notice Thereof* (the "Sales Order") [Docket No, 340], which sets forth the procedures for objection to cure amounts for all non-debtor counterparties to the Assumed Contracts,[1] was entered by this Court on April 19, 2007.

4.      On or about April 26, 2007, CBRE received the *Notice of New Century's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposes Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith* (the "Notice").

5.      Pursuant to the Notice, the Debtors intend to assume and assign that certain Master Services Agreement, dated as of December 15, 2006, by and between New Century Mortgage Corporation[2] and CBRE (the "Master Services Agreement"). The Notice lists the Cure Amount for the Master Services Agreement as $0.00.

6.      Pursuant to the terms of the Master Services Agreement, the amount of all defaults as of the date hereof total *at least* $565,884.35. *See* attached **Exhibit 1** (documenting the Cure Amounts due under the Master Services Agreement). Claims under the Master Services Agreement continue to accrue.

## OBJECTION

7.      CBRE objects to the cure amount identified for the Master Services Agreement. The proposed cure amount is at least $565,884.35. *See* **Exhibit 1**.

## RESERVATION OF RIGHTS

8.      CBRE reserves all rights to amend and modify this Objection, to include claiming additional amounts that may come due and remain unpaid under the Master Services Agreement.

---

[1]  Any capitalized term not defined in this Objection shall have the meaning ascribed to it in the Sales Order.
[2]  New Century Mortgage Corporation is one of the Debtors.

WHEREFORE, CBRE respectfully requests that this Court deny the assignment and assumption of the Master Services Agreement unless and until the Notice is amended to fully reflect the proper cure amount owed to CBRE.

Dated: May 11, 2007

Respectfully Submitted,

By:_____

Ian Connor Bifferato (#3273)
Garvan F. McDaniel (#4167)
**BIFFERATO GENTILOTTI LLC**
800 N. King Street, Plza Level
Wilmington, Delaware 19801
(302) 429-1900

John E. Mitchell, SBT #00797095
Richard N. Berberian, SBT #24045484
**VINSON & ELKINS L.L.P.**
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
Tel: (214) 220-7700
Fax: (214) 220-7716

**ATTORNEYS FOR
CB RICHARD ELLIS CORPORATE
FACILITIES MANAGEMENT, INC.**