# EXHIBIT A

**CB RICHARD ELLIS - INVOICES DUE FROM NEW CENTURY MORTGAGE**
Through April 30, 2007

| Document | Alpha Name | Doc T | G/L Date | Batch Nur | P C | Document | Doc Co | Business | Pay It | Open Amount | Pay Stat | Remark | dress Num | Invoice Number | Pay G/l | Due Date | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre Petition:** | | | | | | | | | | | | | | | | | |
| | **Management Fees/Salaries:** | | | | | | | | | | | | | | | | |
| 6768533 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768533 | 07041 | NCM1145 | 001 | 11,161.24 | Pre - 09/06 Mngt Fee 55744 | 09/06 Mngt Fee 55744 | 272790 | 242344 | | 09/28/06 | 09/28/06 |
| 6768534 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768534 | 07041 | NCM1145 | 001 | 18,943.63 | Pre - 11/06 End salaries | 55744 11/06 End Salaries | 272790 | 253140 | | 11/30/06 | 11/30/06 |
| 6606899 | CB Richard Ellis | PU | 2/21/2007 | 5864225 | D | 6606899 | 07041 | NCM1145 | 001 | (15.00) | Pre - Invoice adj. 55605 | Invoice adj. 55605 | 296895 | 257789 | | 12/29/06 | 12/29/06 |
| 6768543 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768543 | 07041 | NCM1145 | 001 | 2,486.79 | Pre - 01/07 FM Management Fe | FM Management Fee | 272790 | 00263297A | | 01/31/07 | 01/31/07 |
| 6768537 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768537 | 07041 | NCM1145 | 001 | 665.36 | Pre - 02/07 MID Sal 4% catchup | 02/07 MID Sal 4% catchu | 272790 | 285863A | | 02/09/07 | 02/09/07 |
| 6768535 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768535 | 07041 | NCM1145 | 004 | 49.00 | Pre - 02/07 End Oper Salaries | 02/07 End Oper Salaries | 272790 | 268392 | | 02/28/07 | 02/28/07 |
| 6768535 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768535 | 07041 | NCM1145 | 003 | 290.01 | Pre - 02/07 End Oper Salaries | 02/07 End Oper Salaries | 272790 | 268392 | | 02/28/07 | 02/28/07 |
| 6768535 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768535 | 07041 | NCM1145 | 002 | 1,788.35 | Pre - 02/07 End Oper Salaries | 02/07 End Oper Salaries | 272790 | 268392 | | 02/28/07 | 02/28/07 |
| 6768535 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768535 | 07041 | NCM1145 | 001 | 33,486.07 | Pre - 02/07 End Oper Salaries | 02/07 End Oper Salaries | 272790 | 268392 | | 02/28/07 | 02/28/07 |
| 6822658 | CB Richard Ellis | PU | 5/7/2007 | 7216733 | D | 6822658 | 07041 | NCM1145 | 001 | 21,938.49 | Pre-March mid-month salaries | March mid-month salaries | 272790 | 271388 | | 03/15/07 | 03/15/07 |
| 6822658 | CB Richard Ellis | PU | 5/7/2007 | 7216733 | D | 6822658 | 07041 | NCM1145 | 002 | 1,741.55 | Pre-March mid-month salaries | March mid-month salaries | 272790 | 271388 | | 03/15/07 | 03/15/07 |
| 6822659 | CB Richard Ellis | PU | 5/7/2007 | 7216733 | D | 6822659 | 07041 | NCM1145 | 001 | 7,345.66 | Pre-Mid-March salaries | Mid-March salaries | 272790 | 271443 | | 03/15/07 | 03/15/07 |
| 6791087 | CB Richard Ellis | PU | 4/18/2007 | 6980226 | D | 6791087 | 07041 | NCM1145 | 001 | 13,520.00 | Pre - 03/07 management fee | FM onsite | 272790 | 271782 | | 03/21/07 | 03/21/07 |
| 6791088 | CB Richard Ellis | PU | 4/18/2007 | 6980226 | D | 6791088 | 07041 | NCM1145 | 004 | 17.97 | Pre - 03/07 End salaries - to 3/2 | FM onsite | 272790 | 273435 | | 03/30/07 | 03/30/07 |
