## CERTIFICATE OF SERVICE

I, Garvan F. McDaniel, hereby certify that on this, the 11th day of May, 2007, a copy of the foregoing *OBJECTION AND RESERVATION OF RIGHTS OF CB RICHARD ELLIS CORPORATE FACILITIES MANAGEMENT, INC. WITH RESPECT TO CURE AMOUNTS AND CLAIMS* was caused to be served in the manner indicated upon the following:

**VIA U.S. MAIL AND E-MAIL**
Suzzanne S. Uhland, Esquire
Brophy Christensen, Esquire
O'Melveny & Myers LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111

**VIA U.S. MAIL AND E-MAIL**
Ben Hogan, Esquire
O'Melveny & Myers LLP
400 So. Hope Street
Los Angeles, CA 90071

**VIA HAND DELIVERY AND E-MAIL**
Mark D. Collins, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

**VIA U.S. MAIL AND E-MAIL**
Mark T. Power, Esquire
Hahn & Hessen LLP
499 Madison Avenue
New York, NY 10022

**VIA HAND DELIVERY AND E-MAIL**
Bonnie Glantz Fatell, Esquire
Blank Rome, LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

**VIA U.S. MAIL AND E-MAIL**
Thomas S. Kiriakos, Esquire
Mayer Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

**VIA HAND DELIVERY AND E-MAIL**
Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

_____
Garvan F. McDaniel (#4167)