# EXHIBIT B

```
                                          Priority  ____
DOCKETED ON CM                            Send      __✓__
                                          Enter     ____
                                          Closed    ____
DEC 15 2006    UNITED STATES DISTRICT COURT    JS-5/JS-6 ____
              CENTRAL DISTRICT OF CALIFORNIA    JS-2/JS-3 ____
BY   2)  058         WESTERN DIVISION           Scan Only ____
```

CIVIL MINUTES--GENERAL

Case No. CV 06-0811 CJC (AJWx)          Date: December 15, 2006

Title: <u>DANIEL J. RUBIO v. NEW CENTURY MORTGAGE CORP., ET AL.</u>

===============================================================
PRESENT:    HON.  ANDREW J. WISTRICH, MAGISTRATE JUDGE

            Ysela Benavides
            Deputy Clerk                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
        None Present                          None Present


**ORDER REGARDING PLAINTIFF'S MOTIONS TO COMPEL FURTHER RESPONSES AND PRODUCTION CONCERNING REQUESTS FOR PRODUCTION SET THREE AND SET SIX**

Plaintiff's motion is **granted** in part and **denied** in part.

Defendant shall produce to plaintiff a copy of the declaration of the paralegal mentioned during the hearing on this motion within 11 days. Thereafter, defendant shall produce either that paralegal or a Rule 30(b)(6) designee, at plaintiff's option, for deposition regarding the manner in which the employee list utilized by defendant was constructed and manner in which defendant selected employees for whom documents have been produced to date. The deposition is limited to two hours in duration, shall not count against the limit of ten depositions, and must occur within 30 days unless plaintiff agrees otherwise.

All documents responsive to the requests at issue in this motion must be produced; provided however, that the total number of employees as to which documents must be produced is limited to 200. Defendant already has produced some or all of the documents for between 100 and 150 employees.[1] Defendant must produce the remaining documents relating to the employees for which only some documents previously were produced within 30 days. In addition, defendant must provide plaintiff with a list of all relevant employees within 11 days. Plaintiff may use whatever methodology he wishes in selecting the additional employees, but he must describe his methodology to defendant in writing before filing his motion for class certification. Insofar as additional employees selected by plaintiff are concerned, the 30 day deadline for

---

[1] Defendant apparently produced some of these documents on a "for use in mediation only" basis. Defendant may choose between waiving that restriction in writing within 11 days or producing the documents again within 30 days.

#47

production of documents shall run from the date on which plaintiff notifies defendant in writing of the identities of the additional employees which it has selected.

Defendant's concerns about privacy or confidentiality are addressed as follows. No redactions are permitted, but all documents produced shall be maintained by plaintiff's counsel as strictly confidential on an attorney's eyes only basis may be used only for the purposes of litigating this case. Access by plaintiff's counsel of record, plaintiff's experts (whether testifying or non-testifying), and employees of plaintiff's counsel (such as paralegals and secretaries) is allowed. Such restrictions shall expire on March 1, 2006 unless the court orders otherwise. Hopefully, the parties will be able to agree upon some combination of redaction and narrower confidentiality protection in the meantime.

Any documents responsive to the requests at issue in this motion which are withheld by defendant on the basis of attorney work product protection, attorney-client privilege, or any other applicable privilege or protection must be listed on a privilege log.

Plaintiff's request for an award of monetary sanctions is **denied**.

**IT IS SO ORDERED.**

cc:   Parties


MINUTES FORM 11　　　　　　　　　　　　　　　　Initials of Deputy Clerk ____
CIVIL-GEN

2