# EXHIBIT D



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SA CV06-00811-CJC(AJWx) | Date | November 7, 2006 |
|---|---|---|---|

Title: Daniel J. Rubio, etc. -v- New Century Mortgage Corp., etc., et al.

---

Present: The Honorable CORMAC J. CARNEY

| Debra Beard | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Not Present                                               Not Present

**Proceedings:**        (In Chambers)

The Court has received Early Meeting of Counsel filed October 19, 2006. Counsel shall file motion for class certification on or before April 5, 2007. The Court will defer setting further case management dates until after ruling on motion for class certification.

The Clerk is directed to serve a copy of this minute order on counsel for all parties in this action.

DOCKETED ON CM
NOV 13 2006
BY ___ 178

Initials of Preparer:
Initials of Deputy Clerk: