### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket No.** |

**ORDER GRANTING MOTION OF DANIEL J. RUBIO, JOHN HICKS,
DAVID VIZCARA, INDIVIDUALS ON BEHALF OF THEMSELVES,
ALL OTHERS SIMILARLY SITUATED, AND THE GENERAL
PUBLIC, FOR RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the *Motion of Daniel J. Rubio, John Hicks, David Vizcara,*

*Individuals on Behalf of Themselves, All Others Similarly Situated, and the General Public, for an*

*Order Granting Relief From the Automatic Stay* ("Motion"); and upon consideration of any and

all objections and/or responses that were filed in opposition to the Motion; and notice of the

Motion being adequate and sufficient; and after due deliberation and sufficient cause appearing

therefor;

IT IS HEREBY ORDERED THAT:

1.   The Motion is granted.

2.   The Movants[1] are granted relief from the automatic stay set forth in section 362(a) of

the Bankruptcy Code in order to permit the Movants to proceed with the Federal Court Action

against Debtors New Century Mortgage Corporation, New Century Financial Corporation,

Home123 Corporation and the Management Defendants (Carl Vernon, Frank J. Nese,

Wallace Hayes, Steve Cassill, Nicole Haggard).

Dated: _____, 2007       _____
           Wilmington, Delaware                     United States Bankruptcy Judge

#538333v1

---

[1]  Capitalized terms not defined herein shall have the meaning given to them in the Motion.