Case 07-10416-BLS    Doc 635-10    Filed 05/11/07    Page 1 of 15

## CERTIFICATE OF SERVICE

I, Marc J. Phillips, hereby certify that on the 11th day of May, 2007, I served a true and correct copy of the foregoing **Motion of Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, All Others Similarly Situated, and the General Public, for an Order Granting Relief From the Automatic Stay** upon the parties on the attached list in the manner indicated.

/s/ Marc J. Phillips
Marc J. Phillips (No. 4445)

#538650v1

| | |
|---|---|
| Elihu E. Allinson, III<br>William D. Sullivan<br>William D. Sullivan, LLC<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801<br>**HAND DELIVERY** | Michael R. Lastowski<br>Christopher M. Lastowski<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801<br>**HAND DELIVERY** |
| Daniel K. Astin<br>Anthony M. Saccullo<br>Fox Rothschild LLP<br>Citizens Bank Center<br>919 North Market Street, Suite 1300<br>Wilmington, DE 19899-2323<br>**HAND DELIVERY** | Richard M. Beck<br>Christopher A. Ward<br>Michael W. Yurkewicz<br>Joanne B. Wills<br>Klehr, Harrison, Harvey, Branzburg & Ellers, LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>**HAND DELIVERY** |
| Don A. Beskrone<br>William P. Bowden<br>Gregory A. Taylor<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>**HAND DELIVERY** | Ian Connor Bifferato<br>Garvan F. McDaniel<br>Bifferato Gentilotti LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801<br>**HAND DELIVERY** |
| Robert S. Brady<br>Michael R. Nestor<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>**HAND DELIVERY** | Michael Busenkell<br>Eckert, Seamans, Cherin & Mellot, LLC<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE 19801<br>**HAND DELIVERY** |
| Mary F. Caloway<br>Eric Lopez Schnabel<br>Buchanan Ingersoll & Rooney PC<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>**HAND DELIVERY** | William E. Chipman, Jr.<br>Edwards Angell Palmer & Dodge LLP<br>919 Market Street, Suite 1500<br>Wilmington, DE 19801<br>**HAND DELIVERY** |

Megan E. Cleghorn
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801
**HAND DELIVERY**

Richard S. Cobb
Matthew B. McGuire
Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
**HAND DELIVERY**

Mark D. Collins
Michael J. Merchant
Chun I. Jang
Richards, Layton & Finger, P.A.
One Rodney Square, 920 King Street
Wilmington, DE 19801
**HAND DELIVERY**

Charlene D. Davis
Neil B. Glassman
Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
**HAND DELIVERY**

Robert J. Dehney
Gregory W. Werkheiser
Daniel B. Butz
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801
**HAND DELIVERY**

Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
**HAND DELIVERY**

Bonnie Glantz Fatell
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
**HAND DELIVERY**

Michael G. Gallerizzo
David V. Fontana
Gebhart & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801
**HAND DELIVERY**

Joseph Grey
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
**HAND DELIVERY**

Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
**HAND DELIVERY**

| | |
|---|---|
| Laura Davis Jones<br>Timothy P. Cairns<br>Pachulski Stang Ziehl Young Jones & Weintraub LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>**HAND DELIVERY** | Steven K. Kortanek<br>Womble Carlyle Sandridge & Rice, PLLC<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>**HAND DELIVERY** |
| Christopher D. Loizides<br>Loizides, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>**HAND DELIVERY** | David M. Fournier<br>Evelyn J. Meltzer<br>David B. Stratton<br>Pepper Hamilton LLP<br>Hercules Plaza<br>1313 Market Street, Suite 5100<br>Wilmington, DE 19801<br>**HAND DELIVERY** |
| Joseph J. McMahon, Jr.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207, Lockbox #35<br>Wilmington, DE 19801<br>**HAND DELIVERY** | Francis A. Monaco, Jr.<br>Monzack and Monaco, P.A.<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801<br>**HAND DELIVERY** |
| Norman M. Monhait<br>Rosenthal, Monhait & Goddess, P.A.<br>919 Market Street, Suite 1401<br>Wilmington, DE 19801<br>**HAND DELIVERY** | Laurie Selber Silverstein<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801<br>**HAND DELIVERY** |
| Ellen W. Slights<br>U.S. Attorney's Office<br>1007 Orange Street, 7th Floor<br>Wilmington, DE 19801<br>**HAND DELIVERY** | Brian A. Sullivan<br>Amy D. Brown<br>Werb & Sullivan<br>300 Delaware Avenue<br>Wilmington, DE 19801<br>**HAND DELIVERY** |

