FILED

2007 MAY 11  AM 9: 17

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF DELAWARE |
| |
| In Re: |
| |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, et al. |
| |
| Debtors |

Chapter 11

Case No.: 07-10416(KJC)

Jointly Administered

# CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL

I, <u>Mark K. Broyles, Esq.</u> being of full age, certify as follows:

1. I am seeking authorization for my firm to be retained as: <u>Counsel for New Century in its Foreclosure, Bankruptcy, Eviction, Real Estate and any Litigation matters arising from the above in the State of New York.</u>

2. My professional credentials include: <u>Admitted to practice law in the State of New York. Admitted in the Federal and Bankruptcy Courts of New York.</u>

3. I am a member of or associated with the firm of: <u>Fein, Such & Crane, LLP.</u>

4. The proposed arrangement for compensation, including hourly rates, if applicable is as follows: <u>See Attached Exhibit A.</u>

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   X None

   ☐ Describe connection:_____

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers, and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   X None

   ☐ Describe connection:_____

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers, and/or employees and I (check all that apply):

   X do not hold an adverse interest to the estate.

   X do not represent an adverse interest to the estate.

X are disinterested under 11 U.S.C. § 101(14).

X do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other. Explain:_____

I certify the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 5/7/07

_____
Signature of Professional

Mark K. Broyles, Esq.
Name of Professional

<u>NEW YORK</u>

<u>FORECLOSURE FEE SCHEDULE</u>

<u>FANNIE MAE, HUD & CONVENTIONAL</u>

FORECLOSURES:

(a) In all counties <u>other</u> than in New York City and Long Island, $1,250.00 uncontested flat fee cap, or statutory costs, whichever is higher, excluding disbursements which are billed separately. The allocation of the said fee, based upon work completion, are as follows:

| | | |
|---|---|---|
| i. | File, Title, Review and Filing of Action | $500.00 |
| ii. | Service of Process and Notice of Lis Pendens | 750.00 |
| iii. | Service on all defendants | 1,000.00 |
| iv. | Submission for Order of Reference | 1,150.00 |
| v. | Entry of Judgment of Foreclosure And Sale | 1,250.00 |

(b) In the counties of New York City and Long Island $1,800.00 uncontested flat fee cap, or statutory costs, whichever is higher, excluding disbursements which are billed separately. The allocation of the said fee, based upon work completion, are as follows:

| | | |
|---|---|---|
| I. | File, Title, Review and Filing of Action | $650.00 |
| ii. | Service of Process and Notice of Lis Pendens | 900.00 |
| iii. | Service on all defendants | 1,250.00 |
| iv. | Submission for Entry of Order of Reference | 1,600.00 |
| v. | Entry of Judgment of Foreclosure and Sale | 1,800.00 |

(C) Contested foreclosures are billed on our hourly rate which currently ranges from $175.00 per hour (partner) to $150.00 per hour (associate) to $75.00 for a paralegal. Said rates only apply to additional services necessary in striking the Contested Answer.

**APPEARANCE FOR RESPONDENT IN FORECLOSURE ACTION:**

(a) $200.00 for file review, phone calls, filing of responsive pleadings, and in applying to incorporate our lien in the Final Judgment.

(b) $200.00 for filing Certification of Subsequent Encumbrancer and related documents to facilitate inclusion in Final Judgment.

(c) $100.00 to appear as a respondent bidding at Sale.

**SURPLUS MONEY PROCEEDINGS:**

$750.00, unless contested.

**REO:** Sale of REO
(only $250.00 owing in the event that transaction aborts prior to closing)    $750.00

**COLLECTION LETTER:**

$100.00, which fee is waived if litigation follows

**DEBT COLLECTION:**

Twenty-five (25%) percent of all balances, plus costs, collected on suits on Note, deficiency judgments, or suits against third parties ancillary to the foreclosure proceeding. Client shall be given the option, before commencement of any proceeding, if it would prefer hourly rate billing for any such action.

**DEED-IN-LIEU TRANSACTIONS:**

$350.00

**RESTRUCTURING, RECASTING OR SETTLEMENT STIPULATION TRANSACTIONS;**

$350.00

BANKRUPTCY:

(a) $800.00 initial retainer in Chapter 13 proceedings which includes Appearance, Proof of Claim, Affidavit Arrearages, Analysis of the Proposed Plan, a Notice of Objection to the Plan is suggested, and initial applicatioin for relief.

