# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |

### ORDER PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE AUTHORIZING EMPLOYMENT OF IRELL & MANELLA LLP, AS SPECIAL LITIGATION, EMPLOYEE BENEFITS AND INSURANCE COUNSEL TO THE DEBTORS NUNC PRO TUNC AS OF APRIL 20, 2007

Upon review and consideration of the "Application For Order Pursuant To Section 327(e) Of The Bankruptcy Code Authorizing Employment Of Irell & Manella LLP, As Special Litigation, Employee Benefits and Insurance Counsel To The Debtors *Nunc Pro Tunc* to April 20, 2007" (the "Application") filed by New Century TRS Holdings, Inc., et al., the debtors and debtors in possession herein (the "Debtors"), seeking entry of an order pursuant to section 327(e) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure authorizing and approving the employment and retention of Irell & Manella LLP ("I&M") as special litigation, employee benefits and insurance counsel to the Debtors, consistent with the terms of the retainer agreement by and between the Debtors and I&M (the "Retainer Agreement"), substantially in the form annexed to the Application as

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- 2 -

Exhibit C; and upon consideration of the Application and the Court being satisfied that I&M represents no interest adverse to the Debtors' estates with respect to the matters upon which it is to be engaged, and that the employment of I&M is necessary and in the best interests of the Debtors and their estates; and it appearing that due notice of the Application having been given; and that no other or further notice need be given; and sufficient cause appearing therefor; it is hereby

ORDERED that, in accordance with section 327(e) of the Bankruptcy Code, the Debtors are hereby authorized to employ and retain I&M as special litigation, employee benefits and insurance counsel upon the terms and conditions set forth in the Application and the Retainer Agreement, effective as of April 20, 2007; and it is further

ORDERED that I&M shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the Local Rules, the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professions [Docket No. 389], the terms and conditions set forth in the Retainer Agreement and any other such procedures as may be fixed by the Court.

ORDERED that, this Court shall retain jurisdiction over any and all issues arising from or related to the implementation of this Order.

Wilmington, Delaware

Dated: _____, 2007
       Wilmington, Delaware

                                            THE HONORABLE KEVIN J. CAREY
                                            UNITED STATES BANKRUPTCY JUDGE