# EXHIBIT B

# IRELL & MANELLA LLP

**Partner**

Century City
T: 310-203-7980
F: 310-203-7199
kheitz@irell.com

**Practice Areas**

- Class Action Defense
- Litigation
- Mergers & Acquisitions
- Professional Liability Defense
- Securities Law & Corporate Governance

**Education**

- Harvard University (J.D., 1972), cum laude
- University of California, Los Angeles (B.A., 1969), cum laude; Phi Beta Kappa



## Kenneth R. Heitz

Kenneth Heitz is a member of both the transactions and litigation workgroups. From 1997 to 2003, he was co-managing partner of the firm.

Mr. Heitz's recent litigation matters include acting as lead counsel of securities fraud claims against a company which issued collateralized commercial mortgage bonds; lead counsel in a securities fraud claim involving an electric utility; counsel for directors in a securities fraud case in the computer industry; lead counsel in a manufacturing defect claim in the semiconductor industry with damages in excess of $150 million; and lead counsel for a public company in a multi-million dollar insurance claim dispute.

A principal area of Mr. Heitz's expertise is the litigation and negotiation of transactions involving complex financial instruments and high yield securities. In that regard, Mr. Heitz served as executive vice president and general counsel, and for a short period, acting CEO, of one of the largest investors in high yield bonds and securitized mortgage obligations from 1988 to 1991. In that capacity, Mr. Heitz led a team which issued the first collateralized bond offering in the U.S. financial markets. Subsequently, Mr. Heitz acted as lead counsel to the investors who purchased Executive Life Insurance Company and its $5 billion junk bond portfolio in a highly contested insurance reorganization. He has acted as lead defense counsel in numerous securities class action cases. Mr. Heitz was also the lead corporate counsel for the first savings and loan institution which securitized its claims against the federal government and has acted as corporate counsel in bond financings of both established and start up corporations.

One of Mr. Heitz's areas of specialty is in securities litigation, where he has defended numerous corporations, director or officer defendants and acted as "shadow counsel." He has frequently lectured at securities litigation seminars. Mr. Heitz has been

## Kenneth R. Heitz (continued)

selected for inclusion in *The Best Lawyers in America* for 2007-2008 in the specialty areas of commercial litigation and corporate law. Mr. Heitz was also recognized as one of Southern California's "Super Lawyers" by *Los Angeles Magazine* in 2006.

In adversarial matters, he has litigated in both state and federal courts in California, Delaware and Oregon handling both jury and non-jury trials. Mr. Heitz has argued and won appeals in both the Ninth Circuit and California Courts of Appeal, and has also structured extremely complex multi-party settlements. In bankruptcy matters, Mr. Heitz served as the principal litigation lawyer (and troubleshooter) in two of the (then) largest Chapter 11 reorganizations and was involved in complex litigation and negotiation with creditors' committees. He has represented several prestigious law firms in the defense of legal malpractice claims brought against them in complex securities law and transactional contexts.

A principal focus of Mr. Heitz's practice is corporate governance. He is currently lead counsel for the Terex Audit Committee in an investigation into complex intercompany account imbalances and revenue recognition questions which have resulted in the restatement of financial statements. He has represented several other audit committees in similar assignments and has substantial expertise in a wide variety of complicated corporate accounting issues. Mr. Heitz has represented independent committees of directors in evaluating derivative claims and related party transactions.

Mr. Heitz has also advised boards of directors (as well as senior management) on such issues as Sarbanes-Oxley compliance, indemnification and contribution, executive compensation matters, internal and external investigations and audits, as well as advice to state and regulatory agencies including the SEC, FTC, IRS, FDIC, FSLIC, FHLBB, OTS and the U.S. Attorney. Mr. Heitz also sits on the board of an NYSE corporation and has chaired its compensation committee.

Mr. Heitz's recent corporate law matters include the representation of the board of directors of a public telecommunications company in connection with its successful restructuring and pre-negotiated bankruptcy reorganization; representation of the outside directors of a private retail company and a REIT in an investigation of internal management fraud; and the representation of a public company with respect to hostile takeover inquiries.

