# PROPOSED ORDER

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | : |
| | : Jointly Administered |
| | : |
| Debtors. | : |

## ORDER UNDER 11 U.S.C. §§ 327(e) AND 328 AUTHORIZING THE EMPLOYMENT OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES AS SPECIAL REGULATORY COUNSEL FOR THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

Upon the application (the "Application") of New Century Financial Corporation and certain of its subsidiaries and affiliates, debtors and debtors in possession in the above captioned cases (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 327(e) and 328 authorizing the employment of Skadden, Arps as special regulatory counsel for the Debtors effective as of the Petition Date;[1] and the Court having reviewed the Application and the Davis Declaration and the Court being satisfied with the representations made in the Application and the Davis Declaration that the employment of Skadden, Arps in these cases is in the best interests of the Debtors and their estates and that Skadden, Arps does not hold or represent any interest adverse to the Debtors or to their estates with respect to the matters on which Skadden, Arps is being employed; and due and sufficient notice of the Application having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Application

ORDERED, ADJUDGED AND DECREED THAT:

1. The Application is GRANTED.

2. Under 11 U.S.C. §§ 327(e) and 328, the Debtors are authorized to employ Skadden, Arps as their special regulatory counsel effective as of the Petition Date on the terms set forth in the Application.

3. Skadden, Arps shall be compensated for its services and reimbursed for any related expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable orders entered in these cases governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4. Skadden, Arps is authorized to apply the Retainer to pay any fees, charges, costs, or expenses relating to services rendered to the Debtors prior to the Petition Date that remain unpaid and to hold any remaining portion of the Retainer for application to allowed amounts owed under Skadden, Arps' final fee application in these cases.

5. This Court shall retain exclusive jurisdiction to construe and enforce the terms of the Application and this Order.

Dated: _____, 2007
   Wilmington, Delaware

                                            HONORABLE KEVIN J. CAREY
                                            UNITED STATES BANKRUPTCY JUDGE