HEARING: MAY 21, 2007, 10:00 A.M.
OBJECTIONS: MAY 14, 2007

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter. 11 |
| ) | |
| NEW CENTURY TRS HOLDINGS, INC. a ) | Case No.: 07-10416 (KJC) |
| SERVICES, INC., et al., ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Ref. No. 526 |

**NOTICE OF
REGIONS BANK'S RESPONSE AND OPPOSITION TO MOTION
OF THE DEBTORS AND DEBTORS IN POSSESSION FOR A
PROCEDURE TO GRANT RELIEF FROM THE AUTOMATIC
STAY FOR CERTAIN FORECLOSURE PROCEEDINGS
<u>PURSUANT TO SECTIONS 105(a) AND 362 OF THE BANKRUPTCY CODE</u>**

Please take notice that the undersigned has filed the within Response, to be considered by the Court on May 21, 2007, at 10:00 a.m. or as soon thereafter as counsel may be heard.

Dated: 5/14/07                By: /s/ Richard D. Becker
                              RICHARD D. BECKER, ESQUIRE (#2203)
                              Becker & Becker, P.A.
                              2702 Capitol Trail
                              Newark, DE  19711
                              (302) 654-5374
                              rickbecker@comcast.net
                              Counsel for Regions Bank