HEARING: MAY 21, 2007, 10:00 A.M.
OBJECTIONS: MAY 14, 2007

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter. 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC. a SERVICES, INC., et al., | ) ) | Case No.: 07-10416 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Ref. No. 526 |

## **ORDER DENYING MOTION**

AND NOW, TO-WIT, this _____ day of _____, 2007

For the reasons stated in Open Court;

The Motion of Debtors and Debtors in Possession for a Procedure to Grant Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to Sections 105(a) and 362 of the Bankruptcy Code (DN 526) is hereby DENIED;

IT IS SO ORDERED.

Dated:

_____
JUDGE OF THE BANKRUPTCY COURT

1