UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter. 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC. a | ) | Case No.: 07-10416 (KJC) |
| SERVICES, INC., et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Ref. No. 526 |

CERTIFICATE OF SERVICE

I, **Carol A. Winner**, certify that I am not less than 18 years of age; that service of this Notice and a copy of the Response to the Motion was made on May 14, 2007, in accordance with BR 7004 on:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine CA  92612

Suzzanne S. Uhland, Esq.
O'Melveny & Myers, LLP
275 Battery Street
San Francisco, CA  94111
Fax (415) 984-8701

Bennett L. Spiegel, Esq.
Kirkland & Ellis, LLP
777 S. Figueroa St., Ste. 3700
Los Angeles, CA  90017
Fax (213) 680-8500

Mark T. Power, Esq.
Hahn & Hessen, LLP
488 Madison Ave.
14th and 15th Floors
New York, NY  10022
Fax (212) 478-7400

Mark D. Collins, Esq.
Richards, Layton & Finger
P.O. Box 551
Wilmington, DE  19899
Fax (302) 658-6548

U.S. Trustee
844 King St., Rm. 2207
Lockbox #35
Wilmington, DE  19899

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market St., Ste 800
Wilmington, DE  19801
Fax (302) 425-6464

    Under penalty of perjury, I declare that the foregoing is true and correct.

| 5/14/07 | /s/ Carol A. Winner |
|---------|---------------------|
| Date    | Signature           |

Print Name: Carol A. Winner     (302) 654-5374
Business address   2702 Capitol Trail
City   Newark State  DE  Zip  19711