# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., : a Delaware corporation, <u>et al.</u>, : | Case No.:07-10416 -KJC |
| Debtors. : | |

### OBJECTION WITH RESPECT TO CURE AMOUNT AND PROPOSED ASSUMPTION AND ASSIGNMENT OF CONTRACT BETWEEN DEBTOR AND FEDERAL EXPRESS CORPORATION

Federal Express Corporation ("FedEx"), by and through its undersigned attorney, files this objection ("Objection") and respectfully states as follows:

### BACKGROUND

1.  On or about April 2, 2007 ("Petition Date"), New Century TRS Holdings, Inc. and its affiliated debtors and debtors-in-possession ("Debtors") filed voluntary petitions pursuant to Chapter 11of the United States Bankruptcy Code commencing the above-referenced, jointly administered Chapter 11 proceeding.

2.  The Debtors continue to operate and manage their businesses as debtors-in-possession pursuant to 11 U.S.B.C. §§1107(a) and 1108.

3.  On April 19, 2007, this Court entered an Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Bidding Procedures, Including Break-Up Fee and Expense Reimbursement Payable to Carrington Mortgage Services, LLC for Sale of Debtors' Servicing Business; (II) Scheduling Bid Deadline, Auction Date, and Sale Hearing and Approving Notice Thereof; and (III) Approving Procedures to Fix Cure Amounts Relating to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Approving Notice Thereof , Doc. Id. 304 ("Sales Order").

4. On or about April 26, 2007, the Debtors filed a Notice of New Century's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith (the "Notice").

5. Pursuant to the Notice, the Debtors intend to assume and assign (i) that certain FedEx Express Freight Pricing Program Agreement, dated as of March 27, 2006 by and between New Century Mortgage Corporation and FedEx; (ii) FedEx Custom Pricing Agreement, dated as of June 3, 2004 by and between New Century Mortgage Corporation and FedEx, and (iii) that certain FedEx Pricing Agreement dated as of June 1, 2005 by and between New Century Financial Corporation and FedEx (collectively, the "FedEx Agreements").

6. Pursuant to the terms of the terms of the FedEx Agreements, the dollar amount of the pre-petition default that must be cured prior to assumption and assignment is $354,816.54. Additionally, FedEx continues to provide post-petition services to the Debtors and additional amounts with an administrative expense priority may also be due in order to effect a proper cure.

## OBJECTION

7. Pursuant to the Notice, FedEx hereby objects to the cure amounts identified on Exhibit A of the Notice. The proposed cure amount as of the Petition Date is not zero as set forth therein but $354,816.54.

## RESERVATION OF RIGHTS

8. FedEx reserves its right to amend and modify this Objection, to include any additional amounts determined to be due under the FedEx Agreements.

3

**WHEREFORE**, FedEx respectfully requests that this Court deny the Debtors the relief requested and prohibit the assignment and assumption of the FedEx Agreements for the cure amounts listed on the Exhibit A to the Notice unless said cure amounts are amended to reflect the proper amount due FedEx there under.

Dated:  May 14, 2007                         By:        /s/ Charles J. Filardi, Jr., Attorney
                                                                    Charles J. Filardi, Jr.
                                                                    Filardi Law Offices LLC
                                                                    65 Trumbull Street, Second Floor
                                                                    New Haven, CT  06510
                                                                    (203) 562-8388
                                                                    (866) 890- 3061 Facsimile
                                                                    charles@filardi-law.com

                                                                    **ATTORNEYS FOR FEDERAL
                                                                    EXPRESS CORPORATION**