## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,** | **Case No. 07-10416(KJC)** |
| **Debtors..** | **Jointly Administered** |
| | **Related Docket No. 493** |
| | Hearing Date: 5/21/07 at 10:00 a.m. |

## RYAN DESERT RIDGE II, LLC'S LIMITED OBJECTION TO MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER AUTHORIZING AND APPROVING ASSUMPTION AND ASSIGNMENT OF REAL PROPERTY LEASES

Ryan Desert Ridge II, LLC ("Ryan") files this Limited Objection to Motion of Debtors and Debtors In Possession for an Order Authorizing and Approving Assumption and Assignment of Real Property Leases (the "Limited Objection"). In support of this Limited Objection, Ryan respectfully represents as follows:

1.  Ryan is the lessor, and debtor Home123 Corporation ("Home123") is the lessee, under the Office Lease dated May 25, 2006 (the "Lease") for the nonresidential real property located at 20860 North Tatum Boulevard, Suite 175, Phoenix, Arizona 85050.

2.  On April 2, 2007, Home123 filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

3.  Home123 has failed to pay rent and other charges due under the Lease for April and May 2007. As of May 14, 2007, the total of rent and other charges due under the Lease is $29,370.45.

{93013}

4. On May 1, 2007, the Debtors filed the Motion. In the Motion, the Debtors seek an Order authorizing and approving the assumption and assignment of the Lease to National City. The Motion provides that the Debtors will pay the cure amounts as set forth in Exhibit A to the Motion at or before the time of assumption. In Exhibit A, the Debtors contend that the cure amount for the Lease is $0.

5. On May 9, 2007, counsel for Ryan sent an e-mail to the Debtors' counsel addressing the Motion. The e-mail: (i) advised the Debtors' counsel that (a) Ryan does not object to the proposed assumption and assignment itself, provided that the defaults under the Lease are cured, and (b) the rent and other charges due under the Lease are $29,370.45; and (ii) asked the Debtors' counsel to (x) modify the Motion to set forth the proper cure amount, or (y) provide evidence that the April and May 2007 rent and other charges due under the Lease have been paid. A copy of the e-mail is attached as **Exhibit 1**. The Debtors' counsel have not responded to the e-mail.

6. For the reasons set forth above, Ryan objects to the assumption and assignment of the Lease unless and until the April and May 2007 rent and other charges under the Lease (and all other amounts due under the Lease as of the assumption and assignment of the Lease) are cured.

**WHEREFORE**, Ryan respectfully asks the Court to: (i) enter an Order denying the Motion to assume and assign the Lease, unless and until the Debtors cure the $29,370.45 arrearages due under the Lease for April and May 2007 (and all other amounts due under the Lease as of the assumption and assignment of the Lease); (ii) award Ryan its attorneys' fees incurred in responding to the Motion; and (iii) award

such other and further relief as the Court deems appropriate.

DATE: May 14, 2007

SMITH, KATZENSTEIN & FURLOW LLP

Kathleen M. Miller (DE ID No. 2898)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
302-652-8400
302-652-8405
kmiler@skfdelaware.com
and
Dewain D. Fox (Arizona Bar No. 014431)
FENNEMORE CRAIG, P.C.
3003 North Central Avenue, Suite 2600
Phoenix, Arizona 85012-2913
Telephone:  (602) 916-5000
Facsimile:  (602) 916-5999
Attorneys for Ryan Desert Ridge II, LLC