# EXHIBIT 1

## FOX, DEWAIN

| | |
|---|---|
| **From:** | FOX, DEWAIN |
| **Sent:** | Wednesday, May 09, 2007 9:27 PM |
| **To:** | 'Collins@rlf.com'; 'Merchant@rlf.com'; 'Samis@rlf.com'; 'suhland@omm.com'; 'blogan@omm.com'; 'vnewmark@omm.com'; 'eculler@omm.com' |
| **Cc:** | WHITE, KELLY |
| **Subject:** | New Century/Home123 Corporation--Motion to Assume and Assign Leases |
| **Attachments:** | Home123-AccountRecSummary 5.9.07.xls |

Dear Counsel:

The purpose of this e-mail is to address the Motion to Assume and Assign Leases filed by the Debtors on May 1, 2007. I represent the landlord on the Desert Ridge property in Phoenix (the first property on the exhibit of leases to be assumed and assigned). The landlord has no objection to the proposed assumption and assignment itself provided that the lease defaults are cured, but it disputes the allegation that the cure amount for this lease is $0. In this regard, no rent has been paid on the lease for the months of April and May 2007. The following is a summary of what Home 123 owes:

| December, 2006 | balance due | $212.18 |
|---|---|---|
| January, 2007 | balance due | $935.94 |
| February, 2007 | credit due | ($895.92) |
| March, 2007 | credit due | ($2,869.15) |
| April, 2007 | balance due | $17,565.87 |
| May, 2007 | balance due | $14,421.53 |
| | **Total Due** | **$29,370.45** |

Attached is a detailed summary of the charges and credits/payments that comprise this total.

The landlord hopes that this issue can be resolved without the necessity of filing an objection to the Motion-- which, as you know, would need to be filed by this Monday. As such, I ask that one of you please let me know as soon as possible whether the Debtors will agree to modify the cure amount alleged in the Motion. If the Debtors disagree with the cure amount set forth above, then I ask that you let me know the nature of the disagreement and provide evidence of the payment of the April and May 2007 rent.

Thank you for your anticipated cooperation.

Dewain D. Fox
Fennemore Craig, P.C.
3003 North Central Avenue, Suite 2600
Phoenix, Arizona 85012-2913
Direct Phone: (602) 916-5475
Direct Fax: (602) 916-5675