## CERTIFICATE OF SERVICE

I, Kathleen M. Miller, hereby certify that this 14th day of May, 2007, a copy of the forgoing Limited Objection was served on the following in the manner indicated:

BY HAND

Mark D. Collins, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

– and –

BY FACSIMILE

Ben H. Logan, Esq.
Suzzanne S. Uhland, Esq.
Victoria H. Newmark, Esq.
Emily R. Culler, Esq.
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
415-984-8701

_____
Kathleen M. Miller

1915264.1

{93013}                                                                 - 4 -