UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| NEW CENTURY TRS HOLDINGS, INC., : | |
| a Delaware corporation, et al., : | Case No.:07-10416 -KJC |
| : | |
| Debtors. : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of May, 2007 a copy of the foregoing Objection of Federal Express Corporation with Respect to Cure Amount and Assumption of Contract, was caused to be served to those parties participating in the court's electronic notification system and listed on the attached print out. In addition, the following were served via facsimile and e-mail:

Office of the United States Trustee:
Attn: Joseph McMahon
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
Email: joseph.mcmahon@usdoj.gov
Fax: 302-573-6497

**Attorneys for the Debtors:**

Suzzanne S. Uhland, Esq.
Brophy Christensen, Esq.
O'Melveny & Myers LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Email: suhland@omm.com
Email: bchristensen@omm.com
Fax: 415-984-8701

Ben Logan, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Email: blogan@omm.com
Fax: 213-430-6407

Case 07-10416-BLS    Doc 651    Filed 05/14/07    Page 2 of 6

Mark D. Collins, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
Email: Collins@RLF.com
Fax: 302-651-7701

**Attorneys for the Unsecured Creditors Committee:**

Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Email: mpower@hahnhessen.com
Fax: 212-478-7400

Bonnie Glantz Fattell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Email: fatell@blankrome.com
Fax: 302-425-6464

**Attorneys for Carrington:**

Thomas S. Kiriakos, Esq.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
Email: tkiriakos@mayerbrownrowe.com
Fax: 312-706-8232

Steven M. Kortanek, Esq.
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Email: Skortanek@wcsr.com
Fax: 302-661-7728

                                                /s/ Charles J. Filardi, Jr., Attorney
                                                Charles J. Filardi, Jr.

2

## File an Answer:

07-10416-KJC New Century TRS Holdings, Inc.

## U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Filardi, Jr., Charles J. entered on 5/14/2007 at 12:07 PM EDT and filed on 5/14/2007

**Case Name:** New Century TRS Holdings, Inc.
**Case Number:** 07-10416-KJC
**Document Number:** 649

**Docket Text:**
Response /*Objection with Respect to Cure Amount and Proposed Assumption and Assignment of Contract* Filed by Federal Express Corporation. (Filardi, Jr., Charles)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\FedEx Contingency\FedEx - New Century Financial Corp\FedEx Objection to Cure Amount.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=5/14/2007] [FileNumber=5632825-0]
[1db4caa63cf11dbfa9ef15be969bab09569844cad712ceab573aa74c6986520fafd5
0f647365c56a589a88213f36e28289300b3e28ed31c01e9b6f76c4eb911a]]

## 07-10416-KJC Notice will be electronically mailed to:

Kenneth E. Aaron    DE_BANKRUPTCY@weirpartners.com, smazur@weirpartners.com

David G. Aelvoet    davida@publicans.com

Elihu Ezekiel Allinson, III    ecf@williamdsullivanllc.com

Daniel K. Astin    dastin@foxrothschild.com, dastin@foxrothschild.com;jkittinger@foxrothschild.com

Elizabeth Banda    kwilliams@pbfcm.com

Richard D. Becker    rickbecker@comcast.net

Don A. Beskrone    dbeskrone@ashby-geddes.com

Stuart M. Brown    sbrown@eapdlaw.com, DEbankruptcy@eapdlaw.com

Michael G. Busenkell    mbusenkell@eckertseamans.com

Timothy P. Cairns    tcairns@pszyjw.com

Mary Caloway    mcaloway@klettrooney.com

James S. Carr    BankruptcyDepartment@KelleyDrye.com

William E. Chipman    wchipman@eapdlaw.com

Megan E. Cleghorn
debank@skadden.com;cheaney@skadden.com;lamorton@skadden.com;rgray@skadden.com

Richard Scott Cobb    cobb@lrclaw.com, adams@lrclaw.com

Mark D. Collins    collins@RLF.com, rbgroup@rlf.com

Charlene D. Davis    bankserve@bayardfirm.com, cdavis@bayardfirm.com

Kathleen Campbell Davis    kdavis@camlev.com

Frederic John DiSpigna    fdispigna@dstern.com

Neil F. Dignon    jacobe@drapgold.com;dominettec@drapgold.com;patricias@drapgold.com

John P. Dillman    houston_bankruptcy@publicans.com

Kristi J. Doughty    bk.service@aulgur.com

Kenneth J. Enos    bankruptcy@ycst.com

Bonnie Glantz Fatell    fatell@blankrome.com, senese@blankrome.com

Charles J. Filardi, Jr.    charles@filardi-law.com, abothwell@filardi-law.com

David V. Fontana    dfont@gebsmith.com

David M. Fournier    fournierd@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com

Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com

Michael G. Gallerizzo    mgall@gebsmith.com

Robert S. Goldman    mmo@pgslaw.com

Robert E. Greenberg    rgreenberg@dclawfirm.com

Joseph Grey    jg@stevenslee.com

Kurt F. Gwynne    kgwynne@reedsmith.com, llankford@reedsmith.com

Jason W. Harbour    jharbour@hunton.com

A. Michelle Hart    bkmail@mrdefault.com, bkmail@mrdefault.com

Paul Noble Heath    heath@rlf.com, Jerominski@rlf.com;RBGroup@rlf.com

Douglas D. Herrmann    dherrman@skadden.com

Nancy Hotchkiss     nhotchkiss@trainorfairbrook.com

James E. Huggett     jhuggett@margolisedelstein.com

Mark T Hurford     cl@camlev.com

Joseph H. Huston     jhh@stevenslee.com

Chun I. Jang     jang@rlf.com, rbgroup@rlf.com

Laura Davis Jones     ljones@pszyjw.com, efile1@pszyjw.com

Gregg S. Kleiner     kleinergs@cooley.com

Steven K. Kortanek     skortanek@wcsr.com, pgroff@wcsr.com

Matthew J. Lampke     mlampke@ag.state.oh.us

Adam G. Landis     landis@lrclaw.com

Ira M. Levee     ilevee@lowenstein.com, krosen@lowenstein.com

Christopher Dean Loizides     ecf.admin@loizides.com

William G. Malcolm     bill@mclaw.org

Kevin J Mangan     kmangan@monlaw.com

Julie A. Manning     bankruptcy@goodwin.com

Garvan F. McDaniel     gfm@bgbde.com, garvan@bgbde.com

Frank F. McGinn     ffm@bostonbusinesslaw.com

Evelyn J. Meltzer     meltzere@pepperlaw.com, lanoc@pepperlaw.com

Michael Joseph Merchant     merchant@rlf.com, rbgroup@rlf.com

Rachel B. Mersky     rmersky@monlaw.com

Kenneth M. Misken     kmisken@mcguirewoods.com, jmagee@mcguirewoods.com;dswan@mcguirewoods.com

Francis A. Monaco Jr.     fmonaco@monlaw.com, kdalton@monlaw.com;jbodnar@monlaw.com;kmangan@monlaw.com;hsasso@monlaw.com;rmersky@monlav

Norman M. Monhait     nmonhait@rmgglaw.com

Sheryl L. Moreau     deecf@dor.mo.gov

Michael R. Nestor     bankruptcy@ycst.com

Joanna Flynn Newdeck     jnewdeck@akingump.com

Steven H. Newman    snewman@ekks.com

Marc J. Phillips    mphillips@cblh.com

Laurie S. Polleck    lpolleck@jshllp-de.com

Susan E. Poppiti    spoppiti@eckertseamans.com

Marcos Alexis Ramos    ramos@rlf.com, rbgroup@rlf.com

Michael Reed    sragsdale@mvbalaw.com

Christopher M. Samis    samis@rlf.com, rbgroup@rlf.com

Diane W. Sanders    austin.bankruptcy@publicans.com

Felix A. Seidler    attyseidler@netscape.net

Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com

Laurie Selber Silverstein    bankruptcy@potteranderson.com

Christopher Page Simon    csimon@crosslaw.com

David B. Stratton    strattond@pepperlaw.com, wlbank@pepperlaw.com

Michelle Therese Sutter    msutter@ag.state.oh.us, jlemmon@ag.state.oh.us

Gregory Alan Taylor    gtaylor@ashby-geddes.com

William F. Taylor    bankdel@comcast.net, bankruptcydel@mccarter.com

Patricia Baron Tomasco    ptomasco@mailbmc.com, ngriffes@mailbmc.com

United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV

Madeleine Carmel Wanslee    mwanslee@gustlaw.com, rms@gustlaw.com

Christopher A. Ward    cward@klehr.com

Helen Elizabeth Weller    dallas.bankruptcy@publicans.com

Christopher Martin Winter    cmwinter@duanemorris.com, reorg@duanemorris.com

Jeffrey C. Wisler    jwisler@cblh.com

Donald Alan Workman    dworkman@bakerlaw.com

Steven M. Yoder    bankserve@bayardfirm.com, syoder@bayardfirm.com

Michael W. Yurkewicz    myurkewicz@klehr.com

**07-10416-KJC Notice will not be electronically mailed to:**