## CERTIFICATE OF SERVICE

I, Michael G. Busenkell, certify that on May 14, 2007 I caused a copy of the foregoing Objection Of C-Bass Regarding Provision Of Audit Reports With Respect To Emergency Motion Of Debtors And Debtors In Possession For (I) An Order (A) Approving Bidding Procedures And Bid Protections In Connection With The Proposed Sale Of Their Assets Used In Loan Servicing Business, (B) Scheduling Hearing To Consider Proposed Sale Of Certain Assets And Approving Form And Manner Of Notice Thereof And (C) Granting Related Relief And (II) An Order (A) Approving The Proposed Sale And (B) Granting Related Relief to be served by first class mail, unless otherwise indicated, on the parties on the attached service list.

Michael G. Busenkell (No. 3933)