IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| NEW CENTURY TRS HOLDINGS, INC., : | CASE NO. 07-10416-KJC |
| a Delaware corporation, et al., | Jointly Administered |
| Debtors. : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the firm listed below hereby appears as co-counsel for WALZ POSTAL SOLUTIONS, INC., also known as WALZ SECURED OUTSOURCING ("Walz")) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, requests that all notices given or required to be given and all papers served or required to be served in these cases be given to and served on:

William A. Hazeltine, Esquire
Law Offices of William A. Hazeltine LLC
110 West 9th Street, PMB 345
Wilmington, DE 19801
302.652.1146
302.351.3308 (fax)
wahazeltine@whazeltinelaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise that (i) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this

case, including Walz, with respect to (a) any of the debtors, (b) property of any of the debtors and/or there estates or proceeds thereof in which any of the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody or control of others that any of the debtors may seek to use; or (ii) requires or seeks to require any act, delivery of any property, payment or any other conduct by Walz.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleading, claim or suit on behalf of Walz shall waive (i) the right of Walz to have final orders in noncore matters entered only after de novo review by a United States District Court Judge; (ii) the right of Walz to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (iii) the right of Walz to have the United States District Court withdraw the reference in any matter related to this case; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Walz is or may be entitled under any agreements, in equity, or under any applicable law or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Walz expressly hereby asserts and preserves in these Cases.

LAW OFFICES OF WILLIAM A. HAZELTINE LLC

*/s/ William A. Hazeltine*
William A. Hazeltine
Bar I.D. No. 3294
110 West 9th Street, PMB 345
Wilmington, DE 19801
302.652.1146

*Attorneys for WALZ POSTAL SOLUTIONS, INC., also known as WALZ SECURED OUTSOURCING*

Dated: May 14, 2007