IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br>    NEW CENTURY TRS HOLDINGS, INC<br><br>Debtor | Chapter   11<br><br>Case No. 07-10416-KJC<br><br>Motion No. 581<br><br>**Hearing Date:** 5/30/2007 |

**RE-NOTICE OF MOTION OF WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE C/O ROSICKI & ASSOCIATES FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

TO:

| | | |
|---|---|---|
| New Century TRS Holdings, Inc.<br>18400 Von Karman Ave.<br>Irvine, CA 92612<br>Debtor | Christopher M. Samis<br>Chun I. Jang<br>Mark D. Collins<br>Michael Joesph Merchant<br>Paul Noble Heath<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>Attorney for the Debtor | U.S. Trustee<br>United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899<br><br>Bonnie Glantz Fatell<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Attorney for the Official<br>Committee of Unsecured<br>Creditors |

Wells Fargo Bank, National Association as Trustee c/o Rosicki and Associates has filed a Motion for Relief from Stay which seeks the following relief: Relief from Stay with regards to the property located at: 1 Fourth Street, Conestee, South Carolina 29636.

**HEARING ON THE MOTION WILL BE HELD ON May 30th at 2:30 pm.
At the United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801.**

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

DATE: 05/14/2007                                    BY:__/s/ Neil F. Dignon_____
                                                                              Thomas D.H. Barnett, Esquire
                                                                              Neil F. Dignon, Esquire
                                                                              Counsel for the Movant

CERTIFICATE OF SERVICE

I, Neil F. Dignon, certify that I am not less than 18 years of age, and that service of this notice and a copy of the motion was made on 05/14/2007.

upon:

>New Century TRS Holdings, Inc.
>18400 Von Karman Ave.
>Irvine, CA 92612
>Debtor

>Christopher M. Samis
>Chun I. Jang
>Mark D. Collins
>Michael Joesph Merchant
>Paul Noble Heath
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899
>Attorney for the Debtor

>U.S. Trustee
>United States Trustee
>844 King Street, Room 2207
>Lockbox #35
>Wilmington, DE 19899

>Bonnie Glantz Fatell
>Blank Rome LLP
>1201 Market Street, Suite 800
>Wilmington, DE 19801
>Attorney for the Official Committee of Unsecured Creditors

/s/ Neil F. Dignon
Signature