IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al. | : | |
| | : | Jointly administered |
| Debtors. | : | |

_____

**OBJECTION TO ASSUMPTION AND ASSIGNMENT CURE AMOUNT**

National Field Representatives, Inc. ("NFR") by and through its undersigned counsel, hereby objects to the cure amount proposed by the Debtors in connection with the proposed assumption and assignment of a certain executory contract between New Century Mortgage Corporation and NFR.

1. On or around April 1, 2003, NFR and New Century Mortgage Corporation ("New Century") entered into an agreement titled "Property Inspection and Preservation Agreement" (the "Contract"). Pursuant to the Contract, NFR agreed to perform certain real estate inspection and preservation services at pre-set fees as requested by New Century from time to time.

2. Prior to the initiation of these bankruptcy proceedings, NFR had performed substantial services for the Debtors pursuant to the Contract for which NFR had yet to receive payment. The Debtors currently owe NFR $796,636.50 for pre-petition services rendered under the Contract. In addition, the Debtors owe an additional $10,958 to NFR for post –petition services rendered. Accordingly,

the total amount owed by the Debtors to NFR is $807,594.50.  That amount has remained unpaid to the date hereof.

3. NFR has fully performed its outstanding obligations under the Contract without complaint from the Debtors.

4. In connection with the proposed sale of the Debtors' loan servicing assets to Carrington Mortgage Services, LLC ("Carrington"), NFR received a notice indicating that the Contract would be assumed and assigned to Carrington.  In the notice, the Debtors stated that the cure amount for the Contract was $607,535.00.  The proposed cure amount is incorrect and does not adequately cure the existing defaults under the Contract as required by 11 U.S.C. §365.  Specifically, the correct cure amount as of the date hereof is $807,594.50.

5. A detailed, itemized summary of the unpaid amounts owed to NFR under the Contract has been provided to the Debtors.  Additional back up information establishing the correct cure amount of $807,594.50 is available from NFR upon request.

6. NFR does not presently intend to dispute whether the proposed assignee, Carrington Mortgage Services, LLC, can provide adequate assurance of its ability to perform in the future under the Contract.  However, in the event that another party emerges as the successful bidder for the Debtors' loan servicing assets, NFR expressly reserves its right to raise "adequate assurance" and other objections.

7. Accordingly, for the reasons stated above, NFR objects to the proposed cure amount of the Contract, requests that its cure amount be set at

$807,594.50 and paid , and that the relief sought by the Debtors with respect to the Contract be modified consistent with this cure amount objection.

Dated: May 14, 2007                                            Respectfully Submitted,

By: /s/ Bayard J. Snyder
    Bayard J. Snyder
    Del. Bar No. 175
    Snyder & Associates, P.A.
    300 Delaware Avenue, Suite 1014
    Wilmington, DE  19801
    Phone:  (302) 657-8300

    Cohen & Grigsby, P.C.
    Thomas D. Maxson
    Pa. I.D. No. 63207
    11 Stanwix Street, 15th Floor
    Pittsburgh, PA  15222-1319
    Phone:  (412) 297-4706

Attorneys for National Field Representatives, Inc.