## <u>CERTIFICATE OF SERVICE</u>

I, Bayard J. Snyder, hereby certify that on May 14, 2007, the foregoing Limited Objection

was served by the Court's CM/ECF electronic filing system upon those parties who have

appeared in this case and to counsel listed below by first class U.S. mail, postage pre-paid:

Suzzanne S. Uhland, Esquire
Brophy Christensen
O'Melveny & Myers LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Thomas S. Kiriakos, Esquire
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Ben H. Logan, Esquire
O'Melveny & Myers LLP
400 So. Hope Street
Los Angeles, CA 90071

United States Trustee
844 King Street, Room 2207
Lockbox No. 35
Wilmington, DE 19899-0035

Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 North Market Street
Seventh Floor
Wilmington, DE 19801

/s/ Bayard J. Snyder
Bayard J. Snyder