IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al. | : |
| | : Hearing Date: 5/21/2007 @ 10:00 a.m. |
| Debtors. | : Objection Deadline: 5/14/2007 @ 4:00 p.m. |

OBJECTION OF RBC MORTGAGE COMPANY
AND RBC HOLDCO CORPORATION TO MOTION OF DEBTORS AND DEBTORS
IN POSSESSION FOR AN ORDER AUTHORIZING AND APPROVING ASSUMPTION
AND ASSIGNMENT OF REAL PROPERTY LEASES [Related to Docket No. 493]

1. RBC Mortgage Company, RBC Holdco Corporation (Collectively "RBC") and New Century Financial Corporation entered into an agreement of sale for certain assets and assumption of liabilities on September 2, 2005 (the "Agreement"). The Agreement includes the assignment of real and personal property leases to New Century. RBC is liable for twenty-six of the real property leases and in excess of 196 personal property leases for copiers, faxes and other office equipment. The buyout for the personal property leases is approximately $1,800,000.

2. On May 1, 2007, Debtors moved to assume and assign three of the leases assigned by RBC. Debtors' only have an assignment of these three leases and consequently, Debtors' can only assign the assignment of lease. RBC remains liable to the landlord under each of these leases.

3. Debtors are the are assignee of an assignment of LEASE ID CA056, 9665 Granite Ridge, Suite 550, San Diego, CA 92123. RBC does not object to the assignment of the assignment of the lease to National City, however, the Debtors assert that the cure for this lease is $ 0, when in fact the Debtors failed to pay May rent resulting in a cure due of $ 22,851.82. In addition, Debtors fail to establish procedures to remove and secure all personalty located at the

leased premises. As previously detailed RBC assigned personal property leases to Debtors and any personalty subject to those leases must be removed and secured by Debtors.

    4.    Debtors are the assignee of an assignment of lease of LEASE ID HI005, 275 Ka'ahunabu Center, Suites 210 and 201, Kahului, HI 96732. RBC does not object to the assignment of the assignment of the lease to Homestreet Bank, however, the Debtors assert that the cure for this lease is $ 0, when in fact the Debtors failed to pay May rent resulting in a cure due of $ 15,423.74. In addition, Debtors fail to establish procedures to remove and secure all personalty located at the leased premises. As previously detailed RBC assigned personal property leases to Debtors and any personalty subject to those leases must be removed and secured by Debtor.

    5.    Debtors are the assignee of an assignment of lease of LEASE ID IL001, 2151 South Neil Street, Champaign, IL 61820. RBC does not object to the assignment of the assignment of the lease to First Horizon, however, the Debtors assert that the cure for this lease is $ 0, when in fact the Debtors failed to pay April and May rent resulting in a cure due of $ 11,050.74. In addition, Debtors fail to establish procedures to remove and secure all personalty located at the leased premises. As previously detailed RBC assigned personal property leases to Debtors and any personalty subject to those leases must be removed and secured by Debtor.

WHEREFORE, RBC requests that Debtors Motion be denied, or at least modified to address the issues raised herein and for such other and further relief as is just and equitable.

**MONZACK AND MONACO, P.A.**

*Rachel B. Mersky*
Francis A. Monaco, Jr., Esquire (#2078)
Rachel B. Mersky, Esquire (#2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19899-2031
(302) 656-8162
COUNSEL FOR RBC USA HOLDING CORPORATION
AND RBC MORTGAGE COMPANY

Dated: May 14, 2007