# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al. | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## OBJECTION TO ASSUMPTION AND ASSIGNMENT (CURE AMOUNT)

LandAmerica Default Services Company ("LandAmerica") by its undersigned counsel, objects to the assumption and assignment of its contracts as set forth in the Debtors' notice of New Century's intent to assume and assign certain executory contracts. This objection goes specifically to the identification of the proper cure amounts. It should be noted that LandAmerica continues to do business with the Debtors so the numbers identified below are current as of May 14, 2007, but are subject to change in the future.

## POST-PETITION CHARGES

LandAmerica is owed $815,042.62 by the Debtors. A spreadsheet is attached to this objection that identifies the breakdown of the amounts owed. The monies owed are related to LandAmerica's "Foreclosure," "Reconveyance" and "Broker's Price Opinions" businesses, which are divisions operating within LandAmercia.

ME1 6392042v.1

WHEREFORE, LandAmerican demands that it be paid $815,042.62 as a pre-condition to the assumption and assignment of its contracts with the Debtors.

                              **McCARTER & ENGLISH, LLP**

                              */s/ William F. Taylor, Jr.*

                              William F. Taylor, Jr. (Del. # 2936)
                              919 North Market Street, Suite 1800
                              P.O. Box 111
                              Wilmington, DE 19899
                              Telephone: (302) 984-6300

Date: May 14, 2007              Attorney for LandAmerica Default Services Company

ME1 6392042v.1

## CERTIFICATE OF SERVICE

I, William F. Taylor Jr., Esquire, certify that I am not less than 18 years of age, and that service of this *OBJECTION TO ASSUMPTION AND ASSIGNMENT (CURE AMOUNT)* was made on May 14, 2007, upon the parties listed below via United States First Class Mail.

**Mark D. Collins, Esq.**
Richards, Layton & Finger, P.A.
One Rodney Square, P. O. Box 551
Wilmington, DE 19899

**Bonnie Glantz Fatell**
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
 *Creditor Committee*

*U.S. Trustee*
**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Under penalty of perjury, I declare that the foregoing is true and correct.

May 14, 2007

**McCARTER & ENGLISH, LLP**

William F. Taylor, Jr., Esq. (Del. # 2936)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
Telephone: (302) 984-6300
Attorney for LandAmerica Default Services Company

| Contact | Name | Total | Unapplied CRs | 0 - 90 | 91 - 120 | 121 - 180 | 181 - 365 |
|---|---|---|---|---|---|---|---|
| 323784 | New Century Mortgage - FC | 229,675.42 | -5,198.17 | 232,796.59 | | 52.00 | 2,025.00 |
| 27742 | New Century Mortgage - Recon | 316,592.20 | -44,596.90 | 293,745.35 | 43,150.25 | 11,378.00 | 12,915.50 |
| 83851 | New Century Mortgage - BPO | 268,775.00 | -51,905.00 | 320,680.00 | | | |
| | | **815,042.62** | **-101,700.07** | **847,221.94** | **43,150.25** | **11,430.00** | **14,940.50** |