CERTIFICATE OF SERVICE

I, Michael G. Busenkell, certify that on May 14, 2007 I caused a copy of the foregoing Limited Objection Of Litton Loan Servicing To Motion Of The Debtors And Debtors In Possession For A Procedure To Grant Relief From The Automatic Stay For Certain Foreclosure Proceedings Pursuant To Sections 105(a) And 362 Of The Bankruptcy Code to be served in the manner indicated on:

New Century TRS Holdings, Inc.
18400 Von Karman Avenue
Irvine, CA 92612
**By First Class Mail**

Suzzanne S. Uhland, Esq.
O'Melveny & Myers, LLP
275 Battery Street
San Francisco, CA 94111
**By First Class Mail**

Bennett L. Spiegel, Esq.
Kirkland & Ellis, LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
**By First Class Mail**

Mark T. Power, Esq.
Hahn & Hessen, LLP
488 Madison Avenue
14th and 15th Floors
New York, NY 10022
**By First Class Mail**

Mark D. Collins, Esq.
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
**By Hand Delivery**

Joseph McMahon, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801
**By Hand Delivery**

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
**By Hand Delivery**

*/s/ Michael G. Busenkell*
Michael G. Busenkell (No. 3933)

*U0006510*