UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | |
| et al., | Jointly Administered |
|       Debtors. | |
| | Ref. No. 526 |
| _____/ | |

**NOTICE OF DAVID J. STERN, P.A.'S OBJECTION
TO DEBTORS' MOTION FOR A PROCEDURE TO GRANT
STAY RELIEF FOR CERTAIN FORECLOSURE PROCEEDINGS**

Please take notice that the undersigned has filed the within Objection, to be considered by the Court on May 21, 2007, at 10:00 a.m. or as soon thereafter as counsel may be heard.

Dated: 5/14/07

LAW OFFICES OF DAVID J. STERN, P.A.
801 S. University Drive Suite 500
Plantation, FL 33324
Phone: (954) 233-8000 ext 207
Fax: (954) 233-8648

/S/ Frederic J. DiSpigna
_____

FREDERIC J. DISPIGNA, ESQUIRE
Florida Bar No. 345539
fdispigna@dstern.com

07-82200.NOT