## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., et al., | Jointly Administered |
| Debtors. | |
| | Ref. No. 526 |
| | Hearing: May 21, 2007 @ 10:00 a.m. |
| _____/ | |

## ORDER DENYING MOTION

AN NOW, TO-WIT, this _____ day of _____, 2007

For the reasons stated in Open Court:

The Motion of Debtors and Debtors in Possession for a Procedure to Grant Relief from the Automatic Stay for Certain Foreclosure Proceeding pursuant to §105(a) and §362 of the Bankruptcy Code (DN 526) is hereby DENIED;

IT IS SO ORDERED.

Dated:

_____
JUDGE OF THE BANKRUPTCY COURT

07-82200.ORD