**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | |
| et al., | Jointly Administered |
|         Debtors. | |
| | Ref. No. 526 |
| _____/ | |

**CERTIFICATE OF SERVICE**

I, Diane M. Smith, certify that I am not less that 18 years of age; that service of this Notice and a copy of the Objection to the Motion was made on May 14, 2007, in accordance with BR 7004 on:

New Century TRS Holding, Inc.
18400 Von Karman Ave,
Irving, CA 92616

Suzzanne S. Uhland, Esq.
O'Melveny & Myers, LLP
275 Battery Street
San Francisco, CA 94111
Fax (415) 984-2107

Bennett L. Spiegel, Esq.
Kirkland & Ellis, LLP
777 S. Figueroa St., Suite 3700
Los Angeles, CA 90017
Fax (213) 680-8500

Mark T. Power, Esq.
Hahn & Hessen, LLP
488 Madison Ave.
14th and 15th Floors
New York., NY 10022
Fax (212) 478-7400

07-82200.COS

Mark D. Collins, Esq.
Richards, Layton & Finger
P.O. Box 551
Wilmington, DE 19899
Fax (302 658-6548

U.S. Trustee
844 King St., Room 2207
Wilmington, DE 19899

Bonnie Glantz Fatell
Blank Rome, LLP
1201 Market St., Suite 800
Wilmington, DE 19801
Fax (302) 425-6464

      Under penalty of perjury, I declare that the foregoing is true and correct.

5/14/07          /s/ Diane Smith
                   Diane Smith
                   801 S. University Dr., Suite 500
                   Plantation, FL 33324
                   (954) 233-8400, ext 174

07-82200.COS