# EXHIBIT 2

# INVOICE

| | |
|---|---:|
| Invoice | 206384 |
| Page Number | 1 |
| Date | 1/30/2007 |
| Customer | 211696 |

**Please Remit Payments To:**
Affiliated Computer Services
P.O. Box 201322
Dallas TX 75320-1322

**SOLD TO:** NEW CENTURY MORTGAGE CORP
ATTN: STEVE NAGY
210 COMMERCE, 1ST FLOOR
IRVINE CA 92602

**SHIP TO:** NEW CENTURY MORTGAGE CORP
ATTN: STEVE NAGY
210 COMMERCE, 1ST FLOOR
IRVINE CA 92602

Amount Enclosed:

| CUSTOMER P.O. | ORDER # | TERMS | DUE DATE |
|---|---|---|---|
| CONTRACT | | Net 30 Days | 3/1/2007 |

| ITEM NUMBER | DESCRIPTION | UM | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---:|---:|---:|
| 261001 | IMAGES COMMITTED | EA | 6,910,911 | .0805 | 556,328.34 |
| 261002 | Trailing Doc Images Committed | EA | 870,956 | .0591 | 51,473.50 |
| 261003 | Servicing Documents | EA | 39,574 | .0590 | 2,334.87 |
| 261004 | Broker File Conv Images | EA | 11,711 | .0550 | 644.11 |
| 261005 | POC Trailing Doc Audits | EA | 50,679 | .2000 | 10,135.80 |
| 261006 | Hard Drive Transfer Req | EA | 8 | 160.0000 | 1,280.00 |
| 261007 | 1 Transfer | EA | 8 | 600.0000 | 4,800.00 |
| 261010 | MCI T1 LINE MONTHLY SERV FEE | EA | 1 | 1,503.2300 | 1,503.23 |
| 261011 | MCI T1 Line Mo Ser Fee Tax | EA | 1 | 187.8300 | 187.83 |
| | BILLING PERIOD: 12/28-1/29/07 | | | | |

| | |
|---|---:|
| Subtotal | 628,687.68 |
| Tax | |
| Total | 628,687.68 |

For Invoice Questions Call:
LAMAR FAULKNER (949) 797-5149

Form: 17070

INVOICE

| | |
|---|---|
| Invoice | 211287 |
| Page Number | 1 |
| Date | 2/27/2007 |
| Customer | 211696 |

**Please Remit Payments To:**
Affiliated Computer Services
P.O. Box 201322
Dallas TX 75320-1322

**SOLD TO:** NEW CENTURY MORTGAGE CORP
ATTN: STEVE NAGY
210 COMMERCE, 1ST FLOOR
IRVINE CA 92602

**SHIP TO:** NEW CENTURY MORTGAGE CORP
ATTN: STEVE NAGY
210 COMMERCE, 1ST FLOOR
IRVINE CA 92602

Amount Enclosed:

| CUSTOMER P.O. | ORDER # | TERMS | DUE DATE |
|---|---|---|---|
| CONTRACT | | Net 30 Days | 3/29/2007 |

| ITEM NUMBER | DESCRIPTION | UM | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 261001 | IMAGES COMMITTED | EA | 5,299,997 | .0851 | 451,029.74 |
| 261002 | Trailing Doc Images Committed | EA | 720,578 | .0635 | 45,756.70 |
| 261003 | Servicing Documents Min. Fee | EA | 5,000 | .0410 | 205.00 |
| 261004 | Broker File Conv Images | EA | 3,009 | .0550 | 165.50 |
| 261005 | POC Trailing Doc Audits | EA | 41,703 | .2000 | 8,340.60 |
| 261006 | Hard Drive Transfer Req | EA | 5 | 160.0000 | 800.00 |
| 261007 | 1 Transfer | EA | 5 | 600.0000 | 3,000.00 |
| 261010 | MCI T1 LINE MONTHLY SERV FEE | EA | 1 | 1,503.2300 | 1,503.23 |
| 261011 | MCI T1 Line Mo Ser Fee Tax | EA | 1 | 187.8300 | 187.83 |
| | BILLING PERIOD: 1/30-2/26/07 | | | | |

| | |
|---|---|
| Subtotal | 510,988.60 |
| Tax | |
| Total | 510,988.60 |

For Invoice Questions Call:
LAMAR FAULKNER (949) 797-5149

Form: 17070

# INVOICE

| | |
|---|---:|
| Invoice | 216245 |
| Page Number | 1 |
| Date | 4/6/2007 |
| Customer | 211696 |

