## CERTIFICATE OF SERVICE

I, Christina M. Thompson, hereby certify that on this 14th day of May, 2007, I caused a true and correct copy of the foregoing document to be served upon the individuals listed on the attached service list as indicated thereon.

_____
Christina M. Thompson (No. 3976)

#538864-1

Elihu E. Allinson, III
William D. Sullivan
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
**HAND DELIVERY**

Michael R. Lastowski
Christopher M. Lastowski
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
**HAND DELIVERY**

Daniel K. Astin
Anthony M. Saccullo
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, DE 19899-2323
**HAND DELIVERY**

Richard M. Beck
Christopher A. Ward
Michael W. Yurkewicz
Joanne B. Wills
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
**HAND DELIVERY**

Don A. Beskrone
William P. Bowden
Gregory A. Taylor
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
**HAND DELIVERY**

Ian Connor Bifferato
Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
**HAND DELIVERY**

Robert S. Brady
Michael R. Nestor
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
**HAND DELIVERY**

Michael Busenkell
Eckert, Seamans, Cherin & Mellot, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
**HAND DELIVERY**

Mary F. Caloway
Eric Lopez Schnabel
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
**HAND DELIVERY**

William E. Chipman, Jr.
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801
**HAND DELIVERY**

Megan E. Cleghorn
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801
**HAND DELIVERY**

Richard S. Cobb
Matthew B. McGuire
Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
**HAND DELIVERY**

Mark D. Collins
Michael J. Merchant
Chun I. Jang
Richards, Layton & Finger, P.A.
One Rodney Square, 920 King Street
Wilmington, DE 19801
**FACSIMILE/HAND DELIVERY**

Charlene D. Davis
Neil B. Glassman
Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
**HAND DELIVERY**

Robert J. Dehney
Gregory W. Werkheiser
Daniel B. Butz
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801
**HAND DELIVERY**

Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
**HAND DELIVERY**

Bonnie Glantz Fatell
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
**FACSIMILE/HAND DELIVERY**

Michael G. Gallerizzo
David V. Fontana
Gebhart & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801
**HAND DELIVERY**

Joseph Grey
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
**HAND DELIVERY**

Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
**HAND DELIVERY**

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
**HAND DELIVERY**

Steven K. Kortanek
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
**FACSIMILE/HAND DELIVERY**

Christopher D. Loizides
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
**HAND DELIVERY**

David M. Fournier
Evelyn J. Meltzer
David B. Stratton
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street, Suite 5100
Wilmington, DE 19801
**HAND DELIVERY**

Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801
**HAND DELIVERY/FACSIMILE**

Francis A. Monaco, Jr.
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
**HAND DELIVERY**

Norman M. Monhait
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801
**HAND DELIVERY**

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
**HAND DELIVERY**

Ellen W. Slights
U.S. Attorney's Office
1007 Orange Street, 7th Floor
Wilmington, DE 19801
**HAND DELIVERY**

Brian A. Sullivan
Amy D. Brown
Werb & Sullivan
300 Delaware Avenue
Wilmington, DE 19801
**HAND DELIVERY**

| | |
|---|---|
| William F. Taylor<br>Katherine L. Mayer<br>McCarter & English, LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br>**HAND DELIVERY** | Lisa C. McLaughlin<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 |
| Division of Unemployment Insurance<br>Department of Labor<br>4425 North Market Street<br>Wilmington, DE 19802 | James E. Huggett<br>Margolis Edelstein<br>750 S. Madison Street, Suite 102<br>Wilmington, DE 19801 |
| Delaware Secretary of State<br>Division of Corporations<br>Franchise Tax Division<br>P.O. Box 7040<br>Dover, DE 19903 | Secretary of the Treasury<br>P.O. Box 7040<br>Dover, DE 19903 |
| Securities & Exchange Commission<br>15th & Pennsylvania Avenue, N.W.<br>Washington, DC 20020 | Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plaza, Room 1150<br>Baltimore, MD 21201 |
| IKON Office Solutions<br>Recovery & Bankruptcy<br>3920 Ark Wright Road, Suite 400<br>Macon, GA 31210 | XRoads Case Management Services<br>P.O. Box 8901<br>Marina Del Rey, CA 90295 |

| | |
|---|---|
| David G. Aelvoet<br>Linebarger Goggan Blair & Sampson LLP<br>Travis Building, 711 Navarro, Suite 300<br>San Antonio, TX  78205 | Richard H. Agins<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT  06103-3178 |
| John J. Arminas<br>Goldberg, Kamin & Garvin<br>1806 Frick Building, 437 Grant Street<br>Pittsburgh, PA  15219 | Hernando Azarcon<br>Senior Legal Coordinator<br>GMAC Commercial Finance LLC<br>3000 Town Center, Suite 280<br>Southfield, MI  48075 |
| D.J. Baker<br>Rosalie W. Gray<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036-6522 | Elizabeth Banda<br>Perdue, Brandon, Fielder, Collins & Mott, LLP<br>P.O. Box 13430<br>Arlington, TX  76094-0430 |
| Paul M. Basta<br>Joshua A. Sussberg<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY  10022-4611 | Mark N. Berman<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA  02110-1832 |
| Matthew Botica<br>David Wirt<br>Grayson Walter<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL  60601 | Frank G. Burt<br>Raul A. Cuervo<br>W. Glenn Merten<br>Jorden Burt LLP<br>1025 Thomas Jefferson Street, NW<br>Suite 400 East<br>Washington, DC  20007-5208 |

