**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| **NEW CENTURY TRS HOLDINGS,** : | Case No.: 07-10416 (KJC) |
| **INC., a Delaware corporation, et al.,**[1] : | |
| : | Jointly Administered |
| **Debtors.** : | |
| : | Docket No.: 70 |
| : | |
| : | Objection Deadline: May 14, 2007 @ 4:00 p.m. |
| : | Hearing Date: May 21, 2007 @10:00 a.m. |
| : | |

: : : : : : : : : : : :

## CERTIFICATE OF SERVICE OF OBJECTION OF GENERAL ELECTRIC CAPITAL CORPORATION TO DEBTORS' PROPOSED SALE OF THEIR LOAN SERVICING BUSINESS

I, MICHAEL G. GALLERIZZO, hereby certify that on this 14th day of May, 2007, I caused true and correct copies of the Objection of General Electric Capital Corporation to Debtors Proposed Sale of Their Loan Servicing Business to be served upon the following parties electronically:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Counsel for Debtor*

Joseph J. McMahon, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
*United States Trustee*

Suzzanne S. Uhland, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
*Counsel for Debtor*

Thomas S. Kiriakos, Esquire
Mayer, Brown, Rowe & Maw, LLP
71 South Wacker Drive
Chicago, Illinois 60606
*Counsel for Carrington*

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801
*Counsel for Official Committee of Unsecured Creditors*

Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
*Counsel for Office and Committee of Unsecured Creditors*

Steven K. Kortanek, Esquire
Womble Carlyle Sandbridge
 & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
*Counsel for Carrington*

Ben Logan, Esquire
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071
*Counsel for Debtor*


*/s/ Michael G. Gallerizzo*
Michael G. Gallerizzo (No. 4550)
GEBHARDT & SMITH LLP
901 Market Street, Suite 451
Wilmington, Delaware 19801
Telephone No.: (302) 656-9002
Facsimile No.: (302) 429-5953
mgall@gebsmith.com

Counsel to General Electric
Capital Corporation