**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | Case No.: 07-10416 (KJC) |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | Jointly Administered |
| **Debtors.** | : | |
| | : | Objection Deadline: May 14, 2007 @ 4:00 p.m. |
| | : | Hearing Date: May 21, 2007 @10:00 a.m. |
| | : | |

: : : : : : : : : : : :

**CERTIFICATE OF SERVICE OF OBJECTION OF**
**GENERAL ELECTRIC CAPITAL CORPORATION TO NOTICE OF**
**LEASE/CONTRACT ASSUMPTION AND CURE AMOUNT**

I, MICHAEL G. GALLERIZZO, hereby certify that on this 14TH day of May, 2007, I caused true and correct copies of the Objection of General Electric Capital Corporation to Notice of Lease/Contract Assumption and Cure Amount to be served upon the following parties electronically:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
*Counsel for Debtor*

Joseph J. McMahon, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE  19801
*United States Trustee*

Suzzanne S. Uhland, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA  94111
*Counsel for Debtor*

Thomas S. Kiriakos, Esquire
Mayer, Brown, Rowe & Maw, LLP
71 South Wacker Drive
Chicago, Illinois  60606
*Counsel for Carrington*

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801
*Counsel for Official Committee of Unsecured Creditors*

Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, New York  10022
*Counsel for Office and Committee of Unsecured Creditors*

Steven K. Kortanek, Esquire
Womble Carlyle Sandbridge
 & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, Delaware  19801
*Counsel for Carrington*

Ben Logan, Esquire
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California  90071
*Counsel for Debtor*

*/s/ Michael G. Gallerizzo*
Michael G. Gallerizzo (No. 4550)
GEBHARDT & SMITH LLP
901 Market Street, Suite 451
Wilmington, Delaware  19801
Telephone No.: (302) 656-9002
Facsimile No.: (302) 429-5953
mgall@gebsmith.com

Counsel to General Electric
Capital Corporation