## CERTIFICATE OF SERVICE

I, Christina M. Thompson, hereby certify that on this 14th day of May, 2007, I caused a true and correct copy of the foregoing document to be served upon the following individuals identified below in the manner as indicated.

*[signature]*
Christina M. Thompson (No. 3976)

**VIA FACSIMILE
AND HAND DELIVERY**

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North Market Street
Wilmington, Delaware 19801
Facsimile: (302) 651-7701

**VIA FACSIMLE
AND FIRST CLASS MAIL**

Suzzanne S. Uhland, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, California 94111
Facsimile: (415) 984-8701

#538934-1