## CERTIFICATE OF SERVICE

I, Norman M. Monhait hereby certify that on this 14th day of May, 2007, that a copy of the foregoing *Joinder of Wells Fargo Bank, N.A., as Indenture Trustee, to Limited Reply of Kodiak Funding, LP* was served by hand delivery on the parties listed on the attached service list.

_____
Norman M. Monhait (Bar No. 1040)

<div style="columns:2">

Joseph J. McMahon, Jr., Esquire
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

Mark D. Collins, Esquire
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

David W. Wirt, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

</div>