IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br> NEW CENTURY TRS HOLDINGS, INC., <br> a Delaware corporation, et al., <br><br> Debtors. | CHAPTER 11 <br> CASE NO. 07-10416-KJC <br><br> Jointly Administered |

## LIMITED OBJECTION AND RESERVATION OF RIGHTS BY WALZ POSTAL SOLUTIONS, INC., aka WALZ SECURED OUTSOURCING WITH RESPECT TO CURE AMOUNTS

WALZ POSTAL SOLUTIONS, INC., also known as WALZ SECURED OUTSOURCING ("Walz") hereby submits its Limited Objection and Reservation of Rights by Walz with Respect to the Cure Amounts ("Objection") set forth in the Notice of Intent of New Century Financial Corporation ("New Century") and its affiliated debtors and debtors-in-possession (collectively, the "Debtors'), to assume and assign certain executory contracts, unexpired leases, and other agreements of the Debtors and respectfully states as follows:

### BACKGROUND

1. On April 2, 2007 (the "Petition Date") the Debtors filed voluntary petitions with this Court pursuant to chapter 11, title 11 of the United States Bankruptcy Code commencing the above-referenced, jointly administered chapter 11 proceedings.

2. The Debtors continue to operate and manage their properties as debtors-in-possession pursuant to Bankruptcy Code §§1107 and 1108.

3. According to the Debtors' pleadings, the Debtors are comprised of approximately fifteen (15) separate entities and one of these entities is New Century Mortgage Corporation ("NCMC") which is a party to the Outsource Service Agreement ("Agreement") dated September 30, 2004 with Walz. Pursuant to the Agreement,

Walz provided labor and materials for printing and mailing letters and notices and returns processing. A true and correct copy of the Agreement is attached hereto as Exhibit "A" and incorporated herein by reference.

4. Pursuant to the Notice, the Debtors intend to assume and assign the Agreement and the Notice lists the Cure Amount for the Agreement at $27,287.33.

5. However, the books and records of Walz establish that there is a significantly higher cure amount that must be paid pursuant to 11 U.S.C. §365(b)(1)(A) prior to any assumption and assignment of the Agreement to any proposed purchaser.

6. Specifically, a summary of the outstanding invoices (copies of which are attached as Exhibit B) and correct Cure Amounts owed to Walz under the Agreement is set forth below.

| Invoice No. | Amount Outstanding | Invoice Date | Due Date | Description |
|---|---|---|---|---|
| 3500321 | $48,097.72 | 28-Feb-07 | 31-Mar-07 | February Services |
| 3500322 | $1,233.30 | 28-Feb-07 | 31-Mar-07 | February Services |
| 3500339 | $425.10 | 28-Feb-07 | 31-Mar-07 | January Services |
| 3500343 | $91.00 | 31-Jan-07 | 2-Mar-07 | January Services |
| 3500345 | $141.89 | 28-Feb-07 | 31-Mar-07 | February Services |
| 3500359 | $24,763.71 | 31-Mar-07 | 30-Apr-07 | March Services |
| 3500369 | $865.22 | 31-Mar-07 | 30-Apr-07 | March Services |
| Total Amount Due | $75,617.94 | | | |

7. In addition, following the Debtors' bankruptcy filing, Walz has continued to perform post-petition services under the Agreement.

8. Accordingly, as the Debtors are in default of the Agreement, Walz objects to the proposed cure amount set forth in the Debtors Notice and does not consent to the assumption and assignment without the Debtors' paying the full cure set forth herein.

9. Walz reserves the right to amend this Objection to the extent Walz determines that any other or additional amounts are due or become due under the Agreement and/or to the extent the Debtors' Motions to Assume and Assign are revised prior to or at the time of the hearing.

WHEREFORE, Walz respectfully requests that this Court enter an order (i) finding that the Debtors cure obligation with respect to the Agreement is not less than $75,617.94; (ii) conditioning the Debtor's assumption of the Agreement upon the payment of all amounts due under the Agreement; and (iii) granting such further relief as this Court deems just.

Respectfully submitted,

MULVANEY, KAHAN & BARRY, LLP
Melissa A. Blackburn, Esq.
401 West A Street, 17th Floor
San Diego, CA 92101
mblackburn@mkblaw.com
(619) 238-1010 (tel)
(619) 238-1981 (fax)

-and-

LAW OFFICES OF WILLIAM A. HAZELTINE LLC

*/s/ William A. Hazeltine*

William A. Hazeltine
Bar I.D. No. 3294
110 West 9th Street, PMB 345
Wilmington, DE 19801
302.652.1146

*Attorneys for WALZ POSTAL SOLUTIONS, INC., also known as WALZ SECURED OUTSOURCING*

Dated: May 14, 2007

4