Page:1

# INVOICE



WALZ CERTIFIED MAIL SOLUTIONS, LLC
43234 BUSINESS PARK DR SUITE 107
TEMECULA, CA 92590-3604
(951) 491-6800 (Phone)

INVOICE NUMBER: 3500321-IN
ORDER NUMBER:
INVOICE DATE: 2/28/2007
SALESPERSON: 1000
CUSTOMER NO: 01-0040506

FEI : 54-2176052

SOLD TO:
New Century Mortgage Corp
1610 E. St. Andrews Place
Attn: Servicing Cash Mgmt
Santa Ana, CA  92705

SHIP TO:
New Century Mortgage Corp
1610 E. St. Andrews Place
Attn: Servicing Cash Mgmt
Santa Ana, CA  92705

CONFIRM TO:

COMMENT:
February Invoice

| CUSTOMER P.O. | SHIP VIA | F.O.B. | DUE DATE | TERMS |
|---|---|---|---|---|
|  |  |  | 3/31/2007 | Net 30 |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| /FIRST CLASS | EACH | 93,680 | 93,680 | 0 | 0.300 | 28,104.00 |
| /RETURN RCPT | EACH | 15,631 | 15,631 | 0 | 1.250 | 19,538.75 |
| /TRACKRIGHT | EACH | 181,988 | 181,988 | 0 | 0.003 | 454.97 |

|  |  |
|---|---|
| Net Invoice: | 48,097.72 |
| Less Discount: | 0.00 |
| Freight: | 24.90 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 48,122.62 |
| Less Deposit: | 0.00 |
|  | 48,122.62 |

Page:1

# INVOICE



**WALZ CERTIFIED MAIL SOLUTIONS, LLC**
43234 BUSINESS PARK DR SUITE 107
TEMECULA, CA 92590-3604
(951) 491-6800 (Phone)

FEIN: 54-2176052

INVOICE NUMBER: 3500322-IN
ORDER NUMBER:
INVOICE DATE: 2/28/2007
SALESPERSON: 1000
CUSTOMER NO: 01-0040506

SOLD TO:
New Century Mortgage Corp
1610 E. St. Andrews Place
Attn: Servcing Cash Mgmt
Santa Ana, CA  92705

SHIP TO:
New Century Mortgage Corp
1610 E. St. Andrews Place
Attn:Servicing Cash Mgmt
Santa Ana, CA  92705

CONFIRM TO:

COMMENT:
February Invoice

| CUSTOMER P.O. | SHIP VIA | F.O.B. | DUE DATE | TERMS | | |
|---|---|---|---|---|---|---|
| | | | 3/31/2007 | Net 30 | | |
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| /RETURN RCPT | EACH | 4,111 | 4,111 | 0 | 0.300 | 1,233.30 |

|   |   |
|---|---|
| Net Invoice: | 1,233.30 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 1,233.30 |
| Less Deposit: | 0.00 |
|  | 1,233.30 |

Page:1

# INVOICE



WALZ CERTIFIED MAIL SOLUTIONS, LLC
43234 BUSINESS PARK DR SUITE 107
TEMECULA, CA 92590-3604
(951) 491-6800 (Phone)

FEI : 54-2176052

INVOICE NUMBER: 3500339-IN
ORDER NUMBER:
INVOICE DATE: 2/28/2007
SALESPERSON: 1000
CUSTOMER NO: 01-0040506

SOLD TO:
New Century Mortgage Corp
1610 E. St. Andrews Place
Attn: Servicing Cash Mgmt
Santa Ana, CA 92705

SHIP TO:
New Century Mortgage Corp
1610 E. St. Andrews Place
Attn: Servicing Cash Mgmt
Santa Ana, CA 92705

CONFIRM TO:

COMMENT:
January Invoice(Loss Mit)

| CUSTOMER P.O. | SHIP VIA | F.O.B. | DUE DATE | TERMS | | |
|---|---|---|---|---|---|---|
| | | | 3/30/2007 | Net 30 | | |
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| /FIRST CLASS | EACH | 1,417 | 1,417 | 0 | 0.300 | 425.10 |

|  |  |
|---|---|
| Net Invoice: | 425.10 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **425.10** |
| Less Deposit: | 0.00 |
| | 425.10 |

Page:1

# INVOICE



**WALZ CERTIFIED MAIL SOLUTIONS, LLC**
43234 BUSINESS PARK DR SUITE 107
TEMECULA, CA 92590-3604
(951) 491-6800 (Phone)

FEIN: 54-2176052

INVOICE NUMBER: 3500343-IN
ORDER NUMBER:
INVOICE DATE: 1/31/2007
SALESPERSON: 1000
CUSTOMER NO: 01-0040506

SOLD TO:
New Century Mortgage Corp
1610 E. St. Andrews Place
Attn: Servicing Cash Mgmt
Santa Ana, CA  92705

SHIP TO:
New Century Mortgage Corp
1610 E. St. Andrews Place
Attn: Servicing Cash Mgmt
Santa Ana, CA  92705

CONFIRM TO:

