## CERTIFICATE OF SERVICE

I, William A. Hazeltine, certify that I am not less than 18 years of age, and that, upon information and belief, service of the attached LIMITED OBJECTION AND RESERVATION OF RIGHTS BY WALZ POSTAL SOLUTIONS, INC., aka WALZ SECURED OUTSOURCING WITH RESPECT TO CURE AMOUNTS was made by my co-counsel, Melissa A. Blackburn, Esq. of MULVANEY, KAHAN & BARRY, LLP on May 14, 2007 upon the following by facsimile service:

Suzanne S. Uhland, Esq.
Brophy Christensen, Esq.
O'Melveny & Myers LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111

Ben H. Logan, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, De 19899

Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
Chase Manhattan Center
1201 Market Street, Suite 800
Wilmington, DE 19801

Thomas S. Kiriakos, Esq.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

Steven K. Kortanek
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
Wilmington, DE 19801

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
844 King Street
Wilmington, DE 19801

_/s/ William A. Hazeltine_
William A. Hazeltine

May 14, 2007