**Exhibit A**

**EXHIBIT A TO OBJECTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY**

**SELLER/SERVICER TRUSTS**

| Data as of Apr 2007 Distribution | | | | | | |
|---|---|---|---|---|---|---|
| DealID | DealName | Series | Original Principal Balance | Outstanding Principal Balance | Loan Count | MISIDENTIFIED AS WELLS FARGO? |
| CA0401 | Carrington Mortgage Loan Trust | 2004-NC1 | 336,792,818 | 57,068,648.33 | 481 | YES |
| CA0402 | Carrington Mortgage Loan Trust | 2004-NC2 | 286,213,000 | 55,166,705.51 | 372 | YES |
| CA0501 | Carrington Mortgage Loan Trust | 2005-NC1 | 1,029,909,316 | 282,042,706.46 | 1597 | YES |
| CA0502 | Carrington Mortgage Loan Trust | 2005-NC2 | 719,989,517 | 255,269,211.39 | 916 | YES |
| CA0503 | Carrington Mortgage Loan Trust | 2005-NC3 | 1,786,053,162 | 953,934,170.54 | 5703 | YES |
| CA0504 | Carrington Home Equity Loan Trust | 2005-NC4 | 697,992,980 | 421,082,534.63 | 1613 | YES |
| CA0505 | Carrington Mortgage Loan Trust | 2005-NC5 | 1,343,593,562 | 839,371,744.73 | 4043 | YES |
| NC0302 | New Century Home Equity Loan Trust | 2003-2 | 1,291,159,309 | 102,617,321.70 | 1124 | NO |
| NC0303 | New Century Home Equity Loan Trust | 2003-3 | 712,410,121 | 73,132,338.84 | 647 | NO |
| NC0304 | New Century Home Equity Loan Trust | 2003-4 | 1,502,871,683 | 216,806,065.36 | 1646 | NO |
| NC0305 | New Century Home Equity Loan Trust | 2003-5 | 1,099,728,661 | 440,266,834.68 | 2346 | NO |
| NC0306 | New Century Home Equity Loan Trust | 2003-6 | 1,137,893,973 | 137,354,962.48 | 1186 | NO |
| NC0401 | New Century Home Equity Loan Trust | 2004-1 | 1,520,309,308 | 265,119,229.39 | 1981 | NO |
| NC0402 | New Century Home Equity Loan Trust | 2004-2 | 1,937,467,377 | 434,234,695.09 | 2686 | NO |
| NC0403 | New Century Home Equity Loan Trust | 2004-3 | 2,485,718,753 | 447,860,915.94 | 3242 | NO |
| NC0404 | New Century Home Equity Loan Trust | 2004-4 | 2,488,239,197 | 574,970,492.10 | 3746 | NO |
| NC0501 | New Century Home Equity Loan Trust | 2005-1 | 2,991,323,979 | 926,039,492.74 | 5866 | NO |
| NC0502 | New Century Home Equity Loan Trust | 2005-2 | 2,989,436,690 | 1,344,697,894.50 | 8154 | NO |
| NC0503 | New Century Home Equity Loan Trust | 2005-3 | 2,900,485,120 | 1,596,177,086.16 | 8723 | NO |
| NC0504 | New Century Home Equity Loan Trust | 2005-4 | 2,080,229,977 | 1,216,240,761.46 | 6280 | NO |
| NC0601 | New Century Home Equity Loan Trust | 2006-1 | 1,366,333,806 | 1,040,708,147.49 | 4970 | NO |
| NC0602 | New Century Home Equity Loan Trust | 2006-2 | 1,192,746,592 | 993,840,034.65 | 4566 | NO |
| NC06S1 | New Century Home Equity Loan Trust | 2006-S1 | 312,640,889 | 240,266,830.04 | 4174 | NO |
| | | | 34,209,539,788.91 | 12,914,268,824.21 | 76,062.00 | |