**Exhibit C**

Exhibit C

Existing Defaults

1) As servicer, the Debtors' are obliged to service the loans on behalf of the Trust Estates and in the best interest of and for the benefits of the noteholders. These duties include maximizing the timely and complete recovery of principal and interest.

2) Upon information and belief, the Debtors have defaulted on such duties in numerous ways, including but not limited to the following:

a) Failing to properly perform required escrow services, including maintain sufficient loan level escrow balances, pay property taxes and property insurance on a timely basis,

b) Failing to ensure that non-escrowed loans are current on tax payments and maintain adequate property insurance coverage.

c) Failing to institute appropriate systems and review procedures related to resetting of adjustable rate loan terms, leading to potential failure to collect accurate interest income after rate adjustments.

d) Failing to adequately resolve delinquent loans in an appropriate and timely manner.

e) Inaccurate record keeping, including custodial bank accounts and loan and pool level principal and interest and taxes and insurance information.

f) Failing to assess borrowers with accurate prepayment penalties

g) Violation of various states lending laws.

3) The Debtor's deficiencies with respect to delinquent loans include but are not limited to the following:

a) Inefficient and ineffective handling of delinquent loans, including failing to promptly work with borrowers to cure deficiencies, lack of automated processes and inadequate customer follow-up, leading to excessive losses on foreclosures.

b) Use of inappropriate borrower work-out plans leading to inadequate recovery of principal and interest.

c) Failure to institute timely workout plans during the pre-foreclosure period.

d) Failing to submit loans to foreclosure action in a timely manner upon expiration of the Notice of Intent to Foreclose.

e) Failure to process bankruptcies in a timely and consistent manner

10574166.1

       f) Executing pre-foreclosure sales or short payoffs in an untimely manner or for insufficient amounts,.

       4) There likely are additional actions of default by the Debtor with respect to the servicing of loans in the Trusts.

10574166.1