## CERTIFICATE OF SERVICE

I, David B. Stratton, hereby certify that on the 14th day of May, 2007, I caused the foregoing **Deutsche Bank National Trust Company's Assumption and/or Cure Objection in Connection with Debtors' Proposed Sale of Servicing Business** to be served upon the parties on the attached service list by first-class mail, postage prepaid, or in the manner indicated.

          /s/ David B. Stratton
          David B. Stratton

New Century TRS Holdings, Inc.
Bankruptcy Rule 2002 Service List
Representing Government Agency
Division of Unemployment Insurance
Department of Labor
4425 N. Market Street
Wilmington, DE 19802

Representing Positive Software Solutions, Inc.
Daniel/K Austin
Anthony M. Saccullo
Fox Rothschild LLP
P.O. Box 2323
Citizens Bank Center, 919 North Market Street, Suite 1300
Wilmington, DE 19899-2323

Representing SN Servicing Corp. as Agent for Alaska Seaboard Partners Limited Partnership
Richard M. Beck
Michael W. Yurkewicz
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Representing Safeco Financial Institution Solutions, Inc.

Don A. Beskrone
Ashby & Geddes, P.A.
P.O. Box 1150
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

Representing CB Richard Ellis Corporate Facilities Management, Inc.
Ian Connor Bifferato
Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

Representing Washington Mutual
Karen C. Bifferato
Marc J. Phillips
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

Representing UBS
Real Estate Securities, Inc.
William P. Bowden
Gregory A. Taylor
Ashby & Geddes, P.A.
P.O. Box 1150
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

Representing DB Structured Products, Inc.
Robert S. Brady
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Representing Credit-Based Asset Servicing and Securitization and Wells Fargo Bank, N.A.
Michael Busenkell
Eckert, Seamans, Cherin & Mellot, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Representing Residential Funding Company, LLC
Mary F. Caloway
Eric Lopez Schnabel
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Representing GMAC Commercial Finance LLC and Countrywide Home Loans
William E. Chipman, Jr.
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801

Representing Maguire Properties-Park Place
Megan E. Cleghorn
Skadden, Arps, Slate, Meagher & Flom LLP
P.O. Box 636
One Rodney Square
Wilmington, DE 19899-0636

Representing Debtors
Mark D. Collins
Michael J. Merchant
Chun I. Jang
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899
**Hand Deliver**

Representing Morgan Stanley Mortgage Capital Inc.
Robert J. Dehney
Gregory W. Werkheiser
Daniel B. Butz
Morris, Nichols, Arsht & Tunnell LLP
P.O. Box 1347
1201 N. Market Street, 18th Floor
Wilmington, DE 1347

Representing Citigroup Global Markets Realty Corp.
Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Representing The Official Committee of Unsecured Creditors
Bonnie Glantz Fatell
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
**Hand Deliver**

Representing General Electric Capital Corporation
Michael/G Gallerizzo
David V. Fontana
Gebhart & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801

Representing General Electric Capital Corporation
Michael G. Gallerizzo
Gebhardt & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801

Representing Natixis Real Estate Capital, Inc.
Neil B. Glassman
Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Representing Premier Print and Services Group, Inc.
Joseph Grey
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Representing IndyMac Bank, F.S.B. and Qwest Corporation
Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.
Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl Young Jones & Weintraub LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Representing Carrington Mortgage Services, LLC and Carrington Capital Management, LLC
Steven K. Kortanek
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
**Hand Deliver**

Representing JP Morgan Chase Bank, NA
Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Representing United States Trustee
Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801
**Hand Deliver**

Representing RBC Mortgage Company, Royal Bank of Canada and RBC Centura Bank
Francis A. Monaco, Jr.
Monzack and Monaco, P.A.
P.O. Box 2031
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Representing Kodiak Funding LP and Kodiak CDO I, Ltd.
Norman M. Monhait
Rosenthal, Monhait & Goddess, P.A.
P.O. Box 1070
919 Market Street, Suite 1401
Wilmington, DE 19899-1070

Representing Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc.
Michael R. Nestor
Young Conaway Stargatt & Taylor, LLP
P.O. Box 391
The Brandywine Bldg
1000 West Street, 17th Floor
Wilmington, DE 19801

Representing Bank of America, N.A.
Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19899

Representing Government Agency
Ellen W. Slights
U.S. Attorney's Office
P.O. Box 2046
1007 Orange Street, 7th Floor
Wilmington, DE 2046

