# EXHIBIT A

Sep 25 03 08:07a    Security                    901-873-7899              p.7

09/24/2003 09:09 FAX                                              ☒004/005
09/22/2003 13:13 FAX  8498537279                                  ☒004/004

COMMERCIAL SALES
PROPOSAL/AGREEMENT

**ADT** ADT Security Services, Inc. ("ADT")
Address:   ADT Security Services, Inc.
           4161 East La Palma Avenue
           Anaheim, CA 92807

To (Customer Name and Address):
New Century Mortgage
1820 Iron Rock Way
Suite 500,
Bakersfield, CA 93311

P.O. 9599

| QTY | DESCRIPTION | LOCATION (BE SPECIFIC) |
|-----|-------------|------------------------|
| 1 | | |
| 3 | Glass Break Detector, Commercial | |
| 1 | Door Contact Recessed w/ Wires, Pairs | |
| 1 | PIR Motion Detector 360 Degree Ceiling Mount | |

Customer acknowledges that (a) ADT has explained the full range of protection, equipment, and services available to Customer (b) additional protection over and above that provided herein is available and may be obtained from ADT at an additional cost to the Customer, and (b) Customer desires and has contracted for only the equipment and services involved in this Agreement.

1,336

$810

Customer Acceptance

In accepting this Proposal, Customer agrees to the terms and conditions contained herein including those on the reverse side. It is understood that they shall prevail over any limitation or terms and conditions on any purchase order or other document that the Customer may issue. Any changes in the system requested by the Customer after the execution of this Agreement shall be paid for by the Customer and such Charges shall be authorized in writing. **ATTENTION IS DIRECTED TO THE WARRANTY, LIMIT OF LIABILITY AND OTHER CONDITIONS ON REVERSE SIDE.**

9/17/03

This Agreement is not binding unless approved in writing by an authorized Representative of ADT at the place at which such approval, the only faculty of ADT shall be to return to the Customer the amount, if any, paid to ADT upon signing of this Agreement.

Sep 25 03 08:07a    Security                         901-873-7899                    P.6

09/18/2003 12:18 FAX  9486637279                                          @002/002



# NEW CENTURY℠
## MORTGAGE CORPORATION

18400 Von Karman Ave, #1000, Irvine, CA 92612

| Purchase Order | BLKT REL. | CHANGE | PAGE |
|---|---|---|---|
| 009599 | | | 1 of 1 |

## PURCHASE ORDER

**SHIP TO:**
New Century Mortgage
Bakersfield Retail Office
1820 MIR Rock Way
Suite #500
Bakersfield, CA 93311
Tommy Jones (349) 797-6541

**VENDOR:**
ADT
ADT Security Systems
4151 East LaPalma Ave.
Anaheim, CA 92807 USA

Roe Sassler
Phone: (714)222-3367        Fax: (714)258-6528

**BILL TO:**
NEW CENTURY MORTGAGE
18400 VON KARMAN
SUITE 1000 11th Floor.
Attn: Accounts Payable
Irvine, CA 92612 USA

| REQUISITION NUMBER | PO DATE | ROD | PROJECT NUMBER |
|---|---|---|---|
| | Sep 19, | Sep 24, 2003 | 1145-PURCHASING |

| SHIP VIA | FOB/FREIGHT TERMS | TERMS OF SALE | BUDGET CENTER |
|---|---|---|---|
| Ship Best Way | Destination | Payment due 30days after invoice date | 2248 |

| Item | Quantity | U/M | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 1 | EA | Installation of Burglar Alarm System in Bakersfield, CA. as per attached Proposal/Agreement dated September 18, 2003. Account: 2248 | 1,338.00 | 1,338.00 |
| | | | | Subtotal | 1,338.00 |
| | | | | Total | 1,338.00 |

This order is subject to the Terms and Conditions of Purchase, a copy of which can be provided upon request. Commencement of any work pursuant to this order shall be deemed to be acceptance of the Terms and Conditions of Purchase.

May Chen

1,338.00

By: _____
Authorized Signature

ANAHEIM HR          Fax:714-256-6528          May 18 2004   9:40    P.08

**COMMERCIAL SALES**
**PROPOSAL/AGREEMENT**

Rev.031504          Date  5/5/2004

**ADT Security Services, Inc. ("ADT")**
Address:    ADT Security Services, Inc.

To: (Customer Name and Address)

New Century Mortgage
7674 W Lake Mead Blvd
Suite 110,
Las Vegas, NV 89128

Tel. No.    Sales Rep:              Attn    Tommy Jones    Tel. No.  9497275641

ADT proposes to install or cause to be installed the equipment and furnish the services indicated herein.

| QTY. | DESCRIPTION | LOCATION (BE SPECIFIC) |
|------|-------------|------------------------|
| 1 | Safewatch Pro 3000 Control Vista-UL w/keypad, battery, sounder, tel/cord/jack, secure |  |
|  |  |  |
| 1 | Glass Break Detector, Commercial |  |
| 1 | Door Contact Embedded - Gray, Form C |  |
| 2 | PIR Safewatch 686 60' Detector |  |

**Type of Transaction**

☒ Direct Sale (equipment to become property of the Customer upon payment of Selling Price indicated below in full).

☐ System to remain property of ADT.

ADT may remove or upon written notice to the Customer, abandon in whole or in part, all devices, instruments, appliances, cables, and other materials associated with this system, upon termination of this agreement, without obligation to repair or redecorate any portion of the Customer's premises upon such removal, and the removal or abandonment of such materials shall not be held to constitute a waiver of the right of ADT to collect any charges which have been accrued or may be accrued hereunder.

**Services To Be Provided**          P - Provided    NP - Not Provided (Circle One)

Central Station Signal Receiving and Notification Service    P NP
☐ Fire Alarm    ☐ Hold Up Alarm
☐ Burglar Alarm    ☐ Duress
☐ Supervisory    ☐ Other

Direct Connection Service    P (NP)
To

Using:
☒ Digital Communicator
☐ Leased Line
☐ Derived Local Channel

☒ Telephone Charges Not Included in ADT Billing

Maintenance    P NP
Inspections    P NP
Number per Year
Investigator Response    P NP
☐ Interior    ☐ Exterior
Supervised/Scheduled Opening/Closing    P NP
Opening/Closing Logging    P NP
Opening/Closing Reports    P NP
Other    P NP

If the Familiarization Point is unusual Customer, please initial here.

If Maintenance Service is defined Customer, please initial here.

Customer acknowledges that (a) ADT has explained the full range of protection, equipment, and services available to Customer; (b) additional protection over and above that provided herein is available and may be obtained from ADT at an additional cost to the Customer; and (c) Customer desires and has contracted for only the equipment and services itemized on this Agreement.

For the sum of    2,309    payable upon acceptance of this proposal and the balance payable upon completion of the installation and as a precondition to activation of the system (each, if applicable, commence in central station or equal connection service, in addition for the service(s) to be provided as indicated above, Customer agrees to pay

$    $817    per annum, annually in advance for a period of five years, effective from the date service is operative under this agreement. After the five years, this agreement shall be automatically renewable yearly unless terminated by either party upon written notice at least 30 days prior to the anniversary date. ADT shall have the right to increase the annual service charge after 1 year. In the event of termination prior to the end of the contract term, ADT agrees to pay, in addition to any charges for services rendered prior to termination, 80% of the service charge remaining to be paid for

**Customer Acceptance**

In accepting this Proposal, Customer agrees to the terms and conditions contained herein including those on the reverse side. It is understood that they shall prevail over any variation in terms and conditions on any purchase order or other document that the Customer may issue. Any changes in the system requested by the Customer after the execution of this Agreement shall be paid for by the Customer and such changes shall be authorized in writing.

ANAHEIM HR                    Fax:714-256-6528                    May 18 2004   9:40    P.09

| | |
|---|---|
| 1 | Glass Break Detector, Commercial |
| 1 | Door Contact Embedded - Gray, Form C |
| 2 | PIR Selectical 000' 60' Diameter |

ADT may remove or upon whole remove to the Customer, abandon in whole or in part, all devices, instrument, appliance, cabinets, and other materials associated with the system, upon termination of this agreement, without obligation to repair or redecorate any portion of the Customer's premises upon such removal, and the removal or abandonment of such materials shall not be held to constitute a waiver of the right of ADT to collect any charges which have been accrued or may be accrued hereunder.

Services To Be Provided          P - Provided
NP - Not Provided
(Circle One)

Central Station Signal                              P   NP
Receiving and Monitoring Service -
☐ Fire Alarm           ☐ Hold Up Alarm
☐ Burglar Alarm        ☐ Duress
☐ Supervisory          ☐ Other____

Direct Connection Service                          P   NP
To____

Using:
☐ Digital Communicator
☐ Leased Line
☐ Derived Local Channel
☒ Telephone Charges Not Included
Is ADT Billing

Maintenance                                        P   NP
Inspections                                        P   NP
   Number per Year____
Investigate Response                               P   NP
☐ Interior   ☐ Exterior
Supervised/Scheduled                               P   NP
Opening/Closing
Opening/Closing Logging                            P   NP
Opening/Closing Reports                            P   NP
Other____                                          P   NP

If the Notification Period
a Internet Customer,
place field here

If Subscribe Items is
desired Customer,
place field here

Customer acknowledges that (a) ADT has explained the full range of protection, equipment, and services available to Customer; (b) additional protection over and above that provided herein is available and may be obtained from ADT at an additional cost to the Customer; and (c) Customer desires and has contracted for only the equipment and services itemized on this Agreement.

2,309                    payable
For the sum of $ _____ , payable, upon completion of the Installation and as a condition to activation of the system and, if applicable, connection to central station or direct connection service, in addition to the service(s) to be provided as indicated above, Customer agrees to pay

$ 3617 _____ per annum, annually in advance for a period of five years effective from the date service is operative under this agreement. After the five years, this agreement shall be automatically renewed yearly unless terminated by either party upon written notice at least 30 days prior to the anniversary date.

ADT shall have the right to increase the annual service charge after 1 year.

Customer Acceptance

In accepting this Proposal, Customer agrees to the terms and conditions contained herein including those on the reverse side. It is understood that they shall prevail over any variation in terms and conditions on any purchase order or other document that the Customer may issue. Any changes in the system requested by the Customer after the execution of this Agreement shall be paid for by the Customer and such changes shall be authorized in writing. ATTENTION IS DIRECTED TO THE WARRANTY, LIMIT OF LIABILITY AND OTHER CONDITIONS ON REVERSE SIDE.

Signature _____

Title _____   Date 5/7/07

This Agreement is not binding unless approved in writing by an authorized Representative of ADT. In the event of failure of such approval, the only liability of ADT shall be to return to the Customer the amount, if any, paid to ADT upon signing of this

By _____   5-5-04   (Agent)

ANAHEIM HR          Fax:714-256-6528          May 18 2004   9:41   P. 10

05/12/2008 08:33 FAX 3498637270                                    @001/002

# NEW CENTURY℠
## MORTGAGE CORPORATION
18400 Von Karman Ave, #1000, Irvine, CA 92612

## PURCHASE ORDER

| Purchase Order Number | BUKT REL | CHANGE | PAGE |
|---|---|---|---|
| 011959 | | | 1 of 1 |

SHIP TO:
New Century Mortgage
Las Vegas Retail Office
7674 W. Lake Mead Blvd. #150
Las Vegas   NV 89128
Tommy Jones 949-767-6081

VENDOR:
ADT
ADT Security Systems
4163 East LaPalma Ave.
Anaheim, CA 92807
USA

Bob Scobbie
Phone: (714)773-2087        Fax: (714)762-0024

BILL TO:
NEW CENTURY MORTGAGE
18400 VON KARMAN
SUITE 1000 11th Floor
Attn: Accounts Payable
Irvine, CA 92612

| REQUISITION NUMBER | PO DATE | RDD | PROJECT NUMBER |
|---|---|---|---|
| | May 11, 2004 | May 20, 2004 | 1145-PURCHASING |

| SHIP VIA | FOB/FREIGHT TERMS | TERMS OF SALE | BUDGET CENTER |
|---|---|---|---|
| BESTWAY | DEST | Payment due 30days after invoice date | 1234 |

| Item | Ordered | UM | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 1 | EA | Burglar Alarm per proposal dated 5/5/04 | 2,309.00 | 2,309.00 |
| | | | Account#: 2226 | | |
| | | | | Subtotal | 2,309.00 |
| | | | | Total | 2,309.00 |

| | | 2,309.00 |
|---|---|---|

This order is subject to the Terms and Conditions of Purchase, a copy of
which can be provided upon request. Delivery/receipt of any work pursuant to this
order shall be deemed to be acceptance of the Terms and Conditions of
Purchase.
Tara Malloy

Total   2,309.00

By: _____
Authorized Signature

Sep 25 03 08:17a    Security                    901-873-7899              p.7
09/23/2003 09:08 FAX

**COMMERCIAL SALES PROPOSAL/AGREEMENT**

ADT Security Services, Inc. ("ADT")

Address: ADT Security Services, Inc.

To: (Customer Name and Address)

New Century Mortgage
4355 East Cactus Road
Scottsdale, AZ 85254

P.O. 900

Sales Rep: Tommy Jones

| QTY. | DESCRIPTION | LOCATION (BE SPECIFIC) |
|---|---|---|
| | Focus Cadet Package w/Focus Interactive Keypad | |
| | Order items in Shed 4-A (not in above pkg price) | |
| | | |
| | | |
| | | |
| | Electrified Locking Hardware | |
| | Keithron PXP2200 Access Control Panel | |
| | Keithron LAN Serial T ethernet communication Adaptor | |
| | MD Peer-Pro Reader 6" | |
| | 24V 10 Amp Power Supply | |
| | Diverted system for main entry door | |
| | Camera connection box | |
| | | |
| | PIR Motion detector | |
| | | |
| | System set-up and Programming | |
| | Project Management | |
| | | |

Type of Transaction:

☒ Direct Sale (equipment to become property of the Customer upon payment of Selling Price indicated below in full).

