# EXHIBIT B

Case 07-10416-BLS   Doc 668-2   Filed 05/14/07   Page 1 of 4

| Account Number | Company Name | Master Account Number | Master Account Rollup Number | Store Number | Obligation ID | Obligation Due Date | Invoice Type Description | Job Number | PO Number | Obligation Open Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | CK0364736 | 11/9/2004 | | | | $ (62.73) |
| 115725239 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 55555555 A | 12/1/2004 | | | | $ (98.00) |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10121525 | 4/14/2005 | Pro-Rated Service | | | $ 528.65 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10123008 B | 5/24/2005 | Recurring Service | | | $ 402.28 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10125336 | 6/7/2005 | Pro-Rated Service | | | $ 303.79 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10128092 | 7/5/2005 | Pro-Rated Service | | | $ 668.22 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10129621 E | 8/1/2005 | Recurring Service | | | $ 3,108.94 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10131389 E | 9/6/2005 | Recurring Service | | | $ 2,822.63 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10136616 | 10/27/2005 | Pro-Rated Service | | | $ 137.79 |
| 116937830 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 06359463 B | 10/28/2005 | Installation | 1693783004 | | $ (0.44) |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10138716 | 10/28/2005 | Pro-Rated Service | | | $ 337.23 |
| 116937830 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 06359463 B | 10/28/2005 | Installation | 1693783004 | | $ (0.44) |
| 115713727 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 55555555 A | 12/1/2005 | | | | $ (272.54) |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10139626 G | 12/5/2005 | Recurring Service | | | $ 660.06 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10146871 | 1/30/2006 | Pro-Rated Service | | | $ 387.03 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10159087 C | 7/7/2006 | Recurring Service | | | $ 13.80 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10161775 A | 7/31/2006 | Recurring Service | | | $ 253.20 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10164169 A | 9/5/2006 | Recurring Service | | | $ 559.70 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10166286 A | 10/3/2006 | Recurring Service | | | $ 614.96 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10170264 | 10/16/2006 | Pro-Rated Service | | | $ 15.25 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10169262 A | 10/31/2006 | Recurring Service | | | $ 614.91 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10173225 | 11/21/2006 | Pro-Rated Service | | | $ 145.14 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10173304 | 11/27/2006 | Pro-Rated Service | | | $ 19.30 |
| 116937829 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 40016863 | 12/1/2006 | Time and Material Service | 24525063 | | $ 249.00 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10176073 | 12/21/2006 | Pro-Rated Service | | | $ 147.93 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10176255 | 12/27/2006 | Pro-Rated Service | | | $ 13.10 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10174954 A | 1/2/2007 | Recurring Service | | | $ 614.91 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10178182 | 1/12/2007 | Pro-Rated Service | | | $ 402.00 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10178543 | 1/22/2007 | Pro-Rated Service | | | $ 68.88 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10177250 | 1/26/2007 | Recurring Service | | February Consolidated | $ 22,807.22 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10178792 | 1/26/2007 | Pro-Rated Service | | | $ 81.22 |
| 116937829 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 43751501 | 2/9/2007 | Time and Material Service | 24149135 | | $ 285.00 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10179398 | 2/9/2007 | Pro-Rated Service | | | $ 56.50 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10181313 | 3/2/2007 | Pro-Rated Service | | | $ 113.64 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10180641 | 3/6/2007 | Recurring Service | | March Consolidated | $ 23,195.89 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10183943 | 3/26/2007 | Pro-Rated Consolidated | | | $ 417.20 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10184491 | 4/5/2007 | Recurring Service | | APRIIL Consolidated | $ 23,436.99 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10186111 | 4/17/2007 | Pro-Rated Consolidated | | | $ 25.78 |
| 189046234 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47411643 | 4/25/2007 | Contract Termination Charge | 8904623402 | | $ 2,138.63 |
| 189046234 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47411642 | 4/25/2007 | Miscellaneous (used for Acquisition) | 8904623402 | | $ (39.76) |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 10186474 | 4/25/2007 | Pro-Rated Service | | | $ 20.70 |
| 131003580 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 48947749 | 4/30/2007 | Recurring Service | 811352902 | | $ 62.76 |
| 108113529 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 48947748 | 4/30/2007 | Recurring Service | 811352901 | | $ 23.91 |
| 108113529 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486870 | 5/1/2007 | Recurring Service | | | $ 216.98 |
| 100440738 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486871 | 5/1/2007 | Recurring Service | | | $ 52.10 |
