IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NEW CENTURY TRS HOLDINGS, INC., ) | Case No. 07-10416 – (KJC) |
| a Delaware corporation, et al., ) | |
| ) | Jointly Administered |
| Debtors. ) | |

### AFFIDAVIT OF HEATHER R. HICKMAN, PARALEGAL

I, Heather R. Hickman, certify that I am, and at all times during the service, have been, an employee of McGuireWoods LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on May 14, 2007, I caused service of the following:

**CURE OBJECTION OF ADT SECURITY SERVICES, INC. TO NOTICE OF NEW CENTURY'S INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE PROPOSED SALE OF ITS SERVICING BUSINESS AND THE FIXING OF CURE COSTS ASSOCIATED THEREWITH**

Service was completed upon the following parties on the attached list as indicated thereon.

Date: May 14, 2007

_____
Heather R. Hickman

SWORN TO AND SUBSCRIBED before me this 14th day of May, 2007.

_____
NOTARY

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Charlene Marquart, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Jan. 26, 2010
Member, Pennsylvania Association of Notaries

1569085

**VIA ELECTRONIC MAIL & FAX**
Suzzanne S. Uhland, Esq.
Brophy Christensen, Esq.
O'Melveny & Myers LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
E-mail: suhland@omm.com
        bchristensen@omm.com
Fax: (415) 984-8701
[Counsel for Debtors]

**VIA ELECTRONIC MAIL & FAX**
Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
E-mail: Collins@RLF.COM
Fax: (302) 651-7701
[Counsel for Debtors]

**VIA ELECTRONIC MAIL & FAX**
Bonnie Glantz Fatell, Esq.
Blank Rome, LLP
Chase Manhattan Centre
1201 N. Market Street, Suite 800
Wilmington, DE 19801
E-mail: fatell@blankrome.com
Fax: (302) 425-6464
[Counsel for the Statutory Committee of Unsecured Creditors]

**VIA ELECTRONIC MAIL & FAX**
Steven K. Kortanek
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
E-mail: skortanek@wcsr.com
Fax: (302) 661-7728
[Counsel for Carrington Mortgage Services, LLC]

**VIA ELECTRONIC MAIL & FAX**
Ben H. Logan, Esq.
O'Melveny & Myers LLP
400 So. Hope Street
Los Angeles, CA 90071
E-mail: blogan@omm.com
Fax: (253) 430-6407
[Counsel for Debtors]

**VIA ELECTRONIC MAIL & FAX**
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
E-mail: mpower@hahnhessen.com
Fax: (212) 478-7400
[Counsel for the Statutory Committee of Unsecured Creditors]

**VIA ELECTRONIC MAIL & FAX**
Thomas S. Kiriakos, Esq
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
E-mail: tkiriakos@mayerbrownrowe.com
Fax: (312) 706-8232
[Counsel for Carrington Mortgage Services, LLC]

**VIA ELECTRONIC MAIL & FAX**
Joseph J. McMahon, Esq.
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
E-mail: joseph.j.mcmahon@usdoj.gov
Fax: 302-573-6497

569085