# **EXHIBIT A**

1. Pooling and Servicing Agreement, dated as of February 1, 2006, by and among Stanwich Asset Acceptance Company, L.L.C., as Depositor, New Century Mortgage Corporation, as Servicer, and Wells Fargo Bank, N.A., as Trustee.

2. Pooling and Servicing Agreement, dated as of June 1, 2006, by and among Stanwich Asset Acceptance Company, L.L.C., as Depositor, New Century Mortgage Corporation, as Servicer, and Wells Fargo Bank, N.A., as Trustee.

3. Pooling and Servicing Agreement, dated as of August 1, 2006, by and among Stanwich Asset Acceptance Company, L.L.C., as Depositor, New Century Mortgage Corporation, as Servicer, and Wells Fargo Bank, N.A., as Trustee.

4. Pooling and Servicing Agreement, dated as of September 1, 2006, by and among Stanwich Asset Acceptance Company, L.L.C., as Depositor, New Century Mortgage Corporation, as Servicer, and Wells Fargo Bank, N.A., as Trustee.

5. Pooling and Servicing Agreement, dated as of December 1, 2006, by and among Stanwich Asset Acceptance Company, L.L.C., as Depositor, New Century Mortgage Corporation, as Servicer, and Wells Fargo Bank, N.A., as Trustee.