# EXHIBIT C

1. Mortgage Loan Purchase Agreement, dated February 8, 2006, by and among NC Capital Corporation, as Responsible Party, Carrington Securities LP, as Seller and Stanwich Asset Acceptance Company, L.L.C., as Purchaser.

2. Mortgage Loan Purchase Agreement, dated June 21, 2006, by and among NC Capital Corporation, as Responsible Party, Carrington Securities LP, as Seller and Stanwich Asset Acceptance Company, L.L.C., as Purchaser.

3. Mortgage Loan Purchase Agreement, dated August 10, 2006, by and among NC Capital Corporation, as Responsible Party, Carrington Securities LP, as Seller and Stanwich Asset Acceptance Company, L.L.C., as Purchaser.

4. Mortgage Loan Purchase Agreement, dated September 28, 2006, by and among NC Capital Corporation, as Responsible Party, Carrington Securities LP, as Seller and Stanwich Asset Acceptance Company, L.L.C., as Purchaser.

5. Mortgage Loan Purchase Agreement, dated December 19, 2006, by and among NC Capital Corporation, as Responsible Party, Carrington Securities LP, as Seller and Stanwich Asset Acceptance Company, L.L.C., as Purchaser.