IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., | ) | Case No. 07-10416 (KJC) |
| a Delaware corporation, <u>et al.</u> | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that HSBC Bank USA, National Association, HSBC Mortgage Corporation USA and certain affiliates, hereby appears herein through **DRINKER BIDDLE & REATH LLP**, its undersigned attorneys, and demands service of all notice and papers herein upon:

> DRINKER BIDDLE & REATH LLP
> 1100 N. Market Street, Suite 1000
> Wilmington, DE  19801
> Telephone: (302) 467-4213
> Facsimile:  (302) 467-4201
> Attn:  Andrew C. Kassner, Esq.
>        Howard A. Cohen, Esq.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property, or its estate.  The undersigned requests that its name be added to the mailing matrix.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Demand for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any

WM\6863\1

proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 14, 2007    **DRINKER BIDDLE & REATH LLP**

/s/  Howard A. Cohen
Andrew C. Kassner (No. 4507)
Howard A. Cohen (No. 4082)
1100 North Market Street, Suite 1000
Wilmington, DE  19801-12454
Telephone: (302) 467-4200
Facsimile:  (302) 467-4201

Attorneys for HSBC Bank USA,
National Association, HSBC Mortgage
Corporation USA and certain affiliates