**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., | ) | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al. | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Howard A. Cohen, hereby certify that on May 14, 2007, I caused a true and correct copy of the ***Notice of Appearance and Demand for Service of Papers*** to be served in the manner indicated upon:

*Hand Delivery*
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551`

*First Class Mail*
Suzzanne S. Uhland, Esq.
Ben H. Logan, Esq.
Victoria Newmark, Esq.
Emily R. Culler, Esq.
O'Melveney & Myers LLP
275 Battery Street
San Francisco, CA  94111

Dated: May 14, 2007

**DRINKER BIDDLE & REATH LLP**

/s/  Howard A. Cohen
Andrew C. Kassner (No. 4507)
Howard A. Cohen (No. 4082)
1100 North Market Street, Suite 1000
Wilmington, DE  19801-12454
Telephone: (302) 467-4200
Facsimile:  (302) 467-4201

Attorneys for HSBC Bank USA,
National Association, HSBC Mortgage
Corporation USA and certain affiliates

WM\6863\1