IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., | ) | Case No. 07-10416 (KJC) |
| a Delaware corporation, <u>et al.</u> | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## **CERTIFICATE OF SERVICE**

I, Howard A. Cohen, hereby certify that on May 14, 2007, I caused a true and correct copy of ***HSBC's Limited Objection to Motion of Debtors and Debtors In Possession for a Procedure to Grant Relief From the Automatic Stay for Certain Foreclosure Proceedings Pursuant to Sections 105(a) and 362 of the Bankruptcy Code*** to be served in the manner indicated upon:

*Hand Delivery*
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551

*Hand Delivery*
Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

*Hand Delivery*
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

*Hand Delivery*
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*First Class Mail*
Suzzanne S. Uhland, Esq.
Ben H. Logan, Esq.
Victoria Newmark, Esq.
Emily R. Culler, Esq.
O'Melveney & Myers LLP
275 Battery Street
San Francisco, CA  94111

WM\6867\3

- 2 -

*First Class Mail*
Bennett L. Spiegel, Esq.
Shirley S. Cho, Esq.
Kirkland & Ellis LLP
777 S. Figueroa St., Suite 3700
Los Angeles, CA  90017

*First Class Mail*
Mark T. Power, Esq.
Mark S. Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Ave., 14th & 15th Floor
New York, NY  10022

Dated: May 14, 2007

**DRINKER BIDDLE & REATH LLP**

/s/  Howard A. Cohen
Howard A. Cohen (DE 4082)
1100 North Market Street, Suite 1000
Wilmington, DE  19801-1254
Telephone: (302) 467-4200
Facsimile:  (302) 467-4201

Attorneys for HSBC Bank USA,
National Association, HSBC Mortgage
Corporation USA and certain affiliates