```
                IN THE UNITED STATES BANKRUPTCY COURT

                   FOR THE DISTRICT OF DELAWARE

     - - - - - - - - - - - - - x
                                :
     In re:                     :   Chapter 11
                                :
     NEW CENTURY TRS HOLDINGS,  :   Case No. 07-10416 (KJC)
     INC., a Delaware           :
     corporation, et al.,¹      :   Jointly Administered
                                :
                                :
               Debtors.         :
                                :
     - - - - - - - - - - - - - :
                                x
```

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

      Pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware and the attached certification, counsel moves the admission pro hac vice of Mark A. McDermott to represent Ellington Management Group, L.L.C.,on

---

[1]    The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

behalf of its client funds, a creditor of the above-captioned debtor.

DATED: May 14, 2007

          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

          /s/ Douglas D. Herrmann
          Douglas D. Herrmann (I.D. No. 4872)
          One Rodney Square
          P.O. Box 636
          Wilmington, Delaware 19899-0636
          Telephone: (302) 651-3000
          Facsimile: (302) 651-3001

          Attorneys for Ellington Management Group, L.L.C., on Behalf of Its Client Funds

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: May ___, 2007

          _____
          United States Bankruptcy Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York, Illinois and Iowa, and pursuant to Local Rule 83.6 of the United States District Court for the District of Delaware submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Mark A. McDermott
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
4 Times Square
New York, New York 10036
Telephone:  (212) 735-2000
Facsimile:  (212) 735-2040

Attorneys for Ellington Management Group, L.L.C., on Behalf of Its Client Funds