# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NEW CENTURY TRS HOLDINGS, INC., ) | Case No. 07-10416 – (KJC) |
| a Delaware corporation, et al., ) | |
| ) | Jointly Administered |
| Debtors. ) | |

## AFFIDAVIT OF JOANNE M. MAGEE, LEGAL ASSISTANT

I, Joanne M. Magee, certify that I am, and at all times during the service, have been, an employee of McGuireWoods LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on May 14, 2007, I caused service of the following:

**OBJECTION OF SPRINT COMMUNICATIONS COMPANY L.P. TO DEBTORS' ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACT AND PROPOSED CURE AMOUNT**

Service was completed upon the following parties on the attached list via fax and electronic mail.

Date: May 14, 2007

_____
Joanne M. Magee

SWORN TO AND SUBSCRIBED before me this 14th day of May, 2007.

_____
NOTARY

Embossed Hereon Is My
Commonwealth of Virginia Notary Public Seal
My Commission Expires September 30, 2007
LINDA S. HAYES

Suzzanne S. Uhland, Esq.
Brophy Christensen, Esq.
O'Melveny & Myers LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
E-mail: suhland@omm.com
          bchristensen@omm.com
Fax: (415) 984-8701
[Counsel for Debtors]

Ben H. Logan, Esq.
O'Melveny & Myers LLP
400 So. Hope Street
Los Angeles, CA 90071
E-mail: blogan@omm.com
Fax: (253) 430-6407
[Counsel for Debtors]

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
E-mail: Collins@RLF.COM
Fax: (302) 651-7701
[Counsel for Debtors]

Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
E-mail: mpower@hahnhessen.com
Fax: (212) 478-7400
[Counsel for the Statutory Committee of Unsecured Creditors]

Bonnie Glantz Fatell, Esq.
Blank Rome, LLP
Chase Manhattan Centre
1201 N. Market Street, Suite 800
Wilmington, DE 19801
E-mail: fatell@blankrome.com
Fax: (302) 425-6464
[Counsel for the Statutory Committee of Unsecured Creditors]

Thomas S. Kiriakos, Esq
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
E-mail: tkiriakos@mayerbrownrowe.com
Fax: (312) 706-8232
[Counsel for Carrington Mortgage Services, LLC]

Steven K. Kortanek
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
E-mail: skortanek@wcsr.com
Fax: (302) 661-7728
[Counsel for Carrington Mortgage Services, LLC]

Joseph J. McMahon, Esq.
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
E-mail: joseph.j.mcmahon@usdoj.gov
Fax: 302-573-6497