IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a | : | Case No. 07-10416 (KJC) |
| Delaware corporation, et al., | : | |
| | : | Re: Docket No. 670 |
| Debtors. | : | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on May 14, 2007, copies of the Objection Of Wells Fargo Bank N.A. To Cure Amounts In Connection With Emergency Motion Of Debtors And Debtors In Possession For (I) An order (A) Approving Bidding Procedures And Bid Protections In Connection With The Proposed Sale Of Their Assets Used In Loan Servicing Business, (B) Scheduling hearing To Consider Proposed Sale of Certain Assets And Approving Form And Manner Of Notice Thereof And (C) Granting Related Relief And (II) An Order (A) Approving The proposed Sale And (B) Granting Related Relief (D.I. 670) were served locally by hand delivery and non-locally via first class mail on the parties on the attached service list.

Dated: May 14, 2007

Eckert, Seamans, Cherin & Mellot, LLC.

_____
Michael Busenkell (DE Bar No. 3933)
300 Delaware Avenue
Suite 1210
Wilmington, Delaware 19801

and

HUNTON & WILLIAMS LLP

Peter S. Partee (PP-0766)
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

and

J.R. Smith (Va. Bar No. 41913)
Jason W. Harbour (DE Bar No. 4176, Va. Bar No. 68220)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

Counsel to *Credit-Based Asset Servicing and Securitization LLC*

*U0006522*