**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., | ) | Case No. 07-10416 (KJC) |
| a Delaware corporation, *et al.,* | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that Speedpay, Inc. ("Speedpay"), hereby appears by its counsel, Joseph D. Frank and Frank/Gecker LLP; such counsel hereby enters his appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following addresses, telephone numbers, facsimile numbers and email addresses:

| | |
|---|---|
| Joseph D. Frank | Larry Thomas |
| Frank/Gecker LLP | Integrated Payment Systems, Inc. |
| 325 North LaSalle Street | Meridian Building |
| Suite 625 | 12500 East Belford Avenue |
| Chicago, Illinois 60610 | Mail Stop M12B |
| Telephone:  (312) 276-1400 | Englewood, Colorado  80112 |
| Facsimile:  (312) 276-0035 | Telephone:  (720) 332-3871 |
| jfrank@fgllp.com | Facsimile:  (954) 825-4206 |
| | larry.thomas@westernunion.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes,

{ WESTERNU / 001 / 00010335.DOC /}

without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, filed or made with regard to the above-captioned case and proceeding therein.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of the right of Speedpay (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest the jurisdiction of this Court over Speedpay; or (v) of any other rights, claims, actions, setoffs, or recoupments to which Speedpay may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Speedpay expressly reserves.

Dated: May 14, 2007                                        SPEEDPAY, INC.


By:     */s/ Joseph D. Frank*

Joseph D. Frank (IL ARDC # 6216085)
FRANK/GECKER LLP
325 North LaSalle Street
Suite 625
Chicago, Illinois  60610
Telephone:    (312) 276-1400
Facsimile:    (312) 276-0035

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney states that on **May 14, 2007**, a copy of the foregoing **Notice of Appearance and Request for Service of Notices and Documents** was filed electronically. Notice of this filing will be sent to all parties on the Court's Electronic Mail Notice List by operation of the Court's CM/ECF system.  In addition, a copy was sent to the parties on the attached Service List.

By:   */s/ Joseph D. Frank*

*In re New Century TRS Holdings, Inc.*
**07-10416 (KJC)**

## SERVICE LIST

O'Melveny & Myers LLP
Attn:  Suzzanne S. Uhland
Brophy Christensen
275 Battery Street
Suite 2600
San Francisco, California  94111

O'Melveny & Myers, LLP
Attn:  Ben H. Logan
400 South Hope Street
Los Angeles, California  90071

Richards, Layton & Finger, P.A.
Attn:  Mark D. Collins
One Rodney Square
Wilmington, Delaware  19899

Hahn & Hessen LLP
Attn:  Mark T. Power
488 Madison Avenue
New York, New York  10022

Blank Rome, LLP
Attn:  Bonnie Glantz Fatell
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, Delaware  19801

Mayer, Brown, Rowe & Maw LLP
Attn:  Thomas S. Kiriakos
71 South Wacker Drive
Chicago, Illinois  60606

Womble Carlyle Sandridge & Rice, LLC
Attn:  Steven K. Kortanek
222 Delaware Avenue
Suite 1501
Wilmington, Delaware  19801