IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC., | § | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al., | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | **Objection Deadline: May 23, 2007 at 4:00 p.m.** |
| | § | **Hearing Date: May 30, 2007 at 2:30 p.m.** |

## MOTION OF COVENTRY FUND X, LTD. TO COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE

Coventry Fund X, Ltd. ("Coventry") moves the Court to allow and compel the payment of administrative expenses in this Chapter 11 case, and respectfully states:

1.  On April 2, 2007, New Century Financial Corporation, New Century TRS Holdings, Inc. and their direct and indirect subsidiaries (collectively, the "Debtors") filed voluntary petitions under Chapter 11 of the Bankruptcy Code, thereby initiating the above-styled bankruptcy cases. The Debtors' cases are jointly administered under Case No. 07-10416-KJC in this Court.

2.  Coventry leased to New Century Mortgage Corp., one of the jointly administered Debtors ("NCMC"), office space located at Two Riverway, Suite 600, Houston, Texas 77056 (the "Premises"). True and correct copies of the Two Riverway Lease Agreement with exhibits and the First Amendment to Lease Agreement (together, the "Lease") are attached hereto as Exhibits "A" and "B", respectively, and incorporated by reference. Pursuant to the Lease, the monthly payment is $17,236.00, plus charges for additional rent, parking, and sales tax, for a total monthly payment of $17,516.57. A true and correct copy of the most recent invoice to NCMC is attached hereto as Exhibit "C" and incorporated by reference.

3.      Upon filing bankruptcy, NCMC ceased business operations at the Premises. The lights were turned off, and many of the employees turned in their keys. Coventry has secured the Premises and currently has replacement tenants interested in leasing the Premises. Coventry cannot market the premises unless and until NCMC rejects the lease. The Debtors have filed motions to reject certain leases and to assume and assign others; however, the Lease of the Premises is not a part of either motion.

4.      NCMC has failed to pay the rent that came due on May 1, 2007. Pursuant to section 365(d)(3) of the Bankruptcy Code, NCMC is required to timely pay its post-petition rent until the Lease is assumed or rejected. Further, post-petition rents are an administrative expense under section 503(b)(1)(A) of the Bankruptcy Code, providing that administrative expenses include "the actual necessary costs and expenses of preserving the estate . . . ." The Court should therefore compel NCMC to pay Coventry $17,516.57 for the May[1] rent and for each lease payment as and when it comes due hereafter until the Lease is assumed or rejected by Order of the Court.

---

[1] Coventry reserves its right to seek allowance and payment of the rent for the period April 2 through April 30, 2007 as an administrative expense claim.

WHEREFORE, Coventry Fund X, Ltd. prays that the Court enter an order, pursuant to sections 365(d)(3) and 503(b)(1)(A) of the Bankruptcy Code, allowing as an administrative expense and requiring that NCMC make immediate payment of the May rent to Coventry; and grant such other and further relief as is just and proper.

Dated: May 14, 2007

COZEN O'CONNOR

_____
Mark E. Felger (No. 3919)
Jeffrey R. Waxman (No. 4159)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

and

SHEINESS, SCOTT, GROSSMAN & COHN, L.L.P.
H. Miles Cohn, Esquire
1001 McKinney Street, Suite 1400
Houston, TX 77002
Telephone: (713) 374-7020
Facsimile: (713) 374-7049

*Counsel for Coventry Fund X, LTD*