IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC., | § | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al., | § | |
| | § | Jointly Administered |
| Debtors. | § | |

## NOTICE OF MOTION

TO:  The Debtors; The United States Trustee; The Official Committee of Unsecured Creditors; and Rule 2002 Parties

On May 14, 2007, Coventry Fund X, Ltd filed the Motion to Compel Payment of Administrative Expense (the "Motion"). A copy of the Motion is attached hereto.

You are required to file a response to the Motion on or before **May 23, 2007 at 4:00 p.m.** At the same time, you must also serve a copy of the response upon Movant's attorneys:

>Mark E. Felger, Esquire
>Jeffrey R. Waxman, Esquire
>Cozen O'Connor
>Chase Manhattan Centre, Suite 1400
>1201 N. Market Street
>Wilmington, DE 19801-1147
>Telephone (302) 295-2000
>Facsimile (302) 295-2013

**IF OBJECTIONS ARE FILED, A HEARING ON THE MOTION WILL BE HELD ON MAY 30, 2007 AT 2:30 P.M. AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING

Dated: May 14, 2007

_____
Mark E. Felger
Counsel for Movant