IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC., | § | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al., | § | |
| | § | Jointly Administered |
| Debtors. | § | |

**ORDER GRANTING MOTION TO COMPEL
PAYMENT OF ADMINISTRATIVE EXPENSE**

Upon consideration of the Motion of Coventry Fund X, Ltd. ("Coventry"), to Compel Payment of Administrative Expense (the "Motion')[1]; and it appearing that the Court has jurisdiction over the Motion and that this matter is a core matter pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the notice of the Motion was sufficient under the circumstances; and the Court further determining that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, after notice and hearing;

NOW, THEREFORE, IT IS HEREBY:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that New Century Mortgage Corporation be and is directed to pay the May 2007 rent in the amount of $17,516.57 as an administrative expense forthwith; and it is further

ORDERED, that New Century Mortgage Corporation shall timely perform all obligations under the Lease until the Lease is assumed or rejected by Order of the Court.

Dated: _____

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

---

[1] Defined terms not defined herein shall have the meanings ascribed in the Motion.