# **EXHIBIT B**

# FIRST AMENDMENT TO LEASE AGREEMENT

This First Amendment to Lease Agreement (hereinafter called the "First Amendment") is made effective as of the 29th day of June, 2006, by and between NEW CENTURY MORTGAGE CORPORATION, a California corporation("Lessee"), and COVENTRY FUND X, LTD., a Texas limited partnership_("Lessor").

By Lease Agreement dated June 29, 2006 (the "Original Lease"), Lessor did lease to Lessee and Lessee did lease from Lessor certain commercial office space consisting of a stated 12,818 square feet of Rentable Area (the "Original Premises" or "Initial Premises") on the 6th floor (Suite 600) of the Two Riverway Building (the "Building") located at Two Riverway, Houston, Harris County, Texas, under the terms and conditions as fully set forth in the Lease, which Lease is incorporated herein by this reference for all purposes and made a part hereof.

For good and valuable consideration, the receipt of which is hereby acknowledged and confessed, Lessor and Lessee agree as follows:

1. The number of square feet of Rentable Area comprising the Premises is stated in the Lease to be 12,818, when in fact the number of square feet of Rentable Area comprising the Premises is 12,927. Accordingly, effective as of June 29, 2006, the RENTAL SCHEDULE under Section 4.01 of the Lease is amended and restated as follows:

**RENTAL SCHEDULE:**

(a) $17,236.00 per month (being equal to a Base Rent rate of $16.00 per square foot of Rentable Area per annum), in advance, beginning with the <u>first (1st)</u> month of the Term and continuing for each successive month thereafter to and including the <u>fourteenth (14th)</u> month of the Term; provided, however, Base Rent in the amount of $17,236.00 per month shall be abated for the first two (2) months of the Term, but the granting of free rent as described herein is contingent upon Lessee's faithful performance of all obligations as described in this Lease, and upon any Act of Default under the Lease, Lessee shall become liable for rental payments on all rent-free months, including those accruing prior to such default, at the monthly Base Rent of $17,236.00 per month, plus any additional rent that would have otherwise accrued, and, further, this Lease shall be construed as if no such period of free rent was provided, this remedy being cumulative and in addition to all of Lessor's other remedies as provided for in this Lease;

(b) $18,313.25 per month (being equal to a Base Rent rate of $17.00 per square foot of Rentable Area per annum), in advance, beginning with the <u>fifteenth (15th)</u> month of the Term and continuing for each successive month thereafter to and including the <u>twenty-sixth (26th)</u> month of the Term;

(c) $19,929.13 per month (being equal to a Base Rent rate of $18.50 per square foot of Rentable Area per annum), in advance beginning with the <u>twenty-seventh (27th)</u> month of the Term and continuing for each successive month thereafter to and including the <u>thirty-eighth (38th)</u> month of the Term;

(d) $21,006.38 per month (being equal to a Base Rent rate of $19.50 per square foot of Rentable Area per annum), in advance, beginning with the <u>thirty-ninth (39th)</u> month of the Term and continuing for each successive month thereafter to and including the <u>fiftieth (50th)</u> month

of the Term; and

(e) $22,083.63 per month (being equal to a Base Rent rate of $20.50 per square foot of Rentable Area per annum), in advance, beginning with the <u>fifty-first (51st)</u> month of the Term and continuing for each successive month thereafter to and including the <u>sixtieth (60th)</u> month of the Term.

Likewise, referring to Section 6 of Exhibit A to the Lease entitled "LEASEHOLD IMPROVEMENT ALLOWANCE", the Leasehold Improvement Allowance shall be in an amount not to exceed $25.00 per square foot of Rentable Area comprising the initial Premises or a total Leasehold Improvement Allowance not to exceed $323,175.00.

Furthermore, as Lessee has already paid $17,090.67 as prepaid rental, upon the Commencement Date Lessor will invoice Lessee for the additional $145.33 which Lessee shall promptly pay to Lessor.

2. Lessee represents that the person signing this First Amendment on behalf of Lessee is duly authorized and empowered to sign this First Amendment on behalf of Lessee and that all proper and necessary entity action has been properly taken and that Lessee is bound hereby. Subject only to the terms, conditions, covenants and provisions expressly provided for herein, the Lease is hereby affirmed and shall continue in full force and effect in accordance with the provisions hereof.

3. All terms, covenants, obligations and conditions in this First Amendment which conflict with a like provision in the Lease shall be controlling over and supersede such like provision. All terms, covenants, obligations and conditions in the Lease not superseded or amended by provision in this First Amendment shall remain in full force and effect as originally written in the Lease except as provided herein. Subject only to the terms, conditions, covenants and provisions expressly provided for herein, the Lease is hereby affirmed and shall continue in full force and effect in accordance with the provisions thereof. All capitalized terms used herein and not otherwise defined shall have the same meaning assigned to such terms in the Lease.

Lessee and Lessor have executed this First Amendment in multiple counterparts, each of which shall be deemed an original, effective as of the date first above written.

| LESSEE: | LESSOR: |
|---|---|
| NEW CENTURY MORTGAGE CORPORATION | COVENTRY FUND X, LTD., a Texas limited partnership |
| a California corporation | By: COVENTRY 2RW, L.L.C., a Texas limited liability company, its general partner |
| By: [signature] 8·25·06<br>Name: Tommaso Trinchieri<br>Title: AVP, Corporate Real Estate Corporate Services | By: [signature]<br>Name: *illegible*<br>Title: MANAGER |

2rw/lbc7803r1 -2-