# EXHIBIT C

Two Riverway
Two Riverway
Houston, TX  77056
713-626-7100

New Century Mortgage Corp.
c/o CBRE Portfolio Management
424 Wards Corner Rd., Ste. 110
Attn:  Lori Scott
Loveland, OH  45140-6943

| DATE | ACCOUNT NUMBER |
|---|---|
| 5/1/2007 | 00000187 |

**MAKE CHECKS PAYABLE TO:**   Coventry Fund X, Ltd.

| Date | Code | Description | Charges | Payments | Amount Due |
|---|---|---|---|---|---|
| 4/1/2007 | ESC | Additional Rent | 172.32 | 0.00 | 172.32 |
| 4/1/2007 | PRK | Parking | 100.00 | 0.00 | 100.00 |
| 4/1/2007 | RNT | Rent | 17,236.00 | 0.00 | 17,236.00 |
| 4/1/2007 | STX | Sales Tax | 8.25 | 0.00 | 8.25 |
| 5/1/2007 | ESC | Additional Rent | 172.32 | 0.00 | 172.32 |
| 5/1/2007 | PRK | Parking | 100.00 | 0.00 | 100.00 |
| 5/1/2007 | RNT | Rent | 17,236.00 | 0.00 | 17,236.00 |
| 5/1/2007 | STX | Sales Tax | 8.25 | 0.00 | 8.25 |

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| 35,033.14 | 0.00 | 0.00 | 0.00 | 0.00 | 35,033.14 |

If you have a question about this statement, please call your property manager,
Michael T. Irey at 713-626-7100
**Payments received after the 20th may not be reflected on statement.**

---

DETACH HERE. ENCLOSE THIS PORTION WITH PAYMENT.

New Century Mortgage Corp.

Two Riverway
Two Riverway

Coventry Fund X, Ltd.
4900 Woodway
Suite 1250
Houston, TX  77056

| | |
|---|---|
| Date | 5/1/2007 |
| Building ID | 6600 |
| Lease ID | 000265 |
| Account Number | 00000187 |
| Amount Due | $35,033.14 |
| Amount Paid | $ _____ |

Please pay by the 1st

Thank You