# EXHIBIT "B"

**ORACLE**

Enabling the Information Age™

# INVOICE

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 2106821 |
|---|---|
| INVOICE DATE | 06-Sep-2006 |
| YOUR P.O. NUMBER | 019686 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 06-Oct-2006 |

BILL TO :
NEW CENTURY MORTGAGE CORPORATION
Accounts Payable
18400 Von Karman
Suite 1000 9th Floor
IRVINE, CA 92612
UNITED STATES

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 2106821 | ON YOUR REMITTANCE |
|---|---|---|
| MAIL CHECKS TO: | Oracle USA, Inc.<br>PO BOX 44471<br>SAN FRANCISCO CA<br>94144-4471 | |
| WIRE TRANSFERS TO: | WELLS FARGO BANK<br>ABA    121000248<br>ACCT   4522-020841 | |
| CREDIT CARD PAYMENTS: | Contact Collections | |

SHIP TO :
NEW CENTURY MORTGAGE CORPORATION
Nimmi Smith
18400 Von Karman
Suite 1000
IRVINE, CA 92612
UNITED STATES

FOR BILLING QUESTIONS, CALL COLLECTIONS CENTER (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Watkin, Mr Jonathan | 8104945 | Accounts Payable | NEW CENTURY MORTGAGE CORPORATION |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Course : Introduction to Oracle Database 10g for Experienced SQL Users Ed 1,Student : Smith, Nimmi,From : 06-SEP-06,To : 07-SEP-06,Title : 1304965 | 1 | N | 1,200.00 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
|---|---|---|---|---|
| | 1,200.00 | 0.00 | 0.00 | 1,200.00 |
| | Less payments | | | 0.00 |
| | Credits/Adjustments | | | 0.00 |
| | Outstanding Balance as of 03-May-2007 | | | 1,200.00 |