UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 07-10416 (KJC) |
| **NEW CENTURY HOLDINGS, INC.,** ) | |
| **A Delaware Corporation, et al.,** ) | Jointly Administered |
| ) | |
| ) | Hearing Date: May 18 and 21, 2007 at 10:00 AM |
| Debtors. ) | Objection Deadline: May 14, 2007, extended by |
| ) | agreement to May 15, 2007 for Oracle USA, Inc. |

## CERTIFICATE OF SERVICE

I, Lorraine Diaz, certify that I am not less than 18 years of age, and that service of the foregoing document was made on May 15, 2007 upon:

**Via Hand Delivery**
Joseph J. McMahon, Jr.
The United States Trustee
District of Delaware
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, Delaware 19899

Bonnie Glantz Fatell, Esquire
Blank Rome, LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, Delaware 19801

Steven K. Kortanek, Esquire
Womle Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801

Document #61703

**VIA FACSIMILE**

| | |
|---|---|
| Suzzanne S. Uhland, Esquire<br>Brophy Christensen, Esquire<br>O'Melveny & Myers LLP<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111 | **Fax No. 415-984-8701** |
| Ben H. Logan, Esquire<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071 | **Fax No. 213-430-6407** |
| Mark T. Power, Esquire<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, New York 10022 | **Fax No. 212-478-7400** |
| Thomas S. Kirlakos, Esquire<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606 | **Fax No. 312-701-7711** |

Under penalty of perjury, I declare that the foregoing is true and correct.

May 15, 2007
Date

_[signature]_
Lorraine Diaz