UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re : Chapter 11

NEW CENTURY TRS HOLDINGS,
INC., a Delaware corporation, et al.,[1]

Case Number 07-10416 (KJC)
Jointly Administered

Debtors.

## MOTION OF THE UNITED STATES TRUSTEE FOR LEAVE TO FILE A REPLY TO RESPONSES RECEIVED IN OPPOSITION TO THE MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE OR, IN THE ALTERNATIVE, AN EXAMINER (RELATED TO DOCKET ENTRY # s 278, 578, 615 and 628)

In support of her motion for leave to file a reply (the "Reply") to the responses received in opposition to the motion of the United States Trustee for appointment of a chapter 11 trustee or, in the alternative, an examiner (the "Trustee/Examiner Motion"), Kelly Beaudin Stapleton, United States Trustee for Region 3 ("U.S. Trustee"), by and through her counsel, avers:

On April 17, 2007, the U.S. Trustee filed a motion for appointment of a chapter 11 trustee or, in the alternative, an examiner. The hearing on the Trustee/Examiner Motion is scheduled for tomorrow, May 15, 2007, at 1:30 P.M.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

1

This past week, both the Debtors and the Official Committee of Unsecured Creditors filed responses to the Trustee/Examiner Motion. Additionally, Ellington Management Group, L.L.C. filed a joinder to the Debtors'/Committee's responses. The responses raise issues which were not addressed by the U.S. Trustee's initial filing. Given the significance of relief requested by the Trustee/Examiner Motion, the United States Trustee believes it is important to have her position on those new issues be considered by the Court in advance of the hearing.

Local Rule 9006-1(d) provides that reply papers may be filed "and, if filed, shall be served as to be received by 4:00 P.M. prevailing Eastern time the day prior to the deadline for the filing of the agenda." Given that the United States Trustee did not receive the Committee's response until Wednesday night (an extension of time was granted to the Committee for that purpose), the United States Trustee would have had less than 36 hours under Local Rule 9006-1(d) to respond to a number of arguments which required detailed analysis. Local Rule 1001-1(c) permits this Court to modify the application of the Local Rules to these cases "in the interest of justice." The U.S. Trustee acted diligently in preparing the Reply and respectfully requests that this Court grant the motion for leave to file the Reply.

The Reply is attached as Exhibit A.

WHEREFORE the U.S. Trustee respectfully requests that this Court issue an order granting the U.S. Trustee leave to file the Reply.

**[Signature block on next page – space intentionally left blank]**

2

Respectfully submitted,

**KELLY BEAUDIN STAPLETON
UNITED STATES TRUSTEE**

BY: /s/ Joseph J. McMahon, Jr.
Joseph J. McMahon, Jr., Esquire (# 4819)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(302) 573-6497 (Fax)

- and-

Walter W. Theus, Jr.
Trial Attorney
Executive Office for United States Trustees
20 Massachusetts Avenue, N.W., Suite 8000
Washington, D.C. 20530
(202) 213-6896
(202) 307-2397 (Fax)

Date: May 14, 2007

SO ORDERED BY THE COURT:

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

Date: May 14, 2007

3