IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

   Jodi Tully, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the DB Structured Products, Inc., and that on the 8th day of May, 2007, she caused a copy of the following pleading(s):

> **DB STRUCTURED PRODUCTS, INC.'S MOTION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE AND JOINDER TO MOTION OF THE UNITED STATES TRUSTEE FOR AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE OR, IN THE ALTERNATIVE AN EXAMINER (DOCKET NO. 278) [Docket No. 224]**

to be served upon the parties identified on the attached list as indicated.

_____
Jodi Tully

SWORN TO AND SUBSCRIBED before me this 9th day of May, 2007.

_____
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

SERVICE LIST
5/8/2007

Mark D. Collins, Esq.
Chun I. Jang, Esq.
Michael J. Merchant, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Counsel to the Debtors)
*Hand Delivery*

Mark T. Power, Esq.
Mark S. Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Counsel for Official Committee of Unsecured Creditors)
*First Class Mail*

US Trustee
Office of the US Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
(United States Trustee)
*Hand Delivery*

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 2100
Wilmington, DE 19801
Counsel for Official Cmmittee of Unsecured Creditors
*Hand Delivery*

Suzzanne S. Uhland, Esq.
Ben H. Logan, Esq.
Victoria Newmark, Esq.
O'Melveny & Myers LLP
275 Battery Street
Embarcadero Center West
San Francisco, CA 94111-3305
(Counsel to Debtors)
*First Class Mail*

Bruce Bennett
Michael A. Morris
Jeanne E. Irving
A. Brent Truitt
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street
Los Angeles, CA 90017
*First Class Mail*