IN THE UNITED STATES BANKRUPTCY COURT   MAY 15 2007

FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - x
                          :
In re:                    :  Chapter 11
                          :
NEW CENTURY TRS HOLDINGS, :  Case No. 07-10416 (KJC)
INC., a Delaware          :
corporation, et al.,¹     :  Jointly Administered
                          :
                          :
        Debtors.          :
                          :
- - - - - - - - - - - - - :
                          x
```

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware and the attached certification, counsel moves the admission pro hac vice of Mark A. McDermott to represent Ellington Management Group, L.L.C., on

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Docket No. _____
Date Filed _____

behalf of its client funds, a creditor of the above-captioned debtor.

DATED:  May 14, 2007

>SKADDEN, ARPS, SLATE, MEAGHER
>    & FLOM LLP
>
>
>/s/ Douglas D. Herrmann
>_____
>Douglas D. Herrmann (I.D. No. 4872)
>One Rodney Square
>P.O. Box 636
>Wilmington, Delaware 19899-0636
>Telephone: (302) 651-3000
>Facsimile: (302) 651-3001
>
>Attorneys for Ellington Management
>Group, L.L.C., on Behalf of Its Client
>Funds

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: May /5/, 2007

_____
United States Bankruptcy Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York, Illinois and Iowa, and pursuant to Local Rule 83.6 of the United States District Court for the District of Delaware submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Mark A. McDermott
Mark A. McDermott
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
4 Times Square
New York, New York 10036
Telephone:  (212) 735-2000
Facsimile:  (212) 735-2040

Attorneys for Ellington Management Group, L.L.C., on Behalf of Its Client Funds