IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, <u>et al.</u>,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Objection Deadline: May 15, 2007 @ 4:00 pm EST (By Agreement) |

**UNION BANK OF CALIFORNIA'S LIMITED OBJECTION TO PROPOSED
ASSUMPTION AND ASSIGNMENT OF CERTAIN AGREEMENTS IN CONNECTION
WITH DEBTOR'S PROPOSED SALE OF SERVICING BUSINESS**
(Relates to Docket Nos. 70, 340 and 420)

## I.
## INTRODUCTION

1.      Union Bank of California, NA ("<u>Union Bank</u>") hereby files its limited objection

to the (1) Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A)

Approving Bidding Procedures and Bid Protection in Connection with the Proposed Sale of

Assets Used in their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed

Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting

Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related

Relief (the "<u>Servicing Sale Motion</u>") and in connection therewith, (2) the Notice of Debtors'

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, L.L.C., a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

-2-

Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and Fixing Cure Costs Associated Therewith (the "Assumption and Cure Notice").[2]

## II.
## BACKGROUND

2. On or about April 2, 2007 (the "Petition Date"), New Century TRS Holdings, Inc. and its affiliated debtors and debtors-in-possession ("Debtors") filed voluntary petitions pursuant to chapter 11 of title 11 of the United States Code commencing the above-referenced, jointly administered chapter 11 cases.

3. The Debtors continue to operate and manage their businesses as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

4. In connection with the Servicing Sale Motion, the Debtors have given notice of their intent to assume and assign three agreements with Union Bank, identified as follows:

(i) "Agreement between Union Bank of California and New Century Mortgage Corporation Union Bank";

(ii) "Account Analysis Services and Vendor Payment Agreement, dated as of October 28, 2004, by and between New Century Mortgage Corporation and Union Bank of California, NA"; and

---

[2] Terms not otherwise defined in this Limited Objection shall have the meanings ascribed to them in the Servicing Sale Motion and the Assumption and Cure Notice.  This Limited Objection is being filed and served one day after the noticed deadline with the consent of the Debtors and the proposed purchaser Carrington Mortgage Services, LLC.

-2-

#8563353 v1

      (iii)    "Security Agreement, dated as of March 14, 2005, by and between New Century Mortgage Corporation and Union Bank of California, NA".

### III.
### LIMITED OBJECTION

5.    Union Bank has numerous agreements with the Debtors and as of the date of this Limited Objection, has not been able to identify what agreement the Debtors seek to assume and assign described as "Agreement between Union Bank of California and New Century Mortgage Corporation Union Bank".  Union Bank is working with the Debtors and Carrington and will work with any "Successful Bidder" to identify this agreement and, thereafter, to address any issues it has concerning an assumption and assignment thereof.  Notwithstanding, until such time as the parties are able to properly identify the agreement at issue, Union Bank objects to any assumption and assignment, and otherwise reserves all rights in connection with both any assumption and assignment of the agreement and any cure amount.

6.    Union Bank does not object to the proposed assumption and assignment of the agreement identified as "Account Analysis Services and Vendor Payment Agreement, dated as of October 28, 2004, by and between New Century Mortgage Corporation and Union Bank of California, NA".

7.    Union Bank asserts a limited objection to the proposed assumption and assignment of that certain "Security Agreement, dated as of March 14, 2005, by and between New Century Mortgage Corporation and Union Bank of California, NA ("Security Agreement")" on the following grounds:

-4-

   (i)  The collateral referenced in the Security Agreement is a deposit account of the Debtors at Union Bank, which deposit account presently contains approximately $800,000 (plus accrued and accruing interest); and

   (ii)  the Security Agreement and the deposit account secure the Debtors' obligations to Union Bank under a letter of credit posted by Union Bank in favor of the Debtors in the amount of $800,000.  The letter of credit is an "evergreen" letter of credit and renews annually unless drawn or otherwise terminated prior to the annual renewal date.

  8.  Based upon the foregoing, Union Bank asserts that the Security Agreement cannot be assumed and assigned independent of (i) the deposit account (and the monies contained therein) and (ii) the letter of credit.  Any assumption and/or assignment of the Security Agreement must include (i) an assignment (or replacement) of the deposit account with the cash deposits therein being equal to or greater than the amount of the letter of credit and (ii) the letter of credit itself.[3]

## IV.
## RESERVATION OF RIGHTS

  9.  Union Bank reserves its right to amend and modify this Limited Objection as necessary and appropriate.

---

  [3]  In addition, subject to further discussion with the Debtors and any Successful Bidder, Union Bank reserves all rights under § 365(c)(2) of the Bankruptcy Code.

#8563353 v1

## V.
## CONCLUSION

Based upon the foregoing, Union Bank respectfully requests that the proposed assumption and assignment of the Debtors' agreements with Union Bank identified in the Assumption and Cure Notice be conditioned or modified in accordance with the limited objections set forth herein and for such other and further relief as may be just and proper.

Dated: May 15, 2007  
Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP


 /s/ Evelyn J. Meltzer  
David M. Fournier (DE No. 2812)  
Evelyn J. Meltzer (DE No. 4581)  
Hercules Plaza, Suite 5100  
1313 Market Street  
Wilmington, Delaware 19801  
(302) 777-6500  
Fax:  (302) 421-8390

- and –

Barry V. Freeman  
David M. Poitras  
Jeffer Mangels Butler & Marmaro, LLP  
1900 Avenue of the Stars, 7th Floor  
Los Angeles, California 90067  
(310) 203-8080  
Fax: (310) 203-0567

*Counsel for Union Bank of California, NA*