## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Case No.   07-10416 (KJC) |
| | ) |
| NEW CENTURY TRS HOLDINGS, INC. *et al.,* | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |

### PRECAUTIONARY OBJECTION OF IRWIN MORTGAGE CORPORATION AND IRWIN FINANCIAL CORPORATION TO CURE AMOUNT

Irwin Mortgage Corporation and Irwin Financial Corporation (collectively "Irwin"), by and through its undersigned counsel, hereby make this precautionary objection (the "Objection") to the Notice of Assumption and Assignment issued in connection with the proposed Carrington Capital Management LLC transaction (the "Carrington Transaction").  In support of this Objection, Irwin respectfully states as follows:

1. Irwin is the counter-party to a sub-lease and related side-agreement (collectively the "Agreement") for real property located in Fishers, Indiana which is subject to assumption and assignment in the proposed Carrington Transaction.

2. The Notice of Assumption and Assignment, dated April 24, 2007, lists the cure amount for the Agreement as $0.00.

3. On May 1, 2007, after the Notice of Assumption and Assignment was circulated, a payment of $72,860.55 was due on the Agreement (the "Cure Amount").  As of today's date, that amount has not been paid and would be subject to cure.  Debtor's counsel agreed to extend Irwin's deadline for this Objection to May 15, 2007.

4. Therefore, Irwin objects to the Notice of Assumption and Assignment to the extent that the Cure Amount will not be paid.

Respectfully submitted this 15th day of May, 2007.

                        **IRWIN FINANCIAL CORPORATION**
                        **IRWIN MORTGAGE CORPORATION**

By: /s/ Mark R. Owens
      Mark R. Owens, (DE No. 4364)
      Barnes & Thornburg LLP
      11 South Meridian Street
      Indianapolis, Indiana 46204
      317.231.7459 direct
      317.231.7433 fax

      -and-

      Kevin C. Driscoll, Jr., Esq.
      Barnes & Thornburg LLP
      One North Wacker Drive
      Suite 4400
      Chicago, Illinois 60606
      (312) 357-1313

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true and correct copy of the foregoing pleading to be served upon the parties as listed below via the ECF electronic notice system and by facsimile on this 15th day of May, 2007.

| | |
|---|---|
| United States Trustee for the<br>   District of Delaware<br>844 King Street, Suite 2313<br>Wilmington, DE 19801<br>*Fax: 302-573-6497* | O'Melveny & Meyers LLP<br>Attn: Suzzanne S. Uhland, Esq.<br>     Brophy Christensen, Esq.<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>*Fax: 415-984-8701* |
| Richards, Layton & Finger, P.A.<br>Attn: Mark D. Collins, Esq.<br>     Marcos Ramos, Esq.<br>One Rodney Square<br>Wilmington, DE 19899<br>*Fax: 302-651-7701* | O'Melveny & Meyers LLP<br>Attn: Ben H. Logan, Esq.<br>400 S. Hope Street<br>Los Angeles, CA 90071<br>*Fax: 213-430-6407* |
| Hahn & Hessen LLP<br>Attn: Mark T. Power, Esq.<br>488 Madison Avenue<br>New York, NY 10022<br>*Fax: 212-478-7400* | Blank Rome, LLP<br>Attn: Bonnie Glantz Fatell, Esq.<br>Chase Manhattan Centre<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>*Fax: 302-425-6464* |
| Mayer, Brown, Rowe & Maw LLP<br>Attn:Thomas S. Kiriakos, Esq.<br>71 South Wacker Drive<br>Chicago, IL 60606<br>*Fax: 312-701-7711* | Womble Carlyle Sandridge & Rice, PLLC<br>Attn: Steven K. Kortanek, Esq.<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>*Fax: 302-661-7728* |

                                                            /s/ Mark R. Owens