CERTIFICATE OF SERVICE

      I, Karen C. Bifferato, hereby certify that on the 15th day of May, 2007, I caused a true and correct copy of the foregoing to be served upon the persons or entities indicated on the attached list in the manner indicated on the attached list.

                                                       Karen C. Bifferato (No. 3279)

539247

Elihu E. Allinson, III
William D. Sullivan
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
**HAND DELIVERY**

Michael R. Lastowski
Christopher M. Lastowski
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
**HAND DELIVERY**

Daniel K. Astin
Anthony M. Saccullo
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, DE 19899-2323
**HAND DELIVERY**

Richard M. Beck
Christopher A. Ward
Michael W. Yurkewicz
Joanne B. Wills
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
**HAND DELIVERY**

Don A. Beskrone
William P. Bowden
Gregory A. Taylor
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
**HAND DELIVERY**

Ian Connor Bifferato
Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
**HAND DELIVERY**

Robert S. Brady
Michael R. Nestor
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
**HAND DELIVERY**

Michael Busenkell
Eckert, Seamans, Cherin & Mellot, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
**HAND DELIVERY**

Mary F. Caloway
Eric Lopez Schnabel
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
**HAND DELIVERY**

William E. Chipman, Jr.
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801
**HAND DELIVERY**

| | |
|---|---|
| Megan E. Cleghorn<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, DE 19801<br>**HAND DELIVERY** | Richard S. Cobb<br>Matthew B. McGuire<br>Adam G. Landis<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801<br>**HAND DELIVERY** |
| Mark D. Collins<br>Michael J. Merchant<br>Chun I. Jang<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, 920 King Street<br>Wilmington, DE 19801<br>**FACSIMILE/HAND DELIVERY** | Charlene D. Davis<br>Neil B. Glassman<br>Steven M. Yoder<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>**HAND DELIVERY** |
| Robert J. Dehney<br>Gregory W. Werkheiser<br>Daniel B. Butz<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>**HAND DELIVERY** | Marla R. Eskin<br>Mark T. Hurford<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801<br>**HAND DELIVERY** |
| Bonnie Glantz Fatell<br>Blank Rome LLP<br>Chase Manhattan Centre<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801-4226<br>**FACSIMILE/HAND DELIVERY** | Michael G. Gallerizzo<br>David V. Fontana<br>Gebhart & Smith LLP<br>901 Market Street, Suite 451<br>Wilmington, DE 19801<br>**HAND DELIVERY** |
| Joseph Grey<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>**HAND DELIVERY** | Kurt F. Gwynne<br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>**HAND DELIVERY** |

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
**HAND DELIVERY**

Steven K. Kortanek
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
**FACSIMILE/HAND DELIVERY**

Christopher D. Loizides
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
**HAND DELIVERY**

David M. Fournier
Evelyn J. Meltzer
David B. Stratton
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street, Suite 5100
Wilmington, DE 19801
**HAND DELIVERY**

Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801
**HAND DELIVERY/FACSIMILE**

Francis A. Monaco, Jr.
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
**HAND DELIVERY**

Norman M. Monhait
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801
**HAND DELIVERY**

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
**HAND DELIVERY**

Ellen W. Slights
U.S. Attorney's Office
1007 Orange Street, 7th Floor
Wilmington, DE 19801
**HAND DELIVERY**

Brian A. Sullivan
Amy D. Brown
Werb & Sullivan
300 Delaware Avenue
Wilmington, DE 19801
**HAND DELIVERY**

| | |
|---|---|
| William F. Taylor<br>Katherine L. Mayer<br>McCarter & English, LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br>**HAND DELIVERY** | Lisa C. McLaughlin<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 |
| Division of Unemployment Insurance<br>Department of Labor<br>4425 North Market Street<br>Wilmington, DE 19802 | James E. Huggett<br>Margolis Edelstein<br>750 S. Madison Street, Suite 102<br>Wilmington, DE 19801 |
| Delaware Secretary of State<br>Division of Corporations<br>Franchise Tax Division<br>P.O. Box 7040<br>Dover, DE 19903 | Secretary of the Treasury<br>P.O. Box 7040<br>Dover, DE 19903 |
| Securities & Exchange Commission<br>15th & Pennsylvania Avenue, N.W.<br>Washington, DC 20020 | Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plaza, Room 1150<br>Baltimore, MD 21201 |
| IKON Office Solutions<br>Recovery & Bankruptcy<br>3920 Ark Wright Road, Suite 400<br>Macon, GA 31210 | XRoads Case Management Services<br>P.O. Box 8901<br>Marina Del Rey, CA 90295 |

David G. Aelvoet
Linebarger Goggan Blair & Sampson LLP
Travis Building, 711 Navarro, Suite 300
San Antonio, TX 78205

