IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:  )
 )
NEW CENTURY TRS HOLDINGS, )   CHAPTER 11
INC., a Delaware corporation, et al., )
 )   CASE NO. 07-10416(KJC)
Debtor(s). )
 )   Jointly Administered

### NON-DEBTOR'S OPPOSITION TO MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER AUTHORIZING AND APPROVING ASSUMPTION AND ASSIGNMENT OF REAL PROPERTY LEASES, RE: CURE AMOUNT, LEASE ID (NV009)

COMES NOW, RJS Properties, Inc., a Nevada Corporation, a Non-Debtor Party, by and through it's Counsel, RICHARD S. STAUB, ESQ., hereby opposes the Motion of Debtors and Debtors in Possession for an Order Authorizing and Approving Assumption and Assignment of Real Property Leases, Re: Cure Amount, Lease ID (NV0900), on file herein, in that the cure amount is cited as zero. This amount is not correct. New Century has not paid rent since March, 2007. Therefore, there is an outstanding balance for April and May, 2007, in the amount of $2,730.00 for each month, totaling $5,460.00.

WHEREFORE, Defendant, prays this Honorable Court as follows:

1. That the Motion of Debtors and Debtors in Possession for an Order Authorizing and Approving Assumption and Assignment of Real Property Leases, Re: Cure Amount, Lease ID (NV0900) be granted.

2. That the cure amount for "Exhibit "A," Lease Id NV009, be amended to $5,460.00.

3. For reasonable costs and attorney's fees incurred by the Non-Debtor Party, in defending this action.

3. For such other and further relief as this Court deems just and equitable.

DATED this 10th day of May, 2007.

Richard S. Staub, Esq.
Nevada State Bar #904
PO Box 392
Carson City, NV 89702

RICHARD S. STAUB
ATTORNEY AT LAW
P.O. BOX 392
CARSON CITY, NEVADA 89702
(775) 882-6888
FAX (775) 882-6891

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that I am an employee of RICHARD S. STAUB, ESQ., on this date, I deposited for mailing in Carson City, Nevada, via Reno/Carson Messenger Service, a true and correct copy of the foregoing document, addressed to the following:

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COURT OF DELAWARE
Clerk of the Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Christopher M. Samis
RICHARDS, LAYTON & FINGERS, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801

Ben H. Logan, Esq.
Suzzanne S. Uhland, Esq.
Victoria H. Newmark, Esq.
Emily R. Culler, Esq.
O'MELVENY & MEYERS LLP
275 Battery Street
San Francisco, California 94111

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 10th day of May, 2007.

TONYA L. HEALD

RICHARD S. STAUB
ATTORNEY AT LAW
P.O. BOX 392
CARSON CITY, NEVADA 89702
(775) 882-6888
FAX (775) 882-6891