IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>NEW CENTURY TRS HOLDINGS, INC.<br>            Debtor | Case No. 07-10416-KJC<br>(Chapter 11) |
| DEUTSCHE BANK NATIONAL TRUST<br>COMPANY C/O WELLS FARGO HOME<br>MORTGAGE<br>MAC#  7801-02T<br>3476 STATEVIEW BLVD<br>FORT MILL, SC 29715<br>            Movant | Docket Number 701 |
| THOMAS D.H. BARNETT, ESQUIRE<br>NEIL F. DIGNON, ESQUIRE<br>DRAPER & GOLDBERG, P.L.L.C.<br>P.O. BOX 947<br>512 EAST MARKET STREET<br>GEORGETOWN, DE 19947<br>            Attorneys for the Movant<br>     v. | |
| NEW CENTURY TRS HOLDINGS, INC<br>18400 VON KARMAN AVE.<br>IRVINE, CA 92612<br>            (Debtor)<br>And | |
| United States Trustee<br>844 King Street, Room 2207<br>LockBox# 35<br>Wilmington, DE 19899<br>            (U.S. Trustee)<br>            Respondents | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Deutsche Bank National Trust Company, as Trustee c/o Wells Fargo Home Mortgage ("Deutsche Bank") by undersigned counsel, respectfully moves this Honorable Court to terminate the Automatic Stay and, as grounds therefore, states as follows:

1. This proceeding seeking relief under Section 362 of the U.S. Bankruptcy Code is a contested matter within the meaning of 9014 and 4001 of the Federal Rules of Bankruptcy Procedure, and this court has jurisdiction over this matter pursuant to 28 U.S.C. Section 157.

2. On April 2, 2007, the above named debtor, New Century TRS Holdings, Inc, ("Debtor"), filed in this court a Petition under Chapter 11 of the United States Bankruptcy Code.

3. On or about December 2nd, 2005, Connie Mort ("Obligor") executed and delivered to New Century Mortgage Corporation, a Note in the amount of EIGHTY-SEVEN THOUSAND TWO HUNDRED and 00/100 dollars ($87,200.00), plus interest at the rate of 6.800% per annum, attorneys' fees, costs and late charges to be paid over thirty (30) years. A copy of the Note is attached as Exhibit "A" and incorporated herein.

4. To secure the repayment of the sums due under the Note, Connie Mort and Dean Mort ("Obligors") executed and delivered to New Century Mortgage Corporation, a Mortgage dated December 2nd, 2005 encumbering the real property ("Property") more particularly described in the Mortgage which has the addressof 618 W. North Street, Jackson, MI 49202. A copy of the Mortgage is attached as Exhibit "B" and incorporated herein.

5. The Mortgage and Note were later transferred to Deutsche Bank and Deutsche Bank is the holder of the Mortgage and Note.

6. Review of the Title to the property shows the Debtor, New Century Mortgage, holds a lien junior to the lien created by Deutsche Bank by virtue of a Mortgage executed by Connie Mort and Dean Mort.

7. The Obligor is in default under the Deutsche Bank Note

8. The Lien created by the mortgage held by New Century TRS Holdings, Inc, referred to in paragraph 6, is not necessary for Debtor's reorginization, as said lien adds little or no value to the Bankruptcy Estate.

9. A continued Stay of Deutsche Bank's action against the Obligors will cause Deutsche Bank significant prejudice.

10. Cause exists to terminate the Automatic Stay.

11. It is not economically feasible to attempt to recover the Judgement amount for the Bankruptcy Estate as the underlying real property is located out of state.

WHEREFORE, the premises considered, Deutsche Bank respectfully requests that this Court enter an Order terminating the Automatic Stay allowing Deutsche Bank to exercise its legal rights under applicable law as to the Property, including but not limited to foreclosure against the Property under the Mortgage, and for such other and further relief as this court deems just and proper.

Respectfully submitted,

Dated: 5/16/2007        /s/ Neil F. Dignon

Thomas D.H. Barnett  #0994
Neil F. Dignon #3625
Draper & Goldberg, P.L.L.C.
P.O. Box 947
512 East Market Street
Georgetown, Delaware 19947
(302) 855-9252

CERTIFICATION OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Motion for Relief from Automatic Stay and Proposed Order were mailed by first class mail, postage-paid, this __16th__ day of May , 2007 to the following parties:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
Debtor

Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joesph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorney for the Debtor

United States Trustee
844 King Street,Room 2207
Lockbox #35
Wilmington,DE 19899-0035

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
The Official Committee of Unsecured Creditors

Dated: 5/16/2007         __/s/ Neil F. Dignon_____
                         Thomas D.H. Barnett, Esquire
                         Neil F. Dignon, Esquire