IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>NEW CENTURY TRS HOLDINGS, INC.<br>            Debtor | Case No. 07-10416-KJC<br>(Chapter 11) |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>            Movant | Ref: Docket No. _701_ |
| THOMAS D.H. BARNETT, ESQUIRE<br>BAR NUMBER 0994<br>NEIL F. DIGNON, ESQUIRE<br>BAR NUMBER 3625<br>            Attorneys for the Movant<br>    v.<br>NEW CENTURY TRS HOLDINGS, INC, et al.<br>            Respondents | |

### ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by Deutsche Bank National Association, as Trustee c/o Wells Fargo Home Mortgage ("Deutsche Bank"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Automatic Stay is terminated allowing Deutsche Bank to exercise its rights under applicable law against the Debtor's Property more particularly described in the Mortgage which has the address of 618 W. North Street, Jackson, MI 49202 ("Property"), including, but not limited to foreclosure against the Property under the Mortgage.

Date:_____                              BY THE COURT:

                                                                                    _____
                                                                                    U.S. Bankruptcy Court Judge