# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## MOTION AND ORDER FOR
## ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of James S. Carr of Kelley Drye & Warren LLP as counsel for Wells Fargo Bank, N.A., as Indenture Trustee in this proceeding.

Dated: May 15, 2007

ROSENTHAL, MONHAIT & GODDESS, P.A.

By _____
Norman M. Monhait (I.D. No.1040)
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
Tel: (302) 656-4433
Fax: (302) 658-7567

Local Counsel for Wells Fargo Bank, N.A., as Indenture Trustee

Dkt. No. 690
Filed 5-15-07

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*[Signature]*
James S. Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: May 15, 2007

*[Signature]*
United States Bankruptcy Judge