IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
 NEW CENTURY TRS HOLDINGS, INC.   Case No. 07-10416-KJC
   Debtor          (Chapter 11)


U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE C/O WELLS FARGO     Docket Number__705___
HOME MORTGAGE
MAC#  7801-02T
3476 STATEVIEW BLVD
FORT MILL, SC 29715
   Movant


THOMAS D.H. BARNETT, ESQUIRE
NEIL F. DIGNON, ESQUIRE
DRAPER & GOLDBERG, P.L.L.C.
P.O. BOX 947
512 EAST MARKET STREET
GEORGETOWN, DE 19947
    Attorneys for the Movant
  v.


NEW CENTURY TRS HOLDINGS, INC
18400 VON KARMAN AVE.
IRVINE, CA 92612
   (Debtor)
And

United States Trustee
844 King Street, Room 2207
LockBox# 35
Wilmington, DE 19899
   (U.S. Trustee)
   Respondents


## <u>MOTION FOR RELIEF FROM AUTOMATIC STAY</u>

U.S. Bank National Association, as Trustee c/o Wells Fargo Home Mortgage ("U.S.

Bank") by undersigned counsel, respectfully moves this Honorable Court to terminate the

Automatic Stay and, as grounds therefore, states as follows:

1.     This proceeding seeking relief under Section 362 of the U.S. Bankruptcy Code is a contested matter within the meaning of 9014 and 4001 of the Federal Rules of Bankruptcy Procedure, and this court has jurisdiction over this matter pursuant to 28 U.S.C. Section 157.

2.     On April 2, 2007, the above named debtor, New Century TRS Holdings, Inc, ("Debtor"), filed in this court a Petition under Chapter 11 of the United States Bankruptcy Code.

3.     On or about January 4th, 2006, Jaime A. Brown ("Obligor") executed and delivered to New Century Mortgage Corporation, a Note in the amount of EIGHTY-SEVEN THOUSAND SIX HUNDRED FOURTY-FOUR and 00/100 dollars ($87,644.00), plus interest at the rate of 9.375% per annum, attorneys' fees, costs and late charges to be paid over thirty (30) years.  A copy of the Note is attached as Exhibit "A" and incorporated herein.

4.     To secure the repayment of the sums due under the Note, the Obligor executed and delivered to New Century Mortgage Corporation, a Mortgage dated January 4th, 2006 encumbering the real property ("Property") more particularly described in the Mortgage which has the addressof 1460 Burton Street South East, Grand Rapids, MI 49507.  A copy of the Mortgage is attached as Exhibit "B" and incorporated herein.

5.     The Mortgage and Note were later transferred to U.S Bank and U.S Bank is the holder of the Mortgage and Note.

6.     Review of the Title to the property shows the Debtor, New Century Mortgage, holds a lien junior to the lien created by U.S Bank by virtue of a Mortgage executed by Jamie A. Brown.

7.     The Obligor is in default under the U.S Bank Note

8.     The Lien created by the mortgage held by New Century TRS Holdings, Inc, referred to in paragraph 6, is not necessary for Debtor's reorginization, as said lien adds little or no value to the Bankruptcy Estate.

9.     A continued Stay of U.S. Bank's action against the Obligors will cause U.S. Bank significant prejudice.

10.     Cause exists to terminate the Automatic Stay.

11.     It is not economically feasible to attempt to recover the Judgement amount for the Bankruptcy Estate as the underlying real property is located out of state.

WHEREFORE, the premises considered, U.S. Bank respectfully requests that this Court enter an Order terminating the Automatic Stay allowing U.S. Bank to exercise its legal rights under applicable law as to the Property, including but not limited to foreclosure against the Property under the Mortgage, and for such other and further relief as this court deems just and proper.

Respectfully submitted,

Dated:  5/16/2007_                              /s/ Neil F. Dignon
                                                     _____
                                                     Thomas D.H.  Barnett  #0994
                                                     Neil F. Dignon #3625
                                                     Draper & Goldberg, P.L.L.C.
                                                     P.O. Box 947
                                                     512 East Market Street
                                                     Georgetown, Delaware 19947
                                                     (302) 855-9252

CERTIFICATION OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Motion for Relief from

Automatic Stay and Proposed Order were mailed by first class mail, postage-paid, this

_16th_ day of _May__ , 2007 to the following parties:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
Debtor

Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joesph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorney for the Debtor

United States Trustee
844 King Street,Room 2207
Lockbox #35
Wilmington,DE 19899-0035

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
The Official Committee of Unsecured Creditors

Dated: 5/16/2007                              ___/s/ Neil F. Dignon_____
                                             Thomas D.H.  Barnett, Esquire
                                             Neil F. Dignon, Esquire