IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-10416 (KJC) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 18, 2007 AT 10:00 A.M.

I. **CONTINUED MATTERS**

1. Emergency Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Assets Used in Their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 70; filed 4/4/07]

    Objection Deadline:   April 11, 2007 at 4:00 p.m.; Deadline to object to sale or assumption and assignment is May 14, 2007 at 4:00 p.m.; Extension deadline of May 15, 2007 granted to Union Bank of California; Deadline to object to adequate assurance of future performance under the assumed contracts is May 17, 2007

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

1

Objections Received:

A.  Objection to the Emergency Motion of Debtors Regarding Bidding Procedures and Other Matters [Docket No. 174; filed 4/11/07]

B.  Objection of the United States Trustee to the Emergency Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief [Docket No. 181; filed 4/11/07

C.  Objection of C-Bass to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 188; filed 4/11/07]

D.  Limited Objection of Citigroup Global Markets Realty Corp. to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Assets Used in Their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 190; filed 4/11/07]

E.  Objection of Wells Fargo Bank N.A. to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief [Docket No. 191; filed 4/11/07

F.  Limited Objection to Emergency Motion of Debtors Regarding Bidding Procedures and Other Matters (Servicing Business) [Docket No. 194; filed 4/11/07]

G.  Response of Carrington Capital Management, LLC and Carrington Mortgage Services, LLC to Objections to Debtors' Emergency Motion Seeking, *Inter Alia*, an Order Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Assets Used in Their Loan Servicing Business [Docket No. 321; filed 4/19/07]

H.  Limited Objection to Assumption and Assignment (Limited Objection to Debtor's Loan Servicing Assets) filed by Premier Print and Services Group, Inc. [Docket No. 505; filed 5/2/07]

I.  Limited Objections of National City Commercial Capital Company, LLC, to Debtors' Motions Regarding Rejection of Certain Leases, Sale of Assets, Assumption of Certain Leases and Other Matters and Joinder of General Electric Capital Corporation's Objection to Debtors' Motions and Joinder of RBC Mortgage Company and RBC Holdco's Objections to Debtors' Motions [Docket No. 509; filed 5/2/07]

J.  Limited Objection of Maricopa County Treasurer and Notice of Perfected Liens Regarding (1) Emergency Motion to Approve of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedurs and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 553; filed 5/4/07]

K.  Cure Objection of KST Data, Inc., to Debtors' Notice of Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith [Docket No. 624; filed 5/10/07]

L.  Objection to Assumption and Assignment (Cure Amount) filed by Data-Link Systems, L.L.C. and Fiserv Solutions, Inc. [Docket No. 633; filed 5/11/07]

M.  Objection and Reservation of Rights of CB Richard Ellis Corporate Facilities Management, Inc. with Respect to Cure Amounts and Claims [Docket No. 634; filed 5/11/07]

N.  Objection with Respect to Cure Amount and Proposed Assumption and Assignment of Contract Between Debtor and Federal Express Corporation [Docket No. 649; filed 5/14/07]

O.  Objection of C-Bass Regarding Provision of Audit Repots with Respect to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 652; filed 5/14/07]

3

P.  Objection to Assumption and Assignment Cure Amount by National Field Representative, Inc. [Docket No. 655; filed 5/14/07]

Q.  Cure Objection of Safeco Financial Institution Solutions, Inc. to Debtors' Notice of Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith [Docket No. 656; filed 5/14/07]

R.  Objection to Assumption and Assignment (Cure Amount) by LandAmerica Default Services Company [Docket No. 658; filed 5/14/07]

S.  Objection of General Electric Capital Corporation to Debtors Proposed Sale of Their Loan Servicing Business [Docket No. 662; filed 5/14/07]

T.  Objection of General Electric Capital Corporation to Notice of Lease/Contract Assumption and Cure Amount [Docket No. 663; filed 5/14/07]

U.  Deutsche Bank National Trust Company's Assumption and/or Cure Objection in Connection with Debtors' Proposed Sale of Servicing Business [Docket No. 667; filed 5/14/07]

V.  Cure Objection of ADT Security Services, Inc. to Notice of New Century's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith [Docket No. 668; filed 5/14/07]

W.  Objection of Wells Fargo Bank, N.A. to Cure Amounts in Connection with Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 670; filed 5/14/07]

X.  Objection of Sprint Communications Company L.P. to Debtors' Assumption and Assignment of Executory Contract and Proposed Cure Amount [Docket No. 674; filed 5/14/07]

Y.  Objection and Reservation of Rights of Symantec Corporation to Assumption and Assignment by New Century TRS Holdings, Inc. of Certain Executory Contract and Unexpired Leases in Connection with the Proposed Sale of Servicing Business [Docket No. 681; filed 5/14/07]

Z.  Oracle USA, Inc.'s Objection to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures

and Bid Protections in Connection with their Proposed Sale of Assets Used in Their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 688; filed 5/15/07]

AA. Union Bank of California's Limited Objection to Proposed Assumption and Assignment of Certain Agreements in Connection with Debtors' Proposed Sale of Servicing Business [Docket No. 697; filed 5/15/07]

