UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| NEW CENTURY TRS HOLDINGS, INC. | ) | Case No. 07-10416-KJC |
| f/k/a NEW CENTURY FINANCIAL | ) |  |
| CORPORATION, | ) |  |
|  | ) |  |
| Debtor. | ) |  |

## APPEARANCE AND REQUEST TO RECEIVE NOTICES

To:     The Clerk of the Above Named Court

Please enter our appearance as counsel for QKC Maui Owner, LLC, a Delaware limited liability company,[1] as Creditors in the above named action. This appearance is intended solely for the purpose of receiving notices and it is not intended that the filing of this appearance be deemed a submission to the jurisdiction of this Court.

Request is hereby made, pursuant to Bankruptcy Rule 2002(g), that all notices required to be mailed or electronically delivered to creditors under Bankruptcy Rule 2002 be mailed to the following address:

> Andrew S. Conway, Esq.
> Honigman Miller Schwartz & Cohn LLP
> Suite 100, 38500 Woodward Avenue
> Bloomfield Hills, Michigan 48304
> email address:  Aconway@honigman.com

Dated: May 16, 2007

> Honigman Miller Schwartz & Cohn LLP
> Attorneys for QKC Maui Owner, LLC
> By:         /s/ Andrew S. Conway
> Andrew S. Conway
> 38500 Woodward Avenue, Suite 100
> Bloomfield Hills, Michigan 48304
> (248) 566-8416

---

[1] QKC Maui Owner, LLC is the owner of the mixed use shopping center commonly known as the Queen Ka'ahumanu Center, located in Kahului, Hawaii.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC. | ) | Case No. 07-10416-KJC |
| f/k/a NEW CENTURY FINANCIAL | ) | |
| CORPORATION, | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

TO:    Christopher M. Samis, Esq.            U.S. Trustee
       Richards Layton Finder, P.A.          U.S. Trustee's Office
       920 N. King Street, One Rodney Square  844 King Street, Room 2207
       Wilmington, DE 19801                  Lockbox #35
                                             Wilmington, DE  19899-0035

       Bonnie Glantz Fatell, Esq.
       Blank Rome LLP
       1201 Market Street, Suite 800
       Wilmington, DE 19801

Please take notice that we have this date entered our appearance as counsel for QKC Maui

Owner, LLC.[1]

Please take further notice that we have requested, pursuant to Bankruptcy Rule 2002(g), that

all notices required to be mailed or electronically delivered to creditors under Bankruptcy Rule

2002 be mailed to:

                      Andrew S. Conway, Esq.
                      Honigman Miller Schwartz & Cohn LLP
                      Suite 100, 38500 Woodward Avenue
                      Bloomfield Hills, Michigan 48304
                      email address:  Aconway@honigman.com

Dated:  May 16, 2007               Honigman Miller Schwartz & Cohn LLP
                                   Attorneys for QKC Maui Owner, LLC
                                   By:  _____ /s/ Andrew S. Conway _____
                                        Andrew S. Conway
                                        38500 Woodward Avenue, Suite 100
                                        Bloomfield Hills, Michigan 48304
                                        (248) 566-8416

---

[1] QKC Maui Owner, LLC is the owner of the mixed use shopping center commonly known as the Queen
Ka'ahumanu Center, located in Kahului, Hawaii.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC. | ) | Case No. 07-10416-KJC |
| f/k/a NEW CENTURY FINANCIAL | ) | |
| CORPORATION, | ) | |
| | ) | |
| Debtor. | ) | |

**PROOF OF SERVICE**

| | |
|---|---|
| STATE OF MICHIGAN | ) |
| | )ss. |
| COUNTY OF OAKLAND | ) |

Susan K. Link, being first duly sworn, deposes and says that she is an employee of

Honigman Miller Schwartz & Cohn LLP, and that on May 16, 2007, she served copies of the

following:

1.    Appearance and Request to Receive Notices;
2.    Notice of Appearance and Request to Receive Notices; and,
3.    this Proof of Service;

by enclosing the papers in sealed envelopes with first-class postage fully prepaid and depositing

the envelopes and their contents in the United States mail, addressed as follows:

Christopher M. Samis, Esq.
Richards Layton Finder, P.A.
920 N. King Street, One Rodney Square
Wilmington, DE 19801

U.S. Trustee
U.S. Trustee's Office
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

_____/s/ Susan K. Link_____
Susan K. Link

Subscribed and sworn to before me,
on this 16th day of May, 2007
_____/s/ Catherine L. Mackool_____
Catherine L. Mackool, Notary Public
Macomb County, Michigan
My commission expires: 1/3/08
Acting in Oakland County, MI

OAKLAND.1294186.1