# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

**Debtor:** New Century TRS Holdings, Inc.
**Case Number:** 07-10416-KJC  **Chapter:** 11
**Date / Time / Room:** TUESDAY, MAY 15, 2007 01:30 PM   CRT#5, 5TH FL.
**Bankruptcy Judge:** KEVIN J. CAREY
**Courtroom Clerk:** NANCY HUNT
**Reporter / ECR:** MATT YOVINO

### Matters:

1) Motion to Appoint Trustee/Examiner
   **R / M #:**   0 / 0

2) Sale of Loan Origination Business
   **R / M #:**   0 / 0

3) Trading Wall Motion
   **R / M #:**   0 / 0

### Appearances:

See Sign in Sheet

### Proceedings:

Agenda Item
#1, 2 and 3 - Adjourned
#4 - Order Due
#5 - Order Signed