# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.

**CASE NO.: 07-10416-KJC**

**COURTROOM LOCATION: 5**

**DATE:** May 15, 2007

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Carickhoff | Blank Rome | |
| Regina Stango Kelbon | | Creditors |
| Mark Indelicato | | Committee |
| Jeffrey Schwartz | Hahn & Hessen | |
| James Laughlin | | |
| Suzzanne Uhland | O'Melveny & Myers | Debtors |
| Ben Logan | '' | '' |
| Alejandro Mayorkas | '' | '' |
| Michael Merchant | Richards Layton | '' |
| Chris Ward | Klehr Harrison | Goldman Sachs |
| Andrew Gallo | Bingham McCutchen | DB Structured Products |
| Robert Brady | Young Conaway | '' |
| Rachel B. Mersky | Monzack and Monaco | RBC |

**S I G N - I N - S H E E T**

**CASE NAME:    New Century TRS Holdings, Inc.**

**CASE NO.: 07-10416-KJC**

**COURTROOM LOCATION: 5**

**DATE:** May 15, 2007

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ira Levee | Lowenstein Sandler | NY State Teachers' Retirement Sys. |
| David Wirt | Winston ; Strawn LLP | Kodiak Funding LP |
| Matt Botica | Winston ; Strawn LLP | Kodiak Funding; LP |
| James S. Carr | Kelley Drye ; Warren LLP | Wells Fargo Bank as Indenture Trustee |
| Jonathan Glicic | " | " |
| Edward Rosenthal | Rosen Hare Humbin ; Gulless PA | Kodiac ; Wells Fargo Bank as Indenture Trustee |
| Gabriel MacCanill | Potter Anderson ; Corroon | Bank of America N.A. |
| David Fustman | Gebhardt + Smith LLP | General Electric Capital Corp. |
| Joseph McMahon | U.S. Dept of Justice | UST |
| Walter Theus | " | " |
| Gregory Taylor | Ashby ; Geddes | UBS Real Estate Securities, Inc. |
| | | |
| | | |

# S I G N - I N - S H E E T

**CASE NAME:**  New Century TRS Holdings, Inc.         **COURTROOM LOCATION: 5**

**CASE NO.: 07-10416-KJC**                    **DATE:** May 15, 2007

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Timothy Carter | Pszym | D.P Lerner |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Court Conference

**Calendar Date:** 05/15/2007
**Calendar Time:** 01:30 PM

## U.S. Bankruptcy Court-Delaware

## Confirmed Telephonic Appearance Schedule

### Honorable Kevin J. Carey
### #5

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1737354 | Thomas Kiriakos | 312-782-0600 | Mayer Brown Rowe & Maw, LLP | Interested Party, Carrington Mortgage/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1737366 | Sean Scott | 312-701-8310 | Mayer Brown Rowe & Maw, LLP | Interested Party, Carrington Mortgage/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1734476 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP (90121NY) | Creditor, Bank of America, NA/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1735081 | Ben Logan | 213-430-7704 | O'Melveny & Myers | Debtor, New Century TRS Holdings, Inc./ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1729459 | Bennett Spiegel | 213-680-8203 | Kirkland & Ellis (CC-913) | Creditor, Greenwich Capital Financial Products/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1729461 | Shirley Cho | 213-680-8242 | Kirkland & Ellis (CC-913) | Creditor, Greenwich Capital Financial Products/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1729626 | Marti Murray | 212-582-5505 | Murray Capital Management, Inc. | Interested Party, Murray Capital Management/ LISTEN ONLY |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1731175 | Barry Freeman | 310-785-5367 | Jeffer, Mangels, Butler & Marmaro | Creditor, Union Bank of California/ LISTEN ONLY |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1731178 | David M. Poitras | 310-203-8080 | Jeffer, Mangels, Butler & Marmaro ( | Creditor, Union Bank of California/ LISTEN ONLY |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1731184 | Kimberly Newmarch | 312-499-6057 | Paul Hastings Janofsky & Walker | Creditor, UBS Real Estate Securities, Inc./ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1733447 | Christy Rivera | 212-408-5530 | Chadbourne & Park, LLP | Creditor, Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc./ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1733458 | Richard Agins | 860-240-2840 | Bingham McCutchen, LLP | Interested Party, Deutsche Bank/ LIVE |