RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Leslie Marks
3099 Suter Street
Oakland, CA 94602

FILED
07 MAY 15 AM 9:52
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
MAY X 3 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE MARKS, In Pro Per, | ) CASE NO. C07 2133 SI |
| Plaintiff, | ) RELATED CASES: |
| | ) UNITED STATES DISTRICT COURT |
| v. | ) CASE NO: 06-06806 SI |
| OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, DB STRUCTURED PRODUCTS, INC. and DOES, 1-100, | ) UNITED STATES BANKRUPTCY COURT ) DISTRICT OF DELAWARE CHAPTER 11 ) CASE NOS: ▓▓▓▓▓▓▓ JOINTLY ) ADMINISTERED |
| Defendants. | ) **AMENDED LIS PENDENS** ) [CCP SECTION 405.20] ) ) Original Complaint filed ) In State Court: July 28, 2006 |

Notice is given that the above-entitled action was filed in the above-entitled court on April 17, 2007 by Leslie Barnes Marks, plaintiff, against OCWEN LOAN SERVICING, LLC AND DB STRUCTURED PRODUCTS, INC. The action affects title to specific real property or the right to possession of specific real property identified in the complaint in the above-entitled action.

1
LIS PENDENS

The specific real property affected by the action is located in Alameda County, California, commonly known as 3099 Suter Street and the land referred to is situated in the State of California, County of Alameda, City of Oakland, and is described as follows:

> A portion of Lots 10, 11 and 12, in Block K, of "Oakland Highlands, 1912", filed April 12, 1912, in Map Book 26, Page 79, Alameda County Records, described as follows:
>
> Beginning at the point of intersection of the Southwestern line of Suter, formerly Main Street; with the Northwestern line of Curran Avenue, as said street and avenue are shown on the map herein referred to; running thence Northwesterly along said line of Suter, formerly Main Street, 40 feet; thence at right angles Southwesterly 100 feet; thence at right angles Southeasterly 40 feet to the Northwester line of Curran Avenue; thence Northeasterly said line of Curran Avenue, 100 feet to the point of the beginning. (Being APN 218-927-6)

Dated: May __, 2007

_____
Leslie Marks, In Pro Se

## ORDER

The Complaint in this action has been read and on its face contains a claim with would affect title to real property. By approving the recording of this Lis Pendens, this Court does not determine the probable validity of the claim or whether the claim has merit. This claim may be subject to expungement as provided by law. Recording of this Lis Pendens is **Approved,** *CCP 405.21.*

Dated: May __, 2007

_____
Honorable Susan Illston
Judge of the United States District Court,
Northern District of California

2
LIS PENDENS

*Marks v Ocwen*, et al.
USDC NDC Case No.: C07 2133 SI

## PROOF OF SERVICE via CERTIFIED MAIL

I declare that:

I am a citizen of the United States, employed in the County of Alameda, California, over the age of eighteen years, and not a party to the within cause. I am reside in Alameda County, California, 94602. I am not a certified process server. On May 8, 2007, I served the within:

### NOTICE OF PENDENCY OF ACTION

**To the following parties and/or interested parties:**

Agent for Service of Process for DB Structured Products, Inc.:
**CERT # 7006 2760 0004 0865 8386**
CT Corporation System
818 W 7th Street
Los Angeles, CA 90017

Agent for Service of Process for OCWEN:
**CERT# 7006 2760 0004 0865 8393**
CSC Lawyers Incorporating
2730 Gateway Oaks Drive #100
Sacramento, CA 95833

**CERT# 7006 2760 0004 0865 8409**
US Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**CERT # 7006 2760 0004 0865 8416**
Mark D. Collins
Chun I. Jang
Michael Joseph Merchant
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19899

**CERT# 7006 2760 0004 0865 8423**
Timothy P. Carins
Pachulski Stang Ziehl Young Jones
919 N. Market Street, 17th Floor
Wilmington, DE 19801

**CERT# 7006 2760 0004 0865 8430**
Ben H. Logan
Suzanne S. Uhland
Austin K. Baron
Emily R. Culler
O'Melveny & Meyers LLP
275 Battery Street
San Francisco, California 94111

**CERT# 7006 2760 0004 0866 0174**
Brian H. Gunn
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596-3579

**CERT# 7006 2760 0004 0865 8157**
Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware, 19801

*Marks v Ocwen*, et al.
USDC NDC Case No.: C07 2133 SI

__X__ **BY CERTIFIED MAIL RETURN RECEIPT REQUESTED:** on the parties in said cause, by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as follows:

I certify and declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 3, 2007, at San Francisco, California.

Gina Moore