IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>NEW CENTURY TRS HOLDINGS, INC.<br>       Debtor | Case No. 07-10416-KJC<br>(Chapter 11) |
| BANK OF NEW YORK AS TRUSTEE C/O<br>COUNTRYWIDE HOME LOANS<br>       Movant | Ref: Docket No.  720 |
| THOMAS D.H. BARNETT, ESQUIRE<br>BAR NUMBER 0994<br>NEIL F. DIGNON, ESQUIRE<br>BAR NUMBER 3625<br>       Attorneys for the Movant<br>  v.<br>NEW CENTURY TRS HOLDINGS, INC, et al.<br>       Respondents | |

**ORDER TERMINATING AUTOMATIC STAY**

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by Bank of New York as Trustee c/o Countrywide Home Loans ("CHL"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Automatic Stay is terminated allowing CHL to exercise its rights under applicable law against the Debtor's Property more particularly described in the Mortgage which has the address of 4022 Deveaux Street, Niagara Falls, NY 14305 ("Property"), including, but not limited to foreclosure against the Property under the Mortgage.

Date:_____                    BY THE COURT:

                                                                   _____
                                                                   U.S. Bankruptcy Court Judge