IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2007 MAY 14 AM 11:22
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: NEW CENTURY TRS
HOLDIINGS, INC.

CHAPTER 11

BANKRUPTCY NO: 07-10416-KJC

AKA: NEW CENTURY
MORTGAGE/DBA

REQUEST OF CREDITOR FOR
SERVICE OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

> Eschelon Telecom, Inc.
> c/o Dennis D. Ahlers
> 730 Second Avenue South
> Suite 900
> Minneapolis, MN  55402

Dated: 5/9/07

Dennis Ahlers
Associate General Counsel
Eschelon Telecom, Inc.
730 Second Avenue South, Suite 900
Minneapolis, MN  55402
612-436-6249 (direct)
612-436-6349 (fax)
ddahlers@eschelon.com