

**CT**
a Wolters Kluwer business

CT
818 West Seventh Street
2nd Floor
Los Angeles, CA 90017

213 627 8252 tel
www.ctlegalsolutions.com

April 24, 2007

Delaware, U.S. Bankruptcy Court
824 Market Street,
5th Floor,
Wilmington, DE  19801

Re:  In Re: New Century TRS Holdings, Inc., et al., Debtors
Case No.  0710416KJC

Dear Sir/Madam:

C T Corporation System received the enclosed Notice of Sale Hearing.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,


Mara Velasco
Sr. Process Specialist

Log# 512159087

cc: