**JACK RILEY**
P.O. Box 13474
Spokane, WA 99213
Telephone: (509) 216-6080

May 9, 2007

U.S. Bankruptcy Court
District of Delaware
Attn: Court Clerk
824 Market Street
Wilmington, DE 19801

Re:   New Century Holdings TRS Holdings, Inc.
      Cause No.: 0710416

Dear Clerk:

On May 2, 2007, The Rose Townsend Trust filed its Limited Objection to the "Notice of Sale" Hearing Date of April 13, 2007, as Docket No. 534. Please note that the telephone number of the undersigned Trustee was stated incorrectly on page 2 of the Limited Objection, and it is hereby requested that the Court records be updated to reflect the correct phone number, which is (509) 216-6080.

If you should have any questions, please do not hesitate to contact me. Thank you for your assistance.

Very truly yours,

*Jack Riley*

JACK RILEY, Trustee of
The Rose Townsend Trust

cc:   Mark D. Collins
      Michael J. Merchant
      Marcos A. Ramos
      Ben H. Logan
      Suzanne S. Uhland
      Austin K. Barron
      Emily R. Culler