### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 07-10416 (KJC) |
| | ) | Jointly Administered |
| NEW CENTURY TRS HOLDINGS, INC., | ) | |
| *et al.,* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| | ) | |

### VERIFIED STATEMENT OF MCGUIREWOODS LLP PURSUANT TO BANKRUPTCY RULE 2019

McGuireWoods LLP ("McGuireWoods") represents the creditors identified below.

Pursuant to Federal Rule of Bankruptcy Procedure 2019, McGuireWoods makes the following

representations:

1.    McGuireWoods represents the following creditors in their respective capacities as

described below:

      (a)    ADT Security Services
One Town Center Road
Boca Raton, FL  33486

      (b)    Sprint Communications Company L.P. d/b/a Sprint Nextel Corporation
6450 Sprint Parkway
Mailstop KSOPHN0304-3B418
Overland Park, Kansas  66251

2.    McGuireWoods does not presently own, nor has it previously owned, any claims

against, or interests in, the Debtors or their estates.

3.    The undersigned hereby certifies that this verified statement is true and accurate

to the best of my information, knowledge, and belief.  McGuireWoods reserves its right to

revise, amend and/or supplement this verified statement as may be necessary or appropriate.

This statement is provided without prejudice to the right of McGuireWoods and its clients to file

any further statements, claims, proofs of claim, adversary complaints, documents, notices or

pleadings in these chapter 11 cases.


Dated:  May 15, 2007

MCGUIREWOODS LLP

_/s/ Sally E. Edison_____
Sally E. Edison  (PA I.D. #78678)
Dominion Tower, 23rd Floor
625 Liberty Avenue
Pittsburgh, PA  15222
Telephone:  (412) 667-6000
Facsimile:  (412) 667-6050
sedison@mcguirewoods.com

Counsel to ADT Security Services

-and-

_/s/ David I. Swan_____
David I. Swan (PA. I.D. #74685)
1750 Tysons Boulevard
Suite 1800
McLean, Virginia 22102
Telephone: (703) 712-5000
Facsimile: (703) 712-5050
dswan@mcguirewoods.com

Counsel to Sprint Communications Company L.P.
d/b/a Sprint Nextel Corporation


4575834