**VIA FIRST CLASS MAIL**
Suzzanne S. Uhland, Esq.
Brophy Christensen, Esq.
O'Melveny & Myers LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Fax: (415) 984-8701
[Counsel for Debtors]

**VIA FIRST CLASS MAIL**
Ben H. Logan, Esq.
O'Melveny & Myers LLP
400 So. Hope Street
Los Angeles, CA 90071
Fax: (253) 430-6407
[Counsel for Debtors]

**VIA FIRST CLASS MAIL**
Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
Fax: (302) 651-7701
[Counsel for Debtors]

**VIA FIRST CLASS MAIL**
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Fax: (212) 478-7400
[Counsel for the Statutory Committee of Unsecured Creditors]

**VIA FIRST CLASS MAIL**
Bonnie Glantz Fatell, Esq.
Blank Rome, LLP
Chase Manhattan Centre
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Fax: (302) 425-6464
[Counsel for the Statutory Committee of Unsecured Creditors]

**VIA FIRST CLASS MAIL**
Thomas S. Kiriakos, Esq
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
Fax: (312) 701-7711
[Counsel for Carrington Mortgage Services, LLC]

**VIA FIRST CLASS MAIL**
Steven K. Kortanek
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Fax: (302) 661-7728
[Counsel for Carrington Mortgage Services, LLC]

**VIA FIRST CLASS MAIL**
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

570238