IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC. | ) | |
| a Delaware corporation, et al.,[1] | ) | Case No. 07-10416 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**VERIFIED STATEMENT OF
MORRIS JAMES LLP
PURSUANT TO BANKRUPTCY RULE 2019**

I, Brett D. Fallon, Esquire, state that I am a partner in the firm of Morris James LLP ("Morris James"). Morris James, as attorneys for creditors of the above-named debtors, make the following statement pursuant to Bankruptcy Rule 2019:

1. Morris James are the attorneys for the creditors listed below with information required by Rule 2019:

    (a)    ADT Security Services
               One Town Center Road
               Boca Raton, FL 33486

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage)(d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resourece, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; Ncoral, L.P. a Delaware limited partnership.

BDF/1570279

    (b)    Sprint Communications Company L.P. d/b/a Sprint Nextel Corporation
6450 Sprint Parkway
Mailstop KSOPHN0304-3B418
Overland Park, KS 66251

2. MJHW does not own, nor has it ever owned, any claim whatsoever against the debtors or any equity securities of the debtors.

3. The undersigned hereby certifies that this verified statement is true and accurate to the best of my information, knowledge, and belief. Morris James reserves its right to revise, amend and/or supplement this verified statement as may be necessary or appropriate. This statement is provided without prejudice to the right of Morris James and its clients to file any further statements, claims, proofs of claim, adversary complaints, documents, notices or pleadings in these chapter 11 cases.

Dated: May 16, 2007

                                          **MORRIS JAMES LLP**

                                          */s/ Brett D. Fallon*
                                          Brett D. Fallon (DE Bar No. 2480)
                                          500 Delaware Avenue, Suite 1500
                                          P.O. Box 2306
                                          Wilmington, Delaware 19899-2306
                                          Telephone: (302) 888-6888
                                          Fax: (302) 571-1750
                                          Email: bfallon@morrisjames.com

                                          *Counsel for ADT Security Services, Inc.*
                                          *and Sprint Communications Company L.P.*
                                          *d/b/a Sprint Nextel Corporation*

Sworn to and subscribed before me this 16th day of May, 2007.

_____
Notary Public
My Commission Expires:

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2008

BDF/1570279

3