IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| MORTGAGE LENDERS NETWORK USA, INC.,[1] | ) ) | Case No. 07-10146 (PJW) Jointly Administered |
| | ) | |
| Debtor, | ) ) ) | Objection Deadline: May 18, 2007 at 4:00 p.m. Hearing Date: May 23, 2007 at 2:00 p.m. |

**LIMITED CURE OBJECTION OF ADT SECURITY SERVICES, INC. TO NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED
(Docket Nos. 465, 517 and 573)**

ADT Security Services, Inc. ("ADT"), files this limited objection ("Limited Cure Objection") to the Notice of Mortgage Lenders Network USA, Inc.'s to Counterparties to Executory Contracts and Unexpired Leases that May be Assumed and Assigned (Docket No. 573) ("Cure Notice"), and in accordance with the order approving the bidding and cure procedures associated with such sale (Docket No. 517) ("Bidding Procedures Order"). In support of the Limited Cure Objection, ADT states as follows:

1. On February 5, 2007 ("Petition Date"), the Debtor filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (as amended, the "Bankruptcy Code").

2. Prior to the Petition Date, Mortgage Lenders Network USA, Inc., a debtor and debtor-in-possession in the above-captioned matter, and ADT entered into that certain Sublease dated February 10, 2006 (the "ADT Lease") pursuant to which ADT sublet to Mortgage Lenders Network USA, Inc. approximately 4,000 square feet at 10 Research Way, Wallingford, Connecticut. A true and correct copy of the ADT Lease is attached hereto as Exhibit "A".

---

[1] Debtor's EIN: XX-XXX7394;
Debtor's Address: Middlesex Corporate Center, 213 Court Street, 11th Floor, Middletown, CT 06457

Under the ADT Lease, for the period January 1, 2007 to December 31, 2007, monthly gross rent is $5,833.33 per month.

3. The Cure Notice sets the Debtors' Cure Amount at $6,874 attributable to pre-petition liabilities and $4,791 attributable to post-petition liabilities (collectively, the "Cure Amount").

4. Section 365 of the Bankruptcy Code, 11 U.S.C. § 365, provides, in pertinent part:

> (b)(1) If there has been a default in an executory contract or unexpired lease . . . of the debtor, the trustee may not assume such contract . . . unless, at the time of assumption of such contract, the trustee
>
> (A) cures, or provides adequate assurance that the trustee will promptly cure, such default . . . .

11 U.S.C. § 365(b)(1)(A).

5. ADT continues to perform its obligations under the ADT Lease on a post-petition basis and rent and expenses associated with such performance continue to accrue. Depending on the closing date of the sale of the Debtors' assets referenced in the Cure Notice, therefore, the Cure Amount may increase.

6. ADT reserves the right to amend this Limited Cure Objection and/or the Cure Amount to the extent that ADT determines, *inter alia*, that any other or additional cure amounts are due and the cure of all defaults under the ADT Lease.

[remainder of page intentionally left blank]

WHEREFORE, ADT Security Services, Inc. respectfully requests that this Court enter an order (a) conditioning the Debtors' assumption of the ADT Lease upon the payment of all amounts due under the ADT Lease; and (b) granting such further relief as this Court deems just and proper.

Dated: May 16, 2007

MORRIS JAMES LLP

*/s/ Brett D. Fallon/*
Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: 302-888-6888
Facsimile: 302-571-1750
Email: bfallon@morrisjames.com

-and-

McGUIREWOODS LLP
Sally E. Edison (PA Bar No. 78678)
William C. Price (PA Bar No. 90871)
625 Liberty Avenue
Dominion Tower, 23rd Floor
Pittsburgh, PA 15222
Telehone: 412-667-6000
Email: sedison@mcguirewoods.com

*Counsel for ADT Security Services, Inc*