IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Proposed Hearing Date: 5/30/07 at 2:30 p.m. |
| | : | Proposed Objection Deadline: 5/25/07 at 4:00 p.m. |

## MOTION OF DEBTORS AND DEBTORS IN POSSESSION TO SHORTEN NOTICE AND OBJECTION PERIODS FOR DEBTORS' MOTION FOR ORDER TO PROVIDE ADEQUATE PROTECTION PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a), 361 AND 363(b)(1)

The above captioned debtors and debtors in possession (the "Debtors") hereby move the Court for an order pursuant to Rules 4001 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") shortening the notice and objection periods (the "Motion to Shorten") for the Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362 and 363(b)(1) [Docket No. 736] (the "Underlying Motion"). A copy

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

of the Underlying Motion is attached hereto as <u>Exhibit A</u>. In support of this Motion to Shorten, the Debtors respectfully represent as follows:

### Relief Requested

1. The Debtors respectfully request that the Court enter an order permitting the Underlying Motion to be heard on May 30, 2007 at 2:30 p.m. (Eastern Daylight Time) (the "<u>Hearing</u>") and establishing the objection deadline for the Underlying Motion as May 25, 2007 at 4:00 p.m. (Eastern Daylight Time). The Debtors intend to provide notice of the Underlying Motion via overnight mail to the Applicable Parties (as defined at ¶ 4 below), thus granting such parties fourteen (14) days notice of the Hearing on the Underlying Motion.

2. Bankruptcy Rule 4001(d), read in conjunction with Rule 9006-1(c) of the Local Rules requires that a motion for approval of an agreement to provide adequate protection be filed and served at least eighteen (18) days prior to the proposed hearing date unless the Court for cause shown shortens the time or directs another method of giving notice. Additionally, Local Rule 9006-1(c) provides that objection deadlines be set at least five (5) business days before a hearing date. The Debtors submit that allowing parties-in-interest additional time in which to object to the relief requested in the Underlying Motion is warranted given the shortened notice of the Hearing. Accordingly, the Debtors respectfully submit that the parties-in-interest will not be prejudiced by the dates proposed herein.

3. The Debtors believe it is crucial that the Court shorten the notice and objection periods for the Underlying Motion in order to curtail the potential filing of multiple adversary proceedings by Repurchase Counterparties[2] and Loan Purchasers. If the hearing on the Underlying Motion is scheduled later than May 30, 2007, the Repurchase Counterparties and

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Underlying Motion.

Loan Purchasers will likely decide that they should commence adversary proceedings given the substantial amount of that will pass before the Underlying Motion can be heard. In an effort to eliminate this possibility and avoid the costs associated with such proceedings, expedited review of the Underlying Motion is warranted.

4. Notice of the Underlying Motion has been provided to: (1) the Office of the United States Trustee for the District of Delaware, (2) counsel to Greenwich Capital Financial Products, Inc. ("Greenwich") and The CIT Group/Business Credit, Inc. ("CIT"), the Debtors' post-petition senior secured lenders; (3) the Official Committee of General Unsecured Creditors; (4) all Repurchase Counterparties and Loan Purchasers, (5) all other parties known to the Debtors who assert that property held by the Debtors on the Petition Date may not be property of the estates, and (6) all parties who have timely filed requests for notice under Rule 2002 of the Federal Rules of Bankruptcy Procedure (as amended from time to time, the "Bankruptcy Rules") (the "Applicable Parties"). The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, the Debtors respectfully request the entry of an order in the form attached hereto as Exhibit B: (i) permitting the Underlying Motion to be heard at the hearing on May 30, 2007 at 2:30 p.m. (Eastern Daylight Time), (ii) establishing the objection deadline for the Underlying Motion as May 25, 2007 at 4:00 p.m. (Eastern Daylight Time), and (iii) granting such other and further relief as may be just and proper.

Dated: May 16, 2007
       Wilmington, Delaware

/s/ *signature*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
Austin K. Barron
Alexandra B. Feldman
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION