## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| NEW CENTURY TRS HOLDINGS, ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al. ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for Tamares Real Estate Holdings, Inc., Plaza America Office Development, LLC and Plaza Office Realty II, LLC under section 1109(b) of the Bankruptcy Code, 11 U.S.C. §1109(b), and pursuant to Bankruptcy Rules 2002 and 9010, the undersigned request that an entry be made on the Clerk's Matrix in this case, and that all notices given or required to be given and all papers served or required to be served, in this case, be given to and served on:

**William F. Taylor, Jr., Esquire**
**Katharine L. Mayer, Esq.**
McCarter & English, LLP
919 N. Market , Suite 1800
P.O. Box 111
Wilmington, DE 19899
Telephone: (302) 984-6300
Facsimile: (302) 984-6399

**Richard M. Lucas, Esquire**
**Charles A. Malloy, Esquire**
Arnold & Porter
555 Twelfth Street, N.W.
Washington, D.C. 20004
Telephone: (202)-942-5000
Facsimile: (202)-942-5999

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by

mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that, among other things (1) affect or seek to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the Debtors, (b) property of the debtors' estates, or proceeds thereof, in which any of the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the Debtors may seek to use; or (2) require or seek to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated: May 17, 2007

**McCARTER & ENGLISH, LLP**

_____
William F. Taylor, Jr. (Del. # 2936)
Katharine L. Mayer (Del. #3758)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
Telephone: (302) 984-6300
Attorneys for Tamares Real Estate Holdings, Inc.,
Plaza America Office Development, LLC
and Plaza Office Realty II, LLC

ME1 6398642v.1

## CERTIFICATE OF SERVICE

I, William F. Taylor Jr., Esquire, certify that I am not less than 18 years of age, and that service of this Notice of Appearance and Request for Service of Papers was made on May 17, 2007, upon the parties listed below via United States First Class Mail.

**Mark D. Collins, Esq.**
Richards, Layton & Finger, P.A.
One Rodney Square, P. O. Box 551
Wilmington, DE 19899

**Bonnie Glantz Fatell**
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Creditor Committee*

*U.S. Trustee*
**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Under penalty of perjury, I declare that the foregoing is true and correct.

McCARTER & ENGLISH, LLP

William F. Taylor, Jr., Esq. (Del. # 2936)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
Telephone: (302) 984-6300
Attorney for Tamares Real Estate Holdings, Inc.,
Plaza America Office Development, LLC
and Plaza Office Realty II, LLC

May 17, 2007

ME1 6398642v.1