## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC. | ) | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al.,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE THAT ADT Security Services, Inc. ("ADT"), a

creditor and a party in interest in the above-captioned case, hereby appears in the above-

captioned case by its counsel, as set forth below, and such counsel hereby enters their

appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b),

and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and

§§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings

given or filed in this case be given and served upon them at the following:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage)(d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Sally E. Edison, Esquire
McGuireWoods LLP
Dominion Tower
625 Liberty Avenue, 23rd Floor
Pittsburgh, Pennsylvania 15222-3142
Telephone: (412) 667-6000
Facsimile: (412) 667-6050
Email: sedison@mcguirewoods.com

-and-

Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6888
Facsimile: (302) 571-1750
Email: bfallon@morrisjames.com

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT,** neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit shall waive (1) ADT's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) ADT's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) ADT's right to have

the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which ADT may be entitled to, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments ADT expressly reserves.

Dated: May 17, 2007                MORRIS JAMES LLP

Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware  19899-2306
Telephone:  (302)888-6888
Facsimile:   (302) 571-1750
Email:  bfallon@morrisjames.com

-and-

Sally E. Edison
McGuireWoods LLP
Dominion Tower
625 Liberty Avenue, 23rd Floor
Pittsburgh, Pennsylvania  15222-3142
Telephone:  (412) 667-6000
Facsimile:   (412) 667-6050
Email:  sedison@mcguirewoods.com

*Counsel for ADT Security Services, Inc.*