**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., | ) | Case No. 07-10416 – (KJC) |
| a Delaware corporation, et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

### AFFIDAVIT OF CASSANDRA D. LEWICKI, PARALEGAL

| | | |
|---|---|---|
| STATE OF DELAWARE | : | |
| | : SS: | |
| NEW CASTLE COUNTY | : | |

I, Cassandra D. Lewicki, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made.  I certify further that on May 17, 2007, I caused service of the following:

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Service was completed upon the parties listed on the attached service list in the manner as indicated thereon.

Date:  May 17, 2007

Cassandra D. Lewicki

SWORN TO AND SUBSCRIBED before me this 17th day of May, 2007.

NOTARY

**S. STACI HUDSON**
**Notary Public - State of Delaware**
**My Comm. Expires Dec. 11, 2008**

1570712

**VIA FIRST CLASS MAIL & FAX**
Suzzanne S. Uhland, Esq.
Brophy Christensen, Esq.
O'Melveny & Myers LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Fax: (415) 984-8701
[Counsel for Debtors]

**VIA FIRST CLASS MAIL & FAX**
Ben H. Logan, Esq.
O'Melveny & Myers LLP
400 So. Hope Street
Los Angeles, CA 90071
Fax: (253) 430-6407
[Counsel for Debtors]

**VIA FIRST CLASS MAIL & FAX**
Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
Fax: (302) 651-7701
[Counsel for Debtors]

**VIA FIRST CLASS MAIL & FAX**
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
Fax: (302) 573-6497

**VIA FIRST CLASS MAIL & FAX**
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Fax: (212) 478-7400
[Counsel for the Statutory Committee of Unsecured Creditors]

**VIA FIRST CLASS MAIL & FAX**
Bonnie Glantz Fatell, Esq.
Blank Rome, LLP
Chase Manhattan Centre
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Fax: (302) 425-6464
[Counsel for the Statutory Committee of Unsecured Creditors]

**VIA FIRST CLASS MAIL & FAX**
Thomas S. Kiriakos, Esq
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
Fax: (312) 701-7711
[Counsel for Carrington Mortgage Services, LLC]

**VIA FIRST CLASS MAIL & FAX**
Steven K. Kortanek
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Fax: (302) 661-7728
[Counsel for Carrington Mortgage Services, LLC]

570712