# EXHIBIT A

EXHIBIT A

Analysis of Contracts between Fidelity and New Century

*Account Receivables Analysis – New Century*

| Business Unit | Business Unit Address | Name of Agreement Per Exhibit | Amount Per Exhibit | Name of Agreement Per Fidelity | Contract Dated | Amount Outstanding Per Fidelity Up to 4/1/07 | Amount Outstanding Per Fidelity On and After 4/02/07 | Total Cure Per Fidelity |
|---|---|---|---|---|---|---|---|---|
| Fidelity National Field Services | 30825 Aurora Road Suite 140 Solon, OH 44139 | Fidelity Services Agreement As of 4/30/03 | $59,762.50 | FIELD SERVICE AGREEMENT | 04/30/03 | $236,352.00 | $58,291.00 | $294,643.00 |
| FIS Data Services, Inc. (f/k/a International Data Management Corporation) | 3100 New York Drive, Ste 100 MS-IDM Pasadena, CA 91107 | Subscription Agreement | $0.00 | N/A | N/A | $22,259.00 | $29,331.00 | $51,590.00 |
| Fidelity National Tax Services, Inc. | 3100 New York Dr. Pasadena, CA 91107 | Tax Services Agreement | $0.00 | Tax Services Agreement | 03/02/02 | $486,723.00 | $12,090.00 | $498,813.00 |
| FIS Default Solutions | 15661 Redhill Ave, Suite 201 Tustin, CA 92780 | Title Services Agreement | $0.00 | Title Services Agreement | 02/13/03 | $12,983.06 | $14,136.06 | $27,119.12 |
| Fidelity National Credit Services, Inc. | 3100 New York Drive, Pasadena, CA 91107 | Unable to Determine | Unable to Determine | MSA: New Century Mortgage Corporation Home123 | 7/12/2001 8/16/2005 | $535,909.00 | $24.87 | $535,933.87 |
| FNIS Flood Services, L.P. | 1521 North Cooper 4th Flr Arlington, Tx 76011 | Flood Zone Determination Agreement As of 10/31/05 | $70,043.50 | Flood Zone Determination Agmt | 10/31/05 | $213,928.00 | $862.00 | $214,790.00 |
| NewInvoice, LLC | 1270 Northland Drive, Ste 200 Mendota Heights, MN | Unable to Determine | Unable to Determine | NewInvoice LLC Mortgage Servicer Access Agreement | 01/06/03 | $1,000.00 | $0.00 | $1,000.00 |
| Hansen Quality, LLC | 9939 Carroll Park Dr San Diego, CA 92121 | Unable to Determine | Unable to Determine | End User Agreement | 4/28/2005, amended 4/25/06 | $868,335.00 | $959.00 | $869,294.00 |
| | | | **$129,806.00** | | | **$2,377,489.06** | **$115,693.93** | **$2,493,182.99** |

New Century Summary Analysis 5-17-07.XLS Summary

5/17/2007