## **EXHIBIT B**

1. Mortgage Loan Purchase Agreement, dated February 8, 2006, among NC Capital Corporation, as Responsible Party, Carrington Securities LP, as Seller and Stanwich Asset Acceptance Company, L.L.C., as Purchaser.

2. Mortgage Loan Purchase Agreement, dated June 21, 2006, among NC Capital Corporation, as Responsible Party, Carrington Securities LP, as Seller and Stanwich Asset Acceptance Company, L.L.C., as Purchaser.

3. Mortgage Loan Purchase Agreement, dated August 10, 2006, among NC Capital Corporation, as Responsible Party, Carrington Securities LP, as Seller and Stanwich Asset Acceptance Company, L.L.C., as Purchaser.

4. Mortgage Loan Purchase Agreement, dated September 28, 2006, among NC Capital Corporation, as Responsible Party, Carrington Securities LP, as Seller and Stanwich Asset Acceptance Company, L.L.C., as Purchaser.

5. Mortgage Loan Purchase Agreement, dated December 19, 2006, among NC Capital Corporation, as Responsible Party, Carrington Securities LP, as Seller and Stanwich Asset Acceptance Company, L.L.C., as Purchaser.