# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., | ) | Case No. 07-10416 – (KJC) |
| a Delaware corporation, et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF CASSANDRA D. LEWICKI, PARALEGAL

STATE OF DELAWARE    :
                                    : SS:
NEW CASTLE COUNTY  :

I, Cassandra D. Lewicki, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on May 17, 2007, I caused service of the following:

## AMENDED ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
## [DOCKET NO. 232]

Service was completed upon the parties listed on the attached service list in the manner as indicated thereon.

Date: May 17, 2007

_____
Cassandra D. Lewicki

SWORN TO AND SUBSCRIBED before me this 17th day of May, 2007.

_____
NOTARY

SHEILA M. GODWIN
Notary Public - State of Delaware
My Comm. Expires Mar. 17, 2009

1570949

**VIA FIRST CLASS MAIL**
Suzzanne S. Uhland, Esq.
Brophy Christensen, Esq.
O'Melveny & Myers LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
[Counsel for Debtors]

**VIA FIRST CLASS MAIL**
Ben H. Logan, Esq.
O'Melveny & Myers LLP
400 So. Hope Street
Los Angeles, CA 90071
[Counsel for Debtors]

**VIA FIRST CLASS MAIL**
Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
[Counsel for Debtors]

**VIA FIRST CLASS MAIL**
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**VIA FIRST CLASS MAIL**
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
[Counsel for the Statutory Committee of Unsecured Creditors]

**VIA FIRST CLASS MAIL**
Bonnie Glantz Fatell, Esq.
Blank Rome, LLP
Chase Manhattan Centre
1201 N. Market Street, Suite 800
Wilmington, DE 19801
[Counsel for the Statutory Committee of Unsecured Creditors]

**VIA FIRST CLASS MAIL**
Thomas S. Kiriakos, Esq
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
[Counsel for Carrington Mortgage Services, LLC]

**VIA FIRST CLASS MAIL**
Steven K. Kortanek
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
[Counsel for Carrington Mortgage Services, LLC]