IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
 NEW CENTURY TRS HOLDINGS, INC.　　　　　Case No. 07-10416-KJC
　　　Debtor　　　　　　　　　　　　　　　　(Chapter 11)

DEUTSCHE BANK NATIONAL TRUST
COMPANY, TRUSTEE C/O HOME LOAN　　　　Docket Number  761
SERVICES
150 ALLEGHENY CENTER MALL
PITTSBURGH, PA 15212
　　　Movant

THOMAS D.H. BARNETT, ESQUIRE
NEIL F. DIGNON, ESQUIRE
DRAPER & GOLDBERG, P.L.L.C.
P.O. BOX 947
512 EAST MARKET STREET
GEORGETOWN, DE 19947
　　　Attorneys for the Movant
  v.

NEW CENTURY TRS HOLDINGS, INC
18400 VON KARMAN AVE.
IRVINE, CA 92612
　　　(Debtor)
And

United States Trustee
844 King Street, Room 2207
LockBox# 35
Wilmington, DE 19899
　　　(U.S. Trustee)
　　　Respondent

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Deutsche Bank National Trust Company, Trustee c/o Home Loan Services ("HLS") by

undersigned counsel, respectfully moves this Honorable Court to terminate the Automatic

Stay and, as grounds therefore, states as follows:

1. This proceeding seeking relief under Section 362 of the U.S. Bankruptcy Code is a contested matter within the meaning of 9014 and 4001 of the Federal Rules of Bankruptcy Procedure, and this court has jurisdiction over this matter pursuant to 28 U.S.C. Section 157.

2. On April 2, 2007, the above named debtor, New Century TRS Holdings, Inc, ("Debtor"), filed in this court a Petition under Chapter 11 of the United States Bankruptcy Code.

3. On or about May 31st, 2005, Lucas Richardson, ("Obligor") executed and delivered to First Franklin, A Division of Nat. City Bank of IN. a Note in the amount of FIFTY TWO THOUSAND SEVEN HUNDRED and 00/100 dollars ($52,700.00), plus interest at the rate of 9.625% per annum, attorneys' fees, costs and late charges to be paid over thirty (30) years. A copy of the Note is attached as Exhibit "A" and incorporated herein.

4. To secure the repayment of the sums due under the Note, Lucas Richardson executed and delivered to First Franklin, A Division of Nat. City Bank of IN., a Mortgage dated May 31, 2005 encumbering the real property ("Property") more particularly described in the Mortgage which has the address of 310 West Third Street, Elmira, NY 14901. A copy of the Mortgage is attached as Exhibit "B" and incorporated herein.

5. The Mortgage and Note were later transferred to HLS and HLS is the holder of the Mortgage and Note.

6. Review of the Title to the property shows the Debtor, New Century TRS Holdings, Inc, holds a lien junior to the lien created by HLS by virtue of a City of Elmira Court Judgement granted on June 23,2003 and entered on July 15, 2003 in Index No. 2003-C-0283 vs. Lucas Richardson in the sum of $1,516.94.

7. The Obligor is in default under the HLS Note.

8. The Lien created by the Judgement held by New Century TRS Holdings, Inc, referred to in paragraph 6, is not necessary for Debtor's reorginization, as said lien adds little or no value to the Bankruptcy Estate.

9. A continued Stay of HLS's action against the Obligors will cause HLS significant prejudice.

10. Cause exists to terminate the Automatic Stay.

11. It is not economically feasible to attempt to recover the Judgement amount for the Bankruptcy Estate as the underlying real property is located out of state.

WHEREFORE, the premises considered, HLS respectfully requests that this Court enter an Order terminating the Automatic Stay allowing HLS to exercise its legal rights under applicable law as to the Property, including but not limited to foreclosure against the Property under the Mortgage, and for such other and further relief as this court deems just and proper.

Respectfully submitted,

Dated: 5/18/2007        /s/ Neil F. Dignon

Thomas D.H. Barnett  #0994
Neil F. Dignon #3625
Draper & Goldberg, P.L.L.C.
P.O. Box 947
512 East Market Street
Georgetown, Delaware 19947
(302) 855-9252

CERTIFICATION OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Motion for Relief from Automatic Stay and Proposed Order were mailed by first class mail, postage-paid, this 18th day of May , 2007 to the following parties:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
Debtor

Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joesph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorney for the Debtor

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for the Official Committee of Unsecured Creditors

    /s/ Neil F. Dignon_____
Thomas D.H. Barnett, Esquire
Neil F. Dignon, Esquire