IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
NEW CENTURY TRS HOLDINGS, INC.                    Case No. 07-10416-KJC
     Debtor                                              (Chapter 11)
DEUTSCHE BANK NATIONAL TRUST                      Ref: Docket No. 761
COMPANY, TRUSTEE C/O HOME LOAN
SERVICES
     Movant

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
     Attorneys for the Movant
  v.
NEW CENTURY TRS HOLDINGS, INC, et al.
     Respondents

**ORDER TERMINATING AUTOMATIC STAY**

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by Deutsche Bank National Trust Company, Trustee c/o Home Loan Services ("CHL"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Automatic Stay is terminated allowing HLS to exercise its rights under applicable law against the Debtor's Property more particularly described in the Mortgage which has the address of 310 West Third Street, Elmira, NY 14901 ("Property"), including, but not limited to foreclosure against the Property under the Mortgage.

Date:_____                         BY THE COURT:

                                                                              _____
                                                                              U.S. Bankruptcy Court Judge