IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC., | § | Case No. 07-10416 (KJC) |
| a Delaware Corporation, *et al.*, | § | |
| | § | Jointly Administered |
| Debtors. | § | Objection Deadline: 5/18/07 at 12:00 p.m. |
| | § | Hearing Date: 5/21/07 at 10:00 a.m. |
| | § | Related to Docket Nos. 340, 420, 661 |

### SUPPLEMENT TO OBJECTION OF AFFILIATED COMPUTER SERVICES, INC. AND ACS COMMERCIAL SOLUTIONS, INC. TO NOTICE OF INTENT TO ASSUME AND ASSIGN AND FIXING OF CURE AMOUNTS CONCERNING ADEQUATE ASSURANCE OF FUTURE PERFORMANCE

Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc. (collectively, "ACS"), by their undersigned attorneys, files this Supplement to Objection to Debtors' Notice of Intent to Assume and Assign and Fixing of Cure Amounts (the "Notice") [Docket No. 420] Concerning Adequate Assurance of Future Performance and in support thereof avers as follows:

1. New Century TRS Holdings, Inc., along with its affiliated companies (the "Debtors") filed their respective Chapter 11 cases on April 2, 2007 (the "Petition Date"). The Debtors are managing their assets and businesses as debtors-in-possession.

2. On April 4, 2007, the Debtors filed their Emergency Motion of Debtors and Debtors in Possession for (I) an Order (a) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Assets Used in Their Loan Servicing Business, (b) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (c) Granting Related Relief and (II) an Order (a) Approving the Proposed Sale and (b) Granting Related Relief (the "Sale Motion"). In the Sale Motion, the

Debtors sought approval to establish bid procedures and bid protections, hold an auction and to approve a sale of their loan servicing business.

3. On April 19, 2007, the Bankruptcy Court entered an order establishing bid procedures (the "Bid Procedures Order"). Under the terms of the Bid Procedures Order, procedures were established to govern the sale and potential auction of the Debtors' loan servicing business. The Bid Procedures Order also required the Debtors to send a Notice of Assumption and Assignment to non-debtor counterparts of executory contracts setting forth the Debtors' intention to assume and assign certain executory contracts to the winning bidder and proposed cure amounts.

4. On or about April 24, 2007, the Debtors mailed the Notice of New Century's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of Its Servicing Business and the Fixing of Cure Costs Associated Therewith ("Notice of Assumption and Assignment"). The Debtors' Agreement with ACS is listed on Exhibit "A" thereto as a proposed contract to be assumed and assigned to the winning bidder and the cure amount is listed as "zero".

5. On May 14, 2007, ACS filed its Objection to Debtors' Notice of Intent to Assume and Assign and Fixing of Cure Amounts [Docket No. 661] ("Original Objection").

6. In paragraph 11 of the Original Objection, ACS also preserved its rights concerning adequate assurance and reserved the right to object to adequate assurance of future performance as the identity of the bidders became known.[1]

7. As of the filing of this Objection, the identity of the winning bidder is known but ACS has not received any information concerning adequate assurance of future performance.

---

[1] The original objection deadline to object to adequate assurance was the close of business on Thursday, May 17, 2007. However, due to some confusion about whether adequate assurance would be tried on Monday, May 21, 2007, the counsel for the unsecured creditors' committee extended the deadline through May 18, 2007 at 12 noon.

2

ACS is supposed to receive some information later today. ACS objects to the assumption and assignment of its contract until such information can be received and evaluated. ACS reserves its right to amend its objection to add more specific allegations concerning adequate assurance of future performance as such information becomes known.

WHEREFORE, ACS respectfully requests that the assignment of the contract as requested in the Bid Procedures Order and the Notice of Assumption and Assignment be denied unless the cure amount is paid in full as detailed herein and ACS is satisfied concerning adequate assurance of future performance and for such and other further relief as may be justly entitled.

Dated: May 18, 2007

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Karen C. Bifferato/*

Karen C. Bifferato, Esquire (#3279)
Christina M. Thompson (#3976)
1007 North Orange Street
Post Office Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614

- and -

Larry A. Levick
Texas Bar No. 12252600
Michelle E. Shriro
Gerard Singer Levick, P.C.
Delaware Bar No. 3219
16200 Addison Road, Suite 140
Addison, Texas 75001
Telephone: (972) 380-5533
Facsimile: (972) 380-5748
Attorneys for Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc.

#539968