## CERTIFICATE OF SERVICE

I, Christina M. Thompson, hereby certify that on this 18th day of May, 2007, I caused a true and correct copy of the foregoing document to be served upon the individuals identified on the attached service list in the manner as indicated thereon.

*[signature]*
Christina M. Thompson (No. 3976)

#539960-1

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North Market Street
Wilmington, Delaware 19801
**HAND DELIVERY/FACSIMILE**

Bonnie Glanz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, Delaware 19801
**HAND DELIVERY/FACSIMILE**

Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
**HAND DELIVERY/FACSIMILE**

Suzzanne S. Uhland, Esquire
Brophy Christensen, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, California 94111
**FACSIMILE/FIRST CLASS MAIL**

Ben H. Logan, Esquire
O'Melveny & Myers LLP
400 So. Hope Street
Los Angeles, California 90071
**FACSIMILE/FIRST CLASS MAIL**

Mark T. Power, Esquire
Hahn & Hessen LLP
Ben H. Logan, Esquire
488 Madison Avenue
New York, New York 10022
**FACSIMILE/FIRST CLASS MAIL**

Thomas S. Kiriakos, Esquire
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606
**FACSIMILE/FIRST CLASS MAIL**

Elihu E. Allinson, III
William D. Sullivan
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
**HAND DELIVERY**

Michael R. Lastowski
Christopher M. Lastowski
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
**HAND DELIVERY**

Daniel K. Astin
Anthony M. Saccullo
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, DE 19899-2323
**HAND DELIVERY**

| | |
|---|---|
| Richard M. Beck<br>Christopher A. Ward<br>Michael W. Yurkewicz<br>Joanne B. Wills<br>Klehr, Harrison, Harvey, Branzburg & Ellers, LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>**HAND DELIVERY** | Don A. Beskrone<br>William P. Bowden<br>Gregory A. Taylor<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>**HAND DELIVERY** |
| Ian Connor Bifferato<br>Garvan F. McDaniel<br>Bifferato Gentilotti LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801<br>**HAND DELIVERY** | Robert S. Brady<br>Michael R. Nestor<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>**HAND DELIVERY** |
| Michael Busenkell<br>Eckert, Seamans, Cherin & Mellot, LLC<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE 19801<br>**HAND DELIVERY** | Mary F. Caloway<br>Eric Lopez Schnabel<br>Buchanan Ingersoll & Rooney PC<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>**HAND DELIVERY** |
| William E. Chipman, Jr.<br>Edwards Angell Palmer & Dodge LLP<br>919 Market Street, Suite 1500<br>Wilmington, DE 19801<br>**HAND DELIVERY** | Megan E. Cleghorn<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, DE 19801<br>**HAND DELIVERY** |
| Richard S. Cobb<br>Matthew B. McGuire<br>Adam G. Landis<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801<br>**HAND DELIVERY** | Charlene D. Davis<br>Neil B. Glassman<br>Steven M. Yoder<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>**HAND DELIVERY** |

Robert J. Dehney
Gregory W. Werkheiser
Daniel B. Butz
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801
**HAND DELIVERY**

Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
**HAND DELIVERY**

Michael G. Gallerizzo
David V. Fontana
Gebhart & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801
**HAND DELIVERY**

Joseph Grey
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
**HAND DELIVERY**

Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
**HAND DELIVERY**

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
**HAND DELIVERY**

Christopher D. Loizides
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
**HAND DELIVERY**

David M. Fournier
Evelyn J. Meltzer
David B. Stratton
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street, Suite 5100
Wilmington, DE 19801
**HAND DELIVERY**

Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801
**HAND DELIVERY/FACSIMILE**

Francis A. Monaco, Jr.
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
**HAND DELIVERY**

| | |
|---|---|
| Norman M. Monhait<br>Rosenthal, Monhait & Goddess, P.A.<br>919 Market Street, Suite 1401<br>Wilmington, DE 19801<br>**HAND DELIVERY** | Laurie Selber Silverstein<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801<br>**HAND DELIVERY** |
| Ellen W. Slights<br>U.S. Attorney's Office<br>1007 Orange Street, 7th Floor<br>Wilmington, DE 19801<br>**HAND DELIVERY** | Brian A. Sullivan<br>Amy D. Brown<br>Werb & Sullivan<br>300 Delaware Avenue<br>Wilmington, DE 19801<br>**HAND DELIVERY** |
| William F. Taylor<br>Katherine L. Mayer<br>McCarter & English, LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br>**HAND DELIVERY** | Lisa C. McLaughlin<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>**FIRST CLASS MAIL** |
| Division of Unemployment Insurance<br>Department of Labor<br>4425 North Market Street<br>Wilmington, DE 19802<br>**FIRST CLASS MAIL** | James E. Huggett<br>Margolis Edelstein<br>750 S. Madison Street, Suite 102<br>Wilmington, DE 19801<br>**FIRST CLASS MAIL** |
| Delaware Secretary of State<br>Division of Corporations<br>Franchise Tax Division<br>P.O. Box 7040<br>Dover, DE 19903<br>**FIRST CLASS MAIL** | Secretary of the Treasury<br>P.O. Box 7040<br>Dover, DE 19903<br>**FIRST CLASS MAIL** |

Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, DC 20020
**FIRST CLASS MAIL**

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201
**FIRST CLASS MAIL**

IKON Office Solutions
Recovery & Bankruptcy
3920 Ark Wright Road, Suite 400
Macon, GA 31210
**FIRST CLASS MAIL**

XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA 90295
**FIRST CLASS MAIL**

David G. Aelvoet
Linebarger Goggan Blair & Sampson LLP
Travis Building, 711 Navarro, Suite 300
San Antonio, TX 78205
**FIRST CLASS MAIL**

Richard H. Agins
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178
**FIRST CLASS MAIL**

John J. Arminas
Goldberg, Kamin & Garvin
1806 Frick Building, 437 Grant Street
Pittsburgh, PA 15219
**FIRST CLASS MAIL**

Hernando Azarcon
Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI 48075
**FIRST CLASS MAIL**

D.J. Baker
Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522
**FIRST CLASS MAIL**

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430
**FIRST CLASS MAIL**

Paul M. Basta
Joshua A. Sussberg
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
**FIRST CLASS MAIL**

Mark N. Berman
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-1832
**FIRST CLASS MAIL**

Matthew Botica
David Wirt
Grayson Walter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
**FIRST CLASS MAIL**

Frank G. Burt
Raul A. Cuervo
W. Glenn Merten
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-5208
**FIRST CLASS MAIL**

James S. Carr
David Retter
Christena A. Lambrianakos
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
**FIRST CLASS MAIL**

Richard A. Chesley
Kimberly D. Newmarch
Paul, Hastings, Janofsy & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
**FIRST CLASS MAIL**

Robert P. Cocco
Robert P. Cocco, P.C.
437 Chestnut Street, Suite 1006
Philadelphia, PA 19106
**FIRST CLASS MAIL**

Ken Coleman
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY
**FIRST CLASS MAIL**

Gretchen Crawford
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102
**FIRST CLASS MAIL**

Raniero D'Aversa, Jr.
Laura D. Metzger
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820
**FIRST CLASS MAIL**

| | |
|---|---|
| Luc A. Despins<br>Wilbur F. Foster<br>Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>**FIRST CLASS MAIL** | Robert M. Dombroff<br>Steven Wilamowsky<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022-4689<br>**FIRST CLASS MAIL** |
| Amish R. Doshi<br>Day Pitney LLP<br>7 Times Square<br>New York, NY 10036-7311<br>**FIRST CLASS MAIL** | Dennis J. Drebsky<br>Nixon Peabody LLP<br>437 Madison Avenue<br>New York, NY 10022<br>**FIRST CLASS MAIL** |
| Michael S. Etkin<br>Ira M. Levee<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>**FIRST CLASS MAIL** | Charles J. Filardi, Jr.<br>Filardi Law Offices LLC<br>65 Trumbull Street, Second Floor<br>New Haven, CT 06510<br>**FIRST CLASS MAIL** |
| T. Robert Finlay<br>Donna L. La Porte<br>Wright, Finlay & Zak, LLP<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 92660<br>**FIRST CLASS MAIL** | Barry Freeman<br>Jeffer Mangels Butler & Marmaro, LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067<br>**FIRST CLASS MAIL** |
| Scot Freeman<br>Account Resolution<br>Travelers<br>National Accounts<br>1 Tower Square - 5MN<br>Hartford, CT 06183-4044<br>**FIRST CLASS MAIL** | Nathan Fuchs<br>Securities & Exchange Commission<br>233 Broadway<br>New York, NY 10279<br>**FIRST CLASS MAIL** |

Andrew J. Gallo
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
**FIRST CLASS MAIL**

Robert P. Gates
Erskine & Tulley
220 Montgomery Street, Suite 303
San Francisco, CA 94104
**FIRST CLASS MAIL**

Jeffrey I. Golden
Hutchison B. Meltzer
Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
**FIRST CLASS MAIL**

Alberto P. Gonzalez
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001
**FIRST CLASS MAIL**

Robert Goodrich
Stites & Harison, PLLC
1800 Fifth Third Center
424 Church Street
Nashville, TN 37219-2376
**FIRST CLASS MAIL**

Bruce Gordon
IBM Credit LLC
Special Handling Group-MD NC322, North Castle Dr
Armonk, NY 10504
**FIRST CLASS MAIL**

Lawrence P. Gottesman
Sukyong Suh
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
**FIRST CLASS MAIL**

Salvatore J. Graziano
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
**FIRST CLASS MAIL**

Robert E. Greenberg
Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC
1101 Seventeenth Street, N.W. Suite 700
Washington, DC 20036-4704
**FIRST CLASS MAIL**

Charles A. Hansen
Mark S. Bostick
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
**FIRST CLASS MAIL**

A. Michelle Hart
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA  30076-2102
**FIRST CLASS MAIL**

Jed Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY  10167
**FIRST CLASS MAIL**

Howard R. Hawkins, Jr.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
**FIRST CLASS MAIL**

Sheldon I. Hirshon
Proskauer Rose LLP
1585 Broadway
New York, NY  10036-8299
**FIRST CLASS MAIL**

Nancy Hotchkiss
Trainor Fairbrook
P.O. Box 255824
980 Fulton Avenue
Sacramento, CA  95865
**FIRST CLASS MAIL**

Mitchell W. Katz
Qwest Legal Department
1801 California Street, Suite 900
Denver, CO  80202
**FIRST CLASS MAIL**

Gregg S. Kleiner
Cooley Godward Kronish LLP
101 California Street, 5th Floor
San Francisco, CA  94111-2222
**FIRST CLASS MAIL**

Thomas M. Korsman
Vice President
Wells Fargo Bank, N.A.
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN  55479
**FIRST CLASS MAIL**

Matthew J. Lampke
Assistant Chief
Ohio Attorney General's Office
Executive Agencies Section
30 E. Broad Street, 26th Floor
Columbus, OH  43215-4200
**FIRST CLASS MAIL**

Mark Lee
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830
**FIRST CLASS MAIL**

Randall S. Leff
Eric M. Heller
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212-2974
**FIRST CLASS MAIL**

Chris Lenhart
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
**FIRST CLASS MAIL**

Paul T. Liu
John Guerry
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA 91302
**FIRST CLASS MAIL**

William G. Malcolm
Malcolm & Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612
**FIRST CLASS MAIL**

Carlos G. Manalansan
Wolff & Samson, PC
The Offices of Crystal Lake, One Boland Drive
West Orange, NJ 07052
**FIRST CLASS MAIL**

Julie A. Manning
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
**FIRST CLASS MAIL**

Mark Manski
Barclays Bank PLC
200 Park Avenue
New York, NY 10166
**FIRST CLASS MAIL**

Richard F. Martin
8109 Santa Luz Village Green South
San Diego, CA 92127
**FIRST CLASS MAIL**

Frank F McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
**FIRST CLASS MAIL**

Sari E. Meador
Delinquency and Enforcement
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, FL 33831-2016
**FIRST CLASS MAIL**

David A. Meskan
500 Eagles Landing, LLC
2100 Green Street, Apt. 404
San Francisco, CA 94123
**FIRST CLASS MAIL**

Keith W. Miller
James R. Bliss
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, NY 10022
**FIRST CLASS MAIL**

John E. Mitchell
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
**FIRST CLASS MAIL**

Sheryl L. Moreau
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
P.O. Box 475
301 W. High Street, Room 670
Jefferson City, MO 65105-0475
**FIRST CLASS MAIL**

Steven H. Newman
Katsy Korins LLP
605 Third Avenue, 16th Floor
New York, NY 10158
**FIRST CLASS MAIL**

Blair A. Nicholas
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
**FIRST CLASS MAIL**

Mary E. Olsen
M. Vance McCrary
J. Cecil Gardner
The Gardner Firm, P.C.
1119 Government Street
Mobile, AL 36652
**FIRST CLASS MAIL**

Gregory M. Petrick
Angela Somers
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
**FIRST CLASS MAIL**

Leo D. Plotkin
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049-1633
**FIRST CLASS MAIL**

David M. Poitras
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
**FIRST CLASS MAIL**

Daniel T. Powers
Chatham County Tax Commissioner
P.O. Box 8321
Savannah, GA 31412
**FIRST CLASS MAIL**

Mark H. Ralston
Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201
**FIRST CLASS MAIL**

Michael Reed
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680
**FIRST CLASS MAIL**

Glenn M. Reisman
Two Corporate Drive, Suite 234
Shelton, CT 06484
**FIRST CLASS MAIL**

Richard J. Reynolds
Turner, Reynolds, Greco & O'Hara
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618
**FIRST CLASS MAIL**

Robert F. Reynolds
Slatkin & Reynolds, P.A.
One East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33301
**FIRST CLASS MAIL**

Diane J. Richey
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, CA 90071
**FIRST CLASS MAIL**

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
1949 South I.H. 35
Austin, TX 78760
**FIRST CLASS MAIL**

James R. Savin
David M. Dunn
Joanna F. Newdeck
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
**FIRST CLASS MAIL**

Margot B. Schonholtz
Mark F. Liscio
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
**FIRST CLASS MAIL**

Felix A. Seidler
Reeves & Seidler
2527 Santa Clara Avenue
Alameda, CA 94501-4633
**FIRST CLASS MAIL**

Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 N. Central Expressway
Dallas, TX 75205
**FIRST CLASS MAIL**

Bryn H. Sherman
Deckelbaum Ogens & Raftery, Chtd.
3 Bethesda Metro Center, Suite 200
Bethesda, MD 20814
**FIRST CLASS MAIL**

Don C. Sherwood
Sherwood and Hardgrove
11812 San Vicente Boulelvard, Suite 210
Los Angeles, CA 90049-6622
**FIRST CLASS MAIL**

J.R. Smith
Jason W. Harbour
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
**FIRST CLASS MAIL**

Joseph H. Smolinsky
Douglas E. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
**FIRST CLASS MAIL**

Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
**FIRST CLASS MAIL**

Claudia Z. Springer
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
**FIRST CLASS MAIL**

David I. Swan
Kenneth M. Misken
McGuire Woods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215
**FIRST CLASS MAIL**

Patricia B. Tomasco
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701
**FIRST CLASS MAIL**

John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901
**FIRST CLASS MAIL**

Madeleine C. Wanslee
Gust Rosenfeld PLC
201 E. Washington, Suite 800
Phoenix, AZ 85004-2327
**FIRST CLASS MAIL**

Gilbert B. Weisman
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701
**FIRST CLASS MAIL**

Seth R. Weissman
V.P. & General Counsel
Coremetrics, Inc.
1840 Gateway Drive, Suite 320
San Mateo, CA 94404
**FIRST CLASS MAIL**

Elizabeth Weller
Linebarger Googan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644
**FIRST CLASS MAIL**

Katherine M. Windler
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
**FIRST CLASS MAIL**

Stuart B. Wolfe
Yaron Shaham
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614
**FIRST CLASS MAIL**

Brian D. Womac
Denise H. Mitchell
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, TX 77024
**FIRST CLASS MAIL**

Donald A. Workman
Baker & Hostetler LLP
1050 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036
**FIRST CLASS MAIL**

David H. Zielke
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, WMC 3501
Seattle, WA 98101
**FIRST CLASS MAIL**