# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **NEW CENTURY TRS HOLDINGS, INC.,** | § | Case No. 07-10416 (KJC) |
| a Delaware Corporation, *et al.*, | § | (Jointly Administered) |
| | § | Hearing Date: 5/21/07 at 10:00 a.m. |
| Debtors. | § | Related to Docket No. 764 |

## NOTICE OF WITHDRAWAL OF SUPPLEMENT TO OBJECTION OF AFFILIATED COMPUTER SERVICES, INC. AND ACS COMMERCIAL SOLUTIONS, INC. TO NOTICE OF INTENT TO ASSUME AND ASSIGN AND FIXING OF CURE AMOUNTS CONCERNING ADEQUATE ASSURANCE OF FUTURE PERFORMANCE

Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc. (collectively, "ACS"), by their undersigned attorneys, files this its Notice of Withdrawal of its Supplement to Objection to Debtors' Notice of Intent to Assume and Assign and Fixing of Cure Amounts Concerning Adequate Assurance of Future Performance and in support thereof avers as follows:

1. ACS hereby withdraws its Supplement to Objection to Debtors' Notice of Intent to Assume and Assign and Fixing of Cure Amounts Concerning Adequate Assurance of Future Performance ("Supplement") [Docket No. 764] and is no longer prosecuting any objection relating to adequate assurance of future performance. However, ACS is hereby preserving and reserving its other objections including those relating to "cure" as set for in its Objection to Debtors' Notice of Intent to Assume and Assign and Fixing of Cure Amounts [Docket No. 661] ("Original Objection").

WHEREFORE, ACS respectfully requests that the Court take notice of its withdrawal of its Supplement and its preservation and reservation of its other rights and for such and other further relief as may be justly entitled.

Dated: May 18, 2007                    CONNOLLY BOVE LODGE & HUTZ LLP

*[signature]*

Karen C. Bifferato, Esquire (#3279)
Christina M. Thompson (#3976)
1007 North Orange Street
Post Office Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614

- and -

Larry A. Levick
Texas Bar No. 12252600
Michelle E. Shriro
Gerard Singer Levick, P.C.
Delaware Bar No. 3219
16200 Addison Road, Suite 140
Addison, Texas 75001
Telephone: (972) 380-5533
Facsimile: (972) 380-5748
Attorneys for Affiliated Computer Services, Inc.
and ACS Commercial Solutions, Inc.

#540030