## CERTIFICATE OF SERVICE

I, Christina M. Thompson, hereby certify that on this 18th day of May, 2007, I caused a true and correct copy of the foregoing document to be served upon the individuals listed on the attached service list as indicated thereon.

Christina M. Thompson (No. 3976)

#540011-1

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North Market Street
Wilmington, Delaware 19801
**HAND DELIVERY/FACSIMILE**

Bonnie Glanz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, Delaware 19801
**HAND DELIVERY/FACSIMILE**

Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
**HAND DELIVERY/FACSIMILE**

Suzzanne S. Uhland, Esquire
Brophy Christensen, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, California 94111
**FACSIMILE/FIRST CLASS MAIL**

Ben H. Logan, Esquire
O'Melveny & Myers LLP
400 So. Hope Street
Los Angeles, California 90071
**FACSIMILE/FIRST CLASS MAIL**

Mark T. Power, Esquire
Hahn & Hessen LLP
Ben H. Logan, Esquire
488 Madison Avenue
New York, New York 10022
**FACSIMILE/FIRST CLASS MAIL**

Thomas S. Kiriakos, Esquire
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606
**FACSIMILE/FIRST CLASS MAIL**

Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801
**HAND DELIVERY/FACSIMILE**