# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | **Re: Docket Nos. 70 and 340** |

## NOTICE OF SUCCESSFUL BIDDER, SALE HEARING AND CONTINUANCE OF HEARING WITH RESPECT TO TIMELY FILED CURE OBJECTIONS OTHER THAN AS TO SERVICING AGREEMENTS

PLEASE TAKE NOTICE THAT, on April 4, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed their Emergency Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Assets Used in their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 70] (the "Sale Motion"), with the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

1

PLEASE TAKE FURTHER NOTICE THAT, on April 20, 2007, the Court entered its Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Bidding Procedures, Including Break-Up Fee and Expense Reimbursement Payable to Carrington Mortgage Services, LLC for Sale of Debtors' Servicing Business; (II) Scheduling Bid Deadline, Auction Date, and Sale Hearing and Approving Notice Thereof; and (III) Approving Procedures to Fix Cure Amounts Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Approving Notice Thereof [Docket No. 340] (the "Bidding Procedures Order").

PLEASE TAKE FURTHER NOTICE THAT, on April 24, 2007, pursuant to the Bidding Procedures Order, the Debtors served their first Notice of New Century's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of the Servicing Business and Fixing of Cure Costs Associated Therewith (the "Notice") (copy attached as Exhibit A). The Notice included the identity of certain contracts, unexpired leases and other agreements of the Debtors which the Debtors may propose to assume and assign in connection with the Debtors' sale of the Servicing Business,[2] including any proposed cure amount in connection therewith.

PLEASE TAKE FURTHER NOTICE THAT, on May 16, 2007, pursuant to paragraph 5 of the Bidding Procedures Order, the Debtors conducted an auction for the Servicing Business (the "Auction"). At the conclusion of the Auction, the Debtors determined that Carrington Capital Management, LLC and Carrington Capital Mortgage Services, LLC (collectively, "Carrington") had submitted the Successful Bid and that Carrington was the Successful Bidder at the Auction.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings attributed to them in the Bidding Procedures Order.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Bidding Procedures Order, a hearing on the Sale Motion (including the Debtors' request for the Court to approve the sale of the Servicing Business to Carrington and the Debtors' assumption and assignment of certain executory contracts, unexpired leases or other agreements in connection therewith) is scheduled to take place on May 21, 2007 at 10:00 a.m. (Eastern Time), before the Honorable Kevin J. Carey, Courtroom 5, 824 N. Market Street, 5th Floor, Wilmington, Delaware 19801 (the "Hearing").

PLEASE TAKE FURTHER NOTICE THAT, certain non-Debtor parties to the contracts, unexpired leases and other agreements identified in the Notice have filed objections (the "Cure Objections") to the cure amounts proposed by the Debtors.

PLEASE TAKE FURTHER NOTICE THAT, the Hearing is going forward as to the Debtors' request for authorization to assume and assign the contracts, unexpired leases and other agreements identified in the Notice; provided, however, that the Debtors intend to request that the Court's consideration of (1) any of the Cure Objections, except with respect to any Cure Objections relating to the Servicing Agreements (as defined below), and (2) any assignment objections to the effect that the pertinent executory contract or unexpired lease cannot be assigned to Carrington by virtue of Section 365(c)(1) of the Bankruptcy Code because applicable law excuses the nondebtor party from accepting performance from or rendering performance to an entity other that the debtor or the debtor-in-possession and the nondebtor party in fact has not consented to the proposed assignment to Carrington, be adjourned to the omnibus hearing that is scheduled in these cases for June 27, 2007 at 10:00 a.m. (Eastern Time). All other objections to the assumption and assignment of the contracts, unexpired leases and other agreements identified in the Notice shall be considered at the Hearing.

RLF1-3152614-3

PLEASE TAKE FURTHER NOTICE THAT, all objections as to the assumption and assignment of the following contracts, unexpired leases and other agreements (the "Servicing Agreements"), including any Cure Objections, shall be considered at the Hearing: (i) any contracts, unexpired leases and other agreements with Deutsche Bank National Trust Company and (ii) any contracts, unexpired leases and other agreements with Wells Fargo Bank, N.A.

Dated: May 18, 2007
Wilmington, Delaware

/s/ Marcos A. Ramos
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION