5

# EXHIBIT A

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |

### NOTICE OF NEW CENTURY'S INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE PROPOSED SALE OF ITS SERVICING BUSINESS AND THE FIXING OF CURE COSTS ASSOCIATED THEREWITH

NOTICE IS HEREBY GIVEN, as follows:

        1. On April 19, 2007, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Bidding Procedures Order"), pursuant to sections 105, 363 and 365 of title 11 of the United States Code (the "Bankruptcy Code") and rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure in the above-captioned chapter 11 cases of New Century Financial Corporation ("New Century"), and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), approving, among other things, the fixing of cure amounts (the "Cure Amounts") related to the assumption and assignment of certain executory contracts, unexpired leases, and other agreements of the Debtors (the "Assumed Contracts" listed on Exhibit A attached hereto) in connection with the sale of New Century's Servicing Business (as defined in the Bidding Procedures Order). Certain of the Debtors will assume the Assumed Contracts and assign them to Carrington Mortgage Services, LLC ("Carrington") under the terms of an Amended and Restated Asset Purchase Agreement, dated as of April 19, 2007 between the Debtors party thereto (the "Sellers") and Carrington (as

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc), a Maryland corporation; New Century TRS Holdings, Inc (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan com, Anyloan com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L P (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R E O Corp, a California corporation; New Century R E O II Corp, a California corporation; New Century R E O III Corp, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L P, a Delaware limited partnership

amended, the "APA"), or alternatively to the "Successful Bidder" for the Servicing Business under the bidding procedures (the "Bidding Procedures") approved by the Bankruptcy Court in the Bidding Procedures Order.

2. The Debtors believe that any and all defaults (other than the filing of these chapter 11 cases) under the Assumed Contracts can be cured by the payment of the Cure Amounts listed on Exhibit A attached hereto.

3. Any objections to (i) the assumption and assignment of an Assumed Contract, or (ii) the amount asserted as the Cure Amount (each, an "Assumption and/or Cure Objection"), must be in writing and set forth with specificity the nature of the objection and the cure amount that the objecting party believes should be paid in connection with the assumption of the Assumed Contract (the "Claimed Cure Amount").

4. To be considered a timely Assumption and/or Cure Objection, the Assumption and/or Cure Objection must be filed with the Bankruptcy Court and served upon (i) the United States Trustee for the District of Delaware; (ii) O'Melveny & Myers LLP, 275 Battery Street, Suite 2600, San Francisco, CA 94111, Attention: Suzzanne S. Uhland, Esq. and Brophy Christensen, Esq., and O'Melveny & Myers, LLP, 400 So. Hope Street, Los Angeles, CA 90071, Attention: Ben H. Logan, Esq. (attorneys for the Debtors); (iii) Richards, Layton & Finger, P.A., One Rodney Square, Wilmington, DE 19899, Attention: Mark D. Collins, Esq. (attorneys for the Debtors); (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022, Attention: Mark T. Power, Esq. and Blank Rome, LLP, Chase Manhattan Centre, 1201 Market Street, Suite 800, Wilmington, DE 19801, Attention: Bonnie Glantz Fatell, Esq. (attorneys for the statutory committee of unsecured creditors appointed in these chapter 11 cases (the "Creditors' Committee")); (v) Mayer, Brown, Rowe & Maw LLP, 71 South Wacker Drive, Chicago, Illinois, 60606, Attention: Thomas S. Kiriakos, Esq. and Womble Carlyle Sandridge & Rice, PLLC, 222 Delaware Avenue, Suite 1501, Wilmington, DE 19801, Attention: Steven K. Kortanek, Esq. (attorneys for Carrington); and (vi) any other parties who have timely filed requests for notice under Bankruptcy Rule 2002 or who are entitled to notice under any case management procedures order, if any, entered in these cases prior to the Mailing Deadline; all to be actually received no later than May 14, 2007 at 4:00 p.m. (prevailing Eastern Time); *provided*, non-debtor parties to the Assumed Contracts may file objections to adequate assurance of future performance under the Assumed Contracts so as to be filed with the Bankruptcy Court to be actually received no later than May 17, 2007 at 4:00 p.m. by the foregoing parties. The "Sale Hearing" (as defined in the Bidding Procedures Order) shall be held commencing on either on May 18, 2007 at 10:00 a.m. (in the event that New Century does not receive at least one Qualified Topping Bid on or before the Bid Deadline) or on May 21, 2007 at 10:00 a.m. (prevailing Eastern Time) (if the Debtors timely receive such a Qualified Topping Bid from a Qualified Bidder) before the Honorable Kevin J. Carey, United States Bankruptcy Judge, in Room #5 of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

5. If an Assumption and/or Cure Objection is timely filed, a hearing with respect to that objection shall be held before the Honorable Kevin J. Carey, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, in Room #5 of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street,

999990 001 - 1245828 2

2

CHDB04 1337707-4 3  19-Apr-07 12:56
RLF1-3143063-1

Wilmington, Delaware 19801. A hearing regarding the Cure Amount(s), if any, for any Assumed Contracts may be continued at the sole discretion of New Century until after the Closing (as defined in the APA).

6. Unless the Assumption and/or Cure Objection is timely filed and served, the assumption and assignment of the applicable Assumed Contract will proceed without further notice at the hearing to approve the sale of the Servicing Business

7. Parties that fail to file and serve timely Assumption and/or Cure Objections shall be deemed to have waived and released any and all rights to assert cure amounts different from the Cure Amounts listed on Exhibit A hereto and shall be forever barred and estopped from asserting or claiming against the pertinent Debtor, Carrington, or any assignee of any Assumed Contract that any additional amounts are due or defaults exist, or prohibitions or conditions to assignment exist or must be satisfied, under such Assumed Contract with respect to the period prior to the date of assumption.

8. If no cure amounts are due under the Assumed Contract, and the non-debtor party to the Assumed Contract does not otherwise object to the pertinent Seller assumption and assignment of the Assumed Contract, no further action need to be taken on the part of that non-debtor party

9. Assumption and/or Cure Objections that object solely to the Cure Amount may not prevent or delay the pertinent Seller's assumption and assignment of any Assumed Contracts. If a party objects solely to a Cure Amount, the pertinent Seller may, in its sole discretion, hold the Claimed Cure Amount in reserve pending further order of the Court or mutual agreement of the parties. So long as the pertinent Seller holds the Claimed Cure Amount in reserve, and there are no other unresolved objections to assumption and assignment, the pertinent Seller can, without further delay, assume and assign the Assumed Contract that is the subject of the objection. At that point, the objecting party's recourse is limited to the funds held in reserve.

10 A pertinent Seller's decision to assume and assign to Carrington the Assumed Contracts is subject to Court approval and the Closing. Accordingly, absent such Closing, any of the Assumed Contracts shall not be deemed assumed nor assigned, and shall in all respects be subject to further administration under the Bankruptcy Code. The inclusion of any document on the list of Assumed Contracts: (1) shall not constitute or be deemed to be a determination or admission by any Seller or Carrington that such document is, in fact, an executory contract or unexpired lease within the meaning of the Bankruptcy Code (all rights with respect thereto being expressly reserved); and (2) shall not constitute or be deemed to be a commitment by the pertinent Seller in favor of the non-debtor party to the pertinent contract or lease to assume such agreement or lease or by Carrington to have such document assigned to it at the Closing.

Dated: April 24, 2007
      Wilmington, Delaware

                                        /s/ Marcos A. Ramos
                                  Mark D. Collins (No. 2981)
                                  Michael J. Merchant (No. 3854)
                                  Marcos A. Ramos (No. 4450)
                                  RICHARDS, LAYTON & FINGER, P.A.
                                  One Rodney Square
                                  P.O. Box 551
                                  Wilmington, Delaware 19899
                                  (302) 651-7700

                                        -and-

                                  Suzzanne S. Uhland
                                  Ben H. Logan
                                  Brian Metcalf
                                  O'MELVENY & MYERS LLP
                                  275 Battery Street
                                  San Francisco, California 94111
                                  (415) 984-8700

                                  PROPOSED ATTORNEYS FOR DEBTORS
                                  AND DEBTORS IN POSSESSION

# EXHIBIT A

AS PROVIDED IN PARAGRAPH 10 OF THE NOTICE ATTACHED HERETO, INCLUSION OF A PARTICULAR CONTRACT OR CURE AMOUNT IN THIS SCHEDULE SHALL NOT CONSTITUTE OR BE DEEMED TO BE A COMMITMENT BY THE PERTINENT SELLER IN FAVOR OF THE NON-DEBTOR PARTY TO THE PERTINENT CONTRACT OR LEASE TO ASSUME SUCH AGREEMENT OR LEASE OR BY CARRINGTON TO HAVE SUCH DOCUMENT ASSIGNED TO IT AT THE CLOSING.  THE DEBTORS RESERVE THE RIGHT TO MODIFY THESE SCHEDULES AND ALL OF THE INFORMATION CONTAINED THEREIN.

| Contract | CONTRACT COUNTER-PARTY | CONTACT | COMPANY | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | Country | Proposed Cure Amt. |
|---|---|---|---|---|---|---|---|---|---|---|
| Amended and Restated Master Services Agreement between ACS Commercial Soluti | ACS Commercial Solutions, Inc. | Corporate Contract | | 12691 Pala Drive | Suite A | Garden Grove | CA | 92841-8512 | | $0.00 |
| Agreement between Adobe Systems, Inc. and New Century Mortgage Corporation da | Adobe Systems Incorporated | Contract Administration Group | Adobe Systems Incorporated | 345 Pk Ave | Mail Stop A16 | San Jose | CA | 95110-2704 | | $0.00 |
| Limited Scope Services Agreement, dated as of May 25, 2006, by and between New C | Adobe Systems Incorporated | Contract Administration Group | Adobe Systems Incorporated | 345 Pk Ave | Mail Stop A16 | San Jose | CA | 95110-2704 | | $0.00 |
| End User Equipment/Software/Services Agreement between Aspect Software, Inc. an | Aspect/Concerto (Davox) | Marc Halpern | Aspect Software, Inc. | 6 Technology Park Drive | | Westford | MA | 01886 | | $0.00 |
| Agreement between Attachmate and New Century Mortgage Corporation (off-the-shel | Attachmate | | | 1500 Dexter Ave N | | Seattle | WA | 98109 | | $0.00 |
| Agreement between Avaya Inc. and New Century Mortgage Corporation dated June 2 | Avaya Inc. | Jeff Lauretti Sales Director | | 211 Mt. Airy Road | | Basking Ridge | NJ | 07920 | | $0.00 |
| Agreement between BEA Systems, Inc. and New Century Mortgage Corporation date | BEA Systems, Inc. | | | 2315 N First St | | San Jose | CA | 95131 | | $0.00 |
| Software License Agreement between Captaris and New Century Mortgage Corporati | Captaris | | | 20371 Irvine Avenue | Stuie 250 | Santa Ana Heights | CA | 92707 | | $0.00 |
| License Agreement between Centergistic Solutions Inc. and New Century Mortgage C | Centergistic Solutions Incorporated | | | 2405 West Orangewood | | Orange | CA | 92868 | | $0.00 |
| Agreement between Citrix Systems, Inc. and New Century Mortgage Corporation date | Citrix Systems Inc | | | 851 W Cypress Creek Rd | | Ft Lauderdale | FL | 33309 | | $0.00 |
| E-Oscar Web System Terms of Use, dated as of August 26, 2002, by and between Ne | Consumer Data Industry Association Cdia | | | 1090 Vermont Avenue N.W | Suite 200 | Washington | DC | 20005-4905 | | $0.00 |
| Client Agreement, dated as of July 31, 2002, by and between New Century Mortgage | Dolan Information | | Dolan Information | 100 South 5th Street | Suite 300 | Minneapolis | MN | 55402 | | $0.00 |
| Agreement for Service (Credit Marketing Services Only), dated as of October 26, 200 | Equifax | | | 1100 Abernathy Rd Ste 300 MD-52D | | Atlanta | GA | 30348 | | $37,465.63 |
| Agreement for Service (Credit Marketing Services Only), dated as of October 26, 200 | Equifax | Anita Brown | Information Services LLC | 1550 Peachtree St NW | | Atlanta | GA | 30309 | | $0.00 |
| Credit Scoring Services Agreement, dated as of November 21, 2005, by and between | Experian Information Solutions | Wendy Maslankowski | Soulutions Division | 475 Anton Blvd | | Costa Mesa | CA | 92626 | | $1,292.20 |
| Consumer Services Schedule, dated as of November 21, 2005, by and between New | Experian Information Solutions | Wendy Maslankowski | Soulutions Division | 475 Anton Blvd | | Costa Mesa | CA | 92626 | | $0.00 |
| Standard Terms and Conditions Agreement, dated as of November 21, 2005, by and I | Experian Information Solutions | Wendy Maslankowski | Soulutions Division | 475 Anton Blvd | | Costa Mesa | CA | 92626 | | $0.00 |
| Empirica Portfolio Review Agreement, dated as of April 12, 2005, by and between Ne | Fair, Isaac & Co., Inc. | | | 901 Marquette Ave | Suite 3200 | Minneapolis | MN | 55402 | | $0.00 |
| Early Indicator Software License and Maintenance Agreement between the Federal H | Federal Home Loan Mortgage Corp. | | Attn: Billing-Early Ind | PO Box 28104 | | Chicago | IL | 60673-3458 | | $786.84 |
| Subscription Agreement between Fidelity National Data Services and New Century Mc | Fidelity National Data Services Sitexdata | | 3100 New York Dr | Ste 100 Ms Idm | | Pasadena | CA | 91107 | | $0.00 |
| Title Services Agreement between Fidelity National Default Solutions and New Centur | Fidelity National Default Solutions | | | 15661 Red Hill Avenue | Suite 201 | Tustin | CA | 92780 | | $0.00 |
| Field Service Agreement, dated as of April 30, 2003, by and between New Century Mc | Fidelity National Field Services, Inc. | | | 30825 Aurora Road | | Solon | OH | 44139 | | $59,762.50 |
| Tax Services Agreement between Fidelity National Tax Service and New Century Mort | Fidelity National Tax Services Inc | | | 222 E Huntington Dr | Ste 200 | Monrovia | CA | 91016 | | $0.00 |

| Agreement | Counterparty | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Service Level Agreement for Foreclosure Transactions between First American Title | First American Title National Default Title | | 3 First American Way | | | Santa Ana | CA | 92707 | $0.00 |
| Agreement for Service, dated as of August 31, 2004, by and between New Century Mr | First American CREDCO | | P.O. Box 509019 | | | San Diego | CA | 92150 | $0.00 |
| Amendment to Agreement for Service between First Advantage Credco, LLC (formerly First American CREDCO | | | P.O. Box 509019 | | | San Diego | CA | 92150 | $0.00 |
| Data Processing Agreement between Data-Link Systems, L.L.C., (d.b.a. Fiserv Mortg | Fiserv Lending Solutions F/k/a Data Link | | 1818 Commerce Dr | | | South Bend | IN | 46628-1563 | $0.00 |
| Data Processing Agreement between Data-Link Systems, L.L.C., (d.b.a. Fiserv Mortg | Fiserv Solutions Inc Dba Credstar | | 255 Fiserv Dr | | | Brookfield | WI | 53045 | $451,704.06 |
| Addendum B between Fiserv Solutions, Inc. and New Century Mortgage Corporation d | Fiserv Lending Solutions F/k/a Data Link | | 1818 Commerce Dr | | | South Bend | IN | 46628-1563 | $0.00 |
| Addendum B between Fiserv Solutions, Inc. and New Century Mortgage Corporation d | Fiserv Solutions Inc Dba Credstar | | 255 Fiserv Dr | | | Brookfield | WI | 53045 | $0.00 |
| Flood Zone Determination Agreement, dated as of October 31, 2005, by and between | FNIS Flood Services LP | | 1521 North Cooper St | Suite 400 | | Arlington | TX | 76011 | $70,043.50 |
| ACH Origination Agreement, dated as of December 30, 2004, by and between New C | Fort Knox National Bank | | 601 West Lincoln Trail Blvd | | | Radcliff | KY | 40160 | $0.00 |
| Master Services Agreement, dated as of October 14, 2004, by and between New Cen | Fort Knox National Co. | | P.O. Box 1270 | | | Elizabethtown | KY | 42702 | $0.00 |
| ACH Origination Agreement, dated as of December 30, 2004, by and between New C | Fort Knox National Co. | | P.O. Box 1270 | | | Elizabethtown | KY | 42702 | $0.00 |
| Agreement between Globalscape and New Century Mortgage Corporation dated Marc | Globalscape Texas | | 6000 Northwest Pkwy | Ste 100 | | San Antonio | TX | 78249 | $0.00 |
| OnBase End User Agreement between Hyland Software, Inc. and New Century Finan | Hyland Software Inc | | 28500 Clemens Rd | | | Westlake | OH | 44145 | $0.00 |
| "Side Letter Regarding Transition Services" dated as of January 3, 2007, by and betw | Irwin Financial Corporation | | 500 Washington Street | | | Columbus | IN | 47202-0929 | $0.00 |
| "Side Letter Regarding Transition Services" dated as of January 3, 2007, by and betw | Irwin Mortgage Corporation | | 500 Washington Street | | | Columbus | IN | 47202-0929 | $0.00 |
| Client Services Agreement between Land America Default Services and New Century | Land America | Carl Brown | 6 Executive Circle | Suite 100 | | Irvine | CA | 92614 | $212,476.80 |
| Title Insurance Service Level Agreement, dated as of June 4, 2003, by and between N | Land America | Carl Brown | 6 Executive Circle | Suite 100 | | Irvine | CA | 92614 | $0.00 |
| Lender Agreement between LenStar, Inc. and New Century Mortgage Corporation dat | LenStar | Burt Marrow | LenStar, Inc. 65 Enterprise | Suite 450 | | Aliso Viejo | CA | 92656 | $0.00 |
| License Agreement between Levi, Ray & Shoup, Inc. and New Century Mortgage Corp | Levi, Ray & Shoup, Inc. | John F. Howerter | Shoup, Inc. Springfield, IL 62704 | 2401 West Monroe St. | | Springfield | IL | 62704 | $0.00 |
| Fixed Price Amendment between LexisNexis and New Century Mortgage Corporation | LexisNexis | Janeen Cokes | P.O. Box 7247-6640 | | | Philadelphia | PA | 19170-6640 | $0.00 |
| Fixed Price Amendment between LexisNexis and New Century Mortgage Corporation | LexisNexis Courtlink, Inc | | 13427 NE 16th Street | | | Bellevue | WA | 98005 | $0.00 |
| Flood Zone Determination Agreement, dated as of October 31, 2005, by and between | LSI Flood | Mark Talmage | PO Box 60000 | | | San Francisco | CA | 94160 | $0.00 |
| Agreement, dated as of July 6, 2006, by and between New Century Mortgage Corpora | Malcolm & Cisneros | | 2112 Business Center Drive | | | Irvine | CA | 92612 | $0.00 |
| Affiliate Agreement Letter, dated as of August 17, 2005, by and between New Century | MERS | Diane Garland | 13059 Collections Center Drive | | | Chicago | IL | 60693 | $0.00 |
| Affiliate Agreement Letter, dated as of August 17, 2005, by and between New Century | MERSCORP | | 1595 Spring Hill Rd | Suite 310 | | Vienna | VA | 22128 | $0.00 |
| Microsoft Enterprise Agreement between New Century Mortgage Corporation and Mic | Microsoft Corporation | | One Microsoft Way | | | Redmond | WA | 98052 | $0.00 |

| Agreement | Contact | Dept | Address | Suite | City | State | Zip | Country | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Microsoft Enterprise Agreement between New Century Mortgage Corporation and Microsoft Corporation Enterprise | Microsoft Licensing Gp | Volume Licensing | 6100 Neil Rd Ste 210 | | Reno | NV | 89511 | | $0.00 |
| Mortgage Credit Research Database Participation Agreement, dated as of April 14, 20 Moody's Investor Service | | | PO Box 102597 | | Atlanta | GA | 30368-0597 | | $0.00 |
| Mortgage Credit Research Database Participation Agreement, dated as of April 14, 20 Moody's Investors Service, Inc. | Residential Mortgage Monitoring Unit | | 99 Church St. | 4th Fl | New York | NY | 10007 | | $0.00 |
| Agreement between Moore Wallace North America, Inc. and New Century Mortgage C Moore Wallace Inc | | | 1200 Lakeside Dr | | Bannockburn | IL | 60015 | | $0.00 |
| Contract for Services and Provisions, dated as of October 10, 2002, by and between National Creditors Connection, Inc. | | | 14 Orchard Road | Suite 200 | Lake Forest | CA | 92630 | | $29,205.00 |
| Property Inspection and Preservation Agreement, dated as of April 1, 2003, by and be National Field Representatives | Steve Cossingham President | | PO Box 1440 | Old Church Rd | Claremont | NH | 03743 | | $607,535.00 |
| Agreement between Network Automation, Inc. and New Century Mortgage Corporatio Network Automation, Inc. | | | 654 S Western Ave | | Los Angeles | CA | 90005 | | $0.00 |
| Service Agreement, dated as of October 4, 2002, by and between New Century Mortg Norco Delivery Services Inc | | | PO Box 4836 | | Anaheim | CA | 92803 | | $0.00 |
| Service Agreement, dated as of February 23, 2004, by and between New Century Mor Norco Delivery Services Inc | | | PO Box 4836 | | Anaheim | CA | 92803 | | $0.00 |
| Service Agreement, dated as of October 27, 2004, by and between New Century Mort Norco Delivery Services Inc | | | PO Box 4836 | | Anaheim | CA | 92803 | | $0.00 |
| Agreement between NSI, Inc. and New Century Mortgage Corporation dated Decembe NSI, Inc. | | | 19730 Magellan Drive | | Torrance | CA | 90502 | | $0.00 |
| Service Level Agreement, dated as of October 1, 2006, by and between New Century One Touch Global Technologies | | | 20371 Irvine Avenue | Suite 250 | Santa Ana Heights | CA | 92707 | | $0.00 |
| Master Services Agreement between Premier Print and Services Group, Inc. and New Premier Print And Services Group Inc | Brian Sievers | | 120 South Riverside Plaza | Ste 1650 | Chicago | IL | 60606 | | $0.00 |
| Agreement between Red Hat, Inc. and New Century Mortgage Corporation dated Nov Red Hat, Inc. | | | 1601 Varsity Dr | | Raleigh | NC | 27606 | | $0.00 |
| Services Agreement between REOTrans, LLC and New Century Mortgage Corporatio REO Trans | Mark McKinley | W.Rosecrans Ave. | Suite 257 | | Los Angeles | CA | 90250 | | $0.00 |
| Maintenance Agreement, dated as of August 16, 2006, by and between New Century Royce Digital Systems, Inc | | | 2552- A White Road | | Irvine | Ca | 92614 | | $1,135.99 |
| Tracking Services Agreement between Safeco Financial Institution Solutions, Inc. and Safeco FIS | Greg Nelson | | 2677 N Main Street | Suite 600 | Santa Ana | CA | 92705-6629 | | $0.00 |
| Speedpay Utilization and Licensing Agreement between Speedpay Inc. and New Cent Speedpay Inc | | | 12500 E Belford Ave | | Englewood | CO | 80112 | | $0.00 |
| Recovery Services Agreement, dated December 9, 2002, between Sungard Recovery Sungard Recovery Services | Gary August | | 680 E. Swedesford Rd | | Wayne | PA | 19087 | | $0.00 |
| Master Services Agreement between New Century Mortgage Corporation and Symant Symantec | | | 20330 Stevens Creek Blvd | | Cupertino | CA | 95014 | | $0.00 |
| Agreement for Services between T.D. Service Company and New Century Mortgage C T.D. Service Company | | | 1820 East 1st Street | | Santa Ana | CA | 92705 | | $141,944.98 |
| Credit Risk Management Agreement, dated as of March 19, 2003, by and between Ne The Murrayhill Company | General Counsel | | 1700 Lincoln St | Suite 1600 | Denver | CO | 80203 | | $0.00 |
| Agreement between ThinPrint GmbH and New Century Mortgage Corporation dated M Thinprint Gmbh | | | Alt Moabit 91 A/b | | Berlin | | 10559 | Ger. | $0.00 |

| Contract | Counterparty | Contact | Address 1 | Address 2 | City | State | Zip | Country | Cure |
|---|---|---|---|---|---|---|---|---|---|
| Project Support Contract, dated as of January 1, 2006, by and between New Century I | Thinprint Gmbh | | Alt Moabit 91 A/b | | Berlin | | 10559 | Ger. | $0.00 |
| Empirica Portfolio Review Agreement, dated as of April 12, 2005, by and between Nev | Trans Union LLC | | 333 So Anita Dr | Ste 1000 | Orange | CA | 92868 | | $6,539.61 |
| Portfolio Review Agreement, dated as of April 12, 2005, by and between New Century | Trans Union LLC | | 333 So Anita Dr | Ste 1000 | Orange | CA | 92868 | | $0.00 |
| Services Purchase Agreement, dated as of October 25, 2005, by and between New C | Transunion Settlement Solutions Inc | | 5300 Brandywine Pkwy | Ste 100 | Wilmington | DE | 19803 | | $2,124.00 |
| Agreement between Union Bank of California and New Century Mortgage Corporation | Union Bank | Andrea F. White | 445 S Figueroa Street | 8th Floor | Los Angeles | CA | 90071-1602 | | $0.00 |
| Contract, dated as of November 1, 2002, by and between New Century Mortgage Cor | Valley Couriers | | 646 San Fernando Rd | | Los Angeles | CA | 91372 | | $0.00 |
| Outsource Service Agreement, dated as of September 30, 2004, by and between New | WALZ Postal Solutions | | 43234 Business Park Drive | Suite 107 | Temecula | CA | 92590-3604 | | $27,287.33 |
| Purchase Order between WebSense and New Century Mortgage Corporation dated J | Websense | | 10240 Sorrento Valley Rd | | San Deigo | CA | 92121 | | $0.00 |
| Quick Collect(r) Direct Deposit Service Agreement between Western Union Financial | Western Union Financial Services, Inc | | PO Box 6992 | | Greenwood Village | CO | 80155-6992 | | $0.00 |
| Quick Collect(r) Direct Deposit Service Agreement between Western Union Financial | Western Union/Quick Collect | | 226 Buckingham Drive | | Indianapolis | IN | 46208 | | $0.00 |
| Agreement between WinZip and New Century Mortgage Corporation (off-the-shelf) | WinZip | | PO Box 540 | | Mansfield | CT | 06268 | | $0.00 |
| Agreement, by and between New Century Mortgage Corporation and WNC First Insur | WNC First Insurance Services (Assurant) | | 899 El Centro Street | | South Pasadena | CA | 91030 | | $1,217.24 |
| NCHELT 2003-2 Pooling and Servicing Agreement (PSA) | Deutsche Bank National Trust Company | Trust Admin/NC Home Equity Trust Series 20 | 1761 E. St Andrew Pl | | Santa Ana | CA | 92705 | | $0.00 |
| NCHELT 2003-3 PSA | Deutsche Bank National Trust Company | Trust Admin/NC Home Equity Trust Series 20 | 1761 E. St Andrew Pl | | Santa Ana | CA | 92705 | | $0.00 |
| NCHELT 2003-4 PSA | Deutsche Bank National Trust Company | Trust Admin/NC Home Equity Trust Series 20 | 1761 E. St Andrew Pl | | Santa Ana | CA | 92705 | | $0.00 |
| NCHELT 2003-5 PSA | Deutsche Bank National Trust Company | Trust Admin/NC Home Equity Trust Series 20 | 1761 E. St Andrew Pl | | Santa Ana | CA | 92705 | | $0.00 |
| NCHELT 2003-6 Servicing Agreement and Indenture (Definitions) | Deutsche Bank National Trust Company | Trust Admin/NC Home Equity Trust Series 20 | 1761 E. St Andrew Pl | | Santa Ana | CA | 92705 | | $0.00 |
| NCHELT 2004-1 Servicing Agreement and Indenture | Deutsche Bank National Trust Company | Trust Admin/NC Home Equity Trust Series 20 | 1761 E. St Andrew Pl | | Santa Ana | CA | 92705 | | $0.00 |
| NCHELT 2004-2 Servicing Agreement and Indenture | Deutsche Bank National Trust Company | Trust Admin/NC Home Equity Trust Series 20 | 1761 E. St Andrew Pl | | Santa Ana | CA | 92705 | | $0.00 |
| NCHELT 2004-3 Servicing Agreement and Indenture | Deutsche Bank National Trust Company | Trust Admin/NC Home Equity Trust Series 20 | 1761 E. St Andrew Pl | | Santa Ana | CA | 92705 | | $0.00 |
| NCHELT 2004-4 Servicing Agreement and Indenture | Deutsche Bank National Trust Company | Trust Admin/NC Home Equity Trust Series 20 | 1761 E. St Andrew Pl | | Santa Ana | CA | 92705 | | $0.00 |
| NCHELT 2005-1 Servicing Agreement and Indenture | Deutsche Bank National Trust Company | Trust Admin/NC Home Equity Trust Series 20 | 1761 E. St Andrew Pl | | Santa Ana | CA | 92705 | | $0.00 |
| NCHELT 2005-2 PSA | Deutsche Bank National Trust Company | Trust Admin/NC Home Equity Trust Series 20 | 1761 E. St Andrew Pl | | Santa Ana | CA | 92705 | | $0.00 |
| NCHELT 2005-3 Servicing Agreement and Indenture | Deutsche Bank National Trust Company | Trust Admin/NC Home Equity Trust Series 20 | 1761 E. St Andrew Pl | | Santa Ana | CA | 92705 | | $0.00 |
| NCHELT 2005-4 Servicing Agreement and Indenture | Deutsche Bank National Trust Company | Trust Admin/NC Home Equity Trust Series 20 | 1761 E. St Andrew Pl | | Santa Ana | CA | 92705 | | $0.00 |
| NCHELT 2006-S1 Servicing Agreement and Indenture | Deutsche Bank National Trust Company | Trust Admin/NC Home Equity Trust Series 20 | 1761 E. St Andrew Pl | | Santa Ana | CA | 92705 | | $0.00 |
| NCHELT 2006-1 Servicing Agreement and Indenture | Deutsche Bank National Trust Company | Trust Admin/NC Home Equity Trust Series 20 | 1761 E. St Andrew Pl | | Santa Ana | CA | 92705 | | $0.00 |
| NCHELT 2006-2 Servicing Agreement and Indenture | Deutsche Bank National Trust Company | Trust Admin/NC Home Equity Trust Series 20 | 1761 E. St Andrew Pl | | Santa Ana | CA | 92705 | | $0.00 |
| CMLT 2004-NC1 PSA | Wells Fargo Bank, NA | | 8830 Stanford Blvd | | Columbia | MD | 21045 | | $0.00 |
| CMLT 2004-NC2 PSA | Wells Fargo Bank, NA | | 8830 Stanford Blvd | | Columbia | MD | 21045 | | $0.00 |
| CMLT 2005-NC1 PSA | Wells Fargo Bank, NA | | 8830 Stanford Blvd | | Columbia | MD | 21045 | | $0.00 |
| CMLT 2005-NC2 PSA | Wells Fargo Bank, NA | | 8830 Stanford Blvd | | Columbia | MD | 21045 | | $0.00 |
| CMLT 2005-NC3 PSA | Wells Fargo Bank, NA | | 8830 Stanford Blvd | | Columbia | MD | 21045 | | $0.00 |
| CMLT 2005-NC4 PSA | Wells Fargo Bank, NA | | 8830 Stanford Blvd | | Columbia | MD | 21045 | | $0.00 |
| CMLT 2005-NC5 PSA | Wells Fargo Bank, NA | | 8830 Stanford Blvd | | Columbia | MD | 21045 | | $0.00 |
| CMLT 2006-NC1 PSA | Wells Fargo Bank, NA | | 8830 Stanford Blvd | | Columbia | MD | 21045 | | $0.00 |

| Description | Counterparty | Contact | Cc | Address 1 | Address 2 | City | State | Zip | Amount |
|---|---|---|---|---|---|---|---|---|---|
| CMLT 2006-NC2 PSA | Wells Fargo Bank, NA | | | 8830 Stanford Blvd | | Columbia | MD | 21045 | $0.00 |
| CMLT 2006-NC3 PSA | Wells Fargo Bank, NA | | | 8830 Stanford Blvd | | Columbia | MD | 21045 | $0.00 |
| CMLT 2006-NC4 PSA | Wells Fargo Bank, NA | | | 8830 Stanford Blvd | | Columbia | MD | 21045 | $0.00 |
| CMLT 2006-NC5 PSA | Wells Fargo Bank, NA | | | 8830 Stanford Blvd | | Columbia | MD | 21045 | $0.00 |
| Master Security Agreement, dated as of February 18, 2004, by and among General Electric Capital Corporation ("GE"), New Century Mortgage Corporation and New Century Financial Corporation (as modified by the certain Notice Acknowledgement and Agreement dated as of February 2004 by and between Ge and Bank of the West), together with those certain Promissory Notes made by Sellers or their Affiliates from time to time thereunder, that certain Addendum dated as of September 28, 2004 and those certain collateral schedules incorporated or related thereto from time to time (collectively, the "GE Equipment Financing") | GE Capital | | | 44 Old Ridgebury Rd | | Danbury | CT | 06810-5105 | $0.00 |
| Commercial Sales Proposals/Agreements, dated as of September 10, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | ADT Security Services, Inc. | Robert Szablak | | 21171 South Western | | Torrance | CA | 90501 | $0.00 |
| General Contract Information, dated as of August 15, 2001, by and between New Century Mortgage Corporation and AT&T | At&t Corp | Tim Mcdonald Vp | At&t Corp | 55 Corporate Dr | | Bridgewater | NJ | 08807 | $0.00 |
| Master Services Agreement, dated as of December 15, 2006, by and between New Century Mortgage Corporation and CB Richard Ellis Corporate Facilities Management, Inc. | CB Richard Ellis Corporate Facilities Management | | | 100 N Sepulveda B Suite 1050 | | El Segundo | CA | 90245 | $0.00 |
| Agreement for Services, dated as of May 1, 2005, by and between New Century Mortgage Corporation and Data Processing Air Corporation | Data Processing Air Corporation | | | 5226 S 40th St | | Phoenix | AZ | 85040 | $0.00 |
| FedEx Express Freight Pricing Program Agreement, dated as of March 27, 2006, by and between New Century Mortgage Corporation and Federal Express Corporation | FedEx | | FedEx | PO Box 7221 | | Pasadena | CA | 91109-7321 | $0.00 |
| FedEx Custom Pricing Agreement, dated as of June 3, 2004, by and between New Century Mortgage Corporation and Federal Express Corporation by its agent FedEx Corporate Services, Inc. | FedEx | | FedEx | PO Box 7221 | | Pasadena | CA | 91109-7321 | $0.00 |
| FedEx Pricing Agreement, dated as of June 10, 2005, by and between New Century Financial Corporation and Federal Express Corporation and FedEx Group Package System, Inc. by their agent FedEx Corporate Services, Inc, as amended by that certain Amendment, dated November 21, 2006 | FedEx | | FedEx | PO Box 7221 | | Pasadena | CA | 91109-7321 | $0.00 |
| Agreement for Services, dated December 22, 2005, by and between New Century Mortgage Corporation and Foodcraft | Foodcraft | | Foodcraft | 1637 N O'Donnell Way | | Orange | CA | 92667 | $0.00 |
| Service Agreement, dated as of December 1, 2005, by and between New Century Mortgage Corporation and Guardian Power Protection Services, Inc. | Guardian Power Protection Services Inc | | | 775 W 17th St | #B | Costa Mesa | CA | 92627-4324 | $0.00 |
| Master Service Agreement and Facilities Management Program Pricing Summary, dated as of October 31, 2005, by and between New Century Mortgage Corporation and IKON Office Solutions, Inc. | IKON | Harvey Chernak | IKON | 16715 Von Karman | | Irvine | CA | 92606 | $0.00 |
| Master Sale Agreement, dated as of April 1, 2004, by and between New Century Mortgage Corporation and IKON Office Solutions, Inc. | IKON | Harvey Chernak | IKON | 16715 Von Karman | | Irvine | CA | 92606 | $0.00 |
| Master Maintenance Agreement, dated as of April 1, 2004, by and between New Century Mortgage Corporation and IKON Office Solutions, Inc. | IKON | Harvey Chernak | IKON | 16715 Von Karman | | Irvine | CA | 92606 | $0.00 |
| National Account Agreement, dated as of April 1, 2004, by and between New Century Mortgage Corporation and IKON Office Solutions, Inc. | IKON | Harvey Chernak | IKON | 16715 Von Karman | | Irvine | CA | 92606 | $0.00 |
| Customer Agreement, dated as of March 1, 2005, by and between New Century Mortgage Corporation and Iron Mountain | Iron Mountain | | Iron Mountain | PO Box 601002 | | Los Angeles | CA | 90060-1002 | $0.00 |
| Purchase Agreement, dated as of April 12, 2006, by and between New Century Mortgage Corporation and KST Data, Inc. | KST | Armando Tan | | 3699 Wilshire Blvd Suite 100 | | Los Angeles | CA | 90010 | $0.00 |
| Office Supply Purchase Agreement, dated as of November 9, 2006, by and between New Century Mortgage Corporation and OfficeMax Contract, Inc. | Office Max | Suzi Umemoto | Office Max | 7300 Chapman Ave | | Garden Grove | CA | 92841 | $0.00 |
| Agreement for Services, dated as of December 31, 2005, by and between New Century Mortgage Corporation and Plantscapers | Plantscapers | | Plantscapers | 3176 Pullman St | # 113 | Costa Mesa | CA | 92626 | $0.00 |
| Agreement for Services, dated as of June 1, 2005, by and between New Century Mortgage Corporation and Quinn Power Systems Associates | Quinn Power Systems Associates | | | 3500 Shepherd St | | City of Industry | CA | 90601 | $0.00 |

| Contract Description | Counterparty | Contact | Address 1 | Address 2 | City | State | Zip | Country | Cure |
|---|---|---|---|---|---|---|---|---|---|
| Shred-it Master Services Agreement, dated as of June 9, 2003, by and between New Century Mortgage Corporation and Shred-it America Inc | Shred It | Jennifer Tevao | 2794 S Sheridan Way | | Oakville | ON | L6J7T4 | Can. | $0.00 |
| Services Agreement, dated as of October 17, 2005, by and between New Century Mortgage Corporation and Software House International | Software House International Software Agrmt | | 2 Riverview Dr | | Somerset | NJ | 08873 | | $0.00 |
| Custom Service Agreement, dated as of March 17, 2003, by and between New Century Mortgage Corporation and Sprint Communications Company LP, as amended by that certain First Amendment, dated April 1, 2003, and that certain Second Amendment, dated January 1, 2006, and that certain Third Amendment, dated April 1, 2003, and that certain Fourth Amendment, dated April 1, 2003, and that certain Sixth Amendment, dated April 1, 2003, and that certain Seventh Amendment, dated April 1, 2003 | Sprint Communications Company Lp | | 535 Anton Blvd | Ste 1200 | Costa Mesa | CA | 92626 | | $0.00 |
| Master Corporate Services Agreement, dated as of July 1, 2004, by and between New Century Mortgage Corporation and T-Mobile USA, Inc. and its affiliates including Powertel, Inc. | T Mobile | | 12920 S E 38th St | | Bellevue | WA | 98006 | | $0.00 |
| Account Analysis Services and Vendor Payment Agreement, dated as of October 28, 2004, by and between New Century Mortgage Corporation and Union Bank of California, NA | Union Bank | Andrea F. White | 445 S Figueroa Street | 8th Floor | Los Angeles | CA | 90071-1602 | | $0.00 |
| Security Agreement, dated as of March 14, 2005, by and between New Century Mortgage Corporation and Union Bank of California, NA | Union Bank | Andrea F. White | 445 S Figueroa Street | 8th Floor | Los Angeles | CA | 90071-1602 | | $0.00 |
| Office Furniture Purchase Agreement, dated as of September 11, 2006, by and between New Century Mortgage Corporation and Systems Source, Inc, as amended by that certain Amendment No. 1, dated November 6, 2006, and that certain Amendment No. 2, dated November 6, 2006 | System Source | Brook Hergesell | 2100 Main Street | | Irvine | CA | 92614 | | $0.00 |
| Master Services Agreement, dated as of February 2, 2006, by and between New Century Mortgage Corporation and Control Point Solutions, Inc., as amended by that certain Amendment, dated January 2007 | Control Point Solutions Msa & Sow | General Counsel | 201 Route 17 North | | Rutherford | NJ | 07070 | | $0.00 |
| Professional Services Agreement entered into effective January 25, 2006, by and between Paren and Accenture LLP, as amended or modified from time to time | Accenture Llp | General Counsel | Accenture Llp 1661 Page Mill Rd | | Palo Alto | CA | 94303 | | $0.00 |
| Service Agreement, dated as of March 27, 2005, by and between New Century Mortgage Corporation and ABM Janitorial Services, as amended by that certain Amendment No. 1, dated July 1, 2005 | Abm Janitorial | | Abm Janitorial | 14262 Franklin Ave Ste 108 | Tustin | CA | 92780 | | $0.00 |
| Membership Contract, dated as of August 5, 2002, by and between New Century Mortgage Corporation and CBC Companies, Inc., as amended by that certain Information Security Addendum, dated August 24, 2003, and that certain Amendment No. 1, dated June 23, 2005, and that certain Amendment No. 2, dated October 4, 2005 | CBC Companies, Inc. | | 250 E Town Street | | Columbus | OH | 43215 | | $0.00 |
| Letter Agreement for Interim Services, dated as of January 1, 2007, by and between New Century Mortgage Corporation and Moore Wallace North America, Inc., as amended by that certain Extension of the Letter Agreement for Interim Services, dated January 29, 2007 | Moore Wallace Inc | | 1200 Lakeside Dr | | Bannockburn | IL | 60015 | | $0.00 |
| Security Guard Service Agreement, dated as of November 18, 2004, by and between New Century Mortgage Corporation and Universal Protection Service | Universal Protection Services | Jeff Derrico | 1449 West Braden Court | | Orange | CA | 92668 | | $0.00 |
| Sublease, dated as of December 1, 2004, by and between Ingram Micro Inc and New Century Mortgage Corporation for the land and buildings located at 1600 and 1610 E. St. Andrews Place, Santa Ana, California 92705 | Ingram Micro, Inc | Linda Nankervis | 1600 E St Andrew Place | | Santa Ana | CA | 92705 | | $0.00 |
| Sublease, dated of October 31, 2006, by and between Irwin Mortgage Corporation and New Century Mortgage Corporation, for the property located at 10500 Kincaid Drive, Suite 400, Fishers, Indiana 46038 | Irwin Mortgage Corporation | Thomas Washburn | 500 Washington Street | | Columbus | IN | 47201 | | $0.00 |