UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC. | ) | Case No. 07-10416-KJC |
| f/k/a NEW CENTURY FINANCIAL | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Debtors. | ) | |

## PROOF OF SERVICE

STATE OF MICHIGAN        )
                                              )ss.
COUNTY OF OAKLAND    )

      Susan K. Link, being first duly sworn, deposes and says that she is an employee of Honigman Miller Schwartz & Cohn LLP, and that on May 18, 2007, she served copies of **QKC Maui Owner, LLC's Objection to Proposed Cure Amount and this Proof of Service** by enclosing the papers in sealed envelopes with first-class postage fully prepaid and depositing the envelopes and their contents in the United States mail, addressed as follows:

| | |
|---|---|
| Christopher M. Samis, Esq. | U.S. Trustee |
| Richards Layton Finder, P.A. | U.S. Trustee's Office |
| 920 N. King Street, One Rodney Square | 844 King Street, Room 2207 |
| Wilmington, DE 19801 | Lockbox #35 |
| | Wilmington, DE 19899-0035 |
| | |
| Bonnie Glantz Fatell, Esq. | |
| Blank Rome LLP | |
| 1201 Market Street, Suite 800 | |
| Wilmington, DE 19801 | |

                                                        /s/ Susan K. Link
Subscribed and sworn to before me,      Susan K. Link
on this 18th day of May, 2007
      /s/ Catherine L. Mackool
Catherine L. Mackool, Notary Public
Macomb County, Michigan
My commission expires: 1/3/08
Acting in Oakland County, MI

OAKLAND.1295350.1