IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al. | : | |
| | : | Jointly administered |
| Debtors. | : | |

_____

**MOTION AND ORDER FOR ADMISSION OF THOMAS D. MAXSON
PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, Bayard J. Snyder, a member of the Bar of the United States District Court for the District of Delaware, hereby moves the admission *pro hac vice* of Thomas D. Maxson to represent Creditor, National Field Representatives, Inc., in the above captioned matter.

                                        **SNYDER & ASSOCIATES, P.A.**

                                        */s/ Bayard J. Snyder*
                                        Bayard J. Snyder, Esq. (#175)
                                        300 Delaware Ave., Suite 1014
                                        P.O. Box 90
                                        Wilmington, Delaware 19899
                                        (302)-657-8300
                                        *Attorney for National Field Representatives, Inc.*

Dated: May _18_ , 2007

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

 Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am a member in good standing of the Bar of the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.
Dated: May  18  , 2007

> */s/ Thomas D. Maxson*
> Thomas D. Maxson, Esq.
> COHEN & GRIGSBY, P.C.
> 11 Stanwix St., 15th Fl.
> Pittsburgh, PA 15222-1319
> 412-297-4706
> Tmaxson@cohenlaw.com
> Attorney for National Field Representatives, Inc

**ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION**

 IT IS HEREBY ORDERED that Movant's motion for admission *pro hac vice* Thomas D. Maxson is granted.

Date: _____      _____
              United States Bankruptcy Judge
              The Honorable Kevin J. Carey