## **CERTIFICATE OF SERVICE**

I, Bayard J. Snyder, hereby certify that on May 18, 2007, the foregoing Motion and Order for admission Pro Hac Vice was served by the Court's CM/ECF electronic filing system upon those parties who have appeared in this case and to counsel listed below by first class U.S. mail, postage pre-paid:

Suzzanne S. Uhland, Esquire
Brophy Christensen
O'Melveny & Myers LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111

Ben H. Logan, Esquire
O'Melveny & Myers LLP
400 So. Hope Street
Los Angeles, CA 90071

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

United States Trustee
844 King Street, Room 2207
Lockbox No. 35
Wilmington, DE 19899-0035

Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Thomas S. Kiriakos, Esquire
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 North Market Street
Seventh Floor
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

/s/ Bayard J. Snyder
Bayard J. Snyder