IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Kimberly A. Beck, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc., and that on the 14th day of May, 2007, she caused a copy of the following pleading(s):

> **LIMITED OBJECTION OF CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL LLC TO THE MOTION FOR ORDER (I)AUTHORIZING THE REINSTATEMENT OR EXTENSION OF CANCELLATION NOTICE PERIOD OF PREPETITION SURETY BONDS, (II) AUTHORIZING POSTING SECURITY FOR SURETY BONDS AND CREDIT, (III) AUTHORIZING THE EXTENSION OF POSTPETITION SECURED SURETY CREDIT, AND (IV) GRANTING POSTPETITION LIENS, JUNIOR SUPER-PRIORITY ADMINISTRATIVE CLAIMS AND ADMINISTRATIVE CLAIMS AND TO SUPPLEMENT ORDER AUTHORIZING THE DEBTORS AND DEBTORS IN POSSESSION TO (I) CONTINUE ALL INSURANCE POLICIES AND AGREEMENTS RELATED THERETO AND (II) CONTINUE CERTAIN PREMIUM FINANCING ARRANGEMENTS RELATING THERETO, AND (III) HONOR CERTAIN OBLIGATIONS IN RESPECT THEREOF PURSUANT TO SECTIONS 105(a) AND 363(b) OF THE BANKRUPTCY CODE [Docket No. 676]**

to be served upon the parties identified on the attached list as indicated.

_____
Kimberly A. Beck

SWORN TO AND SUBSCRIBED before me this 16th day of May, 2007.

_____
Notary Public
DEBBIE E. LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 21, 2008

DB02:5980993.1                                                                                       066245.1001

## SERVICE LIST
## 5/14/2007

Mark D. Collins, Esq.
Chun I. Jang, Esq.
Michael J. Merchant, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Counsel to the Debtors)
*Hand Delivery*

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 2100
Wilmington, DE 19801
Counsel for Official Cmmittee of Unsecured Creditors
*Hand Delivery*

Mark T. Power, Esq.
Mark S. Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Counsel for Official Committee of Unsecured Creditors)
*First Class Mail*

Suzzanne S. Uhland, Esq.
Ben H. Logan, Esq.
Victoria Newmark, Esq.
O'Melveny & Myers LLP
275 Battery Street
Embarcadero Center West
San Francisco, CA 94111-3305
(Counsel to Debtors)
*First Class Mail*

US Trustee
Office of the US Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
(United States Trustee)
*Hand Delivery*