UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>New Century TRS Holdings, Inc., et al.<br><br>                                  Debtors. | Chapter 11<br>Case No. 07-10416 (KJC)<br>(Jointly Administered) |
| DB Structured Products, Inc.,<br><br>                                Plaintiff,<br>v.<br><br>New Century Mortgage Corporation, New Century Credit Corporation, Home 123 Corporation, NC Capital Corporation, and New Century Financial Corporation,<br><br>                              Debtor-Defendants. | Adversary Proceeding<br>Case No. 07-51269 (KJC) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                               ) SS
NEW CASTLE COUNTY  )

       Kimberly A. Beck, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the DB Structured Products, Inc., and that on the 16th day of May, 2007, she caused a copy of the following pleading(s):

**AGREED ORDER REGARDING PLAINTIFF'S EXTENSION OF TIME TO FIE REPLY BRIEF [Docket No. 20]**

**STIPULATION AND ORDER RESOLVING DB STRUCTURED PRODUCTS INC.'S MOTION FOR PRELIMINARY INJUNCTION [Docket No. 21 (Adv.) & 709 (Main Case)]**

to be served upon the parties identified on the attached list as indicated.

                                                        _____
                                                        Kimberly A. Beck

SWORN TO AND SUBSCRIBED before me this 16th day of May, 2007.

                                                        _____
                                                        Notary Public

                                                        DEBBIE E. LASKIN
                                                         NOTARY PUBLIC
DB02:5982007.1                                    STATE OF DELAWARE      066287.1001
                                          My Commission Expires Dec. 21, 2008

## SERVICE LIST
## 5/16/2007

Bruce Bennett, Esq.
Hennigan, Bennett & Dorman, LLP
865 South Figueroa Street, 29th Floor
Los Angeles, CA 90017
*First Class Mail*

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 2100
Wilmington, DE 19801
(Counsel for Official Cmmittee of Unsecured Creditors)
*Hand Delivery*

Suzzanne S. Uhland, Esq.
Ben H. Logan, Esq.
Victoria Newmark, Esq.
O'Melveny & Myers LLP
275 Battery Street
Embarcadero Center West
San Francisco, CA 94111-3305
(Counsel to Debtors)
*First Class Mail*

Mark D. Collins, Esq.
Chun I. Jang, Esq.
Michael J. Merchant, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Counsel to the Debtors
*Hand Delivery*

Mark T. Power, Esq.
Mark S. Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Counsel for Official Committee of Unsecured Creditors)
*First Class Mail*

US Trustee
Office of the US Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
(United States Trustee)
*Hand Delivery*