IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re:  Docket No. 278 |

CERTIFICATION OF COUNSEL RE:  PROPOSED FORM OF ORDER
OF DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS
(I) DENYING REQUEST OF UNITED STATES TRUSTEE FOR AN ORDER
DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE AND (II)
GRANTING THE STIPULATION OF THE DEBTORS AND CREDITORS'
COMMITTEE TO APPOINT AN EXAMINER UNDER 11 U.S.C. §§ 1104(C)(1)

On April 17, 2007, the Office of the United States Trustee for the District of

Delaware (the "U.S. Trustee") filed the Motion of the United States Trustee for an Order

Directing the Appointment of a Chapter 11 Trustee or, in the Alternative, an Examiner [Docket

No. 278] (the "Motion").  The above-captioned debtors and debtors in possession (collectively,

the "Debtors") and the Official Committee of Unsecured Creditors (the "Creditors' Committee")

each filed responses [Docket Nos. 578 and 615] to the relief requested in the Motion.  Certain

additional parties also filed responses in support of or in opposition to the relief requested in the

---

[1] The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Motion [Docket Nos. 574, 579, 628, 646 and 665]. On May 14, 2007, the U.S. Trustee filed a reply [Docket No. 647] to the responses received in opposition to the Motion.

A hearing on the Motion was held before the Honorable Kevin J. Carey on May 15, 2007 (the "Hearing"). At the Hearing, the Court denied the U.S. Trustee's request for appointment of a chapter 11 trustee. Following the Court's denial of the U.S. Trustee's request for appointment of a chapter 11 trustee, the Debtors and the Creditors' Committee consented to the appointment of an examiner under section 1104(c)(1) of the United States Bankruptcy Code, subject to the submission of an acceptable form of order. The Court gave the parties until 4:00 p.m. (Eastern Time) on May 18, 2007 to submit an agreed form of order. In the absence of any agreement, the Court requested that the parties submit competing forms of order for consideration at the hearing scheduled for May 21, 2007 at 10:00 a.m. (Eastern Time).

The parties have exchanged forms of order and are still in the process of negotiating an acceptable form of order. Unfortunately, because of time constraints, the parties were unable to reach agreement on an acceptable form of order in advance of today's 4:00 p m. (Eastern Time) deadline. Accordingly, the Debtors and Creditors' Committee hereby submit their proposed form of order under certification of counsel. The Debtors and Creditors' Committee will continue to negotiate with the U.S. Trustee in an effort to reach agreement on an acceptable form of order in advance of the hearing. In the absence of any agreement, the Debtors and Creditors' Committee respectfully request that their proposed form of order be entered in substantially the form attached hereto as Exhibit A.

Dated: May 18, 2007
       Wilmington, Delaware

Respectfully submitted,

_____

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

RLF1-3153274-1

3