UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*,[1] | : | Case Number 07-10416 (KJC) |
|  | : | Jointly Administered |
| Debtors. | : |  |

**CERTIFICATE OF COUNSEL RE: PROPOSED FORM OF ORDER
DIRECTING THE APPOINTMENT OF AN EXAMINER
(RELATED TO DOCKET ENTRY # 278)**

UNDERSIGNED COUNSEL CERTIFIES:

Attached as Exhibit A is the United States Trustee's proposed form of order relating to the United States Trustee's motion for an order directing the appointment of a chapter 11 trustee or, in the alternative, an examiner.

Simultaneous with its filing, this Certificate is being served via electronic mail to counsel to the Debtors, counsel to the Official Committee of Unsecured Creditors, counsel to the Debtor-in-possession lenders, and counsel to the New York State Teachers' Retirement System.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

1

Respectfully submitted,

**KELLY BEAUDIN STAPLETON**
**UNITED STATES TRUSTEE**

BY: /s/ Joseph J. McMahon, Jr.
    Joseph J. McMahon, Jr., Esquire (# 4819)
    Trial Attorney
    United States Department of Justice
    Office of the United States Trustee
    J. Caleb Boggs Federal Building
    844 King Street, Room 2207, Lockbox 35
    Wilmington, DE  19801
    (302) 573-6491
    (302) 573-6497 (Fax)

    - and-

    Walter W. Theus, Jr.
    Trial Attorney
    Executive Office for United States Trustees
    20 Massachusetts Avenue, N.W., Suite 8000
    Washington, D.C.  20530
    (202) 213-6896
    (202) 307-2397 (Fax)

Date:  May 18, 2007