# EXHIBIT B



# Structured Finance

U.S. Residential Mortgage
Special Report

# Impact of Financial Condition on U.S. Residential Mortgage Servicer Ratings

**Analysts**

Mary Kelsch
+1 212 908-0563
mary.kelsch@fitchratings.com

Stephanie Whited
+1 562 481-1368
stephanie.whited@fitchratings.com

Karen Eissner
+1 917 539-9529
karen.eissner@fitchratings.com

Vincent Arscott
+1 212 908-0872
vincent.arscott@fitchratings.com

**Related Fitch Research**

- "Rating U.S. Residential Mortgage Servicers," dated Nov. 2, 2006.
- "ResiLogic: U.S. Residential Mortgage Loss Model," dated Oct. 4, 2006.

■ **Summary**

The residential mortgage industry is currently facing increasing and significant challenges. Recent developments in the secondary mortgage market have resulted in liquidity constraints for some mortgage and finance companies that are issuers of residential mortgage- and asset-backed securities, particularly those that issue securities backed by pools of subprime and second lien mortgages. These constraints may also impact continued performance of existing securities, since many of these same issuers are an ongoing party to the transaction, functioning as the servicer.

Current events, closely followed by rating actions on several servicers, have heightened investors' interest in a better understanding of the circumstances that could cause a servicer rating to be placed on Rating Watch or downgraded. Although there are various situations that could affect these ratings, this report focuses on the impact of one factor, the financial condition of an entity.

Financial condition is an important component of Fitch Ratings' servicer rating analysis, impacting the servicer's ability to remain in business, advance principal, interest, tax and insurance payments, and continue to make investments in infrastructure, systems and staffing to meet its current and future servicing needs. However, it is important to keep in mind that the servicer review and rating process is an operational risk review and comment on the servicer's platform. All servicing factors must be taken into consideration when determining any rating action.

To date, the financial difficulties of the various parties have been caused mainly by liquidity, overcapacity, margin pressure and poor asset quality, all of which are directly origination/seller focused. However, for servicers who are captive to an origination shop and/or issuer, and who do not have either a diversified product mix or a financially strong parent or partner, difficulties experienced at a corporate level will undoubtedly impact the servicing operation, eventually if not immediately. For third-party subprime servicers, this impact is less. However, these servicers could also experience a loss of new loan volume, as well as the potential for higher default levels in current portfolios. Much of this increase could be caused by the defaulting subprime borrowers being unable to obtain refinancing, both due to flat or decreasing home price appreciation and the tightening of credit standards on new originations. Any servicer, whether captive or third party, which has predominantly subprime credit quality loans in portfolio, could find its timelines and overall cost to service facing increased levels not seen in recent history.

**March 26, 2007**



# Structured Finance

In a rising delinquency rate environment, financial strength of a servicer is even more important in order to support the increased advancing requirements and investment in additional default management resources and tools necessary to maintain performance and mitigate losses. In Fitch's model, financial condition is weighted more heavily for a primary servicer of subprime product than prime product due to higher subprime delinquencies and extended timelines, as well as the additional staff resources, level of effort and technology needed to adequately service these loans.

The review process is constant across all servicers; however, some may be targeted for more in-depth analysis depending on the servicer's specific circumstances (e.g., significant organizational changes, recent merger, or substantial volume increases). Other factors besides financial condition may also impact servicing performance such as the challenges of predatory servicing, higher delinquencies and the payment shock associated with the reset of hybrid adjustable rate mortgages (ARMs), interest-only (IO) mortgages, and payment option ARMs.

Fitch's operational risk group (ORG) reviews each servicer and its particular circumstances on an individual basis and will downgrade/upgrade a servicer rating or place it on Rating Watch, when warranted. Fitch will continue to actively monitor the financial condition and loan servicing and operational capabilities of its rated servicers, as well as any impact on servicing quality.

## ■ Current Market Challenges

The past weeks have seen dramatic challenges for certain sectors of the residential mortgage market. While these have affected certain market participants directly, the subprime market as a whole could, to varying levels, face difficulties. In addition, the reactions from the market and regulators, regarding the relaxed credit quality of some subprime originations, may have possible far-reaching and long-term effects on the viability and accessibility of mortgage products for this segment of the consumer population.

The major areas of concern for some originators/issuers of subprime products, and therefore their captive servicers, are liquidity, overcapacity, margin pressure and asset quality. Although in recent periods some reduction in liquidity capacity could be managed, based on declining volumes, current liquidity trends are primarily a result of tripped covenants and liquidity providers' rapidly declining risk appetite. To date, when covenants have been tripped, the profitability covenants are frequently the first to be triggered. Previously, the liquidity providers were more willing to extend maturities for a short period in order to provide a company an opportunity to repair the breach. It now appears that these banks' flexibility is declining, and margin calls have begun in earnest. Margin calls, combined with early payment defaults (EPDs), have eroded some firms' financial position to the point that several are on the brink of bankruptcy, necessitating them to stop funding new originations and/or seek potential sale or partnership arrangements.

In recent years the industry has seen new participants enter the market, which has led to overcapacity. This overcapacity has begun to ease, with several players exiting the market, or at a minimum tightening underwriting guidelines and eliminating certain products. More consolidation is expected before the industry will be appropriately sized for expected ongoing mortgage market dynamics. In addition, extremely aggressive competition, rising funding costs and slowing origination volume have pressured profitability. Margins on whole loan sales have sharply deteriorated due to supply/demand imbalances, as well as the declining risk appetite among investors. Aggressive competition has also been a contributor to the deterioration of asset quality as evidenced by EPDs and rising default rates on subprime loans. With the risk of losses becoming more of a reality, bankers are enforcing EPD put-back rights at a much greater rate than in recent years, thereby significantly increasing the credit costs for originators.

## ■ Residential Servicers

Currently servicers are challenged with rising expenses, shrinking margins and fluctuating origination, and therefore portfolio, volumes. In addition, servicers are dealing with the complexities of natural disasters, compliance to varying federal and state regulations, as well as servicing a number of new and unique products. Further, the increasing delinquency environment may stress those servicers that are not adequately staffed or prepared to manage seriously delinquent loans with flexible default management solutions.

 Structured Finance

Fitch recognizes the challenges servicers face in adequately administering an effective servicing platform in a volatile economic environment that presents unusual risks to servicing operations. The quality and stability of a servicer's operation have a direct impact on its default management capabilities and ultimately on security losses, regardless of product type. However, certain product types need special operational focus, which could stress financial resources, due to their unique nature, the potential for customer disputes, or practices that could be deemed predatory and/or higher default levels. This stress will be especially acute for servicers who do not have a mix of other, less-servicing-intensive product in portfolio to dilute the overall strain on resources and balance overall servicing costs.

Taken to its most extreme, financial pressures could lead to servicing staff layoffs and increased staff turnover, if employees believe that their position and/or reputation could be at risk. A reduction in servicing staff will have an adverse affect on servicing quality. Furthermore, if the financial problems cause the portfolio to be transferred through the sale of assets or servicer termination, the potential for cash flow disruptions and/or a spike in default levels could ultimately result.

■ **Servicer Financial Review**

Fitch's credit ratings provide an opinion on the relative ability of an entity to meet financial commitments, such as interest, preferred dividends and repayment of principal. Credit ratings address benchmark probability of default or issuer default rating (IDR) as well as relative expectations of loss given default. Investment-grade companies will receive a higher score in the financial condition category of the servicer rating model than speculative grade and non-rated companies.

For non-rated companies, ORG consults with Fitch's financial institutions (FI) group, which will review audited financial statements, and other documentation as appropriate, in order to assign an internal financial score. Although not a full credit rating, the review focuses on the stability and duration of funding sources from a servicer's parent, affiliate or lender for working capital and servicing advances, as well as asset quality, earnings and liquidity. The internal score does not constitute a Fitch credit rating on the servicer but is used solely as a factor in the servicer-scoring model and rating process.

If, at any time during the one-year duration of a Fitch servicer rating, circumstances should materially change with regard to the financial condition of a servicer, Fitch's ORG and FI groups will consider the impact of the change on the company's ability to remain financially viable over the near term. When circumstances warrant, a servicer rating will be downgraded and/or placed on Rating Watch immediately in order to notify the market of the rating action and related rationale.

■ **Other Servicer Rating Factors**

Fitch's residential mortgage servicer review and rating process is designed to identify and evaluate the quality of a servicer's loan administration and default management processes, compliance with stated guidelines, and operational and financial stability. Fitch's rating criteria includes several areas of analysis, each with various subcategories or factors that are weighted and evaluated to determine a final servicer rating. The primary areas reviewed include company and management experience, financial condition, staffing and training, procedures and controls, loan administration, default management, performance and technology.

Fitch uses a comprehensive scoring model to determine servicer rating levels in order to remove much of the subjectivity in assigning these levels. Each servicer type, primary (including subservicer and specialty products), master and special servicer, is reviewed based on a select set of criteria. Depending on the type of servicer, the weighted importance of the criteria varies. For example, financial strength is a larger percentage of the total score for subprime and master servicers, while default servicing is more heavily weighted for special and, again, subprime servicers. Each factor line item within a criteria group also has weighted importance to the overall group score. All factor line items combine to provide a score for each category, which, in turn, is incorporated into the overall weighted total score for a servicer. Scores are benchmarked into ranges, which provide the final determination of a servicer's rating.



# Structured Finance

However, in instances when any one factor has the possibility to affect the performance in other areas, the weighting of that factor may, and should, be increased. This has been the case for some of the current subprime servicer ratings, which have been downgraded and/or placed on Rating Watch. In these cases, and as described in this report, severe financial conditions could affect the staffing, advancing, execution of business plans and maintenance of operational platforms. In some of these cases, the immediate performance of the servicer has not yet shown deterioration, and if the financial condition dramatically improves, the servicing platform may not be permanently impaired. However, Fitch's opinion of the overall risk of this factor to the operation has greatly increased and, therefore, must be disclosed.

Fitch assigns residential servicer ratings by servicer type: residential primary servicer (RPS), residential master servicer (RMS) and residential special servicer (RSS). Servicers are rated on a scale of one to five, with one being the highest rating. Within the one, two and three rating levels, Fitch further differentiates the ranking by pluses (+) and minuses (–). If a company does not meet the servicer rating criteria, no rating will be given.

---

### Residential Loan Servicer Ratings

Fitch's operational risk group provides ratings for primary (RPS), master (RMS) and special servicers (RSS). These ratings provide investors and other market participants with a quantitative and clear indication of a servicer's performance and capabilities, which are evaluated using a standardized methodology. The residential servicer rating scale is summarized below.

### Residential Servicer Rating Scale

| Rating | Definition |
|---|---|
| 1/1– | Fully Acceptable (With Overall Superior Performance) |
| 2+/2/2– | Fully Acceptable (With Noted Strengths) |
| 3+/3/3– | Fully Acceptable |
| 4 | Qualified Acceptability |
| 5 | Unacceptable (Without Additional Structural Features) |

Fitch's servicer ratings are used internally to augment the residential securitization model when assigning levels and credit enhancements. For more information on the review and rating process for servicers, see Fitch criteria report, "Rating U.S. Residential Mortgage Servicers," dated Nov. 29, 2006, available on Fitch's Web site at www.fitchratings.com.

---

Ratings are based on information obtained from the servicers and other sources that Fitch believes to be reliable. Fitch does not audit or verify the truth or accuracy of such information. Ratings may be changed or withdrawn as a result of changes in, or the unavailability of, information or for other reasons.

### ■ Monitoring Rated Servicers

Fitch performs residential mortgage servicing reviews on an annual basis. Servicers also provide additional performance, operational and financial statistics semiannually. Fitch monitors servicer ratings based on changes in market conditions as well as changes specific to the servicer. In order to maintain their servicer ratings, servicers should inform Fitch of any major changes in portfolio size, product type, corporate structure, financial condition, planned acquisitions or mergers, or other significant changes that may affect their rating. In addition to the regular updates, servicers are expected to provide statistical information, such as product mix, volume and delinquencies upon request. Finally, Fitch's performance analytics group continually monitors the performance of transactions rated by Fitch. The performance analytics group has discussions with the servicers and Fitch's ORG group, which performs servicer ratings, as part of its analysis of performance and trends.

Fitch's operational risk, transaction ratings, performance analytics, and financial institutions groups work closely together to review changes such as financial condition, repurchases, and mergers and acquisitions to determine the impact, if any, on existing servicer ratings and rated transactions. Fitch has been actively monitoring current market conditions and has been in close contact with various subprime servicers. Fitch reviews each servicer and its particular circumstances on an individual basis and will upgrade or downgrade a servicer rating or place it on Rating Watch, when warranted. All servicer rating actions are published and can be found on Fitch's Web site at www.fitchratings.com.

### ■ Servicer Rating Impact on RMBS Transactions

The servicer rating benefit or risk adjustment is incorporated directly into Fitch's ResiLogic U.S. residential mortgage loss model for prime, Alt-A and subprime products to determine credit enhancement levels. The ResiLogic model is based on the performance history of over 1.6 million residential mortgage loans that were originated between 1992 through 2000. Through logistic regression analyses of the data sample's loan attributes and



# Structured Finance

performance from originations through 2005, Fitch identified credit dimensions sufficient enough to be incorporated into the model's calculations. Furthermore, expected loss severity was derived through a statistical analysis of historical loss severity performance. Through its research, Fitch found that servicer quality, as evidenced by Fitch's servicer ratings, directly impacts loss.

The credit for the servicer rating dimension was derived based on Fitch's analysis of loss performance in relation to servicer rating. The credit reflects a positive correlation between the incidence of realized losses and servicer rating, evidencing that loans serviced by servicers rated 'RPS1' by Fitch experienced fewer losses and lower loss severities than those rated 'RPS3'. For example, the difference in 'AAA' credit enhancement for subprime transactions between an 'RPS1' and an 'RPS3–' Fitch-rated servicer ranges from approximately 100–200 basis points (bps). For subordinate classes, the difference is on the order of 50–100 bps. An additional example of an Alt-A option ARM deal demonstrates a benefit of approximately 100 bps at 'AAA' for the 'RPS1' versus the 'RPS3–'.

It should be noted that Fitch uses the primary servicer rating to determine its credit enhancement adjustment in RMBS transactions. However, in the instances where a transaction has a rated master servicer combined with either a non-rated or low-rated primary servicer(s), a blended rating may be used in the model for servicer rating adjustments. For example, if a deal has a Fitch-rated 'RMS1' master servicer and an unrated or 'RPS3'-rated primary servicer on the deal, the midpoint rating of 'RPS2' would be applied to the transaction for servicer credit purposes.

Copyright © 2007 by Fitch, Inc., Fitch Ratings, Ltd. and its subsidiaries. One State Street Plaza, NY, NY 10004.
Telephone: 1-800-753-4824, (212) 908-0500.  Fax: (212) 480-4435. Reproduction or retransmission in whole or in part is prohibited except by permission.  All rights reserved.  All of the information contained herein is based on information obtained from issuers, other obligors, underwriters, and other sources which Fitch believes to be reliable.  Fitch does not audit or verify the truth or accuracy of any such information.  As a result, the information in this report is provided "as is" without any representation or warranty of any kind.  A Fitch rating is an opinion as to the creditworthiness of a security.  The rating does not address the risk of loss due to risks other than credit risk, unless such risk is specifically mentioned.  Fitch is not engaged in the offer or sale of any security.  A report providing a Fitch rating is neither a prospectus nor a substitute for the information assembled, verified and presented to investors by the issuer and its agents in connection with the sale of the securities. Ratings may be changed, suspended, or withdrawn at anytime for any reason in the sole discretion of Fitch.  Fitch does not provide investment advice of any sort.  Ratings are not a recommendation to buy, sell, or hold any security. Ratings do not comment on the adequacy of market price, the suitability of any security for a particular investor, or the tax-exempt nature or taxability of payments made in respect to any security.  Fitch receives fees from issuers, insurers, guarantors, other obligors, and underwriters for rating securities.  Such fees generally vary from US$1,000 to US$750,000 (or the applicable currency equivalent) per issue.  In certain cases, Fitch will rate all or a number of issues issued by a particular issuer, or insured or guaranteed by a particular insurer or guarantor, for a single annual fee.  Such fees are expected to vary from US$10,000 to US$1,500,000 (or the applicable currency equivalent).  The assignment, publication, or dissemination of a rating by Fitch shall not constitute a consent by Fitch to use its name as an expert in connection with any registration statement filed under the United States securities laws, the Financial Services and Markets Act of 2000 of Great Britain, or the securities laws of any particular jurisdiction.  Due to the relative efficiency of electronic publishing and distribution, Fitch research may be available to electronic subscribers up to three days earlier than to print subscribers.