**CERTIFICATE OF SERVICE**

     I, Christina M. Thompson, hereby certify that on this 18th day of May, 2007, I caused a true and correct copy of the foregoing document to be served upon the individuals identified on the attached service list via First Class U.S. Mail.

_____
Christina M. Thompson (No. ~~3976~~)

539964