| | |
|---|---|
| Don A. Beskrone<br>William P. Bowden<br>Gregory A. Taylor<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801 | Charlene D. Davis<br>Neil B. Glassman<br>Steven M. Yoder<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 |
| Ian Connor Bifferato<br>Garvan F. McDaniel<br>Bifferato Gentilotti LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801 | Bonnie Glantz Fatell<br>Blank Rome LLP<br>Chase Manhattan Centre<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801-4226 |
| Mary F. Caloway<br>Eric Lopez Schnabel<br>Buchanan Ingersoll & Rooney PC<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 | Marla R. Eskin<br>Mark T. Hurford<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801 |
| Michael R. Lastowski<br>Christopher M. Lastowski<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801 | Michael Busenkell<br>Eckert, Seamans, Cherin & Mellot, LLC<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE 19801 |
| William E. Chipman, Jr.<br>Edwards Angell Palmer & Dodge LLP<br>919 Market Street, Suite 1500<br>Wilmington, DE 19801 | Daniel K. Astin<br>Anthony M. Saccullo<br>Fox Rothschild LLP<br>Citizens Bank Center<br>919 North Market Street, Suite 1300<br>Wilmington, DE 19899-2323 |

Michael G. Gallerizzo
David V. Fontana
Gebhart & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801

Richard M. Beck
Christopher A. Ward
Michael W. Yurkewicz
Joanne B. Wills
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Richard S. Cobb
Matthew B. McGuire
Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Christopher D. Loizides
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

William F. Taylor
Katherine L. Mayer
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801

Francis A. Monaco, Jr.
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Robert J. Dehney
Gregory W. Werkheiser
Daniel B. Butz
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

David M. Fournier
Evelyn J. Meltzer
David B. Stratton
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street, Suite 5100
Wilmington, DE 19801

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Mark D. Collins
Michael J. Merchant
Chun I. Jang
Richards, Layton & Finger, P.A.
One Rodney Square, 920 King Street
Wilmington, DE 19801

Norman M. Monhait
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Megan E. Cleghorn
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

Joseph Grey
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Elihu E. Allinson, III
William D. Sullivan
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

Ellen W. Slights
U.S. Attorney's Office
1007 Orange Street, 7th Floor
Wilmington, DE 19801

Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

Brian A. Sullivan
Amy D. Brown
Werb & Sullivan
300 Delaware Avenue
Wilmington, DE 19801

Steven K. Kortanek
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801


Robert S. Brady
Michael R. Nestor
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Lisa C. McLaughlin
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Division of Unemployment Insurance
Department of Labor
4425 North Market Street
Wilmington, DE 19802

James E. Huggett
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801

Delaware Secretary of State
Division of Corporations
Franchise Tax Division
P.O. Box 7040
Dover, DE 19903

Secretary of the Treasury
P.O. Box 7040
Dover, DE 19903

Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, DC 20020

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

IKON Office Solutions
Recovery & Bankruptcy
3920 Ark Wright Road, Suite 400
Macon, GA 31210

XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA 90295

David G. Aelvoet
Linebarger Goggan Blair & Sampson LLP
Travis Building, 711 Navarro, Suite 300
San Antonio, TX 78205

Richard H. Agins
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178

John J. Arminas
Goldberg, Kamin & Garvin
1806 Frick Building, 437 Grant Street
Pittsburgh, PA 15219

Hernando Azarcon
Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI 48075

D.J. Baker
Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430

Paul M. Basta
Joshua A. Sussberg
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Mark N. Berman
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-1832

Matthew Botica
David Wirt
Grayson Walter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Frank G. Burt
Raul A. Cuervo
W. Glenn Merten
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-5208

James S. Carr
David Retter
Christena A. Lambrianakos
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Richard A. Chesley
Kimberly D. Newmarch
Paul, Hastings, Janofsy & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606

Robert P. Cocco
Robert P. Cocco, P.C.
437 Chestnut Street, Suite 1006
Philadelphia, PA 19106

Ken Coleman
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY

Gretchen Crawford
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102

Raniero D'Aversa, Jr.
Laura D. Metzger
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820

Luc A. Despins
Wilbur F. Foster
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

Robert M. Dombroff
Steven Wilamowsky
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Amish R. Doshi
Day Pitney LLP
7 Times Square
New York, NY 10036-7311

Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT  06510

T. Robert Finlay
Donna L. La Porte
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA  92660

Barry Freeman
Jeffer Mangels Butler & Marmaro, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067

Scot Freeman
Account Resolution
Travelers
National Accounts
1 Tower Square - 5MN
Hartford, CT  06183-4044

Nathan Fuchs
Securities & Exchange Commission
233 Broadway
New York, NY  10279

Andrew J. Gallo
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110

Robert P. Gates
Erskine & Tulley
220 Montgomery Street, Suite 303
San Francisco, CA  94104

Jeffrey I. Golden
Hutchison B. Meltzer
Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA  92626

Alberto P. Gonzalez
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC  20530-0001

Robert Goodrich
Stites & Harison, PLLC
1800 Fifth Third Center
424 Church Street
Nashville, TN 37219-2376

Bruce Gordon
IBM Credit LLC
Special Handling Group-MD NC322, North Castle Dr
Armonk, NY 10504

Lawrence P. Gottesman
Sukyong Suh
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Salvatore J. Graziano
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

Robert E. Greenberg
Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC
1101 Seventeenth Street, N.W. Suite 700
Washington, DC 20036-4704

Charles A. Hansen
Mark S. Bostick
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

A. Michelle Hart
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

Jed Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

Howard R. Hawkins, Jr.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Sheldon I. Hirshon
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

Nancy Hotchkiss  
Trainor Fairbrook  
P.O. Box 255824  
980 Fulton Avenue  
Sacramento, CA 95865  

Mark T. Power  
Hahn & Hessen LLP  
488 Madison Avenue, 14th & 15th Floor  
New York, NY 10022  

Mitchell W. Katz  
Qwest Legal Department  
1801 California Street, Suite 900  
Denver, CO 80202  

Thomas S. Kiriakos  
Sean T. Scott  
Mayer, Brown, Rowe & Maw LLP  
71 South Wacker Drive  
Chicago, IL 60606  

Gregg S. Kleiner  
Cooley Godward Kronish LLP  
101 California Street, 5th Floor  
San Francisco, CA 94111-2222  

Thomas M. Korsman  
Vice President  
Wells Fargo Bank, N.A.  
MAC N9303-120  
608 2nd Avenue South  
Minneapolis, MN 55479  

Matthew J. Lampke  
Assistant Chief  
Ohio Attorney General's Office  
Executive Agencies Section  
30 E. Broad Street, 26th Floor  
Columbus, OH 43215-4200  

Mark Lee  
Contrarian Capital Management, L.L.C.  
411 West Putnam Avenue, Suite 225  
Greenwich, CT 06830  

Randall S. Leff  
Eric M. Heller  
Ervin Cohen & Jessup LLP  
9401 Wilshire Boulevard, Ninth Floor  
Beverly Hills, CA 90212-2974  

Chris Lenhart  
Dorsey & Whitney LLP  
50 South Sixth Street, Suite 1500  
Minneapolis, MN 55402-1498

| | |
|---|---|
| Paul T. Liu<br>John Guerry<br>Countrywide Home Loans, Inc.<br>5220 Las Virgenes Road, MS AC-11<br>Calabasas, CA 91302 | William G. Malcolm<br>Malcolm & Cisneros, A Law Corporation<br>2112 Business Center Drive, Second Floor<br>Irvine, CA 92612 |
| Carlos G. Manalansan<br>Wolff & Samson, PC<br>The Offices of Crystal Lake, One Boland Drive<br>West Orange, NJ 07052 | Julie A. Manning<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919 |
| Mark Manski<br>Barclays Bank PLC<br>200 Park Avenue<br>New York, NY 10166 | Richard F. Martin<br>8109 Santa Luz Village Green South<br>San Diego, CA 92127 |
| Frank F McGinn<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110 | Sari E. Meador<br>Delinquency and Enforcement<br>Office of Joe G. Tedder, CFC<br>Tax Collector for Polk County, Florida<br>P.O. Box 2016<br>Bartow, FL 33831-2016 |
| David A. Meskan<br>500 Eagles Landing, LLC<br>2100 Green Street, Apt. 404<br>San Francisco, CA 94123 | Keith W. Miller<br>James R. Bliss<br>Paul, Hastings, Janofsky & Walker LLP<br>Park Avenue Tower<br>75 East 55th Street, First Floor<br>New York, NY 10022 |

| | |
|---|---|
| John E. Mitchell<br>Vinson & Elkins LLP<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75201 | Sheryl L. Moreau<br>Special Assistant Attorney General<br>Missouri Department of Revenue<br>General Counsel's Office<br>P.O. Box 475<br>301 W. High Street, Room 670<br>Jefferson City, MO 65105-0475 |
| Steven H. Newman<br>Katsy Korins LLP<br>605 Third Avenue, 16th Floor<br>New York, NY 10158 | Blair A. Nicholas<br>Bernstein Litowitz Berger & Grossmann LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130 |
| Mary E. Olsen<br>M. Vance McCrary<br>J. Cecil Gardner<br>The Gardner Firm, P.C.<br>1119 Government Street<br>Mobile, AL 36652 | Gregory M. Petrick<br>Angela Somers<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 |
| Leo D. Plotkin<br>Levy, Small & Lallas<br>815 Moraga Drive<br>Los Angeles, CA 90049-1633 | David M. Poitras<br>Jeffer Mangels Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 |
| Daniel T. Powers<br>Chatham County Tax Commissioner<br>P.O. Box 8321<br>Savannah, GA 31412 | Mark H. Ralston<br>Davor Rukavina<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza<br>500 N. Akard Street<br>Dallas, TX 75201 |

Michael Reed
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680

Glenn M. Reisman
Two Corporate Drive, Suite 234
Shelton, CT 06484

Richard J. Reynolds
Turner, Reynolds, Greco & O'Hara
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618

Robert F. Reynolds
Slatkin & Reynolds, P.A.
One East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33301

Diane J. Richey
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, CA 90071

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
1949 South I.H. 35
Austin, TX 78760

James R. Savin
David M. Dunn
Joanna F. Newdeck
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036

Margot B. Schonholtz
Mark F. Liscio
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Felix A. Seidler
Reeves & Seidler
2527 Santa Clara Avenue
Alameda, CA 94501-4633

Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 N. Central Expressway
Dallas, TX 75205

Bryn H. Sherman
Deckelbaum Ogens & Raftery, Chtd.
3 Bethesda Metro Center, Suite 200
Bethesda, MD 20814

Don C. Sherwood
Sherwood and Hardgrove
11812 San Vicente Boulevard, Suite 210
Los Angeles, CA 90049-6622

J.R. Smith
Jason W. Harbour
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Joseph H. Smolinsky
Douglas E. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

Claudia Z. Springer
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

David I. Swan
Kenneth M. Misken
McGuire Woods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215

Patricia B. Tomasco
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

Suzzanne S. Uhland
Brophy Christensen, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

| | |
|---|---|
| Madeleine C. Wanslee<br>Gust Rosenfeld PLC<br>201 E. Washington, Suite 800<br>Phoenix, AZ  85004-2327 | Gilbert B. Weisman<br>Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA  19355-0701 |
| Seth R. Weissman<br>V.P. & General Counsel<br>Coremetrics, Inc.<br>1840 Gateway Drive, Suite 320<br>San Mateo, CA  94404 | Elizabeth Weller<br>Linebarger Googan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX  75201-2644 |
| Katherine M. Windler<br>Bryan Cave LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA  90401-2386 | Stuart B. Wolfe<br>Yaron Shaham<br>Wolfe & Wyman LLP<br>5 Park Plaza, Suite 1100<br>Irvine, CA  92614 |
| Brian D. Womac<br>Denise H. Mitchell<br>Womac & Associates<br>Two Memorial City Plaza<br>820 Gessner, Suite 1540<br>Houston, TX  77024 | Donald A. Workman<br>Baker & Hostetler LLP<br>1050 Connecticut Avenue, N.W., Suite 1100<br>Washington, DC  20036 |
| David H. Zielke<br>Vice President & Assistant General Counsel<br>Washington Mutual<br>1301 Second Avenue, WMC 3501<br>Seattle, WA  98101 | Ben H. Logan, Esquire<br>O'Melveny & Myers LLP<br>488 Madison Avenue<br>New York, New York 10022 |