UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NEW CENTURY HOLDINGS, INC., a Delaware ) | Case No. 07-10416 (KJC) |
| corporation, et al.[1] ) | Jointly Administered |
| Debtor. ) | |
| ) | Related to Docket No. 307 |

### CERTIFICATION OF COUNSEL CONCERNING AN ORDER DENYING THE PLAN BENEFICIARIES' EMERGENCY MOTION FOR AN ORDER DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF PLAN BENEFICIARIES PURSUANT TO 11 U.S.C. § 1102

The undersigned counsel for movants Gregory Schroeder *et al.* (collectively, the "**Movants**") certifies as follows:

1. Attached hereto is are proposed two proposed forms of *ORDER DENYING THE PLAN BENEFICIARIES' EMERGENCY MOTION FOR AN ORDER DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF PLAN BENEFICIARIES PURSUANT TO 11 U.S.C. § 1102* (the "**Order**"). A form of Order reciting the form and substance of Court's findings is attached as Exhibit A. A form of Order incorporating the Court's findings from the record is attached as Exhibit B.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company, NCoral, L.P., a Delaware limited partnership.

2. Counsel for the Debtors, the Official Committee of Unsecured Creditors (the "Committee") and the United States Trustee have had an opportunity to review and suggest changes to the form of the Order. Counsel for the Debtors made no changes. Counsel for the Committee and United States Trustee believe that Exhibit B represents the form requested by the Court. Counsel for the Movants believe that Exhibit A reflects the Court's wishes but have no objection to the entry of either form. The Orders otherwise reflect the few additional material changes requested.

3. Therefore, the Movants respectfully request that the Court enter either form of the Order which it deems appropriate at its earliest convenience.

Dated : May 18, 2007

STEVENS & LEE, P.C.

/s/Joseph H. Huston, Jr.
JOSEPH H. HUSTON, JR., (NO. 4035)
THOMAS G. WHALEN, JR.(NO. 4034)
1105 NORTH MARKET STREET
SUITE 700
WILMINGTON, DE 19801
TELEPHONE: (302) 425-3310
TELECOPIER: (302) 654-5181
EMAIL: JHH/TGW@STEVENSLEE.COM

-and-

**BERNSTEIN, SHUR, SAWYER & NELSON**
ROBERT J. KEACH, ESQ.
MICHAEL A. FAGONE, ESQ.
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND, ME 04104-5029
TELEPHONE: (207) 774-1200
TELECOPIER: (207) 774-1127

## CERTIFICATE OF SERVICE

Joseph H. Huston, Jr., hereby certifies that on April 26, 2007, he caused a true and correct copy of the foregoing *Emergency Motion for an Order Directing the United States Trustee to Appoint an Official Committee of Plan Beneficiaries Pursuant to 11 U.S.C. § 1102(a)(2)* to be served electronically through the Court's CM/ECF system, and also by hand or First-Class Mail, postage prepaid upon the parties listed below.

/s/ *Joseph H. Huston, Jr.*
Joseph H. Huston, Jr.

*Representing Debtors*
Mark D. Collins
Michael J. Merchant
Chun I. Jang
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

*Representing The Official Committee of Unsecured Creditors*
Bonnie Glantz Fatell
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

Joseph J. McMahon, Jr.
*Office of the United States Trustee*
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

05/18/07/SL1 724520v1/102440.00001