IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416(KJC) |
| a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF DONALD A. WORKMAN

Etta R. Wolfe, a member of the bar of this Court, pursuant to District Court Rule 83.5, moves the admission *pro hac vice* of Donald A. Workman, Esquire of the firm Baker & Hostetler LLP, Washington Square, Suite 1100, 1050 Connecticut Avenue, N.W., Washington, D.C. 20036-5304 to represent Fidelity in this action. The Admittee is admitted, practicing and in good standing in the State of Florida and the District of Columbia; the U.S. District Court for the Northern District of Florida; the U.S. District Court for the Middle District of Florida; the U.S. District Court for the Southern District of Florida; and the U.S. Court of Appeals for the Eleventh Circuit Court.

SMITH, KATZENSTEIN & FURLOW LLP

By: _____
Kathleen M. Miller (I.D. No. 2898)
Etta R. Wolfe (I.D. No. 4164)
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400

May 18, 2007

07107|PHV|10025856.WPD

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416(KJC) |
| a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

### ORDER GRANTING MOTION *PRO HAC VICE* OF DONALD A. WORKMAN

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2007          _____
                                    United States Bankruptcy Judge

07107|PHV|10025856.WPD