IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416(KJC) |
| a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May 2007, MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF DONALD A. WORKMAN and CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE was served via first class mail on:

Mark D. Collins
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

SMITH, KATZENSTEIN & FURLOW LLP

By: _____
Kathleen M. Miller (I.D. No. 2898)
Etta R. Wolfe (I.D. No. 4164)
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400

May 18, 2007

07107|COS|10025860.WPD