## IN THE UNITED STATES BANKRUPTCY
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY HOLDINGS, INC, *et al.*, | : | Case No. 07- 10416(KJC) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Re: Docket No. 278** |

### STATEMENT OF NEW YORK STATE TEACHERS' RETIREMENT SYSTEM IN SUPPORT OF PROPOSED FORM OF ORDER DIRECTING THE APPOINTMENT OF AN EXAMINER SUBMITTED BY THE U.S. TRUSTEE

The New York State Teachers' Retirement System ("NYSTRS"), a creditor/party in interest seeking appointment as the Lead Plaintiff in a shareholder securities class action currently entitled *Gold v. Morrice, et al*, Case No. 07-cv-00931-DDP-JTL, pending in the United States District Court for the Central District of California, and filed on behalf of the putative class of investors who purchased securities of New Century Financial Corp., one of the debtors herein, supports the United States Trustee's proposed form of Order directing the appointment of an examiner in the above referenced cases and respectfully requests that the Court enter the United States Trustee's proposed form of Order.[1]

---

[1] The United States Trustee furnished NYSTRS with a copy of her proposed form of Order prior to its submission to the Court. The United States Trustee incorporated NYSTRS' comments in the form of Order submitted to the Court (included in the last ORDERED paragraph of the proposed Order). Counsel for the Debtors and the Creditors Committee did not furnish NYSTRS with a copy of their proposed form of Order in advance of submitting it to the Court. NYSTRS reserves the right to object to the Debtors' and Committee's proposed form of Order in the event the Court hears further argument thereon.

20480/2
05/18/2007 2159356.01

| | |
|---|---|
| Dated: May 18, 2007 | **CROSS & SIMON LLC**<br><br>By: /s/ Richard H. Cross, Jr.<br>Richard H. Cross, Jr. (Bar No. 3576)<br>913 North Market St., 11th Floor<br>Wilmington, Delaware 19899-1380<br>302.777.4200 (Telephone)<br>302.777.4224 (Facsimile)<br><br>**LOWENSTEIN SANDLER PC**<br>Michael S. Etkin, Esq. (ME 0570)<br>Ira M. Levee, Esq. (IL 9958)<br>65 Livingston Avenue<br>Roseland, New Jersey  07068<br>973.597.2500 (Telephone)<br>973.597.2400 (Facsimile)<br><br>*Bankruptcy Counsel to NYSTRS*<br><br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>Salvatore J. Graziano, Esq.<br>Hannah Greenwald, Esq.<br>Noam Mandel, Esq.<br>1285 Avenue of the Americas<br>New York, New York 10019<br>212.554.1400 (Telephone)<br>212.554-1444 (Facsimile)<br><br>Blair A. Nicholas, Esq.<br>Matthew Silben, Esq.<br>12481 High Bluff Drive, Suite 300<br>San Diego, California 92130<br>858.793.0070 (Telephone)<br>858.793.0323 (Facsimile)<br><br>*Counsel for NYSTRS and proposed Lead Counsel for the Class* |