**IN THE UNITED STATES BANKRUPTCY
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY HOLDINGS, INC, *et al.*, | : | Case No. 07- 10416(KJC) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Richard H. Cross, Jr., certify that on May 18, 2007, I caused to be served via electronic mail on the parties listed on Exhibit A a copy of the STATEMENT OF NEW YORK STATE TEACHERS' RETIREMENT SYSTEM IN SUPPORT OF PROPOSED FORM OF ORDER DIRECTING THE APPOINTMENT OF AN EXAMINER SUBMITTED BY THE U.S. TRUSTEE.

                                    CROSS & SIMON, LLC

                                    Richard H. Cross, Jr. (No. 3576)
                                    913 North Market Street, 11th Floor
                                    Wilmington, Delaware  19801
                                    302-777-4200
                                    302-777-4224 (fax)
                                    *Bankruptcy Counsel to*
                                    *New York State Teachers'*
                                    *Retirement System*

Dated: May 18, 2007

**EXHIBIT A**

Joseph J. McMahon, Jr., Esq.
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King St., Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6497 (Facsimile)

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7701 (Facsimile)

*Counsel to the Debtors*

Suzanne S. Uhland, Esq.
Ben H. Logan, Esq.
Alejandro Mayorkas, Esq.
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
(415) 984-8701 (Facsimile)

*Counsel to the Debtors*

Bonnie Glantz Fatell, Esq.
Regina Stango Kelbon, Esq.
BLANK ROME LLP
1201 Market St., Suite 800
Wilmington, DE 19801
(302) 425-6464 (Facsimile)

*Counsel to Official Committee
of Unsecured Creditors*

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Jeffrey L. Schwartz, Esq.
James P. Laughlin, Esq.
HAHN & HESSEN LLP
448 Madison Avenue
New York, NY 10022
(212) 478-7400 (Facsimile)

*Counsel to Official Committee
of Unsecured Creditors*

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB
919 North Market Street, Suite 1700
Wilmington, DE 19801

Bennett L. Spiegel, Esq.
Shirley S. Cho, Esq.
KIRKLAND & ELLIS, LLP
777 South Figueroa Street
Los Angeles, CA 90017-5800