# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

## NOTICE OF FILING AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL, LAW OFFICES OF DAVID J. STERN

PLEASE TAKE NOTICE that, pursuant to the Court's May 7, 2007 Order authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases, LAW OFFICES OF DAVID J. STERN, P.A. does hereby file the attached Affidavit of Ordinary Course Professional.

Dated: May 18, 2007

LAW OFFICES OF DAVID J. STERN, P.A.
801 S. University Drive Suite 500
Plantation, FL 33324
Phone: (954) 233-8000 ext 207
Fax: (954) 233-8648

/S/ Frederic J. DiSpigna

FREDERIC J. DISPIGNA, ESQUIRE
Florida Bar No. 345539
fdispigna@dstern.com

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

07-82200.NOF

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL**

STATE OF FLORIDA    :
COUNTY O F BROWARD  :

David J. Stern, being duly sworn, deposes and says:

1.  I am the principal with Law Offices of David J. Stern, P.A. (the "Firm"), which maintains offices at 801 S. University Dr., Suite 500, Plantation, FL 33324.

2.  This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about May 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

1

3.  Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors as foreclsoure and bankruptcy attorneys. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4.  The Firm's current customary rate, subject to change from time to time, is $175 per hour. However, the services which the Firm provides to the Debtors is generally provided on a flat fee basis according to a previously agreed to billing structure.

5.  In the ordinary course of its business, the Firm maintains a database of all its clients, including information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

> The Firm represents numerous mortgage lenders in foreclosure and bankruptcy court throughout Florida, including the following creditors and interested parties:
>
> ABN AMRO Bank, N.V.
> America's Servicing Company
> Aurora Loan Services
> Bank of America, N.A.
> Countrywide Home Loans, Inc.
> Credit Suisse First Boston Mortgage Capital LLC
> Deutsche Bank
> EMC Mortgage Corporation
> General Electric Capital Corporation
> Goldman Sachs Mortgage Company
> Guaranty Bank
> HSBC Bank USA, N.A.
> IndyMac Bank, FSB
> JP Morgan Chase Bank, NA

        Midland Mortgage Company
        New Century Mortgage Corporation
        Residential Funding Corporation
        Sterling Bank
        SunTrust
        The CIT Group
        U.S. Bank National Association
        Washington Mutual Bank, FA
        Wells Fargo Bank, N.A.

The firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such persons in connection with these chapter 11 cases, except that the Firm has filed an Omnibus Motion for Relief from Stay (Doc. #675) seeking to proceed with foreclosures on behalf of various creditors or interested parties who hold mortgages superior to mortgages held by Debtors.

      6.    Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

      7.    Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed, except that the Firm has filed an Omnibus Motion for Relief from Stay (Doc. #675) seeking to proceed with foreclosures on behalf of various creditors or interested parties who hold mortgages superior to mortgages held by Debtors.

8.  Prior to the filing of the above-captioned cases, the Firm was employed by the Debtors. On the petition date, the Debtors owed the firm $2,975.04 for prepetition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm will not waive its pre-petition claim.

9.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

10. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

_____
DAVID J. STERN

Sworn to and subscribed before me this 18th day of May, 2007

_____
Notary Public

[Notary seal: DIANE M. SMITH, MY COMMISSION EXPIRES April 26, 2011, #DD 642673, Bonded thru Notary Public Underwriters, NOTARY PUBLIC, STATE OF FLORIDA]