# EXHIBIT A

## AFFIDAVIT OF SHANNA L. SMITH

I, SHANNA L. SMITH, do hereby swear and depose as follows:

1. I am more than 18 years of age and am fully competent to testify to the matters described herein.

2. I am the President and Chief Executive Office of the National Fair Housing Alliance ("NFHA"). I have held that position since 1990. Before 1990, I served as Executive Director of the Toledo Fair Housing Center for 15 years.

3. NFHA is the only national organization dedicated solely to ending discrimination in housing. NFHA works to eliminate housing discrimination and to ensure equal housing opportunity for all people through leadership, education and outreach, membership services, public policy initiatives, advocacy and enforcement.

4. As President and CEO of NFHA, I have had the opportunity to review the policies, procedures and practices of many lenders and loan servicers, including numerous prime and non-prime, or subprime, lenders such as New Century Financial Corporation and its subsidiaries ("New Century").

5. NFHA has been working as a consultant to New Century for approximately 18 months to assist New Century in ensuring compliance with consumer and fair lending laws throughout its mortgage origination and servicing businesses. Specifically, NFHA has worked with New Century to review marketing materials, underwriting and appraisal guidelines, loan origination policies and procedures, pricing



and product policies and practices, customer service procedures, default and delinquency programs and foreclosure procedures.

6. New Century is fully committed to fair, non-predatory lending. New Century has a quality fair lending program with industry leading best practices standards in its mortgage loan origination policies, procedures and practices, including its marketing, underwriting, appraisal, pricing and product activities.

7. New Century's loan servicing policies, procedures and practices are in accordance with industry best practices. New Century's policy seeks to address borrower default and delinquency in a fair and constructive manner. New Century's policy undertakes to keep borrowers in their homes as long as possible and proceeds with foreclosures only as a last resort.

_____
Shanna L. Smith

March 21, 2007
Date

WASHINGTON )
) SS:
DISTRICT OF COLUMBIA )

This day Shanna L. Smith personally appeared before the undersigned Notary Public and after first being duly sworn states that the foregoing Affidavit is true according to the best of his knowledge, information, and belief.

Subscribed and sworn to before me this 21 day of March, 2007

_____
Notary Public

My commission expires on 1 day, May, 2010