## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : **Chapter 11** |
| | : |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : |
| | : **Jointly Administered** |
| | : |
| Debtors. | : |

### *AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 21, 2007 AT 10:00 A.M.

## I.    CONTINUED MATTER:

1.    Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting its Members to Engage in Securities Trading, Loan Sales and Other Transactions Involving the Debtors and Their Respective Assets [Docket No. 409; filed 4/26/07]

Objection Deadline:    May 8, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for May 30, 2007 at 2:30 p.m.  The Debtors and the U.S. Trustee have each informally raised concerns with respect to the relief requested in the motion.  The parties are working on a consensual form of order.

---

[1]    The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

[2]    Amended/Added agenda items are noted in **bold.**

II.     **CONTESTED MATTERS GOING FORWARD:**

2.      Emergency Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Assets Used in Their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 70; filed 4/4/07]

> <u>Objection Deadline:</u>    April 11, 2007 at 4:00 p.m.; Deadline to object to sale or assumption and assignment is May 14, 2007 at 4:00 p.m.; Extension deadline of May 15, 2007 granted to Union Bank of California; Deadline to object to adequate assurance of future performance under the assumed contracts is May 17, 2007

<u>Objections/Responses Received:</u>

A.      Objection to the Emergency Motion of Debtors Regarding Bidding Procedures and Other Matters [Docket No. 174; filed 4/11/07]

B.      Objection of the United States Trustee to the Emergency Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief [Docket No. 181; filed 4/11/07

C.      Objection of C-Bass to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 188; filed 4/11/07]

D.      Limited Objection of Citigroup Global Markets Realty Corp. to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Assets Used in Their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 190; filed 4/11/07]

RLF1-3153131-1

E.      Objection of Wells Fargo Bank N.A. to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief [Docket No. 191; filed 4/11/07]

F.      Limited Objection to Emergency Motion of Debtors Regarding Bidding Procedures and Other Matters (Servicing Business) [Docket No. 194; filed 4/11/07]

G.      Response of Carrington Capital Management, LLC and Carrington Mortgage Services, LLC to Objections to Debtors' Emergency Motion Seeking, *Inter Alia*, an Order Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Assets Used in Their Loan Servicing Business [Docket No. 321; filed 4/19/07]

H.      Limited Objection to Assumption and Assignment (Limited Objection to Debtor's Loan Servicing Assets) filed by Premier Print and Services Group, Inc. [Docket No. 505; filed 5/2/07]

I.      Limited Objections of National City Commercial Capital Company, LLC, to Debtors' Motions Regarding Rejection of Certain Leases, Sale of Assets, Assumption of Certain Leases and Other Matters and Joinder of General Electric Capital Corporation's Objection to Debtors' Motions and Joinder of RBC Mortgage Company and RBC Holdco's Objections to Debtors' Motions [Docket No. 509; filed 5/2/07]

J.      Objection of Speedpay, Inc. to Debtors' Assumption and Assignment of Executory Contract and Proposed Cure Amount [Docket No. 623; filed 5/10/07]

K.      Cure Objection of KST Data, Inc., to Debtors' Notice of Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith [Docket No. 624; filed 5/10/07]

L.      Objection to Assumption and Assignment (Cure Amount) filed by Data-Link Systems, L.L.C. and Fiserv Solutions, Inc. [Docket No. 633; filed 5/11/07]

M.      Objection and Reservation of Rights of CB Richard Ellis Corporate Facilities Management, Inc. with Respect to Cure Amounts and Claims [Docket No. 634; filed 5/11/07]

RLF1-3153131-1

N.     Objection with Respect to Cure Amount and Proposed Assumption and Assignment of Contract Between Debtor and Federal Express Corporation [Docket No. 649; filed 5/14/07]

O.     Objection of C-Bass Regarding Provision of Audit Repots with Respect to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 652; filed 5/14/07]

P.     Objection to Assumption and Assignment Cure Amount by National Field Representative, Inc. [Docket No. 655; filed 5/14/07]

Q.     Cure Objection of Safeco Financial Institution Solutions, Inc. to Debtors' Notice of Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith [Docket No. 656; filed 5/14/07]

R.     Objection to Assumption and Assignment (Cure Amount) by LandAmerica Default Services Company [Docket No. 658; filed 5/14/07]

S.     Objection of Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc. to Notice of Intent to Assume and Assign and Fixing of Cure Amounts [Docket No. 661; filed 5/14/07]

T.     Objection of General Electric Capital Corporation to Debtors Proposed Sale of Their Loan Servicing Business [Docket No. 662; filed 5/14/07]

U.     Objection of General Electric Capital Corporation to Notice of Lease/Contract Assumption and Cure Amount [Docket No. 663; filed 5/14/07]

V.     Limited Objection and Reservation of Rights by Walz Postal Solutions, Inc., aka Walz Secured Outsourcing with Respect to Cure Amounts [Docket No. 666; filed 4/14/07]

W.     Deutsche Bank National Trust Company's Assumption and/or Cure Objection in Connection with Debtors' Proposed Sale of Servicing Business [Docket No. 667; filed 5/14/07]

X.     Cure Objection of ADT Security Services, Inc. to Notice of New Century's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith [Docket No. 668; filed 5/14/07]

RLF1-3153131-1

Y.      Objection of Wells Fargo Bank, N.A. to Cure Amounts in Connection with Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 670; filed 5/14/07]

Z.      Objection of Sprint Communications Company L.P. to Debtors' Assumption and Assignment of Executory Contract and Proposed Cure Amount [Docket No. 674; filed 5/14/07]

AA.     Objection and Reservation of Rights of Symantec Corporation to Assumption and Assignment by New Century TRS Holdings, Inc. of Certain Executory Contract and Unexpired Leases in Connection with the Proposed Sale of Servicing Business [Docket No. 681; filed 5/14/07]

BB.     Oracle USA, Inc.'s Objection to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with their Proposed Sale of Assets Used in Their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 688; filed 5/15/07]

CC.     Union Bank of California's Limited Objection to Proposed Assumption and Assignment of Certain Agreements in Connection with Debtors' Proposed Sale of Servicing Business [Docket No. 697; filed 5/15/07]

DD.     Precautionary Objection of Irwin Mortgage Corporation and Irwin Financial Corporation to Cure Amount [Docket No. 699; filed 5/15/07]

EE.     **Objection of Wells Fargo Bank N.A. to Adequate Assurance of Future Performance in Connection with Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 754; filed 5/17/07]**

FF.     **Supplement to Objection of Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc. to Notice of Intent to Assume and Assign and Fixing of Cure Amounts Concerning Adequate Assurance of Future Performance [Docket No. 764; filed 5/18/07] (*withdrawn*)**

GG.     **Deutsche Bank National Trust Company's Adequate Assurance Objection in Connection with Debtors' Proposed Sale of Servicing Business [Docket No. 775; filed 5/18/07]**

HH.     **Response of Carrington Capital Management, LLC and Carrington Mortgage Services, LLC to (I) Objection of Wells Fargo Bank N.A. to Cure Amounts; and (II) Objection of Wells Fargo Bank N.A. to Adequate Assurance of Future Performance [Docket No. 777; filed 5/18/07]**

II.     **Joint Reply of Debtors and Debtors in Possession and Official Unsecured Creditors' Committee to (1) Objections of Wells Fargo Bank N.A. to (A) Cure Amounts and (B) Adequate Assurance of Future Performance and (2) Objection of Deutsche Bank National Trust Company to Assumption and/or Cure in Connection with Sale of Debtors' Servicing Business [Docket No. 783; filed 5/18/07]**

Related Documents:

i.      Order Granting Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [Docket No. 90; filed 4/5/07]

ii.     Notice of Hearing Regarding Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 120; filed 4/5/07]

iii.    Notice of Filing of Amended and Restated Asset Purchase Agreement between (among others) New Century Financial Corporation and Carrington Capital Management, LLC [Docket No. 335; filed 4/19/07]

iv.     Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Bidding Procedures, Including Break-Up Fee and Expense Reimbursement Payable to Carrington Mortgage Services, LLC for Sale of Debtors' Servicing Business; (II) Scheduling Bid Deadline, Auction Date, and Sale Hearing and Approving Notice Thereof; and (III) Approving Procedures to Fix Cure Amounts Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Approving Notice Thereof [Docket No. 340; filed 4/20/07]

v.      Stipulation and Order (1) Approving Agreement for the Disposition of Certain Mortgage Loans and Residual Interests, and (2) Confirming, Inter

<u>Alia</u>, (A) That Auctions of Mortgage Loans and Residuals Conducted in Accordance with Auction Procedures Therein are Covered by Bankruptcy Code "Safe Harbor" Provisions and Are Commercially Reasonable, and (B) Absence of Need to Seek Relief from Automatic Stay [Docket No. 439; filed 4/27/07]

vi.    Notice of Filing Regarding Affidavit of Publication of the Sale Notice in The Wall Street Journal (National Edition) [Docket No. 570; filed 5/7/07]

vii.   Notice of Hearing Date [Docket No. 640; filed 5/11/07]

viii.  **Notice of Withdrawal of Supplement to Objection of Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc. to Notice of Intent to Assume and Assign and Fixing of Cure Amounts Concerning Adequate Assurance of Future Performance [Docket No. 766; filed 5/18/07]**

ix.    **Notice of Successful Bidder, Sale Hearing and Continuance of Hearing With Respect to Timely Filed Cure Objections Other Than as to Servicing Agreements [Docket No. 768; filed 5/18/07]**

<u>Status</u>:  The hearing on this matter is going forward.

3.    Motion of the United States Trustee for an Order Directing the Appointment of a Chapter 11 Trustee or, in the Alternative, an Examiner [Docket No. 278; filed 4/17/07]

<u>Objection Deadline</u>:    May 8, 2007 at 4:00 p.m.

<u>Objections/Responses Received</u>:

A.    Joinder of New York State Teachers' Retirement System to Motion of the United States Trustee for an Order Directing the Appointment of a Chapter 11 Trustee, or in the Alternative, for an Examiner [Docket No. 574; filed 5/8/07]

B.    New Century Financial Corporation's Opposition to United States Trustee's Motion to Appoint a Chapter 11 Trustee, or in the Alternative, an Examiner [Docket No. 578; filed 5/8/07]

C.    DB Structured Products, Inc.'s Motion for Appointment of a Chapter 11 Trustee and Joinder of Motion of the United States Trustee for an Order Directing the Appointment of a Chapter 11 Trustee or, in the Alternative an Examiner [Docket No. 579; filed 5/8/07]

D.    Response of Official Committee of Unsecured Creditors in Opposition to Motion of United States Trustee to Appoint Chapter 11 Trustee or, in the Alternative, an Examiner [Docket No. 615; filed 5/9/07]

E.      Joinder of Ellington Management Group L.L.C., on Behalf of Its Client Funds, in Opposition to Motion of United States Trustee to Appoint Chapter 11 Trustee or, in the Alternative, an Examiner [Docket No. 628; filed 5/11/07]

F.      Limited Reply of Kodiak Funding, LP to New Century Financial Corporation's Opposition to the United States Trustee's Motion to Appoint a Chapter 11 Trustee or, in the Alternative, an Examiner [Docket No. 646; filed 5/14/07]

G.      Joinder of Wells Fargo Bank, N.A., as Indenture Trustee, to Limited Reply of Kodiak Funding, LP [Docket No. 665; filed 5/14/07]

H.      Reply of U.S. Trustee to Oppositions to Motion Seeking the Appointment of a Chapter 11 Trustee or, in the Alternative, an Examiner [Docket No. 694; filed 5/15/07]

Related Documents:

i.      Notice of Motion [Docket No. 279; filed 4/17/07]

ii.      Motion to Limit and Shorten Notice of the Motion of the United States Trustee for Leave to File a Reply to Responses Received in Opposition to the Motion for Appointment of Chapter 11 Trustee or, in the Alternative, an Examiner [Docket No. 648; filed 5/14/07]

iii.      Order Approving Motion of the United States Trustee for Leave to File a Reply to Responses Received in Opposition to the Motion for Appointment of Chapter 11 Trustee or, in the Alternative, an Examiner [Docket No. 689; filed 5/15/07]

iv.      **Certification of Counsel Re: Proposed Form of Order of Debtors and Official Committee of Unsecured Creditors (I) Denying Request of United States Trustee for an Order Directing the Appointment of a Chapter 11 Trustee and (II) Granting the Stipulation of the Debtors and Creditors' Committee to Appoint an Examiner Under 11 U.S.C. §§ 1104(C)(1) [Docket No. 773; filed 5/18/07]**

v.      **Certification of Counsel Re:  Proposed Form of Order Directing the Appointment of an Examiner [Docket No. 774; filed 5/18/07]**

vi.      **Statement of New York State Teachers' Retirement System in Support of Proposed Form of Order Directing the Appointment of an Examiner Submitted by the U.S. Trustee [Docket No. 780; filed 5/18/07]**

<u>Status</u>: The Debtors, the Creditors' Committee and the U.S. Trustee are negotiating the terms of an order regarding the appointment of an examiner. In the event that the parties are unable to reach agreement on an appropriate form of order, the Court will address any open issues at the hearing.

4.   Application of Debtors and Debtors in Possession for Order Authorizing the Retention and Employment of Compensation Design Group, Inc. as Compensation Specialist to the Debtors Nun Pro Tunc to the Petition Date Pursuant to Sections 327(e) and 328 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002 [Docket No. 329; filed 4/19/07]

<u>Objection Deadline</u>:    April 30, 2007 at 4:00 p.m.; extended for the Office of the United States Trustee through May 11, 2007 at 12:00 a.m.

<u>Objections/Responses Received</u>:

A.   Objection of the Official Committee of Unsecured Creditors to the Application of the Debtors and Debtors-In-Possession for an Order Authorizing the Retention and Employment of Compensation Design Group, Inc. as Compensation Specialist to the Debtors Nun Pro Tunc to the Petition Date Pursuant to Sections 327(e) and 328 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002 [Docket No. 610; filed 5/9/07]

<u>Related Documents</u>:

i.   **Supplemental Affidavit of Frank B. Glassner in Support of the Application for an Order Under 11 U.S.C. §§ 327(a) and 328 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002 Authorizing the Retention of Compensation Design Group, Inc. as Compensation Specialists for the Debtors *Nunc Pro Tunc* as of the Petition Date [Docket No. 781; filed 5/18/07]**

<u>Status</u>: The hearing on this matter is going forward. The Debtors intend to present a revised form of order which resolves the objection of the Creditors' Committee and concerns raised informally by the U.S. Trustee.

5.   Motion for Order (I) Authorizing the Reinstatement or Extension of Cancellation Notice Period of Prepetition Surety Bonds, (II) Authorizing Posting Security for Surety Bonds and Credit, (III) Authorizing the Extension of Postpetition Secured Surety Credit, and (IV) Granting Postpetition Liens, Junior Super-Priority Administrative Claims and Administrative Claims and to Supplement Order Authorizing the Debtors and Debtors in Possession to (I) Continue all Insurance Policies and Agreements Relating Thereto and (II) Continue Certain Premium Financing Arrangements Relating Thereto, and (III) Honor Certain Obligations in Respect Thereto Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code [Docket No. 450; filed 4/27/07]

<u>Objection Deadline</u>:    May 14, 2007 at 4:00 p.m.

<u>Objections/Responses Received</u>:

A.    Limited Objection of Credit Sussie First Boston Mortgage Capital LLC to the Motion for Order (I) Authorizing the Reinstatement or Extension of Cancellation Notice Period of Prepetition Surety Bonds, (II) Authorizing Posting Security for Surety Bonds and Credit, (III) Authorizing the Extension of Postpetition Secured Surety Credit, and (IV) Granting Postpetition Liens, Junior Super-Priority Administrative Claims and Administrative Claims and to Supplement Order Authorizing the Debtors and Debtors in Possession to (I) Continue all Insurance Policies and Agreements Relating Thereto and (II) Continue Certain Premium Financing Arrangements Relating Thereto, and (III) Honor Certain Obligations in Respect Thereto Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code [Docket No. 676; filed 5/14/07]

B.    **Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Order (I) Authorizing the Reinstatement or Extension of Cancellation Notice Period of Prepetition Surety Bonds, (II) Authorizing Posting Security for Surety Bonds and Credit, (III) Authorizing the Extension of Postpetition Secured Surety Credit, (IV) Granting Postpetition Liens, Junior Super-Priority Administrative Claims and Administrative Claims and (V) Granting Related Relief [Docket No. 743; filed 5/17/07]**

<u>Related Documents</u>:  None at this time.

<u>Status</u>: The hearing on this matter is going forward.

6.    Motion of Debtors and Debtors in Possession for an Order Authorizing and Approving Assumption and Assignment of Real Property Leases [Docket No. 493; filed 5/1/07]

<u>Objection Deadline</u>:    May 14, 2007 at 4:00 p.m.

<u>Objections/Responses Received</u>:

A.    Ryan Desert Ridge II, LLC's Limited Objection to Motion of Debtors and Debtors in Possession for an Order Authorizing and Approving Assumption and Assignment of Real Property Leases [Docket No. 650; filed 5/14/07]

B.    Objection of RBC Mortgage Company and RBC Holdco Corporation to Motion of Debtors and Debtors in Possession for an Order Authorizing and Approving Assumption and Assignment of Real Property Leases [Docket No. 657; filed 5/14/07]

C.    Non-Debtors' Opposition to Motion of Debtors and Debtors in Possession for an Order Authorizing and Approving Assumption and Assignment of Real Property Leases, Re:  Cure Amount, Lease ID [Docket No. 701; filed 5/15/07]

D.    **Limited Objection by Creditor Fidelity National Information Services, Inc. to Debtors' Notice of New Century's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of Its Servicing Business and the Fixing of Cure Costs Associates Therewith [Docket No. 751; filed 5/17/07]**

E.    **QKC Maui Owner, LLC's Objection to Proposed Cure Amount [Docket No. 769; filed 5/18/07]**

Related Documents:  None at this time.

Status:  The hearing on this matter is going forward.

7.    Motion of the Debtors and Debtors in Possession for a Procedure to Grant Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to Sections 105(a) and 362 of the Bankruptcy Code [Docket No. 526; filed 5/3/07]

Objection Deadline:    May 14, 2007 at 4:00 p.m.

Objections/Responses Received:

A.    Regions Bank's Response and Opposition to Motion of the Debtors and Debtors in Possession for a Procedure to Grant Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to Sections 105(a) and 362 of the Bankruptcy Code [Docket No. 645; filed 5/14/07]

B.    Limited Objection of Litton Loan Servicing LP to Motion of the Debtors and Debtors in Possession for a Procedure to Grant Relief From the Automatic Stay for Certain Foreclosure Proceedings Pursuant to Sections 105(a) and 362 of the Bankruptcy Code [Docket No. 659; filed 5/14/07]

C.    Objection to the Debtors' Motion for a Procedure to Grant Stay Relief for Certain Foreclosure Proceedings [Docket No. 660; filed 5/14/07]

D.    Objection of Washington Mutual to the Motion of the Debtors and Debtors in Possession for a Procedure to Grant Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to Sections 105(a) and 362 of the Bankruptcy Code [Docket No. 664; filed 5/14/07]

E.    Objection of Countrywide Home Loans, Inc. to Debtors' Motion for a Procedure to Grant Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to Sections 105(a) and 362 of the Bankruptcy Code [Docket No. 669; filed 5/14/07]

F.    HSBC's Limited Objection to Motion of Debtors and Debtors in Possession for a Procedure to Grant Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to Sections 105(a) and 362 of the Bankruptcy Code [Docket No. 672; filed 5/1/4/07]

Related Documents:  None at this time.

Status:  The hearing on this matter is going forward.


Dated:  May 18, 2007
          Wilmington, Delaware                              /s/ Christopher M. Samis
                                                     Mark D. Collins (No. 2981)
                                                     Michael J. Merchant (No. 3854)
                                                     Marcos A. Ramos (No. 4450)
                                                     Christopher M. Samis (No. 4909)
                                                     RICHARDS, LAYTON & FINGER, P.A.
                                                     One Rodney Square
                                                     920 North King Street
                                                     Wilmington, DE 19801
                                                     Telephone:  (302) 651-7700
                                                     Facsimile:  (302) 651-7701

                                                     - and -

                                                     Suzzanne S. Uhland
                                                     Ben H. Logan
                                                     Brian M. Metcalf
                                                     Victoria Newmark
                                                     Emily R. Culler
                                                     O'MELVENY & MYERS LLP
                                                     275 Battery Street
                                                     San Francisco, CA 94111
                                                     Telephone:  (415) 984-8700
                                                     Facsimile:  (415) 984-8701

                                                     ATTORNEYS FOR DEBTORS AND
                                                     DEBTORS IN POSSESSION