## CERTIFICATE OF SERVICE

     I, Christopher M. Samis, hereby certify that on the 18th day of May, 2007, I caused copies of the foregoing **Amended Notice of Agenda of Matters Scheduled for Hearing on May 21, 2007 at 10:00 a.m.** to be served via facsimile upon on the parties indicated on the attached list.

                                                                                           /s/ *Christopher M. Samis*
                                                                            Christopher M. Samis (No. 4909)