**In re: New Century TRS Holdings, Inc.**
**Case No.: 07-10416 (KJC)**
**Amended 5/21/07 Agenda Service List**

*Via Facsimile*

|  | **TO** | **COMPANY** | **PHONE #** | **FAX #** |
|---|---|---|---|---|
| 1. | Mark Browning | Office of the Texas Atty General | 248-566-8416 | 248-566-8417 |
| 2. | Michael S. Etkin<br>Ira M. Levee | Lowenstein Sandler PC | 973-597-2500 | 973-597-2400 |
| 3. | Salvatore J. Graziano | Bernstein Litowitz Berger & Grossmann LLP | 212-554-1400 | 212-554-1444 |
| 4. | Blair A. Nicholas | Bernstein Litowitz Berger & Grossmann LLP | 858-793-0070 | 858-793-0323 |
| 5. | Francis A. Monaco, Jr. | Monzack and Monaco, P.A. | 302-656-8162 | 302-656-2769 |
| 6. | Richard M. Beck<br>Michael W. Yurkewicz | Klehr, Harrison, Harvey, Branzburg & Ellers, LLP | 302-426-1189 | 302-426-9193 |
| 7. | Thomas S. Kiriakos<br>Sean T. Scott | Mayer, Brown, Rowe & Maw LLP | 312-782-0600 | 301-701-7711 |
| 8. | Steven K. Kortanek | Womble Carlyle Sandridge & Rice, PLLC | 302-252-4363 | 302-661-7728 |
| 9. | Bonnie Glantz Fatell | Blank Rome LLP | 302-425-6400 | 302-425-6464 |
| 10. | Mark S. Indelicato<br>Mark T. Power<br>Jeffrey L. Schwartz | Hahn & Hessen LLP | 212-478-7200 | 212-478-7400 |
| 11. | J.R. Smith<br>Jason W. Harbour | Hunton & Williams LLP | 804-788-8200 | 804-788-8218 |
| 12. | Michael Busenkell | Eckert, Seamans, Cherin & Mellot, LLC | 302-425-0430 | 302-425-0432 |
| 13. | Joseph Grey | Stevens & Lee, P.C. | 302-654-5180 | 302-654-5181 |
| 14. | Adam G. Landis | Landis Rath & Cobb LLP | 302-467-4400 | 302-467-4450 |
| 15. | Robert M. Dombroff<br>Steven Wilamowsky | Bingham McCutchen LLP | 212-705-7000 | 212-752-5378 |
| 16. | Andrew J. Gallo | Bingham McCutchen LLP | 617-951-8000 | 617-951-8736 |
| 17. | Richard H. Agins | Bingham McCutchen LLP | 860-240-2700 | 860-240-2800 |
| 18. | Robert S. Brady | Young Conaway Stargatt & Taylor, LLP | 302-571-6600 | 302-571-1253 |
| 19. | Andrea Sheehan | Law Offices of Robert E. Luna | 214-521-8000 | 214-521-1738 |
| 20. | Brian D. Womac<br>Denise H. Mitchell | Womac & Associates | 713-751-9200 | 713-751-0808 |
| 21. | Michael R. Nestor | Young Conaway Stargatt & Taylor, LLP | 302-571-6600 | 302-571-1253 |
| 22. | David I. Swan<br>Kenneth M. Misken | McGuire Woods LLP | 703-712-5000 | 703-712-5050 |
| 23. | Ellen W. Slights | U.S. Attorney's Office | 302-573-6277 | 302-573-6431 |
| 24. | Joseph J. McMahon, Jr. | Office of the United States Trustee | 302-573-6491 | 302-573-6497 |
| 25. | William P. Bowden<br>Gregory A. Taylor | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| 26. | Richard A. Chesley<br>Kimberly D. Newmarch | Paul, Hastings, Janofsy & Walker LLP | 312-499-6000 | 312-499-6100 |

RLF1-3153494-1

|  | **TO** | **COMPANY** | **PHONE #** | **FAX #** |
|---|---|---|---|---|
| 27. | Keith W. Miller<br>James R. Bliss | Paul, Hastings, Janofsky & Walker LLP | 212-318-6000 | 212-319-4090 |
| 28. | Elizabeth Banda | Perdue, Brandon, Fielder, Collins & Mott, LLP | 817-461-3344 | 817-860-6509 |
| 29. | Laura Davis Jones<br>Timothy P. Cairns | Pachulski Stang Ziehl Young Jones & Weintraub LLP | 302.652.4100 | 302.652.4400 |
| 30. | Bennet L. Spiegel<br>Shirley S. Cho | Kirkland & Ellis LLP | 213-680-8400 | 231-680-8500 |
| 31. | Gregory M. Petrick<br>Angela Somers | Cadwalader, Wickersham & Taft LLP | 212-504-6000 | 212-504-6666 |
| 32. | Neil B. Glassman<br>Steven M. Yoder | The Bayard Firm | 302-655-5000 | 302-658-6395 |
| 33. | Richard J. Reynolds | Turner, Reynolds, Greco & O'Hara | 949-474-6900 | 949-474-6907 |
| 34. | Raniero D'Aversa, Jr.<br>Laura D. Metzger | Mayer, Brown, Rowe & Maw LLP | 212-506-2500 | 212-262-1910 |
| 35. | Joanne B. Wills<br>Michael W. Yurkewicz | Klehr, Harrison, Harvey, Branzburg & Ellers LLP | 302-426-1189 | 302-426-9193 |
| 36. | Mitchell W. Katz | Qwest Legal Department | 303-383-6481 | 303-383-8527 |
| 37. | David H. Zielke | Washington Mutual | 206-500-4352 | 206-377-2236 |
| 38. | Karen C. Bifferato<br>Marc J. Phillips | Connolly Bove Lodge & Hutz | 302-658-9141 | 302-658-0380 |
| 39. | David G. Aelvoet | Linebarger Goggan Blair & Sampson LLP | 210-225-6763 | 210-226-4308 |
| 40. | James R. Savin<br>David M. Dunn<br>Joanna F. Newdeck | Akin Gump Strauss Hauer & Feld LLP | 202-887-4000 | 202-887-4288 |
| 41. | Julie A. Manning | Shipman & Goodwin LLP | 860-251-5613 | 860-251-5219 |
| 42. | Matthew J. Lampke<br>Assistant Chief | Ohio Attorney General's Office/Executive Agencies Section | 614-466-8569 | 866-403-3979 |
| 43. | Megan E. Cleghorn | Skadden, Arps, Slate, Meagher & Flom LLP | 302-651-3000 | 302-651-3001 |
| 44. | Robert P. Gates | Erskine & Tulley | 415-392-5431 | 415-392-1978 |
| 45. | David A. Meskan | 500 Eagles Landing, LLC | 415-441-3120 | 415-441-3120 |
| 46. | Sheryl L. Moreau<br>Special Assistant Attorney General | Missour Department of Revenue | 573-751-5531 | 573-751-7232 |
| 47. | Mark H. Ralston<br>Davor Rukavina | Munsch Hardt Kopf & Harr, P.C. | 214-855-7500 | 214-978-4376 |
| 48. | Daniel K. Astin<br>Anthony M. Saccullo | Fox Rothschild LLP | 302-654-7444 | 302-656-8920 |
| 49. | Diane W. Sanders | Linebarger Goggan Blair & Sampson, LLP | 512-447-6675 | 512-443-5114 |
| 50. | Michael G. Gallerizzo<br>David V. Fontana | Gebhart & Smith LLP | 302-656-9002 | 302-429-5953 |
| 51. | Robert F. Reynolds | Slatkin & Reynolds, P.A. | 954-745-5880 | 954-745-5890 |
| 52. | Brian A. Sullivan<br>Amy D. Brown | Werb & Sullivan | 302-652-1100 | 302-652-1111 |
| 53. | Ken Coleman | Allen & Overy LLP | 212-610-6434 | 212-610-6399 |

|  | **TO** | **COMPANY** | **PHONE #** | **FAX #** |
|---|---|---|---|---|
| 54. | D.J. Baker<br>Rosalie W. Gray | Skadden, Arps, Slate, Meagher & Flom LLP | 212-735-3000 | 212-732-2000 |
| 55. | Christopher D. Loizides | Loizides, P.A. | 302-654-0248 | 302-654-0728 |
| 56. | Robert Goodrich | Stites& Harison, PLLC | 615-782-2231 | 615-742-4126 |
| 57. | Richard M. Beck<br>Christopher A. Ward | Klehr, Harrison, Harvey, Branzburg & Ellers, LLP | 302-426-1189 | 302-426-9193 |
| 58. | Randall S. Leff<br>Eric M. Heller<br>Michael Kogan | Ervin Cohen & Jessup LLP | 310-723-6333 | 310-859-2325 |
| 59. | Richard S. Cobb<br>Matthew B. McGuire | Landis Rath & Cobb LLP | 302-467-4400 | 302-467-4450 |
| 60. | Sari E. Meador | Office of Joe G. Tedder, CFC | 863-534-4746 | 863-534-4741 |
| 61. | Felix A. Seidler | Reeves & Seidler | 510-521-8111 | 510-521-3895 |
| 62. | Seth R. Weissman<br>V.P. & General Counsel | Coremetrics, Inc. | 650-762-1465 | 650-762-1461 |
| 63. | Jeffrey C. Wisler<br>Marc J. Phillips | Connolly Bove Lodge & Hutz | 302-658-9141 | 302-658-0380 |
| 64. | Gregg S. Kleiner | Cooley Godward Kronish LLP | 415-693-2000 | 415-693-2222 |
| 65. | Robert E. Greenberg | Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC | 202-872-0800 | 202-857-8343 |
| 66. | Bryn H. Sherman | Deckelbaum Ogens & Raftery | 301-961-9200 | 301-961-9229 |
| 67. | Madeleine C. Wanslee | Gust Rosenfeld PLC | 602-257-7430 | 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 |
| 68. | Leo D. Plotkin | Levy, Small & Lallas | 310-471-3000 | 310-471-7990 |
| 69. | Charlene D. Davis | The Bayard Firm | 302-655-5000 | 302-658-6395 |
| 70. | William F. Taylor, Jr.<br>Katherine L. Mayer | McCarter & English, LLP | 302-984-6300 | 302-984-6399 |
| 71. | Evelyn J. Meltzer | Pepper Hamilton LLP | 302-777-6500 | 302-421-8390 |
| 72. | Michael Reed | McCreary, Veselka, Bragg & Allen, P.C. | 512-323-3200 | 512-454-1881 |
| 73. | Gilbert B. Weisman | Becket and Lee LLP | 610-644-7800 | 610-993-8493 |
| 74. | James E. Huggett | Margolis Edelstein | 302-777-4680 | 302-777-4682 |
| 75. | Mary E. Olsen<br>M. Vance McCrary<br>J. Cecil Gardner | The Gardner Firm, P.C. | 251-433-8100 | 251-433-8181 |
| 76. | John J. Arminas | Goldberg, Kamin & Garvin | 412-281-1119 | 412-281-1121 |
| 77. | Lisa C. McLaughlin | Phillips, Goldman & Spence | 302-655-4200 | 302-655-4210 |
| 78. | Carlos G. Manalansan | Wolff & Samson, PC | 973-530-2106 | 973-530-2306 |
| 79. | Elihu E. Allinson, III<br>William D. Sullivan | William D. Sullivan, LLC | 302-428-8191 | 302-428-8195 |
| 80. | Michael R. Lastowski<br>Christopher M. Lastowski | Duane Morris LLP | 302-657-4900 | 302-651-4901 |
| 81. | Frank F McGinn | Bartlett Hackett Feinberg P.C. | 617-422-0200 | 617-422-0383 |
| 82. | Daniel T. Powers | Chatham County Tax Commissioner | 912-652-7110 | 912-652-7101 |
| 83. | Amish R. Doshi | Day Pitney LLP | 212-297-5828 | 212-916-2940 |
| 84. | Gretchen Crawford | Oklahoma County Treasurer | 405-713-1685 |  |
| 85. | Mark Lee | Contrarian Capital Management | 203-862-8203 | 203-629-1977 |
| 86. | Donald A. Workman | Baker & Hostetler LLP | 202-861-1500 | 202-861-1783 |
| 87. | Nancy Hotchkiss | Trainor Fairbrook | 916-929-7000 | 916-929-7111 |

RLF1-3153494-1

|  | **TO** | **COMPANY** | **PHONE #** | **FAX #** |
|---|---|---|---|---|
| 88. | Don C. Sherwood | Sherwood and Hardgrove | 310-826-2625 | 310-826-6055 |
| 89. | Sheldon I. Hirshon | Proskauer Rose LLP | 212.969.3000 | 212.969.2900 |
| 90. | A. Michelle Hart | McCalla Raymer, LLC | 770-643-7200 | 770-643-4176 |
| 91. | Steven H. Newman | Katsky Korins LLP | 212-953-6000 | 212-716-3335 |
| 92. | John P. Dillman | Linebarger Goggan Blair & Sampson, LLP | 713-844-3478 | 713-844-3503 |
| 93. | Andrew C. Kassner Howard A. Cohen | Drinker Biddle & Reath LLP | 302-467-4213 | 302-467-4201 |
| 94. | William A. Hazeltine | Law Offices of William A. Hazeltine LLC | 302-652-1146 | 302-351-3308 |
| 95. | Joseph D. Frank Jeremy C. Kleinman | Frank/Gecker LLP | 312-276-1400 | 312-276-0035 |
| 96. | Larry Thomas | Integrated Payment Systems | 720-332-3871 | 954-825-4206 |
| 97. | Sherry D. Lowe | Lamm Rubenstone Lesavoy Butz & David LLC | 215-638-9330 | 215-638-2867 |
| 98. | Dennis Ahlers | Eschelon Telecom, Inc. | 612-436-6249 | 612-436-6349 |
| 99. | Richard M. Lucas Charles A. Malloy | Arnold & Potter | 202-942-5000 | 202-942-5999 |
| 100. | Joseph H. Smolinsky Douglas E. Deutsch | Chadbourne & Parke LLP | 212-408-5100 | 212-541-5369 |
| 101. | Paul M. Basta Joshua A. Sussberg | Kirkland & Ellis LLP | 212-446-4800 | 212-446-4900 |
| 102. | Marla R. Eskin Mark T. Hurford Kathleen C. Davis | Campbell & Levine, LLC | 302-426-1900 | 302-426-9947 |
| 103. | Charles J. Filardi, Jr. | Filardi Law Offices LLC | 203-562-8588 | 866-890-3061 |
| 104. | Patricia B. Tomasco | Brown McCarroll, LLP | 512-472-5456 | 512-479-1101 |
| 105. | Robert J. Dehney Gregory W. Werkheiser Daniel B. Butz | Morris, Nichols, Arsht & Tunnell LLP | 302-658-9200 | 302-658-3989 |
| 106. | Luc A. Despins Wilbur F. Foster | Milbank, Tweed, Hadley & McCloy LLP | 212-530-5000 | 212-530-5219 |
| 107. | Howard R. Hawkins, Jr. | Cadwalader, Wickersham & Taft | 212-504-6000 | 212-504-6666 |
| 108. | Suzzanne S. Uhland Ben H. Logan Victoria Newmark Emily Culler | O'Melveny & Myers LLP | 415-984-8700 | 415-984-8701 |
| 109. | Dennis J. Drebsky | Nixon Peabody LLP | 212-940-3000 | 212-940-3111 |
| 110. | Mark N. Berman | Nixon Peabody LLP | 617-345-1000 | 617-345-1300 |
| 111. | David B. Stratton | Pepper Hamilton LLP | 302-777-6500 | 302-421-8390 |
| 112. | Elizabeth Weller | Linebarger Googan Blair & Sampson, LLP | 214-880-0089 | 214-253-2558 |
| 113. | Ian Connor Bifferato Garvan F. McDaniel | Bifferato Gentilotti LLC | 302-429-1900 | 302-429-8600 |
| 114. | John E. Mitchell | Vinson & Elkins LLP | 214-220-7700 | 214-220-7716 |
| 115. | Kurt F. Gwynne | Reed Smith LLP | 302-778-7500 | 302-778-7575 |
| 116. | Claudia Z. Springer | Reed Smith LLP | 215-851-8100 | 215-851-1420 |
| 117. | Mary F. Caloway Eric Lopez Schnabel | Buchanan Ingersoll & Rooney PC | 302-552-4200 | 302-552-4295 |
| 118. | Chris Lenhart | Dorsey & Whitney LLP | 612-340-2600 | 612-340-2868 |

RLF1-3153494-1

|  | **TO** | **COMPANY** | **PHONE #** | **FAX #** |
|---|---|---|---|---|
| 119. | Don A. Beskrone | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| 120. | Frank G. Burt<br>Raul A. Cuervo<br>W. Glenn Merten | Jorden Burt LLP | 202-965-8100 | 202-965-8104 |
| 121. | Scot Freeman<br>Account Resolution | Travelers<br>National Accounts | 860-277-8026 | 860-277-2158 |
| 122. | T. Robert Finlay<br>Donna L. La Porte | Wright, Finlay & Zak, LLP | 949-477-5050 | 949-477-9200 |
| 123. | William G. Malcolm | Malcolm & Cisneros, A Law Corporation | 949-252-9400 | 949-252-1032 |
| 124. | Laurie Selber Silverstein | Potter Anderson & Corroon LLP | 302-984-6000 | 302-658-1192 |
| 125. | Margot B. Schonholtz<br>Mark F. Liscio | Kaye Scholer LLP | 212-836-8000 | 212-836-8689 |
| 126. | Lawrence P. Gottesman<br>Sukyong Suh | Bryan Cave LLP | 212-541-2000 | 212-541-4630 |
| 127. | Katherine M. Windler | Bryan Cave LLP | 310-576-2100 | 310-576-2200 |
| 128. | Hernando Azarcon | GMAC Commercial Finance | 248-327-9360 | 248-327-9350 |
| 129. | William E. Chipman, Jr. | Edwards Angell Palmer & Dodge LLP | 302-425-7124 | 302-777-7263 |
| 130. | Paul T. Liu<br>John Guerry | Countrywide Home Loans, Inc. | 818-871-6069 | 818-871-4602 |
| 131. | Charles A. Hansen<br>Mark S. Bostick | Wendel, Rosen, Black & Dean | 510-834-6600 | 510-834-1928 |
| 132. | Norman M. Monhait | Rosenthal, Monhait & Goddess | 302-656-4433 | 302-658-7567 |
| 133. | Matthew Botica<br>David Wirt<br>Grayson Walter | Winston & Strawn LLP | 312-558-5600 | 312-558-5700 |
| 134. | Glenn M. Reisman |  | 203-944-0401 | 203-225-1244 |
| 135. | Jeffrey I. Golden<br>Hutchison B. Meltzer | Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | 714-966-1000 | 714-966-1002 |
| 136. | Stuart B. Wolfe<br>Yaron Shaham | Wolfe & Wyman LLP | 949-475-9200 | 949-475-9203 |
| 137. | Barry Freeman | Jeffer Mangels Butler & Marmaro, LLP | 310-203-8080 | 310-203-0567 |
| 138. | David M. Poitras | Jeffer Mangels Butler & Marmaro LLP | 310-203-8080 | 310-203-0567 |
| 139. | Diane J. Richey | Union Bank of California | 213-236-5170 | 213-627-1819 |
| 140. | David M. Fournier | Pepper Hamilton LLP | 302-777-6500 | 302-421-8390 |
| 141. | Thomas M. Korsman<br>Vice President | Wells Fargo Bank, N.A. | 612-466-5890 | 866-680-1777 |
| 142. | James S. Carr<br>David Retter<br>Christena A. Lambrianakos | Kelley Drye & Warren LLP | 212-808-7800 | 212-808-7897 |
| 143. | Robert P. Cocco | Robert P. Cocco, P.C. | 215-351-0200 | 215-922-3874 |
| 144. | Jed Hart | Angelo, Gordon & Co. | 212-692-2003 | 212-867-6395 |
|  | **SPECIAL SERVICE LIST** | | | |
| 145. | Peter S. Partee | Hunton & Williams LLP | 212-309-1000 | 212-309-1100 |
| 146. | Kenneth E. Aaron | Weir & Partners | 302-652-8181 | 302-652-8909 |
| 147. | Robert S. Goldman | Phillips Goldman & Spence | 302-655-4200 | 302-655-4210 |

|  | **TO** | **COMPANY** | **PHONE #** | **FAX #** |
|---|---|---|---|---|
| 148. | Patrick B. Howell | Whyte Hirschboeck Dudek S.C. | 414-273-2100 | 414-223-5000 |
| 149. | Richard N. Berberian | Vinson & Elkins L.L.P. | 214-220-7700 | 214-220-7716 |
| 150. | Bayard J. Snyder | Snyder & Associates, P.A. | 302-657-8300 | 302-657-8301 |
| 151. | Thomas D. Maxson | Cohen & Grigsby, P.C. | 412-297-4706 | 412-209-0672 |
| 152. | Christina M. Thompson | Connolly Bove Lodge & Hutz | 302-888-6221 | 302-658-5614 |
| 153. | Larry A. Levick<br>Michelle E. Shriro | Gerard Singer Levick, P.C. | 972-380-5533 | 972-380-5748 |
| 154. | Melissa A. Blackburn | Mulvaney, Kahan & Barry, LLP | 619-238-1010 | 619-238-1981 |
| 155. | Brett Fallon | Morris James LLP | 302-888-6888 | 302-571-1750 |
| 156. | Sally E. Edison<br>Wiliam C. Price | McGuire Woods LLP | 412-667-6000 | 412-667-7978 |
| 157. | Thomas M. Gaa | Bialson, Bergen & Schwab | 650-857-9500 | 650-494-2738 |
| 158. | Ricardo Palacio | Ashby & Geddes | 302-651-1888 | 302-654-2067 |
| 159. | Kevin J. Mangan | Monzack and Monaco, PA | 302-656-8162 | 302-656-2769 |
| 160. | Ronald S. Beacher<br>Amish R. Doshi | Day Pitney LLP | 212-297-5800 | 212-916-2940 |
| 161. | Dorian Daley<br>Jeff S. Ross | Oracle USA, Inc. | 650-506-5200 | 212-504-6666 |
| 162. | Barry V. Freeman<br>David M. Poitras | Jeffer Mangels Butler & Marmaro, LLP | 310-203-8080 | 310-203-0567 |
| 163. | Mark R. Owens | Barnes & Thornburg LLP | 317-231-7459 | 317-231-7433 |
| 164. | Kevin C. Driscoll, Jr. | Barnes & Thornburg LLP | 312-357-1313 | 312-759-5646 |
| 165. | Richard H. Cross | Cross & Simon LLC | 302-777-4200 | 302-777-4224 |

6

RLF1-3153494-1