IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No. 278 and 773 |

**CERTIFICATION OF COUNSEL RE: REVISED PROPOSED FORM OF ORDER
OF DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS
(I) DENYING REQUEST OF UNITED STATES TRUSTEE FOR AN ORDER
DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE AND (II)
GRANTING THE STIPULATION OF THE DEBTORS AND CREDITORS'
COMMITTEE TO APPOINT AN EXAMINER UNDER 11 U.S.C. §§ 1104(C)(1)**

On April 17, 2007, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") filed the Motion of the United States Trustee for an Order Directing the Appointment of a Chapter 11 Trustee or, in the Alternative, an Examiner [Docket No. 278] (the "Motion"). The above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors (the "Creditors' Committee") each filed responses [Docket Nos. 578 and 615] to the relief requested in the Motion. Certain additional parties also filed responses in support of or in opposition to the relief requested in the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Motion [Docket Nos. 574, 579, 628, 646 and 665]. On May 14, 2007, the U.S. Trustee filed a reply [Docket No. 647] to the responses received in opposition to the Motion.

A hearing on the Motion was held before the Honorable Kevin J. Carey on May 15, 2007 (the "Hearing"). At the Hearing, the Court denied the U.S. Trustee's request for appointment of a chapter 11 trustee. Following the Court's denial of the U.S. Trustee's request for appointment of a chapter 11 trustee, the Debtors and the Creditors' Committee consented to the appointment of an examiner under section 1104(c)(1) of the United States Bankruptcy Code, subject to the submission of an acceptable form of order. The Court gave the parties until 4:00 p.m. (Eastern Time) on May 18, 2007 to submit an agreed form of order. In the absence of any agreement, the Court requested that the parties submit competing forms of order for consideration at the hearing scheduled for May 21, 2007 at 10:00 a.m. (Eastern Time).

On May 18, 2007, the Debtors and Creditors' Committee jointly submitted their proposed form of order (the "Proposed Order") under certification of counsel. The Debtors and Creditors' Committee have further revised the Proposed Order following discussions with the U.S. Trustee. The revised Proposed Order is attached hereto as Exhibit A (the "Revised Order"). A blackline comparing the Revised Order with the Proposed Order filed by the Debtors and Creditors' Committee on May 18, 2007 is attached hereto as Exhibit B. A copy of the Revised Order was circulated to the U.S. Trustee on May 20, 2007, but the Debtors and Creditors' Committee have yet to hear from the U.S. Trustee as to whether the Revised Order is acceptable.

Dated: May 21, 2007
      Wilmington, Delaware

Respectfully submitted,

*/s/ Mark D. Collins*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION