UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

MAY 17 2007

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | |
| a Delaware corporation, et al., | : | Case No.:07-10416 -KJC |
| | : | |
| Debtors. | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Charles J. Filardi, Jr. to represent Federal Express Corporation, a creditor, ("FedEx") in the above captioned proceeding.

                                COHEN SEGLIAS PALLAS GREENHALL &
                                FURMAN PC


By:    /s/ James F. Harker, Esquire
           James F. Harker, Esquire (Bar Id #255)
           Cohen Seglias Pallas Greenhall & Furman PC
           Nemours Bldg.
           1007 Orange St.
           Suite 1130
           Wilmington, DE 19801
           (302) 425-5089
           (302) 425-5097 Facsimile
           jharker@cohenseglias.com

Dated: May 17, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Connecticut and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

FILARDI LAW OFFICES LLC

By: _____
Charles J. Filardi, Jr., Esquire
Filardi Law Offices LLC
65 Trumbull Street
Second Floor
New Haven, CT  06510
(203) 562-8588
(866) 890-3061 Facsimile
charles@filardi-law.com

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

DATED: 5/17/07

_____
United States Bankruptcy Judge