IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| New Century TRS Holdings, Inc., et al.,[1] | Case No. 07-10416 (KJC) |
| | Related Docket No. 681 |
| Debtors. | |

## SYMANTEC CORPORATION'S WITHDRAWAL OF OBJECTION AND RESERVATION OF RIGHTS TO ASSUMPTION AND ASSIGNMENT BY NEW CENTURY TRS HOLDINGS, INC. OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE PROPOSED SALE OF SERVICING BUSINESS

On May 15, 2007, Symantec Corporation ("Symantec") filed the *Objection and Reservation of Rights to Assumption and Assignment by New Century TRS Holdings, Inc. of Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of Servicing Business* [Docket No. 681] (the "Objection") in response to the *Notice of New Century TRS Holdings, Inc.'s Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of Its Servicing Business and Fixing the Cure Costs Associated Therewith* (the "Assumption Notice"). Symantec hereby withdraws its Objection to the Assumption Notice.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, L.L.C., a Delaware limited liability company, and NCoral, L.P., a Delaware limited partnership.

| | |
|---|---|
| Dated: May 21, 2007 | BIALSON, BERGEN & SCHWAB<br>Thomas M. Gaa<br>2600 El Camino Real, Suite 300<br>Palo Alto, California 94306<br>(650) 857-9500 |

-and-

ASHBY & GEDDES

_/s/ Ricardo Palacio_
Ricardo Palacio (#3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
(302) 654-1888

Attorneys for SYMANTEC Software Corporation

180746.1