IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC., | § | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al., | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | **Objection Deadline: June 8, 2007 at 4:00 p.m.** |
| | § | **Hearing Date: June 15, 2007 at 10:00 a.m.** |
| | § | |
| | § | **Re: Docket No. 680** |

## AMENDED NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Coventry Fund X, Ltd. ("Movant") filed the Motion to Compel Payment of Administrative Expense (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 on May 14, 2007 [Docket No. 680].

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Motion has been rescheduled to **June 15, 2007 at 10:00 a.m.** before the Honorable Kevin J. Carey, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any response to the Motion must be filed on or before **June 8, 2007 at 4:00 p.m.** At the same time, you must also serve a copy of the response upon Movant's attorneys.

Dated: May 21, 2007

COZEN O'CONNOR

Mark E. Felger (3919)
Jeffrey R. Waxman (4157)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Phone: (302) 295-2000

*Counsel for Coventry Fund X, LTD*