IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | § Chapter 11 |
| | § |
| NEW CENTURY TRS HOLDINGS, INC., | § Case No. 07-10416 (KJC) |
| a Delaware corporation, et al., | § |
| | § Jointly Administered |
| Debtors. | § |

### CERTIFICATE OF SERVICE

I, Mark E. Felger, certify that I am not less than 18 years of age, and that service of the attached *Amended Notice of Hearing* was made on May 21, 2007 upon

**VIA HAND DELIVERY**

Joseph McMahon, Jr., Esquire
U.S. Trustee's Office
Federal Building
844 King Street
Room 2313, Lockbox 35
Wilmington, DE 19801-3519

Christopher M. Samis, Esquire
Chun I. Jang, Esquire
Mark D. Collins, Esquire
Michael Joseph Merchant, Esquire
Paul Noble Heath, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

**FEDERAL EXPRESS**

Paul M. Basta, Esquire
Joshua A. Sussberg, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

Suzzane S. Uhland, Esquire
Ben H. Logan Esquire
Victoria Newmark, Esquire
Emily Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

       Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 21, 2007
       Wilmington, Delaware

                         COZEN O'CONNOR

                         /s/ Mark E. Felger (No. 3919)

WILMINGTON\52535\1 204511.000