IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Proposed Hearing Date: 5/30/07 at 2:30 p.m. |
| | : Proposed Objection Deadline: 5/29/07 at 4:00 p.m. |

MOTION OF DEBTORS AND DEBTORS IN POSSESSION
TO SHORTEN NOTICE AND OBJECTION PERIODS FOR DEBTORS'
MOTION PURSUANT TO SECTIONS 361, 362 AND 363 OF THE
BANKRUPTCY CODE FOR AN ORDER APPROVING THE STIPULATION AND
AGREEMENT AMONG THE DEBTORS AND CITIGROUP GLOBAL MARKETS
REALTY CORP WITH RESPECT TO THE PAYMENT OF CASH COLLATERAL

The above captioned debtors and debtors in possession (the "Debtors") hereby move the Court for an order pursuant to Rules 4001 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") shortening the notice and objection periods (the "Motion to Shorten") for the Debtors' Motion Pursuant to Sections 361, 362 and 363 of the Bankruptcy Code for an Order Approving the Stipulation and Agreement Among the Debtors and Citigroup Global Markets

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

RLF1-3154122-1

Realty Corp with Respect to the Payment of Cash Collateral (the "Underlying Motion"). A copy of the Underlying Motion is attached hereto as Exhibit A. In support of this Motion to Shorten, the Debtors respectfully represent as follows:

### Relief Requested

1. The Debtors respectfully request that the Court enter an order permitting the Underlying Motion to be heard on May 30, 2007 at 2:30 p.m. (Eastern Daylight Time) (the "Hearing") and establishing the objection deadline for the Underlying Motion as May 29, 2007 at 4:00 p.m. (Eastern Daylight Time). The Debtors intend to provide notice of the Underlying Motion via overnight mail to the Applicable Parties on May 22, 2007 (as defined at ¶ 4 below), thus granting such parties eight (8) days notice of the Hearing on the Underlying Motion.

2. Bankruptcy Rule 4001(d), read in conjunction with Rule 9006-1(c) of the Local Rules requires that a motion for approval of an agreement to use cash collateral be filed and served at least eighteen (18) days prior to the proposed hearing date unless the Court for cause shown shortens the time or directs another method of giving notice. Additionally, Local Rule 9006-1(c) provides that objection deadlines be set at least five (5) business days before a hearing date. The Debtors submit that allowing parties-in-interest additional time in which to object to the relief requested in the Underlying Motion is warranted given the shortened notice of the Hearing. Accordingly, the Debtors respectfully submit that the parties-in-interest will not be prejudiced by the dates proposed herein.

3. The Debtors believe it is crucial that the Court shorten the notice and objection periods for the Underlying Motion in order to maximize the value of the Debtors' estates. Without the payment of the amounts owed to Citigroup,[2] the Debtors continue to accrue

---

[2] Capitalized terms shall have the meaning ascribed to them in the Underlying Motion.

2

interest on the loans at a rate significantly higher than the DIP Loan Agreement. Accordingly, the sooner the Stipulation is approved, the sooner the Debtors can defray these interest costs. Moreover, Citigroup has requested that the Debtors make every effort to have the Stipulation calendared for the May 30, 2007 hearing date. The Debtors agree that this request is in the best interest of their estates. Finally, the Stipulation has the full support of the Official Committee of Unsecured Creditors (the "OCUC").

        4.     Notice of the Underlying Motion has been provided to: (1) the Office of the United States Trustee for the District of Delaware; (2) counsel to Greenwich Capital Financial Products, Inc. ("Greenwich") and The CIT Group/Business Credit, Inc. ("CIT"), the Debtors' post-petition senior secured lenders; (3) Citigroup; (4) the OCUC; (5) all parties who have timely filed requests for notice under Rule 2002 of the Federal Rules of Bankruptcy Procedure (as amended from time to time, the "Bankruptcy Rules") (the "Applicable Parties"). The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, the Debtors respectfully request the entry of an order in the form attached hereto as Exhibit B: (i) permitting the Underlying Motion to be heard at the hearing on May 30, 2007 at 2:30 p.m. (Eastern Daylight Time), (ii) establishing the objection deadline for the Underlying Motion as May 29, 2007 at 4:00 p.m. (Eastern Daylight Time), and (iii) granting such other and further relief as may be just and proper.

Dated: May 22, 2007
      Wilmington, Delaware

                                                      /s/
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

                      -and-

Suzzanne S. Uhland
Ben H. Logan
Austin K. Barron
Alexandra B. Feldman
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

4

RLF1-3154122-1