IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Case No. 07-10416(KJC) |
| | : Jointly Administered |
| Debtors. | : |
| | : Re: Docket No. 493 |

## ORDER AUTHORIZING AND APPROVING ASSUMPTION AND ASSIGNMENT OF REAL PROPERTY LEASES

This matter coming before the Court on the Motion of Debtors and Debtors in Possession for an Order Authorizing and Approving Assumption and Assignment of Real Property Leases (the "Motion") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court (a) having reviewed the Motion and all pleadings relating thereto and (b) having heard the statements of counsel regarding the relief requested in the motion at a hearing before the Court (the "Hearing"); the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of the Motion and the Hearing was adequate under the circumstances and (d) good cause exists for the relief requested in the Motion:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

3153547_1.DOC

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as modified herein.

2. Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

3. In accordance with section 365 of the Bankruptcy Code, the Debtors are hereby authorized and empowered to cure, assume and assign to the Assignees, each of the Leases on Exhibit "A" hereto, and, upon entry of this Order and payment of the applicable cure amounts, shall be deemed to have assumed and assigned to the Assignees, each of those Leases. Upon assumption and assignment, each Lease shall be deemed to be valid and binding and in full force and effect and enforceable in accordance with its terms notwithstanding any provision in any such assumed Lease that prohibits, restricts or conditions such assignment or transfer and, pursuant to section 365(k) of the Bankruptcy Code, the Debtors shall be relieved from any liability for any breach of such assumed Lease occurring after such assignment.

4. The cure amount for each Lease shall be the amount specified in the attached Exhibit "A" or such lesser amount as agreed to between the Debtors and the landlord or other non-debtor party to each Lease.

5. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

6. The Debtors, as well as their officers, employees, consultants and agents, shall be, and hereby are, authorized to take all actions and/or execute any and all documents as may be necessary or desirable to carry out the terms of this Order.

Dated: _____, 2007
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

2

3153547_1.DOC