**EXHIBIT A**

LA3:1133255.1

**EXHIBIT A**

| Lease ID | Lease Location | Landlord Contact Information: | Lease Commencement Date | Lease Termination Date | Monthly Rental Obligations | Cure Amount | Assignee |
|---|---|---|---|---|---|---|---|
| AZ021 | 20860 North Tatum Blvd., Suite 175 Phoenix, AZ 85050 | Ryan Desert Ridge II, LLC 50 South Tenth Street Minneapolis, MN 55403-2012 | 10/6/2006 | 12/31/2011 | $13,948.00 | $29,370.45[1] | National City Marie Lewis Leslie Grady 1711 W. Greentree Dr. Ste. 101 Tempe, AZ 85284 |
| AZ022 | 1955 Commerce Center Circle Suite D Prescott, AZ 86305 | Barbara Womack Commerce Center, LLC 1955 Commerce Center Circle Prescott, AZ 86305 | 9/1/2006 | 8/31/2011 | $2,399.00 | $0.00 | National City Marie Lewis Leslie Grady 1711 W. Greentree Dr. Ste. 101 Tempe, AZ 85284 |
| CA056 | 9665 Granite Ridge Dr Suite 550 San Diego, CA 92123 | TIAA-CREF 14005 Live Oak Ave Irwindale, CA 91706 | 11/15/2004 | 12/31/2010 | $22,582.00 | $22,851.82[2] | National City Marie Lewis Leslie Grady 1711 W. Greentree Dr. Ste. 101 Tempe, AZ 85284 |
| CA085 | 73-161 Fred Waring Suite 200 & 202 Palm Desert, CA 92260 | Oliphant, Matzner 77-900 Ave of the States Palm Desert, CA 92211 | 7/1/2006 | 6/30/2011 | $6,060.00 | $0.00 | National City Marie Lewis Leslie Grady 1711 W. Greentree Dr. Ste. 101 Tempe, AZ 85284 |

[1] The Debtors sent check check number 50189 in the amount of $13,621.00 on May 11, 2007 for April rent and sent check number 50452 in the amount of $13,621.00 on May 17, 2007 for May rent.

[2] The Debtors sent check number 50465 in the amount of $22,851.82 on May 17, 2007 for May rent.

LA3:1133255.1

| Lease ID | Lease Location | Landlord Contact Information: | Lease Commencement Date | Lease Termination Date | Monthly Rental Obligations | Cure Amount | Assignee |
|---|---|---|---|---|---|---|---|
| CA010 | 1224 State Street Suite B El Centro, CA 92243 | IDABEC Investment Company 666 Tangerine Drive El Centro, CA 92244 | 1/1/2005 | 12/31/2007 | $2,540.00 | $0.00 | National City Marie Lewis Leslie Grady 1711 W. Greentree Dr. Ste. 101 Tempe, AZ 85284 |
| CA084 | 12020 Donner Pass Road Unit B1 Truckee, CA 96161 | George S. and Joan E. Ticknor 820 S Chinowth Street, #35 Visalia, CA 93277 | 7/1/2006 | 6/30/2009 | $3,417.00 | $0.00 | Countrywide Karen Fuller 7105 Corporate Drive, PTX A-206 Plano, TX 75024 |
| CA078 | 1252 Airport Park Blvd Suite D-4 Ukiah, CA 95482 | Jim Ogden 1252 Airport Park Blvd., LLC 487 Observatory Avenue Ukiah, CA 95482 | 7/17/2005 | 7/16/2008 | $1,762.50 | $0.00 | Mission Hills Mortgage 1364 N. McDowell Blvd, Suite A-2 Petaluma, CA 94954 Contact John Connolly |
| CO001 | 8008 East Arapahoe Ct Suite 110 Englewood, CO 80112 | Arapahoe Court I, LLC 7343 S Alton Way Centennial, CO 80112 | 11/1/2005 | 12/31/2008 | $6,892.00 | $0.00 | Countrywide Karen Fuller 7105 Corporate Drive, PTX A-206 Plano, TX 75024 |
| GA010 | 64 Fairfield Drive Villa Rica, GA 30180 | Mary J. Farish Century 21 736 Bankhead Avenue Carrollton, GA 30117 | 1/1/2007 | 12/31/2007 | $665.00 | $0.00 | First Horizon 4000 Horizon Way Irving, TX 75063 Contact: Dennis Veit |

LA3:1133255.1

| Lease ID | Lease Location | Landlord Contact Information: | Lease Commencement Date | Lease Termination Date | Monthly Rental Obligations | Cure Amount | Assignee |
|---|---|---|---|---|---|---|---|
| ID001 | 8665 West Emerald Street Suite 140 Boise, ID 83704 | FPA Emerald Associates, LLC 1500 7th Street Sacramento, CA 95814 | 10/29/2001 | 10/31/2008 | $4,904.00 | $0.00 | Evergreen Mortgage 2265 First Avenue South Seattle, WA 98134 Attn: J. Hibbard |
| ID005 | 1166 Eastland Drive North Suite B Twin Falls, ID 83301 | H3O, LLC 1166 Eastland Drive North Twin Falls, ID 83301 | 1/1/2007 | 12/31/2009 | $3,000.00 | $0.00 | Evergreen Mortgage 2265 First Avenue South Seattle, WA 98134 Attn: J. Hibbard |
| IL015 | 1300 E Woodfield Rd Ste 210 Schaumburg, IL 60173 | The Granite Centre LLC 5616 Paysphere Circle Chicago, IL 60674 | 2/1/2006 | 4/30/2009 | $3,869.00 | $0.00 | Gold Mortgage Banc 9537 W. 87th Street, Overland Park, KS 66212 Contact: Mike Downing |
| IL003 | 414 N Orleans St, Ste 601 Chicago, IL 60610 | Dora Davis O.P., LLC 351 West Hubbard Street Chicago, IL 60610 | 3/1/2005 | 2/28/2010 | $8,412.00 | $0.00 | Gold Mortgage Banc 9537 W. 87th Street, Overland Park, KS 66212 Contact: Mike Downing |
| IL001 | 2151 South Neil Street Champaign, IL 61820 | Romanek Champaign LLC P O 17534 Urbana, IL 61803 | 12/1/1998 | 11/30/2007 | $5,525.00 | $11,050.74[3] | First Horizon 4000 Horizon Way Irving, TX 75063: Dennis Veit |

---

[3] The proposed assignee, First Horizon, agreed to pay May rent and informed the Debtors that May rent has been paid but the Debtors have been unable to confirm this payment.

LA3-1133255.1

| Lease ID | Lease Location | Landlord Contact Information | Lease Commencement Date | Lease Termination Date | Monthly Rental Obligations | Cure Amount | Assignee |
|---|---|---|---|---|---|---|---|
| IL012 | 3821 N. Vermillion Danville, IL 61832 | Susan Rodman 3802 N Lake Blvd Danville, IL 61832 | 6/1/2005 | 5/31/2010 | $950.00 | $0.00 | First Horizon 4000 Horizon Way Irving, TX 75063; Dennis Veit |
| KS001 | 4550 West 109th Street Suite 220 Overland Park, KS 66211 | Foxhill Office Investors L.P. 8205 W 108th Terrace Overland Park, KS 66210 | 8/1/2006 | 6/30/2007 | $4,488.00 | $0.00 | Ellis State Bank 916 Washington St. Ellis, KS 67637<br><br>P.O. Box 255 Ellis, KS 67637 |
| MA010 | 8 Pleasant Street Building A Natick, MA 01760 | 6-8 Pleasant Street Realty Trust 83 Speen Street Natick, MA 01760 | 10/1/2006 | 9/30/2009 | $4,207.00 | $0.00 | Pinnacle Financial Corp. 1030 N. Orange Ave. Orlando, FL 32805 Contact: Douglas F. Long |
| MI001 | 9046 US Highway 31 Suite 11 Berrien Springs, MI 49103 | Julie Nitz E & H Rentals 4053 E Shawnee Road Berrien Springs, MI 49103 | 6/1/1999 | Month-to-Month | $1,130.00 | $0.00 | Charter Funding 2305 E. Paris Ave., SE Suite 201 Grand Rapid, MI 49546 |
| NH001 | 6 Manchester Street Ste 5 Nashua, NH 03064 | Professional Suites, Inc. 6 Manchester Street Nashua, NH 03064 | 2/1/2007 | 1/31/2008 | $2,103.00 | $0.00 | Pinnacle Financial Corp. 1030 N. Orange Ave. Orlando, FL 32805 Contact: Douglas F. Long |

LA3:1133255.1

| Lease ID | Lease Location | Landlord Contact Information: | Lease Commencement Date | Lease Termination Date | Monthly Rental Obligations | Cure Amount | Assignee |
|---|---|---|---|---|---|---|---|
| NV003 | 777 N. Rainbow Suite 180, 385 Las Vegas, NV 89102 | Rainbow Corporate Center Ltd. Partnership 3065 S Jones Las Vegas, NV 89146 | 1/1/2006 | 8/31/2007 | $16,557.00 | $0.00 | National City Marie Lewis Leslie Grady 1711 W. Greentree Dr. Ste. 101 Tempe, AZ 85284 |
| NV007 | 695 Sierra Rose Drive Reno, NV 89511 | Cristina Carder 9820 Kelsey Creek Drive Kelseyville, CA 95451 | 5/1/2006 | 4/30/2011 | $9,586.00 | $0.00 | Countrywide Karen Fuller 7105 Corporate Drive, PTX A-206 Plano, TX 75024 |
| NV008 | 2260 Reno Highway Suite A Fallon, NV 89406 | Enterprise Investment Company 1195 Manzanita Lane Reno, NV 89509 | 8/15/2006 | 8/14/2011 | $1,581.00 | $0.00 | Countrywide Karen Fuller 7105 Corporate Drive, PTX A-206 Plano, TX 75024 |
| NV009 | 1013 S Carson Street Carson City, NV 89702 | RJS Properties, Inc. PO Box 392 Carson City, NV 89702 | 8/16/2006 | 8/15/2009 | $2,730.00 | $5,460.00 | Countrywide Karen Fuller 7105 Corporate Drive, PTX A-206 Plano, TX 75024 |
| NY007 | 303 Griffing Ave Riverhead, NY 11901 | 303 Griffing Associates, LLC 185 Old Country Road Riverhead, NY 11901 | 9/1/2006 | 8/31/2011 | $5,500.00 | $0.00 | Continental Home Loans 290 Broadhollow Melville, NY 11747 Mike McHugh |

LA3:1133255.1

| Lease ID | Lease Location | Landlord Contact Information: | Lease Commencement Date | Lease Termination Date | Monthly Rental Obligations | Cure Amount | Assignee |
|---|---|---|---|---|---|---|---|
| OH001 | 354 South Main Street Suite 200 Akron, OH 44311 | Crues Investment Group, Ltd. 4671 Ridgewood Road Copley, OH 44321 | 9/15/2004 | 9/14/2007 | $4,606.00 | $0.00 | Countrywide Karen Futler 7105 Corporate Drive, PTX A-206 Plano, TX 75024 |
| OR009 | 2015 N West 39th St Ste 300 Lincoln City, OR 97367 | Doug Bean & Associates Inc 101 SW Main Street Portland, OR 97204 | 5/1/2005 | 8/30/2008 | $610.00 | $0.00 | Evergreen Mortgage 2265 First Avenue South Seattle, WA 98134 Attn: J. Hibbard |
| OR001 | 334 NE Irving Avenue Suites 201, 202 & 103 Bend, OR 97702 | Cheryl Plagmann 334 NE Irving, Suite 104 Bend, OR 97701 | 3/1/2005 | 2/29/2008 | $2,415.00 | $0.00 | Evergreen Mortgage 2265 First Avenue South Seattle, WA 98134 Attn: J. Hibbard |
| OR010 | 1380 Biddle Road Suite C Medford, OR 97504 | Biddle Road Retail Plaza, L.L.C. 260 Mt Echo Dr Medford, OR 97504 | 9/2/2005 | 7/1/2008 | $5,018.00 | $0.00 | Evergreen Mortgage 2265 First Avenue South Seattle, WA 98134 Attn: J. Hibbard |
| OR011 | 9955 SE Washington Street Suite 201 Portland, OR 97216 | Henan Company 7831 SE Lake Rd, Suite 200 Portland, OR 97267 | 3/1/2005 | 2/29/2008 | $4,352.00 | $0.00 | Evergreen Mortgage 2265 First Avenue South Seattle, WA 98134 Attn: J. Hibbard |

| Lease ID | Lease Location | Landlord Contact Information: | Lease Commencement Date | Lease Termination Date | Monthly Rental Obligations | Cure Amount | Assignee |
|---|---|---|---|---|---|---|---|
| OR012 | 446 NW 3rd Street Suite 231 Prineville, OR 97754 | Helene Lutich Kerr Commercial Group 376 SW Bluff Drive Bend, OR 97702 | 5/5/2005 | 4/30/2008 | $1,525.00 | $0.00 | Evergreen Mortgage 2265 First Avenue South Seattle, WA 98134 Attn: J. Hibbard |
| OR013 | 3400 State Street, Suite G-780, Salem, OR 97301 | Park 5 Center PO Box 529 Eugene, OR 97440 | 7/1/06 | 5/31/09 | $3,377.00 | $0.00 | Evergreen Mortgage 2265 First Avenue South Seattle, WA 98134 Attn: J. Hibbard |
| OR015 | 916 SW 17th Street Suite 201, Redmond, OR 97756 | Melissa Flattery Highland Avenue Medical, LLC 916 SW 17th Street, Suite 202, Redmond, OR 97756 | 2/1/06 | 11/30/11 | $1,496.00 | $0.00 | Evergreen Mortgage 2265 First Avenue South Seattle, WA 98134 Attn: J. Hibbard |
| PA008 | 22-28 South Main Street, Ste 2B/2D, Doylestown, PA 18901 | Main Street DYL Associates 220 Farm Lane Doylestown, PA 18901 | 1/1/07 | 12/31/09 | $5,208.00 | $0.00 | American Home Mortgage 111 Wood Ave South, Iselin, NJ 08830 Contact: Douglas Tarta |
| TX060 | 2713 West Morton Street, Denison, TX 75020 | Greg Massey MASCOR, L.P. 2713 West Morton Street Denison, TX 75020 | 4/1/07 | 2/29/12 | $1,252.00 | $0.00 | Countrywide 450 American Street, Mailstop SV3-59, Simi Valley, CA 93065 Contact Brett Rocheleau |

LA3:1133255.1

| Lease ID | Lease Location | Landlord Contact Information: | Lease Commencement Date | Lease Termination Date | Monthly Rental Obligations | Cure Amount | Assignee |
|---|---|---|---|---|---|---|---|
| TX058 | 8711 Highway 6 North, Houston, TX 77095 | Copperfield Professional Building, L.P. 17036 W. Little York Houston, TX 77084 | 2/1/07 | 1/31/12 | $3,188.00 | $0.00 | Houston Capital Mortgage 7700 San Felipe, Suite 400 Houston, TX 77063 Rob Wiggins |
| WA012 | 302 South 9th Street, Tacoma, WA 98402 | George How, Managing Director Music Box Associates, LLC c/o Eric Cederstrand 1102 Commerce Street, Suite 300 Tacoma, WA 98402 | 1/1/05 | 12/31/09 | $10,918.00 | $0.00 | Evergreen Mortgage 2265 First Avenue South Seattle, WA 98134 |
| WA007 | 4200 - 6th Avenue SE Suite 30, Lacey, WA 98503 | Bell Towne Centre LLC 4200 Sixth Avenue SE Suite 301 Lacey, WA 98503 | 2/25/02 | Month-to-month | $4,266.00 | $0.00 | Evergreen Mortgage 2265 First Avenue South Seattle, WA 98134 |
| WA009 | 506 E Hill Street, Moses Lake, WA 98837 | Larry Shannon 506 E. Hill St. Moses Lake, WA 98837 | 10/6/06 | Month-to-Month | $1,700.00 | $0.00 | Evergreen Mortgage 2265 First Avenue South Seattle, WA 98134 |
| WA013 | 203 SE Park Plaza Dr Suite 120 & 125, Vancouver, WA 98684 | Dean Maldonado Park Plaza Inc. 201 NE Park Plaza Drive Vancouver, WA 98684 | 1/1/06 | 3/31/07 | $12,089.00 | $0.00 | Evergreen Mortgage 2265 First Avenue South Seattle, WA 98134 |
| WA020 | 101 South Mission, Wenatchee, WA 98801 | Beal Co, L.L.C. PO Box 1509 Wenatchee, WA 98807 | 1/1/07 | 9/30/11 | $2,583.00 | $0.00 | Evergreen Mortgage 2265 First Avenue South Seattle, WA 98134 |

LA3:1133255.1