# EXHIBIT A

EXHIBIT A

## SCHEDULE A
## 5/18/07

| Principal Name on Bond | Type of Bond | Bond Number | State Issued to | Bond Amounts |
|---|---|---|---|---|
| New Century Mortgage Corporation | Mortgage Banker Bond | 5024220 | AR | $ 100,000.00 |
| New Century Mortgage Corporation | Bond of Residential Mortgage | 5024229 | CA | $ 50,000.00 |
| New Century Mortgage Corporation | Surety Bond of Supervised Lender | 5024231 | CO ** | $ 75,000.00 |
| New Century Mortgage Corporation | Mortgage Broker Bond | 5024236 | DC ** | $ 100,000.00 |
| New Century Mortgage Corporation | Mortgage Lender Bond | 5024219 | FL | $ 10,000.00 |
| New Century Mortgage Corporation | Regulated Loan License Bond | 1013369 | IA | $ 1,000.00 |
| New Century Mortgage Corporation | Mortgage Banker Bond | 1013370 | IA | $ 50,000.00 |
| New Century Mortgage Corporation | Residential Mortgage License Bond | 5024217 | IL | $ 20,000.00 |
| New Century Mortgage Corporation | Supervised Lender Bond | 5024211 | KS ** | $ 300,000.00 |
| New Century Mortgage Corporation | Collection Agency Bond | 5024228 | MA | $ 25,000.00 |
| New Century Mortgage Corporation | Mortgage Broker Bond | 5024215 | MD ** | $ 375,000.00 |
| New Century Mortgage Corporation | Mortgage Broker, Lender or Servicer Bond | 1013371 | MI | $ 125,000.00 |
| New Century Mortgage Corporation | Mortgage Broker, Lender or Servicer Bond | 1013372 | MI | $ 125,000.00 |
| New Century Mortgage Corporation | Residential Mortgage Servicer Bond | 5024221 | MN | $ 50,000.00 |
| New Century Mortgage Corporation | Surety Bond to Operate Money Broker Business | 5024212 | ND | $ 25,000.00 |
| New Century Mortgage Corporation | Surety Bond To Operate Collection Agency Business | 5024230 | ND | $ 20,000.00 |
| New Century Mortgage Corporation | Mortgage Banker Bond | 1013368 | NE | $ 100,000.00 |
| New Century Mortgage Corporation | Supervised Lender License Bond | 5024227 | OK | $ 45,000.00 |
| New Century Mortgage Corporation | Mortgage Banker Bond | 5024226 | WI | $ 300,000.00 |
| New Century Mortgage Corporation | Loan Company Bond | 5024237 | WI | $ 50,000.00 |
| New Century Mortgage Corporation | Mortgage Lender Bond | 5024224 | WV | $ 100,000.00 |

Compliance Department
May 18, 2007

**SCHEDULE A**
**5/18/07**

| New Century Mortgage Corporation | Mortgage Broker Bond | 5024225 | WV | $ 50,000.00 |
|---|---|---|---|---|

RETAIN BONDS LIST                                                                  $ 2,096,000.00

Compliance Department
May 18, 2007