IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416(KJC) |
| a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

## ORDER GRANTING MOTION *PRO HAC VICE* OF DONALD A. WORKMAN

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: May 21, 2007

_____
United States Bankruptcy Judge

07107|PHV|10025856.WPD

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

The Admittee certifies that he is eligible for pro hac vice to this Court, is admitted, practice and in good standing as a member in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

Donald A. Workman
Florida State Bar I.D. No. 933392
District of Columbia Bar I.D. No. 443778
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
(202) 861-1602

Dated: May 18, 2007