EXHIBIT B
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, | ) | Jointly Administered |
| INC., a Delaware corporation, et al., | ) | |
| | ) | |
| Debtors. | ) | |

AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

| | |
|---|---|
| STATE OF NORTH DAKOTA | ) |
| | : ss. |
| COUNTY OF STARK | ) |

Charles J. Peterson, being duly sworn, deposes and says:

1. I am Vice President of Mackoff Kellogg Law Firm (the "Firm"), which maintains offices at 46 West 2nd Street, Dickinson, North Dakota 58601.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about May 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.[1]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc., ) a Maryland corporation; New Century TRS Holdings, Inc., (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800 anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P., (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.



3. Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors as New Century Mortgage Corporation. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4. The firm's current customary rates, subject to change from time to time are $150.00.

5. In the ordinary course of its business, the firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determined the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:
NONE

The firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest



adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

8. Prior to the filing of the above-captioned cases, the Firm WAS employed by the Debtors. The Debtors owe the Firm $7,072.01 for prepetition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm WILL NOT waive the pre-petition claim.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

10. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2007.

Charles J. Peterson

Subscribed and sworn to before me this 15th day of May, 2007.

Karen Sillerud
Karen Sillerud, Notary Public
State of North Dakota
My commission expires: 10/11/2012

Karen Sillerud
Notary Public
State of North Dakota
My Commission Expires: 10-11-2012



Mackoff Kellogg
Law Firm

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be mailed, by first class mail with postage duly prepaid, on the 15th day of May, 2007, to the following persons:

Mark D. Collins  
Richards Layton &Finger  
One Rodney Square  
PO Box 551  
Wilmington DE 19899  

U. S. Trustee  
844 King Street, room 2207  
Lockbox #35  
Wilmington DE 19899-0035  

By: _____  
Charles J. Peterson, Attorney

MK  
Mackoff Kellogg  
Law Firm