UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY HOLDINGS, INC., a Delaware corporation, et al.[1]<br>Debtor. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br>Jointly Administered<br><br>Related to Docket No. 307 |

**ORDER DENYING EMERGENCY MOTION OF PLAN BENEFICIARIES FOR AN ORDER DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF PLAN BENEFICIARIES PURSUANT TO 11 U.S.C. § 1102(a)(2)**

This Court having considered the *EMERGENCY MOTION OF PLAN BENEFICIARIES (THE "PLAN BENEFICIARIES") FOR AN ORDER DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF PLAN BENEFICIARIES PURSUANT TO 11 U.S.C. § 1102(a)(2)* (Docket No. 307)(the "Motion") in the above-captioned matter; and due and proper notice of the Motion having been given; the Court having considered the Motion and the objections to the Motion filed by the Official Committee of Unsecured Creditors (the "Committee") and the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company, NCoral, L.P., a Delaware limited partnership.

United States Trustee; and after a hearing before this Court on May 7, 2007, for the reasons stated on the record, which are incorporated into this Order, it is hereby:

**ORDERED** that the Motion is DENIED, without prejudice; and it is further

**ORDERED** that without prejudice to any party in interest's rights to assert, among other arguments, that such funds are or are not property of the Debtors' estates, all funds being held in or for the benefit of the "Plan" as defined in Motion shall remain *in status quo* and no use or distribution of such funds shall be permitted without a further order of this Court.

The movants shall serve a copy of this Order upon: (1) the Office of the United States Trustee; (2) counsel for Debtors; (3) [proposed] counsel for the Official Committee of Unsecured Creditors; and (4) all parties who have filed timely requests for notice under Rule 2002 of Federal rules of Bankruptcy Procedure.

Dated: May 21, 2007

Kevin J. Carey
United States Bankruptcy Judge