# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | New Century TRS Holdings, Inc. |
| **Case Number:** | 07-10416-KJC    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, MAY 21, 2007 10:00 AM   CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | MATT YOVINO |

## *Matter:*

Sale

**R / M #:**   0 / 0

## *Appearances:*

See Sign in Sheet

## *Proceedings:*

Amended Agenda Item
#1 - Continued to 5/30/07
#2 - Order to be Submitted Under Certification
#3 - Order to be Prepared by Court
#4 - Order Signed
#5 - Order Signed
#6 - Order Signed
#7 - Continued to 5/30/07