**SIGN-IN-SHEET**

CASE NAME: New Century TRS Holdings, Inc.
CASE NO.: 07-10416-KJC
COURTROOM LOCATION: 5
DATE: May 21, 2007

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Don Workman | Baker Hostetler | Fidelity |
| Kathy Miller | Smith Katzenstein | " |
| Chris Ward | Klehr Harrison | Ryan |
| Christopher Winter | Duane Morris LLP | KST Data, Inc. / Goldman Sachs |
| Thomas Kividales | Mayer Brown Rowe & Maw | Hartford Fire Ins. Co |
| Sean Scott | " " " | Carrington |
| Steven Kortanek | Womble Carlyle | " |
| Ben Logan | O'Melveny & Meyers | " |
| Suzzanne Uhland | " | Debtors |
| Michael Merchant | Richards Layton | Debtors |
| Marcos Ramos | " | " |
| Chris Samis | " | " |
| William Chipman | Edwards Angell Palmer & Dodge LLP | Countrywide |

# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.  **COURTROOM LOCATION:** 5
**CASE NO.:** 07-10416-KJC  **DATE:** May 21, 2007
**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bonnie Glantz Fatell | Blank Rome LLP | Creditors Committee |
| Regina Stango Kelbon | | |
| Mark Power | Hahn Hessen | Creditors Committee |
| Mark Indelicato | | |
| Don Grubman | | |
| James Laughlin | | |
| Susan Kaufman | Herman Gouge + Kaufman | OKC Maui Owner LLC |
| Timothy Cairns | Pachulski Stang Young Jones Weintraub | DIP Lenders |
| Kevin Mangan | Monzack and Monaco | Oracle USA |
| Greg Taylor | Ashby & Geddes | UBS Real Estate Securities Inc + Sierra Inc |
| Joseph Sewlusky | Oakhouse & Noval | CSFB |
| Michael Nestor | YCST | " |
| Josh Sussberg | Kirkland + Ellis | CITIGROUP |

# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.  
**CASE NO.:** 07-10416-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** May 21, 2007

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Galleotico | Goebbert & Smith | General Electric Capital Corp. |
| Dennis Drebsky | Nixon Peabody | Deutsche Bank Nat'l Trust Co |
| David Stratton | Pepper Hamilton | " " " |
| Ira Levee | Lowenstein Sandler | NY State Teachers Retirement System |
| Jason Harbour | Hunton & Williams | Wells Fargo |
| Benjamin Ackerly | Hunton & Williams | Wells Fargo |
| Susan Coppiti | Eckert Seamans Cherin Mellott | Litton |
| MATHEW BONCA | WINSTON & STRAWN | Kodiak Funding |
| Conrad Rosenberg | Kramer Levin Naftalis & Frankel | " |
| Kasey Goldman | Phillips Goldman & Spence | Deft - Lone / Fizpen |
| Aaron Kasson | Duane Billick Nash | NSBS |
| Calvin McDowell | Potter Anderson & Corroon | Bank of America NA |
| Marc Phillips | Connolly Bove Lodge & Hutz | Washington Mutual and MGIC Ins Company |

# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holding, Inc.  **COURTROOM LOCATION:** 5
**CASE NO.:** 07-10416-KJC  **DATE:** May 21, 2007
PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joseph Grey | Stevens & Lee | Premier Bank |
| Richard Beck | Beck & Buller PA | By-One Bank |
| Joseph J. McMahon, Jr. | USDOJ | UST |
| David Fournie | Pepper Hamilton | Union Bank of Calif. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

**Calendar Date:** 05/21/2007
**Calendar Time:** 10:00 AM

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1742196 | Christy Rivera | 212-408-5530 | Chadbourne & Park, LLP | Creditor, Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc./ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1742197 | Richard Agins | 860-240-2840 | Bingham McCutchen, LLP | Interested Party, Deutsche Bank/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1742201 | Jeremy Kleinman | 312-276-1407 | Frank/Gecker LLP | Creditor, Speedpay, Inc./ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1742973 | Michelle Shiro | 972-380-5533 | Gerard Singer Levick & Busch | Creditor, A C S / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1743193 | Amish Doshi | 212-297-5828 | Day Pitney, LLP (904156) | Creditor, Oracle USA, Inc./ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1743875 | Walt Theus | 302-573-6491 ext. 00 | US Trustee Office Of Wilmington | Trustee, United States Trustee/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1744541 | Scott Matthews | 212-237-1000 | Windels, Marx, Lane & Mittendors | Debtor, New Century TRS Holdings, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1744563 | Frank Glassner | 302-651-7681 | Compensation Design Group | Debtor, Compensation Design Group / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1736081 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP (901211NY) | Creditor, Bank of America, NA/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1737571 | Frederic DiSpigna | 954-233-8000 | Law Offices of David J. Stern PA | Interested Party, Law Offices of David J. Stern PA/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 (07-50875) | Hearing | 1738844 | Barry Freeman | 310-785-5367 | Jeffer, Mangels, Butler & Marmaro | Creditor, Union Bank of California / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1738950 | Marti Murray | 212-582-5505 | Murray Capital Management, Inc. | Interested Party, Murray Capital Management/ LISTEN ONLY |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1739701 | Kimberly Newmarch | 312-499-6057 | Paul Hastings Janofsky & Walker | Creditor, UBS Real Estate Securities, Inc./ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1741794 | Shirley Cho | 213-680-8242 | Kirkland & Ellis (CC-913) | Creditor, Greenwich Capital Financial Products/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1741800 | Bennett Spiegel | 213-680-8203 | Kirkland & Ellis (CC-913) | Creditor, Greenwich Capital Financial Products/ LIVE |

| Raymond Reyes | | | | | |
|---|---|---|---|---|---|
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1742109 Jonathan Hook | 212-808-7800 Kelley Drye & Warren, LLP (902300) | Creditor, Wells Fargo Bank/ LIVE |