**GUST ROSENFELD P.L.C.**
201 E. Washington, Suite 800
Phoenix, Arizona 85004-2327
Telephone No. (602) 257-7430
Facsimile No. (602) 340-1538
Madeleine C. Wanslee
mwanslee@gustlaw.com
Attorneys for **Maricopa County Treasurer**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

### MOTION AND ORDER FOR PRO HAC VICE

Pursuant to Local Rule 83.5, Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, and the attached certification, undersigned counsel moves for the admission *pro hac vice* to represent Maricopa County Treasurer ("Maricopa County") in this action. In addition, because Maricopa County is an agency of the State of Arizona, undersigned counsel moves that

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TR Holdings, Inc. (f/k/a New Century Financial Corporation) a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, LP (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, AD Astra Mortgage, Midwest Home Mortgage, Trats Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; and NCORAL, L.P., a Delaware limited partnership.

MCW:sdl 734808.1 5/14/2007

the requirement to associate with local counsel be waived under Del. Bankr. L.R. 9010-1(c)(ii).

RESPECTFULLY SUBMITTED this /6th day of May, 2007.

By /s/ Madeleine C. Wanslee
Madeleine C. Wanslee
Arizona State Bar No. 012590
Gust Rosenfeld P.L.C.
201 E. Washington Street, Suite 800
Phoenix, AZ 85004-2327
Telephone No. (602) 257-7430
Facsimile No. (602) 34-1538
Email: mwanslee@gustlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of State of Arizona and pursuant to Local Rule 83.6 D. De. L.R. submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

By /s/ Madeleine C. Wanslee
Madeleine C. Wanslee
Arizona State Bar No. 012590
GUST ROSENFELD P.L.C.
201 E. Washington, Suite 800
Phoenix, AZ 85004-2327
Telephone No. (602) 257-7422

MCW:sdl 734808.1 5/14/2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

MCW:sdl 734808.1 5/14/2007

3

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on the /6th day of May, 2007, I served by first class, postage prepaid mail, true and correct copies of the foregoing Motion and Order for Admission Pro Hac Vice upon the following parties:

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Christopher M. Samis, Esq.
Chun I. Jang
Paul Noble Heath
Richards, Layton & Finger, P.A.
920 N. King St.
One Rodney Square
Wilmington, DE  19801
Proposed Attorneys for Debtors

Suzanne S. Uhland, Esq.
Ben H. Logan, Esq.
Victoria Newmark, Esq.
Emily R. Culler, Esq.
O'MELVENY & MYERS LLP
275 Battery St., 26th Fl.
San Francisco, CA  94111-3305
Proposed Attorneys for Debtors

United States Trustee
844 King St. Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market St., Suite 800
Wilmington, DE  19801
Attorneys for The Official Committee
of Unsecured Creditors

By /s/ Madeleine C. Wanslee