IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Re: Docket Nos. 70, 340 and 787 |

**CERTIFICATION OF COUNSEL REGARDING ORDER PURSUANT TO SECTIONS 105, 363 AND 365 OF THE BANKRUPTCY CODE AND RULES 2002, 6004, 6006 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING (i) THE SALE OF DEBTORS' SERVICING BUSINESS TO CARRINGTON CAPITAL MANAGEMENT, LLC AND CARRINGTON MORTGAGE SERVICES, LLC PURSUANT TO THE SECOND AMENDED AND RESTATED ASSET PURCHASE AGREEMENT, DATED AS OF MAY 21, 2007, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, AND (ii) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO CARRINGTON AS PART OF SUCH SALE**

The undersigned hereby certifies as follows:

1. We are counsel to the above-captioned debtors and debtors-in-possession (the "Debtors").

2. On May 21, 2007, this Court held a hearing on the Debtors' "Emergency Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Assets Used in their Loan Servicing

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief" [Docket No. 70] (the "Sale Motion").

3. Prior to the hearing, the Debtors filed their "Notice of Filing of Proposed Order" [Dkt. No. 787] (the "Notice") with the Court. Attached to the Notice was the Debtors' proposed "Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure Approving (i) the Sale of Debtors' Servicing Business to Carrington Capital Management, LLC and Carrington Mortgage Services, LLC Pursuant to the Second Amended and Restated Asset Purchase Agreement, Dated as of May 21, 2007, Free and Clear of Liens, Claims, Encumbrances, and Interests, and (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to Carrington as Part of Such Sale" (the "Proposed Order"), in clean and comparison form as against the form of proposed order originally submitted by the Debtors with the Sale Motion.

4. At the hearing, the Court approved the Sale Motion. The Court also asked the parties to cooperate to finalize the form of the Proposed Order to reflect the modifications to the Proposed Order read into the record at the hearing.

5. After the hearing, the Proposed Order was revised to incorporate the modifications discussed at the hearing (the "Revised Proposed Order") and distributed to parties in interest, including the Official Committee of Unsecured Creditors and the objecting parties to the Sale Motion. Each such party was provided an opportunity to comment on the form of the Revised Proposed Order. As of the date of filing of this Certification, each such party either had

approved the form of the Revised Proposed Order or not objected to the form of the Revised Proposed Order.

6. Attached hereto as <u>Exhibit A</u> is the Revised Proposed Order, in comparison form as against the Proposed Order submitted to the Court with the Notice (exclusive of the referenced Asset Purchase Agreement, Exhibit A to the Proposed Order). Attached hereto as <u>Exhibit B</u> is the clean version of the Revised Proposed Order (inclusive of the referenced Asset Purchase Agreement, Exhibit A to the Revised Proposed Order).

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Proposed Order attached hereto as <u>Exhibit B</u> at the Court's earliest convenience.

Dated: May 22, 2007  
Wilmington, Delaware

Respectfully submitted,

/s/ Marcos A. Ramos

Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Marcos A. Ramos (No. 4450)  
Christopher M. Samis (No. 4909)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 651-7700  
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland  
Ben H. Logan  
O'MELVENY & MYERS LLP  
275 Battery Street  
San Francisco, California 94111  
Telephone: (415) 984-8700  
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS  
AND DEBTORS IN POSSESSION

3