UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al. | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF WITHDRAWAL OF AFFIDAVIT

COMES NOW Lamun Mock Cunnyngham & Davis, P.C. and withdraws its Affidavit (Docket No. 286) filed on May 22, 2007.

LAMUN MOCK CUNNYNGHAM & DAVIS, PC

By: s/Bret D. Davis
Bret D. Davis    #15079
5900 N.W. Grand Blvd.
Oklahoma City, OK 73118-1295
(405) 840-5900
(405) 842-6132
bdavis@lamunmock.com