*New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)*
*Bankruptcy Rule 2002 Service List as of April 25, 2007*
*Local Via Hand Delivery   -   Non-Local Via First Class Mail*

*Representing Debtors*
Mark D. Collins
Michael J. Merchant
Chun I. Jang
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

*Representing United States Trustee*
Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

*Representing Safeco Financial Institution*
*Solutions, Inc.*
Don A. Beskrone
Ashby & Geddes, P.A.
P.O. Box 1150
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

*Representing CB Richard Ellis Corporate*
*Facilities Management, Inc.*
Ian Connor Bifferato
Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

*Representing UBS Real Estate Securities,*
*Inc.*
William P. Bowden
Gregory A. Taylor
Ashby & Geddes, P.A.
P.O. Box  1150
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

*Representing Residential Funding Company,*
*LLC*
Mary F. Caloway
Eric Lopez Schnabel
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

*Representing GMAC Commercial Finance LLC*
*and Countrywide Home Loans*
William E. Chipman, Jr.
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801

*Representing Morgan Stanley Mortgage*
*Capital Inc.*
Robert J. Dehney
Gregory W. Werkheiser
Daniel B. Butz
Morris, Nichols, Arsht & Tunnell LLP
P.O. Box 1347
1201 North Market  Street, 18th Floor
Wilmington, DE  19899-1347

*Representing Citigroup Global Markets Realty*
*Corp.*
Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

*Representing General Electric Capital*
*Corporation*
Michael G. Gallerizzo
Gebhardt & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801

WCSR 3590337v1

*Representing IndyMac Bank, F.S.B.*
Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

*Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.*
Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl Young Jones & Weintraub LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801

*Representing Union Bank of California*
David M. Fournier
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street,  Suite 5100
Wilmington, DE 19801

*Representing Kodiak Funding LP and Kodiak CDO I, Ltd.*
Norman M. Monhait
Rosenthal, Monhait & Goddess, P.A.
P.O. Box 1070
919 Market Street, Suite 1401
Wilmington, DE 19899-1070

*Representing Bank of America, N.A.*
Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19899

*Representing Deutsche Bank National Trust Co.*
David B. Stratton
Pepper Hamilton LLP
P.O. Box 1709
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899

*Representing GMAC Commercial Finance LLC*
Hernando Azarcon
Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI 48075

XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA 90295

*Representing Celina ISD, Princeton ISD, City of Princeton, Richardson ISD, Cedar Hill ISD, City of Cedar Hill, Whitewright ISD, City of Whitewright, City of Hurst, Arlington ISD, Castleberry ISD and Mansfield ISD*
Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430

*Representing Citigroup Global Markets Realty Corp.*
Paul M. Basta
Joshua A. Sussberg
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

*Representing Deutsche Bank National Trust Co.*
Mark N. Berman
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-1832

*Representing Kodiak Funding LP and Kodiak CDO I, Ltd.*
Matthew Botica
David Wirt
Grayson Walter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

*Representing Safeco Financial Institution
Solutions, Inc.*
Frank G. Burt
Raul A. Cuervo
W. Glenn Merten
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-5208

*Representing Wells Fargo Bank, N.A., As
Indenture Trustee and Property Trustee*
James S. Carr
David Retter
Christena A. Lambrianakos
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

*Representing UBS Real Estate Securities,
Inc.*
Richard A. Chesley
Kimberly D. Newmarch
Paul, Hastings, Janofsy & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606

*Representing Theresa A. Davis*
Robert P. Cocco
Robert P. Cocco, P.C.
437 Chestnut Street, Suite 1006
Philadelphia, PA 19106

*Representing Morgan Stanley Mortgage
Capital Inc.*
Luc A. Despins
Wilbur F. Foster
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

*Representing Deutsche Bank National Trust
Co.*
Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

*Representing Federal Express Corporation*
Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510

*Representing Party-in-Interest*
T. Robert Finlay
Donna L. La Porte
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660

*Representing Union Bank of California*
Barry Freeman
Jeffer Mangels Butler & Marmaro, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

*Representing Travelers*
Scot Freeman
Account Resolution
Travelers National Accounts
1 Tower Square - 5MN
Hartford, CT 06183-4044

*Representing eMortgage Logic LLC*
Jeffrey I. Golden
Hutchison B. Meltzer
Weiland, Golden, Smiley, Wang Ekvall &
Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

*Representing GMAC Commercial Finance LLC
and Countrywide Home Loans*
Lawrence P. Gottesman
Sukyong Suh
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

*Representing Alireza Nazmi and Golden Key Mortgage*
Charles A. Hansen
Mark S. Bostick
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

Jed Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

*Representing SRIVA Relocation*
Glenn M. Reisman
Two Corporate Drive, Suite 234
Shelton, CT 06484

*Representing Morgan Stanley Mortgage Capital Inc.*
Howard R. Hawkins, Jr.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

*Representing Wells Fargo Bank, N.A. as Indenture Trustee and Property Trustee*
Thomas M. Korsman
Vice President
Wells Fargo Bank, N.A.
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN 55479

*Representing Residential Funding Company, LLC*
Chris Lenhart
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

*Representing Countrywide Home Loans, Inc.*
Paul T. Liu
John Guerry
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA 91302

*Representing Party-in-Interest*
William G. Malcolm
Malcolm & Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612

*Representing UBS Real Estate Securities, Inc.*
Keith W. Miller
James R. Bliss
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, NY 10022

*Representing CB Richard Ellis Corporate Facilities Management, Inc.*
John E. Mitchell
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201

*Representing Union Bank of California*
David M. Poitras
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Diane J. Richey
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, CA 90071

*Representing Bank of America, N.A.*
Margot B. Schonholtz
Mark F. Liscio
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

*Representing Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc.*
Joseph H. Smolinsky
Douglas E. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

*Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.*
Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

*Representing IndyMac Bank, F.S.B.*
Claudia Z. Springer
Reed Smith LLP
2500 One Liberty Place, 1650 Market St.
Philadelphia, PA 19103-7301

*Representing Ellington Management Group, Inc.*
Patricia B. Tomasco
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

*Representing Debtors*
Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily Culler
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

*Representing Dallas County*
Elizabeth Weller
Linebarger Googan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX 75201-2644

*Representing GMAC Commercial Finance LLC and Countrywide Home Loans*
Katherine M. Windler
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

*Representing Wolfe & Wyman LLP*
Stuart B. Wolfe
Yaron Shaham
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

*Committee Member*
Geoffrey E. Hader
Credit-Based Asset Servicing and Securitization LLC
335 Madison Avenue, 19th Floor
New York, NY 10017

*Committee Member*
Neil Luria
Residential Funding Company, LLC
8400 Normandale Lake Boulevard
Suite 250
Minneapolis, MN 55347

*Committee Member*
Michael A. Criscito
Credit Suisse First Boston Mortgage Capital LLC
Eleven Madison Avenue
New York, NY 10010-3629

*Committee Member*
Brendan Meyer
Deutsche Bank National Trust Co.
1761 East Street Andrew Place
Santa Ana, CA 92705-4934

*Committee Member*
Thomas Martin Korsman
MAC N9309-120
608 Second Avenue South
Minneapolis, MN 55479

*Committee Member*
Michael J. Marino
Fidelity National Information Services, Inc.
601 Riverside Avenue
Jacksonville, FL 32204

*Committee Member*
Mark T. Lammas
Maguire Properties - Park Place LLC
1733 Ocean Avenue, Suite 400
Santa Monica, CA 90401

Keith Clements
IKON Office Solutions
Recovery & Bankruptcy
3920 Ark Wright Road
Suite 400
Macon, GA 31210

David G.. Aelvoet
Linebarger Goggan Blair & Sampson LLP
Travis Building, 711 Navarro, Suite 300
San Antonio, TX 78205
James R. Savin
David M. Dunn
Joanna F. Newdeck
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

Julie A. Manning, Esquire
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

*Representing DRA CRT Post Oak, L.P.*
Brian D. Womac, Esquire
Denise H. Mitchell, Esquire
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, TX 77024

*Representing Natixis Real Estate
Capital Inc.*
Gregory M. Petrick, Esquire
Angela Somers, Esquire
Cadawalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

*Representing Natixis Real Estate
Capital Inc.*
Neil B. Glassman, Esquire
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

*Representing MTC Financial Inc.,
dba Trustee Corps*
Richard J. Reynolds, Esquire
Turner, Reynolds, Greco & O'Hara
16485 Laguna Canyon Road
Suite 250
Irvine, CA 92618

Representing ABN AMRO Bank N.V.
Raniero D'Aversa, Jr., Esquire
Laura D. Metzger, Esquire
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820

*Representing ABN AMRO Bank N.V.*
Joanne B. Wills, Esquire
Michael W. Yurkewicz, Esquire
Klehr, Harrison, Harvey
Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

*Representing Creditor, Qwest Corporation*
Mitchell W. Katz, Esquire
Qwest Legal Department
1801 California Street, Suite 900
Denver, CO 80202

*Representing Credit Suisse First Boston
Mortgage Capital LLC and DLJ Mortgage
Capital, Inc.*
Michael R. Nestor, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

*Representing Sprint Nextel Corporation*
David I. Swan, Esquire
Kenneth M. Misken, Esquire
McGuire Woods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

*Representing Carrollton-Farmers Branch,
Independent School District, Garland
Independent School District and
Lewisville Independent School District*
Carrollton-Farmers Branch
Independent School District, Garland
Independent School District and
Lewisville Independent School District
c/o Andrea Sheehan, Esquire
Law offices of Robert E. Luna, P.A.
4411 N. Central Expressway
Dallas, TX  75205

*Representing DB Structured Products, Inc.*
Robert M. Dombroff, Esquire
Steven Wilamowsky, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689

*Representing DB Structured Products, Inc.*
Andrew J. Gallo, Esquire
Bingham McCutchen LLP
150 Federal Streeet
Boston, MA  02110

*Representing DB Structured Products, Inc.*
Richard H. Agins, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT  06103-3178

*Representing DB Structured Products, Inc.*
Robert S. Brady
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. 391
Wilmington, DE  19899-0391

Representing JP Morgan Chase Bank, NA
Adam G. Landis, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE  19801

*No Creditor listed*
John A. Vos, Esquire
1430 Lincoln Avenue
San Rafael, CA  94901

*Representing Wells Fargo Bank, N.A.*
J.R. Smith, Esquire
Jason W. Harbour, Esquire
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

*Representing Wells Fargo Bank, N.A.*
Michael Busenkell
Eckert, Seamans, Cherin & Mellot, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE  19801

*Representing eMortgage Logic LLC*
Jeffrey I. Golden, Esquire
Hutchison B. Meltzer, Esquire
Weiland, Golden, Smiley, Wang
Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA  92626

*Representing Premier Print and Services Group, Inc.*
Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE  19801

*Representing The Official Committee of Unsecured Creditors*
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

*Representing The Official Committee of Unsecured Creditors*
Mark T. Power, Esquire
Mark S. Indelicato, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floor
New York, NY 10022

*Representing Carrington Mortgage Services, LLC*
Thomas S. Kiriakos, Esquire
Sean T. Scott, Esquire
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606

*Representing NYSTRS*
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

*Representing NYSTRS and proposed Lead counsel for the Class*
Salvator J. Graziano, Esquire
Bernstein Litowitz Berger
& Grossmann LLP
1285 Avenue of the Americas
New York, NY  10019

*Representing NYSTRS and proposed Lead counsel for the Class*
Blair A. Nicholas, Esquire
Bernstein Litowitz Berger
& Grossmann LLP
12481 High Bluff Drive
Suite 300
San Diego, CA  92130

*Representing RBC Mortgage Company, Royal Bank of Canada and RBC Centura Bank*
Francis A. Monaco, Jr., Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE  19899

*Representing SN Servicing Corp, as Agent For Alaska Seaboard Partners Limited Partnership*
Richard M. Beck, Esquire
Christopher A. Ward, Esquire
Michael W. Yurkewicz, Esquire
Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

*Representing SIRVA Relocation*
Glenn M. Reisman
Two Corporate Drive
Suite 234
Shelton, CT  06484

*Representing NO PARTY LISTED*
Michael Weinstock, Esquire
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY  10152

*Creditor*
Vicky Namken
IBM Corporation
13800 Diplomat Drive
Dallas, TX  75234

*Representing Department of Revenue*
Sheryl L. Moreau, Esquire
Missouri Department of Revenue
Bankruptcy Unit
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475

*Representing Maguire Properties-Park
Place, LLC, Maguire Properties-3121
Michelson, LLC and Maguire Properties-
3161 Michelson, LLC*
D.J. Baker, Esquire
Rosalie W. Gray, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

*Representing Maguire Properties-Park
Place, LLC, Maguire Properties-3121
Michelson, LLC and Maguire Properties-
3161 Michelson, LLC*
Megan E. Cleghorn, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

*Representing Ohio Department of
Commerce*
Matthew J. Lampke, Esquire
Assistant Chief
Ohio Attorney General's Office
Executive Agencies Section
30 E. Broad Street, 26th Floor
Columbus, OH  43215

*Representing Ohio Department of
Commerce*
Michelle Sutter, Esquire
Ohio Attorney General's Office
Executive Agencies Section
30 E. Broad Street, 26th Floor
Columbus, OH  43215

*Creditor*
David H. Zielke, Esquire
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, WMC 3501
Seattle, WA  98101

*Representing Washington Mutual and its
affiliates and subsidiaries*
Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

*Creditor - 500 Eagles Landing, LLC*
Property Management Professionals, LLC
1512 Royce Drive
Locust Grove, GA  30248

*Creditor - 500 Eagles Landing, LLC*
500 Eagles Landing, LLC
David A. Meskan, Manager
2100 Green Street, Apt. 404
San Francisco, CA  94123

*Creditor - 500 Eagles Landing, LLC*
Property Management Professionals, LLC
1512 Royce Drive
Locust Grove, GA  30248

*Representing 500 Eagles Landing, LLC*
Robert P. Gates, Esquire
Erskine & Tulley
220 Montgomery Street, Suite 303
San Francisco, CA  94104

*Representing City of Edinburg, Edcouch-Elsa
ISD, Neuces County and South Texas College*
Diane W. Sanders, Esquire
Linebarger Goggan Blair & Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX  78760

*Representing Positive Software Solutions, Inc.*
Mark H. Ralston, Esquire
Davor Rukavina, Esquire
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX  75201

*Representing Positive Software Solutions, Inc.*
Daniel K. Astin, Esquire
Anthony M. Saccullo, Esquire
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1300
P. O. Box 2323
Wilmington, DE  19899-2323

*Representing KST Data, Inc.*
Randall S. Leff, Esquire
Eric M. Heller, Esquire
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard
Ninth Floor
Beverly Hills, CA  90212-2974

*Representing Stony Point East, LP*
Richard S. Cobb, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE  19801

*Representing for Creditors/Claimants Scott and Angela Morris*
Felix A. Seidler, Esquire
Reeves & Seidler
2527 Santa Clara Avenue
Alameda, CA  94501-4633

*Representing Sun Trust Leasing Corporation*
Christopher D. Loizides, Esquire
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DD  19801

*Representing Sun Trust Leasing Corporation*
Robert Goodrich, Esquire
Stites & Harison, PLLC
1800 Fifth Third Center
424 Church Street
Nashville, TN  37219-2376

*Representing Barclays Bank PLC and Barclays Capital*
Ken Coleman, Esquire
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020

*Representing Barclays Bank PLC and Barclays Capital*
Mark Manski, Esquire
Barclays Bank PLC
200 Park Avenue
New York, NY  10166

Representing IBM Credit LLC
Bruce Gordon
Special Handling Group – MD NC322
IBM Credit LLC
North Castle Drive
Armonk, NY  10504

Gregg S. Kleiner
Cooley Godward Kronish LLP
101 California Street, 5th Floor
San Francisco, CA  94111-2222

*Representing Coremetrics, Inc.*
Jeffrey C. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801

*Creditor*
Seth R. Weissman, Esquire
V.P. & General Counsel
Coremetrics, Inc.
1840 Gateway Drive, Suite 320
San Mateo, CA  94404

WCSR 3590337v1

*Representing The Realty Associates
Fund VI, L.P.*
Robert E. Greenberg, Esquire
Friedlander, Misler, Sloan,
    Kletzin & Ochsman, PLLC
1101 Seventeeth Street, N.W.
Suite 700
Washington, DC  20036-4704

*Representing 816 Connecticute Avenue L.P.*
Bryn H. Sherman, Esquire
Deckelbaum Ogens & Raftery, Chtd.
3 Bethesda Metro Center, Suite 200
Bethesda, MD  20814

*Representing National Field
Representatives, Inc.*
Thomas D. Maxson, Esquire
Cohen & Grigsby, P.C.
11 Stanwix Street, 15th Floor
Pittsburgh, PA  15222-1319

Maricopa County Treasurer
Madeleine C. Wanslee, Esquire
Gust Rosenfeld P.L.C.
201 E. Washington Street, Suite 800
Phoenix, AZ  85004-2327

*Representing IBM*
Leo D. Plotkin, Esquire
Levy, Small & Lassas
815 Moraga Drive
Los Angeles, CA  90049-1633

*Representing IBM*
Charlene D. Davis, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

*Representing LandAmerica Default Services
Company and Tamares Real Estate Holdings,
Inc., Plaza America Office Development, LLC
and Plaza Office Realty II, LLC*
William F. Taylor, Jr., Esquire
Katharine L. Mayer, Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE  19800

*Representing Adfitech, Inc.*
Evelyn Meltzer, Esquire
Pepper Hamilton LLP
Hercules Plaza
Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE  19899

*Creditor*
Susan D. Profant, CPCA, CLA Paralegal
Ken Burton, Jr.
819 U.S. 301 Blvd West
Brandenton, FL  34205

*Creditor*
American Express Travel Related
Services Company Inc. Corp Card
c/o Becket and Lee LLP
POB 3001
Malvern, PA  19355-0701

*Representing the Warn Act Claimants*
James E.Huggett, Esq.
Margolis Edelstein
750 S. Madison Street
Suite 102
Wilmington, DE  19801

*Representing the Warn Act Claimants*
Mary E. Olsen, Esq.
M. Vance McCrary
J. Cecil Gardner
The Gardner Firm, P.C.
1119 Government Street
Post Office Drawer 3103
Mobile, AL  36652

*Representing Claimants, Tax Appraisal*
*district of Bell County, County of Denton,*
*Mexis Independent School district, County*
*of Williamson*
Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX  78680

*Creditor*
Rick F. Martin
8109 Santa Luz Village Green South
San Diego, CA  92127

*Representing Pennsbury Village Borough*
John J. Arminas, Esq.
Goldberg, Kamin & Garvin
1806 Frick Building
437 Grant Street
Pittsburgh, PA  15219

*Representing Mack-Cali Realty Corp.*
*Lisa C. McLaughlin, Esq.*
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

*Representing Mack-Cali Realty Corp.*
Carlos G. Manalansan, Esq.
Wolff Samson, PC
The Offices of Crystal Lake
One Boland Drive
West Orange, NJ  07052

*Representing Nabih Mangoubi and Esther*
*Manoubi*
Elihu E. Allinson, III, Esq.
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801

*Representing Hartford Fire Insurance*
*Company*
Michael R. Lastowski, Esq.
Christopher M. Lastowski, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE  19801

*Representing Hartford Fire Insurance*
*Company*
T. Scott Leo, Esq.
Grace Winkler Cranley, Esq.
Leo & Weber, P.C.
One N. LaSalle Street
Suite 3600
Chicago, IL  60602

*Representing Iron Mountain Information*
*Management, Inc.*
Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110

*Representing Creditor, Chatham County Tax*
*Commissioner*
Daniel T. Powers
P.O. Box 8321
Savannah, GA  31412

*Representing Oracle USA, Inc.*
Amish R. Doshi, Esq.
Day Pitney LLP
7 Times Square
New York, NY  10036-7311

*Creditor*
Gretchen Crawford, Esq.
Assistant District Attorney
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK  73102

Mark Lee
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

*Representing Fidelity National Information Services, Inc.*
Donald A. Workman, Esq.
Baker & Hostetler LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC  20036

*Representing KW Properties, LTD.*
Nancy Hotchkiss, Esq.
Trainer Fairbrook
P.O. Box 255824
Sacramento, CA  95865

*Representing Douglas Emmett 2000, LLC*
Don C. Sherwood, Esq.
Sherwood and Hardgrove
11812 San Vicente Boulevard
Suite 210
Los Angeles, CA  90049-6622

*Representing Huntington Quadrangle 2 LLC*
Sheldon I. Hirshon, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

*Representing America's Servicing Company*
A. Michelle Hart, Esq.
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA  30076

*Representing Broadway Center Associates, L.P.*
Steven Newman, Esq.
Katsky Korins LLP
605 Third Avenue
16th Floor
New York, NY  10158

*Representing Cypress – Fairbanks ISD*
John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX  77253

*Representing Walz Postal Solutions, Inc.*
William A. Hazaltine, Esq.
Law Offices of William A. Hazeltine LLC
110 West 9th Street, PMB 345
Wilmington, DE  19801

*Representing HSBC Bank USA, National Association, HSBC Mortgage Corporation USA and certain affiliates*
Andrew C. Kassner, Esq.
Howard A. Cohen, Esq.
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801

*Representing Speedpay, Inc.*
Joseph D. Frank, Esq.
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL  60610

*Representing Speedpay, Inc.*
Larry Thomas
Integrated Payment Systems, Inc.
Meridian Building
12500 East Belford Avenue
Mail Stop M12B
Englewood, CO  80112

*Representing National City Commercial
Capital Company, LLC*
Sherry D. Lowe, Esq.
Lamm Rubenstone Lesavoy Butz & David
LLC
3600 Horizon Blvd., Suite 200
Trevose, PA  19053

*Representing QKC Maui Owner, LLC*
Andrew S. Conway, Esq.
Honigman Miller Schwartz & Cohn LLP
38500 Woodward Avenue, Suite 100
Bloomfield Hills, MI  48304

Eschelon Telecomm, Inc.
c/o Dennis D. Ahlers
730 Second Avenue South
Suite 900
Minneapolis, MN  55402

*Representing Tamares Real Estate
Holdings, Inc., Plaza America Office
Development, LLC and Plaza Office Realty
II, LLC*
Richard M. Lucas, Esq.
Charles A. Malloy, Esq.
Arnold & Porter
555 Twelfth Street, NW
Washington, DC  20004

*Representing ADT Security Services, Inc.*
Sally E. Edison, Esq.
McGuire Woods LLP
Dominion Tower
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA  15222

*Representing ADT Security Services, Inc.*
Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. 2306
Wilmington, DE  19899