IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | : | |
| | : | |
| Debtors. | : | Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties indicated below was made by sending true and correct copies of the foregoing Affidavit of Ordinary Course Professional by first class mail or by electronic means on May 23, 2007.

Christopher M. Samis, Esquire
Richards, Layton & Finger, P.A.
920 North King Street
One Rodney Square
Wilmington, Delaware 19801

United States Trustee
833 King Street, Room 2207
Lockbox #35
Wilmington, Delaware 19899-0035

                          PHELAN, HALLINAN & SCHMIEG, LLP

                          By: ___s/ Judith T. Romano___
                          Judith T. Romano, Esquire
                          Phelan Hallinan & Schmieg, LLP
                          1617 JFK Boulevard, Suite 1400
                          Philadelphia, PA 19103
                          Telephone: (215) 563-7000
                          Facsimile: (215) 563-4419