# Exhibit B

## State Exemption Statutes

Arkansas Fair Mortgage Lending Act – Ark. Code § 23-39 502(6)(B)(xv)

California Residential Mortgage Lender/Servicer – Section 50003(g)(9) of the California Financial Code

District of Columbia Mortgage Lender and Broker Act – D.C. Code § 26-1102(11)

Florida Mortgage Brokerage and Lending Act – Fla. Stat. § 494.006(1)(b)

Georgia Residential Mortgage Act – O.C.G.A. § 7-1-1001(5)

Kentucky Mortgage Loan Company Act – Ky. Rev. Stat. § 286.8-020(1)(c)

Minnesota Residential Mortgage Originator and Servicer Licensing Act – Minn. Stat. Ann. § 58.02, Subd. 2(b)(7)

Utah Residential Mortgage Practices Act – Utah Code Ann. § 61-2c-105