## Exhibit C

### Cure Amounts

| OBJECTING PARTY | OBJECTOR'S PROPOSED CURE |
|---|---|
| ADT Security Services, Inc. | $108,748.36 |
| Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc. | $1,961,995.00 |
| AT&T Corp. | $1,314,259.66 (as of April 2, 2007) |
| CB Richard Ellis Corporate Facilities Management, Inc. | $565,884.35 (as of April 30, 2007) |
| Data-Link Systems, L.L.C. | $1,193,567.73 (as of April 30, 2007) |
| Federal Express Corporation | $354,816.54 |
| Fidelity National Information Services, Inc. | $2,493,182.99 |
| Fiserv Solutions, Inc. | $60,469.31 (as of April 30, 2007) |
| General Electric Capital Corp. | $1,270,000 |
| Irwin Mortgage Corp. and Irwin Financial Corp. | $72,860.55 |
| KST Data, Inc. | $215,654.67 |
| LandAmerica Default Services Company | $815,042.62 |
| National City Commercial Capital Company, LLC | $44,973.06 |
| National Field Representatives, Inc. | $807,594.50 |
| Oracle USA, Inc. | To be determined |
| Premier Print and Services Group, Inc. | $152,937.87 |
| Safeco Financial Institution Solutions, Inc. | $96,266.09 |
| Speedpay, Inc. | $53,022.00 (as of April 2, 2007) |
| Sprint Communications Company L.P. d/b/a Sprint Nextel Corp. | $1,178,035.81 |
| Walz Postal Solutions, Inc. | $75,617.94 |
|  |  |