## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | |
| Debtors. | : | Jointly Administered |

### NOTICE OF WITHDRAWAL OF DOCUMENTS FILED IN ERROR
### (Re: Docket Numbers 842 and 843)

Please be advised that the documents filed under Docket Numbers 842 and 843 were filed in error and are hereby withdrawn.

Dated: May 23, 2007

                PHELAN, HALLINAN & SCHMIEG, LLP

                By:  s/ Judith T. Romano
                Judith T. Romano, Esquire
                Phelan Hallinan & Schmieg, LLP
                1617 JFK Boulevard, Suite 1400
                Philadelphia, PA 19103
                Telephone: (215) 563-7000
                Facsimile: (215) 563-4419

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland Corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage)(d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residential II Corporation), a Delaware limited partnership; NC Residential III Corporation, a Delaware corporation; NC Residential IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp, a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.