**GUST ROSENFELD P.L.C.**
201 E. Washington, Suite 800
Phoenix, Arizona 85004-2327
Telephone No. (602) 257-7430
Facsimile No. (602) 340-1538
Madeleine C. Wanslee
mwanslee@gustlaw.com
Attorneys for **Maricopa County Treasurer**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

## MOTION AND ORDER FOR PRO HAC VICE

Pursuant to Local Rule 83.5, Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, and the attached certification, undersigned counsel moves for the admission *pro hac vice* to represent Maricopa County Treasurer ("Maricopa County") in this action. In addition, because Maricopa County is an agency of the State of Arizona, undersigned counsel moves that

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TR Holdings, Inc. (f/k/a New Century Financial Corporation) a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, LP (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, AD Astra Mortgage, Midwest Home Mortgage, Trats Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; and NCORAL, L.P., a Delaware limited partnership.

MCW:sdl 734808.1 5/14/2007

1

the requirement to associate with local counsel be waived under Del. Bankr. L.R. 9010-1(c)(ii).

RESPECTFULLY SUBMITTED this 6 day of May, 2007.

By /s/ Madeleine C. Wanslee
Madeleine C. Wanslee
Arizona State Bar No. 012590
Gust Rosenfeld P.L.C.
201 E. Washington Street, Suite 800
Phoenix, AZ 85004-2327
Telephone No. (602) 257-7430
Facsimile No. (602) 34-1538
Email: mwanslee@gustlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of State of Arizona and pursuant to Local Rule 83.6 D. De. L.R. submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

By /s/ Madeleine C. Wanslee
Madeleine C. Wanslee
Arizona State Bar No. 012590
GUST ROSENFELD P.L.C.
201 E. Washington, Suite 800
Phoenix, AZ 85004-2327
Telephone No. (602) 257-7422

MCW:sdl 734808.1 5/14/2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: May 23, 2007

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

MCW:sdl  734808.1  5/14/2007

3