IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below, hereby appear as counsel for CSHV Denver Tech Center, LLC, and pursuant to Bankruptcy Rules 2002 and 9010, the undersigned request that an entry be made on the Clerk's Matrix in these cases, and that all notices given or required to be given and all papers served or required to be served, in these cases, be given to and served on:

Victoria W. Counihan, Esq.
counihanv@gtlaw.com
Dennis A. Meloro, Esq.
melorod@gtlaw.com
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
Facsimile: (302) 661-7360

Daniel Ansell, Esq.
anselld@gtlaw.com
Kenneth Philbin, Esq.
philbink@gtlaw.com
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
(212) 801-9200
Facsimile: (212) 801-6400

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the Debtor, (b) property of the Debtor's estates, or proceeds thereof, in which the Debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

DEL 86183905v1 5/24/2007

PLEASE TAKE FURTHER NOTICE that the undersigned intend that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 24, 2007

GREENBERG TRAURIG, LLP

*Victoria Counihan*
Victoria W. Counihan (No. 3488)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
Facsimile: (302) 661-7360

And

Kenneth Philbin, Esq.
Daniel Ansell, Esq.
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
(212) 801-9200
Facsimile: (212) 801-6400

Attorneys for CSHV Denver Tech Center, LLC