**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

NEW CENTURY TRS HOLDINGS, INC        Case No. 07-10416-KJC
       Debtor        (Chapter 11)

       Ref: Docket No. 706

U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE C/O WELLS FARGO HOME
MORTGAGE
       Movant

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NAEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
       Attorneys for the Movant

   v.

NEW CENTURY TRS HOLDINGS, INC
       Respondents

**NOTICE OF WITHDRAWAL OF**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

U.S. Bank National Association, as Trustee c/o Wells Fargo Home Mortgage ("U.S. Bank")., by undersigned counsel, hereby gives Notice that the Motion for Relief from Automatic Stay in the above-captioned case is withdrawn without prejudice.

       Respectfully submitted,

       /s/ Neil F. Dignon
       Neil F. Dignon, Bar #3625
       Draper & Goldberg, PLLC
       512 East Market Street
       Georgetown, Delaware 19947
       302-854-0380
       Attorneys for Movant

**CERTIFICATION OF SERVICE**

**I HEREBY CERTIFY** that copies of the forgoing Notice of Withdrawal of Motion for Relief from Automatic Stay was mailed by first class mail, postage paid, this 24th day of May, 2007 to the following parties:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
Debtor

Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joseph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorney for the Debtor

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
The Official Committee of Unsecured Creditors

/s/Neil F. Dignon
Neil F. Dignon, Esquire