IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | | Re: Docket No. 448 |

**CERTIFICATION OF COUNSEL REGARDING
MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
AN ORDER AUTHORIZING EXAMINATIONS AND THE PRODUCTION OF
DOCUMENTS PURSUANT TO BANKRUPTCY RULES 2004 AND 9016**

The undersigned hereby certifies as follows:

1. On April 27, 2007, the Official Committee of Unsecured Creditors (the "Committee") of New Century TRS Holdings, Inc., *et al.* (the "Debtors") filed the *Motion of the Official Committee of Unsecured Creditors for an Order Authorizing Examinations and the Production of Documents Pursuant to Bankruptcy Rules 2004 and 9016* (the "2004 Motion") (Docket No. 448) with the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

127340.01600/40169060v.1

2. The deadline to object to the 2004 Motion was May 11, 2007. No objections to the 2004 Motion were filed. However, the Committee did receive informal comments from the Debtors and has been negotiating with the Debtors to arrive at a consensual form of order.

3. The 2004 Motion was scheduled for hearing on May 18, 2007. The hearing on the 2004 Motion was ultimately adjourned to allow the Committee and the Debtors additional time to negotiate a proposed form of order.

4. Subsequently, the Committee and the Debtors have reached agreement on a proposed form of order approving the 2004 Motion (the "Proposed Order"), a copy of which is attached hereto as Exhibit 1.

[Remainder of page left blank]

5.  Accordingly, the Committee respectfully requests that the Court enter the Proposed Order attached hereto as Exhibit 1 at its earliest convenience.

Dated: May 24, 2007

BLANK ROME LLP

/s/ David W. Carickhoff
Bonnie Glantz Fatell (No. 3809)
Regina Stango Kelbon
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
Facsimile:    (302) 425-6464

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Mark T. Power
488 Madison Avenue
New York, New York 10022
Telephone:   (212) 478-7200
Facsimile:    (212) 478-7400

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al.*