# EXHIBIT 1

1

UNITED STATES BANKRUPTCY COURT

2

DISTRICT OF DELAWARE

3

4

5   In re:                                      )  Chapter 11
                                                )
6   NEW CENTURY TRS HOLDINGS, INC., a           )  Case No.:  07-10416 (KJC)
    Delaware corporation, et al., [1]           )
7                                               )  **Jointly Administered**
                                                )
8          Debtors.                             )
                                                )
9                                               )
                                                )
10                                              )
                                                )
11  _____ )

12

AFFIDAVIT UNDER 11 U.S.C. § 327(e)

13

14

STATE OF CALIFORNIA:

15

COUNTY OF ORANGE:

16

17          I, Robin P. Wright, being duly sworn, upon her oath, deposes and says:

18

19   _____

20   [1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a
     Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware
21   corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, A New
     Century Corporation, New Century Mortgage Ventures, LLC), A California corporation; NC Capital Corporation, a
22   California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a
     California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation;
23   NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), A Delaware limited partnership; NC Residual III
     Corporation, A Delaware corporation;  NC Residual IV Corporation, A Delaware corporation; New Century R.E.O.
24   Corp., A California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III
     Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage
25   Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage
     Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers
26   Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company;
     NCoral, L.P., a Delaware limited partnership.
27

28

1.     I am a Partner in the law firm of Wright Finlay and Zak, LLP, located at 4665 MacArthur, Suite 280, Newport Beach, CA, 92660 (the "Firm").

2.     The above-captioned debtors and debtors in possession (the "Debtors") have requested that the Firm provide foreclosure, bankruptcy, evictions, resale of foreclosed properties and other default related litigation services to the Debtors during the course of these chapter 11 cases, and the Firm has consented to provide such services.

3.     The Firm has performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants, employees of the Debtors, or parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connections with these chapter 11 cases to my knowledge. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estate to my knowledge.

4.     Neither I nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees or outsource employees of the Firm.

5.     Neither I nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6.     The Debtors owe the Firm approximately $65,629.36 for prepetition services.

7.     The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in the Affidavit.

///

///

///

///

1



Name: Robin P. Wright

2

3    Sworn to and subscribed before me this _23_ day of _May_, 2007

4

5

6

7    Notary Public, Gretchen Grant
     In and for the State of California, County of Orange
8    My Commission Expires: ___7/20/08___

9

GRETCHEN GRANT
Comm. # 1502197
NOTARY PUBLIC-CALIFORNIA
Orange County
My Comm. Expires July 20, 2008

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28