# EXHIBIT C

IXIS Real Estate Capital Inc.
9 West 57th Street, 36th Floor
New York, NY 10019

March 8, 2007

Deutsche Bank National Trust Company, as Custodian and Disbursement Agent
1761 East St. Andrew Place
Santa Ana, California 92705
Attention: Mortgage Custody: NC058C

Re:   Notice of Default

**NOTICE OF DEFAULT AND EXERCISE OF CONTROL**

Ladies and Gentlemen:

We refer to (i) that certain Fifth Amended and Restated Master Repurchase Agreement, dated as of November 10, 2006 (as amended, restated, supplemented or otherwise modified and in effect from time to time, this "Repurchase Agreement"), by and among NC Capital Corporation ("NC Capital"), New Century Mortgage Corporation ("New Century"), NC Asset Holding, L.P. ("NC Asset Holding"), Home123 Corporation ("Home123"), New Century Credit Corporation ("NC Credit", together with NC Capital, New Century, Home123 and NC Asset Holding, collectively, the "Sellers", each, a "Seller") and IXIS Real Estate Capital Inc. (the "Buyer) and consented and agreed to by New Century Financial Corporation (the "Guarantor") and (ii) the Amended and Restated Custodial and Disbursement Agreement, dated as of November 10, 2006 (as amended, restated, supplemented or otherwise modified prior to the date hereof, the "Custodial Agreement"), between the Sellers and Deutsche Bank National Trust Company, as custodian and disbursement agent (the "Custodian"). Unless otherwise defined herein, terms defined in the Repurchase Agreement and the Custodial Agreement and used herein shall have the meanings set forth in the Repurchase Agreement and the Custodial Agreement, as applicable.

This letter is to notify you that (i) certain Defaults and/or Events of Default have occurred and are continuing under the Repurchase Agreement and (ii) consequently (a) you shall not release any Mortgage Loan or any Mortgage File to any Seller, the Guarantor or any other Person without the express prior written consent of and at the direction of the Buyer and (b) you shall not transfer funds from the Settlement Account or the Disbursement Account except at the written direction of the Buyer or to the following account at Union Bank of California: Account No. GLA 111569, account name SER, Bank of New York, ABA No. 021000018, Attn: Eric Seyffer.

Very truly yours,

**IXIS REAL ESTATE CAPITAL INC.**, as
   Buyer

By: _____
Name: JOSEPH PISCINA
Title: MANAGING DIRECTOR

By: _____
Name:
Title: Albert P. Zakes
Managing Director & General Counsel