# EXHIBIT D

IXIS Real Estate Capital Inc.<br>
9 West 57th Street, 36th Floor<br>
New York, NY 10019

March 8, 2007

Union Bank of California, N.A., as Bank
445 So. Figueroa, 8th Floor
Los Angeles, California 90071
Attn: Andrea White

    Re:    Notice of Default

**NOTICE OF DEFAULT AND EXERCISE OF CONTROL**

Ladies and Gentlemen:

We refer to (i) that certain Fifth Amended and Restated Master Repurchase Agreement, dated as of November 10, 2006 (as amended, restated, supplemented or otherwise modified and in effect from time to time, this "Repurchase Agreement"), by and among NC Capital Corporation ("NC Capital"), New Century Mortgage Corporation ("New Century"), NC Asset Holding, L.P. ("NC Asset Holding"), Home123 Corporation ("Home123"), New Century Credit Corporation ("NC Credit", together with NC Capital, New Century, Home123 and NC Asset Holding, collectively, the "Sellers", each, a "Seller") and IXIS Real Estate Capital Inc. (the "Buyer) and consented and agreed to by New Century Financial Corporation (the "Guarantor"), (ii) the Amended and Restated Custodial and Disbursement Agreement, dated as of November 10, 2006 (as amended, restated, supplemented or otherwise modified prior to the date hereof, the "Custodial Agreement"), between the Sellers and Deutsche Bank National Trust Company, as custodian and disbursement agent (the "Custodian") and (iii) the Amended and Restated Account Agreement (as amended, restated, supplemented or otherwise modified prior to the date hereof, the "Account Agreement"), dated November 10, 2006 among the Buyer, the Seller and Union Bank of California, N.A. (the "Bank"). Unless otherwise defined herein, terms defined in the Repurchase Agreement and the Custodial Agreement and used herein shall have the meanings set forth in the Repurchase Agreement and the Custodial Agreement, as applicable.

This letter is to notify you that (i) certain defaults and/or events of default have occurred and are continuing under the Repurchase Agreement and (ii) consequently pursuant to the Account Agreement, you shall not (a) transfer funds from the Collection Account to the Seller or any other person other than pursuant to the Buyer's direction, (b) act on the instruction of the Seller or any person other than the Buyer or (c) cause or permit withdrawals from the Collection Account in any manner not approved by the Buyer in writing.

Pursuant to the Account Agreement, you will (a) transfer all funds in the Collection Account on a daily basis to the following account maintained by the Buyer; Account No. GLA 111569, account name SER, Bank of New York, ABA No. 021000018, Attn: Eric Seyffer, and (b) cancel the Clearpay ACH service.

Very truly yours,

**IXIS REAL ESTATE CAPITAL INC.**, as Buyer

By: _____
Name: JOSEPH PISCINA
Title: MANAGING DIRECTOR

By: _____
Name: Albert P. Zakes
Title: Managing Director & General Counsel