## CERTIFICATE OF SERVICE

I, Eric M. Sutty, hereby certify that on the 25th day of May, 2007, I caused a copy of the **Objection of Natixis Real Estate Capital, Inc. to Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Section 105(a), 361, 362 and 363(b)(1)** to be served upon the parties listed on the attached service list *via* hand delivery to all local parties and *via* First Class Mail to all remaining parties.

_____
Eric M. Sutty (No. 4007)

660896-1