## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                                    )
                                          )
NEW CENTURY TRS HOLDINGS, INC.,           )    Chapter 11
  et al.,                                 )
                                          )    Case No. 07-10416-KJC
              Debtors.                    )    Jointly Administered
                                          )
                                          )    Ref: Docket No. _____
                                          )

## <u>ORDER TERMINATING AUTOMATIC STAY</u>

UPON CONSIDERATION of the Motion of Litton Loan Servicing LP ("Litton") for

Relief from the Automatic Stay, and responses thereto, and good cause having been shown, it is

hereby

ORDERED, that the Motion be, and the same is hereby GRANTED; and it is further

ORDERED, that the Automatic Stay is terminated allowing Litton to exercise its rights

under applicable law, including, but not limited to foreclosure against the property located at 513

Meadow Hill Drive, DeSoto, Texas.


Date: _____            BY THE COURT:

                                      _____
                                      Honorable Kevin J. Carey
                                      U.S. Bankruptcy Court Judge