# **CERTIFICATE OF SERVICE**

I, Evelyn J. Meltzer, hereby certify that on the 25th day of May, 2007, I caused the foregoing **Objection Of Barclays Bank PLC to Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361 and 363(b)(1)** to be served upon the following parties in the manner indicated.

| | |
|---|---|
| Mark D. Collins, Esq. | Ben H. Logan, Esq. |
| Michael J. Merchant, Esq. | Suzzanne S. Uhland, Esq. |
| Chun I. Jang, Esq. | Victoria Newmark, Esq. |
| Richards, Layton & Finger, P.A. | Emily Culler, Esq. |
| P.O. Box 551 | O'Melveny & Myers LLP |
| One Rodney Square, 920 King Street | 275 Battery Street |
| Wilmington, DE 19899 | San Francisco, CA 94111 |
| **Email: collins@rlf.com, merchant@rlf.com, jang@rlf.com** | **Email: blogan@omm.com, suhland@omm.com, vnewmark@omm.com, eculler@omm.com** |
| **Hand Deliver** | **Fax: 415-984-8701** |

                                            /s/ Evelyn J. Meltzer  
                                            Evelyn J. Meltzer