**EXHIBIT 2**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NEW CENTURY TRS HOLDINGS, INC.,<br>a Delaware corporation, <u>et al.</u>,<br><br>Debtors. | Chapter 11<br>Case No. 07-10416 (KJC)<br>Jointly Administered |

**ORDER (1) PROHIBITING THE DEBTORS FROM USING
CERTAIN MORTGAGE LOAN PAYMENTS IN WHICH MORGAN
STANLEY MORTGAGE CAPITAL INC. HAS AN INTEREST
AND (2) REQUIRING THE DEBTORS TO SEGREGATE
<u>AND ACCOUNT FOR SUCH PAYMENTS</u>**

The Court having considered the Response of Morgan Stanley Mortgage Capital Inc. To Debtors' Motion For Adequate Protection And Cross Motion Of Morgan Stanley Mortgage Capital Inc. For Entry Of An Order Providing Adequate Protection Of Its Interest In Particular Mortgage Loan Payments by (1) Prohibiting Debtors From Using Such Payments And (2) Requiring Debtors To Segregate And Account For Such Payments, dated May 25, 2007 (the "<u>Cross Motion</u>"), and the Declaration of Peter Woroniecki In Support of the Response and Cross Motion, dated May 25, 2007, and the Court being fully advised on the premises and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED**, that the Cross Motion is granted in its entirety; and it is further

**ORDERED**, that the Debtors are prohibited from using the Payments (as defined in the Cross Motion); and it is further

**ORDERED**, that the Debtors shall immediately (i) segregate the Payments and (ii) provide MSMCI with a full accounting of the Payments; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from and related to the implementation of this Order.

Dated: Wilmington, Delaware
       May __, 2007

_____
UNITED STATES BANKRUPTCY JUDGE

2