## CERTIFICATE OF SERVICE

      I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of this notice and of the foregoing **RESPONSE OF MORGAN STANLEY MORTGAGE CAPITAL INC. TO DEBTORS' MOTION FOR ORDER TO PROVIDE ADEQUATE PROTECTION PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a), 361, 362, AND 363(B)(1) AND CROSS MOTION OF MORGAN STANLEY MORTGAGE CAPITAL INC. FOR ENTRY OF AN ORDER PROVIDING ADEQUATE PROTECTION OF ITS INTEREST IN PARTICULAR MORTGAGE LOAN PAYMENTS BY (1) PROHIBITING THE DEBTORS FROM USING SUCH PAYMENTS AND (2) REQUIRING THE DEBTORS TO SEGREGATE AND ACCOUNT FOR SUCH PAYMENTS** was caused to be made on May 25, 2007, in the manner indicated upon the entities on the attached list.

 

                                                        _____
                                                        Daniel B. Butz ( No. 4227)