## SERVICE LIST

**BY FACSIMILE & HAND DELIVERY**

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
Facsimile: 302-651-7701

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
Facsimile: 302-425-6464

Laura Davis Jones, Esq.
Pachulski Stang Ziehl Young
Jones & Weintraub
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Facsimile: 302-652-4400

Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801
Facsimile: 302-573-6497

**BY FACSIMILE & FIRST CLASS U.S. MAIL**

Ben H. Logan, Esq.
Suzzanne S. Uhland, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
Facsimile: 415-984-8701

Bennett L. Spiegel, Esq.
Shirley S. Cho, Esq.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017-5800
Facsimile: 213-680-8500

Mark T. Power, Esq.
Mark S. Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floors
New York, NY 10022
Facsimile: 212-478-7400