# EXHIBIT C



4828 Loop Central Drive
Houston, TX 77081
Telephone (800) 247-9727
Fax (713) 960-9561
www.littonloan.com

# Payoff Statement

Send to:

Loan Number:13557186
Borrower Name:Tim Quillian
Co-Borrower: Kristin Quillian

Property Address: 856 Jay Bird Lane
Winder, GA 30680

PSV/INV/Pool/ 000/230/230001
Loan Type     CONV
FHA/VA/PMI#

STATEMENT DATE:5/9/2007
GOOD THROUGH DATE:5/23/2007
**This payoff quote is <u>not valid</u> if the good through date is in the past.**

INTEREST PAID TO DATE:11/01/2006
INTEREST RATE:0.066

This statement reflects the amount needed to prepay this mortgage in full. <u>Only cashiers checks or certified funds are acceptable for final payment.</u> Monthly mortgage payments should continue to be made in the normal manner, as the fact that the loan is in the process of being paid in full does not affect the responsibility for making scheduled payments.

Interest is collected to the date of the receipt of the payoff funds. Please allow for mailing time. Any funds received in excess of the payoff amount will be refunded 30 days after the payoff date. Excess escrow funds are refunded 15 days after the payoff date.

<u>This mortgage is currently in default. It is possible that it could be referred to an attorney
for foreclusre auction if not brought current. This may result in additional costs.</u>

| Interest Due | $3,149.75 |
|---|---|
| Recording Fee | $12.00 |
| Principal Balance | $84,764.36 |
| Total Late Charges | $167.10 |
| Corporate Advance | $1,191.76 |
| Total Due | $89,790.97 |

If paid after 5/23/2007 please add if applicable

| MONTHLY LATE CHARGE | $27.85 |
|---|---|
| PER DIEM INTEREST | $15.33 |

**GENERAL ACCOUNT INFORMATION**

| ESCROW BALANCE | $4.93 |
|---|---|

| P&I | $556.92 |
|---|---|
| MONTHLY ESCROW DEPOSIT | $146.87 |
| TOTAL MORTGAGE PAYMENT | $703.79 |

| ESTIMATED ESCROW DISBURSEMENTS | DUE DATE | AMOUNT |
|---|---|---|
| County Tax | 11/1/2007 | $1,352.02 |

Our payoff amount is subject to change in the event that any additional charges become due, which have not been
included herein, or if any of the payoff figures provided herein have been inadvertently miscalculated or omitted.

1211981

## Corporate Advance Detail/Breakdown

| Transaction Date | Description | Amount |
|---|---|---|
| 5/9/2007 | Inspection Fee | $9.00 |
| 5/2/2006 | Inspection Fee | $2.00 |
| 2/9/2007 | Inspection Fee | $11.00 |
| 4/23/2007 | Bpo Fee | $100.00 |
| 5/9/2007 | Title Costs | $200.00 |
| 5/9/2007 | Service Costs | $269.76 |
| 5/9/2007 | Attorney Fees | $600.00 |
| | **Corporate Advance Total** (from page one) | **$1,191.76** |

Payoff Statement
(Continued)

#### ****ACCEPTANCE OF FUNDS IS SUBJECT TO REQUIREMENTS LISTED BELOW****

We reserve the right to amend any portion of this statement at any time. All balances may change if a payment becomes due, a payment is made, a payment is stopped or rejected by the institution for insufficient funds or if amounts are advanced by Litton Loan Servicing LP that become due and payable under the loan documents. We will also continue to pay escrow disbursements as they become due, unless we are notified otherwise in writing. <u>Uncertified funds and wire transfers are not acceptable.</u> Litton Loan Servicing LP will not incur expense in connection with this transaction.

If the borrower is currently set up on ACH (Automatic Payment Drafting), Litton Loan Servicing LP must be notified IN WRITING at least thirty (30) business days prior to the last withdrawal. <u>This notification must be in writing, not by telephone.</u>

Escrow refunds, if applicable, will be refunded within thirty (30) days of payoff. If there is a change of address, please provide the new mailing address with the payoff funds. Escrow refunds will be made payable to the borrowers of record on the Payoff Statement. If escrow funds are to be made payable to anyone other than the borrowers of record, please send legal documentation that will validate a change of ownership with your payoff check.

The documentation to release the lien will be prepared by the Loan Satisfaction Department of Charles A. Brown & Associates, P.C., 4620 Fairmont Parkway, #204, Pasadena, TX 77504. Their Customer Service telephone number is 1-866-941-4928.

All payoff funds must reach the Payoff Department of Litton Loan Servicing LP by 3:00 PM, CST in order to receive same-day posting. Please furnish the name of the closer, address, telephone number, and GF# on all documentation. The LOAN NUMBER MUST BE ON THE PAYOFF CHECK AND ALL CORRESPONDENCE.

**Please make remittances payable to:**     **Litton Loan Servicing LP**
**4828 Loop Central Drive**
**Houston, TX 77081-2226**
**ATTN: Payoff Department**

**All overnight mail must indicate "Payoff Department" to guarantee same-day posting of funds**

Contact Number: 1-800-247-9727

# NOTIFICATION OF A CHANGE OF MAILING ADDRESS FOR A PAID-IN-FULL BORROWER

*Please return this form with the payoff funds if the address of our borrower will be changing*

Litton Loan # _____

Property Address _____

_____

Seller's name and Forwarding Address:

Name: _____

Address: _____

_____

_____

Phone: _____