

**U.S. Department of Justice**

Office of the United States Trustee

*District of Delaware*

---

*J. Caleb Boggs Federal Building*    *(302) 573-6491*
*844 King Street, Suite 2207, Lockbox 35  fax (302) 573-6497*
*Wilmington, DE  19801*

May 25, 2007

**VIA HAND DELIVERY**

The Honorable Kevin J. Carey
United States Bankruptcy Court for the
 District of Delaware
824 Market Street Mall, Fifth Floor
Wilmington, DE  19801

      RE:    *In re* **New Century TRS Holdings, Inc.,** *et al.*
             **Case Number 07-10416 (KJC)**

Dear Judge Carey:

      We are writing concerning the scope of the examination authorized pursuant to the U.S. Trustee's motion to appoint an examiner.  At the May 21 hearing on the form of order authorizing the examination, this Court indicated that it would draft its own form of order.

      Enclosed is a copy of the Form 8-K filed by New Century Financial Corporation ("New Century") yesterday (May 24, 2007). Referencing its prior announcement regarding the restatement of its 2006 financial statements, New Century stated that "it is more likely than not that  these errors in the aggregate resulted in a material overstatement of pretax earnings in the 2005 Financial Statements.  Accordingly, on May 23, 2007, [New Century's] Board of Directors concluded, based upon the recommendations of the Audit Committee, that the 2005 Financial Statements should no longer be relied upon."

      Based upon this development, the U.S. Trustee believes that the scope of the examination should be expanded.  The relevant "ORDERED" paragraph in the form submitted to the Court for its consideration should be revised as follows (new text underlined):

      IT IS FURTHER ORDERED that the Examiner shall: (a) investigate any and all accounting and financial statement irregularities, errors or misstatements<u>, including but not limited to such irregularities, errors or misstatements </u>that <u>(i)</u> gave rise to the announced need to restate the Debtors'

**Hon. Kevin J. Carey**
**May 25, 2007**
**Page 2 of 2**

financial statements for the first three quarters of 2006 <u>and/or (ii) led the Debtors' management and Audit Committee to conclude that it was more likely than not that pre-tax earnings in the 2005 financial statements were materially overstated</u>, and identify and evaluate any claims or rights of action that the estates might have arising from or relating to such irregularities, errors or misstatements, and (b) otherwise perform the duties of an examiner set forth in section 1106(a)(3) and 1106(a)(4) of the Bankruptcy Code (collectively the "Investigation");

Prior to filing this letter and delivering same, undersigned counsel contacted counsel to the Debtors and counsel to the Official Committee of Unsecured Creditors to advise that this letter would be filed and delivered to the Court.

Respectfully,

/s/ Joseph J. McMahon, Jr.

Joseph J. McMahon, Jr.
Trial Attorney

JJM/jjm
Encl.

cc (w/encl.) (via electronic mail): Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Ben H. Logan, Esquire
Suzzane S. Uhland, Esquire
Mark S. Indelicato, Esquire
Jeffrey L. Schwartz, Esquire
Bonnie Glantz Fatell, Esquire
Regina Stango Kelbon, Esquire
Bennett L. Spiegel, Esquire
Laura Davis Jones, Esquire
Matthew J. Botica, Esquire
Ira M. Levee, Esquire
Donald A. Workman, Esquire
Kathleen M. Miller, Esquire

8-K 1 htm_20515.htm LIVE FILING

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

## FORM 8-K

CURRENT REPORT

Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of Earliest Event Reported):　　　　　　　　　　May 23, 2007

# New Century Financial Corporation

(Exact name of registrant as specified in its charter)

| Maryland | 001-32314 | 56-2451736 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| 18400 Von Karman Avenue, Suite 1000, Irvine, California | 92612 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code:　　　　　(949) 440-7030

Not Applicable

Former name or former address, if changed since last report

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

[ ] Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
[ ] Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
[ ] Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
[ ] Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Top of the Form**

**Item 4.02 Non-Reliance on Previously Issued Financial Statements or a Related Audit Report or Completed Interim Review.**

On February 7, 2007, New Century Financial Corporation (the "Company") filed a Form 8−K with the Securities and Exchange Commission (the "SEC") reporting that the Company's Board of Directors had concluded that the Company's previously filed interim financial statements for the quarters ended March 31, 2006, June 30, 2006, and September 30, 2006 (collectively, the "Interim Financial Statements"), should be restated to correct errors the Company discovered in its accounting and financial reporting of loan repurchase losses. In connection with the restatement process, the Audit Committee of the Company's Board of Directors, on the advice of its independent counsel, initiated an independent investigation into the issues giving rise to the Company's need to restate the Interim Financial Statements, and as previously reported, subsequently expanded the investigation to include issues pertaining to the Company's valuation of certain residual interests in securitizations in 2006 and prior periods (the "Internal Investigation"). In addition to its independent counsel, the Audit Committee also retained forensic accountants and other professionals (collectively, the "Investigative Team") to assist it in connection with the Internal Investigation.

Based on recent communications with members of the Investigative Team, the Audit Committee has determined that there were errors in the Company's previously filed annual financial statements for its fiscal year ended December 31, 2005 (the "2005 Financial Statements") with respect to both the accounting and reporting of loan repurchase losses and the Company's valuation of certain residual interests in securitizations. The Company's ability to further investigate these matters is constrained as the Company is currently in liquidation proceedings under chapter 11 of the Bankruptcy Code. However, based upon the work performed by the Investigative Team, the Audit Committee and management believe that it is more likely than not that these errors in the aggregate resulted in a material overstatement of pretax earnings in the 2005 Financial Statements. Accordingly, on May 23, 2007, the Company's Board of Directors concluded, based upon the recommendation of the Audit Committee, that the 2005 Financial Statements should no longer be relied upon.

As the Company is currently in liquidation proceedings under chapter 11 of the Bankruptcy Code, the Company does not expect to complete a restatement of either the 2005 Financial Statements or the Interim Financial Statements.

**Top of the Form**

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

|  | New Century Financial Corporation |
|---|---|
| *May 24, 2007* | By: */s/ Brad A. Morrice* |
|  | *Name: Brad A. Morrice*<br>*Title: President and Chief Executive Officer* |