## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| Debtors. | **Re: D.I. 870** |

### AMENDED CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of this notice and of the foregoing **RESPONSE OF MORGAN STANLEY MORTGAGE CAPITAL INC. TO DEBTORS' MOTION FOR ORDER TO PROVIDE ADEQUATE PROTECTION PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a), 361, 362, AND 363(B)(1) AND CROSS MOTION OF MORGAN STANLEY MORTGAGE CAPITAL INC. FOR ENTRY OF AN ORDER PROVIDING ADEQUATE PROTECTION OF ITS INTEREST IN PARTICULAR MORTGAGE LOAN PAYMENTS BY (1) PROHIBITING THE DEBTORS FROM USING SUCH PAYMENTS AND (2) REQUIRING THE DEBTORS TO SEGREGATE AND ACCOUNT FOR SUCH PAYMENTS** (D.I. 870)was caused to be made on May 25, 2007, in the manner indicated upon the entities on the attached list.

Dated: May 25, 2007

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____/s/ Daniel B. Butz_____
Robert J. Dehney (No. 3578)
Gregory W. Werkheiser (No. 3553)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile:  (302) 658-3989

-and-

Luc A. Despins, Esq.
Wilbur F. Foster, Jr., Esq.
MILBANK, TWEED, HADLEY & MCCLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
Phone:  (212) 530-5000
Facsimile:  (212) 530-5219

-and-

Howard R. Hawkins, Jr., Esq.
CADWALADER, WICKERSHAM & TAFT
One World Financial Center
New York, NY 10281
Phone:  (212) 504-6000
Facsimile: (212) 504-6666

*Attorneys for Morgan Stanley Mortgage
Capital Inc.*