**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC, a Delaware corporation, et al. | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, Mark Hurford, of Campbell & Levine, LLC, hereby certify that on May 25, 2007, I caused a copy of the foregoing to be served upon the individuals on the attached 2002 service list in the manner indicated.

CAMPBELL & LEVINE, LLC

*/s/ Mark Hurford*
Mark Hurford (No. 3299)
Marla Rosoff Eskin (No. 2989)
800 N. King Street
Suite 300
Wilmington, DE 19801
(302) 426-1900

Dated: May 25, 2007

{D0086816.1 }