# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MICHAEL J. MERCHANT
DIRECTOR

DIRECT DIAL NUMBER
302-651-7854

May 25, 2007

**VIA HAND DELIVERY**

The Honorable Kevin J. Carey
United States Bankruptcy Court
for the District of Delaware
Courtroom 5, 5th Floor
824 North Market Street
Wilmington, DE 19801

Re: **In Re New Century TRS Holdings, Inc., et al., Case No. 07-10416 (KJC) - Proposed Order Authorizing Examiner**

Dear Judge Carey:

As Your Honor may be aware, on May 24, 2007, the above-referenced debtors and debtors in possession (collectively, the "Debtors") filed a Form 8(k) with the Securities and Exchange Commission announcing certain findings of the Independent Audit Committee of New Century Financial Corporation's Board of Directors (the "Audit Committee"). Specifically, the Audit Committee determined that "there were errors in the Company's previously filed annual financial statements for its fiscal year ended December 31, 2005 (the "2005 Financial Statements") with respect to both the accounting and reporting of loan repurchase losses and the Company's valuation of certain residual interests in securitizations."

In light of the disclosures made in the Form 8(k), we understand that the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") intends to send the Court a letter requesting that its proposed examiner order be amended to remove any temporal restrictions on the scope of the examiner's investigation. The Debtors submit that such amendment is unnecessary. As the Audit Committee had previously indicated that it was exploring potential accounting errors in the 2005 Financial Statements, the joint form of order submitted to the Court by the Debtors and the Official Committee of Unsecured Creditors (the "Creditors' Committee") included within its scope the subject matter of the Form 8(k). The form or order submitted by the Debtors and Creditors' Committee provided as follows:

RLF1-3156645-1

The Honorable Kevin J. Carey
May 25, 2007
Page 2

        IT IS FURTHER ORDERED that the Examiner shall (a) investigate any and all accounting and financial statement irregularities, errors, or misstatements that gave rise to the announced need to restate the Debtors' financial statements for the first three quarters of 2006, and (b) otherwise perform the duties of an examiner set forth in 11 U.S.C. Sec. 1106(a)(3) [sic] (note - on the record the statutory reference was corrected to 1106(a)(4)) (the "Investigation);

The investigation of what caused the accounting errors of 2006 will by necessity address the pre-existence of what caused similar errors in 2005 Financial Statements. Nevertheless, the Debtors and the Creditors' Committee do not object to rephrasing the scope of the examiner's appointment to include "and the announced errors with respect to the Debtors financial statements for the fiscal year 2005."

        To the extent that Your Honor has any questions regarding the foregoing, I am available at the Court's convenience.

Respectfully submitted,

Michael J. Merchant

cc: Joseph J. McMahon, Jr., Esq. (*via* Electronic Mail)
    Suzzanne Uhland, Esq. (*via* Electronic Mail)
    Mark S. Indelicato, Esq. (*via* Electronic Mail)