# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : Jointly Administered |
| | : |
| Debtors. | : Re: Docket No. 414 |
| | : Hearing Date: May 30, 2007 at 2:30 p.m. |

## NOTICE OF FIRST AMENDMENT TO AGREEMENT FOR INTERIM MANAGEMENT AND RESTRUCTURING SERVICES BETWEEN AP SERVICES, LLC AND NEW CENTURY FINANCIAL CORPORATION

**PLEASE TAKE NOTICE THAT**, on April 26, 2007, New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc. ("New Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor-in-possession (collectively, the "Debtors"), filed a motion (the "Motion") for an order under sections 105 and 363 of title 11 of the United States Code (as amended, the "Bankruptcy Code") authorizing the employment of AP Services, LLC ("APS") as the Debtors' crisis managers effective *nunc pro tunc* to April 2, 2007.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Motion, the Debtors sought to employ APS under the terms of a certain engagement letter, by and between

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

APS and NCF, dated March 29, 2007 (the "Engagement Letter"), except as modified by the Motion, as their crisis managers.

**PLEASE TAKE FURTHER NOTICE THAT**, on May 11, 2007, APS and NCF entered into that certain First Amendment to the Engagement Letter, a copy of which is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE THAT**, a hearing on the Motion is scheduled for **May 30, 2007 at 2:30 p.m. (Eastern Time)** before The Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Wilmington, Delaware 19801.

Dated: May 25, 2007
      Wilmington, Delaware

Respectfully submitted,

_/s/ [signature]_
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION