## EXHIBIT A

RLF1-3156721-1



Detroit   New York   Chicago   Dallas

May 11, 2007

Brad Morrice
President and Chief Executive Officer
New Century Financial Corporation
18400 Von Karman, Suite 1000
Irvine, CA 92612

Re: Agreement for Interim Management and Restructuring Services – First Amendment

Dear Brad:

This letter represents the first amendment ("First Amendment") to the agreement between AP Services, LLC, a Michigan limited liability company ("APS") and New Century Financial Corporation (the "Company") dated March 22, 2007 (the "Engagement Letter"). This First Amendment shall be effective as of May 11, 2007 (the "Effective Date"). The Engagement Letter shall remain effective with respect to all periods and events prior to the Effective Date and, except as expressly modified by this First Amendment, the Engagement Letter shall remain in full force and effect after such date.

*1. The following is incremental to the section titled Objective and Tasks.*

APS will provide Holly Felder Etlin to serve as the Company's Chief Restructuring Officer ("CRO"), reporting to the Company's Chief Executive Officer ("CEO") and Board of Directors. Working collaboratively with the senior management team, the Board of Directors and other Company professionals, Ms. Etlin will assist the Company in evaluating and implementing strategic and tactical options through the restructuring process by performing those tasks outlined in the Engagement Letter and include, without limitation, the following: (i) strengthening the Company's core competencies in the finance organization, particularly cash management, planning, general accounting and financial reporting information management and with communicating and reporting to the Company's stakeholders and representatives, (ii) developing and implementing cash management strategies, tactics and processes and (iii) managing the claim and claim reconciliation process and supervising the preparation of reports required by the Bankruptcy Court, including, without limitation, bankruptcy schedules and statements of financial affairs. As CRO, Ms. Etlin shall have such additional duties as set forth by the Bankruptcy Court or the Company's Board of Directors or CEO.

# APServices LLC

Brad Morrice
May 11, 2007
Page Two

2. *Schedule 2 to the Engagement Letter, Disclosures, is hereby replaced in its entirety by the attached Schedule 2.*

3. *Exhibit A, Temporary Staff, is replaced in its entirety with the attached Exhibit A dated May 11, 2007.*

If these terms meet with your approval, please sign and return the enclosed copy of this First Amendment.

We look forward to our continuing relationship with you.

Sincerely yours,

AP SERVICES, LLC

*[signature]*

Holly Felder Etlin
Managing Director

Acknowledged and Agreed to:

NEW CENTURY FINANCIAL CORPORATION

By: _____

Its:     President and Chief Executive Officer

Dated:   May 16, 2007

APServices LLC

## SCHEDULE 2

### DISCLOSURES

APS has caused to be submitted for review, by its conflicts check system, the names of significant parties in interest in this case. APS completed a search of its client database for the past five years to determine whether it has had or has any relationships with the following entities:

a) The Company and its affiliates;

b) The Company's current directors and officers and certain of their most significant business affiliations, as provided to APS by the Company;

Based on this search, APS knows of no fact or situation that would represent a conflict of interest for APS with regard to the Company. However, APS wishes to disclose the following:

- Pursuant to the Recapitalization Agreement, dated as of August 3, 2006, among AlixPartners Holdings, Inc., AlixPartners, LLC, Jay Alix individually, H&F Astro LLC and those other persons that may become bound thereto, three private equity funds (collectively, "HFCP V") sponsored by Hellman & Friedman, LLC ("H&F LLC") acquired, indirectly through H&F Astro LLC, a controlling stake in AlixPartners, LLC as of October 12, 2006. Hellman & Friedman Investors V, LLC and H&F LLC (collectively, "H&F") control HFCP V. No material nonpublic information about Debtors has been furnished by AlixPartners to H&F. In conjunction with this transaction AlixPartners, LLC was converted to AlixPartners, LLP, a Delaware limited liability partnership ("AlixPartners"). AlixPartners' conflict checking system has searched the parties to the Recapitalization Agreement against the lists of creditors, shareholders, and other parties in interest in this case that is maintained for purposes of conflict checks, and AlixPartners has determined that there are no disclosures otherwise than as noted herein.

- Three unsecured creditors of the Debtors are current and former confidential AlixPartners clients in matters unrelated to the Debtors.

- Access Investments is a creditor of the Debtors. Access Investments is an affiliate of Dana Corporation, a current AP Services, LLC ("APS") client in matters unrelated to the Debtors. APS is an affiliate of AlixPartners.

- Ameritech, a creditor of the Debtors, was a creditor, lender, vendor to former AlixPartners and/or APS clients in matters unrelated to the Debtors. In addition,

APServices LLC

- Ameritech was a member of a creditor's committee that retained AlixPartners in matters unrelated to the Debtors.

- Bank of America, a creditor of the Debtors, is a current and former client of AlixPartners, as well as a professional, executory contract counterparty, creditor and lender to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Barclays Bank, a creditor of the Debtors, and affiliated entities, are creditors, significant shareholders, adverse parties, lenders and bondholders of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- The CIT Group and affiliates, creditors of the Debtors, have been lenders, creditors, executory contract counterparties and lessors to former and current AlixPartners and/or APS clients in matters unrelated to the Debtors. In addition, a current AlixPartners employee was previously employed by The CIT Group.

- Citigroup, a creditor of the Debtors, and affiliated entities, are creditors, lenders, bondholders, shareholders, adverse parties, professionals and lessors to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. In addition, an affiliate of Citigroup is a related party to a current AlixPartners client in matters unrelated to the Debtors.

- Cooley Godward, a professional of the Debtors, was opposing counsel and creditor of former AlixPartners clients in matters unrelated to the Debtors. In addition, Cooley Godward was a related party to a former AlixPartners client in matters unrelated to the Debtors.

- Credit Suisse First Boston ("CSFB"), a creditor of the Debtors, is a current and former client of AlixPartners in matters unrelated to the Debtors. Other CSFB affiliated entities are lenders, creditors, bondholders, shareholders, limited partners and professionals of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. CSFB was the previous employer of a current AlixPartners employee.

- Deutsche Bank, a creditor of the Debtors, is affiliated with entities that are shareholders, lenders, adverse parties, indenture trustees, creditors, limited partners and professionals of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- General Electric and affiliated entities, creditors of the Debtors, are members of a bank group for which AlixPartners performed services, as well as creditors, customers, lenders, lessors and bondholders of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

# APServices LLC

- GMAC Commercial Financial, a creditor of the Debtors, and affiliated entities are creditors, adverse parties, shareholders, customers and lenders to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. General Motors is also a current and former client of AlixPartners in maters unrelated to the Debtors. General Motors was the previous employer of a current AlixPartners employee.

- Goldman Sachs, a creditor of the Debtors, is a former client of AlixPartners as well as a lender, litigant, bondholder and shareholder of current and former AlixPartners and/or APS affiliated entities in matters unrelated to the Debtors. Additionally, Goldman Sachs previously employed several AlixPartners employees.

- Heller Ehrman, a professional of the Debtors, was counsel to former AlixPartners clients in matters unrelated to the Debtors. Heller Ehrman is opposing counsel to a current AlixPartners client in matters unrelated to the Debtors.

- HSBC Bank, a creditor of the Debtors, is a lender, creditor, trustee and related party to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Additionally, HSBC was a former client of AlixPartners in matters unrelated to the Debtors.

- IOS Capital, a creditor of the Debtors, was a member of a bank group that retained AlixPartners, as well as a creditor of a former AlixPartners client in matters unrelated to the Debtors.

- JP Morgan Chase, a creditor of the Debtors, is affiliated with entities that are lenders, shareholders, vendors, bondholders and creditors to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. JP Morgan Chase affiliated entities previously employed several AlixPartners employees.

- Lazard Freres, a professional of the Debtors, was a creditor, professional and member of a creditor's committee of former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Lehman Brothers, a creditor of the Debtors, was a member of bank group for which AlixPartners performed services in matters unrelated to the Debtors, a client related party, as well as bondholders, shareholders and lenders to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Lehman Brothers previously employed a current AlixPartners employee. Lehman Brothers was the investment banker that represented AlixPartners, and affiliated entities, in the recapitalization agreement described herein.

- Morgan Stanley, a creditor and shareholder of the Debtors, is a lender, bondholder, creditor, shareholder and professional of current and former AlixPartners and/or APS

# APServices LLC

clients in matters unrelated to the Debtors. Morgan Stanley previously employed a current AlixPartners employee.

- Nomura, a creditor of the Debtors, is a lender and bondholder of former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- O'Melveny & Myers, a professional of the Debtors, was a creditor, professional and member of a creditor's committee of former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- PricewaterhouseCoopers ("PWC"), a creditor of the Debtors, is a professional of current and former AlixPartners clients in matters unrelated to the Debtors. PWC previously employed several current AlixPartners employees. PWC is the auditor for AlixPartners and will provide audit, tax and other consulting services. PWC was opposing professional and creditor of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Richards Layton & Finger, a professional of the Debtors, was counsel to former AlixPartners clients in matters unrelated to the Debtors and was counsel to AlixPartners in matters unrelated to the Debtors. Richards Layton is also a professional of a current AlixPartners client in matters unrelated to the Debtors.

- Ropes & Gray, a creditor of the Debtors, is counsel to former and current AlixPartners clients in matters unrelated to the Debtors. Ropes & Gray is opposing counsel of a current AlixPartners client in matters unrelated to the Debtors.

- Sprint, a creditor of the Debtors, is a creditor, vendor and an executory contract counterparty of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Sterling Bank, a creditor of the Debtors, was a former client of AlixPartners in matters unrelated to the Debtors. Sterling Bank was a creditor of a former AlixPartners and/or APS client in matters unrelated to the Debtors.

- Sullivan & Cromwell, a professional of the Debtors, was a professional of former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Suntrust Bank, a creditor of the Debtors, is a creditor, bondholder, indenture trustee and lender to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Suntrust Bank is a related party to a current AlixPartners client in matters unrelated to the Debtors.

- Union Bank Switzerland ("UBS"), a creditor of the Debtors, and affiliated entities are creditors, customers, director affiliated companies, lenders, lessors and bondholders

# APServices LLC

of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. A current AlixPartners employee was previously employed by UBS.

- U.S. Bancorp, a creditor of the Debtors, is a related party to a current AlixPartners client in matters unrelated to the Debtors.

- Xroads, a professional of the Debtors, was the previous employer of current AlixPartners employees.

This Schedule 2 may be updated by APS from time to time to disclose additional connections or relationships between APS and the interested parties.

# APServices LLC

AP Services, LLC
Employment by New Century Financial Corporation

Exhibit A
Revised May 11, 2007

**Temporary Staff**
**Individuals With Executive Officer Positions**

| Name | Description | Hourly Rate | Commitment Full[1] or Part Time |
|---|---|---|---|
| Holly Felder Etlin | Chief Restructuring Officer | $695 | Full |
| Mike Tinsley | VP Controller | $525 | Full |

**Additional Temporary Staff**

| Name | Description | Hourly Rate | Commitment Full[1] or Part[2] Time |
|---|---|---|---|
| Todd Brents | Director – Reporting and Claims | $625 | Full |
| Dan Puscas | Manager – Cost Initiatives | $525 | Full |
| Jamie Lisac | Manager – Cash Management | $525 | Full |
| Stacey Hightower | Manager - Restructuring | $475 | Full |
| Mike Laureno | Manager – Cash Management | $400 | Full |
| Clayton Gring | Manager – Reporting and Claims | $350 | Full |

The parties agree that Exhibit A can be amended by APS from time to time to add or delete staff, and the Monthly Staffing Reports shall be treated by the parties as such amendments; provided, however, that the addition of staff shall be subject to the requirements set forth in the letter, including, without limitation, Company's prior written approval.

---

[1] Full time is defined as substantially full time.

[2] Part time is defined as approximately 2-3 days per week, with some weeks more or less depending on the needs and issues facing the Company at that time.