# EXHIBIT A

APPEAL

# United States Bankruptcy Court
## Eastern District of Washington (Spokane/Yakima)
### Adversary Proceeding #: 06-80040-PCW

*Assigned to:* Judge Patricia C Williams
*Related BK Case:* 05-09692
*Related BK Title:* Daryl Jane Johnston
*Related BK Chapter:* 13
*Demand:* $206000
*Nature[s] of Suit:* 435 Validity/Priority/Extent Lien

*Date Filed:* 02/03/06

**Plaintiff**
---

**Rose Townsend Trust**
Scott R. Smith, Atty
720 W. Boone
Ste. 200
Spokane, WA 99201
509-326-4800

represented by **Scott R Smith**
Stocker, Smith, Luciani & Staub, PLLC
720 W Boone
Suite 103
Spokane, WA 99201
509 326-4800
Fax : 509 326-4891
Email: ssmith@sslslawfirm.com

V.

**Defendant**
---

**DARYL JANE JOHNSTON**
4223 S MADISON RD
SPOKANE, WA 99206
SSN: xxx-xx-1893

represented by **Donald D Hackney**
120 N Wall Street
Suite 500
Spokane, WA 99201
509 624-8200
Fax : 509 623-1491
Email:
Don.Hackney@hackneycarroll.com
*TERMINATED: 08/29/2006*

**J Gregory Lockwood**
Law Office of J Gregory Lockwood
PLLC
522 W Riverside
Suite 420
Spokane, WA 99201
509 624-8200
Fax : 509 623-1491
Email: jgregorylockwood@hotmail.com

**New Century Mortgage Corporation**

represented by **Daniel J Gibbons**

| | |
|---|---|
| 18400 Von Karman, Ste. 1000<br>Irvine, CA 92612 | Paine Hamblen LLP<br>717 W Sprague Avenue<br>Suite 1200<br>Spokane, WA 99201<br>509 455-6298<br>Fax : 509-838-0007<br>Email:<br>daniel.gibbons@painehamblen.com |
| **Ameriquest Mortgage Company**<br>1100 Town and Country Road<br>Orange, CA 92868-4600 | |
| **GE Money Bank**<br>4246 South Riverboat Rd<br>Suite 200<br>Salt Lake City, UT 84123 | |
| **Greenwood Trust Company**<br>2775 Sanders Road<br>Northbrook, IL 60062-6127<br>*TERMINATED: 04/18/2006* | |
| **F & M Bank**<br>25 North Mullan Rd.<br>Spokane, WA 99206<br>*TERMINATED: 03/22/2006* | represented by **Andrew A Schillinger**<br>Layman, Layman, & Robinson, PLLP<br>601 S. Division St<br>Spokane, WA 99202<br>509-455-8883<br>Fax : 509-624-2902<br>Email:<br>Aschillinger@laymanlawfirm.com<br>*TERMINATED: 06/06/2006* |
| **North American Mortgage Company**<br>3883 Airway Drive<br>Santa Rosa, CA 95403 | |
| **Sally Anne Arney**<br>4223 South Madison Rd.<br>Spokane, WA 99206 | represented by **Donald D Hackney**<br>(See above for address)<br>*TERMINATED: 08/29/2006*<br><br>**J Gregory Lockwood**<br>(See above for address) |

| Filing Date | # | Docket Text |
|---|---|---|
| 02/03/2006 | 1 | 435 (Validity/Priority/Extent Lien): COMPLAINT Fee Amount $250 (Attachments: # 1 Exhibit A1# 2 Exhibit A2# 3 Exhibit B.C.D) (Smith, Scott) (Entered: 02/03/2006) |
| 02/03/2006 | 2 | Summons Issued on DARYL JANE JOHNSTON Answer Due 03/6/2006 (Smith, Scott) Modified on 2/21/2007 (DDS, ). Additional attachment(s) added on 2/21/2007 (DDS, ). (Entered: 02/03/2006) |
| | | |

| | | |
|---|---|---|
| 02/03/2006 | | Receipt of Complaint(06-80040) [cmp,cmp] ( 250.00) Filing Fee. Receipt number 690678. Fee amount 250.00. (U.S. Treasury) (Entered: 02/03/2006) |
| 02/03/2006 | 3 | Notice of Quality Control Audit Finding (RE: Complaint1 ) (TLH, ) (Entered: 02/03/2006) |
| 02/05/2006 | 4 | BNC Certificate of Service. Service Date 02/05/2006 (Admin.) (Entered: 02/05/2006) |
| 02/07/2006 | 5 | SWORN Statement signed by Scott R. Smith. (RE: Complaint1 ) Filed by Scott R Smith on behalf of New Century Mortgage Corporation, Ameriquest Mortgage Company, GE Money Bank, Greenwood Trust Company, F & M Bank, North American Mortgage Company, Sally Anne Arney, Townsend Trust (Smith, Scott) (Entered: 02/07/2006) |
| 02/07/2006 | 6 | NOTICE of Scheduling Conference. Written Report due: 3/27/2006. Hearing to be held on 4/3/2006 at 09:30 AM (509) 353-3182 for Telephonic Conference with Judge Rossmeissl (WJI, ) (Entered: 02/07/2006) |
| 02/07/2006 | 7 | SUMMONS Re-Issued . (WJI, ) (Entered: 02/07/2006) |
| 02/07/2006 | 8 | CERTIFICATION of Service to Scott Smith. (RE: Notice of Scheduling Conference6, Summons Issued7 ). (WJI, ) (Entered: 02/07/2006) |
| 02/08/2006 | 9 | CERTIFICATION of Service. Filed by Scott R Smith on behalf of Rose Townsend Trust (RE: Complaint1, Summons Issued7 ). (Smith, Scott) (Entered: 02/08/2006) |
| 02/08/2006 | 10 | NOTICE of Judge Reassignment . (WJI, ) (Entered: 02/09/2006) |
| 02/09/2006 | | Judge Patricia C Williams added to case. . (WJI, ) (Entered: 02/09/2006) |
| 02/09/2006 | 12 | NOTICE of Scheduling Conference. Written Report due: 4/10/2006. Hearing to be held on 4/17/2005 at 09:00 AM (509) 353-3183 for Telephonic Conference with Judge Williams (WJI, ) (Entered: 02/09/2006) |
| 02/09/2006 | 13 | SUMMONS Re-Issued . (WJI, ) (Entered: 02/09/2006) |
| 02/09/2006 | 14 | CERTIFICATION of Service to Scott Smith. (RE: Summons Issued13, Notice of Scheduling Conference12 ). (WJI, ) (Entered: 02/09/2006) |

| | | |
|---|---|---|
| 02/10/2006 | 15 | CERTIFICATION of Service. Filed by Scott R Smith on behalf of Rose Townsend Trust (RE: Summons Issued13, Notice of Judge Reassignment10, Notice of Scheduling Conference12 ). (Smith, Scott) (Entered: 02/10/2006) |
| 02/11/2006 | 16 | BNC Certificate of Service. Service Date 02/11/2006. (Admin.) (Entered: 02/11/2006) |
| 03/20/2006 | 17 | NOTICE of Dismissal Filed by Andrew A Schillinger on behalf of F & M Bank. (Schillinger, Andrew) (Entered: 03/20/2006) |
| 03/20/2006 | 18 | REQUEST for Entry of Order Granting Motion Filed by Andrew A Schillinger on behalf of F & M Bank (RE: NOTICE of Dismissal17 ). (Schillinger, Andrew) (Entered: 03/20/2006) |
| 03/20/2006 | 19 | Notice of Quality Control Audit Finding (RE: NOTICE of Dismissal17 ). (WJI, ) (Entered: 03/21/2006) |
| 03/21/2006 | 20 | STIPULATED Motion for Dismissal of F&M Bank. Signed by Rose Townsend Trust and the filer. Filed by Andrew A Schillinger on behalf of F & M Bank (Schillinger, Andrew) (Entered: 03/21/2006) |
| 03/22/2006 | 21 | Order Granting Stipulated Motion (re dismiss F&M Bank only) (RE: # 20) Signed on 3/22/2006 , /s/ tsm . (WJI, ) Modified on 3/22/2006 (WJI, ). (Entered: 03/22/2006) |
| 03/23/2006 | 22 | BNC Certificate of Service. Service Date 03/23/2006. (Admin.) (Entered: 03/23/2006) |
| 03/27/2006 | 23 | NOTICE of Appearance in an Adversary Proceeding Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation. (Gibbons, Daniel) (Entered: 03/27/2006) |
| 03/27/2006 | 24 | CERTIFICATION of Service. Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (RE: Notice of Appearance in an Adversary Proceeding23 ). (Gibbons, Daniel) (Entered: 03/27/2006) |
| 03/30/2006 | 25 | NOTICE of Appearance in an Adversary Proceeding Filed by Donald D Hackney on behalf of Sally Anne Arney, DARYL JANE JOHNSTON. (Hackney, Donald) (Entered: 03/30/2006) |
| 04/07/2006 | 26 | MOTION for Default Filed by Scott R Smith on behalf of Rose Townsend Trust (Smith, Scott) (Entered: 04/07/2006) |
| 04/07/2006 | 27 | REQUEST for Entry of Order Granting Motion Filed by Scott R Smith on behalf of Rose Townsend Trust (RE: Motion for Default26 ). (Smith, Scott) (Entered: 04/07/2006) |

| 04/07/2006 | 28 | WRITTEN Report Scott R Smith on behalf of Rose Townsend Trust Filed by Scott R Smith on behalf of Rose Townsend Trust. (Smith, Scott) (Entered: 04/07/2006) |
|---|---|---|
| 04/10/2006 | 29 | AMENDED COMPLAINT by Scott R Smith on behalf of Rose Townsend Trust against Sally Anne Arney, DARYL JANE JOHNSTON, New Century Mortgage Corporation (Re1 Complaint filed by Plaintiff Rose Townsend Trust) (Attachments: # 1 Exhibit A1# 2 Exhibit A2# 3 Exhibit B-G) (Smith, Scott) (Entered: 04/10/2006) |
| 04/10/2006 | 30 | CERTIFICATION of Service Filed by Scott R Smith on behalf of Rose Townsend Trust (RE: Amended Complaint, 29 ). (Smith, Scott) (Entered: 04/10/2006) |
| 04/11/2006 | 31 | Proposed Order Not Granted (RE: Motion for Default26, Request for Entry of Order, 27 ). (NNU, ) (Entered: 04/11/2006) |
| 04/14/2006 | 32 | CERTIFICATION of Service. Filed by Scott R Smith on behalf of Rose Townsend Trust (RE: Summons Issued13, Amended Complaint, 29 ). (Smith, Scott) (Entered: 04/14/2006) |
| 04/14/2006 | 33 | MOTION to Dismiss Party as to Defendant Greenwood Trust Company. Filed by Scott R Smith on behalf of Rose Townsend Trust (Smith, Scott) Modified on 4/17/2006 (WJI, NOTE: This is a STIPULATION to Dismiss Greenwood Trust Co ). (Entered: 04/14/2006) |
| 04/14/2006 | 34 | REQUEST for Entry of Order Granting Motion Filed by Scott R Smith on behalf of Rose Townsend Trust (RE: Motion to Dismiss Party33 ). (Smith, Scott) (Entered: 04/14/2006) |
| 04/17/2006 | 35 | Notice of Quality Control Audit Finding (RE: Motion to Dismiss Party33 ). (WJI, ) (Entered: 04/17/2006) |
| 04/18/2006 | 36 | Order Granting Motion to Dismiss Greenwood Trust Company (Related Doc # 33) Signed on 4/18/2006 , /s/ tsm . (WJI, ) (Entered: 04/18/2006) |
| 04/19/2006 | 37 | SCHEDULING Order (RE: Notice of Scheduling Conference6 ). Signed on 4/19/2006, /s/ PCW . (WJI, ) (Entered: 04/19/2006) |
| 04/19/2006 | 38 | BNC Certificate of Service . Service Date 04/19/2006 (Admin.) (Entered: 04/19/2006) |
| 04/21/2006 | 39 | BNC Certificate of Service . Service Date 04/21/2006 (Admin ) (Entered: 04/21/2006) |

| | | |
|---|---|---|
| 04/25/2006 | 40 | STIPULATED Motion for Dismiss Ameriquest. Signed by Steven M. Taber Attorney for Ameriquest and the filer. Filed by Scott R Smith on behalf of Rose Townsend Trust (Smith, Scott) (Entered: 04/25/2006) |
| 04/25/2006 | 41 | REQUEST for Entry of Order Granting Motion Filed by Scott R Smith on behalf of Rose Townsend Trust (RE: STIPULATED Motion40, Complaint1, Summons Issued7 ). (Smith, Scott) (Entered: 04/25/2006) |
| 04/26/2006 | 42 | Order Granting Stipulated Motion (re Ameriquest Mortgage Co is dismissed) (RE: # 40) Signed on 4/26/2006 , /s/ sob . (WJI, ) (Entered: 04/26/2006) |
| 05/02/2006 | 43 | NOTICE of Intent to Withdraw by Andrew A Schillinger by on behalf of F & M Bank. Effective Date of Withdrawal: 5/12/2006. Filed by Andrew A Schillinger on behalf of F & M Bank (Schillinger, Andrew) (Entered: 05/02/2006) |
| 05/02/2006 | 44 | CERTIFICATION of Service. Filed by Andrew A Schillinger on behalf of F & M Bank (RE: Notice of Intent to Withdraw43 ). (Schillinger, Andrew) (Entered: 05/02/2006) |
| 05/02/2006 | 45 | ANSWER to Complaint Filed by Donald D Hackney on behalf of Sally Anne Arney, DARYL JANE JOHNSTON. (Hackney, Donald) (Entered: 05/02/2006) |
| 05/03/2006 | 46 | ANSWER to Complaint Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (RE: Amended Complaint, 29 ). (Gibbons, Daniel) (Entered: 05/03/2006) |
| 05/03/2006 | 47 | CERTIFICATION of Service. Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (RE: Answer to Complaint46 ). (Gibbons, Daniel) (Entered: 05/03/2006) |
| 05/18/2006 | 48 | REQUEST for Entry of Order Granting Motion Filed by Scott R Smith on behalf of Rose Townsend Trust (RE: Summons Issued13, CERTIFICATION of Service32, Motion for Default26, Amended Complaint, 29 ). (Smith, Scott) (Entered: 05/18/2006) |
| 05/22/2006 | 49 | Proposed Order Not Granted (RE: Motion for Default26, Request for Entry of Order48 ). (NNU, ) (Entered: 05/22/2006) |
| 05/25/2006 | 50 | SUMMONS Re-Issued . (WJI, ) (Entered: 05/25/2006) |
| 05/25/2006 | 51 | CERTIFICATION of Service. Filed by Scott R Smith on behalf of Rose Townsend Trust (RE: Summons Issued50, Amended Complaint, |

| | | |
|---|---|---|
| | | 29 ). (Smith, Scott) (Entered: 05/25/2006) |
| 07/06/2006 | 52 | REQUEST for Entry of Order Granting Motion Filed by Scott R Smith on behalf of Rose Townsend Trust (RE: Summons Issued50, CERTIFICATION of Service51, Amended Complaint, 29, Motion for Default26 ). (Smith, Scott) (Entered: 07/06/2006) |
| 07/11/2006 | 53 | Order CLERK'S Entry of Default against Defendants: GE Money Bank and North American Mortgage Company. Signed on 7/11/2006 , /s/ so'b . (WJI, ) (Entered: 07/11/2006) |
| 07/11/2006 | 54 | LIST of Witnesses and Exhibits (RE: Scheduling Order37 ). Filed by J Gregory Lockwood on behalf of Sally Anne Arney, DARYL JANE JOHNSTON (Lockwood, J) (Entered: 07/11/2006) |
| 07/13/2006 | 55 | WRITTEN Report Scott R Smith on behalf of Rose Townsend Trust Filed by Scott R Smith on behalf of Rose Townsend Trust. (Smith, Scott) (Entered: 07/13/2006) |
| 07/13/2006 | 56 | Plaintiff's Preliminary Witness List filed per Document Number 37 Filed by Scott R Smith on behalf of Rose Townsend Trust (RE: Scheduling Order37 ). (Smith, Scott) (Entered: 07/13/2006) |
| 07/13/2006 | 57 | Plaintiff's Preliminary Exhibit List filed per Document Number 37 Filed by Scott R Smith on behalf of Rose Townsend Trust (RE: Scheduling Order37 ). (Smith, Scott) (Entered: 07/13/2006) |
| 07/13/2006 | 58 | BNC Certificate of Service. Service Date 07/13/2006. (Admin.) (Entered: 07/13/2006) |
| 07/14/2006 | 59 | Notice of Quality Control Audit Finding (RE: Document57, Document56 ). (BTW, ) (Entered: 07/14/2006) |
| 07/14/2006 | 60 | LIST of Witnesses and Exhibits (RE: Scheduling Order37 ) Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (Gibbons, Daniel) (Entered: 07/14/2006) |
| 07/14/2006 | 61 | CERTIFICATION of Service. Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (RE: List of Witnesses and Exhibits60 ). (Gibbons, Daniel) (Entered: 07/14/2006) |
| 07/14/2006 | 62 | Defendants' Johnston & Arney Report Pursuant to FRBP 26(f) filed per Document Number 37 Filed by J Gregory Lockwood on behalf of Sally Anne Arney, DARYL JANE JOHNSTON (RE: Scheduling Order37 ). (Lockwood, J) (Entered: 07/14/2006) |
| 08/03/2006 | 63 | MOTION For Summary Judgment Filed by Scott R Smith on behalf |

| | | |
|---|---|---|
| | | of Rose Townsend Trust (Smith, Scott) (Entered: 08/03/2006) |
| 08/03/2006 | 64 | STATEMENT of Material Facts Scott R Smith on behalf of Rose Townsend Trust Filed by Scott R Smith on behalf of Rose Townsend Trust. (Smith, Scott) (Entered: 08/03/2006) |
| 08/03/2006 | 65 | AFFIDAVIT signed by Scott R. Smith. Filed by Scott R Smith on behalf of Rose Townsend Trust (RE: Motion for Summary Judgment63, Statement of Material Facts64 ). (Attachments: # 1 Exhibit 1-4# 2 Exhibit 5# 3 Exhibit 6# 4 Exhibit 7-9)(Smith, Scott) (Entered: 08/03/2006) |
| 08/03/2006 | 66 | MEMORANDUM Filed by Scott R Smith on behalf of Rose Townsend Trust (RE: Statement of Material Facts64, Affidavit, 65, Motion for Summary Judgment63 ). (Smith, Scott) (Entered: 08/03/2006) |
| 08/14/2006 | 67 | NOTICE of Hearing Filed by Scott R Smith on behalf of Rose Townsend Trust (RE: Motion for Summary Judgment63, Statement of Material Facts64, Affidavit, 65, Memorandum66 ). Hearing scheduled 9/19/2006 at 02:00 PM at US Post Office Building 3rd Floor Historical Courtroom 904 W Riverside Ave Spokane WA 99201. (Smith, Scott) (Entered: 08/14/2006) |
| 08/17/2006 | 68 | Supplemental AFFIDAVIT signed by Scott R. Smith. Filed by Scott R Smith on behalf of Rose Townsend Trust (RE: Affidavit, 65 ). (Smith, Scott) (Entered: 08/17/2006) |
| 08/18/2006 | 69 | MOTION to Modify (related documents 37 Scheduling Order) Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (Gibbons, Daniel) (Entered: 08/18/2006) |
| 08/21/2006 | 70 | NOTICE of Hearing Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (RE: Motion to Modify Order69, Scheduling Order37 ). Hearing scheduled 8/28/2006 at 02:00 PM at (509) 353-3183 for Telephonic Conference with Judge Williams. (Gibbons, Daniel) (Entered: 08/21/2006) |
| 08/21/2006 | 71 | CERTIFICATION of Service. Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (RE: Notice of Hearing, 70 ). (Gibbons, Daniel) (Entered: 08/21/2006) |
| 08/22/2006 | 72 | RESPONSE to re: Motion to Modify Order69. Filed by Scott R Smith on behalf of Rose Townsend Trust (Smith, Scott) (Entered: 08/22/2006) |
| 08/28/2006 | 73 | MINUTE ENTRY RE: TRIAL (2 Days) hearing on 10/02/2006. |

| | | |
|---|---|---|
| | | VACATED: Per counsel, only one day needed for trial. Trial is now scheduled on 10/3/06 at 9:00 a.m. (RE: Notice of Scheduling Conference12) (DDS, ) (Entered: 08/28/2006) |
| 08/28/2006 | 75 | MINUTE ENTRY RE: MOTION to Modify Scheduling Order (mn #69) hearing on 08/28/2006. HELD - Counsel believe this case can be resolved on summary judgment. Trial is now scheduled for one day on 10/3/06. The Court granted in part and denied in part the Motion to Modify Scheduling Order. The Court denied the motion as it relates to extending the deadline for filing summary judgment motions. The Court granted the remainder of the motion as counsel did not object to that portion of the motion. Plaintiff's trial brief shall be filed and served no later than 9/26/06 and defendants' trial briefs shall be filed and served no later than 9/29/06. All witness and exhibit lists shall be served and filed with the respective parties' trial briefs. (RE: Motion to Modify Order69) (DDS, ) (Entered: 08/29/2006) |
| 08/29/2006 | 74 | SUBSTITUTION of Counsel. Also signed by J G Lockwood substituted for Donald D. Hackney representing Defendants Johnston & Arney. Filed by J Gregory Lockwood on behalf of Sally Anne Arney, DARYL JANE JOHNSTON (Lockwood, J) (Entered: 08/29/2006) |
| 08/29/2006 | 76 | Order Granting in Paet and Denying in Part Defendant's Motion to Modify Scheduling Order (RE: Motion to Modify Order69 ). Signed on 8/29/2006, /s/ PCW  (WJI, ) (Entered: 08/29/2006) |
| 08/31/2006 | 77 | BNC Certificate of Service. Service Date 08/31/2006. (Admin.) (Entered: 08/31/2006) |
| 09/01/2006 | 78 | RESPONSE to re: Statement of Material Facts64. Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (Gibbons, Daniel) (Entered: 09/01/2006) |
| 09/01/2006 | 79 | MEMORANDUM Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (RE: Motion for Summary Judgment63 ) (Gibbons, Daniel) (Entered: 09/01/2006) |
| 09/01/2006 | 80 | AFFIDAVIT signed by Daniel J. Gibbons. Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (RE: Response to78, Memorandum79 ) (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Gibbons, Daniel) (Entered: 09/01/2006) |
| 09/01/2006 | 81 | CERTIFICATION of Service. Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (RE: Response to78, Memorandum79, Affidavit80 ) (Gibbons, Daniel) (Entered: 09/01/2006) |
| | | |

| | | |
|---|---|---|
| 09/11/2006 | 82 | REPLY to Filed by Scott R Smith on behalf of Rose Townsend Trust (RE: Motion for Summary Judgment 63 ). (Smith, Scott) (Entered: 09/11/2006) |
| 09/12/2006 | 83 | Defendant Johnston's & Defendant Arney's Memorandum in Opposition to Summary Judgment filed per Filed by J Gregory Lockwood on behalf of Sally Anne Arney, DARYL JANE JOHNSTON (RE: Motion for Summary Judgment 63 ). (Lockwood, J) (Entered: 09/12/2006) |
| 09/14/2006 | 84 | Amended NOTICE of Hearing Filed by Scott R Smith on behalf of Rose Townsend Trust (RE: Notice of Hearing, 67 ). Hearing scheduled 9/19/2006 at 02:00 PM at (509) 353-3183 for Telephonic Conference with Judge Williams. (Smith, Scott) (Entered: 09/14/2006) |
| 09/19/2006 | 85 | MINUTE ENTRY RE: PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT hearing on 09/19/2006. HELD - The court tentatively anticipates giving her oral ruling on the Motion for Summary Judgment on Friday, 9/22 via telephone conference call. The court will have the Clerk contact parties with specifics. (RE: Motion for Summary Judgment 63) (JKB, ) (Entered: 09/19/2006) |
| 09/22/2006 | 86 | MINUTE ENTRY RE: ORAL RULING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT hearing on 09/22/2006. HELD - The court granted Plaintiff's Motion for Summary Judgment and will enter an order accordingly. The Court's oral ruling constitutes the findings of fact and conclusions of law. (RE: Motion for Summary Judgment 63) (DDS, ) (Entered: 09/22/2006) |
| 09/22/2006 | 87 | MINUTE ENTRY RE: TRIAL (2 Days) hearing on 10/03/2006. VACATED: Per counsel, the trial can be stricken due to the court's oral ruling on plaintiff's Motion for Summary Judgment. (RE: Complaint 1) (DDS, ) (Entered: 09/22/2006) |
| 09/26/2006 | 88 | Order Granting Motion For Summary Judgment (Related Doc # 63). Signed on 9/26/2006 , /s/ PCW (WJI, ) (Entered: 09/26/2006) |
| 09/28/2006 | 89 | BNC Certificate of Service. Service Date 09/28/2006. (Admin.) (Entered: 09/28/2006) |
| 10/06/2006 | 90 | NOTICE of Appeal. Fee Amount $255 Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (RE: 88 Order on Motion For Summary Judgment). Appellant Designation due by 10/16/2006. (Gibbons, Daniel) (Entered: 10/06/2006) |
| 10/06/2006 | 91 | ELECTION to US District Court Filed by Daniel J Gibbons on behalf |

| | | |
|---|---|---|
| | | of New Century Mortgage Corporation (RE: 90 Notice of Appeal). (Gibbons, Daniel) (Entered: 10/06/2006) |
| 10/06/2006 | 92 | CERTIFICATION of Service. Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (RE: Notice of Appeal90, Election to US District Court91 ). (Gibbons, Daniel) (Entered: 10/06/2006) |
| 10/06/2006 | | Receipt of Notice of Appeal(06-80040-PCW) [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number 876655. Fee amount 255.00. (U.S. Treasury) (Entered: 10/06/2006) |
| 10/06/2006 | 93 | MOTION to Stay Order Pending Appeal (related documents 88 Order on Motion For Summary Judgment) Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (Gibbons, Daniel) (Entered: 10/06/2006) |
| 10/06/2006 | 94 | MEMORANDUM Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (RE: Motion To Stay Order Pending Appeal93 ). (Gibbons, Daniel) (Entered: 10/06/2006) |
| 10/06/2006 | 95 | NOTICE of Motion and Time to Object Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (RE: Motion To Stay Order Pending Appeal93 ). (Gibbons, Daniel) (Entered: 10/06/2006) |
| 10/06/2006 | 96 | CERTIFICATION of Service. Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (RE: Notice of Motion and Time to Object95, Motion To Stay Order Pending Appeal93, Memorandum94 ). (Gibbons, Daniel) (Entered: 10/06/2006) |
| 10/09/2006 | 97 | REQUEST for Entry of Order Granting Motion Filed by Scott R Smith on behalf of Rose Townsend Trust (RE: Motion for Summary Judgment63, Order on Motion For Summary Judgment88 ). (Smith, Scott) (Entered: 10/09/2006) |
| 10/11/2006 | 98 | APPEAL Transmittal to US District Court (RE: Notice of Appeal90, Election to US District Court91 ). Certificate of Record due by 11/13/2006. (WJI, ) (Entered: 10/11/2006) |
| 10/13/2006 | 99 | BNC Certificate of Service. . Service Date 10/13/2006. (Admin.) (Entered: 10/13/2006) |
| 10/16/2006 | 100 | Document Filed per Rule 8006 & 8007 - Request for Transcripts Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (RE: Minute Entry, 85, Minute Entry, 86 ). (Gibbons, Daniel) (Entered: 10/16/2006) |
| | | |

| | | |
|---|---|---|
| 10/16/2006 | 101 | CERTIFICATION of Service. Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (RE: Document100 ). (Gibbons, Daniel) (Entered: 10/16/2006) |
| 10/16/2006 | 102 | STATEMENT of Issues Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (RE: 90 Notice of Appeal). (Gibbons, Daniel) (Entered: 10/16/2006) |
| 10/16/2006 | 103 | APPELLANT Designation of Contents For Inclusion in Record On Appeal Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (RE: 90 Notice of Appeal). Appellee designation due by 10/26/2006. (Gibbons, Daniel) (Entered: 10/16/2006) |
| 10/16/2006 | 104 | CERTIFICATION of Service. Filed by Daniel J Gibbons on behalf of New Century Mortgage Corporation (RE: Appellant Designation103, Statement of Issues102 ). (Gibbons, Daniel) (Entered: 10/16/2006) |
| 10/19/2006 | 105 | JUDGMENT . Signed on 10/19/2006, /s/ PCW . (WJI, ) (Entered: 10/19/2006) |
| 10/26/2006 | 106 | REPLY to Filed by Scott R Smith on behalf of Rose Townsend Trust (RE: Motion To Stay Order Pending Appeal93, Memorandum94 ). (Smith, Scott) (Entered: 10/26/2006) |
| 11/06/2006 | 107 | VERBATIM Report of Proceedings/ Transcript of hearing conducted September 19, 2006. (RE: Minute Entry, 85, Motion for Summary Judgement 63 ) (NEP, ) (Entered: 11/06/2006) |
| 11/14/2006 | 108 | VERBATIM Report/ Transcript (RE: Minute Entry, 86 ). (WJI, ) (Entered: 11/14/2006) |
| 11/14/2006 | 109 | VERBATIM Report/ Transcript re Summary Judgment held 9/22/06 (**** NOTE: this is a duplicate of docket entry #108 ***) (RE: Minute Entry, 86 ). (PLE, ) Modified on 1/4/2007 (WJI, ). (Entered: 11/14/2006) |
| 12/12/2006 | 110 | CERTIFICATION that Record is Complete to Clerk of the District Court . (RE: Notice of Appeal90 ). (WJI, ) (Entered: 12/12/2006) |
| 12/12/2006 | 111 | CERTIFICATION that Record is Complete to Clerk of the District Court . (RE: Notice of Appeal90 ). (WJI, ) (Entered: 12/12/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/08/2007 09:00:02 | | | |
| PACER Login: | ss5749 | Client Code: | townsend trust |
| Description: | Docket Report | Search Criteria: | 06-80040-PCW Fil or Ent: filed From: 1/1/1980 To: 5/8/2007 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 6 | Cost: | 0 48 |