# EXHIBIT B

CLOSED, LC02, STAYED

# Eastern District of Washington
## U.S. District Court (Spokane)
### CIVIL DOCKET FOR CASE #: 2:06-cv-00291-LRS

Rose Townsend Trust v. Daryl Jane Johnston
Assigned to: Judge Lonny R. Suko
Case in other court: US Bankruptcy Court EDWA, 06-09692-PCW13
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 10/12/2006
Date Terminated: 05/08/2007
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**Plaintiff**

**Rose Townsend Trust**     represented by **Scott Randall Smith**
Stamper Rubens Stocker & Smith PS
720 W Boone Avenue
Suite 200
Spokane, WA 99201
509-326-4800
Fax: 15093264891
Email: ssmith@sslslawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company**

**Defendant**

**Sally Anne Arney**     represented by **Donald Duane Hackney**
120 North Wall
Suite 500
Spokane, WA 99201
509-624-8200
Fax: 15096231491
Email: Don.Hackney@hackneycarroll.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Gregory Lockwood**
Law Office of J Gregory Lockwood PLLC
522 West Riverside Avenue
Suite 420
Spokane, WA 99201

                509-624-8200
                Fax: 509-623-1491
                Email:
                jgregorylockwood@hotmail.com
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Defendant**

F&M Bank          represented by **Andrew A Schillinger**
*TERMINATED: 10/12/2006*          Layman Layman McKinley &
                Robinson PLLP - SPO
                601 S Division Street
                Spokane, WA 99202-1335
                509-455-8883
                Email:
                aschillinger@laymanlawfirm.com
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Defendant**

GE Money Bank         represented by **GE Money Bank**
                4246 South Riverboat Rd
                Suite 200
                Salt Lake City, UT 84123
                PRO SE

**Defendant**

Greenwood Trust Company       represented by **Greenwood Trust Company**
*TERMINATED: 10/12/2006*          2775 Sanders Road
                Northbrook, IL 60062-6127
                PRO SE

**Defendant**

Daryl Jane Johnston         represented by **Donald Duane Hackney**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **John Gregory Lockwood**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Defendant**

New Century Mortgage Corporation   represented by **Daniel J. Gibbons**
                Paine Hamblen Coffin Brooke & Miller
                - SPO
                717 W Sprague Avenue
                Suite 1200
                Spokane, WA 99201-3503

<pre>
                                            509-455-6000
                                            Fax: 509-838-0007
                                            Email:
                                            daniel.gibbons@painehamblen.com
                                            LEAD ATTORNEY
                                            ATTORNEY TO BE NOTICED
</pre>

**Defendant**

**North American Mortgage Company**    represented by   **North American Mortgage Company**
3883 Airwway Drive
Santa Rosa, CA 95403
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 10/12/2006 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 05-09692-PCW13 (Adv. Proceeding No. 06-80040-PCW). Filed by New Century Mortgage Corporation. (Attachments: # 1 transmittal notice)(VR, Case Administrator) (Entered: 10/13/2006) |
| 10/12/2006 | 2 | Notice of Election to United States District Court by New Century Mortgage Corporation (VR, Case Administrator) (Entered: 10/13/2006) |
| 10/13/2006 | 3 | Notice of Filing BAP No: 06-80040-PCW BK No: 05-09692-PCW13<br><br>Pursuant to a notice from the USBAP/USBC, a party to the captioned appeal has timely filed an objection to the disposition of this matter by the Bankruptcy Appellate Panel. As a result of that objection, the matter is transferred to the US District Court. All future pleadings related to this appeal must be filed in this Court with the exception of the Statement of Issues and the Designation of Record. These two documents are to be filed in the Bankruptcy Clerk's Office.<br><br>To date, no Certificate of Record has been received from the United States Bankruptcy Court for the Eastern District of Washington.* Until that Certificate is received, the time limits imposed by FRBP 8009, as modified by Eastern District LR 83.5(b)(3), shall not commence to run.<br><br>After the Certificate of Record is received by this Court, the Clerk will issue a Notice of Docketing that will trigger the briefing schedule.<br><br>If a Certificate of Record is not received within ninety (90) days of this Notice, this Court will issue an Order directing the parties to show cause why the appeal should not be dismissed.<br><br>s/ JAMES R. LARSEN, Clerk/District Court Executive<br><br>TEXT ENTRY - No PDF Document |

| | | |
|---|---|---|
| | | *Pursuant to FRBP 8006, it is the responsibility of the parties to monitor the progress of securing the portions of the record necessary for the disposition of the appeal. (VR, Case Administrator) (Entered: 10/13/2006) |
| 12/13/2006 | 4 | Certificate of Record received from Bankruptcy Court. (Attachments: # 1 Statement of Issues# 2 Designation of Record# 3 05-09643 #1 Voluntary Petition.pdf# 4 05-09692 #1 Voluntary Petition.pdf# 5 05-09692 #52 Second Amended Ch 13 Plan.pdf# 6 05-09692 #52 Second Amended Ch 13 Plan.pdf# 7 05-09692 #65 Order Confirmation.pdf# 8 06-80040 #1 Complaint.pdf# 9 06-80040 #1 Complaint Exhibit A1.pdf# 10 06-80040 #1 Complaint Exhibit A2.pdf# 11 06-80040 #1 Complaint Exhibits B, C, D.pdf# 12 06-80040 #29 Amended Complaint Exhibit A1.pdf# 13 06-80040 #29 Amended Complaint Exhibit A2.pdf# 14 06-80040 #29 Amended Complaint Exhibit B-G.pdf# 15 06-80040 #29 Amended Complaint.pdf# 16 06-80040 #45 Answer.pdf# 17 06-80040 #46 Answer.pdf# 18 06-80040 #63 Motion for Summary Judgment.pdf# 19 06-80040 #64 Statement of Material Facts.pdf# 20 06-80040 #65 Affidavit Exhibit 1-4.pdf# 21 06-80040 #65 Affidavit Exhibit 5.pdf# 22 06-80040 #65 Affidavit Exhibit 6.pdf# 23 06-80040 #65 Affidavit Exhibit 7-9.pdf# 24 06-80040 #65 Affidavit.pdf# 25 06-80040 #66 Memorandum.pdf# 26 06-80040 #68 Supplemental Affidavit.pdf# 27 06-80040 #78 Response.pdf# 28 06-80040 #79 Memorandum.pdf) (RF, Case Administrator) (Entered: 12/13/2006) |
| 12/13/2006 | 5 | Additional Attachments to Main Document re 4 Certificate of Record. (Attachments: # 1 06-80040 #80 Affidavit Exhibit B.pdf# 2 06-80040 #80 Affidavit Exhibit C.pdf# 3 06-80040 #80 Affidavit.pdf# 4 06-80040 #82 Reply.pdf# 5 06-80040 #83 Memorandum in Opposition.pdf# 6 06-80040 #83 Memorandum in Opposition.pdf# 7 06-80040 #105 Judgment.pdf# 8 06-80040 #108 Transcript.pdf# 9 06-80040 #109 Transcript.pdf# 10 99-04266 #1 Voluntary Petition.pdf# 11 99-04266 #5 Schedules.pdf# 12 99-04266 #17 Discharge.pdf# 13 99-04266 #39 Order.pdf# 14 99-04266 #50 Notice Setting Time.pdf# 15 99-04266 #56 Notice to Sell.pdf# 16 99-04266 #64 Order.pdf# 17 99-04266 #81 Trustee's Final Report.pdf# 18 99-04266 #82 Trustee's Distribution Report.pdf# 19 99-04266 #82 Trustee's Distribution Report.pdf# 20 99-04266 #83 Amended Trustee's Dist Report Exhibit Formm 1.pdf# 21 99-04266 #83 Amended Trustee's Dist Report.pdf# 22 99-04266 #84 Final Decree.pdf)(RF, Case Administrator) (Entered: 12/13/2006) |
| 12/13/2006 | 6 | Notice of Docketing<br><br>BK No: 05-09692-PCW13, 06-80040-PCW<br><br>Please be advised that the Clerk of the United States District Court has received from the Clerk of the Bankruptcy Court a Certificate of Record in this case.<br><br>In accordance with FRBP 8007(b), this serves as a notice of docketing this appeal. Parties are to submit their briefs in accordance with FRBP |

| | | |
|---|---|---|
| | | 8009 as modified by Eastern District LR 83.5 (b) (3).<br><br>s/ JAMES R. Larsen, Clerk/District Court Executive (RF, Case Administrator) (Entered: 12/13/2006) |
| 01/22/2007 | 7 | Appellant's BRIEF by New Century Mortgage Corporation. (Gibbons, Daniel) (Entered: 01/22/2007) |
| 01/22/2007 | 8 | APPENDIX re 7 Appellant's Brief by New Century Mortgage Corporation. (Attachments: # 1 Appendix Pages 1 - 50# 2 Appendix Pages 51 - 100# 3 Appendix Pages 101 - 150# 4 Appendix Pages 151 - 200# 5 Affidavit Pages 201 - 250# 6 Appendix Pages 251 - 300# 7 Appendix Pages 301 - 350# 8 Appendix Pages 351 - 400# 9 Appendix Pages 401 - 450# 10 Appendix Pages 451 - 500# 11 Appendix Pages 501 - 568)(Gibbons, Daniel) (Entered: 01/22/2007) |
| 01/22/2007 | 9 | APPENDIX re 7 Appellant's Brief *Addendum of Authorities* by New Century Mortgage Corporation. (Attachments: # 1 Cases - 1# 2 Cases continued - 2# 3 Cases continued - 3# 4 Statutes# 5 Rules# 6 Other Authorities)(Gibbons, Daniel) (Entered: 01/22/2007) |
| 02/22/2007 | 10 | Appellant's REPLY BRIEF by New Century Mortgage Corporation. (Gibbons, Daniel) (Entered: 02/22/2007) |
| 02/22/2007 | 11 | MOTION for Extension of Time to File Response/Reply as to 7 Appellant's Brief by Rose Townsend Trust. (Attachments: # 1 Text of Proposed Order Order on Motion for Extension of Time to File Response Brief)(Smith, Scott) (Entered: 02/22/2007) |
| 02/22/2007 | 12 | NOTICE of Hearing on Motion re 11 MOTION for Extension of Time to File Response/Reply as to 7 Appellant's Brief : Motion Hearing set for 3/1/2007 at 06:30 PM Without Oral Argument for 11, before Judge Lonny R. Suko (Smith, Scott) (Entered: 02/22/2007) |
| 02/23/2007 | 13 | Order **GRANTING** 11 Motion for Extension of Time to File Appellee's Response Brief. The response brief of Appellee shall be due on or before **March 17, 2007**. Signed by Judge Lonny R. Suko. Text-only entry; no PDF will follow. This text-only entry constitutes the Court order or notice on the matter. (GT, Judicial Assistant) (Entered: 02/23/2007) |
| 03/02/2007 | 14 | Appellee's BRIEF by Rose Townsend Trust. (Smith, Scott) (Entered: 03/02/2007) |
| 03/02/2007 | 15 | Appellee's Addendum of Authorities by Rose Townsend Trust. (Smith, Scott) Modified on 3/6/2007 modified docket text to reflect correct title of document (CV, Case Administrator). (Entered: 03/02/2007) |
| 03/13/2007 | 16 | NOTICE of Hearing - Text entry; no PDF document. - By Court: Telephonic Status Conference set for 4/13/2007 at 09:00 AM before Judge Lonny R. Suko. Counsel are directed to call the Court Conference Line (509)573-6932.(LMM, Courtroom Deputy) (Entered: 03/13/2007) |
| 03/19/2007 | 17 | Appellant's REPLY BRIEF by New Century Mortgage Corporation. (Gibbons, Daniel) (Entered: 03/19/2007) |

| | | |
|---|---|---|
| 03/19/2007 | 18 | APPENDIX re 17 Appellant's Reply Brief *Supplemental Addendum of Authorities* by New Century Mortgage Corporation. (Attachments: # 1 Document Continued - Cases)(Gibbons, Daniel) (Entered: 03/19/2007) |
| 04/13/2007 | 19 | Minute Entry for TELEPHONIC proceedings held before Judge Lonny R. Suko: Status Conference held on 4/13/2007. (Reported/Recorded by: Not Reported) (LMM, Courtroom Deputy) (Entered: 04/13/2007) |
| 04/13/2007 | 20 | NOTICE of Hearing - Text entry; no PDF document. - By Court: Telephonic Status Conference set for 4/20/2007 at 9:30 AM before Judge Lonny R. Suko. Counsel are directed to call the Court Conference Line (509) 573-6932. (LMM, Courtroom Deputy) (Entered: 04/13/2007) |
| 04/20/2007 | 21 | Minute Entry for TELEPHONIC proceedings held before Judge Lonny R. Suko: Status Conference held on 4/20/2007. (Reported/Recorded by: Not Reported) (LMM, Courtroom Deputy) (Entered: 04/20/2007) |
| 04/24/2007 | 22 | ORDER STAYING CASE. Signed by Judge Lonny R. Suko. (CV, Case Administrator) (Entered: 04/24/2007) |
| 05/08/2007 | 23 | ORDER CLOSING FILE. Case will be reopened at the conclusion of the bankruptcy case. Signed by Judge Lonny R. Suko. (CV, Case Administrator) (Entered: 05/08/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/21/2007 09:08:55 | | | |
| PACER Login: | ss5749 | Client Code: | townsend/johnston |
| Description: | Docket Report | Search Criteria: | 2:06-cv-00291-LRS |
| Billable Pages: | 3 | Cost: | 0.24 |