IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., ) | |
| Debtor. ) | Case Number  07-10416 (KJC) |
| ROSE TOWNSEND TRUST, ) | |
| ) | |
| Movant, ) | |
| ) | |
| NEW CENTURY TRS HOLDINGS, INC., ) | |
| ) | |
| Respondent. ) | Objections Due: June 20, 2007 |
| ) | Hearing Date: June 27, 2007, @ 10:00 a.m. |

**NOTICE OF MOTION OF THE ROSE TOWNSEND TRUST
FOR AN ORDER FOR RELIEF FROM
THE AUTOMATIC STAY UNDER § 362 OF THE BANKRUPTCY CODE**

TO:   The Debtor and its counsel; the Office of the United States Trustee; Counsel for the Official Committee of Unsecured Creditors; Counsel to the Banks; and any other party directly affected by the Motion.

The Rose Townsend Trust ("Movant") has filed a Motion for Relief from stay which seeks relief from the automatic stay under Section 362 of the Bankruptcy Code to enable Movant to proceed with its pending litigation against New Century TRS Holdings, Inc., in the United States District Court for the Eastern District of Washington.

HEARING ON THE MOTION WILL BE HELD ON JUNE 27, 2007, @ 10:00 A.M.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion at least five business days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorney:

> Daniel K. Hogan
> The Hogan Firm
> 1311 Delaware Avenue
> Wilmington, DE 19806

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purposes of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

By: /s/ Daniel K. Hogan
Daniel K. Hogan (De. Bar No. 2814)