**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE:** | ) |
| | )Chapter 11 |
| **NEW CENTURY TRS HOLDINGS, INC.,** | ) |
| | )Case Number  07-10416 (KJC) |
| Debtor. | ) |
| **ROSE TOWNSEND TRUST,** | ) |
| | ) |
| Movant, | ) |
| | ) |
| **NEW CENTURY TRS HOLDINGS, INC.,** | ) |
| | )Re: Docket No. _____ |
| Respondent. | ) |
| | ) |

**ORDER GRANTING MOTION FOR**
**RELIEF FROM THE AUTOMATIC STAY**

Upon the motion of the Rose Townsend Trust ("Movant"), for relief from the automatic stay; and adequate notice of the Motion having been given; and this Court being fully advised in the premises:

IT IS HEREBY ORDERED that the automatic stay be modified and that Movant be allowed to prosecute its cause of action against Debtors in Washington and the establishment of a supersedeas bond to final resolution;

IT IS SO ORDERED this ____ day of _____, 2007.

_____
The Honorable Kevin J. Carey