**CERTIFICATE OF SERVICE**

      I, Daniel K. Hogan, certify that I am not less than 18 years of age, and that service of the Notice of Motion and a copy of the Motion for Relief from Automatic Stay was made on May 25, 2007, upon the persons on the 2002 Service List via first class and/or electronic mail.

      Under penalty of perjury, I declare that the foregoing is true and correct.

| | |
|---|---|
| May 25, 2007 | /s/Daniel K. Hogan |
| Date | Daniel K. Hogan |