## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, hereby certify that, on May 25, 2007, I caused a copy of the foregoing to be served upon the persons listed below in the manner indicated.

### HAND DELIVERY

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

### U.S. MAIL

Suzanne S. Uhland, Esquire
Ben Logan, Esquire
O'Melveny & Myers LLP
275 Battery Park
San Francisco, CA 94111

Mark S. Indelicato
Mark T. Power
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floors
New York, NY 10022

_____
Gregory A. Taylor (#4008)

180935.1