

**Mackoff Kellogg**
**Law Firm**

P.O. Box 1097
46 West Second Street
Dickinson, ND 58602-1097

(701) 227-1841
Fax (701) 227-4739
Email: Firm@Mackoff.com
Online: www.mackoff.com

Gordon W. Schnell
Paul F. Ebeltoft
Charles J. Peterson *
Timothy A. Priebe
Glen R. Bruhschwein '
Randall N. Sickler **
Sandra K. Kuntz *'
Matthew R. Kolling *
Jennifer D. Grosz
Nathan M. Bouray °

\* Also Licensed in Montana
\*\* Also Licensed in Colorado
' Also Licensed in South Dakota
- Also Licensed in Minnesota
° Only Licensed in Nebraska

H. A. Mackoff, 1889-1963
Theo. Kellogg, 1904-1990
Ward M. Kirby, 1922-1993
Paul G. Kloster, retired
John L. Sherman, retired

Branch Office:

41 Central Avenue S.
P.O. Box 10
Beach, ND 58621
(701) 872-3731
Fax (701) 872-4695

FILED
2007 MAY 25  AM 10: 05
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 22, 2007

US Bankruptcy Court
District of Delaware
3rd Floor
824 N Market Street
Wilmington DE 19801

RE: In Re New Century TRS Holdings, Inc.
Chapter 11, Case No. 07-10416 (KJC)

Dear Sir or Madam:

Our office previously requested that an Affidavit of Ordinary Course Professional be filed on behalf of the Mackoff Kellogg Law Firm in the above Chapter 11 case. We would like to withdraw that Affidavit and handle this in a different manner. If there is a problem with our request, please immediately call me toll free at 1-800-578-3731.

Thank you.

Sincerely,

Charles J. Peterson, Attorney

CJP:ks

**Mackoff, Kellogg, Kirby & Kloster, P.C.**