# FEIN, SUCH, KAHN & SHEPARD, P.C.

## COUNSELLORS AT LAW

ALAN F. SUCH •
HENRY H. FEIN •▲
PHILIP A. KAHN •
JAMES E. SHEPARD
GREGG P. TADAKIN • ▫
ERIC S. KAPNICK •
DEIRDRE R. WHEATLEY-LISS • . •
VINCENT DIMAIOLO, JR. ◇
PETER R. DAY (1957-1990)

*Of Counsel*
DONALD A. RICHARDS •▫ ▲
SHARI SEFFER •
MICHAEL S. REUTER ▼◇
ROBERT WINTERS ▼• ▫

• ALSO MEMBER NY BAR
▫ ALSO MEMBER PA BAR
▼ ALSO MEMBER MD BAR
◇ ALSO MEMBER DC BAR
▵ ALSO MEMBER MA BAR
◂ ALSO MEMBER FL BAR
► ALSO MEMBER CT BAR
· LL.M IN TAXATION
▲ ALSO MEMBER US TAX COURT
• CERTIFIED ELDER LAW ATTORNEY
◇ CERTIFIED BY SUPREME COURT OF NEW
   JERSEY AS A CIVIL TRIAL ATTORNEY

7 CENTURY DRIVE, SUITE 201
PARSIPPANY, NEW JERSEY 07054
(973) 538-4700

FACSIMILE (973) 397-2976

*www.feinsuch.com*

DOUGLAS S. CHARIPPER •
BRIAN W. KINCAID ◇▫
MARIO A. SERRA, JR.
BRIAN P.S. McCABE
MICHELLE V. KOMOR •
MICHAEL S. HANUSEK•
SAMIT PATEL•
RICHARD ZIMMERMAN
JOSHUA B. SEARS ◇
KRISTEN KLICS •
TAMMY L. TERRELL ▵
STEVEN LOEB •
NANCY E. CAMPANOZZI •◂
NICHOLAS J. CANOVA •
RAY A. LEBRON
LAURIE MAXIS ►•
DAVID J. LEVINE
ALVIN L. DARBY ◇
JACE C. McCOLLEY •

April 24, 2007

***Via Overnight Delivery***
United State Bankruptcy Court
District of Delaware
824 North Market Street
3rd Floor
Wilmington, DE 19801
Attention: Filing Clerk

RE:   **NEW CENTURY TRS HOLDINGS, INC., A DELAWARE CORPORATION, ET AL.**
      **CASE NO. 07-10416 (KJC)**
      **CHAPTER 11**
      **REFERENCE DOCKER NO. 380**

Dear Sir or Madam:

Please accept this letter as notice that Fein Such Kahn & Shepard, P.C. hereby withdraws its Certification of Professional in Support of Application for Retention of Professional that was filed with the Court on April 24, 2007.

Resectfull Submitted,
**FEIN, SUCH, KAHN & SHEPARD, P.C.**

**Vincent DiMaiolo, Jr., Esq.**

VDM/db
Enclosure

FILED

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF DELAWARE | CHAPTER 11 2007 MAY 25 AM 10: 26 |
| | CASE NO.: 07-10416 (KJC) COUR.<br>DISTRICT OF DELAWARE |
| In Re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a<br>Delaware Corporation, et al.<br><br>Debtors | AFFIDAVIT |

## CERTIFICATE OF SERVICE

I, Vincent DiMaiolo, Jr., Esq. of Fein, Such, Kahn & Shepard, P.C. hereby certify that on the 24th day of May, 2007, I served a copy of the Letter withdrawing the Certification of Professional in Support of Application for Retention of Professional filed with the Court on April 24, 2007 on the parties listed on the attached service list, in the manner there indicated.

Fein, Such, Kahn & Shepard, P.C.

_____
Vincent DiMaiolo, Jr., Esq.

**Service List**
**Case No. 07-10416 (KJC)**

**Via US Mail**
Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, De 19801

Chun I. Jang
Richards, Layton & Finger, P.A.
920 North King Street
P.O. Box 551
Wilmington, DE 19899

Judith T. Romano
Phelan Hallinan & Schmieg, LLP
1617 John F. Kennedy Blvd
Suite 1400
Philadelphia, PA 19103

Marcos Alexis Ramos
Richards Layton & Finger, PA
One Rodney Square
PO Box 551
Wilmington, DE 19899

Mark D. Collins
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

Michael Joseph Merchant
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

*U.S. Trustee*
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035