**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Kurt F. Gwynne, hereby certify that on this 25th day of May, 2007, I caused a true and correct copy of the **INDYMAC BANK, F.S.B.'S LIMITED OBJECTION TO THE DEBTORS' MOTION TO PROVIDE ADEQUATE PROTECTION PURSUANT TO BANKRUPTCY CODE SECTIONS 105(A), 361, 362 AND 363(B)(1) AND MOTION FOR GRANTING OF ALTERNATIVE ADEQUATE PROTECTION UNDER SECTION 361(3)** to be served upon the parties on the attached service list in the manners indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

## SERVICE LIST

**VIA HAND DELIVERY**
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Marcos A. Ramos, Esquire
Christopher M. Samis, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**VIA HAND DELIVERY**
Joseph J. McMahon, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

**VIA HAND DELIVERY**
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19810

**VIA FACSIMILE &**
**FIRST CLASS MAIL**
Suzzanne S. Uhland, Esquire
Ben H. Logan, Esquire
Victoria Newmark, Esquire
Emily R. Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
Facsimile: 415-984-8701

**VIA FACSIMILE &**
**FIRST CLASS MAIL**
Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Facsimile: 212-478-7400