## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., | ) | Chapter 11 |
| et al., | ) | |
| | ) | Case No. 07-10416-KJC |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objections due by:  June 8, 2007 at 4:00 p.m.** |
| | ) | **Hearing Date:  June 15, 2007 at 10:00 a.m.** |

### MOTION OF LITTON LOAN SERVICING LP
### FOR RELIEF FROM THE AUTOMATIC STAY
### AS TO 25 HEATHER DRIVE, CENTER MORICHES, NEW YORK

Litton Loan Servicing LP, by and through its attorneys, Eckert Seamans Cherin & Mellott, LLC, files this Motion for Relief from the Automatic Stay and, in support thereof, avers as follows:

### JURISDICTION AND VENUE

1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157(b)(1).

2.    This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

3.    Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

### BASIS FOR RELIEF

4.    Litton Loan Servicing LP ("Litton") is a limited partnership with a place of business of 4828 Loop Central Drive, Houston, Texas.

5.    Litton provides mortgage loan servicing for U.S. Bank National Association, as Trustee ("U.S. Bank").

6.    On or about April 2, 2007, New Century TRS Holdings, Inc., and its affiliated companies (collectively, the "Debtors") filed petitions for Relief under Chapter 11 of the United States Bankruptcy Code.

7.    On or about September 30, 2005, an individual, Maria LeMaire (the "Obligor"), executed and delivered to Debtor New Century Mortgage Corporation ("New Century"), an Adjustable Rate Note in the principal amount of TWO HUNDRED AND TWENTY THOUSAND, FOUR HUNDRED AND EIGHTY DOLLARS EVEN ($220,480.00), plus an adjustable rate of interest, attorney's fees, costs and late charges to be paid by the Obligor over thirty (30) years (the "Note"). A true and correct copy of the Note is attached hereto as Exhibit "A" and incorporated as more fully stated herein.

8.    Also on September 30, 2005, and as security for the Obligor's performance under the Note, Obligor executed and delivered a Mortgage to New Century, said Mortgage being recorded on October 28, 2005, in the Suffolk County, New York, Clerk Records Office, in Liber # M00021160 (the "Mortgage"). A true and correct copy of the Mortgage is attached hereto as Exhibit "B" and incorporated as more fully stated herein.

9.    The property secured by the Mortgage is located at 25 Heather Drive, Center Moriches, New York (the "Mortgaged Property").

10.    Subsequently, the Note and Mortgage were assigned and transferred to U.S. Bank.

11.    As of May 7, 2007, Obligor is in default per the terms of the Note and Mortgage and owes an unpaid balance of TWO HUNDRED, THIRTY-SIX THOUSAND, THREE HUNDRED, TEN AND 77/100 DOLLARS ($236,310.77), plus additional accruing interest, attorney's fees, costs and late charges, as depicted on the attached Payoff Statement. A true and correct copy of the Payoff Statement is attached hereto as Exhibit "C."

12.    The current market value of the Mortgaged Property is THREE HUNDRED AND TWENTY THOUSAND DOLLARS EVEN ($320,000.00).

13.    New Century remains as a junior lien holder on the Mortgaged Property by virtue of a second mortgage.

14.    Cause exists under Section 362(d)(1) to terminate the automatic stay with respect to the Mortgaged Property.  The Obligor has failed to make payments under the Note and is in default.  Thus, Litton seeks relief from the automatic stay to pursue foreclosure of the Mortgage.

15.    Additionally, Litton's efforts to foreclose on the Mortgaged Property have been stayed by the Debtors' bankruptcy filing, which is causing Litton significant prejudice by allowing the Obligor to become further in default under the Note and Mortgage.

16.    Moreover, additional delay in permitting Litton to pursue foreclosure of the Mortgaged Property will likely lead to a decrease in value of the property, which will adversely affect the value of the Debtors' interest in the property, to the extent any such value does exist.

WHEREFORE, Litton Loan Servicing LP, hereby moves for an Order pursuant to 11 U.S.C. § 362(d) terminating the Automatic Stay, for cause, with regard to the Debtors' interest in 25 Heather Drive, Center Moriches, New York, and for other relief as this court deems just and proper.

Dated: May 25, 2007

Eckert Seamans Cherin & Mellott, LLC

By: _____
Michael G. Busenkell (Bar No. 3933)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Telephone:    (302) 425-0430
FAX:          (302) 425-0432

*Attorneys for Litton Loan Servicing LP*