## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Motion for Relief from Automatic Stay, Proposed Order and Notice of Motion were served locally by hand and by first class mail, postage pre-paid, this 25th day of May, 2007, upon the following parties:

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorney for Debtors*

Bonnie Glantz Fatell, Esq.
Blank Rome, LLP
1201 Market Street, Suite 800
Wilimington, DE 19801
*Attorney for the Official Committee of Unsecured Creditors*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilimington, DE 19899

Maria LeMaire
25 Heather Drive
Center Moriches, NY 11934
*Obligor*

By:_____
Michael G. Busenkell

U0006626