IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NEW CENTURY TRS HOLDINGS, INC., ) | Chapter 11 |
| et al., ) | |
| ) | Case No. 07-10416-KJC |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objections due by: June 8, 2007 at 4:00 p.m. |
| ) | Hearing Date: June 15, 2007 at 10:00 a.m. |

### NOTICE OF MOTION OF LITTON LOAN SERVICING LP FOR RELIEF FROM THE AUTOMATIC STAY

To: The Persons on the attached service list.

Litton Loan Servicing LP, has filed a Motion for Relief from the Automatic Stay as to 122 Bayonne Cove, Maumelle, Arkansas.

HEARING ON THE MOTION WILL BE HELD ON **JUNE 15, 2007 AT 10:00 A.M.**

You are required to file a response and the supporting documentation required by Local Rule 4001-1(d) to the attached motion at least five business days before the above hearing date. At the same time, you must also serve a copy of the response upon movant's attorney:

Eckert Seamans Cherin & Mellott, LLC
Michael G. Busenkell
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Telephone: (302) 425-0430

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to the relevant facts such as value of the property, and the extent and validity of any security instrument.

Dated: May 25, 2007

Eckert Seamans Cherin & Mellott, LLC

By: _____
Michael G. Busenkell (No. 3933)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Telephone: (302) 425-0430
*Attorneys for Litton Loan Servicing, LP*