IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No. 448 |

## ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING EXAMINATIONS AND DIRECTING PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULES 2004 AND 9016

Upon the motion (the "Motion")[2] of the Official Committee of Unsecured Creditors (the "Committee") of New Century TRS Holdings, *et al.* (the "Debtors") for entry of an order pursuant to Bankruptcy Rules 2004 and 9016, authorizing the production of documents from the Debtors and their Subsidiaries; and this matter being a core proceeding pursuant to 28 U.S.C. §157 (b)(2)(B); and notice of the Motion having been served on counsel for the Debtors and all other parties who have filed a notice of appearance in the Chapter 11 Cases; and it appearing that no other or further notice is required; and the Debtors having informed the Committee and the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

127340.01600/40168557v.2

Court that the Debtors do not oppose the examination and the production of certain documents, including those listed on Schedule A; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. Pursuant to Bankruptcy Rules 2004 and 9016, the Debtors and their Subsidiaries are hereby directed to produce for inspection and copying, at such times and places to be designated by the Committee, the documents set forth in the annexed Schedule A and any additional documents as requested by the Committee, provided however that the Debtors and their Subsidiaries may object to the production of certain documents on the basis of privilege or other lawful grounds, and provided further that all documents withheld on such bases shall be listed in a log that complies with applicable laws and rules.

3. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: May __, 2007

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge