# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, <u>et</u> <u>al.</u>,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered<br><br>**Re: D.I. 870** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 29, 2007, a copy of the **Response Of Morgan Stanley Mortgage Capital Inc. To Debtors' Motion For Order To Provide Adequate Protection Pursuant To Bankruptcy Code Sections 105(a), 361, 362, And 363(b)(1) And Cross Motion Of Morgan Stanley Mortgage Capital Inc. For Entry Of An Order Providing Adequate Protection Of Its Interest In Particular Mortgage Loan Payments By (1) Prohibiting The Debtors From Using Such Payments And (2) Requiring The Debtors To Segregate And Account For Such Payments** (D.I. 870) was served in the manner indicated upon the entities identified on the attached service list.

Dated: May 29, 2007

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        /s/ Daniel B. Butz
                                    Robert J. Dehney (No. 3578)
                                    Gregory W. Werkheiser (No. 3553)
                                    Daniel B. Butz (No. 4227)
                                    1201 North Market Street
                                    P.O. Box 1347
                                    Wilmington, DE  19899-1347
                                    Telephone: (302) 658-9200
                                    Facsimile:  (302) 658-3989

                                    -and-

Luc A. Despins, Esq.
Wilbur F. Foster, Jr., Esq.
MILBANK, TWEED, HADLEY & MCCLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
Phone: (212) 530-5000
Facsimile: (212) 530-5219

-and-

Howard R. Hawkins, Jr., Esq.
CADWALADER, WICKERSHAM & TAFT
One World Financial Center
New York, NY 10281
Phone: (212) 504-6000
Facsimile: (212) 504-6666

*Attorneys for Morgan Stanley Mortgage Capital Inc.*

843057