## SERVICE LIST

**BY FACSIMILE**

| Name | Phone Number | Fax Number |
|---|---|---|
| Kurt F. Gwynne, Esq. | 302-778-7500 | 302-778-7575 |
| Claudia Z. Springer | 215-851-8100 | 2105-851-1420 |
| William P. Bowden | 302-654-1888 | 302-654-2067 |
| Richard A. Chesley | 312-499-6000 | 312-499-6100 |
| Keith W. Miller | 212-318-6000 | 212-319-4090 |
| Mark T. Hurford | 302-426-1900 | 302-426-9947 |
| Paul M. Basta | 212-446-4800 | 212-446-4900 |
| Evelyn J. Meltzer | 302-777-6575 | 302-421-8390 |
| Ken Coleman | 212-610-6300 | 212-610-6399 |
| Neil B. Glassman | 302-655-5000 | 302-658-6395 |
| Gregory Petrick | 212-504-6000 | 212-504-6666 |