## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |

### *AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 30, 2007 AT 2:30P.M.

I.    **CONTINUED MATTERS:**

1.    Motion for Relief from Automatic Stay *as to 124 Paseo Del Angel, Santa Fe, New Mexico 87507* [Docket No. 467; filed 4/30/07]

Objection Deadline:    May 22, 2007 at 4:00 p.m.; extended to June 6, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.    Notice of Hearing [Docket No. 468; filed 4/30/07]

Status:  The hearing has been continued to the June 15, 2007 hearing at 10:00 a.m.

2.    Application for Order Pursuant to Section 327(e) of the Bankruptcy Code Authorizing Employment of Sheppard, Mullin, Richter & Hampton LLP, as

---

[1]  The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

[2]  Amended/Added agenda items are noted in **bold.**

Special Corporate and Litigation Counsel to the Debtors Nunc Pro Tunc as of April 2, 2007 [Docket No. 490; filed 5/10/7]

Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to June 15, 2007 for the U.S. Trustee and Creditors' Committee

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  The hearing has been continued to the hearing scheduled for June 15, 2007 at 10:00 a.m.

3.    Debtors' Application for Order Authorizing the Retention and Employment of Heller Ehrman LLP as Special Counsel to the Audit Subcommittee Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e) and 1107(b) of the Bankruptcy Code [Docket No. 495; filed 5/1/07]

Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to June 8, 2007 at 4:00 p.m. for the U.S. Trustee and Creditors' Committee

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  The hearing has been continued to the hearing scheduled for June 15, 2007 at 10:00 a.m.

4.    Application of Debtors and Debtors in Possession for an Order Authorizing the Retention and Employment of Manatt, Phelps & Phillips, LLP as Special Securitization Counsel to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e), 328, 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002 [Docket No. 496; filed 5/2/07]

Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to June 8, 2007 at 4:00 p.m. for the U.S. Trustee and Creditors' Committee

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  The hearing has been continued to the scheduled hearing for June 15, 2007 at 10:00 a.m.

5.    Application of the Debtors and Debtors in Possession for an Order Authorizing the Employment of Allen Matkins Leck Gamble Mallory & Natsis LLP as Special Counsel to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to § 327(e) of the Bankruptcy Code [Docket No. 514; filed 5/2/07]

Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to June 8, 2007 at 4:00 p.m. for the U.S. Trustee and Creditors' Committee

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  The hearing has been continued to the scheduled hearing for June 15, 2007 at 10:00 a.m.

6.    Application of Debtors and Debtors in Possession for Order Authorizing the Retention and Employment of Grant Thornton LLP as Tax Accountant to the Debtor Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(a) and 328 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002 [Docket No. 515; filed 5/2/07]

Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to June 8, 2007 at 4:00 p.m. for the U.S. Trustee and Creditors' Committee

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  The hearing has been continued to the scheduled hearing for June 15, 2007 at 10:00 a.m.

7.    Application of the Debtors and Debtors in Possession for an Order Authorizing the Retention and Employment of ICP Consulting LLC, as Special Asset Valuation and Liquidation Advisors to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(a) and 328 of the Bankruptcy Code [Docket No. 516; filed 5/2/07]

Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to June 8, 2007 at 4:00 p.m. for the U.S. Trustee and Creditors' Committee

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  The hearing has been continued to the scheduled hearing for June 15, 2007 at 10:00 a.m.

8.    MidFirst Bank's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) as to 95 Fairview Avenue, Rochester, NY [Docket No. 560; filed 5/7/07]

Objection Deadline:    May 22, 2007 at 4:00 p.m.; extended to June 6, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  The hearing has been continued to the scheduled hearing for June 15, 2007 at 10:00 a.m.

9.  Motion for Relief from Automatic Stay as to 1 Fourth Street, Conestee, South Carolina 29636 [Docket No. 581; filed 5/9/07]

Objection Deadline:  May 22, 2007 at 4:00 p.m.; extended to June 6, 2007 at 4:00 p.m.

Related Documents:

i.  Notice of Hearing [Docket No. 582; filed 5/9/07]

ii.  Re-Notice of Hearing [Docket No. 654; filed 5/14/07]

Status:  The hearing has been continued to the scheduled hearing for June 15, 2007 at 10:00 a.m.

10.  Motion of Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, All Others Similarly Situated, and the General Public, for an Order Granting Relief from the Automatic Stay [Docket No. 635; filed 5/11/07]

Objection Deadline:  May 23, 2007 at 4:00 p.m.; extended to May 30, 2007 at 4:00 p.m. for Debtors

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  The hearing has been continued to the scheduled hearing for June 15, 2007 at 10:00 a.m.

11.  Application for Order Pursuant to Section 327(e) of the Bankruptcy Code Authorizing Employment of Irell & Manella LLP, as Special Litigation, Employee Benefits and Insurance Counsel to the Debtors Nunc Pro Tunc as of April 20, 2007 [Docket No. 641; filed 5/11/07]

Objection Deadline:  May 23, 2007 at 4:00 p.m.; extended to June 8, 2007 at 4:00 p.m. for the U.S. Trustee and Creditors' Committee

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  The hearing has been continued to the scheduled hearing for June 15, 2007 at 10:00 a.m.

12.  Debtors' Application for Order Under 11 U.S.C. §§ 327(e) and 328 Authorizing the Employment of Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates as Special Regulatory Counsel for the Debtors Effective as of the Petition Date [Docket No. 642; filed 5/11/07]

Objection Deadline:  May 23, 2007 at 4:00 p.m.; extended to June 8, 2007 at 4:00 p.m. for the U.S. Trustee and Creditors' Committee

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  The hearing on this matter has been continued to the omnibus hearing scheduled for June 15, 2007 at 2:30 p.m.

13.  Motion of Coventry Fund X, Ltd. to Compel Payment of Administrative Expense [Docket No. 680; filed 5/14/07]

Objection Deadline:  May 23, 2007 at 4:00 p.m.; extended to June 8, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.    Amended Notice of Hearing [Docket No. 797; filed 5/21/07

Status:  The hearing has been continued to omnibus hearing scheduled for June 15, 2007 at 10:00 a.m.

## II.    UNCONTESTED MATTERS GOING FORWARD:

14.  Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting its Members to Engage in Securities Trading, Loan Sales and Other Transactions Involving the Debtors and Their Respective Assets [Docket No. 409; filed 4/26/07]

Objection Deadline:  May 8, 2007 at 4:00 p.m.; extended to June 8, 2007 at 4:00 p.m. for the U.S. Trustee, the Securities and Exchange Commission and the Debtors

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

5

Status: The hearing has been continued to omnibus hearing scheduled for June 15, 2007 at 10:00 a.m.

15. Motion for Relief from Stay with Regard to Junior Mortgages on 5621 Lake Mary Jess Shore Ct., Orlando, Florida and 7390 Woodland Creek Lane, Fort Worth, Florida [Docket No. 596; filed 5/9/07]

Objection Deadline: May 22, 2007 at 4:00 p.m.; extended to May 25, 2007 at 4:00 p.m. for the Debtors

Objections/Responses Received: None at this time.

Related Documents: None at this time.

Status: The hearing on this matter is going forward.

16. Second Motion of the Debtors and Debtors in Possession for an Order Pursuant to Section 105(a) of the Bankruptcy Code Authorizing the Debtors (A) to Honor Additional Prepetition Obligations to Customers Pursuant to the Customer Programs and (B) to Continue the Customer Programs [Docket No. 643; filed 5/11/07]

Objection Deadline: May 23, 2007 at 4:00 p.m.; extended to May 25, 2007 at 4:00 p.m. for the U.S. Trustee

Objections/Responses Received: None at this time.

Related Documents: None at this time.

Status: The hearing on this matter is going forward.

17. Motion Pursuant to Sections 361, 326 and 363 of the Bankruptcy Code for an Order Approving the Stipulation and Agreement Among the Debtors and Citigroup Global Markets Realty Corp With Respect to the Payment of Cash Collateral [Docket No. 820; filed 5/22/07]

Objection Deadline: May 29, 2007 at 4:00 p.m.; extended to May 25, 2007 at 4:00 p.m. for the U.S. Trustee

Objections/Responses Received: None at this time.

Related Documents:

i. Order Granting Motion of Debtors and Debtors of Possession to Shorten Notice and Objection Periods for Debtors' Motion Pursuant to Sections 361, 362 and 363 of the Bankruptcy Code for an Order Approving the Stipulation and Agreement Among the Debtors and Citigroup Global

Markets Realty Corp with Respect to the Payment of Cash Collateral [Docket No. 841; filed 5/23/07]

ii.    Notice of Hearing [Docket No. 847; filed 5/23/07]

Status: The hearing on this matter is going forward.

## III.    CONTESTED MATTERS GOING FORWARD:

18.    Motion for an Order Under 11 U.S.C. §§ 105 and 363 Authorizing the Employment of AP Services, LLC as Crisis Managers for the Debtors Nunc Pro Tunc to April 2, 2007 [Docket No. 414; filed 4/26/07]

Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to May 25, 2007 at 4:00 p.m. for the Creditors' Committee; extended indefinitely for the U.S. Trustee

Objections/Responses Received:

A.    **Notice of First Amendment to Agreement for Interim Management and Restructuring Services Between AP Services, LLC and New Century Financial Corporation [Docket No. 876; filed 5/25/07]**

Related Documents: None at this time.

Status: The hearing on this matter is going forward.

19.    Application Pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Section 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of Pricewatercoopers LLP as Accountants to the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date [Docket No. 510; filed 5/2/07]

Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to May 25, 2007 at 4:00 p.m. for the Creditors' Committee; extended indefinitely for the U.S. Trustee

Objections/Responses Received: None at this time.

Related Documents: None at this time.

Status:    **The hearing on this matter is continued to the omnibus hearing scheduled for June 15, 2007 at 10:00 a.m.**

20.    Motion of the Debtors and Debtors in Possession for a Procedure to Grant Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to Sections 105(a) and 362 of the Bankruptcy Code [Docket No. 526; filed 5/3/07]

Objection Deadline:    May 14, 2007 at 4:00 p.m.

7

Objections/Responses Received:

A.    Regions Bank's Response and Opposition to Motion of the Debtors and Debtors in Possession for a Procedure to Grant Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to Sections 105(a) and 362 of the Bankruptcy Code [Docket No. 645; filed 5/14/07]

B.    Limited Objection of Litton Loan Servicing LP to Motion of the Debtors and Debtors in Possession for a Procedure to Grant Relief From the Automatic Stay for Certain Foreclosure Proceedings Pursuant to Sections 105(a) and 362 of the Bankruptcy Code [Docket No. 659; filed 5/14/07]

C.    Objection to the Debtors' Motion for a Procedure to Grant Stay Relief for Certain Foreclosure Proceedings [Docket No. 660; filed 5/14/07]

D.    Objection of Washington Mutual to the Motion of the Debtors and Debtors in Possession for a Procedure to Grant Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to Sections 105(a) and 362 of the Bankruptcy Code [Docket No. 664; filed 5/14/07]

E.    Objection of Countrywide Home Loans, Inc. to Debtors' Motion for a Procedure to Grant Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to Sections 105(a) and 362 of the Bankruptcy Code [Docket No. 669; filed 5/14/07]

F.    HSBC's Limited Objection to Motion of Debtors and Debtors in Possession for a Procedure to Grant Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to Sections 105(a) and 362 of the Bankruptcy Code [Docket No. 672; filed 5/1/4/07]

G.    Response to Debtors' and Debtors' Motion for Procedure to Grant Stay Relief in Certain Foreclosure Proceedings [Docket No. 795; filed 5/21/07]

Related Documents: None at this time.

Status:  The hearing on this matter is going forward. This matter was originally considered at the May 21, 2007 hearing. At the Court's request, the matter was continued to this date to allow the Debtors time to negotiate with the objecting parties over the proposed procedures.

21.    Application for Authorization to Retain Hahn & Hessen LLP as Co-Counsel for the Official Committee of Unsecured Creditors [Docket No. 549; filed 5/4/07]

Objection Deadline:    May 21, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

8

<u>Status</u>: The hearing on this matter is going forward.

22.    Application of the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al., for an Order Authorizing the Committee to Retain and Employ Blank Rome LLP as its Co-Counsel Pursuant to 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P 2014 Nunc Pro Tunc as of April 9, 2007 [Docket No. 550; filed 5/4/07]

<u>Objection Deadline</u>:    May 21, 2007 at 4:00 p.m.

<u>Objections/Responses Received</u>:  None at this time.

<u>Related Documents</u>:  None at this time.

<u>Status</u>:  The hearing on this matter is going forward.

23.    Application Pursuant to Fed. R. Bankr. P. 2014(a) For Order Under Sections 328 and 1103 of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Nunc Pro Tunc to April 9, 2007 [Docket No. 551; filed 5/4/07]

<u>Objection Deadline</u>:    May 21, 2007 at 4:00 p.m.

<u>Objections/Responses Received</u>:  None at this time.

<u>Related Documents</u>:  None at this time.

<u>Status</u>:  The hearing on this matter is going forward.

24.    Motion of Law Offices of David J. Stern, P.A. for Omnibus Relief from Stay [Docket No. 675; filed 5/14/07]

<u>Objection Deadline</u>:    May 23, 2007 at 4:00 p.m.; extended to May 25, 2007 at 4:00 p.m. for Debtors

<u>Objections/Responses Received</u>:

A.    **Response of Debtors and the Debtors in Possession to Motion of Law Offices of David J. Stern, P.A. for Omnibus Relief from Stay [Docket No. 886; filed 5/25/07]**

<u>Related Documents</u>:  None at this time.

<u>Status</u>:  **The hearing on this matter is going forward.**

25.    Deutsche Bank National Trust Company's Assumption and/or Cure Objection in Connection with Debtors' Proposed Sale of Servicing Business [Docket No. 667; filed 5/14/07]

9

Objection Deadline:    May 14, 2007 at 4:00 p.m.

Objections/Responses Received:

A.    Joint Reply of Debtors and Debtors in Possession and Official Unsecured Creditors' Committee to (1) Objections of Wells Fargo Bank N.A. to (A) Cure Amounts and (B) Adequate Assurance of Future Performance and (2) Objection of Deutsche Bank National Trust Company to Assumption And/Or Cure In Connection With Sale of Debtors' Servicing Business [Docket No. 783; filed 5/18/07]

Related Documents:  None at this time.

Status:  A status conference on this matter is going forward.

26.    Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362 and 363(b)(1) [Docket No. 736; filed 5/16/07]

Objection Deadline:    May 25, 2007 at 4:00 p.m.; extended to May 25, 2007 at 4:00 p.m. for the U.S. Trustee

Objections/Responses Received:

A.    Objection of Natixis Real Estate Capital Inc. to Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Section 105(a), 361, 362 and 363(b)(1) [Docket No. 865; filed 5/25/07]

B.    **Response of the Official Committee of Unsecured Creditors in Support of Debtors' Motion to Provide Adequate Protection [Docket No. 868; filed 5/25/07]**

C.    **Objection of Barclays Bank PLC to Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361 and 363(b)(1) [Docket No. 869; filed 5/25/07]**

D.    **Response of Morgan Stanley Mortgage Capital Inc. to Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362, and 363(b)(1) and Cross Motion of Morgan Stanley Mortgage Capital Inc. for Entry of an Order Providing Adequate Protection of its Interest in Particular Mortgage Loan Payments by (1) Prohibiting the Debtors from Using Such Payments and (2) Requiring the Debtors to Segregate and Account for Such Payments [Docket No. 870; filed 5/25/07]**

E.    **Limited Objection and Reservation of Rights of Citigroup Global Markets Realty Corp. to Debtors' Motion for Order to Provide**

> **Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362 and 363 (b)(1) [Docket No. 874; filed 5/25/07]**

F.    **Limited Response of UBS Real Estate Securities Inc. to Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362 and 363(b)(1) [Docket No. 879; filed 5/25/07]**

G.    **Indymac Bank, F.S.B's Limited Objection to the Debtors' Motion to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 1059a), 361, 362 and 363(b)(1) [Docket No. 889; filed 5/25/07]**

Related Documents:

i.    Order Granting Motion of Debtors and Debtors of Possession to Shorten Notice and Objection Periods for Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361 and 363(b)(1) [Docket No. 750; filed 5/17/07]

ii.    Notice of Hearing [Docket No. 755; filed 5/17/07]

Status: The hearing on this matter is going forward.

## IV.    ADVERSARY PROCEEDING MATTERS:

27.    UBS Real Estate Securities, Inc., v. New Century Mortgage Corporation, et al., Adv. Pro. No. 07-50875.

Status: UBS's Motion for Temporary Restraining Order and Preliminary Injunction is scheduled to be heard at the Debtors' June 15, 2007, omnibus hearing. Briefing on the Defendants' Motion to Dismiss Complaint should be completed by Tuesday, May 29, 2007. With the Court's approval, the initial status conference for this matter has been continued to the Debtors' June 15, 2007, omnibus hearing.

28.    Austin v. New Century TRS Holdings, Inc., et al., Adv. Pro. No. 07-50970.

Status: **With the Court's approval, the initial status conference for this matter has been continued to the Debtors' June 27, 2007 omnibus hearing.**

### STATUS CONFERENCE:

29.    **Status Conference on Order Authorizing Appointment of Examiner**

**Related Documents:**

i.    **Letter to Court from Richards, Layton & Finger, P.A. regarding Proposed Order Authorizing Examiner [Docket No. 875; filed 5/25/07]**

ii.    **Letter to Court from the U.S. Trustee regarding Expansion of Scope of Examination [Docket No. 872; filed 5/25/07]**

iii.    **Certification of Counsel Re: Revised Proposed Form of Order of Debtors and Official Committee of Unsecured Creditors (I) Denying Request of United States Trustee for an Order Directing the Appointment of a Chapter 11 Trustee and (II) Granting the Stipulation of the Debtors and Creditors' Committee to Appoint an Examiner Under 11 U.S.C. §§ 1104(C)(1) [Docket No. 786; filed 5/21/07]**

iv.    **Certificate of Counsel Re: Proposed Form of Order Directing the Appointment of an Examiner [Docket No. 774; filed 5/18/07]**

**Status:** **The Court has requested that this matter be added to the agenda as a status conference.**

Dated:  May 29, 2007
       Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

- and -

Suzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

RLF1-3157113-1