IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, | : | |
| INC., a Delaware corporation, *et al.*, [1] | : | Jointly Administered |
| | : | |
| Debtors. | : | **Re: Docket Nos. 675, 886** |
| | : | |
| | : | Hearing Date: May 30, 2007, 2:30 p.m. |
| | : | Objection Deadline: May 25, 2007 |
| | : | |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE RESPONSE OF DEBTORS AND THE DEBTORS IN POSSESSION TO MOTION OF LAW OFFICES OF DAVID J. STERN, P.A. FOR OMNIBUS RELIEF FROM STAY**

The Official Committee of Unsecured Creditors (the "Committee") of New Century TRS Holdings, Inc., *et al.* (the "Debtors"), by its proposed co-counsel, Blank Rome LLP and Hahn & Hessen LLP, hereby joins in the Response of Debtors and Debtors-in-Possession (the "Response") to the Motion of Law Offices of David J. Stern, P.A. for Omnibus Relief From Stay (the "Motion"), and respectfully states as follows:

       1.     Movant, the Law Offices of David J. Stern ("Movant"), seeks an order lifting the automatic stay to permit Movant and its unidentified clients to proceed with foreclosure proceedings on 206 properties with respect to which the Debtors apparently hold

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

junior liens. Movant also seeks retroactive relief from the provisions of 11 U.S.C. § 362 for certain of Movant's alleged clients who violated the automatic stay by foreclosing on three properties on which the Debtors held junior liens.

2. The Committee hereby joins in the Response, which is incorporated herein by reference, and requests that the Motion be denied for substantially the same reasons set forth in the Response

WHEREFORE, the Committee respectfully requests that this Court deny the Motion and grant such other and further relief as is just and proper.

Dated: May 29, 2007

BLANK ROME LLP

/s/ Jason W. Staib
Bonnie Glantz Fatell (No. 3809)
Jason W. Staib (No. 3779)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
Facsimile:    (302) 425-6464

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Mark T. Power
488 Madison Avenue
New York, New York 10022
Telephone:   (212) 478-7200
Facsimile:    (212) 478-7400

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al.*