IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | Objection Deadline: June 18, 2007 at 4:00 p.m. |
| | : | Hearing Date: N/A |
| | : | |

NOTICE OF FIRST MONTHLY FEE
APPLICATION OF RICHARDS, LAYTON & FINGER, P.A.

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in

possession (the "Debtors") have today filed the attached **First Monthly Application of**

**Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered**

**and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in**

**Possession for the Period from April 2, 2007 through April 30, 2007** (the "Application") with

the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor,

Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application

must be made in accordance with the Administrative Order Establishing Procedures for Interim

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Compensation and Reimbursement of Expenses of Professionals (the "Administrative Order")

dated April 24, 2007 [Docket No. 389], and must be filed with the Clerk of the Bankruptcy Court

for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and be

served upon and received by: (i) the Debtors, New Century Mortgage Corporation, 18400 Von

Karman Avenue, Suite 1000, Irvine, California 92612 (Attn: Monika L. McCarthy, Esq.); (ii)

counsel for the Debtors, O'Melveny & Myers LLP, 400 S. Hope Street, Los Angeles, California

90071 (Attn: Suzzanne Uhland, Esq. and Emily Culler, Esq.) and Richards, Layton & Finger,

P.A., One Rodney Square, P.O. Box 551, Wilmington, Delaware 19899 (Attn: Mark D. Collins,

Esq. and Michael J. Merchant, Esq.); (iii) the Debtors proposed crisis manages, AP Services,

LLC, 9 West 57th Street, Suite 3420, New York, New York 10019 (Attn: Holly Felder Etlin);

(iv) Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware

19801 (Attn: Joseph McMahon, Esq.); (v) counsel to the Debtors' post-petition senior secured

lenders, Kirkland & Ellis, 777 South Figueroa Street, Los Angeles, California 90017-5800 (Attn:

Bennett L. Spiegel, Esq. and Shirley S. Cho, Esq.); (vi) proposed counsel to the Official

Committee of Unsecured Creditors, Blank Rome LLP, 1201 Market Street, Suite 800,

Wilmington, Delaware 19801 (Attn: Bonnie Glantz Fatell, Esq.) and Hahn & Hessen LLP, 488

Madison Avenue, New York, New York 10022 (Attn: Mark S. Indelicato, Esq.) (collectively,

the "Notice Parties") so as to be received no later than **June 18, 2007 at 4:00 p.m.** (the

"Objection Deadline"). Only those objections that are timely filed, served and received will be

considered by the Court.

PLEASE TAKE FURTHER NOTICE that if no objections are received by the

Notice Parties prior to the Objection Deadline, in accordance with the Administrative Order the

Applicant may be paid an amount equal to the lesser of (i) 80 percent of the fees and 100 percent

of expenses requested in the Application or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection without the need for further order of the Bankruptcy Court. If an objection is properly filed and served and such objection is not otherwise resolved, or the Court determines that a hearing should be held in respect of the Application, a hearing will be held at a time convenient to the Court. Only those objections made in writing and timely filed, served and received in accordance with the Administrative Order will be considered by the Court at the hearing.

Dated: May 29, 2007
       Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Paul N. Heath (No. 3704)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
(302) 651-7701

*Counsel for Debtors and Debtors in Possession*