## CERTIFICATE OF SERVICE

I, Michael J. Merchant, do hereby certify that on May 29, 2007, a copy of the foregoing **First Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from April 2, 2007 through April 30, 2007** was served on the parties on the attached list and in the manner indicated thereon.

_____
Michael J. Merchant (No. 3854)

# NEW CENTURY TRS HOLDINGS, INC.
## CASE NO. 07-10416 (KJC)
## SERVICE LIST

**VIA FEDERAL EXPRESS**

*(Debtor)*
Monika McCarthy, Esq.
New Century Mortgage Corporation
18400 Von Karman Avenue
Suite 1000
Irvine, CA 92612

*(Counsel for Debtor)*
Suzzanne Uhland, Esq.
Emily Culler, Esq.
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*(Counsel for Debtor)*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*(Counsel for Crisis Managers)*
Holly Felder Etlin
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019

*(United States Trustee)*
Joseph McMahan, Esq.
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Post-Petition Senior Secured Lenders)*
Bennett L. Spiegel, Esq.
Shirley S. Cho, Esq.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017-5800

*(Proposed Counsel for Unsecured Creditors Committee)*
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

*(Proposed Counsel for Unsecured Creditors Committee)*
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022