## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )   **Chapter 11** |
| | ) |
| **NEW CENTURY TRS HOLDINGS,** | ) |
| **INC., et al.,** | )   **Case No. 07-10416 (KJC)** |
| **a Delaware corporation** | )   **(Jointly Administered)** |
| **Debtor.** | ) |

## SUPPLEMENTAL AFFIDAVIT OF SAMUEL STAR IN SUPPORT OF APPLICATION FOR AN ORDER FOR RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss. |
| COUNTY OF NEW YORK | ) |

I, Samuel Star, being duly sworn, hereby depose and say:

1.    I am a Senior Managing Director at FTI Consulting, Inc. ("FTI"), which maintains offices at various locations around the country, including Three Times Square, 11th Floor, New York, NY 10036, USA. I submit this affidavit (the "Star Supplemental Affidavit") to supplement my prior affidavit that was submitted in connection with FTI's retention application in these Chapter 11 cases. Unless otherwise stated in this Star Supplemental Affidavit, I have personal knowledge of the facts set forth herein.

2.    On April 2, 2007, the Debtors commenced these cases by filing voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code.

3.    On May 4, 2007, the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 case filed an Application for Employment of FTI Consulting, Inc. as its Financial Advisor. In support of the application, FTI filed an affidavit

executed by the undersigned on behalf of FTI in accordance with the applicable sections of the Bankruptcy Code (the "Original Affidavit").

4.      In connection with the preparation of the Original Affidavit, FTI conducted a review of its contacts with the Debtors, their affiliates and certain entities holding large claims against or interests in the Debtors that were made reasonably known to FTI. Subsequent to the filing of the Original Affidavit and according to its policy, FTI continued to update and expand its ongoing relationship search for additional parties in interest. A listing of the aforementioned reviewed entities is reflected on Exhibit A to this Supplemental Affidavit.

5.      FTI performed certain procedures in a manner consistent with those outlined in the Original Affidavit, to determine if it has any connections with any such entities. A summary of such additional relationships since the filing of the Original Affidavit that FTI identified during this process is set forth on Exhibit B annexed hereto.

6.      As noted in the Original Affidavit, Mr. George P. Stamas, a partner of Kirkland & Ellis, serves as an outside director of FTI. To the best of my knowledge, Mr Stamas is in no way involved with the Kirkland & Ellis team in these proceedings, nor does Mr Stamas have any professional involvement in this matter in any capacity. Mr. Stamas will recuse himself from any board discussions or actions related to this engagement. Additionally, FTI has adopted an "Ethical Wall" procedure in order to ensure that client information received or reviewed or work product created in connection with FTI's engagement on behalf of the Committee is not inappropriately transferred or made available to those who should not have it. In conjunction with the foregoing, FTI has established and will maintain the following internal procedures: (i) each FTI professional shall execute an Ethical Wall Agreement acknowledging that he or she is aware of the implementation of ethical wall procedures and will comply with restrictions on the disclosure or discussion of information related to this engagement; (ii) FTI professionals will not directly or indirectly share any nonpublic information generated by,

received from or relating to Committee activities or Committee membership with Mr. Stamas

except that a good-faith communication of publicly available information shall not be presumed

to be a breach of the obligations of FTI or any FTI Committee professional under such

information wall procedures; (iii) FTI is setting up electronic internal security walls to ensure

that only FTI employees involved directly with or working on the Committee engagement may

have access to the information, databases, e-mails, schedules or any other information relating to

the engagement; (iv) FTI shall immediately disclose to Committee counsel and the United States

Trustee any material breaches of the procedures described herein, if any.  If FTI ceases to act as

advisor to the Committee, it will continue to follow the procedures set forth above until a plan

has been confirmed in the Debtor's Chapter 11 Case or the Chapter 11 Case has been converted

or dismissed.

      7.      Since the filing of the Original Affidavit, the following has also come to my

attention:

      a.  Certain assets of Access Investments, a non-debtor entity were acquired in February
          2006  from a non-debtor affiliate of Dana Corporation, which filed for Chapter 11 in
          the Southern District of New York in March 2006. FTI currently represents the
          Official Unsecured Creditors' Committee of Dana Corporation, et al.

      b.  KPMG, the independent public accounting firm for the Debtors, is also the
          independent public accounting firm for FTI.

      8.      Insofar as I have been able to ascertain and subject to the disclosures herein and in

my prior affidavit, FTI does not represent any interests adverse to the Official Committee of

Unsecured Creditors and, to the best of my knowledge, remains a "disinterested person" as that

term is defined in Section 101(14), as modified by Section 1107(b), of the Bankruptcy Code.

Samuel Star

SUBSCRIBED AND SWORN TO BEFORE ME this 29th day of May 2007.

Notary Public

My Commission Expires:

May 24, 2008

LINDA J. PEARSON
NOTARY PUBLIC, STATE OF NEW YORK
No. 01PE6110512
QUALIFIED IN QUEENS COUNTY
MY COMMISSION EXPIRES MAY 24, 2008

Supplemental Affidavit of Samuel Star In Support Of Application For An Order For
Retention of FTI Consulting, Inc. as Financial Advisors for the Committee

Page 4

# **EXHIBIT A**

Listing of Parties-in-Interest Reviewed for Current/Former Relationships

**Exhibit A**

**Other Parties in Interest**
    Anchorage Advisors
    Apollo/Infinity Point
    Beal Bank
    Blackstone
    BNP Paribas
    Bracebridge Capital
    Cambridge Place
    Carval
    Centerbridge
    Cerebus Capital
    Certavi Capital
    Citadel Investment Group
    Citigroup/Citi Financial
    Constellation Capital Mgt.
    Cyrus Capital
    D.E. Shaw/Hegemon Capital
    Davidson Kempner Capital
    Elliot Management
    Equifin Capital
    Essex Capital
    Fannie Mae
    Farallon Capital
    Five Mile Capital
    Flexpoint Partners
    Fortress
    Freddie Mae
    Friedman Billings Ramsey
    Good Hill Partners
    GRP Financial Services
    GTCR Golder Rauner
    Hanover Capital
    Harbinger Capital Partners
    Highfields Capital Mgt.
    ICP Asset Management
    Ivory Capital
    J.C. Flowers/Winter Group
    KKR
    KPMG, LLP
    Leucadia National
    Lone Star
    Marathon
    Mass Mutual
    Mizuho
    National Asset Director
    Nationstar
    Natixis Real Estate Capital
    NovaStar Financial
    NY Life Investment Mgt.
    Oaktree Capital
    Ocwen Financial
    Perry Capital
    Platinum Equity
    Practical People Services
    Prospect Mortgage
    Sallie Mae
    Sandelman Partners
    Schultze Asset Management
    Sherman Capital Markets
    Silver Point Capital

**Exhibit A**

Societe Generale
Soros Fund Management
Sowood
Stark Investments
Sterling Capital
Sun Capital
TPG
US Trading
Vanderbilt Mortgages
Verches Associates
Wachovia
WaMu Insurance Services
Watershed Asset Management
Wayzata Investment Partners
York Capital
ZS Capital

Supplemental Affidavit in Support of Application For An Order Authorizing Employment and Retention of FTI Consulting, Inc. as Financial Advisor for the Committee

Exhibit A - 2 of 2

# **EXHIBIT B**

Parties-in-Interest Noted for Court Disclosure

## Exhibit B

**Other Parties in Interest**

Beal Bank
Blackstone
BNP Paribas
Centerbridge
Cerebus Capital
Citadel Investment Group
Citigroup/Citi Financial
Davidson Kempner Capital
Fannie Mae
Fortress
Friedman Billings Ramsey
GTCR Golder Rauner
Hanover Capital
KKR
KPMG, LLP
Leucadia National
Lone Star
Marathon
Mizuho
Oaktree Capital
Perry Capital
Platinum Equity
Silver Point Capital
Societe Generale
Stark Investments
Sterling Capital
Sun Capital
TPG
Wachovia
York Capital

Supplemental Affidavit in Support of Application For An Order Authorizing Employment and Retention of FTI Consulting, Inc. as Financial Advisor for the Committee

Exhibit B - 1 of 1