**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered<br>) Ref. No. 560<br>) Hearing Date:  June 27, 2007 |
| Debtors, | ) Response Date:  June 20, 2007 |

**AMENDED NOTICE OF HEARING ON MOTION OF MIDFIRST BANK FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362(d)(1)**

To: The Persons on the Attached Service List

**Hearing on the Motion is scheduled for June 27, 2007 at 10:00 a.m.**

**ANY RESPONSE MUST BE FILED AND SERVED AND A CERTIFICATE OF SERVICE FILED ON OR BEFORE JUNE 20, 2007 AT 4:00 P.M.  FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

    You are required to file a response and the supporting documentation required by Local Rule 4001-1(d) to the attached motion at least five business days before the above hearing date.
    At the same time, you must also serve a copy of the response upon Movant's attorney:

        Whittington & Aulgur
        313 North DuPont Hwy., Ste. #110
        P.O. Box 617
        Odessa, DE  19730

    The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.
    The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent of any security instrument.

                WHITTINGTON & AULGUR

        By:  /s/ Kristi J. Doughty
             Robert T. Aulgur, Jr. (No. 165)
             Kristi J. Doughty (No. 3826)
             (302) 378-1661
             Attorney for Movant

**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered<br>) |
| Debtors, | ) |

**CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, hereby certify this 30th day of May, A.D. 2007 that service of the **Amended Notice of Hearing on Motion** was made electronically and (via) first class mail to the following:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA  92612
*Debtor*

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Bonne Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
*Attorney for Official Committee
of Unsecured Creditors*

```
Darlene Marie Black
95 Fairview Ave.
Rochester, NY  14619-2245
```
*Borrower*

```
              By:   /s/ Kristi J. Doughty
                    Robert T. Aulgur, Jr. (No. 165)
                    313 N. DuPont Hwy., Suite 110
                    P.O. Box 617
                    Odessa, DE  19730-1617
                    (302) 378-1661
                    Attorney for Movant
```