IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et at., | : : : | Case No. 07-10416 (KJC) |
| Debtors. | : : : | Jointly Administered |

## VERIFIED STATEMENT OF CREDITOR REPRESENTATION UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)

Cadwalader, Wickersham & Taft, LLP ("CWT"), hereby makes the following statement ("Statement") pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure.

1. The law firm of CWT represents certain creditors in connection with claims in the above-referenced bankruptcy cases (the "Cases"). These Creditors include the following:

   a. Morgan Stanley Mortgage Capital, Inc. ("Morgan Stanley")
      1221 Avenue of the Americas, 27th Floor
      New York, NY 10020

   b. Natixis Real Estate Capital Inc. ("Natixis")
      (f/k/a IXIS Real Estate Capital, Inc.)
      9 West 57th Street
      New York, NY 10019

2. Morgan Stanley and Natixis (the "Creditors") are both parties to Master Repurchase Agreements in the debtors' cases ("Debtors"). Pursuant to these Agreements, the Creditors may have a claim against the Debtors in an unliquidated amount.

3. CWT was employed as counsel to the Creditors prior to the commencement date of the Cases. CWT also represents the Creditors on matters unrelated to the Cases.

USActive 8270534.2

4. The specific nature (warehouse and repurchase obligations) and amounts of the claims or interests held by the Creditors and/or certain of their subsidiaries and affiliates (unliquidated) have been listed on the List of Creditors Holding 100 Largest Unsecured Claims filed by the Debtors in the cases, and/or will be set forth in proofs of claim filed against the Debtors' estates.

5. The above entities may hold claims against and/or interests in the Debtors' estates in addition to those disclosed herein that do not fall within the scope of CWT's representation of such entities.

6. CWT may represent or advise, or may have represented or advised other parties in interest with respect to the Cases that have not been included in the Statement because either such representations have been concluded or the parties that CWT represents do not currently intend to appear in these cases.

7. CWT does not own, nor has it ever owned, any claim whatsoever against the Debtors, nor does it hold any equity security interest in the Debtors.

8. CWT reserves the right to supplement this Statement as necessary.

CADWALADER, WICKERSHAM & TAFT LLP

By: _____
Gregory M. Petrick (GP 2175)
Angela J. Somers (AS 3095)
One World Financial Center
New York, NY 10281
(212) 504-6000

*Attorneys for various creditors*

I, Gregory M. Petrick, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the facts set forth in the foregoing Statement are true and correct to the best of my knowledge, information and belief.

By: /s/ Gregory M. Petrick
Gregory M. Petrick

Executed this 29th day of May, 2007.