## CERTIFICATE OF SERVICE

I, Eric M. Sutty, hereby certify that on the 30th day of May, 2007, I caused a copy of the **Verified Statement of Creditor Representation Under Federal Rule of Bankruptcy Procedure 2019(a)** to be served upon the parties listed on the attached service list *via* hand delivery to all local parties and *via* First Class Mail to all remaining parties.

                                                                                                  _____
                                                                                                  Eric M. Sutty (No. 4007)

659707-1