IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------- x
:  Chapter 11
In re: :
:  Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC., :
a Delaware corporation, et al.,[1] :  Jointly Administered
:
Debtors :
:  Re: Docket No. 805 and 806
---------------------------------- x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on May 21, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by overnight mail:

- **Notice of Rejection of Executory Contract re: American Express One U.S. Business Travel Services Agreement with American Express Travel Related Services Company, Inc. d/b/a/ American Express One** [Docket No. 805]

- **Notice of Rejection of Executory Contract re: Amendment to American Express One U.S. Business Travel Services Agreement with American Express Travel Related Services Company, Inc. d/b/a/ American Express One** [Docket No. 806]

Dated: May 23, 2007

                                          _/s/ Jamie L. Edmonson_
                                          Jamie L. Edmonson (No. 4247)
                                          XROADS CASE MANAGEMENT
                                          SERVICES, LLC
                                          1821 E. Dyer Road, Suite 225
                                          Santa Ana, California 92705
                                          Telephone: (949) 567-1600

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

# Exhibit A

Exhibit A
Contract / Lease Rejection
Overnight Mail Service List

| Company | Notice Name | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| American Express Travel Related Services Company, Inc. d/b/a American Express One | Attn: Andrew McGraw, Vice President, Corporate Travel Sales | 5000 Atrium Way | | Mt. Laurel | NJ | 08054 | | Rejection Party |
| American Express Travel Related Svcs Co Inc Corp Card | c/o Becket and Lee LLP | PO Box 3001 | | Malvern | PA | 19355-0701 | | Rejection Party |