**EXHIBIT B**

ORIGINAL

1  JAMES M. TRUSH (SBN 140088)
   TRUSH LAW OFFICE
2  695 Town Center Drive, Suite 700
   Costa Mesa, CA 92626
3  Phone (714) 384-6390; Fax (714) 384-6391
   Email: jtrush@earthlink.net
4
5  Kevin T. Barnes, Esq. (#138477)
   Gregg Lander, Esq. (#194018)
   LAW OFFICES OF KEVIN T. BARNES
6  5670 Wilshire Boulevard, Suite 1460
   Los Angeles, California 90036
7  Phone: (323) 549-9100; Fax: (323) 549-0101
   Email: barnes@kbarnes.com
8
9  Attorneys for Plaintiff, Daniel J. Rubio, John Hicks and
   David Vizcarra, on behalf of themselves, all others similarly
10 situated and the general public.

FILED - SOUTHERN DIVISION
CLERK, U S DISTRICT COURT

MAR 29 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MAR 28 2007

SA

DANIEL J. RUBIO, JOHN HICKS,
and DAVID VIZCARRA, on behalf
of themselves, all others similarly
situated, and the general public,

                Plaintiff,

        vs.

NEW CENTURY MORTGAGE
CORPORATION, a California
corporation; and DOES 1 through
100, inclusive,

                Defendants.

CASE NO. CV06-811 CJC (AJWx)

Judge: Hon. Cormac J. Carney Crtrm: 9B

[CLASS ACTION]

STIPULATION TO CONTINUE DATE
FOR PLAINTIFFS TO FILE MOTION
FOR CLASS CERTIFICATION,
ORDER THEREON

Complaint filed: March 21, 2005
Removal Date:    August 29, 2006
Trial Date:      None set

THE PARTIES HEREBY STIPULATE by and through their respective counsel of record, as follows:

1.   Defendants removed this case on August 29, 2006.

DOCKETED ON CM

APR - 3 2007

1

STIPULATION TO CONTINE DATE FOR PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION
ORDER THEREON

(51)

2. On December 15, 2006, the Honorable Andrew J. Wistrich, Magistrate Judge, entered an Order granting in part and denying in part Plaintiff's motion to compel requests to produce documents. Pursuant to the Order, Defendant was required to produce certain records and data for a sample of the putative class. The records and data ordered for production included timesheets, call center records, loan application history records and building access records for a sample of the putative class. Plaintiffs contend that Defendant produced only some of the records and data required by the Order in several installments, with the most recent installment being a CD containing electronic loan application history records, which were produced on March 13, 2007. Plaintiffs contend that Defendant has not yet produced all of the data and records specified in the December 15, 2006 Order.

3. Plaintiffs contend that the records and data, which Magistrate Judge Wistrich ordered to be produced will be used by Plaintiffs to establish the elements of typicality and commonality to support their motion for class certification under FRCP 23. However, Plaintiffs represent that since Defendant has not produced the data and records specified in the December 15, 2006 Order on a timely basis and the production is not yet even complete, that Plaintiffs' ability to prepare the analysis of those records has been significantly delayed and therefore, Plaintiffs require a continuance of the motion for class certification.

4. Defendant contends that it has complied with the December 15, 2006 Order.

5. The parties agree that a dispute exists regarding Defendant's compliance with the December 15, 2006 Order.

6. Defendant stipulates and agrees that Plaintiffs should be provided a continuance of the date to file their motion for class certification.

//
//
//
//
//
//

2

STIPULATION TO CONTINE DATE FOR PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION; ORDER THEREON

Based on the foregoing, the parties, by and through their counsel of record, hereby stipulate and agree that the date for Plaintiffs to file the motion for class certification should be continued from April 5, 2007 to June 18, 2007, or other date set by the Court.

DATED: March 14, 2007

**TRUSH LAW OFFICE**

By: _____
James M. Trush, attorney for Plaintiff, DANIEL J. RUBIO, JOHN HICKS and DAVID VIZCARRA, on behalf of themselves, all others similarly situated, and the general public

DATED: March 14, 2007

**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**

By: _____
Jason W. Kearnaghan, Esq., attorneys for Defendant, NEW CENTURY MORTGAGE CORPORATION

## ORDER

Upon reading the Stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED, that Plaintiffs shall file their motion for class certification on or before June 18, 2007.

Dated: 3/29/07

_____
The Honorable Cormac J. Carney,
Judge of the U.S. District Court

M:\Rubio\Pld\US District Court\Stip to Cont Date to File Class Cert Mx 03-13-07

3

STIPULATION TO CONTINUE DATE FOR PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION; ORDER THEREON

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange; I am over the age of eighteen years and not a party to the within entitled action; my business address is 650 Town Center Drive, 4th Floor, Costa Mesa, California 92626-1925.

On **March 28, 2007**, I served the following document(s) described as:

**STIPULATION TO CONTINUE DATE FOR PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION, ORDER THEREON**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| | |
|---|---|
| James M. Trush, Esq.<br>TRUSH LAW OFFICE<br>695 Town Center Drive<br>Suite 700<br>Costa Mesa, CA 92626 | Kevin T. Barnes, Esq.<br>Gregg Lander, Esq.<br>LAW OFFICES OF KEVIN T. BARNES<br>5670 Wilshire Boulevard, Suite 1460<br>Los Angeles, CA 90036 |

☑ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **March 28, 2007**, at Costa Mesa, California.

_____
Patricia Ruby