**EXHIBIT C**

RightFAX                    4/13/2007 4:13    PAGE 002/002    Fax Server

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 06-0811-CJC(AJWx) | Date | April 11, 2007 |
| | BK 07-10416 - 31 (KJC) U.S. B. C. Delaware | | |
| Title | Daniel J Rubio v. New Century Mortgage Corporation et al | | |

Present: The Honorable    Cormac J. Carney, U. S. District Judge

| Carolyn Trump | none | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

none                                          nonoe

**Proceedings:**    (IN CHAMBERS) NOTICE

In light of the Automatic Bankruptcy Stay now in effect in the above mentioned cause of action, the Court hereby ORDERS this matter off calendar, pending the outcome of said Bankruptcy proceedings and/or further order of this Court.

Counsel are to notify this Court in writing should they desire this matter placed back on active status. The hearing date for Plaintiff's Motion for Leave to File Fifth Amended Complaint scheduled for April 23, 2007 is vacated.

cc: U.S. Bankruptcy Court - Delaware

Initials of Preparer    _CAA_

CV-90 (06/04)                    CIVIL MINUTES - GENERAL                    Page 1 of 1