

MORRIS, SCHNEIDER & PRIOR, L.L.C.

| | | |
|---|---|---|
| Thomas E. Prior (GA, TN)<br>Arthur J. Morris (GA)<br>Randolph H. Schneider (GA)<br>Larry W. Johnson (GA, TN)<br>Joel A. Freedman (GA, TN)<br>Mark A. Baker (GA, AL, NC)<br>David C. Whitridge (GA, VA, MD, WV)<br>Angel R. Gordon (GA, NC)<br>Kyle S. Kotake (GA, HI)<br>Erika M. Scott (GA)<br>Lawrence W. Kelly (GA, TN, AZ)<br>Lori L. McGowan (GA, TN, AZ, CA) | ATTORNEYS AND COUNSELORS AT LAW<br>1587 N. E. EXPRESSWAY<br>ATLANTA, GA  30329<br>(770) 234-9181<br>FAX (770) 234-9192<br>www.MSPLaw.com<br><br>**Writer's Direct Dial:**<br>(678) 298-8861<br>**Writer's Direct Fax:**<br>(404) 329-8179<br>**Writer's E-Mail Address:**<br>MABaker@MSPlaw.com | LaSheka T. Payne (GA, MS)<br>N. John Rudd, Jr. (AL)<br>Daniel L. Feinstein (AL)<br>Paul G. Wersant (GA, MD, DC)<br>Jay G. Anderson (SC)<br>January N. Taylor (NC)<br>Jessica E. Thurbee (NC, SC)<br>Andrew R. Bickwit (GA, NC, TN)<br><br>Of Counsel:<br>David S. O'Quinn (GA, TN, NC, FL, TX)<br>Marjorie P. Kennedy (GA)<br>Erica L. Malcolm (GA) |

May 24, 2007

Clerk
United States Bankruptcy Court for the District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware 19801

    RE:    NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*,
           Chapter 11 Case No. 07-10416 (KLC)
           <u>Withdrawal of Affidavit of Ordinary Course Professional – Morris,</u>
           <u>Schneider & Prior, L.L.C.</u>

Dear Sir/Madam:

    Please let this serve as our Request to Withdraw the Affidavit of Ordinary Course Professional filed for Morris, Schneider & Prior, L.L.C. in this case. The Affidavit will be filed and served by Debtor's counsel, Richards, Layton & Finger, P.A.

    Please advise if you have questions or comments.

                                      Very truly yours,

                                      Mark A. Baker

MAB/wp
Enclosure