Respond to:
    Kurt F Johnson, living soul
    Dale Scott Heineman, living soul
    c/o  KURT F JOHNSON-FICTION-13177-081
         DALE SCOTT HEINEMAN-FICTION-12152-081
         DUBLIN FEDERAL DETENTION CENTER
         5675 8TH ST. CAMP PARKS
         DUBLIN, CA. [94568]

FILED
2007 MAY 29  AM 10: 37
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

NEW CENTURY MORTGAGE corporation,

    **Debtor,**

Vs.

KURT F. JOHNSON,
DALE SCOTT HEINEMAN,

    **Claimants,**

**CASE NO. 07-10419-KJC**

CLAIM

## INTRODUCTION

The claimants are trustees of various family estate trust at all relevant times to this claim and were also assigned a chose in action by the grantors to any damages related to the real property in the trust res specific to the loan claims. Our claim is one in which we believe that NEW CENTURY, debtor, is making claims upon assets not theirs in interest or title and pledging them against the claims of their creditors in this bankruptcy petition. Trustees, claimants have been vilified by all forms of slander and libel for their efforts to protect the trust res from bogus claims such as those of debtor. Currently we are under criminal prosecution for our efforts in a case known as CR-05-00611 WHA in the NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO. We believe that we will prevail in this action and that this case will be *prima facie* evidence of our good faith claim and our vindication in the marketplace. Furthermore since the debtor will be testifying under oath as to the specific loan transactions that have created a dispute on the trust res we will have obtained *Res judicata* as to the debtor and the assets in question specifically. We are listing just one loan transaction and the relevant property that is currently in our indictment with the leave to amend the other properties and loan transactions in question which can be obtained through discovery, with a public notice on our blog webpage www.thedoreangroup.blogspot.com, and with a public notice filed upon the record in the criminal case. We suspect that there are more than ten transactions and pieces of property and less than fifty. To our knowledge the petitioner used the same procedures in each transaction so proof of one will substantially be proof in all.

### FACTUAL BACKGROUND

In the year of 2004 the claimants formed a company called the Dorean Group to challenge the validity of mortgage contracts. Our legal theory is too complicated and not relevant to this claim since it is being adjudicated for its substance in the criminal case. Part of the procedures was for clients who wanted us to verify the claims of the alleged lenders such as the debtor to form a family estate trust and appoint claimants as trustees. Also they would execute a chose in action. This was done at least 2500 times and debtor was the subject many times. Claimants once possessed with fiduciary duty and an interest in the damages contacted the alleged lender like debtor and asked them to verify the transaction was lawful, fully disclosed, material as to claims, and fair in dealing. Claimants bonded all their

1  actions and awaited an honorable response.  No forthrightness was ever
2  presented by debtor.  We suspect that the auditors and licensed accountants
3  have purposefully misstated the material facts or properly lodged the
4  transaction accurately but not consistent with the application, promissory
5  note, and disclosures.  As a remedy we would foreclose or rescind the claim
6  upon the public record in accordance with agreements made.  Debtor breached
7  these agreements and libeled and slandered us in the marketplace.  Title
8  companies, county recorders, district attorneys, FBI, Better Business
9  Bureaus, and the US Attorney were all contacted and we were accused of fraud.
10 This accusation is soon to be proved false. We maintained this business for
11 almost two years even after an FBI raid, until we were forcibly detained
12 under indictment.  Our current schedule for trial is for the middle of
13 October 2007 and this is shaping up as the likely trial date barring any
14 further extensions.

### CLAIM

16    We wish this court to give this claim and claimants generous
17 considerations since at the time it is made we are incarcerated without
18 access to your rules or forms and without counsel.  This claim should not be
19 considered frivolous, presented in bad faith, not intended to cause delay in
20 your proceeding, and should not be dismissed lightly since the US Attorney
21 and many other financial institutions are taking this extremely serious.  We
22 suspect that there will be no major moves of assets before our claim can be
23 validated through the criminal case and that our claim is miniscule in
24 comparison to the total bankruptcy claim.  That does not mean that our claim
25 is inferior in any way.  On the contrary it is a priority claim of secured
26 assets dispossessed by fraud, pledged to unsecured creditors, without any

rights, title, or interest, who most likely were in collusion with accountant firms like in ENRON, and with debtor to commit the fraud and to ultimately share in the benefit. The claim is for return of the assets to the rightful party (the trust), for damages compensatory and punitive, and for damages to the trustees, their reputations, both compensatory and punitive. Our understanding is that it is the traditions of this court to perform equity in a fair, honest, procedure. We are making a demand on that honesty, integrity, and duty under oath for a proper redress of property right. Our fiduciary duty is not unlike the duty of the trustee assigned in this bankruptcy. We were forced to investigate and verify all claims against the trust res. If you take your duty as seriously as we took ours you will find in the end this claim is in the highest order honest.

In our first perusal of discovery we have identified 14 properties which we have appended as attachment one. This information is not complete but will be augmented as information is supplied. The property in question listed below is complete and the subject of our indictment.

Furthermore if the properties with all their right, title and interest is not sufficient to cause this court pause and serious consideration of the claim the claimants will gladly submit themselves as surety in commerce against any other claims made against this debtor.

**PROPERTY IN QUESTION**

LeCompte Family Trust
Alleged Borrower: Farrel LeCompte
7007 Mira Blossom Lane
Humble, TX 77346
Debtor's (alleged lender)
Loan Account # 0001072770

1  We declare that the statements made with in this claim are true and
2  correct to the best of our knowledge under the pains and penalty of perjury.

Respectfully submitted,

Dated: May 23, 2007    By: _____ //ss//
                           UNDER RESERVE WITHOUT RECOURSE
                           DALE SCOTT HEINEMAN-FICTION-CLAIMANT

                       By: _____ //ss//
                           UNDER RESERVE WITHOUT RECOURSE
                           KURT F. JOHNSON-FICTION-CLAIMANT

**OFFER OF PAYMENT:** Claimants have no knowledge of fees associated with this claim made by the court or the clerk. Please send the appropriate invoice and accept this pledge as satisfaction until settlement can be tendered.

We the claimants hereby pledge to pay any sum necessary to submit this claim into the case known as **07-10419-KJC**

Dated: May 23, 2007    By: _____ //ss//
                           UNDER RESERVE WITHOUT RECOURSE
                           DALE SCOTT HEINEMAN-FICTION-CLAIMANT

                       By: _____ //ss//
                           UNDER RESERVE WITHOUT RECOURSE
                           KURT E. JOHNSON-FICTION-CLAIMANT

**DISCLAIMER:** The sovereign natural men by their participation with the customs and usage of trade procedures (local rules, evidence rules, criminal procedures, statutes, regulations, and rules) do not infer or imply consent or acceptance, but are merely attempting to extricate themselves from the hostile coercive trespass upon their rights, title, and interest and the dishonor of fiduciaries not settling the matter in accordance with provided instruction and in all ways are seeking honor in commerce.

## PROOF OF SERVICE

I, Kurt F. Johnson, a natural man, hereby certify that I have served a true and correct and complete copy of the BANKRUPTCY CLAIM **07-10419-KJC**, upon the following listed parties by placing it in the U.S. mail with the appropriate postage addressed to:

Goldman Sachs Mortgage Company
Marc Flamino
85 Broad Street
New York, NY 10004

Credit Suisse First Boston Mortgage
Capital LLC
Gary Timmerman
302 Carnegie Center, 2nd Floor
Princeton, NJ 08540

Credit-Based Asset Servicing
and Securitization LLC
Marc Rosenthal
335 Madison Ave, 19th Floor
New York, NY 10017

Morgan Stanley Mortgage
Capital Inc.
Andy Neuberger
1585 Broadway, 10th Floor
New York, NY 10036

DB Structured Products, Inc.
Glenn Minkoff
60 Wall Street, 19th Floor
New York, NY 10005

Deutsche Bank
Ryan Stark
31 West 52nd Street
3rd Floor NYC01-0304
New York, NY 10019

Bank of America N.A.
Maureen Macan
901 Main St. 66th Floor
Dallas TX 75202

UBS Real Estate Securities Inc.
George Mangiaracina
1251 Avenue of the Americas
New York NY 10019

Lehman Brothers Bank FSB
Diane Rinnovatore
745 Seventh Ave.
New York NY 10019

Countrywide
Dana Headlee
20 N. Acoma Blvd.
Lake Havasu City AZ 86403

Citicorp Global Markets
Realty Corp.
Susan Mills
390 Greenwich Street, 6th Floor
New York NY 10013

Residential Funding Corporation
Mike Bugbee
1646 N. California Blvd. #400
Walnut Creek CA 94596

SG Mortgage Finance Corp
Frank Numari
1221 Avenue of the Americas
NEW YORK NY 10020

IXIS Real Estate Capital, Inc.
Tony Malagna
9 West 57th Street, 36th Floor
NEW YORK NY 10019

Barclays Bank PLC
Paul Menefee
200 Park Avenue
NEW YORK NY 10166

Indymac Bank FSB
Tony Gamban
888 East Walnut St.
Pasadena CA 91101

Carrington Securities, LP
Bruce Rose
Seven Greenwich Office Park,
599 W. Putnam Av.
Greenwich CT 06830

JP Morgan Chase Bank, NA
Fran Stec
194 Wood Ave. South Floor 3
Iselin NJ 08830-2710

| | | |
|---|---|---|
| 1 | Alsaka Seaboard Partners Limited Partnership | |
| 2 | William Fogleman | Galleon Capital Corporation |
| | 4150 S. Sherwood Forest Blvd. | R. Douglas Donaldson |
| 3 | Baton Rouge LA 70816 | P.O. Box 4024 |
| | | Boston MA 02101 |

Alsaka Seaboard Partners
Limited Partnership
William Fogleman
4150 S. Sherwood Forest Blvd.
Baton Rouge LA 70816

Washington Mutual Bank, FA
Michael McCauley
3200 Southwest Freeway
Houston TX 77027

Greenwich Capital Financial
Products Inc.
Frank Skibo
600 Steamboat Road
Greenwich CT 06830

HSBC Bank USA, N.A.
Joe Little
452 5th Ave. 10th Floor
NEW YORK NY 10018

Aurora Loan Services
Giovanni Manocchio
10350 Park Meadows Dr. 4th Floor
Littleton CO 80124

ENC Mortgae Corporation
Tom Tarantino
383 Madison Ave.
NEW YORK NY 10179

General Electric Capital
Corporation
44 Old Ridgebury Road
Danbury CT 06810

Lowermybill.com
Rod Pasion
2401 Colorado Ave. Ste. 200
Santa Monica CA 90404

Affiliated Computer Services
Todd Green
P.O. Box 201322
Dallas TX 75320

Nomura Securities
James Depalma
2 World Financial Center, Bldg. B
NEW YORK NY 10281

Aspen Funding Corp.
c/o Amacar Group LLC
Doris Hearn
6525 Morrison Blvd. Ste. 318
Charlotte NC 28211

Galleon Capital Corporation
R. Douglas Donaldson
P.O. Box 4024
Boston MA 02101

Gemini Securitization Corp., LLC
c/o Roper & Gray, LLP
R. Douglas Donaldson
1 International Place
Boston MA 02110

Gauranty Bank
Jenny Ray Stilwell
8333 Douglas Ave.
Dallas TX 75225

Newport Funding Corp.
c/o Amacar Group
Glenn Minkoff
6525 Morrison Blvd. Ste. 318
Charlotte NC 28211

Sheffield Receivables Corp.
c/o Barclays Capital Services
Glenn Pearson
200 Cedar Knolls Road
Whippany NJ 07981

State Street Global Markets, LLC,
Attn: Galleon Funds
Todd Meringoff
225 Franklin St.
Boston MA 02110

Tucson Funding LLC,
c/o DB Structured Products Inc.
Glenn Minkoff
60 Wall St.
NEW YORK NY 10005

National Field Representatives
Melanie LaRoque
P.O. Box 1440
Claremont NH 03743

Assurant Specialty
Property Insurance
Kelly Chin
260 Interstate N. Circle SE
Atlanta GA 30339-2110

System Source, Inc.
Brooke Hergesell
2100 Main St. Ste 100
Irvine CA 92614

| | |
|---|---|
| GMAC Commercial Finance, LLC<br>Tanja Barner<br>600 Galleria Parkway 15th Floor<br>Atlanta GA 30339 | Fiserv CCS<br>Geno Hoover<br>912 Ft. Dubuesne Blvd<br>Pittsburgh PA 15222 |
| Sprint<br>Frank Quattroccup<br>18200 Von Karman Ave<br>Irvine CA 92612 | ChoicePoint Precision Marketing<br>Scott Walkins<br>2525 Meridian Parkway, Suite 125<br>Durham NC 27713 |
| Low.com<br>Fred Hsu<br>818 W. 7th St. Ste 700<br>Los Angeles CA 90017 | Pricewaterhouse Coopers LLP<br>Sear Yagana<br>300 Madison Avenue<br>NEW YORK NY 10017 |
| Suntrust<br>Tony D. Atkins<br>303 Peachtree St. 23rd Floor<br>Atlanta GA 30308 | Nextag<br>Dan Tsuchiya<br>1300 S. El Camino Real<br>San Mateo CA 94402 |
| Harbor Asset Management Services<br>Shari Macedo<br>1407 Foothill Blvd Ste 246<br>La Verne CA 91750 | Catarina Mortgage Services Inc.<br>Ron Harpole<br>22485 Tomball Highway<br>Houston TX 77070 |
| Adteractive<br>Blake Simon<br>303 Second Street,<br>Suite 375 Second Tower<br>San Francisco CA 94107 | |

Executed this 23rd Day of May, Year of Our Lord 2007, at County of Alameda, State of California (1849)

By: _____ //ss//
UNDER RESERVE WITHOUT RECOURSE
KURT F. JOHNSON-FICTION-DEFENDANT

NEW CENTURY MORTGAGE CORPORATION BANKRUPTCY
REF. CLAIM/FILING NO. 07-10419-KJC

| Trust Name | Borrower(s) | Property Address | Loan Number | Loan Date | Loan Amount |
|---|---|---|---|---|---|
| Ayala Family Trust | Yesenia Ayala | 602 Wheelhouse Drive Stafford, TX 77477 | Discovery | Discovery | $154,000.00 |
| Drawn Family Trust | Norvell Lee Drawn | 433 Mallard Street Filmore, CA 93015 | 0001556132 | 05/10/04 | $310,000.00 |
| Farkas Bermant Family Trust | Julie R. Bermant/ David F. Farkas | 160 A. High Street Amherst, MA 01002 | 001040272 | 09/12/04 | $183,000.00 |
| Gwinn Family Trust | Charles/ Phyllis Gwinn | 4513 South Meadows Street Alvin, TX 77511 | Discovery | Discovery | $63,200.00 |
| Hashim Family Trust | William A./ Suzanne Hashim | 9330 El Camino Lane SE Yelm, WA 98597 | 0001563139 | 05/18/02 | $197,500.00 |
| Hovick Family Trust | Mary T. Hovick | 5513 W. Wackerly Street Midland, MI 48642 | 0001271956 | 01/02/04 | $94,400.00 |
| Ingram Family Trust | John Patrick Ingram | 3950 River Bend Drive SW Grand Rapids, MI 49544 | 1000013835 | 08/17/04 | $175,000.00 |
| Ladner Family Trust | Richard A./ Linda G. Ladner | 341 Buccaneer Drive Hattiesburg, MS 39402 | Discovery | 01/24/04 | $158,100.00 |
| LeCompte Family Trust | Farrel/ Andrea LeCompte | 7007 Mira Blossom Lane Humble, TX 77346 | 0001072770 | 08/29/03 | $147,000.00 |
| Panter Family Trust | Kenneth D. Panter | 23551 Avenida La Caza Unit No. 134 Trabuco Canyon, CA 92679 | 0001315736 | Discovery | $340,000.00 |
| Penn Family Trust | William Gary Penn | 840 Sycracuse Drive Vacaville, CA 95687 | 0001852338 | 09/21/04 | $285,300.00 |
| Preusse Family Trust | Mark Alan Preusse | 2300 County Road 219 Florence, TX 76527 | 0000894119 | 05/19/03 | Discovery |
| Saliba Family Trust | Michael J. Saliba | 7399 Hillsboro Avenue San Ramon, CA 94583 | 409380 | 10/25/02 | $480,000.00 |
| Shkolnik Family Trust | Mikhail/ Alla Shkolnik | 53 Powder Horn Drive Palm Coast, FL 32164 | 0001741155 | 08/25/04 | $129,920.00 |
| Spirk Family Trust | Stephanie Leigh Spirk | 472 Ellers Grove Colorado Springs, CO 80916 | 1000462412 | 12/20/04 | Discovery |
| Spirk Family Trust | Stephanie Leigh Spirk | 472 Ellers Grove Colorado Springs, CO 80916 | 1000461654 | 12/20/04 | Discovery |

Trustees: D. Scott Heineman, Kurt F. Johnson

**ATTACHMENT 1**