*Law Offices of*
**DRUCKMAN & SINEL, LLP**
242 Drexel Avenue
Westbury, New York 11590
(516) 876-0800
Fax (516) 876-0888

FILED
2007 MAY 29 AM 10: 47
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 23, 2007

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
Attn: Clerk's Office
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

    **In re: NEW CENTURY TRS HOLDINGS, INC.,**
          **A DELAWARE CORPORATION, ET AL.,**
          **Case No. 07-10416 (KJC)**
          **Affidavit of Ordinary Course Professional**

Dear Sir or Madam:

    Please withdraw the Retention Affidavit filed by our office [D.I. 831] in the above-captioned matter.

    Your assistance in this matter is appreciated.

Very truly yours,

Kiyam J. Poulson, Esq.