FILED

2007 MAY 29  AM 10: 49

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re NEW CENTURY TRS HOLDINGS, INC. , a Delaware Corporation, et al.  Debtors. | ) **CHAPTER 11**<br>)<br>) **CASE NO. . 07-104-16 KJC, Jointly**<br>) **Administered**<br>)<br>) Related Cases: USDC NDC Case No:  C06-<br>) 06806 SI and C07-2133 SI<br>)<br>) **NOTICE OF APPEARANCE AND**<br>) **REQUEST FOR SERVICE OF**<br>) **DOCUMENTS**<br>)<br>) Original Complaint filed In<br>) State Court July 28, 2006 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS**

TO ALL PARTIES, PARTIES IN INTEREST AND THEIR ATTORNEYS OF

RECORD:

**PLEASE TAKE NOTICE**, Leslie Marks in Pro Se, hereby enters her appearance in the

above-captioned jointly administered cases pursuant to Rule 9010(b) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules") and requests that, pursuant to section 1109(b) of

Title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rules 2002 and

9007, notice of all matters arising in the cases and all papers served or required to be served in

the cases, be given to and served upon Leslie Marks, in Pro Se, at the address set forth below:

1
2
3
4

Leslie Marks
3099 Suter Street
Oakland, CA 94602
Email: blaqrubi@yahoo.com
Phone: (510) 434-9748
Fax:    (866) 814-8313.

5
6
7
8
9
10
11

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitations, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail delivery, telephone, email, facsimile, express mail, or otherwise, which affects the debtors, property or proceeds in which the debtors may claim an interest.

12
13
14
15
16
17
18
19
20

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Documents, nor any subsequent appearance, pleading, claim or suit is intended to waive (1) Leslie Marks' right to have final orders in non-core matters entered only after *de novo* review by a district judge, (2) Leslie Marks' right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (3) any other rights, claims, actions, defenses, setoffs, or recoupments to which Leslie Marks, in pro se is or may be entitled under agreements in law or equity, or al which rights, claims, actions, defenses, setoffs and recoupments Leslie Marks, in pro se, expressly reserves.

21
22

Dated: Oakland, CA
      May 21, 2007

_Leslie Marks_

Leslie Marks, Pro Se

23
24
25
26
27
28

-2-

**Case name**

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco, California, over the age of eighteen years, and not a party to the within cause. I reside in Alameda County, California, 94102. On **May 22, 2007**, I served the within: *Requst For Service*
NOTICE OF Appearance AND ~~of~~ ~~Documents~~
~~CASE MANAGEMENT CONFERENCE STATEMENT~~ Documents

| | |
|---|---|
| US TRUSTEE | Mark D. Collins, Esq. |
| 844 King Street, Room 2207 | Richards, Layton & Finger |
| Lockbox #35 | One Rodney Square |
| Wilmington, DE 19899 | PO Box 551 |
| Tel: (302) 573-6491 | Wilmington, DE 19899 |
| | Tel: (302) 651-7531 |
| | Fax: (302) 651-7701 |
| | E-mail: Collins@rlf.com |
| | Attorneys for Debtor: new Century TRS |
| | Holdings |

__X__   **BY U.S. MAIL:** on the parties in said cause, by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as follows:

____   **(VIA U.S. MAIL & FACSIMILE)** I caused said above-mentioned document(s) to be faxed to the following mentioned office(s) following the practice and procedure of WRIGHT, ROBINSON, OSTHIMER & TATUM. I then placed for collection and deposit in the U.S. mail, copies of same, following the practice and procedure of WRIGHT, ROBINSON, OSTHIMER & TATUM.

____   **BY FACSIMILE:** I caused the said document to be transmitted by facsimile machine to the number indicated after the address(es) noted below.

____   **BY OVERNIGHT DELIVERY:** I deposited copies of the above document at a Federal Express facility regularly maintained, in an envelope or package designated by the FedEx Tracking Number _____ with delivery fees paid or provided for, to the address noted below:

I certify and declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **May 22, 2007**, at San Francisco, California.

_____
Gina Moore