# EXHIBIT 1

RLF1-3158340-1

**EXHIBIT B**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |

**AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL**

| | |
|---|---|
| STATE OF MINNESOTA | ) |
| | ) ss: |
| COUNTY OF HENNEPIN | ) |

Paul A. Weingarden, being duly sworn, deposes and says:

1.    I am a Partner of Usset, Weingarden & Liebo P.L.L.P. formerly known as Usset & Weingarden P.L.L.P. (the "Firm"), which maintains offices at 4500 Park Glen Road Suite 120, Minneapolis, Minnesota 55416.

2.    This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about May 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC) a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage,

Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex; LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

3. Prior to the filing of the petitions, which initiated the above-captioned cases, the Firm has represented and advised the Debtors as mortgage foreclosure, eviction and bankruptcy attorneys. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time, are $650.00 per foreclosure by advertisement, $800.00 per foreclosure by action, $300.00 per eviction, $650.00 per bankruptcy motion for relief, and if necessary $150.00 per hour for other matters.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the Firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s), which the Firm has with such entities. The Firm's search of the database identified the following connections:

> The Firm forecloses or has foreclosed mortgages, files or has filed motions for relief, and performs or has performed evictions for the following entities that are named on the Debtor's list of potential parties-in-interest:
> UCC-1 Parties: Bank of America, NA, Bank of the West, Citigroup Global Markets Realty Corp, Countrywide Home Loans, Deutsche Bank Trust Company Americas, Federal National Mortgage Association, General Electric Capital Corporation, Goldman Sachs Mortgage Company, U.S. Bank National Association;
> 50 Largest Unsecured: Aurora Loan Services, Citigroup Global Markets Realty Corp., Countrywide, Credit-Based Asset Servicing and Securitization LLC, Deutsche Bank National Trust Company, EMC Mortgage Corporation,

General Electric Capital Corporation, Goldman Sachs Mortgage Company, HSBC Bank USA, N.A., JP Morgan Chase Bank, N.A., Lehman Brothers Bank FSB, Residential Funding Corporation, Washington Mutual Bank, FA;
Debtors: New Century Mortgage Corporation.

The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received form the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

8. Prior to the filing of the above-captioned cases, the Firm was employed by the Debtors. The Debtors owe the Firm $12,238.66 for pre-petition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm will not waive the pre-petition claim.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

10. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328 (c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 30___, 2007.

_____
Affiant

Sworn to and subscribed before me
this __30th__ day of __May__, 2007

_Kathleen R. Morrein_
Notary Public

KATHLEEN R. MORREIM
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010