## EXHIBIT 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, <u>et al.</u>,**[1] | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |

## <u>AFFIDAVIT UNDER 11 U.S.C. § 327(e)</u>

STATE OF <u>LOUISIANA</u>   :

                  :

~~PARISH~~
~~XXXXXXXX~~ OF <u>ORLEANS</u>   :

<u>Ellis B. Murov</u>   , being duly sworn, upon his oath, deposes and says:

1.    I am a <u>General</u> in the <u>law</u> firm of <u>Deutsch, Kerrigan & Stiles</u>

located at <u>755 Magazine St.</u> ~~New Orleans LA 70130~~ (the "Firm").

Partner

2.    The above-captioned debtors and debtors in possession (the "Debtors")

have requested that the Firm provide [type of services to be provided, <u>i.e.</u>, legal, accounting,

consulting] services to the Debtors during the course of these chapter 11 cases, and the Firm has

consented to provide such services.

3.    The Firm may have performed services in the past and may perform

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

RLF1-3138761-1

services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties
in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is
retained in cases, proceedings, and transactions involving many different parties, some of whom
may represent or be claimants, employees of the Debtors, or other parties in interest in these
chapter 11 cases. The Firm does not perform services for any such person in connection with
these chapter 11 cases to my knowledge. In addition, the Firm does not have any relationship
with any such person, their attorneys, or accountants that would be adverse to the Debtors or
their estate to my knowledge.

      4.     Neither I nor any principal of or professional employed by the Firm has
agreed to share or will share any portion of the compensation to be received from the Debtors
with any other person other than the principals and regular employees of the Firm.

      5.     Neither I nor any principal of or professional employed by the Firm,
insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or
their estates.

      6.     The Debtors owe the Firm approximately $ 1,741.39 for prepetition
services.

      7.     The Firm is conducting further inquiries regarding its retention by any
creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of
its employment, if the Firm should discover any facts bearing on the matters described herein,
the Firm will supplement the information contained in this Affidavit.

-2-

_____
Name:   Ellis B. Murov

Sworn to and subscribed before me this 28 day of  May        , 2007


_____
Notary Public
in and for the State of Louisiana

-3-