IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No. 643 |

### CERTIFICATION OF COUNSEL RE: ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS (A) TO HONOR CERTAIN PREPETITION OBLIGATIONS TO CUSTOMERS PURSUANT TO THE CUSTOMER PROGRAMS AND (B) TO CONTINUE THE CUSTOMER PROGRAMS

On May 11, 2007, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Second Motion of the Debtors and Debtors in Possession for an Order Pursuant to Section 105(a) of the Bankruptcy Code Authorizing the Debtors (A) to Honor Additional Prepetition Obligations to Customers Pursuant to the Customer Programs and (B) to Continue the Customer Programs (the "Motion"). A hearing on the Motion was held on May 30, 2007 (the "Hearing"). While no objections were filed in advance of the Hearing, the Office of the United States Trustee (the "U.S. Trustee") requested that the order approving the Motion contain caps limiting the payments that can be made by the Debtors absent further order of the Court. The Debtors have complied with the U.S. Trustee's request, but the Debtors were

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

unable to finalize the revised form of order in advance of the Hearing. Accordingly, at the Hearing, the Court approved the relief requested in the Motion (subject to the payment caps stated on the record), subject to submission of an acceptable form of order.

Attached hereto as Exhibit A is a revised form of order (the "Revised Order") which reflects the agreement between the Debtors and the U.S. Trustee and contains the payment caps stated on the record at the Hearing. The U.S. Trustee has reviewed and consented to the Revised Order. For the Court's convenience, the Debtors have also attached hereto as Exhibit B a blackline comparing the Revised Order with the form of order originally attached to the Motion.

WHEREFORE, the Debtors respectfully request the entry of the Revised Order.

Dated: May 31, 2007
Wilmington, Delaware

/s/ Mark D. Collins

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION