# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
NEW CENTURY TRS HOLDINGS, INC.,                                 :    Case No. 07-10416 (KJC)
A Delaware corporation, et al.,                                 :
                                                                :    Jointly Administered
                       Debtors.                                 :
---------------------------------------------------------------- x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Eric M. Sutty, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Angela J. Somers, Esquire, Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281 to represent Natixis Real Estate Capital Inc. f/k/a IXIS Real Estate Capital Inc. in the chapter 11 cases of New Century TRS Holdings, Inc., et al. The Admittee is admitted, practicing, and in good standing as a member of the bar of the State of New York.

Neil B. Glassman (No. 2087)
Steven M. Yoder (No. 3885)
Eric M. Sutty (No. 4007)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000

Counsel for Natixis Real Estate Capital Inc.
f/k/a IXIS Real Estate Capital Inc.

MAY 30 2007

661324-1

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing in the jurisdictions shown in the paragraph above and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Angela L. Somers
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: May 30, 2007

The Honorable Kevin J. Carey
United States Bankruptcy Judge

2

661324-1