IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered<br>Related Docket No. 925 |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF KENNETH P. COLEMAN**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Kenneth P. Coleman, Esq. to represent Barclays Bank PLC in this action.

Date: May 29, 2007

/s/ Henry Jaffe
Henry Jaffe (No. 2987)
Evelyn J. Meltzer (No. 4581)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 777-6500
Fax: (302) 421-8390

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or court of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Kenneth P. Coleman
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 610-6300
Fax: (212) 610-6399

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: May 30, 2007

Kevin J. Carey
United States Bankruptcy Judge

#8592258 v1