# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*, | Case No. 07-10416 (KLC) |
| | Jointly Administered |
| Debtors. | |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF GEORGIA  )
                  )
COUNTY OF FULTON  )

MARK A. BAKER, being duly sworn, deposes and says that:

1. I am a partner of Morris, Schneider & Prior, L.L.C. (the "Firm"), which maintains offices at 1587 Northeast Expressway, Atlanta, Georgia 30329.

2. This Affidavit is submitted in connection with an Order of the Unites States Bankruptcy Court for the District of Delaware, entered on or about May 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of these chapter 11 cases.

3. Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors as its legal counsel for foreclosure, bankruptcy, evictions and related litigation in the States of Mississippi, Alabama, Tennessee, Georgia, North Carolina and South Carolina (the "States"). The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time, is the attorney fee schedule currently authorized, approved and promulgated by Federal National Mortgage Association ("FNMA") regarding standard foreclosure, bankruptcy and evictions proceedings in the States. For matters involving hourly rates, such as contested proceedings other than standard foreclosure, bankruptcy and evictions proceedings, the hourly fees of the Firm are as follows:

|  | Current |
|---|---|
| Larry W. Johnson (GA, TN) | $245 |
| Joel A. Freedman (GA, TN) | $245 |
| Mark A. Baker (GA, AL, NC) | $195-245 |
| David C. Whitridge (GA, VA, MD, WV) | $195 |
| Angel R. Gordon (GA, NC) | $195 |
| Kyle S. Kotake (GA, HI) | $195-225 |
| Erika M. Hedrick (GA) | $175-195 |
| Lawrence W. Kelly (GA, TN, AZ) | $195-225 |
| Lori L. McGowan (GA, TN, AZ, CA) | $195-225 |
| LaSheka T. Payne (MS, GA) | $165-175 |
| N. John Rudd, Jr. (AL) | $195-225 |
| Daniel L. Feinstein (AL) | $195 |
| Paul G. Wersant (MD, DC, GA) | $195 |
| Jay G. Anderson (SC) | $195 |
| January N. Taylor (NC) | $175 |
| Andrew R. Bickwit (NC, GA, TN) | $195-225 |
| Other Associate Attorneys - DOE | $175-225 |
| David S. O'Quinn (GA, TN, NC, FL, TX) - Of Counsel | $195-225 |

In the normal course of its business, the Firm revises its billing rates on January 1st of each year and requests that, effective January 1st of each year, the aforementioned hourly rates be revised to the regular hourly rates which will be in effect at that time. In addition, FNMA changes its standard fee schedule from time to time. The Firm requests that, effective upon the change of any standard scheduled fee by FNMA, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5.     In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the Firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the flowing connections:

**List of Potential Parties-in-Interest for New Century TRS Holdings, Inc., et al.**

**UCC-1 Parties**

The Firm has provided legal representation in the past, and is or may be currently representing, the following entities, affiliates or related entities, by providing similar legal services to those provided to the Debtors herein:

    Bank of America, NA
    Countrywide Home Loans, Inc.
    Federal National Mortgage Association
    Guaranty Bank
    Sterling Bank

### 50 Largest Unsecured Creditors [1]

The Firm has provided legal representation in the past, and is or may be currently representing, the following entities, affiliates or related entities, by providing similar legal services to those provided to the Debtors herein:

    Bank of America, N.A.
    Countrywide
    EMC Mortgage Corporation
    Guaranty Bank
    HSBC Bank USA, N.A.
    INDY MAC Bank, FSB
    JP Morgan Chase Bank, NA
    NOMURA Securities
    Suntrust
    Washington Mutual Bank, FA

### Debtors

The Firm has provided in the past, and is currently providing, legal representation to the following Debtor entity:

    New Century Mortgage Corporation, a California corporation

The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

---

[1] Includes certain UCC-1 Parties

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. §504(b).

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, hold, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

8. Prior to the filing of the above-captioned cases, the Firm was employed by the Debtors. The Debtors owe the Firm $105,278.80 for prepetition services. If the Firms employment is authorized pursuant to the Ordinary Course Professionals Order, the will not waive the pre-petition claim.

9. The Firm is conducting further inquiries regarding its retention by any the creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover and facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

10. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. §328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2007.

_____
Mark A. Baker, Affiant:

Sworn to and subscribed before me this
22nd day of May, 2007.

_____
Notary Public
My Commission Expires:

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KLC)** |
| **INC., a Delaware corporation,** *et al.,* | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing **AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL** was served upon the following by mailing same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to insure delivery, addressed as follows:

Office of the U.S. Trustee
844 KING STREET
SUITE 2207
Lockbox 35
WILMINGTON, DE 19801

Laura Davis Jones
Timothy P. Cairns
Pachulski, Stang,et al.
Counsel to Greenwich Capital Financial Products, Inc.
    and to CIT Group/Business Credit, Inc.
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705

Bonnie Glantz Fatell
Blank Rome LLP
Counsel for Unsecured Creditors Committee
1201 Market Street, Suite 800
Wilmington, DE 19801

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, De 19801

ALL CREDITORS ON ATTACHED MAILING MATRIX, EXCEPT AS NOTED THEREON.

This 23rd day of May, 2007.

_____
Mark A. Baker

MORRIS, SCHNEIDER & PRIOR, L.L.C.
1587 Northeast Expressway
Atlanta, Georgia 30329
(770) 234-9181, Ext. 1404

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0311-1<br>Case 07-10416-KJC<br>District of Delaware<br>Delaware<br>Tue May 22 17:02:21 EDT 2007 | American Express Travel Related Svcs Co Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Americas Servicing Company<br>McCalla, Raymer, et al.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076 |
| Angelo, Gordon & Co.<br>245 Park Avenue, 26th Fl.<br>New York, NY 10167 | Arlington ISD<br>c/o Perdue Brandon Fielder, et al.<br>PO Box 13430<br>Arlington, TX 76094 | Arlington ISD, et al.<br>c/o Perdue Brandon Fielder Collins Mott<br>PO Box 13430<br>Arlington, Tx 76094 |
| Broadway Center Associates, LP<br>c/o Katsky Korins LLP<br>605 Third Avenue<br>New York, NY 10158 | Carrollton-Farmers Branch ISD<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, PCA<br>4411 North Central Expressway<br>Dallas, TX 75205 | Castleberry ISD<br>c/o Perdue, Brandon, Fielder, et al<br>P. O. Box 13430<br>Arlington, TX 76094 |
| Cedar Hill ISD<br>c/o Perdue, Brandon, Fielder, et al<br>Elizabeth Banda<br>PO BOX 13430<br>Arlington, TX 76094-0430 | Celina ISD<br>c/o Perdue, Brandon, Fielder, et al<br>P.O. Box 13430<br>Arlington, TX 76094 | ChoicePoint Inc.<br>c/o Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Ave., N.W.<br>Washington, DC 20036 |
| City of Cedar Hill<br>c/o Perdue, Brandon, Fielder, et al<br>Elizabeth Banda<br>PO BOX 13430<br>Arlington, TX 76094-0430 | City of Edinburg<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX 78760 | City of Hurst<br>Perdue, Brandon, Fielder, Collins & Mott<br>c/o Elizabeth Banda<br>P. O. Box 13430<br>Arlington, TX 76094-0430 |
| City of Princeton<br>c/o Perdue, Brandon, Fielder, et al<br>P. O. Box 13430<br>Arlington, TX 76094 | City of Whitewright<br>c/o Perdue, Brandon, Fielder, et al<br>P. O. Box 13430<br>Arlington, TX 76094 | Contrarian Capital Management, LLC<br>411 West Putnam Ave., Suite 225<br>Greenwich, CT 06830 |
| Cooley Godward Kronish LLP<br>101 California Street<br>5th Floor<br>San Francisco, CA 94111-5800 | Cypress-Fairbanks ISD<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Dallas County<br>c/o Linebarger Goggan Blair & Sampson<br>2323 Bryan Street<br>Suite 1600<br>Dallas, TX 75201 U.S. |
| Edcouch-Elsa ISD<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX 78760 | Ellington Management Group, Inc.<br>c/o Patricia B. Tomsco<br>Brown McCarroll LLP<br>111 Congress Avenue<br>Suite 1400<br>Austin, TX 78701 | ~~Ellington Management Group, L.L.C., on Behal~~ |
| Federal Express Corporation<br>c/o Filardi Law Offices LLC<br>65 Trumbull Street<br>2nd Floor<br>New Haven, CT 06510 | Fidelity National Information Services, Inc.<br>c/o Baker & Hostetler LLP<br>1050 Connecticut Avenue, NW<br>Suite 1100<br>Washington, DC 20036 | Fort Bend County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 |
| Garland Independent School District<br>c/o Law Offices of Robert E. Luna, P.C.<br>4411 N Central Expressway<br>Dallas, TX 75205 | General Electric Capital Corporation<br>c/o Michael G. Gallerizzo, Esquire<br>Gebhardt & Smith LLP<br>901 Market Street, Suite 451<br>Wilmington, DE 19801 | Golden Key Mortgage<br>Wendel, Rosen, Black & Dean LLP<br>c/o Charles A. Hansen<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607 |

| | | |
|---|---|---|
| Harris County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | IBM Corporation<br>Attn: Vicky Namken<br>13800 Diplomat Drive<br>Dallas, TX 75234 | IKON Financial Services<br>1738 Bass Road<br>PO Box 13708<br>Macon, GA 31208-3708 |
| Ikon Office Solutions<br>Recovery & Bankruptcy<br>3920 Arkwright Road<br>Suite 400<br>Macon, GA 31210 | Iron Mountain Information Management, Inc.<br>c/o Frank F. McGinn, Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street<br>Boston, MA 02110 | Irwin Mortgage Corporation<br>Attn: Bankruptcy Dept.<br>11800 Exit Five Parkway<br>Fishers, IN 46038-9627 |
| KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY 10178 | KW Properties, LTD<br>c/o Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, CA 95825 | Kodiak Funding LP, and Kodiak CDO I, Ltd.<br>Rosenthal, Monhait & Goddess, P.A.<br>919 Market Street<br>Suite 1401<br>Wilmington, DE 19801 |
| LOWENSTEIN SANDLER, PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Lamun Mock Cunnyngham & Davis, PC<br>5900 NW Grand Blvd<br>Oklahoma City, OK 73118-1295 | Law Offices of David J. Stern, PA<br>Frederic J. DiSpigna, Esq.<br>801 S. University Dr.<br>Suite 500<br>Plantation, FL 33324 |
| Lewisville Independent School District<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, P.C.<br>4411 N. Central Expressway<br>Dallas, TX 75205 | Litton Loan Servicing LP<br>4828 Loop Central Drive<br>Houston, TX 77081-2226 | MARICOPA COUNTY TREASURER<br>Madeleine C. Wanslee<br>Gust Rosenfeld P.L.C.<br>201 E. Washington St. #800<br>Phoenix, AZ 85004-2327 |
| Mack-Cali Realty Corporation<br>PO Box 7817<br>Edison, NJ 08818-7817 | Mackoff Kelloff Law Firm<br>46 West 2nd Street<br>Dickinson, ND 58601 | Manatee County Tax Collector Ken Burton Jr.<br>P.O. Box 25300<br>P.O. Box 25300<br>Bradeton, FL 34205 |
| Mansfield ISD<br>c/o Perdue, Brandon, Fielder, et al<br>Elizabeth Banda<br>PO BOX 13430<br>Arlington, TX 76094-0430 | Midfirst Bank<br>c/o Midland Mortgage Co.<br>999 N.W. Grand Blvd, Attn: Bankruptcy<br>Oklahoma City, OK 73118 | Missouri Department of Revenue<br>Sheryl L. Moreau<br>PO box 475<br>301 W. High Street, Room 670<br>Jefferson City, MO 65105 |
| Montgomery County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Morris, Nichols, Arsht & Tunnell LLP<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | National City Commercial Capital Company, LL<br>Weir & Partners LLP<br>824 Market Street<br>Suite 1001<br>Wilmington, DE 19899 |
| Natixis Real Estate Capital Inc.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801 | New Century TRS Holdings, Inc.<br>18400 Von Karman Ave.<br>Irvine, CA 92612 | Nueces County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX 78760 |
| Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | Princeton ISD<br>c/o Perdue, Brandon, Fielder, et al<br>Elizabeth Banda<br>PO BOX 13430<br>Arlington, TX 76094-0430 | QKC Maui Owner, LLC<br>c/o Honigman Miller Schwartz & Cohn LLP<br>Attn. Andrew S. Conway<br>38500 Woodward Avenue<br>Suite 100<br>Bloomfield Hills, MI 48304 |

| | | |
|---|---|---|
| RBC Mortgage Company, Royal Bank of Canada a | Regions Bank<br>c/o Richard D. Becker<br>Becker & Becker, P.A.<br>2702 Capitol Trail<br>Newark, DE 19711 | South Texas College<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX 78760 |
| State of Ohio, ex rel. Marc Dann, Attorney G<br>Ohio Attorney General<br>c/o Michelle T. Sutter<br>30 East Broad Street<br>25th Floor<br>Columbus, OH 43215 U.S.A. | Tax Appraisal District of Bell County, et al<br>co Michael Reed<br>P.O. Box 1269<br>Round Rock, TX 78680 | Travelers<br>National Accounts<br>Attn: Michael Marasco<br>1 Tower Square - 5MN<br>Hartford, CT 06183-4044 |
| Warren County Collector<br>105 South Market<br>Warrenton, MO 63383 | Wells Fargo Bank, N.A.<br>MAC N9303-120<br>608 2nd Avenue South<br>Minneapolis, MN 55479 | Whitewright ISD<br>c/o Perdue, Brandon, Fielder, et al<br>P. O. Box 13430<br>Arlington, TX 76094 |
| Wolff Samson, PC<br>Attn: Carlos G. Manalansan, Esquire<br>The Ofices of Crystal Lake<br>One Boland Drive<br>West Orange, NJ 07052 | Wright, Finlay & Zak, LLP<br>4665 MacArthur Court<br>Suite 280<br>Newport Beach, CA 92660 | U.S. Bankruptcy Court<br>824 Market Street, 3rd Floor<br>Wilmington, DE 19801 |
| Bexar County<br>c/o David G. Aelvoet<br>711 Navarro Suite 300<br>San Antonio, TX 78205 | City of El Paso<br>c/o David G. Aelvoet<br>711 Navarro Suite 300<br>San Antonio, TX 78205 | KW Properties, LTD<br>c/o Nancy Hotchkiss, Esquire<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, California 95825 |
| KW Properties, LTD.<br>c/o Nancy Hotchkiss, Esquire<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, California 95825 | Law Offices of David J. Stern, PA<br>801 S. University Dr.<br>Suite 500<br>Plantation, FL 33324 | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| Alireza Nazmi<br>Wendel, Rosen, Black & Dean LLP<br>c/o Charles A. Hansen<br>1111 Boradway, 24th Floor<br>Oakland, CA 94607-4036 | Christopher M. Samis<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, De 19801 | Chun I. Jang<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>P.O. Box 551<br>Wilmington, DE 19899 |
| David and Sherry TerMarsch<br>6136 Morning View Drive<br>Lakeland, FL 33813 | Glenn M. Reisman<br>Law Offices<br>Two Corporate Drive<br>Suite 234<br>Shelton, CT 06484 | Grant C Rees<br>164 Route 7 South<br>P.O. Box 108<br>Milton, VT 05468-0108 |
| Marcos Alexis Ramos<br>Richards Layton & Finger, PA<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 | Mark D. Collins<br>Richards Layton & Finger<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 | Michael Joseph Merchant<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 usa |
| Nabih and Esther Mangoubi<br>515 Davis Street<br>Evanston, PA 60201 | Paul Noble Heath<br>Richards, Layton & Finger<br>One Rodney Square<br>P. O. Box 551<br>Wilmington, DE 19899 usa | Rich F. Martin<br>8109 Santa Luz Village Green South<br>San Diego, CA 92127 |

Richard J Reynolds
16485 Laguna Canyon Road
Suite 250
Irvine, CA 92618

Robert P. Cocco
437 Chestnut Street
Suite 1006
Philadelphia, PA 19106

Sari E. Meador
Of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, FL 33831-2016

Scott Morris
Reeves & Seidler
2527 Santa Clara Avenue
Alameda, CA 94501-4633 US

Stuart L Druckman
Druckman & Sinel, LLP
242 Drexel Avenue
Westbury, NY 11590

Thomas Maxson
Cohen & Grigsby
11 Stanwix Street, 15th Fl
Pittsburgh, PA 15222

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)500 Eagles Landing, LLC

(u)816 Connecticut Avenue, L.P.

(u)ABN AMRO BANK N.V.

(u)ADT Security Services, Inc.

(u)Adfitech, Inc.

(u)Affiliated Computer Services, Inc. and ACS

(u)BANK OF AMERICA, N.A.

(u)Bank of New York as Trustee c/o Countrywid

(u)Barclays Bank PLC

(u)Barclays Capital

(u)Bexar County
Linebarger Goggan et al

(u)Bryan Cave LLP

(u)CB Richard Ellis Corporate Facilities Mana

(u)CT Corporation Trust

(u)Canpro Investments, LTD.,

(u)Carrington Mortgage Services, LLC

(u)Carrington Mortgage Services, LLC/Carringt

(u)Chatham County Tax Commissioner

(u)Citigroup Global Markets Realty Corp.

(u)City of El Paso
Linebarger Goggan et al

(u)Coremetrics, Inc.

| | | |
|---|---|---|
| (u)Countrywide Financial Corporation | (u)Countrywide Home Loans, Inc. | (u)Countrywide Securities Corporation |
| (u)Countrywide Warehouse Lending | (u)Coventry Fund X, Ltd. | (u)Credit Suisse First Boston Mortgage Capita |
| (u)Credit-Based Asset Servicing and Securitiz | (u)DB Structured Products, Inc. | (u)DRA CRT Post Oak, L.P. |
| (u)Daniel J. Rubio, John Hicks, David Vizcara | (u)Data-Link Systems, L.L.C. | (u)Deutsche Bank National Trust Company |
| (u)Douglas Emmett 2000, LLC | (u)Edwards Angell Palmer & Dodge LLP | (u)Eschelon Telecom, Inc. |
| (u)Fiserv Solutions, Inc. | (u)Fox Rothschild LLP | (u)GMAC Commercial Finance, LLC |
| (u)Goldman Sachs Mortgage Company | (u)Greenwich Capital Financial Products, Inc. | (u)Greenwich Capital Financial Products, Inc. |
| (u)Gregory J. Schroeder, Michelle Parker, Mar | (u)HSBC Bank USA, National Association, HSBC | (u)Hartford Fire Insurance Company |
| (u)Huntington Quadrangle 2 LLC | (u)Hunton & Williams LLP | (u)IBM Credit LLC |
| (u)IndyMac Bank, F.S.B. | (u)JP MORGAN CHASE BANK, NA | (u)KST Data, Inc |

| | | |
|---|---|---|
| (u)Klehr Harrison Harvey Branzburg & Ellers L | (u)LandAmerica Default Services Company | (u)Maguire Properties-Park Place LLC, Maguire |
| (u)Malcolm & Cisneros | (u)Morgan Stanley Mortgage Capital Inc. | (u)National Field Representatives |
| (u)New York State Teachers' Retirement Sys | (u)Official Unsecured Creditors' Committee | (u)Oklahoma County Treasurer |
| (u)Oracle USA, Inc. | (u)PEPPER HAMILTON LLP | (u)Pennsbury Village Borough |
| (u)Plaza America Office Development, LLC | (u)Positive Software Solutions, Inc. | (u)Premier Print and Services Group, Inc. |
| (u)Quadrangle Group, LLC | (u)Qwest Corporation | (u)RBC USA Holding Corporation and RBC Mortga |
| (u)RICHARD D. AUSTIN, LAUREN V. LIVA, MICHAEL | (u)RJS Properties, Inc. | (u)Realty Associates Fund VII, L.P. |
| (u)Residential Funding Company, LLC | (u)Richardson ISD | (u)Ryan Desert Ridge II, LLC |
| (u)SIRVA Relocation | (u)SN Servicing Corp. | (u)Safeco Financial Institution Solutions, In |
| (u)Speedpay, Inc. | (u)Sprint Communications Company L.P. d/b/a S | (u)Sprint Nextel Corporation |

| | | |
|---|---|---|
| (u)Stony Point East, LP | (u)SunTrust Leasing Corporation | (u)Symantec Corporation |
| (u)Thacher Proffitt & Wood LLP | (u)The CIT Group/Business Credit, Inc. | (u)The Greenlining Institute |
| (u)The Official Committee of Unsecured Credit | (u)The Townsend Trust | (u)U.S. Bank N.A., as Trustee |
| (u)UBS Real Estate Securities, Inc. | (u)Union Bank of California | (u)United HealthCare Insurance Company |
| (u)Walz Postal Solutions, Inc. | (u)Washington Mutual | (u)Wells Fargo, N.A. |
| (u)Wolfe & Wyman, LLP | (u)eMortgage Logic LLC | (d)Iron Mountain Information Management, Inc.<br>c/o Frank F. McGinn, Esq<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street<br>Boston, MA 02110 |
| (d)Iron Mountain Information Management, Inc.<br>c/o Frank F. McGinn, Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street<br>Boston, MA 02110 | (d)KW Properties, LTD.<br>c/o Nancy Hotchkiss, Esquire<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, California 95825 | (u)Alan Such<br>Fein, Such, Kahn & Shepard, P.C. |
| (u)Jeffrey Weber | (u)John A. Vos | (u)Leslie Marks |
| (u)Leslie K. Hill | (u)Mark K. Broyles<br>Fein, Such & Crane, LLP | End of Label Matrix<br>Mailable recipients    95<br>Bypassed recipients   107<br>Total                 202 |