## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., | : Case No. 07-10416 (KJC) |
| et al., [1] | : (Jointly Administered) |
| | : |
| Debtors. | : Re: Docket No. 549 |

### ORDER AUTHORIZING RETENTION OF
### HAHN & HESSEN LLP AS CO-COUNSEL FOR THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Official Committee of Unsecured Creditors (the "Committee") of New

Century TRS Holdings, Inc., et al., the debtors and debtors-in-possession herein (the "Debtors"),

by application dated May 4, 2007, for entry of an order pursuant to Section 327 of the

Bankruptcy Code authorizing the Committee to retain Hahn & Hessen LLP to represent it in this

case; and upon the affidavit of Jeffrey L. Schwartz, a member of the firm of Hahn & Hessen

LLP, duly sworn to on the 26[h] day of April, 2007; and it appearing that notice of the within

application has been given to the Office of the United States Trustee, counsel to the Debtors, the

Debtors' pre-petition and post-petition secured lenders, other parties in interest and those entities

---

[1]    The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a new Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- 2 -

filing notices of appearance pursuant to Bankruptcy Rule 2002 and that no further notice need be given; and the Court being satisfied based upon the representations made in the annexed application and affidavit that (i) the employment of Hahn & Hessen LLP is necessary and in the best interest of the Debtors' estates, (ii) Hahn & Hessen LLP represents no interest adverse to the Debtors and their estates, and (iii) Hahn & Hessen LLP is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code; and after due deliberation, and sufficient cause appearing therefor; it is

**ORDERED**, that the Committee be, and it hereby is, authorized to retain Hahn & Hessen LLP as attorneys to represent it in this proceeding under a general retainer, effective as of April 9, 2007; and it is further

**ORDERED**, that Hahn & Hessen LLP shall be compensated in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code, such Bankruptcy Rules as may then be applicable and any procedures established by orders of this Court.

Dated: Wilmington, Delaware
      May 30, 2007

                        THE HONORABLE KEVIN J. CAREY
                        UNITED STATES BANKRUPTCY JUDGE