

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| NEW CENTURY TRS HOLDINGS, | : |
| INC., a Delaware corporation, <u>et al.</u>,[1] | : |
| | : Case No. 07-10416 (KJC) |
| | : |
| Debtors. | : Jointly Administered |

Re: Docket No. 821

## ORDER APPROVING STIPULATION AND AGREEMENT AMONG THE DEBTORS AND CITIGROUP GLOBAL MARKETS REALTY CORP. WITH RESPECT TO THE PAYMENT OF CASH COLLATERAL

The Stipulation attached hereto is APPROVED AND ALLOWED.

PARAGRAPHS 1 THROUGH 14 OF THE STIPULATION are hereby incorporated in this

Order as if set forth in full herein.

The Court reserves jurisdiction to enforce the terms of the Stipulation.

Dated: May 30, 2007
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

---

[1]    The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware corporation; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.