## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | STAY MOTION |
| ) | Bk. No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC. a ) | |
| SERVICES, INC., et al., ) | |
| ) | Ref. No.: **596** |
| Debtors. ) | |
| ) | CHAPTER 11 |
| _____ ) | |
| ) | |
| REGIONS BANK d/b/a REGIONS MORTGAGE ) | ORDER ON |
| its assignees and/or successors in interest, ) | MOTION FOR ORDER GRANTING |
| ) | RELIEF FROM AUTOMATIC STAY |
| Movant, ) | |
| ) | |
| and ) | |
| ) | |
| NEW CENTURY TRS HOLDINGS, INC., & ) | |
| NEW CENTURY MORTGAGE ) | |
| CORPORATION, ) | |
| ) | |
| Respondents. ) | |

It appearing that the Ch. 11 Debtor does not have any opposition to Secured Creditor, Regions Bank's Motion for Relief from Automatic Stay, and with good cause appearing therefore, the Court makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, its assignees and/or successors in interest, and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Properties generally described as **5621 Lake Mary Jess Shore Ct., Orlando, FL 32839 & 7390 Woodland Creek Lane, Fort Worth, FL 33467**, pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

1

IT IS FURTHER ORDERED that the 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Dated: 5-30-07

_____
JUDGE OF THE BANKRUPTCY COURT