IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
NEW CENTURY TRS HOLDINGS,                           : Case No. 07-10416 (KJC)
   INC., a Delaware Corporation, *et al.*           : (Jointly Administered)
                                                    :
                 Debtors.                     : **Re: Docket No. 881**
---------------------------------------------------x

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that on May 25, 2007, IBM Credit, LLC ("IBM") filed the **Motion of IBM for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d), or Alternatively Adequate Protection or Administrative Rent Pursuant to 11 U.S.C. §§ 363 and 365** (the "Motion") [Docket No. 881].

PLEASE TAKE FURTHER NOTICE that IBM hereby withdraws the Motion without prejudice.

Dated: May 31, 2007
      Wilmington, Delaware

THE BAYARD FIRM

By: *[signature]*
Charlene D. Davis (No. 2336)
Kathryn D. Sallie (No. 4600)
222 Delaware Ave., Suite 900
Wilmington, DE 19801
(302) 655-5000

-and-

LEVY, SMALL & LALLAS
Leo D. Plotkin
815 Moraga Drive
Los Angeles, CA 90049-1633
Telephone: (310) 471-3000
Facsimile: (310) 471-7990
Email: lplotkin@lsl-la.com

Counsel for IBM