## CERTIFICATE OF SERVICE

I, Kathryn D. Sallie, hereby certify that on the 31st day of May, 2007, I caused a copy of the **Notice of Withdrawal** to be served upon the parties listed on the attached service list *via* hand delivery to all local parties and *via* First Class Mail to all remaining parties.

_____
Kathryn D. Sallie (No. 4600)

661510-1