# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | New Century TRS Holdings, Inc. | | |
| **Case Number:** | 07-10416-KJC | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, MAY 30, 2007 02:30 PM   CRT#5, 5TH FL. | | |
| **Bankruptcy Judge:** | KEVIN J. CAREY | | |
| **Courtroom Clerk:** | NANCY HUNT | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matter:*

Omnibus

**R / M #:**   907 /  0

## *Appearances:*

See Sign in Sheet

## *Proceedings:*

Amended Agenda Item
#1 through 14 - Continued to 6/15/07
#15 - Order Signed
#16 - Order Due
#17 - Order Signed
#18 - Adjourned to 6/15/07 or Order Can be Submitted Under COC
#19 - Adjourned to 6/15/07
#20 - Order Due
#21 - Order Signed
#22 - Order Signed
#23 - Order Signed
#24 - Adjourned to 6/15/07
#25 - Order Signed
#26 - Order Due
#27 - 6/15/07
#28 - Adjourned to 6/27/07