**S I G N - I N - S H E E T**

| CASE NAME: | New Century TRS Holdings, Inc. | COURTROOM LOCATION: 5 |
| --- | --- | --- |
| CASE NO.: 07-10416-KJC | | DATE: May 30, 2007 |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
| --- | --- | --- |
| Greg Taylor | Ashby & Geddes | UBS Real Estate Securities, Inc |
| Richard Chesely | Paul Hastings | " " " " |
| Gabrielmae Corail | Potter Anderson & Corroon LLP | Bank of America |
| Dennis Drebsky | Nixon Peabody | Deutsche Bank nat'l Trust Co |
| David Stratton | Pepper Hamilton | " " " |
| Abi Raval | Milbank | Morgan Stanley |
| Dan Butz | Morris Nichols | " |
| Ira Levee | Lowenstein Sandler | NY State Teachers Retirement Sys. |
| Howard Cohen | Drinker Biddle & Reath LLP | HSBC |
| Eric Suffey | The Bayard Firm | Natixis Real Estate Capital |
| Angela Somers | Cadwalader Wickersham & Taft | " |
| Robert Brady | Young Conaway | DB Structured Products |
| Andrew Gallo | Bingham McCutchen | " |

SIGN-IN-SHEET

CASE NAME:    New Century TRS Holdings, Inc.    COURTROOM LOCATION: 5
CASE NO.: 07-10416-KJC    DATE: May 30, 2007

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Merchant | Richards Layton | Debtors |
| Christopher Samis | " | " " |
| Ben Logan | O'Melveny & Myers | " |
| Marc Phillips | Connolly Bove Lodge & Hutz | Washington Mutual |
| Joseph McMahon | USDOJ | UST |
| William Chapman Sr | Edwards Angell Palmer + Dodge LLP | Countrywide |
| | | |
| | | |
| | | |
| | | |
| | | |

# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.    **COURTROOM LOCATION: 5**

**CASE NO.: 07-10416-KJC**    **DATE:** May 30, 2007

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| JOSHUA SUSSBERG | KIRKLAND + ELLIS | CITIGROUP GLOBAL REALTY |
| Douglas Hellmann | Shalker Weps | Ellington Management |
| Bruce Grohsgal | Pachulski Stang | Greenwich |
| Mike Busenkel | Eckert Seamans | Litton Loan Servicing |
| Claudia R. Springer | Reed Smith LLP | Indymac Bank |
| Mark L. McKane | Campbell + Levine | Citigroup Global Realty |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

S I G N - I N - S H E E T

**CASE NAME:** New Century TRS Holdings, Inc.

**CASE NO.: 07-10416-KJC**

**COURTROOM LOCATION: 5**

**DATE:** May 30, 2007

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ken Coleman | Allen & Overy | Barclays Bank PLC |
| Daniel Guyder | Allen & Overy | '' |
| Henry Jaffe | Pepper Hamilton LLP | '' |
| Edward Rosenthal | Fender Anbers & Gerless, PA | ROOM |
| David Carrickhoff | Blank Rome | Creditors' Committee |
| Mark Powers | Hahn & Hessen | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

Calendar Date: 05/30/2007
Calendar Time: 02:30 PM

# U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey #5

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1751059 | Mette Kurth | 213-617-5501 | Sheppard Mullin Richter & Hampton, LLP / LIVE | Interested Party, Sheppard Mullin Richter & Hampton, LLP / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1749460 | Christy Rivera / Doug Deutsch | 212-408-5530 | Chadbourne & Park, LLP | Creditor, Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1749463 | Richard Agins | 860-240-2840 | Bingham McCutchen, LLP | Interested Party, Deutsche Bank / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1749486 | Margot Schonholtz | 212-836-8000 | Kaye Scholer LLP (90121NY) | Creditor, Bank of America / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1751258 | Jeff Reisner | 949-760-5242 | Irell & Manella | Debtor, New Century TRS Holdings, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1749890 | Frederic DiSpigna | 954-233-8000 ext. 207 | Law Offices of David J. Stern PA | Interested Party, Law Offices of David J. Stern PA / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1749982 | Marti Murray | 212-582-5505 | Murray Capital Management, Inc. | Interested Party, Murray Capital Management, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1750006 | Ivan L. Kallick | 310-312-4152 | Manatt, Phelps & Phillips | Interested Party, Manatt, Phelps & Phillips / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1750018 | Ellen Marshall | 310-231-5574 | Manatt, Phelps & Phillips | Interested Party, Manatt, Phelps & Phillips / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1751051 | Michaeline Correa | 415-772-6421 | Heller Ehrman LLP (901818) | Debtor, New Century TRS Holdings, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1736082 | David Eskew | 212-836-7189 | Kaye Scholer LLP (90121NY) | Creditor, Bank of America, NA/ LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1747969 | Shirley Cho | 213-680-8242 | Kirkland & Ellis (CC-913) | Creditor, Creditor, Greenwich Capital Financial Products / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1747970 | Bennett Spiegel | 213-680-8203 | Kirkland & Ellis (CC-913) | Creditor, Greenwich Capital Financial Products / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1479990 | Kimberly Newmarch | 312-499-6057 | Paul Hastings Janofsky & Walker | Creditor, UBS Real Estate Securities, Inc. / LIVE |

Raymond Reyes

CourtConfCal

New Century TRS    07-10416    Hearing
Holdings, Inc.

1751038    Suzzane S. Uhland    415-984-8941    O'Melveny & Myers

Debtor: New Century TRS
Holdings, Inc. / LISTEN
ONLY