# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |

### AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF [NEW JERSEY]      )
                                                  )  ss:
COUNTY OF [MORRIS]         )

**Alan F. Such, Esq.**, being duly sworn, deposes and says:

1.      I am a **Partner of Fein Such Kahn & Shepard, P.C.** (the "Firm"), which maintains offices at **7 Century Drive, Parsippany, New Jersey 07054.**

2.      This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about May 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

3. Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors as **Attorneys-at-Law in the State of New Jersey in the areas of Foreclosure, Bankruptcy, Loss Mitigation, REO (Real Estate) and Evictions**. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time, are **(See "Exhibit A" attached hereto)**. In the normal course of its business, the Firm revises its billing rates on **the first** of each year and requests that, effective **January 1, 2007** of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections: **NONE**

The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

8. Prior to the filing of the above-captioned cases, the Firm **WAS** employed by the Debtors. The Debtors owe the Firm **$41,033.60** for prepetition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm **WILL NOT** waive the pre-petition claim.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

10. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 25_, 2007

_____
Affiant

Sworn to and subscribed before me
this _25th_ day of _May_, 2007

_____
Notary Public

Jace McColley

5/7/07 - 5/7/11

02MC616 5162

## NEW JERSEY

## FORECLOSURE FEE SCHEDULE

## FANNIE MAE, HUD & CONVENTIONAL

**FORECLOSURES:**

(a) $1,300.00 uncontested flat fee cap, or statutory costs, whichever is higher, excluding disbursements which are billed separately. The allocation of the said fee, based upon work completion, are as follows:

| | | |
|---|---|---:|
| i. | File, Title, Review and Filing of Action | $500.00 |
| ii. | Service of Process and Notice of Lis Pendens | 750.00 |
| iii. | Service on all defendants | 900.00 |
| iv. | Submission for Entry of Judgment | 1,100.00 |
| v. | Writ of Execution to Sheriff for Sale | 1,300.00 |

(b) Contested foreclosures are billed on our hourly rate which currently ranges from $175.00 per hour (partner) to $150.00 per hour (associate) to $75.00 for a paralegal. Said rates only apply to additional services necessary in striking the Contested Answer.

**APPEARANCE FOR RESPONDENT IN FORECLOSURE ACTION:**

(a) $200.00 for file review, phone calls, filing of responsive pleadings, and in applying to incorporate our lien in the Final Judgment.

(b) $200.00 for filing Certification of Subsequent Encumbrancer and related documents to facilitate inclusion in Final Judgment.

(c) $100.00 to appear as a respondent bidding at Sale.

**SURPLUS MONEY PROCEEDINGS:**

$750.00, unless contested.

**REO:**

(b) Sale of REO
(only $250.00 owing in the event that
transaction aborts prior to closing)                $750.00

**COLLECTION LETTER:**

$100.00, which fee is waived if litigation follows

**DEBT COLLECTION:**

Twenty-five (25%) percent of all balances, plus costs, collected on suits on Note, deficiency judgments, or suits against third parties ancillary to the foreclosure proceeding. Client shall be given the option, before commencement of any proceeding, if it would prefer hourly rate billing for any such action.

**DEED-IN-LIEU TRANSACTIONS:**

$350.00

**RESTRUCTURING, RECASTING OR SETTLEMENT STIPULATION TRANSACTIONS;**

$350.00

**BANKRUPTCY:**

(a) $800.00 initial retainer in Chapter 13 proceedings which includes Appearance, Proof of Claim, Affidavit Arrearages, Analysis of the Proposed Plan, a Notice of Objection to the Plan is suggested, and initial applicatioin for relief.

(b) $450.00 initial retainer in Chapter 7 proceedings, where mortgage is current, which includes Proof of Claim, any Objections to the filing.

(c) $800.00 initial retainer in Chapter 7 proceedings, where mortgage is **not** current, which includes Proof of Claim, any Objections to the filing, initial analysis for relief, and initial application for relief, if necessary.

(d) $800.00 initial retainer on Chapter 11 proceedings, which includes initial application for relief, unless a review of the Plan indicates, at client's option, objections or litigation are necessary; in which case same shall be handled at the Firm's hourly rate.

(e) Follow-up motions and procedures on all Chapters are billed at $500.00 per item, $650.00 if requiring second appearance.

**RECEIVERSHIP PROCEEDINGS:**

(a) $500.00 for application to appoint receiver, unless contested in which event same shall be handled at the Firm's hourly rate.

(b) $250.00 to dismiss Receiver in the event of a redemption, reinstatement or work-out (at which time this amount should be added to the debtors default costs).

**EVICTION:**

(a) $350.00 Mortgagor - Writ of Possession through eviction, unless contested in Court.

(b) $600.00 Tenant - Notices, Tenancy Action, through Warrant of Removal, unless contested in Court.

It should be noted that the majority of the fees listed are chargeable to the debtor's account, and are reimbursable out of the loan proceeds collected. We will be happy to comply, where applicable, with Freddie Mac and Ginnie Mae Fee Schedules.