## United States Bankruptcy Court
## For the District of Delaware

In re:   NC Capital Corporation                                                                          Case No.    07-10420

               Debtor

## NOTES TO SCHEDULES OF ASSETS AND LIABILITIES
## AND STATEMENT OF FINANCIAL AFFAIRS

 NC Capital Corporation (the "Debtor") submits its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statements") pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007.

The Schedules and Statements have been prepared by the Debtor's management and are unaudited.  While management of the Debtor has made every effort to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, the subsequent receipt of information may result in material changes in data contained in the Schedules and Statements which would warrant amendment of same.  Except as noted, the assets and liability data contained in the Schedules and Statements are reflected at net book value as of April 2, 2007, the date the Debtor commenced its Chapter 11 case (the "Commencement Date").

The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules and/or Statements as to amount, liability or classification.

While every effort has been made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. Accordingly, the Debtor reserves the right to amend its Schedules and Statements as necessary or appropriate and expects it will do so as information becomes available.

The Debtor utilizes a consolidated cash management system.  The Schedules may not reflect payments by an affiliated debtor on behalf of this Debtor, as well as payments between debtor and non-debtor affiliates.

Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated".  The Debtor reserves the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on its Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated".

The dollar amounts of claims listed may be exclusive of contingent and unliquidated amounts.

The claims of individual creditors for, among other things, merchandise, goods, services, or taxes are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights with respect to any such credits and allowances.

The Bankruptcy Court has approved the payment of certain unsecured priority and non-priority claims against the Debtor including, without limitation, certain claims of employees for wages, salaries,  reimbursement of business expenses and other claims, as well as certain claims of the Debtor's vendors, and service providers.  Such payments, to the extent made as of the date the Schedules were prepared, have been reflected in Schedule E or Schedule F, respectively.

It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtor's property interests. Accordingly, unless otherwise noted, the carrying value on the Debtor's books, rather than the current market values, of the Debtor's interest in property is reflected on the Debtor's Schedules and Statements.

Form 6 - Summary
(10/06)

# United States Bankruptcy Court
### District of Delaware

In re:  NC Capital Corporation                                                                    Case No.    07-10420
                    Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 2 | $0.00 | | |
| B - Personal Property | Yes | 9 | $89,736,870.39 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | UNKNOWN | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 13 | | $11,082.56 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $1,448,049,467.92 | |
| G - Executory Contracts and Unexpired Leases | Yes | 7 | | | |
| H - Codebtors | Yes | 7 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $0.00 |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $0.00 |
| Total Number of sheets in all schedules | | 49 | | | |
| Total Assets | | | $89,736,870.39 | | |
| Total Liabilities | | | | $1,448,060,550.48 | |

Official Form 6 - Statistical Summary  (10/06)

# United States Bankruptcy Court

### District of Delaware

| | | | |
|---|---|---|---|
| In re: | NC Capital Corporation | Case No. | 07-10420 |
| | | Chapter | 11 |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101 (8)), filing a case under chapter 7, 11 o r13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | N/A |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | N/A |
| Student Loan Obligations (from Schedule F) | N/A |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | N/A |
| Obligations to Pension or Profit-Sharing and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $11,082.56 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $1,448,049,467.92 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $1,448,049,467.92 |

Form B6A
(10/05)

In re:  NC Capital Corporation                                                        Case No.   07-10420
                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

☒  Check this box if debtor has no real property to report on this Schedule.

In re:  NC Capital Corporation                                                                    Case No.    07-10420
                    Debtor

## SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |

|  | Schedule A Total | $0.00 |
|---|---|---|

Form B6B
(10/05)

In re:   NC Capital Corporation                                                                      Case No.    07-10420
                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

### SCHEDULE B NOTES

**UNLESS OTHERWISE NOTED, SCHEDULE B LISTS THE NET BOOK VALUE FOR EACH OF THE DEBTOR'S ASSETS AS OF MARCH 31, 2007 AS REFLECTED ON THE DEBTOR'S BOOKS AND RECORDS.**

**THE DEBTOR RESERVES ALL RIGHTS WITH RESPECT TO THE CHARACTERIZATION OF THE ASSETS LISTED ON SCHEDULE B.**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See attached Exhibit B2<br>Bank balance as of 3/31/07<br><br><br>See footnote  1 | | $75,112.05 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |

| Page Total | $75,112.05 |
|---|---|

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See attached Exhibit B9 | | UNKNOWN |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keough, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% of interest in NC Participation Corporation 18400 Von Karman Avenue, Ste 1000 Irvine, CA 92612 | | UNKNOWN |
| | | 100% of interest in New Century Mortgage Securities, Inc. 18400 Von Karman Avenue, Ste 1000 Irvine, CA 92612 | | UNKNOWN |

Page Total    $0.00

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% of interest in New Century R.E.O. III Corporation<br>18400 Von Karman Avenue, Ste 1000<br>Irvine, CA 92612 | | UNKNOWN |
| | | 100% of interest in NC Deltex, LLC<br>18400 Von Karman Avenue, Ste 1000<br>Irvine, CA 92612 | | UNKNOWN |
| | | 100% of interest in New Century R.E.O. II Corporation<br>18400 Von Karman Avenue, Ste 1000<br>Irvine, CA 92612 | | UNKNOWN |
| | | 100% of interest in NC Residual III Corporation<br>18400 Von Karman Avenue, Ste 1000<br>Irvine, CA 92612 | | UNKNOWN |
| | | 100% of interest in New Century R.E.O. Corporation<br>18400 Von Karman Avenue, Ste 1000<br>Irvine, CA 92612 | | UNKNOWN |
| 14. Interests in partnerships or joint ventures. Itemize. | | 99.5% of interest in NC Asset Holding, L.P.<br>18400 Von Karman Avenue, Ste 1000<br>Irvine, CA 92612 | | UNKNOWN |
| 15. Government and corporate bonds and other negotiable and non negotiable instruments. | X | | | |

Page Total        $0.00

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and right to set off claims. Give estimated value of each. | | 2006 Tax Refund NYS Corporation Tax | | UNKNOWN [2] |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

| Page Total | $0.00 |
|---|---|

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies. | X | | | |

Page Total     $0.00

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crop-growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Residual Interest for Off Balance Sheet - 05-NCC (NIM) | | $20,485,766.87 |
| | | Residual Interest on Balance Sheet (03NC5) | | $19,511,459.00 |

Page Total    $39,997,225.87

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | Residual Interest for Off Balance Sheet -  05-NCB (NIM) | | $14,134,165.93 |
| | | Residual Interest for Off Balance Sheet -  05-NCA (NIM) | | $12,275,050.86 |
| | | Residual Interest for Off Balance Sheet -  05-NCD (NIM) | | $9,945,297.30 |
| | | Residual Interest on Balance Sheet (03NC4) | | $8,952,937.00 |
| | | Residual Interest for Off Balance Sheet -  97-NC1 (Residual) | | $1,780,305.38 |
| | | Residual Interest on Balance Sheet (03NC3) | | $1,142,701.00 |
| | | Residual Interest for Off Balance Sheet -  97-NC5f (Residual) | | $904,272.00 |

Page Total   $49,134,729.47

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | Residual Interest for Off Balance Sheet -  97-NC5a (Residual) | | $529,803.00 |

| | |
|---|---|
| Schedule B Total | $89,736,870.39 |

Footnotes:

1. Exhibit B2 does not include custodial and escrow accounts maintained by the Debtor in the ordinary course of its servicing and loan origination businesses.
2. The Debtor had estimated the tax refund of  $3,400,069 due from the NYS Corporation Tax.  However due to the contingency nature of the tax refunds, the amount will be listed as unknown.

| | |
|---|---|
| Page Total | $529,803.00 |

# EXHIBIT B-2

## ACCOUNT NUMBER, TYPE, AND LOCATION OF ALL FINANCIAL ACCOUNTS

**In Re NC Capital Corporation**                                                      **Case No. 07-10420**

**Exhibit B2**
**Bank Accounts**

| Description | Account Type | Balance at 3/31/07 |
|---|---|---|
| Union Bank of California<br>445 S. Figueroa St., MC G08-470<br>Los Angeles, CA 90071-1655<br>Account# 2110103894 | Payroll Account | $        51,037.94 |
| Union Bank of California<br>445 S. Figueroa St., MC G08-470<br>Los Angeles, CA 90071-1655<br>Account# 7930000692 | NC Capital Corporation<br>Manual Payroll Account | 24,074.11 |
| R J O'Brien & Associates<br>222 South Riverside Plaza #900<br>Chicago, IL 60606<br>Account #55830, 55867, 55870 | R J O'Brien & Associates -<br>NCCC | 0.00 |
| **Total** | | **$        75,112.05** |
| | | |
| Notes: | | |
| This does not include custodial and escrow accounts maintained by the Debtor in the ordinary course of its servicing and loan origination businesses. | | |

# EXHIBIT B-9

## INTERESTS IN INSURANCE POLICIES

New Century Mortgage Corporation, et.al.

**Exhibit B9**
**Insurance**

| INSURANCE POLICIES [1] | | | | | |
|---|---|---|---|---|---|
| **Coverage Type** | | **Policy #** | **Carriers** | **Annualized Premiums** | **Policy Effective Dates** |
| **Commercial Package** | Property | FIA 1003282 | Fidelity & Deposit Co. of | $268,373 | 3/17/07 - 3/17/08 |
| | General Liability | FIA 1003282 | | $150,178 | 3/17/07 - 3/17/08 |
| | | | | | |
| | | | | | |
| | Property HI | CP0913762802 | Fidelity & Deposit Co. of | $8,605 | 03/17/07 - 3/17/08 |
| | | | | | |
| | Property FL Wind | 1430489 | Citizens Insurance | $774 | 5/15/07 to 5/15/08 |
| **Commercial Auto** | Auto Liability | CAP0016872 | Fidelity & Deposit Co. of | $12,999 | 3/17/07 - 3/17/08 |
| **Commercial Umbrella Policy** | Excess Liability | UMB9137352 | Fidelity & Deposit C. of Maryland | $104,135 | 3/17/07 - 3/17/08 |
| | | | | | |
| | | | | | |
| | | | | | |
| **Difference in Conditions (Earth** | Primary $10M | 306912JF1 | Empire Indemnity Ins Co | $330,155 | 3/17/07 -3/17/08 |
| | | | | | |
| | $10MM excess - $10MM | CPN 10000356001 | Endurance | $100,000 | 3/17/07 -3/17/08 |
| | | | | | |
| | | | | | |
| **Directors & Officers Liability** | Primary | 6724385 | AISLIC        American | $522,917 | 06/08/06 - 04/02/07 |
| | | | | | |
| | 2nd | G2166120A002 | ACE USA | $385,370 | 06/08/06 - 04/02/07 |
| | 3rd | FD064467 | Lloyds (Aon) Syndicate | $400,456 | 06/08/06 - 04/02/07 |
| | 4th | RNN727183 | AXIS | $109,480 | 06/08/06 - 04/02/07 |
| | 5th | 4121907 | Starr Excess Liability Insurance | $206,350 | 06/08/06 - 04/02/07 |
| | 6th | ELU09290606 | XL EU | $325,000 | 06/08/06 - 06/08/07 |
| | 7th | FD0604994 | Loyd's(Aon) Syndicate | $172,283 | 06/08/06 - 06/08/07 |
| | 8th | DOXG21661338001 | ACE | $103,393 | 06/08/06 - 06/08/07 |
| | 9th | RNN727184 | Axis | $99,726 | 06/08/06 - 06/08/07 |
| | 10th | 73551016 | Liberty | $93,282 | 06/08/06 - 06/08/07 |
| | 11th | NY06DOL149577NV | Navigators | $45,427 | 06/08/06 - 06/08/07 |
| | | | | | |
| | IDL | 00DA023401506 | Twin City Fire Insurance Co | $60,000 | 06/08/06 - 06/08/07 |
| | | | | | |
| | IDL | AID001606800 | ARCH | $220,000 | 06/08/06 - 06/08/07 |
| | IDL | 287036031 | Continental Casualty Co | $110,000 | 06/08/06 - 06/08/07 |
| | IDL | NY06DOL149583NV | Navigators | $50,000 | 06/08/06 - 06/08/07 |
| | | | | | |
| **Directors & Officers Liability** | Pre- petittionTail coverage | 672-43-85 | American International Specialty | $653,329 | 04/02/07 - 6/8/2013 |
| | | G2166120A-002 | ACE American Ins Co | $481,712 | 04/02/07 - 6/8/2013 |
| | | FD0604467 | Lloyds of London | $564,506 | 04/02/07 - 6/8/2013 |
| | | RNN727183 | Axis Reinsurance Co | $136,850 | 04/02/07 - 6/8/2013 |
| | | 4121907 | Starr Excess Liability Ins | $257,813 | 04/02/07 - 6/8/2013 |
| | | ELU092906-06 | American International Specialty | $589,286 | 6/8/07 - 6/8/2013 |
| | | FD0604994 | Lloyds of London | $342,891 | 6/8/07 - 6/8/2013 |
| | | DOXG21661338001 | ACE American Ins Co | $186,534 | 6/8/07 - 6/8/2013 |
| | | RNN727184 | Axis Reinsurance Co | $178,995 | 6/8/07 - 6/8/2013 |
| | | 073-551-016 | Liberty Mutual Ins Co | $170,046 | 6/8/07 - 6/8/2013 |
| | | NY06DOL149577NV | Navigators Ins Co | $85,024 | 6/8/07 - 6/8/2013 |
| | IDL | AID0016068-00 | Arch Ins Co | $385,000 | 6/8/07 - 6/8/2013 |
| | IDL | 287036031 | Continental Casualty Co | $192,500 | 6/8/07 - 6/8/2013 |
| | IDL | NY06DOL149583NV | Navigators Ins Co | $87,500 | 6/8/07 - 6/8/2013 |
| | | | | | |
| | IDL | 00DA023401506 | Twin City Fire Ins Co | $90,000 | 06/08/07 - 06/07/08 |
| | | | | | |
| **Directors & Officers Liability** | Post Petition Coverage | 7133592 | National Union Fire Ins. Co of Pittsburgh, Pa (AIG) | $458,000 | 04/02/07 - 04/02/08 |
| | | 14-MGU-07-A14285 | U.S. Specialty Ins. Co. (HCC) | $640,000 | 04/02/07 - 04/02/08 |
| | | | | | |
| **Employment Practices Liability** | Captive Insurer | 514-02-06EPL02 | NCMC Insurance | $248,400 | 1/1/2006 - 06/15/2006 |
| | | 514-1-06EP02 | NCMC Insurance | $1,140,000 | 6/15/06 - 6/15/07 |
| **Employment Practices Liability** | Primary | 12575-1330-EPLI-2006 | MaxRe | $330,000 | 6/15/06 - 6/15/07 |
| | | | | | |

New Century Mortgage Corporation, et al.

Exhibit B9
Insurance

| INSURANCE POLICIES [1] | | | | |
|---|---|---|---|---|
| **Coverage Type** | | **Policy #** | **Carriers** | **Annualized Premiums** | **Policy Effective Dates** |
| Fire & Lia | Forced Place | MSH7710548B | Safeco | | 10/01/02 UTC |
| Fire | Fire | MIP7553565A | Safeco | | 09/15/02 to UTC |
| Fire & Lia | REO | MSH7710681B | Safeco | | 10/1/02 to UTC |
| Fire & Lia | Forced Place | MIH7710548B | Safeco | | 10/1/02 to UTC |
| Fire & Lia | REO | MIP7553681A | Safeco | | 2/01/05 to UTC |
| Fire & Lia | REO | MIH7710681B | Safeco | | 10/1/02 to UTC |
| Flood | Forced Place | 1916-3253 or 1910-3253 | Lloyds of London | | 6/1/06 - 6/1/08 |
| Flood | REO | 1916-3253 | Lloyds of London | | 6/1/06 to 6/1/08 |
| Wind | Forced Place | 1770-3253 | Lloyds of London | | 6/1/06 - 6/1/08 |
| | | | | | |
| | | | | | |
| Fiduciary Liability | Benefit Compensation Plans | PHSD219056 | Philadelphia Indemnity Insurance | $25,228 | 11/01/06 - 11/01/07 |
| | | | | | |
| | | | | | |
| Mortgage Bankers Bond | Fideltiy &Crime | MBB-05-00071 | Lloyd's of London Syndicates | $426,889 | 02/28/07 - 02/28/08 |
| Excess Mortgage Bankers Bond | 1st Excess Fidelity | QK0702078 | Lloyd's of London Syndicates | $252,284 | 02/28/07 - 02/28/08 |
| 2cd Excess Mortgage Bankers Bond | 2nd Excess Fidelity | QK0702946 | Lloyd's of London Syndicates | $498,304 | 02/28/07 - 02/28/08 |
| | | | | | |
| | | | | | |
| Mortgage Bankers Professional | Errors & Ommission | P014620600 | Stateside Insurance | $510,000 | 7/31/06 - 7/31/07 |
| MBPL Excess | Errors & Ommission | P014620601 | Lloyd's | $295,000 | 7/31/06 - 7/31/07 |
| | | | | | |
| | | | | | |
| Workers' Compensation | Ca-Deductible All Other Retrc | WC 249221914 | National Fire Ins Co of Hartford | $583,891 | 02/25/04- 02/25/05 |
| | All States except CA & HI | WC 249221928 | Valley Forge Insurance Co (CNA) | $417,630 | 02/25/04- 02/25/05 |
| | Hawaii | WC 249221900 | Transportation Ins. Co | $4,045 | 02/25/04- 02/25/05 |
| | Stop Gap-ND, W Virg., OH, & Wy. | GL249221931 | Valley Forge Insurance Co (CNA) | $100 | 02/25/04- 02/25/05 |
| | | | | | |
| | Workers' Compensation  (AOS) | WLR C43981547 | ACE AMERICAN INSURANCE | $843,440 | 02/25/05 - 2006 |
| | Workers' Compensation  (Wisc) | SCFC4  3981031 | ACE AMERICAN INSURANCE | INC | 02/25/05 - 2006 |
| | | | | | |
| | Workers' Compensation  (AOS) | WLRC44438124 | ACE AMERICAN INSURANCE | $617,450.00 | 02/25/06 - 2007 |
| | Workers' Compensation  (Wisc) | SCFC44438136 | ACE AMERICAN INSURANCE | INC | 02/25/06 - 2007 |
| | Workers' Compensation  (AOS) | TRJUB1761B465 | Travelers | $326,689 | 02/25/07 - 2008 |
| | Workers' Compensation  (Wisc) | TC2JUB1761B361 | Travelers | INC | 02/25/07 - 2008 |
| | | | | | |
| Medical Accident & Health | Foreign Accident & Health | GLB 910 3360 | American International Group | $11,445 | 8/14/2006 to 8/14/2007 |
| | | | | | |
| Workers' Compensation | ABA LL P Workers Comp | 59 WETQ 8340 | Hartford | $1,805 | 2/25/07 TO 2/25/08 |
| Workers' Compensation | ABA LL P Workers Comp | 59 WETQ 8341 | Hartford | $913 | 2/25/07 TO 2/25/08 |
| Workers' Compensation | ABA LL P Workers Comp | 59 WETQ 8342 | Hartford | $1,022 | 2/25/07 TO 2/25/08 |
| Workers' Compensation | ABA LL P Workers Comp | 59 WETQ 8343 | Hartford | $1,829 | 2/25/07 TO 2/25/08 |
| Workers' Compensation | ABA LL P Workers Comp | 59 WETQ 8344 | Hartford | $6,762 | 2/25/07 TO 2/25/08 |
| Workers' Compensation | ABA LL P Workers Comp | 59 WETQ 8346 | Hartford | $3,999 | 2/25/07 TO 2/25/08 |
| Workers' Compensation | ABA LL P Workers Comp | 59 WETQ 8347 | Hartford | $17,713 | 2/25/07 TO 2/25/08 |
| Workers' Compensation | ABA LL P Workers Comp | 59 WETQ 8349 | Hartford | $4,602 | 2/25/07 TO 2/25/08 |
| Workers' Compensation | ABA LL P Workers Comp | 59 WETQ 8460 | Hartford | $1,126 | 2/25/07 TO 2/25/08 |
| Workers' Compensation | ABA LL P Workers Comp | 59 WETQ 8464 | Hartford | $8,882 | 2/25/07 TO 2/25/08 |
| Workers' Compensation | ABA LL P Workers Comp | 59 WETQ 8468 | Hartford | $2,084 | 2/25/07 TO 2/25/08 |
| | | | | | |
| | | | | | |
| Access Lending Only - Subsidiary | Nortary Errors & Omissions Liability | DRS1003541 | RLI Surety | $77 | 11/15/2006 TO 11/15/2007 |

**TOTALS**                                                                    $15,960,419

Notes:
(1) On a consolidated basis in the ordinary course of business, the Debtor maintains various types of insurance coverage, including liability and casualty insurance, with various
    insurers for all the Debtors, as noted on Schedule B-9 for New Century Financial Corporation as primary named insured and all other debtors as a secondary named insured.
    In addition to any insurance policies identified in response to item 9, the Debtor may have rights to coverage under certain other insurance  polices listed in Schedule G for this
    Debtor, as well as Schedule G for all other Debtors.  The agents for all such insurance policies are set forth on the Debtor's Schedule G.

Form B6D

(10/05)

In re: NC Capital Corporation                                                                      Case No.   07-10420
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

## SCHEDULE D NOTES

**THE DEBTOR RESERVES THE RIGHT TO DISPUTE OR CHALLENGE THE VALIDITY, PERFECTION OR IMMUNITY FROM AVOIDANCE OF ANY LIEN PURPORTED TO BE GRANTED OR PERFECTED IN ANY SPECIFIC ASSET TO A SECURED CREDITOR LISTED ON SCHEDULE D. MOREOVER, ALTHOUGH THE DEBTOR HAS SCHEDULED CLAIMS OF VARIOUS CREDITORS AS SECURED CLAIMS, THE DEBTOR RESERVES ALL RIGHTS TO DISPUTE OR CHALLENGE THE SECURED NATURE OF ANY SUCH CREDITOR'S CLAIM OR THE CHARACTERIZATION OF THE STRUCTURE OF ANY SUCH TRANSACTION, OR ANY DOCUMENT OR INSTRUMENT (INCLUDING, WITHOUT LIMITATION, ANY INTERCOMPANY AGREEMENT), RELATED TO SUCH CREDITOR'S CLAIM.**

**CERTAIN OF THE DEBTOR'S AGREEMENTS LISTED ON SCHEDULE G MAY BE IN THE NATURE OF CONDITIONAL SALES AGREEMENTS OR SECURED FINANCINGS. NO ATTEMPT HAS BEEN MADE TO IDENTIFY SUCH AGREEMENTS FOR PURPOSES OF SCHEDULE D. IN CERTAIN INSTANCES, THE DEBTOR MAY BE A CO-OBLIGOR, CO-MORTGAGOR OR GUARANTOR WITH RESPECT TO SCHEDULED CLAIMS OF THE DEBTOR AND ITS AFFILIATES, AND NO CLAIM SCHEDULED ON SCHEDULE D IS INTENDED TO ACKNOWLEDGE CLAIMS OF CREDITORS THAT ARE OTHERWISE SATISFIED OR DISCHARGED BY OTHER ENTITIES.**

**THE DESCRIPTIONS PROVIDED ARE INTENDED ONLY TO BE A SUMMARY. REFERENCE TO THE APPLICABLE CREDIT AGREEMENTS AND RELATED DOCUMENTS IS NECESSARY FOR A COMPLETE DESCRIPTION OF THE COLLATERAL AND THE NATURE, EXTENT AND PRIORITY OF ANY LIENS. NOTHING HEREIN SHALL BE DEEMED A MODIFICATION OR INTERPRETATION OF THE TERMS OF SUCH AGREEMENTS.**

**SCHEDULE D ALSO CONTAINS THE NAMES AND ADDRESSES OF CERTAIN PARTIES WHO HAVE FILED UCC-1 FILING STATEMENTS WITH THE SECRETARY OF STATE OF VARIOUS JURISDICTIONS IN WHICH THE DEBTOR, OR ITS SUBSIDIARIES, ARE ENGAGED IN BUSINESS.**

**AS PROVIDED BY GAAP, THE DEBTORS' BOOKS, RECORDS AND PRIOR FILINGS HAVE CHARACTERIZED THE LOAN REPURCHASE AGREEMENTS AS SECURED FINANCING ARRANGEMENTS, INCLUDING THE ESTIMATED TOTAL LIABILITY AS A SECURED CLAIM AND THE UNDERLYING MORTGAGE LOANS AND RESIDUAL INTERESTS AS ASSETS OF THE DEBTORS. THIS TREATMENT IS ALSO REFLECTED IN THESE SCHEDULES. THE LOAN REPURCHASE AGREEMENTS, HOWEVER, GENERALLY PROVIDE THAT THE DEBTORS SOLD MORTGAGE LOANS (OR RESIDUAL INTERESTS) TO THE COUNTERPARTIES SUBJECT TO A RIGHT AND OBLIGATION TO REPURCHASE THESE MORTGAGE LOANS OR RESIDUAL INTERESTS AT A SUBSEQUENT DATE OR UPON THE OCCURRENCE OF CERTAIN EVENTS. THE DEBTORS RESERVE ALL RIGHTS WITH RESPECT TO THE LOAN REPURCHASE AGREEMENTS, INCLUDING THE PROPER CHARACTERIZATION, THE UNDERLYING ASSETS AND OUTSTANDING AMOUNTS.**

In re:  NC Capital Corporation                                          Case No.    07-10420
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ASPEN FUNDING CORP. C/O AMACAR GROUP LLC 6525 MORRISON BLVD. SUITE 318 CHARLOTTE, NC  28211 | | | MASTER REPURCHASE AGREEMENT DATED SEPTEMBER 2, 2005 FINANCING STATEMENT NO. 057041653526 | X | X | | UNKNOWN | UNKNOWN |
| ASPEN FUNDING CORP. C/O AMACAR GROUP LLC 6525 MORRISON BLVD. SUITE 318 CHARLOTTE, NC  28211 | | | MASTER REPURCHASE AGREEMENT DATED APRIL 14, 2006 FINANCING STATEMENT NO. 067066604954 | X | X | | UNKNOWN | UNKNOWN |
| BANK OF AMERICA, NA 901 MAIN ST. 66TH FL. DALLAS, TX  75202-3714 | | | MASTER REPURCHASE AGREEMENT DATED DECEMBER 2, 2003 FINANCING STATEMENT NO. 0334260040 | X | X | | UNKNOWN | UNKNOWN |
| BANK OF AMERICA, NA 901 MAIN ST. 66TH FL. DALLAS, TX  75202-3714 | | | MASTER REPURCHSE AGREEMENT DATED MARCH 10, 2004 FINANCING STATEMENT NO. 0407960003 | X | X | | UNKNOWN | UNKNOWN |
| BANK OF AMERICA, NA 301 MAIN ST. 66TH FL. DALLAS, TX  75202 | | | MASTER REPURCHASE AGREEMENT DATED SEPTEMBER 2, 2005, AS AMENDED AND RESTATED SEPTEMBER 28, 2006 FINANCING STATEMENT NO. 057040323014 | X | X | | UNKNOWN | UNKNOWN |
| BANK OF AMERICA, NA 901 MAIN ST. 66TH FL. DALLAS, TX  75202-3714 | | | MASTER REPURCHASE AGREEMENT DATED MAY 13, 2002, AS AMENDED SEPTEMBER 15, 2005 AND SEPTEMBER 7, 2006 FINANCING STATEMENT NO. 057042293466 | X | X | | UNKNOWN | UNKNOWN |
| CARRINGTON MORTGAGE CREDIT FUND I, LP 9 GREENWICH OFFICE PK. GREENWICH, CT  06831 | | | MASTER MORTGAGE LOAN PURCHASE AND SERVING AGREEMENT DATED APRIL 27, 2004 FINANCING STATEMENT NO. 0412260047 | X | X | | UNKNOWN | UNKNOWN |
| CITIGROUP GLOBAL MARKETS REALTY CORP. 390 GREENWICH STREET 6TH FL. NEW YORK, NY  10013 | | | MASTER MORTGAGE LOAN PURCHASE AND SERVICING AGREEMENT DATED APRIL 27, 2004 FINANCING STATEMENT NO. 0412260047 | X | X | | UNKNOWN | UNKNOWN |
| CITIGROUP GLOBAL MARKETS REALTY CORP. 390 GREENWICH STREET 6TH FL. NEW YORK, NY  10013 | | | MASTER REPURCHASE AGREEMENT DATED AUGUST 1, 2006, AS AMENDED DECEMBER 18, 2006 AND JANUARY 31, 2007 FINANCING STATEMENT NO. 067080206817 | X | X | | UNKNOWN | UNKNOWN |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL LLC 11 MADISON AVE. NEW YORK, NY  10010 | | | AMENDED AND RESTATED MASTER REPURCHASE AGREEMENT DATED JANUARY 31, 2007 FINANCING STATEMENT NO. 047009703030 | X | X | | UNKNOWN | UNKNOWN |

Page Total          $0.00

In re:  NC Capital Corporation                                                    Case No.  07-10420
                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| DB STRUCTURED PRODUCTS, INC. 60 WALL STREET NEW YORK, NY 10005 | | | MASTER REPURCHASE AGREEMENT DATED SEPTEMBER 2, 2005 FINANCING STATEMENT NO. 057041653526 | X | X | | UNKNOWN | UNKNOWN |
| DB STRUCTURED PRODUCTS, INC. 60 WALL STREET NEW YORK, NY 10005 | | | MASTER REPURCHASE AGREEMENT DATED APRIL 14, 2006 FINANCING STATEMENT NO. 067066604954 | X | X | | UNKNOWN | UNKNOWN |
| DEUTSCHE BANK TRUST COMPANY AMERICAS 1761 E. ST. ANDREW PL. SANTA ANA, CA 92705 | | | POOLING AND SERVICING AGREEMENT DATED JULY 1, 2004 FINANCING STATEMENT NO. 0421860749 | X | X | | UNKNOWN | UNKNOWN |
| GEMINI SECURITIZATION CORP., LLC C/O ROPES & GRAY LLP ONE INTERNATIONAL PL. BOSTON, MA 02110 | | | MASTER REPURCHASE AGREEMENT DATED SEPTEMBER 2, 2005 FINANCING STATEMENT NO. 057041653526 | X | X | | UNKNOWN | UNKNOWN |
| GEMINI SECURITIZATION CORP., LLC C/O ROPES & GRAY LLP ONE INTERNATIONAL PL. BOSTON, MA 02110 | | | MASTER REPURCHASE AGREEMENT DATED APRIL 14, 2006 FINANCING STATEMENT NO. 067066604954 | X | X | | UNKNOWN | UNKNOWN |
| GOLDMAN SACHS MORTGAGE COMPANY 85 BROAD ST. NEW YORK, NY 10004 | | | MASTER REPURCHASE AGREEMENT DATED NOVEMBER 30, 2006 FINANCING STATEMENT NO. 067093991640 | X | X | | UNKNOWN | UNKNOWN |
| MORGAN STANLEY MORTGAGE CAPITAL INC. AS AGENT 1221 AVENUE OF THE AMERICAS 27TH FL. NEW YORK, NY 10020 | | | LOAN AGREEMENT FINANCING STATEMENT NO. 0404960532 | X | X | | UNKNOWN | UNKNOWN |
| MORGAN STANLEY MORTGAGE CAPITAL INC. AS AGENT 1221 AVENUE OF THE AMERICAS 27TH FL. NEW YORK, NY 10020 | | | LOAN AGREEMENT FINANCING STATEMENT NO. 057017928776 | X | X | | UNKNOWN | UNKNOWN |
| NEW CENTURY MORTGAGE SECURITIES INC. 18400 VON KARMAN SUITE 1000 IRVINE, CA 92616 | | | MORTGAGE LOAN PURCHASE AGREEMENT DATED JULY 27, 2000 FINANCING STATEMENT NO. 0021660983 | X | X | | UNKNOWN | UNKNOWN |
| NEW CENTURY MORTGAGE SECURITIES INC. 18400 VON KARMAN SUITE 1000 IRVINE, CA 92616 | | | POOLING AND SERVICING AGREEMENT DATED JULY 1, 2004 FINANCING STATEMENT NO. 0421860749 | X | X | | UNKNOWN | UNKNOWN |

Page 3 of 4                                          Page Total          $0.00

In re:   NC Capital Corporation                                                    Case No.   07-10420
            Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| NEWPORT FUNDING GROUP C/O AMACAR GROUP LLC 6525 MORRISON BLVD. SUITE 318 CHARLOTTE, NC  2821 | | | MASTER REPURCHASE AGREEMENT DATED SEPTEMBER 2, 2005 FINANCING STATEMENT NO. 057041653526 | X | X | | UNKNOWN | UNKNOWN |
| NEWPORT FUNDING GROUP C/O AMACAR GROUP LLC 6525 MORRISON BLVD. SUITE 318 CHARLOTTE, NC  2821 | | | MASTER REPURCHASE AGREEMENT DATED APRIL 14, 2006 FINANCING STATEMENT NO. 067066604954 | X | X | | UNKNOWN | UNKNOWN |

Schedule D Total     | UNKNOWN |

Page Total     | $0.00 |

In re:  NC Capital Corporation                                                                                      Case No.    07-10420
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.  Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112.  If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**SCHEDULE E NOTES**

**WAGES, SALARIES AND COMMISSIONS / CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS:**

PURSUANT TO AN ORDER ISSUED BY THE BANKRUPTCY COURT, THE DEBTORS WERE AUTHORIZED TO PAY AND HONOR VARIOUS OUTSTANDING PRE-PETITION UNSECURED PRIORITY CLAIMS, INCLUDING, CERTAIN EMPLOYEE WAGE AND BENEFIT CLAIMS.

ON APRIL 3, 2007, THE BANKRUPTCY COURT ENTERED AN ORDER PURSUANT TO SECTIONS 105(A), 363(B), OF THE BANKRUPTCY CODE, AUTHORIZING THE DEBTORS TO HONOR AND PAY ALL OF THE EMPLOYEE OBLIGATIONS, EMPLOYEE DEDUCTIONS AND EMPLOYEE EXPENSES, INCLUDING WITHOUT LIMITATION PREPETITION WAGES, COMPENSATION, AND EMPLOYEE BENEFITS AND ANY OTHER OBLIGATIONS A SET FORTH IN THE MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER AUTHORIZING THE DEBTORS TO PAY PREPETITION WAGES, COMPENSATION AND EMPLOYEE BENEFITS.

THE DEBTORS BELIEVE THAT AMOUNTS ENTITLED TO PRIORITY AND WOULD OTHERWISE HAVE BEEN LISTED IN SCHEDULE E WITH RESPECT TO EMPLOYEE WAGES, SALARIES OR BENEFITS, HAVE ALREADY BEEN PAID, PURSUANT TO THE AUTHORITY GRANTED IN THE COURT'S ORDER, RECORDED ON DOCKET #47. TO THE EXTENT PRE-PETITION AMOUNTS HAVE BEEN IDENTIFIED, THE DETAIL SCHEDULED HEREIN REFLECTS KNOWN AMOUNTS REPRESENTING PREPETITION VACATION, SEVERANCE AND SICK LEAVE - PAID TIME OFF ("PTO") OWING TO EMPLOYEES UP TO $10,950 PER PERSON EARNED WITHIN 180 DAYS IMMEDIATELY PRECEDING THE FILING DATE OF APRIL 2, 2007.

TO THE EXTENT ADDITIONAL AMOUNTS ARE OWED TO EMPLOYEES THAT HAVE NOT ALREADY BEEN PAID, AND ARE NOT DETAILED ON SCHEDULE E, THOSE EMPLOYEES ARE NAMED AND THE CORRESPONDING CLAIM AMOUNT IS LISTED AS "UNKNOWN."

THE LISTING OF ANY CLAIM ON THIS SCHEDULE E DOES NOT CONSTITUTE AN ADMISSION BY THE DEBTOR THAT SUCH CLAIM IS ENTITLED TO PRIORITY TREATMENT UNDER 11 U.S.C. § 507. THE DEBTOR RESERVES THE RIGHT TO TAKE THE POSITION THAT THE CLAIM LISTED HEREIN IS A SECURED CLAIM, AN UNSECURED OR A SUBORDINATED CLAIM. CERTAIN CLAIMS LISTED IN THIS SCHEDULE MAY BE DESIGNATED AS CONTINGENT, UNLIQUIDATED AND/OR DISPUTED. A FAILURE TO DESIGNATE A CLAIM ON THIS SCHEDULE E AS CONTINGENT, UNLIQUIDATED AND/OR DISPUTED DOES NOT CONSTITUTE AN ADMISSION THAT SUCH CLAIM IS NOT SUBJECT TO OBJECTION. THE DEBTOR RESERVES THE RIGHT TO DISPUTE OR ASSERT OFFSETS OR DEFENSES TO ANY CLAIM REFLECTED ON THE SCHEDULE E AS TO NATURE, AMOUNT, LIABILITY OR STATUS.

DUE TO CONFIDENTIALITY CONCERNS, THE DEBTOR HAS SUPPRESSED THE ADDRESSES OF THE EMPLOYEE CLAIMANTS LISTED IN THIS SCHEDULE.

**SCHEDULE E – TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENT UNITS**

ON APRIL 3, 2007, DOCKET #49, THE BANKRUPTCY COURT ENTERED AN ORDER PURSUANT TO SECTIONS 105(A), 363(B), OF THE BANKRUPTCY CODE, AUTHORIZING THE DEBTORS TO PAY ALL UNDISPUTED PREPETITION USE TAX OBLIGATIONS DUE AND OWING TO STATE AND LOCAL TAXING AUTHORITIES IN THE ORDINARY COURSE OF BUSINESS, ON AN UNACCELERATED BASIS, IN AN AGGREGATE AMOUNT NOT TO EXCEED $10,000 ABSENT FURTHER COURT APPROVAL. THIS SCHEDULE DOES NOT INCLUDE PRIORITY CLAIMS OWING TO GOVERNMENTAL UNITS THAT ARE AUTHORIZED TO BE PAID PURSUANT TO THE AFOREMENTIONED ORDER.

SCHEDULE "E" CONTAINS THE DEBTOR'S BEST ESTIMATE OF ALL THE CLAIMS AGAINST THE DEBTOR'S ESTATE HELD BY GOVERNMENTAL AND QUASI-GOVERNMENTAL ENTITIES. THE DEBTOR HAS NOT DETERMINED WHETHER, AND TO WHAT EXTENT, ANY OF THE CREDITORS IDENTIFIED ON SCHEDULE "E" ARE ENTITLED TO PRIORITY UNDER SECTION 507 OF THE BANKRUPTCY CODE. THE DEBTOR RESERVES THE RIGHT TO ASSERT THAT CERTAIN CLAIMS IDENTIFIED ON SCHEDULE "E" ARE NOT CLAIMS OF GOVERNMENTAL ENTITIES AND/OR THAT SUCH CLAIMS ARE NOT ENTITLED TO PRIORITY.

In re:   NC Capital Corporation                                                              Case No.    07-10420
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re:    NC Capital Corporation                                                                    Case No.    07-10420
_____
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

Wages, Salaries, and Commissions
_____
**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ANDERSON, PHERNITA | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| ARNOLD, ANITA M | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| AVANT, JENNIFER LIM | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| BACHELOR, ERIC W | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| BARTON, PAMELA | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| BEARDEN, BRENDA | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| BERNSTEIN, MARK ANTHONY | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| BOLANOS, ALINA | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| CERNA, LEVY R | | | EMPLOYEE CLAIM | | | | $437.57 | $437.57 | $0.00 |
| CIUBOTARIU, KAREN | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| CLARK, GAYLA D | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| CLOYD, KEVIN M | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| COBBIN, MARILYN L | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| CONEJO, MARICELA D | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |

In re:   NC Capital Corporation                                                    Case No.    07-10420
_____
          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

Wages, Salaries, and Commissions
**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| CONROY, ERIN ELIZABETH | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| COOK, DARCI | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| CORONADO, FRANCISCO | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| DANIELS, BILLY G | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| DISHMAN, COLAN | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| ELLISON, KAREN | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| FITTER, JENINE A | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| FLEIG, DAVID C | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| FRAZEE, ERIC L | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| FRIES, DENNIS H | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| GABRIEL, BRENDA D | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| GOMEZ, JANICE | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| GONZALES, PATRICIA ANN | | | EMPLOYEE CLAIM | | | | $78.13 | $78.13 | $0.00 |
| GUERTIN, PHILIPPE A | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |

In re: NC Capital Corporation                                                          Case No. 07-10420
_____
　　　　　Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

Wages, Salaries, and Commissions
_____
**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| HATCH, JOHN KEITH | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| HENKE, TODD MICHAEL | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| HILL, NETTIE SUE | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| HOLGUIN, RICK | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| HOLMES, NANCY | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| HORTON, SANDRA P | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| HUBBARD, MARY T | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| JACKSON, ANNIE K | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| JENKINSON, KRISTIN M | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| JOHNSON, RUTH A | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| JORDAN, VICTORIA A | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| JOSEPH-ENGLISH, ROMONA | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| KIMES, BETTY | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| KLEIN, JEFFREY L | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |

In re:  NC Capital Corporation                                                                   Case No.    07-10420
_____
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

Wages, Salaries, and Commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| LENT, ROBERT W | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| LESTER, JENNIFER JONES | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| LICATA, WARREN J | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| LIMON, ANTHONY M | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| MAC KENZIE, KENNETH W | | | EMPLOYEE CLAIM | | | | $186.77 | $186.77 | $0.00 |
| MALLOY, MARY | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| MARTH, KIMBERLY SUE | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| MATTO, SANDY | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| MAXWELL, CATHY LOU | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| MCDADE, PAULETTA L | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| MCSHANE, TRACEY A | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| MEINHARDT, ANAT | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| MILLER, WENDY B | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| MITNICK, EVAN JOEL | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |

In re:    NC Capital Corporation                                                      Case No.    07-10420
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

Wages, Salaries, and Commissions

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| MORAN, DEBRA KERR | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| MULLINS, MATTHEW D | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| ORTEGA, JOHN | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| PALMER, CODY FRANK | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| PESAPANE, KATHRYN B | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| PINEDA-VELASQUEZ, LETICIA | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| RAMBERANSINGH, SALISHA | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| REA, MICHAEL V | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| REDONDO, JOSE IGNACIO | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| REINA, CARLOS | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| RHINEHART, RICHARD A | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| RUIZ, RAYMOND C | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| SCGERS, FRANCHELLE SHAMONE | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| SIEGEL, RENEE' R | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |

In re:  NC Capital Corporation                                                Case No.    07-10420
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

Wages, Salaries, and Commissions

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| STAGNER, BARBARA B | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| STAPLES, DELORES | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| STATEN, SHUNDA R | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| STEWART, LAURA E | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| STEWART, RANDY | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| TAYLOR, TIFFANY S | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| TOUK, KOMARITH | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| TRUSHEIM, JEFFREY | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| TURK, DEBRA J | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| WALDER, MATTHEW SPAULDING | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| WALKER, MAGGIE | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| WEISS, KARL S | | | EMPLOYEE CLAIM | | | | $10,380.09 | $10,380.09 | $0.00 |
| WHITE, MARLENE | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| YOUNG, LARRY S | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |

In re:   NC Capital Corporation                                                    Case No.   07-10420
                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

Wages, Salaries, and Commissions

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ZEPEDA, DESIREE DELEON | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| | | | Subtotals (Totals of this page) | | | | $11,082.56 | $11,082.56 | $0.00 |

Official Form 6E (04/07) - Cont.

In re:  NC Capital Corporation                                    Case No.  07-10420
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| CANYON COUNTY RECORDER 115 ALBANY STREET CALDWELL, ID  83605 | | | | X | X | | UNKNOWN | UNKNOWN | |
| CHAMPAIGN COUNTY RECORDER 1776 E. WASHINGTON URBANA, IL  61802 | | | | X | X | | UNKNOWN | UNKNOWN | |
| CHARLES COUNTY CLERK OF THE CIRCUIT COURT LAND RECORDS P.O. BOX 970 LA PLATA, MD  20646 | | | | X | X | | UNKNOWN | UNKNOWN | |
| CITRUS COUNTY CLERK OF THE CIRCUIT COURT 110 NORTH APOPKA AVENUE ROOM 101 INVERNESS, FL  34450 | | | | X | X | | UNKNOWN | UNKNOWN | |
| CLACKAMAS COUNTY CLERK 2051 KAEN RD 2ND FLOOR OREGON CITY, OR  97045 | | | | X | X | | UNKNOWN | UNKNOWN | |
| CLAY COUNTY RECORDER OF DEEDS P.O. BOX 238 LIBERTY, MO  64069 | | | | X | X | | UNKNOWN | UNKNOWN | |
| COMAL COUNTY CLERK 100 MAIN PLAZA SUITE 104 NEW BRAUNFELS, TX  78130 | | | | X | X | | UNKNOWN | UNKNOWN | |
| COOS COUNTY CLERK 250 NORTH BAXTER COURTHOUSE COQUILLE, OR  97423-1899 | | | | X | X | | UNKNOWN | UNKNOWN | |
| CURRY COUNTY CLERK P. O. BOX 746 GOLD BEACH, OR  97444 | | | | X | X | | UNKNOWN | UNKNOWN | |
| DORCHESTER COUNTY CLERK OF THE CIRCUIT 206 HIGH STREET CAMBRIDGE, MD  21613 | | | | X | X | | UNKNOWN | UNKNOWN | |
| HARRIS COUNTY CLERK 1001 PRESTON STREET, 4TH FLOOR HOUSTON, TX  77251 | | | | X | X | | UNKNOWN | UNKNOWN | |

Official Form 6E (04/07) - Cont.

In re:   NC Capital Corporation                                                           Case No.    07-10420
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| LINN COUNTY RECORDER P.O. BOX 100 ALBANY, OR 97321 | | | | X | X | | UNKNOWN | UNKNOWN | |
| LOS ANGELES COUNTY RECORDER - LA P.O. BOX 53115 LOS ANGELES, CA 90053-0115 | | | | X | X | | UNKNOWN | UNKNOWN | |
| MANATEE COUNTY RECORDER 115 MANATEE AVENUE WEST BRADENTON, FL 34205 | | | | X | X | | UNKNOWN | UNKNOWN | |
| MARICOPA COUNTY RECORDER 111 S. THIRD AVENUE FIRST FLOOR PHOENIX, AZ 85003-2225 | | | | X | X | | UNKNOWN | UNKNOWN | |
| MARION COUNTY RECORDER 100 HIGH STREET, NE SALEM, OR 97301 | | | | X | X | | UNKNOWN | UNKNOWN | |
| NEVADA SECRETARY OF STATE 202 N. CARSON STREET CARSON CITY, NV 89701 | | | | X | X | | UNKNOWN | UNKNOWN | |
| NYS CORPORATION TAX PROCESSING UNIT PO BOX 22094 ALBANY, NY 12201-2094 | | | 2006 TAXES | X | X | | UNKNOWN | UNKNOWN | |
| NYS CORPORATION TAX PROCESSING UNIT PO BOX 22102 ALBANY, NY 12201-2102 | | | 2006 TAXES | X | X | | UNKNOWN | UNKNOWN | |
| NYS CORPORATION TAX PROCESSING UNIT PO BOX 22038 ALBANY, NY 12201-2038 | | | 2006 TAXES | X | X | | UNKNOWN | UNKNOWN | |
| OAKLAND COUNTY REGISTER OF DEEDS- MI 1200 N. TELEGRAPH RD, DEPT. 480 PONTIAC, MI 48341 | | | | X | X | | UNKNOWN | UNKNOWN | |
| RIVERSIDE COUNTY RECORDER 2724 GATEWAY DRIVE RIVERSIDE, CA 92507 | | | | X | X | | UNKNOWN | UNKNOWN | |

Official Form 6E (04/07) - Cont.

In re:  NC Capital Corporation                                      Case No.    07-10420
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| SONOMA COUNTY RECORDER 585 FISCAL DRIVE SUITE 103 SANTA ROSA, CA  95403 | | | | X | X | | UNKNOWN | UNKNOWN | |
| TENNESSEE SECRETARY OF STATE 312 EIGHTH AVENUE N 6TH FLOOR NASHVILLE, TN  37243 | | | | X | X | | UNKNOWN | UNKNOWN | |
| VIRGINIA BEACH CLERK OF THE CIRCUIT COUR 2305 JUDICIAL BLVD., BUILDING 10B VIRGINIA BEACH, VA  23456 | | | | X | X | | UNKNOWN | UNKNOWN | |
| WAYNE COUNTY RECORDER OF DEEDS 109 WALNUT GREENVILLE, MO  63944 | | | | X | X | | UNKNOWN | UNKNOWN | |
| WILLIAMSON COUNTY REGISTER OF DEEDS 1320 WEST MAIN STREET S.201 FRANKLIN, TN  37064 | | | | X | X | | UNKNOWN | UNKNOWN | |
| Subtotals (Totals of this page) | | | | | | | UNKNOWN | UNKNOWN | |
| Total | | | | | | | $11,082.56 | | |
| Totals | | | | | | | | $11,082.56 | $0.00 |

Form B6F
(10/05)

In re:  NC Capital Corporation                                                          Case No.    07-10420
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not inlcude claims listed in Schedules D and E.  If all creditors will not fit on the page, use the continuation sheet provided.   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors.

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.  Report the total of all claims listed in this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding general unsecured claims to report on this Schedule.

## SCHEDULE F NOTES

**THE DEBTORS GENERALLY USED A CENTRALIZED CASH MANAGEMENT SYSTEM FOR NON-CUSTODIAL PAYMENTS TO CREDITORS.  SUBSTANTIALLY ALL SUCH ACCOUNTS PAYABLE PROCESSING OCCURRED AT, AND DISBURSEMENTS WERE MADE FROM, NEW CENTURY MORTGAGE CORPORATION FOR ALL OTHER DEBTOR ENTITIES, AND INTERCOMPANY ALLOCATIONS WERE PERFORMED ACCORDINGLY.  FURTHERMORE, INVOICES WERE NOT PROCESSED AT NEW CENTURY MORTGAGE CORPORATION UNTIL THE TIME THAT SUCH INVOICES WERE PAID.  SUBSEQUENT TO THE FILING, THE DEBTORS IMPLEMENTED A PROCESS TO GATHER AND RECORD ALL UNPROCESSED ACCOUNTS PAYABLE LIABILITIES AND SEGREGATE THESE AMOUNTS INTO PRE-PETITION AND POST-PETITION LIABILITIES.  THE LIABILITIES LISTED ON SCHEDULE F ARE THE RESULT OF THIS PROCESS, AND THE DEBTORS HAVE MADE THEIR BEST EFFORT TO IDENTIFY THE ENTITY OWING THE ACCOUNTS PAYABLE OBLIGATION TO EACH CREDITOR.**

**AS PROVIDED BY GAAP, THE DEBTORS' BOOKS, RECORDS AND PRIOR FILINGS HAVE CHARACTERIZED THE LOAN REPURCHASE AGREEMENTS AS SECURED FINANCING ARRANGEMENTS, INCLUDING THE ESTIMATED TOTAL LIABILITY AS A SECURED CLAIM AND THE UNDERLYING MORTGAGE LOANS AND RESIDUAL INTERESTS AS ASSETS OF THE DEBTORS. THIS TREATMENT IS ALSO REFLECTED IN THESE SCHEDULES.   THE LOAN REPURCHASE AGREEMENTS, HOWEVER, GENERALLY PROVIDE THAT THE DEBTORS SOLD MORTGAGE LOANS (OR RESIDUAL INTERESTS) TO THE COUNTERPARTIES SUBJECT TO A RIGHT AND OBLIGATION TO REPURCHASE THESE MORTGAGE LOANS OR RESIDUAL INTERESTS AT A SUBSEQUENT DATE OR UPON THE OCCURRENCE OF CERTAIN EVENTS.  THE DEBTORS RESERVE ALL RIGHTS WITH RESPECT TO THE LOAN REPURCHASE AGREEMENTS, INCLUDING THE PROPER CHARACTERIZATION, THE UNDERLYING ASSETS AND OUTSTANDING AMOUNTS.**

In re:  NC Capital Corporation                                                         Case No.  07-10420
　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| NEW CENTURY MORTGAGE CORPORATION 18400 VON KARMAN AVE SUITE 1000 IRVINE, CA 92612 | | | INTERCOMPANY | | | | $1,447,743,832.66 |
| C BASS MARC ROSENTHAL CIO 335 MADISON AVE., 19TH FLOOR NEW YORK, NY 10017 | | | PURCHASE AGREEMENT | X | X | X | UNKNOWN |
| CARRINGTON SECURITIES, LP BRUCE M. ROSE SEVEN GREENWICH OFFICE PARK 599 W PUTNAM AVE GREENWICH, CT 06830 | | | PURCHASE AGREEMENT | X | X | X | UNKNOWN |
| DEUTSCHE BANK NATIONAL TRUST CO. DIANA NGUYEN 1761 EAST ST. ANDREW PL SANTA ANA, CA 92705 | | | PURCHASE AGREEMENT | X | X | X | UNKNOWN |
| HSBC MORTGAGE SERVICES NANCY CASE 6060 JA JONES DR. CHARLOTTE, NC 28287 | | | PURCHASE AGREEMENT | X | X | X | UNKNOWN |
| RESIDENTIAL FUNDING COMPANY LLC SOPHIE SCHUBERT 7501 WISCONSIN AVE., STE 900 BETHESDA, MD 20814 | | | PURCHASE AGREEMENT | X | X | X | UNKNOWN |
| GOLDMAN SACHS ATTN: MARC FLAMINO 85 BORAD STREET NEW YORK, NY 10004 | X | | REPURCHASE OBLIGATION | X | X | X | UNKNOWN |
| SHEFFIELD RECEIVABLES CORPORATION ATTN: GLENN PEARSON, HANSEL NIEVES, SHELBY ROBINS 200 CEDAR KNOLLS ROAD WHIPPANY, NJ 07981 | X | | REPURCHASE OBLIGATION | X | X | X | UNKNOWN |
| BANK OF AMERICA, N.A. ATTN: MAUREEN MACAN 901 MAIN ST, 66TH FLOOR DALLAS, TX 75202 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |
| BARCLAYS BANK PLC ATTN: PAUL MENEFEE, JOSEPH O'DOHERTY 200 PARK AVENUE NEW YORK, NY 10166 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |
| BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION 9201 EAST MOUNTAIN VIEW ROAD SUITE 210 SCOTTSDALE, AZ 85258 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |

Page Total  $1,447,743,832.66

In re:  NC Capital Corporation                                                   Case No.    07-10420
　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| CARRINGTON SECURITIES, LP ATTN: BRUCE ROSE SEVEN GREENWICH OFFICE PARK 599 WEST PUTNAM AVENUE GREENWICH, CT  06830 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |
| C-BASS 335 MADISON AVE 19TH FL NEW YORK, NY  10017 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |
| CITIGROUP GLOBAL MARKETS REALTY CORP. ATTN: SUSAN MILLS, BOBBIE THEIVAKUMARAN 390 GREENWICH STREET, 6TH FLOOR NEW YORK, NY  10013 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |
| COUNTRYWIDE ATTN: DANA HEADLEE 20 N. ACOMA BLVD. LAKE HAVASU CITY, AZ  86403 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL LLC ATTN: GARY TIMMERMAN 302 CARNEGIE CENTER, 2ND FLOOR PRINCETON, NJ  08540 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |
| DEUTSCHE BANK ATTN: RYAN STARK 31 WEST 52ND STREET 3RD FLOOR NYC01-0304 NEW YORK, NY  10019 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |
| EMC MORTGAGE CORPORATION ATTN: TOM TARANTINO 383 MADISON AVENUE NEW YORK, NY  10179 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION 3900 WISCONSIN AVE NW WASHINGTON, DC  20016-2892 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |
| GOLDMAN SACHS MORTGAGE COMPANY ATTN: MARC FLAMINO 85 BROAD STREET NEW YORK, NY  10004 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, INC. ATTN: FRANK SKIBO 600 STEAMBOAT ROAD GREENWICH, CT  06830 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |
| HSBC BANK USA, N.A. ATTN: JOE LITTLE 452 5TH AVENUE, 10TH FLOOR NEW YORK, NY  10018 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |

Page Total          $0.00

In re: NC Capital Corporation          Case No. 07-10420

    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS BANK FSB<br>ATTN: DIANE RINNOVATORE<br>745 SEVENTH AVENUE<br>NEW YORK, NY 10019 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |
| MERRILL LYNCH<br>2001 SPRING RD<br>OAKBROOK, IL 60523 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |
| MORGAN STANLEY MORTGAGE CAPITAL INC.<br>ATTN: ANDY NEUBERGER<br>1585 BROADWAY, 10TH FLOOR<br>NEW YORK, NY 10036 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |
| NORWEST BANK<br>7764 MEGAN ANN WAY<br>ANTELOPE, CA 95843 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |
| RESIDENTIAL FUNDING CORPORATION<br>ATTN: MIKE BUGBEE<br>1646 N. CALIFORNIA BLVD. #400<br>WALNUT CREEK, CA 94596 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |
| RESIDENTIAL MORTGAGE SOLUTION<br>2800 28TH ST STE 102<br>SANTA MONICA, CA 90405 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |
| SECURITY NATIONAL<br>5300 SOUTH 360 WEST SUITE 250<br>SALT LAKE CITY, UT 84123 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |
| SG MORTGAGE FINANCE CORP<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |
| UBS REAL ESTATE SECURITIES INC.<br>ATTN: GEORGE MANGIARACINA<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |
| WASHINGTON MUTUAL BANK, FA<br>ATTN: MICHAEL MCCAULEY<br>3200 SOUTHWEST FREEWAY<br>HOUSTON, TX 77027 | | | REPURCHASE OBLIGATION UNDER WHOLE LOAN SALE | X | X | X | UNKNOWN |
| AZ-DEPARTMENT OF FINANCIAL INSTITUTIONS | | | TRADE VENDOR | | | | $1,000.00 |
| BEST LIMOSINES & TRANSPORTATION, INC.<br>7472 WARNER AVE.<br>HUNTINGTON BEACH, CA 92647 | | | TRADE VENDOR | | | | $4,318.16 |
| CANON FINANCIAL SERVICES, INC - IL | | | TRADE VENDOR | | | | $7,413.14 |
| CHARLES G. MURRAY A.S.A. | | | TRADE VENDOR | | | | $200.00 |

           Page Total $12,931.30

In re:   NC Capital Corporation                                                 Case No.   07-10420
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| CT CORPORATION - IL | | | TRADE VENDOR | | | | $2,093.00 |
| DANKA OFFICE IMAGING 4388 COLLECTION CENTER DR. CHICAGO, IL  60693 | | | TRADE VENDOR | | | | $144.79 |
| DATIMATION, INC. P.O. BOX 2373 LA HABRA, CA  90632 | | | TRADE VENDOR | | | | $178.00 |
| GM CAPITAL MANAGEMENT, LLC 3015 SOUTH OCEAN BLVD., SUITE 8B HIGHLAND BEACH, FL  33487 | | | TRADE VENDOR | | | | $150.00 |
| GUCKENHEIMER ENTERPRISES, INC. FILE #72527 P.O. BOX 60000 SAN FRANCISCO, CA  94160-2527 | | | TRADE VENDOR | | | | $1,223.50 |
| HARPOLE & ASSOCIATES, P. C. 22485 STATE HWY 249, SUITE #110 HOUSTON, TX  77070 | | | TRADE VENDOR | | | | $225.00 |
| HYATT REGENCY  ORANGE COUNTY | | | TRADE VENDOR | | | | $372.06 |
| HYATT REGENCY IRVINE FILE#53416 LOS ANGELES, CA  90074-3416 | | | TRADE VENDOR | | | | $372.06 |
| KST DATA, INC. 3699 WILSHIRE BLVD., #100 LOS ANGELES, CA  90010 | | | TRADE VENDOR | | | | $3,664.25 |
| LAWRENCE LETTENEY | | | TRADE VENDOR | | | | $325.00 |
| LOAN PERFORMANCE 188 EMBARCADERO SAN FRANCISCO, CA  94105 | | | TRADE VENDOR | | | | $6,137.35 |
| MCKEE NELSON, LLP 1919 M STREET, N.W., SUITE 800 WASHINGTON, DC  20023 | | | TRADE VENDOR | | | | $35,000.00 |
| MERS, INC. | | | TRADE VENDOR | | | | $552.18 |
| PENTALPHA SURVEILLANCE, LLC ONE GREENWICH OFFICE PARK, NORTH GREENWICH, CT  06831 | | | TRADE VENDOR | | | | $222,439.23 |
| RENO GAZETTE-JOURNAL 955 KUENZIL ST. P.O. BOX 22000 RENO, NV  89520--200 | | | TRADE VENDOR | | | | $35.95 |

                                                                                          Page Total          $272,912.37

In re:  NC Capital Corporation        Case No.   07-10420

        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| REUTERS AMERICA, LLC | | | TRADE VENDOR | | | | $4,571.00 |
| RI - DIVISION OF BANKING | | | TRADE VENDOR | | | | $1,205.00 |
| SOFTWARE HOUSE INTERNATIONAL, INC. P.O. BOX 8500-41155 PHILADELPHIA, PA  19178 | | | TRADE VENDOR | | | | $129.35 |
| STANDARD & POOR'S RATINGS SERVICES | | | TRADE VENDOR | | | | $500.00 |
| TRADEWEB, LLC 2200 PLAZA FIVE, HARORSIDE FINANCIAL JERSEY CITY, NJ  07311 | | | TRADE VENDOR | | | | $900.00 |
| WELLS FARGO FUNDING, INC. FINANCIAL PROCESSING DEPT 13314 ATTN: LYNN SPENCER (X2803-03C) | | | TRADE VENDOR | | | | $12,486.24 |
| ASPEN FUNDING CORP. ATTN: DORIS HEARN/EVELYN ECHEVARRIA 6525 MORRISON BLVD. SUITE 318 CHARLOTTE, NC  28211 | X | | WAREHOUSE AND REPURCHASE OBLIGATION | X | X | X | UNKNOWN |
| BARCLAYS BANK PLC ATTN: GLENN PEARSON 200 PARK AVENUE NEW YORK, NY  10166 | | | WAREHOUSE AND REPURCHASE OBLIGATION | X | X | X | UNKNOWN |
| CITIGROUP GLOBAL MARKETS REALTY CORP. ATTN: BOBBIE THEIVAKUMARAN 390 GREENWICH STREET, 6TH FLOOR NEW YORK, NY  10013 | X | | WAREHOUSE AND REPURCHASE OBLIGATION | X | X | X | UNKNOWN |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC ATTN: GARY TIMMERMAN 302 CARNEGIE CENTER, 2ND FLOOR PRINCETON, NJ  08540 | X | | WAREHOUSE AND REPURCHASE OBLIGATION | X | X | X | UNKNOWN |
| DB STRUCTURED PRODUCTS, INC. ATTN: GLENN MINKOFF 60 WALL STREET NEW YORK, NY  10005 | X | | WAREHOUSE AND REPURCHASE OBLIGATION | X | X | X | UNKNOWN |
| GEMINI SECURITIZATION CORP. ATTN: R. DOUGLAS DONALDSON 1 INTERNATIONAL PLACE BOSTON, MA  02110 | X | | WAREHOUSE AND REPURCHASE OBLIGATION | X | X | X | UNKNOWN |
| IXIS REAL ESTATE CAPITAL, INC. ATTN: RAY SULLIVAN 9 WEST 57TH STREET, 36TH FLOOR NEW YORK, NY  10019 | X | | WAREHOUSE AND REPURCHASE OBLIGATION | X | X | X | UNKNOWN |

       Page Total    $19,791.59

In re:  NC Capital Corporation                                                                    Case No.    07-10420
             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| MORGAN STANLEY MORTGAGE CAPITAL, INC. ATTN: ANDY NEUBERGER 1221 AVENUE OF THE AMERICAS 27TH FLOOR NEW YORK, NY  10020 | X | | WAREHOUSE AND REPURCHASE OBLIGATION | X | X | X | UNKNOWN |
| NEWPORT FUNDING CORP. ATTN: DORIS HEARN/EVELYN ECHEVARRIA 6525 MORRISON BLVD. SUITE 318 CHARLOTTE, NC  28211 | X | | WAREHOUSE AND REPURCHASE OBLIGATION | X | X | X | UNKNOWN |
| TUCSON FUNDING LLC ATTN: DORIS HEARN/EVELYN ECHEVARRIA 6525 MORRISON BLVD. SUITE 318 CHARLOTTE, NC  28211 | | | WAREHOUSE AND REPURCHASE OBLIGATION | X | X | X | UNKNOWN |
| BANK OF AMERICA ATTN: SEAN A. TOBIAS 901 MAIN STREET, 66TH FLOOR TX1-492-66-01 DALLAS, TX  75202-3714 | X | | WAREHOUSE LINE OF CREDIT | X | X | X | UNKNOWN |

Schedule F Total    $1,448,049,467.92

Page Total    $0.00

Form B6G

(10/05)

In re:  NC Capital Corporation                                                                      Case No.    07-10420
_____                                      _____
                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e ., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

## SCHEDULE G NOTES

**WHILE EVERY EFFORT HAS BEEN MADE TO ENSURE THE ACCURACY OF THE STATEMENT OF EXECUTORY CONTRACTS, INADVERTENT ERRORS OR OMISSIONS MAY HAVE OCCURRED.  THE DEBTOR DOES NOT MAKE, AND SPECIFICALLY DISCLAIMS, ANY REPRESENTATION OR WARRANTY AS TO THE COMPLETENESS OR ACCURACY OF THE INFORMATION SET FORTH HEREIN, OR THE VALIDITY OR ENFORCEABILITY OF ANY CONTRACTS, AGREEMENTS OR DOCUMENTS LISTED HEREIN.  THE DEBTOR HEREBY RESERVES THE RIGHT TO DISPUTE THE VALIDITY, STATUS OR ENFORCEABILITY OF ANY CONTRACTS, AGREEMENTS OR LEASES SET FORTH HEREIN AND TO AMEND OR SUPPLEMENT THIS STATEMENT.**

**THE CONTRACTS, AGREEMENTS AND LEASES LISTED ON SCHEDULE G MAY HAVE EXPIRED OR MAY HAVE BEEN MODIFIED, AMENDED AND SUPPLEMENTED FROM TIME TO TIME BY VARIOUS AMENDMENTS, RESTATEMENTS, WAIVERS, ESTOPPEL CERTIFICATES, LETTERS AND OTHER DOCUMENTS, INSTRUMENTS AND AGREEMENTS WHICH MAY NOT BE LISTED HEREIN.  CERTAIN OF THE REAL PROPERTY LEASES LISTED ON THIS SCHEDULE G MAY CONTAIN RENEWAL OPTIONS, GUARANTEES OF PAYMENT, OPTIONS TO PURCHASE,  RIGHTS OF THE FIRST REFUSAL, RIGHTS TO LEASE ADDITIONAL SPACE AND OTHER MISCELLANEOUS RIGHTS.  SUCH RIGHTS, POWERS, DUTIES AND OBLIGATIONS ARE NOT SET FORTH ON THIS SCHEDULE G.  CERTAIN OF THE EXECUTORY AGREEMENTS MAY NOT HAVE BEEN MEMORIALIZED AND COULD BE SUBJECT TO DISPUTE.  SCHEDULE G DOES NOT INCLUDE ALL EQUIPMENT PURCHASE ORDERS.  ADDITIONALLY, THE DEBTOR MAY BE A PARTY TO VARIOUS OTHER AGREEMENTS CONCERNING REAL PROPERTY, SUCH AS EASEMENTS, RIGHTS OF WAY, SUBORDINATION, NON-DISTURBANCE AND ATTORNMENT AGREEMENTS, SUPPLEMENTAL AGREEMENTS, AMENDMENTS/LETTER AGREEMENTS, TITLE DOCUMENTS, CONSENTS, SITE PLANS, MAPS AND OTHER MISCELLANEOUS AGREEMENTS.  SUCH AGREEMENTS ARE NOT SET FORTH ON THIS SCHEDULE G.**

**ON A CONSOLIDATED BASIS IN THE ORDINARY COURSE OF BUSINESS, THE DEBTOR MAINTAINS VARIOUS TYPES OF INSURANCE COVERAGE, INCLUDING LIABILITY AND CASUALTY INSURANCE, WITH VARIOUS INSURERS FOR ALL THE DEBTORS, AS NOTED ON SCHEDULE B-9 FOR NEW CENTURY FINANCIAL CORPORATION AS PRIMARY NAMED INSURED AND ALL OTHER DEBTORS AS A SECONDARY NAMED INSURED. IN ADDITION TO ANY INSURANCE POLICIES IDENTIFIED IN RESPONSE TO ITEM 9, THE DEBTOR MAY HAVE RIGHTS TO COVERAGE UNDER CERTAIN OTHER INSURANCE POLICES LISTED IN SCHEDULE G FOR ALL DEBTORS. THE AGENTS FOR ALL SUCH INSURANCE POLICIES ARE SET FORTH ON THE DEBTOR'S SCHEDULE G.**

**CERTAIN OF THE AGREEMENTS LISTED ON SCHEDULE G MAY BE IN THE NATURE OF CONDITIONAL SALES AGREEMENTS OR SECURED FINANCINGS.  THE DEBTORS RESERVE THE RIGHT TO DISPUTE OR CHALLENGE THE CHARACTERIZATION OF PERSONAL PROPERTY LEASES.  THE DEBTOR RESERVES ALL OF ITS RIGHTS TO DISPUTE OR CHALLENGE THE CHARACTERIZATION OF THE STRUCTURE OF ANY TRANSACTION, OR ANY DOCUMENT OR INSTRUMENT (INCLUDING, WITHOUT LIMITATION, ANY INTER-COMPANY AGREEMENT) RELATED TO A CREDITOR'S CLAIM.**

**LISTING A CONTRACT OR AGREEMENT ON THIS SCHEDULE DOES NOT CONSTITUTE AN ADMISSION THAT SUCH CONTRACT OR AGREEMENT IS AN EXECUTORY CONTRACT OR UNEXPIRED LEASE OR THAT SUCH CONTRACT OR AGREEMENT WAS IN EFFECT ON THE PETITION DATE OR IS VALID OR ENFORCEABLE.  ANY AND ALL OF THE DEBTOR'S RIGHTS, CLAIMS AND CAUSES OF ACTION WITH RESPECT TO THE CONTRACTS AND AGREEMENTS LISTED ON THIS SCHEDULE ARE HEREBY RESERVED AND PRESERVED.**

**OMISSION OF A CONTRACT OR AGREEMENT FROM THIS SCHEDULE DOES NOT CONSTITUTE AN ADMISSION THAT SUCH OMITTED CONTRACT OR AGREEMENT IS NOT AN EXECUTORY CONTRACT OR UNEXPIRED LEASE. THE DEBTOR'S RIGHTS UNDER THE BANKRUPTCY CODE WITH RESPECT TO ANY SUCH OMITTED CONTRACTS OR AGREEMENTS ARE NOT IMPAIRED BY THE OMISSION.  THIS SCHEDULE MAY BE AMENDED AT ANY TIME TO ADD ANY OMITTED CONTRACT OR AGREEMENT.**

In re:  NC Capital Corporation                                                                          Case No.   07-10420
                        Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| BAYVIEW FINANCIAL LP<br>BAYVIEW FINANCIAL LP<br>4425 PONCE DE LEON BLVD 4TH FL<br>CORAL GABLES, FL  33146 | CORPORATE CONTRACT |
| COUNTRYWIDE HOME LOANS<br>COUNTRYWIDE HOME LOANS<br>PO BOX 10219<br>VAN NUYS, CA  91410-0219 | CORPORATE CONTRACT |
| GRP FINANICAL SERVICES INC<br>360 HAMILTON AVE<br>WHITE PLAINS, NY | CORPORATE CONTRACT |
| MERRILL LYNCH<br>2001 SPRING RD<br>OAKBROOK, IL  60523 | CORPORATE CONTRACT |
| BANK OF AMERICA, NATIONAL ASSOCIATION<br>214 N TRON ST 21ST FL<br>NC1-0027-21-04<br>CHARLOTTE, NC  28255 | SERVICING CONTRACT<br>INTERIM SERVICING & POOLING AGREEMENT<br>9/2/2006 |
| CARRINGTON SECURITIES LP<br>SEVEN GREENWICH OFFICE PARK<br>599 W PUTNAM AVE<br>602 W PUTNAM AVE<br>GREENWICH, CT  06830 | SERVICING CONTRACT<br>INTERIM SERVICING & POOLING AGREEMENT |
| CITIGROUP GLOBAL MARKETS REALTY CORP.<br>390 GREENWICH ST, 4TH FL.<br>NEW YORK, NY  10013 | SERVICING CONTRACT<br>MASTER MORTGAGE LOAN PURCHASE AND INTERIM SERVICING AGREEMENT<br>3/1/2006 |
| CITIGROUP GLOBAL MARKETS REALTY CORP.<br>390 GREENWICH ST, 4TH FL.<br>NEW YORK, NY  10013 | SERVICING CONTRACT<br>FLOW SALE AND INTERIM SERVICING AGREEMENT<br>3/1/2006 |
| CITIMORTGAGE, INC.<br>CAPITAL MARKETS<br>1000 TECHNOLOGY DR.<br>O'FALLON, MO  63368 | SERVICING CONTRACT<br>LOAN PURCHASE AND SERVICING AGREEMENT<br>9/28/2006 |
| CITIMORTGAGE, INC.<br>CAPITAL MARKETS<br>1000 TECHNOLOGY DR.<br>O'FALLON, MO  63368 | SERVICING CONTRACT<br>INTERIM SERVICING & POOLING AGREEMENT |
| COUNTRYWIDE HOME LOAN SERVICING LP<br>400 COUNTRYWIDE WAY<br>SIMI VALLEY, CA  93065 | SERVICING CONTRACT<br>INTERIM SERVICING & POOLING AGREEMENT |
| CREDIT-BASED ASSET SERVICING AND SECURITIZATON LLC<br>335 MADISON AVE., 19TH FL.<br>NEW YORK, NY  10017 | SERVICING CONTRACT<br>MASTER ASSET PURCHASE AGREEMENT<br>4/1/2005 |
| CREDIT-BASED ASSET SERVICING AND SECURITIZATON LLC<br>335 MADISON AVE., 19TH FL.<br>NEW YORK, NY  10017 | SERVICING CONTRACT<br>INTERIM SERVICING & POOLING AGREEMENT |

In re: __NC Capital Corporation__                                                    Case No. __07-10420__
               Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| DECISION ONE MORTGAGE CO. GENERAL COUNSEL 3032 HSBC WAY FT. MILL, SC 29715 | SERVICING CONTRACT INTERIM SERVICING & POOLING AGREEMENT |
| DEUTSCH BANK NATIONAL TRUST CO TRUST ADMIN-MS06H8 1761 E. ST ANDREW PL SANTA ANA, CA 92705 | SERVICING CONTRACT NCHELT 2003-6 SERVICING AGREEMENT AND INDENTURE (DEFINITITIONS) |
| DEUTSCH BANK NATIONAL TRUST CO TRUST ADMIN-MS06H8 1761 E. ST ANDREW PL SANTA ANA, CA 92705 | SERVICING CONTRACT NCHELT 2003-4 PSA |
| DEUTSCH BANK NATIONAL TRUST CO TRUST ADMIN-MS06H8 1761 E. ST ANDREW PL SANTA ANA, CA 92705 | SERVICING CONTRACT NCHELT 2003-2 POOLING AND SERVICING AGREEMENT (PSA) |
| DEUTSCH BANK NATIONAL TRUST CO TRUST ADMIN-MS06H8 1761 E. ST ANDREW PL SANTA ANA, CA 92705 | SERVICING CONTRACT INTERIM SERVICING & POOLING AGREEMENT 6/1/2006 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY TRUST ADMINISTRATOR MS06C4 1761 E. ST. ANDREW PL. SANTA ANA, CA 92705 | SERVICING CONTRACT NCHELT 2006-S1 SERVICING AGREEMENT AND INDENTURE |
| EMC MORTGAGE | SERVICING CONTRACT LOAN PURCHASE AND SERVICING AGREEMENT 10/31/2003 |
| EMC MORTGAGE | SERVICING CONTRACT INTERIM SERVICING & POOLING AGREEMENT |
| GOLDMAN SACKS MORTGAGE COMPANY CHRISTOPHER GETHING 85 BROAD ST NEW YORK, NY 10004 | SERVICING CONTRACT INTERIM SERVICING & POOLING AGREEMENT 3/1/2006 |
| HSBC BANK USA, NATIONAL ASSOCIATION 425 FIFTH AVE. NEW YORK, NY 10018 | SERVICING CONTRACT INTERIM SERVICING & POOLING AGREEMENT 6/1/2005 |
| LASALLE BANK NATIONAL ASSOCIATION 2571 BUSSE RD. STE 200 ELKGROVE VILLAGE, IL 60007 | SERVICING CONTRACT INTERIM SERVICING & POOLING AGREEMENT |
| LEHMAN BROTHERS BANK, FSB CONTRACT FINANCE 745 SEVENTH AVE., 5TH FL. NEW YORK, NY 10019 | SERVICING CONTRACT INTERIM SERVICING & POOLING AGREEMENT 11/14/2006 |
| MORGAN STALENY - SERVING OVERSIGHT 5002 T-REX AVE. SUITE 300 BOCA RATON, FL 33431 | SERVICING CONTRACT INTERIM SERVICING & POOLING AGREEMENT |

In re:  NC Capital Corporation                                          Case No.  07-10420
                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| MORGAN STALEY - WHOLE LOAN OPERATIONS<br>750 SEVENTH AVE.<br>NEW YORK, NY  10019 | SERVICING CONTRACT<br>INTERIM SERVICING & POOLING AGREEMENT |
| MORGAN STANLEY<br>1585 BROADWAY, 10TH FL.<br>NEW YORK, NY  10036 | SERVICING CONTRACT<br>INTERIM SERVICING & POOLING AGREEMENT<br>6/1/2006 |
| MORGAN STANLEY - RFPG<br>1585 BROADWAY, 10TH FL.<br>NEW YORK, NY  10036 | SERVICING CONTRACT<br>INTERIM SERVICING & POOLING AGREEMENT<br>6/1/2006 |
| MORGAN STANLEY ABS CAPITAL<br>1586 BROADWAY, 10TH FL.<br>NEW YORK, NY  10036 | SERVICING CONTRACT<br>INTERIM SERVICING & POOLING AGREEMENT<br>11/1/2006 |
| NOMURA CREDIT & CAPITAL, INC.<br>2 WORLD FINANCIAL CENTER, BLDG B, 21ST FL.<br>NEW YORK, NY  10281 | SERVICING CONTRACT<br>INTERIM SERVICING & POOLING AGREEMENT<br>4/1/2005 |
| SG MORTGAGE FINANCE CORP.<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020 | SERVICING CONTRACT<br>LOAN PURCHASE AGREEMENT<br>12/1/2006 |
| SG MORTGAGE FINANCE CORP.<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020 | SERVICING CONTRACT<br>INTERIM SERVICING & POOLING AGREEMENT |
| WASHINGTON MUTUAL LEGAL DEPT<br>WMSM<br>1201 THIRD AVE<br>WMT 1706<br>SEATTLE, WA  98101 | SERVICING CONTRACT<br>INTERIM SERVICING & POOLING AGREEMENT |
| WELLS FARGO<br>24 EXECUTIVE PARK STE 100<br>IRVINE, CA  92614 | SERVICING CONTRACT<br>INTERIM SERVICING & POOLING AGREEMENT<br>6/1/2006 |
| WELLS FARGO<br>24 EXECUTIVE PARK STE 100<br>IRVINE, CA  92614 | SERVICING CONTRACT<br>INTERIM SERVICING & POOLING AGREEMENT<br>11/1/2006 |
| WELLS FARGO<br>1 HOME CAMPUS<br>DES MOIES, IA  50328 | SERVICING CONTRACT<br>INTERIM SERVICING & POOLING AGREEMENT |
| WM SPECIALITY MORTGAGE LLC<br>MASTER SERVICING DEPT<br>75 N FAIRWAY DR<br>VERNON HILLS, IL  60061 | SERVICING CONTRACT<br>LOAN PURCHASE AGREEMENT<br>9/1/2006 |
| WM SPECIALITY MORTGAGE LLC<br>MASTER SERVICING DEPT<br>75 N FAIRWAY DR<br>VERNON HILLS, IL  60061 | SERVICING CONTRACT<br>INTERIM SERVICING & POOLING AGREEMENT |
| ASPEN FUNDING CORP.<br>60 WALL STREET<br>NEW YORK, NY  10005 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>4/17/2006 |

In re:    NC Capital Corporation                                                                                Case No.    07-10420
                        Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| ASPEN FUNDING CORP.<br>6525 MORRISON BOULEVARD<br>SUITE 318<br>CHARLOTTE, NC  28211 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>9/2/2005 |
| ASPEN FUNDING CORP.<br>6525 MORRISON BOULEVARD<br>SUITE 318<br>CHARLOTTE, NC  28211 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>9/2/2005 |
| ASPEN FUNDING CORP.<br>60 WALL STREET<br>NEW YORK, NY  10005 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>4/17/2006 |
| BARCLAYS BANK PLC<br>200 PARK AVENUE<br>NEW YORK, NY  10166 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>3/31/2006 |
| BARCLAYS BANK PLC<br>200 PARK AVENUE<br>NEW YORK, NY  10166 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>3/31/2006 |
| BARCLAYS BANK PLC<br>200 PARK AVENUE<br>NEW YORK, NY  10166 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>3/31/2006 |
| BARCLAYS BANK PLC<br>200 PARK AVENUE<br>NEW YORK, NY  10166 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>3/31/2006 |
| CITIGROUP GLOBAL MARKETS REALTY CORP<br>390 GREENWICH STREET<br>6TH FLOOR<br>NEW YORK, NY  10013 | WAREHOUSE AGREEMENT<br>SERVICER ADVANCE FINANCING FACILITY AGREEMENT<br>8/28/2003 |
| CITIGROUP GLOBAL MARKETS REALTY CORP<br>390 GREENWICH STREET<br>6TH FLOOR<br>NEW YORK, NY  10013 | WAREHOUSE AGREEMENT<br>SERVICER ADVANCE FINANCING FACILITY AGREEMENT<br>8/28/2003 |
| CITIGROUP GLOBAL MARKETS REALTY CORP<br>390 GREENWICH STREET<br>6TH FLOOR<br>NEW YORK, NY  10013 | WAREHOUSE AGREEMENT<br>SERVICER ADVANCE FINANCING FACILITY AGREEMENT<br>8/28/2003 |
| CITIGROUP GLOBAL MARKETS REALTY CORP<br>390 GREENWICH STREET<br>6TH FLOOR<br>NEW YORK, NY  10013 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>8/1/2006 |
| DB STRUCTURED PRODUCTS, INC., ASPEN FUNDING CORP., NEWPORT FUNDING CORP., GEMINI SECURITIZATION CORP., LLC<br>60 WALL STREET<br>NEW YORK, NY  10005 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>9/2/2005 |
| DB STRUCTURED PRODUCTS, INC., ASPEN FUNDING CORP., NEWPORT FUNDING CORP., GEMINI SECURITIZATION CORP., LLC<br>60 WALL STREET<br>NEW YORK, NY  10005 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>9/2/2005 |

In re:  NC Capital Corporation                                                                    Case No.    07-10420
                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| DB STRUCTURED PRODUCTS, INC., ASPEN FUNDING CORP., NEWPORT FUNDING CORP., GEMINI SECURITIZATION CORP., LLC, TUCSON FUNDING LLC<br>60 WALL STREET<br>NEW YORK, NY  10005 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>4/17/2006 |
| DB STRUCTURED PRODUCTS, INC., ASPEN FUNDING CORP., NEWPORT FUNDING CORP., GEMINI SECURITIZATION CORP., LLC, TUCSON FUNDING LLC<br>60 WALL STREET<br>NEW YORK, NY  10005 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>4/17/2006 |
| GEMINI SECURITIZATION CORP., LLC<br>60 WALL STREET<br>NEW YORK, NY  10005 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>4/17/2006 |
| GEMINI SECURITIZATION CORP., LLC<br>60 WALL STREET<br>NEW YORK, NY  10005 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>9/2/2005 |
| GEMINI SECURITIZATION CORP., LLC<br>ONE INTERNATIONAL PLACE<br>BOSTON, MA  02110 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>9/2/2005 |
| GEMINI SECURITIZATION CORP., LLC<br>ONE INTERNATIONAL PLACE<br>BOSTON, MA  02110 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>9/2/2005 |
| GEMINI SECURITIZATION CORP., LLC<br>60 WALL STREET<br>NEW YORK, NY  10005 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>9/2/2005 |
| GEMINI SECURITIZATION CORP., LLC<br>60 WALL STREET<br>NEW YORK, NY  10005 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>4/17/2006 |
| GOLDMAN SACHS MORTGAGE COMPANY<br>85 BROAD STREET<br>NEW YORK, NY  10004 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>11/30/2006 |
| GOLDMAN SACHS MORTGAGE COMPANY<br>85 BROAD STREET<br>NEW YORK, NY  10004 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>11/30/2006 |
| GOLDMAN SACHS MORTGAGE COMPANY<br>85 BROAD STREET<br>NEW YORK, NY  10004 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>11/30/2006 |
| IXIS REAL ESTATE CAPITAL INC.<br>9 WEST 57TH STREET<br>NEW YORK, NY  10019 | WAREHOUSE AGREEMENT<br>FIFTH AMENDED AND RESTATED MASTER REPURCHASE AGREEMENT<br>11/10/2006 |
| IXIS REAL ESTATE CAPITAL INC.<br>9 WEST 57TH STREET<br>NEW YORK, NY  10019 | WAREHOUSE AGREEMENT<br>FIFTH AMENDED AND RESTATED MASTER REPURCHASE AGREEMENT<br>11/10/2006 |
| IXIS REAL ESTATE CAPITAL INC.<br>9 WEST 57TH STREET<br>NEW YORK, NY  10019 | WAREHOUSE AGREEMENT<br>FIFTH AMENDED AND RESTATED MASTER REPURCHASE AGREEMENT<br>11/10/2006 |

In re:  NC Capital Corporation
　　　　　　Debtor

Case No.    07-10420

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| NEWPORT FUNDING CORP.<br>60 WALL STREET<br>NEW YORK, NY  10005 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>4/17/2006 |
| NEWPORT FUNDING CORP.<br>6525 MORRISON BOULEVARD<br>SUITE 318<br>CHARLOTTE, NC  28211 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>9/2/2005 |
| NEWPORT FUNDING CORP.<br>6525 MORRISON BOULEVARD<br>SUITE 318<br>CHARLOTTE, NC  28211 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>9/2/2005 |
| NEWPORT FUNDING CORP.<br>60 WALL STREET<br>NEW YORK, NY  10005 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>4/17/2006 |
| SHEFFIELD RECEIVABLES CORPORATION<br>200 CEDAR KNOLLS ROAD<br>WHIPPANY, NJ  07981 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>3/31/2006 |
| SHEFFIELD RECEIVABLES CORPORATION<br>200 CEDAR KNOLLS ROAD<br>WHIPPANY, NJ  07981 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>3/31/2006 |
| TUCSON FUNDING LLC<br>60 WALL STREET<br>NEW YORK, NY  10005 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>4/17/2006 |
| TUCSON FUNDING LLC<br>60 WALL STREET<br>NEW YORK, NY  10005 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>4/17/2006 |
| UBS REAL ESTATE SECURITIES INC.<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020 | WAREHOUSE AGREEMENT<br>MASTER REPURCHASE AGREEMENT<br>6/23/2006 |

Form B6H
(10/05)

In re:  NC Capital Corporation                                                      Case No.    07-10420
                    Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's s pouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

Page 1 of  7

In re: NC Capital Corporation          Case No.   07-10420
          Debtor

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| AUSTIN MORTGAGE, L.P.<br>TWO RIVERWAY, SUITE 600<br>HOUSTON, TX  77056 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| CAPITAL PACIFIC HOME LOANS, L.P.<br>4100 MACARTHUR BLVD., STE 150<br>NEWPORT BEACH, CA  92660 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| COMPUFUND MORTGAGE COMPANY, LTD.<br>TWO RIVERWAY, SUITE 600<br>HOUSTON, TX  77056 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| HOME123 CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | ASPEN FUNDING CORP.<br>ATTN: DORIS HEARN/EVELYN ECHEVARRIA<br>6525 MORRISON BLVD.<br>SUITE 318<br>CHARLOTTE, NC  28211 |
| HOME123 CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | BANK OF AMERICA<br>ATTN: SEAN A. TOBIAS<br>901 MAIN STREET, 66TH FLOOR<br>TX1-492-66-01<br>DALLAS, TX  75202-3714 |
| HOME123 CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | CITIGROUP GLOBAL MARKETS REALTY CORP.<br>ATTN: BOBBIE THEIVAKUMARAN<br>390 GREENWICH STREET, 6TH FLOOR<br>NEW YORK, NY  10013 |
| HOME123 CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| HOME123 CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | DB STRUCTURED PRODUCTS, INC.<br>ATTN: GLENN MINKOFF<br>60 WALL STREET<br>NEW YORK, NY  10005 |
| HOME123 CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | GEMINI SECURITIZATION CORP.<br>ATTN: R. DOUGLAS DONALDSON<br>1 INTERNATIONAL PLACE<br>BOSTON, MA  02110 |
| HOME123 CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | GOLDMAN SACHS<br>ATTN: MARC FLAMINO<br>85 BORAD STREET<br>NEW YORK, NY  10004 |
| HOME123 CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | IXIS REAL ESTATE CAPITAL, INC.<br>ATTN: RAY SULLIVAN<br>9 WEST 57TH STREET, 36TH FLOOR<br>NEW YORK, NY  10019 |
| HOME123 CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | MORGAN STANLEY MORTGAGE CAPITAL, INC.<br>ATTN: ANDY NEUBERGER<br>1221 AVENUE OF THE AMERICAS<br>27TH FLOOR<br>NEW YORK, NY  10020 |

In re:   NC Capital Corporation                                                                    Case No.   07-10420
                    Debtor

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| HOME123 CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | NEWPORT FUNDING CORP.<br>ATTN: DORIS HEARN/EVELYN ECHEVARRIA<br>6525 MORRISON BLVD.<br>SUITE 318<br>CHARLOTTE, NC  28211 |
| HOME123 CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | SHEFFIELD RECEIVABLES CORPORATION<br>ATTN: GLENN PEARSON, HANSEL NIEVES, SHELBY ROBINS<br>200 CEDAR KNOLLS ROAD<br>WHIPPANY, NJ  07981 |
| KINGSTON MORTGAGE COMPANY, LTD.<br>TWO RIVERWAY, SUITE 600<br>HOUSTON, TX  77056 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| LOAN PARTNERS MORTGAGE, LTD.<br>TWO RIVERWAY, SUITE 600<br>HOUSTON, TX  77056 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| NC ASSET HOLDING, L.P.<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| NC ASSET HOLDING, L.P.<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | IXIS REAL ESTATE CAPITAL, INC.<br>ATTN: RAY SULLIVAN<br>9 WEST 57TH STREET, 36TH FLOOR<br>NEW YORK, NY  10019 |
| NC ASSET HOLDING, L.P.<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | MORGAN STANLEY MORTGAGE CAPITAL, INC.<br>ATTN: ANDY NEUBERGER<br>1221 AVENUE OF THE AMERICAS<br>27TH FLOOR<br>NEW YORK, NY  10020 |
| NC ASSET HOLDING, L.P.<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | SHEFFIELD RECEIVABLES CORPORATION<br>ATTN: GLENN PEARSON, HANSEL NIEVES, SHELBY ROBINS<br>200 CEDAR KNOLLS ROAD<br>WHIPPANY, NJ  07981 |
| NC RESIDUAL IV CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | CITIGROUP GLOBAL MARKETS REALTY CORP.<br>ATTN: BOBBIE THEIVAKUMARAN<br>390 GREENWICH STREET, 6TH FLOOR<br>NEW YORK, NY  10013 |
| NEW CENTURY CREDIT CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | ASPEN FUNDING CORP.<br>ATTN: DORIS HEARN/EVELYN ECHEVARRIA<br>6525 MORRISON BLVD.<br>SUITE 318<br>CHARLOTTE, NC  28211 |
| NEW CENTURY CREDIT CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | BANK OF AMERICA<br>ATTN: SEAN A. TOBIAS<br>901 MAIN STREET, 66TH FLOOR<br>TX1-492-66-01<br>DALLAS, TX  75202-3714 |

In re:  NC Capital Corporation                                                                                  Case No.    07-10420
　　　　　　　　　Debtor

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| NEW CENTURY CREDIT CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA 92612 | CITIGROUP GLOBAL MARKETS REALTY CORP.<br>ATTN: BOBBIE THEIVAKUMARAN<br>390 GREENWICH STREET, 6TH FLOOR<br>NEW YORK, NY 10013 |
| NEW CENTURY CREDIT CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA 92612 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ 08540 |
| NEW CENTURY CREDIT CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA 92612 | DB STRUCTURED PRODUCTS, INC.<br>ATTN: GLENN MINKOFF<br>60 WALL STREET<br>NEW YORK, NY 10005 |
| NEW CENTURY CREDIT CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA 92612 | GEMINI SECURITIZATION CORP.<br>ATTN: R. DOUGLAS DONALDSON<br>1 INTERNATIONAL PLACE<br>BOSTON, MA 02110 |
| NEW CENTURY CREDIT CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA 92612 | GOLDMAN SACHS<br>ATTN: MARC FLAMINO<br>85 BORAD STREET<br>NEW YORK, NY 10004 |
| NEW CENTURY CREDIT CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA 92612 | IXIS REAL ESTATE CAPITAL, INC.<br>ATTN: RAY SULLIVAN<br>9 WEST 57TH STREET, 36TH FLOOR<br>NEW YORK, NY 10019 |
| NEW CENTURY CREDIT CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA 92612 | MORGAN STANLEY MORTGAGE CAPITAL, INC.<br>ATTN: ANDY NEUBERGER<br>1221 AVENUE OF THE AMERICAS<br>27TH FLOOR<br>NEW YORK, NY 10020 |
| NEW CENTURY CREDIT CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA 92612 | NEWPORT FUNDING CORP.<br>ATTN: DORIS HEARN/EVELYN ECHEVARRIA<br>6525 MORRISON BLVD.<br>SUITE 318<br>CHARLOTTE, NC 28211 |
| NEW CENTURY CREDIT CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA 92612 | SHEFFIELD RECEIVABLES CORPORATION<br>ATTN: GLENN PEARSON, HANSEL NIEVES, SHELBY ROBINS<br>200 CEDAR KNOLLS ROAD<br>WHIPPANY, NJ 07981 |
| NEW CENTURY FINANCIAL CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA 92612 | ASPEN FUNDING CORP.<br>ATTN: DORIS HEARN/EVELYN ECHEVARRIA<br>6525 MORRISON BLVD.<br>SUITE 318<br>CHARLOTTE, NC 28211 |
| NEW CENTURY FINANCIAL CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA 92612 | BANK OF AMERICA<br>ATTN: SEAN A. TOBIAS<br>901 MAIN STREET, 66TH FLOOR<br>TX1-492-66-01<br>DALLAS, TX 75202-3714 |

In re:  NC Capital Corporation                                                   Case No.    07-10420
                    Debtor

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| NEW CENTURY FINANCIAL CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | CITIGROUP GLOBAL MARKETS REALTY CORP.<br>ATTN: BOBBIE THEIVAKUMARAN<br>390 GREENWICH STREET, 6TH FLOOR<br>NEW YORK, NY  10013 |
| NEW CENTURY FINANCIAL CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| NEW CENTURY FINANCIAL CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | DB STRUCTURED PRODUCTS, INC.<br>ATTN: GLENN MINKOFF<br>60 WALL STREET<br>NEW YORK, NY  10005 |
| NEW CENTURY FINANCIAL CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | GEMINI SECURITIZATION CORP.<br>ATTN: R. DOUGLAS DONALDSON<br>1 INTERNATIONAL PLACE<br>BOSTON, MA  02110 |
| NEW CENTURY FINANCIAL CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | GOLDMAN SACHS<br>ATTN: MARC FLAMINO<br>85 BORAD STREET<br>NEW YORK, NY  10004 |
| NEW CENTURY FINANCIAL CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | MORGAN STANLEY MORTGAGE CAPITAL, INC.<br>ATTN: ANDY NEUBERGER<br>1221 AVENUE OF THE AMERICAS<br>27TH FLOOR<br>NEW YORK, NY  10020 |
| NEW CENTURY FINANCIAL CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | NEWPORT FUNDING CORP.<br>ATTN: DORIS HEARN/EVELYN ECHEVARRIA<br>6525 MORRISON BLVD.<br>SUITE 318<br>CHARLOTTE, NC  28211 |
| NEW CENTURY MORTGAGE CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | ASPEN FUNDING CORP.<br>ATTN: DORIS HEARN/EVELYN ECHEVARRIA<br>6525 MORRISON BLVD.<br>SUITE 318<br>CHARLOTTE, NC  28211 |
| NEW CENTURY MORTGAGE CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | BANK OF AMERICA<br>ATTN: SEAN A. TOBIAS<br>901 MAIN STREET, 66TH FLOOR<br>TX1-492-66-01<br>DALLAS, TX  75202-3714 |
| NEW CENTURY MORTGAGE CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | CITIGROUP GLOBAL MARKETS REALTY CORP.<br>ATTN: BOBBIE THEIVAKUMARAN<br>390 GREENWICH STREET, 6TH FLOOR<br>NEW YORK, NY  10013 |
| NEW CENTURY MORTGAGE CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| NEW CENTURY MORTGAGE CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | DB STRUCTURED PRODUCTS, INC.<br>ATTN: GLENN MINKOFF<br>60 WALL STREET<br>NEW YORK, NY  10005 |

In re:  NC Capital Corporation                                                      Case No.   07-10420
_____
                      Debtor

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| NEW CENTURY MORTGAGE CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | GEMINI SECURITIZATION CORP.<br>ATTN: R. DOUGLAS DONALDSON<br>1 INTERNATIONAL PLACE<br>BOSTON, MA  02110 |
| NEW CENTURY MORTGAGE CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | GOLDMAN SACHS<br>ATTN: MARC FLAMINO<br>85 BORAD STREET<br>NEW YORK, NY  10004 |
| NEW CENTURY MORTGAGE CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | IXIS REAL ESTATE CAPITAL, INC.<br>ATTN: RAY SULLIVAN<br>9 WEST 57TH STREET, 36TH FLOOR<br>NEW YORK, NY  10019 |
| NEW CENTURY MORTGAGE CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | MORGAN STANLEY MORTGAGE CAPITAL, INC.<br>ATTN: ANDY NEUBERGER<br>1221 AVENUE OF THE AMERICAS<br>27TH FLOOR<br>NEW YORK, NY  10020 |
| NEW CENTURY MORTGAGE CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | NEWPORT FUNDING CORP.<br>ATTN: DORIS HEARN/EVELYN ECHEVARRIA<br>6525 MORRISON BLVD.<br>SUITE 318<br>CHARLOTTE, NC  28211 |
| NEW CENTURY MORTGAGE CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | SHEFFIELD RECEIVABLES CORPORATION<br>ATTN: GLENN PEARSON, HANSEL NIEVES, SHELBY ROBINS<br>200 CEDAR KNOLLS ROAD<br>WHIPPANY, NJ  07981 |
| NEW CENTURY R.E.O. CORP.<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | ASPEN FUNDING CORP.<br>ATTN: DORIS HEARN/EVELYN ECHEVARRIA<br>6525 MORRISON BLVD.<br>SUITE 318<br>CHARLOTTE, NC  28211 |
| NEW CENTURY R.E.O. CORP.<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | DB STRUCTURED PRODUCTS, INC.<br>ATTN: GLENN MINKOFF<br>60 WALL STREET<br>NEW YORK, NY  10005 |
| NEW CENTURY R.E.O. CORP.<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | GEMINI SECURITIZATION CORP.<br>ATTN: R. DOUGLAS DONALDSON<br>1 INTERNATIONAL PLACE<br>BOSTON, MA  02110 |
| NEW CENTURY R.E.O. CORP.<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | NEWPORT FUNDING CORP.<br>ATTN: DORIS HEARN/EVELYN ECHEVARRIA<br>6525 MORRISON BLVD.<br>SUITE 318<br>CHARLOTTE, NC  28211 |
| PEACHTREE RESIDENTIAL MORTGAGE, L.P. | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |

In re:  NC Capital Corporation                                                                    Case No.    07-10420
                                Debtor

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| RESIDENTIAL PRIME LENDING LIMITED PARTNERSHIP<br>13100 NORTHWEST FREEWAY, SUITE 200<br>HOUSTON, TX  77040 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| SUTTER BUTTES MORTGAGE, L.P.<br>13100 NORTHWEST FREEWAY, SUITE 200<br>HOUSTON, TX  77040 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| TEAM HOME LENDING, LTD.<br>13100 NORTHWEST FREEWAY, SUITE 200<br>HOUSTON, TX  77040 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |

In re:   NC Capital Corporation                                                              Case No.    07-10420
              Debtor

## Declaration Under Penalty of Perjury
## On Behalf of a Corporation or Partnership

I, Holly Felder Etlin, Chief Restructuring Officer of NC Capital Corporation,

named as the debtor in this case, declare under penalty of perjury that I have read the

foregoing Summary and Schedules and any attachments thereto and that they are true

and correct to the best of my knowledge, information, and belief.


Date:    May 30, 2007                          */s/ Holly Felder Etlin*
                                               Holly Felder Etlin
                                               Chief Restructuring Officer


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. (18 USC sec. 152 and 3571)*