**United States Bankruptcy Court**
**For the District of Delaware**

In re:   New Century Mortgage Ventures, LLC _____   Case No.   07-10429 _____

Debtor

## NOTES TO SCHEDULES OF ASSETS AND LIABILITIES
## AND STATEMENT OF FINANCIAL AFFAIRS

New Century Mortgage Ventures, LLC (the "Debtor") submits its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statements") pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007.

The Schedules and Statements have been prepared by the Debtor's management and are unaudited.  While management of the Debtor has made every effort to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, the subsequent receipt of information may result in material changes in data contained in the Schedules and Statements which would warrant amendment of same.  Except as noted, the assets and liability data contained in the Schedules and Statements are reflected at net book value as of April 2, 2007, the date the Debtor commenced its Chapter 11 case (the "Commencement Date").

The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules and/or Statements as to amount, liability or classification.

While every effort has been made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. Accordingly, the Debtor reserves the right to amend its Schedules and Statements as necessary or appropriate and expects it will do so as information becomes available.

The Debtor utilizes a consolidated cash management system.  The Schedules may not reflect payments by an affiliated debtor on behalf of this Debtor, as well as payments between debtor and non-debtor affiliates.

Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated".  The Debtor reserves the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on its Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated".

The dollar amounts of claims listed may be exclusive of contingent and unliquidated amounts.

The claims of individual creditors for, among other things, merchandise, goods, services, or taxes are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights with respect to any such credits and allowances.

The Bankruptcy Court has approved the payment of certain unsecured priority and non-priority claims against the Debtor including, without limitation, certain claims of employees for wages, salaries,  reimbursement of business expenses and other claims, as well as certain claims of the Debtor's vendors, and service providers.  Such payments, to the extent made as of the date the Schedules were prepared, have been reflected in Schedule E or Schedule F, respectively.

It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtor's property interests. Accordingly, unless otherwise noted, the carrying value on the Debtor's books, rather than the current market values, of the Debtor's interest in property is reflected on the Debtor's Schedules and Statements.

Form 6 - Summary
(10/06)

# United States Bankruptcy Court

### District of Delaware

In re:  New Century Mortgage Ventures, LLC                                          Case No.    07-10429
          Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 2 | $0.00 | | |
| B - Personal Property | Yes | 6 | $102,377.37 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | UNKNOWN | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 5 | | UNKNOWN | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $27,741.96 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $0.00 |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $0.00 |
| Total Number of sheets in all schedules | | 22 | | | |
| Total Assets | | | $102,377.37 | | |
| Total Liabilities | | | | $27,741.96 | |

Official Form 6 - Statistical Summary (10/06)

# United States Bankruptcy Court
### District of Delaware

In re:  New Century Mortgage Ventures, LLC                              Case No.        07-10429

                                                                        Chapter            11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101 (8)), filing a case under chapter 7, 11 o r13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | N/A |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | N/A |
| Student Loan Obligations (from Schedule F) | N/A |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | N/A |
| Obligations to Pension or Profit-Sharing and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4.  Total from Schedule F | | $27,741.96 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $27,741.96 |

Form B6A
(10/05)

In re:  New Century Mortgage Ventures, LLC                                    Case No.    07-10429
                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| X | Check this box if debtor has no real property to report on this Schedule.

In re:   New Century Mortgage Ventures, LLC                                                    Case No.   07-10429
                    Debtor

# SCHEDULE A - REAL PROPERTY
## (Continuation Sheet)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |

|  | Schedule A Total | $0.00 |
|---|---|---|

In re:   New Century Mortgage Ventures, LLC                                    Case No.    07-10429

         Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

### SCHEDULE B NOTES

**UNLESS OTHERWISE NOTED, SCHEDULE B LISTS THE NET BOOK VALUE FOR EACH OF THE DEBTOR'S ASSETS AS OF MARCH 31, 2007 AS REFLECTED ON THE DEBTOR'S BOOKS AND RECORDS.**

**THE DEBTOR RESERVES ALL RIGHTS WITH RESPECT TO THE CHARACTERIZATION OF THE ASSETS LISTED ON SCHEDULE B.**

In re:  New Century Mortgage Corporation, et al. Case 07-10416-BLS    Doc 1016    Filed 05/31/07    Page 7 of 44 No.    07-10429

Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See attached Exhibit B2<br>Bank balance as of 3/31/07<br><br><br>See footnote  1 | | $102,377.37 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |

Page Total | $102,377.37

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See attached Exhibit B9 | | UNKNOWN |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keough, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Page Total      $0.00

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and right to set off claims. Give estimated value of each. | | 2006 Tax Refund California Franchise Tax Board | | UNKNOWN [2] |

| Page Total | $0.00 |
|---|---|

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | See attached Exhibit B23 | | UNKNOWN |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Page 5 of 6

Page Total    $0.00

In re:    New Century Mortgage Ventures, LLC                                    Case No.    07-10429
                Debtor

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crop-growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page Total        $0.00

# SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | | Schedule B Total | $102,377.37 |

Footnotes:

  1. Exhibit B2 does not include custodial accounts maintained by the Debtor in the ordinary course of the servicing business.
  2. The Debtor had estimated the tax refund of $800 due from the California Frnachise Tax Board.  However due to the contingency nature of the tax refunds, the amount will be listed as unknown.

| Page Total | $0.00 |
|---|---|

# EXHIBIT B-2

## ACCOUNT NUMBER, TYPE, AND LOCATION OF ALL FINANCIAL ACCOUNTS

**In Re New Century Mortgage Ventures, LLC**                    **Case No. 07-10429**

**Exhibit B2**
**Bank Accounts**

| Description | Type of Account | Balance at 3/31/07 |
|---|---|---|
| Union Bank of California<br>445 S. Figueroa St., MC G08-470<br>Los Angeles, CA 90071-1655<br>Account# 7930002547 | Dba Monticello Mortgage Services<br>Trust Account | $        55,009.39 |
| Union Bank of California<br>445 S. Figueroa St., MC G08-470<br>Los Angeles, CA 90071-1655<br>Account# 7930002563 | Dba Select Mortgage Group<br>Trust Account | 18,571.36 |
| Union Bank of California<br>445 S. Figueroa St., MC G08-470<br>Los Angeles, CA 90071-1655<br>Account# 7930002695 | Dba Elite Financial Services<br>Trust Account | 11,815.19 |
| Union Bank of California<br>445 S. Figueroa St., MC G08-470<br>Los Angeles, CA 90071-1655<br>Account# 7930002679 | Dba Total Mortgage Resource<br>Trust Account | 7,627.01 |
| Union Bank of California<br>445 S. Figueroa St., MC G08-470<br>Los Angeles, CA 90071-1655<br>Account# 7930002571 | Dba Summit Resort Lending<br>Accounts Payable Account | 6,595.02 |
| Union Bank of California<br>445 S. Figueroa St., MC G08-470<br>Los Angeles, CA 90071-1655<br>Account# 7930002539 | Dba Monticello Mortgage Services<br>Accounts Payable Account | 2,759.40 |
| Union Bank of California<br>445 S. Figueroa St., MC G08-470<br>Los Angeles, CA 90071-1655<br>Account# 7930002660 | Dba Total Mortgage Resource<br>Accounts Payable Account | 0.00 |
| Union Bank of California<br>445 S. Figueroa St., MC G08-470<br>Los Angeles, CA 90071-1655<br>Account# 7930002687 | Dba Elite Financial Services<br>Accounts Payable Account | 0.00 |
| Union Bank of California<br>445 S. Figueroa St., MC G08-470<br>Los Angeles, CA 90071-1655<br>Account# 7930002598 | Dba Summit Resort Lending<br>Trust Account | 0.00 |
| Union Bank of California<br>445 S. Figueroa St., MC G08-470<br>Los Angeles, CA 90071-1655<br>Account# 7930002555 | Dba Select Mortgage Group<br>Accounts Payable Account | 0.00 |
| **Total** | | **$        102,377.37** |

**In Re New Century Mortgage Ventures, LLC**                    **Case No. 07-10429**

**Exhibit B2**

**Bank Accounts**

| Description | Type of Account | Balance at 3/31/07 |
|---|---|---|
|  |  |  |
| Notes: |  |  |
| This does not include custodial and escrow accounts maintained by the Debtor in the ordinary course of its servicing and loan origination businesses. | | |

# EXHIBIT B-9

## INTERESTS IN INSURANCE POLICIES

New Century Mortgage Corporation, et.al.

**Exhibit B9**
**Insurance**

| INSURANCE POLICIES [1] | | | | | |
|---|---|---|---|---|---|
| **Coverage Type** | | **Policy #** | **Carriers** | **Annualized Premiums** | **Policy Effective Dates** |
| **Commercial Package** | Property | FIA 1003282 | Fidelity & Deposit Co. of | $268,373 | 3/17/07 - 3/17/08 |
| | General Liability | FIA 1003282 | | $150,178 | 3/17/07 - 3/17/08 |
| | | | | | |
| | | | | | |
| | Property HI | CP0913762802 | Fidelity & Deposit Co. of | $8,605 | 03/17/07 - 3/17/08 |
| | | | | | |
| | Property FL Wind | 1430489 | Citizens Insurance | $774 | 5/15/07 to 5/15/08 |
| **Commercial Auto** | Auto Liability | CAP0016872 | Fidelity & Deposit Co. of | $12,999 | 3/17/07 - 3/17/08 |
| **Commercial Umbrella Policy** | Excess Liability | UMB9137352 | Fidelity & Deposit C. of Maryland | $104,135 | 3/17/07 - 3/17/08 |
| | | | | | |
| | | | | | |
| **Difference in Conditions (Earth** | Primary $10M | 306912JF1 | Empire Indemnity Ins Co | $330,155 | 3/17/07 -3/17/08 |
| | | | | | |
| | $10MM excess - $10MM | CPN 10000356001 | Endurance | $100,000 | 3/17/07 -3/17/08 |
| | | | | | |
| **Directors & Officers Liability** | Primary | 6724385 | AISLIC        American | $522,917 | 06/08/06 - 04/02/07 |
| | 2nd | G2166120A002 | ACE USA | $385,370 | 06/08/06 - 04/02/07 |
| | 3rd | FD064467 | Lloyds (Aon) Syndicate | $400,456 | 06/08/06 - 04/02/07 |
| | 4th | RNN727183 | AXIS | $109,480 | 06/08/06 - 04/02/07 |
| | 5th | 4121907 | Starr Excess Liability Insurance | $206,350 | 06/08/06 - 04/02/07 |
| | 6th | ELU09290606 | XL EU | $325,000 | 06/08/06 - 06/08/07 |
| | 7th | FD0604994 | Loyd's(Aon) Syndicate | $172,283 | 06/08/06 - 06/08/07 |
| | 8th | DOXG21661338001 | ACE | $103,393 | 06/08/06 - 06/08/07 |
| | 9th | RNN727184 | Axis | $99,726 | 06/08/06 - 06/08/07 |
| | 10th | 73551016 | Liberty | $93,282 | 06/08/06 - 06/08/07 |
| | 11th | NY06DOL149577NV | Navigators | $45,427 | 06/08/06 - 06/08/07 |
| | | | | | |
| | IDL | 00DA023401506 | Twin City Fire Insurance Co | $60,000 | 06/08/06 - 06/08/07 |
| | | | | | |
| | IDL | AID001606800 | ARCH | $220,000 | 06/08/06 - 06/08/07 |
| | IDL | 287036031 | Continental Casualty Co | $110,000 | 06/08/06 - 06/08/07 |
| | IDL | NY06DOL149583NV | Navigators | $50,000 | 06/08/06 - 06/08/07 |
| | | | | | |
| **Directors & Officers Liability** | Pre- petittionTail coverage | 672-43-85 | American International Specialty | $653,329 | 04/02/07 - 6/8/2013 |
| | | G2166120A-002 | ACE American Ins Co | $481,712 | 04/02/07 - 6/8/2013 |
| | | FD0604467 | Lloyds of London | $564,506 | 04/02/07 - 6/8/2013 |
| | | RNN727183 | Axis Reinsurance Co | $136,850 | 04/02/07 - 6/8/2013 |
| | | 4121907 | Starr Excess Liability Ins | $257,813 | 04/02/07 - 6/8/2013 |
| | | ELU092906-06 | American International Specialty | $589,286 | 6/8/07 - 6/8/2013 |
| | | FD0604994 | Lloyds of London | $342,891 | 6/8/07 - 6/8/2013 |
| | | DOXG21661338001 | ACE American Ins Co | $186,534 | 6/8/07 - 6/8/2013 |
| | | RNN727184 | Axis Reinsurance Co | $178,995 | 6/8/07 - 6/8/2013 |
| | | 073-551-016 | Liberty Mutual Ins Co | $170,046 | 6/8/07 - 6/8/2013 |
| | | NY06DOL149577NV | Navigators Ins Co | $85,024 | 6/8/07 - 6/8/2013 |
| | IDL | AID0016068-00 | Arch Ins Co | $385,000 | 6/8/07 - 6/8/2013 |
| | IDL | 287036031 | Continental Casualty Co | $192,500 | 6/8/07 - 6/8/2013 |
| | IDL | NY06DOL149583NV | Navigators Ins Co | $87,500 | 6/8/07 - 6/8/2013 |
| | | | | | |
| | IDL | 00DA023401506 | Twin City Fire Ins Co | $90,000 | 06/08/07 - 06/07/08 |
| | | | | | |
| **Directors & Officers Liability** | Post Petition Coverage | 7133592 | National Union Fire Ins. Co of Pittsburgh, Pa (AIG) | $458,000 | 04/02/07 - 04/02/08 |
| | | 14-MGU-07-A14285 | U.S. Specialty Ins. Co. (HCC) | $640,000 | 04/02/07 - 04/02/08 |
| | | | | | |
| **Employment Practices Liability** | Captive Insurer | 514-02-06EPL02 | NCMC Insurance | $248,400 | 1/1/2006 - 06/15/2006 |
| | | 514-1-06EP02 | NCMC Insurance | $1,140,000 | 6/15/06 - 6/15/07 |
| **Employment Practices Liability** | Primary | 12575-1330-EPLI-2006 | MaxRe | $330,000 | 6/15/06 - 6/15/07 |
| | | | | | |

New Century Mortgage Corporation, et.al.

Exhibit B9
Insurance

| INSURANCE POLICIES [1] | | | | | |
|---|---|---|---|---|---|
| Coverage Type | | Policy # | Carriers | Annualized Premiums | Policy Effective Dates |
| Fire & Lia | Forced Place | MSH7710548B | Safeco | | 10/01/02 UTC |
| Fire | Fire | MIP7553565A | Safeco | | 09/15/02 to UTC |
| Fire & Lia | REO | MSH7710681B | Safeco | | 10/1/02 to UTC |
| Fire & Lia | Forced Place | MIH7710548B | Safeco | | 10/1/02 to UTC |
| Fire & Lia | REO | MIP7553681A | Safeco | | 2/01/05 to UTC |
| Fire & Lia | REO | MIH7710681B | Safeco | | 10/1/02 to UTC |
| Flood | Forced Place | 1916-3253 or 1910-3253 | Lloyds of London | | 6/1/06 - 6/1/08 |
| Flood | REO | 1916-3253 | Lloyds of London | | 6/1/06 to 6/1/08 |
| Wind | Forced Place | 1770-3253 | Lloyds of London | | 6/1/06 - 6/1/08 |
| | | | | | |
| | | | | | |
| Fiduciary Liability | Benefit Compensation Plans | PHSD219056 | Philadelphia Indemnity Insurance | $25,228 | 11/01/06 - 11/01/07 |
| | | | | | |
| | | | | | |
| Mortgage Bankers Bond | Fideltiy &Crime | MBB-05-00071 | Lloyd's of London Syndicates | $426,889 | 02/28/07 - 02/28/08 |
| Excess Mortgage Bankers Bond | 1st Excess Fidelity | QK0702078 | Lloyd's of London Syndicates | $252,284 | 02/28/07 - 02/28/08 |
| 2cd Excess Mortgage Bankers Bond | 2nd Excess Fidelity | QK0702946 | Lloyd's of London Syndicates | $498,304 | 02/28/07 - 02/28/08 |
| | | | | | |
| | | | | | |
| Mortgage Bankers Professional | Errors & Ommission | P014620600 | Stateside Insurance | $510,000 | 7/31/06 - 7/31/07 |
| MBPL Excess | Errors & Ommission | P014620601 | Lloyd's | $295,000 | 7/31/06 - 7/31/07 |
| | | | | | |
| | | | | | |
| Workers' Compensation | Ca-Deductible All Other Retrc | WC 249221914 | National Fire Ins Co of Hartford | $583,891 | 02/25/04- 02/25/05 |
| | All States except CA & HI | WC 249221928 | Valley Forge Insurance Co (CNA) | $417,630 | 02/25/04- 02/25/05 |
| | Hawaii | WC 249221900 | Transportation Ins. Co | $4,045 | 02/25/04- 02/25/05 |
| | Stop Gap-ND, W Virg., OH, & Wy. | GL249221931 | Valley Forge Insurance Co (CNA) | $100 | 02/25/04- 02/25/05 |
| | | | | | |
| | Workers' Compensation  (AOS) | WLR C43981547 | ACE AMERICAN INSURANCE | $843,440 | 02/25/05 - 2006 |
| | Workers' Compensation  (Wisc) | SCFC4  3981031 | ACE AMERICAN INSURANCE | INC | 02/25/05 - 2006 |
| | | | | | |
| | Workers' Compensation  (AOS) | WLRC44438124 | ACE AMERICAN INSURANCE | $617,450.00 | 02/25/06 - 2007 |
| | Workers' Compensation  (Wisc) | SCFC44438136 | ACE AMERICAN INSURANCE | INC | 02/25/06 - 2007 |
| | Workers' Compensation  (AOS) | TRJUB1761B465 | Travelers | $326,689 | 02/25/07 - 2008 |
| | Workers' Compensation  (Wisc) | TC2JUB1761B361 | Travelers | INC | 02/25/07 - 2008 |
| | | | | | |
| Medical Accident & Health | Foreign Accident & Health | GLB 910 3360 | American International Group | $11,445 | 8/14/2006 to 8/14/2007 |
| | | | | | |
| Workers' Compensation | ABA LL P Workers Comp | 59 WETQ 8340 | Hartford | $1,805 | 2/25/07 TO 2/25/08 |
| Workers' Compensation | ABA LL P Workers Comp | 59 WETQ 8341 | Hartford | $913 | 2/25/07 TO 2/25/08 |
| Workers' Compensation | ABA LL P Workers Comp | 59 WETQ 8342 | Hartford | $1,022 | 2/25/07 TO 2/25/08 |
| Workers' Compensation | ABA LL P Workers Comp | 59 WETQ 8343 | Hartford | $1,829 | 2/25/07 TO 2/25/08 |
| Workers' Compensation | ABA LL P Workers Comp | 59 WETQ 8344 | Hartford | $6,762 | 2/25/07 TO 2/25/08 |
| Workers' Compensation | ABA LL P Workers Comp | 59 WETQ 8346 | Hartford | $3,999 | 2/25/07 TO 2/25/08 |
| Workers' Compensation | ABA LL P Workers Comp | 59 WETQ 8347 | Hartford | $17,713 | 2/25/07 TO 2/25/08 |
| Workers' Compensation | ABA LL P Workers Comp | 59 WETQ 8349 | Hartford | $4,602 | 2/25/07 TO 2/25/08 |
| Workers' Compensation | ABA LL P Workers Comp | 59 WETQ 8460 | Hartford | $1,126 | 2/25/07 TO 2/25/08 |
| Workers' Compensation | ABA LL P Workers Comp | 59 WETQ 8464 | Hartford | $8,882 | 2/25/07 TO 2/25/08 |
| Workers' Compensation | ABA LL P Workers Comp | 59 WETQ 8468 | Hartford | $2,084 | 2/25/07 TO 2/25/08 |
| | | | | | |
| | | | | | |
| Access Lending Only - Subsidiary | Nortary Errors & Omissions Liability | DRS1003541 | RLI Surety | $77 | 11/15/2006 TO 11/15/2007 |
| | | | | | |
| TOTALS | | | | $15,960,419 | |

Notes:
(1) On a consolidated basis in the ordinary course of business, the Debtor maintains various types of insurance coverage, including liability and casualty insurance, with various
insurers for all the Debtors, as noted on Schedule B-9 for New Century Financial Corporation as primary named insured and all other debtors as a secondary named insured.
In addition to any insurance policies identified in response to item 9, the Debtor may have rights to coverage under certain other insurance  polices listed in Schedule G for this
Debtor, as well as Schedule G for all other Debtors.  The agents for all such insurance policies are set forth on the Debtor's Schedule G.

# EXHIBIT B-23

## LICENSES, FRANCHISES, AND OTHER GENERAL INTANGIBLES

In Re New Century Mortgage Ventures, LLC

Case No. 07-10429

**Exhibit B23**
**Licenses, Franchises and General Intangibles**

| State | Agency Address | Type of License | License Numbers | License Expiration Date |
|---|---|---|---|---|
| **Alabama** | State Banking Dept. Licensing Section 401 Adams Ave., Ste. 680 Montgomery, AL 36130 Main (334) 242-3452 Fax (334)353-5961 Contact: Jerry Brewer-Assist. Supervisor www.legislature.state.al.us | Exempt- HUD approval | None | N/A |
| **Alaska** | Department of Community & Economic Development 150 Third Street Juneau, AK 99801 | No Regulations | No Regulations | N/A |
| **Arizona** | State Banking Dept. Licensing Section 2910 N. 44th St., #310 Phoenix, AZ 85018 Main (602) 255-4421 Fax (602) 381-1225 Contact: William Teeters www.azbanking.com | Mortgage Banker | #0907345 | 3/31/2007 |
| **Arkansas** | Securities Department Heritage West Building, #300 201 East Markham St. Little Rock, AR 72201-1692 Contact: William L. McCraw Main (501) 324-9260 Fax (501) 324-9268 www.state.ar.us/arsec | Mortgage Banker | 24595 | 6/30/2007 |
| **California-RML** | CA Department of Corporations 320 West 4th St. Los Angeles, CA 90013-1105 Main (213) 576-7690 Fax (213) 576-7574 Contact:  Recy Ubaldo www.corp.ca.gov | Residential Mortgage Lender (RML) | None | 3/1/2008 |
| **California-CFL** | CA Finance Lenders Division Debbie Stopkeck dstopek@corp.ca.gov Contact: Justin Sam | California Finance Lender | License Surrendered | N/A |

In Re New Century Mortgage Ventures, LLC                   Case No. 07-10429

**Exhibit B23**
**Licenses, Franchises and General Intangibles**

| State | Agency Address | Type of License | License Numbers | License Expiration Date |
|-------|----------------|-----------------|-----------------|-------------------------|
| Colorado | Uniform Consumer Credit Code<br>1525 Sherman St., 5th Floor<br>Denver, CO 80203<br>Main (303) 866-4500<br>Fax (303) 866-5691<br><br>Contact: Hyyanah Mustafa, Sandra Rossenburg<br><br>http://www.ago.state.co.us | Supervised Lenders's License | 989011<br><br>989011-001<br><br>989011-002<br><br>989011-003 | 1/31/2008<br><br>6/30/2007 |
| Connecticut | Department of Banking<br>Consumer Credit Division<br>260 Constitution Plaza<br>Hartford, CT 06103<br>Main (860) 240-8200<br>Fax (860) 240-8178<br><br>Contact: Maria Burgos<br><br>www.state.ct.us/dob | 1st Mtg Lender/Broker License<br><br>2nd Mtg Lender/Broker License | 16194<br><br>16195 | 9/30/2007 |
| Delaware | Office of the State Bank Commissioner<br>555 E. Loockerman St., #210<br>Dover, DE 19901<br>Main (302) 739-4235<br>Fax (302) 739-2356<br><br>Contact: (Ms.) Quinn Miller<br><br>www.state.de.us/bank | Licensed Lender | 150011 | 12/31/2007 |
| Dist. of Columbia | Banking Bureau<br>Department of Insurance, Securities & Banking<br>810 First Street NE, Suite 700<br>Washington, DC  20002<br>Main (202) 727-1563<br>Fax (202) 727-1588<br><br>Contact:  Shirley Roy, Tracy Robinson<br><br>www.disb.dc.gov | Mortgage Lender and Broker (Dual Authority) | MLB 5557 | 6/30/2007 |
| Florida | Department of Financial Services<br>Office of Financial Regulation<br>200 E. Gaines St., #550<br>Tallahassee, FL 32399-0300<br>Main (850) 410-9500<br>Fax (850) 410-9914<br><br>Contact: Kathy Coldpepper<br><br>www.dbf.state.fl.us | Mortgage Lender<br><br>Mortgage Lender Branch | ML 0700912<br><br>MLB 0703824 | 8/31/2007 |

In Re New Century Mortgage Ventures, LLC

**Exhibit B23**
**Licenses, Franchises and General Intangibles**

Case No. 07-10429

| State | Agency Address | Type of License | License Numbers | License Expiration Date |
|---|---|---|---|---|
| **Georgia** | Department of Banking & Finance<br>2990 Brandywine Rd., #200<br>Atlanta, GA 30341-5565<br>Main (770) 986-1372<br>Fax (770) 986-1029<br><br>Contact: Larry Shelley<br>shelley@dbf.state.ga.us<br><br>www.gadbf.org | Mortgage Lender | 20320 | 6/30/2007 |
| **Hawaii** | Department of Commerce & Consumer Affairs<br>Business Registration Division<br>PO Box 40, Honolulu, HI 96810<br>King Kalakaua Building<br>335 Merchant St., Room 201<br>Honolulu, HI 96813<br>Main (808) 586-2744<br>Fax (808) 586-2733<br><br>Contacts: Gary Ruby, Roy Maeda<br><br>www.state.hi.us/dcca | Financial Loan Services<br>NOT LICENSED | NOT LICENSED | N/A |
| **Idaho** | Department of Finance<br>700 W. State St., 2nd Floor<br>Boise, ID 83702<br>(208) 332-8000<br>(208) 332-8099<br><br>Contact: Colleen Adams<br><br>www.state.id.us/finance/dof.htm | Mortgage Banker License<br><br>Regulated Lender | 4783<br><br>1st TD License #<br>5390<br>2nd TD License #<br>RMD-5514 | 8/31/2007 |
| **Illinois** | Division of Banks & Real Estate®<br>310 S. Michigan Ave., #2130<br>Chicago, IL 60604<br>Main (312) 793-1409<br>Fax (312) 793-1490<br><br>Contact: Diane Morgan<br><br>www.obre.state.il.us | Residential Mortgage Licensee | MB 6749084 | 07/28/2007 |
| **Indiana** | Division of Consumer Credit<br>402 W. Washington, Room W-066<br>Indianapolis, IN 46204-2759<br>Main (317) 232-3961<br>Fax (317) 232-7655<br><br>Contact: Mark Tarpey or Ed Lay<br><br>www.dfi.state.in.us | Loan License | 9905 | 1/31/2008 |

In Re New Century Mortgage Ventures, LLC

Case No. 07-10429

**Exhibit B23**
**Licenses, Franchises and General Intangibles**

| State | Agency Address | Type of License | License Numbers | License Expiration Date |
|---|---|---|---|---|
| **Iowa** | Division of Banking<br>200 E. Grand Ave., #300<br>Des Moines, IA 50309<br>Main (515) 281-4014<br>Fax (515) 281-4862<br><br>Contact: Craig Christiansen or Stewart McGee<br><br>www.idob.state.ia.us | Mortgage Banker | MBK-2005-0137 | 6/30/2007 |
| **Kansas** | Office of State Bank Commission<br>700 SW Jackson St., #1001<br>Topeka, KS 66603-3758<br>Main (785) 296-2266<br>Fax (785) 296-6037 | Supervised Lender | 2006-5075<br>2006-5075-01<br>2006-5075-02 | 1/1/2008 |
| **Kentucky** | Division of Financial Institutions<br>1025 Capital Center Drive, Suite 200<br>Frankfort, KY 40601<br>Main (502) 573-3390<br>Fax (502) 573-8787<br><br>Contact: Gary Thurman<br><br>www.dfi.state.ky.us | HUD EXEMPTION | Application in Process | N/A |
| **Louisiana** | Office of Financial Institutions<br>8660 United Plaza Blvd., 2nd Floor<br>Baton Rouge, LA 70809-7024<br>Main (225) 925-4660<br>Fax (225) 925-3699<br><br>Contact: Doris Gunn<br><br>www.ofi.state.la.us | Residential Mortgage Lender | RML-2489-0 | 12/31/2007 |
| **Maine** | Office of Consumer Credit Regulation<br>State House Station 35<br>Augusta, ME 04333-0035<br>Main (207) 624-8527<br>Fax (207) 582-7699<br><br>Contact: Richard Howard<br><br>www.mainecreditreg.org | Supervised Lender | SLM7822 | 9/30/2007 |
| **Maryland** | Dept. of Labor, Licensing & Regulation<br>500 N. Calvert St., Room 402<br>Baltimore, MD 21202<br>Main (410) 230-6086<br>Fax (410) 333-0475<br><br>Contact: Nerry Mitchell<br><br>www.dllr.state.md.us | Mortgage Lender | 13433 | 9/15/2007 |

In Re New Century Mortgage Ventures, LLC                                                    Case No. 07-10429

**Exhibit B23**
**Licenses, Franchises and General Intangibles**

| State | Agency Address | Type of License | License Numbers | License Expiration Date |
|---|---|---|---|---|
| **Massachusetts** | Division of Banks & Loan Agency<br>One South Station<br>Boston, MA 02110<br>Main (617) 956-1500<br>Fax (617) 956-1598<br><br>Contact: Dennis Otis, Moreen Cunningham<br><br>www.state.ma.us/dob | Mortgage Lender and Broker License | NOT LICENSED | N/A |
| **Michigan** | Office of Financial and Insurance Services<br>Mortgage and Consumer Finance Section<br>333 S. Capitol Ave., Ste A<br>Lansing, MI 48933<br>Main (517) 241-0767<br>Fax (517) 373-1224<br><br>Contact: Mark Wiegold, Pam Baker<br><br>www.cis.state.mi.us | Mortgage Broker, Lender and Servicer | FI 0011749<br><br>SR 0011750 | 6/15/2007 |
| **Minnesota** | Department of Commerce<br>133 E. Seventh St.<br>St. Paul, MN 55101<br>Main (651) 296-4026<br>Fax (651) 296-8591<br><br>Contact: Robin Brown<br><br>www.commerce.state.mn.us | Residential Mortgage Originator | 20512830 | 7/31/2007 |
| **Mississippi** | Department of Banking and Consumer Finance<br>901 Woolfolk Bldg., Suite A<br>501 N. West Street<br>Jackson, MS 39201<br>Main (800) 844-2499<br>Fax (601) 359-3557<br><br>Contact:  Dianne Barry<br><br>www.dbcf.state.ms.us | Mortgage Company Registration Certificate | NOT LICENSED | N/A |
| **Missouri** | Division of Finance<br>301 West High St., Room 630<br>P.O. Box 200546<br>Jefferson City, MO 65102-0836<br>Main (573) 751-4243<br>Fax (573) 751-9192<br><br>Contact: Greg Barlow<br><br>www.ecodev.state.mo.us/finance | Exempt- HUD Approval | On Hold | NA |

In Re New Century Mortgage Ventures, LLC

Case No. 07-10429

**Exhibit B23**
**Licenses, Franchises and General Intangibles**

| State | Agency Address | Type of License | License Numbers | License Expiration Date |
|-------|----------------|-----------------|-----------------|-------------------------|
| **Montana** | Department of Commerce<br>846 Front St.<br>Helena, MT 59620<br>Main (406) 841-2920<br>Fax (406) 841-2930<br><br>Contact: Tom Tucker, Cris Lanheiser<br><br>http://commerce.state.mt.us | Mortgage Broker | NOT LICENSED | N/A |
| **Nebraska** | Department of Banking & Finance<br>1200 N. St., #311<br>P.O. Box 95006<br>Lincoln, NE 68509-5006<br>Main (402) 471-2171<br>Fax (402) 471-3062<br><br>Contact: Bobby Luebbe<br><br>http://ndbf.org/index.htm | Mortgage Banker | 1587 | 3/1/2007 |
| **Nevada** | Mortgage Lending Division<br>400 W. King Street, Ste. 406<br>Carson City, NV 89703<br>Main (775) 684-7060<br>Fax (775) 684-7061<br><br>Contact: Phyllis Kale<br><br>www.mld.nv.gov | Mortgage Broker License | NOT LICENSED | N/A |
| **New Hampshire** | Office of Bank Commissioner<br>64B Old Suncook Road<br>Concord, NH 03301-4819<br>Main (603) 271-3561<br>Fax (603) 271-1090<br><br>Contact: Kerry Molin, Linda Austin<br><br>www.state.nh.us/banking | First Mortgage Banker License | NOT LICENSED | N/A |
| **New Jersey** | Department of Banking and Insurance<br>20 West State St., CN-040<br>Trenton, NJ 08625<br>Main (609) 292-5340<br>Fax (609)292-5461<br><br>Contact: Jill Breslin ext 50209<br>or Marie Perfetti<br><br>http://www.state.nj.us/dobi/bankmnu.shtml | Lender/Mortgage Banker | NOT LICENSED | N/A |

In Re New Century Mortgage Ventures, LLC

Case No. 07-10429

**Exhibit B23**
**Licenses, Franchises and General Intangibles**

| State | Agency Address | Type of License | License Numbers | License Expiration Date |
|-------|----------------|-----------------|-----------------|--------------------------|
| **New Mexico** | Financial Institutions Division Regulation and Licensing Department 2550 Cerrillos Road Santa Fe, NM 87505 Main (505) 476-4885 Fax (505) 476-4670<br><br>Contact:  Henry Vigil<br><br>www.rld.state.nm.us/fid | Mortgage Loan Company License | 2454 | 6/14/2007 |
| **New York** | New York State Banking Department One State Street New York, NY 10004-1417 Main (877) 226-5697 Fax (212) 709-5555<br><br>www.banking.state.ny.us | Licensed Mortgage Banker | NOT LICENSED | N/A |
| **North Carolina** | Office of the Commissioner of Banks 316 W. Edenton Street Raleigh, NC 27603 Main (919) 733-0589 Fax: (919) 733-2978<br><br>Contact:  Ben Briggs, Will Langston<br><br>www.banking.state.nc.us | Mortgage Lender License | NOT LICENSED | N/A |
| **North Dakota** | Department of Banking and Financial 2000 Schafer St., Ste. G Bismarck, ND 58501-1204 Main (701) 328-9933 Fax (701) 328-9955<br><br>Contact:  Lisa Fisher<br><br>www.state.nd.us/bank | Money Broker | MB1012910 | 6/30/2007 |
| **Ohio** | Ohio Department of Commerce Division of Consumer Finance 77 South High Street, 21st Floor Columbus, OH  43215-6120 Main (614) 728-8400 Fax (614) 728-0380<br><br>Contact: Robert Dillion, Luanna Girten<br><br>www.state.oh.us | Mortgage Broker License | NOT LICENSED | N/A |
| **Oklahoma** | Department of Consumer Credit 4545 N. Lincoln Blvd., #104 Oklahoma City, OK 73105 Main (405) 521-3653 Fax (405) 521-6740 | Supervised Lender | SL006113 | 12/31/2007 |

In Re New Century Mortgage Ventures, LLC

Case No. 07-10429

**Exhibit B23**
**Licenses, Franchises and General Intangibles**

| State | Agency Address | Type of License | License Numbers | License Expiration Date |
|-------|----------------|-----------------|-----------------|-------------------------|
| | Contact: Karin Banks<br><br>www.state.ok.us/~okdcc | | SL006733 | |
| **Oregon** | Department of Consumer and Business Services and Corporate Securities<br>350 Winter St., NE, Room 21<br>Salem, OR 97310-0768<br>Main (503) 378-4387<br>Fax (503) 947-7862<br><br>Contact: Kirsten Jepson<br><br>www.cbs.state.or.us | Mortgage Banker/Broker | ML-3611 | 6/23/2007 |
| **Pennsylvania** | Department of Banking<br>Licensing Division<br>333 Market Street, 16th Floor<br>Harrisburg, PA 11701<br><br>Main (717)772-3889<br>Fax (717)787-8773<br><br>www.banking.state.pa.us | First Mortgage Banker License | NOT LICENSED | N/A |
| **Rhode Island** | Department of Business Regulation<br>Division of Banking<br>233 Richmond St., #231<br>Providence, RI 02903-4231<br>Main (401) 222-2405<br>Fax (401) 222-5628<br><br>Contact: Rebecca Specht, John Ditoro, Lucy (license renewals)<br><br>www.state.ri.us | Licensed lender | NOT LICENSED | N/A |
| **South Carolina** | Board of Financial Institutions<br>Consumer Finance Division<br>1015 Sumter St., 3rd Floor<br>Columbia, SC 29201<br>Main (803) 734-2020<br>Fax (803) 734-2025<br><br>Contact: Gail Fletcher, Bill Gilbert<br><br>www.state.sc.us | Supervised Lender License | NOT LICENSED | N/A |
| **South Dakota** | Department of Commerce & Regulation<br>Division of Banking<br>500 East Capitol Ave.<br>Pierre, SD 57501-5070<br>Main (605) 773-3421<br>Fax (605) 773-5367<br><br>Contact: Tammi Watkins<br><br>www.state.sd.us/banking | Mortgage Lender License | NOT LICENSED | N/A |

In Re New Century Mortgage Ventures, LLC

Case No. 07-10429

**Exhibit B23**
**Licenses, Franchises and General Intangibles**

| State | Agency Address | Type of License | License Numbers | License Expiration Date |
|-------|----------------|-----------------|-----------------|-------------------------|
| **Tennessee** | Department of Financial Institutions<br>John Sevier Bldg., 4th Floor<br>511 Union Street, Suite 400<br>Nashville, TN  37219<br>Main (615) 532-1024<br>Fax (615) 741-2883<br><br>Contact: Carl Scott<br><br>www.state.tn.us/financialinst | Registerd Mortgage Broker, Lender and Servicer | 2977 | 12/31/2007 |
| **Texas-SML** | Department of Savings and Mortgage Lending<br>2601 N. Lamar Blvd., Suite 201<br>Austin, TX 78705<br>Main (512) 475-1350<br>Fax (512) 475-1360<br><br>Contact: Tim Irvine<br><br>www.banking.state.tx.us | Mortgage Banker (Operates under NCMC) | 46411 | 3/4/2007 |
| **Utah** | Department of Commerce<br>Division of Real Estate<br>106 E. 300 South<br>Salt Lake City, UT 84111<br>Main (801) 538-6747<br><br>Contact: John Berg<br><br>www.commerce.utah.gov/dre | Servicing License | NOT LICENSED | N/A |
| **Vermont** | Commissioner of Banking<br>89 Main St., Drawer 20<br>Montpelier, VT 05692-3101<br>Main (802) 828-3301<br>Fax (802) 828-3306<br><br>Contact: Sue Clark, Kirk Brisson<br><br>www.state.vt.us/bis | Mortgage Lender/Broker License | NOT LICENSED | N/A |
| **Virginia** | Virginia Bureau of Financial Institutions<br>1300 East Main Street, Ste. 800<br>Tyler Building<br>Richmond, VA 23218<br>Main (804) 371-9657<br>Fax (804) 371-9416<br><br>Contact:  Nicholas Kyras<br><br>www.state.va.us | Mortgage Lender/Broker License | NOT LICENSED | N/A |

In Re New Century Mortgage Ventures, LLC                                                    Case No. 07-10429

**Exhibit B23**
**Licenses, Franchises and General Intangibles**

| State | Agency Address | Type of License | License Numbers | License Expiration Date |
|-------|----------------|-----------------|-----------------|--------------------------|
| **Washington** | Department of Financial Institutions<br>Division of Consumer Services<br>Mailing Address:  P.O. Box 41200<br>Olympia, WA 98504-1200<br><br>FedEx Address: 150 Israel Road SW<br>Tumwater, WA 98501<br>Main (360) 902-8815<br>Fax (360) 664-2258<br><br>Contacts:   Ann Campbell<br>Mrs. Kae McDonnell, Licensing Staff Supervisor<br><br>kmcdonnell@dfi.wa.gov<br><br>www.dfi.wa.gov/cs | Consumer Loan Licensee Company Loan License | 520-CL-27629 | N/A |
| **West Virginia** | West Virginia Division of Banking<br>Bldg. #3, Room 311<br>State Capitol Complex<br>1900 Kanawha Blvd., East<br>Charleston, WV 25305-0240<br>(304) 558-2294  Fax (304) 558-0442<br>Contact: Tracy Hudson, Marla Gardner<br>www.wvdob.org | Mortgage Broker<br><br>Mortgage Lender | MB-22209<br><br>ML22210 | 12/31/2007 |
| **Wisconsin** | Department of Financial Institutions<br>Division of Mortgage Banking<br>345 W. Washington Avenue, 4th Floor<br>Madison, WI  53703<br>Main (608) 261-7578<br>Fax (608) 261-7200<br><br>Contact: Kay Westbrook<br><br>www.wdfi.org | Mortgage Banker license | NOT LICENSED | N/A |
| **Wyoming** | Department of Audit/Division of Banking<br>Uniform Consumer Credit Code<br>Herschler Bldg., 3rd Floor East<br>122 West 25th Street<br>Cheyenne, WY 82002<br>Main (307) 777-5611<br>(307) 777-3555<br><br>Contact: Gene Anderson<br><br>http://audit.state.wy.us/banking | Supervised Lender | SL-2336 | 6/30/2007 |

Form B6D
(10/05)

In re:   New Century Mortgage Ventures, LLC                                          Case No.    07-10429
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

## SCHEDULE D NOTES

**THE DEBTOR RESERVES THE RIGHT TO DISPUTE OR CHALLENGE THE VALIDITY, PERFECTION OR IMMUNITY FROM AVOIDANCE OF ANY LIEN PURPORTED TO BE GRANTED OR PERFECTED IN ANY SPECIFIC ASSET TO A SECURED CREDITOR LISTED ON SCHEDULE D.  MOREOVER, ALTHOUGH THE DEBTOR HAS SCHEDULED CLAIMS OF VARIOUS CREDITORS AS SECURED CLAIMS, THE DEBTOR RESERVES ALL RIGHTS TO DISPUTE OR CHALLENGE THE SECURED NATURE OF ANY SUCH CREDITOR'S CLAIM OR THE CHARACTERIZATION OF THE STRUCTURE OF ANY SUCH TRANSACTION, OR ANY DOCUMENT OR INSTRUMENT (INCLUDING, WITHOUT LIMITATION, ANY INTERCOMPANY AGREEMENT), RELATED TO SUCH CREDITOR'S CLAIM.**

**CERTAIN OF THE DEBTOR'S AGREEMENTS LISTED ON SCHEDULE G MAY BE IN THE NATURE OF CONDITIONAL SALES AGREEMENTS OR SECURED FINANCINGS.  NO ATTEMPT HAS BEEN MADE TO IDENTIFY SUCH AGREEMENTS FOR PURPOSES OF SCHEDULE D.  IN CERTAIN INSTANCES, THE DEBTOR MAY BE A CO-OBLIGOR, CO-MORTGAGOR OR GUARANTOR WITH RESPECT TO SCHEDULED CLAIMS OF THE DEBTOR AND ITS AFFILIATES, AND NO CLAIM SCHEDULED ON SCHEDULE D IS INTENDED TO ACKNOWLEDGE CLAIMS OF CREDITORS THAT ARE OTHERWISE SATISFIED OR DISCHARGED BY OTHER ENTITIES.**

**THE DESCRIPTIONS PROVIDED ARE INTENDED ONLY TO BE A SUMMARY.  REFERENCE TO THE APPLICABLE CREDIT AGREEMENTS AND RELATED DOCUMENTS IS NECESSARY FOR A COMPLETE DESCRIPTION OF THE COLLATERAL AND THE NATURE, EXTENT AND PRIORITY OF ANY LIENS.  NOTHING HEREIN SHALL BE DEEMED A MODIFICATION OR INTERPRETATION OF THE TERMS OF SUCH AGREEMENTS.**

**SCHEDULE D ALSO CONTAINS THE NAMES AND ADDRESSES OF CERTAIN PARTIES WHO HAVE FILED UCC-1 FILING STATEMENTS WITH THE SECRETARY OF STATE OF VARIOUS JURISDICTIONS IN WHICH THE DEBTOR, OR ITS SUBSIDIARIES, ARE ENGAGED IN BUSINESS.**

**AS PROVIDED BY GAAP, THE DEBTORS' BOOKS, RECORDS AND PRIOR FILINGS HAVE CHARACTERIZED THE LOAN REPURCHASE AGREEMENTS AS SECURED FINANCING ARRANGEMENTS, INCLUDING THE ESTIMATED TOTAL LIABILITY AS A SECURED CLAIM AND THE UNDERLYING MORTGAGE LOANS AND RESIDUAL INTERESTS AS ASSETS OF THE DEBTORS.  THIS TREATMENT IS ALSO REFLECTED IN THESE SCHEDULES.  THE LOAN REPURCHASE AGREEMENTS, HOWEVER, GENERALLY PROVIDE THAT THE DEBTORS SOLD MORTGAGE LOANS (OR RESIDUAL INTERESTS) TO THE COUNTERPARTIES SUBJECT TO A RIGHT AND OBLIGATION TO REPURCHASE THESE MORTGAGE LOANS OR RESIDUAL INTERESTS AT A SUBSEQUENT DATE OR UPON THE OCCURRENCE OF CERTAIN EVENTS.  THE DEBTORS RESERVE ALL RIGHTS WITH RESPECT TO THE LOAN REPURCHASE AGREEMENTS, INCLUDING THE PROPER CHARACTERIZATION, THE UNDERLYING ASSETS AND OUTSTANDING AMOUNTS.**

In re:   New Century Mortgage Ventures, LLC                                                    Case No.    07-10429
                      Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL LLC 11 MADISON AVE. NEW YORK, NY 10010 | | | A&R MASTER REPURCHASE AGREEMENT FINANCING STATEMENT NO. 53712198 | X | X | | UNKNOWN | UNKNOWN |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL LLC 11 MADISON AVE. NEW YORK, NY 10010 | | | AMENDED AND RESTATED MASTER REPURCHASE AGREEMENT DATED JANUARY 31, 2007 FINANCING STATEMENT NO. 70467323 | X | X | | UNKNOWN | UNKNOWN |

Schedule D Total    | UNKNOWN |

In re:  New Century Mortgage Ventures, LLC                                                  Case No.     07-10429
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**SCHEDULE E NOTES**

**WAGES, SALARIES AND COMMISSIONS / CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS:**

PURSUANT TO AN ORDER ISSUED BY THE BANKRUPTCY COURT, THE DEBTORS WERE AUTHORIZED TO PAY AND HONOR VARIOUS OUTSTANDING PRE-PETITION UNSECURED PRIORITY CLAIMS, INCLUDING, CERTAIN EMPLOYEE WAGE AND BENEFIT CLAIMS.

ON APRIL 3, 2007, THE BANKRUPTCY COURT ENTERED AN ORDER PURSUANT TO SECTIONS 105(A), 363(B), OF THE BANKRUPTCY CODE, AUTHORIZING THE DEBTORS TO HONOR AND PAY ALL OF THE EMPLOYEE OBLIGATIONS, EMPLOYEE DEDUCTIONS AND EMPLOYEE EXPENSES, INCLUDING WITHOUT LIMITATION PREPETITION WAGES, COMPENSATION, AND EMPLOYEE BENEFITS AND ANY OTHER OBLIGATIONS A SET FORTH IN THE MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER AUTHORIZING THE DEBTORS TO PAY PREPETITION WAGES, COMPENSATION AND EMPLOYEE BENEFITS.

THE DEBTORS BELIEVE THAT AMOUNTS ENTITLED TO PRIORITY AND WOULD OTHERWISE HAVE BEEN LISTED IN SCHEDULE E WITH RESPECT TO EMPLOYEE WAGES, SALARIES OR BENEFITS, HAVE ALREADY BEEN PAID, PURSUANT TO THE AUTHORITY GRANTED IN THE COURT'S ORDER, RECORDED ON DOCKET #47. TO THE EXTENT PRE-PETITION AMOUNTS HAVE BEEN IDENTIFIED, THE DETAIL SCHEDULED HEREIN REFLECTS KNOWN AMOUNTS REPRESENTING PREPETITION VACATION, SEVERANCE AND SICK LEAVE - PAID TIME OFF ("PTO") OWING TO EMPLOYEES UP TO $10,950 PER PERSON EARNED WITHIN 180 DAYS IMMEDIATELY PRECEDING THE FILING DATE OF APRIL 2, 2007.

TO THE EXTENT ADDITIONAL AMOUNTS ARE OWED TO EMPLOYEES THAT HAVE NOT ALREADY BEEN PAID, AND ARE NOT DETAILED ON SCHEDULE E, THOSE EMPLOYEES ARE NAMED AND THE CORRESPONDING CLAIM AMOUNT IS LISTED AS "UNKNOWN."

THE LISTING OF ANY CLAIM ON THIS SCHEDULE E DOES NOT CONSTITUTE AN ADMISSION BY THE DEBTOR THAT SUCH CLAIM IS ENTITLED TO PRIORITY TREATMENT UNDER 11 U.S.C. § 507. THE DEBTOR RESERVES THE RIGHT TO TAKE THE POSITION THAT THE CLAIM LISTED HEREIN IS A SECURED CLAIM, AN UNSECURED OR A SUBORDINATED CLAIM. CERTAIN CLAIMS LISTED IN THIS SCHEDULE MAY BE DESIGNATED AS CONTINGENT, UNLIQUIDATED AND/OR DISPUTED. A FAILURE TO DESIGNATE A CLAIM ON THIS SCHEDULE E AS CONTINGENT, UNLIQUIDATED AND/OR DISPUTED DOES NOT CONSTITUTE AN ADMISSION THAT SUCH CLAIM IS NOT SUBJECT TO OBJECTION. THE DEBTOR RESERVES THE RIGHT TO DISPUTE OR ASSERT OFFSETS OR DEFENSES TO ANY CLAIM REFLECTED ON THE SCHEDULE E AS TO NATURE, AMOUNT, LIABILITY OR STATUS.

DUE TO CONFIDENTIALITY CONCERNS, THE DEBTOR HAS SUPPRESSED THE ADDRESSES OF THE EMPLOYEE CLAIMANTS LISTED IN THIS SCHEDULE.

**TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENT UNITS:**

ON APRIL 3, 2007, DOCKET #49, THE BANKRUPTCY COURT ENTERED AN ORDER PURSUANT TO SECTIONS 105(A), 363(B), OF THE BANKRUPTCY CODE, AUTHORIZING THE DEBTORS TO PAY ALL UNDISPUTED PREPETITION USE TAX OBLIGATIONS DUE AND OWING TO STATE AND LOCAL TAXING AUTHORITIES IN THE ORDINARY COURSE OF BUSINESS, ON AN UNACCELERATED BASIS, IN AN AGGREGATE AMOUNT NOT TO EXCEED $10,000 ABSENT FURTHER COURT APPROVAL. THIS SCHEDULE DOES NOT INCLUDE PRIORITY CLAIMS OWING TO GOVERNMENTAL UNITS THAT ARE AUTHORIZED TO BE PAID PURSUANT TO THE AFOREMENTIONED ORDER.

SCHEDULE "E" CONTAINS THE DEBTOR'S BEST ESTIMATE OF ALL THE CLAIMS AGAINST THE DEBTOR'S ESTATE HELD BY GOVERNMENTAL AND QUASI-GOVERNMENTAL ENTITIES. THE DEBTOR HAS NOT DETERMINED WHETHER, AND TO WHAT EXTENT, ANY OF THE CREDITORS IDENTIFIED ON SCHEDULE "E" ARE ENTITLED TO PRIORITY UNDER SECTION 507 OF THE BANKRUPTCY CODE. THE DEBTOR RESERVES THE RIGHT TO ASSERT THAT CERTAIN CLAIMS IDENTIFIED ON SCHEDULE "E" ARE NOT CLAIMS OF GOVERNMENTAL ENTITIES AND/OR THAT SUCH CLAIMS ARE NOT ENTITLED TO PRIORITY.

Official Form 6E (04/07) - Cont.

In re:   New Century Mortgage Ventures, LLC                                                    Case No.    07-10429
                  Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Official Form 6E (04/07) - Cont.

In re:  New Century Mortgage Ventures, LLC                                              Case No.    07-10429
           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

Wages, Salaries, and Commissions

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| CUTTY, DAMON JOSEPH | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| DRISKELL, CHRISTY ANNE | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| GUMM, EVERETT | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| HOWARD, DWIGHT | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| KELLER, BRIAN CHRISTOPHER | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| MARONY, DAVID M | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| ROSE, MURRAY | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| SAMS, KRISTI ELAINE | | | EMPLOYEE CLAIM | | | | UNKNOWN | UNKNOWN | |
| Subtotals (Totals of this page) | | | | | | | UNKNOWN | UNKNOWN | |

Official Form 6E (04/07) - Cont.

In re:  New Century Mortgage Ventures, LLC                                      Case No.    07-10429
            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| FRANCHISE TAX BOARD PO BOX 942857 SACRAMENTO, CA  94257-0500 | | | 2006 TAXES | X | X | | UNKNOWN | UNKNOWN | |
| | | | Subtotals (Totals of this page) | | | | UNKNOWN | UNKNOWN | |
| | | | Total | | | | UNKNOWN | | |
| | | | Totals | | | | | UNKNOWN | $0.00 |

Form B6F
(10/05)

In re:   New Century Mortgage Ventures, LLC                                          Case No.    07-10429
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not inlcude claims listed in Schedules D and E.  If all creditors will not fit on the page, use the continuation sheet provided.   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors.

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.  Report the total of all claims listed in this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding general unsecured claims to report on this Schedule.

## SCHEDULE F NOTES

**THE DEBTORS GENERALLY USED A CENTRALIZED CASH MANAGEMENT SYSTEM FOR NON-CUSTODIAL PAYMENTS TO CREDITORS.  SUBSTANTIALLY ALL SUCH ACCOUNTS PAYABLE PROCESSING OCCURRED AT, AND DISBURSEMENTS WERE MADE FROM, NEW CENTURY MORTGAGE CORPORATION FOR ALL OTHER DEBTOR ENTITIES, AND INTERCOMPANY ALLOCATIONS WERE PERFORMED ACCORDINGLY.  FURTHERMORE, INVOICES WERE NOT PROCESSED AT NEW CENTURY MORTGAGE CORPORATION UNTIL THE TIME THAT SUCH INVOICES WERE PAID.  SUBSEQUENT TO THE FILING, THE DEBTORS IMPLEMENTED A PROCESS TO GATHER AND RECORD ALL UNPROCESSED ACCOUNTS PAYABLE LIABILITIES AND SEGREGATE THESE AMOUNTS INTO PRE-PETITION AND POST-PETITION LIABILITIES.  THE LIABILITIES LISTED ON SCHEDULE F ARE THE RESULT OF THIS PROCESS, AND THE DEBTORS HAVE MADE THEIR BEST EFFORT TO IDENTIFY THE ENTITY OWING THE ACCOUNTS PAYABLE OBLIGATION TO EACH CREDITOR.**

**CERTAIN CLAIMS LISTED IN THIS SCHEDULE MAY BE DESIGNATED AS CONTINGENT, UNLIQUIDATED AND/OR DISPUTED.  A FAILURE TO DESIGNATE A CLAIM ON THIS SCHEDULE F AS CONTINGENT, UNLIQUIDATED AND/OR DISPUTED DOES NOT CONSTITUTE AN ADMISSION THAT SUCH CLAIM IS NOT SUBJECT TO OBJECTION.  THE DEBTOR RESERVES THE RIGHT TO DISPUTE OR ASSERT OFFSETS OR DEFENSES TO ANY CLAIM REFLECTED ON THE SCHEDULE F AS TO NATURE, AMOUNT, LIABILITY OR STATUS.**

**AS PROVIDED BY GAAP, THE DEBTORS' BOOKS, RECORDS AND PRIOR FILINGS HAVE CHARACTERIZED THE LOAN REPURCHASE AGREEMENTS AS SECURED FINANCING ARRANGEMENTS, INCLUDING THE ESTIMATED TOTAL LIABILITY AS A SECURED CLAIM AND THE UNDERLYING MORTGAGE LOANS AND RESIDUAL INTERESTS AS ASSETS OF THE DEBTORS.  THIS TREATMENT IS ALSO REFLECTED IN THESE SCHEDULES.  THE LOAN REPURCHASE AGREEMENTS, HOWEVER, GENERALLY PROVIDE THAT THE DEBTORS SOLD MORTGAGE LOANS (OR RESIDUAL INTERESTS) TO THE COUNTERPARTIES SUBJECT TO A RIGHT AND OBLIGATION TO REPURCHASE THESE MORTGAGE LOANS OR RESIDUAL INTERESTS AT A SUBSEQUENT DATE OR UPON THE OCCURRENCE OF CERTAIN EVENTS.  THE DEBTORS RESERVE ALL RIGHTS WITH RESPECT TO THE LOAN REPURCHASE AGREEMENTS, INCLUDING THE PROPER CHARACTERIZATION, THE UNDERLYING ASSETS AND OUTSTANDING AMOUNTS.**

In re:   New Century Mortgage Ventures, LLC                                    Case No.    07-10429
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| NEW CENTURY MORTGAGE CORPORATION<br>18400 VON KARMAN AVE<br>SUITE 1000<br>IRVINE, CA  92612 | | | INTERCOMPANY | | | | $26,191.96 |
| KOLKHORST & KOLKHORST, CPA'S<br>10943 N SAM HOUSTON PKWY, W. #150<br>HOUSTON, TX  77064 | | | TRADE VENDOR | | | | $1,500.00 |
| OFFICE OF FINANCIAL INSTITUTIONS<br>P.O. BOX 94095<br>BATON ROUGE, LA  70804 | | | TRADE VENDOR | | | | $50.00 |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN:  GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 | X | | WAREHOUSE AND REPURCHASE OBLIGATION | X | X | X | UNKNOWN |

| | |
|---|---|
| Schedule F Total | $27,741.96 |

Form B6G

(10/05)

In re:  New Century Mortgage Ventures, LLC                                    Case No.   07-10429
_____                                      _____
               Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e ., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

## SCHEDULE G NOTES

**WHILE EVERY EFFORT HAS BEEN MADE TO ENSURE THE ACCURACY OF THE STATEMENT OF EXECUTORY CONTRACTS, INADVERTENT ERRORS OR OMISSIONS MAY HAVE OCCURRED.  THE DEBTOR DOES NOT MAKE, AND SPECIFICALLY DISCLAIMS, ANY REPRESENTATION OR WARRANTY AS TO THE COMPLETENESS OR ACCURACY OF THE INFORMATION SET FORTH HEREIN, OR THE VALIDITY OR ENFORCEABILITY OF ANY CONTRACTS, AGREEMENTS OR DOCUMENTS LISTED HEREIN.  THE DEBTOR HEREBY RESERVES THE RIGHT TO DISPUTE THE VALIDITY, STATUS OR ENFORCEABILITY OF ANY CONTRACTS, AGREEMENTS OR LEASES SET FORTH HEREIN AND TO AMEND OR SUPPLEMENT THIS STATEMENT.**

**THE CONTRACTS, AGREEMENTS AND LEASES LISTED ON SCHEDULE G MAY HAVE EXPIRED OR MAY HAVE BEEN MODIFIED, AMENDED AND SUPPLEMENTED FROM TIME TO TIME BY VARIOUS AMENDMENTS, RESTATEMENTS, WAIVERS, ESTOPPEL CERTIFICATES, LETTERS AND OTHER DOCUMENTS, INSTRUMENTS AND AGREEMENTS WHICH MAY NOT BE LISTED HEREIN.  CERTAIN OF THE REAL PROPERTY LEASES LISTED ON THIS SCHEDULE G MAY CONTAIN RENEWAL OPTIONS, GUARANTEES OF PAYMENT, OPTIONS TO PURCHASE,  RIGHTS OF THE FIRST REFUSAL, RIGHTS TO LEASE ADDITIONAL SPACE AND OTHER MISCELLANEOUS RIGHTS.  SUCH RIGHTS, POWERS, DUTIES AND OBLIGATIONS ARE NOT SET FORTH ON THIS SCHEDULE G.  CERTAIN OF THE EXECUTORY AGREEMENTS MAY NOT HAVE BEEN MEMORIALIZED AND COULD BE SUBJECT TO DISPUTE.  SCHEDULE G DOES NOT INCLUDE ALL EQUIPMENT PURCHASE ORDERS.  ADDITIONALLY, THE DEBTOR MAY BE A PARTY TO VARIOUS OTHER AGREEMENTS CONCERNING REAL PROPERTY, SUCH AS EASEMENTS, RIGHTS OF WAY, SUBORDINATION, NON-DISTURBANCE AND ATTORNMENT AGREEMENTS, SUPPLEMENTAL AGREEMENTS, AMENDMENTS/LETTER AGREEMENTS, TITLE DOCUMENTS, CONSENTS, SITE PLANS, MAPS AND OTHER MISCELLANEOUS AGREEMENTS.  SUCH AGREEMENTS ARE NOT SET FORTH ON THIS SCHEDULE G.**

**ON A CONSOLIDATED BASIS IN THE ORDINARY COURSE OF BUSINESS, THE DEBTOR MAINTAINS VARIOUS TYPES OF INSURANCE COVERAGE, INCLUDING LIABILITY AND CASUALTY INSURANCE, WITH VARIOUS INSURERS FOR ALL THE DEBTORS, AS NOTED ON SCHEDULE B-9 FOR NEW CENTURY FINANCIAL CORPORATION AS PRIMARY NAMED INSURED AND ALL OTHER DEBTORS AS A SECONDARY NAMED INSURED. IN ADDITION TO ANY INSURANCE POLICIES IDENTIFIED IN RESPONSE TO ITEM 9, THE DEBTOR MAY HAVE RIGHTS TO COVERAGE UNDER CERTAIN OTHER INSURANCE POLICES LISTED IN SCHEDULE G FOR ALL DEBTORS. THE AGENTS FOR ALL SUCH INSURANCE POLICIES ARE SET FORTH ON THE DEBTOR'S SCHEDULE G.**

**CERTAIN OF THE AGREEMENTS LISTED ON SCHEDULE G MAY BE IN THE NATURE OF CONDITIONAL SALES AGREEMENTS OR SECURED FINANCINGS.  THE DEBTORS RESERVE THE RIGHT TO DISPUTE OR CHALLENGE THE CHARACTERIZATION OF PERSONAL PROPERTY LEASES.  THE DEBTOR RESERVES ALL OF ITS RIGHTS TO DISPUTE OR CHALLENGE THE CHARACTERIZATION OF THE STRUCTURE OF ANY TRANSACTION, OR ANY DOCUMENT OR INSTRUMENT (INCLUDING, WITHOUT LIMITATION, ANY INTER-COMPANY AGREEMENT) RELATED TO A CREDITOR'S CLAIM.**

**LISTING A CONTRACT OR AGREEMENT ON THIS SCHEDULE DOES NOT CONSTITUTE AN ADMISSION THAT SUCH CONTRACT OR AGREEMENT IS AN EXECUTORY CONTRACT OR UNEXPIRED LEASE OR THAT SUCH CONTRACT OR AGREEMENT WAS IN EFFECT ON THE PETITION DATE OR IS VALID OR ENFORCEABLE.  ANY AND ALL OF THE DEBTOR'S RIGHTS, CLAIMS AND CAUSES OF ACTION WITH RESPECT TO THE CONTRACTS AND AGREEMENTS LISTED ON THIS SCHEDULE ARE HEREBY RESERVED AND PRESERVED.**

**OMISSION OF A CONTRACT OR AGREEMENT FROM THIS SCHEDULE DOES NOT CONSTITUTE AN ADMISSION THAT SUCH OMITTED CONTRACT OR AGREEMENT IS NOT AN EXECUTORY CONTRACT OR UNEXPIRED LEASE. THE DEBTOR'S RIGHTS UNDER THE BANKRUPTCY CODE WITH RESPECT TO ANY SUCH OMITTED CONTRACTS OR AGREEMENTS ARE NOT IMPAIRED BY THE OMISSION.  THIS SCHEDULE MAY BE AMENDED AT ANY TIME TO ADD ANY OMITTED CONTRACT OR AGREEMENT.**

In re:   New Century Mortgage Ventures, LLC                                            Case No.    07-10429
                        Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| AIRPORT OFFICE CENTER ASSOCIATES<br>200 MARSHALL DRIVE<br>CORAOPOLIS, PA  15108 | NONRESIDENTIAL REAL PROPERTY LEASE<br>345 ROUSER ROAD<br>FLOOR 4-EAST<br>CORAOPOLIS, PA  15108 |

Form B6H
(10/05)

In re:  New Century Mortgage Ventures, LLC                                    Case No.   07-10429
              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's s pouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

Page 1 of  3

In re:   New Century Mortgage Ventures, LLC                                              Case No.    07-10429
                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| AUSTIN MORTGAGE, L.P.<br>TWO RIVERWAY, SUITE 600<br>HOUSTON, TX  77056 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN:  GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| CAPITAL PACIFIC HOME LOANS, L.P.<br>4100 MACARTHUR BLVD., STE 150<br>NEWPORT BEACH, CA  92660 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN:  GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| COMPUFUND MORTGAGE COMPANY, LTD.<br>TWO RIVERWAY, SUITE 600<br>HOUSTON, TX  77056 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN:  GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| KINGSTON MORTGAGE COMPANY, LTD.<br>TWO RIVERWAY, SUITE 600<br>HOUSTON, TX  77056 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN:  GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| LOAN PARTNERS MORTGAGE, LTD.<br>TWO RIVERWAY, SUITE 600<br>HOUSTON, TX  77056 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN:  GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| NC ASSET HOLDING, L.P.<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN:  GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| NC CAPITAL CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN:  GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| NEW CENTURY CREDIT CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN:  GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| NEW CENTURY FINANCIAL CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN:  GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| NEW CENTURY MORTGAGE CORPORATION<br>18400 VON KARMAN AVENUE, SUITE 1000<br>IRVINE, CA  92612 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN:  GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| PEACHTREE RESIDENTIAL MORTGAGE, L.P. | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN:  GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| RESIDENTIAL PRIME LENDING LIMITED PARTNERSHIP<br>13100 NORTHWEST FREEWAY, SUITE 200<br>HOUSTON, TX  77040 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN:  GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |

In re:  New Century Mortgage Ventures, LLC                                    Case No.    07-10429
        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| SUTTER BUTTES MORTGAGE, L.P.<br>13100 NORTHWEST FREEWAY, SUITE 200<br>HOUSTON, TX  77040 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN:  GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| TEAM HOME LENDING, LTD.<br>13100 NORTHWEST FREEWAY, SUITE 200<br>HOUSTON, TX  77040 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN:  GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |

In re:   New Century Mortgage Ventures, LLC                                    Case No.    07-10429
            Debtor

## Declaration Under Penalty of Perjury
## On Behalf of a Corporation or Partnership

      I, Holly Felder Etlin, Chief Restructuring Officer of New Century Mortgage

Ventures, LLC, named as the debtor in this case, declare under penalty of perjury that I

have read the foregoing Summary and Schedules and any attachments thereto and that

they are true and correct to the best of my knowledge, information, and belief.


Date:    May 30, 2007                        _/s/ Holly Felder Etlin_
                                        Holly Felder Etlin
                                        Chief Restructuring Officer