**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,<br><br>                                                  Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered<br>**Related Docket Nos. 969, 970** |

## DECLARATION OF SERVICE

I, Henry Jaffe, hereby declare that on the 31st day of May, 2007, I caused the following to be served upon the following parties by first-class mail, postage prepaid.

**Signed Order for Admission Pro Hac Vice of Kenneth P. Coleman (Docket No. 969)
Signed Order for Admission Pro Hac Vice of Daniel Guyder (Docket No. 970)**

| | |
|---|---|
| Mark D. Collins, Esq.<br>Michael J. Merchant, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19801<br>Counsel to the Debtors | Suzzanne S. Uhland, Esq.<br>Austin K. Barron, Esq.<br>Emily R. Culler, Esq.<br>Ana Acevedo, Esq.<br>O'Melveny & Myers LLP<br>275 Battery Street<br>San Francisco, CA 94111<br>Counsel to the Debtors |
| Office of the United States Trustee<br>844 Market Street<br>Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | |

| | |
|---|---|
| Date: June 1, 2007<br>Wilmington, Delaware |   /s/ Henry Jaffe             <br>Henry Jaffe (No. 2987)<br>Evelyn J. Meltzer (No. 4581)<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 777-6500<br>Fax: (302) 421-8390<br><br>*Counsel for Barclays Bank PLC* |

#8599091 v1