UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Case No.   07-10416 (KJC) |
| | ) |
| NEW CENTURY TRS HOLDINGS, INC. *et al.,* | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF PRECAUTIONARY OBJECTION [RE: D.I. 699] BY IRWIN MORTGAGE CORPORATION AND IRWIN FINANCIAL CORPORATION

Irwin Mortgage Corporation and Irwin Financial Corporation (collectively "Irwin "), by and through its undersigned counsel, hereby withdraws, without prejudice, its Precautionary Objection filed on May 15, 2007 at Docket No. 699.

Respectfully submitted this 1st day of June, 2007.

IRWIN FINANCIAL CORPORATION
IRWIN MORTGAGE CORPORATION

By:  /s/ Mark R. Owens
Mark R. Owens, (DE No. 4364)
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204
317.231.7459 direct

-and-

Kevin C. Driscoll, Jr., Esq.
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606
(312) 357-1313

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing pleading to be served upon the parties as listed below via the ECF electronic notice system and by 1st Class Mail on this 1st day of June, 2007.

United States Trustee for the
   District of Delaware
844 King Street, Suite 2313
Wilmington, DE 19801

Richards, Layton & Finger, P.A.
Attn: Mark D. Collins, Esq.
   Marcos Ramos, Esq.
One Rodney Square
Wilmington, DE 19899

Hahn & Hessen LLP
Attn: Mark T. Power, Esq.
488 Madison Avenue
New York, NY 10022

Mayer, Brown, Rowe & Maw LLP
Attn:Thomas S. Kiriakos, Esq.
71 South Wacker Drive
Chicago, IL 60606

O'Melveny & Meyers LLP
Attn: Suzzanne S. Uhland, Esq.
   Brophy Christensen, Esq.
275 Battery Street, Suite 2600
San Francisco, CA 94111

O'Melveny & Meyers LLP
Attn: Ben H. Logan, Esq.
400 S. Hope Street
Los Angeles, CA 90071

Blank Rome, LLP
Attn: Bonnie Glantz Fatell, Esq.
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Womble Carlyle Sandridge & Rice, PLLC
Attn: Steven K. Kortanek, Esq.
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801


/s/ Mark Owens