IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------- x
                                        :
In re:                                  :   Chapter 11
                                        :
                                        :   Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,         :
a Delaware corporation, et al.,[1]      :   Jointly Administered
                                        :
             Debtors                    :
                                        :   Re: Docket No. 542, 565, 566, 567, 568,
                                        :   569, 570 and 571
--------------------------------------- x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on May 7, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by United States Postal Service First Class Mail:

- **Order Granting Motion To Limit And Shorten Notice Of The United States Trustee's Motion To Continue The Hearing On The Debtors' Emergency Motion For Order Authorizing Payment Of (I) Sale-Related Incentive Pay To Senior Management And (II) Retention And Incentive Pay To Certain Employees** [Docket No. 542]

- **Order (FINAL) (A) Approving Debtor In Possession Financing With Administrative Expense Superpriority and Secured by Liens, (B) Granting Liens and Superpriority Administrative Expense Claim, and (C) Granting Other Relief** [Docket No. 565]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

- Order (A) Approving Asset Purchase Agreement By and Among New Century Financial Corporation and Ellington Management Group, LLC on Behalf of Its Client Funds, (B) Authorizing Sale of Certain Loans and Residuals to Purchaser or Its Designee(s), Free and Clear of All Liens, Claims, Encumbrances and Interests and (C) Granting Related Relief [Docket No. 566]

- Order Authorizing The Retention and Employment of O'Melveny & Myers LLP as Co-Counsel to the Debtors [Docket No. 567]

- Order Authorizing Employment of Hennigan, Bennett & Dorman LLP, As Litigation Counsel To The Debtors Nunc Pro Tunc As of April 6, 2007 [Docket No. 568]

- Order Authorizing Retention Of Professionals Utilized In The Ordinary Course of Business [Docket No. 569]

- Notice of Certificate/Affidavit of Publication otice of Filing Regarding Affidavit of Publication of the Sale Notice in the Wall Street Journal (National Edition) Filed by New Century TRS Holdings, Inc. [Docket No. 570]

- Notice of Filing Regarding Emergency Motion to Approve of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief Filed by New Century TRS Holdings, Inc.; Order Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and Granting Related Relief and Order (A) Approving Asset Purchase Agreement By and Among New Century Financial Corporation and Ellington Management Group, LLC on Behalf of Its Client Funds, (B) Authorizing Sale of Certain Loans and Risduals to Purchaser or Its Designee(s), Free and Clear of All Liens, Claims, Encumbrances and Interests and (C) Granting Related Relief [Docket No. 571]

Additionally, on May 7, 2007, I caused true and correct copies of the following to be served on the parties listed on the attached Exhibit B by United States Postal Service First Class Mail:

- Order (FINAL) (A) Approving Debtor In Possession Financing With Administrative Expense Superpriority and Secured by Liens, (B) Granting Liens and Superpriority Administrative Expense Claim, and (C) Granting Other Relief [Docket No. 565]

Additionally, on May 8, 2007, I caused true and correct copies of the following to be served on the parties listed on the attached Exhibit C by United States Postal Service First Class Mail:

- **Order Authorizing Retention Of Professionals Utilized In The Ordinary Course of Business** [Docket No. 569]

Dated: May 9, 2007

*Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Party/Function |
|---|---|---|---|---|---|---|---|---|
| 500 Eagles Landing LLC | David A Meskan Manager | 2100 Green St Apt 404 | | | San Francisco | CA | 94123 | Creditor |
| Akin Gump Strauss Hauer & Feld LLP | James R Savin Esq David M Dunn Esq & Joanna F Newdeck Esq | 1333 New Hampshire Ave NW | | | Washington | DC | 20036 | Counsel for ChoicePoint Inc |
| Allen & Overy LLP | Ken Coleman Esq | 1221 Avenue of the Americas | | | New York | NY | 10020 | Counsel for Barclays Bank PLC and Barclays Capital |
| Angelo Gordon & Co | Jed A Hart | 245 Park Ave 26th Fl | | | New York | NY | 10167 | Counsel for Angelo Gordon & Co |
| Ashby & Geddes PA | Don A Beskrone Esq | 500 Delaware Ave | 8th Fl | PO Box 1150 | Wilmington | DE | 19899 | Counsel for Safeco Financial Insitutition Solutions Inc |
| Ashby & Geddes PA | William P Bowden & Gregory A Taylor | 500 Delaware Ave | 8th Fl | PO Box 1150 | Wilmington | DE | 19899 | Counsel for USB Real Estate Securities Inc |
| Attorney for SIRVA Relocation | Glenn M Reisman Esq | Two Corporate Dr Ste 234 | | | Shelton | CT | 06484 | Counsel for SIRVA Relocation |
| Attorney Generals Office | Bankruptcy Department | Carvel State Office Bldg 820 N French St 8th Fl | | | Wilmington | DE | 19801 | Governmental Agency |
| Attorney General's Office | Bankruptcy Department | Capitol Station PO Box 12548 | | | Austin | TX | 78711-2548 | Governmental Agency |
| Attorney General's Office | Bankruptcy Department | 1300 I St Ste 1740 | | | Sacramento | CA | 95814 | Governmental Agency |
| Attorney General's Office | Bankruptcy Department | 200 St Paul Place | | | Baltimore | MD | 21202-2202 | Governmental Agency |
| Barclays Bank PLC | Mark Manski Esq | 200 Park Ave | | | New York | NY | 10166 | Creditor |
| Bartlett Hackett Feinberg PC | Frank F McGinn Esq | 155 Federal St 9th Fl | | | Boston | MA | 02110 | Counsel for Iron Mountain Information Management Inc |
| Becket and Lee LLP | Gilbert B Weisman | PO Box 3001 | | | Malvern | PA | 19355-0701 | Counsel for American Express Travel Related Svcs Co |
| Bernstein Litowitz Berger & Grossman LLP | Blair A Nicholas Esq | 12481 High Bluff Dr Ste 300 | | | San Diego | CA | 92130 | Counsel for New York State Teachers Retirement System |
| Bernstein Litowitz Berger & Grossman LLP | Salvator J Graziano Esq | 1285 Avenue of the Americas | | | New York | NY | 10019 | Counsel for New York State Teachers Retirement System |
| Bifferato Gentilotti LLC | Ian Connor Bifferato Esq & Garvan F McDaniel Esq | 800 N King St Plz Level | | | Wilmington | DE | 19801 | Counsel for CB Richard Ellis Corporate Facilities Management Inc |
| Bingham McCutchen LLP | Andrew J Gallo Esq | 150 Federal St | | | Boston | MA | 02110 | Counsel for DB Stuctured Products Inc |
| Bingham McCutchen LLP | Richard H Agins Esq | One State St | | | Hartford | CT | 06103-3178 | Counsel for DB Stuctured Products Inc |
| Bingham McCutchen LLP | Robert M Dombroff Esq & Steven Wilamowsky Esq | 399 Park Ave | | | New York | NY | 10022-4689 | Counsel for DB Stuctured Products Inc |
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street | Suite 800 | Wilmington | DE | 19801 | Counsel for Creditors' Committee |
| Brown McCarroll LLP | Patricia B Tomasco | 111 Congress Ave Ste 1400 | | | Austin | TX | 78701 | Counsel for Ellington Management Group Inc |
| Bryan Cave LLP | Katherine M Windler Esq | 120 Broadway Ste 300 | | | Santa Monica | CA | 90401-2386 | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Bryan Cave LLP | Lawrence P Gottesman Esq & Sukyoung Suh Esq | 1290 Ave of the Americas | | | New York | NY | 10104 | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Buchanan Ingersoll & Rooney PC | Mary F Caloway Esq & Eric Lopez Schnabel Esq | 1000 West St Ste 1410 | | | Wilmington | DE | 19801 | Counsel for Residential Funding Company LLC |
| Cadwalader Wickersham & Taft LLP | Gregory M Petrick Esq & Angela Somers Esq | One World Financial Center | | | New York | NY | 10281 | Counsel for Natixis Real Estate Capital Inc |
| Cadwalader Wickersham & Taft LLP | Howard R Hawkins Jr Esq | One World Financial Center | | | New York | NY | 10281 | Counsel for Morgan Stanley Mortgage Capital Inc |
| California Franchise Tax Board | Bankruptcy Division Chapter 11 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | Governmental Agency |

Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Campbell & Levine LLC | Maria R Eskin Mark T Hurford | 800 North King Street | Suite 300 | | Wilmington | DE | 19801 | Counsel for Citigroup Global Markets Realty Group |
| Celina ISD Princeton ISD City of Princeton Richardson ISD Cedar Hill ISD City of Cedar Hill Whitewright ISD City of Whitewright City of Hurst Arlington ISD Castleberry ISD and Mansfield ISD | Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda | PO Box 13430 | | Arlington | TX | 76094-0430 | Counsel for Celina ISD Princeton ISD City of Princeton Richardson ISD Cedar Hill ISD City of Cedar Hill Whitewright ISD City of Whitewright City of Hurst Arlington ISD Castleberry ISD and Mansfield ISD |
| Chadbourne & Parke LLP | Joseph H Smolinsky & Douglas E Deutsch | 30 Rockefeller Plaza | | | New York | NY | 10112 | Counsel for Credit Suisse First Boston Capital LLC and DLJ Mortgage Capital Inc |
| Chatham County Tax Commissioner | Daniel T Powers | Po Box 8321 | | | Savannah | GA | 31412 | Creditor |
| Cohen & Grigsby PC | Thomas D Maxson Esq | 11 Stanwix St 15th Fl | | | Pittsburgh | PA | 15222-1319 | Counsel for National Field Representatives Inc |
| Comptroller of Public Accounts | Bankruptcy Department | Lyndon B Johnson State Office Building | 111 E 17th St | | Austin | TX | 78774 | Governmental Agency |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C Wisler Esq & Marc J Phillips Esq | The Nemours Bldg | 1007 N Orange St PO Box 2207 | | Wilmington | DE | 19899 | Counsel for Coremetrics Inc |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq & Marc J Phillips Esq | The Nemours Bldg | 1007 N Orange St PO Box 2207 | | Wilmington | DE | 19899 | Counsel for Washington Mutual |
| Cooley Godward Kronish LLP | Gregg S Kleiner | 101 California St 5th Fl | | | San Francisco | CA | 94111-2222 | Creditor |
| Coremetrics Inc | Seth R Weissman Esq VP & General Counsel | 1840 Gateway Dr Ste 320 | | | San Mateo | CA | 94404 | Creditor |
| Countrywide Home Loans Inc | Paul T Liu Esq & John Guerry Esq | 5220 Las Virgenes Rd | MS AC 11 | | Calabasas | CA | 91302 | Counsel for Countrywide Home Loans Inc |
| Day Pitney LLP | Amish R Doshi Esq | 7 Times Sq | | | New York | NY | 10036-7311 | Counsel for Day Pitney LLP |
| Deckelbaum Ogens & Raftery Chtd | Bryn H Sherman Esq | 3 Bethesda Metro Center Ste 200 | | | Bethesda | MD | 20814 | Counsel for 816 Connecticut Ave LP |
| Delaware Department Of Justice | Bankruptcy Department | Division Of Securities | 820 N French St 5th Fl | | Wilmington | DE | 19801 | Governmental Agency |
| Delaware Dept Of Labor | Secretary | 4425 N Market St | 4th Fl | | Wilmington | DE | 19802 | Governmental Agency |
| Delaware Dept Of Natural Resources & Environmental Control | Bankruptcy Department | John A Hughes Secretary | 89 Kings Hwy | | Dover | DE | 19901 | Governmental Agency |
| Delaware Sec of State | Division of Corporations | Franchise Tax Division | PO Box 7040 | | Dover | DE | 19903 | Governmental Agency |
| Division of Unemployment Ins | Department of Labor | 4425 N Market St | | | Wilmington | DE | 19802 | Governmental Agency |
| Dorsey & Whitney LLP | Chris Lenhart Esq | 50 S Sixth St Ste 1500 | | | Minneapolis | MN | 55402-1498 | Counsel for Residential Funding Company LLC |
| Duane Morris LLP | Michael R Lastowski and Christopher M Lastowski | 1100 N Market St Ste 1200 | | | Wilmington | DE | 19801 | Counsel for Hartford Fire Insurance Company |
| Eckert Seamans Cherin & Mellot LLC | Michael Busenkell | 300 Delaware Ave Ste 1210 | | | Wilmington | DE | 19801 | Counsel for Credit-Based Asset Servicing and Securitization (C-BASS) and Wells Fargo Bank NA |
| Edwards Angell Palmer & Dodge LLP | William E Chipman Jr Esq | 919 Market St Ste 1500 | | | Wilmington | DE | 19801 | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Employee Benefits Security Administration Philadelphia Regional Office | Mabel Capolongo Director | Curtis Ctr | 170 S Independence Mall West Ste 870 West | | Philadelphia | PA | 19106-3317 | Governmental Agency |
| Erskine & Tulley A Professional Corporation | Robert P Gates Esq | 220 Montgomery St Ste 303 | | | San Francisco | CA | 94104 | Counsel for 500 Eagles Landing LLC |

Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Ervin Cohen & Jessup LLP | Randall S Leff Esq & Eric M Heller Esq | 9401 Wilshire Blvd 9th Fl | | | Beverly Hills | CA | 90212-2974 | Counsel for KST Data Inc |
| Filardi Law Offices LLC | Charles J Filardi Jr | 65 Trumbull St | Second Floor | | New Haven | CT | 06510 | Counsel for Federal Express Corporation |
| Fox Rothschild LLP | Daniel K Astin & Anthony M Saccullo | Citizens Bank Center | 919 N Market St Ste 1300 | PO Box 2323 | Wilmington | DE | 19899-2323 | Counsel for Positive Software Solutions Inc |
| Friedlander Misler Sloan Kletzkin & Ochsman PLLC | Robert E Greenberg Esq | 1101 Seventeenth St NW Ste 700 | | | Washington | DC | 20036-4704 | Counsel for the Realty Associates Fund VII LP |
| Gebhardt & Smith LLP | Michael G Gallerizzo Esq | 901 Market St Ste 451 | | | Wilmington | DE | 19801 | Counsel for General Electric Capital Corporation |
| GMAC Commercial Finance LLC | Hernando Azarcon | Senior Legal Coordinator | 3000 Town Center Ste 280 | | Southfield | MI | 48075 | Counsel for GMAC Commercial Finance LLC |
| Goldberg Kamin & Garvin | John J Arminas Esq | 1806 Frick Bldg | 437 Grant St | | Pittsburgh | PA | 15219 | Counsel for Pennsbury Village Borough |
| Greenwich Capital Financial Products | General Counsel & Frank Skibo | 600 Steamboat Rd | | | Greenwich | CT | 06830 | Counsel to DIP Lenders |
| Gust Rosenfeld PLC | Madeleine C Wanslee | 210 E Washington Ste 800 | | | Phoenix | AZ | 85004-2327 | Creditor |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | | New York | NY | 10022 | Counsel for Creditors' Committee |
| Hunton & Williams LLP | JR Smith & Jason W Harbour | Riverfront Plaza E Tower | 951 E Byrd St | | Richmond | VA | 23219 | Counsel for Credit-Based Asset Servicing, Securitization (C-BASS) and Wells Fargo Bank NA |
| IBM Corporation | Vicky Namken | 13800 Diplomat Dr | | | Dallas | TX | 75234 | Creditor |
| IBM Credit LLC | Bruce Gordon | Special Handling Group MD NC322 | North Castle Dr | | Armonk | NY | 10504 | Creditor |
| Ikon Office Solutions Recovery & Bankruptcy | Keith Clements | 3920 Arkwright Rd Ste 400 | | | Macon | GA | 31210 | Counsel for IOS Capital Inc / Creditor |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz | Rm 1150 | | Baltimore | MD | 21201 | Governmental Agency |
| Irs Local Office | | 844 King St | | | Wilmington | DE | 19801 | Governmental Agency |
| Jeffer Mangels Butler & Marmaro LLP | Barry Freeman Esq & David Poitras Esq | 1900 Ave of the Stars 7th Fl | | | Los Angeles | CA | 90067 | Counsel for Union Bank of California |
| Jorden Burt LLP | Frank G Burt Esq Raul A Cuervo Esq & W Glenn Merten Esq | 1025 Thomas Jefferson St NW | Ste 400 E | | Washington | DC | 20007-5208 | Counsel for Safeco Financial Institution Solutions Inc |
| Kaye Scholer LLP | Margot B Schonholtz & Mark F Liscio | 425 Park Ave | | | New York | NY | 10022 | Counsel for Bank of America NA |
| Kelley Drye & Warren LLP | David E Retter Esq & Christen A Lambrianakos Esq | 101 Park Ave | | | New York | NY | 10178 | Counsel for Wells Fargo Bank NA |
| Kirkland & Ellis LLP | Bennett L Spiegel & Shirley S Cho | 777 S Figueroa St | Suite 3700 | | Los Angeles | CA | 90017 | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Kirkland & Ellis LLP | Paul M Basta & Joshua A Sussberg | Citigroup Center | 153 East 53rd Street | | New York | NY | 10022-4611 | Counsel for Citigroup Global Markets Realty Group |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Joanne B Wills Esq & Michael W Yurkewicz Esq | 919 Market St Ste 1000 | | | Wilmington | DE | 19801 | Counsel for ABN AMRO Bank N.V. |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Richard M Beck Esq & Christopher A Ward Esq | 919 Market St Ste 1000 | | | Wilmington | DE | 19801 | Counsel for KST Data Inc |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Richard M Beck Esq & Michael W Yurkewicz Esq | 919 Market St Ste 1000 | | | Wilmington | DE | 19801 | Counsel for SN Servicing Corp as Agent for Alaska Seaboard Partners LP |

Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Landis Rath & Cobb LLP | Adam G Landis Esq | 919 Market St Ste 600 | | | Wilmington | DE | 19801 | Counsel for JP Morgan Chase Bank NA |
| Landis Rath & Cobb LLP | Richard S Cobb Esq & Matthew B McGuire Esq | 919 Market St Ste 600 | | | Wilmington | DE | 19801 | Counsel for Stony Point East LP |
| Law Office of John A Vos | John A Vos Esq | 1430 Lincoln Ave | | | San Rafael | CA | 94901 | Creditor |
| Law Offices of Robert E Luna PC | Andrea Sheehan Esq | 4411 N Central Expressway | | | Dallas | TX | 75205 | Counsel for Carrollton-Farmers Branch Independent School District Garland Independent School District & Lewisville Independent School District |
| Leo & Weber PC | T Scott Leo Esq and Grace Winkler Cranley Esq | One N LaSalle St Ste 3600 | | | Chicago | IL | 60602 | Counsel for Hartford Fire Insurance Company |
| Levy Small & Lallas | Leo D Plotkin Esq | 815 Moraga Dr | | | Los Angeles | CA | 90049-1633 | Counsel for IBM |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | Travis Bldg 711 Navarro Ste 300 | | | San Antonio | TX | 78205 | Counsel for Bexar County City of El Paso |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | 1949 South IH 35 | PO Box 17428 | | Austin | TX | 78760 | Counsel for City of Edinburg Edcouch-Elsa ISD Nueces County & South Texas College |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | | Dallas | TX | 75201 | Counsel for Dallas County |
| Loizides PA | Christopher D Loizides Esq | 1225 King St Ste 800 | | | Wilmington | DE | 19801 | Counsel for SunTrust Leasing Corporation |
| Lowenstein Sandler PC | Michael S Etkin Esq & Ira M Levee Esq | 65 Livingston Ave | | | Roseland | NJ | 07068 | Counsel for New York State Teachers Retirement System |
| Malcolm & Cisneros A Law Corporation | William G Malcolm | 2112 Business Center Dr 2nd Fl | | | Irvine | CA | 92612 | Counsel for Malcolm & Cisneros A Law Corporation |
| Manatee County Tax Collector | Susan D. Profant and Ken Burton Jr. | PO Box 25300 | 819 US 301 Blvd W | | Bradenton | FL | 34206-5300 | Creditor |
| Margolis Edelstein | James E Huggett Esq | 750 S Madison St Ste 102 | | | Wilmington | DE | 19801 | Counsel for Warn Act Claimants |
| Maryland Slate Dept of Assessments and Taxation | Bankruptcy Department | 301 W Preston St | | | Baltimore | MD | 21201 | Governmental Agency |
| Mayer Brown Rowe & Maw LLP | Raniero D Aversa Jr Esq & Laura D Metzger Esq | 1675 Broadway | | | New York | NY | 10019-5820 | Counsel for ABN AMRO Bank N.V. |
| Mayer Brown Rowe & Maw LLP | Thomas S Kiriakos Esq & Sean T Scott Esq | 71 S Wacker Dr | | | Chicago | IL | 60606 | Counsel for Carrington Mortgage Services LLC and Carrington Capital Management LLC |
| McCarter & English LLP | William F Taylor Jr Esq & Katharine L Mayer Esq | 919 N Market Ste 1800 | PO Box 111 | | Wilmington | DE | 19899 | Counsel for LandAmerica default Services Company |
| McCreary Veselkda Bragg & Allen PC | Michael Reed | PO Box 1269 | | | Round Rock | TX | 78680 | Counsel for Tax Appraisal District of Bell County County of Denton Mexia Independent School District & County of Williamson |
| McGuire Woods LLP | David I Swan Esq & Kenneth M Misken Esq | 1750 Tysons Blvd Ste 1800 | | | McLean | VA | 22102-4215 | Counsel for Sprint Nextel Corporation |
| Milbank Tweed Hadley & McCloy LLP | Luc A Despins Esq & Wilbur F Foster Esq | 1 Chase Manhattan Plaza | | | New York | NY | 10005 | Counsel for Morgan Stanley Mortgage Capital Inc |
| Missouri Department of Revenue Bankruptcy Unit | Sheryl L Moreau | General Counsels Office | 301 W High St Room 670 | PO Box 475 | Jefferson City | MO | 65105-0475 | Counsel for Missouri Department of Revenue |
| Monzack & Monaco PA | Francis A Monaco Jr Esq | 1201 N Orange St Ste 400 | PO Box 2031 | | Wilmington | DE | 19899-2031 | Counsel for RBC Mortgage Company Royal Bank of Canada and RBC Centura Bank |

Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Morris Nichols Arsht & Tunnell LLP | Robert J Dehney Gregory W Werkheiser & Daniel B Butz | 1201 N Market St | PO Box 1347 | | Wilmington | DE | 19899-1347 | Counsel for Morgan Stanley Mortgage Capital Inc |
| Munsch Hardt Kopf & Harr PC | Mark H Ralston Esq & Davor Rukavina Esq | 3800 Lincoln Plz | 500 N Akard St | | Dallas | TX | 75201 | Counsel for Positive Software Solutions Inc |
| Nixon Peabody LLP | Dennis J Drebsky Esq | 437 Madison Ave | | | New York | NY | 10022 | Counsel for Deutsche Bank National Trust Company |
| Nixon Peabody LLP | Mark N Berman Esq | 100 Summer St | | | Boston | MA | 02110-1832 | Counsel for Deutsche Bank National Trust Company |
| Northeast Regional Office | Bankruptcy Department | Mark Schonfeld Regional Director | 3 World Financial Ctr | Room 4300 | New York | NY | 10281 | Governmental Agency |
| Office of Joe G Tedder CFC | Sari E Meador | Delinquency and Enforcement | Tax Collector for Polk County Florida | PO Box 2016 | Bartow | FL | 33831-2016 | Counsel for Polk County Florida |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | | Wilmington | DE | 19801 | US Trustee |
| Office of the US Trustee | | 844 King St | Ste 2313 | Lockbox 35 | Wilmington | DE | 19801-3519 | Governmental Agency |
| Ohio Attorney's General Office | Matthew J Lampke Assistant Chief | 30 E Broad St 26th Fl | | | Columbus | OH | 43215-4200 | Counsel for State of Ohio |
| Pachulski Stang Ziehl Young Jones Weintraub LLP | Laura Davis Jones & Timothy P Cairns | 919 N Market St 17th Fl | PO Box 8705 | | Wilmington | DE | 19899-8705 | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Paul Hastings Janofsky & Walker LLP | Keith W Miller & James R Bliss | Park Ave Tower | 75 E 55th St | | New York | NY | 10022 | Counsel for USB Real Estate Securities Inc |
| Paul Hastings Janofsky & Walker LLP | Richard A Chesley & Kimberly D Newmarch | 191 N Wacker Dr | 30th Fl | | Chicago | IL | 60606 | Counsel for USB Real Estate Securities Inc |
| Pepper Hamilton LLP | David B Stratton Esq | Hercules Plz Ste 5100 | 1313 Market St | PO Box 1709 | Wilmington | DE | 19899-1709 | Counsel for Deutsche Bank National Trust Company |
| Phillips Goldman & Spence PA | Lisa C McLaughlin Esq | 1200 N Broom St | | | Wilmington | DE | 19806 | Counsel for Mack-Cali Realty Corporation |
| Potter Anderson & Corroon LLP | Laurie Seiber Silverstein Esq | 1313 N Market St 6th Fl | | | Wilmington | DE | 19801 | Counsel for Bank of America NA |
| Property Management Professionals LLC | Kurt Henry | 1512 Royce Dr | | | Locust Grove | GA | 30248 | Creditor |
| Quadrangle Group LLC | Michael Weinstock | 375 Park Ave 14th Fl | | | New York | NY | 10152 | Creditor |
| Qwest Legal Department | Mitchell W Katz Esq | 1801 California St Ste 900 | | | Denver | CO | 80202 | Counsel for Qwest Corporation |
| Reed Smith LLP | Claudia Z Springer Esq | 2500 One Liberty Pl | 1650 Market St | | Philadelphia | PA | 19103-7301 | Counsel for IndyMac Bank FSB |
| Reed Smith LLP | Kurt F Gwynne Esq | 1201 Market St Ste 1500 | | | Wilmington | DE | 19801 | Counsel for IndyMac Bank FSB |
| Reed Smith LLP | Kurt F Gwynne Esq | 1201 Market St Ste 1500 | | | Wilmington | DE | 19801 | Counsel for Qwest Corporation |
| Reeves & Seidler | Felix A Seidler | 2527 Santa Clara Ave | | | Alameda | CA | 94501-4633 | Counsel for Scott Morris and Angela Morris |
| Rich F Martin | | 8109 Santa Luz Village Green S | | | San Diego | CA | 92127 | Creditor |
| Robert P Cocco PC | Robert P Cocco Esq | 437 Chestnut St Ste 1006 | | | Philadelphia | PA | 19106 | Counsel for Theresa A Davis |
| Rosenthal Monhait & Goddess PA | Norman M Monhait Esq | 919 Market St Ste 1401 | PO Box 1070 | | Wilmington | DE | 19899-1070 | Counsel for Kodiak Funding LP & Kodiak CDO I Ltd |
| SEC | | 15th & Pennsylvania Ave, NW | | | Washington | DC | 20020 | Governmental Agency |
| SEC | Nathan Fuchs | 233 Broadway | | | New York | NY | 10279 | Governmental Agency |
| Sec Headquarters | Bankruptcy Department | Office Of Investor Education And Assistance | 100 F St Ne | | Washington | DC | 20549 | Governmental Agency |
| Secretary Of State | Division Of Corporations | Franchise Tax | PO Box 7040 | | Dover | DE | 19903 | Governmental Agency |
| Secretary Of Treasury | | PO Box 7040 | | | Dover | DE | 19903 | Governmental Agency |
| Securities & Exchange Commission | | 100 F St Ne | | | Washington | DC | 20549 | Governmental Agency |

Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Shipman & Goodwin LLP | Julie A Manning Esq | One Constitution Plaza | | | Hartford | CT | 06103-1919 | Counsel for United HealthCare Insurance Company |
| Skadden Arps Slate Meagher & Flom LLP | DJ Baker Esq & Rosalie W Gray Esq | Four Time Square | | | New York | NY | 10036-6522 | Counsel for Maguire Properties-Park Place LLC Maguire Properties 3121 Michelson LLC & Maguire Properties 3161 Michelson LLC |
| Skadden Arps Slate Meagher & Flom LLP | Megan E Cleghorn Esq | One Rodney Square | PO Box 636 | | Wilmington | DE | 19899-0636 | Counsel for Maguire Properties-Park Place LLC Maguire Properties 3121 Michelson LLC & Maguire Properties 3161 Michelson LLC |
| State Board of Equalization | Bankruptcy Department | PO Box 942879 | | | Sacramento | CA | 94279-0001 | Governmental Agency |
| State of Delaware | Randy Weller MS 25 | Div of Revenue | 820 N French St | 8th Fl | Wilmington | DE | 19801-0820 | Governmental Agency |
| State Of Delaware Division Of Revenue | Bankruptcy Department | Carvel State Office Bldg 820 N French St | | | Wilmington | DE | 19801 | Governmental Agency |
| State Treasurer's Office | Bankruptcy Department | 915 Capitol Mall Suite 110 | | | Sacramento | CA | 95814 | Governmental Agency |
| Stevens & Lee PC | Joseph Grey | 1105 N Market St | Seventh Fl | | Wilmington | DE | 19801 | Counsel for Premier Print and Services Group, Inc. |
| Stites & Harbison PLLC | Robert Goodrich Esq | 1800 Fifth Third Center | 424 Church St | | Nashville | TN | 37219-2376 | Counsel for SunTrust Leasing Corporation |
| The Bayard Firm | Charlene D Davis Esq | 222 Delaware Ave Ste 900 | Charlene D Davis Esq | | Wilmington | DE | 19801 | Counsel for IBM |
| The Bayard Firm | Neil B Glassman Esq & Steven M Yoder Esq | 222 Delaware Ave Ste 900 | | | Wilmington | DE | 19801 | Counsel for Natixis Real Estate Capital Inc |
| The CIT Group Business Credit Inc | Renee Singer | 505 Fifth Ave | 3rd Fl | | New York | NY | 10017 | Counsel to DIP Lenders |
| Travelers | Scot Freeman Case Manager | National Accounts | 1 Tower Sq 5MN | | Hartford | CT | 06183-4044 | Creditor |
| Turner Reynolds Greco & O'Hara | Richard J Reynolds | 16485 Laguna Canyon Rd Ste 250 | | | Irvine | CA | 92618 | Creditor |
| Union Bank of California | Diane J Richey Esq Vice President and Senior Counsel | 445 S Figueroa St | | | Los Angeles | CA | 90071 | Counsel for Union Bank of California |
| US Attorneys Office | Ellen W Slights | 1007 Orange St | 7th Fl | | Wilmington | DE | 19899-2046 | Governmental Agency |
| US Department of Justice | Alberto P Gonzales | US Attorney General | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | Governmental Agency |
| US Dept Of Labor | Administrative Review Board | Frances Perkins Building | 200 Constitution Ave Nw | | Washington | DC | 20210 | Governmental Agency |
| US Dept Of Labor | Benefits Review Board | Frances Perkins Building | 200 Constitution Ave Nw | | Washington | DC | 20210 | Governmental Agency |
| Us Dept Of Labor | Employee Benefits Security Administration | Frances Perkins Building | 200 Constitution Ave Nw | Ste S 2524 | Washington | DC | 20210 | Governmental Agency |
| Us Dept Of Labor | Secretary Elaine Chao | Frances Perkins Building | 200 Constitution Ave Nw | | Washington | DC | 20210 | Governmental Agency |
| Vinson & Elkins LLP | John E Mitchell Esq | Trammell Crow Center | 2001 Ross Ave Ste 3700 | | Dallas | TX | 75201 | Counsel for CB Richard Ellis Corporate Facilities Management Inc |
| Washington Mutual | David H Zielke Esq Vice President & Assitant General Counsel | 1301 Second Ave WMC 3501 | | | Seattle | WA | 98101 | Counsel for Washington Mutual |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Jeffrey I Golden Esq & Hutchinson B Meltzer Esq | 650 Town Center Dr Ste 950 | | | Costa Mesa | CA | 92626 | Creditor |
| Wells Fargo Bank NA | Thomas M Korsman Vice President | MAC N9303-120 | 608 2nd Ave S | | Minneapolis | MN | 55479 | Creditor |
| Wendel Rosen Black & Dean LLP | Charles A Hansen & Mark S Bostick | 1111 Broadway 24th Fl | | | Oakland | CA | 94607-4036 | Counsel for Alireza Nazmi & Golden Key Mortgage |
| William D Sullivan LLC | Elihu E Allinson III Esq | 4 E 8th St Ste 400 | | | Wilmington | DE | 19801 | Counsel for Nabih and Esther Mangoubi |

Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Winston & Strawn LLP | Matthew Bolica Esq David Wirt Esq & Grayson Walter Esq | 35 W Wacker Dr | | | Chicago | IL | 60601 | Counsel for Kodiak Funding LP & Kodiak CDO I Ltd |
| Wolfe & Wyman LLP | Stuart B Wolfe Esq & Yaron Shaham Esq | 5 Park Plz Ste 1100 | | | Irvine | CA | 92614 | Counsel for Wolfe & Wyman LLP |
| Wolff & Samson PC | Carlos G Manalansan Esq | The Offices of Crystal Lake | One Boland Dr | | West Orange | NJ | 07052 | Counsel for Mack-Cali Realty Corporation |
| Womac & Associates | Brian D Womac & Denise H Mitchell | Two Memorial City Plaza | 820 Gessner Ste 1540 | | Houston | TX | 77024 | Counsel for DRA CRT Post Oak LP |
| Womble Carlyle Sandridge & Rice PLLC | Steven K Kortanek | 222 Delaware Ave | Ste 1501 | | Wilmington | DE | 19801 | Counsel for Carrington Mortgage Services LLC and Carrington Capital Management LLC |
| Wright Finlay & Zak LLP | T Robert Finlay Esq & Donna L La Porte Esq | 4665 MacArthur Ct Ste 280 | | | Newport Beach | CA | 92660 | Creditor |
| Young Conaway Stargatt & Taylor LLP | Michael R Nestor | The Brandywine Bldg | 1000 West St 17th Fl | PO Box 391 | Wilmington | DE | 19899-0391 | Counsel for Credit Suisse First Boston Capital LLC and DLJ Mortgage Capital Inc |
| Young Conaway Stargatt & Taylor LLP | Robert S Brady | The Brandywine Bldg | 1000 West St 17th Fl | PO Box 391 | Wilmington | DE | 19899-0391 | Counsel for DB Stuctured Products Inc |

# Exhibit B

Lien Holders List
First Class Mail Service List

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Access Investments Ii Llc | | 18400 Von Karman Ave | Ste 1000 | | Irvine | CA | 92612 |
| Ameritech Credit Corporation | | 2000 West Ameritech Ctr Dr | | | Irvine | CA | 92612 |
| Aspen Funding Corp | C/o Amacar Group Llc | 6525 Morrison Blvd | Ste 318 | | Charlotte | NC | 28211 |
| Aspen Funding Corp | | 60 Wall St | | | New York | NY | 10005 |
| Bank Leumi Leasing Corporation | | 562 Fifth Ave | | Ny | | NY | 10036 |
| Bank Of America Na | | 301 Main St | 66th Fl | | Dallas | TX | 75202 |
| Bank Of America Na | | 901 Main St | 66th Fl | Tx1 492 66 01 | Dallas | TX | 75202-3714 |
| Bank Of America Na | | Tx 492 66 01 | 901 Main St | 66th Fl | Dallas | TX | 75202-3714 |
| Bank Of The West | | 3000 S Grand Ave | Mail Code Sc Cai 006 A | | Los Angeles | CA | 90071 |
| Barclays Bank Plc | As Administrative Agent | 200 Pk Ave | | | New York | NY | 10166 |
| Carrington Mortgage Credit Fund I Lp | | 9 Greenwich Office Pk | | | Greenwich | CT | 06831 |
| Carrington Mortgage Services LLC | Bruce Rose & Diane Citron | c/o Carrington Capital Management | 599 Putnam Ave | | Greenwich | CT | 06830 |
| Cdc Mortgage Capital Inc | | 9 West 57th St | | | Ny | NY | 10019 |
| Charter One Vendor Finance Llc | | 2300 Cabot Dr | | Ste 355 | Lisle | IL | 60532 |
| Cit Communications Finance Croporaation | | 1 Cit Dr | | | Livingston | NJ | 07039 |
| Citigroup Global Markets Realty Corp | | 390 Greenwich St | | | Ny | NY | 10014 |
| Citigroup Global Markets Realty Corp | | 390 Greenwich St | 6th Fl | | New York | NY | 10013 |
| Consultants Group Commercial Funding Corp | | 660 Newport Ctr Dr | Ste 800 | | Newport Beach | CA | 92660 |
| Countrywide Home Loans Inc | | 8611 Fallbrook Ave | Mswh51g | | West Hills | CA | 91304 |
| Credit Suisse First Boston Mortgage Capital Llc | | 11 Madison Ave | | | New York | NY | 10010 |
| Credit Suisse First Boston Mortgage Capital Llc | | 11 Madison Ave | | | Ny | NY | 10010 |
| Db Structured Products Inc | | 60 Wall St | | | Ny | NY | 10005 |
| Deutsch Bank Trust Company Americas As Collateral Agent | | 60 Wall St | Ms Nyc 60 2606 | | Ny | NY | 10005 |
| Deutsch Bank Trust Company Americas As Collateral Agent | | 60 Wall St | 26th Fl | | Ny | NY | 10005 |
| Deutsche Bank Trust Company Americas As Trustee | | 1761 E St Andrew Pl | | | Santa Ana | CA | 92705 |
| Federal National Mortgage Association | | 3900 Wisconsin Ave | Nw | | Washington | DC | 20016-2892 |
| Gemini Securitization Corp Llc | C/o Ropes & Gray Llc | One International Pl | | | Boston | MA | 02110 |
| General Electric Capital Corporation | | 1961 Hirst Dr | | | Moberly | MO | 65270 |
| General Electric Capital Corporation | | 2400 E Katella Ave | Ste 800 | | Anaheim | CA | 92806 |
| General Electric Capital Corporation | | 311 N Bayshore Dr | | | Safety Harbor | FL | 34695 |
| General Electric Capital Corporation | | 4 N Pk Dr | | | Hunt Valley | MD | 21030 |
| Gmac Commercial Finance Llc | | 7 Sentry Pkwy/w | Ste 200 | | Blue Bell | PA | 19422 |
| Gmac Commercial Financial Llc | | 600 Galleria Pkwy | 15th Fl | | Atlanta | GA | 30339 |
| Goldman Sachs Mortgage Company | | 210 Interstate North Pkway | Ste 315 | | Atlanta | GA | 30339 |
| Greenwich Capital Financial Products Inc | | 85 Broad St | | | New York | NY | 10004 |
| Guaranty Bank | | 600 Steamboat Rd | | | Greenwich | CT | 06830 |
| Heineman Dale Scott | | 8333 Douglas Ave | | | Dallas | TX | 75225 |
| Ios Capital | | C/o 32108 Alvarado Blvd 381 | | | Union City | CA | 94587 |
| Ixis Real Estate Capital Inc | | 1738 Bass Rd | | | Macon | GA | 31210-1043 |
| Johnson Kurt F | | 9 West 57th St | | | Ny | NY | 10019 |
| | | C/o 32108 Alvarado Blvd | 381 | | Union City | CA | 94587 |

Lien Holders List
First Class Mail Service List

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Mayer Brown Rowe & Maw LLP | Elizabeth Raymond | 71 S Wacker Dr | | | Chicago | IL | 60606 |
| Mission Center Partners | | PO Box 2675 | | | El Centro | CA | 92243 |
| Morgan Stanley Mortgage Capital Inc As Agent | | 1221 Ave Of The Americas 27th Fl | | | Ny | NY | 10020 |
| Nc Capital Corporation | | 18400 Von Karman | | | Irvine | CA | 92612 |
| New Century Funding A | | 18400 Von Karman | | | Irvine | CA | 92612 |
| New Century Mortgage Securities Inc | | 184 Von Karman Ste 1000 | | | Irvine | CA | 92612 |
| New Century Mortgage Securities Inc | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92512 |
| Newport Funding Corp | C/o Amacar Group Llc | 6525 Morrison Blvd | Ste 318 | | Charlotte | NC | 28211 |
| Pfe International Inc | | 195 Chastain Meadows Ct | 112 | | Kennesaw | GA | 30144 |
| St Andrew Funding Turst C/o New Century Mortgage | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92616 |
| State Street Global Markets | As Admin For Galleon Capital Corp | One Lincoln St | | | Boston | MA | 02111 |
| Sterling Bank | | 2550 N Loop West | Ste 500 | | Houston | TX | 77092 |
| The Cit Group/equipment Financing | | PO Box 27248 | | | Tempe | AZ | 85285-7248 |
| Ubs Real Estate Securities Inc | | 1251 Ave Of The Americas | 22nd Fl | | Ny | NY | 10020 |
| Ubs Real Estate Securities Inc | | 1285 Ave Of The Americas | | | New York | NY | 10019 |
| United California Capital | | 201 N Civic Dr | | | Walnut Creek | CA | 94596 |
| Us Bancorp Equipment Financial Inc | | PO Box 230789 | | | Portland | OR | 97281 |
| Us Bancorp Leasing & Financial | | 7659 Sw Mohawk St | | | Tualatin | OR | 97062 |
| Us Bank National Association | As Indenture Trustee | 180 E Fifth St | | | St Paul | MN | 55101 |
| Whitwood Jason Allen | | C/o 3625 Amur Maple Dr | | | Bakersfield | CA | 93311 |

In re New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)
United States Bankruptcy Court, District of Delaware

Page 2 of 2

Exhibit B - Lienholder Service List

# Exhibit C

OCP List
First Class Mail Service List

| CREDITOR NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 3 Arch Financial Services | 19732 MacArthur Blvd | | | Irvine | CA | 92612-2445 |
| 3 Arch Financial Services | 6 Executive Cir | | | Irvine | CA | 92614 |
| Ablitt & Charlton PC | 92 Montvale Ave | | | Stoneham | MA | 02180 |
| Ackerson & Yann PSC | One Riverfront Plz | 401 W Main St | | Louisville | KY | 40202 |
| Ackerson & Yann PLLC | One Riverfront Plz | | | Louisville | KY | 40202 |
| Alliance Default Services Inc | 4665 MacArthur Ct | | | Newport Beach | CA | 92660 |
| Aronowitz & Ford LLP | 1199 Bannock St | | | Denver | CO | 80204 |
| Attorneys Equity Law Group LLP | 3700 Campus Dr | | | Newport Beach | CA | 92660 |
| Attorneys Equity National Corp | 23721 Birtcher Dr | | | Lake Forest | CA | 92630 |
| Baer Timberlake Coulson & Cates PC | 5901 N Western | | | Oklahoma City | OK | 73118 |
| Ballard Spahr Andrews & Ingersoll | 300 E Lombard St 18th Fl | | | Baltimore | MD | 21202-3268 |
| Barrett Burke Houston Office | 15000 Surveyor Blvd | | | Addison | TX | 75001 |
| Barrett Burke Wilson Castle Daffin & Frappier LLP | 15000 Surveyor Blvd | | | Addison | TX | 75001 |
| Bass & Moglowsky SC | 7020 N Port Washington Rd | | | Milwaukee | WI | 53217 |
| Baxter & Schwartz | 5450 NW Central | | | Houston | TX | 77092 |
| Belin Lamson McCormick Zumback Flynn PC | 666 Walnut St | | | Des Moines | IA | 50309-3989 |
| Ben Ezra & Katz PA | 201 Stirling Rd | | | Fort Lauderdale | FL | 33312 |
| Berkman Henoch Peterson & Peddy PC | 100 Garden City Plz | | | Garden City | NY | 11530 |
| Brice Vander Linden Wernick PC | 9441 LBJ Fwy | | | Dallas | TX | 75243 |
| Broad & Cassel | West Palm Beach | One N Clematis St Ste 500 | | West Palm Beach | FL | 33401 |
| Brock & Scott PLLC | 5431 Oleander Dr | | | Wilmington | NC | 28403 |
| Brown & Shapiro LLP | 4620 Fairmont Pkwy | | | Pasadena | TX | 77504 |
| Brown Drew & Massey | 159 N Wolcott | | | Casper | WY | 82601 |
| Butler & Hosch PA | 3185 S Conway Rd | | | Orlando | FL | 32812-5200 |
| Cal Western Reconveyance Corporation | 525 E Main St | | | El Cajon | CA | 92020 |
| Campbell and Brannon | 990 Hammond Dr | | | Atlanta | GA | 30328 |
| Carlton DiSante & Freudenberger | 707 Wilshire Blvd Ste 5150 | | | Los Angeles | CA | 90017 |
| Castle Barret Daffin & Frappier LLC | 999 18th St | | | Denver | CO | 80202 |
| Castle Meinhold & Stawiarski LLC | 999 18th St | | | Denver | CO | 80202 |
| Castle Meinhold & Stawiarski LLC dtc | 999 18th St | | | Denver | CO | 80202 |
| Certilman Balin Adler & Hyman LLP | 90 Merrick Ave | | | East Meadow | NY | 11554 |
| Codilis & Associates PC | 15W030 N Frontage Rd | | | Darien | IL | 60527 |
| Cohn Goldberg Deutsch LLC | 600 Baltimore Ave | | | Baltimore | MD | 21204 |
| Conmy Feste Ltd | 406 Main Ave Ste 200 | | | Fargo | ND | 58108-2686 |
| CoreSouth Legal Services | 8833 Perimeter Park Blvd | | | Jacksonville | FL | 32216 |
| CoreSouth Property Services | 1 CoreSouth St | | | Jacksonville | FL | 32259 |
| Crain Caton & James | Five Houston Ctr 17th Fl | 1401 McKinney Ste 1700 | | Houston | TX | 77010 |
| Curran & Osullivan PC | 8101 Sandy Spring Rd | | | Laurel | MD | 20707 |
| Curtis Law Group | 19700 Fairchild Ste 380 | | | Irvine | CA | 92612 |
| David H Anderson | 288 Littleton Rd | | | Westford | MA | 01886 |
| David J Stern Law Office | 801 S University Dr | | | Plantation | FL | 33324 |
| Davidson Fink Cook Kelly and Galbraith LLP | 28 E Main St | | | Rochester | NY | 14614 |
| Dean Morris LLP | 1820 Avenue of America | | | Monroe | LA | 71201-5270 |
| Deutsch Kerrigan & Stiles LLP | 755 Magazine St | | | New Orleans | LA | 70130 |
| Doonan Graves & Longoria | 100 Cummings Ctr | | | Beverly | MA | 01915 |
| Doyle & Friedmeyer PC | 135 N Pennsylvania St | | | Indianapolis | IN | 46204 |

OCP List
First Class Mail Service List

| CREDITOR NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Draper & Goldberg | 803 Sycolin Rd | | | Leesburg | VA | 20175 |
| Druckman & Sinel LLP NYC | 242 Drexel Ave | | | Westbury | NY | 11590 |
| Druckman & Sinel LLP Westbury | 242 Drexel Ave | | | Westbury | NY | 11590 |
| Dutton & Dutton | 10325 W Lincoln Hwy | | | Frankfort | IL | 60423 |
| Elizabeth Mason PC | 3104 Monte Vista NE | | | Albuquerque | NM | 87106 |
| Executive Trustee Services Inc | 15455 San Fernando Mission Blvd | | | Mission Hills | CA | 91345 |
| Faber & Gitlitz PA | 9830 SW 77th Ave | | | Miami | FL | 33156 |
| Fabrizio & Brook PC | 888 W Big Beaver Rd | | | Troy | MI | 48084 |
| Fein Such & Crane LLP | 1800 First Federal Plz | | | Rochester | NY | 14618 |
| Fein Such Kahn & Shepard PC | 7 Century Dr | | | Parsippany | NJ | 07054 |
| Fewell & Hanney PC | Dept 167 | | | Indianapolis | IN | 46206-7232 |
| Fidelity National Field Services Inc | 30825 Aurora Rd | | | Solon | OH | 44139 |
| First American LoanStar Trustee Services LLC | 1 First American Way | | | Westlake | TX | 76262 |
| First Coast Attorneys at Law | 8800 Bull Shoals Dr | | | Jacksonville | FL | 32216 |
| Fisher & Fisher Attorneys at Law PC | 120 N LaSalle St | | | Chicago | IL | 60602 |
| Fisher & Shapiro LLC | 4249 Paysphere Cir | | | Chicago | IL | 60674 |
| Fitzgerald Schorr Barmettler & Brennan PC LLO | 13220 California St | | | Omaha | NE | 68154 |
| Fleming & Whitt PA | PO Box 12125 | | | Columbia | SC | 29211 |
| Florida Default Law Grp PL dba Echevarria Codillis et al | 9119 Corporate Lake Dr | | | Tampa | FL | 33634 |
| Foreclosure Consultants dba FCI Trustee Service | 8180 E Kaiser Blvd | | | Anaheim Hills | CA | 92808-2277 |
| Foreclosurelink Inc | 5006 Sunrise Blvd | | | Fair Oaks | CA | 95628 |
| Fouty & Fouty LLP | Dept 30495 | | | Saint Louis | MO | 63179-0126 |
| Frascona Joiner Goodman & Greenstein PC | 4750 Table Mesa Dr | | | Boulder | CO | 80305 |
| Freedman Anselmo Lindberg & Rappe | 1807 W Diehl | | | Naperville | IL | 60566 |
| Friedman & MacFadyen PA MD | 210 E Redwood St | | | Baltimore | MD | 21202-3399 |
| George Cretella Esq | 20 Cambridge Dr | | | Matawan | NJ | 07747 |
| Goldbeck McCafferty & Mckeever | 701 Market St | | | Philadelphia | PA | 19106-1532 |
| Golden & Amos PLLC | 543 Fifth St | | | Parkersburg | WV | 26101 |
| Goldman Gruder & Woods LLC | 200 Connecticut Ave | | | Norwalk | CT | 06854 |
| Graham Arceneaux & Allen | 601 Poydras St | | | New Orleans | LA | 70130 |
| Grant C Rees Attorney at Law | PO Box 108 | | | Milton | VT | 05468 |
| Gray & Associates LLP | Box 88071 | | | Milwaukee | WI | 53288-0071 |
| Guaetta and Benson | 9 Acton Rd | | | Chelmsford | MA | 01469 |
| Harmon Law Offices PC | 150 California St | | | Newton | MA | 02458 |
| Hecker Colasurdo & Segall PC | 108 Corporate Park Dr | | | White Plains | NY | 10604 |
| Hersh Law Offices | 10555 N Port Washington Blvd | | | Mequon | WI | 53092 |
| Hopp & Shore LLC | 333 W Hampden Ave | | | Englewood | CO | 80110 |
| Houser & Allison APC | 5420 Trabuco Rd | | | Irvine | CA | 92620 |
| Hunt Leibert PC | 50 Weston St | | | Hartford | CT | 06120 |
| Jack Oboyle & Associates | 1544 Valwood Pkwy | | | Carrollton | TX | 75006 |
| Jackson & McPherson LLC | 1010 Common St Ste 1800 | | | New Orleans | LA | 70112 |
| John D Clunk Co LPA Law Offices of | 5601 Hudson Dr Ste 400 | | | Hudson | OH | 44236 |
| Joshua B Lobe Law Offices | 35 King St | PO Box 4493 | | Burlington | VT | 05406 |
| Just Law Office | 381 Shoup Ave I | | | Idaho Falls | ID | 83402 |
| Klensmith and Associates PC | 6035 Erin Park Dr | | | Colorado Springs | CO | 80918 |
| Kluever & Platt LLC | 65 E Wacker Pl | | | Chicago | IL | 60601 |

OCP List
First Class Mail Service List

| CREDITOR NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Knuckles & Komosinski PC | 220 White Plains Rd | | | Tarrytown | NY | 10591 |
| Korn Law Firm | 1300 Pickens St | | | Columbia | SC | 29201 |
| Lamun Mock Featherly Kuehling & Cunningham | 5900 NW Gran Blvd | | | Oklahoma City | OK | 73118 |
| LandAmerica Default Services Co | 6 Executive Cir | | | Irvine | CA | 92614 |
| Laurito & Laurito LLC | 35 Commercial Way | | | Springboro | OH | 45066 |
| Leeuw & Doyle PC | 1st Indiana Plz | | | Indianapolis | IN | 46204 |
| Leonard Obrien Spencer Gale & Sayre | 800 Norwest Ctr | | | St Paul | MN | 55101 |
| Lerner Sampson and Rothfuss Co LPA | PO Box 1985 | | | Cincinnati | OH | 45264-1985 |
| Little & Dranitel PC | 7430 Washington St NE | | | Albuquerque | NM | 87109 |
| Littler Mendelson PC | 650 California St 20th Fl | | | San Francisco | CA | 94108-2693 |
| Lobe & Fortin | 30 Kimball Ave | | | South Burlington | VT | 05403 |
| Locher Pavelka Dostal Braddy & Hammes LLC | 200 The Omaha Club | | | Omaha | NE | 68102 |
| LOGS Financial Services Inc | 4201 Lake Cook Rd | | | Northbrook | IL | 60062 |
| Lundberg & Associates | 3269 S Main No 100 | | | Salt Lake City | UT | 84118 |
| Mackie Wolf & Zientz PC | Pacific Ctr I | | | Dallas | TX | 75254 |
| Mackoff Kellogg Kirby & Kloster PC | 46 W 2nd St | | | Dickinson | ND | 58601 |
| Malcolm & Cisneros | 2112 Business Ctr Dr | | | Irvine | CA | 92612 |
| Manatt Phelps & Phillips LLP | 11355 W Olympic Blvd | | | Los Angeles | CA | 90064 |
| Mancini Daniel J Associates | 201A Fairview Dr | | | Monaca | PA | 15061 |
| Manley Deas & Kochalski LLC | 495 S High St | | | Columbus | OH | 43215-5689 |
| Mann & Stevens | 550 Westcott St | | | Houston | TX | 77007-9000 |
| Marshall C Watson PA | 1800 NW 49th St | | | Ft Lauderdale | FL | 33309 |
| Martha Croog LLC | 740 N Main St Ste V | | | West Hartford | CT | 06117 |
| Martin & Brunavs Law Office | 2800 N Druid Hills Rd | | | Atlanta | GA | 30329 |
| Martin Leigh & Fritzlen PC | 900 Pecks Plaza | | | Kansas City | MO | 64105-2135 |
| Mattleman Weinroth & Miller | 401 Route 70 E | | | Cherry Hill | NJ | 08034 |
| Mayer Brown Rowe & Maw LLP | 71 S Wacker Dr | | | Chicago | IL | 60606 |
| McCabe Weisberg & Conway PC PA | 123 S Broad St | | | Philadelphia | PA | 19109 |
| McCaffrey Professional Association | 163 Water St | | | Exeter | NH | 03833 |
| McCalla Raymer Padrick Cobb Nichols & Clark LLC | 1544 Old Alabama Rd | | | Roswell | GA | 30076 |
| McCarthy & Holthus LLP | 1770 4th Ave | | | San Diego | CA | 92101 |
| McDonald McKenzie Rubin Miller & Lybrand LLP | 1704 Main St | | | Columbia | SC | 29201 |
| McHenry Dancigers & Lake PC | 192 Ballard Ct Ste 400 | | | Virginia Beach | VA | 23462-6538 |
| McKenry Dancigers Dawson & Lake PC | 192 Ballard Ct | | | Virginia Beach | VA | 23462-6538 |
| Metcalf Conlon & Sierng PLC | 126 W Second St | | | Muscatine | IA | 52761-3713 |
| Mickel Law Firm PA | 1501 N University | | | Little Rock | AR | 72207 |
| Miles Bauer Bergstrom & Winters NV fka Miles & Bergstrom | 1665 Scenic Ave | | | Costa Mesa | CA | 92626 |
| Miles Bauer Bergstrom & Winters LLP | 1665 Scenic Ave | | | Costa Mesa | CA | 92626 |
| Miller & Clark PC | 6 Executive Cir | | | Irvine | CA | 92614 |
| Millsap & Singer PC | 612 Spirit Dr | | | St Louis | MO | 63005 |
| Milstead & Associates LLC | 220 Lake Dr E | | | Cherry Hill | NJ | 08002 |
| Morris & Associates | 2309 Oliver Rd | | | Monroe | LA | 71201 |
| Morris Schneider & Prior LLC | 1587 NE Expressway | | | Atlanta | GA | 30329 |
| National Default Servicing Corp | 2525 E Camelback Rd | | | Phoenix | AZ | 85016 |
| National Field Representatives Inc | 42 Old Church Rd | | | Claremont | NH | 03743 |
| Neal Gerber & Eisenberg LLP | Two N LaSalle St | | | Chicago | IL | 60602-3801 |

OCP List
First Class Mail Service List

| CREDITOR NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| New Invoice | | | | | FL | |
| NewInvoice LLC | Dept No 2651 | | | Los Angeles | CA | 90084-2651 |
| North & Nash | Two Park Plz Ste 1020 | | | Irvine | CA | 92614 |
| Northwest Trustee Services Inc | 3535 Factoria Blvd SE | | | Bellevue | WA | 98006 |
| Orlans Associates PC | 2501 Rochester Ct | | | Troy | MI | 48083 |
| Partridge Snow & Hahn | 180 S Main St | | | Providence | RI | 02903 |
| Peter T Roach & Associates | 100 Jericho Quadrangle | | | Jericho | NY | 11753 |
| Phelan Hallinan & Schmieg LLP PA | One Penn Ctr | 1617 JFK Blvd | | Philadelphia | PA | 19103-1814 |
| Phelan Hallinan & Schmieg PC NJ | 400 Fellowship Rd | | | Mount Laurel | NJ | 08054 |
| Phillips Olore Dunlavey & York PA | 480 Main St | | | Presque Isle | ME | 04769 |
| Pierce & Associates PC | 1 N Dearborn | | | Chicago | IL | 60602 |
| Pite Duncan & Melmet LLP | 525 E Main St | | | El Cajon | CA | 92022-2289 |
| Pluese Becker & Saltzman LLC | 20000 Horizon Way | | | Mount Laurel | NJ | 08054-4318 |
| Powers Kirn LLC | 9 East Stow Rd Ste C | | | Marlton | NJ | 08053 |
| Preston Gates & Ellis | 222 SW Columbia St | | | Portland | OR | 97201 |
| Professional Foreclosure Corp | 3300 N Central Ave | | | Phoenix | AZ | 85012 |
| Quality Loan Service Corporation | 319 Elm St | | | San Diego | CA | 92101 |
| Randal S Miller & Associates PC | 43252 Woodward Ave | | | Bloomfield Hills | MI | 48302 |
| Recon Trust Company NA | 1757 Tapo Canyon Rd | | | Simi Valley | CA | 93063 |
| Reed Smith LLP | 2500 One Liberty Plz | 1650 Market St | | Philadelphia | PA | 19103 |
| Regional Trustee Services | 616 First Ave | | | Seattle | WA | 98104 |
| Reimer Lorber & Arnovitz Co LPA | PO Box 968 | | | Twinsburg | OH | 44087 |
| Richard M Squire & Associates LLC | 115 West Ave | | | Jenkintown | PA | 19046 |
| Ringert Clark Chartered | 455 S Third St | | | Boise | ID | 83702 |
| Robert E Lastelic | 4831 W 136th St | | | Leawood | KS | 66207-0770 |
| Robert E Weiss Inc | 920 Village Oaks Dr | | | Covina | CA | 91724 |
| Robert J Hopp & Associates LLC | 333 W Hampden Ave | | | Englewood | CO | 80110 |
| Robinson Tait PS | 616 1st Ave | | | Seattle | WA | 98104 |
| Roetzel & Andress | 1375 E 9th St | One Cleveland Ctr | | Cleveland | OH | 44114 |
| Rosenberg & Associates LLC | 7910 Woodmont Ave | | | Bethesda | MD | 20814 |
| Rosicki Rosicki & Associates PC | 51 E Bethpage Rd | | | Plainview | NY | 11803 |
| Routh & Crabtree APC | 3000 A St | | | Anchorage | AK | 99503 |
| Routh Crabtree & Olsen PS | 3535 Factoria Blvd SE | | | Bellevue | WA | 98006 |
| Rush Moore LLP | 737 Bishop St | | | Honolulu | HI | 96813 |
| Rutan & Tucker | 611 Anton Blvd Ste 1400 | | | Costa Mesa | CA | 92626-1931 |
| Shain Schaffer & Rafanello PC | Ste 105 Plz 202 | 150 Morristown Rd | | Bernardsville | NJ | 07924 |
| Samuel I White PC | 209 Business Park Dr | | | Virginia Beach | VA | 23462-6520 |
| Shapiro & Burson Fairfax | 13135 Lee Jackson Hwy | | | Fairfax | VA | 22033 |
| Shapiro & Felty LLP | 1500 W Third St | | | Cleveland | OH | 44113 |
| Shapiro & Ingle | 8520 Cliff Cameron Dr | | | Charlotte | NC | 28269 |
| Shapiro & Massey | 1910 Lakeland Dr | | | Jackson | MS | 39216 |
| Shapiro & Mock LLP | 6310 Lamar | | | Overland Park | KS | 66202 |
| Shapiro & Morley | 75 Market St | | | Portland | ME | 04101 |
| Shipiro Nordmeyer and Zielke LLP | 7300 Metro Blvd No | | | Edina | MN | 55439 |
| Shechtman Halperin & Savage | 1080 Main St | | | Pawtucket | RI | 02860 |
| Sheldon May & Associates PC | Kansas City Office | Twelve Wyandotte Plz | 120 W 12th St | Kansas City | MO | 64105 |

OCP List
First Class Mail Service List

| CREDITOR NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Shughart Thompson & Kilroy | 255 Merrick Rd | | | Rockville Centre | NY | 11570 |
| Sirote & Permutt PC | 2311 Highland Ave S | | | Birmingham | AL | 35255 |
| South & Associates PC | PO Box 800076 | | | Kansas City | MO | 64180-0076 |
| Stanton & Davis | 1000 Plain St | | | Marshfield | MA | 02050 |
| Steffi A Swanson PC LLO | 1902 Harlan Dr | | | Bellevue | NE | 68005 |
| Stephens Millirons Harrison & Gammons PC | 2430 L & N Dr | | | Huntsville | AL | 35801 |
| Steven J Baum PC | 220 Northpointe Pkwy | | | Amherst | NY | 14228 |
| Stitt Klein Daday & Aretos & Giampietro LLC | 121 S Wilke Rd | | | Arlington Heights | IL | 60005 |
| Sughrue Mion PLLC | 2100 Pennsylvania Ave NW Ste 800 | | | Washington | DC | 20037-3213 |
| Susan C Little & Associates PA | 4501 Indian School Road NE | | | Albuquerque | NM | 87110 |
| TD Service Company | 1820 E 1st St | | | Santa Ana | CA | 92705 |
| Thomas J Noonan Law Offices | 701 Market St | | | St Louis | MO | 63101 |
| Tiffany & Bosco PA | 2525 E Camelback Rd | | | Phoenix | AZ | 85016 |
| Trott & Trott PC | PO Box 79001 | | | Detroit | MI | 48279-1274 |
| Urden Law Offices PC | 111 Woodcrest Rd | | | Cherry Hill | NJ | 08003 |
| Underwood Law Firm | 340 Edgewood Terrace Dr | | | Jackson | MS | 39206 |
| Ussel & Weingarten PLLP | 4500 Park Glen Rd | | | Minneapolis | MN | 55416 |
| Van Ness Law Firm PA | 7369 Sheridan St | | | Hollywood | FL | 33024 |
| Vargas Zion & Kahane PA | 4000 Hollywood Blvd | | | Hollywood | FL | 33021 |
| Wasser Associates | 43 Greene St | | | Cumberland | MD | 21502 |
| Weiss Spicer PLLC | 208 Adams Ave | | | Memphis | TN | 38103 |
| Weltman Weinberg & Reis Co LPA | 965 Keynote Cir | | | Brooklyn Heights | OH | 44131 |
| Weston Adams Law Firm | 1501 Richland St | | | Columbia | SC | 29201 |
| William M Golson & Associates Attorneys at Law Chartered | 1230 S Myrtle Ave | | | Clearwater | FL | 33756 |
| Wilson & Associates PA | 11501 Huron Ln | | | Little Rock | AR | 72211 |
| Wolf Firm A Law Corp The | 245 Fischer Ave | | | Costa Mesa | CA | 92626 |
| Wolfe & Wyman LLP | 5 Park Plz Ste 1100 | | | Irvine | CA | 92614-5979 |
| Wood Tuohy Gleason Mercer & Herrin | Bank One Ctr Tower Ste 3400 | | | Indianapolis | IN | 46244-0942 |
| Wright Finlay & Zak LLP | 4665 MacArthur Ct | | | Newport Beach | CA | 92660 |
| Wright Lindsey & Jennings LLP | 200 W Capitol | | | Little Rock | AR | 72701 |
| Zucker Goldberg & Ackerman | 200 Sheffield St | | | Mountainside | NJ | 07092 |