IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a | : | Case No. 07-10416 (KJC) |
| Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket No. 989-1018 |
| | : | |
| | : | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

      Ann Jerominski, RP, being duly sworn according to law, deposes and says that she is employed as a Registered Paralegal for the law firm of Richards, Layton & Finger, P.A. and that on the 1st day of June, 2007, she caused a copy of the following documents to be served via hand delivery upon the party indicated on the attached list:

- *Statement of Financial Affairs (New Century TRS Holdings) [Docket No. 989]*
- *Statement of Financial Affairs (New Century Financial Corporation) [Docket No. 990]*
- *Statement of Financial Affairs (New Century Mortgage Corporation) [Docket No. 991]*
- *Statement of Financial Affairs (NC Capital Corporation) [Docket No. 992]*
- *Statement of Financial Affairs (Home123 Corporation) [Docket No. 994]*
- *Statement of Financial Affairs (New Century Credit Corporation) [Docket No. 993]*
- *Statement of Financial Affairs (NC Asset Holdings, LP) [Docket No. 995]*
- *Statement of Financial Affairs (NC Residual III Corporation) [Docket No. 996]*
- *Statement of Financial Affairs (NC Residual IV Corporation) [Docket No. 997]*

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- *Statement of Financial Affairs (New Century REO Corp) [Docket No. 998]*
- *Statement of Financial Affairs (New Century REO II Corp) [Docket No. 999]*
- *Statement of Financial Affairs (New Century REO III Corp) [Docket No. 1000]*
- *Statement of Financial Affairs (New Century Mortgage Ventures LLC) [Docket No. 1001]*
- *Statement of Financial Affairs (NC Deltex LLC) [Docket No. 1002]*
- *Statement of Financial Affairs (NCoral, LP) [Docket No. 1003]*
- *Schedules of Assets and Liabilities ((New Century TRS Holdings) [Docket No. 1005]*
- *Schedules of Assets and Liabilities (New Century Financial Corporation) [Docket No. 1004]*
- *Schedules of Assets and Liabilities (New Century Mortgage Corporation) [Docket No. 1006]*
- *Schedules of Assets and Liabilities (NC Capital Corporation) [Docket No. 1007]*
- *Schedules of Assets and Liabilities (Home123 Corporation) [Docket No. 1008]*
- *Schedules of Assets and Liabilities (New Century Credit Corporation) [Docket No. 1009]*
- *Schedules of Assets and Liabilities (NC Asset Holdings, LP) [Docket No. 1010]*
- *Schedules of Assets and Liabilities (NC Residual III Corporation) [Docket No. 1011]*
- *Schedules of Assets and Liabilities (NC Residual IV Corporation) [Docket No. 1012]*
- *Schedules of Assets and Liabilities (New Century REO Corp) [Docket No. 1013]*
- *Schedules of Assets and Liabilities (New Century REO II Corp) [Docket No. 1014]*
- *Schedules of Assets and Liabilities (New Century REO III Corp) [Docket No. 1015]*
- *Schedules of Assets and Liabilities (New Century Mortgage Ventures LLC) [Docket No. 1016]*
- *Schedules of Assets and Liabilities (NC Deltex LLC) [Docket No. 1017]*
- *Schedules of Assets and Liabilities (NCoral, LP) [Docket No. 1018]*

_/s/ Ann Jerominski_
Ann Jerominski, RP
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 1st day of June, 2007.

_/s/ Joan M. Webb_
Notary Public

JOAN M. WEBB
Notary Public - State of Delaware
My Comm. expires April 30, 2008

RLF1-3159475-1

*Via Hand Delivery*

Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

*Via Hand Delivery*