IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
                                    :   Chapter 11
In re:                              :
                                    :   Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,     :
a Delaware corporation, et al.,[1]  :   Jointly Administered
                                    :
         Debtors                    :
                                    :   Re: Docket No. 798 through 818
------------------------------------x

### DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on May 21, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by overnight mail:

- **Notice of Rejection of Executory Contract re: Employee Stock Purchase Plan Administration Agreement with Computershare Trust Company, Inc. No. 1** [Docket No. 798]

- **Notice of Rejection of Executory Contract re: Employee Stock Purchase Plan Administration Agreement with Computershare Trust Company, Inc. No. 2** [Docket No. 799]

- **Notice of Rejection of Executory Contract re: Investment Advice Agreement with Wealth Analytics, Inc.** [Docket No. 800]

- **Notice of Rejection of Executory Contract re: Pilot Proposal and Agreement with PC Helps Support, LLC** [Docket No. 801]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Rejection of Executory Contract re: Letter Agreement with Red Rock Casino Resort Spa No. 1** [Docket No. 802]

- **Notice of Rejection of Executory Contract re: Letter Agreement with Red Rock Casino Resort Spa No. 2** [Docket No. 803]

- **Notice of Rejection of Executory Contract re: Investment Advisory Agreement with 401(k) Investment Advisors, Inc.** [Docket No. 804]

- **Notice of Rejection of Executory Contract re: American Express One U.S. Business Travel Services Agreement with American Express Travel Related Services Company, Inc. d/b/a/ American Express One** [Docket No. 805]

- **Notice of Rejection of Executory Contract re: Amendment to American Express One U.S. Business Travel Services Agreement with American Express Travel Related Services Company, Inc. d/b/a/ American Express One** [Docket No. 806]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property re: 3109 W. Martin Luther King Blvd., Suite 300, Tampa, FL 33607** [Docket No. 807]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property re: 70 Stony Point Road, Suite D, Santa Rosa, CA 95401** [Docket No. 808]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property re: 22485 Tomball Parkway, Houston, TX 77070** [Docket No. 809]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property re: 435 Northwest 5th Street, Suite C, Corvallis, OR 97730** [Docket No. 810]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property re: 3111 W. Martin Luther King Blvd., Suite 175, Tampa, FL 33607** [Docket No. 811]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property re: 1 Pierce Place, Suite 1200-W, 1260-W, Itasca, IL 60143** [Docket No. 812]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property re: 100 Enterprise Drive, Suite 110, Rockaway, NJ 07866** [Docket No. 813]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property re: 21600 Oxnard Street, Suites 900 & 1000, Woodland Hills, CA 91637** [Docket No. 814]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property re: 14750 N.W. 77th Court Suite 100 & 200, Miami Lakes, FL 33016** [Docket No. 815]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property re: 3347 Michelson Drive, Suite 400, Irvine, CA 92612** [Docket No. 816]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property re: 40 North Main Building C, Kingwood, TX 77339** [Docket No. 817]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property re: 41288 12th Street West, Suites C and D, Palmdale, CA 93551** [Docket No. 818]

Dated: May 23, 2007

                                        /s/ Jamie L. Edmonson
                                    Jamie L. Edmonson (No. 4247)
                                    XROADS CASE MANAGEMENT
                                       SERVICES, LLC
                                    1821 E. Dyer Road, Suite 225
                                    Santa Ana, California 92705
                                    Telephone: (949) 567-1600

# Exhibit A

Exhibit A
Special Service List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street Suite 800 | | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Kirkland & Ellis LLP | Bennett L Spiegel & Shirley S Cho | 777 S Figueroa St | Suite 3700 | | Los Angeles | CA | 90017 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Kirkland & Ellis LLP | Paul M Basta & Joshua A Sussberg | Citigroup Center | 153 East 53rd Street | | New York | NY | 10022-4611 | | Counsel for Citigroup Global Markets Realty Group |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | | Wilmington | DE | 19801 | | US Trustee |
| Pachulski Stang Ziehl Young Jones Weintraub LLP | Laura Davis Jones & Timothy P Cairns | 919 N Market St 17th Fl | PO Box 8705 | | Wilmington | DE | 19899-8705 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |