U. S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
CASE#: 07 – 10416 ( KJC)
( Jointly Administered )

IN RE: NEW CENTURY TRS HOLDINGS, INC., /
a Delaware corporation, et al.

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take note that BROWARD COUNTY REVENUE COLLECTION DIVISION, BANKRUPTCY AND LITIGATION SECTION, GOVERNMENT CENTER ANNEX, 115 S ANDREWS AVENUE, FORT LAUDERDALE, FLORIDA 33301, through the undersigned counsel, hereby enters an appearance in this case on behalf of the creditor BROWARD COUNTY. All parties are requested to take notice of said appearance and to serve copies of any and all pleadings, notices and pertinent documentation in this cause upon said counsel.

### CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090 1A.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished by mail to the Attorney of the Debtor on APRIL 23, 2007

RESPECTFULLY SUBMITTED,

**JEFFREY J. NEWTON**
County Attorney for Broward County
Government Center
115 South Andrews Avenue
Ft. Lauderdale, Florida 33301
Telephone: (954) 357-7600
Telecopier: (954) 357-7641

BY:
HOLLIE N. HAWN
Assistant County Attorney
Florida Bar No. 027642

RECEIVED MAY 7 2007
XRoads Claims Management Services