IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------x
                                        :    Chapter 11
In re:                                  :
                                        :    Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,         :
a Delaware corporation, et al.,[1]      :    Jointly Administered
                                        :
        Debtors                         :
                                        :    Re: Docket No. 802 and 803
----------------------------------------x

### DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on May 21, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by overnight mail:

- **Notice of Rejection of Executory Contract re: Letter Agreement with Red Rock Casino Resort Spa No. 1** [Docket No. 802]

- **Notice of Rejection of Executory Contract re: Letter Agreement with Red Rock Casino Resort Spa No. 2** [Docket No. 803]

Dated: May 23, 2007

                                    _____
                                    Jamie L. Edmonson (No. 4247)
                                    XROADS CASE MANAGEMENT
                                    SERVICES, LLC
                                    1821 E. Dyer Road, Suite 225
                                    Santa Ana, California 92705
                                    Telephone: (949) 567-1600

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

# Exhibit A

Exhibit A
Contract / Lease Rejection
Overnight Mail Service List

| Company | Notice Name | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| Red Rock Casino Resort Spa | Attn: Don Ehebalt | Director of Sales | 11011 West Charleston Blvd. | Las Vegas | NV | 89135 | | Rejection Party |