IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  | : | Chapter 11 |
| In re: | : | |
|  | : | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC., | : | |
| a Delaware corporation, et al., [1] | : | Jointly Administered |
|  | : | |
| Debtors | : | |
|  | : | Re: Docket No. 808 |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a

member of the bar of this Court, hereby declare that on May 21, 2007, I caused true and correct

copies of the following to be served upon the parties listed on the attached Exhibit A by

overnight mail:

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property re: 70
  Stony Point Road, Suite D, Santa Rosa, CA 95401** [Docket No. 808]

Dated:  May 23, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California  92705
Telephone:  (949) 567-1600

---

[1]    The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc ), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L P (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R E.O. Corp , a California corporation; New Century R.E.O. II Corp , a California corporation; New Century R E.O. III Corp , a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L P , a Delaware limited partnership

# Exhibit A

Exhibit A
Contract / Lease Rejection
Overnight Mail Service List

| Company | Notice Name | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| Landis Rath & Cobb LLP | Matthew B. McGuire | 919 North Market Street | Suite 600 | Wilmington | DE | 19899 | | Rejection Party |
| Stony Point East, LLC | Joan Woodard, President & CEO | 110 Stony Point Road | Suite 180 | Santa Rosa | CA | 95401 | | Rejection Party |

In re New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)
United States Bankruptcy Court, District of Delaware

5/21/2007
Exhibit A - Stony Point East Rej Notice 070521