IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : |
| | : Jointly Administered |
| | : |
| Debtors. | : Re: Docket No. 526 |
| | : |

## CERTIFICATION OF COUNSEL

The undersigned hereby certifies that:

On May 3, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion of the Debtors and Debtors in Possession for a Procedure to Grant Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to Sections 105(a) and 362 of the Bankruptcy Code* [Docket No. 526] (the "Omnibus Stay Relief Motion"). The Omnibus Stay Relief Motion garnered multiple objections by various parties.

On May 21, 2007, the Court held a hearing (the "First Hearing") on the Omnibus Stay Relief Motion. At that First Hearing, the Court instructed the Debtors to confer with the various parties contesting the Omnibus Stay Relief Motion to attempt to create a form of order that was agreeable to the parties in interest.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

2

On May 30, 2007, the Court held a second hearing (the "Second Hearing") on the Omnibus Stay Relief Motion. At the Second Hearing, the Court approved most of the procedures set out in the revised form the order (the "Revised Order") presented by the Debtors. However, the Court instructed the Debtors to change[2] the procedures associated with acquiring proof that the stay had been lifted. Attached hereto as Exhibit A is a further revised form of order (the "Further Revised Order") addressing the Court's concerns.[3] Attached hereto for the Court's convenience as Exhibit B is a blackline comparing the Further Revised Order to the Revised Order.

---

[2] The Court suggested that the Debtors fashion a procedure whereby the a moving party would file a proposed form of order under certification of counsel lifting the stay, and if the Debtors failed to respond within three (3) business days, then the moving party could then submit the proposed form of order under certification of counsel to Chambers. However, in an effort to avoid any possible confusion, the Debtors have proposed a procedure in the Further Revised Order whereby the moving party will file a written notice with the Court of its intent to file a proposed form of order under certification of counsel, and if the Debtors fail to respond to this written notice within three (3) business days, then the moving party may file the proposed form of order under certification of counsel with the Court.

[3] It should be noted that in addition to addressing the Court's concerns with respect to the moving parties acquiring proof that the stay had been lifted, the Further Revised Order also corrects an immaterial typo at paragraph 6.

2

WHEREFORE, the Debtors request that the Court enter the Further Revised Order at its earliest convenience.

Dated: June 1, 2007
       Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Austin K. Barron
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION