IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : Jointly Administered |
| Debtors. | : Re: Docket No. 1064 |
| | : Obj. Deadline: 6/15/07 @ 4:00 p.m. |
| | : Hrg. Date: 6/21/07 @ 2:00 p.m. |
| | : Adq. Assurance Hrg. Date: 6/27/07 @ 10:00 a.m. |

**NOTICE OF DEBTORS' INTENT TO (A) ASSUME, ASSIGN AND
SELL CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN
CONNECTION WITH THE SALE OF CERTAIN TECHNOLOGY ASSETS,
AND (B) PROPOSED CURE AMOUNTS IN CONNECTION THEREWITH**

**TO ALL COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED
LEASES IDENTIFIED ON THE SCHEDULE ATTACHED HERETO, PLEASE TAKE
NOTICE THAT:**

1. In connection with the Motion of the Debtors[2] and Debtors in Possession for an Order (A) Approving the Sale of Certain Technology Assets, (B) Approving and Establishing Procedures Related to the Sale and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and (C) Granting Related Relief (the "Motion"), the Debtors hereby provide notice of their intent to assume, assign and sell, pursuant to sections 363 and 365 of title 11 of the United States Code (as amended from time to time, the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

[2] Capitalized terms not otherwise defined in this notice shall have the meaning ascribed to such terms in the Motion.

LA3:1133862.1
RLF1-3159482-4

"Bankruptcy Code"), the executory contracts and unexpired leases identified on Schedule A attached hereto (the "Assigned Contracts," or individually, the "Assigned Contract").

2. By and through the Motion, the Debtors are seeking authority and approval of the auction and sale of the Technology Assets. The Debtors believe that the buyer or buyers of the Technology Assets may desire to have some or all of the Assigned Contracts assumed and assigned to them. Consequently, the Debtors are also seeking authority to assume and assign the Assigned Contracts pursuant to the procedures set forth in the Motion, with any such assumption and assignment to be effective upon the closing date of the sale of the Technology Assets.

3. Please be advised that the inclusion of any contract or lease on Schedule A is not a determination that the Debtors or any buyer or buyers of the Technology Assets will ultimately seek to have such contract or lease assumed and assigned in connection with the sale of the Technology Assets, and it is possible that the Debtors and any buyer or buyers of the Technology Assets may seek to assume and assign all, less than all or none of the contracts or leases. The Debtors reserve the right to amend Schedule A and to add or remove any executory contracts or leases, and shall provide the affected parties with notice of any such amendment.

4. All amounts, if any, the Debtors believe are owed to the counterparties to the Assigned Contracts that arise under or relate to the Assigned Contracts, and that arose prior to the filing of the Debtors' bankruptcy cases, are set forth on Schedule A hereto.

5. Objections and responses, if any, to the Motion, including, but not limited to, the Debtors' request for authorization to assume and assign the Assigned Contracts (an "Objection"), must be: (a) filed with the Clerk of the Bankruptcy Court, 824 Market Street, 5th Floor, Wilmington, Delaware 19801 on or before **June 15, 2007 at 4:00 p.m.** (the "Objection Deadline"); and (b) served so as to be received on or before the Objection Deadline by the following: (i) counsel for the Debtors, Mark D. Collins, Marcos A. Ramos, Richards, Layton & Finger, P.A., One Rodney Square, P.O. Box 551, Wilmington, Delaware 19899 and Suzzanne S. Uhland, Ben H. Logan, O'Melveny & Myers LLP, 275 Battery Street, San Francisco, California 94111; (ii) counsel for the Official Committee of Unsecured Creditors, Mark S. Indelicato, Hahn & Hessen LLP, 488 Madison Avenue, New York; NY 10022, Bonnie G. Fatell, Blank Rome LLP, Chase Manhattan Center, 1201 North Market Street; and (iii) Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Bldg., 844 King Street, Lock Box 2313, Wilmington, Delaware 19801 (Attn.: Joseph J. McMahon, Jr.).

6. If no Objection is timely filed and properly served in accordance with this Notice, then (a) such party shall be deemed to have consented to the proposed cure amount set forth on Schedule A hereto and shall be forever barred and estopped from asserting any cure claim in excess of such cure amount, and the party to such Assigned Contract shall be forever barred from asserting any claim arising prior to the assignment of such Assigned Contract, and (b) the party to such Assigned Contract shall be deemed to have consented to the assignment.

7. If an Auction is conducted, on or about June 19, 2007 the Debtors will serve notice of the results of the Auction on the counterparty or counterparties to the Assigned Contracts, including the identity of the proposed buyer or buyers of the Technology Assets and the proposed assignee to any Assigned Contract that may be assumed and assigned.

LA3:1133862

RLF1-3159482-4

8.  A hearing (the "Hearing") will be held before the Honorable Kevin J. Carey, United States Bankruptcy Judge, on **June 21, 2007 at 2:00 p.m.** in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801, to consider the relief requested in the Motion, including, without limitation, the assumption, assignment and sale of the Assigned Contracts, including any timely Objections thereto (except as set forth below). The Debtors may adjourn the Hearing one or more times without further notice by making an announcement in open court or by the filing of a hearing agenda pursuant to Rule 9029-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware announcing the adjournment.

9.  If a party files an objection to the sufficiency of assurance of future performance by the proposed assignee of any executory contract (an "Adequate Assurance Objection"), and such Adequate Assurance Objection is not withdrawn or otherwise resolved prior to the Hearing, a hearing to consider such objections (the "Adequate Assurance Hearing"), will be held before the Honorable Kevin J. Carey, United States Bankruptcy Judge, on **June 27, 2007 at 10:00 a.m.** in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. The Debtors may adjourn the Adequate Assurance Hearing one or more times without further notice by making an announcement in open court or by the filing of a hearing agenda pursuant to Rule 9029-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware announcing the adjournment.

10. The Debtors reserve the right, in their sole and absolute discretion to (a) at any time prior to the Hearing or the Adequate Assurance Hearing, amend their decision with respect to the assumption and assignment of any Assigned Contracts and provide supplemental notice amending the information provided in this notice, and (b) at any time prior to the conclusion of the Hearing, without further notice or hearing, remove any Assigned Contracts from Schedule A hereto.

*[Remainder of page intentionally blank]*

Dated: June 1, 2007
      Wilmington, Delaware

                                  /s/ Marcos A. Ramos
                              Mark D. Collins (No. 2981)
                              Michael J. Merchant (No. 3854)
                              Marcos A. Ramos (No. 4450)
                              RICHARDS, LAYTON & FINGER, P.A.
                              One Rodney Square
                              P.O. Box 551
                              Wilmington, Delaware 19899
                              (302) 651-7700

                                    -and-

                              Suzzanne S. Uhland
                              Ben H. Logan
                              Brian M. Metcalf
                              Emily R. Culler
                              O'MELVENY & MYERS LLP
                              275 Battery Street
                              San Francisco, California 94111
                              (415) 984-8700

                              ATTORNEYS FOR DEBTORS AND
                              DEBTORS IN POSSESSION

# SCHEDULE A

## ASSIGNED CONTRACTS AND CURE AMOUNTS

AS PROVIDED IN PARAGRAPH 3 OF THE NOTICE ATTACHED HERETO, INCLUSION OF A PARTICULAR CONTRACT OR CURE AMOUNT IN THIS SCHEDULE SHALL NOT CONSTITUTE OR BE DEEMED TO BE A COMMITMENT IN FAVOR OF THE NON-DEBTOR PARTY TO THE ASSUMED CONTRACT. THE DEBTORS RESERVE THE RIGHT TO MODIFY THESE SCHEDULES AND ALL OF THE INFORMATION CONTAINED THEREIN.

| Contract Description | Contracting Party Contact Information: | Cure Amount |
|---|---|---|
| Consulting Services Agreement between iLOG, Inc. and New Century Mortgage Corporation, dated April 7, 2006 | ILOG, Inc.<br><br>1080 Linda Vista Avenue<br><br>Mountain View, CA 94043 | $7,200.00 |
| iLOG Software License Agreement between iLOG, Inc. and New Century Mortgage Corporation, dated September 5, 2003 | ILOG, Inc.<br><br>1080 Linda Vista Avenue<br><br>Mountain View, CA 94043 | $0.00 |
| Agreement of Purchase and Software License between Eastern Software Corporation and New Century Financial Corporation, dated October 22, 2004 | Eastern Software Corporation<br><br>50 S. Water Avenue<br><br>Sharon, PA 16146<br><br>Attn: Joseph P. Delaney | $0.00 |
| Empower Escrow Agreement between Eastern Software Corporation, New Century Financial Corporation and First National Trust Company, dated October 18, 2002 | Eastern Software Corporation<br>50 S. Water Avenue<br>Sharon, PA 16146<br>Attn: Joseph P. Delaney<br><br>First National Trust Company c/o First National Bank of Pennsylvania<br>One FNB Boulevard<br>Hermitage, PA 16148<br>Attn: Amy C. Atkinson, Client Services Specialist | $0.00 |
| BEA WebLogic End User Software License Agreement between BEA Systems, Inc. and New Century Mortgage Corporation, dated April 28, 2003 | BEA Systems, Inc.<br>215 North First Street<br>San Jose, CA 95131<br>Attn: Office of the General Counsel | $0.00 |

| Contract Description | Contracting Party Contact Information: | Cure Amount |
|---|---|---|
| Chordiant Software License and Services Agreement between New Century Mortgage Corporation, dated June 30, 2004 | Chordiant Software Inc. 20400 Stevens Creek Blvd., Suite 400 Cupertino, CA 95014 Attn: Chief Financial Officer/Finance Director | $0.00 |
| EMC$^2$ Terms and Conditions for Continuous Coverage Product Maintenance Agreement between EMC Corporation and New Century Mortgage Corporation | EMC Corporation 176 South Street Hopkinton, MA 01748 Attn: Legal Department | $21,287.69 |
| Red Hat Enterprise End User License Agreement between New Century Mortgage Corporation and Red Hat | Red Hat, Inc. Attn: General Counsel 1801 Varsity Drive Raleigh, NC 27606 | $0.00 |
| Apache (Red Hat) License Agreement between New Century Mortgage Corporation and Red Hat, dated October 30, 2004Apache (Red Hat), dated Oct. 30, 2004 | Red Hat Corporate Headquarters 1801 Varsity Drive Raleigh, NC 27606 Attn: Legal Department | $0.00 |
| Oracle License and Services Agreement between New Century Mortgage Corporation and Oracle, dated May 28, 2005 | Oracle USA, Inc. 500 Oracle Parkway Redwood City, CA 94065 Attn: General Counsel, Legal Department | $0.00 |

| Contract Description | Contracting Party Contact Information: | Cure Amount |
|---|---|---|
| Symantec Veritas Enterprise Site License Terms and Conditions between New Century Mortgage Corporation and Symantec, dated December 26, 2006 | Symantec World Headquarters<br><br>20330 Stevens Creek Blvd.<br><br>Cupertino, CA 95014<br><br>Attn: Legal Department | $0.00 |
| NetApp Customer Software License between New Century Mortgage Corporation and Net Appliance | Network Appliance Headquarters<br><br>495 East Java Drive<br><br>Sunnyvale, CA 94089<br><br>Attn: Legal Department | $0.00 |
| Microsoft Master Services Agreement between New Century Mortgage Corporation and Microsoft Corp., dated February 27, 2003 | Microsoft Corporation<br><br>Law and Corporate Affairs<br><br>One Microsoft Way<br><br>Redmond, WA 98052<br><br>Attn: Services Attorney | $0.00 |
| Microsoft Business Agreement between New Century Mortgage Corporation and Microsoft Corp., dated May 1, 2005 | Microsoft Licensing, GP<br><br>Dept. 551, Volume Licensing<br><br>6100 Neil Road, Suite 210<br><br>Reno, NV 89511-1137 | $0.00 |
| BEA Consulting Services Agreement between New Century Mortgage Company and BEA Systems, Inc., dated April 14, 2004 | BEA Systems, Inc.<br><br>2315 North First Street<br><br>San Jose, CA 95131<br><br>Attn: Legal Department | $0.00 |

| Contract Description | Contracting Party Contact Information: | Cure Amount |
|---|---|---|
| Chordiant Professional Services Agreement between New Century Mortgage Corporation and BEA Systems, Inc., dated October 22, 2004 | Choridant Software Inc. 20400 Stevens Creek Blvd. Suite 400 Cupertino, CA 95014 | $1,220.00 |
| Ascential Software License and Services Agreement between New Century Mortgage Corporation and Ascential Software | Ascential Software Corporation 50 Washington Street Westboro, MA 01581-1021 Attn: General Counsel | $0.00 |
| Microsoft Enterprise Agreement between New Century Mortgage Corporation and Microsoft Corp., dated May 1, 2005 | Microsoft Licensing, GP Dept. 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511-1137 | $0.00 |
| Microsoft Agreement for .NET between New Century Mortgage Corporation and Microsoft Corp., dated May 1, 2005 | Microsoft Licensing, GP Dept. 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511-1137 | $0.00 |
| Microsoft Agreement for Access between New Century Mortgage Corporation and Microsoft Corp., dated May 1, 2005 | Microsoft Licensing, GP Dept. 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511-1137 | $0.00 |

| Contract Description | Contracting Party Contact Information: | Cure Amount |
|---|---|---|
| Microsoft Agreement for IIS between New Century Mortgage Corporation and Microsoft Corp., dated May 1, 2005 | Microsoft Licensing, GP<br><br>Dept. 551, Volume Licensing<br><br>6100 Neil Road, Suite 210<br><br>Reno, NV 89511-1137 | $0.00 |
| Microsoft Agreement for Report Designer between New Century Mortgage Corporation and Microsoft Corp., dated May 1, 2005 | Microsoft Licensing, GP<br><br>Dept. 551, Volume Licensing<br><br>6100 Neil Road, Suite 210<br><br>Reno, NV 89511-1137 | $0.00 |
| Microsoft Agreement for SQL between New Century Mortgage Corporation and Microsoft Corp., dated May 1, 2005 | Microsoft Licensing, GP<br><br>Dept. 551, Volume Licensing<br><br>6100 Neil Road, Suite 210<br><br>Reno, NV 89511-1137 | $0.00 |
| Microsoft Agreement for Biz Talk between New Century Mortgage Corporation and Microsoft Corp., dated May 1, 2005 | Microsoft Licensing, GP<br><br>Dept. 551, Volume Licensing<br><br>6100 Neil Road, Suite 210<br><br>Reno, NV 89511-1137 | $0.00 |

| Contract Description | Contracting Party Contact Information: | Cure Amount |
|---|---|---|
| Lease of premises located at 350 Commerce, Suites 100 and 250, Irvine, CA 92606 from The Irvine Company LLC (Lease ID CA026)<br><br>Lease commencement date - 11/1/05<br><br>Lease termination date - 05/31/09<br><br>Monthly rental obligation - $57,572.95 | Laura Phillips<br>The Irvine Company LLC<br>111 Innovation Drive<br>Irvine, CA  92617 | $0.00 |