## EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** : | **Chapter 11** |
| : | |
| **NEW CENTURY TRS HOLDINGS,** : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] : | |
| : | **Jointly Administered** |
| : | |
| **Debtors.** : | |

### AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF Florida      )
                      )   ss:
COUNTY OF Broward     )

**Marc Ben-Ezra**, being duly sworn or affirmed, deposes and says:

1. I am the president of **Ben-Ezra & Katz, P.A.** (the "Firm"), which maintains offices at **2901 Stirling Road, Suite 300, Ft. Lauderdale, FL 33312**.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about May 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

3.      Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors as **a law firm providing foreclosure, bankruptcy, eviction, REO closing and other default related legal services**. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4.      The Firm's current customary rates, subject to change from time to time, are **see attached fee schedule**. In the normal course of its business, the Firm revises its billing rates **from time to time** and requests that, effective **June 1st** of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5.      In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

**[DISCLOSE CONNECTIONS HERE]**

The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

8. Prior to the filing of the above-captioned cases, the Firm **WAS** employed by the Debtors. The Debtors owe the Firm $67,089.86 for prepetition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm **WILL NOT** waive the pre-petition claim.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

10. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2007

_____
Affiant

Sworn to and subscribed before me
this 4 day of June, 2007

_____
Notary Public

NOTARY PUBLIC - STATE OF FLORIDA
Deanna Graves
Commission # DD617321
Expires: JAN. 08, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

Fee Schedule
Prepared for
<u>New Century</u>

| EVENT | FEE |
|---|---|
| **FORECLOSURE** | |
| Demand Letter (Only if sent by BKPA) | $150.00 |
| Open File through Title Search | $360.00 |
| Title Exam through complaint prepared | $600.00 |
| File case | $800.00 |
| All Defendants served | $1080.00 |
| Hearing Set through CT issued | $1,200.00 |
| **Forebearance Plan/Stipulation** | $275.00 |
| **EVICTION** | |
| Regular Eviction - Per address - Add'l. Addresses $100/ea. | $350.00 |
| Attendance at Hearing/ Motion for Writ of Possession (not required in most cases) | $50/$100 |
| **DEED IN LIEU OF FORECLOSURE** | |
| Deed in Lieu of Foreclosure | $350.00 |
| **SATISFACTION OF MORTGAGE** | |
| Preparation of Satisfaction of Mortgage (w/foreclosure referral) | $75.00 |
| **TITLE** | |
| **Title Policy – Y/N** | N |
| **Title Claim** - Demand Letter and Reasonable Follow Up to Resolve Issue With Underwriter | $150.00 |
| **Assignment of Mortgage** | $50.00 |
| **ADDITIONAL SERVICES -REQUIRED WITH SOME FORECLOSURES-** | |
| **Reformation** (Additional count in the foreclosure lawsuit to correct an error in a document, usually a mortgage) | $300 for Client (Non discounted fee is $800) |
| **Mobile Home Title Transfer** (incl. State & B&KPA fee) | Single Wide - $350; Double Wide - $400; Triple Wide - $600 |
| **Cancel Prior Mortgage**(w/fc referral – additional count in the foreclosure lawsuit) | $300.00 |

| | |
|---|---|
| **Additional Counts** (not including multiple mortgages) incl. personal property[1] Can not be billed on Freddie or Fannie Mae Loans | $150.00 |
| **Additional Hearings** (non-litigated) beyond 1/case. Inc'l review file, attend hearing, prepare order [1] Can not be billed on Freddie or Fannie Mae Loans | $150.00 |
| **Defendants in Excess of 7/case** [1] Can not be billed on Freddie or Fannie Mae Loans | $300.00 |
| **Reply to Affirmative Defenses** (non litigated case) [1] Can not be billed on Freddie or Fannie Mae Loans | $125.00 |
| **Reschedule Foreclosure Sale** *@Client's request* | $75.00 |
| **LITIGATION** | |
| **Litigation** - Hourly Rate | $150.00 |
| **ANSWER – SENIOR LIEN MONITORING** | |
| File Answer, Petition to Participate in Excess and Notice of Appearance | $250.00 |
| Monitor Senior Mortgage Foreclosure | $250.00 |
| Coordinate and Bid at 1st Mtg. Foreclosure Sale | $750.00 |
| Motion for Surplus Funds, inc. Attendance at 1 Hearing | $350.00 |
| Motion for Credit Bid, inc. Attendance at 1 Hearing | $250.00 |
| **BANKRUPTCY** | |
| Bankruptcy handled automatically Y/N | Advise & wait for instructions |
| Proof of Claim | $400.00 |
| Response to Debtor's Objection to our Proof of Claim | $200.00 |
| Attendance @ 341 Meeting | $125.00 |
| Motion for Relief | $650.00 (CH 13) $550.00 (CH 7) |
| Default letter or Affidavit of Default/Obtain final order for relief | $65/$150 |
| Specific Objection to Debtor's Plan & Objection to Confirmation | $250 – with POC in the same case $375 –without POC in the same case |
| Proof of Claim & Motion for Relief in same case – Ch. 13 | $800.00 |
| Motion to Dismiss, including attendance at one hearing | $350.00 If we do POC in the same case $450.00 Without POC in the same case |
| Reaffirmation Agreement | $500.00 |
| **DEFICIENCY JUDGMENT** | |
| Following Existing Foreclosure Action | $500 |
| Without Existing Foreclosure Action | $800 |
| **BILLING** | |