IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | : Chapter 11 |
| | : |
| **NEW CENTURY TRS HOLDINGS, INC.**, a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : |
| | : Jointly Administered |
| | : |
| **Debtors.** | : Objection Deadline: June 25, 2007 @ 4:00 p.m. |

## NOTICE OF FILING OF RETENTION AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL LOBE & FORTIN

PLEASE TAKE NOTICE that, on April 16, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion of Debtors and Debtors in Possession for an Order Authorizing the Retention of Professionals Utilized in the Ordinary Course of Business Pursuant to Sections 327 and 328 of the Bankruptcy Code* [Docket No. 274] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

PLEASE TAKE FURTHER NOTICE that, on May 7, 2007, the Court entered the *Order Authorizing Retention of Professionals Utilized in the Ordinary Course of Business Pursuant to Sections 327 and 328 of the Bankruptcy Code* [Docket No. 569] (the "Order") granting the relief requested in the Motion.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

PLEASE TAKE FURTHER NOTICE that, in accordance with the procedures set forth in the Order, the Debtors hereby file the Retention Affidavit of Lobe & Fortin. A copy of the Retention Affidavit is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Retention Affidavit must be made in accordance with the Order and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and be served upon and received by (i) counsel to the Debtor, O'Melveny & Myers LLP, 275 Battery St., San Francisco, CA 94111 (Attn: Suzzanne Uhland, Esq.) and Richards, Layton & Finger, P.A., One Rodney Square, P.O. Box 551, Wilmington, DE 19899 (Attn: Mark D. Collins, Esq.); (ii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King St., Room 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Joseph McMahon, Esq.); (iii) counsel to Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc., the Debtors' post-petition senior secured lenders, Kirkland & Ellis LLP, 777 South Figueroa Street, Suite 3700, Los Angeles, CA 90017 (Attn: Bennett L. Spiegel, Esq.) and Pachulski Stang Ziehl Young Jones & Weintraub LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Laura Davis Jones, Esq.); (iv) counsel to the Official Committee of Unsecured Creditors, Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark S. Indelicato, Esq.) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801 (Attn: Bonnie Glantz Fatell, Esq.); (v) all parties who have timely filed requests for notice under Bankruptcy Rule 2002; and (vi) the Ordinary Course Professional, Lobe & Fortin, 30 Kimball Avenue, Suite 306, South Burlington, VT 05403 (Attn: Joshua B. Lobe) (collectively, the "Notice Parties") by no later than **4:00 p.m. (Eastern Time) on June 25, 2007** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that any response or objection to the Retention Affidavit which cannot be consensually resolved within ten days of its receipt by the Debtors will be scheduled for hearing in accordance with the terms of the Order. Only those objections made in writing and timely filed and received in accordance with the Order and the procedures described herein will be considered by the Court at such hearing.

Dated: June 4, 2007
Wilmington, Delaware

/s/ Christopher M. Samis
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION