EXHIBIT A

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD APRIL 9, 2007 THOUGH APRIL 30, 2007**

| **Professional** | **Position** | **Hours** | **Rate** | **Fees** |
|---|---|---|---|---|
| Greenspan, Ronald | Senior Managing Director | 64.4 | | |
| Star, Samuel | Senior Managing Director | 135.2 | | |
| Joffe, Steven | Senior Managing Director | 4.0 | | |
| Nolan, William | Senior Managing Director | 5.1 | | |
| Dragelin, Timothy | Senior Managing Director | 99.5 | | |
| Tully, Conor | Managing Director | 3.5 | | |
| McGrath, Tamara | Director | 2.6 | | |
| Li, Danny | Director | 44.0 | | |
| Ellis, Melissa | Director | 111.6 | | |
| Goad, Charles | Director | 45.7 | | |
| Hofstad, Ivo | Director | 2.0 | | |
| Avedissian, Armen | Senior Consultant | 17.7 | | |
| Share, Paul | Senior Consultant | 5.6 | | |
| Rosen, Adam | Senior Consultant | 5.6 | | |
| Amico, Marc | Consultant | 98.1 | | |
| Gabriana, Katherine | Other Professional Staff | 0.9 | | |
| Pearson, Linda | Administrative | 3.4 | | |
| **Sub-Total** | | **648.9** | **N/A** | **$ 110,000** [1] |

**Hourly Scope Projects**

| **Professional** | **Position** | **Hours** | | |
|---|---|---|---|---|
| Ventricelli, Daniel | Senior Managing Director | 32.3 | $ 550 | $ 17,765 |
| **Sub-Total** | | **32.3** | | **17,765** |
| **Total** | | **681.2** | | **127,765** |

[1] Note that the monthly fee is $150,000, but pro-rated for 22 days covered in April.