**EXHIBIT D**

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD APRIL 9, 2007 THOUGH APRIL 30, 2007**

| Expense Type | | Amount |
|---|---|---|
| Airfare/Train | $ | 2,238.05 |
| Hotel & Lodging | | 4,334.75 |
| Meals | | 521.36 |
| Mileage/Parking/Tolls | | 599.74 |
| Miscellaneous Expenses | | 19.00 |
| Taxi/Subway | | 309.50 |
| **Total:** | **$** | **8,022.40** |

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**EXPENSE DETAIL**
**FOR THE PERIOD APRIL 9, 2007 THOUGH APRIL 30, 2007**

| Date | Consultant | Expense Type | Amount | Description of Expense |
|---|---|---|---|---|
| 4/12/2007 | Star, Samuel | Airfare/Train | 134.00 | One-way train fare from Wilmington, DE to New York, NY. |
| 4/15/2007 | Greenspan, Ronald F | Airfare/Train | 376.40 | One-way coach airfare from Philadelphia, PA to Los Angeles, CA |
| 4/17/2007 | Dragelin, Timothy J. | Airfare/Train | 1,514.65 | Roundtrip coach airfare to/from Philadelphia, PA. |
| 4/24/2007 | Star, Samuel | Airfare/Train | 213.00 | Roundtrip train fare from New York, NY to Wilmington, DE. |
| | | **Airfare/Train Total** | **2,238.05** | |
| 4/9/2007 | Amico, Marc | Hotel & Lodging | 240.90 | Lodging, Wilmington, DE (1 night). |
| 4/9/2007 | Dragelin, Timothy J. | Hotel & Lodging | 832.70 | Lodging, Wilmington, DE (3 nights). |
| 4/10/2007 | Amico, Marc | Hotel & Lodging | 251.90 | Lodging, Wilmington, DE (1 night). |
| 4/10/2007 | Star, Samuel | Hotel & Lodging | 223.90 | Lodging, Wilmington, DE (1 night). |
| 4/11/2007 | Amico, Marc | Hotel & Lodging | 240.90 | Lodging, Wilmington, DE (1 night). |
| 4/12/2007 | Greenspan, Ronald F | Hotel & Lodging | 1,415.70 | Lodging, Wilmington, DE (3 nights). |
| 4/12/2007 | Star, Samuel | Hotel & Lodging | 513.80 | Lodging, Wilmington, DE (2 nights). |
| 4/17/2007 | Dragelin, Timothy J. | Hotel & Lodging | 342.49 | Lodging, New York, NY (1 night). |
| 4/18/2007 | Dragelin, Timothy J. | Hotel & Lodging | 272.46 | Lodging, Wilmington, DE (1 night). |
| | | **Hotel & Lodging Total** | **4,334.75** | |
| 4/9/2007 | Greenspan, Ronald F | Meals | 442.50 | Out of town meal/dinner with self, S. Star, T. Dragelin, D. Ventricelli, M. Amico (all FTI), M. Indelicato, M. Power (both HH), R. Kelbon and B. Fatell (both BR) |
| 4/10/2007 | Greenspan, Ronald F | Meals | 4.00 | Out of town meal/breakfast for self. |
| 4/18/2007 | Amico, Marc | Meals | 14.00 | Dinner while working. |
| 4/18/2007 | Dragelin, Timothy J. | Meals | 15.75 | Out of town meal/dinner for self, B. Fatell (BR) and M. Power (HH). |
| 4/19/2007 | Amico, Marc | Meals | 11.38 | Dinner while working. |
| 4/19/2007 | Li, Danny T | Meals | 6.00 | Dinner while working. |
| 4/30/2007 | Amico, Marc | Meals | 27.73 | Dinner while working. |
| | | **Meals Total** | **521.36** | |
| 4/12/2007 | Amico, Marc | Mileage/Parking/Tolls | 358.27 | Rental car (4 days). |
| 4/12/2007 | Amico, Marc | Mileage/Parking/Tolls | 34.00 | Fuel charges for rental car. |
| 4/12/2007 | Amico, Marc | Mileage/Parking/Tolls | 18.00 | Parking charges (2 days at hotel). |
| 4/12/2007 | Amico, Marc | Mileage/Parking/Tolls | 5.85 | Tolls from Wilmington, DE to New York, NY. |
| 4/12/2007 | Amico, Marc | Mileage/Parking/Tolls | 6.00 | Tunnel fee from New Jersey to New York. |
| 4/13/2007 | Dragelin, Timothy J. | Mileage/Parking/Tolls | 46.00 | Parking charges at Charlotte airport. |
| 4/19/2007 | Dragelin, Timothy J. | Mileage/Parking/Tolls | 48.00 | Parking charges at Charlotte airport. |
| 4/29/2007 | Avedissian, Armen | Mileage/Parking/Tolls | 41.81 | Mileage - 86.2 Miles to and from New Century Headquarters |
| 4/30/2007 | Avedissian, Armen | Mileage/Parking/Tolls | 41.81 | Mileage - 86.2 miles roundtrip to and from New Century headquarters |
| | | **Mileage/Parking/Tolls Total** | **599.74** | |
| 4/9/2007 | Amico, Marc | Miscellaneous Expenses | 2.00 | Tips for valet parking. |
| 4/10/2007 | Amico, Marc | Miscellaneous Expenses | 2.00 | Tips for valet parking. |
| 4/10/2007 | Dragelin, Timothy J. | Miscellaneous Expenses | 15.00 | Miscellaneous expense for dry cleaning |
| | | **Miscellaneous Expenses Total** | **19.00** | |
| 4/12/2007 | Dragelin, Timothy J. | Taxi/Subway | 75.00 | Taxu from hotel to airport. |
| 4/16/2007 | Ellis, Melissa | Taxi/Subway | 11.00 | Taxi from office to home. |
| 4/17/2007 | Dragelin, Timothy J. | Taxi/Subway | 91.50 | Car service form airport to hotel. |
| 4/17/2007 | Dragelin, Timothy J. | Taxi/Subway | 5.00 | Taxi from hotel to client offices. |
| 4/17/2007 | Ellis, Melissa | Taxi/Subway | 10.00 | Taxi from Hahn & Hessen's offices to home. |
| 4/17/2007 | Star, Samuel | Taxi/Subway | 9.00 | Taxi to client meeting. |
| 4/18/2007 | Amico, Marc | Taxi/Subway | 14.00 | Taxi from office to home. |
| 4/18/2007 | Ellis, Melissa | Taxi/Subway | 8.00 | Taxi from office to Hahn & Hessen's office for UCC call. |
| 4/18/2007 | Star, Samuel | Taxi/Subway | 9.00 | Taxi to client meeting. |
| 4/19/2007 | Amico, Marc | Taxi/Subway | 14.00 | Taxi from office to home. |
| 4/19/2007 | Ellis, Melissa | Taxi/Subway | 8.00 | Taxi from office to Hahn & Hessen's office for UCC call. |
| 4/19/2007 | Ellis, Melissa | Taxi/Subway | 9.00 | Taxi from Hahn & Hessen's offices to office. |
| 4/23/2007 | Amico, Marc | Taxi/Subway | 13.00 | Taxi from office to home. |
| 4/24/2007 | Star, Samuel | Taxi/Subway | 9.00 | Taxi from train to court house in Wilmington, DE. |
| 4/30/2007 | Amico, Marc | Taxi/Subway | 13.00 | Taxi from office to home. |
| 4/30/2007 | Ellis, Melissa | Taxi/Subway | 11.00 | Taxi from office to home. |
| | | **Taxi/Subway Total** | **309.50** | |
| | | **Grand Total** | **8,022.40** | |