**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | ) |
| | ) Case No. 07-10416 (KJC) |
| a Delaware corporation, et al.,[1] | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss: |
| COUNTY OF COOK | ) |

Lucia Nale, being duly sworn, deposes and says:

1. I am a partner of Mayer, Brown, Rowe & Maw LLP (the "Firm") which maintains offices at, among other places, 71 South Wacker Drive, Chicago, Illinois 60606.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about May 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. Prior to the filing of the petitions that initiated the above-captioned cases, the Firm represented and advised the Debtors as outside counsel in connection with certain class action lawsuits brought against the Debtors under the Fair Credit Reporting Act ("FCRA") and

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California, corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan corn), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventura, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, 'MATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a

in connection with other FCRA related issues. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates for the individuals that will staff this matter, subject to change from time to time, are (a) Partners: $500 - $530; and (b) Associates: $310.[2] In the normal course of its business, the Firm periodically revises its billing rates and requests that the aforementioned rates be adjusted to reflect the regular hourly rates in effect at that time services are rendered.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the Firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list (the "Rule 2014 List") of the entities from counsel to the Debtors for the purpose of searching the aforementioned database and determining the connection(s) that the Firm has with entities on the Rule 2014 List. The Firm's search of its database identified the following entities from the Rule 2014 List, or their affiliates, as current clients of the Firm:

**UCC-1 Parties:** Ameritech Credit Corporation's ultimate parent AT&T, Inc., appears to be a current client of the Firm; Bank Leumi Leasing Corporation's parent, Bank Leumi Le-Israel Ltd. appears to be a current client of the Firm; Bank of America, N.A.; Bank of the West's immediate parent, Bancwest Corporation, and ultimate parent, BNP Paribas, appear to be current clients of the Firm; Barclays Bank, Plc; Carrington Mortgage Credit Fund I, L.P.; CDC Mortgage Capital Inc. (n/k/a Natixis Real Estate Capital, Inc. f/k/a Ixis Real Estate Capital Inc.)'s parent, Ixis Corporate & Investment Bank (a/k/a Natixis), appears to be a current client of the Firm; Charter One Vendor Finance LLC (n/k/a National City Vendor Finance, LLC)'s parent, National City Bank, appears to be a current client of the Firm; CIT Communications Finance Corporation's ultimate parent, The CIT Group Inc., appears to be current clients of the Firm; Citigroup Global Markets Realty Corp.'s parent, Citigroup, Inc., appears to be a current client of the Firm; Countrywide Home Loans, Inc.; Credit Suisse First Boston Mortgage Capital LLC; DB Structured Products, Inc.'s parent, Deutsche Bank AG appears to be a current client of the Firm; Deutsche Bank Trust Company Americas; Galleon Capital Corp.'s parent, State Street Corporation, appears

---

Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

[2] In addition, the Firm intends to use counsel, with billing rates from $595 to $615, and paralegals, with billing rates from $235 to $245, who are from its bankruptcy practice to provide non-substantive services relating to the Firm's compliance with the retention and compensation procedures governing the Firm's obligations as an ordinary course professional in these chapter 11 cases

2

to be a current client of the Firm; Gemini Securitization Corp., LLC; General Electric Capital Corporation; GMAC Commercial Financial LLC; Goldman Sachs Mortgage Company's parent, Goldman Sachs & Co., appears to be a current client of the Firm; Greenwich Capital Financial Products, Inc.; Guaranty Bank; Ixis Corporate & Investment Bank (a/k/a Natixis); Morgan Stanley Mortgage Capital Inc.; Ropes & Gray LLP; State Street Global Markets; The CIT Group/Equipment Financing; U.S. Bancorp Equipment Finance, Inc. (t/s U.S. Bank)'s affiliate, U.S. Bank appears to be a current client of the Firm; U.S. Bank National Association; UBS Real Estate Securities, Inc.'s parent, UBS AG, appears to be a current client of the Firm; United California Capital's immediate parent, Bancwest Corporation, and ultimate parent, BNP Paribas, appear to be current clients of the Firm.

**50 Largest Unsecured Creditors:** Assurant Specialty Property Insurance's parent, Assurant, Inc. appears to be a current client of the Firm; Aurora Loan Services' parent, Lehman Brothers Holdings, Inc, appears to be a current client of the Firm; Bank of America – previously searched see above; Barclays Bank Plc – previously searched see above; Citigroup Global Markets Realty Corp. – previously searched see above; Credit Suisse First Boston Mortgage Capital LLC – previously searched see above; DB Structured Products, Inc. – previously searched see above; Deutsche Bank – previously searched see above; EMC Mortgage Corporation's parent, Bear Stearns & Co., Inc., appears to be a current client on the firm; Galleon Capital Corporation – previously searched see above; Gemini Securitization Corp. – previously searched see above; General Electric Capital Corporation – previously searched see above; GMAC Commercial Finance, LLC – previously searched see above; Goldman Sachs Mortgage Company – previously searched see above; Greenwich Capital Financial Products, Inc. – previously searched see above; Guaranty Bank – previously searched see above; Harbor Asset Management Services' affiliate, Harbor Asset Management LLC, appears to be a current client of the Firm; HSBC Bank USA, N.A.; Indy Mac Banks, FSB; IXIS Real Estate Capital, Inc. – previously searched see above; JP Morgan Chase Bank, NA; Lehman Brothers Bank FSB; Morgan Stanley Mortgage Capital Inc. – previously searched see above; NOMURA Securities (a/k/a Nomura Securities International, Inc.); PricewaterhouseCoopers LLP; Residential Funding Corporation; Sprint; State Street Global Markets, LLC – previously searched see above; Suntrust (a/k/a Suntrust Banks Inc.); UBS Real Estate Securities Inc. – previously searched see above; Washington Mutual Bank, FA's parent, Washington Mutual, Inc. appears to be a current client of the Firm.

**Directors and Senior Employees:** Sachs, Michael M.

**Professionals:** Lazard Freres & Co. LLC; O'Melveny & Myers LLP

**Debtors:** Home123 Corporation; New Century Mortgage Corporation

6. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. Except as set forth in the paragraph 7 below, to the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

3

7. The Firm represents ABN AMRO Bank N.V. ("ABN") in connection with the provision and enforcement of a market value swap to structure a finance vehicle known as St. Andrews, including, *inter alia*, with respect to general unsecured claims that ABN may have in these chapter 11 cases. The Firm represents Carrington Capital Management LLC ("Carrington"), along with certain of Carrington's affiliates and any investment funds that it or they sponsor in connection with the direct or indirect financing and/or acquisition of assets originated or owned by or business of the Debtors. The Firm also represents State Street Bank and Trust Company and its affiliates in connection with a Receivables Purchase Agreement, dated as of April 1, 2001 and related agreements (collectively, the "Agreement"). Access Investments II LLC, New Century Financial Corporation and certain of their affiliates are obligors under the Agreements. By letter dated March 14, 2007, the Firm confirmed that the Debtors had agreed to waive any conflicts relating to the afore-described representations, including, among other things, any conflict arising from the Firm being adverse to the Debtors in any litigation, arbitration or other proceeding or claim.

8. Based on the foregoing, I do not believe that the Firm holds any interest adverse to the Debtors or to their estates with respect to the matters on which the Firm is to be engaged by the Debtors as an ordinary course professional in these chapter 11 cases.

9. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

10. Neither I nor any principal, partner, director, officer, etc. of or professional employed by, the Firm, insular as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be

4

employed.

11. Prior to the filing of the above-captioned cases, the Firm was employed by the Debtors. The Debtors do not owe the Firm any fees or expenses for prepetition services.

12. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

13. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2007

_____
Affiant

Sworn and subscribed before me
this ____ day of June, 2007

_____
Notary Public

My Commission Expires: 11/22/2007

"OFFICIAL SEAL"
Nancy Jo Couleur
Notary Public, State of Illinois
My Commission Exp. 11/22/2007

5