## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | : Chapter 11 |
| | : |
| **NEW CENTURY TRS HOLDINGS, INC.,** a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : |
| | : Jointly Administered |
| | : |
| **Debtors.** | : Objection Deadline: 6/20/07 at 4:00 p.m. |
| | : Hearing Date: 6/27/07 at 10:00 a.m. |
| | : |

### FIRST AND FINAL APPLICATION OF COMPENSATION DESIGN GROUP, INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COMPENSATION SPECIALISTS FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM APRIL 2, 2007 THROUGH MAY 8, 2007

| | |
|---|---|
| Name of Applicant: | Compensation Design Group, Inc. |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors-in-possession |
| Date of Retention: | May 21, 2007, *nunc pro tunc* to April 2, 2007 |
| Period for which compensation and reimbursement are sought: | April 2, 2007 through May 8, 2007 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $64,000.00 |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

{10396556:1}
RLF1-3160185-1

Amount of Expense Reimbursement sought
as actual, reasonable, and necessary:            $0.00

This is a(n): __ monthly      __ interim      _X_   final application

Prior Applications Filed:      None

| Name of Professional Individual | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Frank B. Glassner | Chief Executive Officer | $775.00 | 110.50 | $85,637.50 |
| Jason L. Taylor | Senior Principal | $550.00 | 109.50 | $60,225.00 |
| Steven B. Zabielskis | Associate | $150.00 | 81.50 | $12,225.00 |

                              Grand Total                            $158,087.50
                              Total Hours                            301.50
                              Agreed Upon Flat Fee Amount     $64,000.00

Dated: June 4, 2007
       San Francisco, California

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[2] | : Case No. 07-10416 (KJC) |
| | : |
| | : Jointly Administered |
| | : |
| Debtors. | : Objection Deadline: 6/20/07 at 4:00 p.m. |
| | : Hearing Date: 6/27/07 at 10:00 a.m. |
| | : |

FIRST AND FINAL APPLICATION OF COMPENSATION DESIGN GROUP, INC.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COMPENSATION SPECIALISTS
FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD
FROM APRIL 2, 2007 THROUGH MAY 8, 2007

Pursuant to sections 327, 328 and 330 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Compensation Design Group, Inc. ("CDG") hereby files this First and Final Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Compensation Specialists for the Debtors and Debtors in Possession for the Period From April 2, 2007 through and including May 8, 2007 (the "Application"). By this Application, CDG seeks a final allowance of compensation of $64,000 for the period April 2, 2007 through and including May 8, 2007 (the "Compensation Period"). In support of this

---

[2] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Application, CDG respectfully represents as follows:

## Background

1. On April 2, 2007 (the "Petition Date"), New Century Financial Corporation, New Century TRS Holdings, Inc., New Century Mortgage Corporation, NC Capital Corporation, Home123 Corporation, New Century Credit Corporation, NC Asset Holding, L.P., NC Residual III Corporation, NC Residual IV Corporation, New Century R.E.O. Corp., New Century R.E.O. II Corp., New Century R.E.O. III Corp., New Century Mortgage Ventures, LLC, NC Deltex, LLC and NCoral, L.P. (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. The Debtors' retention of CDG was approved on May 21, 2007 *nunc pro tunc* to the Petition Date by this Court's Order of the same date (the "Retention Order") [Docket No. 823]. The Retention Order authorized CDG to be entitled to allowance of total compensation in the amount of $64,000 (the "Flat Fee Amount").

## Compensation Paid and Its Source

3. All services for which compensation is requested by CDG were performed for or on behalf of the Debtors.

4. CDG has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between CDG and any other person for the sharing of compensation to be received for services rendered in these cases.

### Summary of Compensation Requested

5.    CDG's professional fees for its services and expenses incurred totaled $158,087.50 based upon hourly fees as provided for in the Engagement Letters (as defined in the Retention Order). CDG has, however, agreed to accept a flat fee of $64,000.00 (the "Flat Fee Amount") on account of all services performed in connection with these chapter 11 cases and as reimbursement for all expenses incurred in connection with the provision of such services. A copy of a statement of services rendered, maintained in the ordinary course of CDG's business, identifying the services rendered, certain details of the services, the professional who performed such services and the time spent by such professional, is annexed hereto as Exhibit A.

### Summary of CDG's Services

6.    CDG provides compensation consulting through the design and management of compensation, benefits, and human resource programs. CDG's professionals have particular expertise in working with: (i) executive compensation; (ii) wage and salary determination and administration; (iii) sales and marketing compensation; (iv) incentive compensation and performance management; (v) performance appraisal and development; (vi) surveys on compensation and organizational practices within specialized industries; (vii) studies linking organizational strategy and compensation programs to business strategy and performance objectives; and (viii) public offering, merger and acquisitions defensive and offensive strategies, and capital market assistance.

7.     On March 9, 2007, CDG entered into the Engagement Letters with the Debtors. CDG provided assistance to the Debtors in designing compensation arrangements for its executives during these cases for the purpose of retaining key executives to enable the Debtors to maximize the value of their assets. CDG provided assistance with the design of the Key Employee Incentive Plan, the Key Employee Incentive Retention Plan ("KEIRP"), Retention Incentive Plan, Executive Incentive Plan, Management Incentive Retention Plan, and Discretionary Incentive Pool. CDG provided counsel to the Debtors, through the Board of Directors of New Century Financial Corporation (the "Board"), the Board's Compensation Committee and Steering Committee. CDG, through its Chief Executive Officer, Frank B. Glassner, testified before the Court at a Hearing conducted on May 7, 2007 in connection with the Debtors' application for approval of various compensation incentive plans, which this Court approved on that day.

## Valuation of Services

8.     As set forth in Exhibit A, the total number of hours expended by CDG professionals are 301.50, having a value of $158,087.50. The nature of the work performed by CDG personnel is fully set forth in Exhibit A attached hereto. These are CDG's normal hourly rates for work of this character. The reasonable value of the services rendered by CDG to the Debtors during the Compensation Period is $158,087.50. However, as set forth in the Retention Order, CDG's compensation is capped by the Flat Fee Amount at $64,000.

9.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by CDG is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable

services other than in a case under this title. Moreover, pursuant to the Retention Order, CDG is granted a limited waiver of the informational requirements of Del. Bankr. L.R. 2016-2 to maintain time records in one-half hour increments. CDG has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule, as waived.

WHEREFORE, Compensation Design Group, Inc. respectfully requests that the Court enter an order providing that for the Compensation Period, a final allowance be made to CDG in the sum of $64,000.00 as compensation for necessary professional services rendered, and that such sum be authorized and that Debtors be directed to make such payment, and for such other and further relief as this Court may deem just and proper.

Dated: June 4, 2007
San Francisco, CA

COMPENSATION DESIGN GROUP, INC.

_____
Frank B. Glassner
Chief Executive Officer

Executed this 4th day
of June 2007

8

{10396556:1}

## VERIFICATION

STATE OF CALIFORNIA )
) SS:
COUNTY OF SAN FRANCISCO )

Frank B. Glassner after being duly sworn according to law, deposes and says:

a) I am the Chief Executive Officer of the applicant firm, Compensation Design Group, Inc.

b) I am familiar with the work performed on behalf of the Debtors by Compensation Design Group, Inc.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

_____
Frank B. Glassner

SWORN AND SUBSCRIBED before me
this 4 day of May, 2007.
      June

_____
Notary Public
My Commission Expires: 4/8/2008

CARMEN CHAN
Commission # 1481456
Notary Public - California
San Francisco County
My Comm. Expires Apr 8, 2008

{10396556;1}