# EXHIBIT A



**Compensation Design Group, Inc. ("CDG")**
**Consulting Services as of April 2**

| Date | Project Categories | Total Professional Hours | Details/Individual Professional Hours |
|---|---|---|---|
| April 2 | Counsel regarding initial concept designs of incentive plans under an asset liquidation scenario (e.g., Executive Incentive Plan, Management Incentive Retention Plan, and Production Retention Plan). | Glassner – 1.5<br>Taylor – 3.0<br>Zabielskis – 1.5 | **Glassner:** Provided guidance regarding plan participation, specifically, for those individuals that are under investigation (1.5).<br><br>**Taylor:** Revised retention incentive plan features (e.g., performance period, metrics, etc.) to focus on liquidation of company assets (3.0).<br><br>**Zabielskis:** Assisted in report preparation regarding the revised retention incentive plan features (1.5). |
| April 3 | Development of the Retention Incentive Plan focused on asset disposition (i.e., Executive Incentive Plan, Management Incentive Retention Plan, and Discretionary Incentive Pool). | Glassner – 2.0<br>Taylor – 4.0<br>Zabielskis – 5.0 | **Glassner:** Developed 4/4 delivered concept plan design (0.5); via teleconference, provided counsel regarding overall plan participation (1.5).<br><br>**Taylor:** Assisted in the development of the 4/4 delivered concept plan design and report preparation (2.5); via teleconference, provided counsel regarding overall plan participation (1.5).<br><br>**Zabielskis:** Assisted in the analysis of plan features and mechanics (0.5). |
| April 4 | Development of the Retention Incentive Plan focused on asset disposition (i.e., Executive Incentive Plan, Management Incentive Retention Plan, and Discretionary Incentive Pool). | Glassner – 7.0<br>Taylor – 10.0<br>Zabielskis – 5.0 | **Glassner:** Managed continuous revisions to the 4/4 delivered concept plan design (5.0); via teleconference, provided counsel regarding overall plan participation (2.0).<br><br>**Taylor:** Updated 4/4 delivered report draft based on revised concept plan design (8.5); via teleconference, provided counsel regarding overall plan participation (1.5).<br><br>**Zabielskis:** Assisted in the updates of concept plan design charts and census data (5.0). |

- 1 -

RLF1-3160189-1

| | | | |
|---|---|---|---|
| April 5 | Development of the Retention Incentive Plan focused on asset disposition (i.e., Executive Incentive Plan, Management Incentive Retention Plan, and Discretionary Incentive Pool). Compensation Committee counsel. Steering Committee conference call. | Glassner – 9.0<br>Taylor – 8.5<br>Zabielskis – 2.0 | **Glassner:**<br>Managed continuous revisions to the 4/5 delivered concept plan design (1.5); via teleconference, provided counsel regarding overall plan participation (4.5); via teleconference, provided ongoing counsel to executive management and Board members regarding target incentive amounts and award leverage (2.0).<br>**Taylor:**<br>Updated 4/5 delivered report draft based on revised concept plan design (2.5); via teleconference, provided counsel regarding overall plan participation (4.0); via teleconference, provided ongoing counsel to executive management and Board members regarding target incentive amounts and award leverage (1.5).<br>**Zabielskis:**<br>Assisted in the updates of concept plan design charts and census data (2.0). |
| April 6 | Development of the Retention Incentive Plan focused on asset disposition (i.e., Executive Incentive Plan, Management Incentive Retention Plan, and Discretionary Incentive Pool). Compensation Committee counsel. Steering Committee conference call. | Glassner – 3.5<br>Taylor – 6.5<br>Zabielskis – 1.5 | **Glassner:**<br>Managed continuous revisions to the 4/6 delivered concept plan design (0.5); via teleconference, provided counsel regarding overall plan participation (2.0); via teleconference, provided ongoing counsel to executive management and Board members regarding target incentive amounts and award leverage (1.0).<br>**Taylor:**<br>Updated 4/6 delivered report draft based on revised concept plan design and participation changes (4.0); via teleconference, provided counsel regarding overall plan participation (1.5); via teleconference, provided ongoing counsel to executive management and Board members regarding target incentive amounts and award leverage (1.0).<br>**Zabielskis:**<br>Assisted in the updates of concept plan design charts and census data (1.5). |
| April 7 | Development of the Retention Incentive Plan focused on asset disposition (i.e., Executive Incentive Plan, Management Incentive Retention Plan, and Discretionary Incentive Pool). | Glassner – 1.5<br>Taylor – 3.0<br>Zabielskis – 3.0 | **Glassner:**<br>Managed continuous revisions to the 4/8 delivered concept plan design (0.5); via teleconference, provided counsel regarding overall plan participation (1.0).<br>**Taylor:**<br>Updated 4/8 delivered report drafts based on revised concept plan design and participation changes (2.0); via teleconference, provided counsel regarding overall plan participation (1.0). |

RLF1-3160189-1

COMPENSATION DESIGN GROUP
*the Strategic Compensation Program Specialists*

| | | | |
|---|---|---|---|
| | | | **Zabielskis:** Assisted in the updates of concept plan design charts and census data (3.0). |
| **April 8** | Development of the Retention Incentive Plan focused on asset disposition (i.e., Executive Incentive Plan, Management Incentive Retention Plan, and Discretionary Incentive Pool). | Glassner – 2.0 Taylor – 6.0 Zabielskis – 4.0 | **Glassner:** Managed continuous revisions to the 4/8 delivered concept plan design (0.5); via teleconference, provided counsel regarding overall plan participation (1.5). **Taylor:** Updated 4/8 delivered report drafts based on revised concept plan design and participation changes (4.0); via teleconference, provided counsel regarding overall plan participation (2.0). **Zabielskis:** Assisted in the updates of concept plan design charts and census data (4.0). |
| **April 9** | Development of the Retention Incentive Plan focused on asset disposition (i.e., Executive Incentive Plan, Management Incentive Retention Plan, and Discretionary Incentive Pool). Steering Committee conference call. | Glassner – 1.0 Taylor – 3.5 Zabielskis – 2.0 | **Glassner:** Via teleconference, provided counsel regarding overall plan participation (1.0). **Taylor:** Updated 4/11 delivered report draft based on revised concept plan design and participation changes (2.5); via teleconference, provided counsel regarding overall plan participation (1.0). **Zabielskis:** Assisted in the updates of concept plan design charts and census data (2.0). |
| **April 10** | Development of the Retention Incentive Plan focused on asset disposition (i.e., Executive Incentive Plan, Management Incentive Retention Plan, and Discretionary Incentive Pool). Compensation Committee counsel. Steering Committee conference call. | Glassner – 3.5 Taylor – 6.5 Zabielskis – 1.5 | **Glassner:** Managed continuous revisions to the 4/11 delivered concept plan design (1.0); via teleconference, provided counsel regarding overall plan participation (1.0); via teleconference, ongoing counsel regarding target incentive amounts, award leverage, and plan participation (1.5). **Taylor:** Updated 4/11 delivered report draft based on revised concept plan design and participation changes (4.0); via teleconference, provided counsel regarding overall plan participation (1.0); via teleconference, ongoing counsel regarding target incentive amounts, award leverage, and plan participation (1.5). **Zabielskis:** Assisted in the updates of concept plan design charts and census data (1.5). |

- 3 -

RLF1-3160189-1

| | | | |
|---|---|---|---|
| **April 11** | Development of the Retention Incentive Plan focused on asset disposition (i.e., Executive Incentive Plan, Management Incentive Retention Plan, and Discretionary Incentive Pool).<br><br>Steering Committee conference call. | Glassner – 3.5<br>Taylor – 4.0<br>Zabielskis – 2.0 | **Glassner:**<br>Managed continuous revisions to the 4/11 delivered concept plan design (2.5); via teleconference, provided counsel regarding overall plan participation (1.0).<br><br>**Taylor:**<br>Updated 4/11 delivered report draft based on revised concept plan design and participation changes (3.0); via teleconference, provided counsel regarding overall plan participation (1.0).<br><br>**Zabielskis:**<br>Assisted in the updates of concept plan design charts and census data (2.0). |
| **April 12** | Ongoing counsel to senior management and the Compensation Committee with regard to Plan features and participation.<br><br>Steering Committee conference call. | Glassner – 2.0<br>Taylor – 3.5<br>Zabielskis – 1.5 | **Glassner:**<br>Via teleconference, provided counsel regarding award leverage, participation levels, and pool funding (2.0).<br><br>**Taylor:**<br>Via teleconference, provided counsel regarding award leverage, participation levels, and pool funding (3.5).<br><br>**Zabielskis:**<br>Provided analytical support regarding award leverage, participation levels, and pool funding (1.5). |
| **April 13** | Ongoing counsel to senior management and the Compensation Committee with regard to Plan features and participation.<br><br>Steering Committee conference call. | Glassner – 1.0 | **Glassner:**<br>Via teleconference, provided counsel regarding award leverage, participation levels, and pool funding (1.0). |
| **April 14** | Ongoing counsel to senior management and the Compensation Committee with regard to Plan features and participation. | Glassner – 1.0 | **Glassner:**<br>Via teleconference, provided counsel regarding award leverage, participation levels, and pool funding (1.0). |
| **April 15** | N/A | N/A | N/A |
| **April 16** | Ongoing counsel to senior management and the Compensation Committee with regard to Plan features and participation.<br><br>Steering Committee conference call. | Glassner – 1.5<br>Taylor – 2.5<br>Zabielskis – 5.0 | **Glassner:**<br>Via teleconference, provided counsel regarding award leverage, participation levels, and pool funding (1.5). |

- 4 -

| | | | |
|---|---|---|---|
| | | | **Taylor:** Via teleconference, provided counsel regarding award leverage, participation levels, and pool funding (2.5). **Zabielskis:** Provided analytical support regarding award leverage, participation levels, and pool funding (5.0). |
| April 17 | Ongoing counsel to senior management and the Compensation Committee with regard to Plan features and participation. Steering Committee conference call. | Glassner – 0.5 Taylor – 1.5 Zabielskis – 1.5 | **Glassner:** Via teleconference, provided counsel regarding award leverage, participation levels, and pool funding (0.5). **Taylor:** Via teleconference, provided counsel regarding award leverage, participation levels, and pool funding (1.5). **Zabielskis:** Provided analytical support regarding award leverage, participation levels, and pool funding (1.5). |
| April 18 | Ongoing counsel to senior management and the Compensation Committee with regard to Plan features and participation. Steering Committee conference call. | Glassner – 2.0 Taylor – 3.5 Zabielskis – 1.5 | **Glassner:** Via teleconference, provided counsel regarding award leverage, participation levels, and pool funding (2.0). **Taylor:** Via teleconference, provided counsel regarding award leverage, participation levels, and pool funding (3.5). **Zabielskis:** Provided analytical support regarding award leverage, participation levels, and pool funding (1.5). |
| April 19 | Ongoing counsel to senior management and the Compensation Committee with regard to Plan features and participation. Steering Committee conference call. | Glassner – 1.0 Zabielskis – 1.0 | **Glassner:** Via teleconference, provided counsel regarding award leverage, participation levels, and pool funding (1.0). **Zabielskis:** Provided analytical support regarding award leverage, participation levels, and pool funding (1.0). |

RLF1-3160189-1

COMPENSATION DESIGN GROUP

| | | | |
|---|---|---|---|
| **April 20** | Ongoing counsel to senior management and the Compensation Committee with regard to Plan features and participation. Steering Committee conference call. | Glassner – 2.0<br>Zabielskis – 4.0 | **Glassner:** Via teleconference, provided counsel regarding award leverage, participation levels, and pool funding (2.0).<br><br>**Zabielskis:** Provided analytical support regarding award leverage, participation levels, and pool funding (4.0). |
| **April 21** | Ongoing counsel to senior management and the Compensation Committee with regard to Plan features and participation. Steering Committee conference call. | Glassner – 0.5 | **Glassner:** Via teleconference, provided counsel regarding award leverage, participation levels, and pool funding (0.5). |
| **April 22** | N/A | N/A | N/A |
| **April 23** | Development of the revised Retention Incentive Plan that excludes select EMC members and other designated employees (Key Employee Incentive Plan and Key Employee Incentive Retention Plan). Compensation Committee counsel. Steering Committee conference call. | Glassner – 1.5<br>Taylor – 3.0<br>Zabielskis – 4.0 | **Glassner:** Managed revisions to the 4/25 delivered Retention Incentive Plan based on feedback from outside legal counsel. In attempt to decrease plan expense, reduced plan participation and target award levels. Included select EMC members (0.5); focused management on reducing overall plan cost to less than $4.0m (0.5); via teleconference, provided ongoing counsel regarding target incentive amounts, award leverage, and plan participation; additional guidance regarding plan participation of the EMC (0.5).<br><br>**Taylor:** Updated 4/25 delivered report drafts to the Retention Incentive Plan based on feedback from outside legal counsel. In attempt to decrease plan expense, reduced plan participation and target award levels. Included select EMC members (1.5); focused management on reducing overall plan cost to less than $4.0m (1.0); via teleconference, provided ongoing counsel regarding target incentive amounts, award leverage, and plan participation; additional guidance regarding plan participation of the EMC (0.5).<br><br>**Zabielskis:** Supported revisions to the Retention Incentive Plan by updating report charts and related census data (2.5); assisted in the analysis of overall plan costs (1.5) |

| | | | |
|---|---|---|---|
| **April 24** | Development of the revised Retention Incentive Plan that excludes select EMC members and other designated employees (Key Employee Incentive Plan and Key Employee Incentive Retention Plan). Board of Directors counsel. Steering Committee conference call. | Glassner – 4.5<br>Taylor – 4.0<br>Zabielskis – 2.5 | **Glassner:** Managed revisions to the 4/25 delivered Retention Incentive Plan based on feedback from outside legal counsel. In attempt to decrease plan expense, reduced plan participation and target award levels. Included select EMC members (1.0); focused management on reducing overall plan cost to less than $4.0m (1.0); via teleconference, provided ongoing counsel regarding target incentive amounts, award leverage, and plan participation; additional guidance regarding plan participation of the EMC (2.5).<br><br>**Taylor:** Updated 4/25 delivered report drafts to the Retention Incentive Plan based on feedback from outside legal counsel. In attempt to decrease plan expense, reduced plan participation and target award levels. Included select EMC members (1.5); focused management on reducing overall plan cost to less than $4.0m (1.5); via teleconference, provided ongoing counsel regarding target incentive amounts, award leverage, and plan participation; additional guidance regarding plan participation of the EMC (1.0).<br><br>**Zabielskis:** Supported revisions to the Retention Incentive Plan by updating report charts and related census data (1.5); assisted in the analysis of overall plan costs (1.0). |
| **April 25** | Development of the revised Retention Incentive Plan that excludes select EMC members and other designated employees (Key Employee Incentive Plan and Key Employee Incentive Retention Plan). Steering Committee conference call. | Glassner – 5.0<br>Taylor – 4.5<br>Zabielskis – 4.0 | **Glassner:** Managed revisions to the 4/25 delivered Retention Incentive Plan based on feedback from outside legal counsel. In attempt to decrease plan expense, reduced plan participation and target award levels. Included select EMC members (3.5); focused management on reducing overall plan cost to less than $4.0m (1.5).<br><br>**Taylor:** Updated 4/25 delivered report drafts to the Retention Incentive Plan based on feedback from outside legal counsel. In attempt to decrease plan expense, reduced plan participation and target award levels. Included select EMC members (3.5); focused management on reducing overall plan cost to less than $4.0m (1.0).<br><br>**Zabielskis:** Supported revisions to the Retention Incentive Plan by updating report charts and related census data (2.0); assisted in the analysis of overall plan costs (2.0). |

COMPENSATION DESIGN GROUP
The Strategic Compensation Process Specialists

RLF1-3160189-1

COMPENSATION DESIGN GROUP
The Strategic Compensation Design Specialists

| Date | Description | Hours | Activity |
|---|---|---|---|
| April 26 | Development of the revised Retention Incentive Plan that excludes select EMC members and other designated employees (Key Employee Incentive Plan and Key Employee Incentive Retention Plan). Steering Committee conference call. | Glassner – 9.5<br>Taylor – 7.0<br>Zabielskis – 1.0 | **Glassner:** Managed revisions to the 4/27 delivered Retention Incentive Plan based on feedback from outside legal counsel. In attempt to decrease plan expense, reduced plan participation and target award levels. Included select EMC members (5.5); focused management on reducing overall plan cost to less than $4.0m (4.0).<br><br>**Taylor:** Updated 4/27 delivered report drafts to the Retention Incentive Plan based on feedback from outside legal counsel. In attempt to decrease plan expense, reduced plan participation and target award levels. Included select EMC members (5.5); focused management on reducing overall plan cost to less than $4.0m (1.5).<br><br>**Zabielskis:** Supported revisions to the Retention Incentive Plan by updating report charts and related census data (1.0). |
| April 27 | Development of the revised Retention Incentive Plan that excludes select EMC members and other designated employees (Key Employee Incentive Plan and Key Employee Incentive Retention Plan). Steering Committee conference call. | Glassner – 3.5<br>Taylor – 5.5<br>Zabielskis – 2.0 | **Glassner:** Managed revisions to the 4/27 delivered Retention Incentive Plan based on feedback from outside legal counsel. In attempt to decrease plan expense, reduced plan participation and target award levels. Included select EMC members (1.5); focused management on reducing overall plan cost to less than $4.0m (2.0).<br><br>**Taylor:** Updated 4/27 delivered report drafts to the Retention Incentive Plan based on feedback from outside legal counsel. In attempt to decrease plan expense, reduced plan participation and target award levels. Included select EMC members (3.5); focused management on reducing overall plan cost to less than $4.0m (2.0).<br><br>**Zabielskis:** Supported revisions to the Retention Incentive Plan by updating report charts and related census data (1.0); assisted in the analysis of overall plan costs (1.0). |
| April 28 | Ongoing counsel to senior management and the Compensation Committee with regard to Plan features and participation. | Glassner – 1.0 | **Glassner:** Via teleconference, provided counsel regarding award leverage, participation levels, and pool funding (1.0). |

- 8 -

RLF1-3160189-1

| | | | |
|---|---|---|---|
| April 29 | Ongoing counsel to senior management and the Compensation Committee with regard to Plan features and participation. | Glassner – 1.0<br>Zabielskis – 6.0 | **Glassner:** Via teleconference, provided counsel regarding award leverage, participation levels, and pool funding (1.0).<br>**Zabielskis:** Provided analytical support regarding changes to award leverage, participation levels, and pool funding (6.0). |
| April 30 | Development of the revised Retention Incentive Plan that excludes select EMC members and other designated employees (Key Employee Incentive Plan and Key Employee Incentive Retention Plan).<br><br>Steering Committee conference call. | Glassner – 5.5<br>Taylor – 6.5<br>Zabielskis – 6.0 | **Glassner:** Managed revisions to the 4/30 delivered Retention Incentive Plan based on feedback from outside legal counsel. In attempt to decrease plan expense, reduced plan participation and target award levels. Included select EMC members (4.5); focused management on reducing overall plan cost to less than $4.0m (1.0).<br>**Taylor:** Updated 4/30 delivered report drafts to the Retention Incentive Plan based on feedback from outside legal counsel. In attempt to decrease plan expense, reduced plan participation and target award levels. Included select EMC members (5.5); focused management on reducing overall plan cost to less than $4.0m (1.0).<br>**Zabielskis:** Provided analytical support regarding changes to award leverage, participation levels, and pool funding (6.0). |
| May 1 | Development of the revised Retention Incentive Plan that excludes select EMC members and other designated employees (Key Employee Incentive Plan and Key Employee Incentive Retention Plan).<br><br>Steering Committee conference call. | Glassner – 2.5<br>Taylor – 5.5<br>Zabielskis – 8.0 | **Glassner:** Managed revisions to the 5/2 delivered Retention Incentive Plan based on feedback from outside legal counsel. In attempt to decrease plan expense, reduced plan participation and target award levels. Included select EMC members (2.5).<br>**Taylor:** Updated 5/2 delivered report drafts to the Retention Incentive Plan based on feedback from outside legal counsel. In attempt to decrease plan expense, reduced plan participation and target award levels. Included select EMC members (5.5).<br>**Zabielskis:** Provided analytical support regarding changes to award leverage, participation levels, and pool funding (8.0). |

RLF1-3160189-1

| Date | Description | Hours | Detail |
|---|---|---|---|
| May 2 | Development of the revised Retention Incentive Plan that excludes select EMC members and other designated employees (Key Employee Incentive Plan and Key Employee Incentive Retention Plan).<br><br>Board of Directors counsel.<br><br>Steering Committee conference call. | Glassner – 4.0<br>Taylor – 4.5<br>Zabielskis – 6.0 | **Glassner:**<br>Managed revisions to the 5/2 delivered Retention Incentive Plan based on feedback from outside legal counsel. In attempt to decrease plan expense, reduced plan participation and target award levels. Included select EMC members (1.5); via teleconference, provided guidance regarding final plan design, including participation levels, target awards, and upside opportunity (2.5).<br><br>**Taylor:**<br>Updated 5/2 delivered report drafts to the Retention Incentive Plan based on feedback from outside legal counsel. In attempt to decrease plan expense, reduced plan participation and target award levels. Included select EMC members (2.0); via teleconference, provided guidance regarding final plan design, including participation levels, target awards, and upside opportunity (2.5).<br><br>**Zabielskis:**<br>Provided analytical support regarding changes to award leverage, participation levels, and pool funding (6.0). |
| May 3 | Senior management and Board of Directors counsel.<br><br>Steering Committee conference call. | Glassner – 3.0 | **Glassner:**<br>Via teleconference, provided counsel regarding KEIP/KERP issues (3.0). |
| May 4 | Senior management and Board of Directors counsel.<br><br>Steering Committee conference call. | Glassner – 1.0 | **Glassner:**<br>Via teleconference, counseled executive management and Board members regarding multiple revisions to plan features (1.0). |
| May 5 | Finalization of the Key Employee Incentive Plan and Key Employee Incentive Retention Plan.<br><br>Non-working travel by F. Glassner. | Glassner – 5.0<br>Taylor – 1.5 | **Glassner:**<br>Travel from San Francisco to Wilmington (5.0).<br><br>**Taylor:**<br>Updated 5/7 delivered report drafts to include reduction of the Discretionary Pool, changes in plan participation, and a step scale approach to award leverage for the "Other Assets" component (1.5). |

- 10 -

RLF1-3160189-1

| | | | |
|---|---|---|---|
| May 6 | Preparation for Hearing. | Glassner – 7.5 | **Glassner:** Expert witness preparation at RLF offices with Bob Stearn and Marcos Ramos (7.5). |
| May 7 | Attendance at Hearing to give testimony. | Glassner – 10.0 | **Glassner:** Provided expert witness testimony regarding Key Employee Incentive Plan and Key Employee Retention Incentive Plan (10.0). |
| May 8 | Non-working travel by F. Glassner. | Glassner – 5.0 | **Glassner:** Return travel from Wilmington (5.0). |