U.S. Department of Justice,
Office of The United States Trustee, District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Tel. (302) 573-6491        Fax (302) 573-6497

<u>CHAPTER 11 - 341 (a) MINUTE SHEET</u>

TO THE CLERK OF THE BANKRUPTCY COURT --

DEBTORS:  New Century TRS Holdings, Inc., *et al.*

CASE NUMBERS:  07-10416 (KJC) (all cases – case nos. 07-10416 - 07-10432 w/exception of case no. 07-10418)

DATE PETITIONS FILED:  4/2/07

TIME OF MEETING:  10:00 A.M.

PLACE OF MEETING:  J. Caleb Boggs Federal Building, Room 5209, Wilmington, DE

ORIGINAL 341 (a) DATE:  5/8/07

ADJOURNED 341 (a) DATE:  To be determined

DEBTORS' ATTORNEYS (APPEARING):  Suzzanne S. Uhland, Esquire; Michael J. Merchant, Esquire
            FIRM NAMES:  O'Melveny & Myers LLP; Richards, Layton & Finger, P.A.

OCUC COUNSEL (APPEARING):  Bonnie Glantz Fatell, Esquire
            FIRM NAME:  Blank Rome LLP

WITNESSES (NAMES & TITLES):  Holly Felder Etlin, Engagement Leader – AP Services, LLC (currently the proposed Chief Restructuring Officer); Joseph F. Eckroth, Jr., Executive Vice President – New Century Financial Corporation and Chief Operating Officer – New Century Mortgage Corporation.

SCHEDULES FILED?  The Debtors' schedules and Statements of Financial Affairs were filed on May 31, 2007.  The documents were not available on May 8 (the date the meeting of creditors was initially scheduled for and held).

WHY HAVE SCHEDULES NOT BEEN FILED?:  The Debtors had a Court-approved extension through and including May 31, 2007 to file those schedules.

WHEN WILL SCHEDULES BE FILED?:  Not applicable – see above.

HAVE DEBTORS FILED INTERIM REPORTS?:    YES (  )            NO ( x )

IF NO, WHY NOT?: Initial reporting requirements were filed on 5/29/07 (Docket Entry # 923).  The Office of the United States Trustee reserves all rights related to that filing.  The Office of the United States Trustee has informed the Debtors that it does not object to the filing of the April 2007 monthly operating report by June 15, 2007.

WERE QUARTERLY FEES EXPLAINED?:        YES (  )            NO ( x )

<u>/s/ Joseph J. McMahon, Jr.</u>
*Name*
Trial Attorney

DATED:  June 5, 2007            CONCLUDED (  )    CONTINUED ( x )

**\*\* Meeting continued to a date to be determined after schedules and Statements of Financial Affairs filed.**