UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | : Chapter 11 |
|  | : |
| NEW CENTURY TRS HOLDINGS, |  |
| INC., a Delaware corporation, *et al.*,[1] | : |
|  | Case Number 07-10416 (KJC) |
| Debtors. | : (Jointly Administered) |

## APPLICATION OF THE UNITED STATES TRUSTEE FOR ORDER APPROVING APPOINTMENT OF EXAMINER

Kelly Beaudin Stapleton, United States Trustee for Region 3 ("U.S. Trustee"), hereby applies to the Court pursuant to Fed. R. Bankr. P. 2007.1(c) for an order approving the appointment of the examiner, and in support thereof, states:

1. The U.S. Trustee has appointed Michael J. Missal, Esquire as Examiner in the above-captioned cases.

2. Counsel for the U.S. Trustee has consulted with the following parties-in-interest regarding the appointment of the Examiner:

    a. Counsel to the Official Committee of Unsecured Creditors;

    b. Counsel to the Debtors; and

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

    c.    Counsel to the Debtor-in-Possession Lenders.

3. To the best of the U.S. Trustee's knowledge, the Examiner's connections with the Debtor(s), creditors, and other entities identified in the Examiner's Verified Statement are limited to the connections set forth in that Statement.

WHEREFORE the U.S. Trustee requests that this Court enter an order approving the appointment of Michael J. Missal, Esquire as Examiner in the above-captioned cases.

Respectfully submitted,

**KELLY BEAUDIN STAPLETON**
**UNITED STATES TRUSTEE**

BY: /s/ Andrew R. Vara
    Andrew R. Vara, Esquire
    Assistant United States Trustee
    Joseph J. McMahon, Jr., Esquire (# 4819)
    Trial Attorney
    United States Department of Justice
    Office of the United States Trustee
    J. Caleb Boggs Federal Building
    844 King Street, Room 2207, Lockbox 35
    Wilmington, DE  19801
    (302) 573-6491
    (302) 573-6497 (Fax)

Date:  June 5, 2007