IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS,[1] INC., | : Case No. 07-10416 (KJC) |
| a Delaware Corporation, et al., | : |
| | : Jointly Administered |
| Debtors. | : |
| | : |
| | : |
| | : Hearing Date:_____ |
| | : Objection Deadline:_____ |

------------------------------------------------------------x

## VERIFIED STATEMENT OF MICHAEL J. MISSAL, ESQUIRE

Michael J. Missal, being duly sworn, deposes and states that, to the best of his

knowledge, information and belief:

1.      I am a partner of the law firm of Kirkpatrick & Lockhart Preston Gates

Ellis LLP ("K&L Gates") with offices located at 1601 K Street, N.W., Washington, D.C. 20006.

K&L Gates also maintains offices in Anchorage, Alaska, Boston, Massachusetts, Coeur d'

Alene, Idaho, Dallas, Texas, Harrisburg, Pennsylvania, Los Angeles, California, Miami, Florida,

New York, New York, Newark, New Jersey, Orange County, California, Palo Alto, California,

Pittsburgh, Pennsylvania, Portland, Oregon, San Francisco, California, Seattle, Washington,

Spokane, Washington, Beijing, Berlin, Hong Kong, London and Taipei.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

2.       I submit this Verified Statement in support of the United States Trustee's application seeking approval of my appointment as Examiner (the "Application") in the Chapter 11 cases (the "Chapter 11 Cases") of New Century TRS Holdings, Inc., f/k/a New Century Financial Corporation, and its affiliated debtors (collectively, the "Debtors").

3.       I am not an insider of the Debtors. I do not hold any claim, debt or equity security of the Debtors. I do not know whether any mutual fund or 401(k) plan in which I am an investor may hold debt or equity securities of the Debtors.

4.       I am not and was not, within two years prior to April 2, 2007 (the "Petition Date") a director, officer or employee of the Debtors as specified in subparagraph (B) or (C) of 11 U.S.C. § 101(14).

5.       I do not hold an interest materially adverse to the Debtors' bankruptcy estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors as specified in subparagraph (B) or (C) of 11 U.S.C. § 101(14), or for any other reason.

6.       I have reviewed (i) a list, a copy of which is annexed hereto as Exhibit A, of debtors, creditors, potential parties-in-interest and their attorneys and accountants as supplied to me by the United States Trustee, (ii) a similar list, a copy of which is annexed hereto as Exhibit B, gleaned from the creditor matrix and other documents filed with the Court in connection with the Chapter 11 Cases, and (iii) a list, a copy of which is annexed hereto as Exhibit C, provided to me by the United States Trustee of personnel employed by the Office of the United States Trustee for Region 3 (including Jane M. Leamy, who is not on the list), for any connections either to myself or K&L Gates. The results of the review are set forth below. In the

event that additional connections are discovered, I will promptly supplement this Verified Statement in the future pursuant to Local Bankruptcy Rule 2014-1(a).

7.     I have no connections with the United States Trustee for Region 3 or any person employed by the office of the United States Trustee for Region 3 except as otherwise disclosed below.

8.     Neither I nor K&L Gates presently represents New Century TRS Holdings, Inc. or any of its affiliates, partners or subsidiaries and neither I nor K&L Gates will undertake any such representation during this engagement.  Moreover, I will not undertake representation of any party in connection with the Chapter·11 Cases.

9.     I have no connections to the attorneys or accountants of the Debtors, creditors or other parties-in-interest, except as otherwise disclosed on <u>Exhibit D</u> annexed hereto.

10.     To the extent that any of K&L Gates' relationships to the Debtors, the creditors or other parties-in-interest in the Chapter 11 Cases are relevant to the determination of my status as a disinterested person pursuant to 11 U.S.C § 101(14), I am providing information in this Verified Statement and in the attached exhibits relative to those relationships and contacts.

11.     K&L Gates, its partners, counsel and associates, may have represented in the past, may currently represent or may represent in the future, creditors of the Debtors and parties-in-interest in the Chapter 11 Cases in matters entirely unrelated to the Chapter 11 Cases. Any such known current representations are set forth in <u>Exhibit D</u>.  Any such known former client representations are set forth in <u>Exhibit E</u>.  None of the clients set forth on Exhibit C accounted for more than 0.282% of the combined revenues of Kirkpatrick & Lockhart Nicholson

Graham LLP ("KLNG") and Preston Gates & Ellis LLP[2] ("PGE") for the year ended

December 31, 2006. I do not believe that K&L Gates' representation of the clients set forth on

Exhibit D, including the UCC-1 parties referenced therein, in matters unrelated to the Chapter 11

Cases will limit my ability to undertake the investigation described in the Order Denying in Part

and Granting in Part Motion of the United States Trustee for an Order Directing the Appointment

of a Chapter 11 Trustee, or in the Alternative, an Examiner dated June 1, 2007, including

identifying and evaluating any potential claims and causes of action which may exist, and filing

an appropriate report or reports regarding same.

      12.    K&L Gates, its partners, counsel and attorneys are not currently

representing, and will not represent in the future, any parties in connection with the Chapter 11

Cases.

      13.    K&L Gates has represented the Debtors as follows:

      (i)    K&L Gates was selected by a title insurance company, Fidelity

National Financial, to represent New Century Mortgage Corporation in a litigation

pending the King County Superior Court in Seattle, Washington. This matter involves

claims asserted by Charles Monaco to avoid a $500,000 deed of trust given to New

Century Mortgage Corporation on property Monaco had sold to an investor as a means by

Monaco to avoid foreclosure of Monaco's interest in the property. The investor obtained

the mortgage from New Century Mortgage Corporation and Monaco has sued the

investor and New Century Mortgage Corporation. Fees and disbursements incurred by

K&L Gates have been paid by the title insurance carrier. The matter is presently stayed

---

[2] Effective January 1, 2007. KLNG and PGE merged. KLNG changed its name to Kirkpatrick & Lockhart Preston Gates Ellis LLP and the partners of PGE became partners of Kirkpatrick & Lockhart Preston Gates Ellis LLP. PGE is in the process of being wound down.

and K&L Gates has not been retained as an ordinary course professional with respect to this matter. Subject to its obligation to the client and to the King County Superior Court, K&L Gates will not continue with the representation of this matter, will seek to withdraw from the representation and will advise the client to seek substitute counsel.

(ii)    K&L Gates represented New Century Mortgage Corporation in a litigation commenced in January, 2004 stemming from the alleged forgery by a mortgagor of his wife's signature on a $19,000 mortgage. The matter was settled in 2005.

(iii)    PGE represented New Century Mortgage Corporation in various mortgage foreclosures. PGE ended its residential foreclosure business and concluded the last foreclosure in March, 2006. One foreclosure case, which has been inactive since September, 2005 presently remains unresolved because the mortgagor commenced a chapter 13 bankruptcy proceeding at or about that time. K&L Gates is not aware of the present status of that case and has advised New Century Mortgage Corporation that K&L Gates will not perform further services with respect to this matter should it become active again.

(iv)    In 2006, K&L Gates conducted a multistate research project for New Century Financial Corporation concerning servicing charges for residential mortgage loans. The project was concluded in 2006.

In the year prior to the commencement of the Debtors' Chapter 11 Cases, K&L Gates was paid a total of $171,881.82 in fees and disbursements for services performed and

disbursements incurred on account of the Debtors.[3]  This amounts to less than 0.025% of the

combined revenues of KLNG and PGE at December 31, 2006.

      14.     K&L Gates is not a creditor of the Debtors.

      15.     K&L Gates' other connections to the Debtors, their creditors and parties-

in-interest and their respective attorneys and accountants are set forth in Exhibits D and E

annexed hereto.

      16.     Lisa Geyer, currently a Paralegal Specialist in the Pittsburgh,

Pennsylvania Office of the United States Trustee, was formerly employed as a paralegal in K&L

Gates' Pittsburgh, Pennsylvania office.

      17.     Some of K&L Gates' approximately 1400 attorneys may have had some

personal or professional relationships with the attorneys, accountants, employees, officers,

creditors, equity security holders or other parties-in-interest of the Debtors and may have owned

equity securities issued by the Debtors.  After reasonable inquiry, to the best of the undersigned's

knowledge, information and belief, none of these relationships are material.  In the event that

additional connections are discovered, I will promptly supplement this Verified Statement in the

future pursuant to Local Bankruptcy Rule 2014-1(a).

      18.     I expect that a substantial portion of my practice will involve my work as

Examiner.

---

[3] Of this amount, $112,618.01 in fees and disbursements was paid by Fidelity National Financial, New Century Mortgage Corporation's title insurance carrier.  During the period between January 1, 2007 and April 2, 2007, when the Debtors commenced the Chapter 11 Cases, K&L Gates was paid a total of $92,224.97 in fees and disbursements on account of services performed and disbursements incurred on account of the Debtors.  Of this amount, $90,640.63 in fees and disbursements were paid by New Century Mortgage Corporation's title insurance carrier, Fidelity National Financial, leaving $1,584.34 paid to K&L Gates by the Debtors during the 90 days prior to the commencement of their Chapter 11 Cases.  In order to avoid any issue concerning potential preferential transfers, upon entry of an order approving the retention of deponent as Examiner, K&L Gates will pay to the Debtors the sum of $1,584.34 in account of potentially preferential payments that K&L Gates may have received during the 90 days prior to the commencement of the Debtors' Chapter 11 Cases and will waive any claim K&L Gates might have as a result of such repayment.

19.    Neither K&L Gates nor I have agreed to share any compensation or reimbursement received in connection with the Chapter 11 Cases with another person except pursuant to the partnership agreement of K&L Gates.

20.    If appointed, I will apply separately to retain K&L Gates and other professionals to represent me in this matter.

21.    I am a member in good standing of the District of Columbia Bar and I have had substantial experience and practice before the Federal Courts.

22.    I have agreed to serve as Examiner in the Chapter 11 Cases at a 10% discount to my standard hourly rate, which is currently $725 per hour, and reimbursement of customary out-of-pocket expenses.  My hourly rate is subject to periodic adjustments to reflect changes in seniority, inflation and other conditions.  Any request for compensation or reimbursement of expenses will be subject to approval by this Court.

I verify under penalty of perjury that the foregoing is true and correct.

Dated this 5th day of ____June____, 2007.

Michael J. Missal, Esquire

# EXHIBIT A

**List of Potential Parties-in-Interest for New Century TRS Holdings, Inc., et al.**

## UCC-1 Parties

Access Investments II, LLC
Ameritech Credit Corporation
Aspen Funding Corp
Bank Leumi Leasing Corporation
Bank of America, NA
Bank of the West
Barclays Bank, PLC
Carrington Mortgage Credit Fund I, LP
CDC Mortgage Capital Inc.
Charter One Vendor Finance LLC
CIT Communications Finance Corporation
Citigroup Global Markets Realty Corp.
Consultants Group Commercial Funding Corp.
Countrywide Home Loans, Inc.
Credit Suisse First Boston Mortgage Capital LLC
DB Structured Products, Inc
Deutsche Bank Trust Company Americas
Federal National Mortgage Association
Galleon Capital Corp
Gemini Securitization Corp., LLC
General Electric Capital Corporation
GMAC Commercial Financial LLC
Goldman Sachs Mortgage Company
Greenwich Capital Financial Products, Inc.
Guaranty Bank
Heinemar, Dale Scott
IOS Capital
IXIS Real Estate Capital Inc
Johnson, Kurt F.
Mission Center Partners
Morgan Stanley Mortgage Capital Inc.
NC Capital Corporation
New Century Funding A
New Century Funding I
New Century Mortgage Securities Inc.
Newport Funding Group
PFE International Inc.
Ropes & Gray LLP
St. Andrew Funding Turst c/o New Century Mortgage
State Street Global Markets
Sterling Bank
The CIT Group/Equipment Financing

U.S. Bancorp Equipment Finance, Inc.
U.S. Bank National Association
UBS Real Estate Securities Inc.
United California Capital
Whitwood, Jason Allen

## 50 Largest Unsecured Creditors [1]

Adteractive
Affiliated Computer Services
Alaska Seaboard Partners Limited Partnership
Aspen Funding Corp.
Assurant Specialty Property Insurance
Aurora Loan Services
Bank of America, N.A.
Barclays Bank PLC
Carrington Securities, LP
Catarina Mortgage Services Inc.
ChoicePoint Precision Marketing
Citigroup Global Markets Realty Corp.
Countrywide
Credit Suisse First Boston Mortgage Capital LLC
Credit-Based Asset Servicing and Securitization LLC
DB Structured Products, Inc.
Deutsche Bank
EMC Mortgage Corporation
Fiserv CCS
Galleon Capital Corporation
Gemini Securitization Corp., LLC
General Electric Capital Corporation
GMAC Commercial Finance, LLC
Goldman Sachs Mortgage Company
Greenwich Capital Financial Products, Inc.
Guaranty Bank
Harbor Asset Management Services
HSBC Bank USA, N.A.
INDY MAC Bank, FSB
IXIS Real Estate Capital, Inc.
JP Morgan Chase Bank, NA
Lehman Brothers Bank FSB
Low.com
Lowermybills.com
Morgan Stanley Mortgage Capital Inc.
National Field Representatives

---

[1] Includes certain UCC-1 Parties

Newport Funding Corp.
Nextag
NOMURA Securities
Pricewaterhouse Coopers LLP
Residential Funding Corporation
SG Mortgage Finance Corp
Sheffield Receivables Corporation
Sprint
State Street Global Markets, LLC
Suntrust
System Source, Inc.
Tucson Funding LLC
UBS Real Estate Securities Inc.
Washington Mutual Bank, FA

## Largest Shareholders of New Century Financial Corporation[2]

Greenlight Capital LLC
David Einhorn
Morgan Stanley
Morgan Stanley Capital Services
Hotchkis and Wiley Capital Management LLC

## Directors and Senior Employees

Alexander, Marilyn A.
Bilotta, Frank
Bindra, Taj S.
Black, Harold A.
Cimino, Richard
Clifford, Leigh Ann
Cloyd, Kevin
Cole, Robert K
Dodge, Patti
Eckroth, Joseph
Fleig, David
Forster, Fredric J.
Garday, Louis
Gotschall, Edward
Haines, Eric
Jewett, Jennifer
Kenneally, David
Lambert, Robert
Lange, Donald E.

---

[2] These individuals and entities directly or indirectly own more than 5% of the shares of New Century Financial Corporation.

Loewenthal, Marc
McCarthy, Monika L.
Meola, Anthony
Morrice, Brad A.
Sachs, Michael M.
Theologides, Stergios
Threadgill, Jonathan
Tortorelli, Joseph
Wolf, Colleen
Zalle, Paul
Zona, Richard A.

### Professionals

AlixPartners LLP (crisis managers)
Allen Matkins Leck Gamble Mallory & Natsis LLP (special financing counsel)
Heller Ehrman LLP (counsel to audit committee)     .
Lazard Freres & Co. LLC (investment banker)
O'Melveny & Myers LLP (debtors' counsel)
Richards Layton & Finger, P.A. (Delaware debtors' counsel)
Skadden, Arps, Slate, Meagher & Flom (special regulatory counsel)
Thatcher Proffit (special securitization counsel)
Xroads Case Management Services, LLC (claims and noticing agent)
KPMG (debtors' former independent accountants)

### Debtors

New Century Financial Corporation, a Maryland corporation
New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware
corporation
New Century Mortgage Corporation, a California corporation
NC Capital Corporation, a California corporation
Home123 Corporation, a California corporation
New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California
corporation
NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited
partnership
NC Residual III Corporation, a Delaware corporation
NC Residual IV Corporation, a Delaware corporation
New Century R.E.O. Corp., a California corporation
New Century R.E.O. II Corp., a California corporation
New Century R.E.O. III Corp., a California corporation
New Century Mortgage Ventures, LLC, a Delaware corporation
NC Deltex, LLC, a Delaware corporation
NCORAL, L.P., a Delaware limited partnership

# EXHIBIT B

# EXHIBIT B

## NEW CENTURY FINANCIAL CORPORATION

**KPMG, LLC – Outside Auditors**

\*\*\*\*

### MANAGEMENT & BOARD

- <u>Executive Management</u>

Brad A. Morrice

Taj S. Bindra

Kevin M. Cloyd

Patti M. Dodge

Joseph F. Eckroth, Jr.

Robert J. Lambert

Anthony T. Meola

Stergios Theologides


- <u>Board Of Directors</u>

Harold A. Black, Ph.D.

Robert K. Cole

Fredric J. Forster

Edward F. Gotschall

Donald E. Lange

Brad A. Morrice

Michael M. Sachs

Richard A. Zona

NY-532214 v1

## <u>CREDITORS OF NEW CENTURY FINANCIAL CORPORATION</u>

1.  Goldman Sachs Mortgage Company

2.  Credit Suisse First Boston Mortgage Capital LLC

3.  Credit-based Asset Servicing and Securitization LLC

4.  Morgan Stanley Mortgage Capital Inc.

5.  DB Structured Products, Inc.

6.  Deutsche Bank

7.  Bank of America, N.A.

8.  UBS Real Estate Securities Inc.

9.  Lehman Brothers Bank FSB

10. Countrywide

11. Citigroup Global Markets Realty Corp.

12. Residential Funding Corporation

13. SG Mortgage Finance Corp.

14. IXIS Real Estate Capital, Inc.

15. Barclays Bank PLC

16. Indymac Bank FSB

17. Carrington Securities, LP

18. Washington Mutual Bank, FA

19. Alaska Seaboard Partners Limited Partnership

20. JP Morgan Chase Bank, NA

21. Greenwich Capital Financial Products, Inc.

22. HSBC Bank USA, N.A.

23. Aurora Loan Services

24. EMC Mortgage Corporation

25.  General Electric Capital Corporation

26.  Lowermybills.com

27.  Affiliated Computer Services

28.  Nomura Securities

29.  Aspen Funding Corp.

30.  Galleon Capital Corporation

31.  Gemini Securitization Corp., LLC

32.  Guaranty Bank

33.  Newport Funding Corp.

34.  Sheffield Receivables Corporation

35.  State Street Global Markets, LLC

36.  Tuscon Funding LLC

37.  National Field Representatives

38.  Assurant Specialty Property Insurance

39.  System Source, Inc.

40.  GMAC Commercial Finance, LLC

41.  Sprint

42.  Low. COM

43.  SunTrust

44.  Harbor Asset Management Services

45.  Adteractive

46.  Fiserv CCS

47.  ChoicePoint Precision Marketing

48.  Pricewaterhouse Coopers LLP

49.  Nextag

NY-532214 v1

50.   Catarina Mortgage Services Inc.

51.   New Century Financial Corporation

52.   Broadway Center Associates, LP

53.   Cedar Hill ISD

54.   City of Cedar Hill

55.   City of Princeton

56.   Contrarian Capital Management, LLC

57.   Dallas County

58.   Ellington Management Group, L.L.C.

59.   Fort bend County

60.   American Express Travel Related Svcs Co. Inc.

61.   Arlington ISD

62.   Carrolton-Farmers Branch ISD

63.   Celina ISD

64.   City of Edinburg

65.   City of Whitewright

66.   Cooley Godward Kronish LLP

67.   Edcouch-Elsa ISD

68.   Federal Express Corporation

69.   Garland Independent School District

70.   Americas Servicing Company

71.   Arlington ISD, et al.

72.   Castleberry ISD

73.   ChoicePoint Inc.

74.   City of Hurst

NY-532214 v1

75. Collin County Tax Assessor

76. Cypress-Fairbanks ISD

77. Ellington Management Group, Inc.

78. Fidelity national Information Services, Inc.

79. General Electric Capital Corporation

80. Golden Key Mortgage

81. IKON Financial Services

82. Irwin Mortgage Corporation

83. Kodiak Funding LP, and Kodiak CDO I, Ltd.

84. Law of Offices of David J. Stern, PA

85. MARICOPA COUNTY TREASURER

86. Manatee County Tax Collector Ken Burton Jr.

87. Missouri Department of Revenue

88. National City Commercial Capital Company, LL

89. Nueces County

90. Harris County

91. Ikon Office Solutions

92. Kelley Drye & Warren LLP

93. Lowenstein Sandler, PC

94. Lewisville Independent School District

95. Mac-Cali Realty Corporation

96. Mansfield ISD

97. Montgomery County

98. Natixis Real Estate Capital Inc.

99. Phillips, Goldman & Spence, P.A.

NY-532214 v1

100. IBM Corporation

101. Iron Mountain Information Management, Inc.

102. KW Properties, LTD

103. Lamun Mock Cunnyngham & Davis, PC

104. Litton Loan Servicing LP

105. Mackoff Kelloff Law Firm

106. Midfirst Bank

107. Morris, Nichols, Arsht & Tunnell LLP

108. New Century TRS Holdings, Inc.

109. Princeton ISD

110. QKC Maui Owner, LLC

111. South Texas College

112. Travelers

113. Whitewright ISD

114. KW Properties, LTD

115. Chun I. Jang

116. Grant C. Rees

117. Mark D. Collins

118. RBC Mortgage Company, Royal Bank of Canada

119. State of Ohio, ex rel. Marc Dann, Attorney G Ohio Attorney General

120. Warren County Collector

121. Wolff Samson, PC

122. Bexar County

123. ALIREXA Nazmi

124. David and Sherry TerMarsch

125.   Judity T. Romano

126.   Michael Joseph Merchant

127.   Regions Bank

128.   Tax Appraisal District of Bell County, et al

129.   Wells Fargo Bank, NA.

130.   Wright, Finlay & Zak, LLP

131.   City of El Paso

132.   Law Offices of David J. Stern, PA

133.   Christopher M. Samis

134.   Glenn M. Reisman

135.   Marcos Alexis Ramos

136.   Nabih and Esther Mangoubi

137.   Paul Noble Heath

138.   Robert P. Cocco

139.   Stuart L. Druckman

140.   Rich F. Martin

141.   Sari E. Meador Of Joe G. Tedder, CFC, Tax Collector for Polk County, Florida

142.   Thomas Maxson

143.   Richard J. Reynolds

144.   Scott Morris

145.   500 Eagles Landing, LLC

146.   ADT Security Services, Inc.

147.   Affiliated Computer Services, Inc. and ACS

148.   Barclays Bank PLC

149.   Bryan Cave LLP

– 8 –

150.  CT Corporation Trust

151.  816 Connecticut Avenue, L.P.

152.  AT&T Inc.

153.  Bank of America, N.A.

154.  Barclays Capital

155.  CB Richard Ellis Corporate Facilities

156.  Canpro Investments, Ltd.

157.  ABN Amro Bank N.V.

158.  Adfitech, Inc.

159.  Bank of New York as Trustee c/o Countrywide

160.  Bexar Bounty
      Linebarger Goggan et al

161.  CSHV Denver Tech Center, LLC

162.  Carrington Mortgage Services, LLC

163.  City of El Paso
      Linebarger Goggan et al

164.  Countrywide Home Loans, Inc.

165.  Coventry Fund X, Ltd.

166.  DB Structured Products, Inc.

167.  Data-Link Systems, L.L.C.

168.  Edwards Angell Palmer & Dodge LLP

169.  Fiserv Solutions, Inc.

170.  Goldman Sachs Mortgage Company

171.  Gregory J. Schroeder, Michelle Parker, Mar

172.  Chatham County Tax Commissioner

173.  Coremetrics, Inc.

174. Countrywide Securities Corporation

175. Credit Suisse First Boston Mortgage Capital

176. DRA CRT Post Oak, L.P.

177. Deutsche Bank National Trust Company

178. Eschelon Telecon, Inc.

179. Fox Rotschild LLP

180. Greenwich Capital Financial Products, Inc.

181. HSBC Bank USA, National Association, HSBC

182. Citigroup Global Markets Realty Corp.

183. Countrywide Financial Corporation

184. Countrywide Warehouse Lending

185. Credit-Based Asset Servicing and Securities

186. Daniel J. Rubio, John Hicks, David Vizcara

187. Douglas Emmett 2000, LLC

188. Fein Such Kahn & Shepard, P.C.

189. GMAC Commercial Finance, LLP

190. Greenwich Capital Financial Products, Inc.

191. Hartford Fire Insurance Company

192. Huntington Quadrangle 2 LLC

193. IndyMac, F.S.B.

194. Klehr Harrison Harvey Branzburg & Ellers LLP

195. Malcolm & Cisneros

196. New York State Teachers Retirement System

197. Oracle USA, Inc.

198. Plaza America Office Development, LLC

199. Quadrangle Group, LLC

200. RICHARD D. AUSTIN, LAUREN V LIVA, MICHAEL

201. Residential Funding Company, LLC

202. Hunton & Williams LLP

203. JP MORGAN CHASE BANK, NA

204. LandAmerica Default Services Company

205. Morgan Stanley Mortgage Capital Inc.

206. Official Unsecured Creditors; Committee

207. Pepper Hamilton LLP

208. Positive Software Solutions, Inc.

209. Qwest Corporation

210. RJS Properties Inc.

211. Richardson ISD

212. IBM Credit LLC

213. KST Data, Inc.

214. Maguire Properties-Park Place LLC, Maguire

215. National Field Representatives

216. Oklahoma County Treasurer

217. Pennsbury Village Borough]

218. Premier Print and Services Group, Inc.

219. RBC USA Holding Corporation and RBC Mortgage

220. Real Associates Fund VII, L.P.

221. Ryan Desert Ridge II, LLC

222. SIRVA Relocation

223. Speedpay, Inc.

224.  Stony Point East, LP

225.  Thacher Proffitt & Wood LLP

226.  UBS Real Estate Securities, Inc.

227.  Walz Postal Solutions, Inc.

228.  Wolfe & Wyman, LLP

229.  Iron Mountain Information Management, Inc.

230.  Jeffrey Weber

231.  SN Servicing Corp.

232.  Sprint Communications Company L.P. d/b/a S

233.  SunTrust Leasing Corporation

234.  The CIT Group/Business Credit, Inc.

235.  The Townsend Trust

236.  Union Bank of California

237.  Washington Mutual

238.  eMortgage Logic LLC

239.  KW Properties, LTD.

240.  Safeco Financial Institution Solutions, Inc.

241.  Sprint Nextel Corporation

242.  Symantec Corporation

243.  The Greenlining Institute

244.  U.S. Bank N.A., as Trustee

245.  United HealthCare Insurance Company

246.  Wells Fargo, N.A.

247.  Alan Such

248.  Leslie Marks

249.    Leslie K. Hill

250.    Mark K. Broyles

## AFFILIATES

(1)     New Century Financial Corporation (f/k/a New Century REIT, Inc.) a Maryland corporation

(2)     New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation

(3)     New Century Mortgage corporation (f/k/a JBE Mortgage (d/b/a NCMC Mortgage Corporation, d/b/a New Century Corporation, d/a/a New Century Mortgage Ventures, LLC) a California Corporation

(4)     NC Capital Corporation, a California corporation

(5)     Home 123 Corporation (f/k/a The Anyloan Corporation, 1800 anyloan.com Anyloan.com), a California Corporation

(6)     New Century Credit Corporation (f/k/a worth Funding Incorporated), a California corporation

(7)     NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership

(8)     NC Residual III Corporation, a Delaware corporation

(9)     NC Residual IV Corporation, a California corporation

(10)    New Century R.E.O. Corp., a California Corporation

(11)    New Century R.E.O. II Corp., a California Corporation

(12)    New Century R.E.O. III Corp., a California Corporation

(13)    New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, AD Astra Mortgage, Midwest West Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage) a Delaware limited Liability company

(14)    NC Deltex, LLC, a Delaware limited liability company

(15)    Ncoral, L.P., a Delaware limited partnership

NY-532214 v1

**EXHIBIT C**



REGION 3 - U.S. Trustee Program
Delaware, New Jersey, and Pennsylvania



**Region 3 Homepage**
**District of Delaware**
**District of New Jersey**
**Eastern District of Pennsylvania**
**Middle District of Pennsylvania**
**Western District of Pennsylvania**

## Regional Staff
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107
Phone: 215-597-4411
Fax: 215-597-5795

| | |
|---|---|
| Kelly Beaudin Stapleton | United States Trustee |
| Joanne E. Clausen | Secretary (OA) |
| Dianne P. Dugan | Administrative Officer |
| Linda P. Logan | Regional Bankruptcy Analyst |
| Robert S. McGinty | Information Technology Specialist |

USTP Homepage — USDOJ Homepage
Privacy Policy — FOIA — Disclaimers

Last Updated on Tuesday, May 10, 2005 6:00 PM
U.S. Trustee Program Department of Justice
usdoj ust stmn



REGION 3- U.S. Trustee Program
Delaware, New Jersey, and Pennsylvania



Region 3 Homepage
District of Delaware
District of New Jersey
Eastern District of Pennsylvania
Middle District of Pennsylvania
Western District of Pennsylvania

# Wilmington, DE
# Office Staff

844 KING STREET
SUITE 2207
Lockbox 35
WILMINGTON, DE 19801
Phone: 302-573-6491
Fax: 302-573-6497

| | |
|---|---|
| ANDREW R. VARA | Assistant United States Trustee |
| BONNIE ANEMONE | Paralegal Specialist |
| DAVID BUCHBINDER | Trial Attorney |
| WAYNE DAVIS | Paralegal Specialist |
| DIANE GIORDANO | Bankruptcy Analyst |
| CHRISTINE GREEN | Paralegal Specialist |
| WILLIAM K. HARRINGTON | Trial Attorney |
| JEFFREY HECK | Bankruptcy Analyst |
| MARK KENNEY | Trial Attorney |
| JOSEPH MCMAHON | Trial Attorney |
| JAMES R. O'MALLEY | Bankruptcy Analyst |
| LAUREN O'NEAL | OA Assistant |
| MICHAEL PANACIO | Bankruptcy Analyst |
| WILLIAM RUNZER | Bankruptcy Analyst |
| RICHARD SCHEPACARTER | Trial Attorney |
| RAMONA VINSON | OA Assistant |
| MICHAEL WEST | Bankruptcy Analyst |
| SHAKIMA L. WILLIAMS | Paralegal Specialist |
| DION WYNN | Paralegal Specialist |

USTP Homepage — USDOJ Homepage
Privacy Policy — FOIA — Disclaimers



REGION 3- U.S. Trustee Program
Delaware, New Jersey, and Pennsylvania



**Region 3 Homepage**
**District of Delaware**
**District of New Jersey**
**Eastern District of Pennsylvania**
**Middle District of Pennsylvania**
**Western District of Pennsylvania**

# Philadelphia, PA
# Office Staff
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107
Phone: 215-597-4411
Fax: 215-597-5795

| | |
|---|---|
| FREDERIC J. BAKER | Senior Assistant United States Trustee |
| DAVE P. ADAMS | Trial Attorney |
| JEFFREY M. BOOKMAN | Bankruptcy Analyst |
| MARIA NICOLE BORGESI | Paralegal Specialist |
| KEVIN P. CALLAHAN | Trial Attorney |
| GEORGE M. CONWAY | Trial Attorney |
| LISA L. COSTA | File Clerk |
| SANDRA J. FORBES | Bankruptcy Analyst |
| DAVID KLAUDER | Trial Attorney |
| JAMES B. LAMBE | Paralegal Specialist |
| JANET C. LEWIS | Bankruptcy Analyst |
| THERESA MACK | Legal Clerk |
| NANCY MILLER | Legal Clerk |
| DEBORAH ROSEBORO | Legal Data Technician |
| HUGH J. WARD | Bankruptcy Analyst |

USTP Homepage -- USDOJ Homepage
Privacy Policy -- FOIA -- Disclaimers

Last Updated on Friday, January 12, 2007 12:17 PM
U.S. Trustee Program Department of Justice
usdoj-ust-smin



REGION 3- U.S. Trustee Program
Delaware, New Jersey, and Pennsylvania



Region 3 Homepage
District of Delaware
District of New Jersey
Eastern District of Pennsylvania
Middle District of Pennsylvania
Western District of Pennsylvania

# Harrisburg, PA
# Office Staff

228 WALNUT STREET
SUITE 1190
HARRISBURG, PA 17101
Phone: 717-221-4515

Fax:717-221-4554

| | |
|---|---|
| ANNE K. FIORENZA | Assistant United States Trustee |
| DARREL W. BENDER | Senior Bankruptcy Analyst |
| JAMES P. FARLEY | Bankruptcy Analyst |
| BRENDA D. GISH | Paralegal Specialist |
| GREGORY R. LYONS | Trial Attorney |
| WENDY PAUL | Paralegal Specialist |
| SONYA D. PAYNE | Legal Clerk (OA) |
| REBECCA PLESIC | Paralegal Specialist |
| TROY SELLARS | Trial Attorney |
| KIMBERLY SUTTON | Secretary |
| MELISSA VOYTEK | Legal Clerk |

USTP Homepage · USDOJ Homepage
Privacy Policy · FOIA ·· Disclaimers

Last Updated on Wednesday, July 12, 2006 3:24 PM
U.S. Trustee Program/Department of Justice
usdoj ust-com

Region 3 Website                                                     http://www.usdoj.gov/ust/r03/pa/wstaff.htm



REGION 3- U.S. Trustee Program
Delaware, New Jersey, and Pennsylvania



Region 3 Homepage
District of Delaware
District of New Jersey
Eastern District of Pennsylvania
Middle District of Pennsylvania
Western District of Pennsylvania

# Pittsburgh, PA
## Office Staff
LIBERTY CENTER
1001 LIBERTY AVENUE
SUITE 970
PITTSBURGH, PA 15222
Phone: 412-644-4756

Fax: 412-644-4785

| | |
|---|---|
| JOSEPH S. SISCA | Assistant United States Trustee |
| STEVEN ALBRIGHT | Bankruptcy Analyst |
| DAVID BERRY | Bankruptcy Analyst |
| JODY A. BRIGGS | Paralegal Specialist |
| JUDITH CANNING | Paralegal Specialist |
| ANDREW F. CETNAROWSKI | Bankruptcy Analyst |
| JOSEPH M. FORNARI JR | Trial Attorney |
| LISA GEYER | Paralegal Specialist |
| MADELINE GIGLIOTTI | Legal Clerk (OA) |
| NORMA L. HILDENBRAND | Trial Attorney |
| DAVID MILKO | Paralegal Specialist |
| LINDA MORRIS | Legal Clerk (OA) |
| KATHLEEN L. ROBB | Trial Attorney |
| CHERILYNN M. SCHWARTZMIER | Secretary |
| SHARON SIRKO | Legal Clerk (OA) |
| JENNIFER M. SMITH | Bankruptcy Analyst |
| HEATHER SPRAGUE | Trial Attorney |

USTP Homepage · USDOJ Homepage
Privacy Policy -- FOIA · Disclaimers



REGION 3- U.S. Trustee Program
Delaware, New Jersey, and Pennsylvania



**Region 3 Homepage**
**District of Delaware**
**District of New Jersey**
**Eastern District of Pennsylvania**
**Middle District of Pennsylvania**
**Western District of Pennsylvania**

# Newark, NJ
# Office Staff
ONE NEWARK CENTER
SUITE 2100
NEWARK, NJ 07102
Phone: 973-645-3014
Fax: 973-645-5993

| | |
|---|---|
| ROBERTA A. DeANGELIS | Assistant United States Trustee |
| MARTHA HILDEBRANDT | Assistant United States Trustee |
| MICHAEL W. APONTE | Paralegal Specialist. |
| KIRSTEN K. ARDELEAN | Bankruptcy Analyst |
| FRANCYNE D. ARENDAS | Bankruptcy Analyst |
| MICHAEL ARTIS | Trial Attorney |
| PETER J. D'AURIA | Trial Attorney |
| MICHELE DOOLEY | Paralegal Specialist |
| ROSEMARIE GILES | Legal Clerk |
| TIA GREEN | Legal Clerk |
| MITCHELL B. HAUSMAN | Trial Attorney |
| SHINING J. HSU | Law Clerk |
| JOSEPH C. KERN | Bankruptcy Analyst |
| PATRICIA KRANTZ | Legal Clerk (OA) |
| DANIEL C. KROPIEWNICKI | Bankruptcy Analyst |
| DONALD F. MACMASTER | Trial Attorney |
| IVETTE MORALES | Secretary (OA) |
| BRENDA J. NAUGHTON | Paralegal Specialist |
| TINA L. OPPELT | Paralegal Specialist |
| CARMINA ROSA | Legal Data Technician |
| ROBERT J. SCHNEIDER JR | Trial Attorney |
| FRAN B. STEELE | Trial Attorney |

# EXHIBIT D

# EXHIBIT D

## Current Clients

### UCC-1 Parties

DB Structured Products

Bank of America, N.A.

Countrywide Home Loans, Inc.

IXIS Real Estate Capital, Inc.

Barclays Bank, PLC

Greenwich Capital Financial Products, Inc.

Guaranty Bank

State Street Global Markets

CDC Mortgage Capital, Inc.

Federal National Mortgage Association

Sterling Bank and Trust, FSB

U.S. Bancorp

Charter One Bank

Ropes & Gray LLP

The CIT Group

U.S. Bank National Association

Goldman, Sachs & Co.

## Unsecured Creditors[1]

EMC Mortgage Corporation

Credit-Based Asset Servicing and Securitization LLC

Litton Loan Servicing, LP

DB Structured Products, Inc.

Deutsche Bank Alex Brown

Bank of America N.A.

IXIS Real Estate Capital, Inc.

Barclays Bank, PLC

INDY MAC Bank, FSB

Washington Mutual Bank, FA

JP Morgan Chase Bank, NA

Greenwich Capital Financial Products, Inc.

HSBC Bank USA, N.A.

Aurora Loan Services, Inc.

Aurora Financial Group, Inc.

Guaranty Bank

State Street Global Markets

Sprint Nextel Corporation

Suntrust Bank, NA

Adteractive, Inc.

Countrywide Home Loans, Inc.

Residential Funding Corporation

---

[1] The list of unsecured creditors includes certain UCC-1 Parties. This list was compiled from both the List of Potential Parties provided by the United States Trustee along with the Creditors Mailing Matrix.

Wells Fargo Bank, N.A.

Affiliated Computer Services, Inc.

Ellington Management Group, L.L.C.

Cooley Godward Kronish, LLP

Federal Express / FedEx Corporation

Fidelity National Information Services, Inc.

Irwin Mortgage Company

Kelley Drye & Warren LLP

Royal Bank of Canada

AT&T Inc.

ABN AMRO Bank N.V.

The CIT Group

Union Bank of California, N.A.

New York State Teachers Retirement System

SN Servicing Corp.

Credit Suisse First Boston

Morgan Stanley

UBS AG

Lehman Brothers Inc.

Citigroup Global Markets Inc.

Nomura Code Securities Limited

GMAC Mortgage Corporation

GMAC Institutional Advisors, LLC

GMAC Commercial Mortgage Bank

GMAC Commercial Mortgage Bank Europe, PLC

Dallas County Local Workforce Board

Goldman, Sachs & Co.

Bank of New York

Hicks, John C.[2]

Hicks, John Maynard[3]

Knickerbocker Properties, Inc. XXIV

An affiliate of AMEX Transport, Inc.:
   American Iron Oxide Company, aka AMROX

IKON Office Solutions, Inc.

Lowenstein Sandler, PC

Regions Bank

Wells Fargo Investment Group

Harris County

Scott Morris

Bryan Cave LLP

Cingular Wireless Services, LLC

AT&T Enterprise Services, Inc.

Countrywide Credit Industries Inc.

## Largest Shareholders of New Century Financial Corporation

Morgan Stanley

## Professionals

---

[2] On the Creditors Mailing Matrix, a creditor was listed as "John Hicks" without an accompanying listed address. As a result, K&L Gates was not able to verify with certainty whether this particular creditor is represented by K&L Gates. In an abundance of caution, however, K&L Gates has included the two names that may indicate representation.
[3] See footnote 3.

Heller Ehrman White & McAuliffe, LLP

Lazard Freres & Co. LLC

O'Melveny & Myers LLP

Skadden, Arps, Slate, Meagher & Flom

Certain individual partners at PriceWaterhouseCoopers

# EXHIBIT E

# EXHIBIT E

## Former Clients

### UCC-1 Parties

An affiliate of Morgan Stanley:
    Dean Witter Reynolds Inc.

GMAC Commercial Mortgage Corporation

Gemini Securitization Corp

### Unsecured Creditors[1]

Deutsche Asset Management, Inc.

Citibank N.A. Global Transaction

Citibank Global Markets Asia Limited

Newport Diversified Fund, Ltd

Newport Sierra Fund, LLC

Newport Sequoia Fund LLC

Newport Cascade Fund, LLC

Suntrust Mortgage Corp.

NOMURA Asset Capital & Credit Inc.

Pepper Hamilton LLP

Cingular Wireless Services, Inc.

CB Richard Ellis/Pittsburgh

UBS International Inc.

---

[1] This list of unsecured creditors includes certain UCC-1 Parties. This list was compiled from both the List of Potential Parties provided by the United States Trustee along with the Creditors Mailing Matrix.

UBS Financial Services, Inc.

UBS Fund Services (Cayman) Ltd.

Montgomery County, Maryland

### Largest Shareholders of New Century Financial Corporation

Einhorn Family Charitable Trust[2]

### Debtors

New Century Mortgage Corporation

New Century Financial Corporation

---

[2] In 2006, PGE provided tax and foundation structuring advice to the Einhorn Family Charitable Trust of which David Einhorn, a shareholder of New Century Financial Corporation, is a trustee. K&L Gates is not presently performing any services for the Einhorn Family Charitable Trust and does not represent David Einhorn or Greenlight Capital LLC. K&L Gates is not aware that the Einhorn Family Charitable Trust is a shareholder of New Century Financial Corporation.