UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  | : |  |
|---|---|---|
| *In re* | : | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, | : | |
|   INC., a Delaware corporation, *et al.*,[1] | : | Case Number 07-10416 (KJC) |
|     Debtors. | : | (Jointly Administered) |

**Related to Docket Entry # \_\_\_\_\_**

## <u>ORDER APPROVING APPOINTMENT OF EXAMINER</u>

The Court having considered the United States Trustee's application for approval of the

appointment of Michael J. Missal, Esquire as Examiner in the above-captioned cases, it is hereby

ORDERED that the appointment is APPROVED.

**BY THE COURT:**

_____

**The Honorable Kevin J. Carey**
**United States Bankruptcy Judge**

**Date: June \_\_\_\_\_, 2007**

---

[1]

    The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.