IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**VERIFIED STATEMENT OF ROSENTHAL, MONHAIT & GODDESS, P.A.
PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE CONCERNING REPRESENTATION OF MULTIPLE CREDITORS**

ROSENTHAL, MONHAIT & GODDESS, P.A., ("Rosenthal") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, files this statement in connection with its representation of multiple creditors in the above captioned Debtor's case, and respectfully states as follows:

1) Names and Addresses of Creditors Represented by Rosenthal

   A. Kodiak Funding LP, and Kodiak CDO I, Ltd.
      2107 Wilson Boulevard
      Arlington, VA 22201

   B. Wells Fargo Bank, N.A., as Indenture Trustee
      MAC N9311-110
      625 Marquette Avenue
      Minneapolis, MN 55479

2) The Nature and Amount of the Claims of the Parties in Interest and Times of Acquisition Thereof

   a. Kodiak Funding LP, and Kodiak CDO I, Ltd. ("Kodiak"), are creditors in this Chapter 11 case having provided Debtors a total of $85 million in financing in two transactions that closed, respectively, in September and November 2006.

   b. Wells Fargo Bank, N.A. ("Wells Fargo"), is the Trustee under certain Indentures that are part of the financing vehicles by which Kodiak lent money to the Debtors.

3) <u>Pertinent Facts and Circumstances in Connection with the Employment of Rosenthal</u>

The Creditors each approached Rosenthal requesting representation in connection with the Debtors' bankruptcy case.

4) <u>Claims or Interests Owned by Rosenthal</u>

Rosenthal does not now nor has it ever previously owned, any claims against or interests in the Debtors.

Respectfully submitted, this 5th day of June, 2007.

        **ROSENTHAL, MONHAIT & GODDESS, P.A.**

        */s/ Norman M. Monhait*
        Norman M. Monhait (I.D.No. 1040)
        919 North Market Street, Suite 1401
        Wilmington, DE 19801
        Tel:  (302) 656-4433
        Fax:  (302) 658-7567