## CERTIFICATE OF SERVICE

I, Norman M. Monhait, hereby certify that on this 5th day of June, 2007, I caused a copy of

the foregoing to be served electronically to all subscribers of CM/ECF in this case and upon the

following by first class mail:

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

Mark D. Collins, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street
Wilmington, DE 19801

David W. Wirt, Esquire
Matthew Botica, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL

James S. Carr, Esquire
David E. Retter, Esquire
Jonathan Hook, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Norman M. Monhait