# EXHIBIT 1

George Cretella, Esq.
20 Cambridge Drive, Suite C
Aberdeen, NJ 07747
(732) 290-7600

| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE |
|---|---|
| | CASE NO. 07-10416KJC |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al. | Jointly Administered |
| Debtor(s) | CHAPTER 11 |
| Debtor(s) | |

## AFFIDAVIT OR ORDINARY COURSE PROFESSIONAL

STATE OF NEW JERSEY    )
                       ) SS:
COUNTY OF MONMOUTH     )

1. I am attorney at law George Cretella, Esq., (the "Firm"), which maintains offices at 20 Cambridge Drive, Aberdeen, New Jersey.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about May 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of thee chapter 11 cases.

3. Prior to the filing of the petitions which initiated the above-captioned case, the Firm has represented and advised the Debtors as foreclosure counsel. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the curse of these chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time, are $150.00 to $200.00 per hour. In the normal course of its business, the Firm revises its billing rates on January 1 of each year and requests that effective January 1, 2009 of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firms' present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connections(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

There are no conflicts.

The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from he Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. section 504(b).

7. Neither I nor any principal, partner, director, officer, etc, of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

8. Prior to the filing of the above-captioned cases, the Firm was employed by the Debtors. The Debtors owe the Firm approximately $50,000.00 for prepetition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professional order, the Firm WILL NOT waive the pre-petition claim.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein the Firm will supplement the information contained in this Affidavit.

10. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. section 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2007

_____
Affiant

Sworn to and subscribed before me
This 4 day of June 2007

_Susan Plumacker_
Notary Public

SUSAN PLUMACKER
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 7/12/2009