## **EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          :    Chapter 11
                                                :
NEW CENTURY TRS HOLDINGS,                       :    Case No. 07-10416 (KJC)
INC., a Delaware corporation, et al.,[1]        :
                                                :    Jointly Administered
                                                :
              Debtors.                          :

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF Virginia        )
                         )  ss:
COUNTY OF Loudoun        )

James E. Clarke, being duly sworn, deposes and says:

1. I am a the Director of the Legal Department of Draper & Goldberg, PLLC., (the "Firm"), which maintains offices at 803 Sycolin Road, Suite 301, Leesburg, Virginia, 20175.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about May 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors")

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp, a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors as foreclosure and bankruptcy Counsel. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time, are Fannie Mae / Freddie Mac fee schedules in addition to VA and FHA fee schedule with our hourly rate being set as $195.00 / $225.00. In the normal course of its business, the Firm revises its billing rates on as revised by Fannie Mae, Freddie Mac, VA and FHA or on January 1st of each year and requests that, effective upon such revisions or on January 1st of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

### [DISCLOSE CONNECTIONS HERE]

The Firm may have performed services in the past, may currently perform services, and may

perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

8. Prior to the filing of the above-captioned cases, the Firm was employed by the Debtors. The Debtors owe the Firm ONE HUNDRED NINETEEN THOUSAND SIX HUNDRED FOURTEEN AND 68/100 ($119,614.68) as of April 2nd, 2007 for pre-petition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm will not waive the pre-petition claim.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

10. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2007

_____
Affiant

Sworn to and subscribed before me
this 5 day of June, 2007

_____
Notary Public

NICOLE BECKER
NOTARY PUBLIC
COMMONWEALTH
OF VIRGINIA
My Commission Expires
May 31, 2009

## List of Potential Parties-in-Interest for New Century TRS Holdings, Inc., et al.

### UCC-1 Parties

|    | |
|----|--|
|    | Access Investments II, LLC |
|    | Ameritech Credit Corporation |
|    | Aspen Funding Corp |
|    | Bank Leumi Leasing Corporation |
| ** | Bank of America, NA |
|    | Bank of the West |
|    | Barclays Bank, PLC |
|    | Carrington Mortgage Credit Fund I, LP |
|    | CDC Mortgage Capital Inc. |
|    | Charter One Vendor Finance LLC |
|    | CIT Communications Finance Corporation |
|    | Citigroup Global Markets Realty Corp. |
|    | Consultants Group Commercial Funding Corp. |
| ** | Countrywide Home Loans, Inc. |
|    | Credit Suisse First Boston Mortgage Capital LLC |
|    | DB Structured Products, Inc |
| ** | Deutsche Bank Trust Company Americas |
| ** | Federal National Mortgage Association |
|    | Galleon Capital Corp |
|    | Gemini Securitization Corp., LLC |
|    | General Electric Capital Corporation |
|    | GMAC Commercial Financial LLC |
|    | Goldman Sachs Mortgage Company |
|    | Greenwich Capital Financial Products, Inc. |
|    | Guaranty Bank |
|    | Heineman, Dale Scott |
|    | IOS Capital |
|    | IXIS Real Estate Capital Inc |
|    | Johnson, Kurt F. |
|    | Mission Center Partners |
|    | Morgan Stanley Mortgage Capital Inc. |
|    | NC Capital Corporation |
|    | New Century Funding A |
|    | New Century Funding I |
|    | New Century Mortgage Securities Inc. |
|    | Newport Funding Group |
|    | PFE International Inc. |
|    | Ropes & Gray LLP |
|    | St. Andrew Funding Turst c/o New Century Mortgage |
|    | State Street Global Markets |
|    | Sterling Bank |
|    | The CIT Group/Equipment Financing |

|    |                                          |
|----|------------------------------------------|
|    | U.S. Bancorp Equipment Finance, Inc.     |
| ** | U.S. Bank National Association           |
|    | UBS Real Estate Securities Inc.          |
|    | United California Capital                |
|    | Whitwood, Jason Allen                    |

## 50 Largest Unsecured Creditors [1]

|     |                                                      |
|-----|------------------------------------------------------|
|     | Adteractive                                          |
|     | Affiliated Computer Services                         |
|     | Alaska Seaboard Partners Limited Partnership         |
|     | Aspen Funding Corp.                                  |
|     | Assurant Specialty Property Insurance                |
| **  | Aurora Loan Services                                 |
| **  | Bank of America, N.A.                                |
|     | Barclays Bank PLC                                    |
|     | Carrington Securities, LP                            |
|     | Catarina Mortgage Services Inc.                      |
|     | ChoicePoint Precision Marketing                      |
|     | Citigroup Global Markets Realty Corp.                |
| **  | Countrywide                                          |
|     | Credit Suisse First Boston Mortgage Capital LLC      |
|     | Credit-Based Asset Servicing and Securitization LLC  |
|     | DB Structured Products, Inc.                         |
| **  | Deutsche Bank                                        |
| **  | EMC Mortgage Corporation                             |
|     | Fiserv CCS                                           |
|     | Galleon Capital Corporation                          |
|     | Gemini Securitization Corp., LLC                     |
|     | General Electric Capital Corporation                 |
|     | GMAC Commercial Finance, LLC                         |
|     | Goldman Sachs Mortgage Company                       |
|     | Greenwich Capital Financial Products, Inc.           |
|     | Guaranty Bank                                        |
|     | Harbor Asset Management Services                     |
|     | HSBC Bank USA, N.A.                                  |
| **  | INDY MAC Bank, FSB                                   |
|     | IXIS Real Estate Capital, Inc.                       |
| **  | JP Morgan Chase Bank, NA                             |
|     | Lehman Brothers Bank FSB                             |
|     | Low.com                                              |
|     | Lowermybills.com                                     |
|     | Morgan Stanley Mortgage Capital Inc.                 |
|     | National Field Representatives                       |

---

[1] Includes certain UCC-1 Parties

NC_ Conflict List M DOC  2
RLF1-3136136-1

Newport Funding Corp.
Nextag
NOMURA Securities
Pricewaterhouse Coopers LLP
Residential Funding Corporation
SG Mortgage Finance Corp
Sheffield Receivables Corporation
Sprint
State Street Global Markets, LLC
Suntrust
System Source, Inc.
Tucson Funding LLC
UBS Real Estate Securities Inc
** Washington Mutual Bank, FA

## Largest Shareholders of New Century Financial Corporation[2]

Greenlight Capital LLC
David Einhorn
Morgan Stanley
Morgan Stanley Capital Services
Hotchkis and Wiley Capital Management LLC

## Directors and Senior Employees

Alexander, Marilyn A.
Bilotta, Frank
Bindra, Taj S.
Black, Harold A.
Cimino, Richard
Clifford, Leigh Ann
Cloyd, Kevin
Cole, Robert K.
Dodge, Patti
Eckroth, Joseph
Fleig, David
Forster, Fredric J.
Garday, Louis
Gotschall, Edward
Haines, Eric
Jewett, Jennifer
Kenneally, David
Lambert, Robert
Lange, Donald E.

---

[2] These individuals and entities directly or indirectly own more than 5% of the shares of New Century Financial Corporation.

Loewenthal, Marc
McCarthy, Monika L.
Mcola, Anthony
Morrice, Brad A.
Sachs, Michael M.
Theologides, Stergios
Threadgill, Jonathan
Tortorelli, Joseph
Wolf, Colleen
Zalle, Paul
Zona, Richard A.

**Professionals**

AlixPartners LLP (crisis managers)
Allen Matkins Leck Gamble Mallory & Natsis LLP (special financing counsel)
Heller Ehrman LLP (counsel to audit committee)
Lazard Freres & Co. LLC (investment banker)
O'Melveny & Myers LLP (debtors' counsel)
Richards Layton & Finger, P.A. (Delaware debtors' counsel)
Skadden, Arps, Slate, Meagher & Flom (special regulatory counsel)
Thatcher Proffit (special securitization counsel)
Xroads Case Management Services, LLC (claims and noticing agent)

**Debtors**

New Century Financial Corporation, a Maryland corporation
New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation
\*\* New Century Mortgage Corporation, a California corporation
NC Capital Corporation, a California corporation
Home123 Corporation, a California corporation
New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation
NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership
NC Residual III Corporation, a Delaware corporation
NC Residual IV Corporation, a Delaware corporation
New Century R.E.O. Corp., a California corporation
New Century R.E.O. II Corp., a California corporation
New Century R.E.O. III Corp., a California corporation
New Century Mortgage Ventures, LLC, a Delaware corporation
NC Deltex, LLC, a Delaware corporation
NCORAL, L.P., a Delaware limited partnership

** Current clients of Draper & Goldberg, PLLC