**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,** | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |

### AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

| | | |
|---|---|---|
| STATE OF VIRGINIA | ) | |
| | ) | ss: |
| CITY OF VIRGINIA BEACH | ) | |

Peter S Lake, being duly sworn, deposes and says:

    1    I am a shareholder of McKenry, Dancigers, Dawson & Lake, P C (the "Firm"), which maintains offices at 192 Ballard Court, Suite 400, Virginia Beach, Virginia  23462

    2    This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about May 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases

    3    Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors as to foreclosure and bankruptcy matters  The

---

[1] The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc ), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan com, Anyloan com) a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R E O Corp , a California corporation; New Century R E O II Corp , a California corporation; New Century R E O III Corp , a California corporation; New Century Mortgage Ventures  LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, L L C  a Delaware limited liability company; NCoral  L P , a Delaware limited partnership.

Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time, are stated on Exhibit "A" which is attached.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

### NO CONNECTIONS TO DISCLOSE

The firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees or agents of the Firm, as permitted by 11 U.S.C. § 504(b).

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

8       Prior to the filing of the above-captioned cases, the firm was employed by the

Debtors    The Debtors owe the Firm $ 32,351.87_____ (please see Exhibit "B" for a more

detailed explanation) for prepetition services.    If the Firm's employment is authorized pursuant to

the Ordinary Course Professionals order, the Firm **WILL NOT** waive the pre-petition claim.

9.      The Firm is conducting further inquiries regarding its retention by any

creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion

of that inquiry, or at any time during the period of its employment, if the Firm should discover any

facts bearing on the matters described herein, the Firm will supplement the information contained

in this Affidavit.

10.     I understand that any compensation paid to the Firm is subject to disallowance

and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2007.

_____
Affiant

Sworn to and subscribed before me
this 5th day of June, 2007



Notary Public

### New Century Mortgage Corporation

### Bankruptcy Fees

| | |
|---|---|
| Proof of Claim only | $150 00 |
| Amended Proof of Claim | $150 00 |
| Plan Review | No Charge |
| Objection to Confirmation of Plan | $450 00 |
| Motion for Relief from Stay | $650 00 + $150 00 filing fee |
| Additional Hearing | Hourly |
| Hourly Rate | $145 00 |
| Default Letter | $ 75 00 |
| APO | $650 00 + $150 00 filing fee |
| Cost for Obtaining Documents | $125 00 + copy charge |
| Reaffirmation Agreement | $350 00 |

### Foreclosure Fees

| | |
|---|---|
| Foreclosure fee | $600 00 |
| Assignment(s) | $ 75 00 |
| Title Claim(s) | $120 00 |



EXHIBIT

"_A_"

## New Century Mortgage Corporation

### Bankruptcy Fees

| | |
|---|---|
| 5/11/07 | $   450 00 |
| 1/10/06 | $   650 00 |
| 1/10/06 | $   150 00 |
| 2/8/06 | $    25 00 |
| 2/23/06 | $   150 00 |
| 6/13/06 | $   150 00 |
| 6/13/06 | $   650 00 |
| 12/7/06 | $    75 00 |
| 9/15/06 | $   450 00 |
| 1/19/07 | $    25 00 |
| 6/9/06 | $   500 00 |
| 6/7/06 | $    25 00 |
| 6/12/06 | $   150 00 |
| 8/16/06 | $   150 00 |
| 6/28/05 | $   150 00 |
| 9/26/06 | $    25 00 |
| 10/5/06 | $   650 00 |
| 10/11/06 | $   150 00 |
| 3/11/05 | $   350 00 |
| 3/15/05 | $    87 00 |
| | ------------ |
| | $5,012 00 |
| | ========= |

EXHIBIT

_ B _

## New Century Mortgage Corporation

### Foreclosure Fees

| | |
|---|---|
| 3/22/07 | $    600.00 |
| 4/3/07 | $    310.00 |
| 5/1/07 | $    591.48 |
| 5/18/07 | $1,503.83 |
| 5/21/07 | $    266.00 |
| 5/21/07 | $1,096.91 |
| 5/21/07 | $1,557.42 |
| | |
| 4/5/07 | $    600.00 |
| 5/1/07 | $    367.00 |
| 5/9/07 | $    290.36 |
| 5/30/07 | $    544.33 |
| 5/30/07 | $    266.00 |
| 5/30/07 | $    309.85 |
| 5/30/07 | $2,126.52 |
| | |
| 3/13/07 | $    600.00 |
| 3/27/07 | $    285.00 |
| 3/29/07 | $    120.00 |
| | |
| 3/23/07 | $    600.00 |
| 4/23/07 | $    323.00 |
| 5/11/07 | $    407.28 |
| 5/25/07 | $1,709.17 |
| 5/30/07 | $    366.00 |
| 5/30/07 | $1,767.25 |
| | |
| 12/21/06 | $    600.00 |
| 1/3/07 | $    288.00 |
| 1/3/07 | $     75.00 |
| | |
| 3/8/07 | $    263.00 |
| | |
| 1/29/07 | $    290.00 |
| 1/29/07 | $    600.00 |
| 1/29/07 | $     75.00 |
| 3/29/07 | $    600.00 |
| 4/5/07 | $    288.00 |
| 4/5/07 | $     75.00 |
| 5/1/07 | $    490.42 |

**New Century Mortgage Corporation**

**Foreclosure Fees** (continued)

| | |
|---|---|
| 12/6/06 | $  595 35 |
| 3/22/07 | $  600 00 |
| 4/26/07 | $  284 00 |
| 5/2/07 | $   75 00 |
| 5/9/07 | $  660 00 |
| 2/28/07 | $  600 00 |
| 3/6/07 | $  329.00 |
| 4/2/07 | $  232.20 |
| 5/28/07 | $  232 20 |
| 1/11/07 | $  600 00 |
| 1/19/07 | $  315 00 |
| 2/2/07 | $  621 21 |
| 5/31/07 | $  641 21 |
| 4/30/07 | $  219 30 |
| 5/18/07 | $  615 83 |
| 5/21/07 | $  266 00 |
| 5/21/07 | $  201 75 |
| | -------------- |
| | **$27,339.87** |