IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC.,** a Delaware corporation, et al.,[1] | : | **Case No. 07-10416 (KJC)** |
| | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | : |
| | : SS. |
| NEW CASTLE COUNTY | : |

Cathy M. Greer, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 16th day of May, 2007, she caused a copy of the following to be served as indicated on the attached list:

*Notice of Agenda of Matters Scheduled for Hearing on May 18, 2007 at 10:00 a.m..*
*[Docket No. 711]*

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

RLF1-3160902-1

_____
Cathy M. Greer
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 5th day of June, 2007.

_____
Notary Public

LINDA M. ANDERSON
Notary Public – State of Delaware
My Comm. Expires June 30, 2010

**NEW CENTURY TRS HOLDINGS, INC.**
**CASE NO. 07-10416 (KJC)**

VIA FACSIMILE

|   | TO | COMPANY | PHONE # | FAX # |
|---|----|---------|---------|-------|
| 1 | Mark Browning<br>Assistant Attorney General | Bankruptcy & Collections Division - Office of the Texas Attorney General | 248-566-8416 | 248-566-8417 |
| 2 | Michael S. Etkin<br>Ira M. Levee | Lowenstein Sandler PC | 973-597-2500 | 973-597-2400 |
| 3 | Salvatore J. Graziano | Bernstein Litowitz Berger & Grossmann LLP | 212-554-1400 | 212-554-1444 |
| 4 | Blair A. Nicholas | Bernstein Litowitz Berger & Grossmann LLP | 858-793-0070 | 858-793-0323 |
| 5 | Francis A. Monaco, Jr. | Monzack and Monaco, P.A. | 302-656-8162 | 302-656-2769 |
| 6 | Richard M. Beck<br>Michael W. Yurkewicz | Klehr, Harrison, Harvey, Branzburg & Ellers, LLP | 302-426-1189 | 302-426-9193 |
| 7 | Thomas S. Kiriakos<br>Sean T. Scott | Mayer, Brown, Rowe & Maw LLP | 312-782-0600 | 301-701-7711 |
| 8 | Steven K. Kortanek | Womble Carlyle Sandridge & Rice, PLLC | 302-252-4363 | 302-661-7728 |
| 9 | Bonnie Glantz Fatell | Blank Rome LLP | 302-425-6400 | 302-425-6464 |
| 10 | Mark S. Indelicato<br>Mark T. Power<br>Jeffrey L. Schwartz | Hahn & Hessen LLP | 212-478-7200 | 212-478-7400 |
| 11 | J.R. Smith<br>Jason W. Harbour | Hunton & Williams LLP | 804-788-8200 | |
| 12 | Michael Busenkell | Eckert, Seamans, Cherin & Mellot, LLC | 302-425-0430 | 302-425-0432 |
| 13 | Joseph Grey | Stevens & Lee, P.C. | 302-654-5180 | 302-654-5181 |
| 14 | John A. Vos | | 415-485-5330 | |
| 15 | Adam G. Landis | Landis Rath & Cobb LLP | (302) 467-4400 | (302) 467-4450 |
| 16 | Robert M. Dombroff | Bingham McCutchen LLP | 212-705-7000 | 212-752-5378 |

RLF1-3152695-1

|    | TO | COMPANY | PHONE # | FAX # |
|----|---|---|---|---|
|    | Steven Wilamowsky | | | |
| 17 | Andrew J. Gallo | Bingham McCutchen LLP | 617-951-8000 | 617-951-8736 |
| 18 | Richard H. Agins | Bingham McCutchen LLP | 860-240-2700 | 860-240-2800 |
| 19 | Robert S. Brady | Young Conaway Stargatt & Taylor, LLP | 302-571-6600 | 302-571-1253 |
| 20 | Andrea Sheehan | Law Offices of Robert E. Luna, PC | 214-521-8000 | 214-521-1738 |
| 21 | Brian D. Womac<br>Denise H. Mitchell | Womac & Associates | 713-751-9200 | 713-751-0808 |
| 22 | Michael R. Nestor | Young Conaway Stargatt & Taylor, LLP | 302-571-6600 | 302-571-1253 |
| 23 | David I. Swan<br>Kenneth M. Misken | McGuire Woods LLP | 703-712-5000 | 703-712-5050 |
| 24 | Ellen W. Slights | U.S. Attorney's Office | | |
| 25 | Nathan Fuchs | Securities & Exchange Commission | | |
| 26 | Joseph J. McMahon, Jr. | Office of the United States Trustee | 302-573-6491 | 302-573-6497 |
| 27 | Mark D. Collins<br>Michael J. Merchant | Richards, Layton & Finger, P.A. | | |
| 28 | William P. Bowden<br>Gregory A. Taylor | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| 29 | Richard A. Chesley<br>Kimberly D. Newmarch | Paul, Hastings, Janofsy & Walker LLP | 312-499-6000 | 312-499-6100 |
| 30 | Keith W. Miller<br>James R. Bliss | Paul, Hastings, Janofsky & Walker LLP | 212-318-6000 | 212-319-4090 |
| 31 | Elizabeth Banda | Perdue, Brandon, Fielder, Collins & Mott, LLP | 817-461-3344 | 817-860-6509 |

| | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
| 32 | Laura Davis Jones<br>Timothy P. Cairns | Pachulski Stang Ziehl Young Jones & Weintraub LLP | 302.652.4100 | 302.652.4400 |
| 33 | Bennet L. Spiegel<br>Shirley S. Cho | Kirkland & Ellis LLP | 213-680-8400 | 231-680-8500 |
| 34 | Alberto P. Gonzalez<br>U.S. Attorney General | U.S. Department of Justice | | |
| 35 | Delaware Secretary of State | Division of Corporations Franchise Tax Division | | |
| 36 | Internal Revenue Service | Insolvency Section | | |
| 37 | Division of Unemployment Insurance | Department of Labor | | |
| 38 | Securities & Exchange Commission | | | |
| 39 | | Secretary of the Treasury | | |
| 40 | Gregory M. Petrick<br>Angela Somers | Cadwalader, Wickersham & Taft LLP | 212-504-6000 | 212-504-6666 |
| 41 | Neil B. Glassman<br>Steven M. Yoder | The Bayard Firm | 302-655-5000 | 302-658-6395 |
| 42 | Richard J. Reynolds | Turner, Reynolds, Greco & O'Hara | 949-474-6900 | 949-474-6907 |
| 43 | Raniero D'Aversa, Jr.<br>Laura D. Metzger | Mayer, Brown, Rowe & Maw LLP | 212-506-2500 | 212-262-1910 |
| 44 | Joanne B. Wills<br>Michael W. Yurkewicz | Klehr, Harrison, Harvey, Branzburg & Ellers LLP | 302-426-1189 | 302-426-9193 |
| 45 | Mitchell W. Katz | Qwest Legal Department | 303-383-6481 | 303-383-8527 |
| 46 | David H. Zielke | Washington Mutual | 206-500-4352 | 206-377-2236 |
| 47 | Karen C. Bifferato | Connolly Bove Lodge & | 302-658-9141 | 302-658-0380 |

|    | TO | COMPANY | PHONE # | FAX # |
|----|----|---------|---------|-------|
|    | Marc J. Phillips | Hutz LLP |  |  |
| 48 |  | IKON Office Solutions Recovery & Bankruptcy |  |  |
| 49 | David G. Aelvoet | Linebarger Goggan Blair & Sampson LLP | 210-225-6763 | 210-226-4308 |
| 50 | James R. Savin<br>David M. Dunn<br>Joanna F. Newdeck | Akin Gump Strauss Hauer & Feld LLP | 202-887-4000 | 202-887-4288 |
| 51 | Julie A. Manning | Shipman & Goodwin LLP | 860-251-5613 |  |
| 52 | Matthew J. Lampke<br>Assistant Chief | Ohio Attorney General's Office/Executive Agencies Section | 614-466-8569 | 866-403-3979 |
| 53 | Megan E. Cleghorn | Skadden, Arps, Slate, Meagher & Flom LLP | 302-651-3000 | 302-651-3001 |
| 54 | Robert P. Gates | Erskine & Tulley | 415-392-5431 | 415-392-1978 |
| 55 | David A. Meskan | 500 Eagles Landing, LLC | 415-441-3120 | 415-441-3120 |
| 56 |  |  |  |  |
| 57 | Sheryl L. Moreau<br>Special Assistant Attorney General | Missouri Department of Revenue | 573-751-5531 | 573-751-7232 |
| 58 | Mark H. Ralston<br><br>Davor Rukavina | Munsch Hardt Kopf & Harr, P.C. | 214-855-7500 | 214-978-4376 |
| 59 | Daniel K. Astin<br>Anthony M. Saccullo | Fox Rothschild LLP | 302-654-7444 | 302-656-8920 |
| 60 | Diane W. Sanders | Linebarger Goggan Blair & Sampson, LLP | 512-447-6675 | 512-443-5114 |
| 61 | Michael G. Gallerizzo<br>David V. Fontana | Gebhart & Smith LLP | 302-656-9002 | 302-429-5953 |
| 62 | Robert F. Reynolds | Slatkin & Reynolds, P.A. | 954-745-5880 | 954-745-5890 |

| | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
| 63 | Brian A. Sullivan<br>Amy D. Brown | Werb & Sullivan | 302-652-1100 | 302-652-1111 |
| 64 | Ken Coleman | Allen & Overy LLP | 212-610-6434 | 212-610-6399 |
| 65 | D.J. Baker<br>Rosalie W. Gray | Skadden, Arps, Slate, Meagher & Flom LLP | 212-735-3000 | 212-732-2000 |
| 66 | Mark Manski | Barclays Bank PLC | | |
| 67 | Christopher D. Loizides | Loizides, P.A. | 302-654-0248 | 302-654-0728 |
| 68 | Robert Goodrich | Stites & Harison, PLLC | 615-782-2231 | 615-742-4126 |
| 69 | Richard M. Beck<br>Christopher A. Ward | Klehr, Harrison, Harvey, Branzburg & Ellers, LLP | 302-426-1189 | 302-426-9193 |
| 70 | Randall S. Leff<br>Eric M. Heller | Ervin Cohen & Jessup LLP | 310-723-6333 | 310-859-2325 |
| 71 | Richard S. Cobb<br>Matthew B. McGuire | Landis Rath & Cobb LLP | 302-467-4400 | 302-467-4450 |
| 72 | Sari E. Meador | Delinquency and Enforcement/Office of Joe G. Tedder, CFC Tax Collector for Polk County, Florida | 863-534-4746 | 863-534-4741 |
| 73 | Felix A. Seidler | Reeves & Seidler | 510-521-8111 | 510-521-3895 |
| 74 | Seth R. Weissman<br>V.P. & General Counsel | Coremetrics, Inc. | 650-762-1465 | 650-762-1461 |
| 75 | Jeffrey C. Wisler | Connolly Bove Lodge & Hutz LLP | 302-658-9141 | 302-658-0380 |
| 76 | Marc J. Phillips | Connolly Bove Lodge & Hutz LLP | 302-658-9141 | 302-658-0380 |
| 77 | Bruce Gordon | IBM Credit LLC | | |
| 78 | Gregg S. Kleiner | Cooley Godward Kronish | 415-693-2000 | 415-693-2222 |

RLF1-3152695-1

|    | TO | COMPANY | PHONE # | FAX # |
|----|----|---------|---------|-------|
|    |    | LLP     |         |       |
| 79 | Robert E. Greenberg | Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC | 202-872-0800 | 202-857-8343 |
| 80 | Bryn H. Sherman | Deckelbaum Ogens & Raftery, Chtd. | 301-961-9200 | |
| 81 | Madeleine C. Wanslee | Gust Rosenfeld PLC | 602-257-7430 | 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 |
| 82 | Leo D. Plotkin | Levy, Small & Lallas | 310-471-3000 | 310-471-7990 |
| 83 | Charlene D. Davis | The Bayard Firm | 302-655-5000 | 302-658-6395 |
| 84 | William F. Taylor, Jr. Katherine L. Mayer | McCarter & English, LLP | 302-984-6300 | 302-984-6399 |
| 85 |    |         |         |       |
| 86 |    |         |         |       |
| 87 | Evelyn J. Meltzer | Pepper Hamilton LLP | 302-777-6500 | 302-421-8390 |
| 88 | Michael Reed | McCreary, Veselka, Bragg & Allen, P.C. | 512-323-3200 | |
| 89 | Gilbert B. Weisman | Becket and Lee LLP | 610-644-7800 | 610-993-8493 |
| 90 | James E. Huggett | Margolis Edelstein | 302-777-4680 | 302-777-4682 |
| 91 | Mary E. Olsen M. Vance McCrary J. Cecil Gardner | The Gardner Firm, P.C. | 251-433-8100 | 251-433-8181 |
| 92 | John J. Arminas | Goldberg, Kamin & Garvin | 412-281-1119 | 412-281-1121 |
| 93 | Lisa C. McLaughlin | Phillips, Goldman & Spence, P.A. | 302-655-4200 | 302-655-4210 |
| 94 | Carlos G. Manalansan | Wolff & Samson, PC | 973-530-2106 | 973-530-2306 |
| 95 | Elihu E. Allinson, III William D. Sullivan | William D. Sullivan, LLC | 302-428-8191 | 302-428-8195 |

|  | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
| 96 | Michael R. Lastowski Christopher M. Lastowski | Duane Morris LLP | 302-657-4900 | 302-651-4901 |
| 97 | Frank F McGinn | Bartlett Hackett Feinberg P.C. | 617-422-0200 | 617-422-0383 |
| 98 | Richard F. Martin |  |  |  |
| 99 | Daniel T. Powers | Chatham County Tax Commissioner | 912-652-7110 | 912-652-7101 |
| 100 | Amish R. Doshi | Day Pitney LLP | 212-297-5828 | 212-916-2940 |
| 101 | Gretchen Crawford | Oklahoma County Treasurer | 405-713-1685 |  |
| 102 | Mark Lee | Contrarian Capital Management, L.L.C. | 203-862-8203 | 203-629-1977 |
| 103 | Donald A. Workman | Baker & Hostetler LLP | 202-861-1500 | 202-861-1783 |
| 104 | Nancy Hotchkiss | Trainor Fairbrook | 916-929-7000 | 916-929-7111 |
| 105 | Don C. Sherwood | Sherwood and Hardgrove | 310-826-2625 | 310-826-6055 |
| 106 | Sheldon I. Hirshon | Proskauer Rose LLP | 212.969.3000 | 212.969.2900 |
| 107 | A. Michelle Hart | McCalla Raymer, LLC | 770-643-7200 | 770-643-4176 |
| 108 | Steven H. Newman | Katsy Korins LLP | 212-953-6000 |  |
| 109 | John P. Dillman | Linebarger Goggan Blair & Sampson, LLP | 713-844-3478 | 713-844-3503 |
| 110 | Andrew C. Kassner Howard A. Cohen | Drinker Biddle & Reath LLP | 302-467-4213 | 302-467-4201 |
| 111 | William A. Hazeltine | Law Offices of William A. Hazeltine LLC | 302-652-1146 | 302-351-3308 |
| 112 | Joseph D. Frank | Frank/Gecker LLP | 312-276-1400 | 312-276-0035 |
| 113 | Larry Thomas | Integrated Payment Systems, Inc. | 720-332-3871 | 954-825-4206 |

RLF1-3152695-1

| | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
| 114 | Sherry D. Lowe | Lamm Rubenstone Lesavoy Butz & David LLC | 215-638-9330 | 215-638-2867 |
| 115 | Dennis Ahlers | Eschelon Telecom, Inc. | 612-436-6249 | 612-436-6349 |
| 116 | Richard M. Lucas Charles A. Malloy | Arnold & Potter | 202-942-5000 | 202-942-5999 |
| 117 | Joseph H. Smolinsky Douglas E. Deutsch | Chadbourne & Parke LLP | 212-408-5100 | 212-541-5369 |
| 118 | Paul M. Basta Joshua A. Sussberg | Kirkland & Ellis LLP | 212-446-4800 | 212-446-4900 |
| 119 | Marla R. Eskin Mark T. Hurford | Campbell & Levine, LLC | 302-426-1900 | 302-426-9947 |
| 120 | Charles J. Filardi, Jr. | Filardi Law Offices LLC | 203-562-8588 | 866-890-3061 |
| 121 | Patricia B. Tomasco | Brown McCarroll, LLP | 512-472-5456 | 512-479-1101 |
| 122 | Robert J. Dehney Gregory W. Werkheiser Daniel B. Butz | Morris, Nichols, Arsht & Tunnell LLP | 302-658-9200 | 302-658-3989 |
| 123 | Luc A. Despins Wilbur F. Foster | Milbank, Tweed, Hadley & McCloy LLP | 212-530-5000 | 212-530-5219 |
| 124 | Howard R. Hawkins, Jr. | Cadwalader, Wickersham & Taft LLP | 212-504-6000 | 212-504-6666 |
| 125 | Suzzanne S. Uhland Ben H. Logan Victoria Newmark Emily Culler | O'Melveny & Myers LLP | 415-984-8700 | 415-984-8701 |
| 126 | | XRoads Case Management Services | | |
| 127 | Dennis J. Drebsky | Nixon Peabody LLP | 212-940-3000 | 212-940-3111 |
| 128 | Mark N. Berman | Nixon Peabody LLP | 617-345-1000 | 617-345-1300 |

| | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
| 129 | David B. Stratton | Pepper Hamilton LLP | 302-777-6500 | 302-421-8390 |
| 130 | Elizabeth Weller | Linebarger Googan Blair & Sampson, LLP | 214-880-0089 | 214-253-2558 |
| 131 | Ian Connor Bifferato<br>Garvan F. McDaniel | Bifferato Gentilotti LLC | 302-429-1900 | 302-429-8600 |
| 132 | John E. Mitchell | Vinson & Elkins LLP | 214-220-7700 | 214-220-7716 |
| 133 | Kurt F. Gwynne | Reed Smith LLP | 302-778-7500 | 302-778-7575 |
| 134 | Claudia Z. Springer | Reed Smith LLP | 215-851-8100 | 215-851-1420 |
| 135 | Mary F. Caloway<br>Eric Lopez Schnabel | Buchanan Ingersoll & Rooney PC | 302-552-4200 | 302-552-4295 |
| 136 | Chris Lenhart | Dorsey & Whitney LLP | 612-340-2600 | 612-340-2868 |
| 137 | Don A. Beskrone | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| 138 | Frank G. Burt<br>Raul A. Cuervo<br>W. Glenn Merten | Jorden Burt LLP | 202-965-8100 | 202-965-8104 |
| 139 | Scot Freeman<br>Account Resolution | Travelers<br>National Accounts | 860-277-8026 | 860-277-2158 |
| 140 | T. Robert Finlay<br>Donna L. La Porte | Wright, Finlay & Zak, LLP | 949-477-5050 | 949-477-9200 |
| 141 | William G. Malcolm | Malcolm & Cisneros, A Law Corporation | 949-252-9400 | 949-252-1032 |
| 142 | Laurie Selber Silverstein | Potter Anderson & Corroon LLP | 302-984-6000 | 302-658-1192 |
| 143 | Margot B. Schonholtz<br>Mark F. Liscio | Kaye Scholer LLP | 212-836-8000 | 212-836-8689 |
| 144 | Lawrence P. Gottesman<br>Sukyong Suh | Bryan Cave LLP | 212-541-2000 | 212-541-4630 |
| 145 | Katherine M. Windler | Bryan Cave LLP | 310-576-2100 | 310-576-2200 |

|  | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
| 146 | Hernando Azarcon<br>Senior Legal Coordinator | GMAC Commercial Finance LLC | 248-327-9360 | 248-327-9350 |
| 147 | William E. Chipman, Jr. | Edwards Angell Palmer & Dodge LLP | 302-425-7124 | 302-777-7263 |
| 148 | Paul T. Liu<br>John Guerry | Countrywide Home Loans, Inc. | 818-871-6069 | 818-871-4602 |
| 149 | Charles A. Hansen<br>Mark S. Bostick | Wendel, Rosen, Black & Dean LLP | 510-834-6600 | 510-834-1928 |
| 150 | Norman M. Monhait | Rosenthal, Monhait & Goddess, P.A. | 302-656-4433 | 302-658-7567 |
| 151 | Matthew Botica<br>David Wirt<br>Grayson Walter | Winston & Strawn LLP | 312-558-5600 | 312-558-5700 |
| 152 | Glenn M. Reisman |  | 203-944-0401 | 203-225-1244 |
| 153 | Jeffrey I. Golden<br>Hutchison B. Meltzer | Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | 714-966-1000 | 714-966-1002 |
| 154 | Stuart B. Wolfe<br>Yaron Shaham | Wolfe & Wyman LLP | 949-475-9200 | 949-475-9203 |
| 155 | Barry Freeman | Jeffer Mangels Butler & Marmaro, LLP | 310-203-8080 | 310-203-0567 |
| 156 | David M. Poitras | Jeffer Mangels Butler & Marmaro LLP | 310-203-8080 | 310-203-0567 |
| 157 | Diane J. Richey<br>Vice President and Senior Counsel | Union Bank of California | 213-236-5170 | 213-627-1819 |
| 158 | David M. Fournier | Pepper Hamilton LLP | 302-777-6500 | 302-421-8390 |
| 159 | Thomas M. Korsman<br>Vice President | Wells Fargo Bank, N.A. | 612-466-5890 | 866-680-1777 |
| 160 | James S. Carr<br>David Retter<br>Christena A. | Kelley Drye & Warren LLP | 212-808-7800 | 212-808-7897 |

Case 07-10416-BLS    Doc 1127    Filed 06/06/07    Page 13 of 13

|     | TO              | COMPANY               | PHONE #      | FAX #        |
|-----|-----------------|-----------------------|--------------|--------------|
|     | Lambrianakos    |                       |              |              |
| 161 | Robert P. Cocco | Robert P. Cocco, P.C. | 215-351-0200 | 215-922-3874 |
| 162 | Jed Hart        | Angelo, Gordon & Co.  | 212-692-2003 | 212-867-6395 |

RLF1-3152695-1