UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | : Chapter 11 |
|  | : |
| NEW CENTURY TRS HOLDINGS, | : |
| INC., a Delaware corporation, *et al.*,[1] | : |
|  | : Case Number 07-10416 (KJC) |
| Debtors. | : (Jointly Administered) |

### *AMENDED* CERTIFICATE OF SERVICE

I certify that, on June 6, 2007, I caused to be served copies of the following documents via first class United States mail (postage prepaid) to the persons listed on the sheets attached to the original certificate of service, docketed at Entry # 1095. (Note: Those parties in interest that were heard in connection with the form of order directing the appointment of the examiner were also served with the documents via electronic mail on June 5, 2007).

1. Order Denying in Part and Granting in Part Motion of the United States Trustee for an Order Directing the Appointment of a Chapter 11 Trustee or, in the Alternative, an Examiner (Docket Entry # 1023);

2. United States Trustee's Application for Appointment of the Examiner (with attachments); and

3. Notice of Appointment of Examiner.

    /s/ Lauren E. O'Neal
    Lauren E. O'Neal
    Office Automation Assistant

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.