## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   :
                    :   SS.
NEW CASTLE COUNTY   :

        Cathy M. Greer, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 18th day of May, 2007, she caused a copy of the following to be served as indicated on the attached list:

*Notice of Successful Bidder, Sale Hearing and Continuance of Hearing with Respect to*
*Timely Filed Cure Objections Other Than As to Servicing Agreements*
*[Docket No. 768]*

---

1   The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Cathy M. Greer
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 5th day of June, 2007.

Notary Public

LINDA M. ANDERSON
Notary Public - State of Delaware
My Comm. Expires June 30, 2010

NEW CENTURY TRS HOLDINGS, INC.
CASE NO. 07-10416   (KJC)

VIA FACSIMILE

Re: **Notice of Successful Bidder, Sale Hearing and Continuance of Hearing with Respect to Timely Filed Cure Objections Other Than As To Servicing Agreements [Docket No. 768; filed 5/18/07]**

|  | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
| 1 | Michael G. Gallerizzo David V. Fontana | Gebhardt & Smith LLP | 302-656-9002 | 302-429-5953 |
| 2 | Joseph J. McMahon, Jr. | Office of the U.S. Trustee | 302-573-6491 | 302-573-6497 |
| 3 | Peter S. Partee | Hunton & Williams LLP | 212-309-1000 | 212-309-1100 |
| 4 | J.R. Smith Jason Harbour Benjamin C .Ackerly | Hunton & Williams LLP | 804-788-8200 | 804-788-8218 |
| 5 | Michael Busenkell | Eckert, Seamans, Cherin & Mellot, LLC | 302-425-0430 | 302-425-0432 |
| 6 | Marla R. Eskin Mark T. Hurford Kathleen Campbell Davis | Campbell & Levins, LLC | 302-426-1900 | 302-426-9947 |
| 7 | Paul M. Basta | Kirkland & Ellis LLP | 212-446-4800 | 212-446-4900 |
| 8 | David B. Stratton | Pepper Hamilton, LLP | 302-777-6500 | 302-421-8390 |
| 9 | Mark N. Berman | Nixon Peabody LLP | 617-345-1000 | 617-345-1300 |
| 10 | Dennis Drebsky | Nixon Peabody LLP | 212-940-3000 | 212-940-3111 |
| 11 | Steven K. Kortanek | Womble Carlyle Sandridge & Rice, PLLC | 302-252-4363 | 302-661-7728 |
| 12 | Thomas S. Kiriakos Sean T. Scott | Mayer, Brown, Rowe & Maw LLP | 312-701-8310 | 312-706-8482 |
| 13 | Joseph Grey | Stevens & Lee, P.C. | 302-654-5180 | 302-654-5181 |
| 14 | Kenneth E. Aaron | Weir & Partners | 302-652-8181 | 302-652-8909 |
| 15 | Sherry D. Lowe | Lamm Rubenstone Lesavoy Butz & David | 215-638-9330 | 215-638-2867 |

|  | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
|  |  | LLC |  |  |
| 16 | Joseph D. Frank Jeremy C. Kleinman | Frank/Gecker LLP | 312-276-1400 | 312-276-0035 |
| 17 | Richard M. Beck Christopher A. Ward | Klehr, Harrison, Harvey, Branzburg & Ellers, LLP | 302-426-1189 | 302-426-9193 |
| 18 | Randall S. Leff Michael Kogan | Ervin Cohen & Jessup LLP | 310-723-6333 | 310-859-2325 |
| 19 | Robert S. Goldman | Phillips, Goldman & Spence, P.A. | 302-655-4200 | 302-655-4210 |
| 20 | Patrick B. Howell | Whyte Hirschboeck Dudek S.C. | 414-273-2100 | 414-223-5000 |
| 21 | Ian Connor Bifferato Garvan F. McDaniel | Bifferato Gentilotti LLC | 302-429-1900 | 302-429-8600 |
| 22 | John E. Mitchell Richard N. Berberian | Vinson & Elkins L.L.P. | 214-220-7700 | 214-220-7716 |
| 23 | Charles J. Filardi, Jr. | Filardi Law Offices LLC | 203-562-8388 | 866-890-3061 |
| 24 | Bayard J. Snyder | Snyder & Associates, P.A. | 302-657-8300 | 302-657-8301 |
| 25 | Thomas D. Maxson | Cohen & Grigsby, P.C. | 412-297-4706 | 412-209-0672 |
| 26 | Don A. Beskrone | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| 27 | Frank G. Burt Raul A. Cuervo W. Glenn Merten | Jorden Burt LLP | 202-965-8100 | 202-965-8104 |
| 28 | William F. Taylor, Jr. | McCarter & English, LLP | 302-984-6300 | 302-984-6399 |
| 29 | Karen C. Bifferato Christina M. Thompson | Connolly Bove Lodge & Hutz LLP | 302-888-6221 | 302-658-5614 |
| 30 | Larry A. Levick Michelle E. Shriro | Gerard Singer Levick, P.C. | 972-380-5533 | 972-380-5748 |
| 31 | Melissa A. Blackburn | Mulvaney, Kahan & Barry, | 619-238-1010 | 619-238-1981 |

| | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
| | | LLP | | |
| 32 | William A. Hazeltine | Law Offices of William A. Hazeltine LLC | 302-652-1146 | 302-351-3308 |
| 33 | Brett D. Fallon | Morris James LLP | 302-888-6888 | 302-571-1750 |
| 34 | Sally E. Edison<br>William C. Price | McGuireWoods LLP | 412-667-6000 | 412-667-7978 |
| 35 | David I. Swan<br>Kenneth M. Misken | McGuireWoods LLP | 793-712-5000 | 703-712-5246 |
| 36 | Thomas M. Gaa | Bialson, Bergen & Schwab | 650-857-9500 | 650-494-2738 |
| 37 | Ricardo Palacio | Ashby & Geddes | 302-654-1888 | 302-654-2067 |
| 38 | Kevin J. Mangan | Monzack and Monaco, PA | 302-656-8162 | 302-656-2769 |
| 39 | Ronald S. Beacher<br>Amish R. Doshi | Day Pitney LLP | 212-297-5800 | 212-916-2940 |
| 40 | Dorian Daley<br>Jeff S. Ross | Oracle USA, Inc. | 650-506-5200 | 212-504-6666 |
| 41 | David M. Fournier<br>Evelyn J. Meltzer | Pepper Hamilton LLP | 302-777-6500 | 302-421-8390 |
| 42 | Barry V. Freeman<br>David M. Poitras | Jeffer Mangels Butler & Marmaro, LLP | 310-203-8080 | 310-203-0567 |
| 43 | Mark R. Owens | Barnes & Thornburg LLP | 317-231-7459 | 317-231-7433 |
| 44 | Kevin C. Driscoll, Jr. | Barnes & Thornburg LLP | 312-357-1313 | 312-759-5646 |