**EXHIBIT 1**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| | § |
| COUNTY OF HARRIS | § |

**WARREN E. JOHNSEY** being duly sworn, depose and say:

1.    We are attorneys of Brown & Shapiro, LLP (" the "Firm"), which maintains offices at 4620 Fairmont Parkway, Suite 108, Pasadena, Texas 77504.

2.    This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about May 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

3.      Prior to the filing of the petitions, which initiated the above-captioned cases, the Firm has represented and advised the Debtors in foreclosure, bankruptcy, and eviction matters and litigation matters related to the aforementioned. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4.      The Firm's current customary rates, subject to change from time to time, are $125.00 to $175.00 an hour depending upon the client agreements and the experience of the attorney representing the client. In the normal course of its business, the Firm revises its billing rates on November 1st of each year and requests that, effective January 1st of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5.      In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following potential connections:

        Bank of America, NA
        Citigroup Global Markets Realty Corp.
        Countrywide Home Loans, Inc.
        Deutsche Bank Trust Company Americas
        Federal National Mortgage Association
        U.S. Bank National Association
        Aurora Loan Services
        EMC Mortgage Corporation
        Greenwich Capital Financial Products, Inc.
        HSBC Bank USA, N.A.
        INDY MAC Bank, FSB

JP Morgan Chase Bank, NA
Lehman Brothers Bank FSB
Residential Funding Corporation
UBS Real Estate Securities Inc.
Washington Mutual Bank, FA
New Century Mortgage Corporation, a California corporation
Home123 Corporation, a California corporation

A further review of the firms records identified that the following Debtors appeared in cases where the firm filed an appearance:

New Century Mortgage Corporation/Creditor/Bankruptcy Case No. 04-48214-DML-13
New Century Mortgage Corporation/Creditor/Bankruptcy Case No. 05-33418-H4-13
New Century Mortgage Corporation/Creditor/Bankruptcy Case No. 04-83787-SAF-13
New Century Mortgage Corporation/Creditor/Bankruptcy Case No. 05-40649-R-13
New Century Mortgage Corporation/Creditor/Bankruptcy Case No. 07-30219-H5-13
New Century Mortgage Corporation/Creditor/Bankruptcy Case No. 07-70047-M-13
New Century Mortgage Corporation/Creditor/Bankruptcy Case No. 04-39470-BJH-13
New Century Mortgage Corporation/Creditor/Bankruptcy Case No. 03-47784-H1-13
New Century Mortgage Corporation/Creditor/Bankruptcy Case No. 05-41950-RNF-13
New Century Mortgage Corporation/Creditor/Bankruptcy Case No. 05-60193-P-13
Home 123 Corporation/Creditor/Bankruptcy Case No. 06-36853-H5-13

The Debtors also retained the Firm in its capacity of servicer for various asset-backed trusts (the "Trusts"). The Debtors previously advised the Firm that the Trust entities are not debtors and the loans deposited in the subject pools are not property of the estate pursuant to the Cash Management Order entered in these proceedings. It is therefore our understanding that the services provided in connection with and the payment for such services do not fall under the auspices of the Ordinary Course Professional Retention Order entered on May 7, 2007. However, and out of an abundance of caution the Firm identifies the following Trust entities serviced by Debtors:

Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust, Series 2003-6 / Creditor / Bankruptcy Case No. 05-81886-H2-13

Deutsche Bank National Trust Company, As Trustee for New Century Home Equity Loan Trust, Series 2003-5 Asset Backed   Pass -Through Certificates / Creditor / Bankruptcy Case No. 05-80443-G3-13

Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2003-1 Asset Backed Pass-through Certificates / Creditor / Bankruptcy Case No. 05-38558-BJH-13

New Century Home Equity Loan Trust Series 2003-2 Asset Backed Pass-through Certificate / Creditor / Bankruptcy Case No. 05-36475-SAF-13

Deutsche Bank National Trust Company, Trustee for New Century Home Equity Loan Trust 2003-6 / Creditor / Bankruptcy Case No. 04-44216-H2-13

Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2003-4 Asset Backed Pass-Through Certificates / Non-Judicial foreclosure Sale

Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-3 / No-Judicial Foreclosure Sale

Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust 2003-6 / Non-Judicial Foreclosure Sale

Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2003-1 Asset Backed Pass-Through Certificates / Non-Judicial Foreclosure Sale

New Century Home Equity Loan Trust 2003-6 / Non-Judicial Foreclosure Sale

Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2003-2 Asset Backed Pass-Through Certificates / Plaintiff / Cause No. 2006-2116-3 / 74th Judicial District Court for Bell County, Texas

The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

6.      Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

7.    Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

8.    Prior to the filing of the above-captioned cases, the Firm was employed by the Debtors. The Debtors owe the Firm **$3,531.14** for pre-petition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm will not waive the pre-petition claim.

9.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

10.    I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June 5_ , 2007



Affiant

Sworn to and subscribed before me
this _5th_ day of _June_ , 2007

Notary Public

LORI A. LOWE
NOTARY PUBLIC
STATE OF TEXAS
My Comm Expires 5-21-2009