# EXHIBIT 1

RLF1-3161440-1

<hr></hr>

<hr></hr>

<hr></hr>

<hr></hr>

<hr></hr>

<hr></hr>

<hr></hr>

<hr></hr>

<hr></hr>

<hr></hr>

<hr></hr>

<hr></hr>

<hr></hr>

<hr></hr>

<hr></hr>

<hr></hr>

<hr></hr>

<hr></hr>

<hr></hr>

<hr></hr>

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| Debtors. | |

### AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF MARYLAND    )
                     ) ss:
COUNTY OF ALLEGANY   )

**NATHAN H. WASSER**, being duly sworn, deposes and says:

1. I am a the owner of WASSER ASSOCIATES (the "Firm"), which maintains offices at 43 Greene Street, Cumberland, MD 21502.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about May 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

3. Prior to the filing of the petitions v cases, the Firm has represented and advised the Debtors a in the State of West Virginia. The Debtors have requeste to provide such services to the Debtors on a post-petition 11 cases.

4. The Firm's current customary rates are governed by the FNMA fee schedule or hourly, at $1 business, the Firm revises its billing rates on N/A of each of each year, the aforementioned rates be revised to the r effect at that time.

5. In the ordinary course of its busine purposes of performing "conflicts checks." The Firm's d the firm's present and past representations. Pursuant to F 2014(a), I obtained a list of the entities identified in Rule purposes of searching the aforementioned database and d Firm has with such entities. The Firm's search of the dat

The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

8. Prior to the filing of the above-captioned cases, the Firm was employed by the Debtors. The Debtors owe the Firm **$2054.95** for prepetition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm **WILL NOT** waive the pre-petition claim.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

10. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6/5___, 2007

_____
Affiant

Sworn to and subscribed before me
this _5th_ day of _June_, 2007

_____
Notary Public

CYNTHIA A. JORDAN
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires February 1, 2009