**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

NEW CENTURY TRS HOLDINGS, INC.
    Debtor

INDYMAC BANK, F.S.B.
    Movant

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
    Attorneys for the Movant
  v.

NEW CENTURY TRS HOLDINGS, INC, et al.
    Respondents

Case No. 07-10416-KJC
(Chapter 11)

Ref: Docket No.<u>467</u>

## CERTIFICATE OF NO RESPONSE

    IndyMac Bank, F.S.B. ("IndyMac"), by undersigned counsel hereby gives notice of the following:

    1.    IndyMac filed a Motion for Relief from the Automatic Stay on 04/30/2007. Copies of the Motion were served to the Debtor, Debtor's Counsel, the United States Trustee and The Official Committee of Unsecured Creditors on 04/30/2007.

    2.    The Notice of Motion states "If you fail to respond in accordance with this notice, the relief demanded by the motion will be granted". The Notice provides that a response to the Motion needs to be filed by <u>05/22/2007</u>. As of <u>06/07/2007</u>, no response has been filed by the Debtor.

3.	Accordingly, Movant respectfully request the Court to enter the Proposed Order Terminating Automatic Stay.

                Respectfully submitted,

                DRAPER & GOLDBERG, P.L.L.C.

                /s/ Neil F. Dignon

                Thomas D.H. Barnett #0994
                Neil F. Dignon #3625
                Draper & Goldberg, P.L.L.C.
                P.O. Box 947
                512 East Market Street
                Georgetown, Delaware 19947
                (302) 855-9252
                Attorneys for Movant

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing Certificate of No Response were mailed by first class mail, postage-paid or electronically, this 7th day of June, 2007 to the following parties:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
Debtor

Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joesph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorney for the Debtor

Timothy P. Cairns
Pachulski STang Ziehl Young Jones
919 N. Market Street
17th Floor
Wilmington, DE 1901
Attorney for the Debtor

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Attorney for the Official Committee of Unsecured Creditors

                                      /s/ Neil F. Dignon
                                      Thomas D.H. Barnett, Esquire
                                      Neil F. Dignon, Esquire