IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

NEW CENTURY TRS HOLDINGS, INC.          Case No. 07-10416-KJC
     Debtor          (Chapter 11)


COUNTRYWIDE HOME LOANS

7105 CORPORATE DRIVE, PTX-B-209          Docket Number  1155____
PLANO, TX 75024
     Movant


THOMAS D.H. BARNETT, ESQUIRE
NEIL F. DIGNON, ESQUIRE
DRAPER & GOLDBERG, P.L.L.C.
P.O. BOX 947
512 EAST MARKET STREET
GEORGETOWN, DE 19947
     Attorneys for the Movant
  v.


NEW CENTURY TRS HOLDINGS, INC.
18400 VON KARMAN AVE.
IRVINE, CA 92612
     (Debtor)
And

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
     (Trustee)

     Respondents


## MOTION FOR NUNC PRO TUNC  RELIEF FROM AUTOMATIC STAY

Countrywide Home Loans ("Countrywide") by undersigned counsel, respectfully

moves this Honorable Court to terminate the Automatic Stay and, as grounds therefore, states as

follows:

1.      This proceeding seeking relief under Section 362 of the U.S. Bankruptcy Code is a contested matter within the meaning of 9014 and 4001 of the Federal Rules of Bankruptcy Procedure, and this court has jurisdiction over this matter pursuant to 28 U.S.C. Section 157.

2.      On April 2, 2007, the above named debtor, New Century TRS Holdings, Inc. ("Debtor"), filed in this court a Petition under Chapter 11 of the United States Bankruptcy Code.

3.       On or about April 1, 2005, Jundeen Denniston ("Obligor") executed and delivered to New Century Mortgage Corporation a Note in the amount of THREE HUNDRED EIGHT THOUSAND AND and 00/100 dollars ($308,000.00), plus interest at the rate of 5.950% per annum, attorneys' fees, costs and late charges to be paid over thirty (30) years.  A copy of the Note is attached as Exhibit "A" and incorporated herein.

4.      To secure the repayment of the sums due under the Note, the Obligor executed and delivered to New Century Mortgage Corporation a Mortgage dated April 1, 2005 encumbering the real property ("Property") more particularly described in the Mortgage which has the address of 27 Jefferson Pl, Hempstead, NY 11550.  A copy of the Mortgage is attached as Exhibit "B" and incorporated herein.

5.      Review of the Title to the property shows the Debtor, New Century TRS Holdings, Inc holds a lien junior to the lien created by Countrywide by virtue of a Mortgage executed by Judeen Denniston.

7.      The Obligor is in default under the Note.

8.      Countrywide sought foreclosure against property naming New Century as defendant.

9.      On or about April 3, 2007, prior to Countrywide receiving notice that New Century had filed a petition seeking protection under Chapter 11 of the Bankruptcy Code, Countrywide had the Property sold at public auction.

10.     It is not economically feasible  for New Century to attempt to recover the out of state asset with little to no equity.

11.     A continued Stay of New Century's action agaist Obligors will cause Countrywide significant prejudice.

12.     Cause existed as of 12:01 A.M April 3rd, 2007 to terminate the Automatic Stay, and such cause continues to exist now.

10.     Cause exists to terminate the Automatic Stay.


WHEREFORE, the premises considered, Countrywide respectfully requests that this Court enter a Nunc Pro Tunc Order terminating the Automatic Stay as of 12:01 A.M April 3rd, 2007 thus allowing Countrywide to exercise its legal rights under applicable law as to the Property, including but not limited to issuance of Certificate of Title for the Property after execution sale, and for such other and further relief as this court deems just and proper.

Respectfully submitted,


Dated:  6/7/2007                    /s/ Neil F. Dignon
                                    _____
                                    Thomas D.H.  Barnett  #0994
                                    Neil F. Dignon #3625
                                    Draper & Goldberg, P.L.L.C.
                                    P.O. Box 947
                                    512 East Market Street
                                    Georgetown, Delaware 19947
                                    (302) 855-9252

CERTIFICATION OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Motion for Relief from

Automatic Stay and Proposed Order were mailed by first class mail, postage-paid, this

_7th_ day of June , 2007 to the following parties:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
Debtor

Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joesph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorney for the Debtor

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Dated: 6/7/2007                       __/s/ Neil F. Dignon_____
                                      Thomas D.H.  Barnett, Esquire
                                      Neil F. Dignon, Esquire