## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:
 NEW CENTURY TRS HOLDINGS, INC.               Case No. 07-10416-KJC
        Debtor                                (Chapter 11)

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE C/O                        Docket Number  1160
COUNTRYWIDE HOME LOANS
7105 CORPORATE DRIVE
PLANO, TX 75024
        Movant

THOMAS D.H. BARNETT, ESQUIRE
NEIL F. DIGNON, ESQUIRE
DRAPER & GOLDBERG, P.L.L.C.
P.O. BOX 947
512 EAST MARKET STREET
GEORGETOWN, DE 19947
        Attorneys for the Movant
    v.

NEW CENTURY TRS HOLDINGS, INC
18400 VON KARMAN AVE.
IRVINE, CA 92612
        (Debtor)
And

United States Trustee
844 King Street, Room 2207
LockBox# 35
Wilmington, DE 19899
        (U.S. Trustee)
        Respondent

### MOTION FOR RELIEF FROM AUTOMATIC STAY

Deutsche Bank National Trust Company, as Trustee c/o Countrywide Home Loans

("CHL") by undersigned counsel, respectfully moves this Honorable Court to terminate

the Automatic Stay and, as grounds therefore, states as follows:

1.      This proceeding seeking relief under Section 362 of the U.S. Bankruptcy Code is a contested matter within the meaning of 9014 and 4001 of the Federal Rules of Bankruptcy Procedure, and this court has jurisdiction over this matter pursuant to 28 U.S.C. Section 157.

2.      On April 2, 2007, the above named debtor, New Century TRS Holdings, Inc, ("Debtor"), filed in this court a Petition under Chapter 11 of the United States Bankruptcy Code.

3.       On or about October 30th, 2003, Dorcas Annette Laubach executed and delivered to New Century Mortgage Corporation a Note in the amount of NINETY-NINE THOUSAND and 00/100 dollars ($99,000.00), plus interest at the rate of 6.75% per annum, attorneys' fees, costs and late charges to be paid over thirty (30) years.  A copy of the Note is attached as Exhibit "A" and incorporated herein.

4.      To secure the repayment of the sums due under the Note, Dorcas Annette Laubach and Merle Laubach ("Obligors") executed and delivered to New Century Mortgage, a Mortgage dated October 30th, 2003 encumbering the real property ("Property") more particularly described in the Mortgage which has the address of 3818 Timberwood Court, Grand Prairie, TX 75052.  A copy of the Mortgage is attached as Exhibit "B" and incorporated herein.

5.      The Mortgage and Note were later transferred to CHL and CHL is the holder of the Mortgage and Note.

6.      Review of the Title to the property shows the Debtor, New Century TRS Holdings, Inc, holds a lien junior to the lien created by CHL by virtue of a Mortgage executed by Dorcas Annette Laubach and Merele Laubach .

7.      The Obligors are in default under the CHL Note.

8.    The Lien created by the mortgage held by New Century TRS Holdings, Inc, referred to in paragraph 6, is not necessary for Debtor's reorginization, as said lien adds little or no value to the Bankruptcy Estate.

9.    A continued Stay of CHL's action against the Obligors will cause CHL significant prejudice.

10.    Cause exists to terminate the Automatic Stay.

11.    It is not economically feasible to attempt to recover the Judgement amount for the Bankruptcy Estate as the underlying real property is located out of state.

WHEREFORE, the premises considered, CHL respectfully requests that this Court enter an Order terminating the Automatic Stay allowing CHL to exercise its legal rights under applicable law as to the Property, including but not limited to foreclosure against the Property under the Mortgage, and for such other and further relief as this court deems just and proper.

Respectfully submitted,

Dated:  6/7/2007          /s/ Neil F. Dignon

Thomas D.H.  Barnett  #0994
Neil F. Dignon #3625
Draper & Goldberg, P.L.L.C.
P.O. Box 947
512 East Market Street
Georgetown, Delaware 19947
(302) 855-9252

CERTIFICATION OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Motion for Relief from

Automatic Stay and Proposed Order were mailed by first class mail, postage-paid, this

_7th__ day of June , 2007 to the following parties:


New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
Debtor

Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joesph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorney for the Debtor

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for the Official Committee of Unsecured Creditors


Date:  6/7/2007                                    __/s/ Neil F. Dignon_____
                                                   Thomas D.H.  Barnett, Esquire
                                                   Neil F. Dignon, Esquire