## CERTIFICATE OF SERVICE

I, Bonnie Glantz Fatell, hereby certify that on June 7, 2007, I caused a copy of the following document to be served on the individuals listed below in the manner indicated.

**Objection of the Committee of Unsecured Creditors to General Electric Capital Corporation's Motion for Relief from the Automatic Stay**

| | |
|---|---|
| VIA EMAIL | VIA EMAIL |
| Eric Schuster | Michael G. Gallerizzo, Esquire |
| Gebhardt & Smith LLP | Gebhardt & Smith LLP |
| One South Street | One South Street. Suite 2200 |
| Suite 2200 | Baltimore, Maryland 21202 |
| Baltimore, Maryland 21202-3281 | Ph: (410) 385-5046 |
| 410-385-5048 | Fax: (410) 385-5162 |
| eschu@gebsmith.com | E-Mail: mgall@gebsmith.com |

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)