# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : |
| | : Jointly Administered |
| Debtors. | : |

## AMENDED[2] INITIAL MONTHLY OPERATING REPORT
File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| **12-Month Cash Flow Projection (Form IR-1)** | No | Yes |
| **Certificates of Insurance:** | | |
| Workers Compensation | Yes | |
| Property | Yes | |
| General Liability | Yes | |
| Vehicle | Yes | |
| Other: See Attached | Yes | |
| Identify areas of self-insurance w/liability caps | No | Yes |
| **Evidence of Debtor in Possession Bank Accounts** | | |
| Tax Escrow Account | No | Yes |
| General Operating Account | No | Yes |
| Money Market Account pursuant to Local Rule 4001-3. Refer to http://www.deb.uscourts.gov/ | Yes | |
| Other: N/A | | |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

[2] On May 29, 2007, the Debtors filed their Initial Operating Report [Docket No. 923] ("IOR"). However, certain information was missing from the IOR. This Amended Initial Operating Report contains the missing information.

RLF1-3153493-1

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____                              _____
Signature of Debtor                                             Date


_____                              _____
Signature of Joint Debtor                                       Date

_____                              June 6, 2007
Signature of Authorized Individual*                             Date


                                                                Vice President and Interim
                                                                Controller, New Century
Michael Tinsley                                                 Financial Corporation
_____                               Title of Authorized
Printed Name of Authorized Individual                           Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(4/07)

RLF1-3153493-1

## Explanations

### 12-Month Cash Flow Projection (Form IR-1)

In lieu of a 12-Month Cash Flow Projection on Form IR-1, the Debtors are submitting the 13 Week Cash Flow Projection (the "Projection"). The Projection is attached hereto as Exhibit A.

### Evidence of Debtor in Possession Bank Accounts

On April 2, 2007, the Debtors filed the Motion of the Debtors and Debtors in Possession for an Order (A) Authorizing the Continued Use of the Debtors' Centralized Cash Management System, (B) Authorizing Maintenance of the Debtors' Existing Bank Accounts and Business Forms, and (C) Extending the Debtors' Time to Comply with Section 345 of the Bankruptcy Code [Docket No. 8] (the "Cash Management Motion"). Pursuant to the Cash Management Motion, the Debtors sought, *inter alia*, relief from the requirement that the Debtors establish debtor in possession bank accounts. On April 3, 2007, the United States Bankruptcy Court for the District of Delaware entered an order approving the Cash Management Motion [Docket No. 54] (the "Cash Management Order"). Pursuant to the Cash Management Order, the Debtors are authorized to continue utilizing their prepetition bank accounts and are not required to establish debtor in possession bank accounts. A listing of these prepetition bank accounts was attached to the Cash Management Motion as Exhibit A. A copy of Exhibit A to the Cash Management Motion is attached hereto as Exhibit B.

### Self-Insurance

The Debtors only self-insurance program is its Employee Medical Coverage Program ("EMCP") which covers medical, dental and vision claims. The medical component of the EMCP has a $5,000,000.00 life-time cap amount per person but the Debtors possess have stop loss insurance of $250,000.00. Thus, any claims over $250,000.00 are paid by the Debtors stop loss insurer, Sun Life. The dental component of the EMCP has a cap amount of $1,500.00 per year per person. The vision component of the EMCP has a cap amount of $500.00 per year per person.