# EXHIBIT A

## 13 Week Cash Flow Projection

**New Century Financial Corporation**
13 Week Cash Flow Forecast
As of May 15, 2007

*$ in 000s*

| Week Ending | 6-Apr | 13-Apr | 20-Apr | 27-Apr | 4-May | 11-May | 18-May | 25-May | 1-Jun | 8-Jun | 15-Jun | 22-Jun | 29-Jun | 6-Jul | 13-Jul | 20-Jul | 27-Jul | 3-Aug | 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual Results | | | | | | | | | | | | | | | | | | |
| Disbursement Backlog Paydown | | | | | | | | | | | | | | | | | | | |
| REO Reimbursements (Non-NCEN owned) | - | - | (160) | (183) | (226) | - | - | - | - | - | | - | - | | - | | - | - | - |
| Foreclosure Expense (Non-NCEN owned) | - | - | (175) | (1,039) | (829) | (1,055) | - | - | - | - | | - | - | | - | | | - | (1,055) |
| NFR/ Property Inspections | - | - | - | - | - | (46) | (56) | (56) | (59) | (55) | (60) | - | - | - | - | | | - | (332) |
| REO Trans | - | - | (7) | (23) | (23) | (23) | (23) | - | - | - | | - | - | - | - | | | | (46) |
| Safeco | - | - | - | (440) | - | - | - | - | - | - | | - | - | | - | | | | - |
| Subtotal - Disbursement Backlog Paydown | - | - | (342) | (1,685) | (1,078) | (1,124) | (79) | (56) | (59) | (55) | (60) | | | - | | - | | - | (1,433) |
| Servicing - Net Cash Inflows/(Outflows) | 96 | 2,795 | 1,797 | (1,252) | 3,261 | (649) | 3,007 | (1,446) | (11) | 15 | 2,936 | | | - | - | - | | - | 3,863 |
| Restructuring | | | | | | | | | | | | | | | | | | | |
| Asset Sales | - | - | - | - | - | - | 54,055 | - | | | - | | | - | - | - | | - | 54,055 |
| Warehouse Lender Reconciliation Payments | - | - | - | - | - | (2,670) | | | (6,700) | | - | | - | - | | | | - | (9,370) |
| DIP Fees and Expenses | (500) | - | - | - | - | (1,000) | | | | (10) | - | | | (10) | - | | - | (10) | (1,030) |
| DIP Interest | - | - | - | - | - | | | | | | - | | | | - | | | (32) | (32) |
| Professional Fees | - | - | - | - | - | | | - | (25) | | - | - | (6,051) | | - | | (25) | - | (6,101) |
| Mailing Expense | - | - | (83) | (100) | - | | - | (100) | - | - | - | (100) | - | | - | - | (100) | - | (300) |
| Other | - | - | - | - | - | | (85) | - | - | - | (85) | - | - | | - | (85) | | | (255) |
| Net Cash Inflows/(Outflows) | (500) | - | (83) | (100) | - | (3,670) | 53,970 | (100) | (6,725) | (10) | (85) | (100) | (6,051) | (10) | - | (85) | (125) | (42) | 36,967 |
| **Total Net Cash Inflows/(Outflows)** | (14,247) | (5,962) | (10,694) | (9,556) | (4,210) | (6,435) | 33,074 | (9,613) | (13,261) | (4,376) | (3,724) | (3,396) | (9,447) | (1,565) | (3,809) | (2,315) | (2,779) | (1,294) | (28,939) |
| Liquidity | | | | | | | | | | | | | | | | | | | |
| Beginning Book Cash Balance | 63,349 | 49,102 | 43,139 | 32,445 | 22,889 | 18,680 | 12,245 | 45,319 | 35,706 | 22,446 | 18,069 | 14,345 | 10,950 | 1,502 | (0) | (0) | (0) | (0) | 18,680 |
| Net Cash Inflows/(Outflows) | (14,247) | (5,962) | (10,694) | (9,556) | (4,210) | (6,435) | 33,074 | (9,613) | (13,261) | (4,376) | (3,724) | (3,396) | (9,447) | (1,565) | (3,809) | (2,315) | (2,779) | (1,294) | (28,939) |
| DIP Advance/(Payment) | - | - | - | - | - | - | - | - | - | | - | | | 62 | 3,809 | 2,315 | 2,779 | 1,294 | 10,259 |
| **Ending Book Cash Balance** | 49,102 | 43,139 | 32,445 | 22,889 | 18,680 | 12,245 | 45,319 | 35,706 | 22,446 | 18,069 | 14,345 | 10,950 | 1,502 | (0) | (0) | (0) | (0) | (0) | (0) |
| DIP - Tranche A | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | | | | - | - | | - | - | - | - | | - | | | 62 | 3,871 | 6,186 | 8,965 | |
| Advance/(Payment) | | | | - | - | | - | - | - | - | | - | - | 62 | 3,809 | 2,315 | 2,779 | 1,294 | 10,259 |
| Ending Balance | | | - | - | - | - | - | - | - | - | - | - | - | 62 | 3,871 | 6,186 | 8,965 | 10,259 | 10,259 |
| **DIP - Tranche A Availability/(Overdraw)** | | | | 50,000 | 50,000 | 100,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 49,938 | 46,129 | 43,814 | 41,035 | 39,741 | 39,741 |
| **Total Liquidity** | | | 32,445 | 72,889 | 68,680 | 112,245 | 95,319 | 85,706 | 72,446 | 68,069 | 64,345 | 60,950 | 51,502 | 49,938 | 46,129 | 43,814 | 41,035 | 39,741 | 39,741 |
| Headcount | | | | | | | | | | | | | | | | | | | |
| Capital Markets | | | | 148 | 148 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | | - | | - | - |
| Consumer Direct | | | | 580 | 580 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | | - | | - | - |
| Corporate | | | | 474 | 474 | 293 | 293 | 293 | 293 | 293 | 293 | 293 | 293 | 293 | 147 | 147 | 147 | 147 | 147 |
| Loan Servicing | | | | 512 | 512 | 483 | 483 | 483 | 483 | 483 | 483 | 483 | - | - | | - | - | - | - |
| Retail Referral Network | | | | - | - | - | - | - | - | - | | - | | - | - | - | | - | - |
| Wholesale | | | | 1,149 | 1,149 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | - | - | - | - | - |
| **Total Headcount** | | | | 2,863 | 2,863 | 894 | 894 | 894 | 894 | 894 | 894 | 894 | 411 | 411 | 147 | 147 | 147 | 147 | 147 |

**New Century Financial Corporation**
13 Week Cash Flow Forecast
As of May 15, 2007

*$ in 000s*

Actual Results (6-Apr through 4-May)

| Week Ending | 6-Apr | 13-Apr | 20-Apr | 27-Apr | 4-May | 11-May | 18-May | 25-May | 1-Jun | 8-Jun | 15-Jun | 22-Jun | 29-Jun | 6-Jul | 13-Jul | 20-Jul | 27-Jul | 3-Aug | 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Corporate** | | | | | | | | | | | | | | | | | | | |
| Information Technology | - | (37) | (0) | - | (2) | (11) | - | | (48) | (25) | | - | (48) | - | - | - | | - | (132) |
| Insurance | (2,472) | (761) | (1,065) | (1,259) | (1,157) | (1,337) | (1,766) | (1,272) | (1,272) | (1,272) | (1,474) | (1,561) | (1,272) | (908) | (1,111) | (1,197) | (908) | (908) | (16,257) |
| Assurance Bond Collateral Requirement | - | - | - | - | - | - | | (5,000) | - | - | | | | | | | | | (5,000) |
| Legal, Accounting and Other Professional Fees | - | (7) | (42) | - | - | (201) | - | (401) | - | - | (381) | (381) | | | (189) | (189) | | - | (1,741) |
| One Time Construction (OTC) Loan Remittances | - | - | (345) | (104) | (81) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (1,300) |
| Payroll and Payroll Related | (10,196) | (7,207) | (9,560) | (6,123) | (5,351) | (100) | (18,781) | (82) | (4,919) | (82) | (3,809) | (82) | (578) | (164) | (2,315) | (55) | (861) | (155) | (29,981) |
| Postage | - | - | (42) | - | - | - | - | (50) | | | | (50) | - | | - | - | (50) | - | (150) |
| Employee Expenses - Pre-Petition | (3) | (203) | (216) | (178) | (45) | (54) | (50) | (50) | | - | - | - | - | | - | - | | - | (164) |
| Employee Expenses - Post-Petition | - | (1) | (1) | (2) | (5) | (31) | - | - | | - | (25) | - | | | (5) | - | | - | (61) |
| Independent Consultants | - | - | - | - | - | (20) | (20) | (20) | (20) | (20) | (20) | (20) | - | - | - | | | - | (140) |
| Facility Moving Expenses | | | - | - | (300) | (26) | (126) | (27) | | - | (600) | - | - | - | - | (600) | - | - | (1,379) |
| Occupancy | (1,118) | (278) | (515) | (449) | (476) | (94) | (2,385) | - | | (1,414) | - | - | - | (293) | - | - | - | | (4,186) |
| Security | - | - | (0) | (6) | (14) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (273) |
| Equipment Leases | - | - | - | - | (1) | - | (1,365) | (56) | (56) | (1,359) | (56) | (14) | (1,310) | (14) | (14) | (14) | (659) | (14) | (4,933) |
| Taxes | - | (6) | (3) | (1) | (12) | (0) | - | - | | - | - | | - | | - | - | | - | (0) |
| Telephone | - | (6) | (42) | (28) | - | (41) | (1,200) | (900) | - | | - | (1,000) | - | - | - | - | - | - | (3,140) |
| Temp Labor & Contractors | - | - | (63) | - | - | (23) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (203) |
| Utilities | - | (16) | (9) | - | - | (7) | (29) | (29) | (29) | (29) | (29) | (7) | (7) | (7) | (7) | (7) | (7) | (7) | (201) |
| Directors Fees | (55) | (50) | (23) | (40) | (23) | (25) | (25) | (25) | (25) | (25) | (25) | (25) | (25) | (13) | (13) | (13) | (13) | (13) | (263) |
| Other | - | (189) | (482) | (13) | (3) | (25) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (265) |
| Total Corporate | (13,843) | (8,757) | (12,408) | (8,204) | (7,471) | (2,116) | (23,903) | (8,067) | (6,525) | (4,382) | (6,575) | (3,296) | (3,396) | (1,555) | (3,809) | (2,230) | (2,654) | (1,253) | (69,780) |
| | | | | | | | | | | | | | | | | | | | |
| **Servicing** | | | | | | | | | | | | | | | | | | | |
| Inflows | | | | | | | | | | | | | | | | | | | |
| Servicing Fees | 1,707 | 2,330 | 2,015 | 990 | 2,913 | 1,202 | 4,354 | 1,188 | 1,188 | 1,188 | 4,354 | | - | | - | | | - | 13,473 |
| Late Charge Income | 155 | 162 | 290 | 431 | 731 | 331 | 328 | 328 | 328 | 328 | 328 | - | - | | | - | | - | 1,971 |
| Other Fee Income | 15 | 31 | 36 | 24 | 75 | 35 | 34 | 34 | 34 | 34 | 34 | - | - | | | | | - | 203 |
| Interest Income | - | - | - | 1,188 | - | - | - | 1,574 | - | | - | - | - | | - | | | - | 1,574 |
| Subtotal - Servicing Inflows | 1,877 | 2,523 | 2,350 | 2,633 | 3,719 | 1,568 | 4,716 | 3,123 | 1,549 | 1,549 | 4,716 | | | - | - | - | - | - | 17,221 |
| Outflows | | | | | | | | | | | | | | | | | | | |
| Advances: Escrow Loans (Net) | (155) | 272 | 78 | (847) | 1,675 | 46 | 38 | 38 | 38 | 7 | 7 | - | | | - | | | - | 174 |
| P&I Advances (Net) | | | | (1,449) | 1,178 | - | | (1,750) | - | 1,750 | - | - | - | | - | | | - | - |
| Attorney Fees (New Invoice) | (8) | - | (255) | - | (321) | (610) | (879) | (799) | (799) | (799) | (799) | - | - | | - | | - | - | (4,687) |
| Custodial Interest Expense | (1,618) | - | - | (46) | (1,862) | - | - | | - | (1,600) | - | - | - | | - | - | | - | (1,600) |
| REO Broker Reimbursements | - | - | (28) | (17) | (6) | (259) | (451) | (451) | (451) | (451) | (451) | - | - | | - | | | - | (2,515) |
| Assurant (REO) | - | - | - | - | - | - | - | (450) | - | - | | - | - | | - | - | | - | (450) |
| MortgageServ | - | - | - | - | (2) | - | - | (450) | | - | - | - | - | | - | - | | - | (450) |
| LandAmerica | - | - | - | (1) | (2) | (51) | (84) | (84) | (84) | (84) | (84) | - | - | | - | | | - | (471) |
| NFR/ Property Inspections | - | - | - | (12) | - | - | (150) | - | | (150) | | - | - | | - | | | - | (300) |
| Walz (Postage + Servicing) | - | - | (8) | - | - | - | (25) | (75) | (130) | (25) | (25) | - | - | | - | | | - | (281) |
| Harbor Management | - | - | - | - | - | - | - | (120) | | - | (87) | - | - | | - | | | - | (207) |
| Prop. Preservation - Collections | - | - | - | - | - | (25) | (45) | (45) | (45) | (45) | (45) | - | - | | - | | | - | (250) |
| Check Printers | - | - | - | - | (18) | (150) | - | (150) | | - | (150) | - | - | | - | | | - | (450) |
| eMortgageLogic | - | - | - | - | - | | - | (76) | | - | (53) | - | - | | - | | | - | (129) |
| TD Services | - | - | - | (10) | - | - | - | (50) | | (20) | - | - | - | | - | | | - | (70) |
| REOTrans | - | - | - | - | - | (12) | (16) | (16) | (16) | (16) | (16) | - | - | | - | | | - | (84) |
| Other | - | - | - | (20) | (2) | (33) | (17) | (33) | (12) | (44) | (14) | - | - | | - | | | - | (155) |
| Subtotal - Servicing Outflows | (1,781) | 272 | (211) | (2,200) | 620 | (1,093) | (1,630) | (4,513) | (1,501) | (1,479) | (1,719) | - | - | - | | | | - | (11,934) |

AlixPartners

**New Century Financial Corporation**
13 Week Cash Flow Forecast Assumptions
As of May 15, 2007

1. Net sales proceeds of $54 million for sale of Greenwich assets included in week ended May 18.
2. Sale of Servicing closes in week ending June 15. No sales proceeds or expense tail included.
3. Payments to warehouse lenders included in week ending May 11 to UBS for $2.7 million and in week ending June 1 to Citibank for $6.7 million. No payments to Deutsche Bank are included.
4. Additional liquidity of $50 million under Tranche A of DIP facility available as of week ending May 11.
5. Total KERP costs of $3.1 million included in Payroll and Payroll Related for current period. Additional estimated costs of $100,000 anticipated beyond week ending July 20.
6. April Production Retention Plan payment of $7.4 million included in Payroll and Payroll Related in weeks ending May 18 and May 31. Amount includes $725,000 for quarterly bonus due under plan to salaried production employees.
7. Headcount in all divisions other than Corporate are eliminated by week ending July 15 at which time Corporate is reduced by 50%.
8. No availability for DIP Tranche B included.
9. No federal or state tax refunds included.
10. Any success fees to professionals to be funded from asset sale proceeds.

