# EXHIBIT B

## Current Bank Accounts

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Bank of Hawaii | NCMI | 2-146606 | NCMC Ins Corp Cash | George Sumner<br>Phone: 808-538-4542<br>Bank of Hawaii<br>111 S King St<br>Honolulu HI 96813<br>Phone: 800-272-7262<br>Fax: 800-538-4826 |
| Countrywide | Home123 Corporation | 7823 | Countrywide EPP Reserve | Dana Headlee<br>dana_headlee@countrywide com<br>Countrywide<br>20 N Acoma Blvd<br>Lake Havasu City, AZ 86403<br>Phone: 928-505-1628<br>Fax: 928-505-4466 |
| Deutsche Bank | New Century Warehouse Corporation | 051199 | Access Lending DB Operating Account | Joseph Campbell<br>Phone: 714-247-6249<br>Fax: 714-247-6246<br>David Co<br>Phone: 714-247-6272<br>Fax: 714-247-6285<br>Deutsche Bank National Trust<br>Company<br>Global Transaction Banking<br>Trust & Securities Services<br>Structured Finance Services<br>1761 East St Andrew Place<br>Santa Ana CA 92705-4934<br>Fax: 714-656-2621 |
| Deutsche Bank | New Century Mortgage Corporation | 424583 | New Century DB Operating Account | Marco Capuli<br>Marco p capull@db com<br>Phone: 212-250-1236<br>Deutsche Bank National Trust<br>Company<br>Global Cash Management<br>60 Wall Street. NYC60-2802<br>New York, NY 10005-2858<br>Fax: 212-797-0343 |
| Deutsche Bank | New Century Mortgage Corporation | 042804 | Barclay Funding Haircut | Joseph Campbell<br>Phone: 714-247-6249<br>Fax: 714-247-6246<br>David Co<br>Phone: 714-247-6272<br>Fax: 714-247 6285<br>Deutsche Bank National Trust<br>Company<br>Global Transaction Banking<br>Trust & Securities Services<br>Structured Finance Services<br>1761 East St Andrew Place<br>Santa Ana, CA 92705-4934<br>Fax: 714-656-2621 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Deutsche Bank | Home123 Corporation | 44286-400044286 | CSFB Funding Haricut - HOME | Joseph Campbell<br>Phone: 714-247-6249<br>Fax: 714-247-6246<br>David Co<br>Phone: 714-247-6272<br>Fax: 714-247-6285<br>Deutsche Bank National Trust Company<br>Global Transaction Banking<br>Trust & Securities Services<br>Structured Finance Services<br>1761 East St. Andrew Place<br>Santa Ana  CA 92705-4934<br>Fax: 714-656-2621 |
| Deutsche Bank | New Century Mortgage Corporation | 44286-400044286 | CSFB Funding Haricut - NCMC | Joseph Campbell<br>Phone: 714-247-6249<br>Fax: 714-247-6246<br>David Co<br>Phone: 714-247-6272<br>Fax: 714-247-6285<br>Deutsche Bank National Trust Company<br>Global Transaction Banking<br>Trust & Securities Services<br>Structured Finance Services<br>1761 East St. Andrew Place<br>Santa Ana, CA 92705-4934<br>Fax: 714-656-2621 |
| Deutsche Bank | Home123 Corporation | 4000051933 | Disbursement Account B of A - HOME | Joseph Campbell<br>Phone: 714-247-6249<br>Fax: 714-247-6246<br>David Co<br>Phone: 714-247-6272<br>Fax: 714-247-6285<br>Deutsche Bank National Trust Company<br>Global Transaction Banking<br>Trust & Securities Services<br>Structured Finance Services<br>1761 East St. Andrew Place<br>Santa Ana, CA 92705-4934<br>Fax: 714-656-2621 |
| Deutsche Bank | New Century Financial Corporation | 4000052039 | Disbursement Account B of A - NCFC | Joseph Campbell<br>Phone: 714-247-6249<br>Fax: 714-247 6246<br>David Co<br>Phone: 714-247-6272<br>Fax: 714-247-6285<br>Deutsche Bank National Trust Company<br>Global Transaction Banking<br>Trust & Securities Services<br>Structured Finance Services<br>1761 East St. Andrew Place<br>Santa Ana, CA 92705-4934<br>Fax: 714-656-2621 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Deutsche Bank | New Century Mortgage Corporation | 33984 | Disbursement Account B of A - NCMC | Joseph Campbell<br>Phone: 714-247-6249<br>Fax: 714-247-6246<br>David Co<br>Phone: 714-247-6272<br>Fax: 714-247-6285<br>Deutsche Bank National Trust Company<br>Global Transaction Banking<br>Trust & Securities Services<br>Structured Finance Services<br>1761 East St Andrew Place<br>Santa Ana, CA 92705-4934<br>Fax: 714-656-2621 |
| Deutsche Bank | New Century Mortgage Corporation | 34003 | Disbursement Account CDC | Joseph Campbell<br>Phone: 714-247-6249<br>Fax: 714-247-6246<br>David Co<br>Phone: 714-247-6272<br>Fax: 714-247-6285<br>Deutsche Bank National Trust Company<br>Global Transaction Banking<br>Trust & Securities Services<br>Structured Finance Services<br>1761 East St Andrew Place<br>Santa Ana. CA 92705-4934<br>Fax: 714-656-2621 |
| Deutsche Bank | New Century Mortgage Corporation | 33986 | Disbursement Account UBS | Joseph Campbell<br>Phone: 714-247-6249<br>Fax: 714-247-6246<br>David Co<br>Phone: 714-247-6272<br>Fax: 714-247-6285<br>Deutsche Bank National Trust Company<br>Global Transaction Banking<br>Trust & Securities Services<br>Structured Finance Services<br>1761 East St Andrew Place<br>Santa Ana, CA 92705-4934<br>Fax: 714-656-2621 |
| Deutsche Bank | Home123 Corporation | 4000052107 & 4000052108 & 4000052109 | Disbursement/Settlement Account | Joseph Campbell<br>Phone: 714-247-6249<br>Fax: 714-247-6246<br>David Co<br>Phone: 714-247-6272<br>Fax: 714-247-6285<br>Deutsche Bank National Trust Company<br>Global Transaction Banking<br>Trust & Securities Services<br>Structured Finance Services<br>1761 East St Andrew Place<br>Santa Ana CA 92705-4934<br>Fax: 714-656-2621 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Deutsche Bank | New Century Mortgage Corporation | 00-426-626 | Late Wires Account | Marco Caputi<br>Marco p caputi@db com<br>Phone: 212-250-1236<br>Deutsche Bank National Trust Company<br>Global Cash Management<br>60 Wall Street  NYC60-2802<br>New York, NY 10005-2858<br>Fax: 212-797-0343 |
| Deutsche Bank | New Century Mortgage Corporation | 35071 CTOL | New Century DB UBS Blocked Account | Joseph Campbell<br>Phone: 714-247-6249<br>Fax: 714-247-6246<br>David Co<br>Phone: 714-247-6272<br>Fax: 714-247-6285<br>Deutsche Bank National Trust Company<br>Global Transaction Banking<br>Trust & Securities Services<br>Structured Finance Services<br>1761 East St  Andrew Place<br>Santa Ana  CA 92705-4934<br>Fax: 714-656-2621 |
| Deutsche Bank | Von Karman Funding Trust | 00431-206 | VK Collection Cash Account - DB Operating Account | Marco Caputi<br>Marco p caputi@db com<br>Phone: 212-250-1236<br>Deutsche Bank National Trust Company<br>Global Cash Management<br>60 Wall Street, NYC60-2802<br>New York, NY 10005-2858<br>Fax: 212-797-0343 |
| Guaranty Bank | New Century Warehouse Corporation | 3804622769 | Guarantee Bank Operating Account - Access Lending | Jenny Ray Stilwell<br>Guaranty Bank<br>8333 Douglas Avenue<br>Dallas  TX 75225<br>Phone: 214-360-4692<br>Fax: 214-360-2037 |
| LaSalle Bank | New Century Warehouse Corporation | 723431 1 | La Salle GS Collection Account Access Lending | Keith DeFranco<br>Phone: 312-904-0997<br>La Salle bank National Association<br>135 South LaSalle St, Suite 1625<br>Chicago, IL 60603<br>Phone: 312-904-7802<br>Fax: 312-904-7260 |
| Merrill Lynch | New Century Financial Corporation | 637-07247. -07246 | Merrill Lynch Account | Brent Korensky<br>Merrill Lynch<br>2001 Spring Road<br>Oak Brook, IL 60523<br>Phone: 630-954-6307<br>Fax: 630-954-6251 |
| R J O'Brien & Associates | Home123 Corporation | 558-55890 | R J O'Brien & Associates - HOME | Rob Powell<br>222 South Riverside Plaza #900<br>Chicago, IL 60606<br>Phone: 312-373-5000<br>Fax: 312-373-5238 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| R J O'Brien & Associates | NC Capital Corporation | 55830, 55867, 55870 | R J O'Brien & Associates - NCCC | Rob Powell<br>222 South Riverside Plaza #900<br>Chicago, IL 60606<br>Phone: 312-373-5000<br>Fax: 312-373-5238 |
| R J O'Brien & Associates | New Century Mortgage Corporation | 558-55801, 55802 55809 55810, 55862 | R J O'Brien & Associates - NCMC | Rob Powell<br>222 South Riverside Plaza #900<br>Chicago, IL 60606<br>Phone: 312-373-5000<br>Fax: 312-373-5238 |
| R J O'Brien & Associates | NC Residual IV Corporation | 558 55875 55914 55917, 55921 55927. 55929, 55931. 55950, 55965 55988 | R J O'Brien & Associates - NCRCIV | Rob Powell<br>222 South Riverside Plaza #900<br>Chicago, IL 60606<br>Phone: 312-373-5000<br>Fax: 312-373-5238 |
| Union Bank of California | Home123 Corporation | 2110103975 | Home123 Corporation<br>Licensing Account | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Astra | 7930001788 | Ad Astra Mortgage, Ltd<br>Accounts Payable Account | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St.<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Astra | 7930001850 | Ad Astra Mortgage, Ltd<br>Manual Payroll Account | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | Astra | 7930001796 | Ad Astra Mortgage, Ltd Payroll Account | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 Jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323 278 6389 Fax: 800-738 2329 |
| Union Bank of California | Austin Mortgage L P | 7930001613 | Austin Mortgage, LP Accounts Payable Account | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St , MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278 6389 Fax: 800-738-2329 |
| Union Bank of California | Austin Mortgage, L P | 7930001648 | Austin Mortgage. LP Manual Payroll Account | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St , MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | Austin Mortgage, L P | 7930001621 | Austin Mortgage LP Payroll Account | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St , MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278 6389 Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | Astra | 7930002148 | Ad Astra Mortgage, Ltd Trust Account | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St . MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | Home123 Corporation | 7930003209 | BoA - Boise Trust Account | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St . MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | Capital Pacific Home Loans  L.P | 7930001656 | Capital Pacific Home Loans, LP Accounts Payable Account | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | Capital Pacific Home Loans, L.P | 7930001672 | Capital Pacific Home Loans, LP Manual Payroll Account | Andrea White Phone: 213-236 7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St . MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | Capital Pacific Home Loans  L P | 7930001664 | Capital Pacific Home Loans  LP Payroll Account | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S  Figueroa St . MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | Austin Mortgage. L P | 7930002059 | Austin Mortgage  LP Trust Account | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S  Figueroa St . MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | Compufund Mortgage Company, Ltd | 7930001397 | Compufund Mortgage Company, Ltd Accounts Payable Account | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S  Figueroa St MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278 6389 Fax: 800-738-2329 |
| Union Bank of California | Compufund Mortgage Company  Ltd | 7930001419 | Compufund Mortgage Company  Ltd Manual Payroll Account | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S  Figueroa St . MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | Compufund Mortgage Company. Ltd | 7930001400 | Compufund Mortgage Company, Ltd Payroll Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St ,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Capital Pacific Home Loans. L P | 7930002057 | Capital Pacific Home Loans LP Trust Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866 372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St ,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | | 2110104076 | E Conduit LLC Payroll Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St .<br>MC G00-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Compufund Mortgage Company. Ltd | 7930001923 | Compufund Mortgage Company, Ltd Trust Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | Gldoak | 7930002075 | Golden Oak Mortgage, LP Trust Account | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St . MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | Home123 Corporation | 9081001977 | Home123 Corporation Accounts Payable Account | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | Home123 Corporation | 7930001885 | Home123 Corporation Arizona Trust Account | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | Home123 Corporation | 7930001877 | Home123 Corporation California Trust Account | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278 6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | Home123 Corporation | 7930000102 | Home123 Corporation<br>Manual Payroll Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@ubac com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@ubac com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Home123 Corporation | 7930002652 | Home123 Corporation<br>Nevada Trust Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@ubac com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@ubac com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Home123 Corporation | 7930001893 | Home123 Corporation<br>Operating Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@ubac com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@ubac com<br>Union Bank of California<br>445 S Figueroa St ,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Home123 Corporation | 2370008526 | Home123 Corporation<br>Oregon Trust Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@ubac com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@ubac com<br>Union Bank of California<br>445 S Figueroa St ,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | Home123 Corporation | 2110103967 | Home123 Corporation Payroll Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St ,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Home123 Corporation | 7930001869 | Home123 Corporation Trust Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St ,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323 278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Home123 Corporation | 7930003209 | Home123 Corporation Virginia Trust Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St .<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Home123 Corporation | 2350131577 | Home123 Corporation Washington Trust Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St ,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278 6389<br>Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | Kingston Mortgage Company  Ltd | 7930001338 | Kingston Mortgage Company  Ltd Accounts Payable Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S  Figueroa St ,<br>MC G08-470<br>Los Angeles, CA  90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Kingston Mortgage Company. Ltd | 7930001389 | Kingston Mortgage Company. Ltd Manual Payroll Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S  Figueroa St .<br>MC G08-470<br>Los Angeles, CA  90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Kingston Mortgage Company  Ltd | 7930001346 | Kingston Mortgage Company, Ltd Payroll Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866 372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S  Figueroa St ,<br>MC G08-470<br>Los Angeles, CA  90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Home123 Corporation | 7930002156 | HOME DB Operating Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S  Figueroa St ,<br>MC G08-470<br>Los Angeles, CA  90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | Loan Partners Mortgage. Ltd | 7930001281 | Loan Partners Mortgage, Ltd<br>Accounts Payable Account | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Loan Partners Mortgage  Ltd | 7930001311 | Loan Partners Mortgage  Ltd<br>Manual Payroll Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St ,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Loan Partners Mortgage  Ltd | 7930001303 | Loan Partners Mortgage, Ltd<br>Payroll Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Kingston Mortgage Company  Ltd | 7930001915 | Kingston Mortgage Company, Ltd<br>Trust Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St ,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | Midwest | 7930001583 | Midwest Home Mortgage, Ltd Accounts Payable Account | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-276-6389 Fax: 800-730-2329 |
| Union Bank of California | Midwest | 7930001605 | Midwest Home Mortgage Ltd Manual Payroll Account | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St. MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-276-6389 Fax: 800-730-2329 |
| Union Bank of California | Midwest | 7930001591 | Midwest Home Mortgage Ltd Payroll Account | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-276 6389 Fax: 800-730-2329 |
| Union Bank of California | Loan Partners Mortgage Ltd | 7930001907 | Loan Partners Mortgage, Ltd Trust Account | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-276-6389 Fax: 800-730-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | NC Capital Corporation | 7930003225 | NC Capital Corporation et al Collection Account FBO Credit Suisse First Boston Mortgage Capital, LLC | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St , MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | NC Capital Corporation | 7930000692 | NC Capital Corporation Manual Payroll Account | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St , MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | NC Capital Corporation | 2110103894 | NC Capital Corporation Payroll Account | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | NCIS | 2110105900 | NC Insurance Services, Inc Operating Account | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St , MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | NCIS | 2110105897 | NC Insurance Services, Inc Payroll Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-270-6389<br>Fax: 800-738-2329 |
| Union Bank of California | NCIS | 7930000951 | NC Insurance Services, Inc Premium Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century R E O II Corp | 2110105625 | NC Residual II Corporation | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | NC Capital Corporation | 7930002768 | Ncoral, LP | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Credit Corporation | 2110106265 | New Century Credit Corporation | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Midwest | 7930002040 | Midwest Home Mortgage Ltd<br>Trust Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St.<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278 6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century TRS Holdings, Inc (f/k/a New Century Financial Corporation) | 2110108462 | New Century Financial Corporation<br>Multi-Candidate PAC Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St.<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002342 | New Century Mortgage Corp - Payroll<br>Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

**EXHIBIT A**

**Current Bank Accounts**

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930003322 | New Century Mortgage Corporation ITF C-Bass and various mortgagors P & I | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St .<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110104343 | New Century Mortgage Corporation ITF Deutsche Bank National Trust and Certificate Holders of New Century Home Equity Loan Trust, Series 2003-1 | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St ,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110105242 | New Century Mortgage Corporation ITF Deutsche Bank National Trust and Certificate Holders of New Century Home Equity Loan Trust Series 2003-1 and Various Mortgagors | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St .<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110104114 | New Century Mortgage Corporation 001 P & I | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St .<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 2110104270 | New Century Mortgage Corporation 001 T & I | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 9081000557 | New Century Mortgage Corporation Accounts Payable | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St.<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930001273 | New Century Mortgage Corporation ACE American L/C Collateral Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002385 | Now Century Mortgage Corporation Ace American L/C Collateral Account 2006 | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 2110103924 | New Century Mortgage Corporation ACH Consumer Debits | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002962 | New Century Mortgage Corporation As Agent and/or Trustee for the Federal National Mortgage Association and/or payments of various mortgagors, respectively (Custodial Account) | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St , MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002989 | New Century Mortgage Corporation As Agent and/or Trustee for the Federal National Mortgage Association and/or payments of various mortgagors, respectively (Custodial Account) | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St , MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003039 | New Century Mortgage Corporation As Agent and/or Trustee for the Federal National Mortgage Association and/or payments of various mortgagors respectively (Custodial Account) | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930003314 | New Century Mortgage Corporation As Agent and/or Trustee for the Federal National Mortgage Association and/or payments of various mortgagors, respectively (Custodial Account) | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St , MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002628 | New Century Mortgage Corporation As Agent and/or Trustee for the Federal National Mortgage Association and/or payments of various mortgagors, respectively (Custodial Account) | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St , MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002199 | New Century Mortgage Corporation As Agent, and/or Trustee for the Federal National Mortgage Association and/or payments of various mortgagors, respectively (Custodial Account) | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St , MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002180 | New Century Mortgage Corporation As Agent, Trustee and/or Bailee for the Federal National Mortgage Association and/or payments of various mortgagors and/or various owners of interests in mortgage-backed securities (Custodial Account) | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St , MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930002601 | New Century Mortgage Corporation As Agent, Trustee and/or Bailee for the Federal National Mortgage Association and/or payments of various mortgagors and/or various owners of interests in mortgage-backed securities (Custodial Account) | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002954 | New Century Mortgage Corporation As Agent, Trustee and/or Bailee for the Federal National Mortgage Association and/or payments of various mortgagors and/or various owners of interests in mortgage backed securities (Custodial Account) | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002970 | New Century Mortgage Corporation As Agent, Trustee and/or Bailee for the Federal National Mortgage Association and/or payments of various mortgagors and/or various owners of interests in mortgage-backed securities (Custodial Account) | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002997 | New Century Mortgage Corporation As Agent, Trustee and/or Bailee for the Federal National Mortgage Association and/or payments of various mortgagors and/or various owners of interests in mortgage-backed securities (Custodial Account) | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930003306 | New Century Mortgage Corporation As Agent, Trustee and/or Bailee for the Federal National Mortgage Association and/or payments of various mortgagors and/or various owners of interests in mortgage-backed securities (Custodial Account) | Andrea White Phone: 213-236-7087 andrea.white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St. MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110105579 | New Century Mortgage Corporation as Interim Servicer for EMC Mortgage Corp, Master Servicer for Deutsche Bank National Trust Co ITF the registered holders of New Century Mortgage Securities, Inc, New Century Home Equity Loan Trust, Series 2003 B, Asse | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St. MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110105528 | New Century Mortgage Corporation as Master Servicer for Deutsche Bank National Trust and Various Mortgagors | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St. MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110105641 | New Century Mortgage Corporation As Master Servicer for Deutsche Bank National Trust Co and Various Mortgagors | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St. MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930000048 | New Century Mortgage Corporation As Master Servicer For Deutsche Bank National Trust Co  and Various Mortgagors | Andrea White Phone: 213-236-7087 andrea.white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S  Figueroa St , MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | NC Residual IV Corporation | 2110105633 | New Century Mortgage Corporation As Master Servicer for Deutsche Bank National Trust Co  As Indenture Trustee ITF the registered holders of New Century Home Equity Loan Trust 2003-6, Asset Backed Notes, Series 2003-6 | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S  Figueroa St , MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | NC Residual IV Corporation | 7930000021 | New Century Mortgage Corporation As Master Servicer For Deutsche Bank National Trust Co , as Indenture Trustee ITF The Registered Holders of New Century Home Equity Loan Trust 2004-4  Asset Backed Notes, Series 2004-4 | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S  Figueroa St , MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | NC Capital Corporation | 2110105420 | New Century Mortgage Corporation as Master Servicer for Deutsche Bank National Trust Co , as Trustee, in trust for the registered holders of New Century Mortgage Securities Inc  New Century Home Equity Loan Trust  Series 2003-4 Asset Backed Pass-Through | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S  Figueroa St , MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 2110105749 | New Century Mortgage Corporation As Master Servicer For Deutsche Bank National Trust Company and Various Mortgagors | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110100381 | New Century Mortgage Corporation As Master Servicer For Deutsche Bank National Trust Company and Various Mortgagors | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000242 | New Century Mortgage Corporation As Master Servicer For Deutsche Bank National Trust Company and Various Mortgagors | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866 372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000641 | New Century Mortgage Corporation As Master Servicer For Deutsche Bank National Trust Company and Various Mortgagors | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 2110113946 | New Century Mortgage Corporation As Master Servicer for Deutsche Bank National Trust Company, and Various Mortgagors | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | NC Residual IV Corporation | 2110105730 | New Century Mortgage Corporation As Master Servicer For Deutsche Bank National Trust Company As Indenture Trustee, ITF The Registered Holders of New Century Home Equity Loan Trust 2004-1, Asset Backed Notes, Series 2004-1 | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | NC Residual IV Corporation | 2110108373 | New Century Mortgage Corporation As Master Servicer for Deutsche Bank National Trust Company, as Indenture Trustee, ITF the Registered Holders of New Century Home Equity Loan Trust 2004-2 Asset Backed Notes, Series 2004-2 | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St. MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278 6389 Fax: 800-738-2329 |
| Union Bank of California | NC Residual IV Corporation | 7930000234 | New Century Mortgage Corporation As Master Servicer For Deutsche Bank National Trust Company, as Indenture Trustee, ITF The Registered Holders of New Century Home Equity Loan Trust 2005-1 Asset Backed Notes, Series 2005-1 | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | NC Residual IV Corporation | 7930000633 | New Century Mortgage Corporation As Master Servicer For Deutsche Bank National Trust Company, As Indenture Trustee, ITF The Registered Holders of New Century Home Equity Loan Trust 2005-2, Asset Backed Notes  Series 2005-2 | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S  Figueroa St MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | NC Residual IV Corporation | 2110113938 | New Century Mortgage Corporation As Master Servicer for Deutsche Bank National Trust Company, As Indenture Trustee  ITF the registered holders of the New Century Home Equity Loan Trust 2004-3. Asset Backed Notes  Series 2004-3 | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S  Figueroa St MC G08-470 Los Angeles, CA  90071-1655 Phone: 323 278-6389 Fax: 800-738-2329 |
| Union Bank of California | NC Residual IV Corporation | 2110105501 | New Century Mortgage Corporation as Master Servicer for Deutsche Bank National Trust Company, as Trustee, In trust for the registered holders of New Century Mortgage Securities, Inc , New Century Home Equity Loan Trust, Series 2003 5, Asset Backed Pass-Th | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S  Figueroa St MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | NC Capital Corporation | 2110105218 | New Century Mortgage Corporation As Master Servicer for Deutsche Bank National Trust Co , as trustee  ITF The Registered Holders of New Century Mortgage Securities Inc , New Century Home Equity Trust, Series 2003-3. Asset Back Certificates | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S  Figueroa St MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 2110104238 | New Century Mortgage Corporation As Master Servicer for Deutsche Bank National Trust Co , as trustee ITF The Registered Holders of New Century Mortgage Securities Inc , New Century Home Equity Trust Series 2003-3, and Various Mortgagors | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St , MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110106060 | New Century Mortgage Corporation As Servicer For CBA Commercial LLC. and Its Successors and Assigns | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110106079 | New Century Mortgage Corporation As Servicer For CBA Commercial. LLC. and Its Successors and Assigns | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St . MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110104173 | New Century Mortgage Corporation As Servicer for Deutsche Bank National Trust Co & Various Mortgagors (241 T & I) | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St , MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930000277 | New Century Mortgage Corporation As Servicer For Deutsche Bank National Trust Co. and Various Mortgagors GSAMP Series 2005-NC1 | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St. MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000269 | New Century Mortgage Corporation As Servicer For Deutsche Bank National Trust Co. ITF Registered Holders of GSAMP Trust 2005-NC1 Mortgage Pass-Through Certificates Series 2005-NC1 | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000011 | New Century Mortgage Corporation As Servicer For Deutsche Bank National Trust Company and Various Mortgagors | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930001036 | New Century Mortgage Corporation As Servicer For Deutsche Bank National Trust Company and Various Mortgagors | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930002512 | New Century Mortgage Corporation As Servicer For Deutsche Bank National Trust Company and Various Mortgagors | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St ,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002407 | New Century Mortgage Corporation As Servicer For Deutsche Bank National Trust Company and Various Mortgagors | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002911 | New Century Mortgage Corporation As Servicer For Deutsche Bank National Trust Company and Various Mortgagors | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>Jorge flores@uboc com<br>Union Bank of California<br>445 S. Figueroa St ,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002318 | New Century Mortgage Corporation As Servicer For Deutsche Bank National Trust Company and Various Mortgagors | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930001117 | New Century Mortgage Corporation As Servicer For Deutsche Bank National Trust Company and Various Mortgagors Series 2005-B Certificates | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St . MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930001109 | New Century Mortgage Corporation As Servicer For Deutsche Bank National Trust Company As Trustee For Registered Holders of New Century Home Equity Loan Trust Series 2005-B Certificates | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St , MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000773 | New Century Mortgage Corporation As Servicer for Deutsche Bank National Trust Company. as Trustee ITF the Registered Holders of Carrington Mortgage Loan Trust Series 2005-NC3, Asset Backed Pass-Through Certificates | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000781 | New Century Mortgage Corporation As Servicer for Deutsche Bank National Trust Company, as Trustee ITF the Registered Holders of Carrington Mortgage Loan Trust Series 2005 NC3, Asset Backed Pass-Through Certificates | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St , MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930000986 | New Century Mortgage Corporation As Servicer For Deutsche Bank National Trust Company  as Trustee, ITF The Registered Holders of Carrington Mortgage Loan Trust Series 2005-NC4  Asset Backed Pass-Through Certificates | Andrea While Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S  Figueroa St , MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000994 | New Century Mortgage Corporation As Servicer For Deutsche Bank National Trust Company, as Trustee. ITF The Registered Holders of Carrington Mortgage Loan Trust Series 2005-NC4  Asset Backed Pass-Through Certificates | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S  Figueroa St MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930001125 | New Century Mortgage Corporation As Servicer For Deutsche Bank National Trust Company, As Trustee, ITF The Registered Holders of Carrington Mortgage Loan Trust Series 2005-NC5, Asset Backed Pass-Through Certificates | Andrea While Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S  Figueroa St MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930001133 | New Century Mortgage Corporation As Servicer For Deutsche Bank National Trust Company, As Trustee, ITF The Registered Holders of Carrington Mortgage Loan Trust Series 2005-NC5, Asset Backed Pass-Through Certificates | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S  Figueroa St , MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 2110106036 | New Century Mortgage Corporation As Servicer For Deutsche Bank National Trust Company  As Trustee, ITF The Registered Holders of Carrington Mortgage Loan Trust  Series 2004-NC 2 Asset Backed Pass-Through Certificates | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S  Figueroa St , MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110106044 | New Century Mortgage Corporation As Servicer For Deutsche Bank National Trust Company, As Trustee, ITF The Registered Holders of Carrington Mortgage Loan Trust, Series 2004-NC 2 Asset Backed Pass-Through Certificates and Various Mortgagors | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S  Figueroa St MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | NC Residual IV Corporation | 7930000803 | New Century Mortgage Corporation As Servicer For Deutsche Bank National Trust Company, as Trustee  ITF the Registered Holders of New Century Home Equity Loan Trust 2005-3, Asset Backed Notes, Series 2005-3 | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S  Figueroa St MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | NC Residual IV Corporation | 7930001028 | New Century Mortgage Corporation As Servicer For Deutsche Bank National Trust Company, as Trustee  ITF The Registered Holders of New Century Home Equity Loan Trust 2005 4, Asset Backed Notes  Series 2005-4 | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S  Figueroa St , MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930002296 | New Century Mortgage Corporation As Servicer For Deutsche Bank National Trust Company, As Trustee, ITF The Registered Holders of New Century Home Equity Loan Trust 2005-4 Asset Backed Pass-Through Certificates. Series 2005-D | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | NC Residual IV Corporation | 7930002393 | New Century Mortgage Corporation As Servicer For Deutsche Bank National Trust Company As Trustee, ITF the registered holders of New Century Home Equity Loan Trust 2006-2 Asset Backed Notes, Series 2006-2 | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St. MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | NC Residual IV Corporation | 7930002903 | New Century Mortgage Corporation As Servicer For Deutsche Bank National Trust Company, As Trustee, ITF the registered holders of New Century Home Equity Loan Trust 2006-NC2, Asset Backed Notes, Series 2006-NC2 | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St. MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | NC Residual IV Corporation | 7930002504 | New Century Mortgage Corporation As Servicer For Deutsche Bank National Trust Company, As Trustee, ITF the registered holders of New Century Home Equity Loan Trust 2006-S1, Asset Backed Notes Series 2006-S1 | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |