EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 2110104165 | New Century Mortgage Corporation As Servicer for Deutsche Bank National Trust Co. as trustee, ITF The Registered Holders of NCM Securities Inc, New Century Home Equity Loan Trust, Series 2003-2 Asset Backed Pass - Through Certificates (241 P & I) | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S. Figueroa St.,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002164 | New Century Mortgage Corporation As Servicer For Wells Fargo Bank N.A. as Master Servicer, ITF the Registered Holders of Asset Backed Securities Corporation Home Equity Loan Trust Series NC 2005-HE8 | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S. Figueroa St.,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002172 | New Century Mortgage Corporation As Servicer For Wells Fargo Bank, N.A. as Master Servicer, ITF the Registered Holders of Asset Backed Securities Corporation Home Equity Loan Trust Series NC 2005-HE8 | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S. Figueroa St.,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003543 | New Century Mortgage Corporation As Servicer For Wells Fargo Bank, NA As Trustee, ITF the registered holders of Carrington Mortgage Loan Trust Series 2006-NC5 Asset Backed Pass-Through Certificates | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S. Figueroa St.,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930003551 | New Century Mortgage Corporation As Servicer For Wells Fargo Bank, NA As Trustee ITF the registered holders of Carrington Mortgage Loan Trust Series 2006-NC5 Asset Backed Pass-Through Certificates | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St.,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002466 | New Century Mortgage Corporation As Servicer For Wells Fargo, As Trustee, ITF the registered holders of Carrington Mortgage Loan Trust Series 2006-NC1, Asset Backed Pass-Through Certificates | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St.<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002474 | New Century Mortgage Corporation As Servicer For Wells Fargo, As Trustee, ITF the registered holders of Carrington Mortgage Loan Trust Series 2006-NC1, Asset Backed Pass-Through Certificates | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St.,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002938 | New Century Mortgage Corporation As Servicer For Wells Fargo, As Trustee ITF the registered holders of Carrington Mortgage Loan Trust Series 2006-NC2, Asset Backed Pass-Through Certificates | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930002946 | New Century Mortgage Corporation As Servicer For Wells Fargo, As Trustee ITF the registered holders of Carrington Mortgage Loan Trust Series 2006-NC2, Asset Backed Pass-Through Certificates | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003233 | New Century Mortgage Corporation As Servicer For Wells Fargo, As Trustee ITF the registered holders of Carrington Mortgage Loan Trust Series 2006-NC3, Asset Backed Pass-Through Certificates | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003241 | New Century Mortgage Corporation As Servicer For Wells Fargo, As Trustee ITF the registered holders of Carrington Mortgage Loan Trust Series 2006-NC3, Asset Backed Pass-Through Certificates | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003365 | New Century Mortgage Corporation As Servicer for Wells Fargo, as Trustee, ITF the registered holders of Carrington Mortgage Loan Trust Series 2006-NC4 Asset Backed Pass-Through Certificates | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930003373 | New Century Mortgage Corporation As Servicer for Wells Fargo, as Trustee, ITF the registered holders of Carrington Mortgage Loan Trust Series 2006-NC4, Asset Backed Pass-Through Certificates | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000722 | New Century Mortgage Corporation As Servicer ITF Nomura Credit & Capital, Inc | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000730 | New Century Mortgage Corporation As Servicer ITF Nomura Credit & Capital, Inc and Various Mortgagors, Fixed and Adjustable Rate Mortgage Loans | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110106257 | New Century Mortgage Corporation As Servicer ITF the Purchaser and Various Mortgagors | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930000293 | New Century Mortgage Corporation As Servicer ITF The Purchaser and Various Mortgagors, Fixed and Adjustable Rate Mortgage Loans | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000358 | New Century Mortgage Corporation As Servicer ITF The Purchaser and Various Mortgagors, Fixed and Adjustable Rate Mortgage Loans | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110104246 | New Century Mortgage Corporation As Servicer, ITF the Purchaser, and Various Mortgagors, Adjustable Rate & Fixed Rate Mortgage Loans | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002792 | New Century Mortgage Corporation As Servicer, In Trust For the Purchaser and various Mortgagors, Fixed and Adjustable Rate Mortgage Loans | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930002784 | New Century Mortgage Corporation As Servicer In Trust For the Purchaser Fixed and Adjustable Rate Mortgage Loans | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St. MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110106087 | New Century Mortgage Corporation As Servicer, ITF and For The Exclusive Benefit of Merrill Lynch Mortgage Lending Inc | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St. MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110110319 | New Century Mortgage Corporation As Servicer, ITF Carrington Mortgage Credit Fund I, LP and Various Mortgagors, Fixed and Adjustable Rate Mortgage Loans | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St. MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003403 | New Century Mortgage Corporation As Servicer ITF CitiMortgage, Inc and various Mortgagors, Fixed and Adjustable Rate Mortgage Loans | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St. MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930003381 | New Century Mortgage Corporation As Servicer, ITF CitiMortgage, Inc. Fixed and Adjustable Rate Mortgage Loans | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St.<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002482 | New Century Mortgage Corporation As Servicer, ITF J P Morgan Mortgage Acquisition Corp, as Purchaser of Mortgage Loans and various Mortgagors | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002490 | New Century Mortgage Corporation As Servicer. ITF J P Morgan Mortgage Acquisition Corp, as Purchaser of Mortgage Loans and various Mortgagors | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000072 | New Century Mortgage Corporation As Servicer ITF Lehman Brothers and Various Mortgagors, Fixed and Adjustable Rate Mortgage Loans | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930000064 | New Century Mortgage Corporation As Servicer, ITF Lehman Brothers, Fixed and Adjustable Rate Mortgage Loans | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110106095 | New Century Mortgage Corporation As Servicer, ITF Merrill Lynch Mortgage Lending, Inc and Various Mortgagors, Fixed and Adjustable Rate Mortgage Loan | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110110300 | New Century Mortgage Corporation As Servicer ITF the Carrington Mortgage Credit Fund I LP, Fixed and Adjustable Rate Mortgage Loans | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000749 | New Century Mortgage Corporation As Servicer, ITF the Purchaser and Various Mortgagors Fixed and Adjustable Rate Mortgage Loans | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930000757 | New Century Mortgage Corporation As Servicer ITF the Purchaser and Various Mortgagors, Fixed and Adjustable Rate Mortgage Loans | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110105226 | New Century Mortgage Corporation As Servicer, ITF The Purchaser, Adjustable Rate & Fixed Rate Mortgage Loans | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St., MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003497 | New Century Mortgage Corporation As Servicer, ITF Wells Fargo, as trustee, for the beneficial interest of SG Mortgage Finance Corporation and various mortgagors | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St., MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003500 | New Century Mortgage Corporation As Servicer ITF Wells Fargo, as trustee, for the beneficial interest of SG Mortgage Finance Corporation and various mortgagors | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St., MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 2110105706 | New Century Mortgage Corporation C N A L/C Collateral Account | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S. Figueroa St.,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 9081001845 | New Century Mortgage Corporation CBRE Facilities Account CB Richard Ellis - Agent | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S. Figueroa St.,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110108179 | New Century Mortgage Corporation CBRE Facilities Account CB Richard Ellis - Agent | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S. Figueroa St.,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000684 | New Century Mortgage Corporation CMU Sales | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S. Figueroa St.<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 2110104017 | New Century Mortgage Corporation Commerce Checking Account | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002520 | New Century Mortgage Corporation Conexis Account | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St.,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002776 | New Century Mortgage Corporation Corporate QA Reverification Account | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110106052 | New Century Mortgage Corporation Credit Report Fee Refund Account | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St.<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corp | 7930003489 | New Century Mortgage Corporation Home123 Corporation, New Century Credit Corporation, NC Capital Corp Collection Account FBO Goldman Sachs Mortgage Company | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002245 | New Century Mortgage Corporation In Trust For Deutsche Bank As Trustee for Morgan Stanley ABS Capital, Inc Trust Series 2005 HE7 P & I | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002288 | New Century Mortgage Corporation In Trust For Deutsche Bank As Trustee for Morgan Stanley ABS Capital, Inc Trust Series 2005-HE7 T & I | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002229 | New Century Mortgage Corporation In Trust For Deutsche Bank As Trustee for NCHELT, Series 2005-C P & I | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 2110104084 | New Century Mortgage Corporation Insurance Claims | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003284 | New Century Mortgage Corporation ITF Bank of America and various mortgagors P & I | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St.<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003292 | New Century Mortgage Corporation ITF Bank of America and various mortgagors T & I | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110105668 | New Century Mortgage Corporation ITF Barclays Bank PLC as Purchaser of Mortgage Loans and Various Mortgagors | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St.<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 2110105676 | New Century Mortgage Corporation ITF Barclays Bank, PLC as Purchaser of Mortgage Loans and Various Mortgagors | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110106273 | New Century Mortgage Corporation ITF Barclays Capital PLC Collection Account | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110108357 | New Century Mortgage Corporation ITF Carrington Mortgage Loan Trust, Series 2004-NC1 | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110108365 | New Century Mortgage Corporation ITF Carrington Mortgage Loan Trust, Series 2004-NC1 and Various Mortgagors | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930003330 | New Century Mortgage Corporation ITF C-Bass and various mortgagors T & I | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St., MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003047 | New Century Mortgage Corporation ITF CitiMortgage and Various Mortgagors P & I | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St., MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003055 | New Century Mortgage Corporation ITF CitiMortgage and Various Mortgagors T & I | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St., MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000110 | New Century Mortgage Corporation ITF CMLT 2005-NC1 | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St., MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930000129 | New Century Mortgage Corporation ITF CMLT 2005-NC1 | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S. Figueroa St.,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000668 | New Century Mortgage Corporation ITF CMLT 2005-NC2 | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S. Figueroa St.,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000676 | New Century Mortgage Corporation ITF CMLT 2005-NC2 | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S. Figueroa St.,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003535 | New Century Mortgage Corporation ITF Countrywide HELOC Loans and various mortgagors P & I | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S. Figueroa St.<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930003063 | New Century Mortgage Corporation ITF Countrywide Home Loans and Various Mortgagors P & I | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St., MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003071 | New Century Mortgage Corporation ITF Countrywide Home Loans and Various Mortgagors T & I | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St., MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110104122 | New Century Mortgage Corporation ITF DB Structured Products Inc | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St. MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110104130 | New Century Mortgage Corporation ITF DB Structured Products, Inc and Various Mortgagors, Fixed & Adjustable Rate Mortgage Loans | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St. MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930002415 | New Century Mortgage Corporation ITF Deutsche Bank ATF Morgan Stanley ABS Capital Inc Trust Series 2006-NC1 P & I | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St. MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002156 | New Century Mortgage Corporation ITF Deutsche Bank N A Warehouse Financed | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St., MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | NC Capital Corporation | 2110105439 | New Century Mortgage Corporation ITF Deutsche Bank National Trust Co as Trustee and Various Mortgagors | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003187 | New Century Mortgage Corporation ITF EMC Mortgage and Various Mortgagors P & I | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St. MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930003195 | New Century Mortgage Corporation ITF EMC Mortgage and Various Mortgagors T & I | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002822 | New Century Mortgage Corporation ITF FannieMae P & I | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St.,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002830 | New Century Mortgage Corporation ITF FannieMae T & I | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St.,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003128 | New Century Mortgage Corporation ITF Goldman Sachs and Various Mortgagors P & I | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930003136 | New Century Mortgage Corporation ITF Goldman Sachs and Various Mortgagors T & I | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St.<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110105692 | New Century Mortgage Corporation ITF Goldman Sachs Mortgage Company Residential Fixed & Adjustable Rate Mortgage Loans Group No 2004-1 and Various Mortgagors | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110105684 | New Century Mortgage Corporation ITF Goldman Sachs Mortgage Company, Residential Fixed & Adjustable Rate Mortgage Loans Group No 2004-1 and Various Mortgagors | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003454 | New Century Mortgage Corporation ITF IndyMac Bank and Various Mortgagors P & I | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |