## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930003462 | New Century Mortgage Corporation ITF IndyMac Bank and Various Mortgagors T & I | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002636 | New Century Mortgage Corporation ITF IXIS Real Estate Capital Inc Fixed Rate B/C Residential Mortgage Loans | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866 372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000137 | New Century Mortgage Corporation ITF LaSalle Bank NA ATF SASCO Series 2005-NC1 | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110112435 | New Century Mortgage Corporation ITF Lehman Brothers Bank, FSB, Residential Fixed and Adjustable Rate Mortgage Loans. Group No 2004-1 and Various Mortgagors | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 2110112443 | New Century Mortgage Corporation ITF Lehman Brothers Bank, FSB, Residential Fixed and Adjustable Rate Mortgage Loans, Group No 2004-1 and Various Mortgagors | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278 6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110105544 | New Century Mortgage Corporation ITF Morgan Stanley and Various Mortgagors | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278 6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003268 | New Century Mortgage Corporation ITF Morgan Stanley and various mortgagors P & I | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St . MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003276 | New Century Mortgage Corporation ITF Morgan Stanley and various mortgagors T & I | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St . MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278 6389 Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 2110105536 | New Century Mortgage Corporation ITF Morgan Stanley and Various Purchasers | Andrea White<br>Phone: 213-236-7087<br>andrea white@ubuc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000099 | New Century Mortgage Corporation ITF MSAC 2005-HE1 | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930001249 | New Century Mortgage Corporation ITF MSAC 2005-HE5 | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866 372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St.<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800 738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930001257 | New Century Mortgage Corporation ITF MSAC 2005-HE5 | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930002644 | New Century Mortgage Corporation ITF Purchasers of Residential Adjustable Rate Mortgage Loans and Fixed Rate Mortgage Loans, and Various Mortgagors | Andrea White Phone: 213-236-7087 andrea white@ubcc com Jorge Flores Phone: 866-372-9133 jorge flores@ubcc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003098 | New Century Mortgage Corporation ITF Redwood Trust and Various Mortgagors P & I | Andrea White Phone: 213-236-7087 andrea white@ubcc com Jorge Flores Phone: 866-372-9133 jorge flores@ubcc com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003101 | New Century Mortgage Corporation ITF Redwood Trust and Various Mortgagors T & I | Andrea White Phone: 213-236-7087 andrea white@ubcc com Jorge Flores Phone: 866-372-9133 jorge flores@ubcc com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110105390 | New Century Mortgage Corporation ITF RFC and Various Mortgagors | Andrea White Phone: 213-236-7087 andrea white@ubcc com Jorge Flores Phone: 866-372-9133 jorge flores@ubcc com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 2110105382 | New Century Mortgage Corporation ITF RFC and Various Purchasers | Andrea While<br>Phone: 213-236-7087<br>andrea.while@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000900 | New Century Mortgage Corporation ITF Risk-Based Premium Draft Account | Andrea While<br>Phone: 213-236-7087<br>andrea.while@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003519 | New Century Mortgage Corporation ITF Suntrust Asset Funding, LLC and various mortgagors P & I | Andrea While<br>Phone: 213-236-7087<br>andrea.while@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003527 | New Century Mortgage Corporation ITF Suntrust Asset Funding, LLC and various mortgagors T & I | Andrea While<br>Phone: 213-236-7087<br>andrea.while@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930002431 | New Century Mortgage Corporation ITF Sutton Funding LLC as Purchaser of Mortgage Loans and various Mortgagors | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002458 | New Century Mortgage Corporation ITF Sutton Funding LLC as Purchaser of Mortgage Loans and various Mortgagors | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930001141 | New Century Mortgage Corporation ITF U S Bank National Association, As Trustee For Structured Asset Investment Loan Trust, Series 2005-9 P & I | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930001168 | New Century Mortgage Corporation ITF U S Bank National Association As Trustee For Structured Asset Investment Loan Trust, Series 2005-9 T & I | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 2110106249 | New Century Mortgage Corporation ITF UBS | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003349 | New Century Mortgage Corporation ITF UBS and various mortgagors P & I | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003357 | New Century Mortgage Corporation ITF UBS and various mortgagors T & I | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278 6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000765 | New Century Mortgage Corporation ITF Various Ginnie Mae Backed Securities | Andrea White<br>Phone: 213 236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St.<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 2110104297 | New Century Mortgage Corporation<br>ITF Various Mortgagors<br>Escrow Disb Clearing | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St .<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110104269 | New Century Mortgage Corporation<br>ITF Various Mortgagors<br>Payment Clearing Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323 278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110104319 | New Century Mortgage Corporation<br>ITF Various Mortgagors & Purchasers<br>Service Release Clearing | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002806 | New Century Mortgage Corporation<br>ITF Various Mortgagors P & I | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St ,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930002814 | New Century Mortgage Corporation ITF Various Mortgagors T & I | Andrea White Phone: 213-236-7087 andrea white@ubcc com Jorge Flores Phone: 866-372-9133 jorge flores@ubcc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278 6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110105285 | New Century Mortgage Corporation ITF Various Mortgagors A-Paper Mortgage Loans | Andrea White Phone: 213-236-7087 andrea white@ubcc com Jorge Flores Phone: 866-372-9133 jorge flores@ubcc com Union Bank of California 445 S Figueroa St , MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110104262 | New Century Mortgage Corporation ITF Various Purchasers & Mortgagors 101 T & I | Andrea White Phone: 213-236-7087 andrea white@ubcc com Jorge Flores Phone: 866-372-9133 jorge flores@ubcc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110103959 | New Century Mortgage Corporation ITF Various Purchasers 101 P & I | Andrea White Phone: 213-236-7087 andrea white@ubcc com Jorge Flores Phone: 866 372-9133 jorge flores@ubcc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930003438 | New Century Mortgage Corporation ITF Various Purchasers and Mortgagors | Andrea White Phone: 213-236-7087 andrea white@ubc com Jorge Flores Phone: 866-372-9133 jorge flores@ubc com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003446 | New Century Mortgage Corporation ITF Various Purchasers and Mortgagors | Andrea White Phone: 213-236-7087 andrea white@ubc com Jorge Flores Phone: 866-372-9133 jorge flores@ubc com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110105366 | New Century Mortgage Corporation ITF Von Karman Funding LLC and Various Mortgagors | Andrea White Phone: 213-236-7087 andrea white@ubc com Jorge Flores Phone: 866-372-9133 jorge flores@ubc com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000714 | New Century Mortgage Corporation ITF Wells Fargo Bank NA As Trustee for SASCO Series 2005 NC2 T & I | Andrea White Phone: 213-236-7087 andrea white@ubc com Jorge Flores Phone: 866 372 9133 jorge flores@ubc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278 6389 Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930001044 | New Century Mortgage Corporation ITF Wells Fargo Bank, NA ATF HASCO, Series 2005-NC1 P & I | Andrea White Phone: 213-236-7087 andrea.white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St. MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930001052 | New Century Mortgage Corporation ITF Wells Fargo Bank  NA ATF HASCO. Series 2005-NC1 T & I | Andrea White Phone: 213-236-7087 andrea.white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110106109 | New Century Mortgage Corporation ITF WM Specialty Mortgage, LLC, as Owner and any Successor Owner | Andrea White Phone: 213-236-7087 andrea.white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St . MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110106117 | New Century Mortgage Corporation ITF WM Specialty Mortgage, LLC  as Owner and any Successor Owner and Certain Mortgagors | Andrea White Phone: 213-236-7087 andrea.white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 2110103906 | New Century Mortgage Corporation Late Wire Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110104254 | New Century Mortgage Corporation Lockbox Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000897 | New Century Mortgage Corporation Manual Payroll Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110104106 | New Century Mortgage Corporation Merchant Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St ,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 2110103916 | New Century Mortgage Corporation Ohio Account | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110104025 | New Century Mortgage Corporation Operating Account | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003411 | New Century Mortgage Corporation OPUS Escrow Account | Andrea White Phone: 213-236 7087 andrea white@uboc com Jorge Flores Phone: 866 372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278 6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110103940 | New Century Mortgage Corporation Payoff Account | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 2110103983 | New Century Mortgage Corporation Payroll Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S  Figueroa St ,<br>MC G08-470<br>Los Angeles, CA  90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110104009 | New Century Mortgage Corporation Recording Fees Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S  Figueroa St ,<br>MC G08-470<br>Los Angeles, CA  90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110103932 | New Century Mortgage Corporation Returned Items | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S  Figueroa St.<br>MC G08-470<br>Los Angeles, CA  90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930001079 | New Century Mortgage Corporation Servicer For Home123 and Various Mortgagors | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S  Figueroa St .<br>MC G08-470<br>Los Angeles, CA  90071-1655<br>Phone: 323-278 6389<br>Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930001265 | New Century Mortgage Foundation | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA  90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Monticello | 7930002539 | New Century Mortgage Ventures LLC dba Monticello Mortgage Services Accounts Payable Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA  90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Monticello | 7930002547 | New Century Mortgage Ventures LLC dba Monticello Mortgage Services Trust Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA  90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Select Mortg | 7930002555 | New Century Mortgage Ventures LLC dba Select Mortgage Group Accounts Payable Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA  90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | Select Mortg | 7930002663 | New Century Mortgage Ventures LLC dba Select Mortgage Group Trust Account | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St. MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | Summit Resort | 7930002598 | New Century Mortgage Ventures LLC dba Summit Resort Lending Trust Account | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St. MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | Summit Resort | 7930002571 | New Century Mortgage Ventures LLC dba Summit Resort Lending Accounts Payable Account | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St. MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930000013 | New Century Mortgage Ventures LLC | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S. Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | Elite | 7930002687 | New Century Mortgage Ventures, LLC dba Elite Financial Services Accounts Payable Account | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S  Figueroa St , MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | Elite | 7930002695 | New Century Mortgage Ventures, LLC dba Elite Financial Services Trust Account | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S  Figueroa St MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | Total Mortg | 7930002660 | New Century Mortgage Ventures  LLC dba Total Mortgage Resource Accounts Payable Account | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S  Figueroa St . MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | Total Mortg | 7930002679 | New Century Mortgage Ventures, LLC dba Total Mortgage Resource Trust Account | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S  Figueroa St . MC G08-470 Los Angeles, CA  90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930002334 | New Century Mortgage Ventures, LLC Manual Payroll Account | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930002326 | New Century Mortgage Ventures LLC Payroll Account | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 2110113989 | New Century REIT, Inc and Various Mortgagors | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | NCREIT | 7930000250 | New Century REIT, Inc Investment Account | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866 372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | NCREIT | 2110106125 | New Century REIT, Inc<br>Operating Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | NCREIT | 7930001001 | New Century TRS Holdings, Inc | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Warehouse Corporation | 7930002350 | New Century Warehouse Corporation<br>Manual Payroll Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Warehouse Corporation | 2110105595 | New Century Warehouse Corporation<br>Operating Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Warehouse Corporation | 7930002377 | New Century Warehouse Corporation Operating Account | Andrea White Phone: 213-236-7087 andrea white@ubcc com Jorge Flores Phone: 866-372-9133 jorge flores@ubcc com Union Bank of California 445 S Figueroa St . MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Warehouse Corporation | 7930002342 | New Century Warehouse Corporation Payroll Account | Andrea White Phone: 213-236-7087 andrea white@ubcc com Jorge Flores Phone: 866-372-9133 jorge flores@ubcc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | Northwest Cap | 7930001710 | Northwest Capital Mortgage LP Accounts Payable Account | Andrea White Phone: 213-236-7087 andrea white@ubcc com Jorge Flores Phone: 866-372-9133 jorge flores@ubcc com Union Bank of California 445 S Figueroa St , MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | Peachtree Residential Mortgage L P | 7930001451 | Peachtree Residential Mortgage, LP Accounts Payable Account | Andrea White Phone: 213-236-7087 andrea white@ubcc com Jorge Flores Phone: 866-372-9133 jorge flores@ubcc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | Peachtree Residential Mortgage, L P | 7930001486 | Peachtree Residential Mortgage, LP Manual Payroll Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St.<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Peachtree Residential Mortgage L P | 7930001478 | Peachtree Residential Mortgage LP Payroll Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278 6389<br>Fax: 800-738-2329 |
| Union Bank of California | Peachtree Residential Mortgage L P | 7930002008 | Peachtree Residential Mortgage. LP Trust Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | | Petty Cash | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | Residential Prime Lending Limited Partnership | 7930001494 | Residential Prime Lending Limited Partnership Accounts Payable Account | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | Residential Prime Lending Limited Partnership | 7930001516 | Residential Prime Lending Limited Partnership Manual Payroll Account | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | Residential Prime Lending Limited Partnership | 7930001508 | Residential Prime Lending Limited Partnership Payroll Account | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | Residential Prime Lending Limited Partnership | 7930002016 | Residential Prime Lending Limited Partnership Trust Account | Andrea White Phone: 213-236-7087 andrea white@uboc com Jorge Flores Phone: 866-372-9133 jorge flores@uboc com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | Von Karman Funding Trust | 38432 | Restricted Cash | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St.<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | scFinance | 7930001745 | scFinance, LP<br>Accounts Payable Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | scFinance | 7930002091 | scFinance LP<br>Trust Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Sutter Buttes Mortgage, L P | 7930001559 | Sutter Buttes Mortgage, LP<br>Accounts Payable Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St.<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | Sutter Buttes Mortgage. L P | 7930001575 | Sutter Buttes Mortgage LP Manual Payroll Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St ,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Sutter Buttes Mortgage, L P | 7930001567 | Sutter Buttes Mortgage. LP Payroll Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Sutter Buttes Mortgage  L P | 7930002032 | Sutter Buttes Mortgage, LP Trust Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St ,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Team Home Lending  Ltd | 7930001524 | Team Home Lending  Ltd Accounts Payable Account | Andrea White<br>Phone: 213 236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St ,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278 6389<br>Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | Team Home Lending, Ltd | 7930001540 | Team Home Lending, Ltd Manual Payroll Account | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | Team Home Lending, Ltd | 7930001532 | Team Home Lending, Ltd Payroll Account | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | Team Home Lending, Ltd | 7930002024 | Team Home Lending, Ltd Trust Account | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St, MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003802 | New Century Mortgage Corporation Travelers L/C account | Andrea White Phone: 213-236-7087 andrea.white@uboc.com Jorge Flores Phone: 866-372-9133 jorge.flores@uboc.com Union Bank of California 445 S Figueroa St. MC G08-470 Los Angeles, CA 90071-1655 Phone: 323-278-6389 Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | | 2110104092 | Worth Funding, Inc<br>Operating Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St ,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323 278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003667 | New Century Mortgage Corporation DRM<br>Payoff Account | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003586 | NCMC ITF GMAC/RFC and various<br>mortgagors P&I | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278 6389<br>Fax: 800-738 2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003578 | NCMC ITF GMAC/RFC, and various<br>mortgagors T&I | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800 738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930003594 | NCMC ITF JP Morgan/Chase, and various mortgagors P&I | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S. Figueroa St.<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003659 | NCMC ITF JP Morgan/Chase and various mortgagors | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S. Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003691 | New Century Mortgage Corporation. In trust for Washington Mutual Bank as owner, and any successor owner | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S. Figueroa St.,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003705 | New Century Mortgage Corporation, In trust for Washington Mutual Bank, in trust for Washington Mutual Bank as owner, and any successor owner. and certain Mortgagors | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S. Figueroa St.<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | WRT Financial | 7930001435 | WRT Financial Payroll Account | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>Jorge Flores<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323 278 6389<br>Fax: 800-738-2329 |
| Union Bank of California | Newwnsure LLC | 7930003683 | Newwnsure, LLC<br>Manual Payroll Account | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323 278 6389<br>Fax: 800-738-2329 |
| Union Bank of California | Newwnsure LLC | 7930003675 | Newwnsure, LLC<br>Payroll Account | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 21101014003 | Manual Payroll Account | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323 278-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 21101053734 | VK Sub Account | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Andrea White<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2329 |

**EXHIBIT A**

**Current Bank Accounts**

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 2110105757 | NC-1 250 P&I | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2320 |
| Union Bank of California | New Century Mortgage Corporation | 7930000056 | CREDIT SUISSE | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2320 |
| Union Bank of California | New Century Mortgage Corporation | 7930000978 | NC REMIT CLEARING | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2320 |
| Union Bank of California | New Century Mortgage Corporation | 7930002423 | NC 431 T&I | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2320 |
| Union Bank of California | New Century Mortgage Corporation | 7930003144 | INV 001-601 P&I | Andrea White<br>Phone: 213-236-7087<br>andrea.white@uboc.com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge.flores@uboc.com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2320 |

EXHIBIT A

Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | New Century Mortgage Corporation | 7930003713 | NC 173 P&I | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S. Figueroa St ,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-276-6389<br>Fax: 800-738-2329 |
| Union Bank of California | New Century Mortgage Corporation | 7930003721 | NC 173 T&I | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S. Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-276-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Home123 Corporation | 7930001699 | Golden Oak Payroll | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-276-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Home123 Corporation | 7930001702 | Golden Oak Manuel Payroll | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St .<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-276-6389<br>Fax: 800-738-2329 |
| Union Bank of California | Home123 Corporation | 7930001729 | Northwest Cap Payroll | Andrea White<br>Phone: 213 236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323 278-6389<br>Fax: 800-738-2329 |

## EXHIBIT A

### Current Bank Accounts

| Name of Bank | Debtor | Account Number | Account Name | Notice Address |
|---|---|---|---|---|
| Union Bank of California | Home123 Corporation | 7930001737 | Northwest Cap Manual Payroll | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2220 |
| Union Bank of California | Home123 Corporation | 7930001753 | ScFinance Payroll | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St,<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2220 |
| Union Bank of California | Home123 Corporation | 7930001761 | Sc Finance Manual Payroll | Andrea White<br>Phone: 213-236-7087<br>andrea white@uboc com<br>Jorge Flores<br>Phone: 866-372-9133<br>jorge flores@uboc com<br>Union Bank of California<br>445 S Figueroa St<br>MC G08-470<br>Los Angeles, CA 90071-1655<br>Phone: 323-278-6389<br>Fax: 800-738-2220 |
| U S Bank | New Century Capital Corporation | 3335864 | Asset Backed Securities | Irene J Maleckyj<br>Administrative Support Manager<br>Mortgage Banking Services<br>612 303-3573 Phone<br>612 303-2253 Fax |
| Washington Mutual | New Century Warehouse Corporation | 1883379901 3921914615 | Washington Mutual Operating Account - Access Lending | Pat Freeman<br>patrick c freeman@wamu net<br>Michael McCauley<br>Washington Mutual Bank FA<br>3200 Southwest Freeway<br>Houston, TX 77027<br>Phone: 713 543 6141<br>Fax: 713-543-6727 |
| Wells Fargo | New Century Financial Corporation | | Wells Fargo Bank Deferred Comp | Chris Gold<br>Wells Fargo<br>ITS-San Diego<br>MAC E2963-171<br>4365 Executive Drive, Suite 1700<br>San Diego, CA 92121-2130<br>Phone: 858-622-6823<br>Fax: 858 622-6803 |