March 21, 2007

11201 N  Tatum Blvd . Suite 300
Phoenix, AZ 85028
Phone: 602-787-6000
Fax: 602-787-8040
www.willis.com

Direct Line: 602-787-6066
E-mail: Debbie.inman@willis.com

Mr. Steve Younglove
New Century Financial Corporation
3121 Michelson, Suite 600
Irvine, CA 92612

Re:    Difference in Conditions
       Empire American Binder Dated 3/19/07, policy no 306912JF1
       Endurance American Binder Dated 3/20/07
       Policy Period 3/17/07-08

Dear Steve:

We are pleased to advise that we have received confirmation from the above insurance carriers that they have bound coverage per your instructions and based on the information you have provided   The exclusions, subjectivities, warranties, cancellation clauses are as outlined in our proposal dated March, 2007

 We have reviewed the binding documents and find they are in accordance with your instructions.  Please review the documents and if you have any questions with the coverage, limits or other terms and conditions, or concerns that we have not implemented your instructions correctly please contact us immediately.

Please note the premium payment terms are annual as previously set forth in the quote proposal.  Invoices for this placement are being sent under separate cover from our Regional Accounting Center.

The premium quoted for the insurance of $420,000 is subject to Surplus Lines Tax laws and requires a tax payment in addition to the premium charged by the insurer.  Coverage placed with this insurer is issued pursuant to the surplus lines law and does not have the protection of state guaranty or insolvency funds nor has the policy wording been reviewed by the insurance department of the state.

Should you be in need of claims reporting assistance pending receipt of your policies, please contact our Claims Center which is available 24 hours.  The toll free number for the Southwest is 877.883.2678.  Thank you for placing your business with Willis.  Should you have any questions, please do not hesitate to contact any member of your service team.

Sincerely,
Willis of Arizona, Inc.


Debbie Inman
Assistant Vice President



# MaxRe

TO:
~~Owen Smith~~ Doug Flershman.
COMPANY:
Aon (Bermuda) Ltd
P.O. Box HM 2020
Cumberland House
Victoria Street
Hamilton,   HM 11

FROM:
Max Re Ltd.
Max Re House
2 Front Street
P.O. Box HM 2565
Hamilton HM KX

FAX:   ~~296-7956~~ 847-953-1690
PHONE:  278-1218

FAX:   (441) 296-8811
PHONE:  (441) 296-8800

DATE:  June 15, 2006

TOTAL NO. OF PAGES INCLUDING COVER:  2

COVERAGE BINDER FOR: New Century Financial Corporation

Insured Address: 18400 Von Karman, Suite 1000
Irvine
California 92612
United States

Policy Number: 12575-1330-EPLI-2006
Underwriter: Jim Gray, EVP, CUO Professional Liability Insurance

Policy Period: June 15, 2006 to June 15, 2007

Coverage Type: Employment Practices Liability
Policy Form: MAX EPLI

| | |
|---|---|
| Per Occurrence Limit: | $10,000,000 |
| Aggregate Limit: | $10,000,000 |
| Attachment (Eroding): | $0 |
| Per Occurrence SIR: | $1,000,000 |
| Premium: | $330,000 |
| Gross Brokerage: | 15% |

## Special Conditions

1. Third Party Discrimination and Harassment Liability Endorsement is included.

2. The Policy will be the Max Re Ltd Employment Practices Liability Insurance Policy 001 (7/2003) with Aon Amendatory Endorsement and manuscript endorsement, all as expiring (excluding Franklin Matter endorsement)

## Standard Conditions

1. Subject to payment of premiums by wire transfer within 14 days of the Inception Date

Payment Instructions:

US Dollar wire transfer instructions
================
Boston Safe Deposit and Trust Company
ABA: 011-001-234/BOS SAFE DEP
DDA# 162299
For: Insurance Operating Account (Max Re Ltd)
Account Number: MRL F 0070232

For US Accounts Only - Max Re Federal Tax ID Number is 98-0228016

2. Coverage shall be construed in accordance with the internal laws of the State of New York.

3. All disputes, including claims disputes, are subject to Arbitration in the United Kingdom.

4. All amounts are in US Dollars unless otherwise indicated.

5. All subjectivities must be provided within 30 days (unless a different date is provided in the subjectivity) of the date of this letter. If such subjectivities are not cleared by that time, then any policy bound may be cancelled ab initio by the insurer.

6. No coverage contemplated by this Binder shall be broader that that afforded by any underlying or coinsuring insurer.

7. Binder is subject to disclosure of any claims or occurrences which may affect this policy which the applicant shall become aware of subsequent to the application date and prior to the inception date of coverage for this quote.

8. If this an excess proposal, this Binder is subject to confirmation at the time of binding that the coverage provided by underlying carriers is being bound per the terms advised to Max Re prior to Max Re releasing quotes. If any underlying carrier has amended conditions or exclusions, Max Re reserves the right to cancel or restrict coverage or require additional premium accordingly. In addition, Max Re reserves the right to reprice its premium should any higher layer of insurance coverage receive a higher premium rate per million of limit.

9. This Binder is conditioned upon no material change between the date of this letter and the inception date of the proposed policy, including any claims or notices of circumstances to any prior insurer. In the event of such a change of risk, Max Re has the sole option to modify or withdraw this proposal at its discretion.

10. Any and all taxes or fees incurred in the placement of the proposed insurance are the sole and exclusive responsibility of the Insured, and it is acknowledged that Max Re has no payment or filing responsibilities of any kind relating to such any taxes or fees.

11. All changes, modifications and extensions of this proposal shall be made only in writing by the underwriter.

All other terms and conditions as per MAX EPLI Policy Form referenced above and applicable endorsements.

## COMMENTS

Please note this binder is subject to completion and satisfactory review of all the Special Conditions noted above.

Further, the terms and conditions outlined in this binder are based on the applicable underwriting information received as of the date of the application. Max Re Ltd maintains the right to adjust the terms and conditions, in the event conflicting information is received subsequent to this date.

Signed:

Date: JUN 1 5 2006

Name: Jim Gray, EVP, CUO Professional Liability Insurance



AmWINS Insurance Brokerage of California, LLC
601 S. Figueroa Street
Suite 4350
Los Angeles, CA 90017

CA License #0C01319

3/19/2007

Susan Espinoza
Willis of Arizona
11201 North Tatum Blvd.
Ste. 300
Phoenix, AZ 85028

RE:    Confirmation of Coverage
       Insured: New Century Financial Corporation
       Difference in Conditions
       Policy Period:  3/17/2007 to 3/17/2008
       Empire Indemnity Insurance Company

### Confirmation of Coverage

In accordance with your instructions to bind coverage, this Confirmation of Coverage confirms that coverage is bound for your client as follows:

| | |
|---|---|
| **Date of Issuance:** | 3/19/2007 |
| **Named Insured:** | New Century Financial Corporation |
| **Mailing Address:** | 18400 Von Karman Ave #1000<br>Irvine, CA 92612 |
| **Carrier:** | Empire Indemnity Insurance Company (Non-Admitted) |
| **Policy Number:** | 308912JF1 |
| **Policy Period:** | From 3/17/2007 to 3/17/2008<br>12:01 A.M. Standard Time at the Mailing Address shown above |
| **Line of Business:** | Difference in Conditions Including Earthquake, Earthquake Sprinkler Leakage and Flood |
| **Limits:** | $10,000,000 Primary per occurrence and in the aggregate for Earthquake/EQSL and Flood |
| **Policy Premium:** | $320,000.00 |
| **Fees:** | California |

| | |
|---|---|
| Policy Ctastrophe Analysis Fee: | $150.00 |
| Total Fees: | $150.00 |

**Taxes & Fees:**

California

| | | |
|---|---|---|
| Surplus Lines Tax: | | $9,604.50 |
| Stamping Fee: | | $400.19 |

Totals:

| | | |
|---|---|---|
| Surplus Lines Tax: | | $9,604.50 |
| Stamping Fee: | | $400.19 |
| Total SL Fees: | | $10,004.69 |

**Total Premium, Taxes & Fees: $330,154.69**

**Commission:**      10.000% of premium excluding fees and taxes

**Additional Terms and Conditions:**
Form: Empire DIC form to lead Placement.

*Please review the attached carrier Binder for a specific listing of policy terms and conditions that have been bound.*

The attached Binder from the carrier sets out the precise coverage terms and conditions being bound. Please review this Information carefully. If after review, you find any errors in this Confirmation of Coverage or the carrier's Binder, please contact us immediately to discuss.

Should you have any questions or need anything further, please feel free to contact me.

Thank you for your business. We truly appreciate it.

Sincerely,

Mary Pat Scanlon
Senior Vice President
AmWINS Insurance Brokerage of California, LLC
T - 213.254.2230
F - 213.254.2238
E - marypat.scanlon@amwins.com

# ARROWHEAD®
General Insurance Agency, Inc.

## BINDING CONFIRMATION

| | |
|---|---|
| **Date:** | March 16 2007 |
| **Named Insured:** | NEW CENTURY FINANCIAL CORPORATION |

**Term:** Mar 17 2007 to Mar 17 2008     **Binder expires 90 days from policy inception**

**Company:**

| | | | |
|---|---|---|---|
| Empire Indemnity | 100 | % | $10,000,000 |
| Praetorian Specialty | | % | $0 |
| Glencoe Insurance | | % | $0 |
| Lexington | | % | $0 |

**Policy Number: 306912JF-1**

**Perils:** Difference in Conditions including:

☒ Earthquake (not including Earthmovement)    ☐ Earthmovement   ☒ EQSL ☒ Flood

     ☐ Terrorism (U.S. Terrorism Risk Insurance Act of 2002)

       ☐ *Building Ordinance/ICC/Demo-----Sublimit:

         *(collectively for Demo and ICC, not individually)

         If excess - BO coverage applies only if all underlying carriers are including with no sublimits

         Need verification prior to issuing policy – If not received, it will be excluded

**Limit:** $ 10,000,000 part of $ 10,000,000 **PRIMARY**

*Limits apply per occurrence and in the aggregate for Earthquake/EQSL and Flood*

**Deductibles:** CA    EQ   10 %   per Unit

☒ Including Time Element -

     ☒ Business Income    ☒ Extra Expense    ☐ Rental Value ☐

☐ Excluding Time Element          BI deductible if different from PD:

| | |
|---|---|
| Minimum EQ Deductible: | $ 50,000 |
| EQSL: | Excluded |
| Flood: | $50,000 |
| AOP: | $25,000 |
| Terrorism: | Excluded |

Unit is defined as:    a) Each Separate Building or Structure

                    b) Contents in each Separate Building or Structure

                    c) Property in the Yard

                    d) Business Income/Extra Expense

| Property Covered: | | | |
|---|---|---|---|
| ☐ Real Property | | ☒ Business Personal Property | |
| ☒ Business Income | | ☒ EDP | |
| ☒ Extra Expense | | ☒ Tenant Improvements/Betterments | |
| ☐ Rental Value | | ☐ Stock | |
| ☐ Leasehold Interests | | ☐ Machinery and Equipment | |
| ☐ Contingent Business Income | | ☐ Accounts Receivable | |
| ☐ Per Submission | | ☐ Valuble Papers | |
| ☐ | | ☐ | |
| ☐ | | ☐ | |

| Valuation: | | | | |
|---|---|---|---|---|
| Property Damage | ☒ RC | ☐ ACV | | |
| Time Element including Extra Expense | ☐ RC | ☒ ALS | | |

**Territory/Locations:**    CA & IL locations only per schedule on file with company

**TIV:**    $ 140,619,221

**Forms:**
☒ Company Form
☐ Company Excess Follow Form (subject to review and approval of form we are to follow)
  *Copy of policy we are to follow must be received within 90 days of effective date or we will issue our form*
☐ Manuscript Form (subject to approval of final executed policy form and approval of form we are following if following form)
  *Manuscript form and copy of policy we are to follow must be received within 90 days of effective date or we will issue our form*
*If doing Excess Follow Form or Manuscript Form, we require a complete copy of the policy we are following which is subject to approval prior to issuing our policy. Our policy will not be issued without it.*

**Exclusions:**
☒ Terrorism (Company Form) - Not to include U.S. Terrorism Risk Insurance Act of 2002
☒ Pollution (Company Form)
☒ Asbestos / Contamination (Company Form)
☒ Mold (Company Form)
☐ Flood          ☐ EQSL          ☒ Theft
☐ Flood - locations located in 100 year flood plain
☒ Flood - locations located in 100 year flood plain and Shaded X flood zone
☒ Building Ordinance, Increased Cost of Construction and Demolition
   ☐ EXCLUDE but will allow BO/ICC/Demo losses to erode the aggregate
☒ Boiler and Machinery
☒ Electronic Data and Computer Systems Exclusion (Company Form)
☐ Underlying Sublimited Coverages Exclusion
☒ All Risk Perils (Including Windstorm)
☒ Terrorism (as provided under U.S. Terrorism Risk Insurance Act of 2002)
☒ Ensuing Loss
☐
☐

**Conditions:**
- ☒ Warrant All Risk Underlyer
- ☒ Debris Removal clause (Company Form)
- ☐ Excess Limit of Liability and Participation Clause (Company Form)
- ☐ Drop Down clause applicable only to covered locations, perils and interests
- ☒ Statement of Values form
- ☐

*Binding coverage does not guarantee the agreement to add additional locations/coverages at the account rate or any rate. The agreement to add additional locations/coverages is subject to carrier approval.*

|  |  |  |
|---|---|---|
| **PREMIUM:** $ 320,000 | | Subject to 25% Minimum Earned Premium |
| **Federal Excise Tax-FET (4% of Glencoe portion of premium only):** $ 0 | | |
| **U.S. Terrorism Risk Insurance Act of 2002 (TRIA) Premium:** $ Rejected | | Not included in premium above |
| **Federal Excise Tax-FET (4% of Glencoe portion of Terrorism):** $ N/A | | |
| **Policy Catastrophe Analysis Fee:** $ 150 | | Fully Earned |
| **Inspection Fee:** $ 0 | | Fully Earned |

**Plus applicable SLA Taxes and Fees - Broker is responsible for the calculation of these taxes and fees, payment to the appropriate SLA office and filing of the SLA form**

**Subject to:**

**Comments:**
90 DAYS NOC EXCEPT 10 DAY FOR NONPAY. 180 DAY EXTENDED PERIOD OF INDEMNITY. 4 WEEK CIVIL

AUTHORITY & INGRESS/EGRESS.
COVERAGE FOR EQSL IS $9,000,000 XS $1,000,000 ($1,000,000 PRIMARY EQSL PROVIDED BY ZURICH)

02/06

 Endurance

March 20, 2007

Mary Pat Scanlon
Amwins Insurance Brokerage of California - LA
601 S Figueroa Street Suite 4350, n/a                     CA License # 0E63478
Los Angeles, CA 90017                                      Sent via: EMail

                                                    Policy Number: CPN10000356001

Re:    New Century Financial Corporation
       3121 Michelson
       Suite 600
       Irvine, CA 92621

Dear Mary Pat, our binding confirmation is detailed below.

| | |
|---|---|
| **Insurance Carrier:** | Endurance American Specialty Insurance Company<br>(Formerly Traders & Pacific Insurance Company)<br>(Endurance American Specialty Insurance Company is a Non-Admitted A- XV Carrier) |
| **Policy Term:** | **From:** March 17, 2007        **To:** March 17, 2008<br>(12:01 a.m. Standard Time on both dates, at the address of the Named Insured noted above) |
| **Policy Form:** | Endurance American Specialty Insurance Company Difference In Conditions Form |
| **Perils:** | Difference In Conditions including Earthquake and Flood |
| **Coverage(s):** | Contents, TIB, edp, bi/ee, 180 day epi, 4 weeks civil authority, 4 weeks ingress/egress |
| **Limit of Liability:** | $    10,000,000   Per Occurrence in Excess of<br>$    10,000,000 |
| **Sublimit(s):** | $10,000,000      Annual Aggregate as Respects Flood<br><br>Sublimits are part of and do not increase the total Limit of Liability |
| **Policy Premium:** | $      100,000   Term |
| **Fee(s):** | $         150   Catastrophe Modeling Fee |

| | |
|---|---|
| **Total Insurable Values:** | $140,619,221 |
| **Locations:** | As per schedule on file with the company |
| **State(s) Covered:** | California and Illinois |
| **Filing State(s):** | The Producer is responsible for the payment and handling of any and all applicable Surplus Lines Taxes, Fees and Filings. Endurance will not release a Binder or Policy Number until we receive, in writing from the Producer, the state(s) and premium allocations that the producer will be filing for the payment of taxes, fees, and filings. Endurance does require 100% allocation for state filing and fees. |

**Deductibles:**

| **Peril:** | All Other Perils | **Applies:** | Each Occurrence |
|---|---|---|---|
| **Amount:** | $25,000 | | |

| **Peril:** | Flood | **Applies:** | Each Occurrence |
|---|---|---|---|
| **Amount:** | $50,000 | | |

| **Peril:** | Earthquake And Sprinkler Leakage | **Applies:** | Each Occurrence |
|---|---|---|---|
| **Amount:** | 10 % Per Unit | **Min:** | 50,000 |

**Terms and Conditions:**

| Number | Name |
|---|---|
| ECP 0501 0505 | Absolute Mold Exclusion |
| ECP 0501 0505 | Absolute Pollution Exclusion |
| ECP 0502 0505 | Asbestos Exclusion |
| ECP 1302 0505 | Minimum Earned Premium Clause |
| ECP 1307 0505 | Service of Suit |
| ECP 1301 0505 | Loss Adjustment Endorsement |
| ECP 1304 0505 | Statement of Values |
| ECP 0507 0505 | War Terror Nuclear Exclusion |
| ECP 0603 0505 | Electronic Data Computer Systems Exclusion |
| ECP 1303 0505 | Flood Coverage Limitation |
| ECP 1305 0505 | Territory Coverage Limitation |
| ECP 1306 0505 | Underlying All Risk Coverage Endorsement |

**Special Conditions:**
1. Cancellation term is 90 days. Term is 10 days for reasons of non payment
2. Premium is due on or before May 15, 2007
3. Minimum Earned Premium is 25% of the Total Premium
4. Valuation is based on:      Replacement Cost as respects Contents
                              Actual Loss Sustained as respects Time Element

**Subjectivities:**
Signed Terrorism Disclosure Form
We must receive a copy of the followed form within 75 days of Effective Date or we will
issue our policy using our policy forms
Drop Down Clause ok'd
OK TO DELETE VACANCY & UNOCCUPANCE CLAUSE

No coverage for Terrorism will be provided as the Insured has rejected the TRIA Coverage offered.

**Comments:**

This binder may differ from the terms and conditions presented in the submission. The binder represents the terms
and conditions that Endurance is willing to offer for this insured.

## EVIDENCE OF INSURANCE FOR MORTGAGE BANKERS BOND

### BANKERS INSURANCE SERVICE
**(A Division of Financial & Professional Risk Solutions, Inc.)**
**(in California, Financial & Professional Risk Solutions Insurance Agency, Inc. – License # OB93670)**
**200 E. RANDOLPH STREET, SUITE 1700, CHICAGO, IL   60601**

We, the undersigned, hereby verify that the MORTGAGE BANKERS BOND described in Evidence of Insurance (which insurance is referred to herein as the "Bond") is in force at this date with certain Underwriters at Lloyd's, London (hereinafter called "Insurers").

Assured - Name:   New Century Financial Corporation* (see attached for list of all assureds)
Address:   Park Place
3121 Michelson, Suite 600
Irvine, CA  92612

### DESCRIPTION OF INSURANCE

| | |
|---|---|
| MORTGAGE BANKERS BOND #: | MBB-05-00071 |
| BOND PERIOD: | February 28, 2006 to February 28, 2009 |

ANNUAL AGGREGATE LIMIT OF INDEMNITY FOR
EACH CONTRACT YEAR UNDER SECTIONS A AND B:

| | |
|---|---|
| INCLUDING EMPLOYEE DISHONESTY/FIDELITY | $5,000,000 |
| DEDUCTIBLE FOR EMPLOYEE DISHONESTY/FIDELITY: | $500,000 each and every loss |

ANNUAL AGGREGATE LIMIT OF INDEMNITY FOR
EACH CONTRACT YEAR FOR SECTION C:

| | |
|---|---|
| ERRORS & OMISSIONS: | $5,000,000 |
| DEDUCTIBLE FOR ERRORS & OMISSIONS: | $50,000 each and every loss |

NOTICE TO SECONDARY MARKET INVESTORS OR WAREHOUSE LENDERS
This evidence of insurance confirms coverage for employee dishonesty and certain errors and omissions.  If you are uncertain as to which individual or department to forward this document, please contact your Chief Financial Officer or Real Estate Finance Department.

**MODIFICATIONS OR EXCESS POLICY LIMITS:**  Also carries following excess layers:

Excess Policy Number QK0702946 in the amount of $10,000,000 in excess of $5,000,000 and Excess Policy Number QK0702078 in the amount of $38,000,000 excess of $15,000,000. Both effective February 28, 2007 to February 28, 2008

This document is furnished as a matter of information only  The issuance of this document does not make the person or organization to whom it is issued an additional Assured. nor does it provide any rights to such person or organization nor modify in any manner the Bond between the Assured and the Insurers  Any amendment. change or extension of such contract can only be effected by specific endorsement attached thereto

It should be noted that the total indemnity of the Insurers for any and all loss or losses is limited to the amount remaining available for the payment of claims pursuant to the terms and conditions of the Bond irrespective of the total amount of such loss or losses

The Bond contains separate Annual Aggregate Limits of Indemnity for each contract year  Any payments made under the Bond concerning either Annual Aggregate Limit of Indemnity shall reduce that Annual Aggregate Limit of Indemnity remaining available for that contract year for the payment of any loss or losses

If the Bond is canceled, terminated or the Annual Aggregate Limit of Indemnity for any contract year reduced for any reason other than payment of loss during the Bond period, we. the undersigned, will endeavor to give thirty (30) days written notice to the holder of this document  Failure to give such notice shall impose no obligation of any kind upon the undersigned or upon the Insurers.

Dated:  _____ April 24, 2007 _____

By:  _____ *Thomas J Delaney* _____
BANKERS INSURANCE SERVICE

Richards, Layton & Finger, P.A.
Attn:  Chris Samis
920 North King Street
Wilmington, DE 19801

**Additional Named Assureds Include:**
New Century Financial Corporation
HOME123 Corporation, fka The Anyloan Company
The Anyloan Company
Anyloan Financial Corporation
eConduit Corporation
North American Real Estate Solutions, Inc
NC Capital Corporation
NC Insurance Services, Inc
New Century Mortgage Corporation
New Century Mortgage Securities, Inc
NC Participation I, LLC
New Century REO Corp
NC Residual Corporation
NC Asset Holding, L P  f/ka NC Residual II Corporation
NC Residual III Corporation
NCMC Insurance Corporation
New Century Warehouse Corporation
Worth Funding Incorporated
NC Residual IV Corporation
New Century Mortgage Ventures, LLC
RBC Mortgage Company (Retroactive Date:  09/02/2005)
New Century Financial Corporation Employee Stock Purchase Plan
New Century Financial Corporation Deferred Compensation Plan
New Century Financial Corporation 1995 Stock Option Plan / New Century financial Corporation 2004 Performance Incentive Plan
Supplemental Executive Retirement Plan
New Century Warehouse Corporation dba Access Lending (Retroactive Date: 02/03/2006)
New Century Funding A
New Century Funding 1
New Century Funding SB-1
NC Deltex, LLC
NCORAL, L P
New Century Mortgage Securities, LLC
NewVensure, LLC f/k/a Home Visions, LLC
New Century R E.O  II
NC Participation Corporation
New Century Capital Services, Inc.
New Century TRS Holdings, Inc. f/k/a NCFC
New Century Credit f/k/a Worth Funding Incorporated
Von Karmon Funding Trust f/k/a Von Karmon Funding, LLC
New Century Capital Trust I
New Century Capital Trust II
Home123 com, Inc
NewVensure of Alabama. LLC
New Century R E O  III Corp., Incorporated
Access Investment II, LLC (Retroactive Date:  02/03/2006)

## Primary Mortgage Bankers Bond Coverage

**Fidelity / Employee Dishonesty**

| Clause | Description | Limit | Deductible |
|---|---|---|---|
| A1(a) | Employee Theft | $5,000,000 | $500,000 |
| A1(b) | Employee Dishonesty | $5,000,000 | $500,000 |
| A1(c) | Closing Agent Dishonesty | $5.000,000 | $500.000 |
| A2(a) | Premises-Property | $5,000,000 | $500,000 |
| A2(b) | Premises-Furniture/Fixtures | $5,000,000 | $500.000 |
| A2(c) | Premises-Documents of Others | $5,000,000 | $500,000 |
| A3(a) | Transit All Property | $5,000,000 | $500,000 |
| A3(b) | Transit Real Estate Documents | $5,000,000 | $500.000 |
| A4 | Forged Checks | $5.000.000 | $500,000 |
| A5(a-d) | Forged Documents | $5,000,000 | $500.000 |
| A6(a-f) | Computer Crime | $5,000,000 | $500,000 |
| A6(g) | Computer Virus | $5.000,000 | $500,000 |
| A7 | Counterfeit Currency | $5.00.000 | $500.000 |
| A8 | Fraudulent Mortgage | $5,000,000 | $500,000 |
| A9 | Claims Expense | $100,000 | $NONE |
| A10 | Replacement Expense | $200,000 | $2,500 |
| B1 | Secondary Market Institution | $5,000,000 | $500.000 |
| E2 | Legal Expense | $NIL | $N/A |

**Mortgagees Errors & Omissions**

| Clause | Description | Limit | Deductible |
|---|---|---|---|
| C1 (a) | Mortgagee Interest - F EC , H O  & FL | $5.000.000 | $50.000 |
| C1 (b)(i) | Borrower -F.EC , HO. & FL | $5.000,000 | $50.000 |
| C1 (b)(ii) | Borrower - FEMA Determined | $5,000,000 | $50,000 |
| C1 (c)(i) | Investor - FHA/VA Notification | $5,000,000 | $50,000 |
| C1 (c) (ii-iii) | Investor - Late Pay/Fcl Notice | $1,000,000 | $50,000 |
| C1 (c) (iv) | Investor  - FHA Insurance | $5,000,000 | $50.000 |
| C1 (c) (v-vi) | Investor  - PMI Ins /VA Guar | $1,000,000 | $50,000 |
| C1 (c) (vii) | Borrower & Investor – FEMA Determined | $5,000,000 | $50,000 |
| C1 (d) | Borrower & Investor - R.E. Tax | $500,000 | $5,000 |
| C1 (e) | Investor -  Recordation E&O | $1,000,000 | $2,500 |
| C2(a)(i) | Extended E&O | $5,000,000 | $50,000 |
| C2(a)(ii) | Condo Master Policy | $5,000,000 | $50,000 |
| C2 (b) | Mortgage Impairment | $5.000.000 | $50,000 |

Excess Policies (QK0702946 & QK0702078) include the following Coverage Clauses of the Primary Policy (MBB-05-00071)

    A1(a), A1(b), A2(a), A2(c). A3(a). A3(b). A4. A6. A7. B1

    C1 (a), C1 (b)(i), C1 (b)(ii). C1 (c)(i), C1 (c) (iv), C1 (c) (vii), C2(a)(i). C2(a)(ii), C2(b)

New Century Financial Corporation - ABA Policy Schedule

| Insured | Policy # | Premium | Inception | Expiration | Insurer |
|---|---|---|---|---|---|
| Austin Mortgage | 59WETQ8341 | $913.00 | 2/25/2008 | 2/25/2008 | Hartford Casualty Ins Co |
| Capital Pacific | 59WETQ8349 | $4,602.00 | 2/25/2008 | 2/25/2008 | Twin City Fire Insurance Co |
| Compufund | 59WETQ8464 | $8,882.00 | 2/25/2008 | 2/25/2008 | Hartford Casualty Ins Co |
| Kingston | 59WETQ8344 | $6,762.00 | 2/25/2008 | 2/25/2008 | Hartford Casualty Ins Co |
| Loan Partners | 59WETQ8347 | $17,713.00 | 2/25/2008 | 2/25/2008 | Hartford Casualty Ins Co |
| Midwest Home | 59WETQ8460 | $1,126.00 | 2/25/2008 | 2/25/2008 | Twin City Fire Insurance Co |
| Peachtree Residential | 59WETQ8468 | $2,084.00 | 2/25/2008 | 2/25/2008 | Twin City Fire Insurance Co |
| Suttter Buttes | 59WETQ8343 | $1,829.00 | 2/25/2008 | 2/25/2008 | Hartford Fire Inc Co. |

Policy Provisions: WC000000A

## INFORMATION PAGE
### WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY

INSURER: *Hartford Casualty Ins. Company*

NCCI Company Number: 14397
Company Code:        3



THE
HARTFORD

|  | | SUFFIX | |
|---|---|---|---|
|  | | LARS | RENEWAL |
| POLICY NUMBER: | 59 WE TQ8341 | | 01 |
| Previous Policy Number: | 72 WE RR7153 | | |

HOUSING CODE: K2

1. **Named Insured and Mailing Address:** AUSTIN MORTGAGE LP ✓
   (No., Street, Town, State, Zip Code) ~~18400 VON KARMAN AVE  C/O HOME 123 CORP~~
   IRVINE, CA  92612         *3121 Michelson Ste 600*

   | Individual | | Corporation | |
   |---|---|---|---|
   | Partnership | | Other | LIMITED PARTNERSHIP |

   FEIN Number:    200447073

State Identification Number(s):

The Named Insured is:   LIMITED PARTNERSHIP
Business of Named Insured:    OFFICE
Other workplaces not shown above:    5501-B HWY 290 WEST / PO BOX 90729

2. **Policy Period:**    From   02/25/2007         To     02/25/2008 ✓
   12:01 a.m., Standard time at the insured's mailing address.

   Producer's Name:    WILLIS OF ARIZONA INC
                       11201 N TATUM BLVD, STE 300
                       PHOENIX, AZ  85028
   Producer's Code:    59 302581

   Issuing Office:     THE HARTFORD
                       3600 WISEMAN BLVD
                       SAN ANTONIO, TX 78251
                       (800) 447-7649

Total Estimated Annual Premium:    $ 913.
  Deposit Premium:
  Policy Minimum Premium:    $ 202.TX (INCLUDES INCREASED LIMITS MIN. PREM.)

Audit Period:   ANNUAL              Installment Term:

The policy is not binding unless countersigned by our authorized representative.

Countersigned by _____
                        Authorized Representative                    Date

Form WC 00 00 01 A    (1) Printed in U.S.A.              Page 2
Process Date: 03/02/2007          *3·15·07*    Policy Expiration Date: 02/25/2008

49   (Policy Provisions: WC 00      00 A)
83
TQ   **INFORMATION PAGE**
WE   **WORKERS COMPENSATION AND EMPLOYERS LIABILITY**
     **POLICY**

INSURER: TWIN CITY FIRE INSURANCE COMPANY ✓
         HARTFORD PLAZA, HARTFORD, CONNECTICUT 06115 ✓

THE
HARTFORD

NCCI Company Number: 14974
Company Code: 7

| | POLICY NUMBER: | 59 WE   TQ8349 ✓ | | Suffix |
|---|---|---|---|---|
| | | | | LARS RENEWAL |
| | Previous Policy Number: | 72 WE   RR7073 | | 00 |

HOUSING CODE: K2

1. **Named Insured and Mailing Address:** CAPITAL PACIFIC HOME LOANS LP
   (No., Street, Town, State, Zip Code)

   FEIN Number: 200742930        ~~18400 VON KARMAN AVE C/O HOME IZ3 CORP~~  3121 Michelson ste 600
                                 IRVINE, CA 92612
   State Identification Number(s):

   The Named Insured is: LIMITED PARTNERSHIP
   Business of Named Insured: OFFICE
   Other workplaces not shown above: 9785 MAROON CIRCLE
                                     CENTENNIAL        ✓ CO  80112

2. **Policy Period:**   From  02/25/07   To   02/25/08 ✓
                        12:01 a.m., Standard time at the insured's mailing address.

   Producer's Name:  WILLIS OF ARIZONA, INC

                     11201 N TATUM BLVD, SUITE 300
                     PHOENIX, AZ 85028
   Producer's Code: 302581
   Issuing Office:  THE HARTFORD
                    3600 WISEMAN BLVD.
                    SAN ANTONIO            TX 78251
                    (800) 447-7649

| Total Estimated Annual Premium: | $4,602 |
|---|---|
| Deposit Premium: | |
| Policy Minimum Premium: | $414 CO (INCLUDES INCREASED LIMIT MIN. PREM.) |

Audit Period: ANNUAL              Installment Term:
The policy is not binding unless countersigned by our authorized representative.

Countersigned by _____
                 Authorized Representative                    Date

Policy Provisions: WC000000A

## INFORMATION PAGE
## WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY

INSURER: *Hartford Casualty Ins. Company*

NCCI Company Number: 14397
Company Code:        3



THE
HARTFORD

|  | SUFFIX | |
|---|---|---|
|  | LARS | RENEWAL |
|  |  | 01 |

POLICY NUMBER:           59 WE TQ8464
Previous Policy Number:   72 WE RR7104
HOUSING CODE: K2

1. **Named Insured and Mailing Address:**     COMPUFUND MORTGAGE CO LTD
   (No., Street, Town, State, Zip Code)    ~~18400 VON KARMAN AVE C/O HOME 123 CORP~~
                                           IRVINE, CA 92612    *3121 Michelson ste 600*

   Individual ☐        Corporation ☐
   Partnership ☐       Other  LIMITED PARTNERSHIP
   FEIN Number:  760546957

State Identification Number(s):

The Named Insured is:   LIMITED PARTNERSHIP
Business of Named Insured:   OFFICE
Other workplaces not shown above:   SEE ATTACHED SCHEDULES

Policy Period:   From  02/25/2007      To    02/25/2008 ✔
                 12:01 a.m., Standard time at the insured's mailing address

Producer's Name:   WILLIS OF ARIZONA INC
                   11201 N TATUM BLVD, STE 300
                   PHOENIX, AZ 85028
Producer's Code:   302581

Issuing Office:   THE HARTFORD
                  3600 WISEMAN BLVD
                  SAN ANTONIO, TX 78251
                  (800) 447-7649

---

Total Estimated Annual Premium:    8,882
  Deposit Premium:
  Policy Minimum Premium:    $202 TX (INCLUDES INCREASED LIMIT MIN. PREM.)

---

Audit Period:   ANNUAL                    Installment Term:

The policy is not binding unless countersigned by our authorized representative

Countersigned by _____
                   Authorized Representative              Date

*(vertical text in left margin:)* WILLIS OF ARIZONA, INC.

Policy Provisions: WC000000A

## INFORMATION PAGE
### WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY

INSURER: *Hartford Casualty Ins. Company*

**NCCI Company Number:** 14397
**Company Code:**      3

THE
HARTFORD

**POLICY NUMBER:**        59 WE TQ8344                    01
**Previous Policy Number:**   72 WE RR7077      *See end Kingston Mortgage*
HOUSING CODE: K2
1. **Named Insured and Mailing Address:**   ~~RESIDENTIAL~~ PRIME LENDING LP C/O HOME 123 CORP
   (No , Street, Town, State, Zip Code)   ~~18400 VON KARMAN AVE.~~
                                           IRVINE , CA 92612    *3|21 Michelson ste 600*

      Individual  [ ]    Corporation [ ]
      Partnership [ ]    Other   LIMITED PARTNERSHIP
   **FEIN Number:**   760539586

   **State Identification Number(s):**

   **The Named Insured is:**   LIMITED PARTNERSHIP
   **Business of Named Insured:**   OFFICE
   **Other workplaces not shown above:**   SEE ATTACHED SCHEDULES

2. **Policy Period:**   **From**   02/25/2007        **To**   02/25/2008  ✓
                        12:01 a m., Standard time at the insured's mailing address.

   **Producer's Name:**   WILLIS OF ARIZONA IN
                          11201 N TATUM BLVD, STE 300
                          PHOENIX, AZ 85028
   **Producer's Code:**   302581

   **Issuing Office:**   THE HARTFORD
                         3600 WISEMAN BLVD
                         SAN ANTONIO, TX  78251
                         (800) 447-7649

---

**Total Estimated Annual Premium:**   $ 6,762
   **Deposit Premium:**
   **Policy Minimum Premium:**   $ 206 TX (INCLUDES INCREASED LIMIT MIN. PREM.)

---

**Audit Period:**   ANNUAL                    **Installment Term:**

The policy is not binding unless countersigned by our authorized representative.

                    Countersigned by  _____
                                       Authorized Representative              Date

Form WC 00 00 01 A      (1) Printed in U.S.A.          Page 2
Process Date: 03/02/2007                               Policy Expiration Date: 02/25/2008



# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

## CHANGE IN INFORMATION PAGE

Company:  HARTFORD CASUALTY INSURANCE COMPANY
Carrier Code:  14397
Policy Number:  59 WE TQ8344

Endorsement
Number:  001

Policy Effective Date    02/25/07
Policy Expiration Date:  02/25/08

Endt Effective Date:  02/25/07    Effective hour is the same as stated on the Information Page of the policy.
Named Insured and    KINGSTON MORTGAGE CO LTD
Address:

3121 MICHELSON SUITE 600
IRVINE, CA 92612
HOUSING CODE: K2

FEIN Number:  760539586
Producer:  WILLIS OF ARIZONA INC
Producer Code:  302581

The changes checked below apply to the policy.

[X] Item 1 is replaced by the following as indicated by specific entry:
The Insured: _____
(WC 89 06 01)
Mailing Address/Location:  3121 MICHELSON SUITE 600
(WC 89 06 05)    IRVINE, CA 92612
[ ] Individual  [ ] Corporation  [ ] Partnership  [ ] Other: _____

[ ] Item 2 is replaced by: The Policy Period is  From _____ to _____
(WC 89 06 03)    (WC 89 06 04)
12:01 a.m. at the Insured's mailing address.

[ ] Item 3A is changed to add/delete the state(s) of: _____

[ ] Item 3C is replaced by the following: Other State Insurance: Part Three of the policy applies to the states, if any, listed here: _____

[X] Item 3D is changed to add/delete endorsements listed here:  ADD: WC420308; DELETE WC040303

[ ] Item 4 is changed to:    Add/Delete the following Classification of Operations: _____
Show the following Premium Basis due to a recently completed audit _____
Show the following revised Rates for the classification indicated: _____
[X] Other:    ADD INTERSTATE EXPERIENCE MODIFICATION OF .670

[ ] Item 4 is replaced by the following:
4.  The Premium for this policy will be determined by our manuals of Rules, Classifications, Rates, and Rating Plans  All information
required below is subject to verification and change by audit.

| Classifications | Code Number | Premium Basis Total Estimated Annual Remuneration | Rates Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| TOTAL CLASS PREMIUM | | | | 6289 |
| INCREASED LIMITS PART TWO | | | | 126 |
| TOTAL PREMIUM SUBJECT TO EXP MOD | | | | 6.415 |
| PREMIUM ADJUSTED BY APPL OF EXP MOD | | | | 4,298 |
| EXPENSE CONSTANT | 0900 | | | 160 |
| FOREIGN TERRORISM | 9740 | | | 289 |

Interstate/Intrastate ID No.

Total Estimated Annual Premium  $ _____

Minimum Premium: $    205 TX PR 1.00    Deposit Premium  $ _____
Audit Period:  [X] Annual  [ ] Semi-Annual  [ ] Quarterly  [ ] Monthly
The refund premium created by this endorsement is $    1,995 RP
MEK 04/10/07 (SABC)    [ ] 1st Anniversary    [ ] 2nd Anniversary
ANY CHANGES IN YOUR PREMIUM WILL BE REFLECTED IN YOUR NEXT BILLING STATEMENT
*THIS IS NOT A BILL*

Countersigned by _____

Form WC 99 00 37 B    Printed in U S A

Authorized Representative

Policy Provisions: WC000000A

## INFORMATION PAGE
## WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY

INSURER: Hartford Casualty Ins. Company

NCCI Company Number: 14397
Company Code:          3



THE
HARTFORD

POLICY NUMBER:          59 WE TQ8347
Previous Policy Number:  72 WE RR7074

SUFFIX
LARS   RENEWAL
        01

HOUSING CODE: K2

1.  **Named Insured and Mailing Address:**    LOAN PARTNERS MORTGAGE LTD
                                              ~~18400 VON KARMAN AVE  C/O HOME 123 CORP~~
                                              IRVINE, CA  92612          3121 Michelson ste 600

(No., Street, Town, State, Zip Code)
    Individual [ ]   Corporation [ ]
    Partnership [ ]  Other  LIMITED PARTNERSHIP
FEIN Number:  760420956

State Identification Number(s):

The Named Insured is:   LIMITED PARTNERSHIP
Business of Named Insured:   OFFICE
Other workplaces not shown above:   SEE ATTACHED SCHEDULES

2.  **Policy Period:**   From  02/25/2007        To      02/25/2008
                        12:01 a.m., Standard time at the insured's mailing address.

    **Producer's Name:**    WILLIS OF ARIZONA INC
                            11201 N TATUM BLVD, STE 300
                            PHOENIX, AZ  85028
    **Producer's Code:**    302581

    **Issuing Office:**     THE HARTFORD
                            3600 WISEMAN BLVD
                            SAN ANTONIO, TX  78251
                            (800) 447-7649

Total Estimated Annual Premium:  $ 17,713.
Deposit Premium:
Policy Minimum Premium:   $ 202. TX (INCLUDES INCREASED LIMIT MIN. PREM.)

Audit Period:   ANNUAL                    Installment Term:

The policy is not binding unless countersigned by our authorized representative.

Countersigned by _____
                  Authorized Representative                    Date

Form WC 00 00 01 A   (1)  Printed in U.S.A.              Page 2
Process Date: 03/02/2007                         Policy Expiration Date: 02/25/2008

60    (Policy Provisions: WC 00 00 00 A)
84
TQ    **INFORMATION PAGE**
WE    **WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY**

**INSURER:** TWIN CITY FIRE INSURANCE COMPANY

       HARTFORD PLAZA, HARTFORD, CONNECTICUT 06115



     **NCCI Company Number:**    14974
     **Company Code:** 7

THE HARTFORD

22083

*21000S9TQ84600101

| | |
|---|---|
| **POLICY NUMBER:** | 59 WE TQ8460 |
| **Previous Policy Number:** | 72 WE TL1883 |

Suffix
**LARS RENEWAL**
00

         HOUSING CODE: K2

1. **Named Insured and Mailing Address:** MIDWEST HOME MORTGAGE *L+D.*
     (No., Street, Town, State, Zip Code)

                     ~~18400 VON KARMAN AVE~~ C/O HOME 123 CORP

     **FEIN Number:** 371453043      ~~IRVINE~~, CA 92612
     **State Identification Number(s):** *3/21 Michelson ste 600*
                          *Irvine, CA 92612*

     **The Named Insured is:** LIMITED PARTNERSHIP
     **Business of Named Insured:** OFFICE
     **Other workplaces not shown above:** 1501 KASOLD DR
                     LAWRENCE          KS   66047

2. **Policy Period:**    From 02/25/07    To    02/25/08
                12:01 a.m., Standard time at the insured's mailing address.

     **Producer's Name:** WILLIS OF ARIZONA, INC

                 11201 N TATUM BLVD, SUITE 300
                 PHOENIX, AZ 85028
     **Producer's Code:** 302581
     **Issuing Office:**    THE HARTFORD
                 3600 WISEMAN BLVD.
                 SAN ANTONIO          TX 78251
                 (800) 447-7649

| | |
|---|---|
| **Total Estimated Annual Premium:** | $1,126 |
| **Deposit Premium:** | |
| **Policy Minimum Premium:** | $498 KS (INCLUDES INCREASED LIMIT MIN. PREM.) |

**Audit Period:** ANNUAL          **Installment Term:**
The policy is not binding unless countersigned by our authorized representative.

                     Countersigned by                _____
                                       Authorized Representative               Date

**Form WC 00 00 01 A**    (1) Printed in U.S.A             **Page 1** (Continued on next page)
**Process Date:** 03/02/07                                 **Policy Expiration Date:** 02/25/08

                             UW COPY

Policy Provisions: WC000000A

## INFORMATION PAGE
## WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY

INSURER: *Twin City Fire*

NCCI Company Number: 14974
Company Code:     7

THE
HARTFORD
SUFFIX

| LARS | RENEWAL |
|------|---------|
|      | 01      |

POLICY NUMBER:    59 WE TQ8468
Previous Policy Number:   72 WE RR7075
HOUSING CODE: K2

1. **Named Insured and Mailing Address:**   PEACHTREE RESIDENTIAL MORTGAGE LP
   (No., Street, Town, State, Zip Code)   ~~18400 VON KARMAN AVE  C/O HOME 123 CORP~~
   IRVINE, CA 92612

   *3121 Michelson Ste 600*
   *Irvine, CA 92612*

   | Individual | | Corporation | |
   |------------|--|-------------|--|
   | Partnership | | Other   LIMITED PARTNERSHIP | |

   FEIN Number:   742938094

   State Identification Number(s):

   The Named Insured is:   LIMITED PARTNERSHIP
   Business of Named Insured:   OFFICE
   Other workplaces not shown above:   7390 MCGINNIS FERRY RD #100, SUWANEE, GA 30024 ✓

2. **Policy Period:**    From   02/25/2007    To    02/25/2008 ✓
   12:01 a.m., Standard time at the insured's mailing address

   Producer's Name:   WILLIS OF ARIZONA INC
                      11201 N TATUM BLVD, STE 300
                      PHOENIX, AZ 85028
   Producer's Code:   302581

   Issuing Office:   THE HARTFORD
                     3600 WISEMAN BLVD
                     SAN ANTONIO, TX 78251

---

Total Estimated Annual Premium:   $ 2,084
Deposit Premium:
Policy Minimum Premium:   $ 385 GA (INCLUDES INCREASED LIMIT MIN. PREM.)

---

Audit Period:   ANNUAL              Installment Term:

The policy is not binding unless countersigned by our authorized representative.

Countersigned by _____
                        Authorized Representative              Date

*3-14-07*

Form WC 00 00 01 A    (1) Printed in U.S.A.              Page 2
Process Date: 03/05/2007                        Policy Expiration Date: 02/25/2008

43 (Policy Provisions: WC 00    00 A)
83
TQ  **INFORMATION PAGE**
WE  **WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY**

INSURER: HARTFORD FIRE INSURANCE COMPANY
HARTFORD PLAZA, HARTFORD, CONNECTICUT 06115



NCCI Company Number: 13269
Company Code: 1

POLICY NUMBER: 59 WE TQ8343

**Suffix**
LARS RENEWAL
00

Previous Policy Number: 72 WE TL1818

HOUSING CODE: K2

1. **Named Insured and Mailing Address:** SUTTER BUTTES MORTGAGE LP
(No., Street, Town, State, Zip Code)

18400 VAON KARMAN AVE C/O HOME 123 CORP
IRVINE, CA 92612

FEIN Number: 450491705
State Identification Number(s):

*3121 Michelson Suite 600*
*Irvine, CA 92612*

The Named Insured is: LIMITED PARTNERSHIP
Business of Named Insured: OFFICE
Other workplaces not shown above: AS STATED AND ELSEWHERE IN CALIFORNIA

2. **Policy Period:** From 02/25/07  To  02/25/08
12:01 a.m., Standard time at the insured's mailing address.

**Producer's Name:** WILLIS OF ARIZONA, INC

11201 N TATUM BLVD, SUITE 300
PHOENIX, AZ 85028

**Producer's Code:** 302581
**Issuing Office:** THE HARTFORD
3600 WISEMAN BLVD.
SAN ANTONIO          TX 78251
(800) 447-7649

| | |
|---|---|
| Total Estimated Annual Premium: | $1,829 |
| Deposit Premium: | $1,829 |
| Policy Minimum Premium: | $1,175 CA (INCLUDES INCREASED LIMIT MIN. PREM.) |

Audit Period: ANNUAL          Installment Term:
The policy is not binding unless countersigned by our authorized representative.

Countersigned by _____
Authorized Representative                          Date

**Form WC 00 00 01 A**    (1) Printed in U.S.A.
**Process Date:** 03/02/07

ORIGINAL

06038

*3500259TQ08343O101*