# EXHIBIT D

## Money Market Accounts

New Century Mortgage
Interest Bearing Accounts

|   | Account Number | Short Name | Avg Balance | Rate | Interest Paid |
|---|---|---|---|---|---|
| 1. | 7930000021 | NC 257 P & I | $ 29,166,109.58 | 4.70% | $ 116,385.64 |
| 2. | 7930000110 | INV 258 P & I | $ 18,117,525.17 | 4.70% | $ 72,296.93 |
| 3. | 7930000234 | NC 260 P & I | $ 83,274,733.40 | 4.70% | $ 332,291.91 |
| 4. | 7930000633 | NC 261 P & I | $ 124,414,263.30 | 4.70% | $ 496,484.43 |
| 5. | 7930000668 | INV 262 P & I | $ 46,747,860.00 | 4.70% | $ 181,678.10 |
| 6. | 7930000773 | NC 364 P & I | $ 30,271,476.88 | 4.70% | $ 119,109.49 |
| 7. | 7930000803 | NC 263 P & I | $ 33,475,666.24 | 4.70% | $ 133,589.19 |
| 8. | 7930001125 | NC 267 P & I | $ 15,116,329.48 | 4.70% | $ 60,324.31 |
| 9. | 7930002393 | NC 270 P & I | $ 18,110,627.85 | 4.70% | $ 72,273.47 |
|   |   | **Total:** | **$398,694,591.90** |   | **$1,584,433.47** |

Interest paid will be credited to the New Century Mortgage Operating Account 2110104025 on May 24, 2007.

February 2007