# EXHIBIT E

## Retainers (Form IR-2)

In re New Century TRS Holdings, Inc., et al.  
                Debtors

Case No. 07-10416 (KJC)  
Reporting Period: Initial Operating Report

### SCHEDULE OF RETAINERS PAID TO PROFESSIONALS
(This schedule is to include each Professional paid a retainer [1])

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| O'Melveny & Myers LLP | 03/06/07 | Wire xfer | New Century Mortgage Corporation | $400,000.00 | N/A | $400,000.00 |
| Cooley Godward Kronish LLP | 03/06/07 | Wire xfer | New Century Mortgage Corporation | $400,000.00 | N/A | $400,000.00 |
| Gibson, Dunn & Crutcher LLP | 03/07/07 | Wire xfer | New Century Mortgage Corporation | $250,000.00 | N/A | $250,000.00 |
| XRoads Solutions Group, LLC (1) | 03/09/07 | Wire xfer | New Century Mortgage Corporation | $100,000.00 | N/A | $100,000.00 |
| Venable LLP | 03/12/07 | Wire xfer | New Century Mortgage Corporation | $135,000.00 | N/A | $135,000.00 |
| Richards, Layton & Finger (1) | 03/12/07 | Wire xfer | New Century Mortgage Corporation | $275,000.00 | N/A | $275,000.00 |
| Sullivan & Cromwell LLP (1) | 03/12/07 | Wire xfer | New Century Mortgage Corporation | $100,000.00 | N/A | $100,000.00 |
| Thacher Proffitt & Wood LLP | 03/12/07 | Wire xfer | New Century Mortgage Corporation | $125,000.00 | N/A | $125,000.00 |
| Heller Ehrman LLP | 03/12/07 | Wire xfer | New Century Mortgage Corporation | $90,000.00 | N/A | $90,000.00 |
| XRoads Solutions Group, LLC (1) | 03/13/07 | Wire xfer | New Century Mortgage Corporation | $50,000.00 | N/A | $50,000.00 |
| Skadden, Arps, Slate, Meagher & Flom | 03/16/07 | Wire xfer | New Century Mortgage Corporation | $100,000.00 | N/A | $100,000.00 |
| National Economic Research Assoc. NERA | 03/16/07 | Wire xfer | New Century Mortgage Corporation | $25,000.00 | N/A | $25,000.00 |
| Roetzel & Andress Trust Account (1) | 03/20/07 | Wire xfer | New Century Mortgage Corporation | $15,000.00 | N/A | $15,000.00 |
| Gibson, Dunn & Crutcher LLP | 03/20/07 | Wire xfer | New Century Mortgage Corporation | $182,730.50 | N/A | $182,730.50 |
| O'Melveny & Myers LLP | 03/20/07 | Wire xfer | New Century Mortgage Corporation | $1,000,000.00 | N/A | $1,000,000.00 |
| Ernst & Young | 03/21/07 | Wire xfer | New Century Mortgage Corporation | $20,000.00 | N/A | $20,000.00 |
| Skadden, Arps, Slate, Meagher & Flom | 03/26/07 | Wire xfer | New Century Mortgage Corporation | $100,000.00 | N/A | $100,000.00 |
| Williams & Prochaska | 03/26/07 | Wire xfer | New Century Mortgage Corporation | $5,000.00 | N/A | $5,000.00 |
| O'Melveny & Myers LLP | 03/27/07 | Wire xfer | New Century Mortgage Corporation | $2,500,000.00 | N/A | $2,500,000.00 |
| Roetzel & Andress Trust Account (1) | 03/28/07 | Wire xfer | New Century Mortgage Corporation | $15,000.00 | N/A | $15,000.00 |
| XRoads Solutions Group, LLC (1) | 03/29/07 | Wire xfer | New Century Mortgage Corporation | $305,676.48 | N/A | $305,676.48 |
| Sullivan & Cromwell LLP (1) | 03/29/07 | Wire xfer | New Century Mortgage Corporation | $30,000.00 | N/A | $30,000.00 |
| Skadden, Arps, Slate, Meagher & Flom | 03/30/07 | Wire xfer | New Century Mortgage Corporation | $95,000.00 | N/A | $95,000.00 |
| Howrey, LLP (1) | 03/30/07 | Wire xfer | New Century Mortgage Corporation | $125,000.00 | N/A | $125,000.00 |
| Skadden, Arps, Slate, Meagher & Flom | 03/30/07 | Wire xfer | New Century Mortgage Corporation | $100,000.00 | N/A | $100,000.00 |
| Heller Ehrman LLP | 03/30/07 | Wire xfer | New Century Mortgage Corporation | $380,594.67 | N/A | $380,594.67 |
| JP Morgan - Moore Wallce | 03/27/07 | Wire xfer | New Century Mortgage Corporation | $168,000.00 | N/A | $168,000.00 |
| Alix Partners | 03/27/07 | Wire xfer | New Century Mortgage Corporation | $500,000.00 | N/A | $500,000.00 |
| Roetzel & Andress (1) | 03/28/07 | Wire xfer | New Century Mortgage Corporation | $15,000.00 | N/A | $15,000.00 |
| Allen Matkins | 03/29/07 | Wire xfer | New Century Mortgage Corporation | $87,000.00 | N/A | $87,000.00 |
| Lazard (1) | 03/29/07 | Wire xfer | New Century Mortgage Corporation | $300,000.00 | N/A | $300,000.00 |
| Sard Verbinnen & Co | 03/30/07 | Wire xfer | New Century Mortgage Corporation | $75,000.00 | N/A | $75,000.00 |
| Alix Partners | 03/30/07 | Wire xfer | New Century Mortgage Corporation | $500,000.00 | N/A | $500,000.00 |

1 Identify all Evergreen Retainers