IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, <u>et al.</u>, | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**REQUEST FOR NOTICE AND
DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE THAT Pepper Hamilton LLP ("Pepper") hereby enters its appearance on behalf of Barclays Bank PLC in these chapter 11 cases. Pursuant to § 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Pepper request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon Pepper at the office, address, telephone and facsimile numbers set forth below and that the following name be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as set forth below:

Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street,
P.O. Box 1709
Wilmington, Delaware 19899-1709
(302) 777-6500
Fax: (302) 421-8390
Attn: Henry Jaffe, Esq.

PLEASE TAKE FURTHER NOTICE that pursuant to § 1109(b) of the Bankruptcy Code and Rule 3017(a) of the Bankruptcy Rules, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, plans, disclosure statements, complaints or demands transmitted or conveyed by mail, delivery,

#8504064 v2

telephone, telegraph, telecopier, telex or otherwise, which are filed or made with regard to the captioned cases and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance nor any subsequent appearance, pleading, claim or suit, is intended to waive (i) the party's right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) the party's right to trial by jury in any proceedings or trial so triable herein or in any case, controversy, or proceeding relating hereto, (iii) the party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which this party is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments this party expressly reserves. Further, this Entry of Appearance constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court, including without limitation, the jurisdiction of the Court to adjudicate non-core matters, all of which rights are reserved without prejudice.

Dated: June 8, 2007  
Wilmington, Delaware

Respectfully submitted,

 /s/ Henry Jaffe  
Henry Jaffe (No. 2987)  
Pepper Hamilton LLP  
Hercules Plaza, Suite 5100  
1313 N. Market Street  
Wilmington, Delaware 19801  
(302) 777-6500  
Fax: (302) 421-8390

*Counsel for Barclays Bank PLC*

#8504064 v2