## <u>CERTIFICATE OF SERVICE</u>

I, Henry Jaffe, hereby certify that on the 8th day of June, 2007, I caused the

foregoing **Request for Notice and Demand for Service of Papers** to be served, by first-class

mail, postage prepaid, on the following parties.


Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19801
Counsel to the Debtors

Joseph McMahon, Esq.
Office of the United States Trustee
844 Market Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

Suzzanne S. Uhland, Esq.
Austin K. Barron, Esq.
Emily R. Culler, Esq.
Ana Acevedo, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA  94111
Counsel to the Debtors


  /s/ Henry Jaffe           
Henry Jaffe