IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC.,** | : | **Case No. 07-10416 (KJC)** |
| **a Delaware Corporation, et al.,** | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |
| | : | |
| | : | **Hearing Date: June 27, 2007 at 10:00 a.m.** |
| | : | **Objection Deadline: June 22, 2007** |

------------------------------------------------------------x

## APPLICATION OF THE EXAMINER FOR AN ORDER AUTHORIZING THE RETENTION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP AS COUNSEL TO THE EXAMINER *NUNC PRO TUNC* TO JUNE 1, 2007

Michael J. Missal, the Examiner (the "Examiner') appointed in the above-captioned bankruptcy cases (the "Chapter 11 Cases") by the United States Trustee on June 5, 2007, and such appointment having been approved by the Court by Order Approving Appointment of Examiner dated June 7, 2007, pursuant to the Court's Order Denying in Part and Granting in Part Motion of the United States Trustee for an Order Directing the Appointment of a Chapter 11 Trustee, or in the Alternative, an Examiner entered June 1, 2007 (the "Examiner Order"), hereby submits this application (the "Application") for the entry of an order authorizing the Examiner to retain Kirkpatrick & Lockhart Preston Gates Ellis LLP ("K&L Gates") as his legal counsel in the Chapter 11 Cases of New Century TRS Holdings, Inc., f/k/a New Century Financial Corporation, and its affiliates in these jointly administered cases (collectively, the "Debtors").[1] In support of

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California

this Application, the Examiner relies upon the "Affidavit of Edward M. Fox Pursuant to 11 U.S.C. §§ 101(14) and 327 and Fed. R. Bankr. P. 2014 In Support Of Application For An Order Authorizing The Retention Of Kirkpatrick & Lockhart Preston Gates Ellis LLP As Counsel To The Examiner Nunc Pro Tunc To June 1, 2007 (the "Fox Affidavit"), a copy of which is annexed hereto as Exhibit I and respectfully states as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. Venue of this proceeding and this Application is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The statutory bases for the relief requested herein are 11 U.S.C. §§ 327 and 105(a).

5. Additionally, the Examiner Order provides that "[t]he Examiner may retain counsel and other professionals if he or she determines that such retention is necessary to discharge his or her duties, with such retention to be subject to Court approval under standards equivalent to those set forth in 11 U.S.C. § 327[.]"

### Background

6. On April 2, 2007 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11, Title 11, of the United States Code (the "Bankruptcy Code"). The

---

corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Debtors have continued to operate their businesses and manage their affairs as debtors in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

7.  On June 1, 2007, the Court entered the Examiner Order authorizing and directing the appointment of an Examiner pursuant to 11 U.S.C. §§ 1104(c)(1), 1106(a)(3) and (a)(4) to, inter alia, "investigate any and all accounting and financial statement irregularities, errors or misstatements, including but not limited to such irregularities, errors or misstatements that (i) gave rise to the announced need to restate the Debtors' financial statements for the first three quarters of 2006 and/or (ii) led the Debtors' management and Audit Committee to conclude that it was more likely than not that pre-tax earnings in the 2005 financial statements were materially overstated, and identify and evaluate any claims or rights of action that the estates might have arising from or relating to such irregularities, errors or misstatements." The Court also authorized the Examiner to investigate any possible unauthorized use of cash collateral post-petition by the Debtors and to otherwise perform the duties of an examiner pursuant to 11 U.S.C. §§ 1106(a)(3) and (a)(4) as limited by the Examiner Order.

8.  On June 5, 2007, the United States Trustee appointed Michael J. Missal as the Examiner. The United States Trustee's appointment of Michael J. Missal as Examiner was approved by this Court by Order dated June 7, 2007.

### Relief Requested

9.  By this Application, the Examiner seeks entry of an order, pursuant to 11 U.S.C. §§ 327 and 105(a) and the terms of the Examiner Order, authorizing the employment of K&L

Gates as his counsel nunc pro tunc to June 1, 2007[2] in connection with all aspects of the Examiner's investigation as set forth in the Examiner Order.

### Retention of K&L Gates

10. The Examiner has determined that retention of K&L Gates is necessary to discharge his duties as Examiner and that the attorneys of K&L Gates have the unique experience and expertise needed to perform the tasks necessary to his examination. K&L Gates is an international general practice law firm with over 1400 attorneys specializing in all areas of litigation and transactional practice. The attorneys of K&L Gates are admitted to practice before the Courts of the Commonwealths of Pennsylvania and Massachusetts, the States of Alaska, California, Florida, Idaho, New Jersey, New York, Oregon, Texas and Washington, as well as the District of Columbia and numerous bankruptcy, district and appellate courts across the country.

11. K&L Gates' Internal Investigations Practice Group has extensive experience in successfully conducting numerous internal investigations for public and private companies, not-for-profit institutions, governmental entities and other organizations. Members of this practice group include Richard Thornburgh, former Attorney General of the United States, former United States Senator Slade Gordon, Michael Greco, former President of the American Bar Association, and former senior officials at the Department of Justice and the Securities and Exchange Commission. K&L Gates also has the resources and experience to handle an internal investigation of any size or issue. In addition, K&L Gates' Bankruptcy and Insolvency Practice Group consists of attorneys who focus extensively on the areas of insolvency, reorganization and

---

[2] K&L Gates seeks to be retained nunc pro tunc to June 1, 2007 as that is the date on which the Examiner was formally notified by the U.S. Trustee of his selection and K&L Gates began preparation of the Examiner's Verified Statement and related retention papers.

bankruptcy law. Members of this group have represented debtors, creditors committees, creditors and other parties-in-interest before this Court or in other courts throughout the country. Among its many engagements, K&L Gates represented former Attorney General Thornburgh in discharging his duties as examiner in the <u>Worldcom, Inc.</u> bankruptcy case in the Southern District of New York, the largest, and one of the most complex, bankruptcy cases ever filed.

12. Subject to further order of this Court, the Examiner seeks to retain K&L Gates to render the following types of services:

(a) Take all necessary actions to assist the Examiner in his examination;

(b) Prepare on behalf of the Examiner all reports, pleadings, applications and other necessary documents in the discharge of the Examiner's duties;

(c) Assist the Examiner in undertaking additional tasks that the Court may direct; and

(d) Perform all other necessary legal services on behalf of the Examiner in connection with the above-captioned Chapter 11 Cases.

13. Subject to the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of this Court (the "Local Rules"), the Examiner understands that K&L Gates will charge its standard hourly rates for the engagement subject to a 10% discount on fees. Edward M. Fox is the attorney who will be primarily responsible for the Chapter 11 Cases and his current hourly rate is $775. The current hourly rate for other K&L attorneys, paralegals and professional staff are within the following ranges:

(a) Partners:        $250 to $800

(b) Of Counsel:      $190 to $825

(c) Associates:      $150 to $500

5

    (d)  Paraprofessionals:  $40 to $280

14. The Examiner understands that it is K&L Gates' policy to charge its clients in all areas of practice for all expenses incurred in connection with the clients' cases. The expenses charged to clients include, among other things, long distance telephone charges, telecopier charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. The Examiner understands that K&L Gates will charge for these expenses in a manner, and at rates, consistent with charges made generally to K&L Gates' other clients.

15. To the best of the Examiner's knowledge, information and belief, K&L Gates does not hold any disqualifying interest adverse to the Debtor's estate in matters upon which K&L Gates is to be engaged by the Examiner.

16. As set forth in the Fox Affidavit, the Examiner understands that K&L Gates and certain of its partners, counsel and associates may represent, or may in the past have represented, the Debtors or creditors or equity security holders of the Debtors in connection with matters entirely unrelated to the matters on which the Examiner seeks to employ K&L Gates. A list of such known connections between K&L Gates and the Debtors and its creditors or equity security holders is annexed to the Fox Affidavit.

17. To the best of the Examiner's knowledge, information and belief, K&L Gates' connections with the Debtor, their creditors and other parties-in-interest are set forth in the Fox Affidavit.

18. The Examiner does not believe that any of the above-referenced connections should be disqualifying and has determined that the retention and employment of K&L Gates is in the best interest of the Debtors' estates and their creditors. Accordingly, for the reasons set

6

forth in the Fox Affidavit, the Examiner believes that K&L Gates is disinterested, as that term is defined by 11 U.S.C. § 101(14).

19. The Examiner understands that the disclosures by K&L Gates set forth in the Fox Affidavit, and the exhibits thereto, have been made based upon a review of the best information available at this time and that, to the extent that it is determined that any additional matters should be disclosed, K&L Gates will file a supplemental affidavit setting forth such disclosures pursuant to Local Bankruptcy Rule 2014-1(a).

20. No previous application for the relief sought herein has been made to this or any other Court.

## NOTICE

21. Pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002-1(b), notice of this application has been given to: (a) the Debtor and Debtor-in-Possession, New Century TRS Holdings, Inc., f/k/a New Century Financial Corporation, 18400 Von Karman Ave., Irvine, CA 92612, Attn: Monika L. McCarthy, SVP and Assistant General Counsel; (b) Attorneys for the Debtor and Debtor-In-Possession, Richards Layton & Finger P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Attn: Mark D. Collins, Esq. and O'Melveny & Myers LLP, 275 Battery Street, San Francisco, California 94111, Attn: Suzanne Uhland, Esq.; (c) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Joseph McMahon, Esq.; (d) Attorneys for the Official Committee of Unsecured Creditors, Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19801, Attn: Bonnie Glantz Fatell and Hahn & Hesson LLP, 488 Madison Avenue, New York, New York 10022, Attn: Mark S. Indelicato, Esq.; (e) Counsel for Greenwich Capital Financial Products, Inc., and the CIT Group/Business Credit, Inc., the Debtor's postpetition senior secured lenders, Kirkland & Ellis

LLP, 777 South Figueroa Street, Suite 3700, Los Angeles, California 90017, Attn: Bennett L. Spiegel, Esq. and Pachulski Stang Ziehl Young Jones & Weintraub LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, Esq.; and (f) any parties timely requesting service of notices under Bankruptcy Rule 2002(i).

**WHEREFORE**, the Examiner respectfully requests that the Court enter an order authorizing the Examiner to retain and employ K&L Gates as counsel to the Examiner, nunc pro tunc to June 1, 2007, and granting such other and further relief as the Court deems just and proper.

Dated: Washington, D.C.
June 8, 2007

/s/ Michael J. Missal
Michael J. Missal, as Examiner
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC 20006
(202) 778-9000