IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., | : Case No. 07-10416 (KJC) |
| a Delaware Corporation, et al., | : |
| | : Jointly Administered |
| Debtors. | : |
| | : |
| | : Hearing Date: June 27, 2007 at 10:00 a.m. |
| | : Objection Deadline: June 22, 2007 |

-----------------------------------------------------------x

## NOTICE OF APPLICATION AND HEARING

PLEASE TAKE NOTICE that on June 8, 2007, Michael J. Missal, the Examiner (the "Examiner") appointed in the above-captioned jointly administered chapter 11 cases, filed an **Application of the Examiner for an Order Authorizing the Retention of Kirkpatrick & Lockhart Preston Gates Ellis LLP as Counsel to the Examiner** *Nunc Pro Tunc* **to June 1, 2007** (the "Application") with the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon (i) the undersigned and (ii) Edward M. Fox, Esq., Kirkpatrick & Lockhart Preston Gates Ellis LLP, 599 Lexington Avenue, New York, New York 10022, for receipt on or before June 22, 2007.

PLEASE TAKE FURTHER NOTICE that if any objections or responses are received, a hearing with respect to the Application will be held on June 27, 2007 at 10:00 a.m. before the Honorable Kevin J. Carey at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
      June 8, 2007

> SAUL EWING LLP
>
> By: _____
> Mark Minuti, Esq. (DE No. 2659)
> 222 Delaware Avenue, Suite 1200
> P.O. Box 1266
> Wilmington, DE 19899-1266
> (302) 421-6800
>
> and
>
> KIRKPATRICK & LOCKHART PRESTON
> GATES ELLIS LLP
> Edward M. Fox, Esq.
> A Member of the Firm
> 599 Lexington Avenue
> New York, NY 10022
> (212) 536-3900
>
> Proposed Counsel to the Examiner