## EXHIBIT C

## FORM OF PROOF OF CLAIM

RLF1-3162954-1

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
NEW CENTURY TRS HOLDINGS, INC., A DELAWARE CORPORATION, ET AL.
NEW CENTURY CLAIMS PROCESSING
C/O XROADS CASE MANAGEMENT SERVICES
1821 EAST DYER ROAD, SUITE 225
SANTA ANA, CA 92705
T: (888) 784-9571

**PROOF OF CLAIM**

| In Re:<br>New Century TRS Holdings, Inc., a Delaware corporation, et al | Chapter 11 Case No 07-10416<br>(KJC)<br>(Jointly Administered) |
|---|---|
| Name of Debtor | Case Numbers |

Name of Creditor (The person or other entity to whom the debtor owes money or property)

Name and Address Where Notices Should be Sent:

THIS SPACE IS FOR COURT USE ONLY

Telephone No:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if this address differs from the address on the envelope sent to you by the court

Account or other number by which creditor identifies debtor:

CHECK HERE IF THIS CLAIM:
☐ REPLACES    ☐ AMENDS    a previously filed claim. dated _____

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
            (date)            (date

**2. DATE DEBT WAS INCURRED:**

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
    Brief Description of Collateral:
    ☐ Real Estate ☐ Motor Vehicle
    ☐ Other _____
    Value of Collateral: $_____
Amount of arrearage and other charges at time case was filed included in secured claim above. if any: $_____
**Unsecured Nonpriority Claim $_____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it. or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim. all or part of which is entitled to priority
    Amount entitled to priority $_____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business. whichever is earlier - 11 U S C. § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal. family. or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties of governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(____).

* *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ _____ + $ _____ +
$_____ =
    (Unsecured Nonpriority)    (Secured)    (Unsecured
Priority)
$_____ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below  (Complete box 6 if applicable )
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges.

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
**7. SUPPORTING DOCUMENTS:** *Attach legible copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages. security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain  If the documents are voluminous, attach a summary.
**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim. enclose a stamped. self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| DATE: | Sign and print the name and title, if any. of the creditor or other person authorized to file this claim (attach copy of power of attorney. if any) |
|---|---|

*Penalty for presenting fraudulent claim:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE
### INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## -DEFINITIONS-

**Debtor**

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor

**Creditor**

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

**Proof of Claim**

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim) This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed

**Secured Claim**

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim.*)

**Unsecured Claim**

If a claim is not a secured claim it is an unsecured claim A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full

**Unsecured Priority Claim**

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims.*

## Items to be completed in Proof of Claim form (if not already filled in)

**Name of Debtor, and Case Number:**

A complete list of Debtors with corresponding case numbers is listed below You MUST fill in the specific Debtor against which your claim is asserted If you are asserting claims against more than one Debtor, you MUST file a separate Proof of Claim for each Debtor.

| DEBTOR | CASE NO. |
|---|---|
| New Century TRS Holdings, Inc | 07-10416 |
| New Century Financial Corporation | 07-10417 |
| New Century Mortgage Corporation | 07-10419 |
| NC Capital Corporation | 07-10420 |
| Home123 Corporation | 07-10421 |
| New Century Credit Corporation | 07-10422 |
| NC Asset Holding, L P | 07-10423 |
| NC Residual III Corporation | 07-10424 |
| NC Residual IV Corporation | 07-10425 |
| New Century R E O. Corp | 07-10426 |
| New Century R E O II Corp | 07-10427 |
| New Century R E O III Corp. | 07-10428 |
| New Century Mortgage Ventures, LLC | 07-10429 |
| NC Deltex, LLC | 07-10430 |
| NCoral, L P | 07-10431 |

**Information about Creditor:**

Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money or property, and the debtor's account number, if any If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form

**1. Basis for Claim:**

Check the type of debt for which the proof of claim is being filed If the type of debt is not listed, check "Other" and briefly describe the type of debt If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid

**2. Date Debt Incurred:**

Fill in the date when the debt first was owed by the debtor

**3. Court Judgment:**

If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Classification of Claim:**

**Secured Claim:**

Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed A claim may be partly secured and partly unsecured (See DEFINITIONS above)

**Unsecured Priority Claim:**

Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS above) A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law Check the appropriate place to specify the type of priority claim.

**Unsecured Nonpriority Claim:**

Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim" (See DEFINITIONS above). If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount not entitled to priority

**5. Total Amount of Claim at Time Case Filed:**

Fill in the total amount of the entire claim If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges

**6 Credits:**

By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor

**7 Supporting Documents:**

You must attach to this proof of claim form copies (no originals) of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents Do not send original documents, gift certificates, gift cards, etc Copies should be on standard-size 8 ½ x 11 paper If documents are not available, you must attach an explanation of why they are not available

**8. Submitting Proof of Claim Form:**

File original and one (1) copy with any attachments with the Court at the address below Do not include this page To receive acknowledgement of receipt, an additional copy (original + 2 copies) must be provided along with a self-addressed stamped envelope

New Century Claims Processing
c/o XRoads Case Management Services

P.O. Box 8901

Marina Del Rey, CA 90295

RLF1-3162954-1