## **EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |

**AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL**

STATE OF **OKLAHOMA**     )
                          ) ss:
COUNTY OF **OKLAHOMA**    )

**James P. Cates**, being duly sworn, deposes and says:

1. I am a **Managing Partner** of **Baer, Timberlake, Coulson & Cates, P.C.**, (the "Firm"), which maintains offices at **5901 N. Western, Suite 300, Oklahoma City, OK 73118 and 6486 S. Canton Ave., Suite 100, Tulsa, OK 74136.**

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about May 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors")

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors as **Attorneys specializing in Judicial Foreclosure, Bankruptcy and Real Estate Law**. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time, are **see attached Exhibit "A" for Foreclosure Fees and Exhibit "B" for Bankruptcy Fees**. In the normal course of its business, the Firm revises its billing rates on **January 1st** of each year and requests that, effective **January 1st** of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

3 Arch Financial Services
Accredited Home Lenders
Alegis Group, L.P.
Aegis Mortgage Corporation
Alliance Default Services, Inc.
Ameriquest

America's Servicing Company
Arvest Mortgage Servicing
ASMC Servicing, Ltd.
Aurora Loan Servicing
BancorpSouth Bank
BancOklahoma Mortgage Corp.
Banc One Financial
Bank of America
Bank of the West, successor by merger to Commercial Federal Bank
Beal Bank
Capitol Mortgage Services
Celink Loan Service, Inc.
Nationstar Mortgage Company, LLC, f/k/a Centex Home Equity Corporation, LLC
Charles F. Curry Company
Chase Manhattan Mortgage Corporation
Citifinancial Mortgage Company
Corinthian Mortgage Corporation
Countrywide Home Loans
Eastern Savings Bank
EMC Mortgage Corporation
Equity One
FBS Mortgage Corporation
FCI National Lender Services
Federal National Mortgage Association
Fidelity National Foreclosure Services
Fifth Third Bank
First American
First Indiana Bank
First Mortgage Corporation
Freemont Investment & Loan
GMAC Mortgage Corporation
Green Tree Servicing LLC
GRP Financial
Hardy Realty, Inc./Employee Profit Sharing
HomeEq Servicing Corporation
HSBC Mortgage Services, Inc.
Household Finance Corporation, III
HUD
IndyMac Bank
Irwin Home Equity
James B. Nutter & Company
Key Bank
Lehman Brothers Bank FSB
Litton Loan Servicing
McCalla, Raymer, Padrick, Cobb, Nichols & Clark, LLC
Midland Mortgage Company
MidFirst Bank
National City Mortgage
Navy Federal Credit Union
New Century Mortgage Corporation
Novastar Mortgage
Ocwen Federal Bank
Oklahoma Employees Credit Union
Olympus Servicing, LP

Principal Residential Mortgage, Inc.
Rural Housing Trust, 1987-1
Saxon Mortgage Services, Inc.
Select Portfolio Servicing, Inc.
State Far Bank
SunTrust Mortgage, Inc.
Symetrics
U.S. Mortgage
United Mortgage
Wachovia Mortgage Corporation
Washtenaw Mortgage
Washington Mutual Bank
Wells Fargo Home Mortgage
Wendover Financial Services Corp.
Williams Employee Credit Union
Wilshire Credit Corporation
WMC Mortgage Corporation

The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

8. Prior to the filing of the above-captioned cases, the Firm **WAS** employed by the Debtors. The Debtors owes the Firm **approximately $6,000.00 for prepetition services previously billed. This amount does not include any unbilled fees/costs that have accrued.**

If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm **WILL NOT** waive the pre-petition claim.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

10. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6/6__, 2007

_____
Affiant

Sworn to and subscribed before me this __6__ day of __June__, 2007

_____
Notary Public



JENNIFER LARGENT
NOTARY
# 06010659
EXP. 10/31/10
STATE PUBLIC OF OKLAHOMA

**EXHIBIT A**

# Baer, Timberlake, Coulson & Cates, P.C.,
# Fee breakdown for New Century

**Foreclosure**
900.00 Conv
700.00 Freddie Mac Investor
850.00 VA
950.00 FHA

**Percentage of Fee based on Work Completed**
30% 1st Legal not complete
50% 1st Legal complete
60% Service in progress
80% Judgment filed
90% sale scheduled

Exhibit "A"

**EXHIBIT B**

# NEW CENTURY MORTGAGE CORPORATION

Date: 10/03/05

Attention: **Bankruptcy Department**   Fax: _____

Company: _____

From: Ann Sonsma   Fax: (949) 726-7031

Re: Fee Schedule

Total Number of Pages: 1

## ****PLEASE REPLY AS SOON AS POSSIBLE****

|  | FEES / COSTS | COMMENTS |
|---|---|---|
| POC only | We typically charge $250.00 for all of these services combined. That is, we charge $250 to prepare the POC and APOC if needed, Review the Plan, file Objections and attend the Confirmation Hearing. Of course, different arrangements can be made if required. | |
| APOC | | |
| Plan Review | | |
| Objection | | |
| MFR | Investor guidelines | |
| Additional Hearing | $100.00 | |
| Hourly Rate | $150.00 | |
| Default Letter | $50.00 | |
| APO | Included with the MFR | |
| Cost for Obtaining Documents | $50.00 | |
| Reaffirmation Agreement | $150.00 | |

**Please complete the above request for fees and fax back to Ann Sonsma at (949) 726-7031 no later than Wednesday, October 5th before 11:00am. Please feel free to attach a copy of your fee schedule if needed. Your prompt reply is appreciated.**

Fees Request Completed By: Jim Timberlake

Exh. B