**EXHIBIT 1**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

| | | |
|---|---|---|
| STATE OF WASHINGTON | ) | |
| | ) | ss: |
| COUNTY OF KING | ) | |

Jennifer L. Tait, being duly sworn, deposes and says:

1.      I am the President of Robinson Tait, P.S., the "Firm", which maintains offices at 616 First Avenue, Suite 550, Seattle, WA 98104.

2.      This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about May 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

3.      Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors in default related legal services, including but not limited to representing Debtor in foreclosure, bankruptcy, and eviction, and litigation matters. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4.      The Firm's current customary rates, subject to change from time to time, are $200/hour. In the normal course of its business, the Firm revises its billing rates on January 1 of each year and requests that, effective January 1 of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time. The firm further represents Debtors based upon flat fee schedules in accordance with VA, FHA, FHLMC, and FNMA approved rate schedules. Bankruptcy fees range from $150 to $1000 depending on services performed. Uncontested judicial foreclosures are $1,450 per case and uncontested evictions are $350 per case.

5.      In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

The firm has represented or is currently representing the entities identified in the list provided by counsel to the debtors pursuant to Rule 2014(a):

Bank of America, NA; Barclays Bank, PLC; Deutsche Bank Trust Company Americas; Federal

National Mortgage Association; JP Morgan Chase Bank, N.A.; New Century Funding A; New

Century Funding I; New Century Mortgage Securities Inc; U.S. Bank National Association;

Aurora Loan Services; EMC Mortgage Corporation; Guaranty Bank; HSBC Bank USA, N.A.;

INDY MAC Bank, FSB; Washington Mutual Bank, FA; New Century Financial Corporation;

New Century TRS Holdings, Inc.; NC Capital Corporation and New Century Credit Corporation

The Firm may have performed services in the past, may currently perform services, and may

perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are

parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does

not perform services for any such person in connection with these chapter 11 cases.

6. Neither I nor any principal, partner, director, officer, etc. of, or

professional employed by, the Firm has agreed to share or will share any portion of the

compensation to be received from the Debtors with any other person other than the principals

and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

7. Neither I nor any principal, partner, director, officer, etc. of, or

professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents

any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the

Firm is to be employed.

8. Prior to the filing of the above-captioned cases, the Firm was employed by

the Debtors. The Debtors owe the Firm $0 for prepetition services.

9. The Firm is conducting further inquiries regarding its retention by any

creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon

conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

      10.    I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2007

_____
Affiant

Sworn to and subscribed before me
this __4th__ day of June, 2007

_____
Notary Public