IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
NEW CENTURY TRS HOLDINGS, INC.                        Case No. 07-10416-KJC
        Debtor                                                             (Chapter 11)
AMERIQUEST MORTGAGE COMPANY                 Ref: Docket No.__1184____
C/O AMC MORTGAGE SERVICES, INC.
        Movant

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
        Attorneys for the Movant
   v.
NEW CENTURY TRS HOLDINGS, INC, et
al.
        Respondents

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion")

filed by Ameriquest Mortgage Company c/o AMC Mortgage Services, Inc ("AMC"), and any

response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Automatic Stay is terminated allowing AMC to exercise its rights

under applicable law against the Debtor's Property more particularly described in the Mortgage

which has the address of 50 Lattimore Road, Rochester, NY 14620 ("Property"), including, but

not limited to foreclosure against the Property under the Mortgage.

Date:_____                     BY THE COURT:

                               _____

                               U.S. Bankruptcy Court Judge