IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | : | |
| | : | |
| Debtors. | : | Jointly Administered |

REQUEST FOR MATRIX ENTRY
AND DEMAND FOR SERVICE OF PAPERS

TO THE DEBTORS, TRUSTEE AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that Phelan Hallinan & Schmieg, LLP and Phelan Hallinan and Schmieg, P.C., creditors of the above-named Debtor and parties in interest in the above-captioned case, and pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), and pursuant to Bankruptcy Rules 2002, 3017 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby request that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the undersigned at the following address and/or telephone/facsimile number set forth below:

Phelan, Hallinan and Schmieg, LLP
Attn: Judith T. Romano, Esquire
Suite 1400
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103
Telephone: (215) 563-7000
Facsimile: (215) 563-4491

1

      PLEASE TAKE FURTHER NOTICE that Phelan Hallinan & Schmieg, LLP and Phelan Hallinan and Schmieg, P.C. hereby request that the name and address set forth herein be added to the mailing matrix in this case.

      Respectfully, yours,

Date: June 11, 2007      **PHELAN HALLINAN & SCHMIEG, LLP**

      /s/ Judith T. Romano
Judith T. Romano, Esquire (PA Bar No. 58745)
Phelan Hallinan & Schmieg, LLP
Suite 1400
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103
Telephone: (215) 563-7000
Facsimile: (215) 563-4491