**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,**[1] | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| **Debtors.** | |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF COLORADO     )
                                            ) ss:
COUNTY OF DENVER     )

ROBERT J. HOPP, being duly sworn, deposes and says:

1. I am the manager of **Robert J. Hopp & Associates, LLC** (the "Firm"), which maintains offices at 999 18TH Street, Suite 2101, Denver, Colorado 80202.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about May 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

3.      Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors as to foreclosure, bankruptcy, evictions and other service related proceedings. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4.      The Firm's current customary rates, subject to change from time to time, are mandated by the Debtors pursuant to their contract with the Firm. In the normal course of its business, the Firm revises its billing rates upon approval from the Debtors.

5.      In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

>    Ameritech Credit Corporation
>    Bank of America, NA
>    Bank of the West
>    CDC Mortgage Capital Inc.
>    CIT Communications Finance Corporation
>    Citigroup Global Markets Realty Corp.
>    Consultants Group Commercial Funding Corp.
>    Countrywide Home Loans, Inc.
>    Deutsche Bank Trust Company Americas
>    Federal National Mortgage Association
>    GMAC Commercial Financial LLC
>    Goldman Sachs Mortgage Company
>    Guaranty Bank
>    Morgan Stanley Mortgage Capital Inc.
>    New Century Funding A
>    New Century Funding I

   New Century Mortgage Securities Inc.
   The CIT Group/Equipment Financing
   U.S. Bancorp Equipment Finance, Inc.
   U.S. Bank National Association
   UBS Real Estate Securities Inc.
   Aurora Loan Services
   Bank of America, N.A.
   Citigroup Global Markets Realty Corp.
   Countrywide
   Deutsche Bank
   EMC Mortgage Corporation
   General Electric Capital Corporation
   GMAC Commercial Finance, LLC
   Goldman Sachs Mortgage Company
   Guaranty Bank
   HSBC Bank USA, N.A.
   INDY MAC Bank, FSB
   JP Morgan Chase Bank, NA
   Lehman Brothers Bank FSB
   Morgan Stanley Mortgage Capital Inc.
   National Field Representatives
   Pricewaterhouse Coopers LLP
   Residential Funding Corporation
   Washington Mutual Bank, FA
   Morgan Stanley Capital Services
   New Century Financial Corporation, a Maryland corporation
   New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation
   New Century Mortgage Corporation, a California corporation
   NC Capital Corporation, a California corporation
   New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation
   NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership
   New Century R.E.O. Corp., a California corporation
   New Century R.E.O. II Corp., a California corporation
   New Century R.E.O. III Corp., a California corporation
   New Century Mortgage Ventures, LLC, a Delaware corporation

The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

    6.  Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the

compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

8. Prior to the filing of the above-captioned cases, the Firm was employed by the Debtors. The Debtors owe the Firm **$27,881.25** for prepetition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm **WILL NOT** waive the pre-petition claim.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

10. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6/5__, 2007

_____
Affiant – Robert J. Hopp, Esq.

Sworn to and subscribed before me
this ____ day of _June_, 2007

_____
Notary Public

*[Notary Seal: DENISE K. DOWNS, NOTARY PUBLIC, STATE OF COLORADO]*