**Exhibit B**
**Sale Notice - Miscellaneous Assets**

| | Property Location: | 2000 RiverEdge Pkwy, Suite 870 |
|---|---|---|
| | **Approximate Square Footage:** | 3,373 |
| | **Proposed Buyer:** | Donna H Williams, CFO Delivery Specialist Ir |
| | | 2000 RiverEdge Parkway, Suite 880 |
| | | Sandy Springs, GA 30328 |

| Description of Furniture Assets | Count | Build-out Date | Approximate Value | Estimated Economics | Allocation of Purchase Price |
|---|---|---|---|---|---|
| **Work Stations** | | | | | |
| 6 x 6 | 20 | 2005 | | | 3,800 |
| 6 x 8 | 4 | | | | |
| | | subtotal | $ - | | $ 3,800 |
| **Private Offices** | | | | | |
| Office | 1 | | | | 200 |
| | | subtotal | $ - | | $ 200 |
| | | **Total** | **$ 46,233** | **$ 4,000** | **$ 4,000** |

FFE Lienholder:    none