**Exhibit B**
**Sale Notice – Miscellaneous Assets**

| | | | | | |
|---|---|---|---|---|---|
| **Property Location:** | | 25 Forbes Blvd Suite 1 | | | |
| | | Foxborough, MA 02035 | | | |
| **Approximate Square Footage:** | | 18,640 | | | |
| **Proposed Buyer:** | | David Figueroa, CFO | | | |
| | | Vanguard Managed Solutions | | | |
| | | 575 West Street | | | |
| | | Mansfield, MA 02048 | | | |

| Description of Furniture Assets | Count | Build-out Date | Approximate Value | Estimated Economics | Allocation of Purchase Price |
|---|---|---|---|---|---|
| **Work Stations** | | | | | |
| | 125 | 2004 | 108,398 | | 27,174 |
| | | subtotal | $   - | | $   - |
| **Private Offices** | | | | | |
| | 13 | | 11,273 | | $   2,826 |
| | | subtotal | $   - | | $   - |
| | | Total | $119,671 | $  30,000 | $  30,000 |

FFE Lienholder:                    none