**EXHIBIT 1**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.[1], | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| Debtors. | |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

| | | |
|---|---|---|
| STATE OF IDAHO | ) | |
| | ) | ss: |
| COUNTY OF ADA | ) | |

JEFFREY R. CHRISTENSON, being duly sworn, deposes and says:

1.    I am a shareholder of Ringert Clark Chartered (the "Firm"), which

maintains offices at 455 So. Third Street, Boise, Idaho 83702.

---

[1] The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL - Page 1

2.    This Affidavit is submitted in connection with an Order of the United

States Bankruptcy Court for the District of Delaware, entered on or about May 7,

2007, authorizing the above-captioned debtors and debtors in possession

(collectively, the "Debtors") to employ and compensate certain professionals in the

ordinary course of business during the pendency of these chapter 11 cases.

3.    Prior to the filing of the petitions which initiated the above-captioned

cases, the Firm has represented and advised the Debtors as default foreclosure /

bankruptcy / eviction services.  The Debtors have requested, and the Firm has

agreed, to continue to provide such services to the Debtors on a post-petition basis

during the course of these chapter 11 cases.

4.    The Firm's current customary rates, subject to change from time to

time, are either investor / GSE-mandated or $150 per hour (if hourly charges are

appropriate).  In the normal course of its business, the Firm revises its billing rates

on January 31, 2007 of each year and requests that, effective January 31, 2007

of each year, the aforementioned rates be revised to the regular hourly rates which

will be in effect at that time.

5.    In the ordinary course of its business, the Firm maintains a database for

purposes of performing "conflicts checks."  The Firm's database contains

information regarding the firm's present and past representations.  Pursuant to

AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL - Page 2

Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

Aurora Loan Services

Bank of America, NA

Bank of the West

Countrywide

Deutsche Bank Trust Company Americas

EMC Mortgage Corporation

General Electric Capital Corporation

Guaranty Bank

IOS Capital

JP Morgan Chase Bank, NA

New Century Mortgage Corporation, a California corporation

New Century Mortgage Securities Inc.

O'Melveny & Myers LLP

Residential Funding Corporation

AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL – Page 3

Skadden, Arps, Slate, Meagher & Flom

Sprint

Sterling Bank

United California Capital

Washington Mutual Bank, FA

The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

6.    Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

7.    Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL - Page 4

8.     Prior to the filing of the above-captioned cases, the Firm was employed by the Debtors as "Trust Attorneys" to represent various trusts in foreclosure, bankruptcy, eviction and related proceedings.  The Debtors owe the Firm $7,173.28 for prepetition services rendered for the Trusts, which services should be paid for under the Cash Management Order dated April 3, 2007.  If the Firm's future employment is authorized pursuant to the Ordinary Course Professionals order, the Firm will not waive the pre-petition claim.

9.     The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

10.     I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June  11ᵗʰ, 2007

Jeffrey R. Christenson

AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL - Page 5

SIGNED AND SWORN TO before me this ___11TH___ day of June, 2007.

Cheri Draper

Notary Public for Idaho
Residing at Meridian, Idaho
My Commission Expires: 12-23-2009