UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC.,** | : | **Case No. 07-10416 (KJC)** |
| a Delaware corporation, *et al.*, | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
### (Michael J. Missal)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Michael J. Missal of Kirkpatrick & Lockhart Preston Gates Ellis LLP to act as the Examiner in this action.

                                                                            Mark Minuti (No. 2659)
                                                                            **SAUL EWING LLP**
                                                                            222 Delaware Avenue, Suite 1200
                                                                             P.O. Box 1266
                                                                             Wilmington, DE  19899
                                                                             (302) 421-6840
                                                                             (302) 421-5873 (Fax)
                                                                             Email:  mminuti@saul.com

                                                                             Proposed counsel for Michael J. Missal, Examiner

Dated: June 12, 2007

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the United States District Court for the District of Columbia and the District of Columbia Court of Appeals, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/5/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date: June 11, 2007

Michael J. Missal
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
1601 K Street, NW
Washington, DC 20006-1600
Telephone:   (202) 778-9302
Facsimile:   (202) 778-9100
Email: michael.missal @klgates.com

Proposed Examiner

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice for Michael J. Missal is granted.

Dated: June ___, 2007

United States Bankruptcy Judge