## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing documents were served locally by hand and by first class mail, postage pre-paid, this 12th day of June, 2007, upon the following parties:

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
*Attorney for Debtors*

Bonnie Glantz Fatell, Esq.
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
*Attorney for the Official Committee of Unsecured Creditors*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899

Dan Gutierrez and Mary Ann Gutierrez
513 Meadow Hill Drive
DeSoto, Texas
*Obligor*

By: _____
Michael G. Busenkell