IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NEW CENTURY TRS HOLDINGS, INC., ) | Chapter 11 |
| et al., ) | |
| ) | Case No. 07-10416-KJC |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | **RE: Docket No. 892** |
| ) | |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 892

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion of Litton Loan Servicing LP for Relief from the Automatic Stay as to 1325 Route 212, Saugerties, New York** (the "Motion") [Docket No. 892] has been received. The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice filed with the Motion, responses to the Motion were to be filed and served no later than June 8, 2007.

It is respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: June 12, 2007

Eckert Seamans Cherin & Mellott, LLC

By: _____
Michael G. Busenkell (No. 3933)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Telephone: (302) 425-0430
*Attorneys for Litton Loan Servicing, LP*