IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NEW CENTURY TRS HOLDINGS, INC., ) | Chapter 11 |
| et al., ) | |
| ) | Case No. 07-10416-KJC |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Ref: Docket No. _____ |
| ) | |

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion of Litton Loan Servicing LP ("Litton") for Relief from the Automatic Stay, and responses thereto, and good cause having been shown, it is hereby

ORDERED, that the Motion be, and the same is hereby GRANTED; and it is further

ORDERED, that the Automatic Stay is terminated allowing Litton to exercise its rights under applicable law, including, but not limited to foreclosure against the property located at 1325 Route 212, Saugerties, New York.

Date: _____          BY THE COURT:

                               _____
                               Honorable Kevin J. Carey
                               U.S. Bankruptcy Court Judge

*0006595*