LAW OFFICES
**AN ASSOCIATION OF SEPARATE LAW FIRMS**
1902 Harlan Drive, Suite A
Bellevue, Nebraska 68005-6609
(402) 292-7700
FAX (402) 292-9125

FILED
2007 JUN 11  AM 10: 04
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

*Robert J. Hovey, P.C., L.L.O.*                    *Steffi A. Swanson, P.C., L.L.O.*
                                                    *Dana R. Ulrich, Associate\**
                                                         * Also admitted in Illinois

June 6, 2007

Bankruptcy Court Clerk
824 N. Market Street
Wilmington, DE 19801

Re: New Century TRS Holdings
Case No. 07-10416 (KJC)

Dear Sir:

On June 5, 2007, I sent to you for filing an Affidavit, which was filed on June 6, 2007, docket #1135. At this time I need to ask the court to withdraw the Affidavit. The Affidavit will be refiled the local counsel for New Century with the proper notice attached.

Thank you in advance for your assistance.

If you have any questions, please contact me accordingly.

Sincerely,

Steffi A. Swanson

SAS:ss
cc: Aja McDowell