# Exhibit B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.[1] | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |
| | : | Re: Docket No. ____ |
| | : | |
| | : | |

### ORDER APPROVING SUPPLEMENT NO. 1 TO ASSET PURCHASE AGREEMENT BY AND AMONG ELLINGTON MANAGEMENT GROUP, L.L.C. ON BEHALF OF ITS CLIENT FUNDS, NEW CENTURY FINANCIAL CORPORATION AND NEW CENTURY MORTGAGE CORPORATION DATED JUNE ___, 2007

This matter coming before the Court on the Motion for Order Approving Supplement No. 1 to Asset Purchase Agreement by and among Ellington Management Group, L.L.C. on Behalf of Its Client Funds, New Century Financial Corporation and New Century Mortgage Corporation dated June ___, 2007 (the "Motion"), filed by New Century TRS Holdings, Inc., New Century Financial Corporation, and New Century Mortgage Corporation (collectively, "New Century") and their direct and indirect subsidiaries, each as a debtor and debtor-in possession (collectively, the "Debtors"); and a hearing having been held on June _____,

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; and NCoral, L.P., a Delaware limited partnership.

1

2007, in connection with the Motion (the "Hearing"); and all parties in interest having been heard, or having the opportunity to be heard, regarding Supplement No. 1 to Asset Purchase Agreement by and among Ellington Management Group, L.L.C. on Behalf of Its Client Funds, New Century Financial Corporation and New Century Mortgage Corporation Dated June ___, 2007 (the "Supplement"),[2] a copy of which is attached hereto as Exhibit A, and the transactions contemplated thereby; the Court having considered the Motion and the arguments made and evidence proffered or adduced at the Hearing in support of approval of the Supplement; and objections, if any, to the Motion having been overruled on the merits with prejudice; and it appearing from the affidavits of service filed with the Court that due and sufficient notice of the Motion and the relief granted by this Order have been provided to all parties affected thereby; and it further appearing that no other or further notice hereof is required; and upon the Court record of these cases and of the Hearing; and it appearing that the relief requested in the Motion and approved by this Order is in the best interests of the Debtors, their estates, and all parties in interest; and after due deliberation and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Supplement is approved in its entirety and the Debtors are authorized and directed to perform thereunder.

2. Except as expressly provided herein or in the Supplement, nothing in this Order shall affect the provisions, or the validity, enforceability, or finality, of the (a) Order (A) Approving Asset Purchase Agreement By and Among New Century Financial Corporation and Ellington Management Group, L.L.C. on Behalf of Its Client Funds, (B) Authorizing Sale of

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion or the Supplement, as applicable. If there is any inconsistency, the Supplement shall govern.

Certain Loans and Residuals to Purchaser or Its Designee(s), Free and Clear of All Liens, Claims, Encumbrances and Interests and (C) Granting Related Relief (the "Sale Order"), which was entered on May 7, 2007, or (b) the Asset Purchase Agreement between certain of the Debtors and Ellington Management Group, L.L.C., on behalf of its clients funds, dated as of May 2, 2007, approved by the Sale Order.

3. This Order shall be effective immediately upon entry notwithstanding Bankruptcy Rule 6004(g), to the extent applicable.

Dated June ____, 2007
    Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE