# EXHIBIT B

RLF1-3164417-1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, <u>et al.</u>,**[1] | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |
| | : | Re: Docket No. _____ |
| | : | |

**ORDER GRANTING MOTION OF DEBTORS AND DEBTORS IN POSSESSION TO SHORTEN NOTICE AND OBJECTION PERIODS FOR MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER (A) APPROVING SUPPLEMENT NO. 1 TO THE ASSET PURCHASE AGREEMENT BY AND AMONG NEW CENTURY FINANCIAL CORPORATION AND CERTAIN SUBSIDIARIES AND ELLINGTON MANAGEMENT GROUP, L.L.C. ON BEHALF OF ITS CLIENT FUNDS, (B) AUTHORIZING SALE OF CERTAIN LOANS TO PURCHASER OR ITS DESIGNEE(S), FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS AND (C) GRANTING RELATED RELIEF**

This matter coming before the Court on the Motion of the Debtors and Debtors-in-Possession to Shorten Notice and Objection Periods (the "<u>Motion to Shorten</u>") for the Motion of Debtors and Debtors in Possession for an Order (A) Approving Supplement No. 1 to the Asset Purchase Agreement by and Among New Century Financial Corporation and Certain of its Subsidiaries and Ellington Management Group, L.L.C. on Behalf of its Client Funds, (B)

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Authorizing the Sale of Certain Loans to Purchaser or its Designee(s) Free and Clear of All Liens, Claims and Encumbrances and Interests and (C) Granting Related Relief [Docket No. 1210] (the "Underlying Motion") filed by the above captioned debtors and debtors in possession (the "Debtors"), the Court having reviewed the Motion to Shorten; the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and the Court having determined that the legal and factual basis set forth in the Motion to Shorten establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion to Shorten is in the best interests of the Debtors' estate; and after due deliberation and sufficient cause appearing therefore,

      IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. Capitalized terms not otherwise defined herein have the meanings given to them in the Motion to Shorten.

3. The hearing to consider the Underlying Motion shall be held on June 27, 2007 at 10:00 a.m. (EDT).

4. The deadline to file objections to the Underlying Motion shall be June 22, 2007 at 4:00 p.m. (EDT).

5. This Court shall retain jurisdiction with respect to any matters related to or arising from the implementation of this Order.

Dated: June ___, 2007  
    Wilmington, Delaware  
                                                              THE HONORABLE KEVIN J. CAREY  
                                                               UNITED STATES BANKRUPTCY JUDGE