UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO § 1109(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002(g) AND 9010

**NOTICE IS HEREBY GIVEN** pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Kirkpatrick & Lockhart Preston Gates Ellis LLP and Saul Ewing LLP appear for and on behalf of the Examiner, Michael J. Missal, Esquire (the "Examiner") in these jointly administered cases.

**NOTICE IS FURTHER GIVEN** that the Examiner requests that all notices given or required to be given in the above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

> Edward M. Fox, Esq.
> **KIRKPATRICK & LOCKHART PRESTON
>  GATES ELLIS LLP**
> 599 Lexington Avenue
> New York, NY 10022-6030
> Telephone: (212) 536-4812
> Facsimile: (212) 536-3901
> Email: edward.fox@klgates.com
>
> -and-

Rebecca L. Kline Dubill, Esq.
**KIRKPATRICK & LOCKHART PRESTON
 GATES ELLIS LLP**
1601 K Street, NW
Washington, DC  20006-1600
Telephone:(202) 778-9064
Facsimile: (202) 778-9100
Email: becky.klinedubill@klgates.com

-and-

Stephen G. Topetzes, Esq.
**KIRKPATRICK & LOCKHART PRESTON
 GATES ELLIS LLP**
1601 K Street, NW
Washington, DC  20006-1600
Telephone:(202) 778-9328
Facsimile: (202) 778-9100
Email: stephen.topetzes@klgates.com

-and-

Mark Minuti, Esq. (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6840
(302) 421-5873 (FAX)
E-mail: mminuti@saul.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile transmission, telegraph, telex or otherwise, which affect or seek to effect in any way any rights or interest of the Examiner.

PLEASE TAKE FURTHER NOTICE that, as provided in Federal Rule of Bankruptcy Procedure 3017(a), the Examiner requests that its attorneys be provided with copies of any and all disclosure statements and plans of reorganization.

/s/ Mark Minuti
_____
Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

Proposed Counsel to the Examiner

Dated: June 13, 2007