DKT. NO. 1197

DT. FILED 6-12-07

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
### (Eric T. Moser)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Eric T. Moser of Kirkpatrick & Lockhart Preston Gates Ellis LLP to represent the Examiner, Michael J. Missal, Esquire in this action.

_____
Mark Minuti (No. 2659)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840
(302) 421-5873 (Fax)
Email: mminuti@saul.com

Proposed counsel for Michael J. Missal, Examiner

Dated: June 12, 2007

548697.1 6/12/07

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and Commonwealth of Pennsylvania, the United States District Courts for the Southern District of New York, the Western District of Pennsylvania, and the Northern District of Ohio, and the United States Courts of Appeals for the Second, Third and Sixth Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/5/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Eric T. Moser
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
599 Lexington Avenue
New York, NY 10022-6030
Telephone:   (212) 536-4858
Facsimile:   (212) 536-3901
Email: eric.moser@klgates.com

Proposed counsel for Michael J. Missal, Examiner

Date: June 8, 2007

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice for Eric T. Moser is granted.

United States Bankruptcy Judge

Dated: June 13, 2007

-2-

548697.1 6/8/07