### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE
### (Edward M. Fox)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Edward M. Fox of Kirkpatrick & Lockhart Preston Gates Ellis LLP to represent the Examiner, Michael J. Missal, Esquire in this action.

*[signature]*

Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6840
(302) 421-5873 (Fax)
Email:  mminuti@saul.com

Proposed counsel for Michael J. Missal, Examiner

Dated:  June 12, 2007

DKT. NO. 1201
DT. FILED 6-12-07

548696.1 6/12/07

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and Commonwealth of Massachusetts, the United States District Court for the Southern and Eastern Districts of New York; the United States Court of Appeals for the Second, Third and Ninth Circuit, and the United States Supreme Court, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/5/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Edward M. Fox
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
599 Lexington Avenue
New York, NY 10022-6030
Telephone:  (212) 536-4812
Facsimile:  (212) 536-3901
Email: edward.fox@klgates.com

Proposed counsel for Michael J. Missal, Examiner

Date: June 8, 2007

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice for Edward M. Fox is granted.

United States Bankruptcy Judge

Dated: June 13, 2007