UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                              :     Chapter 11
                                                    :
NEW CENTURY TRS HOLDINGS, INC.,    :     Case No. 07-10416 (KJC)
a Delaware corporation, *et al.*,              :
                                                    :     Jointly Administered
            Debtors.                             :

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
### (Rebecca L. Kline Dubill)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Rebecca L. Kline Dubill of Kirkpatrick & Lockhart Preston Gates Ellis LLP to represent the Examiner, Michael J. Missal, Esquire in this action.

_____
Mark Minuti (No. 2659)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840
(302) 421-5873 (Fax)
Email: mminuti@saul.com

Proposed counsel for Michael J. Missal, Examiner

Dated: June 12, 2007

DKT. NO. 1198
DT. FILED 6-12-07

548699.1 6/12/07

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and State of Maryland, the United States District Court for the District of Maryland and District of Columbia, the Maryland and District of Columbia Court of Appeals, and United States Court of Appeals for the District of Columbia and Fourth Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/5/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

_____
Rebecca L. Kline Dubill
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
1601 K Street, NW
Washington, DC 20006-1600
Telephone:   (202) 778-9064
Facsimile:    (202) 778-9100
Email: becky.klinedubill@klgates.com

Proposed counsel for Michael J. Missal, Examiner

Date: June 11, 2007

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice for Rebecca L. Kline Dubill is granted.

_____
United States Bankruptcy Judge

Dated: June 13, 2007

-2-