2286 Lavista Rd., N.E., Apt. 6, Atlanta, Georgia 30329

To: United States Bankruptcy Court
District of Delaware/ Clerk of the Court and Judge
824 Market Street, 3rd Floor
Wilmington, DE 19801
T: (302) 252-2900
http://www.deb.uscourts.gov

To: New Century Claims Processing
c/o XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA 90295
T: (888) 784-9571

Re: New Century Mortgage reports debts that are false on my credit reports and those of others.

Dear Sirs:

    I would be willing to be present to testify against New Century Mortgage in a court of law because New Century Mortgage has calculated to take owners' homestead property and convert it illegally for profit through flipping equity. The market went bad, due to the practices of lenders like New Century that refused to take payments from borrowers and due to New Century's unwillingness to restructure loans if borrowers were thirty days behind.

    Currently, New Century is attacking consumers by trying to collect on debts twice in Georgia. The practice is as follows: First, New Century scared home owners out of their homes by threatening to seize homestead residences when borrowers were thirty days late. Secondly, New Century pretended to sell to investors but did not conclude after two months. This caused borrowers not to be able to put homes with realtors.

    Most recently, New Century is harassing former borrowers through false credit reporting in hopes of selling fake loans to repay Chapter 11. The bankruptcy court should go back and determine whether these reported loans are indeed lawful since it is illegal to charge a person twice for the property she or he lost in foreclosure.

    I intend to take New Century Mortgage to court for the false credit reporting and calculated trickery; thus, the court should be aware that I am willing to fight their abuses. New Century must immediately remove the false reports from Tran Union and Experian.

    I would be glad to answer any questions of the court in affidavit form or in person in hopes of saving myself and other Georgia consumers from abuse.

Sincerely,

*Dr. Laura Sweeney*
Dr. Laura Sweeney

Enclosed: Copy of foreclosure

Copy of Trans Union reporting another debt to New Century Mortgage, 139 K falsely reported accruing interest of $1200 per month so that they can sell a fake debt

*** 172217058-016 ***  05/31/2007   TransUnion.

LAURA W. WILLIAMS

The following is an additional credit report for this consumer.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| NEW CENTURY MORTGAGE | # 1759234 | VERIFIED, NO CHANGE |

Any corrections to your identification requested by you have been made, and are included in the following credit report.

Consumer Credit Report for LAURA W. WILLIAMS

File Number: 172217058
Page: 5 of 14
Date Issued: 05/31/2007

**TransUnion.**

### MERCHANTS & MEDICAL BURE #1206362
PO BOX 1054
BRUNSWICK, GA 31521-1054
(912) 264-1955

Balance: $95
Date Verified: 07/2004
Original Amount: $82
Original Creditor: MED1 SATILLA REGIONAL MEDICAL CENTE

Pay Status: ›COLLECTION ACCOUNT‹
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Remarks: ›PLACED FOR COLLECTION‹
Date placed for collection: 09/2003
Estimated date that this item will be removed: 07/2007

### MIDLAND CREDTI MGMT INC #8513840425
8875 AERO DR STE 200
SAN DIEGO, CA 92123
(800) 265-8825

Balance: $276
Date Updated: 05/2007
Original Amount: $276
Original Creditor: VERIZON WIRELESS
Past Due: ›$276‹

Pay Status: ›COLLECTION ACCOUNT‹
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Loan Type: FACTORING COMPANY ACCOUNT
Remarks: ›PLACED FOR COLLECTION‹
Date placed for collection: 11/2005
Estimated date that this item will be removed: 03/2009

### MJ ALTMAN COMPANY INC #11393762
109 SE 1ST AVE
OCALA, FL 34471-2163
(352) 732-1112

Balance: $126
Date Verified: 07/2002
Original Amount: $126
Original Creditor: OKEFENOKE RURAL ELECTRIC
Past Due: ›$126‹

Pay Status: ›COLLECTION ACCOUNT‹
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: ›PLACED FOR COLLECTION‹
Date placed for collection: 06/2002
Estimated date that this item will be removed: 10/2008

### NCO - MEDCLEAR #25549221
POB 41448
PHILADELPHIA, PA 19101
(800) 541-2742

Balance: $107
Date Updated: 05/2007
Original Amount: $107
Original Creditor: MED1 02 ALCOVY EMERGENCY PHYSICIANS
Past Due: ›$107‹

Pay Status: ›COLLECTION ACCOUNT‹
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Loan Type: FACTORING COMPANY ACCOUNT
Remarks: ›PLACED FOR COLLECTION‹
Date placed for collection: 07/2005
Estimated date that this item will be removed: 11/2010

### NEW CENTURY MORTGAGE #1759234
210 COMMERCE
IRVINE, CA 92602-1318
(800) 561-4567

Balance: $136,129
Date Verified: 05/2007
High Balance: $124,100
Past Due: ›$19,540‹
Terms: 360 MONTHLY $968

Pay Status: ›120 DAYS PAST DUE‹
Account Type: MORTGAGE ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Open: 08/2004

Loan Type: CONVENTIONAL REAL ESTATE MTG
Estimated date that this item will be removed: 01/2012

Late Payments (39 months): 30: 10 | 60: 1 | 90: 10 | Last 39 months

| | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun | may |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 120 | 120 | 90 | | 120 | 120 | 120 | 90 | 60 | 30 | 30 | 30 | 30 | 30 | 30 | | 30 | 30 | 30 | OK | OK | OK | OK | OK |

| | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 30 | 30 | X | X | X | X | X | OK | OK | OK | OK | X | OK | OK |

### OSI COLLECTION SERVICES #5395148
PO BOX 551075
JACKSONVILLE, FL 32255
(888) 850-6427

Balance: $106
Date Updated: 11/2004
Original Amount: $106
Original Creditor: MED1 ALCOVY EMERGENCY PHYSICIANS
Past Due: ›$106‹

Pay Status: ›COLLECTION ACCOUNT‹
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: ›PLACED FOR COLLECTION‹
Date placed for collection: 07/2004
Estimated date that this item will be removed: 11/2010

*2286 Lavista Rd. N.E., Apt. 6, Atlanta, GA 30329; (404) 484-2103; LauraInAtlanta4@aol.com*

To: **New Century Mortgage Trustee**

**844 Kings Street, Room 2207**

**Wilmington, Delaware 19899**

Re: Cease and desist declaring false debts to Trans Union and Experian;

Cease and desist trying to collect 139k plus interest on debt that is not due;

Consumer fraud/ reporting false debt and trying to collect

June 8, 2007

## Dear New Century Mortgage Trustee:

Cease and desist in your attempt to collect a debt that you declare to be 139K plus $1200. interest per month. Trans Union and Experian both contacted New Century Mortgage to verify that this debt was mistaken, but New Century Mortgage declared that I, Laura Williams-Sweeney, owed the lender one hundred thirty-nine thousand dollars plus interest accruing monthly.

It is apparent New Century Mortgage is going to declare to the judge that citizens owe money that is not due. This is a calculated attempt to force me, Laura Williams-Sweeney, and other people whose homes have been illegally foreclosed upon into bankruptcy and to sell these fake accounts to others in order to collect a large portion of money declared. This is a blatant attempt to take advantage of consumers who are struggling workers who are unable to see the false reporting on their credit reports, especially across the State of Georgia.

Observe the foreclosure notice enclosed with this letter. You have unlawfully taken my property without advising me of my homestead rights, and I do not owe you money for the property at 1018 Autumn Trace, Monroe, Georgia 30329. Rather, New Century Mortgage owes me money for my equity which was lost, and I have gone to the Monroe Police to provide documents and ask to report this crime.

This complaint is about the illegal conversion of my property and the false credit reporting of New Century Mortgage, now in bankruptcy, due to its refusal to accept funds from creditors. New Century Mortgage used unlawful and improper means to force me and my daughter out of my former homestead property at 1018 Autumn Trace, Monroe, GA 30329. New Century Mortgage said they were foreclosing on my property, so I had the movers move us out October 31, 2006.

**But New Century Mortgage now claims it never foreclosed on my property** (because the market went bad) **and is trying to collect approximately 139 thousand dollars plus 1200**

**in interest per month** (see credit report copies enclosed and foreclosure documents). **Cease this misinformation.**

Initially, New Century pretended to be selling to Home Vestors so that no realtor could sell the house for a period of two months. No realtor would then take the house. Then New Century said they were foreclosing on the property on 7 November 2006, but New Century later declared it never foreclosed.

New Century Mortgage is hereby asked to cease and desist trying to collect for property that was foreclosed upon without informing me of my homestead rights. The Trustee and judge should be advised that I intend to take legal action because New Century has broken the law by reporting fake debts to credit reporting agencies and others and by seizing homes through illegal means.

Sincerely,

*Dr. Laura Sweeney*

Dr. Laura Sweeney

Cc: United States Bankruptcy Court
District of Delaware/ Clerk of the Court and Judge
824 Market Street, 3rd Floor
Wilmington, DE 19801
T: (302) 252-2900
http://www.deb.uscourts.gov

Cc: New Century Claims Processing
c/o XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA 90295
T: (888) 784-9571

Deed    Doc: FCD    Rec #: 131075
Recorded 12/01/2006 02:50PM
Georgia Transfer Tax Paid :    $0.00

KATHY K. TROST
CLERK SUPERIOR COURT, WALTON COUNTY
Bk 02611    Pg 0355-0363

Return To:

McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076

CROSS INDEX TO DEED
BOOK 2028, PAGE 34,
WALTON COUNTY,
GEORGIA RECORDS

STATE OF
COUNTY OF

## DEED UNDER POWER

THIS INDENTURE, made this 7th day of November, 2006, by Laura Williams (hereinafter collectively referred to as "Borrower"), acting through this duly appointed attorney in fact, Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-3 (hereinafter referred to as "Lender"), as Party of the First Part, and Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-3, as Party of the Second Part:

### WITNESSETH:

WHEREAS, Borrower executed and delivered that certain Security Deed given by Laura Williams to New Century Mortgage Corporation, dated August 10, 2004, recorded in Deed Book 2028, Page 34, Walton County, Georgia Records, as last transferred to Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-3 by assignment recorded in Deed Book 2611 *, Page 354 *, Walton County, Georgia Records, conveying the after-described property to secure a Note in the original principal amount of ONE HUNDRED TWENTY-FOUR THOUSAND ONE HUNDRED AND 0/100 DOLLARS ($124,100.00);
*BY ASSIGNMENT RECORDED SIMULTANEOUSLY HEREWITH AND MADE A PART HEREOF BY REFERENCE

WHEREAS, default in the payment of the required installments under said Note occurred, and by reason of said default, Lender elected, pursuant to the terms of the Security Deed and Note, and declared the entire principal and interest immediately due and payable; and

WHEREAS, said entire indebtedness still being in default, Lender on behalf of Borrower, and according to the terms of said Security Deed, did advertise said property for sale once a week for 4 weeks immediately preceding said sale in a newspaper in Walton County, Georgia, wherein the Sheriff carried his advertisements, namely the The Walton

Loan # 1759234          Page 1    McCalla Raymer, LLC 51889606-FT10/sbl
                                   11/07/06

Tribune; and

WHEREAS, notice was given in compliance with Georgia Laws 1981, Volume I, Page 834, codified as O.C.G.A. Section 44-14-162.2 and Section 44-14-162.4. The notice so required was rendered by mailing a copy of the Notice of Sale submitted to the publisher to the "Debtor" (as that term is defined in O.C.G.A. Section 44-14-162.1) at least fifteen days prior to the foreclosure sale date on November 7, 2006; and

WHEREAS, Lender did expose said property for sale to the highest bidder for cash on the first Tuesday in November, 2006 within the legal hours of sale at the usual place for conducting Sheriff's sales in Walton County before the Courthouse door, and offered said property for sale at public outcry to the highest bidder for cash when and where the aforesaid Party of the Second Part bid ONE HUNDRED TEN THOUSAND FIVE HUNDRED AND 0/100 DOLLARS ($110,500.00); AND

WHEREAS, the said property was knocked off to the Party of the Second Part for the aforementioned sum of money in cash.

NOW THEREFORE, in consideration of the premises and said sum of money and by virtue of and in the exercise of the power of sale contained in the Security Deed, the Party of the First Part has bargained, sold, granted and conveyed, and by these presents does hereby bargain, sell, grant and convey to the Party of the Second Part, said party's representatives, heirs, successors and assigns, the following described property:

> All that tract or parcel of land lying and being in Land Lot 78 of the 3rd District, Walton, County, Georgia, being Lot 9, of Unit One, Mountain Creek Subdivision, as per plat recorded in plat book 77, page 126, Records of Walton County, Georgia, which plat is by reference incorporated herein and made a part hereof.

TOGETHER WITH all and singular the rights, members and appurtenances thereto appertaining; also all the estate, right, title, interest, claim or demand of the Party of the First Part, or said Party's representatives, heirs, successors and assigns, legal, equitable or otherwise, whatsoever, in and to the same.

THIS CONVEYANCE IS SUBJECT TO any outstanding ad valorem taxes (including taxes which are a lien, but not yet due and payable), any matters which might be disclosed by an accurate survey and inspection of the property, any assessments, liens, encumbrances, zoning ordinances, restrictions, covenants, and matters of record superior to the Security Deed.

TO HAVE AND TO HOLD the said property and every part thereof unto the said Party of the Second Part, and said party's representatives, heirs, successors and assigns, to said Party's own proper use, benefit and behoof in FEE SIMPLE, in as full and ample a manner as the said Party of the First Part or said Party's representatives, heirs, successors and assigns, did hold and enjoy the same.

Loan # 1759234     Page 2     McCalla Raymer, LLC 51889606-FT10/sb1
                                11/07/06

IN WITNESS WHEREOF, Lender as Agent and Attorney in Fact for Borrower has hereunto affixed Lender's hand and seal as of the day and year first above written.

Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-3

as Attorney in Fact for

Laura Williams

By: _____

Title: Vice President

By: _____

Title: Asst. Vice President

(CORPORATE SEAL)

Power of Attorney
To be recorded simultaneously
herewith and made a part hereof
by reference as
Exhibit "b"

Signed, sealed and delivered in the presence of:

_____
Witness Paul Gutierrez

_____
Notary Public
Iris B. Jenkins
My Commission Expires:
11-04-2007

(Notary Seal)

IRIS B. JENKINS
Comm. # 1449616
NOTARY PUBLIC - CALIFORNIA
Orange County
My Comm. Expires Nov. 4, 2007

**SEAL AFFIXED**

**EXHIBIT B**

## LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that Deutsche Bank National Trust Company, a national banking association organized and existing under the laws of the United States, formerly known as Bankers Trust Company of California, N.A. and having its principal place of business at 1761 East St. Andrew Place, Santa Ana, California, 92705, as Indenture Trustee (the "Indenture Trustee") pursuant to that New Century Home Equity Loan Trust 2004-3 Servicing Agreement dated as of September 29, 2004 (the "Agreement") by and between New Century Home Equity Loan Trust 2004-3, as Issuer, New Century Mortgage Corporation (the "Master Servicer"), and Deutsche Bank National Trust Company, as Indenture Trustee, hereby constitutes and appoints the Master Servicer, By and through the Master Servicer's officers, the Indenture Trustee's true and lawful Attorney-in-Fact, in the Indenture Trustee's name, place and stead and for the Indenture Trustee's benefit, in connection with all mortgage loans serviced by the Master Servicer pursuant to the Agreement solely for the purpose of performing such acts and executing such documents in the name of the Indenture Trustee necessary and appropriate to effectuate the following enumerated transactions in respect of any of the mortgages of deeds of trust (the "Mortgages" and the "Deeds of Trust" respectively) and promissory notes secured thereby (the "Mortgage Notes") for which the undersigned is acting as Indenture Trustee for various certificate holders (whether the undersigned is named therein as mortgagee or beneficiary or has become mortgagee by virtue of endorsement of the Mortgage Note secured by any such Mortgage of Deed of Trust) and for which new century Mortgage Corporation is acting as the Master Servicer.

This Appointment shall apply only to the following enumerated transactions and nothing herein or in the Agreement shall be construed to the contrary:

1. The modification or re-recording of a Mortgage or Deed of Trust, where said modification or re-recording is solely for the purpose of correcting the Mortgage or Deed of Trust to conform same to the original intent of the parties thereto or to correct title errors discovered after such title insurance was issued;

provided that (i) said modification or re-recording, in either instance, does not adversely affect the lien of the Mortgage or Deed of Trust as insured and (ii) otherwise conforms to the provisions of the Agreement.

2. The subordination of the lien of a Mortgage or Deed of Trust to an easement in favor of a public utility company of a government agency or unit with powers of eminent domain; this section shall include, without limitation, the execution of partial satisfactions/releases, partial reconveyances or the execution or requests to Indenture Trustees to accomplish same.

3. The conveyance of the properties to the mortgage insurer, or the closing of the title to the property to be acquired as real estate owned, or conveyance of title to real estate owned.

4. The completion of loan assumption agreements.

5. The full satisfaction/release of a Mortgage or Deed of Trust or full conveyance upon payment and discharge of all sums secured thereby, including, without limitation, cancellation of the related Mortgage Note.

6. The assignment of any Mortgage or Deed of Trust and the related Mortgage Note, in connection with the repurchase of the mortgage loan secured and evidenced thereby.

7. The full assignment of a Mortgage or Deed of Trust upon payment and discharge of all sums secured thereby in conjunction with the refinancing thereof, including, without limitation, the assignment of the related Mortgage Note.

8. With respect to a Mortgage or Deed of Trust, the foreclosure, the taking of a deed in lieu of foreclosure, or the completion of judicial or non-judicial foreclosure or termination, cancellation or rescission of any such foreclosure, including, without limitation, any and all of the following acts:

2

a.  the substitution of trustee(s) serving under a Deed of Trust, in accordance with state law and the Deed of Trust;

b.  the preparation and issuance of statements of breach or non-performance;

c.  the preparation and filing of notices of default and/or notices of sale;

d.  the cancellation/rescission of notices of default and/or notices of sale;

e.  the taking of deed in lieu of foreclosure; and

f.  the preparation and execution of such other documents and performance of such other actions as may be necessary under the terms of the Mortgage, Deed of Trust or state law to expeditiously complete said transactions in paragraphs 8.a. through 8.e. above.

9.  With respect to the sale of property acquired through a foreclosure or deed-in lieu of foreclosure, including, without limitation, the execution of the following documentation:

   a.  listing agreements;

   b.  purchase and sale agreements;

   c.  grant/warranty/quit claim deeds or any other deed causing the transfer of title of the property to a party contracted to purchase same;

   d.  escrow instructions; and

   e.  any and all documents necessary to effect the transfer of property.

10. The modification or amendment of escrow agreements established for repairs to the mortgaged property or reserves for replacement of personal property.

The undersigned gives said Attorney-in-Fact full power and authority to execute such instruments and to do and perform all and every act and thing necessary and proper to carry into

3

effect the power or powers granted by or under this Limited Power of Attorney as fully as the undersigned might or could do, and hereby does ratify and confirm to all that said Attorney-in-Fact shall be effective as of September 29, 2004.

This appointment is to be construed and interpreted as a limited power of attorney. The enumeration of specific items, rights, acts or powers herein is not intended to, nor does it give rise to, and it is not to be construed as a general power of attorney.

Nothing contained herein shall (i) limit in any manner any indemnification provided by the Master Servicer to the Trustee under the Agreement, or (ii) be construed to grant the Master Servicer the power to initiate or defend any suit, litigation or proceeding in the name of Deutsche Bank National Trust Company except as specifically provided for herein. If the Master Servicer receives any notice of suit, litigation or proceeding in the name of Deutsche Bank National Trust Company or Bankers Trust Company of California, N.A., then the Master Servicer shall promptly forward a copy of same to the Indenture Trustee.

This limited power of attorney is not intended to extend the powers granted to the Master Servicer under the Agreement or to allow the Master Servicer to take any action with respect to Mortgages, Deeds of Trust or Mortgage Notes not authorized by the Agreement.

The Master Servicer hereby agrees to indemnify and hold the Indenture Trustee and its directors, officers, employees and agents harmless from and against any and all liabilities, obligations, losses, damages, penalties, actions, judgments, suits, costs, expenses or disbursements of any kind or nature whatsoever incurred by reason or result of or in connection with the exercise by the Master Servicer of the powers granted to it hereunder. The foregoing indemnity shall survive the termination of this Limited Power of Attorney and the Agreement or the earlier resignation or removal of the Trustee under the Agreement.

This Limited Power of Attorney is entered into and shall be governed by the laws of the State of New York, without regard to conflicts of law principles of such state.

Third parties without actual notice may rely upon the exercise of the power granted under this Limited Power of Attorney; and may be satisfied that this Limited Power of Attorney shall

4

continue in full force and effect and has not been revoked unless an instrument of revocation has been made in writing by the undersigned.

IN WITNESS WHEREOF, Deutsche Bank National Trust Company, as Indenture Trustee, has caused its corporate seal to be hereto affixed and these presents to be signed and acknowledged in its name and behalf by a duly elected and authorized signatory this __16th__ day of __June 2006__

        Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., as Indenture Trustee for the New Century Home Equity Loan Trust 2004-3

        By: _____
             Name: Eiko Akiyama
             Title: Associate

Acknowledged and Agreed
New Century Mortgage Corporation

By: _____
Name:
Title:

02867.001 #92035



SEAL AFFIXED

STATE OF CALIFORNIA
COUNTY OF  Orange

On  June 16 30 , 2006, before me, the undersigned, a Notary Public in and for said state, personally appeared Eiko Akiyama, Associate of Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2004-3, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed that same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted and executed the instrument.

WITNESS my hand and official seal.
(SEAL)

_____
Notary Public, State of California

02867.001 #92035



**SEAL AFFIXED**

6