KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
James S. Carr (JC 1603)
David E. Retter (DR 4014)
Jonathan Hook (JH 3812)
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Counsel for Wells Fargo Bank, N.A.,
as Indenture Trustee and Property Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | |
| a Delaware corporation, *et al.*, | : | Case No. 07-10416 (KJC) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |

### VERIFIED STATEMENT OF WELLS FARGO BANK, N.A., AS INDENTURE TRUSTEE AND PROPERTY TRUSTEE, PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

In accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure, Wells Fargo Bank, N.A. ("Wells Fargo" or the "Trustee") as:

(i) the Indenture Trustee under:

(a) the Junior Subordinated Indenture, dated as of September 13, 2006 ("Indenture I"), of New Century Financial Corporation ("NCFC"), pursuant to which NCFC issued its Junior Subordinated Notes due 2036 in the aggregate principal amount of $51,545,000 ("Notes I"), which Notes I were purchased by New Century Capital Trust I ("Trust I"), a Delaware statutory trust which was created and is governed by the Amended and Restated Trust Agreement, dated as of September 13, 2006 ("Trust Agreement I"), among NCFC, as depositor, Wells Fargo, as

Property Trustee, Wells Fargo Delaware Trust Company, as Delaware Trustee, and the Administrative Trustees named therein, and which issued the preferred securities (the "Preferred Securities I") and common securities (the "Common Securities I" and together with the Preferred Securities I, the "Trust Securities I") to the ultimate beneficial holders (the "Holders I"); and

(b) the Junior Subordinated Indenture, dated as of November 16, 2006 ("Indenture II," and together with Indenture I, the "Indentures"), of NCFC, pursuant to which NCFC issued its Junior Subordinated Notes due 2036 in the aggregate principal amount of $36,100,000 ("Notes II," and together with Notes I, the "Notes"), which Notes II were purchased by New Century Capital Trust II ("Trust II," and together with Trusts I, the "Trusts"), a Delaware statutory trust which was created and is governed by the Amended and Restated Trust Agreement, dated as of November 16, 2006 ("Trust Agreement II," and together with the Trust Agreement I, the "Trust Agreements"), among NCFC, as depositor, Wells Fargo, as Property Trustee, Wells Fargo Delaware Trust Company, as Delaware Trustee, and the Administrative Trustees named therein, and which issued the preferred securities ( "Preferred Securities II," and together with Preferred Securities I, the "Preferred Securities") and common securities (the "Common Securities II," together with the Common Securities I, the "Common Securities," together with the Preferred Securities II, the "Trust Securities II," and Trust Securities I together with Trust Securities II, the "Trust Securities") to the ultimate beneficial holders ( "Holders II," and together with Holders I, the "Holders");  and

(ii) the Property Trustee under:

(a) Trust Agreement I, pursuant to which Trust I issued the (1) Preferred Securities I (liquidation amount $1,000 per Preferred Security I) in the aggregate liquidation

2

amount of $50,000,000 and (2) Common Securities I (liquidation amount $1,000 per Common Security I) in the aggregate liquidation amount of $1,545,000;  and

(b) Trust Agreement II, pursuant to which Trust II issued the (1) Preferred Securities II (liquidation amount $1,000 per Preferred Security II) in the aggregate liquidation amount of $35,000,000 and (2) Common Securities II (liquidation amount $1,000 per Common Security II) in the aggregate liquidation amount of $1,100,000, states the following:

1. Names and Addresses of
   the Creditors Represented by Wells Fargo

The Trusts acquired the Notes and Wells Fargo holds the Notes as Property Trustee pursuant to the Indentures and the Trust Agreements on behalf of the Holders.

The names and addresses of the Holders are maintained, or are caused to be maintained, by Wells Fargo, as Securities Registrar, in accordance with Section 5.7(a) of each of the Trust Agreements.  The names and addresses of the Holders may be furnished to any parties-in-interest who are entitled to such information under the terms of the Trust Agreements and/or applicable law.  The identities of the Holders may change from time to time during the case as a result of transfers of the Trust Securities.  Section 5.11 of each of the Trust Agreements provides that NCFC must retain beneficial and record ownership of the Common Securities unless it transfers the Common Securities as provided therein.

2. Nature and Amount of the
   Claims and Time of Acquisition Thereof

The Trustee acquired its claims on or about September 13, 2006 and November 16, 2006.

The Holders of the Preferred Securities acquired their claims through their respective purchases of the Preferred Securities on or about September 13, 2006 and November

16, 2006. NCFC acquired the Common Securities on or about September 13, 2006 and November 16, 2006.

The amounts of the claims of the Trusts, the Holders, and Wells Fargo, as the Indenture Trustee under the Indentures and the Property Trustee under the Trust Agreements, consist of the following: (a) the aggregate principal amount of the Notes, plus accrued and unpaid interest (the "Indentures Amount"); (b) the aggregate Liquidation Amount of the Preferred Securities and the Common Securities, plus accumulated and unpaid Distributions (the "Trust Agreements Amount"); and (c) the Trustee's fees and expenses which consist of all unpaid compensation for the services of the Indenture Trustee and the Property Trustee, plus all reasonable expenses, disbursements and advances (including the reasonable compensation and the expenses and disbursements of its agents and counsel) incurred or made by the Trustee and/or the Trustee's agents and counsel (collectively, the "Compensation and Expenses") and/or all other amounts, including all indemnification rights, due or to become due to the Trusts, the Holders, and/or Wells Fargo, under the Indentures and the Trust Agreements.

The claims under the Indentures Amount arise out of the terms of the Notes and the Indentures. The claims under the Trust Agreements Amount arise out of the terms of the Trust Securities and the Trust Agreements. Wells Fargo's claims for its Compensation and Expenses, and for all other amounts due or to become due to Wells Fargo, in its capacity as Indenture Trustee and Property Trustee, arise under Sections 6.4(j) and 6.6 of each of the Indentures and Sections 8.10 of each of the Trust Agreements, respectively.

3. Amount of Claims Owned by Wells Fargo

Wells Fargo, in its capacities as Indenture Trustee and Property Trustee, does not hold any claims against or hold any interest in the Debtors, except as described above. As

Indenture Trustee and Property Trustee, Wells Fargo has the right to appear in these cases and to file proofs of claim on behalf of the Trusts and the Holders.  Wells Fargo reserves the right to supplement this Verified Statement at any time in the future.

I, Thomas M. Korsman, declare under penalty of perjury that I have read the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Dated: Minneapolis, Minnesota
       June 8, 2007

>WELLS FARGO BANK, N.A., AS TRUSTEE
>
>By: */s/ Thomas M. Korsman*
>    Thomas M. Korsman
>    Vice-President
>    MAC  N9311-110
>    625 Marquette Avenue
>    Minneapolis, Minnesota 55479
>    Telephone: (612) 466-5890
>    Facsimile: (866) 680-1777