# **EXHIBIT A**

RLF1-3165178-1

# APServices LLC

Detroit  New York  Chicago  Dallas

June 12, 2007

Fredric Forster
Chairman of the Board
New Century Financial Corporation
18400 Von Karman, Suite 1000
Irvine, CA 92612

Re: Agreement for Interim Management and Restructuring Services – Second Amendment

Dear Fred:

This letter represents the second amendment ("Second Amendment") to the agreement between AP Services, LLC, a Michigan limited liability company ("APS") and New Century Financial Corporation (the "Company") dated March 22, 2007 [handwritten: , as amended by that certain First Amendment dated May 11, 2007] (the "Engagement Letter") [handwritten: Collectively,]. This Second Amendment shall be effective as of June 8, 2007 (the "Effective Date"). The Engagement Letter shall remain effective with respect to all periods and events prior to the Effective Date and, except as expressly modified by this ~~First~~ [handwritten: Second] Amendment, the Engagement Letter shall remain in full force and effect after such date.

1. *The following is incremental to the section titled Objective and Tasks*

   APS will provide Holly Felder Etlin to serve as the Company's Chief Executive Officer ("CEO"), reporting to the Company's Board of Directors, and Mike Tinsley will serve as the Company's Chief Financial Officer ("CFO").

2. *Exhibit A, Temporary Staff, is replaced in its entirety with the attached Exhibit A dated as of June 8, 2007*

If these terms meet with your approval, please sign and return the enclosed copy of this Second Amendment.

We look forward to our continuing relationship with you.

Sincerely yours,

AP SERVICES, LLC


Holly Felder Etlin
Managing Director

Acknowledged and Agreed to:

# APServices LLC

Fred Forster
June 12, 2007
Page Two

NEW CENTURY FINANCIAL CORPORATION

By:

*[signature]*

Fredric J. Forster

Its:   Chairman of the Board

Dated: 6-12-2007

APServices LLC

## AP Services, LLC
### Employment by New Century Financial Corporation

**Exhibit A**
**Revised as of June 8, 2007**

**Temporary Staff**
**Individuals with Executive Officer Positions**

| Name | Description | Hourly Rate | Commitment Full[1] or Part Time |
|---|---|---|---|
| Holly Felder Etlin | Chief Executive Officer | $695 | Full |
| Mike Tinsley | Chief Financial Officer | $525 | Full |

**Additional Temporary Staff**

| Name | Description | Hourly Rate | Commitment Full[1] or Part[2] Time |
|---|---|---|---|
| Todd Brents | Director – Reporting and Claims | $625 | Full |
| Dan Puscas | Manager – Cost Initiatives | $525 | Full |
| Jamie Lisac | Manager – Cash Management | $525 | Full |
| Stacey Hightower | Manager - Restructuring | $475 | Full |
| Mike Laureno | Manager – Cash Management | $400 | Full |
| Clayton Gring | Manager – Reporting and Claims | $350 | Full |
| Eva Anderson | Manager – Cash Management | $525 | Full |
| Dennis Debassio | Lease and Contract Disposition | $315 | Full |
| Brieh Guevara | Data management | $400 | Full |
| Andrew Wagner | Bankruptcy Administration | $400 | Full |

The parties agree that Exhibit A can be amended by APS from time to time to add or delete staff, and the Monthly Staffing Reports shall be treated by the parties as such amendments; provided, however, that the addition of staff shall be subject to the requirements set forth in the letter, including, without limitation, Company's prior written approval.

[1] Full time is defined as substantially full time.

[2] Part time is defined as approximately 2-3 days per week, with some weeks more or less depending on the needs and issues facing the Company at that time.