IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>NEW CENTURY TRS HOLDINGS, INC., )<br>a Delaware corporation, et al., )<br>)<br>)<br>Debtors. )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered<br><br>Simultaneous with this motion, the movants have filed their Motion to Shorten Notice Periods, requesting the following dates:<br><br>Objections Due: June 21, 2007 at 4:00 p.m. E.D.T.<br>Hearing Date: June 27, 2007 at 10:00 a.m. E.D.T. |

## NOTICE OF MOTION OF VILLAGE AT CAMP BOWIE I, L.P. TO COMPEL DEBTORS TO COMPLY WITH THEIR OBLIGATIONS UNDER 11 U.S.C. § 365(d)(3)

To:  The attached service list

Village At Camp Bowie I, L.P. ("VCB") has filed a Motion (the "365(d)(3) Motion") to Compel Debtors to Comply With Their Obligations Under 11 U.S.C. § 365(d)(3), seeking the following relief:

Entry of an order requiring the Debtors to pay their unpaid, post-petition monetary obligations under the Lease (as defined in the 365(d)(3) Motion) between VCB and debtor Home123 Corporation.

Simultaneous with the 365(d)(3) Motion, VCB has filed a Motion to Shorten Notice of the 365(d)(3) Motion, under which you would be required to file a response to the 365(d)(3) Motion, if you object to the relief requested therein, no later than **June 21, 2007 at 4:00 p.m. prevailing Eastern time.**

If you object to the 365(d)(3) Motion, you must also serve a response so as to be received by the following counsel for VCB no later than **June 21, 2007 at 4:00 p.m. prevailing Eastern time:**

1577127

        Stephen M. Miller
        Thomas M. Horan
        Morris James LLP
        500 Delaware Avenue, Suite 1500
        P.O. Box 2306
        Wilmington, DE 19899-2306

    HEARING ON THE 365(d)(3) MOTION WILL BE HELD ON **JUNE 27, 2007 AT 10:00 A.M. PREVAILING EASTERN TIME**.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE 365(d)(3) MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 14, 2007        **MORRIS JAMES LLP**

        */s/ Stephen M. Miller*
        Stephen M. Miller (DE Bar No. 2610)
        Thomas M. Horan (DE Bar No. 4641)
        500 Delaware Avenue, Suite 1500
        P.O. Box 2306
        Wilmington, DE 19899-2306
        Telephone: (302) 888-6800
        Facsimile: (302) 571-1750
        E-mail: smiller@morrisjames.com
        E-mail: thoran@morrisjames.com

        *Counsel to Village At Camp Bowie I, L.P.*