IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., ) | |
| a Delaware corporation, et al., ) | Case No. 07-10416 (KJC) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: Docket No. _____ |

**ORDER GRANTING MOTION OF VILLAGE AT CAMP BOWIE I, L.P. TO COMPEL DEBTORS TO COMPLY WITH THEIR OBLIGATIONS UNDER 11 U.S.C. § 365(d)(3)**

Upon the Motion (the "Motion") of Village at Camp Bowie I, L.P. ("VCB") to Compel Debtors to Comply with Their Obligations Under 11 U.S.C. § 365(d)(3); the Court having reviewed the Motion and all other documents filed in connection with the Motion; due and adequate notice and opportunity for a hearing on the Motion having been given, and having determined that no further notice need be given; and having considered the responses and objections, if any, to the Motion; and the Court having determined that the legal and factual basis set forth in the Motion establish good cause for granting the Motion;

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. The Debtors shall comply with their obligations under the Lease[1] and Guaranty as required pursuant to 11 U.S.C. § 365(d)(3).

3. Pursuant to 11 U.S.C. § 365(d)(3), the Debtors shall, within three (3) business days of the entry of this Order, pay to VCB $15,004.93 in immediately available funds.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

1577119

2

4. The Debtors shall pay to VCB all costs incurred by VCB, including court costs and reasonable attorneys' fees and expenses in enforcing and advising VCB of, its rights, remedies and recourses arising out of the Event of Default, including, without limitation, all costs incurred in preparing, filing and serving this Motion and related documents.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:_____, 2007

_____
The Honorable Kevin J. Carey
United States Bankruptcy Court Judge

1577119