## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |

### *AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 15, 2007 AT 10:00 A.M.

## I.    CONTINUED MATTERS:

1.    Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting its Members to Engage in Securities Trading, Loan Sales and Other Transactions Involving the Debtors and Their Respective Assets [Docket No. 409; filed 4/26/07]

   Objection Deadline:    May 8, 2007 at 4:00 p.m.; extended to June 8, 2007 at 4:00 p.m. for the U.S. Trustee, the Securities and Exchange Commission and the Debtors; extended to June 20, 2007 at 4:00 p.m. for the U.S. Trustee

   Objections/Responses Received:  None at this time.

   Related Documents:  None at this time.

   Status: The hearing on this matter is continued to the hearing scheduled for June 27, 2007 at 10:00 a.m.

---

[1]  The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

[2]  Amended/Added agenda items are noted in **bold.  Removed items are indicated with a** ~~strikethrough.~~

2.     Debtors' Application for Order Authorizing the Retention and Employment of Heller Ehrman LLP as Special Counsel to the Audit Subcommittee Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e) and 1107(b) of the Bankruptcy Code [Docket No. 495; filed 5/1/07]

Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to June 8, 2007 at 4:00 p.m. for the U.S. Trustee and Creditors' Committee; extended indefinitely for the U.S. Trustee; extended to June 13, 2007 at 12:00 p.m. for the Creditors' Committee

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  The hearing on this matter is continued to the hearing scheduled for June 27, 2007 at 10:00 a.m.  The Debtors have received informal comments from the U.S. Trustee and are attempting to resolve these issues.

3.     Application Pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Section 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of Pricewatercoopers LLP as Accountants to the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date [Docket No. 510; filed 5/2/07]

Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to May 25, 2007 at 4:00 p.m. for the Creditors' Committee; extended indefinitely for the U.S. Trustee; extended to June 13, 2007 at 12:00 p.m. for the Creditors' Committee

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  The hearing on this matter is continued to the hearing scheduled for June 27, 2007 at 10:00 a.m.  The Debtors have received informal comments from the U.S. Trustee and are attempting to resolve these issues.

4.     Application of the Debtors and Debtors in Possession for an Order Authorizing the Employment of Allen Matkins Leck Gamble Mallory & Natsis LLP as Special Counsel to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to § 327(e) of the Bankruptcy Code [Docket No. 514; filed 5/2/07]

Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to June 8, 2007 at 4:00 p.m. for the U.S. Trustee and Creditors' Committee; extended indefinitely for the U.S. Trustee; extended to June 13, 2007 at 12:00 p.m. for the Creditors' Committee

Objections/Responses Received:

A.   **Omnibus Objection of the Official Committee of Unsecured Creditors to Certain of Debtors' Applications Seeking Employment and Retention of Various Professionals Pursuant to 11 U.S.C. Section 327(e) [Docket No. 1215; filed 6/13/07]**

Related Documents:  None at this time.

Status:  The hearing on this matter is continued to the hearing scheduled for June 27, 2007 at 10:00 a.m.  The Debtors have received informal comments from the U.S. Trustee and are attempting to resolve these issues.

5.    Motion of Coventry Fund X, Ltd. to Compel Payment of Administrative Expense [Docket No. 680; filed 5/14/07]

Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to June 8, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.    Amended Notice of Hearing [Docket No. 797; filed 5/21/07]

Status:  The hearing on this matter is continued to the hearing scheduled for July 16, 2007 at 1:30 p.m.

6.    Motion of Debtors and the Debtors in Possession for an Order Approving the Investment Guidelines Pursuant to Section 345 of the Bankruptcy Code [Docket No. 893; filed 5/25/07]

Objection Deadline:    June 8, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  The hearing on this matter is continued to the hearing scheduled for June 27, 2007 at 10:00 a.m.  The Debtors have received informal comments from the U.S. Trustee and are attempting to resolve these issues.

## II.   UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTIONS:

7.    Motion for Relief from Automatic Stay *as to 124 Paseo Del Angel, Santa Fe, New Mexico 87507* [Docket No. 467; filed 4/30/07]

Objection Deadline:  May 22, 2007 at 4:00 p.m.; extended to June 6, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.      Notice of Hearing [Docket No. 468; filed 4/30/07]

ii.     Certificate of No Response [Docket No. 1156; filed 6/7/07]

Status: On June 12, 2007, a certification of no objection with respect to this matter was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any additional questions or concerns.

8.     Motion for Relief from Automatic Stay as to 1 Fourth Street, Conestee, South Carolina 29636 [Docket No. 581; filed 5/9/07]

Objection Deadline:  May 22, 2007 at 4:00 p.m.; extended to June 6, 2007 at 4:00 p.m.

Related Documents:

i.      Notice of Hearing [Docket No. 582; filed 5/9/07]

ii.     Re-Notice of Hearing [Docket No. 654; filed 5/14/07]

iii.    Certificate of No Response [Docket No. 1155; filed 6/7/07]

Status: On June 12, 2007, a certification of no objection with respect to this matter was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any additional questions or concerns.

9.     Notice of Motion of Litton Loan Servicing LP for Relief from the Automatic Stay [Docket No. 866; filed 5/25/07]

Objection Deadline:  June 8, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.      Certification of No Objection Regarding Docket No. 866 [Docket No. 1203; filed 6/12/07]

Status: On June 12, 2007, a certification of no objection with respect to this matter was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any additional questions or concerns.

10.     Motion of Litton Loan Servicing LP for Relief from the Automatic Stay as to 856 Jay Bird Lane, Winder, Georgia [Docket No. 871; filed 5/25/07]

        Objection Deadline:    June 8, 2007 at 4:00 p.m.

        Objections/Responses Received:  None at this time.

        Related Documents:

        i.      Certification of No Objection Regarding Docket No. 871 [Docket No. 1205; filed 6/12/07]

        Status: On June 12, 2007, a certification of no objection with respect to this matter was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any additional questions or concerns.

11.     Motion of Litton Loan Servicing LP for Relief from the Automatic Stay as to 1616 Chippeway Lane, Austin, Texas [Docket No. 880; filed 5/25/07]

        Objection Deadline:    June 8, 2007 at 4:00 p.m.

        Objections/Responses Received:  None at this time.

        Related Documents:

        i.      Certification of No Objection Regarding Docket No. 880 [Docket No. 1204; filed 6/12/07]

        Status: On June 12, 2007, a certification of no objection with respect to this matter was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any additional questions or concerns.

12.     Motion of Litton Loan Servicing LP for Relief from the Automatic Stay as to 14210 Norhill Point Drive, Houston, Texas [Docket No. 890; filed 5/25/07]

        Objection Deadline:    June 8, 2007 at 4:00 p.m.

        Objections/Responses Received:  None at this time.

        Related Documents:

        i.      Certification of No Objection Regarding Docket No. 890 [Docket No. 1202; filed 6/12/07]

        Status: On June 12, 2007, a certification of no objection with respect to this matter was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any additional questions or concerns.

13.     Motion of Litton Loan Servicing LP for Relief from the Automatic Stay as to 25 Heather Drive, Center Moriches, New York [Docket No. 891; filed 5/25/07]

Objection Deadline:    June 8, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.      Certification of No Objection Regarding Docket No. 891 [Docket No. 1208; filed 6/12/07]

Status: On June 12, 2007, a certification of no objection with respect to this matter was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any additional questions or concerns.

14.     Motion of Litton Loan Servicing LP for Relief from the Automatic Stay as to 1325 Route 212, Saugerties, New York [Docket No. 892; filed 5/25/07]

Objection Deadline:    June 8, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.      Certification of No Objection Regarding Docket No. 892 [Docket No. 1207; filed 6/12/07]

Status: On June 12, 2007, a certification of no objection with respect to this matter was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any additional questions or concerns.

15.     Motion of Litton Loan Servicing LP for Relief from the Automatic Stay as to 122 Bayonne Cove, Maumelle, Arkansas [Docket No. 894; filed 5/25/07]

Objection Deadline:    June 8, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.      Certification of No Objection Regarding Docket No. 894 [Docket No. 1206; filed 6/12/07]

Status: On June 12, 2007, a certification of no objection with respect to this matter was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any additional questions or concerns.

RLF1-3165064-1

### III.    UNCONTESTED MATTERS GOING FORWARD:

16.    Motion for an Order Under 11 U.S.C. §§ 105 and 363 Authorizing the Employment of AP Services, LLC as Crisis Managers for the Debtors Nunc Pro Tunc to April 2, 2007 [Docket No. 414; filed 4/26/07]

Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to May 25, 2007 at 4:00 p.m. for the Creditors' Committee; extended to 12:00 p.m. for the U.S. Trustee and the Creditors' Committee

Objections/Responses Received:  None at this time.

Related Documents:

i.    Notice of First Amendment to Agreement for Interim Management and Restructuring Services Between AP Services, LLC and New Century Financial Corporation [Docket No. 876; filed 5/25/07]

ii.    **Notice of Second Amendment to Agreement for Interim Management and Restructuring Services Between AP Services, LLC and New Century Financial Corporation [Docket No. 1231; filed 6/14/07]**

Status: The Debtors have received informal comments from the U.S. Trustee.  The Debtors intend to submit a revised form of order addressing these comments at the hearing.

17.    Application for Order Pursuant to Section 327(e) of the Bankruptcy Code Authorizing Employment of Sheppard, Mullin, Richter & Hampton LLP, as Special Corporate and Litigation Counsel to the Debtors Nunc Pro Tunc as of April 2, 2007 [Docket No. 490; filed 5/10/7]

Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to June 13, 2007 at 12:00 p.m. for the U.S. Trustee and the Creditors' Committee

Objections/Responses Received:

A.    **Omnibus Objection of the Official Committee of Unsecured Creditors to Certain of Debtors' Applications Seeking Employment and Retention of Various Professionals Pursuant to 11 U.S.C. Section 327(e) [Docket No. 1215; filed 6/13/07]**

Related Documents:  None at this time.

Status: **The hearing on this matter is going forward.  The Debtors intend to submit a revised form of order at the hearing addressing certain concerns raised informally by the U.S. Trustee**.

RLF1-3165064-1

18.     Application of Debtors and Debtors in Possession for an Order Authorizing the
        Retention and Employment of Manatt, Phelps & Phillips, LLP as Special
        Securitization Counsel to the Debtors Nunc Pro Tunc to the Petition Date
        Pursuant to Sections 327(e), 328, 329 and 504 of the Bankruptcy Code and
        Bankruptcy Rules 2014, 2016 and 5002 [Docket No. 496; filed 5/2/07]

        Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to June 8, 2007 at
                               4:00 p.m. for the U.S. Trustee and Creditors' Committee;
                               extended to June 13, 2007 at 12:00 p.m. for the U.S.
                               Trustee and the Creditors' Committee

        Objections/Responses Received:

        A.      **Omnibus Objection of the Official Committee of Unsecured Creditors
                to Certain of Debtors' Applications Seeking Employment and
                Retention of Various Professionals Pursuant to 11 U.S.C. Section
                327(e) [Docket No. 1215; filed 6/13/07]**

        Related Documents:  None at this time.

        Status: **The hearing on this matter is going forward.  The Debtors intend to
                submit a revised form of order at the hearing addressing certain
                concerns raised informally by the U.S. Trustee**.

19.     Application of the Debtors and Debtors in Possession for an Order Authorizing
        the Retention and Employment of ICP Consulting LLC, as Special Asset
        Valuation and Liquidation Advisors to the Debtors Nunc Pro Tunc to the Petition
        Date Pursuant to Sections 327(a) and 328 of the Bankruptcy Code [Docket No.
        516; filed 5/2/07]

        Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to June 8, 2007 at
                               4:00 p.m. for the U.S. Trustee and Creditors' Committee;
                               extended to June 13, 2007 at 12:00 p.m. for the U.S.
                               Trustee and the Creditors' Committee

        Objections/Responses Received:

        A.      **Objection of the United States Trustee to the Debtors' Application for
                an Order Authorizing the Employment of ICP Consulting LLC as
                Special Asset Valuation and Liquidation Advisors to the Debtors
                Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(a) and
                328 of the Bankruptcy Code [Docket No. 1214; filed 6/13/07]**

        B.      **Omnibus Objection of the Official Committee of Unsecured Creditors
                to Certain of Debtors' Applications Seeking Employment and
                Retention of Various Professionals Pursuant to 11 U.S.C. Section
                327(e) [Docket No. 1215; filed 6/13/07]**

      C.     **Limited Objection of the Official Committee of Unsecured Creditors to the Application of the Debtors and Debtors-In-Possession for an Order Authorizing the Retention and Employment of ICP Consulting LLC as Special Asset Valuation and Liquidation Advisors to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e) and 328 of the Bankruptcy Code [Docket No. 1216; filed 6/13/07]**

Related Documents:  None at this time.

Status:  The hearing on this matter is going forward.

20.    ~~**Application for Authorization to Retain Hahn & Hessen LLP as Co-Counsel for the Official Committee of Unsecured Creditors [Docket No. 549; filed 5/4/07]**~~

    ~~**Objection Deadline:  May 21, 2007 at 4:00 p.m.**~~

    ~~**Objections/Responses Received:  None at this time.**~~

    ~~**Related Documents:  None at this time.**~~

    ~~**Status:  The hearing on this matter is going forward.**~~

21.    MidFirst Bank's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) as to 95 Fairview Avenue, Rochester, NY [Docket No. 560; filed 5/7/07]

    Objection Deadline:   May 22, 2007 at 4:00 p.m.; extended to June 6, 2007 at 4:00 p.m.

    Objections/Responses Received:  None at this time.

    Related Documents:

    i.    Amended Notice of Hearing on Motion of Midfirst Bank for Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1) [Docket No. 928; filed 5/30/07]

    Status:  The hearing on this matter is going forward.

22.    Application for Order Pursuant to Section 327(e) of the Bankruptcy Code Authorizing Employment of Irell & Manella LLP, as Special Litigation, Employee Benefits and Insurance Counsel to the Debtors Nunc Pro Tunc as of April 20, 2007 [Docket No. 641; filed 5/11/07]

    Objection Deadline:   May 23, 2007 at 4:00 p.m.; extended to June 8, 2007 at 4:00 p.m. for the U.S. Trustee and Creditors' Committee;

extended to June 13, 2007 at 12:00 p.m. for the U.S. Trustee and the Creditors' Committee

Objections/Responses Received:

A.    **Omnibus Objection of the Official Committee of Unsecured Creditors to Certain of Debtors' Applications Seeking Employment and Retention of Various Professionals Pursuant to 11 U.S.C. Section 327(e) [Docket No. 1215; filed 6/13/07]**

Related Documents:  None at this time.

Status: **The hearing on this matter is going forward.  The Debtors intend to submit a revised form of order at the hearing addressing certain concerns raised informally by the U.S. Trustee.**

23.    Debtors' Application for Order Under 11 U.S.C. §§ 327(e) and 328 Authorizing the Employment of Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates as Special Regulatory Counsel for the Debtors Effective as of the Petition Date [Docket No. 642; filed 5/11/07]

Objection Deadline:  May 23, 2007 at 4:00 p.m.; extended to June 8, 2007 at 4:00 p.m. for the U.S. Trustee and Creditors' Committee; extended to June 13, 2007 at 12:00 p.m. for the U.S. Trustee and the Creditors' Committee

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status: The hearing on this matter is going forward.

24.    Application for Order Pursuant to Section 327(e) of the Bankruptcy Code Authorizing Employment of Howrey LLP, as Special Outside Counsel to the Debtors *Nunc Pro Tunc* as of April 2, 2007 [Docket No. 741; filed 5/17/07]

Objection Deadline:  June 8, 2007 at 4:00 p.m.; extended to June 13, 2007 at 12:00 p.m. for the U.S. Trustee and the Creditors' Committee

Objections/Responses Received:

A.    **Omnibus Objection of the Official Committee of Unsecured Creditors to Certain of Debtors' Applications Seeking Employment and Retention of Various Professionals Pursuant to 11 U.S.C. Section 327(e) [Docket No. 1215; filed 6/13/07]**

Related Documents:  None at this time.

10

Status: **The hearing on this matter is going forward.  The Debtors intend to submit a revised form of order at the hearing addressing certain concerns raised informally by the U.S. Trustee**

## IV.    CONTESTED MATTERS GOING FORWARD:

25.    Application of Debtors and Debtors in Possession for Order Authorizing the Retention and Employment of Grant Thornton LLP as Tax Accountant to the Debtor Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(a) and 328 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002 [Docket No. 515; filed 5/2/07]

Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to June 8, 2007 at 4:00 p.m. for the U.S. Trustee and Creditors' Committee; extended to June 13, 2007 at 12:00 p.m. for the U.S. Trustee; extended to June 13, 2007 at 10:00 a.m. for the Creditors' Committee

Objections/Responses Received:

A.    Objection of the United States Trustee to the Debtors' Application for an Order Authorizing the Retention and Employment of Grant Thornton LLP as Tax Accountant to the Debtors Nunc Pro Nunc to the Petition Date Pursuant to Sections 327(a) and 328 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002 [Docket No. 1212; filed 6/13/07]

Related Documents:  None at this time.

Status: **The hearing on this matter is going forward.  The Debtors intend to submit a revised form of order at the hearing addressing certain concerns raised informally by the U.S. Trustee**.

26.    Motion of General Electric Capital Corporation's for Relief from the Automatic Stay [Docket No. 630; filed 5/11/07]

Objection Deadline:    May 31, 2007 at 4:00 p.m.; extended to June 7, 2007 at 4:00 p.m.

Objections/Responses Received:

A.    Limited Response of Carrington Capital Management, LLC and Carrington Mortgage Services, LLC to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [Docket No. 1165; filed 6/7/07]

11

B.    Opposition of Debtors and Debtors in Possession to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [Docket No. 1166; filed 6/7/07]

C.    Objection of the Official Committee of Unsecured Creditors to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [Docket No. 1168; filed 6/7/07]

Related Documents:

i.    Notice of General Electric Capital Corporation's Motion for Relief from the Automatic Stay [Docket No. 632; filed 5/11/07]

Status: **The hearing on this matter is continued to the hearing scheduled for June 27, 2007 at 10:00 a.m.**

27.    Motion of Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, All Others Similarly Situated, and the General Public, for an Order Granting Relief from the Automatic Stay [Docket No. 635; filed 5/11/07]

Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to May 30, 2007 at 4:00 p.m. for Debtors

Objections/Responses Received:

A.    Debtors' Response to Motion of Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, all Others Similarly Situated, and the General Public, for an Order Granting Relief from the Automatic Stay [Docket No. 945; filed 5/30/07]

B.    Reply of Movants Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, all Others Similarly Situated and the General Public, in Support of Motion for an Order Granting Relief from the Automatic Stay [Docket No. 1195; filed 6/12/07]

C.    **Response of the Official Committee of Unsecured Creditors in Support of the Debtors' Response to Motion of Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, all Others Similarly Situated, and the General Public, for an Order Granting Relief from the Automatic Stay [Docket No. 1229; filed 6/13/07]**

Related Documents:  None at this time.

Status:  The hearing on this matter is going forward.

28.    Motion of Law Offices of David J. Stern, P.A. for Omnibus Relief from Stay [Docket No. 675; filed 5/14/07]

Objection Deadline:   May 23, 2007 at 4:00 p.m.; extended to May 25, 2007 at 4:00 p.m. for Debtors

Objections/Responses Received:

A.     Response of Debtors and the Debtors in Possession to Motion of Law Offices of David J. Stern, P.A. for Omnibus Relief from Stay [Docket No. 886; filed 5/25/07]

B.     Joinder of the Official Committee of Unsecured Creditors to the Response of Debtors and the Debtors in Possession to Motion of Law Offices of David J. Stearn, P.A. for Omnibus Relief from Stay [Docket No. 908; filed 5/29/07]

Related Documents:  None at this time.

Status:  The hearing on this matter is going forward.

29.     Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362 and 363(b)(1) [Docket No. 736; filed 5/16/07]

Objection Deadline:   May 25, 2007 at 4:00 p.m.; extended to May 25, 2007 at 4:00 p.m. for the U.S. Trustee

Objections/Responses Received:

A.     Objection of Natixis Real Estate Capital Inc. to Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Section 105(a), 361, 362 and 363(b)(1) [Docket No. 865; filed 5/25/07]

B.     Response of the Official Committee of Unsecured Creditors in Support of Debtors' Motion to Provide Adequate Protection [Docket No. 868; filed 5/25/07]

C.     Objection of Barclays Bank PLC to Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361 and 363(b)(1) [Docket No. 869; filed 5/25/07]

D.     Response of Morgan Stanley Mortgage Capital Inc. to Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362, and 363(b)(1) and Cross Motion of Morgan Stanley Mortgage Capital Inc. for Entry of an Order Providing Adequate Protection of its Interest in Particular Mortgage Loan Payments by (1) Prohibiting the Debtors from Using Such Payments and (2) Requiring the Debtors to Segregate and Account for Such Payments [Docket No. 870; filed 5/25/07]

13

E.      Limited Objection and Reservation of Rights of Citigroup Global Markets Realty Corp. to Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362 and 363 (b)(1) [Docket No. 874; filed 5/25/07]

F.      Limited Response of UBS Real Estate Securities Inc. to Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362 and 363(b)(1) [Docket No. 879; filed 5/25/07]

G.      Indymac Bank, F.S.B's Limited Objection to the Debtors' Motion to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 1059a), 361, 362 and 363(b)(1) [Docket No. 889; filed 5/25/07]

Related Documents:

i.      Order Granting Motion of Debtors and Debtors of Possession to Shorten Notice and Objection Periods for Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361 and 363(b)(1) [Docket No. 750; filed 5/17/07]

ii.     Notice of Hearing [Docket No. 755; filed 5/17/07]

Status:  **The hearing on this matter is continued to the hearing scheduled for June 21, 2007 at 2:00 p.m.**

## V.      ADVERSARY PROCEEDING MATTERS:

30.     UBS Real Estate Securities, Inc., v. New Century Mortgage Corporation, *et al.*, Adv. Pro. No. 07-50875.

Status:  With the Court's approval, the initial status conference for this matter and hearing on UBS's Motion for Temporary Restraining Order and Preliminary Injunction has been continued to the Debtors' June 27, 2007, omnibus hearing.

## VI.     STATUS CONFERENCE:

31.     **Status Conference Regarding Initial Meeting Among the Debtors, the Committee, the U.S. Trustee and the  Examiner.**

**Related Documents:**

i.      **Order Denying in Part and Granting in Part Motion of the United States Trustee for an Order Directing the Appointment of a Chapter 11 Trustee, or in the Alternative, an Examiner [Docket No. 1023; filed 6/1/07]**

Status:  **The above status conference is going forward in accordance with the Court's order, dated June 1, 2007.**

14

Dated:  June 14, 2007
     Wilmington, Delaware

                              */s/ Christopher M. Samis*
                        Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION