## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., ) | |
| a Delaware corporation, et al., ) | Case No. 07-10416 (KJC) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

### DECLARATION OF WOODROW R. BROWNLEE IN SUPPORT OF MOTION OF VILLAGE AT CAMP BOWIE I, L.P. TO COMPEL DEBTORS TO COMPLY WITH THEIR OBLIGATIONS UNDER 11 U.S.C. § 365(d)(3)

STATE OF TEXAS

COUNTY OF TARRANT, to wit:

I HEREBY CERTIFY that on this 14th day of June, 2007 before me, the undersigned Notary Public for the State and County aforesaid, personally appeared Woodrow R. Brownlee, who made oath in due form of law as follows:

1. I am Woodrow R. Brownlee, the manager of VCBGP I, LLC, which is the general partner of Village At Camp Bowie I, L.P. ("VCB").

2. I am over the age of eighteen (18) years and competent to testify from personal knowledge to the matters set forth herein. I am also authorized to make this Affidavit for and on behalf of VCB as the manager of VCBGP I, LLC.

3. Debtor Home123 Corporation ("Home123") and VCB are parties to that certain Office Lease Agreement Between VCB as Landlord and Home123 as Tenant Dated February 1, 2007 (the "Lease") of premises located at 6115 Camp Bowie Boulevard, Suites 250 and 255, Forth Worth, Texas, 76116 (the "Premises"). A true and correct copy of the Lease is attached hereto as **Exhibit A**.

1577192

4. The Lease is for a term of twenty-five (25) months, and commenced on March 2, 2007.

5. Debtor New Century Mortgage Corporation ("New Century") is a guarantor of the Lease pursuant to that certain Guaranty by New Century, dated February 1, 2007 and attached to the Lease as Exhibit I thereto. The Guaranty attached as Exhibit I to the Lease is a true and correct copy. The Guaranty is an absolute, primary and continuing guaranty of payment and performance and is independent of Home 123's obligations under the Lease.

6. Home123 and New Century are currently liable for the following Rent (as that term is used in the Lease) that came due under the Lease after April 2, 2007, the date on which the Debtors commenced the above-captioned bankruptcy cases:

May, 2007

| Base Rent (due 5/1/07) | $6,246.67 |
|---|---|
| Electricity (4,685 SF x .118) (bill sent 4/30/07) | $552.83 |
| Late Fee (($6,246.67 x 10%) | $624.67 |
| Additional Charge ($6,246.67 x 15% x 31/365) | $79.58 |
| **TOTAL DUE** | **$7,503.75** |

June, 2007

| Carryover from prior month | $7,503.75 |
|---|---|
| Base Rent | $6,246.67 |
| Electricity (4,685 SF x .118) (bill sent 5/30/07) | $552.83 |
| Late Fee (($6,246.67 x 10%) | $624.67 |
| Additional Charge ($12,493.34 x 15% x 15/365) (if outstanding balance received by 6/15/07) | $77.01 |
| **TOTAL DUE – Post-Petition as of 6/15/07** | **$15,004.93** |

7. VCB has provided notice of Home123 and New Century's default under the terms of the Lease. See letters of May 2, 2007 and June 11, 2007, attached hereto as **Exhibit B.**

2

1577192

8. Home123 and New Century's failure to remain current with respect to their Rent obligations constitutes an event of default under the Lease.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

Date: 6/14/07

_____
Woodrow R. Brownlee
Manager
VCBGP I, LLC, General Partner of Village at Camp Bowie I, LP

SUBSCRIBED AND SWORN to before me on the date first above written. As witness, my hand and Notarial Seal.

SHERRIE L. NORRIS
MY COMMISSION EXPIRES
December 11, 2007

_____(SEAL)

My Commission Expires: 12/11/2007        Notary Public

3

1577192