# **EXHIBIT B**



May 2, 2007

Home 123 Corporation
Att'n: AVP, Corporate Real Estate
3353 Michelson Drive, Suite 100
Irvine, CA 92612

RE: *Lease Agreement dated February 1, 2007 by and between Home 123 Corporation ("Tenant") and Village at Camp Bowie I, L.P., a Texas limited partnership ("Landlord") for the premises located at 6115 Camp Bowie Boulevard, Suite 250, Fort Worth, Tarrant County, Texas ("Premises").*

**Sent Via Certified Return Receipt Mail #7006 2760 0004 4424 2945**

Dear Sir/Madam:

According to our records, the following amount is past due:

**May Rent     $6,246.67**

You are hereby notified that if such failure shall continue for a period of five (5) days after your receipt of this written notice, you will be considered in default and the Landlord will take such legal action under the Lease and the Guaranty as it deems necessary or appropriate to protect its interest and collect all delinquencies, without prejudice to any remedies available under the Lease, the Guaranty or the law, including recovery from Tenant or Guarantor of Landlord's reasonable attorney's fees.

We trust you will cure the aforesaid failure without further delay in order to avoid the legal consequences of default as set forth in the Lease.

Sincerely,

*Maureen Conner* (signature)

Maureen Conner
Property Manager

cc:   Home 123 Corporation (Sent Via Certified Return Receipt Mail #7006 2760 0004 4424 2938)
      Att'n: General Counsel
      18400 Von Karman, Suite 1000
      Irvine, CA 92612


**VENTURE**
COMMERCIAL MANAGEMENT, L.L.C.

June 11, 2007

**VIA FACSIMILE AND OVERNIGHT DELIVERY**
Home 123 Corporation
Att'n: AVP, Corporate Real Estate
3353 Michelson Drive, Suite 100
Irvine, CA 92612

RE: *Lease Agreement dated February 1, 2007 (the "Lease") by and between Home 123 Corporation ("Tenant") and Village at Camp Bowie I, L.P., a Texas limited partnership ("Landlord") for the premises located at 6115 Camp Bowie Boulevard, Suite 250, Fort Worth, Tarrant County, Texas ("Premises")*

Dear Sir/Madam:

According to our records, the following post-petition amounts are past due:

| | |
|---|---|
| May Rent | $ 6,246.67 |
| May Late and Admin. Fees | $ 702.75 |
| June Rent | $ 6,246.67 |
| June Late and Admin. Fees | $ 702.75 |
| Electricity (May @ 4,685 SF x .118) | $ 552.83 |
| Electricity (June @ 4,685 SF x .118) | $ 552.83 |
| **TOTAL:** | **$15,004.50** |

As you are aware, we previously provided to you, via our letter dated May 2, 2007, notice of your failure to pay the May Rent. Your failure to pay the May Rent as required constitutes an Event of Default under the Lease (the "May Event of Default").

You are hereby further notified that if the failure to pay the amounts set forth above (other than the May Rent) shall continue for a period of five (5) days after this written notice another Event of Default under the Lease shall have occurred and the Landlord will take such legal action under the Lease and the Guaranty as it deems necessary or appropriate to protect its interest and collect all delinquencies, without prejudice to any remedies available under the Lease, the Guaranty or the law, including recovery from Tenant or Guarantor of Landlord's reasonable attorney's fees.

Please forward $15,004.50 immediately.

Sincerely,

*[signature]*

Maureen Conner
Property Manager

cc: Home 123 Corporation *(Sent Via Facsimile and Overnight Delivery)*
Att'n: General Counsel
18400 Von Karman, Suite 1000
Irvine, CA 92612
Stephen M. Miller, Esq. *(Sent Via Facsimile)*

1577124
6115 Camp Bowie Blvd., Suite 280, Fort Worth, TX 76116  ph 817.738.5600. f 817.738.5609, www.venturedfw.com