UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., | : Case No. 07-10416 (KJC) |
| a Delaware Corporation, et al., | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Related to Docket No. 630 |
| | : Hearing Date: June 15, 2007 at 10:00 a.m. |
| | : |

------------------------------------------------------------x

## OBJECTION OF THE EXAMINER TO GENERAL ELECTRIC CAPITAL CORPORATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Michael J. Missal, the Examiner (the "Examiner") appointed in the above-captioned bankruptcy cases, by his undersigned attorneys, hereby objects to General Electric Capital Corporation's Motion for Relief from the Automatic Stay (the "Motion") and in support thereof states as follows:

1. The Examiner objects to the Motion for the reasons set forth in the Opposition of Debtors and Debtors in Possession to General Electrical Capital Corporation's Motion for Relief From the Automatic Stay dated June 7, 2007 (the "Opposition") by New Century TRS Holdings, Inc., f/k/a New Century Financial Corporation, and its affiliated debtors in these jointly administered cases (collectively, the "Debtors").[1]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest

NY-534090 v2

2. In addition to the reasons set forth in the Opposition, the Examiner objects to the relief requested in the Motion because the repossession and possible sale of the equipment in which GECC claims an interest could compromise the Examiner's access to computer equipment which may contain information necessary for him to conduct the investigation for which he has been appointed.

**WHEREFORE**, the Examiner respectfully requests that the Court deny the Motion and grant such other and further relief as is just and proper.

Dated: Wilmington, Delaware
June 14, 2007

SAUL EWING LLP

By: _____
Mark Minuti, Esq. (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6840

and

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
Edward M. Fox, Esq.
A Member of the Firm
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Proposed Counsel for Michael J. Missal, Examiner

---

Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.