UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x

In re:                                                              : Chapter 11
                                                                         :
NEW CENTURY TRS HOLDINGS, INC.,         : Case No. 07-10416 (KJC)
a Delaware Corporation, et al.,                       :
                                                                         : Jointly Administered
                      Debtors.                              :
                                                                         :

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire of Saul Ewing LLP hereby certify that on June 14, 2007 a copy of the foregoing **Objection Of The Examiner To General Electric Capital Corporation's Motion For Relief From The Automatic Stay** was served on the parties on the attached service list in the manner indicated.

_____
Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

NY-534090 v2

## NEW CENTURY TRS HOLDINGS, INC., *et al.*
### Service List - *Objection Of The Examiner To General Electric Capital Corporation's Motion For Relief From The Automatic Stay*

**Via Hand Delivery:**
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Chun I. Jang, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square, 920 King Street
P.O. Box 551
Wilmington, DE 19899

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl Young
  Jones & Weintraub LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Michael G. Gallerizzo, Esquire
David V. Fontana, Esquire
Gebhart & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801

**Via Electronic Mail:**
Suzzanne S. Uhland, Esquire
Ben H. Logan, Esquire
Victoria Newmark, Esquire
Emily Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

Bennett L. Spiegel, Esquire
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

NY-534090 v2