IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-10416 |
|    New Century TRS Holdings | § | |
|    fka New Century Financial Corporation | § | CHAPTER 11 |
| | § | |
| DEBTOR(S) | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR PAPERS

PLEASE TAKE NOTICE that the undersigned counsel represents Hidalgo County, creditors or parties in interest in the above-referenced case, and pursuant to Rule 2002 of the Rules of Bankruptcy, requests copies of all notices and pleadings, and all other papers filed in this case. All such notices and/ or pleadings should be addressed as follows:

John Banks
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
3301 Northland Drive, Ste. 505
Austin, Texas 78731

Respectfully submitted,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.

By: _/s/ John J. Banks_
John T. Banks
Bar No. 01684250
Attorney for Claimant
3301 Northland Drive, Ste. 505
Austin, Texas 78731
Phone: (512) 302-0190
Fax: (512) 302-1802

## CERTIFICATE OF SERVICE

I, John T. Banks, do hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Papers has been served on the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. Mail on this 1st day of June, 2007.

_/s/ John J. Banks_
John T. Banks