LAW OFFICES
GRAHAM VAAGE & CISNEROS
500 NORTH BRAND BOULEVARD
SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800 FAX: (818) 547-3100

Susan L. Vaage, SBN 83125
Michael A. Cisneros, SBN 105483
Attorneys for Creditor Bank of the West

2007 JUN 12 AM 9:45

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | **Chapter 11**<br><br>**CASE NO. 07-10416 (KJC)**<br><br>**JOINTLY ADMINISTERED** |
|---|---|

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

**PLEASE TAKE NOTICE** that Graham Vaage & Cisneros, on behalf of Bank of the West, a creditor and party in interest in the above-captioned Chapter 11 case, hereby files a Notice of Appearance pursuant to Bankruptcy Rule 9010(b). Pursuant to Bankruptcy Rules 2002, 3017, and 9007, Bank of the West hereby requests that special notice of all matters which may come before the Court be given as follows:

Susan L. Vaage
Graham Vaage & Cisneros
500 North Brand Boulevard, Suite 1030
Glendale, California 91203

///

///

The foregoing request includes the notices, papers and the Disclosure Statement referred to in Bankruptcy Rules 2002, 3017 and 9007, and also includes without limitation, notices of any orders, applications, sales or real or personal property, complaints, demands, hearings, motions, petitions, pleadings or requests, plans and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraphs, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive (1) Bank of the West's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) Bank of the West's right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) Bank of the West's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which Bank of the West may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Bank of the West expressly reserves.

Dated: June 8, 2007

**GRAHAM VAAGE & CISNEROS**

BY [signature]
**Susan L. Vaage**
Attorneys for Creditor
Bank of the West

GRAHAM VAAGE & CISNEROS
500 NORTH BRAND BOULEVARD, SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800 FAX: (818) 547-3100

**PROOF OF SERVICE BY U.S. MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 500 North Brand Boulevard, Suite 1030, Glendale, California 91203-1923.

On **June 11, 2007,** I served the foregoing document described as **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** on the interested parties by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

***SEE ATTACHED SERVICE LIST***

**BY MAIL:** __XXX__ I caused such envelope to be deposited in the mail at Glendale, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the Firm's practice of collection and processing for mailing with the United States Postal Service. It is deposited with the U.S. Postal Service the same day in the ordinary course of business.

**BY FAX :** _____ I transmitted the above-described document by facsimile machine at ____________. The fax telephone number that I used is (818) 537-3100. The facsimile machine I used reported no error by the machine and the transmission was reported as complete. I caused the machine to print a transmission record of the transmission which report is attached hereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **June 11, 2007** at Glendale, California.

Sherry Shapiro

GRAHAM VAAGE & CISNEROS
500 NORTH BRAND BOULEVARD, SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800 FAX: (818) 547-3100

**Service List**

Kenneth E. Aaron
Weir & Partners LLP
824 Market Street Mall
P.O. Box 708
Suite 1001
Wilmington, DE 19899

David G. Aelvoet
Linebarger Goggan Blair & Sampson LLP
711 Navarro, Suite 300
San Antonio, TX 78205

Elihu Ezekiel Allinson, III
William D. Sullivan, LLC
4 East 8th Street
Suite 400
Wilmington, DE 19801

John J. Arminas
Gloldberg, Kamin & Garvin
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219

Daniel K. Astin
Fox Rothschild LLP
919 N. Market Street
Suite 1300
P.O. Box 2323
Wilmington, DE 19899

Elizabeth Banda
Perdue Brandon Fielder Collins & Mott
P.O. Box 13430
Arlington, TX 76094-0430

Richard D. Becker
Becker and Becker, P. A.
2702 Kirkwood Highway
Newark, DE 19711

Don A. Beskrone
Ashby & Geddes
222 Delaware Avenue
PO Box 1150
Wilmington, DE 19899

Karen C Bifferato
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Robert S. Brady
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Charles J. Brown
Harvey Pennington, Ltd.
Suite 702
Wilmington, DE 19801

Stuart M. Brown
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801

Michael G. Busenkell
Eckert Seamans Cherin & Mellot, LLC
300 Delaware Avenue
Suite 1360
Wilmington, DE 19801

Timothy P. Cairns
Pachulski Stang Ziehl Young Jones
919 N. Market Street
17th Floor
Wilmington, DE 19801

Mary Caloway
Buchanan Ingersoll & Rooney PC
1000 West Street
Ste 1410
Wilmington, DE 19801

James S. Carr
Kelley Drye & Warren
101 Park Avenue
New York, NY 10178

William E. Chipman, Jr.
Edwards Angell Palmer & Dodge
919 North Market Street
Suite 1500
Wilmington, DE 19801

Megan E. Cleghorn
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Richard Scott Cobb
Landis Rath & Cobb LLP
919 Market, Suite 600
Wilmington, DE 19801

Howard A. Cohen
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801

Andrew S. Conway
Honigman Miller Schwartz & Cohn LLP
Suite 100
38500 Woodward Avenue
Bloomfield Hills, MI 48304

Victoria Watson Counihan
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801

Gretchen Crawford
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102

Richard H. Cross, Jr.
Cross & Simon, LLC
913 North Market Street
11th Floor
PO Box 1380
Wilmington, DE 19899-1380

Bret D. Davis
Lamun Mock Cunnyngham & Davis, PC
5900 NW Grand Blvd
Oklahoma City, OK 73118-1295

Charlene D. Davis
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Kathleen Campbell Davis
Campbell & Levine LLC
800 N. King Street
Suite 300
Wilmington, DE 19801

Frederic John DiSpigna
The Law Office of David J. Stern, P.A.
801 S. University Drive
Suite 500
Plantation, FL 33324

Neil F. Dignon, Attorney at Law
c/o 512 East Market Street
GEORGETOWN, DE 19947

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Kristi J. Doughty
Whittington & Aulgur
313 N. Dupont Hwy, Suite 110
P.O. Box 617
Odessa, DE 19730

Brett Fallon
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Charles J. Filardi, Jr.
Filardi Law Office
65 Trumbull St 2 Fl
New Haven, CT 06510

David V. Fontana
Gebhardt & Smith LLP
901 Market Street
Suite 451
Wilmington, DE 19801

David M. Fournier
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

Joseph D. Frank
Frank / Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610

Michael G. Gallerizzo
Gebhardt & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801

Robert S. Goldman
Phillips, Goldman & Spence
1200 N. Broom Street
Wilmington, DE 19806

Robert E. Greenberg
Friedlander Misler
1101 Seventeenth Street, NW
Suite 700
Washington, DC 20036

Joseph Grey
Stevens & Lee
1105 North Market Street
Seventh Floor
Wilmington, DE 19801

Kurt F. Gwynne
Reed Smith LLP
1201 Market Street
15th Floor
Wilmington, DE 19801

Jason W. Harbour
Hunton & Williams
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

James F Harker
Cohen Seglias Pallas Greenhall & Furman
1007 Orange Street
Nemours Building
Suite 1130
Wilmington, DE 19801

A. Michelle Hart
McCalla Raymer Padrick Cobb Nichols Clar
1544 Old Alabama Rd.
Roswell, GA 30076

William A. Hazeltine
Law Offices of William A. Hazeltine LLC
110 West 9th Street
PMB 345
Wilmington, DE 19801

Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

Douglas D. Herrmann
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Nancy Hotchkiss
Trainor Fairbrook
980 Fulton Avenue
Sacramento, CA 95825

James E. Huggett
Margolis Edelstein
750 S. Madison Street
Suite 102
Wilmington, DE 19801

Mark T Hurford
Campbell & Levine, LLC
800 King Street
Suite 300
Wilmington, DE 19801

Joseph H. Huston, Jr.
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Chun I. Jang
Richards, Layton & Finger, P.A.
920 North King Street
P.O. Box 551
Wilmington, DE 19899

Laura Davis Jones
Pachulski, Stang, Ziehl Young, Jones & W
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705

Susan E. Kaufman
Heiman, Gouge & Kaufman, LLP
800 King Street
Suite 303
Wilmington, DE 19899-1675

Gregg S. Kleiner
Cooley Godward Kronish LLP
101 California Street
5th Floor
San Francisco, CA 94111-5800

Steven K. Kortanek
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Matthew J. Lampke
Ohio Attorney General
30 East Broad Street
26th Floor
Columbus, OH 43215-4200

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street
Suite 600
Wilmington, DE 19801

Ira M. Levee
Lowenstein Sandler P.C.
65 Livingston Avenue
Roseland, NJ 07068

Christopher Dean Loizides
Loizides & Associates
1225 King Street
Suite 800
Wilmington, DE 19801

Sherry D. Lowe
Lamm Rubenstone Lesavoy Butz & David LLC
3600 Horizon Blvd.
Suite 200
Trevose, PA 19053

William G. Malcolm
Malcolm & Cisneros
2112 Business Center Drive
2nd Floor
Irvine, Ca 92612

Kevin J Mangan
Monzack and Monaco P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

Julie A. Manning
Shipman & Goodwin
One American Row
Hartford, CT 06103

Thomas D. Maxson
11 Stanwix Street
15th Floor
Pittsburgh, PA 15222

David B. McCall
Gay, McCall, Isaacks, Gordon & Roberts,
777 East 15th Street
Plano, TX 75074

Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110

Lisa Cresci McLaughlin
Phillips, Goldman & Spence
1200 N. Broom Street
Wilmington, DE 19806

Evelyn J. Meltzer
Pepper Hamilton LLP
Hercules Plaza
Suite 5100, 1313 N. Market Street
Wilmington, DE 19899

Michael Joseph Merchant
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Rachel B. Mersky
Monzack & Monaco, P. A.
1201 Orange St.
Suite 400
Wilmington, DE 19801

Kathleen M. Miller
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

Kenneth M. Misken
McGuireWoods LLP
1750 Tysons Blvd
Suite 1800
McLean, VA 22102

Francis A. Monaco Jr.
Monzack and Monaco, P.A.
1201 Orange St., Ste 400
Wilmington, DE 19801

Norman M. Monhait
Rosenthal Monhait & Goddess, P.A
919 Market Street, Suite 1401
Citizens Bank Center
Wilmington, DE 19801

Sheryl L. Moreau
Missouri Department of Revenue
P.O. Box 475
301 W. High Street, Room 670
Jefferson City, MO 65105

Michael R. Nestor
Young Conaway Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Joanna Flynn Newdeck
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., NW
Washington, DC 20036

Steven H. Newman
Esanu Katsky Korins & Siger, LLP
605 Third Avenue
New York, NY 10158

Mark R. Owens
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204

Ricardo Palacio, Esq
Ashby & Geddes, P. A.
500 Delaware Avenue
8th Floor
Wilmington, DE 19801

Marc J. Phillips
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

Laurie S. Polleck
Jaspan Schlesinger Hoffman LLP
913 Market St.
12th Floor
Wilmington, DE 19801

Susan E. Poppiti
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Ave.
Suite 1210
Wilmington, DE 19801

Marcos Alexis Ramos
Richards Layton & Finger, PA
One Rodney Square
PO Box 551
Wilmington, DE 19899

Michael Reed
McCreary, Veselka, Bragg & Allen P.C.
P.O. Box 1269
Round Rock, TX 78680

Glenn M. Reisman
Two Corporate Drive, Suite 636
P.O. Box 861
Shelton, CT 06484-0861

Judith T. Romano
Phelan Hallinan & Schmieg, LLP
1617 John F. Kennedy Blvd
Suite 1400
Philadelphia, PA 19103

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760

Felix A. Seidler
Reeves & Seidler
2527 Santa Clara Avenue
Alameda, CA 94501-4633

Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

Bryn H. Sherman
3 Bethesda Metro Center
Suite 200
Bethesda, MD 20814

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE 19801

Christopher Page Simon
Cross & Simon, LLC
913 North Market Street
11th Floor
Wilmington, DE 19899

Bayard J. Snyder
Snyder & Associates, PA
300 Delaware Avenue, Suite 1014
P.O. Box 90
Wilmington, DE 19801

David B. Stratton
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

Michelle Therese Sutter
Ohio Attorney General
30 East Broad Street, 25th Floor
Columbus, OH 43215

Eric Michael Sutty
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, De 19899

Gregory Alan Taylor
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

William F. Taylor, Jr.
McCarter & English, LLP
919 N. Market Street
Suite 1800
Wilmington, DE 19801

Christina Maycen Thompson
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Patricia Baron Tomasco
BROWN McCARROLL L.L.P.
111 Congress Avenue, Suite 1400
Austin, TX 78701

Madeleine Carmel Wanslee
Gust Rosenfeld, P.L.C.
201 East Washington Street
Suite 800
Phoenix, AZ 85004

Christopher A. Ward
Klehr Harrison Harvey Branzburg & Ellers
919 N. Market Street, Suite 1000
Wilmington, DE 19801

Helen Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Christopher Martin Winter
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Jeffrey C. Wisler
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Etta Rena Wolfe
Smith Katzenstein & Furlow LLP
P.O. Box 410
Wilmington, DE 19899

Brian D. Womac
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, TX 77024

Donald Alan Workman
Baker & Hostetler
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Ste. 900
Wilmington, DE 19899

Michael W. Yurkewicz
Klehr Harrison Harvey Branzburg & Ellers
919 Market St.
Wilmington, DE 19801

Mark D. Collins
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

Suzanne S. Uhland
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Mark T. Power
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY. 10022

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Ste. 800
Wilmington, DE 19801

Office of the U.S. Trustee
District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801