IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., ) | |
| a Delaware corporation, et al., ) | Case No. 07-10416 (KJC) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

### AFFIDAVIT OF CASSANDRA D. LEWICKI, PARALEGAL

STATE OF DELAWARE    :
                    : SS:
NEW CASTLE COUNTY   :

I, Cassandra D. Lewicki, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 14, 2007, I caused service of the following:

**MOTION OF VILLAGE AT CAMP BOWIE I, L.P.
TO COMPEL DEBTORS TO COMPLY WITH THEIR
OBLIGATIONS UNDER 11 U.S.C. § 365(d)(3) [D.I. No. 1234]**

and

**DECLARATION OF WOODROW R. BROWNLEE IN SUPPORT OF MOTION OF
VILLAGE AT CAMP BOWIE I, L.P. TO COMPEL DEBTORS TO COMPLY
WITH THEIR OBLIGATIONS UNDER 11 U.S.C. § 365(d)(3) [D.I. No. 1236]**

and

**MOTION OF VILLAGE AT CAMP BOWIE I, L.P. (I) TO SHORTEN TIME AND LIMIT NOTICE
AND (II) APPROVING FORM AND MANNER FOR NOTICE WITH RESPECT TO
THE MOTION TO COMPEL DEBTORS TO COMPLY WITH THEIR OBLIGATIONS
UNDER 11 U.S.C. § 365(d)(3) [D.I. No. 1238]**

Service was completed upon the following parties on the attached list as indicated thereon.

Date: June 14, 2007

                                                                      Cassandra D. Lewicki

1578325

SWORN TO AND SUBSCRIBED before me this 14th day of June, 2007.

JOANNE M. SOUTHERS
Notary Public - State of Delaware
My Comm. Expires Feb. 13, 2009

*Joanne M. Southers*
NOTARY

1578325