**VIA HAND DELIVERY**
Bonnie Glantz Fatell
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
[Counsel for The Official Committee of Unsecured Creditors]

**VIA FEDERAL EXPRESS**
Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022
[Counsel for The Official Committee of Unsecured Creditors]

**VIA FEDERAL EXPRESS**
Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily Culler
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
[Counsel for the Debtors]

**VIA HAND DELIVERY**
Mark D. Collins
Michael J. Merchant
Christpher M. Samis
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899
[Counsel for the Debtors]

**VIA HAND DELIVERY**
Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**
Edward M. Fox, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022-6030
[Counsel to Examiner, Michael J. Missal]

**VIA FEDERAL EXPRESS**
Rebecca L. Kline Dubill, Esq.
Stephen G. Topetzes, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006-1600
[Counsel to Examiner, Michael J. Missal]

**VIA HAND DELIVERY**
Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
[Counsel to Examiner, Michael J. Missal]

578325

**VIA FEDERAL EXPRESS**
Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
[Counsel to Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.]

**VIA HAND DELIVERY**
Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl Young Jones & Weintraub LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801
[Counsel to Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.]

578325