IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |

### SUPPLEMENTAL AFFIDAVIT OF ELLEN R. MARSHALL IN SUPPORT OF THE APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF MANATT, PHELPS & PHILLIPS, LLP AS SPECIAL SECURITIZATION COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE PURSUANT TO SECTIONS 327(e), 328, 329 and 504 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2014, 2016 AND 5002

ELLEN R. MARSHALL makes this supplemental affidavit under 28 U.S.C. § 1746, and states:

1.  I am a partner at Manatt, Phelps & Phillips, LLP ("MPP"), a law firm with offices at Park Tower, 695 Town Center Drive, 14th Floor, Costa Mesa, CA 92626.

2.  I submit this supplemental affidavit in support of the application (the "Application") of the debtors and debtors in possession in the captioned cases (collectively, the "Debtors") for an order approving the employment and retention of MPP as their special counsel,

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

in compliance with and to provide disclosure pursuant to Sections 327(e), 328, 329 and 504 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Unless otherwise indicated, all facts set forth herein are based upon my personal knowledge and, if called to testify, I could and would testify competently to the facts set forth herein. To the extent that any information disclosed herein requires amendment or modification upon MPP's completion of further analysis or as additional creditor information becomes available to it, a supplemental affidavit will be submitted to the Court.

3. The Debtors seek to retain MPP to advise the Debtors and perform services in connection with certain pre-petition securitization trust agreements (the "Agreements") relevant to the sale of the Debtors' servicing business. In connection with the pre-petition drafting and documentation of the Agreements, MPP did not represent, and is not currently representing, , any non-debtor entity that was a counterparty to any of the Agreements.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Ellen R. Marshall

Sworn to and subscribed before me this 14th day of June, 2007

_____
Notary Public
in and for the State of California

GRETCHEN R. CLARK
Commission # 1533870
Notary Public - California
Orange County
My Comm. Expires Dec 11, 2008

RLF1-3165446-1