IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.[1] | : | |
| | : | |
| Debtors. | : | |
| | : | |

SUPPLEMENTAL AFFIDAVIT OF DON W. DAHL IN SUPPORT OF
APPLICATION FOR ORDER, PURSUANT TO SECTIONS 327(a) AND 328 OF
THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2014, 2016 AND
5002, AUTHORIZING AND APPROVING EMPLOYMENT AND RETENTION OF
GRANT THORNTON LLP AS TAX ACCOUNTANT TO THE DEBTORS

STATE OF CALIFORNIA )
                     ) SS:
ORANGE COUNTY        )

Don W. Dahl, being duly sworn, declares as follows:

1. I am a Partner of Grant Thornton LLP ("Grant Thornton"), the U.S. member firm of Grant Thornton International, one of six global accounting, tax and business advisory organizations, headquartered at 175 West Jackson Boulevard, 20th Floor, Chicago, IL

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage)(d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation(f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R E O Corp , a California corporation; New Century R E O II Corp., a California corporation; New Century R E O III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L P , a Delaware limited partnership

RLF1-3146466-1

60604. I submit this supplemental affidavit in support of the application (the "Application")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for an Order authorizing the employment and retention of Grant Thornton as tax accountant to the Debtors. Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.[3]

2. In response to the Application, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") requested payment detail for the $943,250.00 that was received by Grant Thorton from the Debtors in the ninety days prior to the Petition Date. The requested payment detail was provided to the U.S. Trustee by Grant Thorton in the form of the spreadsheet attached hereto as Exhibit A. The payment information detailed in the attached spreadsheet is true and accurate to the best of my knowledge, understanding and belief. Following review of the attached spreadsheet, the U.S. Trustee requested that Grant Thorton pay to the Debtors' estates $6,770.00 relating to the October 31, 2006 invoice on the basis that such payment is arguably a voidable preferential transfer under 11 U.S.C. § 547. I hereby represent that Grant Thorton will make a payment to the Debtors' estates in the amount of $6,770.00 as requested by the U.S. Trustee. I also represent that Grant Thorton hereby waives any claim relating to the repayment of such amount and that such waiver shall be in addition to Grant

---

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings given to them in the Application.

[3] Certain of the disclosures herein relate to matters within the knowledge of other professionals at Grant Thornton and are based on information provided by them.

Thorton's voluntary commitment in paragraph 22 of the Application to waive its prepetition claim of $10,800.00.

                                                                                    _____
                                                                                     Don W. Dahl

SWORN TO AND SUBSCRIBED before me this 14th day of June 2007.

_____
Notary Public, State of California
Qualified in Orange County
My Commission Expires: July 3, 2009

C. COCHRUM
Commission # 1589932
Notary Public - California
Orange County
My Comm. Expires Jul 3, 2009

3

RLF1-3146466-1