# EXHIBIT A

New Century
Payment Reconciliation

| Invoice Date | Invoice Number | | Dates of Service | Payment Date | Check # | Payment Amount |
|---|---|---|---|---|---|---|
| 12/26/2006 | 951551083 | | Through Dec. 15, 2006 | 1/8/2007 | 569539 | $ 12,960 |
| 12/26/2006 | 951551085 | | Through Dec. 15, 2006 | 1/8/2007 | 569538 | 5,000 |
| 12/20/2006 | 951549553 | | Through Dec. 15, 2006 | 1/8/2007 | 569537 | 81,000 |
| 12/28/2006 | 951553640 | 951553642 | Oct. 15, 2006 - Dec. 15, 2006 | 1/8/2007 | 570783 | 42,250 |
| 11/30/2006 | 951536676 | | Through Nov. 15, 2006 | 2/5/2007 | 577245 | 27,000 |
| 12/26/2006 | 951551084 | | Through Dec. 15, 2006 | 2/7/2007 | 577244 | 54,000 |
| 10/31/2006 | 951527948 | | Sept. 15, 2005 - Oct. 15, 2006 | 2/13/2007 | 577894 | 6,770 |
| 1/23/2007 | 951563408 | | Through Jan. 15, 2007 | 2/13/2007 | 577895 | 108,000 |
| 1/25/2007 | 951564608 | | Through Jan. 15, 2007 | 3/5/2007 | 580711 | 54,000 |
| 2/26/2007 | 951582953 | | Through Feb. 15, 2007 | 3/16/2007 | 584766 | 43,200 |
| 2/26/2007 | 951582954 | | Through Feb. 15, 2007 | 3/16/2007 | 584618 | 21,600 |
| 3/1/2007 | 951585759 | | Dec. 15, 2006 - Feb. 15, 2007 | 3/16/2007 | 584620 | 12,570 |
| 2/28/2007 | 951585989 | | Through Oct., 17, 2006 | 3/16/2007 | 584621 | 40,500 |
| 2/26/2007 | 951582981 | | Through Feb. 15, 2007 | 3/16/2007 | 584617 | 81,000 |
| 2/26/2007 | 951582971 | | Through Feb. 26, 2007 | 3/16/2007 | 584622 | 324,000 |
| 2/20/2007 | 951585806 | | Dec. 15, 2006 - Feb. 15, 2007 | 3/16/2007 | 584619 | 29,400 |
| | | | | | | $ 943,250 |

C:\Documents and Settings\MJM\Local Settings\Temporary Internet Files\OLK5D\[New Century account reconciliation.xls]Sheet1