IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
NEW CENTURY TRS HOLDINGS, INC.
    Debtor

Case No. 07-10416-KJC
(Chapter 11)

INDYMAC BANK, F.S.B.
    Movant

Ref: Docket No. 467

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
    Attorneys for the Movant
v.
NEW CENTURY TRS HOLDINGS, INC, et al.
    Respondents

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by IndyMac Bank, F.S.B. ("IndyMac"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED**, that the Motion be, and the same is hereby **GRANTED**; and it is further

**ORDERED**, that the Automatic Stay is terminated allowing IndyMac to exercise its rights under applicable law against the Debtor's Property more particularly described in the Mortgage which has the address of 124 Paseo Del Angel, Santa Fe, New Mexico 87507 ("Property"), including, but not limited to foreclosure against the Property under the Mortgage.

Date: June 14, 2007

BY THE COURT:

_____
U.S. Bankruptcy Court Judge