**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| NEW CENTURY HOLDINGS, INC., *et al.*, ) | |
| ) | Case No. 07-10416 (KJC) |
| Debtors. ) | (Jointly Administered) |
| ) | |

## NOTICE OF SERVICE

I, Christopher P. Simon, Esquire do hereby certify that on this 15th day of June, 2007, I caused a copy of the Limited Objection of New York State Teachers' Retirement System to Debtors' Motion for an Order Approving the Sale of Certain Technology Assets and Other Relief to be served upon the parties listed below in the manner indicated:

**VIA HAND DELIVERY**
Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Ave, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

**VIA HAND DELIVERY**
Edward M. Fox, Esquire
Rebecca L. Kline Dubill, Esquire
Stephen G. Topetzes, Esquire
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
599 Lexington Avenue
New York, NY 10022-6030

   /s/ Christopher P. Simon
Christopher P. Simon (No. 3697)