UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 07-10416 (KJC) |
| NEW CENTURY HOLDINGS, INC., ) | |
| A Delaware Corporation, et al., ) | Jointly Administered |
| ) | |
| ) | |
| ) | |
| Debtors. ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Kevin J. Mangan, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Amish R. Doshi, Esquire, *nunc pro tunc* to May 21, 2007, to represent Oracle USA, Inc., in this action. The Admittee is admitted, practicing, and in good standing in the State of New York.

Kevin J. Mangan, (#3810)
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

Document #62286

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court with receipt number of  147910   .

Amish R. Doshi
Day Pitney LLP
7 Times Square
New York, New York 10036-
Telephone No. 212-297-5828
Fax No. 212-916-2940
Email: adoshi@daypitney.com

Motion Granted, *nunc pro tunc* to May 21, 2007.

BY THE COURT:

Date:_____         _____
                                United States Bankruptcy Judge

Document #: 62286                                 2