# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 07-10416 (KJC) |
| NEW CENTURY HOLDINGS, INC., ) | |
| A Delaware Corporation, et al., ) | Jointly Administered |
| ) | |
| ) | |
| Debtors. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Lorraine Diaz, certify that I am not less than 18 years of age, and that service of the foregoing document was made on June 15, 2007 upon:

**Via Hand Delivery**
Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, Delaware 19899

Under penalty of perjury, I declare that the foregoing is true and correct.

June 15, 2007
Date

_[signature]_
Lorraine Diaz

Document #62288