IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., ) | |
| a Delaware corporation, et al., ) | Case No. 07-10416 (KJC) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: D.I. _____ |
| ) | |

**ORDER GRANTING MOTION OF VILLAGE AT CAMP BOWIE I, L.P. TO SHORTEN TIME AND APPROVING FORM AND MANNER FOR NOTICE WITH RESPECT TO THE MOTION TO COMPEL DEBTORS TO COMPLY WITH THEIR OBLIGATIONS UNDER 11 U.S.C. § 365(d)(3)**

WHEREAS on June 14, 2007, Village at Camp Bowie I, L.P. ("VCB") moved this Court for entry of an Order to shorten time and approve the form and manner for notice (the "Motion to Shorten Time") regarding VCB's Motion to Compel Debtors to Comply With their Obligations under 11 U.S.C. § 365(d)(3) (the "365(d)(3) Motion") [D.I. 1234] to require objections and responses to the 365(d)(3) Motion to be due by Tuesday, June 21, 2007 at 4:00 p.m. prevailing Eastern time, and to limit the scope of parties to be served with the 365(d)(3) Motion; and

WHEREAS this Court believes such Motion to Shorten Time should not be granted;

IT IS HEREBY ORDERED that the ~~365(d)(3) Motion shall be heard on June 27, 2007 at 10:00 a.m. prevailing Eastern time;~~ Motion to Shorten Time is DENIED.

~~IT IS FURTHER ORDERED that objections and responses to the 365(d)(3) Motion shall be filed, and served by facsimile, e-mail, hand delivery, overnight mail or such other means as to ensure that the same is actually received by counsel for VCB, by June 21, 2007 at 4:00 p.m. prevailing Eastern time; and~~

~~IT IS FURTHER ORDERED that service of the 365(d)(3) Motion and the Motion to Shorten Time will be sufficient if VCB serves the aforementioned motions on counsel for the Debtors, counsel for the Official Committee of Unsecured Creditors, counsel for the debtor in possession lenders, the Examiner and the U.S. Trustee (collectively, the "Notice Parties"). Counsel for VCB shall serve a copy of this Order upon counsel for the Notice Parties by facsimile, e-mail, hand delivery~~ or overnight mail.

SO ORDERED this 15th day of June, 2007

The Honorable Kevin J. Carey
United States Bankruptcy Court Judge

2

1577148