# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | Case No. 07-10416 (KJC) |
| **INC., a Delaware corporation, <u>et al.</u>,**[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Related Docket No. 70 |
| | : | |

## CERTIFICATE OF SERVICE

I, Steven K. Kortanek, hereby certify that on the 15th day of June 2007, I caused a copy of the foregoing *Objection of Carrington Capital Management, LLC and Carrington Mortgage Services, LLC to Motion of the Debtors and Debtors In Possession for an Order (A) Approving the Sale of Certain Technology Assets, (B) Approving and Establishing Procedures Related to the Sale and the Assumption of Certain Executory Contracts and Unexpired Leases in Connection Therewith and (C) Granting Related Relief* to be served upon the parties listed on the attached service list via U.S. First Class Mail.

*/s/ Steven K. Kortanek*
Steven K. Kortanek (Del. Bar No. 3106)

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

WCSR 3592595v1