IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors** | : | |
| | : | **Re: Docket Nos. 1064 and 1065** |
| | : | |

Hearing Date: June 21, 2007 @ 2:00 p.m.
Objection Deadline: June 15, 2007

## LIMITED OBJECTION AND RESERVATION OF RIGHTS
## OF GMAC CF TO MOTION OF DEBTORS REGARDING
## SALE OF CERTAIN TECHNOLOGY ASSETS

GMAC Commercial Finance LLC ("GMAC CF"), by its undersigned counsel, hereby files this limited objection (the "Limited Objection") to the Motion of Debtors and Debtors in Possession (collectively, the "Debtors") for An Order (A) Approving The Sale of Certain Technology Assets, (B) Establishing Procedures Relating to the Sale And The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, In Connection Therewith, And (C) Granting Related Relief ("Motion"). For the reasons set forth below, GMAC CF reserves its rights as set forth herein.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a/ NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

## I. SUMMARY

1. The Debtors seek to establish bidding procedures and an expedited sale process to consummate one or more potential sale transactions of certain technology assets. GMAC CF understands why the Debtors have presented the Motion without any list of assets, no buyer for the assets and no proposed asset purchase agreement ("APA"). However, GMAC CF files this Limited Objection, in light of the nonexistent bidding procedures and the overly expedited nature of the proposed sale process, to assure that it will not be precluded from exercising its rights under 11 U.S.C. § 363(k) to credit bid its secured claim in the event that the only cash bids received are insufficient.

## II. BACKGROUND

2. Pursuant to, among other things, a Master Security Agreement dated as of June 24, 2005, as amended, and various recorded financing statements, GMAC CF is a secured creditor of certain of the Debtors in these cases including New Century Mortgage Corporation ("New Century Mortgage"), New Century Financial Corporation ("New Century Financial") and New Century TRS Holdings, Inc. ("New Century TRS"). GMAC CF's secured status arises out of that certain loan GMAC CF extended to the above-described Debtors, which loan is secured by certain of the assets of those Debtors, including the software and associated licenses used to originate loans, related hardware and other collateral, all of which are the subject of the instant Motion and proposed sale.

3. As a creditor of the above-described Debtors, GMAC CF has standing to file this Limited Objection. Furthermore, GMAC CF has significant interests

in assuring that it is fully and completely protected in connection with any attempt by the Debtors to sell or otherwise use the assets that are pledged as collateral to GMAC CF. While GMAC CF does not object to the sale, and in fact supports a sale of the assets, the relief afforded on the Motion should be clear that GMAC CF has a right to credit bid its secured claim.

### III.  DISCUSSION

#### A.  Secured Creditors Should Be Permitted to Credit Bid

4.   The Motion does not address the rights of GMAC CF to credit under section 363(k) of the Bankruptcy Code. This oversight by the Debtors might have the effect of precluding secured creditors from bidding on the specific assets against which they hold liens. GMAC CF requests that the Court confirm its rights to exercise their credit bid rights if the cash proceeds otherwise bid for the assets are insufficient to satisfy the GMAC CF secured claim. Under 11 U.S.C. § 363(k), absent a showing of "good cause," GMAC CF would have these rights automatically.

#### B.  A Sale Can Be Approved Subject To Credit Overbids

5.   GMAC CF believes and understands that all sale issues will be preserved until at least the June 21, 2007 hearing on the sale itself, and accordingly, reserve their rights to credit bid at or after that time.

## IV. CONCLUSION

GMAC CF supports the entry of an order that establishes fair procedures and protects the rights of creditors. For the reasons set forth herein, GMAC CF respectfully requests that this Court affirm the right to credit bid set forth in this Limited Objection.

Date:  June 15, 2007

**BRYAN CAVE LLP**
Katherine Windler (State Bar No. 158899)
120 Broadway, Suite 300
Santa Monica, CA 90401
Phone:   (310) 576-2100
Fax:        (310) 576-2200
katherine.windler@bryancave.com

- and –

**EDWARDS ANGELL PALMER & DODGE LLP**

_/s/ Mark D. Olivere_
William E. Chipman, Jr., Esq. (DE No. 3818)
Mark D. Olivere, Esq. (DE No. 4291)
919 Market Street, Suite 1500
Wilmington, DE 19801
Phone: 302-777-7770
Facsimile: 302-777-7263
www.eapdlaw.com