## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this 15th day of June, 2007, a copy of the foregoing Limited Objection By Creditor Fidelity National Information Services, Inc. To Notice of Debtors' Intent To (A) Assume, Assign and Sell Certain Executory Contracts And Unexpired Leases In Connection With The Sale Of Certain Technology Assets, and (B) Proposed Cure Amounts in Connection Therewith, was caused to be served to those parties participating in the Court's electronic notification system. In addition, the following were served via facsimile and email:

Office of the United States Trustee
Attn: Joseph McMahon
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
Email: joseph.mcmahon@usdoj.gov
Fax: 302-573-6497

Attorneys for the Debtors:

Suzanne S. Uhland, Esq.
Brophy Christensen, Esq.
O'Melveny & Myers LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Email: suhland@omm.com
Email: bchristensen@omm.com
Fax: 415-984-8701

Ben Logan, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Email: blogan@omm.com
Fax: 213-430-6407

Mark D. Collins, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
Email: collins@rlf.com
Fax: 302-651-7701

Attorney for the Unsecured Creditors Committee

Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Email: mpower@hahnhessen.com
Fax: 212-478-7400

Bonnie Glantz Fattell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Email: fatell@blankrome.com
Fax: 302-425-6464

Attorneys for Carrington:

Thomas S. Kiriakos, Esq.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
Email: tkiriakos@mayerbrownrowe.com
Fax: 312-706-8232

Steven M. Kortanek, Esq.
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Email: skortanek@wcsr.com
Fax: 302-661-7228

_____
Kathleen M. Miller