## DECLARATION OF JEFFREY J. WALLACE

I, Jeffrey J. Wallace, declare as follows:

### FOUNDATION

1. I am the Vice President and General Counsel for The Irvine Company, Office Properties. I submit this Declaration in support of the foregoing Conditional Objection. Capitalized terms used but not defined in this Declaration shall have the meaning given to them in the Condition Objection.

2. I am authorized by Irvine to submit this Declaration. I have personal knowledge of the facts set forth in this Declaration, and if called upon as a witness, I could and would testify competently thereto.

3. In my capacity as Vice President and General Counsel, I am required to and have become personally familiar with the manner in which Irvine's documents, books, and records are prepared and maintained. Irvine records of all its transactions in the regular course of its business, and its regular course of business is to create and maintain such records.

4. It is Irvine's practice to record transactions, acts, conditions, and events concerning Irvine and its lessees and others as those events occur, and Irvine maintains those records and relies upon such records in its business dealings.

5. I have personally reviewed Irvine's documents, books, and records to the extent necessary to prepare this Declaration.

### ACCURACY OF FACTS IN CONDITIONAL OBJECTION

6. I have read the foregoing Conditional Objection. The facts set forth in the Conditional Objections are true and accurate to the best of my information and belief.

### COPIES OF THE LEASE AND AMENDMENTS ATTACHED

7. A true and accurate copy of the Lease and each of its ten amendments is attached hereto as collective Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2007, at Irvine, California.

_____
JEFFREY J. WALLACE

Conditional Objection to Assignment-Technology Sale v.2