## THIRD AMENDMENT TO LEASE

I. **PARTIES AND DATE.**

This Third Amendment to Lease (the "Amendment") dated ~~August~~ September 12, 2002, is by and between THE IRVINE COMPANY (the "Landlord") and NEW CENTURY FINANCIAL CORPORATION, a Delaware corporation ("Tenant").

II. **RECITALS.**

Landlord and Tenant entered into an undated lease for space in two (2) buildings located at 340 Commerce and 350 Commerce, Suite 200 in Irvine, California, which lease was amended by a First Amendment to Lease dated May 1, 2002 and by a Second Amendment to Lease dated June 17, 2002 (as amended, the "Lease").

Landlord and Tenant each desire to modify the Lease to make such other modifications as are set forth in "III. MODIFICATIONS" next below.

III. **MODIFICATIONS.**

From this date forward, the term "Tenant" shall refer to both: (1) New Century Financial Corporation, a Delaware corporation, and (2) The Anyloan Company, a California corporation. By execution of this Amendment, The Anyloan Company agrees to be bound by all terms and conditions of the Lease and Landlord agrees to recognize both parties as "Tenant." Moreover, each Tenant agrees that its obligations under the Lease shall be joint and several.

IV. **GENERAL.**

A. _Effect of Amendments_. The Lease shall remain in full force and effect except to the extent that it is modified by this Amendment.

B. _Entire Agreement_. This Amendment embodies the entire understanding between Landlord and Tenant with respect to the modifications set forth in "III. MODIFICATIONS" above and can be changed only by a writing signed by Landlord and Tenant.

C. _Counterparts_. If this Amendment is executed in counterparts, each is hereby declared to be an original; all, however, shall constitute but one and the same amendment. In any action or proceeding, any photographic, photostatic, or other copy of this Amendment may be introduced into evidence without foundation.

D. _Defined Terms_. All words commencing with initial capital letters in this Amendment and defined in the Lease shall have the same meaning in this Amendment as in the Lease, unless they are otherwise defined in this Amendment.

E. _Corporate and Partnership Authority_. If Tenant is a corporation or partnership, or is comprised of either or both of them, each individual executing this Amendment for the corporation or partnership represents that he or she is duly authorized to execute and deliver this Amendment on behalf of the corporation or partnership and that this Amendment is binding upon the corporation or partnership in accordance with its terms.

F. _Attorney's Fees_. The provisions of the Lease respecting payment of attorneys' fees shall also apply to this Amendment.

**V.     EXECUTION.**

Landlord and Tenant executed this Amendment on the date as set forth in "I. PARTIES AND DATE." above.

LANDLORD:

THE IRVINE COMPANY

By: _____
Thomas A. Greubel
Vice President, Leasing

By: _____
Jeffrey J. Wallace
Assistant Secretary

TENANT:

NEW CENTURY FINANCIAL
CORPORATION, a Delaware corporation

By: _____
Name: PATRICK H. RANK
Title: EVP


THE ANYLOAN COMPANY,
a California corporation

By: _____
Name: PATRICK H. RANK
Title: CEO

ORIGINAL

## FOURTH AMENDMENT TO LEASE

### I. PARTIES AND DATE.

This Fourth Amendment to Lease (the "Amendment") dated _October 14_, 2003, is by and between THE IRVINE COMPANY ("Landlord"), and NEW CENTURY FINANCIAL CORPORATION, a Delaware corporation ("Tenant").

### II. RECITALS.

Landlord and Tenant entered into an undated lease for space in two (2) buildings located at 340 Commerce and at 350 Commerce, Suite 200, Irvine, California, which lease was amended by a First Amendment to Lease dated May 1, 2000 wherein approximately 25,277 rentable square feet of space was added within the building located at 350 Commerce, Irvine, California, by a Second Amendment to Lease dated June 17, 2002, and by a Third Amendment to Lease dated September 12, 2002 wherein The Anyloan Company, a California corporation ("Anyloan") agreed to be bound by all of the terms and conditions of the Lease (said lease, as so amended, the "Lease").

Landlord and Tenant each desire to further modify the Lease to add approximately 14,162 rentable square feet of additional space at 350 Commerce, Irvine, California, which space is more particularly described on EXHIBIT A attached to this Amendment and herein referred to as "Suite 150", to adjust the Basic Rent, and to make such other modifications as are set forth in "III. MODIFICATIONS" next below.

### III. MODIFICATIONS.

A. Basic Lease Provisions. The Basic Lease Provisions are hereby amended as follows:

1. Effective as of the "Commencement Date for Suite 150" (as defined in this Amendment), Item 1 shall be deleted in its entirety and substituted therefor shall be the following:

    "1. Premises: The Premises (more particularly described in Section 2.1) consists of all of the rentable space located in two (2) buildings, commonly known as:

    "Building 1" – 340 Commerce, Irvine, California
    "Building 2" – 350 Commerce, Irvine California"

2. Item 4 is hereby amended by adding the following:

    As used herein, the "Commencement Date for Suite 150" shall mean that date which is fourteen (14) calendar days following the date Landlord shall tender possession of Suite 150 to Tenant (subsequent to the surrender of possession of Suite 150 by the current tenant thereof). At the request of Landlord and prior to Tenant's taking possession of Suite 150, Tenant shall execute a form memorializing the actual Commencement Date for Suite 150.

3. Item 6 is hereby amended by adding the following:

    "Basic Rent for Suite 150: Commencing on the Commencement Date for Suite 150, the Basic Rent for Suite 150 shall be Nineteen Thousand One Hundred Nineteen Dollars ($19,119.00) per month, based on $1.35 per rentable square foot."

4. Effective as of the Commencement Date for Suite 150, Item 8 shall be deleted in its entirety and substituted therefor shall be the following:

    "8. Floor Area of Premises: Approximate 106,720 rentable square feet, comprised as follows:

    340 Commerce – approximately 53,360 rentable square feet
    350 Commerce – approximately 53,360 rentable square feet."

5. Item 12 is hereby amended by deleting Landlord's address for payments and notices and substituted therefor shall be the following:

"LANDLORD

THE IRVINE COMPANY
dba Office Properties
8105 Irvine Center Drive, Suite 300
Irvine, CA 92618
Attn: Vice President, Operations, Technology Portfolio

with a copy of notices to:

THE IRVINE COMPANY
dba Office Properties
8105 Irvine Center Drive, Suite 300
Irvine, CA 92618
Attn: Senior Vice President, Operations
       Office Properties"

6. Effective as of the Commencement Date for Suite 150, Item 14 shall be deleted in its entirety and substituted therefor shall be the following:

"14. Vehicle Parking Spaces: Four hundred twenty-nine (429)"

B. **Early Occupancy.** Subject to the provisions of Section 3.2 of the Lease, Landlord agrees that Tenant shall be permitted to occupy Suite 150 for fourteen (14) calendar days following tender of possession thereof by Landlord and prior to the Commencement Date for Suite 150, subject to the following terms and conditions: (a) concurrently with the execution and delivery of this Lease, and prior to any such early occupancy by Tenant, Tenant shall deliver to Landlord the first installment of Basic Rent and Operating Expenses due under the Lease as to Suite 150, and (b) Tenant's occupancy of Suite 150 prior to the Commencement Date for Suite 150 shall be subject to all of the covenants and conditions on Tenant's part contained in the Lease (including, without limitation, the covenants contained in Sections 5.3, 6.1, 7.1, 7.3, 7.4, 10.1 and 10.3 of the Lease), except for the obligation to pay Basic Rent and Operating Expenses.

C. **Utilities and Services.** The following provisions are hereby added to the end of Section 6.1 of the Lease:

"Landlord hereby grants its consent to permit Tenant to interconnect its telecommunications cabling in the "risers" between the floors of the Building. This consent is conditioned upon Tenant's agreement to maintain, operate and disconnect at the expiration of the Term, at Tenant's sole expense and risk, all such cabling and associated communications equipment and appurtenances within the Building. It is further understood that Landlord makes no representation or warranty whatsoever concerning the suitability or fitness of such risers for such cabling interconnections, and that Landlord shall not be liable in any way for any injury, loss or damage which may occur as a result of the telecommunications or cabling interconnection."

D. **Floor Plan of Suite 150.** As used herein, "Suite 150" shall mean the space described in Exhibit A attached to this Amendment. From and after the date of this Amendment, Suite 150 collectively with the space described on EXHIBIT A and EXHIBIT A-1 attached to the Lease, and on EXHIBIT A attached to the First Amendment to Lease, shall constitute the "Premises" as defined in Section 2.1 of the Lease.

E. **Acceptance of Suite 150.** Tenant acknowledges that the lease of Suite 150 pursuant to this Amendment shall be on an "as-is" basis without further obligation on Landlord's part as to improvements whatsoever, except that Landlord shall shampoo the carpeting in Suite 150 prior to the Commencement Date therefor.

F. **Release of Anyloan.** Anyloan having vacated the Premises and having relinquished any further right, title or interest as "Tenant" under the Lease, Landlord does hereby agree to release Anyloan from any further obligation and/or liability under the Lease.

IV.  **GENERAL.**

   A.  <u>Effect of Amendments</u>. The Lease shall remain in full force and effect except to the extent that it is modified by this Amendment.

   B.  <u>Entire Agreement</u>. This Amendment embodies the entire understanding between Landlord and Tenant with respect to the modifications set forth in "III. MODIFICATIONS" above and can be changed only by a writing signed by Landlord and Tenant.

   C.  <u>Counterparts</u>. If this Amendment is executed in counterparts, each is hereby declared to be an original; all, however, shall constitute but one and the same amendment. In any action or proceeding, any photographic, photostatic, or other copy of this Amendment may be introduced into evidence without foundation.

   D.  <u>Defined Terms</u>. All words commencing with initial capital letters in this Amendment and defined in the Lease shall have the same meaning in this Amendment as in the Lease, unless they are otherwise defined in this Amendment.

   E.  <u>Corporate and Partnership Authority</u>. If Tenant is a corporation or partnership, or is comprised of either or both of them, each individual executing this Amendment for the corporation or partnership represents that he or she is duly authorized to execute and deliver this Amendment on behalf of the corporation or partnership and that this Amendment is binding upon the corporation or partnership in accordance with its terms.

   F.  <u>Attorneys' Fees</u>. The provisions of the Lease respecting payment of attorneys' fees shall also apply to this Amendment.

V.  **EXECUTION.**

Landlord and Tenant executed this Amendment on the date as set forth in "I. PARTIES AND DATE." above.

LANDLORD:

THE IRVINE COMPANY

By: /s/ Donald S. McNutt
Donald S. McNutt, Senior Vice President
Leasing, Office Properties

By: /s/ Steven E. Claton
Steven E. Claton, Vice President
Operations, Office Properties

TENANT:

NEW CENTURY FINANCIAL CORPORATION,
a Delaware corporation

By: /s/ Elise Luckham  10-13-03
Name: Elise Luckham
Title: Vice President
Corporate Services

By:
Name:
Title:

## FIFTH AMENDMENT TO LEASE

### I. PARTIES AND DATE.

This Fifth Amendment to Lease (the "Amendment") dated ___February 5___, 2004, is by and between THE IRVINE COMPANY ("Landlord"), and NEW CENTURY FINANCIAL CORPORATION, a Delaware corporation ("Tenant").

### II. RECITALS.

Landlord and Tenant entered into an undated lease for space in two (2) buildings located at 340 Commerce and at 350 Commerce, Suite 200, Irvine, California, which lease was amended by a First Amendment to Lease dated May 1, 2000 wherein approximately 25,277 rentable square feet of space was added within the building located at 350 Commerce, Irvine, California, by Second Amendment to Lease dated June 17, 2002, and by a Third Amendment to Lease dated September 12, 2002, and by a Fourth Amendment to Lease dated October 14, 2003 wherein approximately 14,162 rentable square feet of space was added at 350 Commerce, Suite 150, Irvine, California (said lease, as so amended, the "Lease").

Landlord and Tenant each desire to further modify the Lease to add approximately 11,864 rentable square feet of space in a building located at 300 Commerce, Suite 100, Irvine, California, which space is more particularly described on EXHIBIT A attached to this Amendment and herein referred to as the ("300 Commerce Premises"), to adjust the Basic Rent, and to make such other modifications as are set forth in "III. MODIFICATIONS" next below.

On October 30, 2003, Landlord and Tenant entered into a Month to Month Industrial Space Lease for the 300 Commerce Premises (the "Month to Month Lease"), which Month to Month Lease shall terminate at 11:59 P.M. on the day preceding the "Commencement Date for the 300 Commerce Premises" (defined below).

### III. MODIFICATIONS.

A. <u>Premises</u>. From and after the Commencement Date of the 300 Commerce Premises, the 300 Commerce Premises together with the "Premises" described in the Lease, shall collectively constitute the "Premises" under the Lease.

B. <u>Building</u>. All references to the "Building" in the Lease shall be amended to refer to the three (3) buildings located at 300 Commerce (the "300 Commerce Building"), 340 Commerce (the "340 Commerce Building") and 350 Commerce (the "350 Commerce Building"), Irvine, California, either collectively or individually as the context may reasonably require.

C. <u>Basic Lease Provisions</u>. The Basic Lease Provisions are hereby amended as follows:

    1. Effective as of the "Commencement Date for the 300 Commerce Premises", (as defined in this Amendment), Item 1 shall be deleted in its entirety and substituted therefore shall be the following:

        "1. Premises: The Premises (more particularly described in Section 2.1) consists of space located in three (3) buildings, commonly known as :

        "Building 1" – 340 Commerce, Irvine, California
        "Building 2" – 350 Commerce, Irvine, California
        "Building 3" – 300 Commerce, Irvine, California".

    2. Item 4 is hereby amended by adding the following:

        "Commencement Date for the 300 Commerce Premises: February 1, 2004"

3.    Item 6 is hereby amended by adding the following:

"Basic Rent for the 300 Commerce Premises: Commencing on the Commencement Date for the 300 Commerce Premises, the Basic Rent for the 300 Commerce Premises shall be Seventeen Thousand Two Hundred Three Dollars ($17,203.00) per month, based on $1.45 per rentable square foot."

4.    Effective as of the Commencement Date for the 300 Commerce Premises, Item 8 shall be deleted in its entirety and substituted therefore shall be the following:

"8. Floor Area of Premises: Approximately 118,584 rentable square feet comprised as follows:

340 Commerce Building – approximately 53,360 rentable square feet
350 Commerce Building - approximately 53,360 rentable square feet
300 Commerce Building – approximately 11,864 rentable square feet"

5.    Effective as of the Commencement Date for the 300 Commerce Premises, Item 14 shall be deleted in its entirety and substituted therefor shall be the following:

"14. Vehicle Parking Spaces: Four hundred seventy-one (471)"

D. <u>Acceptance of Premises</u>. Tenant acknowledges that the lease of the Premises pursuant to this Amendment shall be on an "as-is" basis without further obligation on Landlord's part as to improvements whatsoever.

IV.    **GENERAL.**

A. <u>Effect of Amendments</u>. The Lease shall remain in full force and effect except to the extent that it is modified by this Amendment.

B. <u>Entire Agreement</u>. This Amendment embodies the entire understanding between Landlord and Tenant with respect to the modifications set forth in "III. MODIFICATIONS" above and can be changed only by a writing signed by Landlord and Tenant.

C. <u>Counterparts</u>. If this Amendment is executed in counterparts, each is hereby declared to be an original; all, however, shall constitute but one and the same amendment. In any action or proceeding, any photographic, photostatic, or other copy of this Amendment may be introduced into evidence without foundation.

D. <u>Defined Terms</u>. All words commencing with initial capital letters in this Amendment and defined in the Lease shall have the same meaning in this Amendment as in the Lease, unless they are otherwise defined in this Amendment.

E. <u>Corporate and Partnership Authority</u>. If Tenant is a corporation or partnership, or is comprised of either or both of them, each individual executing this Amendment for the corporation or partnership represents that he or she is duly authorized to execute and deliver this Amendment on behalf of the corporation or partnership and that this Amendment is binding upon the corporation or partnership in accordance with its terms.

F. <u>Attorneys' Fees</u>. The provisions of the Lease respecting payment of attorneys' fees shall also apply to this Amendment.

V. **EXECUTION.**

Landlord and Tenant executed this Amendment on the date as set forth in "I. PARTIES AND DATE." above.

LANDLORD:

THE IRVINE COMPANY

By: /s/ Donald S. McNutt
Donald S. McNutt, Senior Vice President
Leasing, Office Properties

By: /s/ Steven E. Claton
Steven E. Claton, Vice President
Operations, Office Properties

TENANT:

NEW CENTURY FINANCIAL CORPORATION,
a Delaware corporation

By: /s/ Elise Luckham   2/4/04
Name: Elise Luckham
Title: Vice President
~~Corporate Services~~

By: _____
Name: _____
Title: _____

# THE IRVINE COMPANY

## 300 Commerce, Suite 100



Exhibit A

# SIXTH AMENDMENT TO LEASE

ORIGINAL

## I. PARTIES AND DATE.

This Sixth Amendment to Lease (the "Amendment") dated _September 20_, 2004, is by and between THE IRVINE COMPANY ("Landlord"), and NEW CENTURY FINANCIAL CORPORATION, a Delaware corporation ("Tenant").

## II. RECITALS.

Landlord and Tenant have entered into an undated lease, which lease has been amended by: (i) a First Amendment to Lease dated May 1, 2000, (ii) by Second Amendment to Lease dated June 17, 2002, (iii) by a Third Amendment to Lease dated September 12, 2002, (iv) by a Fourth Amendment to Lease dated October 14, 2003 (the "Fourth Amendment"), and (v) by a Fifth Amendment to Lease dated February 5, 2004 (said lease, as so amended, is hereinafter referred to as the "Lease").

Landlord and Tenant each desire to further modify the Lease to add approximately 21,880 rentable square feet of space in a building located at 320 Commerce, Suite 100, Irvine, California, which space is more particularly described on EXHIBIT A attached to this Amendment and is herein referred to as the "320 Commerce Premises", to adjust the Basic Rent, and to make such other modifications as are set forth in "III. MODIFICATIONS" next below.

## III. MODIFICATIONS.

A. <u>Premises</u>. From and after the "Commencement Date for the 320 Commerce Premises" (as hereinafter defined), the 320 Commerce Premises together with the Premises described in the Lease, shall collectively constitute the "Premises" under the Lease.

B. <u>Building</u>. All references to the "Building" in the Lease shall be amended to refer to the four (4) buildings located at 300 Commerce (the "300 Commerce Building"), 340 Commerce (the "340 Commerce Building"), 350 Commerce (the "350 Commerce Building") and at 320 Commerce (the "320 Commerce Building") Irvine, California, either collectively or individually as the context may reasonably require. Not by way of limitation of the foregoing, Tenant shall be permitted to interconnect its telecommunications cabling within the "risers" of the 320 Building, subject to the conditions of Section III(C) of the Fourth Amendment.

C. <u>Basic Lease Provisions</u>. The Basic Lease Provisions are hereby amended as follows:

   1. Effective as of the Commencement Date for the 320 Commerce Premises, Item 1 shall be deleted in its entirety and substituted therefore shall be the following:

   "1. Premises: The Premises (more particularly described in Section 2.1) consists of space located in four (4) buildings, commonly known as :

   "Building 1" – 340 Commerce, Irvine, California
   "Building 2" – 350 Commerce, Irvine, California
   "Building 3" – 300 Commerce, Irvine, California
   "Building 4" – 320 Commerce, Irvine, California".

   2. Item 4 is hereby amended by adding the following:

   The "Commencement Date for the 320 Commerce Premises" shall mean the earlier of (a) the date Tenant commences its business operations in the 320 Commerce Premises, or (b) October 1, 2004 (subject, however, to Landlord's obligation to provide early access to the 320 Commerce Premises pursuant to Section III (E) below). Prior to Tenant's taking

possession of the 320 Commerce Premises, the parties shall memorialize on a form provided by Landlord the actual Commencement Date for the 320 Commerce Premises, provided that Tenant's failure to execute that form shall not affect the validity of Landlord's determination of said date."

3. Item 5 is hereby amended by adding the following:

"The Term of this Lease as to the 320 Commerce Premises only, shall expire at midnight on March 31, 2005"

4. Item 6 is hereby amended by adding the following:

"Basic Rent for the 320 Commerce Premises: Commencing on the Commencement Date for the 320 Commerce Premises and ending on March 31, 2005, the Basic Rent for the 320 Commerce Premises shall be Thirty Three Thousand Nine Hundred Fourteen Dollars ($33,914.00) per month, based on $1.55 per rentable square foot."

5. Effective as of the Commencement Date for the 320 Commerce Premises, Item 8 shall be deleted in its entirety and substituted therefor shall be the following:

"8. Floor Area of Premises: Approximately 140,464 rentable square feet comprised as follows:

340 Commerce Building – approximately 53,360 rentable square feet
350 Commerce Building - approximately 53,360 rentable square feet
300 Commerce Building – approximately 11,864 rentable square feet
320 Commerce Building – approximately 21,880 rentable square feet."

6. Effective as of the Commencement Date for the 320 Commerce Premises, Item 14 shall be deleted in its entirety and substituted therefor shall be the following:

"14. Vehicle Parking Spaces: Five hundred forty-eight (548)"

D. <u>Shared Electric Meter</u>. Tenant acknowledges and agrees that electricity for the 320 Commerce Premises is on a single meter shared with the second floor premises of the 320 Commerce Building, and that pursuant to the applicable provisions of Section 6.1 of the Lease, Landlord shall make a reasonable determination of Tenant's proportionate share of the cost of such electricity supplied to the 320 Commerce Premises and shall invoice Tenant therefor. The basis of such reasonable determination shall be the "baseline" usage of the electricity by the second floor tenant over the past five (5) months, and Tenant's proportionate share shall be based on such historical usage.

E. <u>Early Entry to the 320 Commerce Premises</u>. Landlord shall provide Tenant with access to the 320 Commerce Premises not later than September 15, 2004 solely to enable Tenant to install fixtures, furniture, computers, telephone and cabling equipment in the 320 Commerce Premises. Such access shall be subject to all of the terms and conditions of the Lease, except that Tenant's rental obligation as to the 320 Premises shall not commence to accrue until the Commencement Date for the 320 Commerce Premises hereof.

F. <u>Acceptance of Premises</u>. Tenant acknowledges that the lease of the 320 Commerce Premises pursuant to this Amendment shall be on an "as-is" basis without further obligation on Landlord's part as to improvements whatsoever.

IV. **GENERAL.**

A. <u>Effect of Amendments</u>. The Lease shall remain in full force and effect except to the extent that it is modified by this Amendment.

B. <u>Entire Agreement</u>. This Amendment embodies the entire understanding between Landlord and Tenant with respect to the modifications set forth in "III. MODIFICATIONS" above and can be changed only by a writing signed by Landlord and Tenant.

C. <u>Counterparts</u>. If this Amendment is executed in counterparts, each is hereby declared to be an original; all, however, shall constitute but one and the same amendment. In any action or proceeding, any photographic, photostatic, or other copy of this Amendment may be introduced into evidence without foundation.

D. <u>Defined Terms</u>. All words commencing with initial capital letters in this Amendment and defined in the Lease shall have the same meaning in this Amendment as in the Lease, unless they are otherwise defined in this Amendment.

E. <u>Corporate and Partnership Authority</u>. If Tenant is a corporation or partnership, or is comprised of either or both of them, each individual executing this Amendment for the corporation or partnership represents that he or she is duly authorized to execute and deliver this Amendment on behalf of the corporation or partnership and that this Amendment is binding upon the corporation or partnership in accordance with its terms.

F. <u>Attorneys' Fees</u>. The provisions of the Lease respecting payment of attorneys' fees shall also apply to this Amendment.

V. **EXECUTION.**

Landlord and Tenant executed this Amendment on the date as set forth in "I. PARTIES AND DATE." above.

LANDLORD:

THE IRVINE COMPANY

By _____
William R. Halford, President
Office Properties

By _____
Steven E. Claton, Vice President
Operations, Office Properties

TENANT:

NEW CENTURY MORTGAGE CORPORATION,
a California corporation

By _____
Name  Elise Luckham   9-10-04
Title  Vice President
       Corporate Services

By _____
Name _____
Title _____

# THE IRVINE COMPANY

## 320 Commerce, Suite 100



Stevenson Systems, Inc.
©1985-2004 All Rights Reserved

**Exhibit A**