## CERTIFICATE OF SERVICE

I, Michael G. Busenkell, hereby certify that copies of The Irvine Company's Conditional Objection To The Debtors' (A) Motion For Order Approving Sale Of Technology Assets, Etc.; And (B) Notice Of Intent To Assume, Assign And Sell Certain Executory Contracts And Unexpired Leases In Connection Therewith were served locally by hand and non-locally by first class mail, postage pre-paid, this 15th day of June, 2007, upon the following parties:

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorney for Debtors*

Suzzanne S. Uhland, Esq.
O'Melveny & Myers LLP
275 Batter Street
San Francisco, CA 94111
*Attorney for Debtors*

Bonnie Glantz Fatell, Esq.
Blank Rome, LLP
1201 Market Street, Suite 800
Wilimington, DE 19801
*Attorney for the Official Committee of Unsecured Creditors*

Mark T. Power, Esquire
Hahn & Hessen
488 Madison Avenue
New York, NY. 10022
*Attorney for the Official Committee of Unsecured Creditors*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilimington, DE 19899

By: _____
Michael G. Busenkell

U0007251