IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY HOLDINGS, INC., | ) | Case No. 07-10416 (KJC) |
| A Delaware corporation, et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF FUTURE MAILINGS

**PLEASE TAKE NOTICE** that neither Bruce Courtade nor Rhoades McKee represent Gina Brown and request that all future mailings be sent to: Gina Brown, 2303 18 Mile Road, NE, Cedar Springs, Michigan 49319.

Dated: June 10, 2007

RHOADES McKEE

By: _____
Bruce Courtade (P41946)
Business Address:
    600 Waters Building
    161 Ottawa Avenue, N. W.
    Grand Rapids, MI 49503
    Telephone: (616) 235-3500

U:\53\53816\001\UNITED STATES BANKRUPTCY COURT-Delaware.doc eja