**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:  NC TRS Holdings

Case No:          07-10416
Reporting Period:    APRIL 30, 2007

**MONTHLY OPERATING REPORT**
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Esplaination Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor                                              Date

_____          _____
Signature of Joint Debtor                                      Date

_____          _____
Signature of Authorized Individual*                        6·15·07
                                                                          Date

_Michael G Tinsley_                              _CFO_
Printed Name of Authorized Individual        Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

# United States Bankruptcy Court
## For the District of Delaware

In re:  New Century TRS Holdings, Inc.                                    Case No. 07-10416
                    Debtor                                      Reporting Period: April 2007

### NOTES TO MONTHLY OPERATING REPORT

The Monthly Operating Report contains financial information that has been prepared by the Debtor's management and has not been audited or reviewed by independent registered public accountants.  Some of the financial information in the Monthly Operating Report is not presented in accordance with generally accepted accounting principles ("GAAP") and may be subject to future reconciliation and adjustments. While management of the Debtor has made every effort to ensure that the Monthly Operating Report is accurate and complete based on information that was available at the time of preparation, inadvertent errors or omission may exist and the subsequent receipt of information may result in material changes in the data contained in the Monthly Operating Report that would warrant amendment of same.  The Debtor reserves the right to amend its Monthly Operating Report as necessary or appropriate and expects it will do so as information becomes available.

The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on the Monthly Operating Report as to amount, liability or classification.

The Debtor utilizes a consolidated cash management system.  The Monthly Operating Report may not reflect payments by an affiliated debtor on behalf of this Debtor, as well as payments between debtor and non-debtor affiliates.

As provided by GAAP, the Debtors' books, records and prior filings have characterized the loan repurchase agreements as secured financing arrangements, including the estimated total liability as a secured claim and the underlying mortgage loans and residual interests as assets of the debtors.  This treatment is also reflected in this Monthly Operating Report.  The loan repurchase agreements, however, generally provide that the Debtors sold mortgage loans (or residual interests) to the counterparties subject to a right and obligation to repurchase these mortgage loans or residual interests at a subsequent date or upon the occurrence of certain events.  The Debtors reserve all rights with respect to the loans repurchase agreements, including the proper characterization, the underlying assets and outstanding amounts.

As explained in a Current Report on Form 8-K filed by New Century Financial Corporation (an additional debtor in this case and the Debtor's ultimate parent) ("NCFC") with the Securities and Exchange Commission (the "SEC") on February 7, 2007, the previously filed consolidated interim financial statements of NCFC and its subsidiaries (including the Debtor) for the quarters ended March 31, 2006, June 30, 2006 and September 30, 2006 (the "Interim Financial Statements") should not be relied upon. As explained in a Current Report on Form 8-K filed by NCFC with the SEC on May 24, 2007, the previously filed consolidated annual financial statements of NCFC and its subsidiaries (including the Debtor) for its fiscal year ended December 31, 2005 (the "2005 Financial Statements") should also not be relied upon. The information contained in the Monthly Operating Report is further qualified by these disclosures.

In re: **New Century TRS Holdings**

**Debtor**

Case No:                                07-10416

Reporting Period:                    **APRIL 30, 2007**

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING  OF MONTH** | | | 0 | 22,400 | 22,400 | | | |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF  ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | (192) | (192) | | | |
| TRANSFERS  (FROM DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| TOTAL  RECEIPTS | | | | (192) | (192) | | | |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH  LIST) | | | | | | | | |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | | | | | 0 | 0 | | |
| | | | | | | | | |
| NET CASH FLOW | | | | | (192) | (192) | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | | | | 22,208 | 22,208 | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | |
| --- | --- |
| **TOTAL DISBURSEMENTS** | 0 |
|  LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | 0 |
|  PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 0 |

The debtors have a centralized cash disbursement operation, and therefore the cash disbursements, other than payroll, are reported under the debtor that actually makes the cash disbursement.  Amounts paid on behalf of other debtors are charged via the intercompany payable/receivable accounts.

In re: **New Century TRS Holdings**                                                                          **Case No:**                           **07-10416**

**Debtor**                                                                                                                       **Reporting Period:**              **APRIL 30, 2007**

**BANK RECONCILIATIONS**
**Continuation Sheet for MOR-1**
A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | # | | # | | # | | # | |
| | | | | | | | | |
| **BANK BALANCE** | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | See attached | | | |
| balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| New Century TRS Holdings, Inc. | | | | | |
| MOR1 Schedule | | | | | |
| Case #07-10416 | | | | | |
| | | | | | |
| Description | Type of Account | Bk Acctg # | G/L Acctg # | G/L Bal @ 04/30/07 | Bank Bal @ 04/30/07 |
| MERRILL LYNCH<br>2001 SPRING ROAD<br>OAK BROOK, IL 60523<br>ACCOUNT #637-07247 & #637-07246 | | 637-07246 | NCFC1045 | 22,400.05 | 24,668.29 |
| | Union Bank Lock Box | | NCFC1020 | (192.00) | - |
| | | | Total NCFC | 22,208.05 | 24,668.29 |

**NEW CENTURY FINANCIAL CORPORATION**
**EMPLOYEE STOCK PURCHASE PLAN**
**MERRILL LYNCH ACCOUNT 637-07247 & 637-07246**
**GL Account NCFC 1045**
April 30, 2007

| | | | |
|---|---|---|---|
| **BALANCE AT MERRILL LYNCH** | Acct# 637-07247 | **24,433.29** | |
| | Acct# 637-07246 | **235.00** | |
| | | | |
| **TOTAL MERRILL LYNCH BALANCE** | | 24,668.29 | |
| | | | |
| **BALANCE ON G/L** | | **22,400.05** | |
| March Dividends | | 2,137.86 | A |
| Tranfer Fee | | (30.00) | B |
| April Dividends | | 160.38 | A |
| | | | |
| **ADJ G/L BALANCE** | | 24,668.29 | |

PREPARED BY:    Loanne Wu                          6/14/2007

APPROVED BY:

<u>Note:</u>
**A: Book March Dividends from statement, JE to clear in May by Loanne (DR 1045-0000, CR 4040-1100)**
**A: Book March Transfer Fee from statement, JE to clear in May by Loanne (CR 1045-0000, DR 4040-1100)**



**TOTAL MERRILL**

Online at: **www.businesscenter.ml.com**          Account Number: 637-07247          24-Hour Assistance: (866) 4MLBUSINESS

NEW CENTURY FINANCIAL CORP,ESO
PATTI//DODGE
18400 VON KARMAN AVE # 1000
IRVINE CA 92612-0516

**Net Portfolio Value:**          *$5,943,469.96*

**Your Financial Advisor:**
BRETT A KORENSKY
2001 SPRING ROAD
OAK BROOK IL    60523-1888
brett_a_korensky@ml.com
(630) 954-6307

# ■ WCMA® ACCOUNT

*March 31, 2007 - April 30, 2007*

## ASSETS

| | April 30 | March 30 |
|---|---|---|
| Cash/Money Accounts | 24,433.29 | 24,272.91 |
| Fixed Income | · | · |
| Equities | 5,919,036.67 | 7,049,639.18 |
| Mutual Funds | · | · |
| Options | · | · |
| Other | · | · |
| *Subtotal (Long Portfolio)* | *5,943,469.96* | *7,073,912.09* |
| **TOTAL ASSETS** | **$5,943,469.96** | **$7,073,912.09** |

## LIABILITIES

| | | |
|---|---|---|
| Debit Balance | · | · |
| Short Market Value | · | · |
| **TOTAL LIABILITIES** | · | · |
| **NET PORTFOLIO VALUE** | **$5,943,469.96** | **$7,073,912.09** |

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| **Opening Cash/Money Accounts** | **$24,272.91** | |
| **CREDITS** | | |
| Funds Received | · | · |
| Electronic Transfers | · | · |
| Other Credits | · | 502,614.87 |
| *Subtotal* | · | *502,614.87* |
| **DEBITS** | | |
| Electronic Transfers | · | (525,000.00) |
| Margin Interest Charged | · | · |
| Other Debits | · | (30.00) |
| Visa Purchases *(debits)* | · | · |
| ATM/Cash Advances | · | · |
| Checks Written/Bill Payment | · | · |
| *Subtotal* | · | *(525,030.00)* |
| **Net Cash Flow** | · | **($22,415.13)** |
| Dividends/Interest Income | 160.38 | 5,601.67 |
| Security Purchases/Debits | · | · |
| Security Sales/Credits | · | · |
| **Closing Cash/Money Accounts** | **$24,433.29** | |
| Securities You Transferred In/Out | | (1,128,450.72) |

+

NEW CENTURY FINANCIAL CORP,ESO          Account Number: 637-07247          24-Hour Assistance: (866) 4MLBUSINESS

## *YOUR WCMA ASSETS*

March 31, 2007 - April 30, 2007

### CASH/MONEY ACCOUNTS

| Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 1.29 | 1 | | 1.29 | | |
| WCMA MONEY FUND CLASS 4 | 24,432.00 | 24,432 | 1.0000 | 24,432.00 | 1,189 | 4.87 |
| **TOTAL** | | 24,433 | | 24,433.29 | 1,189 | 4.87 |

A change in tier assignment will automatically convert the class of WCMA money fund shares held in your account.  The WCMA Agreement and Program Description and the WCMA Fund Prospectus contain more details.

### EQUITIES

| Description | | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW CENTURY FINL CORP | N/O | NEWC | N/A | 4,469,668 | N/A | N/A | 0.8900 | 3,978,004.52 | N/A | | |
| | N/O | | N/A | 3,536 | N/A | N/A | 0.8900 | 3,147.04 | N/A | | |
| | N/O | | N/A | 43 | N/A | N/A | 0.8900 | 38.27 | N/A | | |
| | N/O | | N/A | 22,971 | N/A | N/A | 0.8900 | 20,444.19 | N/A | | |
| | N/O | | N/A | 877,029 | N/A | N/A | 0.8900 | 780,555.81 | N/A | | |
| | N/O | | N/A | 23,231 | N/A | N/A | 0.8900 | 20,675.59 | N/A | | |
| | N/O | | N/A | 2,528 | N/A | N/A | 0.8900 | 2,249.92 | N/A | | |
| | N/O | | N/A | 333 | N/A | N/A | 0.8900 | 296.37 | N/A | | |
| | N/O | | N/A | 1,264 | N/A | N/A | 0.8900 | 1,124.96 | N/A | | |
| | N/O | | N/A | 1,250,000 | N/A | N/A | 0.8900 | 1,112,500.00 | N/A | | |
| Subtotal | | | | 6,650,603 | | | | 5,919,036.67 | | | |
| **TOTAL** | | | | | | | | 5,919,036.67 | | | |

### RESEARCH RATINGS

| Security | Symbol | ML Rating | Independent Research Provider | Independent Research Provider | Jaywalk Consensus Rating SELL    HOLD    BUY | |
|---|---|---|---|---|---|---|
| NEW CENTURY FINL CORP | NEWC | N/A | Under Review - Morningstar | Sell -Market Edge Research | | 2.38 |

**PLEASE REFER TO THE BACK OF YOUR STATEMENT FOR A GUIDE TO YOUR MERRILL LYNCH AND INDEPENDENT RESEARCH RATINGS.**

+

014



**TOTAL MERRILL**

NEW CENTURY FINANCIAL CORP,ESO                    Account Number: 637-07247

## YOUR WCMA ASSETS

March 31, 2007 - April 30, 2007

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|
| **TOTAL** | 24,433 | **5,943,469.96** | | | **1,189** | .02 |

Total values exclude N/A items

## YOUR WCMA TRANSACTIONS

**DIVIDENDS/INTEREST INCOME TRANSACTIONS**

| Date | Transaction Type | Quantity | Description | Income | Income Year To Date |
|---|---|---|---|---|---|
| 04/30 | Share Dividend | 160 | WCMA MONEY FUND CLASS 4 PAY DATE 04/27/2007 | | |
| 04/30 | Cash Dividend | | WCMA MONEY FUND CLASS 4 PAY DATE 04/27/2007 FROM 03-30 THRU 04-27 | .38 | |
| | Income Total | | WCMA MONEY FUND CLASS 4 | 160.00 | |
| | *Subtotal (Dividends)* | | | *160.38* | *5,601.67* |
| | **NET TOTAL** | | | **160.38** | **5,601.67** |



**TOTAL MERRILL**

NEW CENTURY FINANCIAL CORP,ESO
PATTI//DODGE
18400 VON KARMAN AVE # 1000
IRVINE CA 92612-0516

Primary Account: 637-07247

# ■ YOUR MERRILL LYNCH REPORT

March 31, 2007 - April 30, 2007

## PORTFOLIO SUMMARY

| | *April 30* | *March 30* | *Month Change* | |
|---|---|---|---|---|
| **Net Portfolio Value** | **$5,943,469.96** | **$7,073,912.09** | **($1,130,442.13)** | ▼ |
| Your assets | $5,943,469.96 | $7,073,912.09 | ($1,130,442.13) | ▼ |
| Your liabilities | | | | |
| Your Net Cash Flow (Inflows/Outflows) | - | ($525,030.00) | | |
| Securities You Transferred In/Out | - | | | |
| ***Subtotal Net Contributions*** | - | ***($525,030.00)*** | | |
| Your Dividends/Interest Income | $160.38 | $2,137.86 | | |
| Your Market Change | ($1,130,602.51) | ($94,970,610.84) | | |
| ***Subtotal Investment Earnings*** | ***($1,130,442.13)*** | ***($94,968,472.98)*** | | |

**Need Investment Guidance?**
**Call Your Financial Advisor**

**Your Financial Advisor:**
BRETT A KORENSKY
2001 SPRING ROAD
OAK BROOK IL    60523-1888
brett_a_korensky@ml.com
(630) 954-6307

**Net Portfolio Value (in millions), 2002-2007**



**If you have questions on your statement,**
**call 24-Hour Assistance:**
(866) 4MLBUSINESS
(866) 465-2874

Up-to-date account information can be viewed at: www.businesscenter.ml.com, where your statements are archived for three or more years.

## WATCH INVESTMENT INSIGHTS VIDEO

You can view video commentary by Merrill Lynch Chief Investment Strategist Richard Bernstein as he shares his insights on market developments. New insights will be available regularly on the Merrill Lynch OnLine 'Home' page (www.mlol.ml.com).

+

Primary Account: 637-07247                    24-Hour Assistance: (866) 4MLBUSINESS

# ■ YOUR PORTFOLIO REVIEW

March 31, 2007 - April 30, 2007

## ASSET ALLOCATION

*Estimated Accrued Interest not included*
*May not reflect all holdings*



|  | Percent |
|---|---|
| □ Equities | 100% |
| **TOTAL** | **100%** |

## CURRENT INCOME



|  | This Report | Year To Date |
|---|---|---|
| Tax-Exempt Interest | - | - |
| Interest | - | - |
| Non-Reportable Dividends | - | - |
| Dividends | 160.38 | 5,601.67 |
| Total | $160.38 | $5,601.67 |
| **Your Estimated Annual Income** |  | **$1,189.84** |

## TOP FIVE PORTFOLIO HOLDINGS

*Based on Estimated Market Value*

|  | Current Value | % of Portfolio |
|---|---|---|
| NEW CENTURY FINL CORP | 5,919,036.67 | 99.59% |
| WCMA MONEY FUND CLASS 4 | 24,432.00 | 0.41% |
| CASH | 1.29 |  |

## FINANCIAL MARKET INDICATORS

|  | This Report | Last Report | Previous Year End |
|---|---|---|---|
| S&P 500 | 1482.37 | 1420.86 | 1418.30 |
| Three-Month Treasury Bills | 4.84% | 5.03% | 5.01% |
| Long-Term Treasury Bonds | 4.81% | 4.85% | 4.81% |
| One-Month LIBOR | 5.32% | 5.32% | 5.33% |
| NASDAQ | 2525.09 | 2421.64 | 2415.29 |

+

014



**TOTAL MERRILL**

Primary Account: 637-07246

NEW CENTURY FINANCIAL CORP,ESP
ATTN: PATTI//DODGE
18400 VON KARMAN AVE # 1000
IRVINE CA 92612-0516

# ■ YOUR MERRILL LYNCH REPORT

March 31, 2007 - April 30, 2007

## PORTFOLIO SUMMARY

| | April 30 | March 30 | Month Change |
|---|---|---|---|
| **Net Portfolio Value** | **$235.00** | **$235.00** | - |
| Your assets | $235.00 | $235.00 | - |
| Your liabilities | - | - | |
| Your Net Cash Flow (Inflows/Outflows) | - | - | |
| Securities You Transferred In/Out | - | - | |
| ***Subtotal Net Contributions*** | - | - | |
| Your Dividends/Interest Income | - | - | |
| Your Market Change | - | - | |
| ***Subtotal Investment Earnings*** | - | - | |

**Need Investment Guidance?**
**Call Your Financial Advisor**

**Your Financial Advisor:**
BRETT A KORENSKY
2001 SPRING ROAD
OAK BROOK IL    60523-1888
brett_a_korensky@ml.com
(630) 954-6307

**Net Portfolio Value (in millions), 2002-2007**



If you have questions on your statement,
call 24-Hour Assistance:
(800) MERRILL
(800) 637-7455

Up-to-date account information can be viewed
at: www.mlol.ml.com, where your statements
are archived for three or more years.

Questions about MLOL?  Click the "help" tab at
the top of the screen once you log in.

+

## WATCH INVESTMENT INSIGHTS VIDEO
You can view video commentary by Merrill Lynch Chief Investment Strategist
Richard Bernstein as he shares his insights on market developments. New insights will
be available regularly on the Merrill Lynch OnLine 'Home' page (www.mlol.ml.com).

Primary Account: 637-07246 — 24-Hour Assistance: (800) MERRILL

# ■ YOUR PORTFOLIO REVIEW

March 31, 2007 - April 30, 2007

## ASSET ALLOCATION

*Estimated Accrued Interest not included*
*May not reflect all holdings*



|  | Percent |
|---|---|
| ☐ Cash/Money Accounts | 100% |
| **TOTAL** | **100%** |

## TOP FIVE PORTFOLIO HOLDINGS

*Based on Estimated Market Value*

|  | Current Value | % of Portfolio |
|---|---|---|
| CASH | 235.00 | 100.00% |

## FINANCIAL MARKET INDICATORS

|  | This Report | Last Report | Previous Year End |
|---|---|---|---|
| S&P 500 | 1482.37 | 1420.86 | 1418.30 |
| Three-Month Treasury Bills | 4.84% | 5.03% | 5.01% |
| Long-Term Treasury Bonds | 4.81% | 4.85% | 4.81% |
| One-Month LIBOR | 5.32% | 5.32% | 5.33% |
| NASDAQ | 2525.09 | 2421.64 | 2415.29 |

What investments should you consider to help you reach your goals?  Speak with your Financial Advisor today.

+

002

1073



**TOTAL MERRILL**

Online at: **www.mlol.ml.com**          Account Number: 637-07246          24-Hour Assistance: (800) MERRILL

NEW CENTURY FINANCIAL CORP,ESP
ATTN: PATTI//DODGE
18400 VON KARMAN AVE # 1000
IRVINE CA 92612-0516

**Net Portfolio Value:**                                    *$235.00*

**Your Financial Advisor:**
BRETT A KORENSKY
2001 SPRING ROAD
OAK BROOK IL     60523-1888
brett_a_korensky@ml.com
(630) 954-6307

# INDIVIDUAL INVESTOR ACCOUNT

*March 31, 2007 - April 30, 2007*

## ASSETS

| | April 30 | March 30 |
|---|---|---|
| Cash/Money Accounts | **235.00** | 235.00 |
| Fixed Income | • | • |
| Equities | • | • |
| Mutual Funds | • | • |
| Options | • | • |
| Other | • | • |
| Subtotal (Long Portfolio) | **235.00** | 235.00 |
| **TOTAL ASSETS** | **$235.00** | $235.00 |

## LIABILITIES

| | | |
|---|---|---|
| Debit Balance | | • |
| Short Market Value | | • |
| **TOTAL LIABILITIES** | | • |
| **NET PORTFOLIO VALUE** | **$235.00** | $235.00 |

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| **Opening Cash/Money Accounts** | **$235.00** | |
| **CREDITS** | | |
| Funds Received | • | • |
| Electronic Transfers | • | • |
| Other Credits | • | • |
| Subtotal | • | • |
| **DEBITS** | | |
| Electronic Transfers | • | • |
| Margin Interest Charged | • | • |
| Other Debits | • | • |
| Visa Purchases *(debits)* | • | • |
| ATM/Cash Advances | • | • |
| Checks Written/Bill Payment | • | • |
| Subtotal | • | • |
| **Net Cash Flow** | • | • |
| Dividends/Interest Income | • | • |
| Security Purchases/Debits | • | • |
| Security Sales/Credits | • | • |
| **Closing Cash/Money Accounts** | **$235.00** | |
| Securities You Transferred In/Out | • | • |

NEW CENTURY FINANCIAL CORP,ESP                    Account Number: 637-07246                    24-Hour Assistance: (800) MERRILL

## *YOUR INDIVIDUAL INVESTOR ACCOUNT ASSETS*

March 31, 2007 - April 30, 2007

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 235.00 | 235 | | **235.00** | | |

| LONG PORTFOLIO | | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|
| **TOTAL** | | 235 | **235.00** | | | | |

New Century Financial Corp.
04/01/2007 Thru 04/30/2007, Detail, Non-Zero Accounts, Posted Transactions

Beginning Segment 1: 1045                                                    Ending Segment 1: 1045
Beginning Segment 1: 1020                                                    Ending Segment 1: 1020

| APPLY DATE | JRNL | JOURNAL NUMBER | ORIGINATNG COMPANY | DESCRIPTION | CURR | NATURAL AMOUNT | HOME / OPERATIONAL CURRENCY | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | DEBIT | CREDIT | BALANCE |
| 1020-0000  Union Bank Payroll Account Control Accou | | | | | Beginning Balance | | | | 0.00 |
| Reference Code: | | | | | | | | | |
| 4/5/2007 | GJ | JRNL100005015 | NCMC | | USD | (192.00) | 0.00 | 192.00 | (192.00) |
| | | | | Period 4 Totals: | | | 0.00 | 192.00 | (192.00) |
| | | | | Reference Code:   Totals: | | | 0.00 | 192.00 | (192.00) |
| | | | | Ending Balance thru 04/30/2007 | | | | | (192.00) |
| 1045-0000  Merrill Lynch Account Control Account | | | | | Beginning Balance | | | | 22,400.05 |

Report Totals:                                              22,400.05        0.00        192.00        22,208.05 *

Total Number of accounts listed:  2

**New Century Financial Corp.**
**Union Bank of California Lockbox**
**1020-0000**
As of 04/30/07

| TRANS DATE | JOURNAL CONTROL # | DESCRIPTION | BALANCE |
|---|---|---|---|
| 3/31/2007 | | Beginning Balance | $0.00 |
| 4/5/2007 | 100,005,015.00 | NCMC | ($192.00) |
| | | Total: | ($192.00) |
| | | GL Balance as of April 30, 2007 | ($192.00) |
| | | Variance | $0.00 |

PREPARED BY:   _____     DATE _____

APPROVED BY:   _____     DATE _____

New Century Financial Corp.
04/01/2007 Thru 04/30/2007,  Detail,  Non-Zero Accounts,  Posted Transactions

Beginning Segment 1: 1045
Beginning Segment 1: 1020

Ending Segment 1: 1045
Ending Segment 1: 1020

| APPLY DATE | JRNL | JOURNAL NUMBER | ORIGINATNG COMPANY | DESCRIPTION | CURR | NATURAL AMOUNT | HOME / OPERATIONAL CURRENCY | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | DEBIT | CREDIT | BALANCE |
| 1020-0000  Union Bank Payroll Account Control Accou | | | | Beginning Balance | | | | | 0.00 |
| Reference Code: | | | | | | | | | |
| 4/5/2007 | GJ | JRNL100005015 | NCMC | | USD | (192.00) | 0.00 | 192.00 | (192.00) |
| | | | | Period 4  Totals: | | | 0.00 | 192.00 | (192.00) |
| | | | | Reference Code:   Totals: | | | 0.00 | 192.00 | (192.00) |
| | | | | Ending Balance thru 04/30/2007 | | | | | (192.00) |
| 1045-0000  Merrill Lynch Account Control Account | | | | Beginning Balance | | | | | 22,400.05 |

Report Totals:

| | | | 22,400.05 | 0.00 | 192.00 | 22,208.05 * |
|---|---|---|---|---|---|---|

Total Number of accounts listed:  2

**In re:  New Century TRS Holdings**
**Debtor**

Case No:                           **07-10416**
Reporting Period:          **APRIL 30, 2007**

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Expenses | Year-To-Date Fees | Expenses |
|-------|----------------|-----------------|-------|--------------|------|------------------|----------|-------------------|----------|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

*None this reporting period*

| In re:  New Century TRS Holdings | Case No: | 07-10416 |
|---|---|---|
| **Debtor** | **Reporting Period:** | **APRIL 30, 2007** |

### STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | APRIL 30, 2007 | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $0 | 0 |
| Less:  Returns and Allowances | 0 | 0 |
| Net Revenue | 0 | 0 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 0 | 0 |
| Add: Purchases | 0 | 0 |
| Add: Cost of Labor | 0 | 0 |
| Add: Other Costs (attach schedule) | 0 | 0 |
| Less: Ending Inventory | 0 | 0 |
| Cost of Goods Sold | 0 | 0 |
| Gross Profit | 0 | 0 |
| **OPERATING EXPENSES** | | |
| Advertising | 0 | 0 |
| Auto and Truck Expense | 0 | 0 |
| Bad Debts | 0 | 0 |
| Contributions | 0 | 0 |
| Employee Benefits Programs | 0 | 0 |
| Insider Compensation* | 0 | 0 |
| Insurance | 0 | 0 |
| Management Fees/Bonuses | 0 | 0 |
| Office Expense | 0 | 0 |
| Pension & Profit-Sharing Plans | 0 | 0 |
| Repairs and Maintenance | 0 | 0 |
| Rent and Lease Expense | 0 | 0 |
| Salaries/Commissions/Fees | 1,035,582 | 1,035,582 |
| Supplies | 0 | 0 |
| Taxes - Payroll | 0 | 0 |
| Taxes - Real Estate | 0 | 0 |
| Taxes - Other | 0 | 0 |
| Travel and Entertainment | 0 | 0 |
| Utilities | 0 | 0 |
| Other (attach schedule) | 10 | 10 |
| Total Operating Expenses Before Depreciation | 1,035,592 | 1,035,592 |
| Depreciation/Depletion/Amortization | 0 | 0 |
| Net Profit (Loss) Before Other Income & Expenses | (1,035,592) | (1,035,592) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | 0 | 0 |
| Interest Expense | 0 | 0 |
| Other Expense (attach schedule) | 0 | 0 |
| Net Profit (Loss) Before Reorganization Items | 0 | 0 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 0 | 0 |
| U. S. Trustee Quarterly Fees | 0 | 0 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation | 0 | 0 |
| Gain (Loss) from Sale of Equipment | 0 | 0 |
| Other Reorganization Expenses (attach schedule) | 0 | 0 |
| Total Reorganization Expenses | 0 | 0 |
| Income Taxes | 0 | 0 |
| Net Profit (Loss) | ($1,035,592) | ($1,035,592) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re:  New Century TRS Holdings           **Case No:**         **07-10416**
**Debtor**                             **Reporting Period:**       **APRIL 30, 2007**

### STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | APRIL 30, 2007 | Cumulative Filing to Date |
|---|---|---|
| | 0 | 0 |
| **Other Costs** | | |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| *TOTAL OTHER COSTS* | 0 | 0 |
| **Other Operational Expenses** | | |
| Conference & Seminars | 0 | 0 |
| Dues & Subscriptions | 0 | 0 |
| Legal Services | 0 | 0 |
| Accounting Services | 0 | 0 |
| Consulting & Contract Services | 0 | 0 |
| Intercompany Allocation | 0 | 0 |
| Training | 0 | 0 |
| Other Misc Expenses | 10 | 10 |
| Minority Interest | 0 | 0 |
| Intercompany Interest Expense | 0 | 0 |
| Guarantee Fee | 0 | 0 |
| Provision for Loan Losses | 0 | 0 |
| *TOTAL OTHER OPERATING EXPENSES* | 10 | 10 |
| **Other Income** | | |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| *TOTAL OTHER INCOME* | 0 | 0 |
| **Other Expenses** | | |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| *TOTAL OTHER EXPENSES* | 0 | 0 |
| **Other Reorganization Expenses** | | |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| *TOTAL OTHER REORGANIZATION EXPENSES* | 0 | 0 |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

| In re:  New Century TRS Holdings | Case No: | 07-10416 |
|---|---|---|
| **Debtor** | Reporting Period: | **APRIL 30, 2007** |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH APRIL 30, 2007 | BOOK VALUE ON PETITION DATE** APRIL 2, 2007 |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | $22,208 | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | 0 | |
| Accounts Receivable (Net) | 0 | |
| Notes Receivable | 0 | |
| Inventories | 0 | |
| Prepaid Expenses | 2,664,999 | |
| Professional Retainers | 0 | |
| Other Current Assets (attach schedule) | 0 | 0 |
| *TOTAL CURRENT ASSETS* | 2,687,207 | 0 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 0 | |
| Machinery and Equipment | 0 | |
| Furniture, Fixtures and Office Equipment | 0 | |
| Leasehold Improvements | 0 | |
| Vehicles | 0 | |
| Less Accumulated Depreciation | 0 | |
| *TOTAL PROPERTY & EQUIPMENT* | 0 | 0 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | 0 | |
| Other Assets (attach schedule) | 56,328,816 | 0 |
| *TOTAL OTHER ASSETS* | 56,328,816 | 0 |
| | | |
| **TOTAL ASSETS** | 59,016,023 | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH APRIL 30, 2007 | BOOK VALUE ON PETITION DATE** APRIL 2, 2007 |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | 0 | |
| Taxes Payable (refer to FORM MOR-4) | 0 | |
| Wages Payable | 0 | |
| Notes Payable | 0 | |
| Rent / Leases - Building/Equipment | 0 | |
| Secured Debt / Adequate Protection Payments | 0 | |
| Professional Fees | 0 | |
| Amounts Due to Insiders* | 0 | |
| Other Postpetition Liabilities (attach schedule) | 0 | 0 |
| *TOTAL POSTPETITION LIABILITIES* | 0 | 0 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 0 | |
| Priority Debt | 0 | |
| Unsecured Debt | 2,082,741 | |
| *TOTAL PRE-PETITION LIABILITIES* | 2,082,741 | 0 |
| | | |
| *TOTAL LIABILITIES* | 2,082,741 | |
| **OWNER EQUITY** | | |
| Capital Stock | 0 | |
| Additional Paid-In Capital | (60,887,310) | |
| Partners' Capital Account | 0 | |
| Owner's Equity Account | 0 | |
| Retained Earnings - Pre-Petition | 118,856,184 | |
| Retained Earnings - Postpetition | (1,035,592) | |
| Adjustments to Owner Equity (attach schedule) | 0 | 0 |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | 0 | 0 |
| *NET OWNER EQUITY* | 56,933,282 | 0 |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 59,016,023 | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**See Statement of Financial Affairs and Schedules of Assets and Liabilities filed with the court on May 31, 2007.

In re: **New Century TRS Holdings** | **Case No:** | **07-10416**
--- | --- | ---
**Debtor** | **Reporting Period:** | **APRIL 30, 2007**

| Other Current Assets | BOOK VALUE AT END OF CURRENT REPORTING MON APRIL 30, 2007 | BOOK VALUE ON PETITION DATE** APRIL 2, 2007 |
| --- | --- | --- |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| *TOTAL OTHER CURRENT ASSETS* | 0 | 0 |
| Other Assets | | |
| Loans Held for Sale | 0 | |
| Loans Held for Investment | 0 | |
| Residual Interests | 0 | |
| Mortgage Servicing Rights | 0 | |
| Intangible Assets | 0 | |
| Investment in Sub | 274,222,803 | |
| Due to/from affiliates | 0 | |
| Receivable from Subs | (267,435,951) | |
| Investment in Carrington Capital Management, LLC | 49,541,964 | |
| *TOTAL OTHER ASSETS* | 56,328,816 | 0 |
| Other Postpetition Liabilities | BOOK VALUE AT END OF CURRENT REPORTING MON APRIL 30, 2007 | BOOK VALUE ON PETITION DATE** APRIL 2, 2007 |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| *TOTAL POSTPETITION LIABILITIES* | 0 | 0 |
| Adjustments to Owner Equity | | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| *TOTAL ADJUSTMENTS TO OWNER EQUITY* | 0 | 0 |
| Postpetition Contributions (Distributions) (Draws) | | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| *TOTAL POSTPETITION CONTRIBUTIONS* | 0 | 0 |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

**See Statement of Financial Affairs and Schedules of Assets and Liabilities filed with the court on May 31, 2007.

In re:  New Century TRS Holdings _____

**Debtor**

Case No: 07-10416

Reporting Period: **APRIL 30, 2007**

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | N/A | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | None this reporting period | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

| In re: **New Century TRS Holdings** | **Case No:** | **07-10416** |
|---|---|---|
| **Debtor** | **Reporting Period:** | **APRIL 30, 2007** |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |