UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:  NC Ventures

Case No:          07-10429
Reporting Period:    APRIL 30, 2007

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explaination Attached | Affidavit/Supple ment Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____                    _____
Signature of Debtor                          Date


_____                    _____
Signature of Joint Debtor                    Date


_____                    6-15-07
Signature of Authorized Individual*          Date

Michael G. Tinsley                           CFO
Printed Name of Authorized Individual        Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

## United States Bankruptcy Court
## For the District of Delaware

In re: New Century Mortgage Ventures, LLC.                    Case No. 07-10429
        Debtor                    Reporting Period: April 2007

### NOTES TO MONTHLY OPERATING REPORT

The Monthly Operating Report contains financial information that has been prepared by the Debtor's management and has not been audited or reviewed by independent registered public accountants.  Some of the financial information in the Monthly Operating Report is not presented in accordance with generally accepted accounting principles ("GAAP") and may be subject to future reconciliation and adjustments. While management of the Debtor has made every effort to ensure that the Monthly Operating Report is accurate and complete based on information that was available at the time of preparation, inadvertent errors or omission may exist and the subsequent receipt of information may result in material changes in the data contained in the Monthly Operating Report that would warrant amendment of same.  The Debtor reserves the right to amend its Monthly Operating Report as necessary or appropriate and expects it will do so as information becomes available.

The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on the Monthly Operating Report as to amount, liability or classification.

The Debtor utilizes a consolidated cash management system.  The Monthly Operating Report may not reflect payments by an affiliated debtor on behalf of this Debtor, as well as payments between debtor and non-debtor affiliates.

As provided by GAAP, the Debtors' books, records and prior filings have characterized the loan repurchase agreements as secured financing arrangements, including the estimated total liability as a secured claim and the underlying mortgage loans and residual interests as assets of the debtors.  This treatment is also reflected in this Monthly Operating Report.  The loan repurchase agreements, however, generally provide that the Debtors sold mortgage loans (or residual interests) to the counterparties subject to a right and obligation to repurchase these mortgage loans or residual interests at a subsequent date or upon the occurrence of certain events.  The Debtors reserve all rights with respect to the loans repurchase agreements, including the proper characterization, the underlying assets and outstanding amounts.

As explained in a Current Report on Form 8-K filed by New Century Financial Corporation (an additional debtor in this case and the Debtor's ultimate parent) ("NCFC") with the Securities and Exchange Commission (the "SEC") on February 7, 2007, the previously filed consolidated interim financial statements of NCFC and its subsidiaries (including the Debtor) for the quarters ended March 31, 2006, June 30, 2006 and September 30, 2006 (the "Interim Financial Statements") should not be relied upon. As explained in a Current Report on Form 8-K filed by NCFC with the SEC on May 24, 2007, the previously filed consolidated annual financial statements of NCFC and its subsidiaries (including the Debtor) for its fiscal year ended December 31, 2005 (the "2005 Financial Statements") should also not be relied upon. The information contained in the Monthly Operating Report is further qualified by these disclosures.

In re: NC Ventures

**Debtor**

Case No: 07-10429

Reporting Period: APRIL 30, 2007

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) . Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | 37,273 | | | 500,000 | 537,273 | | | |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| TRANSFERS FROM AFFILIATES | 15,666 | | | | 15,666 | | | |
| TOTAL RECEIPTS | 15,666 | | | | 15,666 | | | |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | (15,666) | | | | (15,666) | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | (15,666) | | | | (15,666) | | | |
| | | | | | | | | |
| NET CASH FLOW | 0 | | | | 0 | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | 37,273 | | | | 537,273 | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

**THE FOLLOWING SECTION MUST BE COMPLETED**

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | 15,666 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 15,666 |

The debtors have a centralized cash disbursement operation, and therefore the cash disbursements, other than payroll, are reported under the debtor that actually makes the cash disbursement. Amounts paid on behalf of other debtors are charged via the intercompany payable/receivable accounts.

MOR
(04/07)

In re: NC Ventures                                                                    Case No:                    07-10429
Debtor                                                                                Reporting Period:           APRIL 30, 2007

**BANK RECONCILIATIONS**
**Continuation Sheet for MOR-1**
A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | # | | # | | # | | # | |
| | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | *See attached* | | | | | |
| balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

New Century Mortgage Ventures, LLC
MOR1 Schedule
Case #07-10429

| Description | Type of Account | Bk Acctg # | G/L Acctg # | G/L Bal @ 04/30/07 | Bank Bal @ 04/30/07 |
|---|---|---|---|---|---|
| UNION BANK OF CALIFORNIA 445 S. FIGUEROA ST., MC G08-470 LOS ANGELES, CA 90071-1655 ACCOUNT# 7930002326 | Payroll Account | 7930002326 | NCVENT1065 | 10,765.06 | 10,765.06 |
| UNION BANK OF CALIFORNIA 445 S. FIGUEROA ST., MC G08-470 LOS ANGELES, CA 90071-1655 ACCOUNT# 7930002334 | Manual Payroll Account | 7930002334 | NCVENT1066 | 27,508.01 | 27,508.01 |
| UNION BANK OF CALIFORNIA 445 S. FIGUEROA ST., MC G08-470 LOS ANGELES, CA 90071-1655 ACCOUNT# 7930000013 | New Century Mortgage Ventures, LLC | 7930000013 | NCVENT1068 | 500,000.00 | 500,000.00 |
| | | | Total NCVENT | 538,273.07 | 538,273.07 |

**NEW CENTURY MORTGAGE VENTURES LLC**
**UNION BANK 7930002326**
**PAYROLL ACCOUNT RECONCILIATION - 1065**
**As of April 30, 2007**

| | | | |
|---|---|---|---:|
| **BALANCE PER BANK** | Acct #7930002326 | $ | 10,765.06 |
| | 4/30/07 Outstanding Checks | | - |
| **ADJ BANK BALANCE** | | $ | 10,765.06 |
| | | | |
| **BALANCE PER G/L** | | | 10,765.06 |
| | | | |
| **ADJ G/L BALANCE** | | $ | 10,765.06 |

| | | | | |
|---|---|---|---|---:|
| PREPARED BY: | Lina Teang | 5/31/2007 | $ | - |

APPROVED BY:

**Note:**
M:\SHARED\accounting\Bank Recon\2007 Account Recons\[Payroll NCVENT 1065.xls]APR 07



**STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES        CA   90071

Page 1 of 2
NEW  CENTURY  MORTGAGE
VENTURES, LLC
**Statement Number: 7930002326**
03/31/07 - 04/30/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2006

**NEW CENTURY MORTGAGE VENTURES, LLC**
**PAYROLL ACCOUNT**
**CASE # 07-10417**
**18400 VON KARMAN SUITE 1000**
**IRVINE CA 92612**

■

## Analyzed Business Checking Summary

Account Number: 7930002326

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| **Balance on 3/31** | $ | 12,583.38 |
| **Total Credits** | | 16,404.79 |
| Electronic credits (3) | 15,657.55 | |
| Other credits (1) | 747.24 | |
| **Total Debits** | | -18,223.11 |
| Electronic debits (1) | -1,371.90 | |
| Account recon dr (9) | -16,851.21 | |
| **Balance on 4/30** | $ | 10,765.06 |

## C R E D I T S

### Electronic credits

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---|
| 4/4 | WIRE TRANS TRN 0404027253 040407 UBOC UB557448N | 93058081 | $ | 5,067.34 |
| 4/12 | WIRE TRANS TRN 0412021260 041207 UBOC UB574371N | 93055784 | | 2,381.41 |
| 4/12 | WIRE TRANS TRN 0412020173 041207 UBOC UB574196N | 93055248 | | 8,208.80 |
| | **3 Electronic credits** | **Total** | **$** | **15,657.55** |

### Other credits and adjustments

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---|
| 4/3 | MISCELLANEOUS BANK ORIGINATED ITEM | 41418101 | $ | 747.24 |

## D E B I T S

### Electronic debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 4/4 | NEW CENTURY MRTG ACH ENTRY PPD -SETT- GENESYS | 52998615 | $ | 1,371.90 |

**Account reconciliation debits**

| Date | Description | Reference | | Amount |
|------|-------------|-----------|---|--------|
| 4/2 | ACCOUNT RECONCILIATION LIST POST | 99977435 | $ | 747.24 |
| 4/4 | ACCOUNT RECONCILIATION LIST POST | 99977081 | | 1,071.08 |
| 4/10 | ACCOUNT RECONCILIATION LIST POST | 99976903 | | 2,091.56 |
| 4/12 | ACCOUNT RECONCILIATION LIST POST | 99977005 | | 1,393.03 |
| 4/13 | ACCOUNT RECONCILIATION LIST POST | 99977216 | | 1,971.24 |
| 4/16 | ACCOUNT RECONCILIATION LIST POST | 99977220 | | 958.09 |
| 4/17 | ACCOUNT RECONCILIATION LIST POST | 99976930 | | 5,025.11 |
| 4/19 | ACCOUNT RECONCILIATION LIST POST | 99976850 | | 1,944.35 |
| 4/24 | ACCOUNT RECONCILIATION LIST POST | 99976973 | | 1,649.51 |
| | **9  Account reconciliation debits** | **Total** | $ | **16,851.21** |

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | | Ledger Balance |
|------|---|----------------|------|---|----------------|
| 4/2 | $ | 11,836.14 | 4/13-4/15 | $ | 20,342.12 |
| 4/3 | | 12,583.38 | 4/16 | | 19,384.03 |
| 4/4-4/9 | | 15,207.74 | 4/17-4/18 | | 14,358.92 |
| 4/10-4/11 | | 13,116.18 | 4/19-4/23 | | 12,414.57 |
| 4/12 | | 22,313.36 | 4/24-4/30 | | 10,765.06 |

6/14/2007
10:20:39PM

General Ledger Report By Account Code (Apply Date) Page 9 of 22

Page 1

NCVENT
04/01/2007 Thru 04/30/2007, Detail, Non-Zero Accounts, Posted Transactions

Beginning Segment 1: 1065
Beginning Segment 1: 1066
Beginning Segment 1: 1068

Ending Segment 1: 1065
Ending Segment 1: 1066
Ending Segment 1: 1068

| APPLY DATE | JRNL | JOURNAL NUMBER | ORIGINATNG COMPANY | DESCRIPTION | CURR | NATURAL AMOUNT | HOME / OPERATIONAL CURRENCY | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | DEBIT | CREDIT | BALANCE |
| 1065-0000  Payroll Account Control Account - NCVENT | | | | | Beginning Balance | | | | 10,765.06 |
| Reference Code: | | | | | | | | | |
| 4/4/2007 | GJ | JRNL1900001386 | NCMC | PAYROLL | USD | 5,067.34 | 5,067.34 | 0.00 | 15,832.40 |
| 4/6/2007 | GJ | JRNL1900001391 | NCMC | Net Pay DD Ch | USD | (1,121.90) | 0.00 | 1,121.90 | 14,710.50 |
| 4/6/2007 | GJ | JRNL1900001391 | NCMC | Net Pay Syste | USD | (3,695.44) | 0.00 | 3,695.44 | 11,015.06 |
| 4/6/2007 | GJ | JRNL1900001391 | NCMC | Partial DD | USD | (250.00) | 0.00 | 250.00 | 10,765.06 |
| 4/12/2007 | GJ | JRNL1900001387 | NCMC | PAYROLL - MONTHLY COMMISSION | USD | 2,381.41 | 2,381.41 | 0.00 | 13,146.47 |
| 4/12/2007 | GJ | JRNL1900001387 | NCMC | PAYROLL - RIF | USD | 8,208.80 | 8,208.80 | 0.00 | 21,355.27 |
| 4/13/2007 | GJ | JRNL1900001392 | NCMC | Net Pay Syste | USD | (8,208.80) | 0.00 | 8,208.80 | 13,146.47 |
| 4/16/2007 | GJ | JRNL1900001393 | NCMC | Net Pay Syste | USD | (2,381.41) | 0.00 | 2,381.41 | 10,765.06 |
| | | | | Period 4  Totals: | | | 15,657.55 | 15,657.55 | 0.00 |
| | | | | Reference Code:  Totals: | | | 15,657.55 | 15,657.55 | 0.00 |
| | | | Ending Balance thru 04/30/2007 | | | | | | 10,765.06 |
| 1066-0000  Manual Payroll Account Control Account - | | | | | Beginning Balance | | | | 27,508.01 |
| 1068-0000  UB Operating Acct Control Account - NCVE | | | | | Beginning Balance | | | | 500,000.00 |

**Report Totals:**  538,273.07  15,657.55  15,657.55  538,273.07 *

Total Number of accounts listed:  3

**NEW CENTURY MORTGAGE VENTURES LLC**
**UNION BANK 7930002334**
**PAYROLL ACCOUNT RECONCILIATION - 1066**
**As of April 30, 2007**

| | | | | |
|---|---|---|---|---|
| **BALANCE PER BANK** | Acct #7930002334 | | $ | 27,508.01 |
| | 4/30/07 Outstanding Checks | | | - |
| **ADJ BANK BALANCE** | | | $ | 27,508.01 |
| **BALANCE PER G/L** | | | | 27,508.01 |
| **ADJ G/L BALANCE** | | | $ | 27,508.01 |

| | | | | |
|---|---|---|---|---|
| PREPARED BY: | Lina Teang | 6/5/2007 | $ | - |

APPROVED BY:

**Note:**
**M:\SHARED\accounting\Bank Recon\2007 Account Recons\[Payroll NCVENT 1066.xls]Apr07**



# STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES       CA  90071

Page 1 of 1
NEW  CENTURY  MORTGAGE
VENTURES LLC
**Statement Number: 7930002334**
03/31/07 - 04/30/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2006

**NEW CENTURY MORTGAGE VENTURES LLC**
**MANUAL PAYROLL ACCOUNT**
**CASE # 07-10417**
**18400 VON KARMAN SUITE 1000**
**IRVINE CA 92612**

---

## Analyzed Business Checking Summary

Account Number: 7930002334

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| Balance on 3/31 | $ | 27,508.01 |
| Total Credits | | 0.00 |
| Total Debits | | 0.00 |
| Balance on 4/30 | $ | 27,508.01 |

## CREDITS

## DEBITS

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 4/2-4/30 | $ | 27,508.01 | | |

6/14/2007
10:20:39PM

Case 07-10416-BLS   Doc 2987   Filed 06/15/07   Page 12 of 22

Page 1

General Ledger Report By Account Code / Apply Date
NCVENT
04/01/2007 Thru 04/30/2007, Detail, Non-Zero Accounts, Posted Transactions

Beginning Segment 1: 1065      Ending Segment 1: 1065
Beginning Segment 1: 1066      Ending Segment 1: 1066
Beginning Segment 1: 1068      Ending Segment 1: 1068

| APPLY DATE | JRNL | JOURNAL NUMBER | ORIGINATNG COMPANY | DESCRIPTION | CURR | NATURAL AMOUNT | HOME / OPERATIONAL CURRENCY | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | DEBIT | CREDIT | BALANCE |
| 1065-0000 Payroll Account Control Account - NCVENT | | | | | Beginning Balance | | | | 10,765.06 |
| Reference Code: | | | | | | | | | |
| 4/4/2007 | GJ | JRNL1900001386 | NCMC | PAYROLL | USD | 5,067.34 | 5,067.34 | 0.00 | 15,832.40 |
| 4/6/2007 | GJ | JRNL1900001391 | NCMC | Net Pay DD Ch | USD | (1,121.90) | 0.00 | 1,121.90 | 14,710.50 |
| 4/6/2007 | GJ | JRNL1900001391 | NCMC | Net Pay Syste | USD | (3,695.44) | 0.00 | 3,695.44 | 11,015.06 |
| 4/6/2007 | GJ | JRNL1900001391 | NCMC | Partial DD | USD | (250.00) | 0.00 | 250.00 | 10,765.06 |
| 4/12/2007 | GJ | JRNL1900001387 | NCMC | PAYROLL - MONTHLY COMMISSION | USD | 2,381.41 | 2,381.41 | 0.00 | 13,146.47 |
| 4/12/2007 | GJ | JRNL1900001387 | NCMC | PAYROLL - RIF | USD | 8,208.80 | 8,208.80 | 0.00 | 21,355.27 |
| 4/13/2007 | GJ | JRNL1900001392 | NCMC | Net Pay Syste | USD | (8,208.80) | 0.00 | 8,208.80 | 13,146.47 |
| 4/16/2007 | GJ | JRNL1900001393 | NCMC | Net Pay Syste | USD | (2,381.41) | 0.00 | 2,381.41 | 10,765.06 |
| | | | | Period 4 Totals: | | | 15,657.55 | 15,657.55 | 0.00 |
| | | | | Reference Code: Totals: | | | 15,657.55 | 15,657.55 | 0.00 |
| | | | Ending Balance thru 04/30/2007 | | | | | | 10,765.06 |
| 1066-0000 Manual Payroll Account Control Account - | | | | | Beginning Balance | | | | 27,508.01 |
| 1068-0000 UB Operating Acct Control Account - NCVE | | | | | Beginning Balance | | | | 500,000.00 |

Report Totals:      538,273.07    15,657.55    15,657.55    538,273.07 *

Total Number of accounts listed: 3

**NC VENTURE**
**UNION BANK 7930000013**
**OPERATING ACCOUNT RECONCILIATION - 1068**
**April 30, 2007**


BALANCE PER BANK                    $500,000.00


BALANCE PER G/L                     $500,000.00


PREPARED BY:      Donald Daniels                    6/14/07


APPROVED BY:


M:\SHARED\accounting\Bank Recon\2007 Account Recons\[Operating Acct NCVENT 1068.xls]Apr 07



**STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NEW   CENTURY   MORTGAGE
VENTURES LLC
**Statement Number: 7930000013**
03/31/07 - 04/30/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2004

**NEW CENTURY MORTGAGE VENTURES LLC**
**CASE # 07-10417**
**18400 VON KARMAN SUITE 1000**
**IRVINE CA 92612**

---

### Analyzed Business Checking Summary                                    Account Number: 7930000013

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| **Balance on 3/31** | $ | 500,000.00 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 4/30** | $ | 500,000.00 |

## C R E D I T S

## D E B I T S

### Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 4/2-4/30 | $ | 500,000.00 | | |

General Ledger Report By: Account Code / Apply Date
NCVENT
04/01/2007 Thru 04/30/2007,  Detail,  Non-Zero Accounts,  Posted Transactions

Beginning Segment 1: 1065
Beginning Segment 1: 1066
Beginning Segment 1: 1068

Ending Segment 1: 1065
Ending Segment 1: 1066
Ending Segment 1: 1068

| APPLY DATE | JRNL | JOURNAL NUMBER | ORIGINATNG COMPANY | DESCRIPTION | CURR | NATURAL AMOUNT | HOME / OPERATIONAL CURRENCY | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | DEBIT | CREDIT | BALANCE |
| **1065-0000  Payroll Account Control Account - NCVENT** | | | | | **Beginning Balance** | | | | **10,765.06** |
| Reference Code: | | | | | | | | | |
| 4/4/2007 | GJ | JRNL1900001386 | NCMC | PAYROLL | USD | 5,067.34 | 5,067.34 | 0.00 | 15,832.40 |
| 4/6/2007 | GJ | JRNL1900001391 | NCMC | Net Pay DD Ch | USD | (1,121.90) | 0.00 | 1,121.90 | 14,710.50 |
| 4/6/2007 | GJ | JRNL1900001391 | NCMC | Net Pay Syste | USD | (3,695.44) | 0.00 | 3,695.44 | 11,015.06 |
| 4/6/2007 | GJ | JRNL1900001391 | NCMC | Partial DD | USD | (250.00) | 0.00 | 250.00 | 10,765.06 |
| 4/12/2007 | GJ | JRNL1900001387 | NCMC | PAYROLL - MONTHLY COMMISSION | USD | 2,381.41 | 2,381.41 | 0.00 | 13,146.47 |
| 4/12/2007 | GJ | JRNL1900001387 | NCMC | PAYROLL - RIF | USD | 8,208.80 | 8,208.80 | 0.00 | 21,355.27 |
| 4/13/2007 | GJ | JRNL1900001392 | NCMC | Net Pay Syste | USD | (8,208.80) | 0.00 | 8,208.80 | 13,146.47 |
| 4/16/2007 | GJ | JRNL1900001393 | NCMC | Net Pay Syste | USD | (2,381.41) | 0.00 | 2,381.41 | 10,765.06 |
| | | | | Period 4  Totals: | | | 15,657.55 | 15,657.55 | 0.00 |
| | | | | Reference Code:    Totals: | | | 15,657.55 | 15,657.55 | |
| | | | **Ending Balance thru 04/30/2007** | | | | | | **10,765.06** |
| **1066-0000  Manual Payroll Account Control Account -** | | | | | **Beginning Balance** | | | | **27,508.01** |
| **1068-0000  UB Operating Acct Control Account - NCVE** | | | | | **Beginning Balance** | | | | **500,000.00** |

**Report Totals:**

| | | | | |
|---|---|---|---|
| 538,273.07 | 15,657.55 | 15,657.55 | 538,273.07 * |

Total Number of accounts listed:  3

**In re:  NC Ventures**

**Debtor**

**Case No:**      **07-10429**

**Reporting Period:**      **APRIL 30, 2007**

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Expenses | Year-To-Date Fees | Expenses |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | *none this reporting period* | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| In re:  NC Ventures | Case No: | 07-10429 |
|---|---|---|
| **Debtor** | Reporting Period: | APRIL 30, 2007 |

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is
realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | APRIL 30, 2007 | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $0 | 0 |
| Less:  Returns and Allowances | 0 | 0 |
| Net Revenue | 0 | 0 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 0 | 0 |
| Add: Purchases | 0 | 0 |
| Add: Cost of Labor | 0 | 0 |
| Add: Other Costs (attach schedule) | 0 | 0 |
| Less: Ending Inventory | 0 | 0 |
| Cost of Goods Sold | 0 | 0 |
| Gross Profit | 0 | 0 |
| **OPERATING EXPENSES** | | |
| Advertising | 0 | 0 |
| Auto and Truck Expense | 0 | 0 |
| Bad Debts | 0 | 0 |
| Contributions | 0 | 0 |
| Employee Benefits Programs | 0 | 0 |
| Insider Compensation* | 0 | 0 |
| Insurance | 0 | 0 |
| Management Fees/Bonuses | 0 | 0 |
| Office Expense | 0 | 0 |
| Pension & Profit-Sharing Plans | 0 | 0 |
| Repairs and Maintenance | 0 | 0 |
| Rent and Lease Expense | 0 | 0 |
| Salaries/Commissions/Fees | 0 | 0 |
| Supplies | 0 | 0 |
| Taxes - Payroll | 0 | 0 |
| Taxes - Real Estate | 0 | 0 |
| Taxes - Other | 0 | 0 |
| Travel and Entertainment | 0 | 0 |
| Utilities | 0 | 0 |
| Other (attach schedule) | 1,500 | 1,500 |
| Total Operating Expenses Before Depreciation | 1,500 | 1,500 |
| Depreciation/Depletion/Amortization | 0 | 0 |
| Net Profit (Loss) Before Other Income & Expenses | (1,500) | (1,500) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | 0 | 0 |
| Interest Expense | 0 | 0 |
| Other Expense (attach schedule) | 0 | 0 |
| Net Profit (Loss) Before Reorganization Items | 0 | 0 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 0 | 0 |
| U. S. Trustee Quarterly Fees | 0 | 0 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation she | 0 | 0 |
| Gain (Loss) from Sale of Equipment | 0 | 0 |
| Other Reorganization Expenses (attach schedule) | 0 | 0 |
| Total Reorganization Expenses | 0 | 0 |
| Income Taxes | 0 | 0 |
| Net Profit (Loss) | ($1,500) | ($1,500) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: NC Ventures
Debtor

Case No:                07-10429
Reporting Period:    APRIL 30, 2007

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | APRIL 30, 2007 | Cumulative Filing to Date |
|---|---|---|
| | 0 | 0 |
| **Other Costs** | | |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| *TOTAL OTHER COSTS* | 0 | 0 |
| **Other Operational Expenses** | | |
| Conference & Seminars | 0 | 0 |
| Dues & Subscriptions | 0 | 0 |
| Legal Services | 0 | 0 |
| Accounting Services | 0 | 0 |
| Consulting & Contract Services | 1,500 | 1,500 |
| Intercompany Allocation | 0 | 0 |
| Training | 0 | 0 |
| Other Misc Expenses | 0 | 0 |
| Minority Interest | 0 | 0 |
| Intercompany Interest Expense | 0 | 0 |
| Guarantee Fee | 0 | 0 |
| Provision for Loan Losses | 0 | 0 |
| *TOTAL OTHER OPERATING EXPENSES* | 1,500 | 1,500 |
| **Other Income** | | |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| *TOTAL OTHER INCOME* | 0 | 0 |
| **Other Expenses** | | |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| *TOTAL OTHER EXPENSES* | 0 | 0 |
| **Other Reorganization Expenses** | | |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| *TOTAL OTHER REORGANIZATION EXPENSES* | 0 | 0 |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

| In re: NC Ventures | Case No: | 07-10429 |
|---|---|---|
| Debtor | Reporting Period: | APRIL 30, 2007 |

# BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obl

| ASSETS<br>CURRENT ASSETS | BOOK VALUE AT END OF<br>CURRENT REPORTING MONTH<br>APRIL 30, 2007 | BOOK VALUE ON<br>PETITION DATE**<br>APRIL 2, 2007 |
|---|---|---|
| Unrestricted Cash and Equivalents | $538,273 | |
| Restricted Cash and Cash Equivalents (see continuation shee | 0 | |
| Accounts Receivable (Net) | 0 | |
| Notes Receivable | 0 | |
| Inventories | 0 | |
| Prepaid Expenses | 0 | |
| Professional Retainers | 0 | |
| Other Current Assets (attach schedule) | 0 | 0 |
| *TOTAL CURRENT ASSETS* | 538,273 | 0 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 0 | |
| Machinery and Equipment | 0 | |
| Furniture, Fixtures and Office Equipment | 0 | |
| Leasehold Improvements | 0 | |
| Vehicles | 0 | |
| Less Accumulated Depreciation | 0 | |
| *TOTAL PROPERTY & EQUIPMENT* | 0 | 0 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | 0 | |
| Other Assets (attach schedule) | (15,803) | 0 |
| *TOTAL OTHER ASSETS* | (15,803) | 0 |
| **TOTAL ASSETS** | 522,470  $ | |

| LIABILITIES AND OWNER EQUITY<br>*LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition* | BOOK VALUE AT END OF<br>CURRENT REPORTING MONTH<br>APRIL 30, 2007 | BOOK VALUE ON<br>PETITION DATE**<br>APRIL 2, 2007 |
|---|---|---|
| Accounts Payable | 0 | |
| Taxes Payable (refer to FORM MOR-4) | 0 | |
| Wages Payable | 0 | |
| Notes Payable | 0 | |
| Rent / Leases - Building/Equipment | 0 | |
| Secured Debt / Adequate Protection Payments | 0 | |
| Professional Fees | 0 | |
| Amounts Due to Insiders* | 0 | |
| Other Postpetition Liabilities (attach schedule) | 0 | 0 |
| *TOTAL POSTPETITION LIABILITIES* | 0 | 0 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 0 | |
| Priority Debt | 0 | |
| Unsecured Debt | (100,423) | |
| *TOTAL PRE-PETITION LIABILITIES* | (100,423) | 0 |
| | | |
| *TOTAL LIABILITIES* | (100,423) $ | |
| *OWNER EQUITY* | | |
| Capital Stock | 500,000 | |
| Additional Paid-In Capital | 250,000 | |
| Partners' Capital Account | 0 | |
| Owner's Equity Account | 0 | |
| Retained Earnings - Pre-Petition | (125,607) | |
| Retained Earnings - Postpetition | (1,500) | |
| Adjustments to Owner Equity (attach schedule) | 0 | 0 |
| Postpetition Contributions (Distributions) (Draws) (attach sc | 0 | 0 |
| *NET OWNER EQUITY* | 622,893 | 0 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 522,470  $ | |

*"Insider" is defined in 11 U.S.C. Section 101(31).
**See Statement of Financial Affairs and Schedules of Assets and Liabilities filed with the court on May 31, 2007.

**In re:  NC Ventures** _____      **Case No:**      **07-10429**
**Debtor**                          **Reporting Period:**      **APRIL 30, 2007**

| Other Current Assets | BOOK VALUE AT END OF CURRENT REPORTING MONTH APRIL 30, 2007 | BOOK VALUE ON PETITION DATE** APRIL 2, 2007 |
|---|---|---|
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| *TOTAL OTHER CURRENT ASSETS* | 0 | 0 |
| Other Assets | | |
| Loans Held for Sale | 0 | |
| Loans Held for Investment | 0 | |
| Residual Interests | 0 | |
| Mortgage Servicing Rights | 0 | |
| Intangible Assets | 0 | |
| Investment in Sub | 11,889 | |
| Due to/from affiliates | 0 | |
| Receivable from Subs | (27,692) | |
| | 0 | |
| *TOTAL OTHER ASSETS* | (15,803) | 0 |

| Other Postpetition Liabilities | BOOK VALUE AT END OF CURRENT REPORTING MONTH APRIL 30, 2007 | BOOK VALUE ON PETITION DATE** APRIL 2, 2007 |
|---|---|---|
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| *TOTAL POSTPETITION LIABILITIES* | 0 | 0 |
| Adjustments to Owner Equity | | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| *TOTAL ADJUSTMENTS TO OWNER EQUITY* | 0 | 0 |
| Postpetition Contributions (Distributions) (Draws) | | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| *TOTAL POSTPETITION CONTRIBUTIONS* | 0 | 0 |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

**See Statement of Financial Affairs and Schedules of Assets and Liabilities filed with the court on May 31, 2007.

| | |
|---|---|
| <u>In re:  NC Ventures</u> | Case No: **07-10429** |
| **Debtor** | Reporting Period: **APRIL 30, 2007** |

### STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | *N/A* | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | *None this reporting period* | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

| In re:  NC Ventures | Case No: | 07-10429 |
|---|---|---|
| **Debtor** | **Reporting Period:** | **APRIL 30, 2007** |

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

*N/A*

### DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | **X** |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | **X** |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | **X** | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | **X** |