# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.  **COURTROOM LOCATION:** 5
**CASE NO.:** 07-10416-KJC  **DATE:** June 15, 2007
**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Minuti | Saul Ewing LLP | Examiner |
| Michael Missal | Kirkpatrick Lockhart Preston Gates Ellis | Examiner |
| Edward Fox | " | " |
| Rebecca Kline Dubill | " | " |
| Michael Etkin | Lowenstein Sandler | N.Y.S. Teachers Retirement System |
| Jack Fitzgerald | Baker & Hostetler | Fidelity Nat'l Information Svcs + Bor Point Analytics |
| Gabriel McClurah | Potter Anderson & Corroon LLP | Bank of America |
| Karen B. Peterato | Connolly Bove | Rabobank et al. |
| Jim Irish | Irish Law Firm | " |
| Mike Merchant | Richard Layton | Debtors |
| Russ Silvertied | " | " |
| Suzzanne Uhland | OMM | Debtors |
| Mark Power | Hahn & Hessen LLP | Committee |

# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.  **COURTROOM LOCATION: 5**
**CASE NO.:** 07-10416-KJC  **DATE:** June 15, 2007

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Indelicato | Hahn & Hessen LLP | Committee |
| Jason Staib | Blank Rome | " |
| Eric Sutty | The Bayard Firm | Natixis |
| Tim Cairns | Pachulski Stang Ziehl Young Jones & Weintraub | DIP Lender |
| Joe McMahon | USDOJ | UST |
| Girard Rourke | Reimer Arnovitz Chernek Jeffrey Co | Kodak |
| | | |
| | | |
| | | |
| | | |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: 06/15/2007
Calendar Time: 10:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1768501 | Marti Murray | 212-582-5505 | Murray Capital Management, Inc. | Interested Party, Murray Capital Management / LISTEN ONLY |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1759865 | Margot Schonholtz | 212-836-8000 | Kaye Scholer LLP (901211NY) | Creditor, Bank of America, N.A. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1759880 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP (901211NY) | Creditor, Bank of America, NA / LISTEN ONLY |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1771098 | Frederic DiSpigna | 954-233-8000 ext. 207 | Law Offices of David J. Stern PA | Creditor, Law Offices of David J. Stern PA / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1771140 | Kimberly Newmarch | 312-499-6057 | Paul, Hastings, Janofsky & Walker | Creditor, UBS Real Estate Securities, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1771435 | Ivan L. Kallick | 310-312-4152 | Manatt, Phelps & Phillips | Debtor, Manatt, Phelps & Phillips / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1771447 | Ellen Marshall | 310-231-5574 | Manatt, Phelps & Phillips | Debtor, Manatt, Phelps & Phillips / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 (07-509G2) | Hearing | 1771898 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Interested Party, Credit Suisse First Boston Mortgage Capital LLC / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1771920 | Andrew Gallo | 617-951-8117 | Bingham McCutchen, LLP | Creditor, Deutsche Bank Structured Products / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1772112 | Thomas Kiriakos | 312-782-0600 | Mayer Brown Rowe & Maw, LLP | Interested Party, Carrington Capital Management, LLC / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1772121 | Sean Scott | 312-701-8310 | Mayer Brown Rowe & Maw, LLP | Interested Party, Carrington Capital Management, LLC / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1772140 | Mike Flynn | 212-821-1980 | ICP Consulting, LLC | Interested Party, ICP Consulting, LLC / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1772364 | Jeff Reisner | 949-760-5242 | Irell & Manella | Debtor, New Century TRS Holdings, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1774164 | Bennett Spiegel | 213-680-8203 | Kirkland & Ellis (CC-913) | Creditor, Greenwich Capital Financial Products, Inc. & The CIT Group Bus. Credit, Inc. / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1774183 | Shirley Cho | 213-680-8242 | Kirkland & Ellis (CC-913) | Creditor, Greenwich Capital Financial Products, Inc. & The CIT Group Bus. Credit, Inc. / LIVE |
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1761583 | Barry Freeman (60389-0072) | 310-785-5367 | Jeffer, Mangels, Butler & Marmaro ( | Creditor, Union Bank of California / LISTEN ONLY |