IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>NEW CENTURY TRS HOLDINGS, INC.,<br>a Delaware Corporation, *et al.*,<br><br>Debtors. | CHAPTER 11<br><br>CASE NO. 07-10416 (KJC)<br><br>Jointly Administered |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF NEW JERSEY  }
                                          }    ss:
COUNTY OF CAMDEN      }

Mark J. Udren, Esquire, being duly sworn, deposes and says:

1. I am the President of Udren Law Offices, P.C. ("the Firm"), which maintains offices at Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about May 7, 2007, authorizing the above captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors as REO (Real Estate Owned) counsel. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates for REO work performed for the Debtors, subject to change from time to time, are as follows: $550.00 for attorney fees; $415.00 for 60 year search; $100.00 for tax certification.

5. There are no potential conflict of interest issues with regard to REO representation and, therefore, application of the Firm's "conflict checks" is inapplicable in this instance.

The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtor's chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. §504(b).

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

8. Prior to the filing of the above captioned cases, the Firm was employed by the Debtors. The Debtors owe the Firm $0.00 for prepetition services. The Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm will waive the pre-petition claim.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at anytime during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

10. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. §328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2007

_____
Affiant - Mark J. Udren, Esquire

Sworn to and subscribed before me
this 5 day of JUNE, 2007

_____
Notary Public

Francine S. Necowitz
Notary Public
State of New Jersey
My Commission Expires 12/20/08