IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | |
| NEW CENTURY TRS HOLDINGS, INC. | Case No. 07-10416-KJC |
|     Debtor | (Chapter 11) |
| WILSHIRE CREDIT CORPORATION | Ref: Docket No. 1292 |
| 14523 SW MILIKAN WAY SUITE 200 | |
| BEAVERTON, OR 97005 | |
|     Movant | |
| | |
| THOMAS D.H. BARNETT, ESQUIRE | |
| BAR NUMBER 0994 | |
| NEIL F. DIGNON, ESQUIRE | |
| BAR NUMBER 3625 | |
|     Attorneys for the Movant | |
|   v. | |
| NEW CENTURY TRS HOLDINGS, INC, et al. | |
|     Respondents | |

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by Wilshire Credit Corporation ("Wilshire"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Automatic Stay is terminated allowing Wilshire to exercise its rights under applicable law against the Debtor's Property more particularly described in the Mortgage which has the address of 1474 Robbins Lane, Seaford, NY 11783 ("Property"), including, but not limited to foreclosure against the Property under the Mortgage.

Date:_____BY THE COURT:

_____
U.S. Bankruptcy Court Judge