UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., | ) | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF RICHARD J. BERNARD

Kathleen M. Miller, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Richard J. Bernard, Esquire of the firm Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, to represent BasePoint Analytics LLC in this action. The Admittee is admitted, practicing and in good standing in the State of New York.

Dated: June 18, 2007

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Kathleen M. Miller

Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
Courier 19801
Phone: (302) 652-8400
Fax: (302) 652-8405
E-mail: Kmiller@skfdelaware.com
*Attorney for BasePoint Analytics LLC*