The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

_____
Richard J. Bernard
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone No.: (212) 589-4215
Telecopy No.:  (212) 589-4201

Motion granted.

BY THE COURT:

Date: _____

_____
United States Bankruptcy Judge

93013|PHV|10027133.WPD