Doreen H. Becker, Esquire
Holfeld and Becker
1217 King Sreet
Wilmington, DE 19801
(302) 654-3535
(302) 654-6191 (fax)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In Re: | Chapter 11 (Joint Administration) |
|---|---|
| New Century TRS Holdings, Inc.<br>New Century Financial Corporation, et al. | Case Number: 07-10416 |
| Debtor(s) (jointly administered) | Objections Due: 7/10/2007<br>Hearing: 7/16/2007 @ 1:30 PM |
| Novastar Mortgage, Inc.<br><br>v.<br>New Century TRS Holdings, Inc. et. Al. | |

NOTICE OF MOTION

TO:

New Century TRS Holdings, Inc.
C/o Richards, Layton & Finger PA
Christopher M. Samis, Esquire
920 N. King Street
One Rodney Square
Wilmington, DE 19801

United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19899

Unsecured Creditors Committee
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

All other persons on attached service list

Novastar Mortgage, Inc. has filed a Motion for Relief from the Automatic Stay as to 268 High Street, Hackensack, New Jersey 07601.

HEARING ON THE MOTION WILL BE HELD ON JULY 16, 2007 @ 1:30 PM

You are required to file a response and supporting documentation required by Local Rule 4001-1(d) to the attached motion at least five business days before the above hearing date.  At the same time, you must also serve a copy of the response upon Movant's Attorney:

Doreen H. Becker
Holfeld and Becker
1217 King Sreet
Wilmington, DE 19801
(302) 654-3535
(302) 654-6191 (fax)

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to the relevant facts such as value of the property, and the extent and validity of any security interest.

             Respectfully submitted,

             ***Holfeld and Becker***

   By:  <u>/s/ Doreen H. Becker</u>
       Doreen H. Becker, Esquire  2720

       Steven K. Eisenberg, Esquire
       Stern & Eisenberg, LLP
       Counsel for Creditor/Movant

Date of Mailing or other service: