Doreen H. Becker, Esquire
Holfeld and Becker
Steven K. Eisenberg, Esquire
Stern and Eisenberg, LLP

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>New Century TRS Holdings, Inc.<br>New Century Financial Corporation, et al.<br><br>Debtor(s) (jointly administered)<br>------------------------------------------------<br>Novastar Mortgage, Inc.<br><br>v.<br>New Century TRS Holdings, Inc. et. Al. | Chapter 11 (Joint Administration)<br><br>Case Number: 07-10416<br><br>Objections Due: 7/10/2007<br>Hearing: 7/16/2007 @ 1:30 PM |

ORDER VACATING/TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion of Novastar Mortgage, Inc. ("Novastar") for relief from the automatic stay, and any responses thereto, and for good cause being shown, it is hereby

ORDERED and DECREED that the Motion for relief is hereby GRANTED. It is further

ORDERED and DECREED that the automatic stay is hereby Annulled, Terminated and Vacated as to Novastar Mortgage, Inc. (and/or any successor-in-interest) such that it may exercise all rights, title and interest under Federal and State law with regard to the property located at 268 High Street, Hackensack, New Jersey 07601 (and as more fully described in the exhibits to the Motion).

BY THE COURT

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE