Doreen H. Becker, Esquire
Holfeld and Becker
1217 King Sreet
Wilmington, DE 19801
(302) 654-3535
(302) 654-6191 (fax)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In Re: | |
|---|---|
| New Century TRS Holdings, Inc. <br> New Century Financial Corporation, et al. <br> Debtor(s) (jointly administered) <br> ------------------------------------------------ <br> Novastar Mortgage, Inc. <br> v. <br> New Century TRS Holdings, Inc. et. Al. | Chapter 11 (Joint Administration) <br><br> Case Number: 07-10416 <br><br> Objections Due: <br> Hearing: |

## CERTIFICATE OF SERVICE

I, Steven K. Eisenberg, Esquire, hereby certify that a true and correct copy of the within Motion for Relief From Automatic Stay Under '362(a) of Novastar, together with Order, Notice and this Certificate, was sent by first class, postage prepaid mail on the Debtor, Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

New Century TRS Holdings, Inc.
C/o Richards, Layton & Finger PA
Christopher M. Samis, Esquire
920 N. King Street
One Rodney Square
Wilmington, DE 19801

United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19899

Sheila A. Coles and Calvin J. Coles, Jr.
268 High Street
Hackensack, New Jersey 07601

Unsecured Creditors Committee
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

BY:    /s/ *Steven K. Eisenberg*
       Steven K. Eisenberg, Esquire

DATE: June 19, 2007