IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF MOTION

TO: The Debtors;
The Official Committee of Unsecured Creditors;
Counsel to the DIP Lenders;
Counsel to Michael J. Missal, Examiner; and
The United States Trustee;

On June 19, 2007, BCIA 95 Glastonbury Boulevard LLC filed the Motion for an Order Compelling Debtor to Immediately Assume and Assign Lease for Non-Residential Real Property and Cure Defaults Under Lease (the "Motion"). A copy of the Motion is attached hereto.

You are required to file a response to the Motion on or before **July 9, 2007 at 4:00 p.m.** At the same time, you must also serve a copy of the response upon Movant's attorneys:

| | |
|---|---|
| Jeffrey R. Waxman, Esquire | Douglas M. Evans, Esquire |
| Cozen O'Connor | Kroll, McNamara, Evans & Delehanty, LLP |
| 1201 N. Market Street, Suite 1400 | 29 South Main Street |
| Wilmington, DE 19801 | West Hartford, CT 06107 |

**IF OBJECTIONS ARE FILED, A HEARING ON THE MOTION WILL BE HELD ON JULY 16, 2007 AT 1:30 P.M. AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 19, 2007

_____
Jeffrey R. Waxman
Counsel for Movant