IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | **RE: D.I.** \_\_\_\_ |

## ORDER DIRECTING DEBTOR TO IMMEDIATELY ASSUME AND ASSIGN LEASE FOR NON-RESIDENTIAL REAL PROPERTY AND CURE DEFAULTS UNDER LEASE

UPON the Motion (the "Motion")[1] of BCIA 95 Glastonbury Boulevard LLC (the "Landlord"), a Connecticut limited liability company, dated June 15, 2007, to compel the above-captioned Debtor and Debtor-in-possession (the "Debtor") to Immediately Assume and Assign Lease for Non-Residential Real Property and Cure Defaults Under Lease; and it appearing that no further notice of the relief requested in the Motion is required; and sufficient cause appearing therefor; it is

**ORDERED**, that the Motion shall be, and hereby is, granted; and it is further

**ORDERED**, that the Debtor shall, within five (5) days of the entry of this Order, file written notice with this Court assuming or rejecting the Lease and if appropriate, assigning the Lease; and it is further

**ORDERED**, that if the Debtor fails to assume or reject the Lease within five (5) days of the entry of this Order, the Lease shall be deemed rejected; and it is further

**ORDERED**, that regardless of whether the Debtor assumes or rejects the Lease, the Debtor shall, within five (5) days of the entry of this Order, pay to the Landlord all outstanding post-petition obligations under the Lease including Fixed Rent, Additional Rent, interest,

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

reasonable attorneys' fees and costs incurred by Landlord as a result of the Debtor's default and preparing and prosecuting the Motion;

**ORDERED**, that the automatic stay of 11 U.S.C. § 362 is hereby lifted and terminated to allow the Landlord to (a) commence and/or continue legal action in Connecticut Superior Court to regain possession of the premises subject of the Lease, 95 Glastonbury Boulevard, Glastonbury, Connecticut, including without limitation, commencement of an action for summary process, and (b) to take such other action as may be necessary to protect its rights under state law related to the Lease and/or the Premises;

**ORDERED** that this Order shall be effective immediately and shall not be stayed pursuant to Federal Rules of Bankruptcy Procedure 4001(a)(3).

Dated: This _____ day of _____ 2007

_____
Kevin J. Carey
United States Bankruptcy Judge