# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | **RE: D.I.** ____ |

## ORDER APPROVING MOTION TO LIMIT NOTICE

Upon consideration of the Motion of the BCIA 95 Glastonbury Boulevard LLC to Limit Notice (the "Motion to Limit") having been filed regarding the Motion for an Order Compelling Debtor to Immediately Assume and Assign Lease for Non-Residential Real Property and Cure Defaults Under Lease the "Motion"), and the Court having reviewed same;

IT IS ORDERED THAT:

1. The Motion to Limit is **GRANTED**.

2. The Landlord requests that notice of the Motion together with a copy of the Motion, be given to: (i) counsel for the Debtors; (ii) Counsel for Official Committee of Unsecured Creditors; (iii) counsel for the DIP Lenders; (iv) Counsel to Michael J. Missal, Examiner; and (v) The United States Trustee.

Dated: This _____ day of _____ 2007

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge