JUN 19 2007

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., | ) | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF RICHARD J. BERNARD

Kathleen M. Miller, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Richard J. Bernard, Esquire of the firm Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, to represent BasePoint Analytics LLC in this action. The Admittee is admitted, practicing and in good standing in the State of New York.

Dated: June 18, 2007

SMITH, KATZENSTEIN & FURLOW LLP

_____
Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
Courier 19801
Phone: (302) 652-8400
Fax: (302) 652-8405
E-mail: Kmiller@skfdelaware.com
*Attorney for BasePoint Analytics LLC*

FILING ID# 1311
DATE FILED: 06/18/07

The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

Richard J. Bernard
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone No.: (212) 589-4215
Telecopy No.: (212) 589-4201

Motion granted.

Date: June 19, 2007

BY THE COURT:

United States Bankruptcy Judge