IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NEW CENTURY TRS HOLDINGS, ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.[1], ) | |
| Debtors. ) | Jointly Administered |
| ) | Re: Dkt. No. 1064 |
| ) | |
| ) | |
| ) | Hearing Date:    6/21/07 at 2:00 p.m. |

**OBJECTION OF DANIEL J. RUBIO, JOHN HICKS, DAVID VIZCARA, INDIVIDUALS ON BEHALF OF THEMSELVES, ALL OTHERS SIMILARLY SITUATED, AND THE GENERAL PUBLIC, TO THE MOTION OF DEBTORS FOR AN ORDER (A) APPROVING THE SALE OF CERTAIN TECHNOLOGY ASSETS, (B) APPROVING AND ESTABLISHING PROCEDURES RELATED TO THE SALE AND THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION THEREWITH AND (C) GRANTING RELATED RELIEF**

Daniel J. Rubio, John Hicks and David Vizcarra, individuals on behalf of themselves, all others similarly situated and the general public (collectively "Movants"), are the moving parties on a motion for relief from the automatic stay currently set for hearing on June 27, 2007, at 10:00 a.m., in which the Movants seek relief from the automatic stay to allow the action entitled <u>Daniel J. Rubio, et. al. v. New Century Mortgage Corporation</u>, United States District Court case no. SACV-06-811 CJC (the

---

[1] The "Debtors" or "New Century" are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; Ncoral, L.P. a Delaware limited partnership.

1

"Rubio Action") to proceed against available insurance coverage in the United States District Court for the Central District of California. The motion of Debtors and Debtors in possession for an Order (A) Approving The Sale Of Certain Technology Assets, (B) Approving and Establishing Procedures Related To The Sale And The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases In Connection Therewith And (C) Granting Related Relief (hereinafter the "Technology Sale Motion"), if granted as requested by the Debtors, would potentially result in the loss or destruction of evidence critical to the Rubio Action, and therefore the Movants hereby object to the Technology Sale Motion, as follows:

1. The Rubio Action is a putative class action seeking recovery of unpaid overtime and related compensation to a putative class of approximately 1600 former loan officers employed by the Debtors in California. Movants incorporate the Motion for Relief from the Automatic Stay (Dkt. No. 635) and the Reply of Movants (Dkt. No. 1195) for a full description of the Rubio Action.

2. Essential to the claims of the Movants in the Rubio Action and also essential to the defenses by the Debtors in the Rubio Action is certain common evidence applicable to the entire class, including time sheets, pay stubs, payroll database, LoanTrack database, call center database, and building access database (the "Common Evidence"). In the Rubio Action, Debtor New Century Mortgage Corporation served Initial Disclosures under Federal Rules of Civil Procedure (hereinafter "FRCP") Rule 26(a), in which it identified the Common Evidence. FRCP 26(a) initial disclosures require a party to identify evidence, which may be used "to support its claims or

defenses." (See, FRCP Rule26(a)(1)). (See, Debtor's FRCP26(a) Initial Disclosures in the Rubio Action, page 5 line 1 – page 6, line 8, attached hereto as **Ex. A**).

3. In the Rubio Action, Movants filed motions to compel seeking production of the Common Evidence. On December 15, 2006, Magistrate Judge Andrew J. Wistrich ordered, among other things, that "all documents responsive to the requests at issue in this motion must be produced," and limited that production to a sample of 200 putative class members.

4. The Technology Sale Motion seeks to sell the computer hardware and computer software used by the Debtors in its loan origination business. The loan officer putative class members in the Rubio Action were involved in the loan origination business of the Debtors. Based on the Technology Sale Motion, it appears that some or all of the data, which comprises the Common Evidence relevant to the Rubio Action is within the scope of the assets to be sold pursuant to the Technology Sale Motion. However, there is no provision in the Technology Sale Motion or the proposed order for preservation and protection of the Common Evidence, necessary and relevant to the Rubio Action. Accordingly, Movants object on that basis and respectfully request that any order entered on the Technology Sale Motion provide that the Debtors be ordered to first adequately protect and preserve all data and information relevant to the Rubio Action, including but not limited to the Common Evidence.

[Remainder of Page Intentionally Left Blank]

Dated: June 20, 2007

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Karen C. Bifferato (No. 3279)
Christina M. Thompson (No. 3976)
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile: (302) 658-5614

-and-

James M. Trush, Esq. (SBN 140088)
TRUSH LAW OFFICE
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7187
Telephone: (714) 384-6390
Facsimile: (714) 384-6391

*Attorneys for Daniel J. Rubio, John Hicks, David Vizcarra, individuals on behalf of themselves, all others similarly situated and the general public*

#545961