EXHIBIT A

SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREG S. LABATE, Cal. Bar No. 149918
KIMBERLY A. LETCHER, Cal. Bar No. 223391
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130
glabate@sheppardmullin.com

Attorneys for Defendant
NEW CENTURY MORTGAGE
CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DANIEL J. RUBIO, on behalf of himself and all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>NEW CENTURY MORTGAGE CORPORATION, a California Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. SACV06-811 CJC(AJWx)<br><br>Judge: Hon. Cormac J. Carney<br>Crtrm: 9B<br><br>DEFENDANT NEW CENTURY MORTGAGE CORPORATION'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)<br><br>Removal Date: August 29, 2006<br>Trial Date: None Set |

Defendant New Century Mortgage Corporation ("Defendant") makes the following initial disclosures in accordance with Federal Rule of Civil Procedure 26(a)(1).

Defendant makes these initial disclosures based on information currently available. Defendant continues to investigate this case and expressly reserves the right to

-1-

modify, amend, or supplement these disclosures at a later time as appropriate. Additionally, Defendant makes these disclosures without waiving the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of the disclosures.

**1.1** <u>Response Pursuant to Fed. R. Civ. P. 26(a)(1)(A) – Fact Witnesses</u>

Defendant presently believes that the following individuals may have discoverable information relating to its claims and/or defenses:

1. <u>Marie Bianchini</u>, former Vice President, Associate Relations. Ms. Bianchini has knowledge of various company policies affecting loan advisors, including policies regarding their compensation structure, payment of overtime, requirements regarding recording time worked, etc. Ms. Bianchini's address and telephone number are: New Century Mortgage Corporation, 18400 Von Karman, Suite 1000, Irvine, CA 92612; (949) 440-7030. Ms. Bianchini is employed by New Century on a "special projects" basis and should be contacted through the undersigned counsel.

2. <u>Tim Clark</u>, Vice President, Human Resources. Mr. Clark has knowledge of various company policies affecting loan advisors, including policies regarding their compensation structure, payment of overtime, requirements regarding recording time worked, etc. Mr. Clark's address and telephone number are: New Century Mortgage Corporation, 18400 Von Karman, Suite 1000, Irvine, CA 92612; (949) 440-7030. Mr. Clark is employed by New Century and should be contacted through the undersigned counsel.

3. <u>Alison Sardarian</u>, former Vice President, Human Resources. Ms. Sardarian has knowledge of various company policies affecting loan advisors, including policies regarding their compensation structure, payment of overtime, requirements

regarding recording time worked, etc. Ms. Sardarian may be contacted through the undersigned counsel.

4. <u>Carol Franchi</u>, Assistant Vice President, Accounting Manager. Ms Franchi has knowledge of various pay practices and commission agreements regarding loan advisors. Ms. Franchi's address and telephone number are: New Century Mortgage Corporation, 18400 Von Karman, Suite 1000, Irvine, CA 92612; (949) 440-7030. Ms. Franchi is employed by New Century and should be contacted through the undersigned counsel.

5. <u>Vivian Jackson</u>, Staff Accountant. Ms Franchi has knowledge of various pay practices regarding loan advisors. Ms. Jackson's address and telephone number are: New Century Mortgage Corporation, 18400 Von Karman, Suite 1000, Irvine, CA 92612; (949) 440-7030. Ms. Jackson is employed by New Century and should be contacted through the undersigned counsel.

6. <u>Kathy Andino</u>, Call Center Manager. Ms. Andino has knowledge related to Defendant's call center. Ms. Andino's address and telephone number are: New Century Mortgage Corporation, 18400 Von Karman, Suite 1000, Irvine, CA 92612; (949) 440-7030. Ms. Andino is employed by New Century and should be contacted through the undersigned counsel.

7. <u>Austin Sheppard</u>, Director of Business Solutions. Mr. Sheppard acts as the liasion between the IT department and the retail business unit at New Century and has knowledge of technical issues and the software programs used by loan officers. Mr. Sheppard's address and telephone number are: New Century Mortgage Corporation, 18400 Von Karman, Suite 1000, Irvine, CA 92612; (949) 440-7030. Ms. Sheppard is employed by New Century and should be contacted through the undersigned counsel.

8. <u>Larry Goebel</u>, Vice President and Chief Security Officer. Mr. Goebel has knowledge regarding building access records. Mr. Goebel's address and telephone number are: New Century Mortgage Corporation, 18400 Von Karman, Suite 1000, Irvine, CA 92612; (949) 440-7030. Mr. Goebel is employed by New Century and should be contacted through the undersigned counsel.

9. <u>Jim Gillin</u>, Director of IT Operations. Mr. Gillin has knowledge of technical issues. Mr. Gillin's address and telephone number are: New Century Mortgage Corporation, 18400 Von Karman, Suite 1000, Irvine, CA 92612; (949) 440-7030. Mr. Gillin is employed by New Century and should be contacted through the undersigned counsel.

10. <u>Steve Cassill</u>, (former) Vice President Sales, Central Operations. Mr. Cassill has knowledge of various company policies affecting loan advisors, including policies regarding their compensation structure, payment of overtime, requirements regarding recording time worked, etc. Mr. Cassill's address and telephone number are: New Century Mortgage Corporation, 18400 Von Karman, Suite 1000, Irvine, CA 92612; (949) 440-7030. Mr. Clark is employed by New Century and should be contacted through the undersigned counsel.

11. <u>Wallace Hayes</u>, (former) Vice President Sales, Central Operations. Mr. Hayes has knowledge of various company policies affecting loan advisors, including policies regarding their compensation structure, payment of overtime, requirements regarding recording time worked, etc.

12. Various branch managers and team leaders.

13. Members of the putative class

-4-

W02-WEST:3KAL1\400110211.1

**1.2  Response Pursuant to Fed. R. Civ. P. 26(a)(1)(B) – Documents**

Set forth below are the categories of documents that Defendant may use to support its claims or defenses. Defendant reserves the right to use any relevant evidence in support of their claims and/or defenses, regardless of the categories listed below. Documents from each of the categories do not include documents protected by the attorney-client privilege or the attorney work product protection. Defendant reserves the right to assert objections to the production of any documents which are protected by the attorney-client privilege, work product doctrine, and/or the right to privacy under the California and United States Constitution, as well as any other appropriate objections. Defendant reserves the right to supplement these disclosures in the future as its investigation progresses.

1. Payroll records. These are stored at an offsite location with a third party company located in Chicago, Illinois.

2. Personnel files. These are stored at an offsite location with a third party company located in Chicago, Illinois.

3. Employee handbook(s). These are located in Defendant's Human Resources Department at its headquarters in Irvine, California.

4. Commissions/Compensation agreements. These are located in Defendant's Human Resources Department at its headquarters in Irvine, California.

5. Timesheets. Physical copies of these documents are stored at an offsite storage location in Orange County, California. Electronic versions of recent timesheets are stored in a computer database with a third party company located in Chicago, Illinois.

-5-

W02-WEST:3KAL1\400110211.1

6.     Call Center Records. These are stored in electronic format in a computer database at Defendant's headquarters in Irvine, California.

7.     Building Access Reports. These are stored in electronic format in a computer database at Defendant's headquarters in Irvine, California.

8.     Loan application history/note pad records. These are stored in electronic format in a computer database at Defendant's headquarters in Irvine, California.

**1.3**     <u>Response Pursuant to Fed. R. Civ. P. 26(a)(1)(C) – Damages</u>

Not applicable.

**1.4**     <u>Response Pursuant to Fed. R. Civ. P. 26(a)(1)(D) – Insurance</u>

Defendant is not currently aware of any insurance applicable to this matter.

DATED: October 25, 2006     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Kimberly A. Letcher
              KIMBERLY A. LETCHER

Attorneys for Defendant
NEW CENTURY MORTGAGE
CORPORATION

-6-

W02-WEST:3KAL1\400110211.1

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange; I am over the age of eighteen years and not a party to the within entitled action; my business address is 650 Town Center Drive, 4th Floor, Costa Mesa, California 92626-1925.

On October 25, 2006, I served the following document(s) described as:

**DEFENDANT NEW CENTURY MORTGAGE CORPORATION'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

James M. Trush, Esq.
TRUSH LAW OFFICE
695 Town Center Drive
Suite 700
Costa Mesa, CA 92626

Kevin T. Barnes, Esq.
Gregg Lander, Esq.
LAW OFFICES OF KEVIN T. BARNES
5670 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90036

☑ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 714-513-5130. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2008(e), a copy of that report is attached to this declaration.

☑ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 25, 2006, at Costa Mesa, California.

_Patricia Ruby_
Patricia Ruby

-7-