## CERTIFICATE OF SERVICE

I, Christina M. Thompson, hereby certify that on the 20th day of June, 2007, I served a

true and correct copy of the foregoing document to be served upon the parties listed below in the

manner indicated.

_____
Christina M. Thompson (No. 3976)

---

**BY FACSIMILE AND EMAIL**
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Russell C. Silberglied, Esquire
Marcos A. Ramos, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801
Fax: (302) 651-7701

**BY FACSIMILE AND EMAIL**
Suzzanne S. Uhland, Esquire
Ben H. Logan, Esquire
Brian M. Metcalf, Esquire
Emily R. Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA  94111
Fax: (415) 984-8701

#545962-1