UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NEW CENTURY HOLDINGS, INC., a Delaware ) | Case No. 07-10416 (KJC) |
| corporation, et al.[1] ) | Jointly Administered |
| Debtor. ) | |
| ) | |

## VERIFIED STATEMENT OF STEVENS & LEE, P.C. and BERNSTEIN, SHUR, SAWYER & NELSON PURSUANT TO BANKRUPTCY RULE 2019

TO ALL PARTIES:

Stevens & Lee, P.C. and Bernstein, Shur, Sawyer & Nelson hereby make the following verified statements pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1.  Stevens & Lee, P.C. and Bernstein, Shur, Sawyer & Nelson were retained to represent Gregory J. Schroeder ("Schroeder"), Michelle Parker ("Parker"), Martin Warren ("Warren"), Steve Holland ("Holland"), and Nabil Bawa ("Bawa") and,

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company, NCoral, L.P., a Delaware limited partnership.

subsequently, the *Ad Hoc* Committee of Beneficiaries of the New Century Financial Corporation Deferred Compensation Plan and/or SERP (the "Ad Hoc Committee").

2. The names and addresses of the members of the Ad Hoc Committee are shown on Exhibit A attached hereto.

3. Each of the members of the Ad Hoc Committee is a present or former employee of one or more of the Debtors and is also a participant in and beneficiary of the New Century Financial Corporation Deferred Compensation Plan and/or SERP. The Ad Hoc Committee was formed through the efforts of Schroeder, Parker, Warren, Holland and Bawa.

4. Pursuant to the terms of an engagement letter signed by each member shown on Exhibit A, the Ad Hoc Committee is governed by a subcommittee consisting of Schroeder, Parker, Warren, Holland and Bawa, and such subcommittee has the authority to advise and authorize counsel to the Ad Hoc Committee. Counsel was retained by each member of the Ad Hoc Committee; each member of the Ad Hoc Committee signed an identical form of engagement letter and has contributed to the costs of representation of the Ad Hoc Committee.

Date: June 20, 2007

STEVENS & LEE, P.C.

/s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr. (No. 4035)
Thomas G. Whalen, Jr. (No. 4034)
1105 North Market Street
Suite 700
Wilmington, DE 19801
Telephone: (302) 425-3310; -3304
Telecopier: (610) 371-7972; -8512
Email: *jhh/tgw@stevenslee.com*

-and-

**BERNSTEIN, SHUR, SAWYER & NELSON**
Robert J. Keach, Esq.
Michael A. Fagone, Esq.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Telephone: (207) 774-1200
Telecopier: (207) 774-1127

## VERIFICATION

We declare under penalty of perjury that the facts set forth in the verified statement of Stevens & Lee, P.C. and Bernstein, Shur, Sawyer & Nelson pursuant to Bankruptcy Rule 2019 are true and correct.

Date: June 26, 2007

Joseph H. Huston, Jr. (No. 4035)

Robert J. Keach