## CERTIFICATE OF SERVICE

Joseph H. Huston, Jr., hereby certifies that on June 20, 2007, he caused a true and correct copy of the foregoing Statement Pursuant to Rule 2019 to be served electronically through the Court's CM/ECF system, and also by regular mail upon the parties listed below.

*Representing Debtors*
Mark D. Collins
Michael J. Merchant
Chun I. Jang
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

*Representing The Official Committee of Unsecured Creditors*
Bonnie Glantz Fatell
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

Joseph J. McMahon, Jr.
*Office of the United States Trustee*
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

/s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr.