## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

|  |  |
|---|---|
| | Case No. 07-10416-KJC |
| NEW CENTURY TRS HOLDINGS, INC. | (Chapter 11) |
|       Debtor | |
| | |
| DEUTSCHE BANK NATIONAL TRUST | Ref: Docket No.702 |
| COMPANY | |
|         Movant | |

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
        Attorneys for the Movant
  v.
NEW CENTURY TRS HOLDINGS, INC, et
al.
        Respondents

## CERTIFICATE OF NO RESPONSE

Deutsche Bank National Association, as Trustee c/o Wells Fargo Home Mortgage

("Deutsche Bank"), by undersigned counsel hereby gives notice of the following:

1.      Deutsche Bank filed a Motion for Relief from the Automatic Stay on 05/16/2007.

Copies of the Motion were served to the Debtor, Debtor's Counsel, the United States Trustee and

The Official Committee of Unsecured Creditors on 05/16/2007.

2.      The Notice of Motion states "If you fail to respond in accordance with this notice,

the relief demanded by the motion will be granted".  The Notice provides that a response to the

Motion needs to be filed by 06/19/2007.  As of 06/20/2007, no response has been filed by the

Debtor.

3.      Accordingly, Movant respectfully request the Court to enter the Proposed Order

Terminating Automatic Stay.

Respectfully submitted,

DRAPER & GOLDBERG, P.L.L.C.


/s/ Neil F. Dignon

Thomas D.H. Barnett #0994
Neil F. Dignon #3625
Draper & Goldberg, P.L.L.C.
P.O. Box 947
512 East Market Street
Georgetown, Delaware 19947
(302) 855-9252
Attorneys for Movant

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Certificate of No Response were

mailed by first class mail, postage-paid or electronically, this 20th day of June, 2007 to the

following parties:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
Debtor

Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joseph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorney for the Debtor

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
The Official Committee of Unsecured Creditors


/s/ Neil F. Dignon
Thomas D.H.  Barnett, Esquire
Neil F. Dignon, Esquire