IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| NEW CENTURY TRS HOLDINGS, INC.<br>    Debtor | Case No. 07-10416-KJC<br>(Chapter 11) |
| COUNTRYWIDE HOME LOANS<br>    Movant | Ref: Docket No. <u>1157</u> |

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
    Attorneys for the Movant
  v.

NEW CENTURY TRS HOLDINGS, INC., et al.
    Respondents

## CERTIFICATE OF NO RESPONSE

Countrywide Home Loans ("Countrywide"),, by undersigned counsel hereby gives notice of the following:

1. Countrywide filed a Motion for Relief from the Automatic Stay on 06/07/2007. Copies of the Motion were served to the Debtor, Debtor's Counsel, US Trustee and US Trustee and the Attorney for the Official Committee of Unsecured Creditors on 06/07/2007.

2. The Notice of Motion states "If you fail to respond in accordance with this notice, the relief demanded by the motion will be granted". The Notice provides that a response to the Motion needs to be filed by <u>06/19/2007</u>. As of <u>06/20/2007</u>, no response has been filed by the Debtor.

3. Accordingly, Movant respectfully request the Court to enter the Proposed Order Terminating Automatic Stay.

        Respectfully submitted,

        DRAPER & GOLDBERG, P.L.L.C.

        /s/ Neil F. Dignon

        Thomas D.H. Barnett #0994
        Neil F. Dignon #3625
        Draper & Goldberg, P.L.L.C.
        P.O. Box 947
        512 East Market Street
        Georgetown, Delaware 19947
        (302) 855-9252
        Attorneys for Movant

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing Certificate of No Response were mailed by first class mail, postage-paid or electronically, this 20th  day of  June, 2007 to the following parties:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
Debtor

Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joesph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorney for the Debtor

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

/s/ Neil F. Dignon
Thomas D.H.  Barnett, Esquire
Neil F. Dignon, Esquire