| B 104 | **ADVERSARY PROCEEDING COVER SHEET** | ADVERSARY PROCEEDING NUMBER |
|---|---|---|
| (Rev. 5/00) | (Instructions on Reverse) | (Court Use Only) |

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Gregory J. Schroeder, et al. (see attached) | New Century Holdings, Inc., a Delaware Corporation, et al. (see attached) |

| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Joseph H. Huston, Jr.   (302) 425-3310<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 | ATTORNEYS (If Known)<br>Mark D. Collins   (302) 651-7531<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, 920 King Street<br>Wilmington, DE 19899 |
|---|---|

**PARTY** (Check one box only)    __ 1 U.S. PLAINTIFF    __ 2 U.S. DEFENDANT    _X_ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Action awarding deferred compensation plan beneficiaries all plan funds under the Bankruptcy Code, 11 U.S.C § 101, and ERISA, 29 U.S.C. § 1002

**NATURE OF SUIT**
(Check the one most appropriate)

| | | |
|---|---|---|
| X 454 To Recover Money or Property<br>__ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property<br>__ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property<br>__ 424 To object or to revoke a discharge 11 U.S.C. § 727 | __ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan<br>__ 426 To determine the dischargeability of a debt 11 U.S.C. §523<br>__ 434 To obtain an injunction or other equitable relief<br>__ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan | __ 456 To obtain a declaratory judgment relating to any of foregoing causes of action<br>__ 459 To determine a claim or cause of action removed to a bankruptcy court<br>__ 498 Other (specify) |

**ORIGIN OF PROCEEDINGS** (Check One Box Only)    _X_ 1 Original Proceeding    __ 2 Removed Proceeding    __ 4 Reinstated or Reopened    __ 5 Transferred from Another Bankruptcy Court    __ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

| **DEMAND** | **OTHER RELIEF SOUGHT** | **JURY DEMAND** |
|---|---|---|
| NEAREST THOUSAND $43 million | Reformation | No |

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR | BANKRUPTCY CASE NO. |
|---|---|
| New Century Holdings, Inc., a Delaware Corporation, et al. | 07-10416 |

| DISTRICT IN WHICH CASE IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|
| Delaware | | Kevin J. Carey |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| N.A. | | |

| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|

| FILING FEE (Check one box only.) | __ FEE ATTACHED | __ FEE NOT REQUIRED | __ FEE IS DEFERRED |
|---|---|---|---|

| DATE | PRINT NAME | SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|---|---|
| 06/20/07 | Joseph H. Huston, Jr. | /s/ Joseph H. Huston, Jr. |

Local Form 109

ATTACHMENT TO ADVERSARY PROCEEDING COVER SHEET

Plaintiffs:

GREGORY J. SCHROEDER, MICHELLE PARKER, MARTIN WARREN, STEVE HOLLAND, NABIL BAWA, and the AD HOC COMMITTEE OF BENEFICIARIES OF THE NEW CENTURY FINANCIAL CORPORATION DEFERRED COMPENSATION PLAN and the NEW CENTURY FINANCIAL CORPORATION SUPPLEMENTAL EXECUTIVE RETIREMENT SAVINGS PLAN for themselves and all others similarly situated.

Defendants:

NEW CENTURY HOLDINGS, INC., a Delaware Corporation, NEW CENTURY FINANCIAL CORPORATION (F/K/A NEW CENTURY REIT, INC.), a Maryland corporation; NEW CENTURY TRS HOLDINGS, INC. (F/K/A NEW CENTURY FINANCIAL CORPORATION), a Delaware corporation; NEW CENTURY MORTGAGE CORPORATION (F/K/A JBE MORTGAGE) (D/B/A NCMC MORTGAGE CORPORATE, NEW CENTURY CORPORATION, NEW CENTURY MORTGAGE VENTURES, LLC), a California corporation; NC CAPITAL CORPORATION, a California corporation; HOME 123 CORPORATION (F/K/A THE ANYLOAN CORPORATION, 1800ANYLOAN.COM, ANYLOAN.COM), a California corporation; NEW CENTURY CREDIT CORPORATION (F/K/A WORTH FUNDING INCORPORATED), A CALIFORNIA CORPORATION; NC ASSET HOLDING, L.P. (F/K/A NC RESIDUAL II CORPORATION), a Delaware limited partnership; NC RESIDUAL III CORPORATION, a Delaware corporation; NC RESIDUAL IV CORPORATION, a Delaware corporation; NEW CENTURY R.E.O. CORP., a California corporation; NEW CENTURY R.E.O. II CORP., a California corporation; NEW CENTURY R.E.O. III CORP., a California corporation; NEW CENTURY MORTGAGE VENTURES, LLC (D/B/A SUMMIT RESORT LENDING, TOTAL MORTGAGE RESOURCE, SELECT MORTGAGE GROUP, MONTICELLO MORTGAGE SERVICES, AD ASTRA MORTGAGE, MIDWEST HOME MORTGAGE, TRATS FINANCIAL SERVICES, ELITE FINANCIAL SERVICES, BUYERS ADVANTAGE MORTGAGE), a Delaware limited liability company; NC DELTEX, LLC, a Delaware limited liability company, NCORAL, L.P., a Delaware limited partnership; and

WELLS FARGO BANK N.A. a/k/a WELLS FARGO ITS, as trustee of the trust formed under the New Century Financial Corporation Supplemental Benefit and Deferred Compensation Trust Agreement; and

HAROLD A. BLACK, FREDERIC J. FOSTER, DONALD E. LANGE, and MICHAEL M. SACHS, in their capacity as the Compensation Committee of the Board of Directors of New Century Financial Corporation and therefore the Plan Administrator, and any successors thereto and any Committee (as defined in the Plan) appointed by the Plan Administrator; and

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS.