# EXHIBIT A

The Ad Hoc Committee
New Century TRS Holdings, Inc.

| First Name | Middle Initial | Last Name | Address |
|---|---|---|---|
| Anthony | Harry | Addington | PO Box 836<br>Oxford, MS 38655 |
| Nancy | | Anderson | 8109 Santaluz Village Green S<br>San Diego, CA 92127 |
| Julie | | Arde | 4332 Whitsett Ave # 3<br>Studio City, CA 91604 |
| Brian | | Aulenbach | 2304 Fawnwood Drive<br>Plano, TX 75093 |
| Richard | | Austin | 1002 West Rivera Drive<br>Santa Ana, CA 92706-1530 |
| Nabil | | Bawa | 1300 Camino Lago<br>Irving, TX 75039 |
| Gary | | Beamon | 54 Highland Avenue<br>Warwick, RI 02886 |
| Vernon (Budd) | Ross | Biggers | 4271 E. Orchard Place<br>Littleton, CO 80121-3172 |
| Karen | | Birkett | 2608 Kuahine Drive<br>Honolulu, Hawaii 96822 |
| Daniel | | Blocker | 3210 Justamere Rd.<br>Woodridge, IL 60517 |
| Nicholas | | Booth | 11485 Misty Falls Ln.<br>Frankfor, IL 60423 |
| Dale | | Bowar | 12704 SE 65th Street<br>Bellevue, WA 98006 |
| Francis | | Brandt | 4 Fiore<br>Newport Castle, CA 92657 |
| Krista | A. | Brayer | 1914 N. Ranch Drive<br>Tucson, AZ 85715 |
| Jonathan | | Burns | 78 Fairway Drive<br>Attleboro, MA 02703 |
| Melich | | Carlos | 41909 Calif Californios<br>Lancaster, CA 93536 |
| Brandon | | Carter | 1453 Van Winkle Dr<br>Carrollton, TX 75007 |
| Cathy | | Castle | 7616 Christin Lee Circle<br>Knoxville, TN 37931 |
| Robert | | Champion | 11500 Musket Rim Street<br>Austin, TX 78738 |
| Xina | | Chun | PO Box 5376<br>Kaneohe, Hawaii 96744 |
| Richard | S. | Cimino | 719 Avenida Azor<br>San Clemente, CA 92673 |
| Brian | | Closset | 808 Spindletree Ave<br>Naperville, IL 60565 |
| Moshe | | Cohen | 32 Trumpet Vine<br>Irvine, CA 92603 |
| Robert | | Coleman | 75 Waterloo Circle<br>Dover NH 03820 |

EXHIBIT A

The Ad Hoc Committee
New Century TRS Holdings, Inc.

| First Name | Middle Initial | Last Name | Address |
|---|---|---|---|
| Raymond | | DaCosta, Jr. | 18 Briarwood Rd Lincoln, RI 02865 |
| John | | Daley | 9388 Secretariat Lane Elk Grove, CA 95624 |
| Brian | | Deja | 684 Bent Ridge Lane Barrington, IL 60010-6603 |
| Silvano | | Di Fonzo, Jr. | 10020 E Troon North Drive Scottsdale, AZ 85262 |
| Thomas | | Dinan | 2796 N Meredith Street Orange, CA 92867-2165 |
| Jason | | Dumke | 1830 Oak Grove Drive N Dighton MA 02764 |
| Katherine | J. | Duncan | 1136 Clinch Road Herndon, VA 20170-2411 |
| Brent | | Eneix | 31 Sorenson Irvine, CA 92602 |
| Kenneth | | Engers | 1493 Orchard St Des Plaines IL 60018 |
| Nima | | Fariman | 4909 Shady Trail Street Simi Valley, CA 93063 |
| Christine | A. | Fidler | 33721 Ave Calita San Juan Capistrano, CA 92675 |
| Christine | | Fidler | 33721 Avenida Calita San Juan Capistrano, CA 92675 |
| Jennifer | | Fischer | 1 Danbury Court Matawan, NJ 07747 |
| Mark | | Fischer | 1 Danbury Court Matawan, NJ 07747 |
| John | Michael | Foley | 196 Welau Way Lahaina HI 96761 |
| Steven | M. | Froning | 30124 Sonrisa Lane Laguna Niguel, CA 92677-2356 |
| Bobby | | Garcia | 7135 Pierson Drive Mobile, AL 36619 |
| William | | Guilfoil | 1 Envelope Terrace, TH-1 Worcester, MA 01605 |
| Charis | | Guzman | 6901 Sabrina Drive Austin, TX 78747 |
| John | | Haines | 1170 Hillsboro Mile No. 303 Hillsboro Beach, FL 33062 |
| Nancy | Wood | Hainey | 307 Queensferry Rd. Cary, NC 27511 |
| Todd | | Halbreich | 1011 E. Mayfair Avenue Orange, CA  92867 |
| Clint | | Harris | 3345 Lancelot Drive Dallas, TX 75229 |
| Farzad | | Heidari | 15027 Dickens Street # 3 Sherman Oaks, CA 91403 |

The Ad Hoc Committee
New Century TRS Holdings, Inc.

| First Name | Middle Initial | Last Name | Address |
|---|---|---|---|
| Kevin | | Helmick | 2550 Sunnyside Ridge Road Rancho Palos Verdes, CA 90275 |
| Eric | | Herring | 1539 Placid Lane Colton, Calif. 92324 |
| Steve | | Holland | 2 Risero Drive Mission Viejo, Ca., 92692 |
| Ronald | M. | Ineman | 27955 Rural Lane Laguna Niguel, Ca. 92677 |
| Richard | A. | Johnson | 8695 Lake Glen Ct. Alpharetta Ga. 30022 |
| Linda | | Karp | 2606 Wessex Dr. West Dundee, IL 60118 |
| Eric Lee | | Keillor | 3 Castaways N. Newport Beach, Ca. 92660 |
| Arash | | Khairi | 5007 Westwood Street Simi Valley, CA 93063 |
| John | | Kotowski | 8421 Meadows Edge Trail Tinley Park, IL 60487 |
| David | | Kraus | 302 Harbour Place Drive #3420 Tampa, FL 33602 |
| Eric | | Kronengold | 7678 East Starla Dr. Scottsdale, AZ 85255 |
| Karen | | Kyle | 27001 Via Fiesta Mission Viejo, CA 92691 |
| Kevin | R. | Lacy | 12915 Daleside Avenue Gardena, CA 90249 |
| John | | Lally | 225 Willard Avenue South Farmingdale, NY 11735-5133 |
| Perry | A. | Levey | 966 Kern Ct. Livermore, Ca. 94551 |
| Alisa | | Levine | 15 Holyoke St #3 Boston, MA 02116 |
| Chad | | Levinger | 28915 E. Vallejo Ave. Temecula, Ca. 92592 |
| Allan | | Lewin | 1036 Sheffield Lane Huntingdon Valley, PA 19006 |
| Rayyan T. | | Livingston | 11358 Hendley Drive Studio City, CA 91604 |
| Kelly | | Lochbaum | 2907 Old Mill Court Geneva, IL 60134 |
| Floyd | | Luman, Jr. | 2199 Shady Creek Road Folsom, CA 95630-6180 |
| Douglas | | Luper | 2441 Plymouth Avenue Bexley, Ohio 43209 |
| Daniel | | Mahoney | 71 Barstow Drive Braintree, MA 02184 |
| Deanna | | Marcanti | 1337 Cary Rd Algonquin, IL 60102 |

The Ad Hoc Committee
New Century TRS Holdings, Inc.

| First Name | Middle Initial | Last Name | Address |
|---|---|---|---|
| Richard | | Martin | 8109 Santa Luz Village Green South San Diego, CA 92127 |
| Michael | J. | McCarthy | 61 Ashford Irvine, CA 92618 |
| Robert | | McCarty | 605 Celso Court Las Vegas, NV 89144 |
| Oden | Matthew | McMillan | 443 Baker Street Santa Cruz, CA 95062-5367 |
| David | R. | McWhorter | 8851 Kenton Drive Dallas, TX 75231 |
| Maria | | Mejia | 6461 Indian Creek Drive Apt. B Miami Beach, FL 33141-5882 |
| Vinson | C. | Michael | 22726 Oatlands Grove Place Ashburn, VA 20148 |
| Christine | | Mola | 1026 Tennessee Lane Elk grove Village, IL 60007 |
| Judith | | Morones | 1030 Don Alvarado Arcadia, CA 91006 |
| Troy | | Morris | 1839 W. Deerefield Road Santa Ana, CA 92704 |
| Steven | | Morris | 22 Jeffrey Drive North Attleborough, MA 02760 |
| Michael | | Morse | 4234 Larwin Avenue Cypress, CA 90630 |
| Mathias | | Nguyen | 2580 San Saba Tustin, CA 92782 |
| Huyen | | Nguyen | 1510 Townsend Avenue San Jose, CA 95131-3028 |
| Matthew | | Nyman | 511 Carriage Way South Elgin, IL 60177 |
| Rachel | | Oanh B To | 31 Sorenson Irvine, CA 92602 |
| Gary | | Otico | 9394 Ethel Street Cypress, CA 90630 |
| Shannon | | Owsley | 4835 E. Cactus Rd. Scottsdale, CA 85254 |
| Michelle | | Parker | 21 Lewiston Court Ladera Ranch, CA 92694 |
| Alejandro | | Pereira | 4030 Veneto Drive Frisco, TX 75034 |
| Alexandra | | Piacenza | 37 Fillmore Irvine, CA 92620 |
| Kenneth | James | Pittman | 581 34th Ave. Santa Cruz, CA 95062 |
| Carolyn | | Plummer | 1796 Sungrove Ct El Cajon, Ca 92019 |
| Robert | | Pondelicek | 27 W. 56th Place Westmont, IL 60559 |

The Ad Hoc Committee
New Century TRS Holdings, Inc.

| First Name | Middle Initial | Last Name | Address |
|---|---|---|---|
| Lisa | | Power | 6009 Tealside Court<br>Lithia, FL 33547 |
| Tracey | | Rivera | 286 Park Drive<br>Clawson, MI 48017 |
| John | | Rourke | 69 Kentland Dr.<br>Romeoville, IL 60446 |
| Elizabeth | Mocias | Schermerhorn | 221 Marigold<br>Corona Del Mar, CA 92625 |
| Joseph | | Schiavulli | 60 Green Lake Drive<br>Greenville, RI 02828 |
| Gregory | | Schroeder | 32192 Rancho Cielo<br>Trabuco Canyon, CA 92679 |
| Daryl | | Singer | 31744 Dunraven Court<br>Westlake Village, CA 91361-4515 |
| Tamara | | Stanley | 2015 White Eagle Lane<br>Katy, TX 77450 |
| Bruce | | Stewart | 22525 Magnolia Trace Blvd.<br>Lutz, FL 33549 |
| Cindy | | Sullivan | 7741 Liberty Avenue, Apt. 3<br>Huntington Beach, CA 92647 |
| Blake | | Thiesse | 6N 702 Brookhaven Lane<br>Saint Charles, IL 60175 |
| Carleen | M. | Tillman | 3434 Loggerhead Way<br>Wesley Chapel, FL 33543 |
| David | | Travers | 77 Leo P Sarrazin Road<br>North Attleboro, MA 02760 |
| Daniel | | Volling | 10408 Eastwood Dr<br>Huntley, Illinois 60142 |
| Thomas | | Wagstaff | 3310 SW 195 Terrace<br>Miramar, FL 33029 |
| Joseph | | Waltuch | 16695 San Salvador Rd.<br>San Diego, CA 92128 |
| Martin | | Warren | 40 Highland Ave<br>Unit 3<br>Cambridge, MA 02139 |
| Conan | | Watters | 17 Red Cedar Cove<br>Little Rock, AR 72212 |
| Ashley | | Watters | 17 Red Cedar Cove<br>Little Rock, AR 72212 |
| David | | Williamson | 22385 NE 101 1st Terrace Rd.<br>Fort McCoy, FL 32134 |
| Andrea | | Witt | 5432 Miller Ave<br>Dallas, TX 75206 |
| Linda | S. | Wrinn | 2000 Thistlewood Road<br>Baltimore, MD 21209 |
| Sharon | | Zeilmann | 651 S Sutton Rd #172<br>Streamwood, IL 60107 |