IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC. ) | |
| a Delaware corporation, *et al.*, ) | Case No. 07-10416 (KJC) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Re: D.I. 1234** |

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION OF VILLAGE AT CAMP BOWIE I, L.P. TO COMPEL DEBTORS TO COMPLY WITH THEIR OBLIGATIONS UNDER 11 U.S.C. § 365(d)(3)

**PLEASE TAKE NOTICE THAT** Village At Camp Bowie I, L.P. hereby withdraws, without prejudice, its Motion To Compel Debtors To Comply With Their Obligations Under 11 U.S.C. §365(d)(3) [D.I. 1234], filed in the above-captioned jointly administered bankruptcy cases on June 14, 2007.

Dated: June 21, 2007

**MORRIS JAMES LLP**

*/s/ Stephen M. Miller*
Stephen M. Miller (DE Bar No. 2610)
Thomas M. Horan (DE Bar No. 4641)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: smiller@morrisjames.com
E-mail: thoran@morrisjames.com

*Counsel to Village At Camp Bowie I, L.P.*

1581760