IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., ) | |
| a Delaware Corporation, et al., ) | Case No. 07-10416 (KJC) |
| ) | |
| Debtors. ) | Joint Administration |
| ) | |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE        :
                        : SS:
NEW CASTLE COUNTY       :

I, William Weller, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 21, 2007, I caused service of the following:

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION OF VILLAGE AT CAMP BOWIE I, L.P. TO COMPEL DEBTORS TO COMPLY WITH THEIR OBLIGATIONS UNDER 11 U.S.C. §§ 365(d)(3)**

Service was completed upon the following parties on the attached list as indicated thereon.

Date:   June 21, 2007

                                        _____
                                        William Weller

SWORN TO AND SUBSCRIBED before me this 21st of June, 2007.

JOANNE M. SOUTHERS
Notary Public - State of Delaware
My Comm. Expires Feb. 13, 2009

_____
NOTARY
My commission expires: 2/13/09

WWW/112582-0001/1581782/1

**VIA HAND DELIVERY**
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899
[Counsel for the Debtors]

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
[Counsel for The Official Committee of Unsecured Creditors]

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801
[United States Trustee]

Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
[Counsel to Examiner, Michael J. Missal]

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801
[Counsel to Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.]

**VIA FIRST CLASS MAIL**
Suzzanne S. Uhland, Esq.
Ben H. Logan, Esq.
Victoria Newmark, Esq.
Emily Culler, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
[Counsel for the Debtors]

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022
[Counsel for the Official Committee of Unsecured Creditors]

Edward M. Fox, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022-6030
[Counsel to Examiner, Michael J. Missal]

Rebecca L. Kline Dubill, Esq.
Stephen G. Topetzes, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006-1600
[Counsel to Examiner, Michael J. Missal]

Bennet L. Spiegel, Esq.
Shirley S. Cho, Esq.
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
[Counsel to Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.]