12 June 2007

Laura Sweeney, Ed.D.
2286 Lavista Rd. N.E., Apt. 6
Atlanta, Georgia 30329
June 13, 2007

United States Bankruptcy Court
Honorable Judge
District of Delaware/Clerk of Court
824 Market Street, 3rd. Floor
Wilmington, DE 19801

**Re:** New Century Mortgage Bankruptcy and a debt due by New Century to
The Walton County Tax Commissioner; potential claim for lending fraud
Debtor  07-10427

**Dear Honorable Judge and Other Concerned Parties:**

New Century Mortgage has calculated to commit a fraud upon the public and me, stealing 50K equity and recently posting fraudulent information that I owed them 140K plus interest of $1200 per month on my credit report in addition to foreclosing on my property and leaving a lien to be paid by me.

The following is new information that interests the court (and other parties) now that New Century Mortgage is in bankruptcy. New Century, upon selling to its affiliate, Deutsch Bank National Trust Company, calculated to misuse the tax funds held in trust by them and neglected to pay the property taxes as required by law when foreclosing upon a house. New Century Mortgage and Deutsch Bank now owe about $1500 for the property at 1018 Autumn Trace, Monroe, Georgia 30656.

Although the tax commissioner has written the Deutsch Bank National Trust Company to demand payment, the Walton County Tax Commissioner got no reply. Furthermore, I was told that such a sale without paying the taxes was not only unlawful but that this practice has become common in Georgia, and they think nothing can be done to help the victim other than for the local tax collectors to continue to charge taxes to (with interest) the victimized borrower who lost the house because the banks decided not to pay the lien. Therefore, I was advised, at the tax commissioner's office, that potential buyers need to be careful when choosing a mortgage company since they think there is no recourse; conversely, the bottom line is New Century violated the rules and regulations of Georgia when they seized the house, calculating to sell and make an improper foreclosure. They are misrepresenting the debt and trying to improperly force me to pay them. They are hiding assets from the bankruptcy court.

The tax lien is currently on my credit report and is accruing interest in my name. Anyone in bankruptcy is supposed to pay off such a lien as required by law or surrender the property to the bankruptcy court; thus, New Century should pay the Walton County Tax Commissioner the taxes now, prior to completion of bankruptcy in Delaware. Deutsch National Bank is a co-conspirator and should also be responsible.

Honorable Judge and Clerk of the Court
June 13, 2007
Page 2


I respectfully ask to receive updates regarding the New Century Mortgage bankruptcy and would like to file a claim against New Century Mortgage and Deutsch National Bank for loss of equity and personal damages. I advise the court they are using the bankruptcy court to scrape off their credit and debt with the appearance of a loss when, in fact, they have profited greatly and allowed those monies to be transferred to third parties with whom they are enjoined. Whereas I am not a forensic accountant, it is obvious, not only from the community of bloggers, but from following the transaction documents, this has the earmarks of a conspiracy to defraud not only their investors, but the homeowners who entrusted their homesteads and lifestyles to New Century and their management affiliates. Unless this honorable court exposes these facts, and holds these businessmen and women to be accountable, further damage will be done to the public.


Sincerely,


Dr. Laura Sweeney

*Dr. Laura Sweeney*

(Public School Teacher)

*formerly Laura Williams*

Note: *Elderly people are complaining on the Internet about their foreclosures.*


By Certified Mail:

CC: New Century Claims Processing
c/o XRoads Case Management Services
PO Box 8901
Marina Del Rey, CA 90295

CC: New Century Mortgage trustee
844 Kings Street, Room 2207
Wilmington, Delaware 19899

Honorable Judge and Clerk of the Court
June 13, 2007
Page 3


CC: Patricia C Malcolm
Walton County Tax Commissioner
303 S. Hammond Drive, Suite 100
Monroe, GA 30655

CC: Dept. of Banking and Finance
2990 Brandywine Road, Suite 200
Atlanta, Georgia 30341-5565
Case Number: 16548

CC: New Century Mortgage
18400 Von Karman Ave., Ste.
Irvine, CA 16548

CC: Deutsche Bank National Trust Company
(formerly known as Bankers Trust Company of California)
**Ameriquest, Amc And Deutsche Bank National Trust Company**
Phone: 800-211-6926
Fax: 949-862-3764
505 City Parkway West Suite 100
Orange, California, 92868
U.S.A.


CC: Joseph Chapman
**Walton County Sheriff's office**
1425 S Madison Ave
Monroe, Georgia 30655
(770)267-6557