# EXHIBIT A

# EXHIBIT D

## Current Clients

### UCC-1 Parties

DB Structured Products

Bank of America, N.A.

Countrywide Home Loans, Inc.

IXIS Real Estate Capital, Inc.

Barclays Bank, PLC

Greenwich Capital Financial Products, Inc.

Guaranty Bank

State Street Global Markets

CDC Mortgage Capital, Inc.

Federal National Mortgage Association

Sterling Bank and Trust, FSB

U.S. Bancorp

Charter One Bank

Ropes & Gray LLP

The CIT Group

U.S. Bank National Association

Goldman, Sachs & Co.

## Unsecured Creditors[1]

EMC Mortgage Corporation

Credit-Based Asset Servicing and Securitization LLC

Litton Loan Servicing, LP

DB Structured Products, Inc.

Deutsche Bank Alex Brown

Bank of America N.A.

IXIS Real Estate Capital, Inc.

Barclays Bank, PLC

INDY MAC Bank, FSB

Washington Mutual Bank, FA

JP Morgan Chase Bank, NA

Greenwich Capital Financial Products, Inc.

HSBC Bank USA, N.A.

Aurora Loan Services, Inc.

Aurora Financial Group, Inc.

Guaranty Bank

State Street Global Markets

Sprint Nextel Corporation

Suntrust Bank, NA

Adteractive, Inc.

Countrywide Home Loans, Inc.

Residential Funding Corporation

---

[1] The list of unsecured creditors includes certain UCC-1 Parties. This list was compiled from both the List of Potential Parties provided by the United States Trustee along with the Creditors Mailing Matrix.

Wells Fargo Bank, N.A.

Affiliated Computer Services, Inc.

Ellington Management Group, L.L.C.

Cooley Godward Kronish, LLP

Federal Express / FedEx Corporation

Fidelity National Information Services, Inc.

Irwin Mortgage Company

Kelley Drye & Warren LLP

Royal Bank of Canada

AT&T Inc.

ABN AMRO Bank N.V.

The CIT Group

Union Bank of California, N.A.

New York State Teachers Retirement System

SN Servicing Corp.

Credit Suisse First Boston

Morgan Stanley

UBS AG

Lehman Brothers Inc.

Citigroup Global Markets Inc.

Nomura Code Securities Limited

GMAC Mortgage Corporation

GMAC Institutional Advisors, LLC

GMAC Commercial Mortgage Bank

GMAC Commercial Mortgage Bank Europe, PLC

Dallas County Local Workforce Board

Goldman, Sachs & Co.

Bank of New York

Hicks, John C.[2]

Hicks, John Maynard[3]

An affiliate of AMEX Transport, Inc.:
    American Iron Oxide Company, aka AMROX

Regions Bank

Wells Fargo Investment Group

Harris County

Cingular Wireless Services, LLC

AT&T Enterprise Services, Inc.

### Largest Shareholders of New Century Financial Corporation

Morgan Stanley

### Professionals

Heller Ehrman White & McAuliffe, LLP

Lazard Freres & Co. LLC

O'Melveny & Myers LLP

Skadden, Arps, Slate, Meagher & Flom

Certain individual partners at PriceWaterhouseCoopers

---

[2] On the Creditors Mailing Matrix, a creditor was listed as "John Hicks" without an accompanying listed address. As a result, K&L Gates was not able to verify with certainty whether this particular creditor is represented by K&L Gates. In an abundance of caution, however, K&L Gates has included the two names that may indicate representation.

[3] See footnote 3.