## CERTIFICATE OF SERVICE

I, Laurie Selber Silverstein, hereby certify that I am not less than 18 years of age and that on this 22nd day of June, 2007, I caused a true and correct copy of the within **Response of Bank of America, N.A. To Application of The Examiner for an Order Authorizing the Retention of Kirkpatrick & Lockhart Preston Gates Ellis LLP As Counsel to the Examiner** *Nunc Pro Tunc* **to June 1, 2007** to be served on the following parties in the manner indicated below:

VIA HAND DELIVERY
Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

VIA EMAIL & FIRST CLASS MAIL
Edward M. Fox, Esquire
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022

and on the attached service list by Prepaid First Class Mail:

Under penalty of perjury, I declare that the forgoing is true and correct.

_____
Laurie Selber Silverstein

Pac#803402

(UBS Real Estate Securities, Inc.)
William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Ashby & Geddes PA
PO Box 1150
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

(Debtors)
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Chun I. Jang, Esquire
Richards Layton & Finger PA
PO Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

(Morgan Stanley Mortgage Capital Inc.)
Robert J. Dehney, Esquire
Gregory W. Werkheiser, Esquire
Daniel B. Butz, Esquire
Morris Nichols Arsht & Tunnell LLP
PO Box 1347
1201 North Market  Street, 18th Floor
Wilmington, DE 19899-1347

(Citigroup Global Markets Realty Corp.)
Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

(Greenwich Capital Financial Products Inc.;
     The CIT Group/Business Credit, Inc.)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
PO Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801

(United States Trustee)
Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

(Deutsche Bank National Trust Company)
David B. Stratton, Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709

(Residential Funding Company LLC)
Mary F. Caloway, Esquire
Eric Lopez Schnabel, Esquire
Buchanan Ingersoll &Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801

(IndyMac Bank, FSB; Qwest Corporation)
Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

(Safeco Financial Institution Solutions, Inc.)
Don A. Beskrone, Esuqire
Ashby & Geddes PA
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE 19801

(CB Richard Ellis Corporate Facilites Management, Inc.)
Ian Connor Bifferato, Esquire
Garvan F. McDaniel, Esquire
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE  19801

(CB Richard Ellis Corporate Facilites
    Management, Inc.)
John E. Mitchell, Esquire
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX  75201

(Residential Funding Company LLC)
Chris Lenhart, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402-1498

(IndyMac Bank, FSB)
Claudia Z. Springer, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301

(Safeco Financial Institution Solutions, Inc.)
Frank G. Burt, Esquire
Raul A. Cuervo, Esquire
W. Glenn Merten, Esquire
Jorden Burt LLP
1025 Thomas Jefferson Street, NW, Suite 400 East
Washington, DC  20007-5208

(Top 50 Unsecured Creditor
Indymac Bank FSB
888 East Walnut Street
Pasadena, CA  91101

(To 50 Unsecured Creditor)
General Electric Capital Corporation
44 Old Ridgebury Road
Danbury, CT  06810

XRoads Case Management Services
PO Box 8901
Marina Del Rey, CA  90295

(Top 50 Unsecured Creditor)
Tony D. Atkins
Suntrust
303 Peachtree Street, 23rd Floor
Atlanta, GA  30308

(Top 50 Unsecured Creditor)
Tanja Barner
GMAC Commercial Finance LLC
600 Galleria Parkway, 15th Floor
Atlanta, GA  30339

(Celina ISD, Princeton ISD, City of Princeton, Richardson
    ISD, Cedar Hill ISD, City of Cedar Hill, Whitewright
    ISD, City of Whitewright, City of Hurst, Arlington
    ISD, Castleberry ISD & Mansfield ISD)
Elizabeth Banda, Esquire
Perdue Brandon Fielder Collins & Mott LLP
PO Box 13430
Arlington, TX  76094-0430

(Top 50 Unsecured Creditor)
Mike Bugbee
Residential Funding Corporation
1646 N. California Boulevard, #400
Walnut Creek, CA  94596

(Citigroup Global Markets Realty Corp.)
Paul M. Basta, Esquire
Joshua A. Sussberg, Esquire
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY  10022-4611

(UBS Real Estate Securities, Inc.)
Richard A. Chesley, Esquire
Kimberly D. Newmarch, Esquire
Paul Hastings Janofsy & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL  60606

(Top 50 Unsecured Creditor)
Kelly Chin
Assurant Specialty Property Insurance
260 Interstate N. Circle, SE
Atlanta, GA,  30339-2110

(Top 50 Unsecured Creditor)
James Depalma
Jeane Leschak
Nomura Securities
2 World Financial Center, Building B
New York, NY  10281

(Morgan Stanley Mortgage Capital Inc.)
Luc A. Despins, Esquire
Wilbur F. Foster, Esquire
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005

(Top 50 Unsecured Creditor)
R. Douglas Donaldson
Gemini Securitization Corp LLC
c/o Ropers & Gray LLP
1 International Place
Boston, MA  02110

(Federal Express Corporation)
Charles J. Filardi, Jr., Esquire
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT  06510

(Top 50 Unsecured Creditor)
Marc Flamino
Goldman Sachs Mortgage Corporation
85 Broad Street
New York, NY  10004

(Top 50 Unsecured Creditor)
William Fogleman
Alaska Seaboard Partners Limited Partnership
4150 S. Sherwood Forest Boulevard
Baton Rouge, LA  70816

(Top 50 Unsecured Creditor)
Todd Green
Affiliated Computer Services
PO Box 201322
Dallas, TX  75320

(Top 50 Unsecured Creditors)
Ron Harpole
Catarina Mortgage Services Inc.
22485 Tomball Highway
Houston, TX  77070

(Morgan Stanley Mortgage Capital Inc.)
Howard R. Hawkins, Jr., Esquire
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

(Top 50 Unsecured Creditor)
Dana Headlee
Countrywide
20 N. Acoma Boulevard
Lake Havasu City, AZ  86403

(Top 50 Unsecured Creditor)
Doris Hearn
Evelyn Echevarria
Aspen Funding Corp.
c/o Amacar Group LLC
6525 Morrison Boulevard, Suite 318
Charlotte, NC  28211

(Top 50 Unsecured Creditor)
Brooke Hergesell
System Source, Inc.
2100 Main Street, Suite 100
Irvine, CA  92614

(Top 50 Unsecured Creditor)
Geno Hoover
Fiserv CCS
912 Ft. Dubuesne Boulevard
Pittsburgh, PA  15222

(Top 50 Unsecured Creditor)
Fred Hsu
Lowcom
818 W. 7th Street, Suite 700
Los Angeles, CA  90017

(Top 50 Unsecured Creditor)
Melanie LaRocque
National Field Representatives
PO Box 1440
Claremont, NH  03743

(Top 50 Unsecured Creditor)
Joe Little
HSBC Bank USA, NA
452 5th Avenue, 10th Floor
New York, NY  10018

(Top 50 Unsecured Creditor)
Maureen Macan
Bank of America NA
901 Main Street, 6th Floor
Dallas, TX  75202

(Top 50 Unsecured Creditor)
Shari Macedo
Harbor Asset Management Services
1407 Foothill Boulevard, Suite 246
La Verne, CA  91750

(Top 50 Unsecured Creditor)
Tony Malanga
IXIS Real Estate Capital, Inc.
9 West 57th Street, 36th Floor
New York, NY,  10019

(Top 50 Unsecured Creditor)
George Mangiaracina
UBS Real Estate Securities Inc.
1285 Ave of the Americas, Suite 11
New York, NY  10019

(Top 50 Unsecured Creditor)
Giovanni Manocchio
Aurora Loan Services
10350 Park Meadows Drive, 4th Floor
Littleton, CO  80124

(Top 50 Unsecured Creditor)
Michael McCauley
Q Washington Mutual Bank, FA
3200 Southwest Freeway
Houston, TX  77027

(Top 50 Unsecured Creditor)
Paul Menefee
Joseph O'Doherty
Barclays Bank PLC
200 Park Avenue
New York, NY  10166

(Top 50 Unsecured Creditor)
Todd Meringoff
ATTN:  Galleon Funds
State Street Global Markets LLC
225 Franklin Street
Boston, MA  02110

(UBS Real Estate Securities, Inc.)
Keith W. Miller, Esquire
James R. Bliss, Esquire
Paul Hastings Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, NY 10022

(Top 50 Unsecured Creditor)
Susan Mills
Bobbie Theivakumaran
Citigroup Global Markets Realty Corp.
390 Greenwich Street, 6th Floor
New York, NY 10013

(Top 50 Unsecured Creditor)
Glenn Minkoff
Doris Hearn
Evelyn Echevarria
Newport Funding Corp.
c/o Amacar Group
6525 Morrison Boulevard, Suite 318
Charlotte, NC 28211

(Top 50 Unsecured Creditor)
Glenn Minkoff
DB Structured Products, Inc.
60 Wall Street, 19th Floor
New York, NY 10005

(Top 50 Unsecured Creditor)
Glenn Minkoff
Tucson Funding LLC
c/o DB Structured Products, Inc.
60 Wall Street
New York, NY 10005

(Top 50 Unsecured Creditor)
Andy Neuberger
Morgan Stanley Mortgage Capital Inc.
1585 Broadway, 10th Floor
New York, NY 10036

(Top 50 Unsecured Creditor)
Frank Nunnari
SG Mortgage Finance Corp.
1221 Avenue of the Americas
New York, NY 10020

(Top 50 Unsecured Creditor)
Rod Pasion
Lowermybills.com
2401 Colorado Avenue, Suite 200
Santa Monica, CA 90404

(Top 50 Unsecured Creditor)
Glenn Pearson
Hansel Nieves
Shelby Robins
Sheffield Receivables Corporation
c/o Barclays Capital Services
200 Cedar Knolls Road
Whippany, NJ 07981

(Top 50 Unsecured Creditor)
Frank Quattroccup
Sprint
18200 Von Karman Avenue
Irvine, CA 92612

(Top 50 Unsecured Creditor)
Diane Rinnovatore
Lehman Brothers Bank FSB
745 Seventh Avenue
New York, NY  10019

(Top 50 Unsecured Creditor)
Bruce Rose
Carrington Securities LP
Seven Greenwich Office Park
599 West Putnam Avenue
Greenwich, CT  06830

(Top 50 Unsecured Creditor)
Marc Rosenthal
Credit-Based Asset Servicing & Securitization LLC
335 Madison Avenue, 19th Floor
New York, NY  10017

(Top 50 Unsecured Creditor)
Blake Simon
Adteractive
303 Second Street, Suite 375, Second Tower
San Francisco, CA  94107

(Top 50 Unsecured Creditor)
Frank Skibo
Greenwich Capital Financial Products Inc.
600 Steamboat Road
Greenwich, CT  06830

(Credit Suisse First Boston Mortgage Capital LLC; DL
    Mortgage Capital, Inc.)
Joseph H. Smolinsky, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

(Greenwich Capital Financial Products, Inc.; The CIT
    Group/Business Credit, Inc.)
Bennet L. Spiegel, Esquire
Shirley S. Cho, Esquire
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA  90017

(Top 50 Unsecured Creditor)
Ryan Stark
Deutsche Bank
31 West 52nd Street, 3rd Floor
NYC01-0304
New York, NY  10019

(Top 50 Unsecured Creditor)
Fran Stec
JPMorgan Chase Bank NA
194 Wood Avenue South, Floor 3
Iselin, NJ  08830-2710

(Top 50 Unsecured Creditor)
Jenny Ray Stilwell
Guaranty Bank
8333 Douglas Avenue
Dallas, TX  75225

(Top 50 Unsecured Creditor)
Tom Tarantino
EMC Mortgage Corporation
383 Madison Avenue
New York, NY  10179

(Top 50 Unsecured Creditor)
Gary Timmerman
Credit Suisse First Boston Mortgage Capital LLC
302 Carnegie Center, 2nd Floor
Princeton, NJ  08540

(Ellington Management Group, Inc.)
Patricia B. Tomasco, Esquire
Brown McCarroll LLP
111 Congress Avenue, Suite 1400
Austin, TX  78701

(Top 50 Unsecured Creditor)
Dan Tsuchiya
Nextag
1300 S. El Camino Real
San Mateo, CA  94402

(Debtors)
Suzzanne S. Uhland, Esquire
Ben H. Logan, Esquire
Victoria Newmark, Esquire
Emily Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA  94111

(Top 50 Unsecured Creditor)
Scott Walkins
ChoicePoint Precision Marketing
2525 Meridian Parkway, Suite 125
Durham, NC  27713

(Top 50 Unsecured Creditor)
Sear Yagana
Pricewaterhouse Coopers LLP
300 Madison Avenue
New York, NY  10017

(Deutsche Bank National Trust Company)
Dennis J. Drebsky, Esquire
Nixon Peabody LLP
437 Madison Avenue
New York, NY  10022

(Deutsche Bank National Trust Company)
Mark N. Berman, Esquire
Nixon Peabody LLP
10 Summer Street
Boston, MA  02110-1832

(Dallas County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201

Stuart B. Wolfe, Esquire
Yaron Shaham, Esquire
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614-5979

Jed A. Hart, Esquire
Angelo Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

T. Robert Finlay, Esquire
Donna L. LaPorte, Esquire
Wright Finlay & Zak LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660

(GMAC Commercial Finance LLC;
    Countrywide Home Loans Inc.)
Lawrence P. Gottesman, Esquire
Sukyong Suh, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

(GMAC Commercial Finance LLC;
    Countrywide Home Loans Inc.)
Katherine M. Windler, Esquire
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

Hernando Azarcon, Sr. Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI 48075

(GMAC Commercial Finance LLC;
    Countrywide Home Loans Inc.)
William E. Chipman, Jr., Esquire
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801

Paul T. Liu, Exec. VP & Deputy General Counsel
John Guerry, Sr. VP & Asst. General Counsel
Countrywide Home Loans Inc.
5220 Las Virgenes Road
MS AC-11
Calabasas, CA 91302

(Kodiak Funding LP; Kodiak CDO I, Ltd.)
Norman M. Monhait, Esquire
Rosenthal Monhait & Goddess PA
919 Market Street, Suite 1401
PO Box 1070
Wilmington, DE 19899-1070

(Alireza Naxmi; Golden Key Mortgage)
Charles A. Hansen, Esquire
Mark S. Bostick, Esquire
Wendel Rosen Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

(General Electric Capital Corporation)
Michael G. Gallerizzo, Esquire
Gebhardt & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801

(Theresa A. Davis, Esquire)
Robert P. Cocco, Esquire
Robert P. Cocco PC
437 Chestnut Street, Suite 1006
Philadelphia, PA 19106

(Wells Fargo Bank NA)
Thomas M. Korsman, VP
Wells Fargo Bank NA
MAC N9303-120
608 – 2nd Avenue South
Minneapolis, MN 55479

(Wells Fargo Bank NA)
James S. Carr, Esquire
David Retter, Esquire
Christena A. Lambrianakos, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

(Official Committee of Unsecured Creditors)
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

(Official Committee of Unsecured Creditors)
Mark T. Power, Esquire
Mark S. Indelicato, esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floors
New York, NY 10022

(RBC Mortgage Company; Royal Bank of Canada; RBC
    Centura Bank)
Francis A. Monaci, Jr., Esquire
Monzack & Monaco PA
1201 N. Orange Street, Suite 400
PO Box 2031
Wilmington, DE 19899-2031

(New York State Teachers' Retirement System)
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
54 Livingston Avenue
Roseland, NJ 07068

(New York State Teachers' Retirement System)
Salvatore J. Graziano, esquire
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

(New York State Teachers' Retirement System)
Blair A. Nicholas, Esquire
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

(Carrington Mortgage Services LLC;
   Carrington Capital Management LLC)
Thomas S. Kiriakos, Esquire
Sean T. Scott, Esquire
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606

(Carrington Mortgage Services LLC;
   Carrington Capital Management LLC)
Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

(eMortgage Logic LLC)
Jeffrey I. Golden, Esquire
Hutchison B. Meltzer, Esquire
Weiland Golden Smiley Wang Ekvall & Strok LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA  92626

Michael Weinstock
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY  10152

Ms. Vicky Namken
Bankruptcy Coordinator
IBM Corporation
13800 Diplomat Drive
Dallas, TX  75234

(SIRVA Relocation)
Glenn M. Reisman, Esquire
Law Offices
Two Corporate Drive, Suite 234
Shelton, CT  06484

(DRA CRT Post Oak LP)
Brian D. Womac, Esquire
Womac & Associates
TwoMemorial City Plaza
820 Gessner, Suite 1540
Houston, TX  77024

Keith Clements
IKON Office Solutions
Recovery & Bankruptcy
3920 Arkwright Road, Suite 400
Macon, GA  31210

(MTC Financial Inc., d/b/a Trustee Corps.)
Richard J. Reynolds, Esquire
Turner Reynolds Greco & O'Hara
16485 Laguna Canyon Road, Suite 250
Irvine, CA  92618

(Wells Fargo Bank NA)
J.R. Smith, Esquire
Jason W. Harbour, Esquire
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

(Wells Fargo Bank NA)
Michael Busenkell, Esquire
Eckert Seamans Cherin & Mellot LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE  19801

(DB Structured Products Inc.)
Robert M. Dombroff, Esquire
Steven Wilamowsky, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689

(DB Structured Products Inc.)
Andrew J. Gallow, Esquire
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110

(DB Structured Products Inc.)
Richard H. Agins, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT  06103-3178

(DB Structured Products Inc.)
Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE  19899-0391

(JP Morgan Chase Bank NA)
Adam G. Landis, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE  19801

(ABN AMRO Bank NV)
Raniero D'Aversa, Jr., Esquire
Laura D. Metzger, Esquire
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY  10019-5820

(ABN AMRO Bank NV)
Joanne B. Wills, Esquire
Michael W. Yurkewicz, Esquire
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

(Natixis Real Estate Capital Inc. f/k/a IXIS
    Real Estate Capital Inc.)
Gregory M. Petrick, Esquire
Angela Somers, Esquire
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

(Natixis Real Estate Capital Inc. f/k/a IXIS Real Estate
    Capital Inc.)
Neil B. Glassman, Esquire
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

(Credit Suisse First Boston Mortgage
    Capital LLC; DLJ Mortgage Capital Inc.)
Michael R. Nestor, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE  19899-0391

(Bexas County; City of El Paso)
David G. Aelvoet, Esquire
Linebarger Goggan Blair & Sampson LLP
Travis Building
711 Navarro, Suite 300
San Antonio, TX  78205

Mitchell W. Katz, Esquire
Qwest Legal Department
Qwest Corporation
1801 California Street, Suite 900
Denver, CO  80202

(Sprint Nextel Corporation & its Affiliates)
David I. Swan, Esquire
Kenneth I. Misken, Esquire
McGuire Woods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA  22102-4215

(United HealthCare Insurance Company)
Julie A. Manning, Esquire
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919

David H. Zielke, Esquire
VP & Asst. General Counsel
Washington Mutual
1301 Second Avenue, WMC 3501
Seattle, WA  98101

(Washington Mutual & Affiliates)
Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
PO Box 2207
Wilmington, DE  19899

(ChoicePoint Inc. & Its Affillilates)
James R. Savin, Esquire
David M. Dunn, Esquire
Joanna F. Newdeck, Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036

(500 Eagles Landing LLC)
Robert P. Gates, Esquire
Erskine & Tulley PC
220 Montgomery Street, Suite 303
San Francisco, CA  94104

David A. Meskan, Manager
500 Eagles Landing LLC
2100 Green Street, Apt. 404
San Francisco, CA  94123

(500 Eagles Landing LLC)
Rent Paid To/Property Manager
Property Management Professionals LLC
1512 Royce Drive
Locust Grove, GA  30248

(Maguire Properties-Park Place LLC)
D. J. Baker, Esquire
Rosalie W. Gray, Esquire
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036-6522

Sheryl L. Moreau, Esquire
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO  65105-0475

(State of Ohio ex rel. Marc Dann, Attorney General)
Matthew J. Lampke, Assistant Chief
Ohio Attorney General's Office
Executive Agencies Section
30 E. Broad Street, 26th Floor
Columbus, OH  43215-4200

(City of Edinburg; Edcouch-Elsa ISD; Nueces County;
    South Texas College)
Diane Wade Sanders, Esquire
Linebarger Goggan Blair & Sampson LLP
1949 South IH 35 (78741)
PO Box 17428
Austin, TX  78760

(Positive Software Solutions Inc.)
Mark H. Ralston, Esquire
Davor Rukavina, Esquire
Munsch Hardt Kopf & Harr PC
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX  75201

(Positive Software Solutions Inc.)
Daniel K. Astin, Esquire
Anthony M. Saccullo, Esquire
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
PO Box 2323
Wilmington, DE  19899-2323

(Barclays Bank PLC; Barclays Capital)
Ken Coleman, Esquire
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020

Mark Manski, esquire
Barclays Bank PLC
200 Park Avenue
New York, NY  10166

(SunTrust Leasing Corporation)
Christopher D. Loizides, Esquire
Loizides PA
1225 King Street, Suite 800
Wilmington, DE  19801

(SunTrust Leasing Corporation)
Robert Goodrich, Esquire
Stites & Harison PLLC
1800 Fifth Third Center
424 Church Street
Nashville, TN 37219-2376

Bruce Gordon
Special Handling Group – MD NC322
IBM Credit LLC
North Castle Drive
Armonk, NY 10504

(Scott Morris & Angela Morris)
Felix A. Seidler, Esquire
Reeves & Seidler
2527 Santa Clara Avenue
Alameda, CA 94501-4633

(Stony Point East LP)
Richard S. Cobb, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Sari E. Meador, Paralegal
Deliquency & Enforcement
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, FL
PO Box 2016
Bartow, FL 33831-2016

Seth R. Weissman, Esquire
VP & General Counsel
Coremetrics Inc.
1840 Gateway Drive, Suite 320
San Mateo, CA 94404

(Coremetrics Inc.)
Jeffrey C. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
PO Box 2207
Wilmington, DE 19899

(The Realty Associates Fund VII LP)
Robert E. Greenberg, Esquire
Friedlander Misler Sloan Kletzkin & Ochsman PLLC
1101 – 17th Street, NW, Suite 700
Washington, DC 20036-4704

(816 Connecticut Avenue LP)
Bryn H. Sherman, Esquire
Deckelbaum Ogens & Raftery Chtd.
3 Bethesda Metro Center, Suite 200
Bethesda, MD 20814

(National Field Representatives Inc.)
Thomas D. Maxson, Esquire
Cohen & Grigsby PC
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319

Madeleine C. Wanslee, Esquire
Gust Rosenfeld PLC
201 E. Washington, Suite 800
Phoenix, AZ  85004-2327

(LandAmerica Default Services Company; Tamares
    Real Estate Holdings Inc.; Plaza America Office
    Development LLC; Plaza Office Realty II LLC)
William F. Taylor, Jr., Esquire
Katharine L. Mayer, esquire
McCarter & English LLP
919 N. Market Street, Suite 1800
PO Box 111
Wilmington, DE  19899

(International Business Machines Corporation)
Leo D. Plotkin, Esquire
Levy Small & Lallas
815 Moraga Drive
Los Angeles, CA  90049-1633

(Adfitech Inc.)
Evelyn J. Meltzer, Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
PO Box 1709
Wilmington, DE  19899-1709

(American Express Travel Related Services
    Co. Inc. Corp. Card)
Gilbert B. Weisman, Esquire
Becket & Lee LLP
PO Box 3001
Malvern, PA  19355-0701

(Richard D. Austin; Lauren V. Liva;
    Michael Vandall; Scott Rasmussen;
    Martha F. Moreland; Carla Lyles)
James E. Huggett, Esquire
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE  19801

(Oracle USA Inc.)
Amish R. Doshi, Esquire
Day Pitney LLP
7 Times Square
New York, NY  10036-7311

Daniel T. Powers
Chatham County Tax Commissioner
PO Box 8321
Savannah, GA  31412

Susan D. Profant, CFCA, CLA, Paralegal
Ken Burton, Jr., Manatee County Tax Collector
819 US 301 Boulevard West
PO Box 25300
Bradenton, FL  34206-5300

(Nabih Mangoubi; Esther Mangoubi, beneficiaries
    of Illinois Land Trust No. R-3679)
Elihu E. Allinson, III, Esquire
William D. Sullivan LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801

Gretchen Crawford, Asst. District Attorney
Oklahoma Conty Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK  73102

(KW Properties Ltd.)
Nancy Hotchkiss, Esquire
Trainor Fairbrook
PO Box 255824
Sacramento, CA  95865

Rich F. Martin, Creditor
8109 Santa Luz Village Green South
San Diego, CA  92127

(Pennsbury Village Borough)
John J. Arminas, Esquire
Goldberg Kamin & Garvin
1806 Frick Building
437 Grant Street
Pittsburgh, PA  15219

(Tax Appraisal District of Bell County; County of
    Denton; Mexia ISD; County of Williamson)
Michael Reed, Esquire
McCreary Veselka Bragg & Allen PC
PO Box 1269
Round Rock, TX  78680

(Douglas Emmett 2000 LLC, successor to
    Douglas Emmett Realty Fund 2000)
Don C. Sherwood, Esquire
Sherwood & Hardgrove
11812 San Vicente Boulevard, Suite 210
Los Angeles, CA  90049-6622

(Mack-Cali Realty Corporation)
Lisa C. McLaughlin, Esquire
Phillips Goldman & Spence PA
1200 N. Broom Street
Wilmington, DE  19806

(Mack-Cali Realty Corporation)
Carlos G. Manalansan, Esquire
Wolff & Samson PC
The Offices of Crystal Lake
One Boland Drive
West Orange, NJ  07052

(Hartford Fire Insurance Company)
Michael R.Lastowski, Esquire
Christopher M. Lastowski, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801

(Hartford Fire Insurance Company)
T. Scott Leo, Esquire
Grace Winkler Cranley, Esquire
Leo & Weber PC
One N. LaSalle Street, Suite 3600
Chicago, IL  60602

(Iron Mountain Information Management Inc.)
Frank F. McGinn, Esquire
Bartlett Hackett Feinberg PC
155 Federal Street, 9th Floor
Boston, MA  02110

(Huntington Quadrangle 2 LLC)
Sheldon I. Hirshon, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY  10036-8299

(Fidelity National Information Services)
Donald A. Workman, Esquire
Baker & Hostetler LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC  20036

Mark Lee
Contrarian Capital Management LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

(America's Servicing Company)
A. Michelle Hart, Esquire
McCalla Raymer LLC
1544 Old Alabama Road
Roswell, GA  30076-2102

(Harris County; Montgomery County; Cyrpess-
    Fairbanks ISD; Fort Bend County)
John P. Dillman, Esquire
PO Box 3064
Houston, TX  77253-3064

(HSBC Bank USA NA; HSBC Mortgage
    Corporation USA and certain affiliates)
Andrew C. Kassner, Esquire
Howard A. Cohen, Esquire
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801

(Speedpay Inc.)
Joseph D. Frank, Esquire
Frank/Gecker LLP
325 N. LaSalle Street, Suite 625
Chicago, IL  60610

Larry Thomas
Integrated Payment Systems Inc.
12500 East Belford Avenue
Meridian Building
Mail Stop M12B
Englewood, CO  80112

(Walz Postal Solutions Inc. a/k/a Walz
    Secured Outsourcing)
William A. Hazeltine, Esquire
Law Offices of William A. Hazeltine LLC
10 West 9th Street
PMB 345
Wilmington, DE  19801

(National City Commercial Capital Company LLC)
Sherry D. Lowe, Esquire
Lamm Rubenstone Lesavoy Butz & David LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA  19053

Dennis Ahlers, Assoc. General Counsel
Eschelon Telecom Inc.
730 Second Avenue South, Suite 900
Minneapolis, MN  55402

(QKC Maui Owner LLC)
Andrew S. Conway, Esquire
Honigman Miller Schwartz & Cohn LLP
38500 Woodward Avenue, Suite 100
Bloomfield Hills, MI  48304

(Tamares Real Estate Holdings Inc.;
    Plaza America Office Development LLC;
    Plaza Office Realty II LLC)
Richard M. Lucas, Esquire
Charles A. Malloy, Esquire
Arnold & Porter
555 Twenfth Street, NW
Washington, DC  20004

(ADT Security Services Inc.)
Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE  19899-2306

(ADT Security Services Inc.)
Sally E. Edison, Esquire
McGuire Woods LLP
Dominion Tower
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA  15222-3142

Rosa Dominy
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
PO Box 13708
Macon, GA  31208-3708

(CSHV Denver Tech Center LLC)
Victoria W. Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
1007 N. Orange Street, Suite 1200
Wilmington, DE  19801

(CSHV Denver Tech Center LLC)
Daniel Ansell, Esquire
Kenneth Philbin, Esquire
Greenberg Traurig LLP
MetLife Building
200 Park Avenue
New York, NY  10166

(Collin County Tax Assessor/Collector)
David McCall, Esquire
Gay McCall Isaacks Gordon & Roberts PC
777 East 15th Street
Plano, TX  75074

Leslie Marks, Pro Se
3099 Suter Street
Oakland, CA  94602

(County of Imperial, CA)
Imperial County Treasurer-Tax Collector
ATTN:  Flora Garcia
        Deputy Treasurer-Tax Collector
940 West Main Street, Suite 106
El Centro, CA  92243

(Affiliated Computer Services Inc.;
    ACS Commercial Solutions Inc.)
Larry A. Levick, Esquire
Michelle E. Shriro, Esquire
Gerard Singer Levick PC
16200 Addison Road, Suite 140
Addison, TX  75001

(Broward County)
Jeffrey J. Newton, County Attorney
Hollie N. Hawn, Asst. County Attorney
Broward County Revenue Collection Div.
Bankruptcy & Litigation Section
Government Center Annex
115 S. Andrews Avenue
Fort Lauderdale, FL  33301

(Village at Camp Bowie I LP)
Stephen M. Miller, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE  19899-2306

(Village at Camp Bowie I LP)
Fielder F. Nelms, Esquire
Smith Stern Friednam & Nelms PC
6688 North Central Expressway, Suite 550
LB 37
Dallas, TX  75206

(Barclays Bank PLC)
Henry Jaffe, Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
PO Box 1709
Wilmington, DE  19899-1709

(Phelan Hallinan & Schmieg LLP; Phelan Hallinan &
    Schmieg PC)
Judith T. Romano, Esquire
Phelan Hallinan & Schmieg LLP
1617 John F. Kennedy Boulevard, Suite 1400
Philadelphia, PA  19103

(Examiner, Michael J. Missal, Esquire)
Edward M. Fox, Esquire
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY  10022-6030

(Examiner, Michael J. Missal, Esquire)
Rebecca L. Kline Dubill, Esquire
Stephen G. Topetzes, Esquire
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 "K" Street, NW
Washington, DC  20006-1600

(Examiner, Michael J. Missal, Esquire)
Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue
PO Box 1266
Wilmington, DE  19899

(Hidalgo County)
John Banks, Esquire
Perdue Brandon Fielder Collins & Mott LLP
3301 Northland Drive, Suite 505
Austin, TX  78731

(United Insurance Company of America)
Victoria L. Nelson, Esquire
Ogonna M. Atamoh, Esquire
Santoro Driggs Walch Kearney Johnson & Thompson
400 South 4th Street, 3rd Floor
Las Vegas, NV  89101

(Bank of the West)
Susan L. Vaage, Esquire
Graham Vaage & Cisneros
500 N. Brand Boulevard, Suite 1030
Glendale, CA  91203

Gina Brown
2303 18-Mile Road, NE
Cedar Springs, MI  49319

(Aldine Independent School District)
Susan R. Fuertes, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032