**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,<br><br>Debtors.[1] | Chapter 11<br>Case No. 07-10416 (KJC)<br>Jointly Administered |

**JOINDER OF MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC (F/K/A MORGAN STANLEY MORTGAGE CAPITAL INC.) TO RESPONSE OF BANK OF AMERICA, N.A. TO APPLICATION OF THE EXAMINER FOR AN ORDER AUTHORIZING THE RETENTION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP AS COUNSEL TO EXAMINER *NUNC PRO TUNC* TO JUNE 1, 2007**

Morgan Stanley Mortgage Capital Holdings LLC (f/k/a Morgan Stanley Mortgage Capital Inc.) ("MSMCH"), by and through its undersigned counsel, hereby joins (the "Joinder") in the Response (the "Response") of Bank of America, N.A. ("Bank of

---

[1] The Debtors are the following entities: New Century Financial, a Maryland corporation; New Century TRS, a Delaware Corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; and NCoral, L.P., a Delaware limited partnership (collectively, the "Debtors").

America") to Application Of The Examiner For An Order Authorizing The Retention Of Kirkpatrick & Lockhart Preston Gates Ellis LLP ("K&L Gates") As counsel To The Examiner *Nunc Pro Tunc* To June 1, 2007 (the "Application"), and respectfully represents as follows:

**BACKGROUND**

1. Commencement of Cases. On April 2, 2007, each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On April 9, 2007, the United States Trustee appointed the official committee of unsecured creditors.

2. Joint Administration. On April 4, 2007, this Court entered an order directing the joint administration of the Debtors' cases under case number 07-10416 (KJC) for procedural purposes only.

3. Examiner Appointment. On June 1, 2007, the Court entered the Order Denying In Part And Granting In Part Motion Of The United States Trustee For An Order Directing The Appointment Of A Chapter 11 Trustee, Or In The Alternative, An Examiner (the "Examiner Order"). On June 5, 2007, pursuant to the Examiner Order, the United States Trustee appointed Michael J. Missal as examiner (the "Examiner") in the above-captioned chapter 11 cases (the "Bankruptcy Cases"), which appointment was approved by the Court by order dated June 7, 2007.

4. <u>K&L Gates Retention Application</u>. On June 8, 2007, the Examiner filed the Application seeking authority to retain and employ K&L Gates as legal counsel. "Morgan Stanley" is listed on <u>Exhibit D</u> to the Affidavit of Edward M. Fox Pursuant To 11 U.S.C. §§ 101(14) and 327 And Fed. R. Bankr. P. 2014 In Support Of Application For An Order Authorizing The Retention Of Kirkpatrick & Lockhart Preston Gates Ellis LLP As Counsel To The Examiner, a copy of which is annexed to the Response as <u>Exhibit A</u>, as a current client of K&L Gates. K&L Gates has not sought any waiver from MSMCH in connection with its retention in these Bankruptcy Cases.

5. <u>Master Repurchase Agreement</u>. MSMCH is a party along with certain of the Debtors to a Master Repurchase Agreement, dated as of December 12, 2005 (as amended, restated, supplemented or otherwise modified and in effect from time to time, the "<u>MRA</u>") and (b) a related Guaranty, dated December 12, 2005 (as amended, restated, supplemented or otherwise modified and in effect from time to time) made by New Century Financial Corporation, a Debtor.

### **JOINDER**

6. MSMCH joins in the Response because it, like Bank of America, believes that the Examiner's duties as set forth in the Examiner Order are limited in scope to reviewing actions of the Debtors in respect of their post-petition use of cash

collateral.  MSMCH does not believe that the Examiner's duties include a review (in any form or manner) of the MRA and the rights, duties, and/or remedies of any parties with respect thereto.  To the extent that the scope of the Examiner's duties extends past what is set forth in the Examiner Order and includes a review of, considers, or in any way implicates the MRA, a conflict of interest will potentially arise as Morgan Stanley is a current client of K&L Gates, and K&L Gates has not sought any waiver from MSMCH in connection with its proposed retention in these Bankruptcy Cases.[2]  To the extent that MSMCH believes that a conflict of interest has arisen or may arise, it reserves its right to take appropriate actions in the future.

      7.  MSMCH reserves its rights to (a) be heard before the Court with respect to the Application and with respect to any conflict of interest that may arise in the future, and (b) amend or supplement this Joinder.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[2]  Any review by the Examiner of any other agreement or transaction between Morgan Stanley or any of its affiliates and the Debtors will raise similar conflict of issue concerns.  Accordingly, MSMCH reserves its rights with respect to any such conflicts of interest that may also arise in the future.

4

**WHEREFORE**, to the extent that the scope of the Examiner's duties may expand beyond what is specifically authorized in the Examiner's Order, MSMCH reserves its right to further respond to the Application and (ii) requests that the Court grant MSMCH such other and further relief as is just and proper.

Dated:  Wilmington, Delaware
        June 22, 2007

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Daniel B. Butz*
          Robert J. Dehney (No. 3578)
          Gregory W. Werkheiser (No. 3553)
          Daniel B. Butz (No. 4227)
          1201 North Market Street
          P.O. Box 1347
          Wilmington, Delaware 19899-1347
          Telephone: (302) 658-9200
          Facsimile: (302) 658-3989

          And

          Luc A. Despins
          Abhilash M. Raval
          Jeffrey K. Milton
          Milbank, Tweed, Hadley & M$^{c}$Cloy LLP
          One Chase Manhattan Plaza
          New York, New York 10005-1413
          Telephone: (212) 530-5000
          Facsimile: (212) 530-5219

          And

          Howard R. Hawkins, Jr.
          Cadwalader, Wickersham & Taft LLP
          One World Financial Center
          New York, New York 10281
          Telephone: (212) 504-6000
          Facsimile: (212) 504-6666

          Attorneys for Morgan Stanley
          Mortgage Capital Holdings LLC