IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------x
:                Chapter 11
In re:                              :
:                Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,     :
a Delaware corporation, et al.,[1]  :                Jointly Administered
:
Debtors                         :
:                Re: Docket No. 1275 through 1289
---------------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on June 15, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by United States Postal Service First Class Mail:

- **Monthly Operating Report of NC TRS Holdings for the Period of April 30, 2007** [Docket No. 1275]

- **Monthly Operating Report of New Century Financial Corporation for the Period of April 30, 2007** [Docket No. 1276]

- **Monthly Operating Report of New Century Mortgage Corporation for the Period of April 30, 2007** [Docket No. 1277]

- **Monthly Operating Report of New Century Capital Corporation for the Period of April 30, 2007** [Docket No. 1278]

- **Monthly Operating Report of Home123 for the Period of April 30, 2007** [Docket No. 1279]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- Monthly Operating Report of NC Credit Corporation for the Period of April 30, 2007 [Docket No. 1280]

- Monthly Operating Report of NC Asset Holding for the Period of April 30, 2007 [Docket No. 1281]

- Monthly Operating Report of NCR III for the Period of April 30, 2007 [Docket No. 1282]

- Monthly Operating Report of NC Residual IV Corporation for the Period of April 30, 2007 [Docket No. 1283]

- Monthly Operating Report of NC REO I for the Period of April 30, 2007 [Docket No. 1284]

- Monthly Operating Report of NC REO II for the Period of April 30, 2007 [Docket No. 1285]

- Monthly Operating Report of NC REO III for the Period of April 30, 2007 [Docket No. 1286]

- Monthly Operating Report of NC Ventures for the Period of April 30, 2007 [Docket No. 1287]

- Monthly Operating Report of NC Deltex for the Period of April 30, 2007 [Docket No. 1288]

- Monthly Operating Report of NCoral for the Period of April 30, 2007 [Docket No. 1289]

Dated: June 20, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Exhibit A
Core List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Greenwich Capital Financial Products | General Counsel & Frank Skibo | 600 Steamboat Rd | | Greenwich | CT | 06830 | | Counsel to DIP Lenders |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Michael J Missal | 1601 K Street NW | | Washington | DC | 20006 | | Examiner |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | Wilmington | DE | 19801 | | US Trustee |
| Office of the US Trustee | | 844 King St | Ste 2313 Lockbox 35 | Wilmington | DE | 19801-3519 | | Governmental Agency |
| The CIT Group Business Credit Inc | Renee Singer | 505 Fifth Ave | 3rd Fl | New York | NY | 10017 | | Counsel to DIP Lenders |