UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*,[1] | : | Case Number 07-10416 (KJC) |
| Debtors. | : | (Jointly Administered) |

Hearing Date: June 27, 2007 at 10:00 A.M.

**LIMITED OBJECTION OF THE UNITED STATES TRUSTEE TO THE MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR ENTRY OF AN ORDER ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM, MANNER AND SUFFICIENCY OF NOTICE THEREOF
(DOCKET ENTRY # 1173)**

In support of her limited objection to the motion of the Debtors and the Debtors in possession for an order establishing bar dates for filing proofs of claim and approving form, manner and sufficiency of notice thereof (the "Motion"), Kelly Beaudin Stapleton, United States Trustee for Region 3 ("U.S. Trustee"), by and through her counsel, avers:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

**INTRODUCTION**

1.      Under (i) 28 U.S.C. § 1334, (ii) (an) applicable order(s) of the United States District Court for the District of Delaware issued pursuant to 28 U.S.C. § 157(a), and (iii) 28 U.S.C. § 157(b)(2), this Court has jurisdiction to hear and determine the Motion.

2.      Under 28 U.S.C. § 586, the U.S. Trustee has an overarching responsibility to enforce the laws as written by Congress and interpreted by the courts.  *See United States Trustee v. Columbia Gas Sys., Inc. (In re Columbia Gas Sys., Inc.),* 33 F.3d 294, 295-96 (3d Cir. 1994) (noting that UST has "public interest standing" under 11 U.S.C. § 307 which goes beyond mere pecuniary interest); *Morgenstern v. Revco D.S., Inc. (In re Revco D.S., Inc.)*, 898 F.2d 498, 500 (6th Cir. 1990) (describing the UST as a "watchdog").

3.      Under 11 U.S.C. § 307, the U.S. Trustee has standing to be heard on the Motion and the issues raised in this limited objection.

**GROUNDS/BASIS FOR RELIEF**

4.      The U.S. Trustee objects to the Motion on the following grounds:

(a.)    In paragraph 11 of the Motion, the Debtors seek injunctive relief against the late filing of proofs of claim; paragraph 13 of the proposed form of order provides:

> Pursuant to Bankruptcy Rule 3003(c)(2), any entity that is required to file a proof of claim in these chapter 11 cases pursuant to the Bankruptcy Code, the Bankruptcy Rules or this Order with respect to a particular claim against the Debtor, but that fails to properly do so by the applicable Bar Date, shall be forever barred, estopped and enjoined from: (a) asserting any claim against the Debtors that the entity has that (i) is in an amount that exceeds the amount, if any, that is identified in the Schedules on behalf of such entity as undisputed, noncontingent and liquidated or (ii) is of a different nature or a different classification than any claim identified in the Schedules on behalf of such entity (any such claim being referred to herein as an "Unscheduled Claim"); or (b) voting upon, or receiving distributions

under, any plan or plans of reorganization or liquidation in these chapter 11 cases in respect of an Unscheduled Claim.

In the event that these cases were to convert to cases under chapter 7 of the Bankruptcy Code, 11 U.S.C. § 726(a)(2(C), 3) provides for distributions to tardily-filed claims under 11 U.S.C. § 501(c). Accordingly, while the U.S. Trustee does not oppose the inclusion of language which mirrors Rule 3003(c)(2) (that is, subsection (b) of paragraph 13 without the "forever barred, estopped and enjoined" lead-in language), the U.S. Trustee objects to the requested injunction against the late filing of proofs of claim.

  (b.) Given that XRoads Case Management Services, LLC ("XRoads") has a dedicated web page relating to the above-captioned cases (http://www.xroadscms.net/newcentury), copies of the proof of claim form, the Bar Date Order, and the Bar Dates Notice Package should be available on that web page, and the availability of such documents should be noted in the Publication Notice.

  (c.) The General Bar Date should be identified in paragraph 5 of the proposed form of order.

  (d.) To the extent that there will be a conversion of an entity's proof of claim from a foreign currency to U.S. dollars, the conversion should be performed as of the Petition Date and should not be left to the Debtors' discretion (see paragraph 16 of the proposed form of order).

**CONCLUSION**

WHEREFORE the UST requests that this Court issue an order granting relief consistent with this objection.

        Respectfully submitted,

        **KELLY BEAUDIN STAPLETON**
        **UNITED STATES TRUSTEE**


        **BY:**  /s/ Joseph J. McMahon, Jr.
           Joseph J. McMahon, Jr., Esquire (# 4819)
           Trial Attorney
           United States Department of Justice
           Office of the United States Trustee
           J. Caleb Boggs Federal Building
           844 King Street, Room 2207, Lockbox 35
           Wilmington, DE  19801
           (302) 573-6491
           (302) 573-6497 (Fax)

Date:  June 25, 2007