IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, <u>et al.</u>,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 27, 2007 AT 10:00 A.M.**

**I.      CONTINUED MATTERS**

1.      Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting its Members to Engage in Securities Trading, Loan Sales and Other Transactions Involving the Debtors and Their Respective Assets [Docket No. 409; filed 4/26/07]

   <u>Objection Deadline</u>:   May 8, 2007 at 4:00 p.m.; extended to July 9, 2007 at 4:00 p.m. for the U.S. Trustee and SEC

   <u>Objections/Responses Received</u>:  None at this time.

   <u>Related Documents</u>:  None at this time.

   <u>Status</u>: The hearing on this matter has been continued to the omnibus hearing scheduled for July 16, 2007.

2.      Debtors' Application for Order Authorizing the Retention and Employment of Heller Ehrman LLP as Special Counsel to the Audit Subcommittee Nunc Pro

---

[1]  The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

RLF1-3167560-1

Tunc to the Petition Date Pursuant to Sections 327(e) and 1107(b) of the Bankruptcy Code [Docket No. 495; filed 5/1/07]

Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to June 8, 2007 at 4:00 p.m. for the U.S. Trustee and Creditors' Committee; extended indefinitely for the U.S. Trustee; extended to June 13, 2007 at 12:00 p.m. for the Creditors' Committee

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  The hearing on this matter has been continued to the omnibus hearing scheduled for July 16, 2007.

3.    Motion of Debtors and the Debtors in Possession for an Order Approving the Investment Guidelines Pursuant to Section 345 of the Bankruptcy Code [Docket No. 893; filed 5/25/07]

Objection Deadline:    June 8, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  The hearing on this matter has been continued to the omnibus hearing scheduled for July 16, 2007.

4.    Motion of General Electric Capital Corporation for Relief from the Automatic Stay [Docket No. 630; filed 5/11/07]

Objection Deadline:    May 31, 2007 at 4:00 p.m.; extended to June 7, 2007 at 4:00 p.m.

Objections/Responses Received:

A.    Limited Response of Carrington Capital Management, LLC and Carrington Mortgage Services, LLC to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [Docket No. 1165; filed 6/7/07]

B.    Opposition of Debtors and Debtors in Possession to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [Docket No. 1166; filed 6/7/07]

C.    Objection of the Official Committee of Unsecured Creditors to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [Docket No. 1168; filed 6/7/07]

2

D.      Objection of the Examiner to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [Docket No. 1237; filed 6/14/07]

Related Documents:

i.      Notice of General Electric Capital Corporation's Motion for Relief from the Automatic Stay [Docket No. 632; filed 5/11/07]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for July 31, 2007.

5.    UBS Real Estate Securities, Inc., v. New Century Mortgage Corporation, *et al.*, Adv. Pro. No. 07-50875.

Status: The initial status conference for this matter and hearing on UBS's Motion for Temporary Restraining Order and Preliminary Injunction has been continued to the omnibus hearing scheduled for July 31, 2007.

6.    DB Structured Products, Inc., v. New Century Mortgage Corporation, *et al.*, Adv. Pro. No. 07-51269.

Status: The initial status conference for this matter has been continued to the omnibus hearing scheduled for July 31, 2007.

## II.    UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTIONS:

7.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay as to 618 W. North Street, Jackson, MI 49202 [Docket No. 702; filed 5/16/07]

Objection Deadline:    June 19, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.      Notice of Hearing of Motion of Deutsche Bank National Trust Company, as Trustee c/o Wells Fargo Home Mortgage for Relief from Stay Under Section 362 of the Bankruptcy Code [Docket No. 703; filed 5/16/07]

ii.     Certificate of No Response [D.I. 1439; filed 6/20/07]

Status: On June 20, 2007, a certification of no objection with respect to this matter was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

RLF1-3167560-1

8.      Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay as to 22750 Shevington Drive, Southfield, MI 48034 [Docket No. 710; filed 5/16/07]

Objection Deadline:    June 19, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.      Notice of Hearing of Motion of Deutsche Bank National Trust Company, as Trustee c/o Countrywide Home Loans for Relief from Stay Under Section 362 of the Bankruptcy Code [Docket No. 713; filed 5/16/07]

ii.     Certificate of No Response [D.I. 1440; filed 6/20/07]

Status: On June 20, 2007, a certification of no objection with respect to this matter was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

9.      Bank of New York's Motion for Relief from Automatic Stay as to 4022 Deveaux Street, Niagara Falls, NY 14305 [Docket No. 722; filed 5/16/07]

Objection Deadline:    June 19, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.      Notice of Hearing of Bank of New York, as Trustee c/o Countrywide Home Loans for Relief from Stay Under Section 362 of the Bankruptcy Code [Docket No. 724; filed 5/16/07]

ii.     Certificate of No Response [D.I. 1442; filed 6/20/07]

Status: On June 20, 2007, a certification of no objection with respect to this matter was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

10.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay as to 68 Kelly Street, Lincoln RI 02865 [Docket No. 731; filed 5/16/07]

Objection Deadline:    June 19, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

4

Related Documents:

i.   Notice of Hearing of Deutsche Bank National Trust Company, as Trustee c/o Countrywide Home Loans for Relief from Stay Under Section 362 of the Bankruptcy Code [Docket No. 732; filed 5/16/07]

ii.   Certificate of No Response [D.I. 1441; filed 6/20/07]

Status: On June 20, 2007, a certification of no objection with respect to this matter was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

11.   Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay as to 310 West Third Street, Elmira, NY 14901 [Docket No. 761; filed 5/18/07]

Objection Deadline:    June 19, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.   Notice of Hearing of Deutsche Bank National Trust Company, as Trustee c/o Home Loan Services for Relief from Stay Under Section 362 of the Bankruptcy Code [Docket No. 762; filed 5/18/07]

ii.   Certificate of No Response [D.I. 1444; filed 6/20/07]

Status: On June 20, 2007, a certification of no objection with respect to this matter was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

12.   U.S. Bank N.A.'s Motion for Relief from Automatic Stay as to 196 Fair Way Drive, Carmel, NY 10512 [Docket No. 829; filed 5/22/07]

Objection Deadline:    June 19, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.   Notice of Hearing of U.S. Bank N.A., as Trustee c/o Rosicki & Associates for Relief from Stay Under Section 362 of the Bankruptcy Code [Docket No. 830; filed 5/22/07]

ii.   Certificate of No Response [D.I. 1443; filed 6/20/07]

RLF1-3167560-1

Status: On June 20, 2007, a certification of no objection with respect to this matter was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

13.   Countrywide Home Loans' Motion for Nunc Pro Tunc Relief from Automatic Stay as to 27 Jefferson Pl, Hempstead, NY 11550 [Docket No. 1157; filed 6/7/07]

Objection Deadline:   June 19, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.   Notice of Hearing of Countrywide Home Loans for Nunc Pro Tunc Relief from Stay Under Section 362 of the Bankruptcy Code [Docket No. 1159; filed 6/7/07]

ii.   Certificate of No Response [D.I. 1445; filed 6/20/07]

Status: On June 20, 2007, a certification of no objection with respect to this matter was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

14.   Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay as to 3818 Timberwood Court, Grand Prairie, TX 75052 [Docket No. 1160; filed 6/7/07]

Objection Deadline:   June 19, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.   Notice of Hearing of Deutsche Bank National Trust Company, as Trustee c/o Countrywide Home Loans for Relief from Stay Under Section 362 of the Bankruptcy Code [Docket No. 1161; filed 6/7/07]

ii.   Certificate of No Response [D.I. 1446; filed 6/20/07]

Status: On June 20, 2007, a certification of no objection with respect to this matter was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

## III.   UNCONTESTED MATTERS GOING FORWARD:

15.   Application Pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Section 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of

RLF1-3167560-1

Pricewatercoopers LLP as Accountants to the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date [Docket No. 510; filed 5/2/07]

Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to June 22, 2007 for the U.S. Trustee; extended to June 13, 2007 at 12:00 p.m. for the Creditors' Committee

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  The hearing on this matter is going forward.

16.    MidFirst Bank's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) as to 95 Fairview Avenue, Rochester, NY [Docket No. 560; filed 5/7/07]

Objection Deadline:    May 22, 2007 at 4:00 p.m.; extended to June 6, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.    Amended Notice of Hearing on Motion of Midfirst Bank for Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1) [Docket No. 928; filed 5/30/07]

Status:  The hearing on this matter is going forward.

17.    The Rose Townsend Trust's Motion for Relief from Automatic Stay as to 4223 S. Madison Rd., Spokane, Washington [Docket No. 877; filed 5/25/07]

Objection Deadline:    June 20, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  The hearing on this matter is going forward.

18.    Notice of First and Final Fee Application of Compensation Design Group, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Compensation Specialists for the Debtors and Debtors in Possession for the Period from April 2, 2007 Through May 8, 2007 [Docket No. 1087; filed 6/4/07]

Objection Deadline:    June 20, 2007 at 4:00 p.m.

7

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  The hearing on this matter is going forward.

19.    Second Notice of Debtors' Intent to (A) Assume, Assign and Sell Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Certain Technology Assets, and (B) Proposed Cure Amounts in Connection Therewith [Docket No. 1189; filed 6/11/07]

Objection Deadline:    June 20, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  The hearing on this matter is going forward.

20.    Motion of Debtors and Debtors in Possession for an Order (A) Approving Supplement No. 1 to the Asset Purchase Agreement by and Among New Century Financial Corporation and Certain of its Subsidiaries and Ellington Management Group, L.L.C. on Behalf of its Client Funds, (B) Authorizing Sale of Certain Loans to Purchaser or its Designee(s), Free and Clear of All Liens, Claims, Encumbrances and Interests and (C) Granting Related Relief [Docket No. 1210; filed 6/12/07]

Objection Deadline:    June 20, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.    Order Granting Motion of Debtors and Debtors in Possession for an Order (A) Approving Supplement No. 1 to the Asset Purchase Agreement by and Among New Century Financial Corporation and Certain of its Subsidiaries and Ellington Management Group, L.L.C. on Behalf of its Client Funds, (B) Authorizing Sale of Certain Loans to Purchaser or its Designee(s), Free and Clear of All Liens, Claims, Encumbrances and Interests and (C) Granting Related Relief [Docket No. 1319; filed 6/19/07]

Status:  The hearing on this matter is going forward.

## IV.    CONTESTED MATTERS GOING FORWARD:

21.    Emergency Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the

Proposed Sale of Assets Used in Their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 70; filed 4/4/07]

Objection Deadline:   April 11, 2007 at 4:00 p.m.; Deadline to object to sale or assumption and assignment is May 14, 2007 at 4:00 p.m.; Extension deadline of May 15, 2007 granted to Union Bank of California; Deadline to object to adequate assurance of future performance under the assumed contracts is May 17, 2007

Objections/Responses Received:

A.     Limited Objection to Assumption and Assignment (Limited Objection to Debtor's Loan Servicing Assets) filed by Premier Print and Services Group, Inc. [Docket No. 505; filed 5/2/07]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for July 16, 2007.

B.     Limited Objections of National City Commercial Capital Company, LLC, to Debtors' Motions Regarding Rejection of Certain Leases, Sale of Assets, Assumption of Certain Leases and Other Matters and Joinder of General Electric Capital Corporation's Objection to Debtors' Motions and Joinder of RBC Mortgage Company and RBC Holdco's Objections to Debtors' Motions [Docket No. 509; filed 5/2/07]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for July 16, 2007.

C.     Objection of Speedpay, Inc. to Debtors' Assumption and Assignment of Executory Contract and Proposed Cure Amount [Docket No. 623; filed 5/10/07]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for July 16, 2007.

D.     Cure Objection of KST Data, Inc., to Debtors' Notice of Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith [Docket No. 624; filed 5/10/07]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for July 16, 2007.

E.     Objection to Assumption and Assignment (Cure Amount) filed by Data-Link Systems, L.L.C. and Fiserv Solutions, Inc. [Docket No. 633; filed 5/11/07]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for July 16, 2007.

F.     Objection and Reservation of Rights of CB Richard Ellis Corporate Facilities Management, Inc. with Respect to Cure Amounts and Claims [Docket No. 634; filed 5/11/07]

Status: The Debtors have left messages with opposing counsel requesting a continuance of this matter to the omnibus hearing scheduled for July 16, 2007. As of the filing of the agenda, the Debtors have yet to receive a response to their request.

G.     Objection with Respect to Cure Amount and Proposed Assumption and Assignment of Contract Between Debtor and Federal Express Corporation [Docket No. 649; filed 5/14/07]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for July 16, 2007.

H.     Objection to Assumption and Assignment Cure Amount by National Field Representative, Inc. [Docket No. 655; filed 5/14/07]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for July 16, 2007.

I.     Cure Objection of Safeco Financial Institution Solutions, Inc. to Debtors' Notice of Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith [Docket No. 656; filed 5/14/07]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for July 16, 2007.

J.     Objection to Assumption and Assignment (Cure Amount) by LandAmerica Default Services Company [Docket No. 658; filed 5/14/07]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for July 16, 2007.

K.     Objection of Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc. to Notice of Intent to Assume and Assign and Fixing of Cure Amounts [Docket No. 661; filed 5/14/07]

10

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for July 16, 2007.

L.     Objection of General Electric Capital Corporation to Notice of Lease/Contract Assumption and Cure Amount [Docket No. 663; filed 5/14/07]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for July 31, 2007.

M.     Limited Objection and Reservation of Rights by Walz Postal Solutions, Inc., aka Walz Secured Outsourcing with Respect to Cure Amounts [Docket No. 666; filed 4/14/07]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for July 16, 2007.

N.     Deutsche Bank National Trust Company's Assumption and/or Cure Objection in Connection with Debtors' Proposed Sale of Servicing Business [Docket No. 667; filed 5/14/07]

Status: The parties have resolved the objection and no hearing is required.

O.     Cure Objection of ADT Security Services, Inc. to Notice of New Century's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith [Docket No. 668; filed 5/14/07]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for July 16, 2007.

P.     Objection of Wells Fargo Bank, N.A. to Cure Amounts in Connection with Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 670; filed 5/14/07]

Status:  The parties have resolved the objection and no hearing is required.

Q.     Objection of Sprint Communications Company L.P. to Debtors' Assumption and Assignment of Executory Contract and Proposed Cure Amount [Docket No. 674; filed 5/14/07]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for July 16, 2007.

R.     Oracle USA, Inc.'s Objection to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with their Proposed Sale of Assets Used in Their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 688; filed 5/15/07]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for July 16, 2007.

S.     Precautionary Objection of Irwin Mortgage Corporation and Irwin Financial Corporation to Cure Amount [Docket No. 699; filed 5/15/07] (*withdrawn*)

Status: A notice of withdrawal was filed on June 1, 2007.  Accordingly, no hearing is required.

T.     Limited Objection by Creditor Fidelity National Information Services, Inc. to Debtors' Notice of New Century's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith [Docket No. 751; filed 5/17/07]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for July 16, 2007.

U.     Supplement to Objection of Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc. to Notice of Intent to Assume and Assign and Fixing of Cure Amounts Concerning Adequate Assurance of Future Performance [Docket No. 764; filed 5/18/07] (*withdrawn*)

Status:  A notice of withdrawal was filed on May 18, 2007.  Accordingly, no hearing is required.

V.     Objection of AT&T Inc. to Notice of New Century's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith [Docket No. 838; filed 5/22/07]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for July 16, 2007.

Related Documents:

i.      Order Granting Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [Docket No. 90; filed 4/5/07]

ii.     Notice of Hearing Regarding Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [Docket No. 120; filed 4/5/07]

iii.    Notice of Filing of Amended and Restated Asset Purchase Agreement between (among others) New Century Financial Corporation and Carrington Capital Management, LLC [Docket No. 335; filed 4/19/07]

iv.     Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Bidding Procedures, Including Break-Up Fee and Expense Reimbursement Payable to Carrington Mortgage Services, LLC for Sale of Debtors' Servicing Business; (II) Scheduling Bid Deadline, Auction Date, and Sale Hearing and Approving Notice Thereof; and (III) Approving Procedures to Fix Cure Amounts Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Approving Notice Thereof [Docket No. 340; filed 4/20/07]

v.      Stipulation and Order (1) Approving Agreement for the Disposition of Certain Mortgage Loans and Residual Interests, and (2) Confirming, Inter Alia, (A) That Auctions of Mortgage Loans and Residuals Conducted in Accordance with Auction Procedures Therein are Covered by Bankruptcy Code "Safe Harbor" Provisions and Are Commercially Reasonable, and (B) Absence of Need to Seek Relief from Automatic Stay [Docket No. 439; filed 4/27/07]

vi.     Notice of Filing Regarding Affidavit of Publication of the Sale Notice in The Wall Street Journal (National Edition) [Docket No. 570; filed 5/7/07]

vii.    Notice of Hearing Date [Docket No. 640; filed 5/11/07]

viii.   Notice of Withdrawal of Supplement to Objection of Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc. to Notice of Intent to Assume and Assign and Fixing of Cure Amounts Concerning Adequate Assurance of Future Performance [Docket No. 766; filed 5/18/07]

ix.    Notice of Successful Bidder, Sale Hearing and Continuance of Hearing With Respect to Timely Filed Cure Objections Other Than as to Servicing Agreements [Docket No. 768; filed 5/18/07]

x.    Notice of Withdrawal of Precautionary Objection [Re: D.I. 699] by Irwin Mortgage Corporation and Irwin Financial Corporation [Docket No. 1021; filed 6/1/07]

xi.    Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure Approving (i) the Sale of Debtors' Servicing Business to Carrington Capital Management, LLC and Carrington Mortgage Services, LLC Pursuant to the Second Amended and Restated Asset Purchase Agreement, Dated as of May 21, 2007, Free and Clear of Liens, Claims, Encumbrances, and Interests, and (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to Carrington as Part of Such Sale [Docket No. 844; filed 5/23/07]

Status: The Court entered an order on May 23, 2007 approving the sale to Carrington Management Services, LLC. The hearing on all cure related objections filed with respect to the sale, however, was continued to this date. The status of each cure objection is noted individually above.

22.    Application of the Debtors and Debtors in Possession for an Order Authorizing the Employment of Allen Matkins Leck Gamble Mallory & Natsis LLP as Special Counsel to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to § 327(e) of the Bankruptcy Code [Docket No. 514; filed 5/2/07]

Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended indefinitely for the U.S. Trustee; extended to June 13, 2007 at 12:00 p.m. for the Creditors' Committee

Objections/Responses Received:

A.    Omnibus Objection of the Official Committee of Unsecured Creditors to Certain of Debtors' Applications Seeking Employment and Retention of Various Professionals Pursuant to 11 U.S.C. Section 327(e) [Docket No. 1215; filed 6/13/07]

Related Documents: None at this time.

Status: The hearing on this matter is going forward.

23.    Application of the Debtors and Debtors in Possession for an Order Authorizing the Retention and Employment of ICP Consulting LLC, as Special Asset Valuation and Liquidation Advisors to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(a) and 328 of the Bankruptcy Code [Docket No. 516; filed 5/2/07]

14

Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to June 13, 2007 at 12:00 p.m. for the U.S. Trustee and the Creditors' Committee

Objections/Responses Received:

A.    Objection of the United States Trustee to the Debtors' Application for an Order Authorizing the Employment of ICP Consulting LLC as Special Asset Valuation and Liquidation Advisors to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(a) and 328 of the Bankruptcy Code [Docket No. 1214; filed 6/13/07]

B.    Omnibus Objection of the Official Committee of Unsecured Creditors to Certain of Debtors' Applications Seeking Employment and Retention of Various Professionals Pursuant to 11 U.S.C. Section 327(e) [Docket No. 1215; filed 6/13/07]

C.    Limited Objection of the Official Committee of Unsecured Creditors to the Application of the Debtors and Debtors-In-Possession for an Order Authorizing the Retention and Employment of ICP Consulting LLC as Special Asset Valuation and Liquidation Advisors to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e) and 328 of the Bankruptcy Code [Docket No. 1216; filed 6/13/07]

Related Documents:  None at this time.

Status:  The hearing on this matter is going forward.


24.    Motion of Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, All Others Similarly Situated, and the General Public, for an Order Granting Relief from the Automatic Stay [Docket No. 635; filed 5/11/07]

Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to May 30, 2007 at 4:00 p.m. for Debtors

Objections/Responses Received:

A.    Debtors' Response to Motion of Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, all Others Similarly Situated, and the General Public, for an Order Granting Relief from the Automatic Stay [Docket No. 945; filed 5/30/07]

B.    Reply of Movants Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, all Others Similarly Situated and the General Public, in Support of Motion for an Order Granting Relief from the Automatic Stay [Docket No. 1195; filed 6/12/07]

15

C.      Response of the Official Committee of Unsecured Creditors in Support of the Debtors' Response to Motion of Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, all Others Similarly Situated, and the General Public, for an Order Granting Relief from the Automatic Stay [Docket No. 1229; filed 6/13/07]

Related Documents:  None at this time.

Status: The parties have reached an agreement in principle to stipulate to limited stay relief and continue the remainder of the motion for sixty days.  If the stipulation is finalized prior to the hearing, the parties will present it to the Court at the hearing.  Otherwise, they will submit it by certification by counsel.

25.     Application for Order Pursuant to Section 327(e) of the Bankruptcy Code Authorizing Employment of Irell & Manella LLP, as Special Litigation, Employee Benefits and Insurance Counsel to the Debtors Nunc Pro Tunc as of April 20, 2007 [Docket No. 641; filed 5/11/07]

Objection Deadline:  May 23, 2007 at 4:00 p.m.; extended to June 8, 2007 at 4:00 p.m. for the U.S. Trustee and Creditors' Committee; extended to June 13, 2007 at 12:00 p.m. for the U.S. Trustee and the Creditors' Committee

Objections/Responses Received:

A.      Omnibus Objection of the Official Committee of Unsecured Creditors to Certain of Debtors' Applications Seeking Employment and Retention of Various Professionals Pursuant to 11 U.S.C. Section 327(e) [Docket No. 1215; filed 6/13/07]

Related Documents:  None at this time.

Status: The hearing on this matter is going forward.

26.     Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362 and 363(b)(1) [Docket No. 736; filed 5/16/07]

Objection Deadline:  May 25, 2007 at 4:00 p.m.; extended to May 25, 2007 at 4:00 p.m. for the U.S. Trustee

Objections/Responses Received:

A.      Objection of Natixis Real Estate Capital Inc. to Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Section 105(a), 361, 362 and 363(b)(1) [Docket No. 865; filed 5/25/07]

16

B.      Response of the Official Committee of Unsecured Creditors in Support of Debtors' Motion to Provide Adequate Protection [Docket No. 868; filed 5/25/07]

C.      Objection of Barclays Bank PLC to Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361 and 363(b)(1) [Docket No. 869; filed 5/25/07]

D.      Response of Morgan Stanley Mortgage Capital Inc. to Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362, and 363(b)(1) and Cross Motion of Morgan Stanley Mortgage Capital Inc. for Entry of an Order Providing Adequate Protection of its Interest in Particular Mortgage Loan Payments by (1) Prohibiting the Debtors from Using Such Payments and (2) Requiring the Debtors to Segregate and Account for Such Payments [Docket No. 870; filed 5/25/07]

E.      Limited Objection and Reservation of Rights of Citigroup Global Markets Realty Corp. to Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362 and 363 (b)(1) [Docket No. 874; filed 5/25/07]

F.      Limited Response of UBS Real Estate Securities Inc. to Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362 and 363(b)(1) [Docket No. 879; filed 5/25/07]

G.      Indymac Bank, F.S.B's Limited Objection to the Debtors' Motion to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 1059a), 361, 362 and 363(b)(1) [Docket No. 889; filed 5/25/07]

Related Documents:

i.      Order Granting Motion of Debtors and Debtors of Possession to Shorten Notice and Objection Periods for Debtors' Motion for Order to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361 and 363(b)(1) [Docket No. 750; filed 5/17/07]

ii.     Notice of Hearing [Docket No. 755; filed 5/17/07]

Status:  The hearing on this matter is going forward.

27.     Motion of Debtors and Debtors in Possession for an Order (A) Approving the Sale of Certain Technology Assets, (B) Approving and Establishing Procedures Related to the Sale and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and (C) Granting Related Relief [Docket No. 1064; filed 6/1/07]

Objection Deadline:    June 15, 2007 at 4:00 p.m.

17

Objections/Responses Received:

A.    Objection of General Electric Capital Corporation to Motion for Order Approving the Sale of Certain Technology Assets [Docket No. 1174; filed 6/11/07]

B.    Limited Objection of New York State Teachers' Retirement System to Debtors' Motion for an Order Approving the Sale of Certain Technology Assets and Other Relief [Docket No. 1258; filed 6/15/07]

C.    Limited Objection by Creditor Basepoint Analytics LLC to Notice of Debtors' Intent to (A) Assume, Assign and Sell Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Certain Technology Assets, and (B) Proposed Cure Amounts in Connection Therewith [Docket No. 1263; filed 6/15/07]

D.    Objection of Carrington Capital Management, LLC and Carrington Mortgage Services, LLC to Motion of the Debtors and Debtors in Possession for an Order (A) Approving the Sale of Certain Technology Assets, (B) Approving and Establishing Procedures Related to the Sale and the Assumption of Certain Executory Contracts and Unexpired Leases in Connection Therewith and (C) Granting Related Relief [Docket No. 1264; 6/15/07]

E.    Limited Objection and Reservation of Rights of GMAC CF to Motion of Debtors Regarding Sale of Certain Technology Assets [Docket No. 1265; filed 6/15/07]

F.    Limited Objection by Creditor Facility National Information Services, Inc. to Notice of Debtors' Intent to (A) Assume, Assign and Sell Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Certain Technology Assets, and (B) Proposed Cure Amounts in Connection Therewith [Docket No. 1266; filed 6/15/07]

G.    The Irvine Company's Conditional Objection to the Debtors; (A) Motion for Order Approving Sale of Technology Assets, Etc.; and (B) Notice of Intent to Assume, Assign and Sell Certain Executory Contracts and Unexpired Leases in Connection Therewith [Docket No. 1267; filed 6/15/07

H.    Response of the United States Trustee to the Motion of the Debtors and Debtors in Possession for an Order (A) Approving the Sale of Certain Technology Assets, (B) Approving and Establishing Procedures Related to the Sale and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and (C) Granting Related Relief [Docket No. 1647; filed 6/25/07]

Related Documents:  None at this time.

Status:  The hearing on this matter is going forward.

28.     Application of the Examiner for an Order Authorizing the Retention of Kirkpatrick & Lockhart Preston Gates Ellis LLP as Counsel to the Examiner Nunc Pro Tunc to June 1, 2007 [Docket No. 1172; filed 6/8/07]

        Objection Deadline:    June 22, 2007 at 4:00 p.m.

        Objections/Responses Received:

        A.      Response of Bank of America, N.A. to Application of the Examiner for an Order Authorizing the Retention of Kirkpatrick & Lockhart Preston Gates Ellis LLP as Counsel to the Examiner Nunc Pro Tunc to June 1, 2007 [Docket No. 1637; filed 6/22/07]

        B.      Joinder of Morgan Stanley Mortgage Capital Holdings LLC (f/k/a Morgan Stanley Mortgage Capital Inc.) to Response of Bank of America, N.A. to Application of the Examiner for an Order Authorizing the Retention of Kirkpatrick & Lockhart Preston Gates Ellis LLP as Counsel to Examiner Nunc Pro Tunc to June 1, 2007 [Docket No. 1639; filed 6/22/07]

        Related Documents:  None at this time.

        Status:  The hearing on this matter is going forward.

29.     Motion of Debtors and Debtors in Possession for Entry of an Order Establishing Bar Dates for Filing Proofs of Claim and Approving the Form, Manner and Sufficiency of Notice Thereof [Docket No. 1173; filed 6/8/07]

        Objection Deadline:    June 20, 2007 at 4:00 p.m.

        Objections/Responses Received:

        A.      Objection to Motion of Debtors and Debtors in Possession for Entry of an Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form, Manner and Sufficiency of Notice Thereof and, in the Alternative, Motion for Leave to File a Class Proof of Claim [D.I. 1408; filed 6/20/07]

        B.      Limited Objection of the United States Trustee to the Motion of the Debtors and Debtors in Possession for Entry of an Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form, Manner and Sufficiency of Notice Thereof [Docket No. 1646; filed 6/25/07]

        Related Documents:  None at this time.

> Status: The hearing on this matter is going forward.  The Debtors are working with the U.S. Trustee on a revised form of order that will address certain concerns raised by the U.S. Trustee.

## V.    ADVERSARY PROCEEDING MATTERS:

30.    <u>Austin v. New Century TRS Holdings, Inc.</u>, *et al*., Adv. Pro. No. 07-50970.

> Status: The initial status conference for this matter is going forward.

Dated:  June 25, 2007
          Wilmington, Delaware

   /s/ *Paul N. Heath*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Paul N. Heath (No. 3704)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:   (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

RLF1-3167560-1