# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | )Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | ) |
| | )Case Number  07-10416 (KJC) |
| Debtor. | ) |
| ROSE TOWNSEND TRUST, | ) |
| | ) |
| Movant, | ) |
| | ) |
| NEW CENTURY TRS HOLDINGS, INC., | ) |
| | ) |
| Respondent. | )**Objections Due: June 20, 2007** |
| | )**Hearing Date: June 27, 2007, @ 10:00 a.m.** |

## CERTIFICATION OF NO OBJECTION [RE: DOCKET NO.  877]

The undersigned hereby certifies that, as of the date hereof, he has not been served with any objection or response with respect to the *Motion for Relief from Automatic Stay of The Rose Townsend Trust [Docket No. 877]* (the "Motion") filed on May 25, 2007. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than June 20, 2007.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: June 25, 2007

*/s/Daniel K. Hogan*
Daniel K. Hogan (DE #2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
E-Mail: dkhogan@dkhogan.com
Attorney for Creditor Rose Townsend Trust