**CERTIFICATE OF SERVICE**

      I, Daniel K. Hogan, certify that I am not less than 18 years of age, and that service of the Certificate of No Objection to the Motion for Relief from Automatic Stay was made on June 25, 2007, upon the persons on the 2002 Service List via the manner indicated.

      Under penalty of perjury, I declare that the foregoing is true and correct.

June 25, 2007                                    /s/Daniel K. Hogan
Date                                                     Daniel K. Hogan