# EXHIBIT "A"

Internal CM/ECF Live Database

## File an answer to a motion:

07-10416-KJC New Century TRS Holdings, Inc.

Type: bk                          Chapter: 11 v

Judge: KJC                        Assets: y

# ORIGINAL

Office: 1 (Delaware)

Case Flag: PlnDue, DsclsDue,
MEGA, LEAD, CLMSAGNT

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Mangan, Kevin J entered on 5/15/2007 at 10:47 AM EDT and filed on 5/15/2007

**Case Name:**        New Century TRS Holdings, Inc.

**Case Number:**      07-10416-KJC

**Document Number:** 688

**Docket Text:**
Objection to *Emergency Motion of Debtors And Debtors In Possession for (I) An Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Assets Used In Their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Ertain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief And (II) An Order (A) Approving The Proposed Sale and (B) Granting Related Relief* (related document(s)[70] ) Filed by Oracle USA, Inc. (Attachments: # (1) Exhibit "A"# (2) Exhibit "B"# (3) Certificate of Service) (Mangan, Kevin)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** F:\WORK\1diaz\2007-May\05 15 2007\Filings\Oracle USA, Inc.'s Objection to Emergency Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=5/15/2007] [FileNumber=5634818-0]
[322b80deaf09d32f8624e30ccd63320ebb73a13808e8facfbe97d326a16735ab250c
0b6d4431822c3aa85e3bedcac49cfc4f8b7918eab3817d52993b9e8e9526]]
**Document description:** Exhibit "A"
**Original filename:** F:\WORK\1diaz\2007-May\05 15 2007\Filings\Exhibit A-Oracle USA, Inc..pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=5/15/2007] [FileNumber=5634818-1]
[1cdc920f2f330bc4c982322fe95907cd5e86ade1926d06cdf22cc8aa5bb99504fdce
b16354c3cbd7cc4d3549ce7913e38c816563b8e280db174c24b32b5273bb]]
**Document description:** Exhibit "B"
**Original filename:** F:\WORK\1diaz\2007-May\05 15 2007\Filings\Exhibit B-Oracle USA, Inc..pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=5/15/2007] [FileNumber=5634818-2]
[1f8e3bcc68b0bc2346c168ade8c4c91336c1c36353d31acf32f77d252805b18f18f7
87f115a3a6bbed7eaeb668338175ec63d4d185c4392806c046085d62f2dc]]
**Document description:** Certificate of Service
**Original filename:** F:\WORK\1diaz\2007-May\05 15 2007\Filings\COS-Oracle USA, Inc..pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=5/15/2007] [FileNumber=5634818-3]

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 07-10416 (KJC) |
| **NEW CENTURY HOLDINGS, INC.,** ) | |
| **A Delaware Corporation, et al.,** ) | Jointly Administered |
| ) | |
| ) | Hearing Date: May 18 and 21, 2007 at 10:00 AM |
| Debtors. ) | Objection Deadline: May 14, 2007, extended by |
| ) | agreement to May 15, 2007 for Oracle USA, Inc. |

**ORACLE USA, INC.'S OBJECTION TO EMERGENCY MOTION OF
DEBTORS AND DEBTORS IN POSSESSION FOR (I) AN ORDER (A)
APPROVING BIDDING PROCEDURES AND BID PROTECTIONS IN
CONNECTION WITH THE PROPOSED SALE OF ASSETS USED IN
THEIR LOAN SERVICING BUSINESS, (B) SCHEDULING HEARING TO
CONSIDER PROPOSED SALE OF CERTAIN ASSETS AND
APPROVING FORM AND MANNER OF NOTICE THEREOF AND (C)
GRANTING RELATED RELIEF AND (II) AN ORDER (A) APPROVING
THE PROPOSED SALE AND (B) GRANTING RELATED RELIEF
[RELATED TO D.I. #70]**

Oracle USA, Inc. ("Oracle") hereby files its objection to the Emergency Motion Of

Debtors And Debtors In Possession For (I) An Order (A) Approving Bidding Procedures And

Bid Protections In Connection With The Proposed Sale Of Assets Used In Their Loan Servicing

Business, (B) Scheduling Hearing To Consider Proposed Sale Of Certain Assets And Approving

Form And Manner Of Notice Thereof And (C) Granting Related Relief And (II) An Order (A)

Approving The Proposed Sale And (B) Granting Related Relief (the "Sale Motion").

**I.     PRELIMINARY STATEMENT**

1.     Oracle objects to the Sale Motion on the following basis:

a)     The Debtors (as that term is defined below) may not assume and assign

any Oracle Agreements (as that phrase is defined below) without Oracle's consent because these

Document #61701

Dkt. No. _____688_____

Dt. Filed ___5.15.07___

agreements involve licensing of patented and/or copyrighted materials and Oracle does not consent to their assumption and assignment at this time;

      b)     Oracle has not been provided with information required by 11 U.S.C. § 365 to assess the adequate assurance of future performance by either the current Proposed Buyers (as that term is defined below) or the eventual purchaser; and

      c)     Debtors owe a sum of at least $1,200.00, which would be a required cure payment prior to assumption of any of the Oracle Agreements.

## II.    SUMMARY OF FACTS

2.    On or about May 27, 2005, Oracle and New Century Mortgage Corporation, one of the Debtors herein, entered into an Oracle License and Services Agreement ("OLSA"), along with an Ordering Document (as at any time amended) pursuant to which New Century Mortgage Corporation acquired licenses for certain Oracle software programs and related technical support services (the "Ordering Document"). Copies of the OLSA and the Ordering Document are attached hereto as Exhibit A and is incorporated herein by reference. Oracle's records reflect that the licenses acquired pursuant to the Ordering Document are still covered by an active contract for technical support services, which shall expire on May 27, 2007.

3.    In addition to the licenses acquired by New Century Mortgage Corporation under the Ordering Document, Oracle's records indicate that New Century Mortgage Corporation acquired licenses for other Oracle software prior to the OLSA and the Ordering Document, which are no longer covered by an active technical support services contract, including licenses for Oracle Database and Standard Management Pack on or about January 14, 2000 and licenses for Oracle Database on or about May 23, 2000 (collectively, the "Previous Licenses").

4.      On or about April 2, 2007, New Century Holdings, Inc. and several of its direct and indirect subsidiaries each filed Voluntary Petitions for relief under Chapter 11 of Title 11 of the United States Code and Orders for Relief were entered on that date.

5.      On or about April 4, 2007, the Debtors filed the Sale Motion, seeking to sell to Carrington Capital Mortgage, LLC and Carrington Mortgage Services, LLC (collectively, the "Proposed Buyers") essentially all of the assets used in the Debtors' Loan Servicing Business[1].

6.      One of the assets sought to be sold by the Debtors pursuant to the Sale Motion is that certain "Oracle-Database," which is listed on Schedule 5.20(a) #32 of the APA.  The Debtors also seek to sell, among other things, Intellectual Property Licenses, Transferred Intellectual Property, IT Assets Related to the Business and Software Contracts (collectively, the "IP Assets")[2].

7.      For the reasons set forth below, Oracle objects to the assumption and assignment of the "Oracle-Database", as well as any other Oracle licenses, software or agreements (collectively, the "Oracle Agreements").

## III.    ARGUMENT

### A.      DEBTORS MAY NOT ASSUME AND ASSIGN ANY ORACLE AGREEMENTS WITHOUT ORACLE'S CONSENT BECAUSE THESE AGREEMENTS INVOLVE LICENSING OF PATENTED AND/OR COPYRIGHTED MATERIALS AND ORACLE DOES NOT CONSENT TO THEIR ASSUMPTION AND ASSIGNMENT AT THIS TIME.

8.      11 U.S. C. § 365(c)(1) provides, in relevant part, that:

> The trustee may not assume or assign any executory contract ... of the debtor ... if (1)(A) applicable law excuses a party, other than the debtor, to such contract or lease from accepting performance from or rendering performance to an entity other than the debtor ...,

---

[1] Capitalized terms used but not otherwise defined herein shall have the same meaning as in the Sale Motion.

[2] It is unclear whether any Oracle licenses, software or agreements are included within the IP Assets. In addition to the "Oracle-Database" listed on Schedule 5.20 of the APA, this Objection is intended to apply to any Oracle licenses, software or agreements sought to be assumed and assigned by the Sale Motion.

whether or not such contract or lease prohibits or restricts assignment of rights or delegation of duties; and (B) such party does not consent to such assumption or assignment.

9. Under federal law, non-exclusive patent licenses cannot be assigned absent the consent of the licensor. *In re Catapult Entertainment, Inc.*, 165 F.3d 747 (9th Cir. 1999), cert. dismissed, 528 U.S. 924 (1999). *See also In re ANC Rental Corporation, Inc.*, 277 B.R. 226, 235 (Bankr. D. Del. 2002); *In re Golden Books Family Entertainment, Inc.*, 269 B.R. 311, 316 (Bankr. D. Del. 2001). The Oracle Agreements involve the licensing of non-exclusive, patented software. As such, the Oracle Agreements cannot be assumed and assigned absent Oracle's consent. Oracle does not consent to the assumption and assignment of any of the Oracle Agreements, unless all of Oracle's concerns addressed in this opposition are addressed and resolved to Oracle's satisfaction.

10. In addition, as part of its standard business practice, Oracle requires assignees of contracts with Oracle to agree to be bound by the terms of the license or other agreement and to execute a document to that effect. Said documentation must be in form and substance satisfactory to Oracle. Oracle will not consent to any assignment of its contracts, unless and until the successful bidder executes such a document.

**B. ORACLE HAS NOT BEEN PROVIDED WITH INFORMATION REQUIRED BY 11 U.S.C. § 365 TO ASSESS THE ADEQUATE ASSURANCE OF FUTURE PERFORMANCE BY EITHER THE CURRENT PROPOSED BUYERS OR THE EVENTUAL PURCHASER.**

11. 11 U.S.C. § 365(b) sets forth specific prerequisites that must be satisfied prior to a debtor assuming and assigning any executory contract. These prerequisites include, among other things: (a) curing any default under the executory contract, and (b) providing adequate assurance of future performance under the executory contract.

12.     First, the Sale Motion and its various schedules and exhibits contain an inadequate description of the Oracle Agreements sought to be assumed and assigned. This inadequate description precludes Oracle from properly assessing the impact of the intended assumption and assignment, as well as the specific Oracle Agreements involved. Thus, Oracle objects to the Sale Motion until an adequate and complete description of all the Oracle Agreements sought to be assumed and assigned by the Sale Motion is provided to Oracle and Oracle has an adequate opportunity to review and respond to the same.

13.     Second, although the Debtors have identified a "stalking horse" bidder, the sale is expressly subject to a possible auction and potential overbid. Consequently, a successful bidder will not be identified until after the conclusion of the auction, which is to take place on May 16, 2007. Thus, Oracle objects to the assumption and assignment of any Oracle Agreements to the Proposed Buyers or the eventual purchaser until, inter alia, a determination is made that the successful bidder can provide adequate assurance of future performance under the Oracle Agreements sought to be assumed and assigned. Oracle reserves the right to review the alleged adequate assurance and to object to the same at the appropriate time.

14.     To ensure adequate assurance of future performance by the Proposed Buyers or the eventual purchaser, Oracle requests that Debtors provide to Oracle at least the following information about the Proposed Buyers or the eventual purchaser: (i) financial bona fides; (ii) confirmation of status as a non-competitor of Oracle; and (iii) Proposed Buyers or eventual purchaser's willingness to execute a "standard" Oracle Assignment Agreement. Without this information, Oracle is unable to determine the buyer's creditworthiness or suitability/ability to adequately perform, post-assignment, of any of the Oracle Agreements that may be sought to be assumed or assigned pursuant to the Sale Motion.

15.    With the limited information provided in the Schedules to the APA, Oracle cannot evaluate whether any of the prerequisites of 11 U.S.C. § 365(b) can be met, or how its pecuniary and proprietary interests may be affected by the Sale Motion.  As such, Oracle objects to the Sale Motion.

## C.    DEBTORS OWE THE SUM OF AT LEAST $1,200.00, WHICH WOULD BE A REQUIRED CURE PAYMENT PRIOR TO ANY ASSUMPTION.

16.    As set forth in the Oracle invoices attached hereto as Exhibit B, the Debtors owe at least $1,200.00 under the Oracle Agreements.  Oracle also may have additional amounts owed, which have not been invoiced, or identified, due to the incomplete and inadequate identification provided in Schedule 5.2(a) and in the APA.  See 11 U.S.C. § 365(b)(1)(A).  Oracle reserves its rights with respect to the cure amount until complete and adequate information is provided about the Oracle Agreements sought to be assumed and assigned by the Debtors.

17.    In addition, it should be noted that Oracle requires that any licenses sought to be assigned to a third party should be covered by an active technical support services agreement. With the current technical support services set to expire on May 27, 2007, Oracle requires that any licenses to be assigned are conditioned upon renewal of the technical support services agreement.  In addition, if any other licenses are sought to be assigned (such as the Previous Licenses), Oracle requires reinstatement of the technical support services for each of those licenses as a precondition to the assumption and assignment of those licenses.

18.    Accordingly, Oracle objects to the assumption and assignment of any of the Oracle Agreements until each of the above appropriate cure is tendered.  As such, the Debtors cannot assume any of the Oracle Agreements until the appropriate cure is tendered.

6

## IV.    CONCLUSION

19.    Based on the foregoing, it is respectfully requested that the Sale Motion be denied.

Dated: May 15, 2007

Respectfully submitted,

**MONZACK AND MONACO, PA**


Kevin J. Mangan, Esq. (#3810)
1201 Orange Street, Suite 400
Wilmington, DE 19801
Telephone: 302-656-8162
Facsimile: 302-656-2769

-and-

**DAY PITNEY LLP**
Ronald S. Beacher, Esq.
Amish R. Doshi, Esq.
7 Times Square
New York, New York 10017
Telephone:  (212) 297-5800
Facsimile:  (212) 916-2940

-and-

**ORACLE USA, INC.**
Dorian Daley, Esq.
Jeff S. Ross, Esq.
500 Oracle Parkway
Redwood City, California 94065
Telephone: (650) 506-5200


Attorneys for Oracle USA, Inc.

# EXHIBIT "A"

05/11/07  FRI 11:57 FAX 17812386273          ORACLE LEGAL                                    460 794 6055      P.02/13
MAY-27-2005  08:59        AVNET HALLMARK                                                            ☑001

# ORACLE    V \DD ORDERING DOCUMENT

| | | | |
|---|---|---|---|
| **VAD Name** | AVNET INC | **Contact** | Linda Stanford |
| **Location** | 2201 Lakeside Boulevard | **Phone** | 214.543.3984 |
| | RICHARDSON | **Fax** | 214.543.3964 |
| | TX 75082 | **Email Address** | linda.stanford@avnet.com |
| | | | |
| **Partner Name** | Agalio Software LLC | **Contact** | Harry Curtis |
| **Location** | 9821 E Bell Road | **Phone** | 480-907-6358 |
| | Suite 100 | **Fax** | 480-907-6354 |
| | SCOTTSDALE | **Email Address** | harry.curtis@agaliobiz.com |
| | AZ 85255 | | |
| | | | |
| **End User Name** | NEW CENTURY MORTGAGE | **Contact** | Jim Paquette |
| **Location** | 340 Commerce | **Phone** | 949 743-7666 |
| | Irvine | **Fax** | |
| | CA 92602 | **Email Address** | jpaquette@ncen.aoro |

---

**ORACLE CONTRACT INFORMATION**

| | |
|---|---|
| **Agreement** | OPN-Value Added Distributor |
| **Agreement Name** | DIST-S-64728-25-NOV-96 |
| **End User Agreement** | Oracle License and Services Agreement |
| **End User Agreement Name** | Oracle License and Services Agreementv022305 |
| **Partner Agreement** | OPN - Full Use Distribution Agreement |
| **Partner Agreement Name** | US-OPN-FUDA-11486340-01-AUG-04 |

This ordering document incorporates by reference the terms of the Value Added Distributor agreement referenced above ("VAD agreement").  For purposes of this ordering document, "you" refers to the Value Added Distributor ("VAD").

This ordering document incorporates by reference the terms of the partner agreement referenced above ("partner agreement").

**A. PROGRAMS AND SERVICES**

You have ordered the program licenses and services described below in order to distribute to the partner for distribution to end user, for use in the U.S., unless otherwise specified.

All fees on this Ordering Document are in US Dollars

| Product Description / License Type | Quantity | List Fee | Discount % | Net Fee |
|---|---|---|---|---|
| Oracle Database Enterprise Edition - Named User Plus Perpetual | 200 | | | |
| License | | 160,000.00 | 35 | 104,000.00 |
| Software Update License & Support | | 35,200.00 | 35 | 22,880.00 |

| | List Fee | Discount % | Net Fee |
|---|---|---|---|
| License Fees | 160,000.00 | 35 | 104,000.00 |
| Support Fees | 35,200.00 | 35 | 22,880.00 |
| Net Fees | | | 126,880.00 |
| Total Fees | | | 126,880.00 |

**B.   General Terms**

**1   Technical Support**

Technical support consists of annual technical support services you may have ordered to distribute to the partner for distribution to the end user. Fees for technical support are due and payable annually in advance. Technical support acquired to distribute to the end user under this ordering document shall be for a period of 12 months. Notwithstanding anything contrary in the VAD agreement or partner agreement, technical support is effective upon the effective date of this ordering document.

Under the terms of the VAD agreement and partner agreement, if the partner is distributing first year technical support to the end user identified on page one of this ordering document, the partner is required to follow the end user of the amount of the annual technical support fees for the second year of technical support if the end user decides to purchase such technical support from Oracle. The amounts the partner has communicated to the end user for the technical support fees for the second year of technical support are as follows: $35,200.00 in list technical support fees, less a discount of 15%, for a total of $29,920.00 in net technical support fees for the second year.

**2   Miscellaneous**

Section A of this ordering document specifies the programs that Oracle has made available to you, the partner, or the end user for electronic download at the electronic delivery web site located at the following Internet URL:  http://edelivery.oracle.com. Through the Internet URL, you, the partner, or the end user can access and electronically download to your location, the partner's location, or the end user's location the software programs and program documentation for each program licensed under this ordering document which is currently available in production release as of the effective date of this ordering document. You, the partner, and the end user acknowledge that not all programs are available on all platforms. You, the partner, and the end user may check the electronic delivery website for current program availability. You, the partner, and the end user acknowledge that Oracle's delivery obligation under this ordering document is met by the provision of the electronic delivery website URL.  Section A also specifies the CD pack(s) on the particular operating system requested by you to distribute to the partner for distribution to the end user, which are currently being shipped to you, the partner, or the end user.  On your behalf Oracle shall deliver to the address specified by you on your purchasing document or when the purchasing document does not indicate a ship to address, the end user's location, the CD pack(s) listed in section A that include 1 copy of the software programs and 1 set of program documentation (in the form generally available).  You, the partner, or the end user shall be responsible for installation of the software. All fees due under this ordering document shall be non-cancelable and the sums paid nonrefundable, except as provided in the VAD agreement. You acknowledge that the fees owed for the licensed programs are due irrespective of whether the CD pack(s) are delivered. You agree to pay applicable media and shipping charges. Provided the end user continuously maintains technical support, the end user may continue to download the software programs for the licensed programs under this ordering document at the electronic delivery website and/or order CD packs through Oracle, or the Oracle Store (where available) at the standard CD pack price if the end user would like to receive additional shipment for the software programs other than what is specified in section A. The following shipping terms shall apply: FCA Shipping Point, Prepaid and Add. These terms shall also apply to any options exercised by you, the partner, or the end user.

Additional programs may be included with the end user's order which end user may use for trial purposes only. End user shall have 30 days from the delivery date to evaluate these programs. Any use of these programs after the 30 day trial period shall require end user to obtain the applicable license. Programs licensed the trial purposes are provided "as is" and Oracle does not provide technical support or any warranties of any kind for these programs.

Some programs may also include any source code Oracle may provide as part of its standard delivery of such programs, which source code will be governed by the use of the end user license agreement.

You agree that you have not relied on the future availability of any programs or releases in entering into the payment obligations in this ordering document and acknowledge that the partner and end user have not relied on the future availability of any programs or releases in entering into an order for the programs listed under this ordering document.

The program licenses you have ordered under this ordering document for distribution to the partner for distribution to the end user are offered separately from any other proposal for consulting services the end user may receive or have received from Oracle and do not require the end user to purchase Oracle consulting services.

**3   Order of Precedence**

In the event of any inconsistencies between the VAD agreement or partner agreement and this ordering document, the ordering document shall take precedence. This ordering document will control over the terms contained in any VAD purchase order or any non-Oracle ordering document.

1890052.NEW CENTURY
MORTGAGE.1.KATRINA.GARIBALDI

05/11/07  FRI 11:59 FAX 17812388273        ORACLE LEGAL                    ☑003
                                                           480 794 6255    P.04/13
MAY-27-2005  05:00              AVNET HALLMARK

| End User Technical Contact | NEW CENTURY MORTGAGE | VAD Contact Admin | AVNET INC |
|---|---|---|---|
| Location | 340 Commerce Irvine CA 92602 | Location | 2281 Lakeside Boulevard RICHARDSON TX 75082 |
| Contact | Jim Paquette | Contact | Linda Stanford |
| Phone | 949 743-7666 | Phone | 214.343.5904 |
| Fax | | Fax | 214.343.5904 |
| Email Address | jacquette@ncen.com | Email Address | linda.stanford@avnet.com |
| Partner Contract Admin | AgeNo Software LLC | | |
| Location | 9921 E Bell Road Suite 100 SCOTTSDALE AZ 85255 | | |
| Contact | Harry Carlin | | |
| Phone | 480-907-6358 | | |
| Fax | 480-907-6384 | | |
| Email Address | harry.carlin@agniliving.com | | |

By signing below, we each agree that the VAD agreement and this ordering document constitute the entire agreement between the parties with regard to the subject matter herein and as such, no other prepubated, non-negotiated or other terms and conditions, on yours, partner's, or end user's purchase order or elsewhere, shall apply. This order is placed subject to the terms of the VAD agreement. By placing this order, you confirm that you have entered into a completed order with the partner identified on page one of this ordering document that complies with the terms of the VAD agreement and the partner has entered into a completed order that references and incorporates the terms of a valid license agreement with the end user identified on page one of this ordering document that complies with the terms of the partner agreement, and that this order will not be materially changed in any manner that will affect Oracle after your submission of this order to Oracle. This ordering document is valid through May 31, 2005 and shall become binding upon execution by you and acceptance by Oracle.

| AVNET INC | | ORACLE USA, INC. | |
|---|---|---|---|
| Signature | | Signature | |
| Name | | Name | |
| Title | CSP | Title | VAD Sales Analyst |
| Signature Date | 5/27/05 | Signature Date | 28-MAY-05 |
| Effective Date | 28-MAY-05 (to be completed by Oracle) | | |

# ORACLE®

## AMENDMENT ONE



ORACLE CONTRACT INFORMATION

This amendment amends the Oracle License and Services Agreement V032505, dated May ____ 2005 and all amendments and addenda thereto (the "agreement") between New Century Mortgage ("You") and Oracle USA, Inc. ("Oracle").

The parties agree to amend the agreement as follows:

1. **Section B Applicability of Agreement**

   Delete the sentence under Section B Applicability of Agreement, and replace with the following:

   "You may place orders under this agreement for two (2) years from the effective date of this agreement."

2. **Section E Warranties**

   a) Replace the third sentence of the first paragraph with the following:

   "Oracle also warrants that services ordered will be provided in a professional and workmanlike manner consistent with industry standards."

   b) Replace the language following (B) in the third paragraph with the following:

   "THE REPERFORMANCE OF THE DEFICIENT SERVICES AT NO ADDITIONAL CHARGE TO YOU, OR IF ORACLE CANNOT SUBSTANTIALLY CORRECT A BREACH IN A COMMERCIALLY REASONABLE MANNER, YOU MAY END THE RELEVANT SERVICES AND RECOVER THE FEES PAID TO ORACLE FOR THE DEFICIENT SERVICES"

3. **Section G Indemnification**

   Replace the third bullet point with the following:

   • "gives the Provider the information, authority, and reasonable assistance the Provider needs to defend against or settle the claim."

4. **Section H Nondisclosure**

   Replace the first sentence of the third paragraph with the following:

   "We each agree to hold each other's confidential information in confidence for a period of three years from the date of disclosure, and such obligation shall survive the termination of this agreement."

5. **Section M Limitation of Liability**

   a) Insert the following at the beginning of the second sentence:

   "EXCEPT WITH RESPECT TO THE EXCLUSIVE INFRINGEMENT INDEMNIFICATION ABOVE,"

   b) Include the following as a second paragraph of this section:

Page 1 of 2

"Except for your breach of any payment obligation, or your obligation under Section 0 (Indemnification) of this agreement to indemnify Oracle, or violation of Oracle's intellectual property rights, YOUR MAXIMUM LIABILITY FOR ANY DAMAGES UNDER THIS AGREEMENT AND YOUR ORDER, WHETHER IN CONTRACT OR TORT, SHALL BE LIMITED TO THE FEES PAID AND PAYABLE TO ORACLE UNDER THIS AGREEMENT."

Subject to the modifications herein, the agreement shall remain in full force and effect.

The effective date of this amendment is May _28_, 2005.

NEW CENTURY MORTGAGE Corporation

Authorized Signature: _____

Name: Brad Morrice

Title: Vice Chairman President, COD

Signature Date: 5/27/05

ORACLE USA, INC.

Authorized Signature: _____

Name: Mary Tarmin

Title: VP Finance Analyst

Signature Date: 28-MAY-05

Page 2 of 3

05/11/07  FRI 12:00 FAX 17812386273          ORACLE LEGAL                                    ☒006

MAY-27-2005  09:01          AVNET HALLMARK                                      480 794 6055    P.07/13

06-27-08    04:00PM    FROM-New Century Mortgage                    3464487833        T-413  P.002/010  F-105

# ORACLE

## ORACLE LICENSE AND SERVICES AGREEMENT

**A.    Agreement Definitions**

"You" and "your" refers to the individual or entity that has executed this agreement ("agreement") and ordered Oracle programs and/or services from Oracle USA, Inc. ("Oracle") or an authorized distributor. The term "programs" refers to the software products owned or distributed by Oracle which you have ordered, program documentation, and any program updates acquired through technical support. The term "services" refers to technical support, education, consulting, consulting or other services which you have ordered.

**B.    Applicability of Agreement**

This agreement is valid for the order to which this agreement accompanies.

**C.    Rights Granted**

Upon Oracle's acceptance of your order, you have the limited right to use the programs and receive any services you ordered solely for your internal business operations and subject to the terms of this agreement, including the definitions and rules set forth in the order and the program documentation. You may allow your agents and contractors to use the programs for this program and you are responsible for their compliance with this agreement in such use. If ordered, Oracle will notify you and the order will include a copy of your agreement. Program documentation is either delivered with the program, or you may access the documentation online at http://oracle.com/documents. Services are provided based on Oracle's policies for the applicable services ordered, which are subject to change, and the specific policies applicable to you, and how to access them, will be specified on your order. Upon payment for services, you will have a perpetual, non-exclusive, non-assignable, royalty free license to use for your internal business operations anything developed by Oracle and delivered to you under this agreement; however, certain deliverables may be subject to additional license terms provided in the ordering document.

The services provided under this agreement may be related to your license to use programs which you obtain under a separate order. The agreement referenced in that order shall govern your use of such programs. Any services acquired from Oracle are not separately from such program licenses, and you may acquire either services or such program licenses without requiring the other.

**D.    Ownership and Restrictions**

Oracle retains all ownership and intellectual property rights to the programs and anything developed by Oracle and delivered to you under this agreement resulting from the services. You may make a sufficient number of copies of each program for your licensed use and one copy of each program media.

You may not:

- remove or modify any program markings or any notice of Oracle's proprietary rights;
- make the programs or materials resulting from the services available in any manner to any third party for use in the third party's business operations (unless such access is expressly permitted for the specific program license or materials from the services you have acquired);
- cause or permit reverse engineering (unless required by law for interoperability), disassembly or decompilation of the programs; or
- disclose results of any program benchmark tests without Oracle's prior written consent.

**E.    Warranties, Disclaimers and Exclusive Remedies**

Oracle warrants that a program licensed to you will operate in all material respects as described in the applicable program documentation for one year after delivery. You must notify Oracle of any program warranty deficiency within one year after delivery. Oracle also warrants that services ordered will be provided in a professional manner consistent with industry standards. You must notify Oracle of any services warranty deficiencies within 90 days from performance of the services described in the ordering document.

**ORACLE DOES NOT GUARANTEE THAT THE PROGRAMS WILL PERFORM ERROR-FREE OR UNINTERRUPTED OR THAT ORACLE WILL CORRECT ALL PROGRAM ERRORS. TO THE EXTENT PERMITTED BY LAW, THESE WARRANTIES ARE EXCLUSIVE AND THERE ARE NO OTHER EXPRESS OR IMPLIED WARRANTIES OR CONDITIONS, INCLUDING WARRANTIES OR CONDITIONS OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.**

**FOR ANY BREACH OF THE ABOVE WARRANTIES, YOUR EXCLUSIVE REMEDY, AND ORACLE'S ENTIRE LIABILITY, SHALL BE: (A) THE CORRECTION OF PROGRAM ERRORS THAT CAUSE BREACH OF THE**

05/11/07  FRI 12:01 FAX 17812388273          ORACLE LEGAL                              ☒007
                                                              480 794 6855    P.08/13

MAY-27-2005  09:01          PLANET HALLMARK
06-27-05    04:00PM  FROM-New Century Mortgage          846-487832          T-915  P.003/010  F-166

WARRANTY, OR IF ORACLE CANNOT SUBSTANTIALLY CORRECT SUCH BREACH IN A COMMERCIALLY REASONABLE MANNER, YOU MAY END YOUR PROGRAM LICENSE AND RECOVER THE FEES PAID TO ORACLE FOR THE PROGRAM LICENSE AND ANY UNUSED, PREPAID TECHNICAL SUPPORT FEES YOU HAVE PAID FOR THE PROGRAM LICENSE; OR (b) THE REPERFORMANCE OF THE DEFICIENT SERVICES, OR IF ORACLE CANNOT SUBSTANTIALLY CORRECT A BREACH IN A COMMERCIALLY REASONABLE MANNER, YOU MAY END THE RELEVANT SERVICES AND RECOVER THE FEES PAID TO ORACLE FOR THE DEFICIENT SERVICES.

**F.    Trial Programs**

You may order trial programs, or Oracle may include additional programs with your order which you may use for trial, non-production purposes only. [illegible] ... You have 30 days from the delivery date to evaluate these programs. If you decide to use any of these programs after the 30 day trial period, you must obtain a license for such programs from Oracle or an authorized distributor. If you decide not to obtain a license for any program after the 30 day trial period, you will cease using and will delete any such programs from your computer system. Programs licensed for trial purposes are provided "as is" and Oracle does not provide technical support or offer any warranties for these programs.

**G.    Indemnification**

If anyone makes a claim against either you or Oracle ("Recipient") which may refer to you or Oracle depending upon which party received the Material), that any information, design, specification, instruction, software, data, or material ("Material") furnished by either you or Oracle ("Provider") which may refer to you or Oracle depending on which party provided the Material, and used by the Recipient infringes its intellectual property rights, the Provider will indemnify the Recipient against the claim if the Recipient does the following:

- notifies the Provider promptly in writing, not later than 30 days after the Recipient receives notice of the claim (or sooner if required by applicable law);
- gives the Provider sole control of the defense and any settlement negotiations; and
- gives the Provider the information, authority, and assistance the Provider needs to defend against or settle the claim.

If the Provider believes or it is determined that any of the Material may have violated someone else's intellectual property rights, the Provider may choose to either modify the Material to be non-infringing (while maintaining or preserving its value or functionality) or obtain a license to allow for continued use, or if these alternatives are not commercially reasonable, the Provider may end the license for, and require return of, the applicable Material and refund any fees the Recipient may have paid for it and any unused, prepaid technical support fees you have paid for the license. If you use the Provider and such action materially affects Oracle's ability to meet its obligations under the relevant order, then Oracle may, at its option and upon 30 days prior written notice, terminate the order. The Provider will not indemnify the Recipient if the Recipient alters the Material or uses it outside the scope of use identified in the Provider's user documentation or if the Recipient uses a version of the Material which has been superseded, if the infringement claim could have been avoided by using an unaltered current version of the Material which was provided to the Recipient. The Provider will not indemnify the Recipient to the extent that an infringement claim is based upon any information, design, specification, instruction, software, data, or material not furnished by the Provider. Oracle will not indemnify you to the extent that an infringement claim is based upon the combination of any Material with any products or services not provided by Oracle. This section provides the parties' exclusive remedy for any infringement claims or damages.

**H.    Technical Support**

For purposes of the ordering document, technical support consists of annual technical support services you may have ordered. If ordered, annual technical support (including first year and all subsequent years) is provided under Oracle's technical support policies in effect at the time the services are provided. The technical support policies, incorporated in this agreement, are subject to change at Oracle's discretion however, Oracle will not materially reduce the level of services provided for supported programs during the period for which fees for technical support have been paid. You should review the policies prior to entering into the ordering document for the applicable services. You may access the current version of the technical support policies at http://oracle.com/contracts.

Technical support is effective upon the effective date of the ordering document unless otherwise stated in your order. If your order was placed through the Oracle Store, the effective date is the date your order was accepted by Oracle.

Technical support acquired with your order may be renewed annually and, if you renew technical support for the same number of licenses for the same programs, for the first and second renewal years the fee for technical support will not increase by more than 4% over the prior year's fees. If your order is fulfilled by a member of Oracle's partner program, the fee for technical support for the first renewal year will be the price quoted to you by your partner; the fee for technical support for the second renewal year will not increase by more than 4% over the prior year's fees.

05/11/07  FRI 12:01 FAX 17812386273        ORACLE LEGAL                        480 794 6055    P.09/13
MAY-27-2005  09:22        AVNET HALLMARK                                T-019  P.004/011  F-106
09-27-05    04:00PM  FROM-Sun Century Mortgage        9404467639

If you decide to purchase technical support for any license within a license set, you are required to purchase technical support at the same level for all licenses within that license set. You may disapprove a subset of licenses in a license set only if you agree to terminate that subset of licenses. The technical support fees for the remaining licenses will be priced in accordance with the technical support policies in effect at the time of termination. Oracle's license are exclusive in the current technical support policies. If you decide not to purchase technical support, you may not update any unsupported program licenses with new versions of the program.

Oracle reserves the right to desupport its programs or particular versions of its programs. This will be notified in advance when Oracle desupport than a program is to be desupport. Such desupport notices, which are posted at Oracle's customer support web site, MetaLink (or Oracle's then current customer support web site), contain desupport dates. Information about availability of Extended Support and Extended Maintenance Support and Information about migration paths for certain features. The desupport notices are subject to change. Oracle will provide updated desupport notices on MetaLink (or Oracle's then current customer support web site) as necessary.

**J.    End of Agreement**
If either of us breaches a material term of this agreement and fails to correct the breach within 30 days of written specification of the breach, the other party may terminate this agreement. If Oracle ends this agreement as specified in the preceding sentence or end the license for the program under the Indemnification section, you must pay within 30 days all amounts which have accrued prior to such end, as well as all sums remaining unpaid for programs ordered under services received under this agreement plus related fees and expenses. Except for nonpayment of fees, we each agree to extend the 30 day period for so long as the breaching party continues reasonable efforts to cure the breach. You agree that if you are in default under this agreement, you may not use those programs and/or services ordered. You further agree that if you have used in Oracle Finance Division contract to pay for the fees due under an order and you are in default under that contract, you may not use the programs and/or services ordered and Oracle may with this agreement. Provisions that survive termination or expiration include those relating to limitation of liability, infringement indemnity, payment, and others which by their nature are intended to survive.

**J.    Fees and Taxes**
All fees payable to Oracle are due within 30 days from the invoice date. You agree to pay any sales, value-added or other similar taxes imposed by applicable law that Oracle must pay based on the programs and/or services you ordered, except for taxes based on Oracle's income. Also, you will reimburse Oracle for reasonable expenses related to providing the services. Fees for services listed in an ordering document are exclusive of taxes and expenses. You agree that you have not relied on the future availability of any programs or updates in entering into the payment obligations in your order.

**K.    Nondisclosure**
By virtue of this agreement, the parties may have access to information that is confidential to one another ("confidential information"). We each agree to disclose only information that is required for the performance of obligations under this agreement. Confidential information shall be limited to the terms and pricing under this agreement, and all information clearly identified as confidential.

A party's confidential information shall not include information that: (i) is or becomes a part of the public domain through no act or omission of the other party; (ii) was in the other party's lawful possession prior to the disclosure and had not been obtained by the other party either directly or indirectly from the disclosing party; (iii) is lawfully disclosed to the other party by a third party without restriction on the disclosure; or (iv) is independently developed by the other party.

We each agree to hold each other's confidential information in confidence for a period of three years from the date of disclosure. Also, we each agree to disclose confidential information only to those employees or agents who are required to protect it against unauthorized disclosure. Nothing shall prevent either party from disclosing the terms or pricing under this agreement or orders submitted under this agreement in any legal proceeding arising from or in connection with this agreement or disclosing the information to a federal or state governmental entity as required by law.

**L.    Entire Agreement**
You agree that this agreement and the information which is incorporated into this agreement by written reference (including references to information contained in a URL or referenced policy), together with the applicable order, are the complete agreement for the programs and/or services ordered by you, and that this agreement supersedes all prior or contemporaneous agreements or representations, written or oral, regarding such programs and/or services. If any term of this agreement is found to be invalid or unenforceable, the remaining provisions will remain effective. It is expressly agreed that the terms of this agreement and any Oracle ordering document shall supersede the terms in any purchase order or other non-Oracle ordering document and no terms included in any such purchase order or other non-Oracle ordering document shall apply to the programs and/or services ordered. This agreement and ordering documents may not be modified and the rights and obligations may not be altered or waived except in a writing signed or accepted online through the Oracle Store by authorized representatives of you and of Oracle. Any notice required under this agreement shall be provided to the other party in writing.

**M.    Limitation of Liability**
NEITHER PARTY SHALL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES, OR ANY LOSS OF PROFITS, REVENUE, DATA, OR DATA USE. ORACLE'S MAXIMUM LIABILITY FOR ANY DAMAGES ARISING OUT OF OR RELATED TO THIS AGREEMENT OR YOUR ORDER, WHETHER IN CONTRACT OR TORT, OR OTHERWISE, SHALL BE LIMITED TO THE AMOUNT OF THE FEES YOU PAID ORACLE UNDER THIS AGREEMENT, AND IF SUCH DAMAGES RESULT FROM YOUR USE OF PROGRAMS OR SERVICES, SUCH LIABILITY SHALL BE LIMITED TO THE FEES YOU PAID ORACLE FOR THE DEFICIENT PROGRAM OR SERVICES GIVING RISE TO THE LIABILITY.

**N.    Export**
Export laws and regulations of the United States and any other relevant local export laws and regulations apply to the programs. You agree that such export control laws govern your use of the programs (including technical data) and any services deliverables provided under this agreement, and you agree to comply with all such export laws and regulations (including "deemed export" and "deemed re-export" regulations). You agree that no data, information, program and/or materials resulting from services (or direct product thereof) will be exported, directly or indirectly, in violation of these laws, or will be used for any purpose prohibited by these laws including, without limitation, nuclear, chemical, or biological weapons proliferation, or development of missile technology.

**O.    Other**
This agreement is governed by the substantive and procedural laws of California and you and Oracle agree to submit to the exclusive jurisdiction of, and venue in, the courts in San Francisco, San Mateo, or Santa Clara counties in California in any dispute arising out of or relating to this agreement.

If you have a dispute with Oracle or if you wish to provide a notice under the indemnification section of this agreement, or if you become subject to insolvency or other similar legal proceedings, you will promptly send written notice to: Oracle USA, Inc., 500 Oracle Parkway, Redwood City, California, United States, 94065, Attention: General Counsel, Legal Department.

You may not assign this agreement or give or transfer the programs and/or any services or an interest in them to another individual or entity. If you grant a security interest in the programs and/or any services deliverables, the secured party has no right to use or transfer the programs and/or any services deliverables, and if you decide to finance your acquisition of the programs and/or any services, you will follow Oracle's policies regarding financing which are at http://oracle.com/contracts.

Except for actions for nonpayment or breach of Oracle's proprietary rights, no action, regardless of form, arising out of or relating to this agreement may be brought by either party more than two years after the cause of action has accrued.

Upon 45 days written notice, Oracle may audit your use of the programs. You agree to cooperate with Oracle's audit and provide reasonable assistance and access to information. You agree to pay within 30 days of written notification any fees applicable to your use of the programs in excess of your license rights. If you do not pay, Oracle can end your technical support, licenses, and/or this agreement. You agree that Oracle shall not be responsible for any of your costs incurred in cooperating with the audit.

The Uniform Computer Information Transactions Act does not apply to this agreement.

**P.    Force Majeure**
Neither of us shall be responsible for failure or delay of performance if caused by: an act of war, hostility, or sabotage; act of God; electrical, internet, or telecommunication outage that is not caused by the obligated party; government restrictions (including the denial or cancellation of any export or other license); or other event outside the reasonable control of the obligated party. We both will use reasonable efforts to mitigate the effect of a force majeure event. If such event continues for more than 30 days, either of us may cancel unperformed services upon written notice. This section does not excuse either party's obligation to take reasonable steps to follow its normal disaster recovery procedures or your obligation to pay for services provided.

**Q.    License Definitions and Rules**
To fully understand your license grant, you need to review the definitions for the licensing metric and term designation as well as the licensing rules which are listed below.

Adapters is defined as each software order interface, installed on each Oracle Internet Application Server Enterprise Edition, which facilitates communication of information between each version of a third party software application or system and Oracle programs.

Collaboration Program Users is defined as an individual authorized by you to use the programs which are installed on a single server or on multiple servers regardless of whether the individual is actively using the programs at any given time. For the purposes of counting
ULSA_esb only_V051306_mstm                                                              Page 4 of 7

and licensing the number of Web Conferencing users, a Collaboration Program User within your company is defined as a user able to initiate, or host, a web conference and also participate in a web conference; all participants in the web conference external to your company and attending a web conference are not required to be licensed.

Computer: is defined as the computer on which the programs are installed. A Computer license allows you to use the licensed program on a single specified computer.

Hosted Named User: is defined as an individual authorized by you to access the hosted service, regardless of whether the individual is actively accessing the hosted service at any given time.

iLearning Subscription: is defined as a web based learning environment that is made available to you subject to the terms of this agreement and Oracle's iLearning Subscription Policies. Oracle's iLearning Subscription Policies may be accessed at http://oracle.com/contracts, and may be updated by Oracle from time to time without notice to you.

Implementation Services, Packaged Methods, Architecture Services, Accelerator Services, Assessment Services and Workshops: Each Implementation Service, Packaged Method, Architecture Service, Accelerator Service, Assessment Service and Workshop is provided subject to the statement of obligation for that particular offering and Oracle's consulting services policies. Oracle's consulting services policies may be accessed at http://oracle.com/contracts, and are subject to change.

Learning Credits: may be used to acquire education products and services offered in the Oracle University online catalogue posted at www.oracle.com/education under the terms specified therein. Learning credits may only be used to acquire products and services at the list price in effect at the time you order the relevant product or service, and may not be used for any product or service that is subject to a discount or a promotion when you order the relevant product or service. The list price will be reduced by applying the discount specified above. Notwithstanding anything to the contrary in the previous three sentences, learning credits may also be used to pay taxes, materials and/or expenses related to your order; however, the discount specified above will not be applied to such taxes, materials and/or expenses. Learning credits are valid for a period of 12 months from the date your order is accepted by Oracle, and you must acquire products and must use any acquired services prior to the end of such period. You may only use learning credits in the country in which you acquired them, may not use them as a payment method for additional learning credits, and may not use different learning credits accounts to acquire a single product or service or to pay related taxes, materials and/or expenses. Learning credits are non-transferable and non-assignable. You may be required to execute standard Oracle ordering materials when using learning credits to order products or services.

Named User Plus: is defined as an individual authorized by you to use the programs which are installed on a single server or multiple servers, regardless of whether the individual is actively using the programs at any given time. A non human operated device will be counted as a named user plus in addition to all individuals authorized to use the programs, if such devices can access the programs. If multiplexing hardware or software (e.g., a TP monitor or a web server product) is used, this number must be measured at the multiplexing front end. Automated batching of data from computer to computer is permitted. You are responsible for ensuring that the named user plus per processor minimums are maintained for the programs contained in the user minimum table in the licensing rules section; the minimum table provides for the minimum number of named users plus required and all actual users must be licensed.

Oracle Finance Division Contract: is a contract between you and Oracle (or one of Oracle's affiliates) that provides for payments over time of some or all of the sums due under your order.

Oracle University Online Service: the Oracle University Online Service is a web based learning environment comprised of both individual Oracle University Online Courses ("Online Courses") as well as such courses bundled together as the Oracle University Online Library ("Online Library"). A Premium Online Library may be available in certain foreign languages. The Oracle University Online service is made available to you subject to the terms of this agreement and Oracle University's Online Hosting Access Policies. Oracle University's Online Hosting Access Policies are located at www.oracle.com/education/[illegible], and may be updated by Oracle from time to time without notice to you. You acknowledge that you will create and activate an administrator account and password and that the Oracle University Online Service is available on http://www.oracle.com/education/[illegible]. Notwithstanding anything to the contrary in the agreement, Oracle does not warrant that the Oracle University Online service will be provided uninterrupted or error-free.

If you acquire the Online Library, the term shall be one year from the effective date of your order. At the end of the term, you may renew your order for an additional one year term at the then current Online Library rate by contacting your local Oracle Education Sales Office. If you choose not to renew the membership, all rights to use the Online Library shall cease.

You may acquire under a separate order the Premium Online Library or an individual Online Course for a term of 6 months from the effective date of your order. At the end of the term, you may renew your order for an additional 6 month term at the then current

Technical Reference Manuals

Term/Restriction

1, 2, 3, 4, 5 Year Terms:

1 Year Hosting Term:

1 Year Oracle Hosted Term:

1 Year Subscription:

Licensing Rules

Failovers:

Testing:

You are responsible for ensuring that the following restrictions are not violated:

- Oracle Database Standard Edition may only be used on machines which have the ability to run a maximum of four processors or on a cluster of machines supporting up to 4 a maximum of four processors per cluster.
- Oracle Standard Edition One may only be used on machines which have the ability to run a maximum of two processors.
- The number of TRACE licenses (Sds Server Option) must match the number of licenses of the associated database.
- The number of Diagnostics Pack and/or Configuration Management Pack licenses must match the number of licenses of the associated Internet Application Server programs (Enterprise Edition, Standard Edition, or Java Edition).  The number of Identity Management licenses must match the number of licenses of the associated Internet Application Server Standard Edition program.

If you purchase Named User Plus licenses for the programs listed below, you must maintain the following user minimums and user maximums:

| Program | Named User Plus Minimums |
|---|---|
| Oracle Standard Database Edition | 5 Named Users Plus per Processor |
| Data Enterprise Edition | 25 Named Users Plus per Processor |
| OLAP/Data Mining | 25 Named Users Plus per Processor |
| Warehouse Builder | 25 Named Users Plus per Processor |
| TopLink | 25 Named Users Plus per Processor |
| Internet Application Server Java Edition | 10 Named Users Plus per Processor |
| Internet Application Server Standard Edition | 10 Named Users Plus per Processor |
| Internet Application Server Enterprise Edition | 10 Named Users Plus per Processor |

| Program | Named User Plus Minimums |
|---|---|
| Standard Edition One | 5 Named User Plus per database |

The number of licenses for the programs listed below must match the number of licenses of the associated database and if you purchase Named User Plus licenses for these programs, you must maintain, at a minimum, 25 Named Users Plus per Processor per associated database:

Real Application Clusters, Partitioning, OLAP, Data Mining, Spatial, Advanced Security, Label Security, Diagnostics Pack, Tuning Pack, Change Management Pack, Configuration Management Pack.

The effective date of this agreement shall be _____ May 26 _____, 2005. (to be completed by Oracle)

Company Name: New Century Mortgage Corporation    ORACLE USA, INC.

Authorized Signature: _____            Authorized Signature: _____

Name: Brad A. Morrice                            Name: _____

Title: Vice chairman president, COO              Title: VP, _____

Signature Date: 5/27/05                          Signature Date: 26-MAY-05

# EXHIBIT "B"

Page 1 of 1

# ORACLE®

**Enabling the Information Age™**

# INVOICE

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 2106821 |
|---|---|
| INVOICE DATE | 06-Sep-2006 |
| YOUR P.O. NUMBER | 019686 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 06-Oct-2006 |

**BILL TO :**
NEW CENTURY MORTGAGE CORPORATION
Accounts Payable
18400 Von Karman
Suite 1000 9th Floor
IRVINE, CA 92612
UNITED STATES

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 2106821 | ON YOUR REMITTANCE |
|---|---|---|
| MAIL CHECKS TO: | | Oracle USA, Inc.<br>PO BOX 44471<br>SAN FRANCISCO CA<br>94144-4471 |
| WIRE TRANSFERS TO: | | WELLS FARGO BANK<br>ABA   121000248<br>ACCT 4522-020841 |

CREDIT CARD PAYMENTS: Contact Collections

**SHIP TO :**
NEW CENTURY MORTGAGE CORPORATION
Nimmi Smith
18400 Von Karman
Suite 1000
IRVINE, CA 92612
UNITED STATES

FOR BILLING QUESTIONS, CALL COLLECTIONS CENTER  (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Watkin, Mr Jonathan | 8104945 | Accounts Payable | NEW CENTURY MORTGAGE CORPORATION |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Course : Introduction to Oracle Database 10g for Experienced SQL Users Ed 1,Student : Smith, Nimmi,From : 06-SEP-06,To : 07-SEP-06,Title : 1304965 | 1 | N | 1,200.00 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
|---|---|---|---|---|
| | 1,200.00 | 0.00 | 0.00 | 1,200.00 |
| | Less payments | | | 0.00 |
| | Credits/Adjustments | | | 0.00 |
| | Outstanding Balance as of 03-May-2007 | | | 1,200.00 |