# **EXHIBIT C**

748126A01062207

Page 1 of 1

# ORACLE®

**Enabling the Information Age™**

# INVOICE

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 2106821 |
|---|---|
| INVOICE DATE | 06-Sep-2006 |
| YOUR P.O. NUMBER | 019686 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 06-Oct-2006 |

BILL TO :
NEW CENTURY MORTGAGE CORPORATION
Accounts Payable
18400 Von Karman
Suite 1000 9th Floor
IRVINE, CA 92612
UNITED STATES

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 2106821 | ON YOUR REMITTANCE |
|---|---|---|
| MAIL CHECKS TO: | Oracle USA, Inc.<br>PO BOX 44471<br>SAN FRANCISCO CA<br>94144-4471 | |
| WIRE TRANSFERS TO: | WELLS FARGO BANK<br>ABA   121000248<br>ACCT  4522-020841 | |
| CREDIT CARD PAYMENTS: | **Contact Collections** | |

SHIP TO :
NEW CENTURY MORTGAGE CORPORATION
Nimmi Smith
18400 Von Karman
Suite 1000
IRVINE, CA 92612
UNITED STATES

FOR BILLING QUESTIONS, CALL COLLECTIONS CENTER (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Watkin, Mr Jonathan | 8104945 | Accounts Payable | NEW CENTURY MORTGAGE CORPORATION |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Course : Introduction to Oracle Database 10g for Experienced SQL Users Ed 1,Student : Smith, Nimmi,From : 06-SEP-06,To : 07-SEP-06,Title : 1304965 | 1 | N | 1,200.00 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
|---|---|---|---|---|
| | 1,200.00 | 0.00 | 0.00 | 1,200.00 |
| | Less payments | | | 0.00 |
| | Credits/Adjustments | | | 0.00 |
| | Outstanding Balance as of 03-May-2007 | | | 1,200.00 |

# ORACLE

## Ordering Document

| | | | |
|---|---|---|---|
| **Order Date:** | 22-May-07 | **Renewal Contact:** | Serivce Contracts Renewals Team - US |
| **Service Contract #:** | 2157298 | | |
| **Payment Terms:** | 30 NET from date of invoice | | |
| **Billing Terms:** | Annually in Advance | | |
| **Offer Expires:** | 29-May-07 | **E-mail:** | Servicecontracts_US@oracle.com |

| CUSTOMER: NEW CENTURY MORTGAGE CORPORATION | | | |
|---|---|---|---|
| **QUOTE TO** | | **BILL TO** | |
| **Account Contact:** | Louie Zoleta | **Account Contact** | Accounts Payable |
| **Account Name:** | NEW CENTURY MORTGAGE CORPORATION | **Account Name:** | NEW CENTURY MORTGAGE CORPORATION |
| **Address:** | 18400 Von Karman | **Address:** | 18400 Von Karman |
| | Suite 1000 9th Floor | | Suite 1000 9th Floor |
| | IRVINE | | IRVINE |
| | CA 92612 | | CA 92612 |
| | United States | | United States |
| **Telephone:** | 949 517-0710 | **Telephone:** | |
| **Fax:** | | **Fax:** | |
| **E-mail:** | lzoleta@ncen.com | **E-mail:** | |

In the event that the Customer name and the Quote To Account name provided above are not the same, NEW CENTURY MORTGAGE CORPORATION acknowledges that Customer has authorized NEW CENTURY MORTGAGE CORPORATION to make this purchase on its behalf and that NEW CENTURY MORTGAGE CORPORATION will advise Customer of the terms of this ordering document.

Oracle may provide certain information and notices about technical support via e-mail. Accordingly, please verify and update the Quote To and Bill To information above to ensure that such communications and notices are received from us. If changes are required, please e-mail or fax the updated information to the Serivce Contracts Renewals Team - US at Servicecontracts_US@oracle.com or 1 866 2469533. Please also include service contract number 2157298 on such reply.

## Service Details

| Service Level: Software Update License & Support | | | | | | End Date: 27-May-08 |
|---|---|---|---|---|---|---|
| Product Description | CSI # | Qty | License Metric | License Level / Type | Start Date | Final Price |
| Oracle Database Enterprise Edition - Named User Plus Perpetual | 14461596 | 200 | | FULL USE | 28-May-07 | 30,817.60 |

**Subtotal:** USD 30,817.60

Note: If any of the fields listed above are blank, the program licenses were acquired under a separate license model in which such field(s) does not apply.

**Total Amount:** USD 30,817.60

plus applicable tax

"You" and "your" refers to the Customer provided above.

The technical support services acquired under this ordering document are governed by the terms and conditions of the license and services agreement that you executed when you acquired technical support from Oracle or an Oracle authorized reseller, and will be provided under Oracle's technical support policies in effect at the time the services are provided. Any updates and other materials provided or made available to you under technical support shall be subject to your license grant and use restrictions applicable to the programs being supported.

The technical support policies are subject to change at Oracle's discretion; however, Oracle will not materially reduce the level of services provided for supported programs during the period for which fees for technical support have been paid. You should review the technical support policies prior to entering into this ordering document. You may access the current version of the technical support policies, including Oracle's reinstatement policy, at http://www.oracle.com/support/policies.html. Customers who allow technical support to lapse and later wish to reactivate it will be subject to Oracle's reinstatement policy in effect at the time of reinstatement. Applicable reinstatement fees may apply in addition to the annual technical support fees.

This ordering document is subject to Oracle's acceptance. Once ordered, technical support for the support period defined above is non-cancelable and the related fees are non-refundable. If the pre-tax value of this renewal is $2000 or less, pre-payment in the form of a check or credit card must be received. Purchase orders are no longer accepted for these transactions. An invoice, including applicable sales tax, GST, or VAT (collectively referred to as "tax"), will only be issued upon receipt of acceptance. If your company is tax exempt, a copy of your tax exemption certificate must be included with your purchase order or other form of payment.
If a change to the Service Details provided above is required, please contact Service Contracts Renewals Team – US at Servicecontracts_US@oracle.com and an updated ordering document will be provided to you in accordance with Oracle's technical support policies.

In the event that Priority Service is acquired under this ordering document, you acknowledge you must maintain a current Software Update License & Support contract for all licenses in a license set for which Priority Service has been purchased. By accepting this ordering document, you also acknowledge that Software Update License & Support for program licenses listed under the Priority Service level may be renewed under separate contract(s). Upon renewal, Priority Service fees will be based on the Priority Service pricing policies in effect at the time of renewal and such fees will be adjusted to account for any acquisition of additional licenses in a license set. Contractual Caps for Software Update License & Support do not apply to Priority Service, unless stated otherwise in your contract.

## Acceptance Details

Oracle normally processes orders after receipt of a purchase order or other acceptable form of payment such as a check or credit card for the total fees specified on the ordering document.

Acceptance of the services ordered hereto should be sent to:

| | |
|---|---|
| Attn: | Service Contracts Renewals Team – US |
| | Oracle Support Services |
| Email: | Servicecontracts_US@oracle.com |
| Fax: | 1866 2469533 |

### PURCHASE ORDER, CHECK, CREDIT CARD CONFIRMATION

**Purchase Order**
If the ordering document will be accepted by purchase order, the purchase order must include the following information:

Service Contract #:    2157298
Term of Service:       28-May-07 to 27-May-08
Local Tax, if applicable

The terms of the Customer's agreement with Oracle and this ordering document shall supersede the terms of the purchase order or any other non-Oracle document, and no terms included in any such purchase order or other non-Oracle document shall apply to the services ordered.

Please e-mail or fax the purchase order to Oracle per the Acceptance Details provided above.

**Check**
If the ordering document will be accepted by check, the check must include the following information:

Service Contract #:    2157298
Term of Service:       28-May-07 to 27-May-08
Local Tax, if applicable

Please mail check payments to the following address:

**AK, AZ, CA, HI, ID, NV, OR, UT, WA:**

>   Oracle USA, Inc.
>   PO Box 44471
>   San Francisco, CA 94144-4471

**All other States:**

>   Oracle USA, Inc.
>   PO Box 71028
>   Chicago, IL 60694-1028

**Credit Card**
If the ordering document will be accepted by credit card, please complete the section below and return it to Oracle per the Acceptance Details provided above.

Service Contract #:    2157298
Term of Service:       28-May-07 to 27-May-08

_____
Credit Card Number

_____
Expiration Date

_____
Billing Address (associated with Credit Card)

_____
City, State, and Zip (associated with Credit Card)

_____
Authorized Signature

_____
Name

The credit card must be valid for the entire Term of Service above. Oracle will bill the credit card in accordance with the payment terms provided in the ordering document above.