UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 07-10416 (KJC) |
| **NEW CENTURY HOLDINGS, INC.,** ) | |
| A Delaware Corporation, et al., ) | Jointly Administered |
| ) | |
| ) | |
| Debtors. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Kristie L. Dalton, certify that I am not less than 18 years of age, and that service of the foregoing document was made on June 25, 2007 upon:

**Via Hand Delivery**
Mark D. Collins, Esquire
Marcos A. Ramos, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street, One Rodney Square
Wilmington, Delaware 19801

Joseph J. McMahon, Jr., Esquire
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, Delaware 19899

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801

Document #62509

**Via Facsimile**
Suzzanne S. Uhland, Esq.
Ben Hogan, Esq.
O'Melveny & Myers, LLP
275 Batter Street
San Francisco, CA 94111

**Fax No. 415-984-8701**

Mark S. Indelicato, Esq.
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022

**Fax No. 212-478-7400**

Under penalty of perjury, I declare that the foregoing is true and correct.

6/25/07
Date

_Kristie L. Dalton_ (signature)
Kristie L. Dalton

- 2 -