IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
NEW CENTURY TRS HOLDINGS, INC.   Case No. 07-10416-KJC
    Debtor   (Chapter 11)
AMERIQUEST MORTGAGE COMPANY   Ref: Docket No. 1652
C/O AMC MORTGAGE SERVICES, INC
    Movant

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
    Attorneys for the Movant
  v.
NEW CENTURY TRS HOLDINGS, INC, et al.
    Respondents

**ORDER TERMINATING AUTOMATIC STAY**

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by Ameriquest Mortgage Company c/o AMC Mortgage Services ("AMC"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Automatic Stay is terminated allowing AMC to exercise its rights under applicable law against the Debtor's Property more particularly described in the Mortgage which has the address of 851 Charles Avenue, Lexington, Kentucky 40508 ("Property"), including, but not limited to foreclosure against the Property under the Mortgage.

Date:_____   BY THE COURT:

                                                              _____
                                                              U.S. Bankruptcy Court Judge