IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a | : | Case No. 07-10416 (KJC) |
| Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket No. 1649 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   :
                    : SS.
NEW CASTLE COUNTY   :

Ann Jerominski, RP, being duly sworn according to law, deposes and says that she is employed as a Registered Paralegal for the law firm of Richards, Layton & Finger, P.A. and that on the 25th day of June, 2007, she caused a copy of the following documents to be served via facsimile upon the parties indicated on the attached list:

- *Notice of Agenda of Matters Scheduled for Hearing on June 27, 2007 at 10:00 a.m.*

/s/ Ann Jerominski
Ann Jerominski, RP
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 25th day of June, 2007.

/s/ Barbara J. Witters
Notary Public

BARBARA J. WITTERS
Notary Public-State of Delaware
My Commission Expires March 10, 2009

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

*VIA FACSIMILE*
**Local Counsel**

|     |                                                                                   |                                                          |              |              |
| --- | --------------------------------------------------------------------------------- | -------------------------------------------------------- | ------------ | ------------ |
| 1   | David M. Fournier<br>Evelyn J. Meltzer<br>David B. Stratton<br>Henry Jaffe        | Pepper Hamilton LLP<br>(Barclays)                        | 302-777-6500 | 302-421-8390 |
| 2   | William E. Chipman, Jr<br>Mark D. Olivere                                         | Edwards Angell Palmer &<br>Dodge LLP (GMAC)              | 302-425-7124 | 302-777-7263 |
| 3.  | Norman M. Monhait                                                                 | Rosenthal, Monhait & Goddess                             | 302-656-4433 | 302-658-7567 |
| 4.  | Laurie Selber Silverstein                                                         | Potter Anderson & Corroon LLP                            | 302-984-6000 | 302-658-1192 |
| 5.  | Don A. Beskrone<br>William P. Bowden<br>Gregory A. Taylor                         | Ashby & Geddes, P.A.<br>(UBS Real Estate Securities)     | 302-654-1888 | 302-654-2067 |
| 6.  | Mary F. Caloway<br>Eric Lopez Schnabel                                            | Buchanan Ingersoll & Rooney<br>PC                        | 302-552-4200 | 302-552-4295 |
| 7.  | Kurt F. Gwynne                                                                    | Reed Smith LLP (IndyMac)                                 | 302-778-7500 | 302-778-7575 |
| 8.  | Ian Connor Bifferato<br>Garvan F. McDaniel                                        | Bifferato Gentilotti LLC (CB<br>Richard Ellis)           | 302-429-1900 | 302-429-8600 |
| 9.  | Robert J. Dehney<br>Gregory W. Werkheiser<br>Daniel B. Butz                       | Morris, Nichols, Arsht & Tunnell<br>LLP (Morgan Stanley) | 302-658-9200 | 302-658-3989 |
| 10. | Marla R. Eskin<br>Mark T. Hurford                                                 | Campbell & Levine, LLC                                   | 302-426-1900 | 302-426-9947 |
| 11. | Stephen M. Miller<br>Brett D. Fallon                                              | Morris James LLP                                         | 302-888-6800 | 302-571-1750 |
| 12. | Victoria Watson Counihan<br>Dennis A. Meloro                                      | Greenberg Traurig, LLP                                   | 302-661-7000 | 302-661-7360 |
| 13  | Andrew C. Kassner<br>Howard A. Cohen                                              | Drinker Biddle & Reath                                   | 302-467-4213 | 302-467-4201 |
| 14. | William A. Hazeltine                                                              | William A. Hazeltine LLC                                 | 302-652-1146 | 302-351-3308 |
| 15  | Elihu E. Allinson, III<br>William D. Sullivan                                     | William D. Sullivan, LLC                                 | 302-428-8191 | 302-428-8195 |
| 16. | Michael R. Lastowski<br>Christopher M. Lastowski                                  | Duane Morris LLP                                         | 302-657-4900 | 302-651-4901 |
| 17. | Lisa C. McLaughlin                                                                | Phillips, Goldman & Spence                               | 302-655-4200 | 302-655-4210 |
| 18. | James E. Huggett                                                                  | Margolis Edelstein (NLG)                                 | 302-777-4680 | 302-777-4682 |
| 19  | Charlene D. Davis<br>Neil B. Glassman<br>Steven M. Yoder<br>Eric M. Sutty         | The Bayard Firm<br>(Natixis Real Estate Capital Inc.)    | 302-655-5000 | 302-658-6395 |
| 20  | William F. Taylor, Jr<br>Katherine L. Mayer                                       | McCarter & English, LLP                                  | 302-984-6300 | 302-984-6399 |
| 21. | Jeffrey C. Wisler<br>Marc J. Phillips<br>Karen C. Bifferato                       | Connolly Bove Lodge & Hutz<br>LLP (Rubio)                | 302-658-9141 | 302-658-0380 |
| 22. | Adam G. Landis                                                                    | Landis Rath & Cobb                                       | 302-467-4400 | 302-467-4450 |
| 23  | Richard M. Beck<br>Christopher A. Ward<br>Michael W. Yurkewicz<br>Joanne B. Wills | Klehr, Harrison, Harvey,<br>Branzburg & Ellers, LLP      | 302-426-1189 | 302-426-9193 |

| 24. | Christopher D. Loizides | Loizides, P.A. | 302-654-0248 | 302-654-0728 |
|---|---|---|---|---|
| 25 | Brian A. Sullivan<br>Amy D. Brown | Werb & Sullivan | 302-652-1100 | 302-652-1111 |
| 26. | Michael G. Gallerizzo<br>David V. Fontana | Gebhart & Smith LLP (GE) | 302-656-9002 | 302-429-5953 |
| 27 | Daniel K. Astin<br>Anthony M. Saccullo | Fox Rothschild LLP | 302-654-7444 | 302-656-8920 |
| 28 | Megan E. Cleghorn | Skadden, Arps, Slate, Meagher & Flom LLP (Ellington) | 302-651-3000 | 302-651-3001 |
| 29 | Laura Davis Jones<br>Timothy P. Cairns | Pachulski Stang Ziehl Young Jones & Weintraub LLP | 302.652.4100 | 302.652.4400 |
| 30. | Ellen W. Slights | U.S. Attorney's Office | 302-573-6277 | 302-573-6431 |
| 31. | Robert S. Brady<br>Michael R. Nestor | Young Conaway Stargatt & Taylor, LLP | 302-571-6600 | 302-571-1253 |
| 32. | Mark M. Minuti | Saul Ewing LLP (Examiner) | 302-421-6840 | 302-421-5873 |
| 33 | Michael Busenkell | Eckert, Seamans, Cherin & Mellot, LLC (Irvine Company) | 302-425-0430 | 302-425-0432 |
| 34. | Joseph Grey<br>Joseph H. Huston Jr. | Stevens & Lee, P.C. (Beneficiaries) | 302-654-5180 | 302-654-5181 |
| 35 | Steven K. Kortanek | Womble Carlyle Sandridge & Rice, PLLC (Carrington) | 302-252-4363 | 302-661-7728 |
| 36. | Bonnie Glantz Fatell | Blank Rome LLP | 302-425-6400 | 302-425-6464 |
| 37. | Francis A. Monaco, Jr. | Monzack and Monaco | 302-656-8162 | 302-656-2769 |

*Core Group*

| 38 | Mark S. Indelicato<br>Mark T. Power<br>Jeffrey L. Schwartz | Hahn & Hessen (Committee) | 212.478.7320 | 212.478.7400 |
|---|---|---|---|---|
| 39 | Bennet L. Spiegel<br>Shirley S. Cho | Kirkland & Ellis (Greenwich) | 213.680.8203 | 213.680.8500 |
| 40. | Suzzanne S. Uhland<br>Ben H. Logan<br>Victoria Newmark<br>Emily Culler | O'Melveny & Meyers (Debtors) | 415.984.8941 | 415.984.8701 |
| 41 | Edward M. Fox | Kirkpatrick & Lockhart Preston Gates Ellis LLP (Examiner) | 212.536.4812 | 212.536.3901 |
| 42. | Michael J. Missal<br>Rebecca L. Kline Dubill<br>Stephen G. Topetzes | Kirkpatrick & Lockhart Preston Gates Ellis LLP (Examiner) | 202.778.9302 | 202.778.9100 |
| 43. | Ken Coleman | Allen & Overy LLP (Barclays) | 212.610.6300 | 212.610.6399 |
| 44. | Patricia B. Tomasco | Brown McCarroll, LLP (Ellington) | 512.472.5456 | 512.479.1101 |
| 45 | Thomas S. Kiriakos<br>Sean T. Scott | Mayer Brown (Carrington) | 312.701.7275 | 312.706.8232 |

*Special Service Parties*

| 46 | Neil F. Dignon | Draper & Goldberg | 302-855-9252 | 302-855-9293 |
|---|---|---|---|---|
| 47. | Kristi J. Doughty | Whittington & Aulgur | 302.375.1661 | 302.375.1645 |

| 48. | Daniel K. Hogan | The Hogan Firm | 302 656 7540 | 302 656 7599 |
|---|---|---|---|---|
| 49. | James M. Trush | Trush Law Office (Rubio) | 714 384 6390 | 714 384 6391 |
| 50. | Gregory Petrick<br>Angela J. Somers<br>Howard R. Hawkins | Cadwalader, Wickersham & Taft (Natixis Real Estate Capital Inc.) (Morgan Stanley) | 212 504 6000 | 212 504 6666 |
| 51 | Luc A. Despins<br>Wilbur F. Foster, Jr. | Milbank Tweed, Hadley & McCloy (Morgan Stanley) | 212 530 5000 | 212 530 5219 |
| 52 | Richard A. Chesley<br>Kimberly D. Newmarch | Paul, Hastings, Janofsky & Walker (UBS Real Estate) | 312 499 6000 | 312 499 6100 |
| 53 | Keith W. Miller | Paul, Hastings, Janofsky & Walker (UBS Real Estate) | 212 318 6000 | 212 319 4090 |
| 54. | Claudia Z. Springer | Reed Smith (IndyMac) | 215 851 8100 | 215 851 1420 |
| 55. | Christopher P. Simon | Cross & Simon LLC (NYSTRS) | 302 777 4200 | 302 777 4224 |
| 56. | Michael S. Etkin<br>Ira M. Levine | Lowenstein Sandler PC (NYSTRS) | 973 597 2500 | 973 597 2400 |
| 57. | Salvatore J. Graziano<br>Hannah Greenwald<br>Noam Mandel | Bernstein Litowitz Berger & Grossman (NYSTRS) | 215 554 1400 | 215 554 1444 |
| 58 | Blair A. Nichols<br>Matthew Silben | Bernstein Litowitz Berger & Grossman (NYSTRS) | 858 793 0070 | 858 793 0323 |
| 59. | Kathleen M. Miller | Smith Katzenstein & Furlow (BasePoint Analytics) | 302 652 8400 | 302 652 8405 |
| 60. | Donald A. Workman | Baker & Hostetler (BasePoint Analytics) | 202 861 1602 | 202 861 1783 |
| 61. | Richard J. Bernard | Baker & Hostetler (BasePoint Analytics) | 212 589 4215 | 212 589 4201 |
| 62 | Katherine Windler | Bryan Cave (GMAC) | 310 576 2100 | 310 576 2200 |
| 63. | Jesse S. Finlayson<br>Michael R. Williams | Finlayson, Augustini & Williams (Irvine Company) | 949 759 3810 | 949 759 3815 |
| 64 | Robert J. Keach<br>Michael A. Fagone | Bernstein, Shur, Sawyer & Nelson (Beneficiaries) | 207 774 1200 | 207 774 1127 |
| 65. | John E. Mitchell<br>Richard N. Berberian | Vinson & Elkins LLP (CB Richard Ellis) | 214 220 7700 | 214 220 7716 |
| 66 | Stuart J. Miller | Lankenau & Miller (NLG) | 212 581 5005 | 212 581 2122 |
| 67. | Mary Olsen<br>M. Vance McCrary<br>J. Cecil Gardner | The Gardner Firm (NLG) | 251 433 8100 | 251 433 8181 |