## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, <u>et al.</u>, | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| Debtors. | **Re: D.I. 870** |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 22, 2007, a copy of the **Joinder Of Morgan Stanley Mortgage Capital Holdings LLC (f/k/a Morgan Stanley Mortgage Capital Inc.) To Response Of Bank Of America, N.A. To Application Of The Examiner For An Order Authorizing The Retention Of Kirkpatrick & Lockhart Preston Gates Ellis LLP As Counsel To Examiner Nunc Pro Tunc To June 1, 2007** (D.I. 1639) was served in the manner indicated upon the entities identified on the attached service list.

Dated: June 26, 2007

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


_____/s/ Daniel B. Butz_____
Robert J. Dehney (No. 3578)
Gregory W. Werkheiser (No. 3553)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile:  (302) 658-3989

-and-

Luc A. Despins, Esq.
Wilbur F. Foster, Jr., Esq.
MILBANK, TWEED, HADLEY & MCCLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
Phone:  (212) 530-5000
Facsimile:  (212) 530-5219

-and-

Howard R. Hawkins, Jr., Esq.
CADWALADER, WICKERSHAM & TAFT
One World Financial Center
New York, NY 10281
Phone:  (212) 504-6000
Facsimile: (212) 504-6666

*Attorneys for Morgan Stanley Mortgage
Capital Inc.*

843057