# SERVICE LIST

**VIA HAND DELIVERY**

Elihu E. Allinson, III, Esq.
William D. Sullivan LLC
4 East 8th Street
Suite 400
Wilmington, DE  19801

Daniel Astin, Esq.
Anthony M. Saccullo, Esq.
Fox Rothschild LLP
Citizens Bank Center
919 N. Market St, Suite 1300
Wilmington, DE  19801

Richard M. Beck
Michael W. Yurkewicz
Klehr Harrison Harvery Branzburg &
Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

Don A. Beskrone
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

Ian Connor Bifferato
Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE  19801

Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801

William P. Bowden, Esq.
Gregory A. Taylor, Esq.
Ashby & Geddes, P.A.
P.O. Box 1150
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899

Robert S. Brady, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Stuart Brown
Edwards Angell Palmer & Dodge
919 N. Market Street, Suite 1500
Wilmington, DE  19801

Michael Busenkell, Esq.
Eckert Seamans Cherin & Mellot, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE  19801

Mary F. Caloway
Eric Lopez Schnabel
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

William E. Chipman, Jr.
Edwards Angell Palmer & Dodge
919 Market Street, Suite 1500
Wilmington, DE  19801

Megan E. Cleghorn, Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

Mark D. Collins, Esq.
Michael J. Merchant
Chun I. Jang
Richards Layton & Finger PA
One Rodney Square, 920 King Street
Wilmington, DE  19899

Victoria W. Counihan, Esq.
Dennis A. Meloro, Esq.
Greenberg Traurig LLP
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE  19801

Christopher D. Loizides
Loizides PA
1225 King Street
Suite 800
Wilmington, DE  19801

Marla R. Eskin, Esq.
Mark T. Hurford
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801

Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

Michael G. Gallerizzo
Gebhardt & Smith LLP
901 Market Street, Suite 451
Wilmington, DE  19801

Neil B. Glassman, Esq.
Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Joseph Grey, Esq.
Stevens & Lee, PC
1105 North Market Street
Seventh Floor
Wilmington, DE  19801

Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

William A. Hazeltine, Esq.
Law Office of William A. Hazeltine LLC
110 West 9th Street, PMB 345
Wilmington, DE  19801

James E. Huggett, Esq.
Margolis Edelstein
750 S. Madison Street
Suite 102
Wilmington, DE  19801

Henry Jaffe, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE  19801

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

Andrew C. Kassner, Esq.
Howard A. Cohen, Esq.
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801

Steven K. Kortanek, Esq.
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

Adam G. Landis, Esq.
Richard S. Cobb, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE  19801

Michael R. Lastowski, Esq.
Christopher M. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801

Lisa C. McLaughlin, Esq.
Phillips Goldman & Spence PA
1200 N. Broom Street
Wilmington, DE  19806

Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19801

Stephen M. Miller, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE  19801

Francis A. Monaco, Jr.
Monzack and Monaco, PA
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

Norman M. Monhait
Rosenthal Monhait & Goddess, PA
919 Market Street, Suite 1401
Wilmington, DE  19899-1070

Michael R Nestor, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street
6th Floor
Wilmington, DE  19801

David B. Stratton
Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE  19801

William F. Taylor, Esq.
Katherine L. Mayer, Esq.
McCarter & English LLP
919 N. Market Street, Suite 1800
Wilmington, DE  19801

Joanne B. Wills, Esq.
Michael W. Yurkewicz
Klehr Harrison Harvery Branzburg &
Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

Jeffrey C. Wisler, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

**VIA FIRST CLASS U.S. MAIL**

John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX  77253-3064

R. Douglas Donaldson
Galleon Capital Corporation
P.O. Box 4024
Boston, MA  02101

Todd Green
Affiliated Computer Services
PO Box 201322
Dallas, TX  75320

Nancy Hotchkiss, Esq.
Trainor Fairbrook
Post Office Box 255824
Sacramento, CA  95865

Melanie LaRocque
National Field Representatives
PO Box 1440
Claremont, NH  03743

Gilbert B. Weisman, Esq.
Becket and Lee LLP
POB 3001
Malvern, PA  19355

Rosa Dominy
IKON Financial Services
Bankruptcy Administration
1738 Bass Road
PO Box 13708
Macon, GA  31208-3708

Xroads Case Management Services
P.O. Box 8901
Marina Del Rey, CA  90295

David G. Aelvoet, Esq.
Linebarger Goggan Blair & Sampson, LLP
Travis Building, 711 Navarro
Suite 300
San Antonio, TX  78205

Richard H. Agins, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT  06103-3178

Dennis Ahlers, Esq.
Eschelon Telecom, Inc.
730 Second Avenue South, Suite 900
Minneapolis, MN  55402

Daniel Ansell, Esq.
Kenneth Philbin, Esq.
Greenberg Traurig LLP
MetLife Building
200 Park Avenue
New York, NY  10166

John J. Arminas, Esq.
Goldberg Kamin & Garvin
1806 Frick Building
437 Grant Street
Pittsburgh, PA  15219

Tony D. Atkins
Suntrust
303 Peachtree Street, 23rd Floor
Atlanta, GA  30308

Hernando Azarcon  
Senior Legal Coordinator  
GMAC Commercial Finance LLC  
3000 Town Center, Suite 280  
Southfield, MI  48075

D.J. Baker, Esq.  
Rosalie W. Gray, Esq.  
Skadden Arps Slate Meagher & Flom LLP  
Four Times Square  
New York, NY  10036-6522

Elizabeth Banda  
Perdue Brandon Fielder Collins & Mott LLP  
PO Box 13430  
Arlington, TX  76094-0430

John Banks, Esq.  
Perdue Brandon Fielder Collins & Mott LLP  
3301 Northland Drive, Ste. 505  
Austin, TX  78731

Tanja Barner  
GMAC Commercial Finance, LLC  
600 Galleria Parkway, 15th Floor  
Atlanta, GA  30339

Paul M. Basta  
Joshua A. Sussberg  
Kirkland & Ellis LLP  
Citigroup Center  
153 East 53rd Street  
New York, NY  10022-4611

Mark N. Berman  
Nixon Peabody LLP  
10 Summer Street  
Boston, MA  02110-1832

Mike Bugbee  
Residential Funding Corporation  
1646 N. California Blvd., #400  
Walnut Creek, CA  94596

Frank G. Burt  
Raul A. Cuervo, W. Glenn Merten  
Jorden Burt LLP  
1025 Thomas Jefferson Street, NW  
Suite 400 East  
Washington, DC  20007-5208

Richard A. Chesley  
Kimberly D. Newmarch  
Paul Hastings Janofsky & Walker LLP  
191 North Wacker Drive  
30th Floor  
Chicago, IL  60606

Kelly Chin  
Assurant Specialty Property Insurance  
260 Interstate N Circle SE  
Atlanta, GA  30339-2110

Robert P. Cocco, Esq.  
Robert P. Cocco, P.C.  
437 Chestnut Street  
Suite 1006  
Philadelphia, PA  19106

Ken Coleman, Esq.  
Allen & Overy LLP  
1221 Avenue of the Americas  
New York, NY  10020

Andrew S. Conway, Esq.  
Honigman Miller Schwartz & Cohn LLP  
Suite 100, 38500 Woodward Avenue  
Bloomfield Hills, MI  48304

Gretchen Crawford, Esq.  
Assistant District Attorney  
Oklahoma County Treasurer  
320 Robert S. Kerr, Room 307  
Oklahoma City, OK  73102

Raniero D'Aversa, Jr., Esq.  
Laura D. Metzger, Esq.  
Mayer Brown Rowe & Maw LLP  
1675 Broadway  
New York, NY  10019-5820

James Depalma  
Jeane Leschak  
Nomura Securities  
2 World Financial Center  
Building B  
New York, NY  10281

Luc A. Despins  
Wilbur F. Foster, Jeffrey K. Milton  
Milbank Tweed Hadley & McCloy LLP  
One Chase Manhattan Plaza  
New York, NY  10005

Robert M. Dombroff, Esq.  
Steven Wilamowsky, Esq.  
Bingham McCutchen LLP  
399 Park Avenue  
New York, NY  10022-4689

R. Douglas Donaldson
Gemini Securitization Corp, LLC
c/o Ropers & Gray, LLP
1 International Place
Boston, MA  02110

Amish R. Doshi, Esq.
Day Pitney LLP
7 Times Square
New York, NY  10036-7311

Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY  10022

Sally E. Edison, Esq.
McGuire Woods LLP
Dominion Tower
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA  15222-3142

Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumball Street, Second Floor
New Haven, CT  06510

T. Robert Finlay
Donna L. LaPorte
Wright Finlay & Zak, LLP
4665 MacArthur Court
Suite 280
Newport Beach, CA  92660

Marc Flamino
Goldman Sachs Mortgage Corporation
85 Broad Street
New York, NY  10004

William Fogleman
Alaska Seaboard Partners Limited
Partnership
4150 S. Sherwood Forest Blvd.
Baton Rouge, LA  70816

Edward M Fox, Esq.
Kirkpatrick & Lockhart Preston Gates
Ellis LLP
599 Lexington Avenue
New York, NY  10022-6030

Joseph D. Frank, Esq.
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL  60610

Scot Freeman
Account Resolution
Travelers
National Accounts
1 Tower Square - 5MN
Hartford, CT  06183-4044

Barry Freeman
Jeffers Mangels Butler & Marmaro, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067

Susan R. Fuertes, Esq.
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032

Andrew J. Gallow, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110

Robert P. Gates, Esq.
Erskine & Tulley
220 Montgomery Street, Suite 303
San Francisco, CA  94104

Jeffrey I. Golden, Esq.
Hutchison B. Meltzer, Esq.
Weiland Golden Smiley Wang Ekvall &
Strok LLP
650 Town Center Drive
Suite 950
Costa Mesa, CA  92626

Robert Goodrich, Esq.
Stites & Harison PLLC
1800 Fifth Third Center
424 Church Street
Nashville, TN  37219-2376

Bruce Gordon
Special Handline Group - MD NC322
IBM Credit LLC
North Castle Drive
Armonk, NY  10504

Lawrence P. Gottesman
Sukyong Suh
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104

Salvatore J. Graziano, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY  10019

Robert E. Greenberg, Esq.
Friedlander Misler Sloan Kletzkin & Ochsman, PLLC
1101 Seventeenth Street, NW
Suite 700
Washington, DC  20036-4704

Charles A. Hansen
Wendel Rosen Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

Ron Harpole
Catarina Mortgage Services Inc.
22485 Tomball Highway
Houston, TX  77070

Jed A. Hart
Angelo Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY  10167

A. Michelle Hart, Esq.
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA  30076-2102

Howard R. Hawkins, Jr.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Dana Headlee
Countrywide
20 N. Acoma Blvd.
Lake Havasu City, AZ  86403

Doris Hearn
Evelyn Echevarria
Aspen Funding Corp.
c/o Amacar Group LLC
6525 Morrison Blvd., Suite 318
Charlotte, NC  28211

Brooke Hergesell
System Source, Inc.
2100 Main Street, Suite 100
Irvine, CA  92614

Sheldon I. Hirshon, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036-8299

Geno Hoover
Fiserv CCS
912 Ft. Dubuesne Blvd.
Pittsburgh, PA  15222

Fred Hsu
Lowcom
818 W. 7th Street, Suite 700
Los Angeles, CA  90017

Mitchell W. Katz, Esq
Qwest Legal Department
1801 California Street, Suite 900
Denver, CO  80202

Thomas S. Kiriakos, Esq.
Sean T. Scott, Esq.
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606

Rebecca L. Kline Dubhill, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC  20006-1600

Thomas M. Korsman
Wells Fargo Bank, NA
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN  55479

Matthew J. Lampke
Assistant Chief
Ohio Attorney General's Office
Executive Agencies Section
30 E. Broad Street, 26th Floor
Columbus, OH  43215-4200

Mark Lee
Contrarian Capital Management LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

Chris Lenhart
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402-1498

Larry A. Levick, Esq.
Michelle E. Shriro, Esq.
Gerard Singer Levick PC
16200 Addison Road, Suite 140
Addison, TX  75001

Joe Little
HSBC Bank USA, NA
452 5th Avenue, 10th Floor
New York, NY  10018

Paul T. Liu
John Guerry
Countrywide Home Loans, Inc.
5220 Las Virgenes Road
MS AC-11
Calabasas, CA  91302

Sherry D. Lowe, Esq.
Lamm Rubenstone Lesavoy Butz & David LLC
3600 Horizon Blvd., Suite 200
Trevose, PA  19053

Richard M. Lucas, Esq.
Charles A. Malloy, Esq.
Arnold & Porter
555 Twelfth Street, NW
Washington, DC  20004

Maureen Macan
Bank of America, NA
901 Main Street, 6th Floor
Dallas, TX  75202

Shari Macedo
Harbor Asset Management Services
1407 Foothill Blvd, Suite 246
La Verne, CA  91750

Tony Malanga
IXIS Real Estate Capital, Inc.
9 West 57th Street, 36th Floor
New York, NY  10019

William G. Malcolm
Malcolm & Cisneros, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, CA  92612

Carlos G. Manalansan, Esq.
Wolff & Samson PC
The Offices of Crystal Lake
One Boland
West Orange, NJ  07052

George Mangiaracina
UBS Real Estate Securities Inc.
1251 Avenue of the Americas
New York, NY  10019

Julie A. Manning
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919

Giovanni Manocchio
Aurora Loan Services
10350 Park Meadows Drive
4th Floor
Littleton, CO  80124

Mark Manski, Esq.
Barclays Bank PLC
200 Park Avenue
New York, NY  10166

Leslie Marks
3099 Suter Street
Oakland, CA  94602

Rich F. Martin, Creditor
8109 Santa Luz Village Green South
San Diego, CA  92127

Thomas D. Maxson, Esq.
Cohen & Grigsby PC
11 Stanwix Street
15th Floor
Pittsburgh, PA  15222-1319

David McCall, Esq.
Gay McCall Isaacks Gordon & Roberts PC
777 East 15th Street
Plano, TX  75074

Michael McCauley
Washington Mutual Bank, FA
3200 Southwest Freeway
Houston, TX  77027

Sari E. Meador, Paralegal
Deliquency & Enforcement
Office of Joe G. Tedder, CFC
PO Box 2016
Bartow, FL  33831-2016

Paul Menefee
Joseph O'Doherty
Barclays Bank PLC
200 Park Avenue
New York, NY  10166

Todd Meringoff  
Attn: Galleon Funds  
State Street Global Markets, LLC  
225 Franklin Street  
Boston, MA  02110  

David A. Meskan, Manager  
500 Eagles Landing, LLC  
2100 Green Street, Apt. 404  
San Francisco, CA  94123  

Brian M. Metcalf  
O'Melveny & Myers LLP  
400 South Hope Street  
Los Angeles, CA  90071  

Keith W. Miller  
James R. Bliss  
Paul Hastings Janofsky & Walker LLP  
Park Avenue Tower  
75 East 55 Street, First Floor  
New York, NY  10022  

Susan Mills  
Bobbie Theivakumaran  
Citigroup Global Markets Realty Corp.  
390 Greenwich Street  
6th Floor  
New York, NY  10013  

Glenn Minkoff  
DB Structured Products, Inc.  
60 Wall Street, 19th Floor  
New York, NY  10005  

Glenn Minkoff  
Doris Hearn, Evelyn Echevarria  
Newport Funding Corp.  
c/o Amacar Group LLC  
6525 Morrison Blvd., Suite 318  
Charlotte, NC  28211  

Glenn Minkoff  
Tucson Funding LLC  
c/o DB Structured Products, Inc.  
60 Wall Street  
New York, NY  10005  

John E. Mitchell  
Vinson & Elkins LLP  
Trammell Crow Center  
2001 Ross Avenue, Suite 3700  
Dallas, TX  75201  

Sheryl L. Moreau  
Missouri Department of Revenue  
PO Box 475  
Jefferson City, MO  65105-0475  

Vicky Namken  
IBM Corporation  
13800 Diplomat Dr  
Dallas, TX  75234  

Fielder F. Nelms, Esq.  
Smith Stern Friedman & Nelms, PC  
6688 North Central Expressway  
Suite 550, L.B. 37  
Dallas, TX  75206  

Victoria L. Nelson, Esq.  
Ogonna M. Atamoh, Esq.  
Santoro Driggs Walch Kearney Johnson & Thompson  
400 South Fourth Street  
Third Floor  
Las Vegas, NV  89101  

Andy Neuberger  
Morgan Stanley Mortgage Capital Inc.  
1585 Broadway, 10th Floor  
New York, NY  10036  

Steven H. Newman, Esq.  
Katsky Korins LLP  
605 Third Avenue, 16th Floor  
New York, NY  10158  

Jeffrey J. Newton, Esq.  
Hollie N. Hawn  
County Attorney for Broward County  
Asst. County Attorney  
Government Center  
115 South Andrews Avenue  
Ft. Lauderdale, FL  33301  

Blair A. Nicholas, Esq.  
Bernstein Litowitz Berger & Grossmann LLP  
12481 High Bluff Drive, Suite 300  
San Diego, CA  92130  

Frank Nunnari  
SG Mortgage Finance Corp.  
1221 Avenue of the Americas  
New York, NY  10020  

Rod Pasion  
Lowermybills.com  
2401 Colorado Avenue, Suite 200  
Santa Monica, CA  90404

Glenn Pearson, Hansel Nieves
Shelby Robins
Sheffield Receivables Corporation
c/o Barclays Capital Services
200 Cedar Knolls Road
Whippany, NJ  07981

Gregory M. Petrick, Esq.
Angela Somers, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Leo D. Plotkin, Esq.
Levy Small & Lallas
815 Moraga Drive
Los Angeles, CA  90049-1633

David M. Poitras
Barry V. Freeman
Jeffer Mangels Butler & Mamaro LLP
1900 Avenue of the Stars
7th Floor
Los Angeles, CA  90067

Mark T. Power, Esq.
Mark S. Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
14th & 15th Floors
New York, NY  10022

Daniel T. Powers
Chatham County Tax Commissioner
PO Box 8321
Savannah, GA  31412

Susan D. Profant, CFCA, CLA, Paralegal
Ken Burton, Jr.
Manatee County Tax Collector
819 US 301 Boulevard West
PO Box 25300
Bradenton, FL  34206-5300

Frank Quattroccup
Sprint
18200 Von Karman Avenue
Irvine, CA  92612

Mark H. Ralston, Esq.
Davor Rukavina, Esq.
Munsch Hardt Kopf & Harr, PC
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX  75201

Michael Reed, Esq.
McCreary Veselka Bragg & Allen PC
PO Box 1269
Round Rock, TX  78680

Glenn M. Reisman
SIRVA Relocation
Two Corporate Drive
Suite 234
Shelton, CT  06484

David E. Retter
Christena A. Lambrianakos
James S. Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Richard J. Reynolds
Turner Reynolds Greco & O'Hara
16485 Laguna Canyon Road
Suite 250
Irvine, CA  92618

Diane J. Richey
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, CA  90071

Diane Rinnovatore
Lehmann Brothers Bank FSB
745 Seventh Avenue
New York, NY  10019

Judith T. Romano, Esq.
Phelan Hallinan and Schmeig, LLP
Suite 1400
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103

Bruce Rose
Carrington Securities LP
Seven Greenwich Office Park
599 West Putnam Avenue
Greenwich, CT  06830

Marc Rosenthal
Credit-Based Asset Servicing and
Securitization LLC
335 Madison Avenue
19th Floor
New York, NY  10017

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
1949 South IH 35
PO Box 17428
Austin, TX  78760

James R. Savin, Esq.
David M. Dunn, Esq.
Joanna F. Newdeck, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave, NW
Washington, DC  20036

Margot B. Schonholtz
Mark F. Liscio
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Felix A. Seidler, Esq.
Reeves & Seidler
2527 Santa Clara Avenue
Alameda, CA  94501-4633

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, PC
4411 N. Central Expressway
Dallas, TX  75205

Bryn H. Sherman, Esq.
Deckelbaum Ogens & Raftery Chtd.
3 Bethesda Metro Center
Suite 200
Bethesda, MD  20814

Don C. Sherwood, Esq.
Sherwood and Hardgrove
11812 San Vicente Boulevard
Suite 210
Los Angeles, CA  90049-6622

Blake Simon
Adteractive
303 Second Street, Suite 375
Second Tower
San Francisco, CA  94107

Frank Skibo
Greenwich Capital Financial Products Inc.
600 Steamboat Road
Greenwich, CT  06830

JR Smith
Jason W. Harbour
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Joseph H. Smolinsky
Douglas E. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street
Suite 3700
Los Angeles, CA  90017

Claudia Z. Springer
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301

Ryan Stark
Deutsche Bank
31 West 52nd Street
3rd Floor
NYC01-0304
New York, NY  10019

Fran Stec
JPMorgan Chase Bank, NA
194 Wood Avenue South, Floor 3
Iselin, NJ  08830-2710

Jenny Ray Stilwell
Guaranty Bank
8333 Douglas Avenue
Dallas, TX  75225

David I. Swan, Esq.
Kenneth M. Misken, Esq.
McGuire Woods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

Tom Tarantino
EMC Mortgage Corporation
383 Madison Avenue
New York, NY  10179

Larry Thomas
Integrated Payment Systems, Inc.
Meridian Building
12500 East Belford Avenue
Mailstop M12B
Englewood, CO  80112

Gary Timmerman
Credit Suisse First Boston Mortgage
Capital LlC
302 Carnegie Center, 2nd Floor
Princeton, NJ  08540

Patricia B. Tomasco
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX  78701

Stephen G. Topetzes, Esq.
Kirkpatrick & Lockhart Preston Gates
Ellis LLP
1601 K Street, NW
Washington, DC  20006-1600

Dan Tsuchiya
Nextag
1300 S. El Camino Real
San Mateo, CA  94402

Suzzanne S. Uhland
Ben H. Logan, Victoria Newmark
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA  94111

Susan L. Vaage
Graham Vaage & Cisneros
500 North Brand Boulevard
Suite 1030
Glendale, CA  91203

John A. Vos, Esq.
Law Office of John A. Vos
1430 Lincoln Avenue
San Rafael, CA  94901

Scott Walkins
ChoicePoint Precision Marketing
2525 Meridian Parkway, Suite 125
Durham, NC  27713

Madeleine C. Wanslee, Esq.
Gust Rosenfeld PLC
201 E. Washington
Suite 800
Phoenix, AR  85004-2327

Michael Weinstock
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY  10152

Seth R. Weissman, Esq.
VP & General Counsel
Coremetrics Inc.
1840 Gateway Drive
Suite 320
San Mateo, CA  94404

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201

Katherine M. Windler
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA  90401-2386

Stuart B. Wolfe
Yaron Shaham
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA  92614

Brian D. Womac, Esq.
Denise H. Mitchell, Esq
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, TX  77024

Donald A. Workman, Esq.
Baker & Hostetler LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC  20036

Sear Yagana
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, NY  10017

David H. Zielke, Esq.
Vice President and General Counsel
Washington Mutual
1301 Second Avenue, WMC 3501
Seattle, WA  98101

General Electric Capital Corporation
44 Old Ridgebury Road
Danbury, CT  06810

Case 07-10416-BLS    Doc 1658-1    Filed 06/26/07    Page 12 of 12

IKON Office Solutions
Recovery & Bankruptcy
3920 Ark Wright Road
Suite 400
Macon, GA  31210

IndyMac Bank FSB
888 East Walnut Street
Pasadena, CA  91101

Property Management Professionals, LLC
1512 Royce Drive
Locust Grove, GA  30248

T. Scott Leo, Esq.
Grace Winkler Cranley, Esq.
Leo & Weber PC
One N. LaSalle Street
Suite 3600
Chicago, IL  60602

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg PC
155 Federal Street, 9th Floor
Boston, MA  02110

Flora Garcia
Deputy Treasurer-Tax Collector
Imperial County Treasurer-Tax Collector
940 West Main Street
Suite 106
El Centro, CA  92243

Gina Brown
2303 18-Mile Road, NE
Cedar Springs, MI  49319


787493

- 12 -