**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered<br>) Ref. No. 560 |
| Debtors, | ) Hearing Date:  May 30, 2007 |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to MidFirst Bank's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) filed on May 7, 2007.

The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to MidFirst Bank's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) appears thereon. Pursuant to the Amended Notice of MidFirst Bank's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1), objections were to be filed and served no later than June 20, 2007.

It is hereby respectfully requested that the Order attached to MidFirst Bank's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) and (2) be entered at the earliest convenience of the Court.

                        WHITTINGTON & AULGUR

                By:  /s/ Kristi J. Doughty
                     Robert T. Aulgur, Jr. (No. 165)
                     Kristi J. Doughty (No. 3826)
                     313 N. Dupont Hwy., Suite 110
                     P.O. Box 617
                     Odessa, DE  19730-1617
                     (302) 378-1661

Date:  June 26, 2007

**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered<br>) |
| Debtors, | ) |

**CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, hereby certify this 26th day of June, A.D. 2007, that one true copy of the **Certificate of No Objection** was delivered electronically and (via) first class mail to the following:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA  92612
*Debtor*

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Bonne Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
*Attorney for Official Committee*
*of Unsecured Creditors*

Darlene Marie Black
95 Fairview Ave.
Rochester, NY  14619-2245
*Borrower*

                        By:   /s/ Kristi J. Doughty
                              Robert T. Aulgur, Jr. (No. 165)
                              Kristi J. Doughty (No. 3826)
                              313 N. Dupont Hwy., Suite 110
                              P.O. Box 617
                              Odessa, DE  19730-1617
                              (302) 378-1661