## **EXHIBIT 1**

RLF1-3170651-1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** : | **Chapter 11** |
| : | |
| **NEW CENTURY TRS HOLDINGS,** : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] : | |
| : | **Jointly Administered** |
| **Debtors.** : | |

## AFFIDAVIT UNDER 11 U.S.C. § 327(e)

DISTRICT OF COLUMBIA:
                      :    ss.:
CITY OF WASHINGTON  :

Lorelie S. Masters, being duly sworn, upon his oath, deposes and says:

1. I am a partner in the law firm of Jenner & Block LLP, located at 601 13th Street, N.W., Suite 1200 South, Washington, DC 20005 (the "Firm").

2. The above-captioned debtors and debtors-in-possession (the "Debtors") have requested that the Firm provide legal advice on insurance coverage issues to the Debtors during the course of these Chapter 11 cases, and the Firm has consented to provide such services. The Debtors earlier requested that Timothy W. Burns of Neal Gerber & Eisenberg in Chicago, Illinois, provide such services, and the Court approved use of the Neal Gerber firm as ordinary

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

course professionals representing and advising the Debtors. Mr. Burns subsequently changed law firms; because of concerns about possible conflicts of interest between Mr. Burns' new firm and New Century, New Century hired Jenner & Block to substitute for Mr. Burns and his law firm. New Century, thus, hired Jenner & Block to provide insurance coverage advice to the Debtor, and Jenner & Block will be substituting for a law firm previously consented to by the creditors and approved by the Court. Approval of Jenner & Block as OCP counsel will not increase the number of law firms advising the Debtors.

3.  The Firm does not represent any of the parties which we understand may be directly adverse to the Debtors in connection with the insurance coverage issues. A list of those parties includes, but is not limited to: American International Group ("AIG"), including National Union Fire Insurance Company of Pittsburgh, Pa., and American International Specialty Lines Insurance Company ("AISLIC"); ACE American Insurance Company; Underwriters at Lloyd's, London; Lexington Insurance Company (Boston USA, UK Branch Office); Axis Reinsurance Company; Starr Excess Liability Insurance Company, Ltd.; XL Specialty Insurance Company; Liberty Mutual Insurance Company; Navigators Insurance Company; Twin City Fire Insurance Company; Arch Insurance Company; Continental Casualty Company, a CNA company; and U.S. Specialty Insurance Company.

4.  The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these Chapter 11 cases, for persons that are parties in interest in the Debtors' Chapter 11 cases. I was provided with a list of names of parties in interest in the chapter 11 cases. Those parties are set forth in Exhibit 1 hereto. Jenner & Block searched its conflicts data base and requested its attorneys to provide information concerning these parties in interest. As a result of that search, I discovered that the Firm either represents

the following entities that are creditors in this proceeding, or represents entities-related to the following creditors in this proceeding:

>Clients:
>>Bank of America
>>Charter One Vendor Finance
>>Citigroup Global Markets Realty
>>Deutsche Bank Trust Co. Americas
>>Federal National Mortgage Association
>>GMAC Commercial Financial
>>Deutsche Bank
>>HSBC Bank USA
>>JP Morgan Chase
>>Lehman Brothers
>>Sprint
>>Washington Mutual
>
>Co-Clients or Affiliates:
>>Goldman Sachs

The Firm does not perform services for these creditors in connection with these Chapter 11 cases to my knowledge.

5. Neither I nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. Neither I nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors do not owe the Firm any money for prepetition services. During the one year period prior to the filing of the chapter 11 cases, the Firm received no money or other compensation from the Debtors.

8. Neither I nor my Firm has any connections to any of the judges of the United States Bankruptcy Court for the District of Delaware or the United States Trustee for the region in which these cases are pending.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

*[signature]*
Lorelie S. Masters

Sworn to and subscribed before me this 25th day of June, 2007

*[signature]*
Notary Public in and for the District of Columbia

Cheryl L. Olson
Notary Public, District of Columbia
My Commission Expires 10-31-2009

-4-