IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

Hearing Date:  Only in the Event of an Objection
Objection Deadline:  July 16, 2007 at 4:00 p.m.

**NOTICE OF SECOND MONTHLY APPLICATION OF FTI CONSULTING,
INC. FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD MAY 1,2007 THROUGH MAY 31, 2007**

TO:    Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On June 26, 2007, the **Second Monthly Application of FTI Consulting, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period May 1, 2007 Through May 31, 2007** (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware  19801 (the "Bankruptcy Court").  By the Fee Application, FTI Consulting, Inc**.** *("FTI")* seeks the allowance and payment of interim compensation in the amount of $183,020.80 (80% of $228,776.00) and

---

[1]    The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

-1-

reimbursement of expenses in the amount of $21,047.69 incurred in representation as Financial Advisor to the Official Committee of Unsecured Creditors (the *"Committee"*) of New Century TRS Holdings, Inc., *et al.* (the *"Debtors"*) during the period of May 1, 2007 through May 31, 2007 (the *"Application Period"*).

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **July 16, 2007 at 4:00 p.m. (EST).** Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Fee Application shall be held only in the event timely objections are filed.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement Expenses of Professionals, in the absence of any objection or responsive pleading to the Fee Application, FTI is authorized to file a Certificate of No Objection with the Bankruptcy Court, after which the Debtors are authorized to pay FTI an amount equal to 80% of the fees ($183,020.80) and 100% of the expenses ($21,047.69) requested in the Fee Application. If an objection to the Fee Application is timely filed and served, the Debtors shall be authorized to pay FTI 80% of the fees and 100% of the expenses not subject to the objection.

Dated: June 26, 2007

                    **BLANK ROME LLP**

                    /s/ Bonnie Fatell
                    Bonnie Glantz Fatell (No. 3809)
                    Regina Stango Kelbon
                    David W. Carickhoff (No. 3715)
                    1201 Market Street, Suite 800
                    Wilmington, Delaware 19801
                    Telephone:  (302) 425-6400
                    Facsimile:   (302) 425-6464

-and

HAHN & HESSEN LLP
Mark S. Indelicato
Mark T. Power
488 Madison Avenue
New York, New York 10022
Telephone:   (212) 478-7200
Facsimile:    (212) 478-7400

*Counsel to the Official Committee of
Unsecured Creditors of New Century TRS
Holdings, Inc., et al.*