EXHIBIT A

## NEW CENTURY FINANCIAL CORP.
## FTI CONSULTING
## SUMMARY OF HOURS BY PROFESSIONAL
## FOR THE PERIOD MAY 1, 2007 THOUGH MAY 31, 2007

| Professional | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Greenspan, Ronald | Senior Managing Director | 59.0 | | |
| Star, Samuel | Senior Managing Director | 95.4 | | |
| Joffe, Steven | Senior Managing Director | 3.0 | | |
| Nolan, William | Senior Managing Director | 1.6 | | |
| Dragelin, Timothy | Senior Managing Director | 97.9 | | |
| Li, Danny | Director | 1.0 | | |
| Ellis, Melissa | Director | 148.2 | | |
| Bryant, Kristin | Senior Consultant | 24.4 | | |
| Wolf, James | Senior Consultant | 39.1 | | |
| Amico, Marc | Consultant | 104.1 | | |
| Christu, Brian | Consultant | 0.5 | | |
| Pearson, Linda | Administrative | 2.8 | | |
| **Sub-Total** | | **577.0** | **N/A** | **$ 150,000** |

### Hourly Scope Projects

| Professional | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Sloane, Raymond | Senior Managing Director | 8.8 | $ 600 | $ 5,280 |
| Dragelin, Timothy | Senior Managing Director | 35.5 | 615 | 21,833 |
| Ventricelli, Daniel | Senior Managing Director | 48.2 | 550 | 26,510 |
| Ellis, Melissa | Director | 5.6 | 510 | 2,856 |
| Collura, Richard | Director | 15.1 | 450 | 6,795 |
| Bryant, Kristin | Senior Consultant | 32.0 | 365 | 11,680 |
| Markowitz, Lucas | Consultant | 15.6 | 245 | 3,822 |
| **Sub-Total** | | **160.8** | | **78,776** |
| **Total** | | **737.8** | | **$ 228,776** |