EXHIBIT C

### *PCD 1 – Planning, Supervision and Review*

Work plan development and related team discussions are included in this code. Given the fast paced nature of the case, developing and maintaining a work plan was critical to making sure all key areas were appropriately addressed in a timely and efficient manner.

### *PCD 6/10 – Review & Analyze Potential Avoidance Actions*

This code includes work performed in relation to forensic and potential litigation matters. For the second monthly application, FTI spent time assisting Committee counsel in 1) preparing document requests and performing relevant research related to the Committee's 2004 motion and investigation and 2) reviewing documents and participating in discussions regarding the audit committee's investigations. Also, we reviewed and assessed the Debtor's analysis of cash activity with various warehouse lenders and other financial institutions, both pre and post petition, to help the Committee address the various claims asserted by such institutions for monies owed.

### *PCD 14 – Prepare for and Attend Court Hearings*

FTI team members prepared for and participated in various court hearings, including those related to bid procedures, asset sale agreements, employee wage and bonus programs, Debtor-in-Possession financing and others. Time in this code reflects the preparation for such hearings, including discussions with counsel and other parties regarding Committee positions on certain issues and preparing for potential testimony at such hearings.

### *PCD 19 – Prepare for/Participate in Meetings or Calls with the Debtors and Their Advisors*

FTI team members spent significant time meeting and speaking with the Debtors and their various legal and financial advisors regarding key case issues. Topics covered in the meetings/conversations included: state of affairs of the Debtors, cash flow forecasts, various asset sales and bid procedures, DIP financing and alternatives, employee issues, employee incentive and bonus programs, status of the origination platform and consolidating financial statements.

### *PCD 20 – Prepare for/Participate in Meetings or Calls with the Unsecured Creditors' Committee*

FTI spent significant time meeting with or participating on conference calls with the Committee, addressing the numerous topics that arose in this fast-paced case. The development of materials and reports for the Committee is also included in this code when not specifically attributable to other project codes. In many situations it was necessary to have various FTI team members participating in meetings or on calls given the large number of topics and focus areas of the case and the division of labor required of the FTI team.

### *PCD 22 – Analyze Employee Severance, Pension, Retention and Other Employee Related Matters*

As part of the first day motions, the Debtors' filed a motion to authorize payment of pre-petition wages, compensation and employee benefits. Subsequently, the Debtors filed various motions to pay sale-related incentive payments to Senior Management and retention/incentive payments to other employees. Time included in this code represents the time spent by the FTI team reviewing and analyzing the proposed payments associated with these motions and evaluating the potential maximum cash outlay that would be required under varying circumstances. Time was spent evaluating and negotiating the Debtors' proposed Commission Retention plan for the origination platform employees. Time was also spent in evaluating several versions of the incentive/retention plans (the KEIRP and KEIP) and developing a report to the Unsecured Creditors' Committee summarizing the plans and the issues/recommendations. Our report included an analysis of incentive/retention programs utilized in comparable sub-prime lender bankruptcy cases. FTI, along with counsel, negotiated improvements to the Debtor's incentive/retention plan proposals, including reducing target level pay-outs, reducing pay-outs tied to sale proceeds subject to holdbacks and limiting discretionary payment opportunities.

## *PCD 26 – Analyze DIP Facility Matters*

As part of this project code, FTI reviewed the various DIP facility documents and analyzed the corresponding cash flow budget and proposed borrowing base. We also developed borrowing needs analyses based on various scenarios. Given the size, term and cost associated with the DIP facility, time was spent to understand the various features of the facility, to address concerns with the Debtors' ability to use the facility and to ensure that the structure and cost of the facility was the best alternative for the estate. Our involvement, along with Committee counsel, resulted in improvements to the DIP facility (e.g., less onerous reps/warranties and more favorable availability provisions).

## *PCD 33 – Analyze Asset Sale Proposals*

Time spent in this project code relates to the evaluation and negotiation of the various sales processes and asset sale proposals, including the mortgage assets, the servicing assets, the origination platform assets and AccessLending. FTI professionals reviewed the stalking horse asset purchase agreements, other bids received, the bid procedures and other sale related documents and analyzed the potential proceeds from such sales. It was important that FTI understood the process undertaken by the Debtors' financial advisors to sell these different assets to ensure that all alternatives were explored, all potential interested parties were contacted and that the best deal was achieved for the estate. In addition, we participated in the various sales auctions to help address economic issues and assess the Debtor's determination of higher or better bids. Our involvement, along with Committee counsel, resulted in improvements to the proposed bidding procedures and asset purchase agreements (e.g., lot bidding, lower holdbacks, less expensive break-up fee provisions, etc.), as well as insuring that the auctions resulted in the highest and best bid.

## *PCD 34 – Miscellaneous Financial Analysis*

EXHIBIT C

Includes review and analysis of corporate structure and consolidating financial information.

### PCD 36 – Analysis of Short Term Cash Flow Forecast

FTI was provided several versions of the Debtors' 13-week cash flow forecast during the month of May. FTI spent time reviewing the forecast to understand how the forecast was developed and what assumptions were made. FTI prepared sensitivity analyses to assess the timing of potential liquidity shortfalls/borrowing needs under the DIP facility. Weekly calls with AlixPartners were established to review weekly variances to the budget.

### PCD 37 – Firm Retention

As part of the retention process, FTI conducted an extensive connections check to confirm that no conflicts exist with parties related to the New Century bankruptcy case and prepared the corresponding affidavits, application and order.