EXHIBIT D

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD MAY 1, 2007 THOUGH MAY 31, 2007**

| Expense Type | | Amount |
|---|---|---|
| Airfare/Train | $ | 10,538.94 |
| Electronic Subscriptions | | 150.00 |
| Hotel & Lodging | | 7,144.15 |
| Internet Provider Charges | | 19.90 |
| Meals | | 1,301.50 |
| Mileage/Parking/Tolls | | 899.25 |
| Miscellaneous Expenses | | 33.00 |
| Taxi/Subway | | 957.45 |
| Telephone | | 3.50 |
| **Total:** | **$** | **21,047.69** |

NEW CENTURY FINANCIAL CORP.
FTI CONSULTING
EXPENSE DETAIL
FOR THE PERIOD MAY 1, 2007 THOUGH MAY 31, 2007

| Date | Consultant | Expense Type | Amount | Description of Expense |
|------|-----------|--------------|--------|------------------------|
| 4/12/2007 | Dragelin, Timothy J. | Airfare/Train | $  785.49 | One-way coach airfare from Philadelphia, PA to Charlotte, NC. |
| 5/1/2007 | Dragelin, Timothy J. | Airfare/Train | 1,358.40 | Roundtrip coach airfare from Charlotte, NC to New York, NY. |
| 5/7/2007 | Star, Samuel | Airfare/Train | 250.00 | Roundtrip train fare from New York, NY to Wilmington, NC. |
| 5/14/2007 | Bryant, Kristin | Airfare/Train | 1,155.70 | One-way coach airfare from Charlotte, NC to Los Angeles, CA. |
| 5/14/2007 | Ellis, Melissa | Airfare/Train | 1,389.79 | Roundtrip coach airfare from New York, NY to Los Angeles, CA. |
| 5/14/2007 | Wolf, James | Airfare/Train | 674.70 | One-way coach airfare from Charlotte, NC to New York, NY. |
| 5/15/2007 | Dragelin, Timothy J. | Airfare/Train | 2,073.41 | Roundtrip coach airfare from Charlotte, NC to Los Angeles, CA. |
| 5/15/2007 | Greenspan, Ronald F | Airfare/Train | 1,389.79 | Roundtrip coach airfare from Los Angeles, CA to New York, NY. |
| 5/17/2007 | Wolf, James | Airfare/Train | 304.95 | One-way coach airfare from New York, NY to Charlotte, NC. |
| 5/18/2007 | Bryant, Kristin | Airfare/Train | 917.71 | One-way coach airfare from Los Angeles, CA to Charlotte, NC. |
| 5/30/2007 | Star, Samuel | Airfare/Train | 239.00 | Roundtrip train fare from New York, NY to Wilmington, NC. |
| | | **Airfare/Train Total** | 10,538.94 | |
| | | | | |
| 5/15/2007 | Dragelin, Timothy J. | Auto/Park/Toll | 224.03 | Rental car, (4 days - LAX). |
| 5/17/2007 | Ellis, Melissa | Auto/Park/Toll | 355.26 | Rental car, (3 days - LAX to SNA). |
| | | **Auto/Park/Toll Total** | 579.29 | |
| | | | | |
| 5/8/2007 | Star, Samuel | Electronic Subscriptions | 150.00 | Electronic Subscriptions - Reuters Research Inc. for research services. |
| | | **Electronic Subscriptions Total** | 150.00 | |
| | | | | |
| 5/1/2007 | Dragelin, Timothy J. | Hotel & Lodging | 1,115.80 | Lodging, New York, NY (2 nights) for auction. |
| 5/14/2007 | Ellis, Melissa | Hotel & Lodging | 954.30 | Lodging, Irvine, CA (3 nights) for meetings with Company. |
| 5/15/2007 | Dragelin, Timothy J. | Hotel & Lodging | 636.20 | Lodging, Irvine, CA (2 nights) for meetings with Company. |
| 5/15/2007 | Wolf, James | Hotel & Lodging | 597.53 | Lodging, New York, NY (1 night) for auction. |
| 5/16/2007 | Wolf, James | Hotel & Lodging | 557.90 | Lodging, New York, NY (1 night) for auction. |
| 5/17/2007 | Bryant, Kristin | Hotel & Lodging | 1,086.30 | Lodging, Irvine, CA (3 nights) for meetings with Company. |
| 5/17/2007 | Dragelin, Timothy J. | Hotel & Lodging | 261.21 | Lodging, Los Angeles, CA (1 night) for meetings with Company. |
| 5/18/2007 | Bryant, Kristin | Hotel & Lodging | 261.21 | Lodging, Los Angeles, CA (1 night) for meetings with Company. |
| 5/18/2007 | Greenspan, Ronald F | Hotel & Lodging | 1,673.70 | Lodging, New York, NY (3 nights) for auction. |
| | | **Hotel & Lodging Total** | 7,144.15 | |
| | | | | |
| 5/15/2007 | Bryant, Kristin | Internet Provider Charges | 9.95 | Internet charges at hotel. |
| 5/16/2007 | Bryant, Kristin | Internet Provider Charges | 9.95 | Internet charges at hotel. |
| | | **Internet Provider Charges Tot** | 19.90 | |
| | | | | |
| 4/27/2007 | Dragelin, Timothy J. | Meals - Incurred in Office | 21.11 | Working meal/lunch for self, K. Bryant and J. Wolf (all FTI). |
| 4/30/2007 | Ellis, Melissa | Meals - Incurred in Office | 26.30 | Working meal/dinner for self. |
| 5/7/2007 | Dragelin, Timothy J. | Meals - Incurred in Office | 23.01 | Working meal/lunch for self. |
| 5/10/2007 | Ellis, Melissa | Meals - Incurred in Office | 25.34 | Working meal/dinner for self. |
| 5/11/2007 | Greenspan, Ronald F | Meals - Incurred in Office | 39.64 | Working meal/lunch for self and FTI team members. |
| | | **Meals - Incurred in Office Tot** | 135.40 | |
| | | | | |
| 5/1/2007 | Dragelin, Timothy J. | Meals - Out of office | 5.00 | Out of town meal/dinner for self. |
| 5/3/2007 | Dragelin, Timothy J. | Meals - Out of office | 10.57 | Out of town meal/lunch for self. |
| 5/14/2007 | Bryant, Kristin | Meals - Out of office | 8.55 | Out of town meal/breakfast for self. |
| 5/14/2007 | Ellis, Melissa | Meals - Out of office | 9.00 | Out of town meal/breakfast for self. |
| 5/14/2007 | Ellis, Melissa | Meals - Out of office | 16.27 | Out of town meal/lunch for self and K. Bryant (FTI). |
| 5/14/2007 | Ellis, Melissa | Meals - Out of office | 92.21 | Out of town meal/dinner for self and K. Bryant (FTI). |
| 5/14/2007 | Wolf, James | Meals - Out of office | 7.57 | Out of town meal/lunch for self and T. Dragelin (FTI). |
| 5/15/2007 | Bryant, Kristin | Meals - Out of office | 5.15 | Out of town meal/breakfast for self. |
| 5/15/2007 | Dragelin, Timothy J. | Meals - Out of office | 120.32 | Out of town meal/dinner for self, K. Bryant and M. Ellis (all FTI). |
| 5/15/2007 | Ellis, Melissa | Meals - Out of office | 17.03 | Out of town meal/breakfast for self. |
| 5/15/2007 | Ellis, Melissa | Meals - Out of office | 6.00 | Out of town meal/lunch for self. |
| 5/15/2007 | Greenspan, Ronald F | Meals - Out of office | 145.65 | Out of town meal/dinner for self. |
| 5/15/2007 | Wolf, James | Meals - Out of office | 7.14 | Out of town meal/dinner for self. |
| 5/16/2007 | Bryant, Kristin | Meals - Out of office | 26.54 | Out of town meal/lunch for self, T. Dragelin and M. Ellis (all FTI). |
| 5/16/2007 | Bryant, Kristin | Meals - Out of office | 106.36 | Out of town meal/dinner for self, T. Dragelin and M. Ellis (all FTI). |
| 5/16/2007 | Bryant, Kristin | Meals - Out of office | 7.17 | Out of town meal/breakfast for self. |
| 5/16/2007 | Dragelin, Timothy J. | Meals - Out of office | 51.10 | Out of town meal/dinner with self, K. Bryant and M. Ellis (all FTI). |
| 5/16/2007 | Ellis, Melissa | Meals - Out of office | 21.26 | Out of town meal/breakfast for self. |
| 5/16/2007 | Greenspan, Ronald F | Meals - Out of office | 67.00 | Out of town meal/dinner for self and Hahn & Hessen. |
| 5/16/2007 | Wolf, James | Meals - Out of office | 17.19 | Out of town meal/dinner for self. |
| 5/16/2007 | Wolf, James | Meals - Out of office | 6.01 | Out of town meal/breakfast for self. |
| 5/17/2007 | Bryant, Kristin | Meals - Out of office | 33.77 | Out of town meal/lunch for self and T. Dragelin (FTI). |
| 5/17/2007 | Bryant, Kristin | Meals - Out of office | 7.17 | Out of town meal/breakfast for self. |

NEW CENTURY FINANCIAL CORP.
FTI CONSULTING
EXPENSE DETAIL
FOR THE PERIOD MAY 1, 2007 THOUGH MAY 31, 2007

| Date | Consultant | Expense Type | Amount | Description of Expense |
|---|---|---|---|---|
| 5/17/2007 | Dragelin, Timothy J. | Meals - Out of office | 110.00 | Out of town meal/dinner for self and K. Bryant (FTI). |
| 5/17/2007 | Ellis, Melissa | Meals - Out of office | 18.03 | Out of town meal/breakfast for self. |
| 5/17/2007 | Ellis, Melissa | Meals - Out of office | 31.94 | Out of town meal/dinner for self. |
| 5/17/2007 | Greenspan, Ronald F | Meals - Out of office | 75.00 | Out of town meal/dinner for self. |
| 5/17/2007 | Wolf, James | Meals - Out of office | 4.75 | Out of town meal/lunch for self. |
| 5/18/2007 | Bryant, Kristin | Meals - Out of office | 5.00 | Out of town meal/lunch for self. |
| 5/18/2007 | Dragelin, Timothy J | Meals - Out of office | 7.78 | Out of town meal/breakfast for self and K. Bryant (FTI). |
| 5/23/2007 | Amico, Marc | Meals - Out of office | 18.06 | Working meal/dinner for self. |
| 5/29/2007 | Amico, Marc | Meals - Out of office | 16.98 | Working meal/dinner for self. |
| 5/30/2007 | Sloane, Raymond | Meals - Out of office | 63.85 | Working meal/lunch for self, D. Ventricelli and R. Collura (all FTI). |
| 5/31/2007 | Amico, Marc | Meals - Out of office | 20.68 | Working meal/dinner for self. |
| | | Meals - Out of office Total | 1,166.10 | |
| | | | | |
| 5/3/2007 | Dragelin, Timothy J. | Mileage | 33.00 | Parking charges at airport. |
| 5/15/2007 | Dragelin, Timothy J. | Mileage | 28.00 | Parking charges at hotel. |
| 5/17/2007 | Dragelin, Timothy J. | Mileage | 24.12 | Fuel charges for rental car. |
| 5/17/2007 | Dragelin, Timothy J. | Mileage | 20.00 | Parking charges at client office. |
| 5/17/2007 | Dragelin, Timothy J. | Mileage | 24.00 | Parking charges at hotel. |
| 5/17/2007 | Wolf, James | Mileage | 18.00 | Parking charges at airport. |
| 5/18/2007 | Dragelin, Timothy J. | Mileage | 64.00 | Parking charges at airport. |
| 5/25/2007 | Greenspan, Ronald F | Mileage | 108.84 | Parking charges at airport. |
| | | Mileage Total | 319.96 | |
| | | | | |
| 5/15/2007 | Greenspan, Ronald F | Miscellaneous | 16.00 | Tips for hotel and taxi services. |
| 5/17/2007 | Dragelin, Timothy J. | Miscellaneous | 12.00 | Tips for hotel and taxi services. |
| 5/17/2007 | Ellis, Melissa | Miscellaneous | 5.00 | Tips for hotel staff. |
| | | Miscellaneous Total | 33.00 | |
| | | | | |
| 4/11/2007 | Dragelin, Timothy J. | Taxi/Subway | 117.83 | Taxi from airport to hotel. |
| 4/12/2007 | Dragelin, Timothy J. | Taxi/Subway | 12.00 | Taxi from hotel to client. |
| 5/2/2007 | Ellis, Melissa | Taxi/Subway | 11.00 | Taxi from office to home. |
| 5/3/2007 | Dragelin, Timothy J. | Taxi/Subway | 50.00 | Taxi from airport to hotel |
| 5/3/2007 | Dragelin, Timothy J. | Taxi/Subway | 187.52 | Taxi from airport to client's offices. |
| 5/10/2007 | Ellis, Melissa | Taxi/Subway | 11.00 | Taxi from office to home. |
| 5/14/2007 | Bryant, Kristin | Taxi/Subway | 30.00 | Taxi from home to airport. |
| 5/14/2007 | Ellis, Melissa | Taxi/Subway | 42.00 | Parking charges at hotel. |
| 5/15/2007 | Greenspan, Ronald F | Taxi/Subway | 119.85 | Taxi from airport to hotel. |
| 5/15/2007 | Wolf, James | Taxi/Subway | 40.00 | Taxi from airport to hotel. |
| 5/16/2007 | Greenspan, Ronald F | Taxi/Subway | 20.00 | Taxi from hotel to auction. |
| 5/16/2007 | Greenspan, Ronald F | Taxi/Subway | 20.00 | Taxi from auction to hotel. |
| 5/17/2007 | Ellis, Melissa | Taxi/Subway | 20.00 | Parking charges at client office. |
| 5/17/2007 | Greenspan, Ronald F | Taxi/Subway | 20.00 | Taxi from hotel to auction. |
| 5/17/2007 | Greenspan, Ronald F | Taxi/Subway | 20.00 | Taxi from auction to hotel. |
| 5/17/2007 | Wolf, James | Taxi/Subway | 53.00 | Taxi from office to airport. |
| 5/18/2007 | Bryant, Kristin | Taxi/Subway | 30.00 | Taxi from airport to home. |
| 5/18/2007 | Greenspan, Ronald F | Taxi/Subway | 89.25 | Taxi from hotel to airport. |
| 5/18/2007 | Star, Samuel | Taxi/Subway | 18.00 | Taxi from office to auction. |
| 5/23/2007 | Amico, Marc | Taxi/Subway | 14.00 | Taxi from office to home. |
| 5/29/2007 | Amico, Marc | Taxi/Subway | 13.00 | Taxi from office to home. |
| 5/30/2007 | Star, Samuel | Taxi/Subway | 5.00 | Taxi from train station in Wilmington to Bankruptcy Court. |
| 5/31/2007 | Amico, Marc | Taxi/Subway | 14.00 | Taxi from office to home. |
| | | Taxi/Subway Total | 957.45 | |
| | | | | |
| 5/1/2007 | Dragelin, Timothy J. | Telephone | 3.50 | Telephone charges in hotel relating to client business. |
| | | Telephone Total | 3.50 | |
| | | | | |
| | | Grand Total | $21,047.69 | |