# CERTIFICATE OF SERVICE

I, William E. Chipman, Jr., do hereby certify that on the 26th day of June 2007, I caused copies of the foregoing **Reservation Of Rights Of Countrywide To Debtors' Motion For Order To Provide Adequate Protection Pursuant To Bankruptcy Code Sections 105(a), 361, 362 and 363(b)(1)** to be served on the following parties in the manner indicated:

## VIA HAND-DELIVERY

<u>Debtor's Local Bankruptcy Counsel</u>
Mark D. Collins
Michael Joseph Merchant
Christopher M. Samis
Richards Layton & Finger, P.A.
One Rodney Square, 920 North King Street
Wilmington, DE 19899

## VIA HAND-DELIVERY

<u>Debtor's General Bankruptcy Counsel</u>
Timothy P. Cairns
Pachulski Stang Ziehl Young Jones
919 N. Market Street
17th Floor
Wilmington, DE 19801

## VIA FIRST CLASS MAIL

<u>Debtor's General Bankruptcy Counsel</u>
Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
Victoria Newmark, Esquire
Emily R Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

_509575_1.DOC/

**VIA HAND-DELIVERY**

United States Trustee
Office of the United States Trustee
Joseph J. McMahon, Jr., Esquire
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

**VIA HAND-DELIVERY**

Counsel to the DIP Lender
(Co-Counsel to Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 N Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**VIA FIRST CLASS MAIL**

Counsel to the Committee
Mark T. Power, Esquire
Mark S. Indelicato, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floor
New York, New York 10022

**VIA HAND-DELIVERY**

Local Counsel to the Committee
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

/s/ William E. Chipman
William E. Chipman, Jr. (3818)