IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
NEW CENTURY TRS HOLDINGS, INC.                    Case No. 07-10416-KJC
       Debtor                                          (Chapter 11)

BANK OF NEW YORK AS TRUSTEE C/O                    Ref: Docket No._720_
COUNTRYWIDE HOME LOANS
       Movant

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
       Attorneys for the Movant
   v.
NEW CENTURY TRS HOLDINGS, INC, et
al.
       Respondents

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion")

filed by Bank of New York as Trustee c/o Countrywide Home Loans ("CHL"), and any response

thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Automatic Stay is terminated allowing CHL to exercise its rights

under applicable law against the Debtor's Property more particularly described in the Mortgage

which has the address of 4022 Deveaux Street, Niagara Falls, NY 14305 ("Property"), including,

but not limited to foreclosure against the Property under the Mortgage.

Date:

BY THE COURT:

U.S. Bankruptcy Court Judge