IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

NEW CENTURY TRS HOLDINGS, INC.       Case No. 07-10416-KJC
      Debtor                              (Chapter 11)

COUNTRYWIDE HOME LOANS          Ref: Docket No. 1155
      Movant

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
        Attorneys for the Movant
   v.

NEW CENTURY TRS HOLDINGS, INC., et al.
      Respondents

## ORDER TERMINATING AUTOMATIC STAY NUNC PRO TUNC

UPON CONSIDERATION of the Nunc Pro Tunc Motion for Relief from Automatic Stay ("Motion") filed by Countrywide Home Loans ("Countrywide"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Automatic Stay is retroactively terminated as of 12:01 A.M April 3, 2007 allowing Countrywide to exercise its rights under applicable law against the Debtor's Property more particularly described in the Mortgage which has the address of 27 Jefferson PL, Hempstead, NY 11550 ("Property"), including, but not limited to foreclosure against the Property under the Mortgage.

Date: _June 26, 2007_

BY THE COURT:

_____
U.S. Bankruptcy Court Judge