IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | )Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | ) |
| | )Case Number 07-10416 (KJC) |
| Debtor. | ) |
| ROSE TOWNSEND TRUST, | ) |
| | ) |
| Movant, | ) |
| | ) |
| NEW CENTURY TRS HOLDINGS, INC., | ) |
| | )Re: Docket No. _____ |
| Respondent. | ) |

ORDER GRANTING MOTION FOR
RELIEF FROM THE AUTOMATIC STAY

Upon the motion of the Rose Townsend Trust ("Movant"), for relief from the automatic stay; and adequate notice of the Motion having been given; and this Court being fully advised in the premises:

IT IS HEREBY ORDERED that the automatic stay be modified and that Movant be allowed to prosecute its cause of action against Debtors in Washington and the establishment of a supersedeas bond to final resolution;

IT IS SO ORDERED this 26th day of June, 2007.

The Honorable Kevin J. Carey