IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | |
| NEW CENTURY TRS HOLDINGS, INC. | Case No. 07-10416-KJC |
|     Debtor | (Chapter 11) |
| WELLS FARGO BANK, N.A. C/O | Ref: Docket No. 1681 |
| COUNTRYWIDE HOME LOANS | |
|     Movant | |

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
    Attorneys for the Movant
  v.
NEW CENTURY TRS HOLDINGS, INC, et al.
    Respondents

**ORDER TERMINATING AUTOMATIC STAY**

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by Wells Fargo Bank, N.A. c/o Countrywide Home Loans ("CHL"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Automatic Stay is terminated allowing CHL to exercise its rights under applicable law against the Debtor's Property more particularly described in the Mortgage which has the address of 6911 Bexar Street, Dallas, TX 75215 ("Property"), including, but not limited to foreclosure against the Property under the Mortgage.

Date:_____                BY THE COURT:

                                                                              _____
                                                                               U.S. Bankruptcy Court Judge