IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>NEW CENTURY TRS HOLDINGS, INC.<br>      Debtor<br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE C/O COUNTRYWIDE HOME LOANS<br>      Movant<br><br>THOMAS D.H. BARNETT, ESQUIRE<br>BAR NUMBER 0994<br>NEIL F. DIGNON, ESQUIRE<br>BAR NUMBER 3625<br>      Attorneys for the Movant<br>  v.<br>NEW CENTURY TRS HOLDINGS, INC, et al.<br>      Respondents | Case No. 07-10416-KJC<br>(Chapter 11)<br>Ref: Docket No. 1683 |

### ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by Deutsche Bank National Trust Company, as Trustee c/o Countrywide Home Loans ("CHL"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Automatic Stay is terminated allowing CHL to exercise its rights under applicable law against the Debtor's Property more particularly described in the Mortgage which has the address of 4214 Stillwood Lane, Odessa, TX 79762 ("Property"), including, but not limited to foreclosure against the Property under the Mortgage.

Date:_____                       BY THE COURT:

                                                                        _____
                                                                        U.S. Bankruptcy Court Judge