**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In Re:

NEW CENTURY TRS HOLDINGS, INC.

           Debtor

Chapter   11
Case No. 07-10416-KJC
Motion No. 1687
**Objections due by:7/23/2007**
**Hearing Date: 7/31/2007**

TO:

**NOTICE OF MOTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE C/O COUNTRYWIDE HOME LOANS FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

| | | |
|---|---|---|
| New Century TRS Holdings, Inc. 18400 Von Karman Ave. Irvine, CA 92612 Debtor | Christopher M. Samis Chun I. Jang Mark D. Collins Michael Joesph Merchant Paul Noble Heath Richards, Layton & Finger One Rodney Square P.O. Box 551 Wilmington, DE 19899 Attorney for the Debtor | U.S. Trustee United States Trustee 844 King Street, Room 2207 Lockbox #35 Wilmington, DE 19899  Bonnie Glantz Fatell David W. Carickhoff, Jr. Blank Rome LLP 1201 Market Street, Suite 800 Wilmington, DE 19801 Attorney for the Official Committee of Unsecured Creditors |

    Deutsche Bank National Trust Company, as Trustee c/o Countrywide Home Loans has filed a Motion for Relief from Stay which seeks the following relief: Relief from Stay with regards to the property located at: 503 West Mitchell St., Meadow, TX 79345.

    **HEARING ON THE MOTION WILL BE HELD ON July 31st, 2007 at 1:30pm. At the United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801.**

    **ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERIVCE ON OR BEFORE July 23rd, 2007. FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

At the same time, you must also serve a copy of the response upon movant's attorney

                            Thomas D.H. Barnett, Esquire
                              Neil F. Dignon, Esquire
                                    PO Box 947
                              512 East Market Street
                              Georgetown, Delaware 19947

      The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

      The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF DEMANDED BY THE MOTION WILL BE GRANTED.**

DATE: _6/27/2007_                                                  BY:__/s/ Neil F. Dignon_____
                                                                         Thomas D.H. Barnett, Esquire
                                                                          Neil F. Dignon, Esquire
                                                                          Counsel for the Movant

CERTIFICATE OF SERVICE

I, Neil F. Dignon, certify that I am not less than 18 years of age, and that service of this notice and a copy of the motion was made on 6/27/2007.

upon:

                New Century TRS Holdings, Inc.
                18400 Von Karman Ave.
                Irvine, CA 92612
                Debtor

                Christopher M. Samis
                Chun I. Jang
                Mark D. Collins
                Michael Joesph Merchant
                Paul Noble Heath
                Richards, Layton & Finger
                One Rodney Square
                P.O. Box 551
                Wilmington, DE 19899
                Attorney for the Debtor

                U.S. Trustee
                United States Trustee
                844 King Street, Room 2207
                Lockbox #35
                Wilmington, DE 19899

                Bonnie Glantz Fatell
                David W. Carickhoff, Jr.
                Blank Rome LLP
                1201 Market Street, Suite 800
                Wilmington, DE 19801
                Attorney for the Official Committee of Unsecured Creditors

Under penalty of perjury, I declare that the foregoing is true and correct.

| | |
|---|---|
| 6/27/2007 | /s/ Neil F. Dignon |
| Date | Thomas D.H. Barnett, Esquire |
| | Neil F. Dignon, Esquire |