

RECEIVED / FILED
JUN 2 5 2007

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re NEW CENTURY TRS HOLDINGS, INC. ) **CHAPTER 11**
, a Delaware Corporation, <u>et al.</u> )
) **CASE NO. . 07-104-16 KJC, Jointly**
Debtors. ) **Administered**
)
) Related Cases: USDC NDC Case No: C06-
) 06806 SI and C07-2133 ~~WHA~~ SI
)
) **APPLICATION TO PROCEED IN**
) **FORMA PAUPERIS**
)
) Original Complaint filed In
) State Court July 28, 2006
)
)
)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, LESLIE BARNES MARKS, declare, under the penalty of perjury that I am the owner of the property commonly known as 3099 Suter Street, Oakland, CA, 94602, and the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to pay the full amount of fees, costs or give security. I state that because of my poverty that I am unable to pay the costs of this action or give security and that I believe I am entitled to relief. Debtors New Century TRS Holdings, Inc., as defined in this and the related actions, and each of them, jointly and severally through their actions created my poverty. Ms. Marks was not in this negative state prior to becoming a victim to Defendant's unlawful acts.

-1-

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief. Plaintiff is unable to make fee payments of any kind in any amount at this time. Plaintiff understands that a false statement herein may result in dismissal of my claims.

Dated: June 24, 2007

*Leslie Marks*

Leslie Barnes Marks, Pro Se