RECORDED / FILED
JUN 2 5 2007
U.S. B[...]

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, et al.<br><br>Debtors. | ) CHAPTER 11<br>)<br>) CASE NO. . 07-104-16 KJC, Jointly<br>) Administered<br>)<br>) Related Cases: USDC NDC Case No: C06-06806 SI and C07-2133 ~~WHA~~ SI<br>)<br>) **NOTICE OF MOTION AND MOTION**<br>) **TO PERMIT PRO SE PLAINTIFF TO**<br>) **APPEAR TELEPHONICALLY**<br>)<br>) Original Complaint filed In<br>) State Court July 28, 2006 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

LESLIE BARNES MARKS, in Pro Se, requests is Court grant her permission to appear telephonically. Ms. Marks has been defrauded by New Century Mortgage Corporation and Home 123 and filed a lawsuit in State Court which was later removed to Federal Court and currently known as USDC NCD Case No. C06-06806 SI. Defendants New Century and Home 123 were represented by Wolfe and Wyman attorney Brian Gunn.

1. On or about, March 27, 2007, New Century Mortgage illegally transferred Plaintiff's property to OCWEN. New Century did not give Plaintiff this notice thru its counsel of record.

2. On April 2, 2007 Defendants New Century and Home 123 filed Bankruptcy in this action, Defendant Tom Chicoine took flight according to his counsel, Brian Gunn.

3. After April 2, 2007, OCWEN continues to act as though they have legal right to Ms. Marks' Property, commonly known as 3099 Suter Street, Oakland, California.

4. On April 27, 2007, Ms. Marks filed a complaint against OCWEN.

5. On April 19, 2007 Ms. Marks received a notice dated April 13, 2007, which stated a "bidding sale" has been heard and approved.

6. The "bididng sale" is closed, private and in New York City, which further assists New Century Mortgage Corporation to effectively defraud individuals of their residential properties, while hiding behind bankruptcy laws.

7. Debtors attorneys, in this action and in the prior action are well aware there is a legal action against their clients and the property commonly known as 3099 Suter Street is in dispute.

8. No attorney has timely notified Ms. Marks of the status of bidding sales, or any other actions that relate to her property in this matter.

Good cause appearing, Ms. Marks respectfully requests this Court grant Ms. Marks the right to appear telephonically in this matter regarding any and all matters that may affect or relate to the property commonly known as 3099 Suter Street Oakland, CA 94602

Dated: June 24, 2007

_____
Leslie Barnes Marks, Pro Se

IT IS SO ORDERED.

Dated: June ___, 2007

_____
JUDGE OF THE UNITED STATES
BANKRUPTCY COURT

-2-
NOTICE OF MOTION FOR REQUEST FOR TELEPHONIC APPEARANCE