

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re NEW CENTURY TRS HOLDINGS, INC. ) **CHAPTER 11**
, a Delaware Corporation, <u>et al.</u> ) **CASE NO. . 07-104-16 KJC, Jointly**
) **Administered**
Debtors. )
) Related Cases: USDC NDC Case No: C06-
) 06806 SI and C07-2133 SI
)
) **OPPOSITION TO MOTION OF**
) **DEBTORS AND DEBTORS IN**
) **POSSESSION (A) APPROVING**
) **SUPPLEMENT ONE AND (B)**
) **AUTHORIZING SALE OF CERTAIN**
) **LOANES AND (C) GRANTING**
  **RELATED RELIEF**

Original Complaint filed In
State Court July 28, 2006

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

LESLIE BARNES MARKS, in Pro Se, OPPOSES the motion filed by Debtors in Possession New Century Mortgage Corporation, et al. hereinafter "Debtors in Possession".

Defendants have wrongfully transferred Plaintiff's property to OCWEN in violation of RESPA, failing to provide her with the required 15 day notice. Additionally, Plaintiff's loan provided by New Century Mortgage Corporation was and is in legal dispute prior to the illegal transfer and prior to the federal investigation in the related actions referenced above. Debtors have been in litigation with Plaintiff since on or about June 2006, more than enough time for Debtors to have LEGALLY transferred her property, if Debtors chose to act within the law. Defendants have cost Plaintiff emotional distress, financial ruin and devastation in this matter by

-1-
NOTICE OF MOTION FOR REQUEST FOR TELEPHONIC APPEARANCE

their egregious acts. Plaintiff may end up homeless with her handicapped child. Defendants are guilty of fraud, criminal acts and other violations of RESPA and TILA. Plaintiff begs this court for Justice.

It should be noted that Debtors as subprime lenders, victims are minorities and the elderly not knowledgeable about the mortgage industry and practices and financially unstable. Financially unstable to afford the quality and caliber of attorney who could adequately defend them in an action such as this. Furthermore, at the time Debtors victims sought - in good faith – refinancing by Debtors, these victims were most likely already in financial straits, and Debtors took advantage of this and unjustly profited by defrauding the disadvantaged nationwide.

In this Plaintiff's case, Home 123 hired a branch manager Tom Chicoine, who acted as a mortgage broker who quoted interest rates to Plaintiff for her mortgage loan. Mr. Chicoine solicited her, made false promises, falsified documents to approve a loan that he new Plaintiff could not repay in good faith. Additionally, Mr. Chicoine was NOT a licensed real estate broker, as he claimed he was. Additionally, New Century and Home 123 are one in the same company. While the Companies do not have to be licensed with the California Department of Real Estate in order to do business in California, they must use a real estate broker licensed with the California Department of Real Estate to quote mortgage rates. New Century further abused the bankruptcy laws by transferring Plaintiff's property to OCWEN (a company who Plaintiff cannot prove, but is certain is some how affiliated with New Century) three days BEFORE filing their Chapter 11 with this Court. New Century and OCWEN are so bold as to provide Plaintiff with a document bearing their letterhead that CLEARLY states that she was entitled to 15 days notice of the transfer under RESPA. Plaintiff received the document on the effective date of transfer April 2, 2007. Plaintiff was forced to file an additional action against OCWEN and DB Structuring. As in Chapter 7 and Chapter 13 plans for consumers, it has long been the rule that an individual cannot max out their credit cards prior to filing bankruptcy. Debtors in this action have done exactly that. Due to the short notice, Plaintiff in pro per has not been given ample notice nor adequate time to do the legal research to adequately represent herself and defend herself in this

NOTICE OF MOTION FOR REQUEST FOR TELEPHONIC APPEARANCE

matter. Additionally, the time zone element has not been factored into the granting of this motion. Debtors have defrauded people all over the country and receiving notice by mail, without electronic notification as further unjustly impaired the ability of the victims of their actions to timely and adequately respond. In the Great State of California, you cannot be the broker and lender in the same transaction. Tom Chicoine never represented that Home 123 and New Century were one in the same company. He claimed he had to "find a lender" for Plaintiff.

Furthermore, upon executing a simple Google search of New Century, it appears New Century is planning to go back into business very shortly as their new website is on hold with GoDaddy.com. They will not even change their name, proving Debtors believe they are well above the law.

Debtors in Possession's actions in this litigation have been despicable. Debtors have defrauded and preyed on minorities and the elderly and gotten away with it for so many years they now boldly act as though they are above the law. Where is the justice for the THOUSANDS of victims who are homeless and financially ruined as a direct and proximate result of Debtors acts? Debtors use the Bankruptcy laws to avoid federal prosecution, and continue to STEAL the properties of the minorities and elderly that they successfully defrauded from their most valuable assets, their primary residences.

While Plaintiff is one in THOUSANDS of people defrauded by these Debtors, and lacks the legal knowledge to fight the "system" to defend her right, understand that she will continue to pursue these Debtors until JUSTICE is served. Debtor's acts are more than a travesty. Debtors acts are affecting the real estate economies in many states. If this motion is granted it will prove that they are, in fact, above the law and thousands of American Citizens across the country will be financially and irritably devastated..

Based on this opposition and pleadings and papers filed in this and the related actions, Plaintiff opposes the motions of Debtors in Possession in this action and begs this court to DENY Debtors motion in good faith and justice to the thousands of people, company and individuals who have suffered at the hands of their unscrupulous, deceitful, unlawful business

NOTICE OF MOTION FOR REQUEST FOR TELEPHONIC APPEARANCE

practices.

Dated: June 24, 2007      //ss/  _____
                                Leslie Barnes Marks, Pro Se

**Case name**

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco, California, over the age of eighteen years, and not a party to the within cause. My business address ⸺ Oakland⸺, California, ____. On **June 24, 2007**, I served the within:

**Notice of Motion and Motion to permit Pro Se Plaintiff to Appear Telephonically
Opposition to Motion of Debtors and Debtors in Possession
Permission to appear pro se**

| | |
|---|---|
| US TRUSTEE | Mark D. Collins, Esq. |
| 844 King Street, Room 2207 | Richards, Layton & Finger |
| Lockbox #35 | One Rodney Square |
| Wilmington, DE 19899 | PO Box 551 |
| Tel: (302) 573-6491 | Wilmington, DE 19899 |
| | Tel: (302) 651-7531 |
| | Fax: (302) 651-7701 |
| | E-mail: Collins@rlf.com |
| | Attorneys for Debtor: new Century TRS Holdings |

___ **BY U.S. MAIL:** on the parties in said cause, by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as follows:

____ **(VIA U.S. MAIL & FACSIMILE)** I caused said above-mentioned document(s) to be faxed to the following mentioned office(s) following the practice and procedure of WRIGHT, ROBINSON, OSTHIMER & TATUM. I then placed for collection and deposit in the U.S. mail, copies of same, following the practice and procedure of WRIGHT, ROBINSON, OSTHIMER & TATUM.

__X__ **BY FACSIMILE:** I caused the said document to be transmitted by facsimile machine to the number indicated after the address(es) noted below.

____ **BY OVERNIGHT DELIVERY:** I deposited copies of the above document at a Federal Express facility regularly maintained, in an envelope or package designated by the FedEx Tracking Number _____ with delivery fees paid or provided for, to the address noted below:

I certify and declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **June 24, 2007**, at San Francisco, California.

_____
Gina Moore