## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*, [1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**Objection Deadline: July 17, 2007 at 4:00 p.m.**

## NOTICE OF FIRST MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 9, 2007 THROUGH APRIL 30, 2007

TO:     Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On June 27, 2007, the First Monthly Fee Application of Blank Rome LLP, Co-Counsel to

the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.*, for

Compensation and Reimbursement of Expenses for the Period of April 9, 2007 through April 30,

2007 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of

Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the *"Bankruptcy Court"*). By

the Fee Application, Blank Rome LLP (*"Blank Rome"*) seeks the allowance and payment of

interim compensation in the amount of $187,726.00 (80% of $234,657.50) and reimbursement of

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

expenses in the amount of $14,264.98 incurred in representation of the Official Committee of Unsecured Creditors (the *"Committee"*) of New Century TRS Holdings, Inc., *et al.* (the *"Debtors"*) during the period of April 9, 2007 through April 30, 2007 (the *"Application Period"*).

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **July 17, 2007 at 4:00 p.m. (EST)**. Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Fee Application shall be held only in the event timely objections are filed.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, in the absence of any objection or responsive pleading to the Fee Application, Blank Rome is authorized to file a Certificate of No Objection with the Bankruptcy Court, after which the Debtors are authorized to pay Blank Rome an amount equal to 80% of the fees ($187,726.00) and 100% of the expenses ($14,264.98) requested in the Fee Application. If an objection to the Fee Application is timely filed and served, the Debtors

127340.01600/40169343v.2

shall be authorized to pay Blank Rome 80% of the fees and 100% of the expenses not subject to

the objection.

Dated:   June 27, 2007

                                        BLANK ROME LLP

                                        _Bonnie Fatell_

                                        Bonnie Glantz Fatell (No. 3809)
                                        Regina Stango Kelbon
                                        David W. Carickhoff (No. 3715)
                                        1201 Market Street, Suite 800
                                        Wilmington, Delaware 19801
                                        Telephone:   (302) 425-6400
                                        Facsimile:   (302) 425-6464

                                        -and-

                                        HAHN & HESSEN LLP
                                        Mark S. Indelicato
                                        Mark T. Power
                                        488 Madison Avenue
                                        New York, New York 10022
                                        Telephone:   (212) 478-7200
                                        Facsimile:   (212) 478-7400

                                        *Co-Counsel to the Official Committee of Unsecured
                                        Creditors of New Century TRS Holdings, Inc., et al.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**Objection Deadline: July 17, 2007 at 4:00 p.m.**

## FIRST MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 9, 2007 THROUGH APRIL 30, 2007

| | |
|---|---|
| *Name of Applicant*: | Blank Rome LLP |
| *Authorized to Provide Professional Services to*: | Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.* |
| *Date of Retention*: | May 31, 2007, *nunc pro tunc* to April 9, 2007 |
| *Period for which Compensation and Reimbursement is Sought*: | April 9, 2007 through April 30, 2007 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $187,726.00 (80% of $234,657.50) |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $14,264.98 |

This is a:       ✓  Monthly _____ Quarterly _____ Final Application

No prior applications have been filed.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*, [1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**Objection Deadline:  July 17, 2007 at 4:00 p.m.**

## FIRST MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 9, 2007 THROUGH APRIL 30, 2007

This first monthly fee application for compensation and reimbursement of expenses (the

*"Fee Application"*) is filed by Blank Rome LLP (*"Blank Rome"*) requesting payment for

services rendered and reimbursement of costs expended as co-counsel for the Official Committee

of Unsecured Creditors (the *"Committee"*) of New Century TRS Holdings, Inc., *et al.* (the

*"Debtors"*) for the period of April 9, 2007 through April 30, 2007 (the *"Application Period"*).

In support of this Fee Application, Blank Rome respectfully states as follows:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

## Jurisdiction

1.     The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of these chapter 11 cases in is district is proper under 28 U.S.C. §§ 1408 and 1409.

## Background

2.     On April 2, 2007 (the *"Petition Date"*), the Debtors commenced with this Court voluntary cases (the *"Chapter 11 Cases"*) under chapter 11 of title 11 of the United States Code (the *"Bankruptcy Code"*), which Chapter 11 Cases are being jointly administered pursuant to an order of this Court. The Debtors are continuing their businesses and managing their affairs as debtors and debtors in possession.

3.     On April 9, 2007, the Office of the United States Trustee for the District of Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the Official Committee of Unsecured Creditors (the *"Committee"*): Credit Suisse First Boston Mortgage Capital LLC, Credit-Based Asset Servicing and Securitization LLC, Residential Funding Company, LLC, Deutsche Bank National Trust Co., Wells Fargo Bank, N.A. as Indenture Trustee, Fidelity National Information Services, Inc., and Maguire Properties – Park Place, LLC. Since its formation, the Committee has appointed Kodiak Funding LP as an *ex officio* member of the Committee.

4.     Hahn & Hessen LLP (*"Hahn & Hessen"*) and Blank Rome were selected by the Committee to serve as co-counsel to the Committee, and FTI Consulting, Inc. (*"FTI"*) was selected by the Committee to serve as financial advisor to the Committee.

5.     On April 25, 2007, the Court entered the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the

*"Administrative Order"*) (Docket No. 389).

6. On May 4, 2007, the Committee filed the Application of the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.*, for an Order Authorizing the Committee to Employ Blank Rome LLP as Its Co-Counsel Pursuant 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014 *Nunc Pro Tunc* as of April 9, 2007 (the *"Blank Rome Retention Application"*) (Docket No. 550) with the Court. On May 31, 2007, the Court entered an order approving the Blank Rome Retention Application (Docket No. 973).

7. Blank Rome is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors and creditors' committees.

8. Presently, the attorneys at Blank Rome having the day-to-day responsibility for representation of the Committee in the Chapter 11 Cases are Bonnie Glantz Fatell, Regina Stango Kelbon, and David Carickhoff. Blank Rome has drawn and will draw upon the knowledge and skills of other firm attorneys to provide services as the need arises.

## Relief Requested

9. Blank Rome submits this Fee Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), the Administrative Order, and Del. Bankr. LR 2016-2. By this Fee Application, Blank Rome seeks interim allowance of compensation for actual and necessary professional services rendered in the amount of $234,657.50 for the Application Period, and seeks payment of 80% of this amount, $187,726.00, and seeks the allowance and payment of 100% of its actual and necessary expenses in the amount of $14,264.98, in accordance with the terms of the Administrative Order.

10.    Blank Rome has made all reasonable efforts to avoid duplication of work with its co-counsel, Hahn & Hessen. In preparation of this Fee Application, Blank Rome has taken a voluntary reduction in its fees of $6,083.50 to eliminate time entries that may have been duplicative.

## Summary of Fees

11.    The total number of hours expended by Blank Rome professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 530.90 hours at a blended billing rate of $442.00 per hour. The value of these services has been computed at the rates Blank Rome customarily charges for similar services provided other clients.

12.    A detailed chronological itemization of the services rendered by each attorney and paraprofessional during the Application Period, calculated by tenths of an hour and categorized in accordance with the appropriate project code, is attached hereto as **Exhibit "A"**. Every effort has been made by Blank Rome to categorize daily time entries in accordance with the correct project code. However, in some instances, services overlap between project codes. Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once.

13.    Specifically, the services rendered by Blank Rome to the Committee during the Application Period included the following:

(Project Code 1)    Blank Rome Fee/Employment Applications:

Blank Rome prepared its retention application and corresponding Bankruptcy Rule 2014 disclosure statement, which required review of the results of database searches for parties

127340.01600/40169343v.2

identified by the Debtors as being creditors or parties in interest.

**Total Hours: 19.20        Total Fees: $7,602.00**

(Project Code 2)        Other Professionals' Fee/Employment Application:

Blank Rome reviewed and provided comments to the Administrative Order, and reviewed and provided comments to the retention application of FTI, including its fee structure. Blank Rome also prepared various motions to admit co-counsel *pro hac vice*. Further, Blank Rome reviewed and prepared an objection to the Debtors' motion to retain a multitude of ordinary course professionals, and ultimately negotiated a consensual form of order.

**Total Hours: 5.60        Total Fees: $2,213.50**

(Project Code 3)        Executory Contracts and Unexpired Leases:

Blank Rome addressed issues in connection the Debtors' real property rejection motion and consulted with FTI regarding the same.

**Total Hours: .50        Total Fees: $250.00**

(Project Code 4)        Claims Analysis and Objections:

Blank Rome reviewed the D. B. Structured Finance complaint.

**Total Hours: .50        Total Fees: $262.50**

(Project Code 5)        Committee Business and Meetings:

As co-counsel to the Committee, Blank Rome participated in all aspects of Committee business including, without limitation, Committee meetings (in person and telephonic), procedural matters of import to the case, and in the general provision of information regarding case status. Blank Rome also participated in meetings and teleconferences with co-counsel on a

host of issues to coordinate and share analysis on matters affecting the estate. Among the matters on which Blank Rome performed services, Blank Rome reviewed and provided comments to the proposed Bylaws and the Committee's motion for an order allowing Committee members to trade in any securities of the Debtors and to participate in the Debtors' loan sales and related transactions upon the establishment of an ethical wall. Blank Rome also reviewed and provided comments to the proposed Confidentiality Agreement by and among the Committee members and the Debtors. Further, Blank Rome reviewed and analyzed the motion to appoint a plan beneficiary committee and the U.S. Trustee's objection to the motion. Blank Rome also considered the correspondence to the U.S. Trustee requesting the appointment of an equity committee.

**Total Hours: 68.00        Total Fees: $34,117.50**

(Project Code 6)        Case Administration:

Time billed to this category includes services of a more administrative nature and includes time that otherwise would not comport with an identified project code.

**Total Hours: 52.30        Total Fees: $16,669.00**

(Project Code 7)        Debtor's Business Operations:

Blank Rome participated in frequent telephonic meetings with the Debtors and their professionals, and the Committee professionals regarding the Debtors' operations and related issues. Blank Rome reviewed and analyzed information provided by the Debtors and the Committee's advisor, FTI Consulting Inc., and also reviewed and analyzed information publicly available concerning the Debtors. The U.S. Trustee filed a motion for the appointment of a chapter 11 trustee and Blank Rome participated in analysis, legal and factual, responses and coordinated with co-counsel and Debtor's counsel and met with the U.S. Trustee to discuss the

motion. Additionally, Blank Rome reviewed issues in connection with purported pre-petition termination of certain surety bonds.

**Total Hours: 26.90     Total Fees: $13,367.00**

(Project Code 8)     Employee Benefits / General Labor:

Blank Rome reviewed and analyzed the Debtors' first day motion seeking approval of payments in connection with unpaid wages and related relief, and worked with co-counsel to prepare a limited objection to the same. Blank Rome researched various WARN Act and labor issues and sought advice from its labor group with respect to various issues. Further, Blank Rome reviewed the WARN Act class action commenced against the Debtors in California. Additionally, Blank Rome reviewed and analyzed various benefit plans and arrangements, including the Debtors' non-qualified deferred compensation plan or Rabbi Trust, and researched related issues.

**Total Hours: 13.90     Total Fees: $7,457.00**

(Project Code 10)     Financing Issues:

Blank Rome reviewed and analyzed the interim DIP financing order and related documents. Blank Rome worked closely with FTI Consulting and co-counsel to evaluate the business case for the DIP financing and to prepare an objection to the Debtors' motion seeking approval of DIP financing on a final basis. Blank Rome also reviewed and negotiated the proposed cash collateral stipulation.

**Total Hours: 47.20     Total Fees: $24,009.50**

(Project Code 11)     Regulatory Matters:

Blank Rome has a banking regulatory practice and was able to provide valuable research,

analysis and advice with respect to various regulatory matters. Blank Rome reviewed various licenses and analyzed regulatory and licensing issues and requirements to assist the Committee in its analysis of the proposed sale of the loan servicing platform to Carrington and with respect to the Debtor's surety bonding requirements.

**Total Hours: 106.10     Total Fees: $36,881.50**

(Project Code 12)     Sale of Assets/Asset Purchase Agreement:

Time billed to this matter relates to the sale of the Debtors' assets and includes negotiations in connection with the same. Blank Rome reviewed and analyzed the sale documents concerning the proposed sale to Greenwich Capital and the proposed sale of the loan servicing platform to Carrington. Blank Rome worked with co-counsel and FTI to formulate the Committee's objection to the proposed sale of LNFA loans and other interests to Greenwich Capital. Blank Rome also worked with co-counsel and FTI to negotiate various changes to the asset purchase agreement regarding the proposed $139 million sale of the loan servicing platform to Carrington and negotiated changes to the proposed bidding procedures. Blank Rome also reviewed and addressed issues in connection with the proposed sale of Access Lending, a non-Debtor affiliate of the Debtors.

**Total Hours: 80.20     Total Fees: $42,048.50**

(Project Code 13)     Stay Relief Issues:

Time billed to this matter relates to stay relief issues.

**Total Hours: 4.40     Total Fees: $1,672.00**

(Project Code 14)     Secured Creditor / Equipment Lessors:

Time billed to this matter relates to the investigation and analysis of asserted liens against

127340.01600/40169343v.2

and security interests in the Debtors' assets. Blank Rome reviewed and analyzed documents relating to various prepetition debt facilities and repurchase facilities.

**Total Hours: 17.50        Total Fees: $7,374.00**

(Project Code 16)      Asset Analysis / Recovery:

Time billed to this matter relates to the investigation and analyses performed regarding assets, including potential causes of action for the estates. Blank Rome reviewed and analyzed various information provided by the Debtors and various public information, including the Debtors' SEC filings. Further, Blank Rome worked with co-counsel to prepare the Committee's Bankruptcy Rule 2004 examination request of the Debtors and strategized regarding the Committee's investigation of potential causes of action.

**Total Hours: 51.80        Total Fees: $25,579.00**

(Project Code 17)      Hearings - Attendance / Preparation:

Time billed to this matter relates to the attendance of hearings and related proceedings and includes time spent in preparation of the same. Typically time billed to this matter involves hearings on multiple matters that cannot be efficiently segregated.

**Total Hours: 31.90        Total Fees: $12,712.50**

(Project Code 18)      Loan Servicing Transfer Issues:

Blank Rome reviewed the pooling and servicing agreement.

**Total Hours: .80        Total Fees: $460.00**

(Project Code 20)      Non-Working Travel:

Time billed to this matter relates to non-working travel. In accordance with Del. Bankr.

LR 2016-2(d)(viii), only half of the actual non-working travel time was billed.

**Total Hours: 4.10      Total Fees: $1,982.00**

### Actual and Necessary Costs and Expenses Incurred

14.     Reimbursement of expenses in the amount of $14,264.98 is sought herein.  A categorized summary of the actual and necessary costs and expenses incurred by Blank Rome during the Application Period, and an itemization of each expense within each category, is attached as **Exhibit "B"**.  Blank Rome reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such expenses may not have been captured to date in Blank Rome's billing system.

### Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules

15.     In accordance with Del. Bankr. LR 2016-2, a summary schedule of hours and fees for each attorney and paraprofessional, and a summary of hours and fees categorized by project code follow the cover sheet to this Fee Application.  The undersigned submits that this Fee Application complies with Del. Bankr. LR 2016-2.

16.     Blank Rome submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of section 330 of the Bankruptcy Code.

17.     No agreement or understanding exists between Blank Rome and any other entity (other than members or employees of Blank Rome) for the sharing of compensation received or to be received for services rendered in or in connection with the Chapter 11 Cases.

### Notice

18.     As required by the Administrative Order, a copy of this Fee Application has been served upon: (a) the Debtors; (b) Debtors' Counsel; (c) the Office of the United States Trustee;

and (d) counsel to the DIP Lender. Notice of this Fee Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, Blank Rome respectfully requests an award of compensation for professional services rendered as co-counsel to the Committee during the Application Period in the sum of $187,726.00 (80% of $234,657.50), together with the reimbursement of disbursements in the amount of $14,264.98; and such other and further relief that the Court deems just and proper.

Dated:   June 27, 2007

BLANK ROME LLP

_Connie Fatell_

Bonnie Glantz Fatell (No. 3809)
Regina Stango Kelbon
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464

*Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al.*

127340.01600/40169343v.2