# Exhibit B

NEW CENTURY
EXPENSE SUMMARY
APRIL 9 - 30, 3007

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | In-House @ $.24/minute | $1.04 |
| Reproduction of Documents | In-House @ $.10/copy | $124.80 |
|  | Contracted Photocopying - Parcels | $1,501.95 |
| Hand Delivery Service | Parcels | $505.00 |
| Travel Expenses | B. Fatell, R. Kelbon and J. Masella | $1,601.04 |
| Meeting Expenses |  | $682.06 |
| E-Services | E-Filing, CD Duplication, E-mail | $96.65 |
| Westlaw |  | $8,582.97 |
| Record/Docket Searches |  | $1,169.47 |
| TOTAL |  | $14,264.98 |

| Cost Code | Date | Initials | Name | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| 26 | 04/10/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/10/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/10/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/10/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/10/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/10/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/10/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/10/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/10/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/10/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/10/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/10/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 33 | 04/10/07 | 00020 | BONNIE G. FATELL | 1.00 | 65.24 | 65.24 | CONTRACTED PHOTOCOPYING |
| 75 | 04/10/07 | 00020 | BONNIE G. FATELL | 1.00 | 67.00 | 67.00 | TRAVEL EXPENSE: OUT-OF-TOWN MEALS - BONNIE G. FATELL DINNER FOR CLIENT MEETING 4/10/07 Bank ID: 210 Check Number: 46843 |
| 58 | 04/11/07 | 00020 | BONNIE G. FATELL | 1.00 | 159.40 | 159.40 | MEETING EXPENSES - URBAN CAFE Bank ID: 210 Check Number: 45429 |
| 58 | 04/11/07 | 00020 | BONNIE G. FATELL | 1.00 | 84.88 | 84.88 | MEETING EXPENSES - URBAN CAFE Bank ID: 210 Check Number: 45429 |
| 58 | 04/11/07 | 00020 | BONNIE G. FATELL | 1.00 | 114.70 | 114.70 | MEETING EXPENSES - URBAN CAFE Bank ID: 210 Check Number: 45429 |
| 26 | 04/12/07 | 00020 | BONNIE G. FATELL | 1.00 | 7.50 | 7.50 | HAND DELIVERY SERVICE |
| 26 | 04/12/07 | 00020 | BONNIE G. FATELL | 1.00 | 7.50 | 7.50 | HAND DELIVERY SERVICE |
| 26 | 04/12/07 | 00020 | BONNIE G. FATELL | 1.00 | 25.00 | 25.00 | HAND DELIVERY SERVICE |
| 24 | 04/12/07 | 00020 | BONNIE G. FATELL | 1.00 | 441.75 | 441.75 | DOCUMENT RETRIEVAL |
| 24 | 04/12/07 | 00020 | BONNIE G. FATELL | 1.00 | 123.00 | 123.00 | DOCUMENT RETRIEVAL |
| 92 | 04/12/07 | 00020 | BONNIE G. FATELL | 1.00 | 51.35 | 51.35 | SCANNING |
| 58 | 04/12/07 | 00020 | BONNIE G. FATELL | 1.00 | 194.60 | 194.60 | MEETING EXPENSES - URBAN CAFE Bank ID: 210 Check Number: 45429 |
| 58 | 04/13/07 | 00020 | BONNIE G. FATELL | 1.00 | 84.80 | 84.80 | MEETING EXPENSES - URBAN CAFE Bank ID: 210 Check Number: 45429 |
| 95E | 04/16/07 | 00020 | BONNIE G. FATELL | 1.00 | 3,761.00 | 3,761.00 | WESTLAW A MCMULLIN |
| 95E | 04/17/07 | 00020 | BONNIE G. FATELL | 1.00 | 1,955.93 | 1,955.93 | WESTLAW A MCMULLIN |
| 95E | 04/17/07 | 00020 | BONNIE G. FATELL | 1.00 | 115.86 | 115.86 | WESTLAW J MAYK |
| 64A | 04/17/07 | 00020 | BONNIE G. FATELL | 1.00 | 60.00 | 60.00 | TRAVEL EXPENSE: TRAIN ATTORNEY REIMBURSEMENT - BONNIE G. FATELL TRAVEL TO NY FOR COMMITTEE MEETING Bank ID: 210 Check Number: 47740 |
| 48 | 04/17/07 | 00020 | BONNIE G. FATELL | 1.00 | 10.00 | 10.00 | CAB FARE REIMBURSEMENT - BONNIE G. FATELL TRAVEL TO NY FOR COMMITTEE MEETING Bank ID: 210 Check Number: 47740 |
| 06 | 04/17/07 | 00020 | BONNIE G. FATELL | 1.00 | 39.00 | 39.00 | TRAVEL EXPENSE: PARKING, TOLLS - BONNIE G. FATELL TRAVEL TO NY FOR COMMITTEE MEETING Bank ID: 210 Check Number: |
| 74 | 04/17/07 | 00020 | BONNIE G. FATELL | 1.00 | 410.50 | 410.50 | TRAVEL EXPENSE: OUT-OF-TOWN LODGING - BONNIE G. FATELL TRAVEL TO NY FOR COMMITTEE MEETING Bank ID: 210 Check Number: 47740 |
| 48 | 04/17/07 | 00091 | REGINA S. KELBON | 1.00 | 9.10 | 9.10 | CAB FARE REIMBURSEMENT - REGINA STANGO KELBON TRAVEL TO NY 4/17-18/07 Bank ID: 210 Check Number: 46885 |
| 06 | 04/17/07 | 00091 | REGINA S. KELBON | 1.00 | 39.00 | 39.00 | TRAVEL EXPENSE: PARKING, TOLLS - REGINA STANGO KELBON TRAVEL TO NY 4/17-18/07 Bank ID: 210 Check Number: 46885 |
| 74 | 04/17/07 | 00091 | REGINA S. KELBON | 1.00 | 396.21 | 396.21 | TRAVEL EXPENSE: OUT-OF-TOWN LODGING - REGINA STANGO KELBON TRAVEL TO NY 4/17-18/07 Bank ID: 210 Check Number: 46885 |
| 95E | 04/18/07 | 00020 | BONNIE G. FATELL | 1.00 | 989.25 | 989.25 | WESTLAW A MCMULLIN |
| 95E | 04/18/07 | 00020 | BONNIE G. FATELL | 1.00 | 808.74 | 808.74 | WESTLAW J MAYK |
| 95E | 04/18/07 | 00020 | BONNIE G. FATELL | 1.00 | 34.83 | 34.83 | WESTLAW J MAYK |
| 30 | 04/19/07 | 00020 | BONNIE G. FATELL | 534.00 | 0.10 | 53.40 | REPRODUCTION OF DOCUMENTS |
| 95E | 04/19/07 | 00020 | BONNIE G. FATELL | 1.00 | 124.41 | 124.41 | WESTLAW A MCMULLIN |
| 95E | 04/19/07 | 00020 | BONNIE G. FATELL | 1.00 | 26.92 | 26.92 | WESTLAW L KALMAN |
| 95E | 04/19/07 | 00020 | BONNIE G. FATELL | 1.00 | 12.01 | 12.01 | WESTLAW L KALMAN |
| 58 | 04/19/07 | 00020 | BONNIE G. FATELL | 1.00 | 19.90 | 19.90 | MEETING EXPENSES - URBAN CAFE Bank ID: 210 Check Number: 45429 |
| 95E | 04/20/07 | 00020 | BONNIE G. FATELL | 1.00 | 44.03 | 44.03 | WESTLAW J MAYK |
| 24 | 04/20/07 | 00020 | BONNIE G. FATELL | 1.00 | 153.50 | 153.50 | DOCUMENT RETRIEVAL |
| 24 | 04/20/07 | 00020 | BONNIE G. FATELL | 1.00 | 16.00 | 16.00 | DOCUMENT RETRIEVAL |
| 30 | 04/22/07 | 00020 | BONNIE G. FATELL | 48.00 | 0.10 | 4.80 | REPRODUCTION OF DOCUMENTS |
| 95 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 443.83 | 443.83 | WESTLAW OULAVONG,MELIS |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |

| Cost Code | Date | Initials | Name | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 26 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE |
| 33 | 04/23/07 | 00020 | BONNIE G. FATELL | 1.00 | 178.08 | 178.08 | CONTRACTED PHOTOCOPYING |
| 30 | 04/23/07 | 02432 | TAMARA L. MOODY | 24.00 | 0.10 | 2.40 | REPRODUCTION OF DOCUMENTS |
| 64 | 04/25/07 | 00091 | REGINA S. KELBON | 1.00 | 324.00 | 324.00 | Passenger: KELBON/REGINA STANGO 64 TRAVEL EXPENSE: TRAIN Travel Date: 04/25/2007 Invoice #: 10001 Flt PHL.NYP PHL Ticket #:7041747272 |
| PACERPG | 04/25/07 | 09994 | BR PACER | 16.00 | 0.08 | 1.28 | Court ID: DEBK BR0053 IMAGE13- |
| PACERPG | 04/25/07 | 09994 | BR PACER | 30.00 | 0.08 | 2.40 | Court ID: DEBK BR0053 IMAGE13- |
| PACERPG | 04/25/07 | 09994 | BR PACER | 1.00 | 0.08 | 0.08 | Court ID: DEBK BR0053 IMAGE388 |
| PACERPG | 04/25/07 | 09994 | BR PACER | 14.00 | 0.08 | 1.12 | Court ID: DEBK BR0053 DOCKET R |
| PACERPG | 04/25/07 | 09994 | BR PACER | 14.00 | 0.08 | 1.12 | Court ID: DEBK BR0053 DOCKET R |
| PACERPG | 04/25/07 | 09994 | BR PACER | 30.00 | 0.08 | 2.40 | Court ID: DEBK BR0053 IMAGE25- |
| PACERPG | 04/25/07 | 09994 | BR PACER | 15.00 | 0.08 | 1.20 | Court ID: DEBK BR0053 DOCKET R |
| PACERPG | 04/25/07 | 09994 | BR PACER | 13.00 | 0.08 | 1.04 | Court ID: DEBK BR0053 IMAGE340 |
| 10 | 04/26/07 | 00020 | BONNIE G. FATELL | 2.90 | 0.24 | 0.70 | LONG DISTANCE TELEPHONE CALLS |
| 26 | 04/26/07 | 00020 | BONNIE G. FATELL | 1.00 | 140.00 | 140.00 | HAND DELIVERY SERVICE |
| 33 | 04/26/07 | 00020 | BONNIE G. FATELL | 1.00 | 698.37 | 698.37 | CONTRACTED PHOTOCOPYING |
| 30 | 04/26/07 | 02432 | TAMARA L. MOODY | 128.00 | 0.10 | 12.80 | REPRODUCTION OF DOCUMENTS |
| 64A | 04/26/07 | 05050 | JAMES V. MASELLA, III | 1.00 | 232.00 | 232.00 | TRAVEL EXPENSE: TRAIN ATTORNEY REIMBURSEMENT - JAMES V. MASELLA III TRAVEL TO BR WILMINGTON, DE OFFICE 4/26/07 Bank ID: 210 Check Number: 45055 |
| 48 | 04/26/07 | 05050 | JAMES V. MASELLA, III | 1.00 | 6.00 | 6.00 | CAB FARE REIMBURSEMENT - JAMES V. MASELLA III TRAVEL TO BR WILMINGTON, DE OFFICE 4/26/07 Bank ID: 210 Check Number: |
| 75 | 04/26/07 | 05050 | JAMES V. MASELLA, III | 1.00 | 8.23 | 8.23 | TRAVEL EXPENSE: OUT-OF-TOWN MEALS - JAMES V. MASELLA III TRAVEL TO BR WILMINGTON, DE OFFICE 4/26/07 Bank ID: 210 Check Number: 45055 |
| PACERPG | 04/26/07 | 09994 | BR PACER | 29.00 | 0.08 | 2.32 | Court ID: DEBK BR0343 DOCKET R |
| PACERPG | 04/26/07 | 09994 | BR PACER | 3.00 | 0.08 | 0.24 | Court ID: DEBK BR0343 IMAGE78- |
| PACERPG | 04/26/07 | 09994 | BR PACER | 30.00 | 0.08 | 2.40 | Court ID: DEBK BR0343 DOCKET R |
| PACERPG | 04/26/07 | 09994 | BR PACER | 30.00 | 0.08 | 2.40 | Court ID: DEBK BR0053 DOCKET R |
| PACERPG | 04/26/07 | 09994 | BR PACER | 29.00 | 0.08 | 2.32 | Court ID: DEBK BR0053 IMAGE12- |
| PACERPG | 04/26/07 | 09994 | BR PACER | 13.00 | 0.08 | 1.04 | Court ID: DEBK BR0053 IMAGE396 |
| PACERPG | 04/26/07 | 09994 | BR PACER | 27.00 | 0.08 | 2.16 | Court ID: DEBK BR0053 IMAGE401 |
| PACERPG | 04/26/07 | 09994 | BR PACER | 27.00 | 0.08 | 2.16 | Court ID: DEBK BR0053 IMAGE401 |
| PACERPG | 04/26/07 | 09994 | BR PACER | 17.00 | 0.08 | 1.36 | Court ID: DEBK BR0053 IMAGE402 |
| PACERPG | 04/26/07 | 09994 | BR PACER | 29.00 | 0.08 | 2.32 | Court ID: DEBK BR0053 DOCKET R |
| PACERPG | 04/26/07 | 09994 | BR PACER | 30.00 | 0.08 | 2.40 | Court ID: DEBK BR0053 IMAGE406 |
| 10 | 04/27/07 | 00020 | BONNIE G. FATELL | 1.40 | 0.24 | 0.34 | LONG DISTANCE TELEPHONE CALLS |
| 26 | 04/27/07 | 00020 | BONNIE G. FATELL | 1.00 | 130.00 | 130.00 | HAND DELIVERY SERVICE |
| 33 | 04/27/07 | 00020 | BONNIE G. FATELL | 1.00 | 560.26 | 560.26 | CONTRACTED PHOTOCOPYING |

Client:127340 - NEW CENTURY OFFICIAL COMMITTEE OF   6/27/2007 12:09:09 PM

| Cost Code | Date | Initials | Name | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| PACERPG | 04/27/07 | 09994 | BR PACER | 25.00 | 0.08 | 2.00 | Court ID: DEBK BR0053 IMAGE411 |
| PACERPG | 04/27/07 | 09994 | BR PACER | 27.00 | 0.08 | 2.16 | Court ID: DEBK BR0053 IMAGE411 |
| PACERPG | 04/27/07 | 09994 | BR PACER | 29.00 | 0.08 | 2.32 | Court ID: DEBK BR0053 IMAGE413 |
| PACERPG | 04/27/07 | 09994 | BR PACER | 16.00 | 0.08 | 1.28 | Court ID: DEBK BR0053 IMAGE414 |
| 24 | 04/29/07 | 00020 | BONNIE G. FATELL | 1.00 | 368.10 | 368.10 | DOCUMENT RETRIEVAL |
| 24 | 04/29/07 | 00020 | BONNIE G. FATELL | 1.00 | 12.00 | 12.00 | DOCUMENT RETRIEVAL |
| 220 | 04/29/07 | 05017 | TODD KORETZKY | 1.00 | 23.78 | 23.78 | SEAMLESSWEB BUSINESS MEALS Invoice Number: 196403 Order ID: 54467622 |
| 95 | 04/30/07 | 00020 | BONNIE G. FATELL | 1.00 | 266.16 | 266.16 | WESTLAW MAYK,JOSEPH E |
| 93 | 04/30/07 | 00020 | BONNIE G. FATELL | 1.00 | 45.30 | 45.30 | E-SERVICES (E-FILING, CD DUPLICATION, EMAIL) |
| 30 | 04/30/07 | 00085 | JOEL C. SHAPIRO | 514.00 | 0.10 | 51.40 | REPRODUCTION OF DOCUMENTS |
| PACERPG | 04/30/07 | 09994 | BR PACER | 22.00 | 0.08 | 1.76 | Court ID: DEBK BR0053 IMAGE458 |
| PACERPG | 04/30/07 | 09994 | BR PACER | 24.00 | 0.08 | 1.92 | Court ID: DEBK BR0053 IMAGE462 |
| PACERPG | 04/30/07 | 09994 | BR PACER | 29.00 | 0.08 | 2.32 | Court ID: DEBK BR0053 IMAGE464 |
| PACERPG | 04/30/07 | 09994 | BR PACER | 13.00 | 0.08 | 1.04 | Court ID: DEBK BR0053 IMAGE464 |
| PACERPG | 04/30/07 | 09994 | BR PACER | 13.00 | 0.08 | 1.04 | Court ID: DEBK BR0053 IMAGE467 |
| PACERPG | 04/30/07 | 09994 | BR PACER | 30.00 | 0.08 | 2.40 | Court ID: DEBK BR0053 DOCKET R |
| PACERPG | 04/30/07 | 09994 | BR PACER | 12.00 | 0.08 | 0.96 | Court ID: DEBK BR0053 IMAGE274 |
| PACERPG | 04/30/07 | 09994 | BR PACER | 2.00 | 0.08 | 0.16 | Court ID: DEBK BR0053 IMAGE274 |
| PACERPG | 04/30/07 | 09994 | BR PACER | 22.00 | 0.08 | 1.76 | Court ID: DEBK BR0053 IMAGE274 |
| PACERPG | 04/30/07 | 09994 | BR PACER | 28.00 | 0.08 | 2.24 | Court ID: DEBK BR0053 IMAGE274 |
| | | | | | | | |
| | | | GRAND TOTAL | 2,028.30 | | 14,264.98 | |