IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
NEW CENTURY TRS HOLDINGS, INC.                    Case No. 07-10416-KJC
      Debtor                                        (Chapter 11)
COUNTRYWIDE HOME LOANS                             Ref: Docket No.__1708__
      Movant

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
      Attorneys for the Movant
   v.
NEW CENTURY TRS HOLDINGS, INC, et
al.
      Respondents

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion")

filed by Countrywide Home Loans ("CHL"), and any response thereto, and good cause having

been shown, it is hereby

      **ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

      **ORDERED,** that the Automatic Stay is terminated allowing CHL to exercise its rights

under applicable law against the Debtor's Property more particularly described in the Mortgage

which has the address of 623 E. Walnut ST., Kokomo, IN 46901 ("Property"), including, but not

limited to foreclosure against the Property under the Mortgage.


Date:_____          BY THE COURT:


                        _____
                        U.S. Bankruptcy Court Judge