# ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : |
| | : Jointly Administered |
| | : |
| Debtors. | : Re: Docket No. 1087 |
| | : |
| | : |

## ORDER GRANTING FIRST AND FINAL APPLICATION OF COMPENSATION DESIGN GROUP, INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COMPENSATION SPECIALISTS FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM APRIL 2, 2007 THROUGH MAY 8, 2007

Compensation Design Group, Inc. ("CDG"), having filed its First and Final Application of CDG for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Compensation Specialists for the Debtors and Debtors in Possession for the Period From April 2, 2007 through and including May 8, 2007 (the "Final Application").; and the Court having reviewed the Final Application; and the Court having been satisfied that sufficient notice of the Final Application has been provided pursuant to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Expenses of Professionals, dated April 25, 2007 [Docket No. 389] (the "Administrative Order") (the "Administrative Order"), and that no other or further notice is required, and the Court having afforded all persons with standing an opportunity to be heard on the Final Application at a hearing held to consider approval of the Final Application;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Final Application is GRANTED.

2. Capitalized terms not otherwise defined herein have the meaning given to them in the Final Application.

3. CDG is awarded, on a final basis, the sum of $64,000.00 as compensation for necessary professional services and $0.00 as reimbursement of actual and necessary costs and expenses for the period April 2, 2007 through May 8, 2007. Such amount shall be paid within three business days of the entry of this Order.

4. This Court retains jurisdiction to interpret, implement and enforce the provisions of this Order.

Dated: June 27, 2007
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE