# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | New Century TRS Holdings, Inc. | | |
| **Case Number:** | 07-10416-KJC | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, JUNE 27, 2007 10:00 AM   CRT#5, 5TH FL. | | |
| **Bankruptcy Judge:** | KEVIN J. CAREY | | |
| **Courtroom Clerk:** | NANCY HUNT | | |
| **Reporter / ECR:** | N/A | | |

## *Matter:*

Omnibus

**R / M #:**   1,649 /  0

## *Appearances:*

See Sign in Sheet

## *Proceedings:*

Agenda Item
#1, 2, 3 - Continued to 7/16/07
#4, 5 and 6 - Continued to 7/31/07
#7 through 14 - Orders Signed
#15 - Order Due
#16 - No One Appeared for Movant
#17 - Order Signed
#18 - Order Signed
#19 - Combined with #27
#20 - Order Signed
#21 - Continued to 7/16/07
#22 - Order Due
#23 - Order Due
#24 - Order Due
#25 - Order Due
#26 - Order Due
#27 - Order Due
#28 - Supplemental Affidavit to be Filed
#29 - Order Due
#30 - Continued to 7/16/07