**SIGN-IN-SHEET**

CASE NAME: New Century TRS Holdings, Inc.  COURTROOM LOCATION: 5
CASE NO.: 07-10416-KJC  DATE: June 27, 2007
PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David R. Hurst | Skadden, Arps | Greenwich Management Group |
| Mark Minuti | Saul Ewing LLP | Examiner |
| Edward Fox | KL Gates | Examiner |
| Stan Tapetzes | " | " |
| Jeffrey S Goddess | Rosenthal Monhait & Goddess | Kodiak Funding |
| Michael Merchant | Richards Layton | Debtor |
| Mark Collins | " | " " |
| Russ Silberglied | " | " " |
| Jim Calaney | Rochulse, Stage, Ziegel Young & Jones & Weintraub | DIP Lenders |
| Michael Westor | YCST | CSFB |
| Douglas Deutsch | Chadbourne & Parke | " |
| David Fortune | Gebhardt & Smith LLP | GE Capital |
| Christina Thompson | Connolly Bove Lodge & Hutz | Rubio et al |

# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.  **COURTROOM LOCATION:** 5
**CASE NO.:** 07-10416-KJC  **DATE:** June 27, 2007

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kathy Miller | Smith Katzenstein | Baypoint / FIS |
| Gerald Hagen | McCullogh & McKenzy | Hollingsworth Oil |
| Greg Taylor | Ashby & Geddes | UBS Real Estate Securities, Inc. |
| Bonnie Glantz Fatell | Blank Rome | Creditors Comm. |
| Ben Logan | Bensch Friedler | Morris Tuck |
| Ben Coleman | Allen & Overy LLP | Equifirst Corp / Barclays Bank |
| (illegible) | (illegible) | (illegible) |
| Joe McMahon | USDOT | UST |
| William Chapman | Edwards Angell Palmer + Dodge LLP | Countrywide Bank CF |
| Kevin Manson | Morrack + Maloca | Oracle |
| Steven Kortanek | Womble Carlyle | Carrington |

**SIGN-IN-SHEET**

**CASE NAME:** New Century TRS Holdings, Inc.  
**CASE NO.:** 07-10416-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** June 27, 2007

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Etkin | Lowenstein Sandler | N.Y.S. Teachers Retirement System |
| Mark Indelicato | Hahn & Hessen | Committee |
| Mark Power | " | " |
| Janine Cerbone | " | " |
| Bonnie Fatell | Blank Rome | " |
| Jane Kim | Orrick Gottlieb | Goldman Sachs Mortgage Company |
| Joseph H. Huston, Jr. | Stevens + Lee | DB Fitego Bank Beneficiaries |
| Eric Mo Sofka | The Brund Firm | Matrix Real Estate Capital, Inc. |
| Richard Bernard | Baker Hostetler | Fidelity National Info. Serv. / Bagelmit Analytics |
| Laurie Selber Silverstein | Potter Anderson & Corroon | Bank of America |
| Colored MacLeod | " | " |
| Jeffrey Milton | Milbank Tweed Hadley & McCloy | Morgan Stanley |
| Chris Ward | Klehr Harrison | Goldman Sachs |

# Court Conference

**Calendar Date:** 06/27/2007
**Calendar Time:** 10:00 AM

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey
#5

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1790161 | Rachel Strickland | 212-728-8000 | Willkie Farr & Gallagher LLP | Interested Party, Citdel / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1790189 | Matthew Feldman | 212-728-8000 | Willkie Farr & Gallagher LLP | Interested Party, Citdel / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1790500 | Angela Somers | 212-504-6404 | Cadwalader Wickersham & Taft | Debtor, New Century TRS Holdings, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1786423 | Ben Logan | 213-430-7704 | O'Melveny & Myers | Debtor, New Century TRS Holdings, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1786866 | James M. Trush | 714-384-6390 | Trush Law Office, APC | Petitioner, Daniel Rubio / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 (07-50875) | Hearing | 1761583 | Barry Freeman (60389-0072) | 310-785-5367 | Jeffer, Mangels, Butler & Marmaro | Creditor, Union Bank of California / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1783742 | Marti Murray | 212-582-5505 | Murray Capital Management, Inc. | Interested Party, Murray Capital Management, Inc. / LISTEN ONLY |
| | | New Century TRS Holdings, Inc. | 07-10416 (07-50962) | Hearing | 1783798 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Interested Party, Credit Suisse First Boston Mortgage Capital LLC / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1783804 | Richard Agins | 860-240-2840 | Bingham McCutchen, LLP | Creditor, DB Structured Products / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1783808 | Andrew Gallo | 617-951-8117 | Bingham McCutchen, LLP | Creditor, DB Structured Products / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1787466 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP (90121NY) | Creditor, Bank of America, NA / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1787480 | Margot Schonholtz | 212-836-8000 | Kaye Scholer LLP (90121NY) | Creditor, Bank of America, NA / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1787498 | Kimberly Newmarch | 312-499-6057 | Paul, Hastings, Janofsky & Walker | Creditor, UBS / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1787516 | Thomas Kiriakos | 312-782-0600 | Mayer Brown Rowe & Maw, LLP | Interested Party, Carrington Capital Management, LLC / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1787545 | Sean Scott | 312-701-8310 | Mayer Brown Rowe & Maw, LLP | Interested Party, Carrington Capital Management, Inc. / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1788360 | Bennett Spiegel | 213-680-8203 | Kirkland & Ellis (CC-913) | Creditor, Greenwich Capital Financial Products, Inc. & The CIT Group Bus. Credit, Inc. / LIVE |
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1788394 | Shirley Cho | 213-680-8242 | Kirkland & Ellis (CC-913) | Creditor, Greenwich Capital Financial Products, Inc. & The CIT Group Bus. Credit, Inc. / LIVE |
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1789963 | Amish Doshi | 212-297-5828 | Day Pitney, LLP (9041156) | Creditor, Oracle USA, Inc / LIVE |