IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.[1], | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedures and section 1109(b) of title 11 of the United States Code, the following counsel enters their appearance on behalf of Daniel J. Rubio, John Hicks, David Vizcarra, individuals on behalf of themselves, all others similarly situated and the general public, (Plaintiffs in the action entitled <u>Rubio, et. al. v. New Century Mortgage Corporation</u>, United States District Court, Central District of California Case No. CV06-811 CJC (AJWx) hereinafter "Rubio Action"), and request that all notices given or required to be given, and all papers served in this case, be delivered to and served upon the following at

---

[1]     The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; Ncoral, L.P. a Delaware limited partnership.

their offices at the addresses set forth below, and that the following be added to the general matrix and all special or limited matrices in this matter.

All motions, pleadings, notices, applications and other papers should be served upon:

>James M. Trush, Esq.
>TRUSH LAW OFFICE
>695 Town Center Drive, Suite 700
>Costa Mesa, CA 92626-7187
>Telephone: (714) 384-6390
>Facsimile:   (714) 384-6391
>Email: jtrush@earthlink.net

Dated: June 28, 2007

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Karen C. Bifferato*

Karen C. Bifferato (No. 3279)
Marc J. Phillips (No. 4445)
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile:   (302) 658-5614
and
James M. Trush, Esq. (SBN 140088)
TRUSH LAW OFFICE
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7187
Telephone: (714) 384-6390
Facsimile: (714) 384-6391

*Attorneys for Movants Daniel J. Rubio, John Hicks, David Vizcarra, individuals on behalf of themselves, all others similarly situated and the general public*

M:\Rubio\Pld\Bankruptcy Court\Ntc of Appear & Dmd for Ntc 06-27-07\403.001