# EXHIBIT A

1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2      Including Professional Corporations
   GREG S. LABATE, Cal. Bar No. 149918
3  KIMBERLY LETCHER, Cal. Bar No. 223391
   650 Town Center Drive, 4th Floor
4  Costa Mesa, California  92626-1993
   Telephone:     714-513-5100
5  Facsimile:     714-513-5130

6  Attorneys for NEW CENTURY MORTGAGE
   CORPORATION
7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9            FOR THE COUNTY OF ORANGE, CIVIL COMPLEX CENTER

10

11 | DANIEL J. RUBIO, on behalf of himself, all        Case No. 05CC00063
     others similarly situated and the general
12 | public,                                           Assigned For All Purposes To:
                                                        The Honorable Stephen J. Sundvold
13 |                Plaintiffs,                         Department CX105

14 |     v.                                             DEFENDANT NEW CENTURY
                                                        MORTGAGE CORPORATION'S
15 | NEW CENTURY MORTGAGE                               RESPONSES TO PLAINTIFF'S FIRST
     CORPORATION, a California corporation;             SET OF SPECIAL INTERROGATORIES
16 | and DOES 1 to 100, inclusive,

17 |                Defendants.                         Complaint Filed: March 21, 2005
                                                        Trial Date:     None Set
18

19

20 | PROPOUNDING PARTY:        Plaintiff Daniel J. Rubio

21 | RESPONDING PARTY:         Defendant New Century Mortgage Corporation

22 | SET NO.:                  One

23

24

25

26

27

28

                                              -1-

1       Pursuant to the California Code of Civil Procedure, Defendant New Century

2   Mortgage Corporation ("Defendant") hereby responds and objects to the First Set of Special

3   Interrogatories propounded by Plaintiff Daniel Rubio ("Plaintiff") as follows:

4

5                           **PRELIMINARY STATEMENT**

6       Defendant has not completed its investigation of the facts relating to this case, has

7   not completed its depositions in this action and has not completed its written discovery. The

8   following responses are based upon information known to Defendant at this time. It is anticipated

9   that discovery, further investigation, and legal research and analysis will supply additional facts,

10  add meaning to known facts and establish entirely new factual and legal contentions; all of which

11  may lead to substantial additions to, changes in and variations from the contentions and responses

12  set forth herein. These responses are made without prejudice to Defendant's right to develop and

13  use other information not provided herein, including without limitation subsequently discovered

14  information and information presently known to Defendant but whose specific relevancy,

15  significance or applicability to the subject matter of this lawsuit has not yet been ascertained at any

16  evidentiary hearing or trial regarding this matter.

17      Defendant assumes no obligation to voluntarily supplement or amend these

18  responses to reflect information, evidence, documents or things discovered following service of

19  these responses. Nevertheless, these responses are given without prejudice to subsequent revision

20  or supplementation, including objections, based upon any information, evidence and

21  documentation which hereinafter may be discovered.

22

23                          **GENERAL OBJECTIONS**

24      Defendant objects to each and every interrogatory to the extent that it seeks

25  information privileged against disclosure by the attorney client privilege and/or the attorney work

26  product privilege.

27

28

1         Defendant objects to each and every interrogatory to the extent it seeks information

2    that is protected from disclosure by, among other things, the California Constitution's right of

3    privacy and other privacy privileges.

4

5         Subject to the foregoing Preliminary Statement and General Objections, which are

6    hereby incorporated by reference into each response set forth below, whether or not specifically

7    referenced in each response, Defendant responds and objects to Plaintiff's First Set of Special

8    Interrogatories as follows:

9

10         **RESPONSES TO SPECIAL INTERROGATORIES**

11

12    SPECIAL INTERROGATORY NO. 1:

13         How many putative CLASS MEMBERS are there?

14         {"CLASS MEMBER" refers to the putative class and means any PERSON who

15    worked for YOU in the State of California in the position of "Loan Officer" or any job position

16    with substantially similar title and duties during the RELEVANT TIME PERIOD.}

17         {"PERSON" includes a natural person, firm, association, organization, partnership,

18    business, trust, corporation, or public entity.}

19         {"DEFENDANT," YOU," "YOUR" or "YOURS" refers to RESPONDING

20    PARTY, and includes YOUR officers, directors, managing agents, parent corporation,

21    subsidiaries, agents, attorneys, their agents, their employees, investigators, and anyone else acting

22    or who has acted on YOUR behalf.}

23         {"RELEVANT TIME PERIOD" means the period from four (4) years before the

24    filing of the Complaint herein through the time of final judgment in this matter. }

25

26    RESPONSE TO SPECIAL INTERROGATORY NO. 1:

27         Defendant hereby incorporates its general objections into this response. Defendant

28    objects to this interrogatory on the grounds that the definition of the term "CLASS MEMBER" is

1   vague and ambiguous. Defendant objects to this interrogatory on the grounds that it is overbroad,

2   oppressive, and unduly burdensome. Defendant objects to this interrogatory on the grounds that it

3   seeks class information even though no class has yet been certified. Defendant objects to this

4   interrogatory on the grounds that it assumes facts not yet established. Subject to and without

5   waiving these objections, Defendant responds as follows:   Defendant has employed

6   approximately 1278 persons in California as Loan Officers from March 21, 2001 to the present.

7

8   SPECIAL INTERROGATORY NO. 2:

9           IDENTIFY each putative CLASS MEMBER.

10         {"IDENTIFY" in the context of a PERSON means the individual's name,

11   occupation, last known business address, last known business telephone number, last known

12   residence address and last known residence telephone number.}

13

14   RESPONSE TO SPECIAL INTERROGATORY NO. 2:

15         Defendant hereby incorporates its general objections into this response. Defendant

16   objects to this interrogatory on the grounds that it seeks information that is protected from

17   disclosure by, among other things, the California Constitution's right of privacy and other privacy

18   privileges. Defendant objects to interrogatory on the grounds that it violates California Code of

19   Civil Procedure Section 2030(c)(5) in that it is compound, conjunctive, and/or disjunctive.

20   Defendant objects to this interrogatory on the grounds that the definition of the term "CLASS

21   MEMBER" is vague and ambiguous. Defendant objects to this interrogatory on the grounds that it

22   is overbroad, oppressive, unduly burdensome and designed to harass. Defendant objects to this

23   interrogatory on the grounds that it seeks class information even though no class has yet been

24   certified. Defendant objects to this interrogatory on the grounds that it assumes facts not yet

25   established.

26

27

28

1  DATED: June 15, 2005

2  SHEPPARD MULLIN RICHTER & HAMPTON LLP

3

4  By

5  Greg S. Labate
   Attorneys for Defendant
   NEW CENTURY MORTGAGE CORPORATION

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## VERIFICATION

2

Having read the foregoing **DEFENDANT NEW CENTURY MORTGAGE
CORPORATION'S RESPONSES TO PLAINTIFF'S FIRST SET OF SPECIAL
INTERROGATORIES**, I, the undersigned, say:

3

4

<u>xx</u>   I am <u>Vice President, Associate Relations</u> of <u>New Century Mortgage Corporation</u>, a party to
this action, and am authorized to make this verification for and on its behalf, and I make
this verification for that reason. I have read the above document and know its contents. I
am informed and believe and on that ground allege that the matters stated in it are true.

5

6

7

—   I am a party to this action. I have read the above document and know its contents. The
matters stated in it are true of my own knowledge except as to those matters which are
stated on information and belief, and as to those matters I believe them to be true.

8

9

—   I am one of the attorneys for _____ a party to this action. Such
party is absent from the County of Orange, California, where such attorneys have their
office, and I make this verification for and on behalf of that party for that reason. I have
read the above document and know its contents. I am informed and believe and on that
ground allege that the matters stated in it are true.

10

11

12

I declare, under penalty of perjury under the laws of the State of California, that the
foregoing is true and correct.

13

Executed on June *15*, 2005 at _____ , California.

14

15

By _____
                Marie Bianchini

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

### STATE OF CALIFORNIA. COUNTY OF ORANGE

I am employed in the County of Orange; I am over the age of eighteen years and not a party to the within entitled action; my business address is 650 Town Center Drive, 4th Floor, Costa Mesa, California 92626-1925.

On **June 15, 2005**, I served the following document(s) described as:

**DEFENDANT NEW CENTURY MORTGAGE CORPORATION'S RESPONSES TO PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

James M. Trush, Esq.  
TRUSH LAW OFFICE  
695 Town Center Drive, Suite 700  
Costa Mesa, CA 92626

Kevin T. Barnes, Esq.  
Gregg Lander, Esq.  
LAW OFFICES OF KEVIN T. BARNES  
5670 Wilshire Boulevard, Suite 1460  
Los Angeles, CA 90036

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **June 15, 2005**, at Costa Mesa, California.

_____
Patricia Ruby

W02-OC:BKAL1\41392613.1

DEFENDANT NEW CENTURY MORTGAGE CORPORATION'S RESPONSES TO PLAINTIFF'S
FIRST SET OF SPECIAL INTERROGATORIES

# EXHIBIT B



ATTORNEYS AT LAW

650 Town Center Drive | 4th Floor | Costa Mesa, CA 92626-1993
714-513-5100 *office* | 714-513-5130 *fax* | *www.sheppardmullin.com*

Greg S. Labate
Writer's Direct Line: 714-424-2823
glabate@sheppardmullin.com

Our File Number: 05CV-116988

December 28, 2006

Via Hand Delivery
James M. Trush, Esq.
Trush Law Office
695 Town Center Drive, Suite 700
Costa Mesa, California 92626

        Re:    Daniel Rubio v. New Century Mortgage Corporation, et. al.
                 United States District Court Case No. SACV06-811 CJC (AJWx)

Dear Mr. Trush:

        Pursuant to the Court's Order, enclosed please find (1) the Declaration of Starla Yamauchi; and (2) the updated list of class members in Excel format.

        Also, pursuant to the Court's Order and our discussion last week, Defendant hereby agrees to lift the "mediation only" restriction from the documents produced to Plaintiff under the "Agreement Regarding Use Of Documents Produced At Mediation Only," in lieu of having to reproduce said documents.

                        Sincerely,

                        Greg S. Labate

        for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

W02-WEST:NLM\400149859.1

CLASS MEMBERS

| Entry | Employee ID | Mediation ID | DOH | 1st DOT | DO R/H | 2nd DOT | Central Ops Location |
|---|---|---|---|---|---|---|---|
| 1 | 01084 | | 06/18/01 | 07/13/01 | | | YES |
| 2 | 01252 | | 08/14/01 | 09/14/01 | | | YES |
| 3 | 01330 | | 03/06/01 | 06/18/01 | | | YES |
| 4 | 01437 | | 08/13/02 | 09/19/02 | | | |
| 5 | 01441 | | 12/10/02 | 12/30/02 | | | YES |
| 6 | 01871 | | 09/25/00 | 09/01/98 | | | |
| 7 | 02037 | | 05/03/04 | 08/04/04 | | | YES |
| 8 | 02074 | | 06/26/01 | 02/01/02 | | | |
| 9 | 02147 | | 11/10/97 | 10/18/02 | | | YES |
| 10 | 02175 | | 01/02/97 | 11/30/00 | | 04/17/01 | |
| 11 | 02183 | | 01/05/98 | 01/31/03 | | | |
| 12 | 02195 | | 10/27/97 | 05/16/05 | | | |
| 13 | 02232 | | 04/16/01 | 09/17/98 | | 07/28/02 | |
| 14 | 02249 | | 02/03/97 | 02/28/01 | | 01/31/03 | |
| 15 | 02313 | | 02/09/98 | 08/31/01 | | | |
| 16 | 02332 | | 01/02/98 | 09/02/03 | | | |
| 17 | 02341 | | 09/20/01 | 06/27/02 | | | YES |
| 18 | 02346 | | 02/09/98 | 02/28/03 | | | |
| 19 | 02349 | | 06/08/98 | 06/08/98 | | 03/26/04 | |

CLASS MEMBERS

| Entry | Employee ID | Mediation ID | DOH | 1st DOT | DO R/H | 2nd DOT | Central Ops Location |
|-------|-------------|--------------|----------|----------|--------|---------|----------------------|
| 1534 | 31794 | | 09/05/06 | | | | |
| 1535 | 31801 | | 09/02/06 | 09/12/06 | | | |
| 1536 | 31821 | | 08/28/06 | | | | |
| 1537 | 31862 | | 09/08/06 | | | | |
| 1538 | 31867 | | 09/11/06 | | | | |
| 1539 | 31868 | | 09/06/06 | | | | |
| 1540 | 31876 | | 09/11/06 | | | | |
| 1541 | 31877 | | 09/06/06 | | | | |

# EXHIBIT C



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.    SA CV06-00811-CJC(AJWx)                              Date    November 7, 2006

Title    Daniel J. Rubio, etc. -v- New Century Mortgage Corp., etc., et al.

---

Present: The Honorable    CORMAC J. CARNEY

| Debra Beard | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Not Present                                          Not Present

Proceedings:            (In Chambers)

The Court has received Early Meeting of Counsel filed October 19, 2006.
Counsel shall file motion for class certification on or before April 5, 2007.
The Court will defer setting further case management dates until after ruling
on motion for class certification.

The Clerk is directed to serve a copy of this minute order on counsel for all
parties in this action.

DOCKETED ON CM

NOV 1 3 2006

BY _____ 178

Initials of Preparer:

Initials of Deputy Clerk:

3.1

# EXHIBIT D

1

2

3

4

5

6

7

8

9    UNITED STATES DISTRICT COURT

10    CENTRAL DISTRICT OF CALIFORNIA

11    SOUTHERN DIVISION

12  DANIEL J. RUBIO, etc.           SA CV06-00811-CJC(AJWx)

13        Plaintiffs,              **NOTICE OF INTENT TO SCHEDULE**
                                    **THE CASE**
14        v.



15  NEW CENTURY, etc., et al.

16        Defendants,

17

18

19        **TO ALL COUNSEL OF RECORD,** notice is hereby given that on

20  December 29, 2006, the Court will issue a Scheduling Order pursuant to Federal

21  Rule of Civil Procedure 16(b) establishing dates for the completion of discovery,

22  the filing of motions, pretrial conference, and trial in the above entitled case. No

23  scheduling conference will be held unless ordered by the Court.

24        The parties are **HEREBY ORDERED** to hold an early meeting of counsel

25  not later than 21 days in advance of the above date, and to file a report of such

26  meeting not later than 14 days thereafter in accordance with Federal Rule of Civil

27  Procedure 26(f) and Local Rule 26-1. In scheduling the case, the Court will rely

28  upon the pleadings, as well as the Rule 26(f) report. Counsel are referred to



1    Federal Rule of Civil Procedure 26(f) and Local Rule 26-1 for the specific

2    requirements of the report. In addition, counsel are directed to provide the

3    specific reasons for their selection of a particular discovery cutoff date.

4

5       IT IS SO ORDERED.

6       IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies

7    of this Order on counsel for the parties in this matter.

8

9    DATED: October 30, 2006

10

11                  CORMAC J. CARNEY
                   United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

# EXHIBIT E

```
┌─────────────────────┐
│  DOCKETED ON CM     │
│                     │
│   DEC 1 5 2006      │
│                     │
│ BY      058         │
└─────────────────────┘
```

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

SCANNED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES--GENERAL

Case No. CV 06-0811 CJC (AJWx)        Date: December 15, 2006

Title: DANIEL J. RUBIO v. NEW CENTURY MORTGAGE CORP., ET AL.

========================================================================

PRESENT:   HON. ANDREW J. WISTRICH, MAGISTRATE JUDGE

         Ysela Benavides
         Deputy Clerk                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
       None Present                        None Present


ORDER REGARDING PLAINTIFF'S MOTIONS TO COMPEL FURTHER RESPONSES AND
PRODUCTION CONCERNING REQUESTS FOR PRODUCTION SET THREE AND SET SIX

Plaintiff's motion is granted in part and denied in part.

Defendant shall produce to plaintiff a copy of the declaration of
the paralegal mentioned during the hearing on this motion within 11
days.  Thereafter, defendant shall produce either that paralegal or
a Rule 30(b)(6) designee, at plaintiff's option, for deposition
regarding the manner in which the employee list utilized by
defendant was constructed and manner in which defendant selected
employees for whom documents have been produced to date. The
deposition is limited to two hours in duration, shall not count
against the limit of ten depositions, and must occur within 30 days
unless plaintiff agrees otherwise.

All documents responsive to the requests at issue in this motion
must be produced; provided however, that the total number of
employees as to which documents must be produced is limited to 200.
Defendant already has produced some or all of the documents for
between 100 and 150 employees.[1] Defendant must produce the
remaining documents relating to the employees for which only some
documents previously were produced within 30 days. In addition,
defendant must provide plaintiff with a list of all relevant
employees within 11 days.  Plaintiff may use whatever methodology
he wishes in selecting the additional employees, but he must
describe his methodology to defendant in writing before filing his
motion for class certification. Insofar as additional employees
selected by plaintiff are concerned, the 30 day deadline for

_____
    [1]    Defendant apparently produced some of these documents on
a "for use in mediation only" basis. Defendant may choose between
waiving that restriction in writing within 11 days or producing the
documents again within 30 days.

production of documents shall run from the date on which plaintiff notifies defendant in writing of the identities of the additional employees which it has selected.

Defendant's concerns about privacy or confidentiality are addressed as follows. No redactions are permitted, but all documents produced shall be maintained by plaintiff's counsel as strictly confidential on an attorney's eyes only basis may be used only for the purposes of litigating this case. Access by plaintiff's counsel of record, plaintiff's experts (whether testifying or non-testifying), and employees of plaintiff's counsel (such as paralegals and secretaries) is allowed. Such restrictions shall expire on March 1, 2006 unless the court orders otherwise. Hopefully, the parties will be able to agree upon some combination of redaction and narrower confidentiality protection in the meantime.

Any documents responsive to the requests at issue in this motion which are withheld by defendant on the basis of attorney work product protection, attorney-client privilege, or any other applicable privilege or protection must be listed on a privilege log.

Plaintiff's request for an award of monetary sanctions is denied.

IT IS SO ORDERED.

cc:  Parties

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk

2

# EXHIBIT F

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          :       Chapter 11
                                                :
NEW CENTURY TRS HOLDINGS,                        :       Case No. 07-[____] (___)
INC., a Delaware corporation, et al.,[1]         :
                                                :       Jointly Administered
                     Debtors.                    :

## NOTICE OF FILING

PLEASE TAKE NOTICE that the above-captioned debtors and debtors-

in-possession have today filed the attached **Creditor List** with the United States

Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware

19801.

Dated: April 2, 2007                        Respectfully submitted,
       Wilmington, Delaware

                                            Mark D. Collins (No. 2981)
                                            Michael J. Merchant (No. 3854)
                                            RICHARDS, LAYTON & FINGER, P.A.
                                            One Rodney Square
                                            P.O. Box 551
                                            Wilmington, Delaware 19899
                                            (302) 651-7700

                                                     -and-

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New
Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New
Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation
(f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New
Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a
California corporation; Home123 Corporation (f/k/a The Anyloan Corporation,
1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation
(f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC
Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a
Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century
R.E.O. Corp , a California corporation; New Century R.E.O. II Corp., a California corporation;
New Century R.E O. III Corp., a California corporation; New Century Mortgage Ventures, LLC
(d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello
Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services,
Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC
Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

RLF1-3133843-1

D 4|2|07

Suzzanne S. Uhland
Austin K. Barron
Emily R. Culler
Ana Acevedo
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California  94111
(415) 984-8700

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

NEW CENTURY
Consolidated Creditor Name

| Creditor Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zipcode | Country |
|---|---|---|---|---|---|---|---|---|
| Daniel Coda | | 2220 Livingston St Ste 211 | | | Oakland | CA | 94606 | |
| Daniel Craig Yarwagner | Appraisal & Property Bonds | 2824 S Ainsworth Ave | | | Tabima | WA | 98409 | |
| Daniel Curtel | | 15920 Dallas St | | | Hesperia | CA | 92345 | |
| Daniel Decker | | 3018 Ashmere Ln | | | Woodridge | IL | 60517 | |
| Daniel D Buchanan | | 3528 E Hopkins Rd | | | Gilbert | AZ | 85297 | |
| Daniel D Jay | Appraisal Amzeco | 2330 South Mcclintock Dr | | | Tempe | AZ | 82612 | |
| Daniel D Smith & Associates | | 23730 107th Pl W | | | Edmonds | WA | 96508 | |
| Daniel D Yong LLC | | Interstate | | | | | | |
| Daniel Daphane | | 88 Kentland Dr | | | | | | |
| Daniel Darosa | Itasca Wholesale | Interstate | | | Roseville | IL | 60446 | |
| Daniel E Matalean | 1 2353 1 100 | 2716 Lisbeth Ave | | | Anaheim | CA | 92806 | |
| Daniel E Matalean | | 8233 Chid Pepper St | | | Las Vegas | NV | 89119 | |
| Daniel E Ramirez | | 1870 Kennedy Rd | | | Saint Clair | MI | 48079 | |
| Daniel Edward Schuler | | 1819 John F Kennedy Blvd Ste 480 | | | | | | |
| Daniel Edwards Financial Group Inc | | 8655 1/2 Venice Blvd | | | Philadelphia | PA | 19103 | |
| Daniel Ernesi Salazar | | 378 N Pine St | | | Los Angeles | CA | 90034 | |
| Daniel Erazo | | 565 Cuvina Ct | | | Orange | CA | 92868 | |
| Daniel F Campbell Enq | | 2608 Tyrer Ct | | | Largo | SC | 29458 | |
| Daniel F Mccordey | | 850 Heritage Dr | | | Columbus | IN | 38401 | |
| Daniel F Bicsel | | 1509 Wilshire Blvd | | | Addison | TX | 60101 | |
| Daniel Foltman | | 555 Oual Court | | | Chicago | IL | 60622 | |
| Daniel Frank Campbell | | 15530 Thoroughwood Ct | | | Largo | SC | 29458 | |
| Daniel G Anderson | | 45 Candia St | | | Cuiosa | CA | 95628-7221 | |
| Daniel G Kennedy | | 2882 Cricket Ln | | | Tustin | CA | 92780 | |
| Daniel G Musgrove | | 6833 Lemoya Dr | | | Willoughby | OH | 44092 | |
| Daniel G Williams | | 244 V Mara | | | Jacksonville | FL | 33277 | |
| Daniel Garza Jr | | 1641 E Kreo Ln | | | Brownside | CA | 78621 | |
| Daniel Gogaro | | 3113 South Grape Way | | | Huntington Beach | CA | 92647 | |
| Daniel Gregory Molina | | Pra Philadelphia Whitevear | | | Denver | CO | 80222-0000 | |
| Daniel Grichen | | 2680 Del Paso Blvd | | | | | | |
| Daniel II Tucker | | 43-209J Enos Ct | | | Sedarrolo | CA | 16916 | |
| Daniel II Welch | | 1853 Whiley Ave 315 | | | Si Charies | FL | 60376 | |
| Daniel Hagan | Hagen Appraisal Service | PO Box 2905 | | | Los Angeles | CA | 90028 | |
| Daniel Hartmann | | 1509 Augustina Sprngs Dr | | | Payson | AZ | 65547 | |
| Daniel Herbert Nesbitt | | 88 St Patrokk Court | | | San Marcos | CA | 78466 | |
| Daniel Hernandez | | 2106 3 James Bowman | | | Donato | TX | 94926 | |
| Daniel Hnu Chau | | 17432 La Voyage Dr | | | Leon Valley | TX | 78238 | |
| Daniel Hinostroza | | 955 Cabin Court | | | Golden Grove | CA | 92844 | |
| Daniel Hoffman | | 5650 Rowland Ave | | | San Jose | CA | 95158 | |
| Daniel Hoornian | | | | | Littleton | CO | 80128 | |
| Daniel Campbell | | 21782 Sierra Pela | | | | | | |
| Daniel J Perez | | 4545 Palazzo Ave 6½ | | | Mission Viejo | CA | 92692 | |
| Daniel J Edelman Inc | Banh One Ha | 21592 Nehwalk Pl | | | Union City | NJ | 07087 | |
| Daniel J Quaid | | 2317 W 35th St | | | Chicago | IL | 60673-1719 | |
| Daniel J Prijley | | Sacramento2236 | | | Pueblo | CO | 81006-0000 | |
| Daniel J Prijley | | 4317 Las Crocos Way | | | | | | |
| Daniel J Maher | | 4320 40th St 4 | | | | | | |
| Daniel Marshall | Marshens Appraisal Services | 14250 Corporate Way | | | Sacramento | CA | 95864 | |
| Daniel Miller | | 5011 Timothe Ave | | | Oakland | CA | 94699 | |
| Daniel McKenzy | | 1200 Stiry 3 Wood Dr Hsmnta st | | | Moreno Valley | CA | 92553 | |
| Daniel Philippi | | 401 Wyalts | | | Ocean Grove | CA | 92645 | |
| Daniel Munro | | 1897 Cherry Ridge Dr | | | Goryear | AZ | 47112 | |
| Daniel Vanek | | 1041 Emerald Dr | | | Irvine | CA | 92602 | |
| Daniel Vallhg | | 10402 Eastward Dr | | | Lake Mary | FL | 32746 | |
| Daniel Gregory | | 1333 Johncey Ave 413 | | | Nutley | CA | 63142 | |
| Daniel Zinn | | 10264 Glenwood Dr | | | Los Angeles | CA | 90025 | |
| Daniel Yanolik | | 1326 W Townley | | | Goodyear | AZ | 85336 | |
| David James Oister | | | | | Phoenix | AZ | 85021 | |

NEW CENTURY
Consolidated Creditor Matrix

| Creditor Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zipcode | Country |
|---|---|---|---|---|---|---|---|---|
| David Michael Guzon | | 1005 W Hudson Way | | | Gilbert | AZ | 85233 | |
| David Michael Harrison | | 43814 Michener Dr | | | Ashburn | VA | 20147 | |
| David Michael Jackson | | 419 Adelphia St | | | Forest River | NJ | 08753 | |
| David Michael Lawrence | | 1503 Vista Green Dr | | | Roseville | CA | 95661 | |
| David Michael Rowlywalquez | | 2781 W MacArthur Blvd | | | Santa Ana | CA | 92704 | |
| David Michael Roney | | 6315 Caviar | | | McGalopolis | IN | 46230 | |
| David Michael Sams | | 9605 Fred Rd cc Dr | | | Dreyden | CA | 95212 | |
| David Michael Vazzie | | 4113 Theatce Cr | | | Cameron Pk | CA | 95680 | |
| David Michael Weirstich | | 515 Michener Ct | | | Southlake | TX | 76092 | |
| David Miajesh | | 3446 Snow Hill Rd | | | Ooltewah | TN | 37303-0000 | |
| David Miller | 13353 1 130 | Interoffice | | | | | | |
| David Miller | | 24021 Missoeaers Ln | | | Mission Viejo | CA | 02631 | |
| David Mitchell | Certified Appraisals | PO Box 3497 | | | Columbus | GA | 31906 | |
| David Mitchell | | 1120 Debbie Ct | | | San Marcos | TX | 78666 | |
| David Mitchell | | 1120 Debbie Court | | | San Marcos | TX | 78666 | |
| David Moss An Individual | | 13811 Pkwy Dr 72 | | | Garden Grove | CA | 92843 | |
| David Morrison | Columbus Wsl | Interoffice | | | | | | |
| David Mosley | | 1025 Moinferbrook Rd | | | Ashland City | TN | 37015-0000 | |
| David Mainz | | 44826 Laszlo | | | Lancaster | CA | 93534 | |
| David N Guiterez | | 8170 Sw 24th St | | | Davie | FL | 33324 | |
| David N Keuchekiat | | 2505 E Vista Canyon | | | Orange | CA | 92867 | |
| David N Nyguen | | 10801 Osbourne Ave | | | Chino Hills | CA | 91709 | |
| David N Scott | | 16072 Springdale St | | | Huntington Beach | CA | 92649 | |
| David Nazmy | | 14141 Polk | | | Sylmar Area | CA | 91342 | |
| David Nebely | Emo East 4222 | Interoffice | | | | | | |
| David Nelson | | 1666 Leimert Ln | | | Murfreesboro | TN | 37075-5000 | |
| David McCary Emp | | 24500 Town Cir Dr 236 | | | Valencia | CA | 91355 | |
| David Nguyen | | 9 Floorzoi | | | Irvine | CA | 92620 | |
| David Nicholas Kennedy | | 2652 Oak Knoll Dr | | | Rosamoor | CA | 93720 | |
| David Newsimbdi | | 3805 Arbor Ln Cove | | | Memphis | TN | 38115-0000 | |
| David Nebel | | 27550 Blueberry Hill S | | | Conroe | TX | 77385 | |
| David Newlen | | 26403 Panon Brook Cr | | | Spring | TX | 77379 | |
| David Newlen | | 273 D Mesa Dr | | | Costa Mesa | CA | 92627 | |
| David Newlen | | 2708 Mesa Dr | | | Costa Mesa | CA | 92627 | |
| David Otnera | | Interoffice | | | | | | |
| David Cruz Emp | Scottsdale Wholesale | 11355 Northwest 75th Ln | | | Miami | FL | 33178 | |
| David P Foley | | 4401 E Watson Ln | | | Phoenix | AZ | 85032 | |
| David P Francka | | 532 Rochford Dr | | | Gazaette | OH | 43113-163 | |
| David Perklia Emp | | 532 Northfield Dr | | | Circleville | OH | 43113-163 | |
| David P German Mortgage Baxter | | 700 Rt 18 | | | East Brunswick | NJ | 08816 | |
| David P Kidy | | 976 Reading Ave | | | Yeadley | PA | 19067 | |
| David P Pama | | 7201 Coho Dr | | | Huntington Beach | CA | 92648 | |
| David P Senne | | 7475 Flying Cloud Dr | | | Eden Prairie | MN | 55344 | |
| David P Wolsley | | 10457 W Kingdom Ave Unit | | | | | | |
| | | 10207 | | | Lakewood | CO | 60227-0000 | |
| David P Wolsey | | 2200 West 6200 North | | | Amalga | UT | 84355 | |
| David Person & Associates Inc | | 1316 E College Wey | | | Mount Vernon | WA | 98273 | |
| David Person & Associates Inc | | 1316 E College Way | | | Mount Vernon | WA | 98273 | |
| David Paul Bailey | | 924 N Macarthur | | | Oklahoma City | OK | 73132 | |
| David Paul Bauber | | 13807 Rollin Blvd | | | Bellevue | NE | 58125 | |
| David Paul Schaidintch | | 11102 Town Elm Court | | | Howlen | TX | 77065 | |
| David Peuk | | 2791 Brazierville | | | Houston | TX | 77043 | |
| David Perka Emp | | 1810 E 5r Andrew Pl 8150 | | | Santa Ana | CA | 92705 | |
| David Pesch | | 2600 Bluelow Ln | | | Nashville | TN | 37216-0000 | |
| David Felingitho | | 19 Lanford Court | | | Glen Mills | PA | 19342 | |
| David Pelloghio Emp | | Philadelpka I Wts | | | | | | |
| David Peter Baja | | 973 Danllside Rd | | | Southampton | PA | 18966 | |
| David Peter Cassamta | | 113 David Dr | | | Middletown | CT | 06457 | |
| David Poun | | 951 N Garden St | | | Anaheim | CA | 92801 | |
| David Poney | | 13630 Northwest Fwy Ste 500 | | | Houston | TX | 77040 | |
| David Porter | Metro Appraisal Services | PO Box | | | Taylor | TX | 85039 | |
| David Pownall | | 7255 W Vassau Ave | | | Lakewood | CO | 80227 | |
| David Pulido | | 6254 Ebony Legends | | | Las Vegas | NV | 59131 | |

| David R Ace | | 9255 S Pan Am Expessway 25 | | | San Antonio | TX | 76211 | |

52102007

NEW CENTURY
Consolidated Creditor Matrix

| Creditor Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zipcode | Country |
|---|---|---|---|---|---|---|---|---|
| John Heald Emp | | 18400 Von Karman Ave Ste 1000 | | | Irvine | CA | 92612 | |
| John Held | | 4 Shepards Way | | | Glenside | PA | 19033 | |
| John Held Emp | | 633 W Germantown Pke Ste215 | | | Plymouth Meeting | PA | 19462 | |
| John Held Emp | | 4 Shepards Way | | | Glenside | PA | 19033 | |
| John Hice | | 340 Commerce | | | San Jose | CA | | |
| John Ho | | 5201 Garwood Dr | | | San Jose | CA | 95118 | |
| John Hoai Nguyen | | 1188 Creston Ln | | | Trabuco Canyon | CA | 92679 | |
| John Hoai Tran | | 29542 Camaback Rd | | | Fountain Valley | CA | 92708 | |
| John Hoan Hoang | | 16693 Mt Hallman Cir | | | Fountain Valley | CA | 92708 | |
| John Hoan Tran | | 8641 Madison Ave | | | Midway City | CA | 92655 | |
| John Novell | | 9461 Mill Brook Rd | | | Louisville | KY | 40223 | |
| John Hudson | | 2502 Henry Rd | | | Lepser | KY | 46446 | |
| John Hudson | | 1644 San Pedro Ste 745 | | | San Antonio | TX | 78232 | |
| John Huey Emp | | 16414 San Pedro Ste 745 | | | San Antonio | TX | 78232 | |
| John Hyun Sltazer | | 1722 Labrador Dr | | | Costa Mesa | CA | 92626 | |
| John J Barringer | | 1080 Mefreyr Ave | | | Orting | WA | 98360 | |
| John J Busby | | 12889 Pine Rd | | | Garden Grove | CA | 92843 | |
| John J Caruthers | | 3838 Easton Loop West | | | Columbus | OH | 43219 | |
| John J Clyne Jr | | 5 Whitdhouse Ln E | | | Allen | IL | 62002 | |
| John J Jacobs Emp | | 1614 Henpodz Ave E | | | St Paul | MN | 55106 | |
| John J Kloz | | 203 S Adams St | | | New Ulmann | MN | 55950 | |
| John J Nazri | | 1106 Blasna Ct | | | Oxnard | CA | 93030 | |
| John J Rancfaur | | 1426 Perez St | | | Hapton | CA | 77007 | |
| John J Saltacrella | | 679 Faison Way | | | Livermore | CA | 94550 | |
| John J Shadabad | | 6414 Hazocordan | | | Corpus Church | TX | 78414 | |
| John J Thenels | | 28 Route 35 | | | Sacasauna | NJ | 07878 | |
| John J Tookby Inc | | 26 Route 10 | | | Sacasauna | NJ | 07878 | |
| John J Worchel | | 1139 Pulnam Blvd | | | Wallingford | PA | 19086 | |
| John Jaco Patrosa | | 4 Vox Mallow | | | Rum | CA | 92688 | |
| John James & Associates Mortgage Company Inc | | 9509 E Peak View Rd | | | Phoenix | AZ | 85016 | |
| John James Foley | | 5640 Shaun Rd | | | Wyandson First | MI | 49229 | |
| John Jeftusa | | PO Box 4878 | | | Frisco | CO | 80443 | |
| John Jeftusa Emp | | PO Box 4878 | | | Frisco | CO | 80443 | |
| John Joe Vera | | 9730 Revers Blvd Ste 100 | | | Noundge | CA | 91324 | |
| John John Batoul | | 1911 4 Stamford Grand St | | | Orlando | FL | 32829 | |
| John Jones | | 2008 Triunea Rd | | | Henderson | NV | 24537 | |
| John Jones | | 125 Garfald St | | | Redwood | WI | 37634-0000 | |
| John James Electrical Services | | 150 N Loop 1604 W 108 468 | | | San Antonio | TX | 78248 | |
| John Joseph Cherry | | 3315 L Del Rd | | | Pineville | PA | 19003 | |
| John Joseph Drrino | | 112 28th St | | | Newport Beach | CA | 92663 | |
| John Joseph Fitzgerald | | 11 Scenic Dr | | | Croton On Hudson | NY | 10520 | |
| John Joseph Holl | | 8888 Pawl St | | | Tronton | NJ | 08629 | |
| John Joseph Hummer | | 4 Sharpville Way | | | Glenola | PA | 19335 | |
| John Joseph Humex | | 11118 Starling Cove Dr | | | Charlesfield | VA | 23344 | |
| John Joseph Jacobi | | 8 White Church Ln | | | San Antonio | TX | 73237 | |
| John Joseph Johnson | | 3328 Isiah Lucas | | | Union City | CA | 94587 | |
| John Joseph Mahdon | | 989 N Branch Dr | | | Biele | ID | 83712 | |
| John Joseph Matsa | | 668 Ringwood Ave | | | Wainapa | NJ | 07465 | |
| John Joseph Petersi | | 14810 Woburn Ln | | | Lutz | FL | 33549 | |
| John Juen | | 1444 290th St | | | Hazlet City | OK | 90110 | |
| John K Adams Appraisals Inc | | 3326 Rizon Tree Rd | | | Oklahoma City | OK | 73120 | |
| John K Emery Crow | | 50 Camoo Way | | | San Francisco | CA | 94131-1624 | |
| John K Myer | Commerce 200 | 217 Fluvyaal St D 15 | | | Hprovlew | HI | 96815 | |
| John K Pryn | | Henonilov | | | | | | |
| John Kabrea | | 6209 Cazi Mountain Rd | | | | | | |
| John Koch Hazon | Kaly Real Estate Appraisers Lt | 1022 E 1191 St | | | Louis | CA | 95661 | |
| | | | | | Santa Ana | CA | 92705 | |
| John Kelly | | PO Box 181 | | | St Charlotte | OH | 43506 | |
| John Kenneth Chm | | 15142 Le Valley | | | San Antonio | TX | 78220 | |
| John Kwangh | | 1 Kuchan Square Str 206 | | | Nanoa | HI | 02053 | |

# EXHIBIT G

## DECLARATION OF JAMES M. TRUSH

I, James M. Trush, hereby declare:

1.    I am an attorney at law duly licensed to practice law before all Courts in the State of California, the United States District Court for the Central, Northern, Eastern and Southern Districts of California and the Ninth Circuit Court of Appeals. I am counsel for Movants in the above-entitled matter. I have personal knowledge of the matters stated herein and if called upon to testify, I could and would competently testify thereto.

2.    The addresses for the three class representatives listed on the Consolidated Creditor Matrix at pages 398, 413 and 828 is not correct.

3.    I am informed and belief that in or about September 2005, 253 putative class members were sent a letter by a third party administrator informing them that if they wanted their contact information disclosed to Plaintiffs' counsel, they should return a postcard. As result, thirty (30) postcards were returned. Thereafter, those thirty (30) individuals were sent letters by Plaintiffs' counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _27_ day of June, 2007 at Costa Mesa, California.

BY: _____

James M. Trush

11

# EXHIBIT H

1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2 |   Including Professional Corporations
   GREG S. LABATE, Cal. Bar No. 149918
3 | KIMBERLY A. LETCHER, Cal. Bar No. 223391
   650 Town Center Drive, 4th Floor
4 | Costa Mesa, California 92626-1993
   Telephone:    714-513-5100
5 | Facsimile:    714-513-5130

6 | Attorneys for Defendant
   NEW CENTURY MORTGAGE CORPORATION

7

8 |                    SUPERIOR COURT OF CALIFORNIA

9 |             COUNTY OF ORANGE, CIVIL COMPLEX CENTER

10

11 | DANIEL J. RUBIO, on behalf of himself, all       Case No. 05CC00063
    others similarly situated and the general
12 | public,                                          Assigned For All Purposes To:
                                                     The Honorable Stephen J. Sundvold
13 |                        Plaintiffs,               Department CX105

14 |         v.                                       DEFENDANT NEW CENTURY
                                                     MORTGAGE CORPORATION'S STATUS
15 | NEW CENTURY MORTGAGE                             CONFERENCE STATEMENT
    CORPORATION, a California corporation;
16 | and DOES 1 to 100, inclusive,

17 |                        Defendants.               Date:    January 20, 2006
                                                     Time:    9:00 a.m.
18 |                                                  Dept.:   CX105

19
                                                     Complaint Filed:  March 21, 2005
20                                                   Trial Date:       None Set

21

22
    I.       OBJECTIVE SUMMARY OF CASE
23

24           Plaintiff Daniel Rubio ("Plaintiff") has filed a lawsuit on behalf of himself, all

25 | others similarly situated, and the general public against Defendant New Century Mortgage

26 | Corporation ("Defendant") alleging causes of action for: (1) unpaid overtime wages, (2) failure to

27 | provide meal periods, (3) failure to provide rest periods, (4) illegal deductions, (5) illegal record

28

-1-

1 keeping, violations of Labor Code § 203, and (7) unfair business practices.    Defendant has
2 generally denied these allegations and asserted affirmative defenses.

3

4  **II.    PROCEDURAL SUMMARY**

5
        Plaintiff filed his original complaint on March 21, 2005.  Defendant filed a
6
   demurrer and motion to strike portions of Plaintiff's complaint.  The demurrer was overruled and
7
   the motion to strike was granted in part and denied in part.  On July 28, 2005, Plaintiff filed a first
8
   amended complaint.  Defendant filed an answer to Plaintiff's first amended complaint in which
9
   Defendant generally denied the allegations and asserted affirmative defenses.  Defendant filed a
10
   renewed motion to strike on December 19, 2005.  The hearing on this renewed motion to strike is
11
   set for January 20, 2006.
12

13  **III.    DISCOVERY**

14
        Plaintiff has served written discovery on Defendant, including special
15
   interrogatories and requests for documents.  In addition, Plaintiff recently served two PMK
16
   deposition notices on Defendant.  The parties are currently conferring over a mutually agreeable
17
   date for these depositions.
18

19        Defendant has also served discovery on Plaintiff, including special interrogatories,
20 document requests, and requests for admissions.  Defendant took the deposition of Plaintiff on
21 December 6, 2005.

22
        Currently, there are a few remaining issues regarding the outstanding discovery
23
   requests served by both parties.  The parties, however, have been meeting and conferring on these
24
   issues and at this time it appears likely that the parties will be able to resolve all these issues
25
   without the need for court intervention.
26

27

28

-2-

W02-OC:3KAL1\41416450.1

DEFENDANT'S STATUS
CONFERENCE STATEMENT

**IV.    RELEASE OF CONTACT INFORMATION OF PUTATIVE CLASS MEMBERS**

Plaintiff requested that Defendant provide the contact information of all the putative class members in this case. Defendant objected to this request on several grounds, including that it violates the right of privacy and is overbroad. Because the parties were never able to reach an agreement on this issue on their own, they raised it at the last status conference for this case which was held in September 2005. At this status conference, the Court directed the parties to have a neutral third party administrator send a letter to 250 randomly selected putative class members asking them if they consent to the release of their contact information.

In response, Defendant provided the names of 253 putative class members to a mutually agreed upon neutral third party administer. The final list of total putative class members contains 1262 people. Defendant randomly provided the names of every fifth person on this list, which amounted to 253 people, to the administrator. The administrator then mailed a mutually agreed upon notice to these persons. This notice informed the putative class members about the lawsuit and directed them to return an enclosed post card no later than January 9, 2006 if they wanted their contact information released to Plaintiff's counsel.

Recently, the third party administrator has informed the parties that 30 people who had received this notice timely returned a postcard.

The third party administrator released the contact information for these people to all parties on January 19, 2006. The third party administrator has informed the parties that they also received postcards from four individual who were not in the original mailing list but who photocopied the postcards and returned them to the third party administrator. The contact information for these individuals has not been released.

-3-

W02-OC:3KAL1\41416450.1

1       Plaintiff's counsel has complained that Defendants should have released more

2   putative class member's names to the third party administrator.  Plaintiff's counsel has also

3   complained that the third party administrator should release the names of the four individuals who

4   were not in the original mailing list but who photocopied and returned them to the third party

5   administrator.  It is Defendant's position that Plaintiff now has more than enough responses to

6   conduct thorough discovery concerning these issues, and that no further names need be provided

7   to the third party administrator, nor is there any need to release the names of the four individuals

8   who sent postcards on their own.  If after Plaintiff's counsel has interviewed and/or deposed the

9   thirty people who have provided their information to the claims administrator, Plaintiff can revisit

10   this issue with the court to determine if additional names need be provided to the third party

11   claims administrator.

12

13  V.    **ANTICIPATED LAW AND MOTION MATTERS**

14       If necessary, Defendant will file a motion to compel further responses to its

15   discovery requests.

16

17  ///

18

19  ///

20

21  ///

22

23

24

25

26

27

28

-4-

DEFENDANT'S STATUS
CONFERENCE STATEMENT

1-19-06;11:53AM;SHEPPARD MULLIN OC                                    ;714 513 5130          #  6/  7

1   **VI.    POSSIBLE MEDIATION**

2
           The parties have agreed to mediate this case in front of Barry Winograd.  Although
3
     a mediation date has not yet been confirmed, the parties anticipate the mediation taking place in
4
     March or April 2006, depending on the availability of the parties, counsel and the mediator.
5

6

7   DATED:  January 19, 2006

8                                       SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

9

10                                      By: _____
                                               GREG S. LABATE
11                                             Attorneys for Defendant
                                        NEW CENTURY MORTGAGE CORPORATION
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           -5-

1-19-06;11:53AM;SHEPPARD MULLIN OC                                    ;714 513 5130            #  1/  7



SHEPPARD MULLIN

SHEPPARD MULLIN RICHTER & HAMPTON LLP

A T T O R N E Y S   A T   L A W

4th Floor | 650 Town Center Drive | Costa Mesa, CA 92626-1993
714-513-5100 *office* | 714-513-5130 *fax* | *www.sheppardmullin.com*

# F A C S I M I L E   C O V E R   S H E E T

### ** *THIS FACSIMILE TRANSMISSION WILL NOT BE MAILED* **

| | |
|---|---|
| Date:    January 19, 2006 | File Number: 05CV-116988 |

| | |
|---|---|
| Total number of pages:<br>(including 1-page cover sheet)     **7** | If all pages are not received, please call<br>Sheppard Mullin at 714-513-5100 |

| **TO:** | **Facsimile No.** | **Telephone No.** |
|---|---|---|
| James M. Trush<br>TRUSH LAW OFFICE | **(714) 384-6391** | **(714) 384-6390** |
| Gregg Lander<br>Law Offices of Kevin T. Barnes | **(323) 549-0101** | **(323) 549-9100** |

| | |
|---|---|
| From:    Greg S. Labate | Direct Dial:   714-424-2823 |
| Re:    <u>Daniel Rubio et al. v. New Century Mortgage Company et al.</u><br><u>Orange County Superior Court Case No. 05CC00063</u> | |

**MESSAGE:**  Please see the attached letter for your immediate attention.  Thank you.

NOTE:  THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.  THANK YOU.

W02-OC:3KAL1\41398160.1

1-19-06;11:53AM;SHEPPARD MULLIN OC                                    ;714 513 5130                    #  7/  7

1              PROOF OF SERVICE

2          STATE OF CALIFORNIA, COUNTY OF ORANGE

3              I am employed in the County of Orange; I am over the age of eighteen years and
   not a party to the within entitled action; my business address is 650 Town Center Drive, 4th Floor,
4  Costa Mesa, California 92626-1925.

5          On **January 19, 2006**, I served the following document(s) described as:

6  **DEFENDANT NEW CENTURY MORTGAGE CORPORATION'S STATUS
   CONFERENCE STATEMENT**

7

8          on the interested party(ies) in this action by placing true copies thereof enclosed in sealed
   envelopes and/or packages addressed as follows:

9  James M. Trush, Esq.                     Kevin T. Barnes, Esq.
   TRUSH LAW OFFICE                         Gregg Lander, Esq.
10 695 Town Center Drive, Suite 700         LAW OFFICES OF KEVIN T. BARNES
   Costa Mesa, CA 92626                     5670 Wilshire Boulevard, Suite 1460
11                                          Los Angeles, CA 90036

12 ☒   **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to
       Rule 2008 of the California Rules of Court. The telephone number of the sending
13     facsimile machine was 714-513-5130. The name(s) and facsimile machine telephone
       number(s) of the person(s) served are set forth in the service list. The sending facsimile
14     machine (or the machine used to forward the facsimile) issued a transmission report
       confirming that the transmission was complete and without error. Pursuant to Rule
15     2008(e), a copy of that report is attached to this declaration.

16 ☒   **STATE:** I declare under penalty of perjury under the laws of the State of California that
       the foregoing is true and correct.

17

18         Executed on **January 19, 2006**, at Costa Mesa, California.

19

20                                          Patricia Ruby

21

22

23

24

25

26

27

28
                                          -6-
   W02-OC:3KAL1\41416450.1                                    DEFENDANT'S STATUS
                                                             CONFERENCE STATEMENT