IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket No.** |

### ORDER GRANTING MOTION OF DANIEL J. RUBIO, JOHN HICKS, DAVID VIZCARA, INDIVIDUALS ON BEHALF OF THEMSELVES, ALL OTHERS SIMILARLY SITUATED, AND THE GENERAL PUBLIC, FOR AN ORDER GRANTING LEAVE TO FILE A CLASS PROOF OF CLAIM

Upon consideration of the *Motion of Daniel J. Rubio, John Hicks and David Vizcarra, Individuals on Behalf of Themselves, All Others Similarly Situated, and the General Public, for an Order Granting Leave To File A Class Proof of Claim* ("Motion"); and upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and notice of the Motion being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Movants[1] are granted leave to file a class proof of claim.

Dated: _____, 2007      _____
       Wilmington, Delaware                United States Bankruptcy Judge

#548662v1

---

[1] Capitalized terms not defined herein shall have the meaning given to them in the Motion.