## CERTIFICATE OF SERVICE

I, Marc J. Phillips, hereby certify that on the 28th day of June, 2007, I served a true and correct copy of the foregoing **Motion of Daniel J. Rubio, John Hicks and David Vizcarra, Individuals on Behalf of Themselves, All Others Similarly Situated, and the General Public, for an Order Granting Leave To File A Class Proof of Claim** upon the parties on the attached list in the manner indicated.

                                                                       Marc J. Phillips (No. 4445)

#548668v1

Daniel K. Astin
Anthony M. Saccullo
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, DE 19801
**VIA HAND DELIVERY**

Richard M. Beck
Christopher A. Ward
Joanne B. Wills
Michael W. Yurkewicz
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
**VIA HAND DELIVERY**

Don A. Beskrone
William P. Bowden
Gregory A. Taylor
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
**VIA HAND DELIVERY**

Ian Connor Bifferato
Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
**VIA HAND DELIVERY**

Robert S. Brady
Michael Nestor
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
**VIA HAND DELIVERY**

Michael Busenkell
Eckert, Seamans, Cherin & Mellot, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
**VIA HAND DELIVERY**

Mary F. Caloway
Eric Lopez Schnabel
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
**VIA HAND DELIVERY**

William E. Chipman, Jr.
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801
**VIA HAND DELIVERY**

Megan E. Cleghorn
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801
**VIA HAND DELIVERY**

Richard S. Cobb
Matthew B. McGuire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
**VIA HAND DELIVERY**

Mark D. Collins
Michael J. Merchant
Chun I. Jang
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
**VIA HAND DELIVERY**

Victoria Watson Counihan
Dennis A. Meloro
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
**VIA HAND DELIVERY**

Charlene D. Davis
Neil Glassman
Steve Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
**VIA HAND DELIVERY**

Robert J. Dehney
Gregory W. Werkheiser
Daniel B. Butz
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801
**VIA HAND DELIVERY**

Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
**VIA HAND DELIVERY**

Brett D. Fallon
Steven M. Miller
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
**VIA HAND DELIVERY**

Bonnie Glantz Fatell
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
**VIA HAND DELIVERY**

Michael G. Gallerizzo
David V. Fontana
Gebhart & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801
**VIA HAND DELIVERY**

Joseph Grey
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
**VIA HAND DELIVERY**

Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
**VIA HAND DELIVERY**

Henry Jaffe
David Fournier
David Stratton
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
Wilmington, DE 19801
**VIA HAND DELIVERY**

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
**VIA HAND DELIVERY**

Andrew C. Kassner
Howard A. Cohen
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
**VIA HAND DELIVERY**

Steven K. Kortanek
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
**VIA HAND DELIVERY**

Christopher D. Loizides
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
**VIA HAND DELIVERY**

William F. Taylor
Katherine L. Mayer
McCarter & English LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
**VIA HAND DELIVERY**

Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801
**VIA HAND DELIVERY**

Mark M. Minuti
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
**VIA HAND DELIVERY**

Francis A. Monaco, Jr.
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
**VIA HAND DELIVERY**

Norman M. Monhait
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801
**VIA HAND DELIVERY**

| | |
|---|---|
| Laurie Selber Silverstein<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE  19801<br>**VIA HAND DELIVERY** | Ellen W. Slights<br>U.S. Attorney's Office<br>1007 Orange Street, 7th Floor<br>Wilmington, DE  19801<br>**VIA HAND DELIVERY** |
| Brian A. Sullivan<br>Amy D. Brown<br>Werb & Sullivan<br>300 Delaware Avenue, 13th Floor<br>Wilmington, DE  19801<br>**VIA HAND DELIVERY** | Elihu E. Allinson, III<br>William D. Sullivan<br>William D. Sullivan, LLC<br>4 East 8th Street, Suite 400<br>Wilmington, DE  19801<br>**VIA HAND DELIVERY** |
| William A. Hazeltine<br>Law Offices of William A. Hazeltine LLC<br>110 West 9th Street, PMB 345<br>Wilmington, DE  19801<br>**VIA HAND DELIVERY** | Michael R. Lastowski<br>Christopher M. Lastowski<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE  19801<br>**VIA HAND DELIVERY** |
| Lisa C. McLaughlin<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19801 | James E. Huggett<br>Margolis Edelstein<br>750 S. Madison Street, Suite 102<br>Wilmington, DE  19801 |
| Delaware Secretary of State<br>Division of Corporations<br>Franchise Tax Division<br>P.O. Box 7040<br>Dover, DE  19903 | IKON Office Solutions<br>Recovery & Bankruptcy<br>3920 Ark Wright Road, Suite 400<br>Macon, GA  31210 |

XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA 90295

Secretary of the Treasury
P.O. Box 7040
Dover, DE 19903

Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, DC 20020

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

David G. Aelvoet
Linebarger Goggan Blair & Sampson LLP
Travis Building, 711 Navarro, Suite 300
San Antonio, TX 78205

Richard H. Agins
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178

Dennis Ahlers
Eschelon Telecom, Inc.
730 Second Avenue South, Suite 900
Minneapolis, MN 55402

Daniel Ansell
Kenneth Philbin
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166

John J. Arminas
Goldberg, Kamin & Garvin
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219

Hernando Azarcon
Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI 48075

| | |
|---|---|
| D.J. Baker<br>Rosalie W. Gray<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522 | Elizabeth Banda<br>Perdue, Brandon, Fielder, Collins & Mott, LLP<br>P.O. Box 13430<br>Arlington, TX 76094-0430 |
| Paul M. Basta<br>Joshua A. Sussberg<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611 | Mark N. Berman<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110-1832 |
| Matthew Botica<br>David Wirt<br>Grayson Walter<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 | Mark Browning<br>Assistant Attorney General<br>Office of the Texas Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Frank G. Burt<br>Raul A. Cuervo<br>W. Glenn Merten<br>Jorden Burt LLP<br>1025 Thomas Jefferson Street, NW<br>Suite 400 East<br>Washington, DC 20007-5208 | Richard A. Chesley<br>Kimberly D. Newmarch<br>Paul, Hastings, Janofsy & Walker LLP<br>191 North Wacker Drive, 30th Floor<br>Chicago, IL 60606 |
| Robert P. Cocco<br>Robert P. Cocco, P.C.<br>437 Chestnut Street, Suite 1006<br>Philadelphia, PA 19106 | Ken Coleman<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1001 |

Gretchen Crawford
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK  73102

Raniero D'Aversa, Jr.
Laura D. Metzger
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY  10019-5820

Luc A. Despins
Wilbur F. Foster
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

Robert M. Dombroff
Steven Wilamowsky
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689

Rosa Dominy
IKON Financial Services
Bankruptcy Administration
P.O. Box 13708
1738 Bass Road
Macon, GA  31208-3708

Amish R. Doshi
Day Pitney LLP
7 Times Square
New York, NY  10036-7311

Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY  10022

Sally E. Edison
McGuire Woods LLP
Dominion Tower
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA  15222-3142

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510

T. Robert Finlay
Donna L. La Porte
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660

Edward M. Fox
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022-6030

Joseph D. Frank
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610

Barry Freeman
Jeffer Mangels Butler & Marmaro, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Scot Freeman
Account Resolution
Travelers
National Accounts
1 Tower Square - 5MN
Hartford, CT 06183-4044

Nathan Fuchs
Securities & Exchange Commission
233 Broadway
New York, NY 10279

Andrew J. Gallo
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

Flora Garcia
Imperial County Treasurer - Tax Collector
940 West Main Street, Suite 106
El Centro, CA 92243

Robert P. Gates
Erskine & Tulley
220 Montgomery Street, Suite 303
San Francisco, CA 94104

Jeffrey I. Golden
Hutchison B. Meltzer
Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Alberto P. Gonzalez
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Robert Goodrich
Stites & Harison, PLLC
1800 Fifth Third Center
424 Church Street
Nashville, TN 37219-2376

Bruce Gordon
IBM Credit LLC
Special Handling Group-MD NC322
North Castle Drive
Armonk, NY 10504

Lawrence P. Gottesman
Sukyong Suh
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Salvatore J. Graziano
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

Robert E. Greenberg
Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC
1101 Seventeenth Street, N.W. Suite 700
Washington, DC 20036-4704

Charles A. Hansen
Mark S. Bostick
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

Jed Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

A. Michelle Hart
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

| | |
|---|---|
| Howard R. Hawkins, Jr.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 | Sheldon I. Hirshon<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036-8299 |
| Jonathan Hook<br>David Retter<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | Nancy Hotchkiss<br>Trainor Fairbrook<br>P.O. Box 255824<br>980 Fulton Avenue<br>Sacramento, CA 95865 |
| Mark S. Indelicato<br>Mark T. Power<br>Jeffrey L. Schwartz<br>Hahn & Hessen LLP<br>488 Madison Avenue, 14th & 15th Floor<br>New York, NY 10022 | Mitchell W. Katz<br>Qwest Legal Department<br>1801 California Street, Suite 900<br>Denver, CO 80202 |
| Thomas S. Kiriakos<br>Sean T. Scott<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606 | Gregg S. Kleiner<br>Cooley Godward Kronish LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-2222 |
| Rebecca L. Kline Dubill<br>Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>1601 K Street, NW<br>Washington, DC 20006-1600 | Thomas M. Korsman<br>Vice President<br>Wells Fargo Bank, N.A.<br>MAC N9303-120<br>608 2nd Avenue South<br>Minneapolis, MN 55479 |

Matthew J. Lampke
Assistant Chief
Ohio Attorney General's Office
Executive Agencies Section
30 E. Broad Street, 26th Floor
Columbus, OH 43215-4200

Mark Lee
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Randall S. Leff
Eric M. Heller
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212-2974

Chris Lenhart
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

Larry A. Levick
Michelle E. Shriro
Gerard Singer Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001

Paul T. Liu
John Guerry
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA 91302

Sherry D. Lowe
Lamm Rubenstone Lesavoy Butz & David LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053

Richard M. Lucas
Charles A. Malloy
Arnold & Potter
555 Twelfth Street, NW
Washington, DC 20004

William G. Malcolm
Malcolm & Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612

Carlos G. Manalansan
Wolff & Samson, PC
The Offices of Crystal Lake
One Boland Drive
West Orange, NJ 07052

Julie A. Manning
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Mark Manski
Barclays Bank PLC
200 Park Avenue
New York, NY 10166

Leslie Marks
3099 Sutter Street
Oakland, CA 94602

Richard F. Martin
8109 Santa Luz Village Green south
San Diego, CA 92127

David McCall
Gay, McCall, Isaacks, Gordon & Roberts, P.C.
777 East 15th Street
Plano, TX 75074

Frank F McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Sari E. Meador
Delinquency and Enforcement
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, FL 33831-2016

David A. Meskan
500 Eagles Landing, LLC
2100 Green Street, Apt. 404
San Francisco, CA 94123

Keith W. Miller
James R. Bliss
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, NY 10022

John E. Mitchell
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201

| | |
|---|---|
| Sheryl L. Moreau<br>Special Assistant Attorney General<br>Missouri Department of Revenue<br>General Counsel's Office<br>P.O. Box 475<br>301 W. High Street, Room 670<br>Jefferson City, MO  65105-0475 | Fielder F Nelms<br>Smith, Stern, Friedman & Nelms, P.C.<br>6688 North Central Expressway, Suite 550, L.B. 37<br>Dallas, TX  75206 |
| Steven H. Newman<br>Katsy Korins LLP<br>605 Third Avenue, 16th Floor<br>New York, NY  10158 | Jeffrey J. Newton<br>County Attorney for Broward County Government Center<br>115 South Andrews Avenue<br>Ft. Lauderdale, FL  33301 |
| Blair A. Nicholas<br>Bernstein Litowitz Berger & Grossmann LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA  92130 | Mary E. Olsen<br>M. Vance McCrary<br>J. Cecil Gardner<br>The Gardner Firm, P.C.<br>1119 Government Street<br>Mobile, AL  36652 |
| Gregory M. Petrick<br>Angela Somers<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281 | Leo D. Plotkin<br>Levy, Small & Lallas<br>815 Moraga Drive<br>Los Angeles, CA  90049-1633 |
| David M. Poitras<br>Jeffer Mangels Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA  90067 | Daniel T. Powers<br>Chatham County Tax Commissioner<br>P.O. Box 8321<br>Savannah, GA  31412 |

Mark H. Ralston
Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX  75201

Michael Reed
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX  78680

Glenn M. Reisman
Two Corporate Drive, Suite 234
Shelton, CT  06484

Richard J. Reynolds
Turner, Reynolds, Greco & O'Hara
16485 Laguna Canyon Road, Suite 250
Irvine, CA  92618

Robert F. Reynolds
Slatkin & Reynolds, P.A.
One East Broward Boulevard, Suite 700
Fort Lauderdale, FL  33301

Diane J. Richey
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, CA  90071

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
1949 South I.H. 35
Austin, TX  78760

James R. Savin
David M. Dunn
Joanna F. Newdeck
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036

Margot B. Schonholtz
Mark F. Liscio
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Felix A. Seidler
Reeves & Seidler
2527 Santa Clara Avenue
Alameda, CA  94501-4633

Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 N. Central Expressway
Dallas, TX 75205

Bryn H. Sherman
Deckelbaum Ogens & Raftery, Chtd.
3 Bethesda Metro Center, Suite 200
Bethesda, MD 20814

Don C. Sherwood
Sherwood and Hardgrove
11812 San Vicente Boulevard, Suite 210
Los Angeles, CA 90049-6622

J.R. Smith
Jason W. Harbour
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Joseph H. Smolinsky
Douglas E. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

Claudia Z. Springer
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

David I. Swan
Kenneth M. Misken
McGuire Woods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215

Larry Thomas
Integrated Payment Systems, Inc.
Meridian Building
12500 E Belford Avenue, Mail Stop M12B
Englewood, CA 80112

Patricia B. Tomasco
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

Stephen G. Topetzes
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006-1600

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily Culler
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

Madeleine C. Wanslee
Gust Rosenfeld PLC
201 E. Washington, Suite 800
Phoenix, AZ 85004-2327

Gilbert B. Weisman
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Seth R. Weissman
V.P. & General Counsel
Coremetrics, Inc.
1840 Gateway Drive, Suite 320
San Mateo, CA 94404

Elizabeth Weller
Linebarger Googan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

Katherine M. Windler
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

Stuart B. Wolfe
Yaron Shaham
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

Brian D. Womac
Denise H. Mitchell
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, TX 77024

Donald A. Workman
Baker & Hostetler LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC  20036

David H. Zielke
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, WMC 3501
Seattle, WA  98101

Division of Unemployment Insurance
Department of Labor
4425 N. Market Street
Wilmington, DE  19802