IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al. | : |
| | : Objection Deadline: 6/29/2007 and 6/30/2007 |
| Debtors. | : |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF RBC MORTGAGE COMPANY AND RBC HOLDCO CORPORATION TO REJECTION OF ALL EQUIPMENT LEASES**
[Related to Docket Nos. 1322-1376,1379-1383,1409-1438,1448-1627]

1. On June 19, 2007 and June 20, 2007 the Debtors' filed hundreds of individual Notices of Rejection of Personal Property Leases for individual equipment leases.

2. Some or all of these leases are subject to a Purchase and Assumption Agreement dated May 25, 2005 among RBC USA Holdco Corporation, RBC Mortgage Company, New Century Mortgage Corporation and Home123 Corporation in which the RBC parties assigned equipment leases to the now Debtors (the "Agreement").

3. Shortly after the filing of the Petition, RBC notified Debtors that there were equipment leases subject to the Agreement and that these leases had been assigned to Home 123. In addition, RBC provided the Debtors with a detailed Excel spreadsheet identifying each of these leases.

4. RBC has no objection to any lease rejections in which RBC is not a party, however RBC does not know if the Lessors have entered into a direct contractual relationship with Debtors. Most of these equipment leases identified in the Agreement expired by their terms prior to the filing of the Petition however some, or all, of the leases contained provisions for automatic renewals for designated periods of time as set forth in each individual lease.

5.    RBC believes that either the named Lessor had a Lessor/Lessee relationship with Debtors as a result of notice of assignment of the lease and acceptance of the assignment extension of the lease beyond its original term, or that the lessors have entered into direct contractual relationships with Debtors, however at this time it is impossible to ascertain the status of these leases.

6.    RBC was not provided with notice of the rejections of these leases and the Notices filed by the Debtors do not identify whether the leases were assigned by RBC.

7.    Furthermore, RBC was not given any information regarding the location of equipment that it may have any interest in, nor was it provided with any information or time to retrieve an asset it may have an interest in.

8.    Counsel for Debtors has recently contacted counsel for RBC and counsel are working diligently together to resolve these issues, but to date the lease issues remain unresolved and RBC has not received Notice of Rejections.

WHEREFORE, RBC requests that this Honorable Court require Debtors to give RBC reasonable notice of rejection of leases which RBC assigned to Debtors and a reasonable opportunity to retrieve the equipment at locations to be identified by Debtors prior to the effective date of the rejections and for such other and further relief as is just and equitable.

**MONZACK AND MONACO, P.A.**

*/s/ Rachel B. Mersky*
Rachel B. Mersky, Esquire (#2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19899-2031
(302) 656-8162
COUNSEL FOR RBC USA HOLDING CORPORATION
AND RBC MORTGAGE COMPANY

Dated: June 28, 2007