## CERTIFICATE OF SERVICE

I, Jennifer R. Taylor, certify that I am not less than 18 years of age, and that I caused service of the forgoing document to be made on June 28, 2007 upon the following individual(s):

**VIA HAND DELIVERY**
Mark D. Collins, Esquire
Richard Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

United States Trustee
Attn: Joseph McMahon, Jr., Esquire
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**VIA FACSIMILE and UNITED STATES MAIL**
Suzzanne S. Uhland, Esquire
O'Melveny & Myers, LLP
275 Battery Street
San Francisco, CA 94111

Mark T. Power, Esquire
Hahn & Hessen, LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 28, 2007

/s/ Jennifer R. Taylor
Jennifer R. Taylor