# EXHIBIT 1

**From:** Lewis, Marie [mailto:Marie.Lewis@NCMC.com]
**Sent:** Tuesday, June 12, 2007 1:40 PM
**To:** eluckham@ncen.com
**Cc:** Tisdel, Grant; njackson@ncen.com; Gonsior, David; Mary McGowne
**Subject:** RE: Desert Ridge Home 123 space / 20860 N Tatum Blvd #175 Phoenix, AZ 85050

Elise, you may have filed an Assume and Assign Motion in Bankruptcy Court, but National City Bank dba National City Mortgage has not signed any Lease Assumption or Landlord Consent to Lease Assumption documents for the Desert Ridge, AZ space. I'm sure the Landlord for this location would agree with me that we are not the Lessee on any documents in their possession. There is no way National City Mortgage can negotiate the assumption of a Lease still in the name of Home123 or New Century.

I've copied Mary McGowne of the Ryan Companies who is the Leasing Manager for this building. Perhaps Mary could shed some light on this situation.

Mary, there is a company interested in assuming this lease; can they work directly with you?


Marie Lewis
Real Estate/Lease Administrator
Corporate Real Estate Services (CRES)


6/12/2007

Real Estate Management
**National City Mortgage**
3232 Newmark Drive
Miamisburg OH  45342
Phone: (937-910-3743
Fax:    (937) 910-4444
Email:  marie.lewis@ncmc.com

---

**From:** Tisdel, Grant
**Sent:** Tuesday, June 12, 2007 4:08 PM
**To:** Bonnie Doll
**Cc:** Sandy Lunsford; Glen Ewell; Lewis, Marie
**Subject:** RE: Desert Ridge Home 123 space / 20860 N Tatum Blvd #175 Phoenix, AZ 85050

Marie,

Can you please assist Bonnie Doll from Prudential American, she is the one that we want to help get our old space in Desert Ridge.....

Thank you,

Grant

---

**From:** Bonnie Doll [mailto:bdoll@pruamerican.com]
**Sent:** Tuesday, June 12, 2007 12:58 PM
**To:** Tisdel, Grant
**Cc:** Sandy Lunsford; Glen Ewell
**Subject:** Fw: Desert Ridge Home 123 space / 20860 N Tatum Blvd #175 Phoenix, AZ 85050

Grant - As you can see they tell me National City is the one we need to deal with.  Any suggestions?
----- Original Message -----
**From:** Elise Luckham
**To:** Grant.Tisdel@NCMC.com ; bdoll@pruamerican.com
**Cc:** Nicole Jackson
**Sent:** Tuesday, June 12, 2007 11:50 AM
**Subject:** Re: Desert Ridge Home 123 space / 20860 N Tatum Blvd #175 Phoenix, AZ 85050

New Century no longer has this space. The Assume and Assign Motion tranferred ownership. It's all yours to divide or do whatever you wish with. Our last item is for Bekins to come pick up the customer files and laptops that were left behind an set to the side.

-----Original Message-----
From: Tisdel, Grant <Grant.Tisdel@NCMC.com>
To: Bonnie Doll <bdoll@pruamerican.com>
CC: Nicole Jackson; Elise Luckham
Sent: Tue Jun 12 11:03:24 2007
Subject: Desert Ridge Home 123 space / 20860 N Tatum Blvd #175 Phoenix, AZ 85050

Bonnie,

I have included the two contacts we have at New Century so you can contact them directly, at this point it looks like National City will sub lease from others, please move forward directly with New Century, we will do anything we can to help you

6/12/2007

acquire the space...

Thank you,

Grant Tisdel

---

From: Bonnie Doll [mailto:bdoll@pruamerican.com]
Sent: Tuesday, June 12, 2007 10:45 AM
To: Tisdel, Grant
Subject: Fw: desert ridge

----- Original Message -----
From: Bonnie Doll <mailto:bdoll@pruamerican.com>
To: grant.tinsdel@ncmc.com
Cc: Sandy Lunsford <mailto:slunsford@pruamerican.com> ; Glen Ewell <mailto:gewell@pruamerican.com>
Sent: Tuesday, June 12, 2007 8:44 AM
Subject: desert ridge

Grant - I am in receipt of the correspondence regarding the Desert Ridge office space. Should I contact Marie direct? If so how is the best way to reach her? It is my understanding that the lease has already been assigned to National City. Can National City assign to us? My brother David feels that the space can be split but if that is not what National City desires we still want the space. We appreciate all the effort you have put into this. Let me know how we can help. Thanks

---
***The following annotations have been made
---

Please be aware that e-mail is NOT a secured communication vehicle, and that others may in certain circumstances be able to view its contents. As a result, while we are happy to provide this information by e-mail, we do NOT conduct actual business transactions by e-mail. Please contact the sender directly if you have any concerns about this message. All loans subject to credit approval and property appraisal. Equal Housing Lender. This communication is a confidential and proprietary business communication. It is intended solely for the use of the designated recipient(s). If this communication is received in error, please contact the sender and delete this communication.

6/12/2007