IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416(KJC)<br><br>Jointly Administered<br>Objection Deadline: 7/9/07 @ 4:00 p.m.<br>Hearing Date: 7/16/07 @ 1:30 p.m. |

**NOTICE OF RYAN DESERT RIDGE II, LLC'S MOTION FOR AN ORDER: (1) CLARIFYING, CONFIRMING AND/OR MODIFYING THE COURT'S MAY 21, 2007 "ORDER AUTHORIZING AND APPROVING ASSUMPTION AND ASSIGNMENT OF REAL PROPERTY LEASES"; (2) COMPELLING THE DEBTOR TO COMPLY WITH ITS OBLIGATIONS UNDER 11 U.S.C. § 365(d)(3) PENDING REJECTION OF LEASE; AND (3) COMPELLING THE DEBTOR TO REJECT LEASE OF NON-RESIDENTIAL REAL PROPERTY**

**PLEASE TAKE NOTICE THAT** on June 28, 2007, Ryan Desert Ridge II, LLC filed its Motion For An Order: (1) Clarifying, Confirming And/Or Modifying The Court's May 21, 2007 "Order Authorizing And Approving Assumption And Assignment Of Real Property Leases"; (2) Compelling The Debtor To Comply With Its Obligations Under 11 U.S.C. § 365(D)(3) Pending Rejection Of Lease; And (3) Compelling The Debtor To Reject Lease Of Non-Residential Real Property (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT** objections must be filed and served so as to be received by the undersigned counsel on or before **July 9, 2007 at 4:00 p.m.** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion and the responsive pleadings, if any, scheduled for **July 16, 2007 at 1:30 p.m.**

{07107}

**IF NO RESPONSES OR OBJECTIONS ARE RECEIVED PRIOR TO THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

DATE: June 28, 2007

SMITH, KATZENSTEIN & FURLOW LLP

Kathleen M. Miller (DE ID No. 2898)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
302-652-8400
302-652-8405
kmiler@skfdelaware.com
and
Dewain D. Fox (Arizona Bar No. 014431)
FENNEMORE CRAIG, P.C.
3003 North Central Avenue, Suite 2600
Phoenix, Arizona 85012-2913
Telephone: (602) 916-5000
Facsimile: (602) 916-5999
Attorneys for Ryan Desert Ridge II, LLC

{07107}