## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of June, 2007, a copy of the foregoing Notice of Ryan Desert Ridge II, LL's Motion for An Order: (1) Clarifying, Confirming And/Or Modifying The Court's May 21, 2007 "Order Authorizing and Approving Assumption and Assignment of Real Property Leases"; (2) Compelling the Debtor to Comply with Its Obligations Under 11 U.S.C. § 365(d)(3) Pending Rejection of Lease; and (3) Compelling the Debtor to Reject Lease of Non-Residential Real Property, was caused to be served on the attached 2002 list by mail.

_____
Kathleen M. Miller (ID No. 2898)