**GUST ROSENFELD P.L.C.**
201 E. Washington, Suite 800
Phoenix, Arizona 85004-2327
Telephone No. (602) 257-7430
Facsimile No. (602) 340-1538
Madeleine C. Wanslee
mwanslee@gustlaw.com
Attorneys for **Maricopa County Treasurer**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.  07-10416 (KJC)<br><br>Jointly Administered |

### LIMITED OBJECTION OF MARICOPA COUNTY TREASURER TO GENERAL ELECTRIC CAPITAL CORPORATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOCKET NO. 630)

Maricopa County Treasurer ("Maricopa County") a secured creditor, by and through its undersigned counsel, hereby provides notice of its perfected statutory lien claims under A.R.S. § 42-17153 (2005) in response to General Electric Capital Corporation's Motion for Relief from the Automatic Stay (Docket No. 630) regarding the personal property located in Maricopa County in the state of Arizona (the "Motion").

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TR Holdings, Inc. (f/k/a New Century Financial Corporation) a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, LP (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, AD Astra Mortgage, Midwest Home Mortgage, Trats Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; and NCORAL, L.P., a Delaware limited partnership.

MCW:sdl  745110.1  6/27/2007

1

Maricopa County submitted for filing with the Court a Proof of Claim dated April 27, 2007 in the total sum of $5,553.06 for unpaid pre-petition personal property taxes for the year 2006, plus the accrual of interest at the statutory rate of 16% per annum concerning the following parcels of personal property:

1. The personal property located in Maricopa County at 4835 E. Cactus Road, Suite 200, Scottsdale, Arizona 86254 is encumbered with a fully perfected tax lien in the current amount of $4,789.39, plus accruing interest at the statutory rate of 16% per annum. The lien represents a 2006 tax liability on personal property parcel 949-97-937. In addition, the 2007 tax lien attached on January 1, 2007 and the amount due will be known around September 1, 2007.

2. The personal property located in Maricopa County at 10835 N. 25th Avenue, Suite 140, Phoenix, Arizona 85029 is encumbered with a fully perfected tax lien in the current amount of $795.74, plus accruing interest at the statutory rate of 16% per annum. The lien represents a 2006 tax liability on personal property parcel 949-97-946. In addition, the 2007 tax lien attached on January 1, 2007 and the amount due will be known around September 1, 2007.

3. The personal property located in Maricopa County at 1600 W. Broadway Road, Suite 150, Tempe, Arizona 85282 is encumbered with a fully perfected tax lien in the current amount of $110.32, plus accruing interest at the statutory rate of 16% per annum. The lien represents a 2006 tax liability on personal property parcel 949-62-520. In addition, the 2007 tax lien attached on January 1, 2007 and the amount due will be known around September 1, 2007.

In addition, the personal property located in Maricopa County identified as personal property parcels 949-17-266, 949-15-136, 949-16-302, 949-17-300 and 949-64-382 are encumbered with fully perfected tax liens for 2007.  The 2007 tax liens attached on January 1, 2007 and the amounts due will be known around September 1, 2007.

Arizona law grants Maricopa County a valid lien that is "prior and superior to all other liens and encumbrances on the property."  A.R.S. § 42-17153 (2005).  Maricopa County objects to the transfer of any property located in Maricopa County that is part of the Motion if the tax liabilities associated with such property are not fully paid prior to the transfer of the property.

Arizona law further provides that "It is unlawful for the owner,…to knowingly sell or transfer personal property or remove it from its location until the taxes on the property are paid."  *See*, A.R.S. § 42-19107(A).  Accordingly, Maricopa County contends that before any transfer of Debtors' personal property located in Maricopa County, all taxes associated with each of the above parcels of personal property must be paid.

Dated this 28th day of June, 2007.

          Respectfully submitted,

          By*/s/ Madeleine C. Wanslee*
            Madeleine C. Wanslee
            Arizona State Bar No. 012590
            Gust Rosenfeld P.L.C.
            201 E. Washington Street, Suite 800
            Phoenix, AZ  85004-2327
            Telephone No. (602) 257-7430
            Facsimile No. (602) 34-1538
            Email: mwanslee@gustlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on the 28th day of June, 2007, I served by first class, postage prepaid mail and via facsimile, a true and correct copy of the foregoing Maricopa County Treasurer's Limited Objection to General Electric Capital Corporation's Motion for Relief from the Automatic Stay upon the following parties:

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
920 N. King St.
One Rodney Square
Wilmington, DE  19801
Fax: 302-651-7701

Suzanne S. Uhland, Esq.
Ben H. Logan, Esq.
Victoria Newmark, Esq.
Emily R. Culler, Esq.
O'MELVENY & MYERS LLP
275 Battery St., 26th Fl.
San Francisco, CA  94111-3305
Fax: 415-984-8701

Michael G. Gallerizzo, Esquire
Eric Schuster
Gebhardt & Smith LLP
901 Market Street, Suite 451
Wilmington, Delaware 19801
Fax: (410) 385-5162

By */s/ Madeleine C. Wanslee*