**EXHIBIT A**

**Final Dates for the Accounting**

| | Interest | PIF or Partial Principal Payoffs | Principal |
|---|---|---|---|
| B of A Prime | 2/26/07 | 3/16/07 | 3/1/07 |
| B of A Sub Prime | 2/26/07 | 3/16/07 | 3/2/07 |
| UBS | 2/21/07 | 2/22/07 | |
| Morgan Stanley | 2/28/07 | 2/28/07 | |
| Barclays | 3/16/07 | 2/26/07 | |
| CSFB | 2/28/07 | 2/28/07 | |
| DB Prime | 3/14/07 | 3/6/07 | |
| DB Hospital | 3/14/07 | 3/6/07 | |
| Natixis | 2/10/07 | 2/10/07 | |