## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|   |   |
|---|---|
| | : |
| In re: | : |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., | : |
| a Delaware corporation, et al., [1] | : |
| | : |
| Debtors | : |
| | : |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Chapter 11

Case No. 07-10416 (KJC)

Jointly Administered

Re: Docket No. 1371

### DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a
member of the bar of this Court, hereby declare that on June 19, 2007, I caused true and correct
copies of the following to be served upon the parties listed on the attached Exhibit A by
overnight mail:

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at
  810 Hester's Crossing, Suite 165, Round Rock, TX 78681** [Docket No. 1371]

Dated: June 29, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

---

[1]     The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a
Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation;
New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New
Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123
Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit
Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II
Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV
Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a
California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a
Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage,
Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware
limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

# Exhibit A

Exhibit A
Notice Party List
Overnight Mail Service List

| Name | Notice Name | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|------|-------------|----------|----------|------|-------|-----|---------|------------------|
| UCM/MDC-La Frontera Holding, LLC | Chad Williams | 4350 East-West Highway | | Bethesda | MD | 20814 | | Notice Party |

In re New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)
United States Bankruptcy Court, District of Delaware

6/19/2007
1371 Exhibit A