IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
                                 :    Chapter 11
In re:                           :
                                 :    Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,  :
a Delaware corporation, et al.,[1] :  Jointly Administered
                                 :
           Debtors               :
                                 :    Re: Docket No. 1322 through 1376
---------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on June 19, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by overnight mail:

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-040 Between Home123 Corporation and Canon Financial Services, Inc.** [Docket No. 1322]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0271785-001 Between Home123 Corporation and Canon Financial Services, Inc.** [Docket No. 1323]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-039 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1324]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-041 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1325]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-038 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1326]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-42 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1327]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-037 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1328]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-043 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1329]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-036 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1330]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-044 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1331]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-035 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1332]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-045 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1333]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-021 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1334]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-034 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1335]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-033 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1336]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-046 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1337]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-015 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1338]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-032 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1339]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-047 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1340]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-014 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1341]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-048 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1342]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-052 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1343]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-031 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1344]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-012 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1345]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-051 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1346]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-049 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1347]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-050 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1348]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-030 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1349]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-009 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1350]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-024 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1351]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-029 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1352]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-016 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1353]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-008 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1354]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-028 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1355]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-007 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1356]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-027 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1357]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-006 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1358]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-026 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1359]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-005 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1360]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-023 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1361]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-025 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1362]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-022 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1363]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-001 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1364]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-003 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1365]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-010 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1366]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at 1560 West Bay Area Blvd., Suite 250, Friendswood, TX 77546** [Docket No. 1367]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at 13430 Northwest Freeway, Suite 500, Houston, TX 77040** [Docket No. 1368]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at 6404 International Parkway, Suites 2000 & 2025, Plano, TX 75093** [Docket No. 1369]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at 850 Central Parkway East, Suite 100, Plano, TX 75074** [Docket No. 1370]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at 810 Hester's Crossing, Suite 165, Round Rock, TX 78681** [Docket No. 1371]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at Two Riverway, Suite 600, Houston TX 77056** [Docket No. 1372]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at 11921 MoPac Expressway, Suite 420, Austin, TX 78759** [Docket No. 1373]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at 14511 Falling Creek Drive, Suite 400, Houston TX 77014** [Docket No. 1374]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at 671 S Mesa Hills Drive, Suite 1, El Paso, TX 79912** [Docket No. 1375]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at 2350 Airport Freeway, Suite 150, Bedford, TX 76022** [Docket No. 1376]

Dated: June 29, 2007

                                             */s/ Jamie L. Edmonson*
                                             Jamie L. Edmonson (No. 4247)
                                             XROADS CASE MANAGEMENT
                                             SERVICES, LLC
                                             1821 E. Dyer Road, Suite 225
                                             Santa Ana, California 92705
                                             Telephone: (949) 567-1600

# Exhibit A

Exhibit A
Core List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street  Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Greenwich Capital Financial Products | General Counsel & Frank Skibo | 600 Steamboat Rd | | Greenwich | CT | 06830 | | Counsel to DIP Lenders |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Kirkland & Ellis LLP | Bennett L Spiegel & Shirley S Cho | 777 S Figueroa St | Suite 3700 | Los Angeles | CA | 90017 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Michael J Missal | 1601 K Street NW | | Washington | DC | 20006 | | Examiner |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | Wilmington | DE | 19801 | | US Trustee |
| Office of the US Trustee | | 844 King St | Ste 2313 Lockbox 35 | Wilmington | DE | 19801-3519 | | Governmental Agency |
| Pachulski Stang Ziehl Young Jones Weintraub LLP | Laura Davis Jones & Timothy P Cairns | 919 N Market St 17th Fl | PO Box 8705 | Wilmington | DE | 19899-8705 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| The CIT Group Business Credit Inc | Renee Singer | 505 Fifth Ave | 3rd Fl | New York | NY | 10017 | | Counsel to DIP Lenders |