IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------x
:     Chapter 11
In re:     :
:     Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,    :
a Delaware corporation, et al.,[1]     :     Jointly Administered
:
Debtors     :
:     Re: Docket No. 1322 through 1366
----------------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on June 19, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by overnight mail:

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-040 Between Home123 Corporation and Canon Financial Services, Inc.** [Docket No. 1322]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0271785-001 Between Home123 Corporation and Canon Financial Services, Inc.** [Docket No. 1323]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-039 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1324]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-041 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1325]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-038 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1326]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-42 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1327]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-037 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1328]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-043 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1329]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-036 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1330]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-044 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1331]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-035 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1332]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-045 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1333]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-021 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1334]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-034 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1335]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-033 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1336]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-046 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1337]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-015 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1338]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-032 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1339]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-047 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1340]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-014 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1341]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-048 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1342]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-052 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1343]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-031 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1344]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-012 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1345]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-051 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1346]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-049 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1347]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-050 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1348]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-030 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1349]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-009 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1350]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-024 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1351]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-029 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1352]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-016 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1353]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-008 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1354]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-028 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1355]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-007 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1356]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-027 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1357]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-006 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1358]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-026 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1359]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-005 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1360]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-023 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1361]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-025 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1362]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-022 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1363]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-001 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1364]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-003 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1365]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 003-0195603-010 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1366]

Dated: June 29, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Exhibit A
Notice Party List
Overnight Mail Service List

| Name | Notice Name | Address1 | Address2 | City | State | Zip | Party / Function |
|---|---|---|---|---|---|---|---|
| Canon Financial Services | Kristy Shea | 158 Gaither Dr | Ste 200 | Mt Laurel | NJ | 08054 | Notice Party |
| Canon Financial Services | | PO Box 42937 | | Philadelphia | PA | 42937 | Notice Party |