**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
NEW CENTURY TRS HOLDINGS, INC.,                     : Case No. 07-10416 (KJC)
a Delaware Corporation, et al.,                     :
                                                    : Jointly Administered
                    Debtors.                        :
                                                    :
                                                    :
                                                    : Hearing Date: July 31, 2007 @ 1:30 p.m.
                                                    : Objection Deadline: July 24, 2007
------------------------------------------------------------x

## NOTICE OF APPLICATION AND HEARING

PLEASE TAKE NOTICE that on July 2, 2007, Michael J. Missal, the Examiner (the "Examiner") appointed in the above-captioned jointly administered chapter 11 cases, filed an **Application of the Examiner for an Order Authorizing the Retention of Saul Ewing LLP as Delaware Counsel to the Examiner *Nunc Pro Tunc* to June 8, 2007** (the "Application") with the United States Bankruptcy Court (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon (i) Mark Minuti, Esq., Saul Ewing LLP, 222 Delaware Avenue, Suite 1200, P.O. Box 1266, Wilmington, Delaware 19899-1266; and (ii) Edward M. Fox, Esq., Kirkpatrick & Lockhart Preston Gates Ellis LLP, 599 Lexington Avenue, New York, NY 10022 for receipt on or before July 24, 2007.

PLEASE TAKE FURTHER NOTICE that if any objections or responses are received, a hearing with respect to the Application will be held on **July 31, 2007** at 1:30 p.m. before the Honorable Kevin J. Carey at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

548860 1 7/2/07

IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
July 2, 2007

SAUL EWING LLP

By: /s/ Patrick J. Reilley
Mark Minuti (DE No. 2659)
Patrick J. Reilley (DE No. 4451)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6840

and

KIRKPATRICK & LOCKHART PRESTON
 GATES ELLIS LLP
Edward M. Fox, Esq.
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Proposed Counsel to the Examiner