| 6791088 | CB Richard Ellis | PU | 4/18/2007 | 6980226 | D | 6791088 | 07041 | NCM1145 | 003 | 64.82 | Pre - 03/07 End salaries - to 3/2 | FM onsite | 272790 | 273435 | | 03/30/07 | 03/30/07 |
| 6791088 | CB Richard Ellis | PU | 4/18/2007 | 6980226 | D | 6791088 | 07041 | NCM1145 | 005 | 225.15 | Pre - 03/07 End salaries - to 3/2 | FM onsite | 272790 | 273435 | | 03/30/07 | 03/30/07 |
| 6791088 | CB Richard Ellis | PU | 4/18/2007 | 6980226 | D | 6791088 | 07041 | NCM1145 | 002 | 270.70 | Pre - 03/07 End salaries - to 3/2 | FM onsite | 272790 | 273435 | | 03/30/07 | 03/30/07 |
| 6791088 | CB Richard Ellis | PU | 4/18/2007 | 6980226 | D | 6791088 | 07041 | NCM1145 | 006 | 3,478.05 | Pre - 03/07 End salaries - to 3/2 | FM onsite | 272790 | 273435 | | 03/30/07 | 03/30/07 |
| 6791088 | CB Richard Ellis | PU | 4/18/2007 | 6980226 | D | 6791088 | 07041 | NCM1145 | 001 | 21,984.66 | Pre - 03/07 End salaries - to 3/2 | FM onsite | 272790 | 273435 | | 03/30/07 | 03/30/07 |
| 6791089 | CB Richard Ellis | PU | 4/18/2007 | 6980226 | D | 6791089 | 07041 | NCM1145 | 001 | 7,345.66 | Pre - 03/07 Proj salaries - to 3/2 | PM onsite | 272790 | 273484 | | 03/30/07 | 03/30/07 |
| 6822660 | CB Richard Ellis | PU | 5/7/2007 | 7216733 | D | 6822660 | 07041 | NCM1145 | 003 | 1,741.55 | Pre-March end-month salaries | 3/31-4/7 salaries | 272790 | 275835 | | 04/13/07 | 04/13/07 |
| 6822660 | CB Richard Ellis | PU | 5/7/2007 | 7216733 | D | 6822660 | 07041 | NCM1145 | 001 | 14,196.55 | Pre-3/31-4/1 salaries | 3/31-4/7 salaries | 272790 | 275835 | | 04/13/07 | 04/13/07 |
| 6822661 | CB Richard Ellis | PU | 5/7/2007 | 7216733 | D | 6822661 | 07041 | NCM1145 | 001 | 4,807.00 | Pre-3/26-4/1 salaries | 3/26-4/7 salaries | 272790 | 275866 | | 04/13/07 | 04/13/07 |
| 6769092 | CB Richard Ellis-BofA P Card | PV | 3/30/2007 | 76890788 | D | 6769092 | 07808 | NCM0000 | 002 | 100.00 | Pre - Reimb for March utilities pa | reimb pcard for utilities | 403672 | UTILITIES 03/07 | | 03/30/07 | 03/30/07 |
| 6769092 | CB Richard Ellis-BofA P Card | PV | 3/30/2007 | 76890788 | D | 6769092 | 07808 | NCM0000 | 007 | 130.16 | Pre - Reimb for March utilities pa | reimb pcard for utilities | 403672 | UTILITIES 03/07 | | 03/30/07 | 03/30/07 |
| 6769092 | CB Richard Ellis-BofA P Card | PV | 3/30/2007 | 76890788 | D | 6769092 | 07808 | NCM0000 | 001 | 131.94 | Pre - Reimb for March utilities pa | reimb pcard for utilities | 403672 | UTILITIES 03/07 | | 03/30/07 | 03/30/07 |
| 6769092 | CB Richard Ellis-BofA P Card | PV | 3/30/2007 | 76890788 | D | 6769092 | 07808 | NCM0000 | 008 | 173.01 | Pre - Reimb for March utilities pa | reimb pcard for utilities | 403672 | UTILITIES 03/07 | | 03/30/07 | 03/30/07 |
| 6769092 | CB Richard Ellis-BofA P Card | PV | 3/30/2007 | 76890788 | D | 6769092 | 07808 | NCM0000 | 009 | 394.61 | Pre - Reimb for March utilities pa | reimb pcard for utilities | 403672 | UTILITIES 03/07 | | 03/30/07 | 03/30/07 |
| 6769092 | CB Richard Ellis-BofA P Card | PV | 3/30/2007 | 76890788 | D | 6769092 | 07808 | NCM0000 | 003 | 409.80 | Pre - Reimb for March utilities pa | reimb pcard for utilities | 403672 | UTILITIES 03/07 | | 03/30/07 | 03/30/07 |
| 6804049 | CB Richard Ellis-BofA P Card | PV | 4/25/2007 | 76895116 | D | 6804049 | 07808 | NCM0000 | 001 | 3.00 | Pre- Utility pymt reimb | pre reimb pcard for utilitie | 403672 | JTILITIES 3/6/07 | | 04/04/07 | 04/04/07 |
| | | | | | | | | | | **168,876.78** | | | | | | | |
| | **Project Management:** | | | | | | | | | | | | | | | | |
| 6768483 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768483 | 07186 | NCM2268 | 001 | 37.79 | Pre - 3/23 Jacksonville PM reimt | Jacksonville PM reimburs | 272790 | 04-004107 | | 03/23/05 | 03/23/05 |
| 6768484 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768484 | 07285 | NCM2999 | 001 | 2,500.00 | Pre - Phoenix (Dunlap) closure F | Phoenix (Dunlap) closure | 272790 | 06-002226A | | 07/24/06 | 07/24/06 |
| 6768485 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768485 | 07406 | NCM4102 | 001 | (20,048.00) | Pre - Houston Lakewood (Retail | Houston Lakewood (Retai | 272790 | 06-002226CR | | 07/24/06 | 07/24/06 |
| 6791079 | CB Richard Ellis | PU | 4/18/2007 | 6980226 | D | 6791079 | 07171 | NCM2238 | 001 | 2,500.00 | Pre - 11/10/06 | Emeryville RRN PM servi | 272790 | 06-004149 | | 11/10/06 | 11/10/06 |
| 6768486 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768486 | 07899 | NCM9117 | 001 | 13,400.10 | Pre - 2/28/07 services | PM for Hoosier project | 272790 | 06-006066 | | 02/28/07 | 02/28/07 |
| 6768546 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768546 | 07179 | NCM2253 | 001 | 3,200.00 | Pre - 3/19/07 services | Kansas City Relo PM | 272790 | 06-006177 | | 03/19/07 | 03/19/07 |
| 6768487 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768487 | 07899 | NCM9117 | 001 | 13,400.00 | Pre - 3/19/07 services | Hoosier project PM servic | 272790 | 06-006178 | | 03/19/07 | 03/19/07 |
| 6768488 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768488 | 07460 | NCM4169 | 001 | 3,200.00 | Pre - 3/20/07 services | Vancouver RRN closure F | 272790 | 06-006180 | | 03/20/07 | 03/20/07 |
| 6768489 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768489 | 07460 | NCM4169 | 001 | 93.95 | Pre - 3/21 Vancouver RRN clos | Vancouver RRN closure F | 272790 | 06-006189 | | 03/21/07 | 03/21/07 |
| 6768490 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768490 | 07460 | NCM4169 | 001 | 673.88 | Pre - 3/21 Vancouver RRN clos | Vancouver RRN closure F | 272790 | 06-006190 | | 03/21/07 | 03/21/07 |
| 6768491 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768491 | 07460 | NCM4169 | 001 | 602.60 | Pre - 3/21 Vancouver RRN clos | Vancouver RRN closure F | 272790 | 06-006191 | | 03/21/07 | 03/21/07 |
| 6768493 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768493 | 07285 | NCM2999 | 001 | 257.60 | Pre - 3/21 Emeryville closure PM | Emeryville closure PM ser | 272790 | 06-006192 | | 03/21/07 | 03/21/07 |
| 6768494 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768494 | 07285 | NCM2999 | 001 | 749.40 | Pre - 3/21 Emeryville closure PM | Emeryville closure PM ser | 272790 | 06-006193 | | 03/21/07 | 03/21/07 |
| 6791080 | CB Richard Ellis | PU | 4/18/2007 | 6980226 | D | 6791080 | 07441 | NCM4147 | 001 | 2,400.00 | Pre - 03/07 Proj Mngr Melville re | Melville reconfig PM | 272790 | 06-006267 | | 03/29/07 | 03/29/07 |
| 6791081 | CB Richard Ellis | PU | 4/18/2007 | 6980226 | D | 6791081 | 07184 | NCM2261 | 001 | 5,000.00 | Pre - 2/28 | Bensalem closure PM ser | 272790 | 07-000258 | | 02/28/07 | 02/28/07 |
| 6791082 | CB Richard Ellis | PU | 4/18/2007 | 6980226 | D | 6791082 | 07877 | NCM4385 | 001 | 6,500.00 | Pre - 2/28 | Hanover PM services | 272790 | 07-000262 | | 02/28/07 | 02/28/07 |
| 6768495 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768495 | 07479 | NCM4192 | 001 | 3,750.00 | Pre - 2/28/07 services | PM for Boosier, LA closur | 272790 | 07-000343 | | 02/28/07 | 02/28/07 |
| 6768496 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768496 | 07041 | NCM1145 | 001 | 22,920.00 | Pre - 1/27 - 3/9 Temporary Senic | Temporary Senior PM | 272790 | 07-000417 | | 03/19/07 | 03/19/07 |
| 6768497 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768497 | 07479 | NCM4192 | 001 | 3,750.00 | Pre - 3/19/07 services | Bossier, LA relo PM | 272790 | 07-000422 | | 03/19/07 | 03/19/07 |
| 6768498 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768498 | 07893 | NCM4399 | 001 | 5,000.00 | Pre - 3/19/07 services | Montgomery RRN PM ser | 272790 | 07-000423 | | 03/19/07 | 03/19/07 |
| 6768499 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768499 | 07465 | NCM4175 | 001 | 5,000.00 | Pre - 3/19/07 services | Redmond RRN PM servic | 272790 | 07-000424 | | 03/19/07 | 03/19/07 |
| 6768500 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768500 | 07892 | NCM4400 | 001 | 9,500.00 | Pre - 3/19/07 services | Tuscaloosa RRN PM serv | 272790 | 07-000425 | | 03/19/07 | 03/19/07 |
| 6768501 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768501 | 07471 | NCM4182 | 001 | 9,500.00 | Pre - 3/19/07 services | Villa Rica RRN PM servic | 272790 | 07-000426 | | 03/19/07 | 03/19/07 |
| 6768502 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768502 | 07871 | NCM4381 | 001 | 9,500.00 | Pre - 3/19/07 services | Nashua RRN PM services | 272790 | 07-000427 | | 03/19/07 | 03/19/07 |
| 6768504 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768504 | 07863 | NCM4380 | 001 | 9,500.00 | Pre - 3/19/07 services | Lancaster PM services | 272790 | 07-000428 | | 03/19/07 | 03/19/07 |
| 6768505 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768505 | 07461 | NCM4170 | 001 | 6,400.00 | Pre - 3/20/07 services | Clackamas RRN closure F | 272790 | 07-000432 | | 03/20/07 | 03/20/07 |

**CB RICHARD ELLIS - INVOICES DUE FROM NEW CENTURY MORTGAGE**
Through April 30, 2007

| Document | Alpha Name | Doc T | G/L Date | Batch Nur | P C | Document | Doc Co | Business | Pay Ite | Open Amount | Pay Stat | Remark | dress Num | Invoice Number | Pa) G/l | Due Date | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6768506 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768506 | 07159 | NCM2224 | 001 | 3,200.00 | Pre - 3/20/07 services | Los Angeles CDL closure | 272790 | 07-000433 | | 03/20/07 | 03/20/07 |
| 6791083 | CB Richard Ellis | PU | 4/18/2007 | 6980226 | D | 6791083 | 07378 | NCM3737 | 001 | 3,750.00 | Pre - 3/20 | San Diego relo PM | 272790 | 07-000434 | | 03/20/07 | 03/20/07 |
| 6768507 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768507 | 07877 | NCM4385 | 001 | 3,200.00 | Pre - 3/20/07 services | San Diego CDL closure P | 272790 | 07-000435 | | 03/20/07 | 03/20/07 |
| 6768508 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768508 | 07241 | NCM2630 | 001 | 3,200.00 | Pre - 3/20/07 services | San Jose CDL closure PM | 272790 | 07-000436 | | 03/20/07 | 03/20/07 |
| 6768509 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768509 | 07254 | NCM2645 | 001 | 2,500.00 | Pre - 3/20/07 services | Waukesha CDL closure P | 272790 | 07-000437 | | 03/20/07 | 03/20/07 |
| 6768510 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768510 | 07237 | NCM2625 | 001 | 6,400.00 | Pre - 3/20/07 services | Princeton CDL closure PM | 272790 | 07-000438 | | 03/20/07 | 03/20/07 |
| 6768511 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768511 | 07257 | NCM2648 | 001 | 5,000.00 | Pre - 3/20/07 services | Elmsford CDL closure PM | 272790 | 07-000439 | | 03/20/07 | 03/20/07 |
| 6768512 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768512 | 07235 | NCM2621 | 001 | 5,000.00 | Pre - 3/20/07 services | Baton Rouge CDL closure | 272790 | 07-000440 | | 03/20/07 | 03/20/07 |
| 6768513 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768513 | 07041 | NCM1145 | 001 | 8,820.00 | Pre - 3/10-3/23 Temp Senior PM | Temp Senior PM | 272790 | 07-000441 | | 03/21/07 | 03/21/07 |
| 6768515 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768515 | 07220 | NCM2339 | 001 | 2,500.00 | Pre - 3/21/07 services | Knoxville CDL closure PM | 272790 | 07-000442 | | 03/21/07 | 03/21/07 |
| 6768516 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768516 | 07219 | NCM2338 | 001 | 2,500.00 | Pre - 3/21/07 services | Marietta CDL closure PM | 272790 | 07-000443 | | 03/21/07 | 03/21/07 |
| 6768517 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768517 | 07162 | NCM2229 | 001 | 3,200.00 | Pre - 3/21/07 services | Marietta CDL closure PM | 272790 | 07-000444 | | 03/21/07 | 03/21/07 |
| 6768518 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768518 | 07141 | NCM2201 | 001 | 5,000.00 | Pre - 3/21/07 services | Oklahoma CDL closure PI | 272790 | 07-000445 | | 03/21/07 | 03/21/07 |
| 6768519 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768519 | 07477 | NCM4189 | 001 | 5,000.00 | Pre - 3/21/07 services | Oklahoma RRN closure | 272790 | 07-000446 | | 03/21/07 | 03/21/07 |
| 6768520 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768520 | 07234 | NCM2620 | 001 | 9,600.00 | Pre - 3/21/07 services | Fort Worth relocation PM | 272790 | 07-000447 | | 03/21/07 | 03/21/07 |
| 6768521 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768521 | 07234 | NCM2620 | 001 | 6,400.00 | Pre - 3/21/07 services | Ft. Worth CDL closure | 272790 | 07-000448 | | 03/21/07 | 03/21/07 |
| 6768522 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768522 | 07932 | NCM4407 | 001 | 5,375.00 | Pre - 3/21/07 services | FT Myers RRN PM servic | 272790 | 07-000450 | | 03/21/07 | 03/21/07 |
| 6768523 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768523 | 07882 | NCM4384 | 001 | 4,750.00 | Pre - 3/21/07 services | Middleboro RRN PM servi | 272790 | 07-000451 | | 03/21/07 | 03/21/07 |
| 6768524 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768524 | 07882 | NCM4384 | 001 | 7,500.00 | Pre - 3/21/07 services | Plymouth RRN PM servic | 272790 | 07-000453 | | 03/21/07 | 03/21/07 |
| 6768526 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768526 | 07863 | NCM4380 | 001 | 9,500.00 | Pre - 3/21/07 services | Lancaster RRN PM servic | 272790 | 07-000454 | | 03/21/07 | 03/21/07 |
| 6768527 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768527 | 07220 | NCM2339 | 001 | 327.30 | Pre - 3/21/07 services | Knoxvill CDL PM services | 272790 | 07-000457 | | 03/21/07 | 03/21/07 |
| 6768528 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768528 | 07378 | NCM3737 | 001 | 121.48 | Pre - 3/21 San Diego Whls PM s | San Diego Whls PM servi | 272790 | 07-000458 | | 03/21/07 | 03/21/07 |
| 6768529 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768529 | 07159 | NCM2224 | 001 | 31.50 | Pre - 3/21 Los Angeles CDL PM | Los Angeles CDL PM serv | 272790 | 07-000459 | | 03/21/07 | 03/21/07 |
| 6768530 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768530 | 07882 | NCM4384 | 001 | 56.35 | Pre - 3/21Plymouth RRN branch | Plymouth RRN branch op | 272790 | 07-000461 | | 03/21/07 | 03/21/07 |
| 6768531 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768531 | 07041 | NCM1145 | 001 | 267.13 | Pre - 3/21Temporary Senior PM | Temporary Senior PM | 272790 | 07-000462 | | 03/21/07 | 03/21/07 |
| 6768532 | CB Richard Ellis | PU | 3/30/2007 | 6821159 | D | 6768532 | 07183 | NCM2260 | 001 | 5,000.00 | Pre - 3/21/07 services | St. Louis CDL PM service | 272790 | 07-000463 | | 03/21/07 | 03/21/07 |
| 6791084 | CB Richard Ellis | PU | 4/18/2007 | 6980226 | D | 6791084 | 07219 | NCM2338 | 001 | (3,200.00) | Pre - correction to a previous bill | Marietta CDL closure PM | 272790 | 07-000679 | | 04/03/07 | 04/03/07 |
| 6791085 | CB Richard Ellis | PU | 4/18/2007 | 6980226 | D | 6791085 | 07162 | NCM2229 | 001 | 3,200.00 | Pre - 3/20 services | Duluth CDL closure PM | 272790 | 07-000680 | | 04/03/07 | 04/03/07 |
| 6791086 | CB Richard Ellis | PU | 4/18/2007 | 6980226 | D | 6791086 | 07479 | NCM4192 | 001 | 631.38 | Pre - Bossier relo PM | Bossier relo PM | 272790 | 07-000683 | | 04/04/07 | 04/04/07 |
| | | | | | | | | | | **228,117.46** | | | | | | | |
| | **Lease Administration:** | | | | | | | | | | | | | | | | |
| 6791077 | CB Richard Ellis | PU | 4/18/2007 | 6980226 | D | 6791077 | 04005 | NCM1140 | 001 | 22,428.39 | Pre - 02/07 Lease admin. | Lease admin. Feb 07 | 272789 | 0207-55638 | | 02/15/07 | 02/15/07 |
| 6791078 | CB Richard Ellis | PU | 4/18/2007 | 6980226 | D | 6791078 | 04005 | NCM1140 | 001 | 21,368.42 | Pre - 03/07 Lease Admin | Lease Admin | 272789 | 0307-55638 | | 03/15/07 | 03/15/07 |
| | | | | | | | | | | **43,796.81** | | | | | | | |
| | **Technicians:** | | | | | | | | | | | | | | | | |
| 6744490 | CBRE Technical Services | PU | 3/22/2007 | 6636074 | D | 6744490 | 07041 | NCM1145 | 001 | 9,329.87 | Pre - 2/15 - 2/18 | CBRE Tech Services | 272053 | 01053-64806RY | | 02/26/07 | 02/26/07 |
| 6791076 | CBRE Technical Services | PU | 4/18/2007 | 6980226 | D | 6791076 | 07041 | NCM1145 | 001 | 9,940.60 | Pre - 2/19 - 3/4 | CBRE Tech Service | 272053 | 01053-66707RY | | 03/28/07 | 03/28/07 |
| 6791075 | CBRE Technical Services | PU | 4/18/2007 | 6980226 | D | 6791075 | 07041 | NCM1145 | 001 | 9,207.71 | Pre - 3/5 - 3/18 | CBRE Tech Services | 272053 | 01053-66440RY | | 03/23/07 | 03/23/07 |
| 6822655 | CBRE Technical Services | PU | 5/7/2007 | 7216733 | D | 6822655 | 07041 | NCM1145 | 001 | 8,928.19 | Pre-3/19-4/1 tech services | 3/19-4/1 tech services | 272053 | 01053-67256RY | | 04/05/07 | 04/05/07 |
| | | | | | | | | | | **37,406.37** | | | | | | | |
| | **Call Center:** | | | | | | | | | | | | | | | | |
| 6741098 | Facilities Knowledge Center | PU | 3/21/2007 | 6604670 | D | 6741098 | 07041 | NCM1145 | 001 | 4,435.45 | Pre - February | FKC 116733 | 270999 | 01051-2861RX | | 03/08/07 | 03/08/07 |
| 6804360 | Facilities Knowledge Center | PU | 4/26/2007 | 7092331 | D | 6804360 | 07041 | NCM1145 | 001 | 1,999.75 | Pre-March Call Center | March Call Center | 270999 | 01051-2978RX | | 04/09/07 | 04/09/07 |
| | | | | | | | | | | **6,435.20** | | | | | | | |
| | | | | | | **TOTAL PRE-PETITION** | | | | **484,631.62** | | | | | | | |
| **Post Petition:** | | | | | | | | | | | | | | | | | |
| | **Management Fees/Salaries:** | | | | | | | | | | | | | | | | |
| 6822660 | CB Richard Ellis | PU | 5/7/2007 | 7216733 | D | 6822660 | 07041 | NCM1145 | 002 | 7,363.50 | Post-4/2-4/7 salaries | 3/31-4/7 salaries | 272790 | 275835 | | 04/13/07 | 04/13/07 |
| 6822661 | CB Richard Ellis | PU | 5/7/2007 | 7216733 | D | 6822661 | 07041 | NCM1145 | 002 | 2,538.66 | Post-4/2-4/7 salaries | 3/26-4/7 salaries | 272790 | 275866 | | 04/13/07 | 04/13/07 |
| 6822663 | CB Richard Ellis | PU | 5/7/2007 | 7216733 | D | 6822663 | 07041 | NCM1145 | 001 | 7,033.76 | Post - 04/07 End Salaries | Post - 04/07 End Salaries | 272790 | 278189 | | 04/30/07 | 04/30/07 |
| 6822664 | CB Richard Ellis | PU | 5/7/2007 | 7216733 | D | 6822664 | 07041 | NCM1145 | 001 | 18,661.72 | Post - 04/07 End salaries - throu | Post - 04/07 End salaries | 272790 | 278221 | | 04/30/07 | 04/30/07 |
| 6822664 | CB Richard Ellis | PU | 5/7/2007 | 7216733 | D | 6822664 | 07041 | NCM1145 | 002 | 304.30 | Post - 04/07 End salaries | Post - 04/07 End salaries | 272790 | 278221 | | 04/30/07 | 04/30/07 |
| 6822664 | CB Richard Ellis | PU | 5/7/2007 | 7216733 | D | 6822664 | 07041 | NCM1145 | 003 | 123.54 | Post - 04/07 End salaries | Post - 04/07 End salaries | 272790 | 278221 | | 04/30/07 | 04/30/07 |
| 6822664 | CB Richard Ellis | PU | 5/7/2007 | 7216733 | D | 6822664 | 07041 | NCM4255 | 004 | 1,167.83 | Post - 04/07 End salaries | Post - 04/07 End salaries | 272790 | 278221 | | 04/30/07 | 04/30/07 |
| | CB Richard Ellis | PU | | | | | | | | 13,000.00 | Estimate - April 21 - 30 | Post - 04/07 End salaries | | | | | |
| | | | | | | | | | | **50,193.31** | | | | | | | |
| | **Technicians:** | | | | | | | | | | | | | | | | |
| 6822656 | CBRE Technical Services | PU | 5/7/2007 | 7216733 | D | 6822656 | 07041 | NCM1145 | 001 | 4,909.18 | Post- 4/2 - 4/15 tech services | Post-BK tech services | 272053 | 01053-67985RY | | 04/20/07 | 04/20/07 |

**CB RICHARD ELLIS - INVOICES DUE FROM NEW CENTURY MORTGAGE**
Through April 30, 2007

| Document | Alpha Name | Doc T | G/L Date | Batch Nur | P C | Document | Doc Co | Business | Pay Ite | Open Amount | Pay Stat | Remark | dress Num | Invoice Number | Pay | G/l | Due Date | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6822657 | CBRE Technical Services | PU | 5/7/2007 | 7216733 | D | 6822657 | 07041 | NCM1145 | 001 | 150.24 | Post - 4/2 - 4/15 tech service | Pre BK - tech services | 272053 | 01053-68297RY | | | 04/23/07 | 04/23/07 |
| | | | | | | | | | | **5,059.42** | | | | | | | | |
| | **Lease Administration:** | | | | | | | | | | | | | | | | | |
| | CB Richard Ellis | PU | | | | | | | | 24,000.00 | Estimate for April 2007 | | | | | | | |
| | | | | | | | | | | **24,000.00** | | | | | | | | |
| | **Call Center:** | | | | | | | | | | | | | | | | | |
| | Facilities Knowledge Center | PU | | | | | | | | 2,000.00 | Estimate for April 2007 | March Call Center | 270999 | 01051-2978RX | | | 04/09/07 | 04/09/07 |
| | | | | | | | | | | **2,000.00** | | | | | | | | |
| | | | | | | **TOTAL POST-PETITION** | | | | **81,252.73** | | | | | | | | |
| | | | | | | **TOTAL DUE** | | | | **565,884.35** | | | | | | | | |