| | |
|---|---|
| William F. Taylor<br>Katherine L. Mayer<br>McCarter & English, LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br>**HAND DELIVERY** | Lisa C. McLaughlin<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 |
| Division of Unemployment Insurance<br>Department of Labor<br>4425 North Market Street<br>Wilmington, DE 19802 | James E. Huggett<br>Margolis Edelstein<br>750 S. Madison Street, Suite 102<br>Wilmington, DE 19801 |
| Delaware Secretary of State<br>Division of Corporations<br>Franchise Tax Division<br>P.O. Box 7040<br>Dover, DE 19903 | Secretary of the Treasury<br>P.O. Box 7040<br>Dover, DE 19903 |
| Securities & Exchange Commission<br>15th & Pennsylvania Avenue, N.W.<br>Washington, DC 20020 | Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plaza, Room 1150<br>Baltimore, MD 21201 |
| IKON Office Solutions<br>Recovery & Bankruptcy<br>3920 Ark Wright Road, Suite 400<br>Macon, GA 31210 | XRoads Case Management Services<br>P.O. Box 8901<br>Marina Del Rey, CA 90295 |

David G. Aelvoet
Linebarger Goggan Blair & Sampson LLP
Travis Building, 711 Navarro, Suite 300
San Antonio, TX 78205

Richard H. Agins
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178

John J. Arminas
Goldberg, Kamin & Garvin
1806 Frick Building, 437 Grant Street
Pittsburgh, PA 15219

Hernando Azarcon
Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI 48075

D.J. Baker
Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430

Paul M. Basta
Joshua A. Sussberg
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Mark N. Berman
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-1832

Matthew Botica
David Wirt
Grayson Walter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Frank G. Burt
Raul A. Cuervo
W. Glenn Merten
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-5208

James S. Carr
David Retter
Christena A. Lambrianakos
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Richard A. Chesley
Kimberly D. Newmarch
Paul, Hastings, Janofsy & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606

Robert P. Cocco
Robert P. Cocco, P.C.
437 Chestnut Street, Suite 1006
Philadelphia, PA 19106

Ken Coleman
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY

Gretchen Crawford
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102

Raniero D'Aversa, Jr.
Laura D. Metzger
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820

Luc A. Despins
Wilbur F. Foster
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

Robert M. Dombroff
Steven Wilamowsky
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Amish R. Doshi
Day Pitney LLP
7 Times Square
New York, NY 10036-7311

Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

| | |
|---|---|
| Michael S. Etkin<br>Ira M. Levee<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Charles J. Filardi, Jr.<br>Filardi Law Offices LLC<br>65 Trumbull Street, Second Floor<br>New Haven, CT 06510 |
| T. Robert Finlay<br>Donna L. La Porte<br>Wright, Finlay & Zak, LLP<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 92660 | Barry Freeman<br>Jeffer Mangels Butler & Marmaro, LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 |
| Scot Freeman<br>Account Resolution<br>Travelers<br>National Accounts<br>1 Tower Square - 5MN<br>Hartford, CT 06183-4044 | Nathan Fuchs<br>Securities & Exchange Commission<br>233 Broadway<br>New York, NY 10279 |
| Andrew J. Gallo<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA 02110 | Robert P. Gates<br>Erskine & Tulley<br>220 Montgomery Street, Suite 303<br>San Francisco, CA 94104 |
| Jeffrey I. Golden<br>Hutchison B. Meltzer<br>Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626 | Alberto P. Gonzalez<br>U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001 |

Robert Goodrich
Stites & Harison, PLLC
1800 Fifth Third Center
424 Church Street
Nashville, TN 37219-2376

Bruce Gordon
IBM Credit LLC
Special Handling Group-MD NC322, North Castle Dr
Armonk, NY 10504

Lawrence P. Gottesman
Sukyong Suh
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Salvatore J. Graziano
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

Robert E. Greenberg
Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC
1101 Seventeenth Street, N.W. Suite 700
Washington, DC 20036-4704

Charles A. Hansen
Mark S. Bostick
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

A. Michelle Hart
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

Jed Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

Howard R. Hawkins, Jr.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Sheldon I. Hirshon
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

Nancy Hotchkiss
Trainor Fairbrook
P.O. Box 255824
980 Fulton Avenue
Sacramento, CA 95865

Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

Mitchell W. Katz
Qwest Legal Department
1801 California Street, Suite 900
Denver, CO 80202

Thomas S. Kiriakos
Sean T. Scott
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

Gregg S. Kleiner
Cooley Godward Kronish LLP
101 California Street, 5th Floor
San Francisco, CA 94111-2222

Thomas M. Korsman
Vice President
Wells Fargo Bank, N.A.
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN 55479

Matthew J. Lampke
Assistant Chief
Ohio Attorney General's Office
Executive Agencies Section
30 E. Broad Street, 26th Floor
Columbus, OH 43215-4200

Mark Lee
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Randall S. Leff
Eric M. Heller
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212-2974

Chris Lenhart
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

Paul T. Liu
John Guerry
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA 91302

William G. Malcolm
Malcolm & Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612

Carlos G. Manalansan
Wolff & Samson, PC
The Offices of Crystal Lake, One Boland Drive
West Orange, NJ 07052

Julie A. Manning
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Mark Manski
Barclays Bank PLC
200 Park Avenue
New York, NY 10166

Richard F. Martin
8109 Santa Luz Village Green South
San Diego, CA 92127

Frank F McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Sari E. Meador
Delinquency and Enforcement
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, FL 33831-2016

David A. Meskan
500 Eagles Landing, LLC
2100 Green Street, Apt. 404
San Francisco, CA 94123

Keith W. Miller
James R. Bliss
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, NY 10022

John E. Mitchell
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201

Sheryl L. Moreau
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
P.O. Box 475
301 W. High Street, Room 670
Jefferson City, MO 65105-0475

Steven H. Newman
Katsy Korins LLP
605 Third Avenue, 16th Floor
New York, NY 10158

Blair A. Nicholas
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

Mary E. Olsen
M. Vance McCrary
J. Cecil Gardner
The Gardner Firm, P.C.
1119 Government Street
Mobile, AL 36652

Gregory M. Petrick
Angela Somers
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Leo D. Plotkin
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049-1633

David M. Poitras
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Daniel T. Powers
Chatham County Tax Commissioner
P.O. Box 8321
Savannah, GA 31412

Mark H. Ralston
Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201

Michael Reed
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680

Glenn M. Reisman
Two Corporate Drive, Suite 234
Shelton, CT 06484

Richard J. Reynolds
Turner, Reynolds, Greco & O'Hara
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618

Robert F. Reynolds
Slatkin & Reynolds, P.A.
One East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33301

Diane J. Richey
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, CA 90071

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
1949 South I.H. 35
Austin, TX 78760

James R. Savin
David M. Dunn
Joanna F. Newdeck
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036

Margot B. Schonholtz
Mark F. Liscio
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Felix A. Seidler
Reeves & Seidler
2527 Santa Clara Avenue
Alameda, CA 94501-4633

Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 N. Central Expressway
Dallas, TX 75205

Bryn H. Sherman
Deckelbaum Ogens & Raftery, Chtd.
3 Bethesda Metro Center, Suite 200
Bethesda, MD 20814

Don C. Sherwood
Sherwood and Hardgrove
11812 San Vicente Boulevard, Suite 210
Los Angeles, CA 90049-6622

J.R. Smith
Jason W. Harbour
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Joseph H. Smolinsky
Douglas E. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

Claudia Z. Springer
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

David I. Swan
Kenneth M. Misken
McGuire Woods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215

Patricia B. Tomasco
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily Culler
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

Madeleine C. Wanslee
Gust Rosenfeld PLC
201 E. Washington, Suite 800
Phoenix, AZ 85004-2327

Gilbert B. Weisman
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Seth R. Weissman
V.P. & General Counsel
Coremetrics, Inc.
1840 Gateway Drive, Suite 320
San Mateo, CA 94404

Elizabeth Weller
Linebarger Googan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

Katherine M. Windler
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

Stuart B. Wolfe
Yaron Shaham
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

Brian D. Womac
Denise H. Mitchell
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, TX 77024

Donald A. Workman
Baker & Hostetler LLP
1050 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036

David H. Zielke
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, WMC 3501
Seattle, WA 98101