(b) $450.00 initial retainer in Chapter 7 proceedings, where mortgage is current, which includes Proof of Claim, any Objections to the filing.

(c) $800.00 initial retainer in Chapter 7 proceedings, where mortgage is **not** current, which includes Proof of Claim, any Objections to the filing, initial analysis for relief, and initial application for relief, if necessary.

(d) $800.00 initial retainer on Chapter 11 proceedings, which includes initial application for relief, unless a review of the Plan indicates, at client's option, objections or litigation are necessary; in which case same shall be handled at the Firm's hourly rate.

(e) Follow-up motions and procedures on all Chapters are billed at $500.00 per item, $650.00 if requiring second appearance.

RECEIVERSHIP PROCEEDINGS:

(a) $500.00 for application to appoint receiver, unless contested in which event same shall be handled at the Firm's hourly rate.

(b) $250.00 to dismiss Receiver in the event of a redemption, reinstatement or work-out (at which time this amount should be added to the debtors default costs).

It should be noted that the majority of the fees listed are chargeable to the debtor's account, and are reimbursable out of the loan proceeds collected. We will be happy to comply, where applicable, with Freddie Mac and Ginnie Mae Fee Schedules.

F:\FRCL\WORD\ALAN\FNMA.FEE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, et.al.<br><br>Debtors. | Chapter: 11<br><br>Case No. 07-10416<br><br><u>AFFIDAVIT</u> |

I, Mark Broyles, Esq., being of full age, certify as follows:

1. I am a Partner of the firm Fein, Such & Crane, LLP.

2. Fein, Such & Crane, LLP. Are licensed attorneys in the State of New York and are not registered to e-file any of the documents with the District of Delaware.

3. All filings by this firm will be done by paper filing with the Court with regard to this matter.

I certify that the foregoing statements made by me are true. I am aware that is any of the foregoing statements made by me are willfully false, I am subject to punishment.

FEIN, SUCH & CRANE, LLP
Attorneys for Applicant

By: _____    By: /s/ Mark K. Broyles
                     Mark K. Broyles, Esq.

Sworn to before me this
7 day of May, 2007

_____
NOTARY PUBLIC

RACHEL M. O'GEEN
Notary Public, State of New York
Qualified in Monroe County
Commission Expires June 24, 20 10

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>NEW CENTURY TRS HOLDINGS, INC.<br>a Delaware Corporation, et.al.<br><br>Debtor(s). | Chapter: 11<br><br>Case No. 07-10416 KJC<br><br>AFFIDAVIT OF SERVICE BY MAIL |

STATE OF NEW YORK)
COUNTY OF MONROE)

I, Patricia Campbell, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside at Rochester, New York.

On May 7, 2007, I served a copy of the within Certification of Professional in Support of Application for Retention of Professional by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or depository of the United States Postal Service within the State of New York, addressed to the last known addresses as indicated below.

CHUN I. JANG
RICHARDS, LAYTON & FINGER, P.A.
920 NORTHER KING STREET
PO BOX 551
WILMINGTON, DE 19899


RICHARD L. WYNNE
KIRKLAND & ELLIS LLP
777 S. FIGUEROA ST., SUITE 3700
LOS ANGELES, CA 90017

REGINA STANGO KELBON
BLANK ROME LLP
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103-6998

UNITED STATES TRUSTEE
844 KING STREET, ROOM 2207
LOCKBOX #35
WILMINGTON, DE 19899-0035

FEIN, SUCH & CRANE, LLP
Attorneys for Applicant

By: *[signature]*
Patricia Campbell,
Bankruptcy Specialist
28 EAST MAIN STREET, SUITE 1800
ROCHESTER, NY 14614
585/232-7400
and
7 CENTURY DRIVE, SUITE 201
PARSIPPANY, NEW JERSEY 07054
973/538-4700

Sworn to before me this
7 day of May, 2007

*[signature]*
NOTARY PUBLIC

RACHEL M. O'GEEN
Notary Public, State of New York
Qualified in Monroe County
Commission Expires June 24, 20 10