On the transactional side of his practice, Mr. Heitz has negotiated terms of merger agreements, employment continuation and termination arrangements, and has had primary responsibility for disclosure and compliance aspects of both ongoing corporate reporting and of particular transactions. He also took the lead in one of the earliest spin-offs of a corporate subsidiary as a separate public company. Mr. Heitz has also been lead counsel in connection with several major public company acquisitions. He has also frequently advised independent directors in the context of hostile takeover proposals.

Exhibit B
Page ___

## Kenneth R. Heitz (continued)

### Professional Activities

- American Bar Association (Sections on Corporation, Banking and Business Law & Litigation)

### Bar & Court Admissions

- 1972, California
- U.S. District Court, Southern District of California
- U.S. District Court, Northern District of California
- U.S. Court of Appeals, Ninth Circuit
- U.S. Supreme Court

Exhibit B
Page ___

# IRELL & MANELLA LLP

**Partner**

Newport Beach
T: 949-760-5242
F: 949-760-5200
jreisner@irell.com

**Practice Areas**

- Creditors' Rights and Insolvency

**Education**

- New York University (Joint J.D./M.B.A., 1989), Clem Miller Scholarship, Frank S. Columbus Scholarship, Alpha Lambda Delta Honor Society
- Cornell University (B.S., Industrial and Labor Relations, 1985)



## Jeffrey M. Reisner

Jeffrey M. Reisner is a partner and head of the creditors' rights and insolvency practice group at Irell & Manella LLP. He specializes in representing companies and high net-worth individuals in connection with the reorganization of their financial affairs, and as creditors of others in financial distress. Mr. Reisner also represents creditors' committees, acquirers of assets, investors and creditors in bankruptcy cases and out of court restructurings throughout the United States.

Mr. Reisner's insolvency-related practice includes negotiation and implementation of bankruptcy plans of reorganization on behalf of debtors, creditors, and creditors' committees. In addition, he has assisted many clients with successful workouts of their financial affairs and collection of debts outside of the formal bankruptcy process.

Mr. Reisner's work with financially distressed companies and individuals has spanned many industries, including hospitality, convalescent and health care, technology, building supply, sporting goods, textiles, distribution, manufacturing, mortgages, payroll, aerospace, medical testing and devices and real estate. Mr. Reisner's practice also includes the acquisition of assets from, and realization of investment goals in connection with, troubled companies in these and other industries.

Mr. Reisner is a 1985 graduate of Cornell University, where he received a bachelor of science degree in Industrial and Labor Relations. He was a member of New York University's Joint Degree Program and received his Juris Doctor and Master of Business Administration (Finance) degrees in 1989. While attending Cornell University and New York University, Mr. Reisner was awarded the Clem Miller Scholarship and the Frank S. Columbus Scholarship and was elected to membership in Alpha Lambda Delta Honor Society.

Mr. Reisner has been designated a "Southern California Super

Exhibit B

# Jeffrey M. Reisner (continued)

Lawyer" by *Los Angeles Magazine* every year since 2004. Mr. Reisner also has been recognized as a leading bankruptcy/restructuring lawyer by Chambers & Partners in its *Chambers USA Leading Lawyers for Business Guide* in 2006 and again in 2007.

Mr. Reisner's professional experience is not limited to the practice of law. He founded and managed two successful businesses and served as a turnaround manager of another prior to joining Irell & Manella.

## Representative Matters

Recent public matters in which Mr. Reisner has been involved include Edwards Theatres Circuit, Inc. (Committee counsel); First Alliance Mortgage Company (Debtor's counsel); Del Taco, Inc. (Debtor's counsel); Brea-Olinda Ventures (counsel for Liquidating Agent); Regal Cinemas (counsel for creditor); Metricom, Inc. (counsel for shareholder); Cinemastar Luxury Theatres (counsel for equity holders); Universal Broadband (Committee counsel); Net-tel Corporation (creditor's counsel); Tecstar Power Systems (Debtor's counsel); Pacific Islandia dba Sheraton Anaheim Hotel (Committee counsel); Windsor Woodmont dba Black Hawk Casino by Hyatt (Debtor's counsel); Centis, Inc. (Committee & Trustee counsel); IntelliSec, Inc. (Debtor's counsel); Mariners Post-Acute Care Network (creditor's counsel); Leap Wireless International, Inc. (Committee counsel); Spectrum Restaurant Group (Committee counsel); Chevy's Restaurants (Committee & Trustee counsel); Spalding (counsel for investment banker); Pillowtex (counsel for investment banker); SeraCare (counsel for secured creditors); Werner Holdings (counsel for senior bondholder); Rapid Payroll (Debtor's counsel); Imperial Credit Industries (counsel for Chapter 7 Trustee).

## Professional Activities

Mr. Reisner is an active member of the Financial Lawyers' Conference, the Los Angeles County Bar Association (Commercial Law and Bankruptcy Section), the Orange County Bar Association, the Los Angeles Bankruptcy Forum, and the Orange County Bankruptcy Forum. He is a member of the Board of Directors for the Southern California Chapter of the Turnaround Managers' Association and is past president of the Southern California Chapter of the New York University Stern School of Business Alumni Association. Mr. Reisner is a founding member of the Next Generation Bankruptcy Lawyers' Association and a member of the Kappa Sigma Fraternity.

Mr. Reisner authored or contributed to the following publications: "*Consumer Protection and Electronic Sales*," Multimedia and Web Strategist, 1997; "*California Extends Consumer Protection to Internet-Related Sales*," The Internet Newsletter, 1997; Contributor, "*Advanced Chapter 11 Bankruptcy Practice*," 1996; "*No Benefit Needed: Full Rent Due for Post-Petition Occupancy*," The Bankruptcy Strategist, 1994.

His most recent appearances as a public speaker include the American Bankruptcy Institute's 2007 Bankruptcy Battleground West program "Gearing up for Real Estate Insolvencies"; Los Angeles Private Equity Exchange's 2006 Program entitled, "How to Profit From the Bankruptcy Law"; the Association of

Exhibit B

## Jeffrey M. Reisner (continued)

Insolvency Restructuring Advisor's 2006 program entitled "The Effects of the BAPCA Amendments on Retail Insolvencies"; the Turnaround Managers' Association's January 2002 program entitled "Lights Out: Restructuring Issues in the Theatre Industry" and The Strategic Research Trust's January 2002 program entitled "Corporate Restrucuring and High Yield Debt: Crisis at Maturity," and California Education of the Bar's 2003 programs "The Impact of Bankruptcy on Real Property Law." In 2003, Mr. Reisner presented a seminar to the American Bar Association's Business Division on trademark and bankruptcy law in California.

Mr. Reisner also recently served on the Board of Advisors for the American Bankruptcy Institute's 2002 - 2007 "Bankruptcy Battleground West" programs.

### Bar & Court Admissions

- 1989, California
- 1990, District of Columbia
- 1990, U.S. District Court, Central District of California; U.S. Court of Appeals, Ninth Circuit
- 1991, U.S. District Court, Northern District of California
- 1992, U.S. District Court, Southern and Eastern Districts of California

Exhibit B
Page ___

# IRELL & MANELLA LLP

### Partner

Newport Beach
T: 949-760-5283
F: 949-760-5200

Century City
T: 310-277-1010
F: 310-203-7199
mmaister@irell.com

### Practice Areas

- Insurance
- Litigation

### Education

- University of California, Berkeley (Boalt Hall) (J.D., 1991), Order of the Coif; Recipient of the American Jurisprudence Honors Award in Property, Legal Writing, Evidence, Corporations, Will and Trusts, and Commercial Transactions
- University of Witwatersrand (Johannesburg, South Africa) (B.A., Business Commerce, 1987)



## Marc S. Maister

Marc Maister is a partner with Irell & Manella LLP. He is a member of the litigation group and head of the insurance group. He specializes in handling high-profile insurance matters and general civil litigation. He is currently defending several legal malpractice claims and is defending several consumer class action claims. He also assists clients, brokers and risk managers with the structuring of insurance programs and works with our transactional attorneys on various sophisticated insurance matters.

Mr. Maister has been named among Southern California Super Lawyers "Top 50 of Orange County" by *Los Angeles Magazine* in 2007. He was also named to the *Los Angeles Daily Journal's* "Top 20 Lawyers Under 40," its list of the top 20 California attorneys under 40 years of age. In addition, Mr. Maister has been included in the prestigious publication *The Best Lawyers in America 2006* for insurance.

Mr. Maister's expertise in matters involving business and property insurance is widely recognized. Both business entities and individuals involved in complex business litigation frequently retain Mr. Maister to identify and assist them in pursuing coverage under policies of commercial general liability insurance, professional liability insurance, fidelity and crime insurance, directors and officers liability insurance, multi-media insurance, employment practices liability insurance, environmental insurance, and umbrella and excess liability insurance. Clients have also sought his help in obtaining benefits under policies of life insurance, fire and multi-peril insurance, business interruption and extra expense insurance, and marine insurance. When necessary to recover policy benefits, Mr. Maister leads the insurance group in representing clients in litigation against insurers in both state and federal courts across the country, as well as in arbitration proceedings.

Mr. Maister also assists clients in evaluating their insurance needs
Exhibit ___B___

## Marc S. Maister (continued)

before losses occur or claims have been asserted. He heads a group of attorneys who are experienced in reviewing a client's current coverage and evaluating whether it provides sufficient protection against loss and liability. They also negotiate and enforce various agreements pertaining to self-insured retentions, minimum premium arrangements, captive insurance and reinsurance programs, group and association agreements, and similar arrangements.

### Representative Matters

A few of the recent matters handled by Mr. Maister and our Orange County attorneys include the following:

- Litigating a claim for several hundred million dollars in connection with Hurricane Katrina on behalf of Pinnacle Entertainment.
- Litigating a large claim for The Flintkote Company seeking insurance coverage for asbestos claims.
- Representing the County of San Bernardino on several insurance recovery matters.
- Representing a claimant in the Highlands Insurance Company receivership proceedings.
- Defending several apartment management entities in defense of class action ICRA claims.
- Defending an international law firm on several legal malpractice claims.
- Successfully retaining insurance coverage on behalf of a client and negotiating a settlement in the then-largest ERISA case in the country.
- Successfully obtaining insurance coverage indemnity contribution on behalf of clients and payment of defense costs in numerous construction defect actions.
- Assisting numerous entertainment clients such as CBS, Viacom and Paramount Pictures and others with various insurance issues, including acting for some of these clients as coverage counsel.

### Professional Activities

Active in the professional community, Mr. Maister is a member of the American Bar Association and the Orange County Bar Association. He is also a past co-chair of the Orange County Bar Association Insurance Law Section, a member of the State Bar of California, and a member of the Mealey's Publications Insurance Advisory Council. In addition, he lectured for two years on insurance law at the UCLA School of Law. He is also a member of the advisory committee for the Appleman Editorial Board.

Mr. Maister is the recipient of the American Jewish Committee's Judge Learned Hand Award for community service, January, 2006.

### Seminars & Speeches

Mr. Maister has written and spoken extensively on topics relating to insurance law. Among these include:

Exhibit B

## Marc S. Maister (continued)

- "The Choice of Law Conundrum," Appleman Editorial Board, 2006.
- Co-author of the chapter on insurance coverage for *Nimmer on Copyright*, release 70 (2006).
- "Insurance Litigation 2004," panelist, CJA/TheRutter Group, January 2004.
- "Corporate Governance Conference," speaker, CLE International, November 2002 and March 2004.
- "Mold Insurance Litigation," speaker, Bridgeport Continuing Education, March 2003.
- "Employment Practices Liabilities and Coverage Conference," Mealey's Publications, January 2003.
- "Directors & Officers Liability In Turbulent Times – The Sarbanes-Oxley Act of 2002-The Role of Independent Directors and the Changing D&O Insurance Marketplace," speaker, DLD Insurance Brokers, November 2002.
- "Identifying and Using Insurance Coverage in Business Litigation," CEB program, March 2002 and Fall 2003.
- "California Insurance Conference," Mealey's Publications, July 2001.
- "The Executive Management Liability Landscape," Aon Risk Management Services, June 2001.
- "Fundamentals of Insurance Litigation," CEB program, April 2001.
- "Year 2000 Insurance Seminar," speaker, Mealey's Publications, July 1999.
- "USC Institute for Corporate Counsel seminar," speaker, March 4-5, 1999.
- "Construction Defect: Litigation and Coverage Conference," Mealey's Publications, December 3-4, 1998 (co-chair in 1999).
- "Identifying and Using Insurance Coverage in Business Litigation," CEB program, July 1998.
- "Insurance Coverage Seminar," speaker, Mealey's Publications, 1996, 1997 and 1998.
- "Birth of an Insurance Claim--The Trigger of Coverage and the Tender of a Claim to the Insurer," American Bar Association, 1995.
- "Trigger of Coverage: A Contract Approach," article, American Bar Association, Summer 1995.

### Bar & Court Admissions

- 1991, California
- 1995, U.S. Supreme Court; U.S. District Court, Central District of California
- 2004, U.S. District Court, Northern District of California



Exhibit __B__
Page _____

# IRELL & MANELLA LLP

### Associate

Century City
T: 310-203-7059
F: 310-203-7199
skaufman@irell.com

### Practice Areas

- White Collar Defense
- Antitrust
- Litigation

### Education

- Georgetown University Law Center (J.D., 1992); Managing Editor of the Georgetown Law Journal
- University of Pennsylvania Wharton School of Business and School of Arts and Sciences (B.A., Finance and English)

## Stephanie Kaufman

Ms. Kaufman specializes in antitrust litigation and regulatory compliance. Her practice consists of litigating antitrust claims, frequently those brought in conjunction with patent litigation. In addition, she works with clients to achieve their marketing and transactional goals within the parameters of the federal and state antitrust, unfair competition, and advertising laws.

Ms. Kaufman regularly consults with entities ranging from large Fortune 500 clients to newer Internet start-ups on issues such as dealer termination, price discrimination, and formation and implementation of cooperative advertising and pricing policies. She has been involved in all aspects of the merger review process, including the preparation of Hart-Scott-Rodino notification forms, responding to "second requests" for information, and negotiating resolutions to government investigations.

In a 2005 and 2006 survey of her peers published in Los Angeles Magazine, Ms. Kaufman was recognized as one of Southern California's "Rising Stars" in litigation.

### Bar & Court Admissions

- 1992, California

Exhibit B
Page _____

# IRELL & MANELLA LLP

**Partner**

Century City
T: 310-203-7945
F: 310-203-7199
tkirschbaum@irell.com

**Practice Areas**

- Employee Benefits & Executive Compensation
- Labor & Employment
- Tax

**Education**

- UCLA School of Law (J.D., 1977), Member of the UCLA Law Review, Member of the UCLA Moot Court Honors Program
- Amherst College (B.A., 1974), magna cum laude

## Thomas A. Kirschbaum

Thomas A. Kirschbaum has more than 25 years of experience in designing and drafting all kinds of employee benefits plans for all types and sizes of employers. His clients include large and small employers, start-up and well-established employers, public and private employers, tax-exempt employers, and high-tech and smokestack employers. Whatever the type and size of employer, he prides himself in giving practical and understandable legal advice about designing, operating, and maintaining employee benefits plans to achieve their business objectives and to comply with tax, labor, securities, corporate, estate planning, and other applicable laws.

He deals with all types of plans, including:

- Broad-based pension plans, profit-sharing plans, 401(k) plans, ESOPs, Section 403(b) tax-deferred annuities, and Section 457 plans;
- Welfare plans, such as medical, dental, life insurance, severance, disability and cafeteria plans, and VEBAs;
- Equity-based compensation, such as stock option plans (including ISO plans), restricted stock, stock appreciation rights, phantom stock plans, and Section 83; and
- Executive compensation plans, including "top hat" plans, deferred compensation plans, SERPs, golden parachutes, bonus and incentive plans, executive employment agreements, rabbi trusts, and fringe benefits.

Mr. Kirschbaum gives practical and understandable legal advice regarding matters such as QDROs, COBRA, investment of plan assets, prohibited transactions and other fiduciary rules, reporting and disclosure, UBTI, lump-sum distributions, rollovers, annuities, minimum distributions, excess assets, coverage and antidiscrimination rules, and IRAs.

He has extensive experience in getting employers and plans out of hot water with the IRS and the Department of Labor, including the handling of audits and remedial procedures such as EPCRS

Exhibit __D__
Page __

## Thomas A. Kirschbaum (continued)

procedures. He has represented clients on the benefit aspects of corporate mergers and acquisitions of all types involving billions of dollars and on the mergers of plans

### Professional Activities

Mr. Kirschbaum has published many articles and has lectured widely on employee benefits topics. Subjects on which he has written and spoken in recent years include Section 409A and stock option pricing, individual direction of 401(k) investments, employee benefits in mergers and acquisitions, and prevention of 401(k) plan disasters through the EPCRS program.

The organizations and titles for which Mr. Kirschbaum has lectured and published include the American Law Institute/American Bar Association Advanced Law of Pensions course, the UCLA Anderson School of Management, the Society of Actuaries, the *Los Angeles Daily Journal*, the USC Tax Institute, the USC Institute for Corporate Counsel, the California Society of CPAs, the ASPA/IRS Los Angeles District Benefits Conference, the National Institute of Pension Administrators, the California Continuing Education of the Bar, the Employee Benefits Committee of the Taxation Section of the State Bar of California, the Employee Benefits Committee of the Tax Section of the Los Angeles County Bar Association, the Employee Benefits Section of the Beverly Hills Bar Association, the Southern California Income Tax Forum, and the Western Pension and Benefits Conference.

Mr. Kirschbaum has been recognized as a leading employment/benefits & compensation lawyer by Chambers & Partners in its *Chambers USA Leading Lawyers for Business Guide* in 2006 and again in 2007. Mr. Kirschbaum is listed in *The Best Lawyers in America* and has been designated a "Southern California Super Lawyer" by *Los Angeles Magazine* in 2007. He is also a Fellow of the American College of Employee Benefits Counsel.

### Bar & Court Admissions

- 1977, California
- 1982, U.S. Tax Court

Exhibit D
Page

# IRELL & MANELLA LLP



### Associate

Newport Beach
T: 949-760-5203
F: 949-760-5200
bbark@irell.com

### Practice Areas

- Insurance
- Litigation

### Education

- UCLA School of Law (J.D., 2001); Order of the Coif
- California State University, Fullerton (B.A., Economics, 1995)

## Brian Z. Bark

Brian Bark is an associate in the Newport Beach office of Irell & Manella LLP, and is a member of the firm's litigation and insurance workgroups.

Mr. Bark's insurance practice focuses on litigating complex first-party and third-party insurance coverage disputes. Mr. Bark also routinely reviews insurance programs, policy language, and insurance requirements in contracts. Mr. Bark has given numerous lectures on insurance law including, "Identifying and Using Insurance Coverage in Business Litigation" (presented at CEB, 2002). Mr. Bark's publications include *EPL Insurance – Punitive Damages, Intentional Acts and Public Policy* (Presented at Mealey's, 2002).

### Bar & Court Admissions

- 2001, California
- 2001, U.S. Court of Appeals, Ninth Circuit; U.S. District Court, Central District of California

Exhibit B
Page ___

# IRELL & MANELLA LLP

### Associate

Century City
T: 310-203-7124
F: 310-203-7199
gvanzura@irell.com

### Practice Areas

- Litigation
- Securities Litigation
- White Collar Defense

### Education

- Stanford Law School, (J.D., 2005), graduated with distinction, recipient of Hilmer Oehlmann, Jr. Award for legal research and writing excellence, Articles Editor for the Stanford Journal of Law, Business & Finance, Vice President of the Stanford Law and Business Society
- University of California, Los Angeles (B.A., Business Economics)



### Glenn K. Vanzura

Glenn Vanzura is a litigation associate in the Los Angeles office of Irell & Manella LLP, where he specializes in securities litigation and white collar defense.

Mr. Vanzura represents a range of clients, including the former administrator of a major public employee retirement system, a venture capital firm, and a telecommunications equipment provider. Mr. Vanzura also advises on securities mediations, particularly in the area of damages.

Prior to joining Irell & Manella, Mr. Vanzura was a research associate with Cornerstone Research, an economics and litigation consulting firm specializing in complex business litigation. Mr. Vanzura's practice at Cornerstone focused on securities and antitrust matters, and involved him in industries as diverse as the commercial airline, digital music, fast food franchise, real estate, and professional sports industries.

### Bar & Court Admissions

- 2005, California

Exhibit B
Page _____

## Schedule of Guideline Hourly Rates

Kenneth R. Heitz – $790

Jeffrey M. Reisner – $625

Marc S. Maister - $780

Stephanie Kaufman - $610

Thomas Kirschbaum - $690

Brian Z. Bark - $530

Glenn K. Vanzura - $365