**Please Remit Payments To:**
Affiliated Computer Services
P.O. Box 201322
Dallas TX 75320-1322

**SOLD TO:** NEW CENTURY MORTGAGE CORP
ATTN: STEVE NAGY
210 COMMERCE, 1ST FLOOR
IRVINE CA 92602

**SHIP TO:** NEW CENTURY MORTGAGE CORP
ATTN: STEVE NAGY
210 COMMERCE, 1ST FLOOR
IRVINE CA 92602

Amount Enclosed: 

| CUSTOMER P.O. | ORDER # | TERMS | DUE DATE |
|---|---|---|---|
| CONTRACT | | Net 30 Days | 5/6/2007 |

| ITEM NUMBER | DESCRIPTION | UM | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---:|---:|---:|
| 261001 | IMAGES COMMITTED | EA | 3,533,286 | .0874 | 308,809.20 |
| 261002 | Trailing Doc Images Committed | EA | 746,537 | .0635 | 47,405.10 |
| 261003 | Servicing Documents | EA | 2,775 | .0410 | 113.78 |
| 261004 | Broker File Conv Images | EA | 2,965 | .0550 | 163.08 |
| 261005 | POC Trailing Doc Audits | EA | 44,640 | .2000 | 8,928.00 |
| 261006 | Hard Drive Transfer Req | EA | 5 | 160.0000 | 800.00 |
| 261007 | 1 Transfer | EA | 3 | 600.0000 | 1,800.00 |
| 261008 | 1 Transfer Exceeding 6000 | EA | 2 | 650.0000 | 1,300.00 |
| 261010 | MCI T1 LINE MONTHLY SERV FEE | EA | 1 | 1,503.2300 | 1,503.23 |
| 261011 | MCI T1 Line Mo Ser Fee Tax | EA | 1 | 187.8300 | 187.83 |
| | BILLING PERIOD: 2/27-3/28/07 | | | | |

| | |
|---|---:|
| **Subtotal:** | 371,010.22 |
| **Tax:** | |
| **Total:** | 371,010.22 |

For Invoice Questions Call:
LAMAR FAULKNER (949) 797-5149

Form: 17070

# INVOICE

| | |
|---|---|
| Invoice | 220623 |
| Page Number | 1 |
| Date | 4/27/2007 |
| Customer | 211696 |

**Please Remit Payments To:**
Affiliated Computer Services
P.O. Box 201322
Dallas TX 75320-1322

**SOLD TO:** NEW CENTURY MORTGAGE CORP
ATTN: STEVE NAGY
210 COMMERCE, 1ST FLOOR
IRVINE CA 92602

**SHIP TO:** NEW CENTURY MORTGAGE CORP
ATTN: STEVE NAGY
210 COMMERCE, 1ST FLOOR
IRVINE CA 92602

**Amount Enclosed:** 

| CUSTOMER P.O. | ORDER # | TERMS | DUE DATE |
|---|---|---|---|
| CONTRACT | | Net 30 Days | 5/27/2007 |

| ITEM NUMBER | DESCRIPTION | UM | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 261001 | IMAGES COMMITTED MINIMUM | EA | 2,500,000 | .0874 | 218,500.00 |
| 261005 | POC Trailing Doc Audits | EA | 28,784 | .2000 | 5,756.80 |
| 261006 | Hard Drive Transfer Req | EA | 7 | 160.0000 | 1,120.00 |
| 261007 | 1 Transfer | EA | 7 | 600.0000 | 4,200.00 |
| 261010 | MCI T1 LINE MONTHLY SERV FEE | EA | 1 | 1,503.2300 | 1,503.23 |
| 261011 | MCI T1 Line Mo Ser Fee Tax | EA | 1 | 187.8300 | 187.83 |
| | BILLING PERIOD: 3/29-4/26/07 | | | | |

| | |
|---|---|
| Subtotal: | 231,267.86 |
| Tax: | |
| Total: | 231,267.86 |

For Invoice Questions Call:
LAMAR FAULKNER (949) 797-5149

Form: 17070