James S. Carr
David Retter
Christena A. Lambrianakos
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Richard A. Chesley
Kimberly D. Newmarch
Paul, Hastings, Janofsy & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606

Robert P. Cocco
Robert P. Cocco, P.C.
437 Chestnut Street, Suite 1006
Philadelphia, PA 19106

Ken Coleman
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY

Gretchen Crawford
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102

Raniero D'Aversa, Jr.
Laura D. Metzger
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820

Luc A. Despins
Wilbur F. Foster
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

Robert M. Dombroff
Steven Wilamowsky
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Amish R. Doshi
Day Pitney LLP
7 Times Square
New York, NY 10036-7311

Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510

T. Robert Finlay
Donna L. La Porte
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660

Barry Freeman
Jeffer Mangels Butler & Marmaro, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Scot Freeman
Account Resolution
Travelers
National Accounts
1 Tower Square - 5MN
Hartford, CT 06183-4044

Nathan Fuchs
Securities & Exchange Commission
233 Broadway
New York, NY 10279

Andrew J. Gallo
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

Robert P. Gates
Erskine & Tulley
220 Montgomery Street, Suite 303
San Francisco, CA 94104

Jeffrey I. Golden
Hutchison B. Meltzer
Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Alberto P. Gonzalez
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

| | |
|---|---|
| Robert Goodrich<br>Stites & Harison, PLLC<br>1800 Fifth Third Center<br>424 Church Street<br>Nashville, TN 37219-2376 | Bruce Gordon<br>IBM Credit LLC<br>Special Handling Group-MD NC322, North Castle Dr<br>Armonk, NY 10504 |
| Lawrence P. Gottesman<br>Sukyong Suh<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | Salvatore J. Graziano<br>Bernstein Litowitz Berger & Grossmann LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| Robert E. Greenberg<br>Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC<br>1101 Seventeenth Street, N.W. Suite 700<br>Washington, DC 20036-4704 | Charles A. Hansen<br>Mark S. Bostick<br>Wendel, Rosen, Black & Dean LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607-4036 |
| A. Michelle Hart<br>McCalla Raymer, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Jed Hart<br>Angelo, Gordon & Co.<br>245 Park Avenue, 26th Floor<br>New York, NY 10167 |
| Howard R. Hawkins, Jr.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 | Sheldon I. Hirshon<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036-8299 |

Nancy Hotchkiss
Trainor Fairbrook
P.O. Box 255824
980 Fulton Avenue
Sacramento, CA 95865

Mark T. Power
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022
**FACSIMILE/FIRST CLASS MAIL**

Mitchell W. Katz
Qwest Legal Department
1801 California Street, Suite 900
Denver, CO 80202

Thomas S. Kiriakos
Sean T. Scott
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
**FACSIMILE/FIRST CLASS MAIL**

Gregg S. Kleiner
Cooley Godward Kronish LLP
101 California Street, 5th Floor
San Francisco, CA 94111-2222

Thomas M. Korsman
Vice President
Wells Fargo Bank, N.A.
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN 55479

Matthew J. Lampke
Assistant Chief
Ohio Attorney General's Office
Executive Agencies Section
30 E. Broad Street, 26th Floor
Columbus, OH 43215-4200

Mark Lee
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Randall S. Leff
Eric M. Heller
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212-2974

Chris Lenhart
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

Paul T. Liu
John Guerry
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA 91302

William G. Malcolm
Malcolm & Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612

Carlos G. Manalansan
Wolff & Samson, PC
The Offices of Crystal Lake, One Boland Drive
West Orange, NJ 07052

Julie A. Manning
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Mark Manski
Barclays Bank PLC
200 Park Avenue
New York, NY 10166

Richard F. Martin
8109 Santa Luz Village Green South
San Diego, CA 92127

Frank F McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Sari E. Meador
Delinquency and Enforcement
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, FL 33831-2016

David A. Meskan
500 Eagles Landing, LLC
2100 Green Street, Apt. 404
San Francisco, CA 94123

Keith W. Miller
James R. Bliss
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, NY 10022

| | |
|---|---|
| John E. Mitchell<br>Vinson & Elkins LLP<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX  75201 | Sheryl L. Moreau<br>Special Assistant Attorney General<br>Missouri Department of Revenue<br>General Counsel's Office<br>P.O. Box 475<br>301 W. High Street, Room 670<br>Jefferson City, MO  65105-0475 |
| Steven H. Newman<br>Katsy Korins LLP<br>605 Third Avenue, 16th Floor<br>New York, NY  10158 | Blair A. Nicholas<br>Bernstein Litowitz Berger & Grossmann LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA  92130 |
| Mary E. Olsen<br>M. Vance McCrary<br>J. Cecil Gardner<br>The Gardner Firm, P.C.<br>1119 Government Street<br>Mobile, AL  36652 | Gregory M. Petrick<br>Angela Somers<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281 |
| Leo D. Plotkin<br>Levy, Small & Lallas<br>815 Moraga Drive<br>Los Angeles, CA  90049-1633 | David M. Poitras<br>Jeffer Mangels Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA  90067 |
| Daniel T. Powers<br>Chatham County Tax Commissioner<br>P.O. Box 8321<br>Savannah, GA  31412 | Mark H. Ralston<br>Davor Rukavina<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza<br>500 N. Akard Street<br>Dallas, TX  75201 |

| | |
|---|---|
| Michael Reed<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680 | Glenn M. Reisman<br>Two Corporate Drive, Suite 234<br>Shelton, CT 06484 |
| Richard J. Reynolds<br>Turner, Reynolds, Greco & O'Hara<br>16485 Laguna Canyon Road, Suite 250<br>Irvine, CA 92618 | Robert F. Reynolds<br>Slatkin & Reynolds, P.A.<br>One East Broward Boulevard, Suite 700<br>Fort Lauderdale, FL 33301 |
| Diane J. Richey<br>Vice President and Senior Counsel<br>Union Bank of California<br>445 S. Figueroa Street<br>Los Angeles, CA 90071 | Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>1949 South I.H. 35<br>Austin, TX 78760 |
| James R. Savin<br><s>David M. Dunn</s><br>Joanna F. Newdeck<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036 | Margot B. Schonholtz<br><s>Mark F. Liscio</s><br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 |
| Felix A. Seidler<br>Reeves & Seidler<br>2527 Santa Clara Avenue<br>Alameda, CA 94501-4633 | Andrea Sheehan<br>Law Offices of Robert E. Luna, PC<br>4411 N. Central Expressway<br>Dallas, TX 75205 |

| | |
|---|---|
| Bryn H. Sherman<br>Deckelbaum Ogens & Raftery, Chtd.<br>3 Bethesda Metro Center, Suite 200<br>Bethesda, MD 20814 | Don C. Sherwood<br>Sherwood and Hardgrove<br>11812 San Vicente Boulevard, Suite 210<br>Los Angeles, CA 90049-6622 |
| J.R. Smith<br>Jason W. Harbour<br>Hunton & Williams LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Joseph H. Smolinsky<br>Douglas E. Deutsch<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Bennet L. Spiegel<br>Shirley S. Cho<br>Kirkland & Ellis LLP<br>777 S. Figueroa Street, Suite 3700<br>Los Angeles, CA 90017 | Claudia Z. Springer<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103-7301 |
| David I. Swan<br>~~Kenneth M. Misken~~<br>McGuire Woods LLP<br>1750 Tysons Boulevard, Suite 1800<br>McLean, VA 22102-4215 | Patricia B. Tomasco<br>~~Brown McCarroll, LLP~~<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701 |
| Suzzanne S. Uhland<br>Brophy Christensen, Esquire<br>O'Melveny & Myers LLP<br>275 Battery Street<br>San Francisco, CA 94111<br>**FACSIMILE/FIRST CLASS MAIL** | John A. Vos<br>1430 Lincoln Avenue<br>San Rafael, CA 94901 |

| | |
|---|---|
| Madeleine C. Wanslee<br>Gust Rosenfeld PLC<br>201 E. Washington, Suite 800<br>Phoenix, AZ 85004-2327 | Gilbert B. Weisman<br>Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 |
| Seth R. Weissman<br>V.P. & General Counsel<br>Coremetrics, Inc.<br>1840 Gateway Drive, Suite 320<br>San Mateo, CA 94404 | Elizabeth Weller<br>Linebarger Googan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201-2644 |
| Katherine M. Windler<br>Bryan Cave LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401-2386 | Stuart B. Wolfe<br>Yaron Shaham<br>Wolfe & Wyman LLP<br>5 Park Plaza, Suite 1100<br>Irvine, CA 92614 |
| Brian D. Womac<br>~~Denise H. Mitchell~~<br>Womac & Associates<br>Two Memorial City Plaza<br>820 Gessner, Suite 1540<br>Houston, TX 77024 | Donald A. Workman<br>~~Baker & Hostetler LLP~~<br>1050 Connecticut Avenue, N.W., Suite 1100<br>Washington, DC 20036 |
| David H. Zielke<br>Vice President & Assistant General Counsel<br>Washington Mutual<br>1301 Second Avenue, WMC 3501<br>Seattle, WA 98101 | Ben H. Logan, Esquire<br>O'Melveny & Myers LLP<br>488 Madison Avenue<br>New York, New York 10022<br>**FACSIMILE/FIRST CLASS MAIL** |