COMMENT:
January Invoice Adjustment

| CUSTOMER P.O. | SHIP VIA | F.O.B. | DUE DATE | TERMS | | |
|---|---|---|---|---|---|---|
| | | | 3/2/2007 | Net 30 | | |
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| /GREENCARD | EACH | 36,402 | 36,402 | 0 | 0.002 | 91.00 |

|  |  |
|---|---|
| Net Invoice: | 91.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 91.00 |
| Less Deposit: | 0.00 |
| | 91.00 |

Page:1

# INVOICE



**WALZ CERTIFIED MAIL SOLUTIONS, LLC**
43234 BUSINESS PARK DR SUITE 107
TEMECULA, CA 92590-3604
(951) 491-6800 (Phone)

FEIN: 54-2176052

INVOICE NUMBER: 3500345-IN
ORDER NUMBER:
INVOICE DATE: 2/28/2007
SALESPERSON: 1000
CUSTOMER NO: 01-0040506

SOLD TO:
New Century Mortgage Corp
1610 E. St. Andrews Place
Attn: Servicing Cash Mgmt
Santa Ana, CA 92705

SHIP TO:
New Century Mortgage Corp
1610 E. St. Andrews Place
Attn: Servicing Cash Mgmt
Santa Ana, CA 92705

CONFIRM TO:

COMMENT:
February Invoice Adjustment

| CUSTOMER P.O. | SHIP VIA | F.O.B. | DUE DATE | TERMS | | |
|---|---|---|---|---|---|---|
| | | | 3/30/2007 | Net 30 | | |
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| /TRACKRIGHT | EACH | 56,754 | 56,754 | 0 | 0.003 | 141.89 |

| | |
|---|---|
| Net Invoice: | 141.89 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 141.89 |
| Less Deposit: | 0.00 |
| | 141.89 |

Page:1

# INVOICE



**WALZ CERTIFIED MAIL SOLUTIONS, LLC**
43234 BUSINESS PARK DR SUITE 107
TEMECULA, CA 92590-3604
(951) 491-6800 (Phone)

FEIN: 54-2176052

INVOICE NUMBER: 3500359-IN
ORDER NUMBER:
INVOICE DATE: 3/31/2007
SALESPERSON: 1000
CUSTOMER NO: 01-0040506

SOLD TO:
New Century Mortgage Corp
1610 E. St. Andrews Place
Attn: Servicing Cash Mgmt
Santa Ana, CA  92705

SHIP TO:
New Century Mortgage Corp
1610 E. St. Andrews Place
Attn: Servicing Cash Mgmt
Santa Ana, CA  92705

CONFIRM TO:

COMMENT:
March Invoice(Day 12-31)

| CUSTOMER P.O. | SHIP VIA | F.O.B. | DUE DATE  | TERMS  |          |           |
|---------------|----------|--------|-----------|--------|----------|-----------|
|               |          |        | 4/30/2007 | Net 30 |          |           |
| ITEM NO.      | UNIT     | ORDERED| SHIPPED   | BACK ORD | PRICE  | AMOUNT    |
| /FIRST CLASS  | EACH     | 74,312 | 74,312    | 0      | 0.300    | 22,293.60 |
| /RETURN RCPT  | EACH     | 1,761  | 1,761     | 0      | 1.250    | 2,201.25  |
| /TRACKRIGHT   | EACH     | 94,288 | 94,288    | 0      | 0.003    | 235.72    |

|                    |           |
|-------------------:|----------:|
| Net Invoice:       | 24,730.57 |
| Less Discount:     |      0.00 |
| Freight:           |     33.14 |
| Sales Tax:         |      0.00 |
| **Invoice Total:** | 24,763.71 |
| Less Deposit:      |      0.00 |
|                    | 24,763.71 |

Page:1

# INVOICE



**WALZ CERTIFIED MAIL SOLUTIONS, LLC**
43234 BUSINESS PARK DR  SUITE 107
TEMECULA, CA 92590-3604
(951) 491-6800 (Phone)

FEIN: 54-2176052

INVOICE NUMBER: 3500369-IN
ORDER NUMBER:
INVOICE DATE: 3/31/2007
SALESPERSON: 1000
CUSTOMER NO: 01-0040506

SOLD TO:
New Century Mortgage Corp
1610 E. St. Andrews Place
Attn: Servicing Cash Mgmt
Santa Ana, CA  92705

SHIP TO:
New Century Mortgage Corp
1610 E. St. Andrews Place
Attn: Servicing Cash Mgmt
Santa Ana, CA  92705

CONFIRM TO:

COMMENT:
March Invoice(Loss Mitt)

| CUSTOMER P.O. | SHIP VIA | F.O.B. | DUE DATE | TERMS | | |
|---|---|---|---|---|---|---|
| | | | 4/30/2007 | Net 30 | | |
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| /FIRST CLASS | EACH | 2,882 | 2,882 | 0 | 0.300 | 864.60 |
| /TRACKRIGHT | EACH | 249 | 249 | 0 | 0.002 | 0.62 |

|  |  |
|---|---:|
| Net Invoice: | 865.22 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 865.22 |
| Less Deposit: | 0.00 |
| | 865.22 |