Representing Mills Enterprises
Brian/A Sullivan
Amy D. Brown
Werb & Sullivan
Thirteenth Floor, 300 Delaware Avenue
Wilmington, DE

Representing ABN AMRO Bank N.V.
Joanne B. Wills
Michael W. Yurkewicz
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

IKON Office Solutions
Recovery & Bankruptcy
3920 Ark Wright Road, Suite 400
Macon, GA 31210

XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA 90295

Representing Government Agency
Secretary of the Treasury
P.O. Box 7040
Dover, DE 19903

Representing Government Agency
Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, DC 20020

Representing Government Agency

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Representing Government Agency
Delaware Secretary of State
Division of Corporations
Franchise Tax Division
P.O. Box 7040
Dover, DE 19903

Representing Bexar County and City of El Paso
David G. Aelvoet
Linebarger Goggan Blair & Sampson LLP
Travis Building, 711 Navarro, Suite 300
San Antonio, TX 78205

Representing DB Structured Products, Inc.
Richard H. Agins
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178

Representing GMAC Commercial Finance LLC
Hernando Azarcon
Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI 48075

Representing Maguire Properties-Park Place
D.J. Baker
Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Representing Celina ISD, Princeton ISD, City of Princeton, Richardson ISD, Cedar Hill ISD, City of Cedar Hill, Whitewright ISD, City of Whitewright, City of Hurst, Arlington ISD, Castleberry ISD and Mansfield ISD
Elizabeth Banda
Perdue, Brandon, Fielder, Collins
& Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430

Representing Citigroup Global Markets Realty Corp.
Paul M. Basta
Joshua A. Sussberg
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Representing Deutsche Bank National Trust Company
Mark N. Berman
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-1832

Representing Kodiak Funding LP and Kodiak CDO I, Ltd.
Matthew Botica
David Wirt
Grayson Walter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Representing Safeco Financial Institution Solutions, Inc.
Frank G. Burt
Raul A. Cuervo
W. Glenn Merten
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-5208

Representing Wells Fargo Bank, N.A., As Indenture Trustee and Property Trustee
James S. Carr
David Retter
Christena A. Lambrianakos
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Representing UBS Real Estate Securities, Inc.
Richard A. Chesley
Kimberly D. Newmarch
Paul, Hastings, Janofsy & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606

Representing Theresa A. Davis
Robert P. Cocco
Robert P. Cocco, P.C.
437 Chestnut Street, Suite 1006
Philadelphia, PA 19106

Representing Barclays Bank PLC and Barclays Capital
Ken Coleman
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY

Representing ABN AMRO Bank N.V.
Raniero D'Aversa, Jr.
Laura D. Metzger
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820

Representing Morgan Stanley Mortgage Capital Inc.
Luc A. Despins
Wilbur F. Foster
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

Representing DB Structured Products, Inc.
Robert M. Dombroff
Steven Wilamowsky
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Representing Deutsche Bank National Trust Company
Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

Representing New York State Teachers' Retirement System
Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Representing Federal Express Corporation
Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510

Representing Party-in-Interest
T. Robert Finlay
Donna L. La Porte
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660

Representing Travelers
Scot Freeman
Account Resolution
Travelers
National Accounts
1 Tower Square - 5MN
Hartford, CT 06183-4044

Representing Union Bank of California
Barry Freeman
Jeffer Mangels Butler & Marmaro, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Representing Government Agency
Nathan Fuchs
Securities & Exchange Commission
233 Broadway
New York, NY 10279

Representing DB Structured Products, Inc.
Andrew J. Gallo
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

Representing 500 Eagles Landing, LLC
Robert P. Gates
Erskine & Tulley
220 Montgomery Street, Suite 303
San Francisco, CA 94104

Representing eMortgage Logic LLC
Jeffrey I. Golden
Hutchison B. Meltzer
Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Representing Government Agency
Alberto P. Gonzalez
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Representing GMAC Commercial Finance LLC and Countrywide Home Loans
Lawrence P. Gottesman
Sukyong Suh
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Representing New York State Teachers' Retirement System
Salvatore J. Graziano
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

Representing Alireza Nazmi and Golden Key Mortgage
Charles A. Hansen
Mark S. Bostick
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

Jed Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

Representing Morgan Stanley Mortgage Capital Inc.
Howard R. Hawkins, Jr.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Representing The Official Committee of Unsecured Creditors
Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

Representing Qwest Corporation
Mitchell W. Katz
Qwest Legal Department
1801 California Street, Suite 900
Denver, CO 80202

Representing Carrington Mortgage Services, LLC and Carrington Capital Management, LLC
Thomas S. Kiriakos
Sean T. Scott
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

Representing Wells Fargo Bank, N.A. as Indenture
Trustee and Property Trustee
Thomas M. Korsman
Vice President
Wells Fargo Bank, N.A.
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN 55479

Representing State of Ohio ex rel. Marc Dann,
Attorney General
Matthew J. Lampke
Assistant Chief
Ohio Attorney General's Office
Executive Agencies Section
30 E. Broad Street, 26th Floor
Columbus, OH 43215-4200

Representing State of Ohio
Matthew/J Lampke
Assistant Chief
Ohio Attorney General's Office, Executive Agencies
Section
30 E. Broad Street, 26th fl.
Columbus, OH

Representing Residential Funding Company, LLC
Chris Lenhart
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

Representing Countrywide Home Loans, Inc.
Paul T. Liu
John Guerry
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA 91302

Representing Party-in-Interest
William G. Malcolm
Malcolm & Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612

Representing United HealthCare Insurance Company
Julie A. Manning
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

David A. Meskan
500 Eagles Landing, LLC
2100 Green Street, Apt. 404
San Francisco, CA 94123
75 East 55th Street, First Floor
New York, NY 10022

Representing CB Richard Ellis Corporate Facilities
Management, Inc.
John E. Mitchell
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201

Representing Missouri Department of Revenue
Sheryl L. Moreau
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
P.O. Box 475
301 W. High Street, Room 670
Jefferson City, MO 65105-0475

Representing Missouri Department of Revenue
Sheryl/L Moreau
Missouri Department of Revenue, Special Assistant
Attorney General
P.O. Box 475
301 W. High Street, Room 670
Jefferson City, MO 65105-0475

Representing New York State Teachers' Retirement
System
Blair A. Nicholas
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

Representing Natixis Real Estate Capital, Inc.
Gregory M. Petrick
Angela Somers
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Representing Union Bank of California
David M. Poitras
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Representing Positive Software Solutions, Inc.
Mark/H Ralston
Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza, 500 N. Akard Street
Dallas, TX

Representing Positive Software Solutions, Inc.
Mark H. Ralston
Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201

Representing SRIVA Relocation
Glenn M. Reisman
Two Corporate Drive, Suite 234
Shelton, CT 06484

Representing MTC Financial Inc., dba Trustee Corps
Richard J. Reynolds
Turner, Reynolds, Greco & O'Hara
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618

Representing Canpro Investments Ltd.
Robert/F Reynolds
Slatkin & Reynolds, P.A.
One East Broward Boulevard, Suite 700
Fort Lauerdale, FL 33301

Diane J. Richey
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, CA 90071

Representing City of Edinburg, Edcouch-Elsa ISD, Nueces County and South Texas College
Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
1949 South I.H. 35
Austin, TX 78760

Representing ChoicePoint Inc.
James R. Savin
David M. Dunn
Joanna F. Newdeck
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., NW
Washington, DC 20036

Representing Bank of America, N.A.
Margot B. Schonholtz
Mark F. Liscio
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Representing Carrollton-Farmers Branch ISD, Garland ISD and Lewisville ISD
Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 N. Central Expressway
Dallas, TX 75205

Representing Credit-Based Asset Servicing and Securitization and Wells Fargo Bank, N.A.
J.R. Smith
Jason W. Harbour
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Representing Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc.
Joseph H. Smolinsky
Douglas E. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.
Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

Representing IndyMac Bank, F.S.B.
Claudia Z. Springer
Reed Smith LLP
2500 One Liberty Place, 1650 Market St.
Philadelphia, PA 19103-7301

Representing Sprint Nextel Corporation
David I. Swan
Kenneth M. Misken
McGuire Woods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215

Representing Ellington Management Group, Inc.
Patricia B. Tomasco
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

Representing Debtors
Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily Culler
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
**Fax: 415-984-8701**
**Fed Ex**

Representing Creditor
John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

Representing Dallas County
Elizabeth Weller
Linebarger Googan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX 75201-2644

Representing GMAC Commercial Finance LLC and
Countrywide Home Loans
Katherine M. Windler
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

Representing Wolfe & Wyman LLP
Stuart B. Wolfe
Yaron Shaham
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

Representing DRA CRT Post Oak, L.P.
Brian D. Womac
Denise H. Mitchell
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, TX 77024

David H. Zielke
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, WMC 3501
Seattle, WA 98101