☐ System to remain property of ADT.

Services To Be Finished

P - Provided
NP - Not Provided

Total of transaction

**27,140**

This Agreement is not binding unless approved in writing by an authorized Representative of ADT at the extent of failure of such Approval, the only liability

Sep 25 03 08:18a    Security                    801-873-7899              P.9
03/18/2003 12:16 FAX  9489637279                          @ 001/002

# NEW CENTURY℠
## MORTGAGE CORPORATION

18400 Von Karman Ave, #1000, Irvine, CA 92612

| Purchase Order | BLKT REL. | CHANGE | PAGE |
|---|---|---|---|
| 009600 | | | 1 of 1 |

## PURCHASE ORDER

**SHIP TO:**
New Century Mortgage
4835 East Cactus Road
Suite 200
Scottsdale, AZ 85254 USA

Tommy Jones (948) 797-5641

| VENDOR | | BILL TO |
|---|---|---|
| ADT<br>ADT Security Systems<br>4161 East LaPalma Ave.<br>Anaheim, CA 92807 USA<br><br>Bob Szablak<br>Phone: (714)237-2347    Fax: (714)256-9325 | | NEW CENTURY MORTGAGE<br>18400 VON KARMAN<br>SUITE 1000 11th Floor.<br>Attn Accounts Payable<br>Irvine, CA 92612 USA |

| REQUISITION NUMBER | PO DATE<br>Sep 19, | ROD<br>Sep 24, 2003 | PROJECT NUMBER<br>1145-PURCHASING |
|---|---|---|---|
| SHIP VIA<br>Ship Best Way | FOB/FREIGHT TERMS<br>Destination | TERMS OF SALE<br>Payment due 30days after invoice date | BUDGET CENTER<br>3569 |

| Item | Quantity | U/M | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 1 | EA | Installation of Access Control & Burglar Alarm System in Scottsdale, AZ as per attached Proposal/Agreement dated September 18, 2003.<br><br>Account#: 3569 | 27,140.00 | 27,140.00 |
| | | | | Subtotal | 27,140.00 |
| | | | | Total | 27,140.00 |

| | 27,140.00 |
|---|---|

This order is subject to the Terms and Conditions of Purchase, a copy of
which can be provided upon request.  Commencement of any work pursuant to this
order shall be deemed to be acceptance of the Terms and Conditions of
Purchase.

May Chen

By: _Mike C. Fletcher_
Authorized Signature

HNHEIM HK          Fax:714-256-6528          Oct 20 2003   9:35   P.07

10/17/2003 10:19 FAX  9499637279                                     ⓐ003/003


Security Services, Inc.

**RIDER**
**For Additional Service**

THIS RIDER made this _____ **19th** _____ day of ___Octobar, 2003___ _____, is part of
and is to be attached to Agreement made the _____ **19th** _____ day of _____September, 2003_____ by and between
ADT Security Systems, ___ADT SECURITY SERVICES, INC.___
hereinafter called "ADT", and _____ New Century Mortgage
hereinafter called "Customer", for _____ Additional Card reader
service in the premises of the Customer at ____4000 East Cactus Road **#750**____
in the City of _____Scottsdale_____ , State of _____AZ 85254____
      The Customer hereby requests, and ADT agrees, to install the following additional protection: Installation of one card reader
and associated devices per the ADT proposal dated 10-16-2003.

The Customer hereby agrees to pay ADT, its Agents or Assigns, the sum of _____$2,204.00_____
                                                                            @        $2,204.00      )
payable upon signing of this Agreement and the balance payable upon completion of the installation, and to pay in addition the additional
sum of ___$395.00___                                                        $        $395.00       )
per annum payable in advance.

      The parties hereto mutually agree that the aforesaid Agreement, of which this Rider is made a part, is and shall be and remain in full
force and effect in accordance with all the terms and conditions thereof, modified only as in this Rider specifically provided.

      It is further agreed that the original expiration date of the referenced Agreement shall be extended for a period of _____5_____
years.

      This Rider is not binding unless approved in writing by an authorized representative of the Company described above as ADT.

ADT Security Services, Inc.                              New Century Mortgage Corp
                                        ADT                                        Customer
By  Robert Sablak          10-16-2003        By  AVP Corp Risk
APPROVED  Robert Sablak                                    
              Authorized Representative of ADT                              Title

ANAHEIM HR          Fax:714-256-6528          Jun 30 2004  10:15    P.08
06/28/2004 12:43 FAX                                    → SZABLAK    ☒001


Security Services, Inc.

890-35267.04

## RIDER
### For Additional Service

THIS RIDER made this ____2nd____ day of __May, 2004_____ , is part of
and is to be attached to Agreement made the ____19th____ day of _____September, 2003_____ by and between
ADT Security Systems,    ADT SECURITY SERVICES, INC._____
hereinafter called "ADT", and _____New Century Mortgage_____
hereinafter called "Customer"; for _____Additions to the Access Control System_____
service in the premises of the Customer at ____6835 East Cactus road Suite 265_____
in the City of _____Scottsdale_____ , State of _____AZ 85254_____

The Customer hereby requests, and ADT agrees, to install the following additional protection: For the installation additional access control
protection per the proposal dated 5-20-2004

The Customer hereby agrees to pay ADT, its Agents or Assigns, the sum of _____$18,114.00____
                                                                      ($_____$18,114.00_____}
payable upon signing of this Agreement and the balance payable upon completion of the installation, and to pay in addition the additional
sum of ____$972.00_____ ($_____$972.60_____}
per annum payable in advance.

The parties hereto mutually agree that the aforesaid Agreement, of which this Rider is made a part, is and shall be and remain in full
force and effect in accordance with all the terms and conditions thereof, modified only as in this Rider specifically provided.

It is further agreed to that the original expiration date of the referenced Agreement shall be extended for a period of ____0____
years.

This Rider is not binding unless approved in writing by an authorized representative of the Company described above as ADT.

ADT Security Services, Inc.  _____        _____
                                                    ADT
By ____Robert Szablak National Account Manager  5-20-2004____        By _____  7/1/04
APPROVED _____  Agent            _____  Customer
                    Authorized Representative of ADT                            Title

ANAHEIM HR          Fax:714-256-6528          Jun 30 2004  10:15    P.09
06/28/2004 09:17 FAX  9699637279                              @002/002

# NEW CENTURY
## MORTGAGE CORPORATION
18400 Von Karman Ave. #1000, Irvine, CA 92612

| Purchase Order Number | SUPPLIER | CHANGE | PAGE |
|---|---|---|---|
| 012514 | | | 1 of 1 |

**PURCHASE ORDER**

S
H
I
P

T
O

New Century Mortgage
4835 East Cactus Road
Suite 265
Scottsdale, AZ 85254
USA
Tommy Jones (949) 797-5641

V
E
N
D
O
R

ADT
ADT Security Systems
4151 East LaPalma Ave.
Anaheim, CA 92807
USA

Bob Soovus
Phone (714)223-1367        Fax 714-256-6528

B
I
L
L

T
O

NEW CENTURY MORTGAGE
18400 VON KARMAN
SUITE 1000 11th Floor
Attn: Accounts Payable
Irvine, CA 92612

| REQUISITION NUMBER | PO DATE Jun 26, 2004 | NDD Jun 26, 2004 | PROJECT NUMBER 1145-PURCHASING |
|---|---|---|---|
| SHIP VIA BESTWAY | FOB/FREIGHT TERMS DEST | TERMS OF SALE Payment due 30days after invoice date | BUDGET CENTER 3569 |

| Item | Quantity | Unit | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 1 | | Additions to Access Control as per sign dated 6-20-04 | 18,114.00 | 18,114.00 |
| | | | Account: 3569 | | |
| | | | | Subtotal | 18,114.00 |
| | | | | Total | 18,114.00 |

This order is subject to the Terms and Conditions of Purchase, a copy of which can be provided upon request. Commencement of any work pursuant to this order shall be deemed to be acceptance of the Terms and Conditions of Purchase.
Tara Malloy

18,114.00

By: _____
Authorized Signature



Security Services, Inc.

## RIDER
### For Additional Service

THIS RIDER made this _____ 22ⁿᵈ _____ day of _May, 2006_ _____, is part of
and is to be attached to Agreement made the _____ 22ⁿᵈ _____ day of _____ May, 2006 _____ by and between
ADT Security Systems, _ADT SECURITY SERVICES, INC._ _____
hereinafter called "ADT", and _____ New Century Mortgage _____
hereinafter called "Customer", for _____ Access Control System w / electrified locks _____
service in the premises of the Customer at _4835 East Cactus Road, suite 260_ _____
in the City of _____ Scottsdale _____ , State of _____ AZ 85254 _____

The Customer hereby requests, and ADT agrees, to install an access control system including electrified locking hardware for the above
location per the ADT proposal dated 5-22-2006.

This rider is an attachment to the Master Agreement dated May 22ⁿᵈ, 2006.

All terms and conditions of the master agreement are made part of this rider

The Customer hereby agrees to pay ADT, its Agents or Assigns, the sum of _____ $5,850.00 _____
_____ ($ _____ $5,850.00 _____ )
payable upon completion of this Agreement, and to pay in addition the additional
sum of _____ ($ _____ $576.00 _____ )
per annum payable in advance.

The parties hereto mutually agree that the aforesaid Agreement, of which this Rider is made a part, is and shall be and remain in full
force and effect in accordance with all the terms and conditions thereof, modified only as in this Rider specifically provided.

It is further agreed to that the original expiration date of the referenced Agreement shall be extended for a period of _____ 0 _____
years.

This Rider is not binding unless approved in writing by an authorized representative of the Company described above as ADT.

ADT Security Services, Inc. _Robert Szablak_ _____ _No Genus_ _____
_____ ADT _____ Customer
By _Robert Szablak_ _5-22-2006_ _____ By _V.P. CIO_ _____
_____ Agent
APPROVED _CK 6/9_ _____ _V.P. CIO_ _____
Authorized Representative of ADT _____ Title

# NEW CENTURY™
## MORTGAGE CORPORATION
18400 Von Karman Ave, #1000, Irvine, CA 92612

## PURCHASE ORDER

| Purchase Order Number | BLKT REL. | CHANGE | PAGE |
|---|---|---|---|
| 019028 | | | 1 of 1 |

S
H
I
P
T
O
```
New Century Mortgage
4835 East Cactus Road
Suite 200
Scottsdale,, AZ 85254
USA
Tommy Jones
```

V
E
N
D
O
R
```
ADT
ADT Security Systems
21171 South Western Avenue
Torrance, CA 90501
USA

Bob Szablak
Phone: (310)618-2316        Fax: (310)618-2315
```

B
I
L
L
T
O
```
NEW CENTURY MORTGAGE
18400 VON KARMAN
SUITE 1000 9th Floor.
Attn: Accounts Payable
Irvine, CA 92612
```

| REQUISITION NUMBER | PO DATE Jun 06, 2006 | NDD Jun 06, 2006 | PROJECT NUMBER 114S-PURCHASING |
|---|---|---|---|
| SHIP VIA BESTWAY | FOB/FREIGHT TERMS DEST | TERMS OF SALE Payment due 30days after invoice date | BUDGET CENTER 3589 |

| Item | Quantity | UM | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 1 | EA | Access Control Expansion | 5,859.00 | 5,859.00 |
| | | | Account#: 3589 | | |

**FAXED**

**JUN 0 6 2006**

**PURCHASING**

| | | |
|---|---|---|
| Subtotal | 5,859.00 |
| Total | 5,859.00 |

5,859.00

This order is subject to the Terms and Conditions of Purchase, a copy of
which can be provided upon request.  Commencement of any work pursuant to this
order shall be deemed to be acceptance of the Terms and Conditions of
Purchase.
David Elder

By: _____
Authorized Signature


Security Services, Inc.

**RIDER**
**For Additional Service**

THIS RIDER made this _____ 22ⁿᵈ _____ day of _____ May, 2006 _____, is part of
and is to be attached to Agreement made the _____ 22ⁿᵈ _____ day of _____ May, 2006 _____ by and between
ADT Security Systems, _____ ADT SECURITY SERVICES, INC. _____
hereinafter called "ADT", and _____ New Century Mortgage _____
hereinafter called "Customer", for _____ BA System Expansion _____
service in the premises of the Customer at _____ 4835 East Cactus Road, suite 266 _____
In the City of _____ Scottsdale _____, State of _____ AZ 85254 _____

The Customer hereby requests, and ADT agrees, to Additional BA protection for the above location per the ADT proposal dated 5-22-2006.

This rider is an attachment to the Master Agreement dated May 22ⁿᵈ, 2006.

All terms and conditions of the master agreement are made part of this rider

The Customer hereby agrees to pay ADT, its Agents or Assigns, the sum of _____ $1,563.00 _____
_____ ($ _____ $1,563.00 _____ )
payable upon completion of this Agreement, and to pay in addition the additional
sum of _____ ($ _____ $95.00 _____ )
par annum payable in advance.

The parties hereto mutually agree that the aforesaid Agreement, of which this Rider is made a part, is and shall be and remain in full
force and effect in accordance with all the terms and conditions thereof, modified only as in this Rider specifically provided.

It is further agreed to that the original expiration date of the referenced Agreement shall be extended for a period of _____ 0 _____
years.

This Rider is not binding unless approved in writing by an authorized representative of the Company described above as ADT.

ADT Security Services, Inc. _____                    _____
                                              ADT                                                          Customer
By · Robert Szablak        5-22-2006                    By _____
                                              Agent                          V.P. CSO.
APPROVED _____                    _____
                Authorized Representative of ADT                                      Title

# NEW CENTURY℠
## MORTGAGE CORPORATION

18400 Von Karman Ave, #1000, Irvine, CA 92612

## PURCHASE ORDER

| Purchase Order Number | BLKT REL. | CHANGE | PAGE |
|---|---|---|---|
| 019024 | | | 1 of 1 |

**SHIP TO**
New Century Mortgage
4835 East Cactus Road
Suite 200
Scottsdale, AZ 85254
USA
Tammy Jones

**VENDOR**
ADT
ADT Security Systems
21171 South Western Avenue
Torrance, CA 90501
USA
Bob Szablak
Phone: (310)619-2316       Fax: (310)619-2315

**BILL TO**
NEW CENTURY MORTGAGE
18400 VON KARMAN
SUITE 1000 9th Floor.
Attn: Accounts Payable
Irvine, CA 92612

| REQUISITION NUMBER | PO DATE | RDD | PROJECT NUMBER |
|---|---|---|---|
| | Jun 06, 2006 | Jun 06, 2006 | 1148-PURCHASING |

| SHIP VIA | FOB/FREIGHT TERMS | TERMS OF SALE | BUDGET CENTER |
|---|---|---|---|
| BESTWAY | DEST | Payment due 30days after invoice date | 3589 |

| Item | Quantity | U/M | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 1 | EA | Burglar Alarm Expansion | 1,563.00 | 1,563.00 |
| | | | Account#: 3589 | | |

**FAXED**

**JUN 0 6 2006**

**PURCHASING**

| | |
|---|---|
| Subtotal | 1,563.00 |
| Total | 1,563.00 |

1,563.00

This order is subject to the Terms and Conditions of Purchase, a copy of which can be provided upon request. Commencement of any work pursuant to this order shall be deemed to be acceptance of the Terms and Conditions of Purchase.

David Elder

By: _____
Authorized Signature

OK info

**COMMERCIAL SALES PROPOSAL/AGREEMENT**

ADT Security Services, Inc. ("ADT")
ADT Security Services, Inc.

New Century Mortgage
18835 N 25th Ave
1st Floor, Suite 140
AZ
Phoenix, AZ 85029

Tommy Jones

Customer Acceptance

1,917

FORM STORAGE SAMPLING

06/02/2005 16:52 FAX  9498637279                                    ☒001/001

# NEW CENTURY™
## MORTGAGE CORPORATION
18400 Von Karman Ave, #1000, Irvine, CA 93612

## PURCHASE ORDER

| Purchase Order Number | RLST REL. | CHANGE | PAGE |
|---|---|---|---|
| 015919 | | | 1 of 1 |

**VENDOR**
ADT
ADT Security Systems
4161 East LaPalma Ave.
Anaheim, CA 92607
USA

Bob Szablak
Phone: (714)223-2367    Fax: (714)220-4325

**SHIP TO**
New Century Mortgage Corp.
10835 N. 25th Ave.
Suite 140
Phoenix, AZ 85029
USA
Tommy Jones 949-797-5841

**BILL TO**
NEW CENTURY MORTGAGE
18400 VON KARMAN
SUITE 1000 9th Floor.
Attn: Accounts Payable
Irvine, CA 92612

| REQUISITION NUMBER | PO DATE | ROD | PROJECT NUMBER |
|---|---|---|---|
| | Jun 02, 2005 | Jun 10, 2005 | 1145-PURCHASING |

| SHIP VIA | FOB/FREIGHT TERMS | TERMS OF SALE | BUDGET CENTER |
|---|---|---|---|
| BESTWAY | DEST | Payment due 30days after invoice date | 2220 |

| Item | Quantity | Unit | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 1 | | Burglar Alarm system | 1,917.00 | 1,917.00 |
| | | | Account# 2220 | | |
| | | | | **Subtotal** | 1,917.00 |
| | | | | **Total** | 1,917.00 |

| | | | | | 1,917.00 |
|---|---|---|---|---|---|

This order is subject to the Terms and Conditions of Purchase, a copy of
which can be provided upon request.  Commencement of any work pursuant to this
order shall be deemed to be acceptance of the Terms and Conditions of
Purchase.
Tara Motley

By: _____
Authorized Signature

Rev. 11/300

**COMMERCIAL SALES
PROPOSAL/AGREEMENT**

ADT Security Services, Inc. ("ADT")
ADT Security Services, Inc.

New Century Mortgage
610 Alma School Road
Suite 96,
Chandler, AZ 85224

Sales Rep:                                    Tommy Jones

CENTRAL STORAGE FACILITY

12/21/2006 19:35 FAX

Rev. 103005

**COMMERCIAL SALES
PROPOSAL/AGREEMENT**

Date: 11/8/2006

**ADT Security Services, Inc. ("ADT")**
ADT Security Services, Inc.
Address:

To: (Customer Name and Address)
**New Century Mortgage**
20660 North Tatum Blvd

Phoenix, AZ 85050

Sales Rep:

Attn: **Tommy Jones**    Tel. No.: 949-517-0403

ADT proposes to install or cause to be installed the equipment and furnish the services indicated herein:

| QTY. | DESCRIPTION | LOCATION (BE SPECIFIC) |
|------|-------------|------------------------|
| 1 | SafewatchPro 3000EN,S150ADT | |
| 10 | Glass Break, FG1625ADT | |
| 2 | PIR Dualshield 360 60' Diameter | |
| 1 | Door Contact-Embedded - Gray, Form C | |

**Type of Transaction**

☒ Direct Sale (equipment to become property of the Customer upon payment of Selling Price indicated below in full).

☐ System to remain property of ADT.

ADT may remove or upon written notice to the Customer, abandon in whole or in part, all devices, instruments, appliances, cabinets, and other materials associated with the system, upon termination of this agreement, without obligation to repair or re-decorate any portion of the Customer's premises upon such removal, and the removal or abandonment of such materials shall not be held to constitute a waiver of the right of ADT to collect any charges which have been accrued or may be accrued hereunder.

P - Provided
NP - Not Provided
(Circle One)

Services To Be Provided

Control Station Signal
Receiving and Notification Service
☐ Fire Alarm    ☐ Hold Up Alarm
☐ Burglar Alarm    ☐ Duress
☐ Supervisory    ☐ Other

Direct Connection Service

Union
☐ Digital Communicator
☐ Leased Line
☐ Derived Local Channel

☐ Telephone Charges Not Included in ADT Billing

Maintenance    P NP

Inspections    P NP
Number per Year

Investigator Response    P NP
☐ Interior    ☐ Exterior

Supervised/Unsupervised
Opening/Closing    P NP

Opening/Closing Logging    P NP

Opening/Closing Reports    P NP

Other    P NP

Customer acknowledges that: (a) ADT has explained the full range of protection, equipment, and services available to Customer; (b) additional protection over and above that provided herein is available and may be obtained from ADT at an additional cost to the Customer; and (c) Customer desires and has contracted for only the equipment and services itemized on this Agreement.

$3,251

For the sum of $ _____ (complete) _____ upon acceptance of this proposal and the balance payable upon completion of the installation and as a pre-condition to activation of the system and, if applicable, connection to central station or direct connection service, in addition for the service(s) to be provided as indicated above, Customer agrees to pay

[body paragraph text illegible]

**Customer Acceptance**

In accepting this Proposal, Customer agrees to the terms and conditions contained herein including those on the reverse side. It is understood that they shall prevail over any variation in terms and conditions on any purchase order or other document that the Customer may issue. Any changes in the system requested by the Customer after the execution of this Agreement shall be paid for by the Customer and such changes shall be authorized in writing. ATTENTION IS DIRECTED TO THE WARRANTY, LIMIT OF LIABILITY AND OTHER CONDITIONS ON REVERSE SIDE.

Signature

K. P C(?)    12/6/06
                    Date

By: _____    Again

Approved: _____
Authorized Representative of ADT

Form P2614 (6-92)

This Agreement is not binding unless approved in writing by an authorized Representative of ADT. In the event of failure of such approval, the only liability of ADT shall be to return to the Customer the amount, if any, paid to ADT upon signing of this Agreement.

© 1992 ADT Security Services

**CUSTOMER COPY**

8/21/2006 10:35 FAX @001/002

# NEW CENTURY™
## MORTGAGE CORPORATION
18400 Von Karman Ave, #1000, Irvine, CA 92612

| Purchase Order Number | NXT REL. | CHANGE | PAGE |
|---|---|---|---|
| 021388 | | | 1  1 |

## PURCHASE ORDER

**SHIP TO:**
New Century Mortgage
20860 North Tatum Blvd.
STE 175
Phoenix, AZ 85050
USA
Tommy Jones

**VENDOR:**
ADT
ADT Security Systems
21171 South Western Avenue
Torrance, CA 90501
USA

Bob Szablak
Phone: (310)618-2918    Fax (310)618-2915

**BILL TO:**
NEW CENTURY MORTGAGE
18400 Von Karman
Suite 1000 9th floor
Attn: Accounts Payable
Irvine, CA 92612

| REQUISITION NUMBER | PO DATE Dec 21, 2006 | ROD Dec 22, 2006 | PROJECT NUMBER 1185-PURCHASING |
|---|---|---|---|
| SHIP VIA BESTWAY | FOB/FREIGHT TERMS DEST | TERMS OF SALE Payment due 30days after invoice date | BUDGET CENTER 4355 |

| Item | Quantity | UM | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 1 | | Burglar alarm system | 3,251.00 | 3,251.00 |
| | | | Account#: 4355 | | |
| | | | | Subtotal | 3,251.00 |
| | | | | Total | 3,251.00 |

| | | | | | 3,251.00 |

This order is subject to the Terms and Conditions of Purchase, a copy of which can be provided upon request.  Commencement of any work pursuant to this order shall be deemed to be acceptance of the Terms and Conditions of Purchase.

Terry Williams

By: _____
Authorized Signature

02/05/2007 13:51 FAX

Rev. 103005

**COMMERCIAL SALES
PROPOSAL/AGREEMENT**

| TOWN NO. | CUSTOMER NO. | JOB NO. |
|---|---|---|
| | 12121/2000 | 002/002 |

**ADT** ADT Security Services, Inc. (ADT)

Address:

To: (Customer Name) New Century Mortgage
20550 North Tatum Blvd
Suite 175
Phoenix, AZ 85050

Sales Rep:                        Attn: Tommy Jones        Tel. No. 949-279-9709

ADT proposes to install or cause to be installed the equipment and furnish the services indicated herein.

| QTY. | DESCRIPTION (Specify Make or Package) | LOCATION (BE SPECIFIC) |
|---|---|---|
| 1 | Install Customer Provided N100-IV-X panel | |
| 1 | Interface used with WinPak for N-1000 (Current Version) | |
| 1 | IOI, LANSRL100 and N-485-PC | |
| 2 | Door Contact-Embedded - Grey, Form C | |
| 1 | Install Customer Provided HID card reader | |
| 1 | Install Customer Provided RTX device | |
| 1 | Install Customer Provided Lock Power Supply | |
| 2 | Install Customer Provided RX-7 sounder | |

Type of Transaction

[X] Direct sale (equipment to become property of the Customer upon payment of Selling Price indicated below in 9.4).

[ ] System to remain property of ADT.

P - Provided
NP - Not Provided
(Circle One)

Services To Be Provided

Central Station Signal Reporting and Maintenance Service
☐ Fire Alarm    ☐ Hold Up Alarm
☐ Burglar Alarm    ☐ Duress
☐ Supervisory    ☐ Other    P / NP

Direct Connection Service    P / NP
To...

Using
☐ Digital Communicator
☐ Leased Line
☐ Derived Local Channel
☐ Telephone Charge Not Included In ADT Billing

Maintenance    P / NP
Inspections
Number per Year
Investigation/Response    P / NP
☐ Interior    ☐ Exterior
Supervised/Scheduled
Opening/Closing    P / NP
Opening/Closing Logging    P / NP
Opening/Closing Reports    P / NP
Other    P / NP

If the Facilitation Point is
a signal, System
please label here.

If Maintenance Service is
a signal, System
please label here.

Customer acknowledges that: (a) ADT has explained the full range of protection, equipment, and services available to Customer; (b) additional protection over and above that provided herein is available and may be obtained from ADT at an additional cost to the Customer; and (c) Customer desires and has contracted for only the equipment and services itemized on this Agreement.

$7730

For the term of $ ............ payable. Upon completion of the installation and as a part
upon acceptance of the proposal and the balance payable ...
$7700

**Customer Acceptance**

In accepting this Proposal, Customer agrees to the terms and conditions contained herein including those on the reverse side. It is understood that they shall prevail over any variation in terms and conditions on any purchase order or other document that the Customer may issue. Any changes in the system requested by the Customer after the execution of this Agreement shall be paid for by the Customer and such changes shall be authorized in writing. ATTENTION IS DIRECTED TO THE WARRANTY, LIMIT OF LIABILITY AND OTHER CONDITIONS ON REVERSE SIDE.

Signature    V. R CSO        2/6/07
Title

This Agreement is not binding unless approved in writing by an authorized Representative of ADT. In the event of failure of such approval, the sole liability of ADT shall be to return to the Customer the amount, if any, paid to ADT upon signing of this Agreement.

By: _____ Robert Griffith 12-21-06        Agent: _____

Approved _____        Authorized Representative of ADT

Form FBM-110-00 (2-00)        © 1997 ADT Security Services

**CENTRAL STORAGE FACILITY**

05/05/2007 13:51 FAX                                                                    @003/002

# NEW CENTURY℠
## MORTGAGE CORPORATION

18400 Von Karman Ave, #1000, Irvine, CA 92612

| Purchase Order Number | NEXT REL | CHANGE | PAGE |
|---|---|---|---|
| 021575 | | | 1  1 |

**SHIP TO:**
New Century Mortgage
20050 North Tatum Blvd.
STE 175
Phoenix, AZ 85050
USA
Tommy Jones 949-517-0403

## PURCHASE ORDER

**VENDOR:**
ADT
ADT Security Systems
21171 South Western Avenue
Torrance, CA 90501
USA
Bob Sapiak
Phone (310)618-2315      Fax (310)618-2315

**BILL TO:**
NEW CENTURY MORTGAGE
18400 Von Karman
Suite 1000 9th floor
Attn: Accounts Payable
Irvine, CA 92612

| REQUISITION NUMBER | PO DATE Feb 05, 2007 | | ADD Feb 05, 2007 | PROJECT NUMBER 1145-PURCHASING3 |
|---|---|---|---|---|
| SHIP Via BESTWAY | FOB/FREIGHT TERMS DEST | | TERMS OF SALE Payment due 30 days after invoice date | BUDGET CENTER 4356 |

| Item | Quantity | U/M | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 1 | | Installing alarm system. | 5,730.00 | 5,730.00 |
| | | | Account: 4356 | | |
| | | | | Subtotal | 5,730.00 |
| | | | | Total | 5,730.00 |

| | 5,730.00 |
|---|---|

This order is subject to the Terms and Conditions of Purchase, a copy of
which can be provided upon request. Commencement of any work pursuant to this
order shall be deemed to be acceptance of the Terms and Conditions of
Purchase.
Terry Williams

By: _____
                Authorized Signature

CENTRAL STORAGE FACILITY

05/28/2004 15:34 FAX                                                                          @001

**ADT**
Security Services, Inc.

078 036670 02

### RIDER
### For Additional Service

THIS RIDER made this _____17th_____ day of _May, 2004_ _____, is part of
and is to be attached to Agreement made the _____31st_____ day of _____January 2003_____ by and between
ADT Security Systems, _____ADT SECURITY SERVICES, INC._____
hereinafter called "ADT", and _____New Century Mortgage_____
hereinafter called "Customer", for _____Security System Expansion_____
service in the premises of the Customer at ___200 Unicorn Park Drive___
in the City of _____Woburn_____, State of _____MA 01801_____

The Customer hereby requests, and ADT agrees, to install the following additional protection: For the installation of additional security
protection devices per the proposal dated 5-17-2004.

The Customer hereby agrees to pay ADT, its Agents or Assigns, the sum of _____$2,620.00_____ ($     $2,620.00     )
payable upon signing of this Agreement and the balance payable upon completion of the installation, and to pay in addition the additional
sum of ___$155.00___ ($     $155.00     )
per annum payable in advance.

The parties hereto mutually agree that the aforesaid Agreement, of which this Rider is made a part, is and shall be and remain in full
force and effect in accordance with all the terms and conditions thereof, modified only as in this Rider specifically provided.

It is further agreed to that the original expiration date of the referenced Agreement shall be extended for a period of _____0_____
years.

This Rider is not binding unless approved in writing by an authorized representative of the Company described above as ADT.

| ADT Security Services, Inc. | New Century Mortgage Corp |
|---|---|
| By   Robert Szablak National Account Manager  5-17-2004 | By  _____ |
| | AVP Corp Real Estate |
| APPROVED  _____ 5/28/04 | |
| Authorized Representative of ADT | Title |

05/25/2006 12:44 FAX 9423837278                                    @001/001

# NEW CENTURY
## MORTGAGE CORPORATION

18400 Von Karman Ave. #1000, Irvine, CA 92612

| Purchase Order Number | BLKT REL. | CHANGE | PAGE |
|---|---|---|---|
| 012133 | | | 1 of 1 |

## PURCHASE ORDER

**SHIP TO:**
New Century Mortgage
250 Unicorn Park Drive
3rd Floor
Woburn, MA 01801
USA
Tommy Jones 049-797-5691

**VENDOR:**
ADT
ADT Security Systems
1181 East LaPalma Ave.
Anaheim, CA 92807
USA
Bob Szabia
Phone: (714)223-3307     Fax (714)224-0207

**BILL TO:**
NEW CENTURY MORTGAGE
18400 VON KARMAN
SUITE 1000 11th Floor.
Attn Accounts Payable
Irvine, CA 92612

| REQUISITION NUMBER | PO DATE May 24, 2004 | RSD Jun 02, 2004 | PROJECT NUMBER 1145-PURCHASING |
|---|---|---|---|
| **SHIP VIA** BESTWAY | **FOB/FREIGHT TERMS** DEST | **TERMS OF SALE** Payment due 30days after invoice date | **BUDGET CENTER** 3355 |

| Item | Quantity | UM | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 1 | | Security System Expansion as per proposal dated 5-18-04 | 7,520.00 | 2,520.00 |
| | | | Account# 3355 | | |
| | | | | Subtotal | 2,520.00 |
| | | | | Total | 2,520.00 |

2,520.00

This order is subject to the Terms and Conditions of Purchase, a copy of which can be provided upon request.  Commencement of any work pursuant to this order shall be deemed to be acceptance of the Terms and Conditions of Purchase.

Tara Morley

By: _____
Authorized Signature

ANAHEIM HR          Fax:714-256-6528          May 26 2004  15:43    P.10

05/26/2004 18:34 FAX                                                      @002

**ADT**
Security Services, Inc.

*078 03667 03*

## RIDER
### For Additional Service

THIS RIDER made this _____ 17th _____ day of _May, 2004_ _____, is part of
and is to be attached to Agreement made the _____ 31st _____ day of _____ January 2003 _____ by and between
ADT Security Systems, _ADT SECURITY SERVICES, INC._
hereinafter called "ADT", and _____ New Century Mortgage _____
hereinafter called "Customer", for _____ Card Reader System Expansion _____
service in the premises of the Customer at _200 Unicorn Park Drive_
in the City of _Woburn_ , State of _MA 01801_

The Customer hereby requests, and ADT agrees, to install the following additional protection: For the installation an additional card readers
and associated devices per the proposal dated 5-17-2004.

The Customer hereby agrees to pay ADT, its Agents or Assigns, the sum of _____ $7,540.00 _____
($ _____ $7,540.00 _____ )
payable upon signing of this Agreement and the balance payable upon completion of the installation, and to pay in addition the additional
sum of _$338.00_ ($ _____ $338.00 _____ )
per annum payable in advance.

The parties hereto mutually agree that the aforesaid Agreement, of which this Rider is made a part, is and shall be and remain in full
force and effect in accordance with all the terms and conditions thereof, modified only as in this Rider specifically provided.

It is further agreed to that the original expiration date of the referenced Agreement shall be extended for a period of _____ 0 _____
years.

This Rider is not binding unless approved in writing by an authorized representative of the Company described above as ADT.

ADT Security Services, Inc.                              New Century Mortgage Corp
                                          ADT                                          Customer
By _Robert Eshbiak National Associat Manager  E-247-2004_    By _____
APPROVED  _5/28/04_                    AUP Corp  5/27/04
          Authorized Representative of ADT

ANAHEIM HR          Fax:714-256-6528          May 26 2004  15:43    P. 09
05/26/2004 05:23 FAX  3698837279                                    @002/002

# NEW CENTURY™
## MORTGAGE CORPORATION

18400 Von Karman Ave, #1000, Irvine, CA 92612

## PURCHASE ORDER

| Purchase Order Number | BLKT REL. | CHANGE | PAGE |
|---|---|---|---|
| 012131 | | | 1 of 1 |

**SHIP TO:**
New Century Mortgage
200 Unicorn Park Drive
3rd Floor
Woburn, MA 01801
USA
Tommy Jones 818-707-4641

**VENDOR:**
ADT
ADT Security Systems
4161 East LaPalma Ave.
Anaheim, CA 92807
USA
Bob Szablak
Phone: (714)223-2167    Fax: (714)255-0526

**BILL TO:**
NEW CENTURY MORTGAGE
18400 VON KARMAN
SUITE 1000 11th Floor
Attn: Accounts Payable
Irvine, CA 92612

| REQUISITION NUMBER | PO DATE | ROD | PROJECT NUMBER |
|---|---|---|---|
| | May 24, 2004 | Jun 01, 2004 | 1145-PURCHASING |

| SHIP VIA | FOB/FREIGHT TERMS | TERMS OF SALE | BUDGET CENTER |
|---|---|---|---|
| BESTWAY | DEST | Payment due 30days after invoice date | 3355 |

| Item | Quantity | UM | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 1 | | Access Control Expansion/Reconfigure as per proposal dated 5-18-04 | 7,540.00 | 7,540.00 |
| | | | Account#: 3355 | | |
| | | | | Subtotal | 7,540.00 |
| | | | | Total | 7,540.00 |

| | 7,540.00 |
|---|---|

This order is subject to the Terms and Conditions of Purchase, a copy of which can be obtained upon request. Commencement of any work pursuant to this order shall be deemed to be acceptance of the Terms and Conditions of Purchase.
Tara Motley

By: _____

JUN-22-04 10:59PM FROM-NCMC Corp Service                    9459927553         T-732 P.03/03 F-237

06/22/2004 10:20 FAX                                                          ☑001



078 03667·04

# RIDER
## For Additional Service

THIS RIDER made this _____ 8th _____ day of _June, 2004_ _____, is part of

and is to be attached to Agreement made the _____ 31st _____ day of _____ January 2003 _____ by and between

ADT Security Systems,  __ADT SECURITY SERVICES, INC.__

hereinafter called "ADT", and _____ New Century Mortgage _____

hereinafter called "Customer", for _____ Add Card Reader to Storage Room _____

service in the premises of the Customer at  __200 Unicorn Park Drive__

in the City of _____ Woburn _____, State of _____ MA 01801 _____

The Customer hereby requests, and ADT agrees, to install the following additional protection: For the installation of an additional card reader to the storage room door, per the proposal dated 6-08-2004.

The Customer hereby agrees to pay ADT, its Agents or Assigns, the sum of _____ ($2,955.00 ($ _____ $2,955.00 _____ )

payable upon signing of this Agreement and the balance payable upon completion of the installation, and to pay in addition the additional

sum of _542.00_ _____ ($ _____ 542.00 _____ )

per annum payable in advance,

The parties hereto mutually agree that the aforesaid Agreement, of which this Rider is made a part, is and shall be and remain in full

force and effect in accordance with all the terms and conditions thereof, modified only as in this Rider specifically provided.

It is further agreed to that the original expiration date of the referenced Agreement shall be extended for a period of _____ 0

years.

This Rider is not binding unless approved in writing by an authorized representative of the Company described above as ADT.

ADT Security Services, Inc. _Robert Babbah_                    _New Century Mortgage Corp._
                                                       ADT                                              Customer

By _Robert Babbah National Account Manager 6-08-2004_     By _____
                                                       Agent
APPROVED _PH 6/25/04_                                      _AVP Corporate Risk_ _4/23/04_
                        Authorized Representative of ADT                              Title

06/18/2004  18:03 FAX  9498537279                    07B 036607 04        ☒001/003

# NEW CENTURY™
## MORTGAGE CORPORATION

18400 Von Karman Ave, #1000, Irvine, CA 92612

| Purchase Order Number | QUY REL | CHANGE | PAGE |
|---|---|---|---|
| 012503 | | | 1 of 1 |

## PURCHASE ORDER

**S H I P T O:**
New Century Mortgage
200 Unicorn Park Drive
3rd Floor
Woburn, MA 01801
USA
Tommy Jones (949) 797-9541

**V E N D O R:**
ADT
ADT Security Systems
4181 East La Palma Ave
Anaheim, CA 92807
USA

Bob Szurdak
Phone (714)223-2007          Fax (714)758-6830

**B I L L T O:**
NEW CENTURY MORTGAGE
18400 VON KARMAN
SUITE 1000 11th Floor
Attn: Accounts Payable
Irvine, CA 92612

| REQUISITION NUMBER | PO DATE | GDD | PROJECT NUMBER |
|---|---|---|---|
| | Jun 18, 2004 | Jun 23, 2004 | 1145-PURCHASING |

| SHIP VIA | FOB/FREIGHT TERMS | TERMS OF SALE | BUDGET CENTER |
|---|---|---|---|
| BESTWAY | DEST | Payment due 30days after invoice date | 3355 |

| Item | Quantity | UM | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 1 | EA | Rider Add card reader to Storage Room as per proposal dated 6-8-04 | 2,655.00 | 2,655.00 |
| | | | Account: 3355 | | |
| | | | | Subtotal | 2,655.00 |
| | | | | Total | 2,655.00 |

This order is subject to the Terms and Conditions of Purchase, a copy of which can be provided upon request.  Commencement of any work pursuant to this order shall be deemed to be acceptance of the Terms and Conditions of Purchase.

Tom Molloy

| | 2,655.00 |
|---|---|
| **Total** | |

By _____

ANAHEIM HR          Fax:714-256-6528          Oct 13 2004  11:55    P.08

**ADT**
Security Services, Inc.

## RIDER
### For Additional Service          U78  0366705

THIS RIDER made this _____ 14th _____ day of __September,2004__ _____, is part of
and is to be attached to Agreement made the ____ 31st ____ day of ____ __January,2003__ ____ by and between
ADT Security Systems, __ADT SECURITY SERVICES, INC.__
hereinafter called "ADT", and _____ __New Century Mortgage__
hereinafter called "Customer", for _____ __Card Reader System Expansion__
service in the premises of the Customer at ___200 Unicorn Park Drive___
in the City of _____Woburn_____ , State of _____ __MA 01801__

The Customer hereby requests, and ADT agrees, to install the following additional protection: For the installation an additional card readers
and associated devices per the proposal dated 9-14-2004.

The Customer hereby agrees to pay ADT, its Agents or Assigns, the sum of _____          $2,371.00
                                                                        ($ _____$2,371.00_____ )
payable upon signing of this Agreement and the balance payable upon completion of the installation, and to pay in addition the additional
sum of ___$38.00___                                                     ($ _____$38.00_____ )
per annum payable in advance.

The parties hereto mutually agree that the aforesaid Agreement,  of which this Rider is made a part,  is and shall be and remain in full
force and effect in accordance with all the terms and conditions thereof, modified only as in this Rider specifically provided.

It is further agreed to that the original expiration date of the referenced Agreement shall be extended for a period of _____    0
years.

This Rider is not binding until approved in writing by an authorized representative of the Company described above as ADT.

ADT Security Services, Inc.          _Robert Szablak_                    _New Century_
                                                              ADT                                                      Customer
By   Robert Szablak National Account Manager  9-14-2004              _U. P. CSO_      10-15-04
                                                              Agent
APPROVED        _10/19/04_                                           _U. P. CSO_
                    Authorized Representative of ADT                                                      Title

ANAHEIM HR          Fax:714-256-6528          Oct 13 2004  11:55   P.09
10/07/2004 16:46 FAX 9494637273                                    @001/002

# NEW CENTURY™
## MORTGAGE CORPORATION
18400 Van Karman Ave, #1000, Irvine, CA 92612

| Purchase Order Number | QUANT REL. | CHANGE | PAGE |
|---|---|---|---|
| 013738 | | | 1 |

S H I P   T O
New Century Mortgage
200 Unicorn Park Drive
3rd Floor
Woburn, MA 01801
USA
Tommy Jones 949-797-3641

## PURCHASE ORDER

V E N D O R
ADT
ADT Security Systems
4161 East La Palma Ave.
Anaheim, CA 92807
USA

B I L L   T O
NEW CENTURY MORTGAGE
18400 VON KARMAN
SUITE 1000 5th Floor,
Attn: Accounts Payable
Irvine, CA 92612

Bob Kozlak
Phone: (714)630-2147        Fax: (714)256-9628

| REQUISITION NUMBER | PO DATE Oct 07, 2004 | NDD Oct 15, 2004 | PROJECT NUMBER |
|---|---|---|---|
| SHIP VIA BEST WAY | FOB/FREIGHT TERMS DEST | TERMS OF SALE Payment due 30 days after invoice date | BUDGET CENTER 3358 |

| Item | Quantity | UM | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 1 | | Per proposal dated 9/14/04 | | |
| | | | Add Card Reader | 2,371.00 | 2,371.00 |
| | | | Account# 3358 | | |
| | | | | Subtotal | 2,371.00 |
| | | | | Total | 2,371.00 |

2,371.00

This order is subject to the Terms and Conditions of Purchase, a copy of
which can be provided upon request.  Commencement of any work pursuant to this
order shall be deemed to be acceptance of the Terms and Conditions of
Purchase.
Megan Young

By: _Mike C Fletcher_
Authorized Signature

| TOWN NO. | CUSTOMER NO. | JOB NO. |
|---|---|---|
| | | |

# COMMERCIAL SALES PROPOSAL/AGREEMENT

Date 2/24/2005

**ADT Security Services, Inc. ("ADT")**
Address ADT Security Services, Inc.

To: (Customer Name and Address)
New Century Mortgage
Building 3349, Michelson Drive
Suite 450,
Irvine, CA 92612

Tel. No. Sales Rep: Robert Szabiak
Attn. Tommy Jacot Tel. No. [illegible]

ADT proposes to install or cause to be installed the equipment and furnish the services indicated herein:

| QTY. | DESCRIPTION | LOCATION (BE SPECIFIC) |
|---|---|---|
| 1 | PXG Focus Quiet Package w/Focus Interactive Keypad | |
| | (Order items in base [illegible] above [illegible]) | |
| 4 | Door Contact Embedded - Quiq, Focus C | |
| 1 | PIR [illegible] 60' Diameter | |
| 4 | [illegible] Module | |
| 3 | CEL DM SMK COL DSS [illegible] | |
| 1 | MASTER CAM POWER SUPPLY [illegible] | |
| 3 | Active Video Transmitter Transceiver NOT Included | |
| 1 | Focus 200 [illegible] Keypad | |
| 10 | [illegible] Ceiling Mount PIR 30' Radius 60' Diameter | |

Type of Transaction

☒ Direct Sale Equipment to become property of the Customer upon payment of Selling Price indicated below in full.

☐ System to remain property of ADT.

ADT may remove at upon written notice to the Customer, abandon in whole or in part, all devices, instruments, appliances, cabinets, and other materials associated with the system, upon termination of this agreement, without obligation to repair or redecorate any portion of the Customer's premises upon such removal, and the removal or abandonment of such materials shall not be held to constitute a waiver of the right of ADT to collect any charges which have been accrued or may be accrued hereunder.

Services To Be Provided — P - Provided, NP - Not Provided (Circle One)

Central Station Signal Receiving and Notification Service: P NP
☐ Fire Alarm ☐ [illegible]
☒ Burglar Alarm ☐ [illegible]
☐ Supervisory ☐ Other

Direct Connection Service: P NP
To

Using:
☒ Digital Communicator
☐ Leased Line
☐ Derived Local Channel
☒ Telephone Charges Not Included in ADT Billing

Maintenance: P NP
Inspections: P NP
Number per Year
Investigator Response: P NP
☐ Interior ☐ Exterior
Supervised Scheduled Opening/Closing: P NP
Opening/Closing Logging: P NP
Opening/Closing Reports: P NP
Other: P NP

[illegible]

[illegible]

Customer acknowledges that: (a) ADT has explained the full range of protection, equipment, and services available to Customer; (b) additional protection over and above that provided herein is available and may be obtained from ADT at an additional cost to the Customer; and (c) Customer desires and has contracted for only the equipment and services itemized on this Agreement.

For the sum of $ 7,819 payable [illegible] upon acceptance of this proposal and the balance payable upon completion of the installation and as a precondition to activation of the system and, if applicable, connection to central station or direct connection service. In addition for the service(s) to be provided as indicated above, Customer agrees to pay $ 51,205 per annum, annually in advance for a period of five years effective from the date service is operative under this agreement. After the five years, the agreement shall be automatically renewable yearly unless terminated by either party upon written notice at least 30 days prior to the anniversary date.

ADT shall have the right to increase the annual service charge after 1 year.

[illegible]

The Customer agrees to pay in addition to the service charges herein, any taxes, assessments, fees, [illegible]

[illegible]

Failure to pay amounts when due shall give ADT, in addition to any other remedies, the right to terminate this agreement [illegible]

Customer warrants that the Customer: [illegible]

By [signature] 2-24-05 Agent

Accepted [signature] Authorized Representative of ADT

Form [illegible]

**Customer Acceptance**

In accepting this Proposal, Customer agrees to the terms and conditions contained herein including those on the reverse side. It is understood that they shall prevail over any variation in terms and conditions on any purchase order or other document that the Customer may issue. Any changes in the system requested by the Customer after the execution of this Agreement shall be paid for by the Customer and such changes shall be authorized in writing.

**ATTENTION IS DIRECTED TO THE WARRANTY, LIMIT OF LIABILITY AND OTHER CONDITIONS ON REVERSE SIDE.**

[signature]
Signature

VP CFO 2-24-05
Title Date

This Agreement is not binding unless approved in writing by an authorized Representative of ADT. In the event of failure of such approval, the only liability of ADT shall be to return to the Customer the amount, if any, paid to ADT upon signing of this Agreement.

[illegible]

Mar 02 05 03:20p     Peter's Landing Marina     562-592-3918     p.8

Rev.110304

**COMMERCIAL SALES
PROPOSAL/AGREEMENT**

Date _____

**ADT** ADT Security Services, Inc. ("ADT")

Address: ADT Security Services, Inc.

To: (Customer Name and Address)

New Century Mortgage
Building 3337, Michelson Drive
Concourse Basement,
Irvine, CA 92612

| Est. No. | Sales Rep: Robert Svatek | Attn: Tommy Jones | Tel No. |
|---|---|---|---|

ADT proposes on behalf or desire to be furnish the equipment and furnish the services indicated herein.

| Qty. | DESCRIPTION | LOCATION (IF SPECIFIC) |
|---|---|---|
| | This Line Reserved for Central Sales or Packages | |
| 15 | Pro-Pro Wiegand, Gray, No Keypad | |
| 11 | ADT T-REX exit detector w/sensor plate/timer 5.3 relays (packed 12 per case/gate). | |
| 4 | PW-5000-4X COMPLETE ASSB | |
| 4 | KX, LRNSR(180) and H-485-PC | |
| 2 | 24V 60Amp Power Supply | |
| 22 | Door Contact-Embedded - Gray, Form 1 | |

**Type of Transaction**

☒ Direct Sale (equipment to becomes property of the Customer upon payment of Selling Price indicated below in full).

☐ System to remain property of ADT.

ADT may remove or upon written notice to the Customer, abandon in place or part of devices, instruments, appliances, cabinet, and other materials associated with the system, upon termination of this agreement, without obligation to repair or replaced any portion of the Customer's premises upon such removal, and the removal or abandonment of such materials shall not be held to constitute a waiver of the right of ADT to collect any charges which the Customer accrued or may be recovered hereunder.

P = Provided
**Services To Be** NP = Not Provided
**Provided** (Circle One)

Central Station Signal (P NP)
Receiving and Monitoring Service
☐ Fire Alarm ☐ Hold-Up Alarm
☐ Burglar Alarm ☐ Duress
☐ Supervisory ☐ Other ____

Direct Connection Service (P NP)

Test

Lines:
☐ Digital Communicator
☐ Leased Line
☐ Derived Local Channel

☐ Telephone Charges Not Included in ADT billing

Maintenance (P NP)

Inspections (P NP)

Number per Year ____

Investigator Response (P NP)
☐ Interior ☐ Exterior

Open and Close (P NP)
☐ Supervised/Scheduled
☐ Open and Closing

Opening/Closing Logging (P NP)

Opening/Closing Reports (P NP)

Other ____ (P NP)

Customer acknowledges that: (a) ADT has made available full range of protection, equipment, and services available to Customer; (b) additional protection over and above that provided herein is available and may be obtained from ADT at an additional cost to the Customer; and (c) Customer reviews and has contracted to only the equipment and services carried on this Agreement.

For the sum of $ **22,810** _____ payable

upon acceptance of this proposal and the balance payable upon completion of the installation and as a proportion of service of the system and it applicable, completion of central station or direct connection service. In addition for the services to be provided as indicated above, Customer agrees to pay **$2,736**

per annum, billing in advance for a period of five years starting on the date service is effective under this agreement. After the first year, this agreement shall be automatically renewed yearly unless either party or the party gives written notice at least 30 days prior to the anniversary date...

**Customer Acceptance**

In accepting this Proposal, Customer agrees to the terms and conditions contained herein including those on the reverse side. It is understood that they shall provide over any variation in terms and conditions or any purchase order or other document from the Customer and/or salesman. Any change in the system requested by the Customer after the execution of this Agreement shall be paid for by the Customer and such changes shall be summarized in writing.

**ATTENTION IS DIRECTED TO THE WARRANTY, LIMIT OF LIABILITY AND OTHER CONDITIONS ON REVERSE SIDE.**

Signature _____

By: _____  2-24-05

This Agreement is not binding unless approved in writing by an authorized Representative of ADT. In the event failure of such approval, the only liability of ADT shall be to return to the Customer the amount if any, paid to ADT upon signing of this Agreement.

Mar 02 05 03:22p     Peter's Landing Marina          562-592-3816          P.10

**COMMERCIAL SALES PROPOSAL/AGREEMENT**

ADT Security Services, Inc. ("ADT")

ADT Security Services, Inc.

To (Customer Name and Address):

New Century Mortgage
Building 3337, Michelson Drive
Concourse Basement,
Irvine, CA 92612

| QTY. | DESCRIPTION |
|---|---|
| 1 | FMS Focus 200 Plus, 5M gateway, backup dialer, transformer |
| | Order items in lines on (not in above line 2002) |
| 8 | Door Contact-Embedded - Grey, Form C |
| 8 | FIR Satishield 8tp 80' Diameter |
| 4 | Hardware 5M Module |
| 4 | Focus 200 Interactive Keypad |
| 17 | SIM Flat Circle Ceiling Mount PIR 30' Radius 60' Diameter |
| 11 | RX-7 Remote Speaker |

Mar 02 05 03:21p        Peter's Landing Marina        562-592-3016        p.9

**COMMERCIAL SALES PROPOSAL/AGREEMENT**

Rev.150504

**ADT Security Services, Inc. ("ADT")**

Address:    ADT Security Services, Inc.

To: (Customer Name and Address)

New Century Mortgage
Building 3357, Michelson Drive
Concourse Basement,
Irvine , CA 92612

**Services To Be Provided**

P - Provided
NP - Not Provided
(Check One)

| | |
|---|---|
| Direct Sale (equipment to become property of the Customer upon payment) | |
| Central Station Signal | P / NP |
| Direct Connection Service | P / NP |
| Maintenance | P / NP |
| Inspections | P / NP |
| Test per Year | P / NP |
| Investigator Response | P / NP |
| Scheduled/Unscheduled Opening/Closing | P / NP |
| Opening/Closing Logging | P / NP |
| Opening/Closing Reports | P / NP |
| Other | P / NP |

**Customer Acceptance**

In accepting this Proposal, Customer agrees to the terms and conditions contained herein including those on the reverse side.

Signature

Title                    Date

This Agreement is not binding unless approved in writing by an authorized Representative of ADT.

By
Approved

Authorized Representative of ADT

07/01/2005 13:40 FAX                                                    ⓐ003/012



Security Services, Inc.

## RIDER
### For Additional Service

THIS RIDER made this _____ 21st _____ day of _June, 2005_
and is to be attached to Agreement made the _____ 25th _____ day of _____ February, 2005 _____, is part of and between
ADT Security Systems, _____ADT SECURITY SERVICES, INC._____
hereinafter called "ADT", and
hereinafter called "Customer", for _____New Century Mortgage_____
service in the premises of the Customer at _3337 Michelson Drive, Concourse Basement_
in the City of _____ Irvine _____ , State of _____ CA 92612 _____

The Customer hereby requests, and ADT agrees, to provide maintenance  Per the ADT proposal dated 6-21-2005 for expansion of the BA system located in the Concourse Basement, Phase II.

The Customer hereby agrees to pay ADT, its Agents or Assigns, the sum of _____
payable upon signing of this Agreement and the balance payable upon completion of the installation, and to pay in addition the additional
sum of _____ ($ _____ )
per annum payable in advance.                                           ($ _____$1,271.00_____ )

The parties hereto mutually agree that the aforesaid Agreement,  of which this Rider is made a part,  is and shall be and remain in full force and effect in accordance with all the terms and conditions thereof, modified only as in this Rider specifically provided.

It is further agreed to that the original expiration date of the referenced Agreement shall be extended for a period of   0   years.

This Rider is not binding unless approved in writing by an authorized representative of the Company described above as ADT.

ADT Security Services, Inc.

By _Robert Szablak, National Account Manager  6-21-2005_                          ADT

APPROVED _____ Agent
                    Authorized Representative of ADT

_New Century Mortgage_ Corp.

By _____ Customer

_____ Title

07/01/2005 13:40 FAX                                                                    ☒004/012


Security Services, Inc.

## RIDER
### For Additional Service

THIS RIDER made this _____ **21st** _____ day of __June, 2005__
and is to be attached to Agreement made the ___28th___ _____ day of _____ **February, 2005** _____, is part of
ADT Security Systems, ___ADT SECURITY SERVICES, INC.___ _____ by and between
hereinafter called "ADT", and

hereinafter called "Customer", for _____ New Century Mortgage _____

_____ Access Control System Expansion, Phase II Concourse Basement System Maintenance

service in the premises of the Customer at ____3337 Michelson Drive, Concourse Basement____
in the City of _____ Irvine _____ , State of _____ CA 92612 _____

The Customer hereby requests, and ADT agrees, to provide maintenance Per the ADT proposal dated 5-3-2005 for expansion of the Access
Control system located in the Concourse Basement, Phase II..

The Customer hereby agrees to pay ADT, its Agents or Assigns, the sum of _____

payable upon signing of this Agreement and the balance payable upon completion of the installation, and to pay in addition the additional ($ _____ )
sum of _____
per annum payable in advance. ($ _____ **$3,063.00** _____ )

The parties hereto mutually agree that the aforesaid Agreement, of which this Rider is made a part, is and shall be and remain in full
force and affect in accordance with all the terms and conditions thereof, modified only as in this Rider specifically provided.

It is further agreed to that the original expiration date of the referenced Agreement shall be extended for a period of __0__
years.

This Rider is not binding unless approved in writing by an authorized representative of the Company described above as ADT.

ADT Security Services, Inc.

By ___Robert Szablak, National Account Manager, 6-21-2005___                    New Century Mortgage Corp.

APPROVED                                                                          V.P. CSO.
          Authorized Representative of ADT                                        Title

05/31/2005 09:04 F.X                                                    @001/001


Security Services, Inc.

# RIDER
## For Additional Service

THIS RIDER made this _____ 16th _____ day of _____ August 2005 _____, is part of
and is to be attached to Agreement made the _____ 28th _____ day of _____ February, 2005 _____ by and between
ADT Security Systems, _____ ADT SECURITY SERVICES, INC. _____
hereinafter called "ADT", and _____ New Century Mortgage _____
hereinafter called "Customer", for _____ MDF Room Camera Installation _____ ADT
service in the premises of the Customer at _____ 3337 Michelson Drive, Concourse Bldg #200 _____
in the City of _____ Irvine _____, State of _____ CA 92612 _____

The Customer hereby requests, and ADT agrees, to install the following additional protection: Per the ADT proposal dated 8-15-2005 for installation of temp cameras in the MDF Room.

Total Labor: 32hrs @ $85/hr        $2,752.00

Wire Cable and Misc supplies:  $419.00

Grand Total:                   $3,171.00

The Customer hereby agrees to pay ADT, its Agents or Assigns, the sum of _____ $3,171.00 _____
                                                                      $ _____ $3,171.00 _____ )
payable upon signing of this Agreement and the balance payable upon completion of the installation, and to pay in addition the additional
sum of _____                                                          $ _____ $0.00 _____ )
per annum payable in advance.

The parties hereto mutually agree that the aforesaid Agreement, of which this Rider is made a part, is and shall be and remain in full
force and effect in accordance with all the terms and conditions thereof, modified only as in this Rider specifically provided.

It is further agreed to that the original expiration date of the referenced Agreement shall be extended for a period of _____ 0 _____
years.

This Rider is not binding until approved in writing by an authorized representative of the Company described above as ADT.

ADT Security Services, Inc. _____        _____ Customer

By _____ Robert Szablak, National Account Manager 8-16-2005 _____ ADT   _____
                                                                Agent
APPROVED _____                 _____ Title
              Authorized Representative of ADT



Security Services, Inc.

### RIDER
### For Additional Service

THIS RIDER made this _____ 3rd _____ day of October, 2005 _____, is part
and is to be attached to Agreement made the 28th _____ day of _____ February, 2005 _____ by and between
ADT Security Systems,    ADT SECURITY SERVICES, INC.
hereinafter called "ADT", and                                New Century Mortgage
hereinafter called "Customer", for                    CCTV System Expansion Additional DVR's
service in the premises of the Customer at    3337 Michelson Drive, Concourse Basement
in the City of _____ Irvine _____ , State of _____ CA 92612

The Customer hereby requests, and ADT agrees, to provide maintenance   Per the ADT proposal dated 10-03-2005 for expansion of the
CCTV system to include two additional DVR's located in the Concourse Basement, Phase II.

The Customer hereby agrees to pay ADT, its Agents or Assigns, the sum of _____ $23,799.00
                                                                                    ($ _____ $23,799.00
payable upon signing of this Agreement and the balance payable upon completion of the installation, and to pay in addition the additional
sum of _____ ($ _____ $3,981.00
per annum payable in advance.

The parties hereto mutually agree that the aforesaid Agreement, of which this Rider is made a part, is and shall be and remain in full
force and effect in accordance with all the terms and conditions thereof, modified only as in this Rider specifically provided.

It is further agreed to that the original expiration date of the referenced Agreement shall be extended for a period of _____ 0
years.

This Rider is not binding unless approved in writing by an authorized representative of the Company described above as ADT.

ADT Security Services, Inc.
                                                                ADT                                    Cust
By   Robert Szablak, National Account Manager 10-03-2005                    By _____
                                                                Agent            VUP Facilities    10/7/05
APPROVED _____
                    Authorized Representative of ADT                            10/8C/05
                                                                                D...



/06/2005 15:13 FAX                                                        @001/001

# NEW CENTURY℠
## MORTGAGE CORPORATION
18400 Von Karman Ave, #1000, Irvine, CA 92612

| Purchase Order Number | BLKT REL. | CHANGE | PAGE |
|---|---|---|---|
| 016988 | | | 1 of 1 |

**PURCHASE ORDER**

```
S  New Century Mortgage
H  3337 Michelson Ste. CN-300
I  Irvine, CA 92612
P  US
T
O  Tommy Jones  949-517-0403
```

```
V  ADT
E  ADT Security Systems
N  21171 South Western Avenue
D  Torrance, CA 90501
O  USA
R
   Bob Szablak
   Phone: (310)618-2318    Fax: (310)618-2318
```

```
B  NEW CENTURY MORTGAGE
I  18400 VON KARMAN
L  SUITE 1000 9th Floor.
L  Attn: Accounts Payable
T  Irvine, CA 92612
O
```

| REQUISITION NUMBER | PO DATE Oct 06, 2005 | RDD Oct 07, 2005 | PROJECT NUMBER 1145-PURCHASING | |
|---|---|---|---|---|
| SHIP VIA BESTWAY | FOB/FREIGHT TERMS DEST | TERMS OF SALE Payment due 30days after invoice date | BUDGET CENTER 9047 | |

| Item | Quantity | U/M | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 1 | | DVR Addition and NVT as per proposal dated 10/3/05<br><br>Account#: 9047 | 23,799.00 | 23,799.00 |
| | | | | Subtotal | 23,799.00 |
| | | | | Total | 23,799.00 |

This order is subject to the Terms and Conditions of Purchase, a copy of
which can be provided upon request. Commencement of any work pursuant to this
order shall be deemed to be acceptance of the Terms and Conditions of
Purchase.

Tara Motley

| | 23,799.00 |

By: _____

Authorized Signature

07/01/2008  13:42 FAX                                                    @003/012

Rev. 040705

**COMMERCIAL SALES PROPOSAL/AGREEMENT**

Date    8/21/2008

**ADT** ADT Security Services, Inc. ("ADT")
Address:    ADT Security Services, Inc.

To: (Customer Name and Address)
New Century Mortgage
3121 Michelson Drive
8th Floor,
Irvine, CA  92612

Tel. No.    Sales Rep:
ADT proposes to install or cause to be installed the equipment and furnish the services indicated herein

Attn:    Tommy Jones    Tel. No.    9497976841

| QTY. | DESCRIPTION | LOCATION (BE SPECIFIC) | Type of Service |
|---|---|---|---|

This Line Reserved for Control Sale or Packages

8    Active Video Transmitter Transformer NOT Included
1    MASTER OAM POWER SUPPLY 12AMP 18INPUT/BREAKER UL
6    CBL D4 24IK GOL D58 VF3-8 AI NT40
2    Focus 200 Interactive Keypad
2    Door Contact-Embedded - Gray, Form C
5    RX-7 Remote Sounder
5    Standalone SM4 Module

8    58# Full Circle Ceiling Mount PIR 50' Radius  50' Diameter

Customer acknowledges that: (a) ADT has explained the full range of protection, equipment, and services available to Customer; (b) additional protection over and above that provided herein is available and may be obtained from ADT at an additional cost to the Customer; and (c) Customer desires and has contracted for only the equipment and services itemized on this Agreement

For the sum of $ _____ payable
upon acceptance of this proposal and the balance payable upon completion of the installation and as a pre-
condition to activation of the system and, if applicable, connection to central station or direct connection
service, in addition to the service(s) to be provided as indicated above, Customer agrees to pay
$    $1,650

Form F2851-01.05 (0505)

Customer Acceptance

In accepting this Proposal, Customer agrees to the terms and conditions contained herein including those on the reverse side. It is understood that they shall prevail over any variation in terms and conditions on any purchase order or other document that the Customer may issue. Any changes in the system requested by the Customer after the execution of this Agreement shall be paid for by the Customer and such charges shall be authorized in writing.
ATTENTION IS DIRECTED TO THE WARRANTY, LIMIT OF LIABILITY AND OTHER CONDITIONS ON REVERSE SIDE.

Signature

Title    Date

This Agreement is not binding unless approved in writing by an authorized Representative of ADT. In the event of failure of such approval, the only liability of ADT shall be to return to the Customer the amount, if any, paid to ADT upon signing of this Agreement

By _____    Agent

Approved _____    Authorized Representative of ADT

CUSTOMER COPY

© 1997 ADT Security Services

07/01/2005 13:41 FAX 　　　　　　　　　　　　　　　　　　　　　Ø007/012

Rev. 040705

**COMMERCIAL SALES PROPOSAL/AGREEMENT**

Date 6/21/2005

**ADT Security Services, Inc. ("ADT")**
Address:　ADT Security Services, Inc.

To: (Customer Name and Address)
New Century Mortgage
3121 Michelson Drive
6th Floor,
Irvine, CA  92612

Tel. No. 910-610-2515　Sales Rep: Robert Szablak　Attn: Tommy Jones　Tel. No. 94919756141

ADT proposes to install or cause to be installed the equipment and furnish the services indicated herein.

Type of Transaction

| QTY. | DESCRIPTION | LOCATION (BE SPECIFIC) |
|---|---|---|
| | This Line Reserved for Control Rate or Packages | |
| 2 | PW-2000-4X COMPLETE ASSE | |
| 1 | KB, LAN/RAL100 and 485-PC | |
| 1 | 24V 10Amp Power Supply | |
| 7 | Door Contact-Embedded - Gray, Form C | |
| 5 | Prox/Pro Wiegand, Gray, No Keypad | |
| 6 | ADT T-REX wit detector w/stripe,pizza,tilter & 2 relays (packed 12 per carton)wht, | |
| 1 | Program Head End | |

☐ **Direct Sale** (equipment to become property of the Customer upon payment of Selling Price indicated below in full).

☐ **System to remain property of ADT.**
ADT may remove or upon written notice to the Customer, abandon in whole or in part, all alarms, instruments, appliances, cabinets, and other materials associated with the system, upon termination of this agreement, without obligation to repair or redecorate any portion of the Customer's premises upon such removal, and the removal or abandonment of such materials shall not be held to constitute a waiver of the right of ADT to collect any charges which have been accrued or may be accrued hereunder.

P - Provided
Services To Be Provided　NP - Not Provided (Circle One)

Central Station Signal Receiving and Notification Service
☐ Fire Alarm ☐ Hold-Up Alone
☐ Burglar Alarm ☐ Duress
☐ Supervisory ☐ Other ___

P / NP

Direct Connection Service
To ___

P / NP

Using:
☐ Digital Communicator
☐ Leased Line
☐ Derived Local Channel

☐ Telephone Charges Not Included in ADT Billing

Maintenance　P / NP

Inspections　P / NP
Number per Year ___

Investigator Response
☐ Interior ☐ Exterior
P / NP

Supervised Schedules Opening/Closing　P / NP

Opening/Closing Logging　P / NP

Opening/Closing Reports　P / NP

Other Full Svc + Maint　P / NP

If the Notification Roster is adopted, Customer please initial here. ___

If Maintenance Service is desired, Customer please initial here. ___

Customer acknowledges that: (a) ADT has explained the full range of protection, equipment, and services available to Customer; (b) additional protection over and above that provided herein is available and may be obtained from ADT at an additional cost to the Customer; and (c) Customer desires and has contracted for only the equipment and services itemized on this Agreement.

For the sum of $ ___
upon acceptance of this proposal and the balance payable upon completion of the installation and as a precondition to activation of the system and, if applicable, connection to central station or direct connection service. In addition for the service(s) to be provided as indicated above, Customer agrees to pay

$1,474

Customer Acceptance
In accepting this Proposal, Customer agrees to the terms and conditions contained herein including those on the reverse side. It is understood that they shall prevail over any variation in terms and conditions on any purchase order or other document that the Customer may issue. Any changes in the system requested by the Customer after the execution of this Agreement shall be paid for by the Customer and such changes shall be authorized in writing.

**ATTENTION IS DIRECTED TO THE WARRANTY, LIMIT OF LIABILITY AND OTHER CONDITIONS ON REVERSE SIDE.**

Signature _V.P. CSO_

Title _V.P. CSO_　Date _2/1-05_

This Agreement is not binding unless approved in writing by an authorized Representative of ADT. In the event of failure of such approval, the only liability of ADT shall be to return to the Customer the amount, if any, paid to ADT upon signing of this Agreement.

By ___　_6-21-05_
Approved ___　Authorized Representative of ADT

Form F2281-NL00 (2/00)

**CUSTOMER COPY**

© 1997 ADT Security Services

07/01/2005  13:41 FAX                                                    008/012

Rev. 040705

# COMMERCIAL SALES
# PROPOSAL/AGREEMENT

Date ___6/21/2005___

To: (Customer Name and Address)

**ADT** ADT Security Services, Inc. ("ADT")
Address:  /ADT Security Services, Inc.

New Century Mortgage
3347 Michelson Drive
4th Floor,
Irvine, CA 92612

Tel. No. **310-819-2316**   Sales Rep: **Robert Szablak**          Tommy Jones   Tel. No. 9497075641

ADT proposes to install or cause to be installed the equipment and furnish the services indicated herein

| QTY | DESCRIPTION | LOCATION (BE SPECIFIC) | Type of Transaction |
|---|---|---|---|
| | This Line Reserved for Control Sets or Packages | | ☐ Direct Sale (equipment to become property of the Customer upon payment or Selling Price indicated below in full). |
| 2 | PW-2000-4X COMPLETE ASSE | | ☐ System to remain property of ADT. |
| 1 | iOil, LANSRL100 and M-485-PC | | |
| 1 | 24V 10Amp Power Supply | | |
| 12 | Door Contact-Embedded – Gray, Form C | | |
| 6 | ProxPro Wiegand, Grey, No Keypad | | |
| 6 | ADT T-REX exit detector w/tamper, piezo timer & 2 relays (packed 12 per carton)/wht. | | |
| 1 | Program Head Unit | | |

Services To Be Provided — P = Provided / NP = Not Provided (Circle One)

Customer acknowledges that: (a) ADT has explained the full range of protection, equipment, and services available to Customer; (b) additional protection over and above that provided herein is available and may be obtained from ADT at an additional cost to the Customer; and (c) Customer desires and has contracted for only the equipment and services itemized on this Agreement.

For the sum of $ _____ payable upon acceptance of this proposal and the balance payable upon completion of the installation and as a precondition to activation of the system and, if applicable, connection to central station or direct connection service, in addition to the service(s) to be provided as indicated above, Customer agrees to pay

$ 1,695

**Customer Acceptance**

In accepting this Proposal, Customer agrees to the terms and conditions contained herein including those on the reverse side. It is understood that they shall prevail over any variation in terms and conditions on any purchase order or other document that the Customer may issue. Any changes in the system requested by the Customer after the execution of this Agreement shall be paid for by the Customer and such changes shall be authorized in writing.

**ATTENTION IS DIRECTED TO THE WARRANTY, LIMIT OF LIABILITY AND OTHER CONDITIONS ON REVERSE SIDE**

Signature  **V.P.  CSO**

Title                                      Date

By ___Robert Szablak___   6-21-05                Agent

Approved _____   Authorized Representative of ADT

This Agreement is not binding unless approved in writing by an authorized Representative of ADT. In the event of failure of such approval, the only liability of ADT shall be to return to the Customer the amount, if any, paid to ADT upon signing of this Agreement.

Form 3040  Rev. (2/04)

**CUSTOMER COPY**   7/05/RM

07/01/2005 13:40 FAX                                                    @005/012

**COMMERCIAL SALES**
**PROPOSAL/AGREEMENT**

Rev. 040705                                                    Date

ADT Security Services, Inc. ("ADT")          To: (Customer Name and Address)

**ADT**    Address:    ADT Security Services, Inc.      New Century Mortgage
                                                        3347 Michelson Drive
                                                        4th Floor
                                                        Irvine, CA 92612

Tel. No.  _____  Sales Rep: Robert Brablak    ABR  _____   Tel. No.
ADT proposes to install or cause to be installed the equipment and furnish the services indicated herein.    Type of Transaction

| QTY. | DESCRIPTION | LOCATION (BE SPECIFIC) |
|---|---|---|
| 1 | PKG Focus Cadet Package w/Focus Interactive Keypad | |
| | Order items in lines c-h (incl in above pkg price) | |
| 5 | Active Video Transmitter Transformer NOT included | |
| 1 | MASTER CAM POWER SUPPLY 10AMP 16INPUT/BREAKER UL | |
| 5 | CBL DM BMK COL DBS VF3-6 Ah NTSC | |
| 3 | Focus 200 Interactive Keypad | |
| 12 | Door Contact-Embedded - Grey, Form C | |
| 9 | RDC-7 Remote Sounder | |
| 8 | Standalone Shill Module | |
| 12 | SIM Full Circle Ceiling Mount PIR 50' Radius  80' Diameter | |

**Direct Sale** (equipment to become property of the Customer upon payment of Selling Price indicated below in full).

**System to remain property of ADT.**

ADT may remove or upon written notice to the Customer, abandon in whole or in part, all devices, instruments, appliances, cabinets, and other materials associated with the system, upon termination of this agreement, without obligation to repair or redecorate any portion of the Customer's premises upon such removal, and the equipment or abandonment of such materials shall not be held to constitute a waiver of the right of ADT to collect any charges which have been accrued or may be accrued hereunder.

Services To Be Provided        P - Provided
                               NP - Not Provided
                               (Circle One)

Central Station Signal
Receiving and Notification Service
☐ Fire Alarm        ☐ Hold Up Alarm
☐ Burglar Alarm     ☐ Duress
☐ Supervisory       ☐ Other

Direct Connection Service
To _____

Using
☐ Digital Communicator
☐ Leased Line
☐ Derived Local Channel
☑ Telephone Connection NOT included
No ADT ID# _____

Maintenance                                P    NP
Inspections                                P    NP
Number per Year _____

Investigator Response                      P    NP
☐ Interior    ☐ Exterior
Supervised/Scheduled                       P    NP
Opening/Closing
Opening/Closing Logging                    P    NP
Opening/Closing Reports                    P    NP
Other _____ Full One Point ___           P    NP

If the Performance Period
is secured, Customer
please initial here. _____

If Maintenance Service is
desired, Customer
please initial here. _____

Customer acknowledges that (a) ADT has explained the full range of protection, equipment, and services available to Customer; (b) additional protection over and above that provided herein is available and may be obtained from ADT at an additional cost to the Customer; and (c) Customer desires and has contracted for only the equipment and services indicated on this Agreement.

For the sum of $ _____ payable upon acceptance of this proposal and the balance payable upon completion of the installation and as a precondition to activation of the system and, if applicable, connection to central station or direct connection service, in addition to the service(s) to be provided as indicated above, Customer agrees to pay:

$ **52,434** per annum, annually in advance for a period of five years effective from the date service is operative under this agreement. After the five years, this agreement shall be automatically renewable yearly unless terminated by either party upon written notice at least 30 days prior to the anniversary date.

ADT shall have the right to increase the annual service charge after 1 year.

In the event of termination prior to the end of the contract term, the Customer agrees to pay, in addition to any charges for services rendered prior to termination, 80% of the service charge remaining to be paid for the unexpired term of this agreement as liquidated damages (but not as a penalty).

The Customer agrees to pay, in addition to the service charges above, any false alarm assessments, taxes, fees or charges that are imposed by any governmental body, telephone or signal transmission company (for rendering of other charges) on circuits of ADT related to reprogramming alarm codes and/or in the premises to comply with such guarantees or other changes relating to the installation or service provided under this agreement and to pay any increase in charges by ADT for facilities required for transmission of signals under this agreement.

In the event ADT's representative is sent to the Customer's premises in response to a service call or alarm signal caused by the Customer improperly following operating instructions or, failing to close or properly secure a window, door or other protected point, or improperly adjusting monitors or accessory components, there shall be a service charge to the Customer.

Failure to pay amounts when due shall give ADT, in addition to any other remedies, the right to terminate this agreement and to charge interest at the highest legal rate on the delinquent amounts. Customer agrees to pay all costs, expenses and fees of ADT's enforcement of this Agreement, including collection expense, court costs, and attorneys' fees. Any termination charge quoted in this agreement is based on ADT performing the installation with its own personnel. If for any reason this installation must be performed by outside contractors, said installation shall be subject to revision.

Customer warrants that Customer: (1) has requested the equipment/services specified in this Agreement for its own use and are not for the benefit of any third party, (2) owns the premises in which the equipment is being installed or that Customer has the authority to engage ADT to carry out the installation in the premises and (3) is authorized with full legal right, title, and interest pertaining to the use of the equipment/services.

By _____  6-21-05
        Approved                          Agent

_____
Authorized Representative of ADT

Form F1651-SLUS (5/00)

**Customer Acceptance**

In accepting this Proposal, Customer agrees to the terms and conditions contained herein including those on the reverse side. It is understood that they shall prevail over any variation in terms and conditions on any purchase order or other document that the Customer may issue. Any changes on the system requested by the Customer after the execution of the Agreement shall be paid for by the Customer and such changes shall be authorized in writing.

**ATTENTION IS DIRECTED TO THE WARRANTY, LIMIT OF LIABILITY AND OTHER CONDITIONS ON REVERSE SIDE.**

Signature  V.P. CIO          7-1-05

Title _____  Date

This Agreement is not binding unless approved in writing by an authorized Representative of ADT. In the event of failure of such approval, the only liability of ADT shall be to return to the Customer the amount, if any, paid to ADT upon signing of this Agreement.

**CUSTOMER COPY**

07/01/2008 13:43 FAX                                                     @011/012

Rev. 040705

**COMMERCIAL SALES PROPOSAL/AGREEMENT**

Date    8/24/2006

ADT Security Services, Inc. ("ADT")

**ADT**    Address:    ADT Security Services, Inc.

To: (Customer Name and Address)

New Century Mortgage
3121 Michelson Drive
4th Floor, New Century Mortgage,
Irvine, CA 92612

Tel. No.    310-819-2310    Sales Rep: Robert Szahiak    Age:    Tommy Jones    Tel. No.    562-279-5705

ADT proposes to install or cause to be installed the equipment and furnish the services indicated herein

| QTY. | DESCRIPTION | LOCATION (as specific) |
|---|---|---|
| | This Line Reserved for Control Sets or Packages | |
| 3 | PV-2000-1X COMPLETE ASSE | |
| 1 | IGL LAN9RL100 and N-485-PC | |
| 1 | 24V 10Amp Power Supply | |
| 1 | Door Contact-Industrial - Gray, Form C | |
| 5 | PrroPro Wiegand, Gray, No Keypad | |
| 5 | ADT T-REX exit detector when per plans | (limit 8 2 relays (packed 12 per carton)whit |
| 1 | Program Head End | |

Type of Transaction

☐ Direct Sale (equipment to become property of the Customer upon payment of Selling Price indicated below in full).

☐ System to remain property of ADT

ADT may remove or upon written notice to the Customer, abandon in whole or in part, all devices, instruments, appliances, cables, and other materials associated with the system, upon termination of this agreement, without obligation to repair or redecorate any portion of the Customer's premises upon such removal, and the removal or abandonment of such materials shall not be held to constitute a waiver of the right of ADT to collect any charges which have been accrued or may be accrued hereunder.

| Services To Be Provided | P - Provided |
| | NP - Not Provided |
| | (Circle One) |

Central Station Signal    P (NP)
Receiving and Notification Service
☐ Fire Alarm      ☐ Hold-Up Alarm
☐ Burglar Alarm   ☐ Duress
☐ Supervisory     ☐ Other

Direct Connection Service    P (NP)
To
Using
☐ Digital Communicator
☐ Leased Line
☐ Derived Local Channel
☐ Telephone Charges Not included in ADT Billing

Maintenance    P (NP)
Inspections    P (NP)
  Number per Year
Investigator Response    P (NP)
  ☐ Interior   ☐ Exterior
Supervised/Scheduled    P (NP)
Opening/Closing
Opening/Closing Logging    P (NP)
Opening/Closing Reports    P (NP)
Other    Full Site Mgmt    P (NP)

If no Fire/Monitor Panel is issued, Contact direct what here:

1 Maintenance Service a second Control place held here:

Customer acknowledges that: (a) ADT has explained the full range of protection, equipment, and services available to Customer; (b) additional protection over and above that provided herein is available and may be obtained from ADT at an additional cost to the Customer; and (c) Customer desires and has contracted for only the equipment and services itemized on this Agreement.

For the sum of 3                          payable,
upon acceptance of this proposal and the balance payable upon completion of the installation and as a precondition to activation of the system and, if applicable, connection to central station or direct connection service, in addition for the service(s) to be provided as indicated above, Customer agrees to pay $1,474

**Customer Acceptance**

In accepting this Proposal, Customer agrees to the terms and conditions contained herein including those on the reverse side. It is understood that they shall present any and any variation to terms and conditions on any purchase order or other document that the Customer may issue. Any changes in the system requested by the Customer after the execution of this Agreement shall be paid for by the Customer and such charges shall be authorized in writing.

**ATTENTION IS DIRECTED TO THE WARRANTY, LIMIT OF LIABILITY AND OTHER CONDITIONS ON REVERSE SIDE.**

Signature    T.K CSO    2-1-05

Title                          Date

By    (signature)    Szahiak    6-21-05
Approved

Authorized Representative of ADT

This Agreement is not binding unless approved in writing by an authorized Representative of ADT. In the event of failure of such approval, the only liability of ADT shall be to return to the Customer the amount, if any, paid to ADT upon signing of this Agreement.

Form F2391-NUS (8/03)    © 1997 ADT Security Services

**CUSTOMER COPY**

07/01/2005  13:44  FAX                                                        ☒012/012

Rev. 040705

**COMMERCIAL SALES PROPOSAL/AGREEMENT**

Date _____ 6/21/2005

ADT Security Services, Inc. ("ADT")
**ADT** Addressee:   ADT Security Services, Inc.

To: (Customer Name and Address)
**New Century Mortgage**
**3121 Michelson Drive**
**4th Floor,**
**Irvine, CA 92612**

| Tel. No. | Sales Rep: | | Attn: | Tammy Jones | Tel. No. | 9497876841 |

ADT proposes to install or cause to be installed the equipment and furnish the services indicated herein.

| QTY. | DESCRIPTION | LOCATION (BE SPECIFIC) |
|---|---|---|
| | This Line Reserved for Central Sets or Packages | |
| | | |
| 8 | Active Video Transmitter Transformer NOT included | |
| 1 | MASTER CAM POWER SUPPLY 10AMP 18INPUT/BREAKER UL | |
| 8 | CEIL DM 3/4K COL D38 VF3-5 AINTSO | |
| 2 | Focus 200 Interactive Keypad | |
| 7 | Door Contact-Embedded - Grey, Form C | |
| 5 | RK-7 Remote Sounder | |
| 6 | Standalone SIM Module | |
| | | |
| 8 | SIM Full Circle Ceiling Mount PIR 30' Radius  30' Diameter | |

**Type of Transaction**

☐ Direct Sale (equipment to become property of the Customer upon payment of Selling Price indicated below in full).

☐ System to remain property of ADT.

ADT may remove or upon written notice to the Customer, abandon in whole or in part, all devices, instruments, appliances, cables, and other materials associated with the system, upon termination of this agreement, without obligation to repair or redecorate any portion of the Customer's premises upon such removal, and the removal of abandonment of such materials shall not be held to constitute a waiver of the right of ADT to collect any charges which have been accrued or may be accrued hereunder.

Services To be Provided                P = Provided
                                       NP = Not Provided
                                       (Circle One)

| | P | NP |
|---|---|---|
| Central Station Signal Reporting and Notification Service | | ⊙NP |
| ☐ Fire Alarm  ☐ Hold Up Alarm | | |
| ☒ Burglar Alarm  ☐ Other | | |
| ☐ Supervisory  ☐ Other | | |
| Direct Connection Service | P | NP |
| To _____ | | |
| Lines: ☐ Digital Communicator  ☐ Leased Line  ☐ Derived Local Channel | | |
| ☒ Telephone Charges Not included in ADT Billing | | |
| Maintenance | | ⊙NP |
| Inspections  Number per Year _____ | P | NP |
| Investigator/Response  ☐ Interior  ☐ Exterior | P | NP |
| Supervised/Scheduled Opening/Closing | P | NP |
| Opening/Closing Logging | | ⊙NP |
| Opening/Closing Reports | P | NP |
| Other _____ | ⊙ | NP |

Customer acknowledges that: (a) ADT has explained the full range of protection, equipment, and services available to Customer; (b) additional protection over and above that provided herein is available and may be obtained from ADT at an additional cost to the Customer and (c) Customer desires and has contracted for only the equipment and services itemized on this Agreement.

For the sum of $ _____ payable _____ upon acceptance of this proposal and the balance payable upon completion of the installation and as a precondition to activation of the system and, if applicable, connection to central station or direct connection service. In addition to the service(s) to be provided as indicated above, Customer agrees to pay:

$ **$1,658**

**Customer Acceptance**

In accepting this Proposal, Customer agrees to the terms and conditions contained herein including those on the reverse side. It is understood that they shall prevail over any variation in terms and conditions on any purchase order or other document that the Customer may execute. Any changes in the system requested by the Customer after the execution of this Agreement shall be paid for by the Customer and such changes shall be authorized in writing.

ATTENTION IS DIRECTED TO THE WARRANTY, LIMIT OF LIABILITY AND OTHER CONDITIONS ON REVERSE SIDE.

Signature _____ VP CFO _____  2/1-05

This Agreement is not binding unless approved in writing by an authorized Representative of ADT. In the event of failure of such approval, the only liability of ADT shall be to return to the Customer the amount, if any, paid to ADT upon signing of this Agreement.

By _____ 6-21-05
Approved _____  Authorized Representative of ADT

Form F3261-36.05 (0405)

**CUSTOMER COPY**

© 1997 ADT Security Services

98/19/2005 12:18 FAX                                                    @005/005



Security Services, Inc.

**RIDER**
**For Additional Service**

THIS RIDER made this ____2nd____ day of ___August, 2005___ , is part of and is to be attached to Agreement made the ___21st___ day of ___June, 2005___ by and between ADT Security Systems, ___ADT SECURITY SERVICES, INC.___

hereinafter called "ADT", and ___New Century Mortgage___

hereinafter called "Customer", for ___Access Control System Modifications for elevator lobbies___

service in the premises of the Customer at ___New Century Mortgage 3121 Michelson Drive, 4th, 5th 6th floor, Irvine, CA 92612___

in the City of ___Irvine___ , State of ___CA 92612___

The Customer hereby requests, and ADT agrees, to install the following additional protection: Per the ADT proposal dated 7-28-2005 for modifications to the access control system for the elevator lobbies on the 4th, 5th and 6th floors of the 3121 Michelson Drive building.

The Customer hereby agrees to pay ADT, its Agents or Assigns, the sum of ___$0.00___
                                                                              ($ ___$0.00___ )

payable upon signing of this Agreement and the balance payable upon completion of the installation, and to pay in addition the additional

sum of _____                                                    ($ ___$1,872.08___ )

per annum payable in advance.

The parties hereto mutually agree that the aforesaid Agreement, of which this Rider is made a part, is and shall be and remain in full force and effect in accordance with all the terms and conditions thereof, modified only as in this Rider specifically provided.

It is further agreed to that the original expiration date of the referenced Agreement shall be extended for a period of ___0___

years.

This Rider is not binding unless approved in writing by an authorized representative of the Company described above as ADT.

___ADT Security Services, Inc.___
                                                              ADT          ___New Century Mortgage___
                                                                                                        Customer

By ___Robert Szablak, National Account Manager 8-2-2005___
                                                              Agent        By _____

APPROVED _____                                  ___V. K   CSO___
                    Authorized Representative of ADT                                                     Title

8/00/05
RKL



001/001

# NEW CENTURY℠
## MORTGAGE CORPORATION
18400 Von Karman Ave, #1000, Irvine, CA 92612

| Purchase Order Number | BLKT REL. | CHANGE | PAGE |
|---|---|---|---|
| 016468 | | | 1 of 1 |

**PURCHASE ORDER**

S
H
I
P
T
O

New Century Mortgage
2121 Michelson Drive #400, 500, & 600
Irvine, CA 92512
US

Tommy Jones 949-797-8541

V
E
N
D
O
R

ADT
ADT Security Systems
4151 East LaPalma Ave.
Anaheim, CA 92807
USA

Bob Sasbak
Phone: (714)228-2357    Fax: (714)256-6529

B
I
L
L
T
O

NEW CENTURY MORTGAGE
18400 VON KARMAN
SUITE 1000 9th Floor.
Attn: Accounts Payable
Irvine, CA 92612

| REQUISITION NUMBER | PO DATE Aug 04, 2005 | RDD Aug 05, 2005 | PROJECT NUMBER |
|---|---|---|---|
| SHIP VIA BESTWAY | FOB/FREIGHT TERMS DEST | TERMS OF SALE Payment due 30days after invoice date | BUDGET CENTER 9047 |

| Item | Quantity | U/M | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 1 | | Rider dated: August 2nd, 2005 Access Control for Elevator Lobby in Budget Account#: 9047 | 1,672.00 | 1,672.00 |
| | | | | Subtotal | 1,672.00 |
| | | | | Total | 1,672.00 |

This order is subject to the Terms and Conditions of Purchase, a copy of which can be provided upon request. Commencement of any work pursuant to this order shall be deemed to be acceptance of the Terms and Conditions of Purchase.

Megan Young

1,672.00

By: _____
Authorized Signature

8/22/05
MJ+

ANAHEIM HR            Fax:714-256-6528            Feb 26 2004  10:20    P.05

02/26/2004 17:27 FAX                                      002/003

**COMMERCIAL SALES**
**PROPOSAL/AGREEMENT**

ADT Security Services, Inc. ("ADT")
Address    ADT Security Services, Inc.

To (Customer Name and Address)
New Century Mortgage
1200 Woodrow Ave
Suite A-3,
Modesto, CA

Tel. No.  800-874-2700    Sales Rep: Linda Strecker

ANAHEIM HR          Fax:714-256-6528          Feb 26 2004  10:20     P. 06

02/20/2004  14:48 FAX  9488687273                                    @001/003

# NEW CENTURY™
## MORTGAGE CORPORATION
18400 Von Karman Ave, #1000, Irvine, CA 92612

**PURCHASE ORDER**

| Purchase Order | BLKT REL. | CHANGE | PAGE |
|---|---|---|---|
| 010996 | | | 1 of 1 |

**SHIP TO:**
New Century Mortgage
1209 Woodrow Avenue
Suite A-3
Modesto, CA 95350  USA

Steve Younglove

**VENDOR:**
ADT
ADT Security Systems
4181 East LaPalma Ave.
Anaheim, CA 92807  USA

Bob Barbrick
Phone: (714)228-2367        Fax: (714)630-8828

**BILL TO:**
NEW CENTURY MORTGAGE
18400 VON KARMAN
SUITE 1000 11th Floor.
Attn: Accounts Payable
Irvine, CA 92612  USA

| REQUISITION NUMBER | PO DATE Feb 20, | RDD Feb 27, 2004 | PROJECT NUMBER 1146-PURCHASING |
|---|---|---|---|
| SHIP VIA Ship Best Way | FOB/FREIGHT TERMS Destination | TERMS OF SALE Payment due 30days after invoice date | BUDGET CENTER 3572 |

| Item | Quantity | UM | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 2 | EA | Glass Break Detector<br>Account#: 3572 | 35.00 | 70.00 |
| 2 | 1 | | Recomission system and train customer<br>Account#: 3572 | 172.00 | 172.00 |
| 3 | 1 | EA | Wire cable and installation supplies<br>Account#: 3572 | 11.00 | 11.00 |
| 4 | 4 | EA | Installation Labor<br>Account#: 3572 | 86.00 | 344.00 |
| 5 | 1 | | NOTE<br>All as per attached proposal dated 2-12-04<br>Account#: 3572 | .00 | .00 |
| | | | | Subtotal | 597.00 |
| | | | | Total | 597.00 |

597.00

This order is subject to the Terms and Conditions of Purchase, a copy of
which can be provided upon request.  Commencement of any work pursuant to this
order shall be deemed to be acceptance of the Terms and Conditions of
Purchase.
Tara Motley

By: _Mike C. Fletcher_
        Authorized Signature