| 100525467 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486872 | 5/1/2007 | Recurring Service | | | $ 40.00 |
| 100726587 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486873 | 5/1/2007 | Recurring Service | | | $ 50.09 |
| 100841634 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486874 | 5/1/2007 | Recurring Service | | | $ 279.22 |
| 100843819 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486875 | 5/1/2007 | Recurring Service | | | $ 40.00 |
| 100848136 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486876 | 5/1/2007 | Recurring Service | | | $ 40.21 |
| 100848138 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486877 | 5/1/2007 | Recurring Service | | | $ 565.56 |
| 102222454 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486878 | 5/1/2007 | Recurring Service | | 6288 | $ 644.31 |
| 102344626 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | DALL | 47486879 | 5/1/2007 | Recurring Service | | | $ 79.63 |
| 102350355 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486880 | 5/1/2007 | Recurring Service | | | $ 49.00 |
| 102730309 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486881 | 5/1/2007 | Recurring Service | | | $ 189.38 |
| 103435779 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486882 | 5/1/2007 | Recurring Service | | | $ 119.61 |
| 104055303 | | | | | | | | | | |

| Account Number | Company Name | Master Account Number | Master Account Rollup Number | Store Number | Obligation ID | Obligation Due Date | Invoice Type Description | Job Number | PO Number | Obligation Open Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 104056073 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486883 | 5/1/2007 | Recurring Service | | | $ 153.11 |
| 104056596 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486884 | 5/1/2007 | Recurring Service | | | $ 198.19 |
| 104056602 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486885 | 5/1/2007 | Recurring Service | | | $ 75.15 |
| 104114139 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486886 | 5/1/2007 | Recurring Service | | | $ 218.25 |
| 104431043 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486887 | 5/1/2007 | Recurring Service | | | $ 47.04 |
| 104710560 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486888 | 5/1/2007 | Recurring Service | | | $ 51.17 |
| 105057936 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486889 | 5/1/2007 | Recurring Service | | | $ 314.02 |
| 105237189 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486890 | 5/1/2007 | Recurring Service | | | $ 391.23 |
| 105404676 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486891 | 5/1/2007 | Recurring Service | | | $ 42.47 |
| 105816975 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486892 | 5/1/2007 | Recurring Service | | | $ 302.80 |
| 105911272 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486893 | 5/1/2007 | Recurring Service | | | $ 40.00 |
| 106218071 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486894 | 5/1/2007 | Recurring Service | | | $ 246.49 |
| 107112919 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486895 | 5/1/2007 | Recurring Service | | | $ 439.65 |
| 107312641 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | HURS | 47486896 | 5/1/2007 | Recurring Service | | | $ 212.04 |
| 107803667 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486897 | 5/1/2007 | Recurring Service | | | $ 226.17 |
| 108016494 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486898 | 5/1/2007 | Recurring Service | | | $ 51.48 |
| 108017947 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486899 | 5/1/2007 | Recurring Service | | | $ 256.10 |
| 108020688 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486900 | 5/1/2007 | Recurring Service | | | $ 40.00 |
| 108113529 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486901 | 5/1/2007 | Recurring Service | | | $ 40.00 |
| 109708732 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486902 | 5/1/2007 | Recurring Service | | | $ 40.00 |
| 111228318 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486903 | 5/1/2007 | Recurring Service | | | $ 255.83 |
| 115110373 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486904 | 5/1/2007 | Recurring Service | | | $ 49.50 |
| 112922858 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486905 | 5/1/2007 | Recurring Service | | | $ 54.60 |
| 113516434 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486906 | 5/1/2007 | Recurring Service | | | $ 292.70 |
| 113534508 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486907 | 5/1/2007 | Recurring Service | | | $ 325.08 |
| 114021156 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486908 | 5/1/2007 | Recurring Service | 6287 | | $ 521.36 |
| 114707407 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486909 | 5/1/2007 | Recurring Service | | | $ 40.00 |
| 114937467 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486910 | 5/1/2007 | Recurring Service | | | $ 336.46 |
| 114940876 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486911 | 5/1/2007 | Recurring Service | | | $ 58.23 |
| 115216376 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486912 | 5/1/2007 | Recurring Service | | | $ 52.22 |
| 115217574 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486913 | 5/1/2007 | Recurring Service | | | $ 148.00 |
| 115725240 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486914 | 5/1/2007 | Recurring Service | | | $ 53.41 |
| 115728431 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486915 | 5/1/2007 | Recurring Service | | | $ 169.73 |
| 115816701 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486916 | 5/1/2007 | Recurring Service | 6573 | | $ 598.03 |
| 116008121 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486917 | 5/1/2007 | Recurring Service | | | $ 52.22 |
| 116034799 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486918 | 5/1/2007 | Recurring Service | 7611 | | $ 434.35 |
| 116917916 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486919 | 5/1/2007 | Recurring Service | | | $ 322.16 |
| 116937832 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486920 | 5/1/2007 | Recurring Service | | | $ 180.67 |
| 117435962 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486921 | 5/1/2007 | Recurring Service | | | $ 54.46 |
| 117435963 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486922 | 5/1/2007 | Recurring Service | | | $ 303.79 |
| 119823191 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486923 | 5/1/2007 | Recurring Service | | | $ 48.48 |
| 128303915 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486924 | 5/1/2007 | Recurring Service | | | $ 55.21 |
| 131808130 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486925 | 5/1/2007 | Recurring Service | | | $ 40.00 |
| 133242433 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486926 | 5/1/2007 | Recurring Service | | | $ 695.15 |
| 133243794 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486927 | 5/1/2007 | Recurring Service | | | $ 170.66 |
| 133244292 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486928 | 5/1/2007 | Recurring Service | | | $ 370.56 |
| 133245444 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486929 | 5/1/2007 | Recurring Service | | | $ 195.43 |
| 140804789 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486930 | 5/1/2007 | Recurring Service | | | $ 46.92 |
| 140805548 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486931 | 5/1/2007 | Recurring Service | | | $ 40.00 |
| 145200146 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486932 | 5/1/2007 | Recurring Service | | | $ 70.46 |
| 156702346 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486933 | 5/1/2007 | Recurring Service | | | $ 181.91 |
| 158908038 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486934 | 5/1/2007 | Recurring Service | | | $ 55.02 |
| 166001484 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486935 | 5/1/2007 | Recurring Service | | | $ 317.00 |
| 166502603 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486936 | 5/1/2007 | Recurring Service | | | $ 2,399.40 |
| 166502604 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486937 | 5/1/2007 | Recurring Service | | | $ 1,442.51 |
| 166503841 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486938 | 5/1/2007 | Recurring Service | | | $ 255.07 |

| Account Number | Company Name | Master Account Number | Master Account Rollup Number | Store Number | Obligation ID | Obligation Due Date | Invoice Type Description | Job Number | PO Number | Obligation Open Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 166505078 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486939 | 5/1/2007 | Recurring Service | | | $ 253.20 |
| 166505082 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486940 | 5/1/2007 | Recurring Service | | | $ 543.04 |
| 166505463 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486941 | 5/1/2007 | Recurring Service | | | $ 1,255.71 |
| 166505528 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486942 | 5/1/2007 | Recurring Service | | | $ 13.80 |
| 166505605 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486943 | 5/1/2007 | Recurring Service | | | $ 58.00 |
| 166505627 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486944 | 5/1/2007 | Recurring Service | | | $ 442.17 |
| 166505628 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | PKPL | 47486945 | 5/1/2007 | Recurring Service | | | $ 399.83 |
| 166505629 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486946 | 5/1/2007 | Recurring Service | | | $ 183.83 |
| 166505630 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486947 | 5/1/2007 | Recurring Service | | | $ 2,159.67 |
| 166505895 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | PKPL | 47486948 | 5/1/2007 | Recurring Service | | | $ 261.00 |
| 166505896 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486949 | 5/1/2007 | Recurring Service | | | $ 344.17 |
| 166505897 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486950 | 5/1/2007 | Recurring Service | | | $ 261.00 |
| 166612105 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486951 | 5/1/2007 | Recurring Service | | | $ 45.17 |
| 186814034 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486952 | 5/1/2007 | Recurring Service | | | $ 40.35 |
| 187609979 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486953 | 5/1/2007 | Recurring Service | | | $ 47.30 |
| 187727453 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486954 | 5/1/2007 | Recurring Service | | | $ 51.42 |
| 189033277 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486955 | 5/1/2007 | Recurring Service | | | $ 51.29 |
| 189035267 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486956 | 5/1/2007 | Recurring Service | | | $ 481.82 |
| 189040931 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486957 | 5/1/2007 | Recurring Service | | | $ 48.33 |
| 189044021 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486958 | 5/1/2007 | Recurring Service | | | $ 49.00 |
| 189045871 | NEW CENTURY MORTGAGE | 131003580 | 131003580 | | 47486959 | 5/1/2007 | Recurring Service | | Total | $ 40.00 |
| | | | | | | | | | | $ 108,748.36 |