Richard H. Agins
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178

John J. Arminas
Goldberg, Kamin & Garvin
1806 Frick Building, 437 Grant Street
Pittsburgh, PA 15219

Hernando Azarcon
Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI 48075

D.J. Baker
Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430

Paul M. Basta
Joshua A. Sussberg
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Mark N. Berman
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-1832

Matthew Botica
David Wirt
Grayson Walter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Frank G. Burt
Raul A. Cuervo
W. Glenn Merten
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-5208

| | |
|---|---|
| James S. Carr<br>David Retter<br>Christena A. Lambrianakos<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | Richard A. Chesley<br>Kimberly D. Newmarch<br>Paul, Hastings, Janofsy & Walker LLP<br>191 North Wacker Drive, 30th Floor<br>Chicago, IL 60606 |
| Robert P. Cocco<br>Robert P. Cocco, P.C.<br>437 Chestnut Street, Suite 1006<br>Philadelphia, PA 19106 | Ken Coleman<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY |
| Gretchen Crawford<br>Oklahoma County Treasurer<br>320 Robert S. Kerr, Room 307<br>Oklahoma City, OK 73102 | Raniero D'Aversa, Jr.<br>Laura D. Metzger<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY 10019-5820 |
| Luc A. Despins<br>Wilbur F. Foster<br>Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005 | Robert M. Dombroff<br>Steven Wilamowsky<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022-4689 |
| Amish R. Doshi<br>Day Pitney LLP<br>7 Times Square<br>New York, NY 10036-7311 | Dennis J. Drebsky<br>Nixon Peabody LLP<br>437 Madison Avenue<br>New York, NY 10022 |

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510

T. Robert Finlay
Donna L. La Porte
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660

Barry Freeman
Jeffer Mangels Butler & Marmaro, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Scot Freeman
Account Resolution
Travelers
National Accounts
1 Tower Square - 5MN
Hartford, CT 06183-4044

Nathan Fuchs
Securities & Exchange Commission
233 Broadway
New York, NY 10279

Andrew J. Gallo
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

Robert P. Gates
Erskine & Tulley
220 Montgomery Street, Suite 303
San Francisco, CA 94104

Jeffrey I. Golden
Hutchison B. Meltzer
Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Alberto P. Gonzalez
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Robert Goodrich
Stites & Harison, PLLC
1800 Fifth Third Center
424 Church Street
Nashville, TN 37219-2376

Bruce Gordon
IBM Credit LLC
Special Handling Group-MD NC322, North Castle Dr
Armonk, NY 10504

Lawrence P. Gottesman
Sukyong Suh
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Salvatore J. Graziano
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

Robert E. Greenberg
Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC
1101 Seventeenth Street, N.W. Suite 700
Washington, DC 20036-4704

Charles A. Hansen
Mark S. Bostick
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

A. Michelle Hart
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

Jed Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

Howard R. Hawkins, Jr.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Sheldon I. Hirshon
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

| | |
|---|---|
| Nancy Hotchkiss<br>Trainor Fairbrook<br>P.O. Box 255824<br>980 Fulton Avenue<br>Sacramento, CA  95865 | Mark T. Power<br>Hahn & Hessen LLP<br>488 Madison Avenue, 14th & 15th Floor<br>New York, NY  10022<br>**FACSIMILE/FIRST CLASS MAIL** |
| Mitchell W. Katz<br>Qwest Legal Department<br>1801 California Street, Suite 900<br>Denver, CO  80202 | Thomas S. Kiriakos<br>Sean T. Scott<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL  60606<br>**FACSIMILE/FIRST CLASS MAIL** |
| Gregg S. Kleiner<br>Cooley Godward Kronish LLP<br>101 California Street, 5th Floor<br>San Francisco, CA  94111-2222 | Thomas M. Korsman<br>Vice President<br>Wells Fargo Bank, N.A.<br>MAC N9303-120<br>608 2nd Avenue South<br>Minneapolis, MN  55479 |
| Matthew J. Lampke<br>Assistant Chief<br>Ohio Attorney General's Office<br>Executive Agencies Section<br>30 E. Broad Street, 26th Floor<br>Columbus, OH  43215-4200 | Mark Lee<br>Contrarian Capital Management, L.L.C.<br>411 West Putnam Avenue, Suite 225<br>Greenwich, CT  06830 |
| Randall S. Leff<br>Eric M. Heller<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Boulevard, Ninth Floor<br>Beverly Hills, CA  90212-2974 | Chris Lenhart<br>Dorsey & Whitney LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN  55402-1498 |

Paul T. Liu
John Guerry
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA 91302

William G. Malcolm
Malcolm & Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612

Carlos G. Manalansan
Wolff & Samson, PC
The Offices of Crystal Lake, One Boland Drive
West Orange, NJ 07052

Julie A. Manning
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Mark Manski
Barclays Bank PLC
200 Park Avenue
New York, NY 10166

Richard F. Martin
8109 Santa Luz Village Green South
San Diego, CA 92127

Frank F McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Sari E. Meador
Delinquency and Enforcement
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, FL 33831-2016

David A. Meskan
500 Eagles Landing, LLC
2100 Green Street, Apt. 404
San Francisco, CA 94123

Keith W. Miller
James R. Bliss
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, NY 10022

| | |
|---|---|
| John E. Mitchell<br>Vinson & Elkins LLP<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX  75201 | Sheryl L. Moreau<br>Special Assistant Attorney General<br>Missouri Department of Revenue<br>General Counsel's Office<br>P.O. Box 475<br>301 W. High Street, Room 670<br>Jefferson City, MO  65105-0475 |
| Steven H. Newman<br>Katsy Korins LLP<br>605 Third Avenue, 16th Floor<br>New York, NY  10158 | Blair A. Nicholas<br>Bernstein Litowitz Berger & Grossmann LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA  92130 |
| Mary E. Olsen<br>M. Vance McCrary<br>J. Cecil Gardner<br>The Gardner Firm, P.C.<br>1119 Government Street<br>Mobile, AL  36652 | Gregory M. Petrick<br>Angela Somers<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281 |
| Leo D. Plotkin<br>Levy, Small & Lallas<br>815 Moraga Drive<br>Los Angeles, CA  90049-1633 | David M. Poitras<br>Jeffer Mangels Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA  90067 |
| Daniel T. Powers<br>Chatham County Tax Commissioner<br>P.O. Box 8321<br>Savannah, GA  31412 | Mark H. Ralston<br>Davor Rukavina<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza<br>500 N. Akard Street<br>Dallas, TX  75201 |

Michael Reed
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680

Glenn M. Reisman
Two Corporate Drive, Suite 234
Shelton, CT 06484

Richard J. Reynolds
Turner, Reynolds, Greco & O'Hara
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618

Robert F. Reynolds
Slatkin & Reynolds, P.A.
One East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33301

Diane J. Richey
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, CA 90071

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
1949 South I.H. 35
Austin, TX 78760

James R. Savin
David M. Dunn
Joanna F. Newdeck
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036

Margot B. Schonholtz
Mark F. Liscio
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Felix A. Seidler
Reeves & Seidler
2527 Santa Clara Avenue
Alameda, CA 94501-4633

Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 N. Central Expressway
Dallas, TX 75205

| | |
|---|---|
| Bryn H. Sherman<br>Deckelbaum Ogens & Raftery, Chtd.<br>3 Bethesda Metro Center, Suite 200<br>Bethesda, MD  20814 | Don C. Sherwood<br>Sherwood and Hardgrove<br>11812 San Vicente Boulevard, Suite 210<br>Los Angeles, CA  90049-6622 |
| J.R. Smith<br>Jason W. Harbour<br>Hunton & Williams LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA  23219 | Joseph H. Smolinsky<br>Douglas E. Deutsch<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY  10112 |
| Bennet L. Spiegel<br>Shirley S. Cho<br>Kirkland & Ellis LLP<br>777 S. Figueroa Street, Suite 3700<br>Los Angeles, CA  90017 | Claudia Z. Springer<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA  19103-7301 |
| David I. Swan<br>Kenneth M. Misken<br>McGuire Woods LLP<br>1750 Tysons Boulevard, Suite 1800<br>McLean, VA  22102-4215 | Patricia B. Tomasco<br>Brown McCarroll, LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX  78701 |
| Suzzanne S. Uhland<br>Brophy Christensen, Esquire<br>O'Melveny & Myers LLP<br>275 Battery Street<br>San Francisco, CA  94111 | John A. Vos<br>1430 Lincoln Avenue<br>San Rafael, CA  94901 |

Madeleine C. Wanslee
Gust Rosenfeld PLC
201 E. Washington, Suite 800
Phoenix, AZ  85004-2327

Gilbert B. Weisman
Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

Seth R. Weissman
V.P. & General Counsel
Coremetrics, Inc.
1840 Gateway Drive, Suite 320
San Mateo, CA  94404

Elizabeth Weller
Linebarger Googan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201-2644

Katherine M. Windler
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA  90401-2386

Stuart B. Wolfe
Yaron Shaham
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA  92614

Brian D. Womac
Denise H. Mitchell
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, TX  77024

Donald A. Workman
Baker & Hostetler LLP
1050 Connecticut Avenue, N.W., Suite 1100
Washington, DC  20036

David H. Zielke
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, WMC 3501
Seattle, WA  98101

Ben H. Logan, Esquire
O'Melveny & Myers LLP
488 Madison Avenue
New York, New York 10022