BB. Precautionary Objection of Irwin Mortgage Corporation and Irwin Financial Corporation to Cure Amount [Docket No. 699; filed 5/15/07]

Related Documents:

i. Emergency Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [Docket No. 71; filed 4/4/07]

ii. Notice of Hearing Regarding Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 120; filed 4/5/07]

iii. Notice of Filing of Amended and Restated Asset Purchase Agreement between (among others) New Century Financial Corporation and Carrington Capital Management, LLC [Docket No. 335; filed 4/19/07]

iv. Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Bidding Procedures, Including Break-Up Fee and Expense Reimbursement Payable to Carrington Mortgage Services, LLC for Sale of Debtors' Servicing Business; (II) Scheduling Bid Deadline, Auction Date, and Sale Hearing and Approving Notice Thereof; and (III) Approving Procedures to Fix Cure Amounts Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Approving Notice Thereof [Docket No. 340; filed 4/20/07]

v. Notice of Filing Regarding Affidavit of Publication of the Sale Notice in The Wall Street Journal (National Edition) [Docket No. 570; filed 5/7/07]

vi. Notice of Hearing Date [Docket No. 640; filed 5/11/07]

Status:  The Debtors received at least one Qualified Topping Bid on or before the Bid Deadline. Accordingly, the hearing on this matter has been continued to the hearing schedule for May 21, 2007 at 10:00 a.m.

## II. UNCONTESTED MATTERS GOING FORWARD

2. Motion of the Official Committee of Unsecured Creditors for an Order Authorizing Examinations and the Production of Documents Pursuant to Bankruptcy Rules 2004 and 9016 [Docket No. 448; filed 4/27/07]

    Objection Deadline:  May 11, 2007 at 4:00 p.m.

    Objections/Responses Received:  None at this time.

    Related Documents:  None at this time.

    Status:  The hearing on this matter is going forward.

## III. ADVERSARY PROCEEDING MATTERS [ADV. PRO. NO. 07-51269]

3. DB Structured Products, Inc.'s Motion for Preliminary Injunction [Adv. Pro. No. 3; filed 4/25/07].

    Objection Deadline:  May 4, 2007 at 12:00 p.m. for defendants answering brief and any accompanying declarations; May 11, 2007 at 12:00 p.m. for plaintiffs reply brief and any accompanying declarations

    Objections/Responses Received:

    A. Memorandum in Support of Defendants' Opposition to Motion for a Preliminary Injunction [Adv. Pro. No. 13; filed 5/4/07]

    Related Documents:

    i. Plaintiff DB Structured Products, Inc.'s Memorandum in Support of its Motion for a Preliminary Injunction [Adv. Pro. No. 4; filed 4/2507]

    ii. Compendium of Unreported Opinions to Plaintiff DB Structured Products, Inc., Memorandum in Support of its Motion for a Preliminary Injunction [Adv. Pro. No. 5; filed 4/25/07]

    iii. Declaration in Support of Plaintiff's Motion for a Preliminary Injunction by Glenn Minkoff [Adv. Pro. No. 6; filed 4/25/07

    iv. Declaration in Support of Plaintiff's Motion for a Preliminary Injunction by Deidre Hollywood [Adv. Pro. No. 7; filed 4/25/07

v.   Expedited Motion to Shorten Notice and for Emergency Hearing on DB Structured Products, Inc.'s Motion for a Preliminary Injunction [Adv. Pro. No. 8; filed 4/25/07]

vi.   Scheduling Order [Adv. Pro. No. 9; filed 4/26/07]

vii.   Declaration of Music Sprouse in Support of Defendants' Opposition to Motion for Preliminary Injunction [Adv. Pro. No. 14; filed 5/4/07]

viii.   Declaration of Rae Hoppe in Support of Defendants' Opposition to Motion for Preliminary Injunction [Adv. Pro. No. 15; filed 5/4/07]

ix.   Certification of Counsel with Respect to Stipulation and Agreed Order Regarding Plaintiff's Extension of Time to File a Reply Brief [Adv. Pro. No. 16; filed 5/11/07]

x.   Plaintiff DB Structured Products, Inc.'s Reply Memorandum in Support of Its Motion for a Preliminary Injunction [Adv. Pro. No. 17; filed 5/11/07]

xi.   Declaration of Frank Grausso in Support of Defendants' Opposition to Motion for Preliminary Injunction [Adv. Pro. No. 18; filed 5/11/07]

xii.   Order Approving Stipulation and Order Resolving DB Structured Products Inc.'s Motion for Preliminary Injunction [Adv. No. 19; filed 5/16/07]

xiii.   Agreed Order Regarding Plaintiff's Extension of Time to File Reply Brief [Adv. Pro. No. 20; filed 5/15/07]

Status:   The matter has been resolved by stipulation between the parties approved by order of the Court on May 16, 2007.

Dated: May 16, 2007
Wilmington, Delaware

*/s/ Christopher M. Samis*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

7

RLF1-3150920-1

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION