# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC.,** | : | **Case No. 07-10416 (KJC)** |
| **a Delaware corporation, *et al.*,** | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |

### DECLARATION OF MARK MINUTI

MARK MINUTI hereby declares:

1.      I am a partner in the law firm of Saul Ewing LLP ("Saul Ewing"), which maintains offices for the practice of law at 222 Delaware Avenue, Wilmington, Delaware 19801, as well as in Philadelphia, Harrisburg and Chesterbrook, Pennsylvania; Newark and Princeton, New Jersey; Baltimore, Maryland; and Washington, D.C.   This Declaration is submitted in support of the Application of the Examiner for an Order Authorizing the Retention of Saul Ewing LLP as Delaware Counsel to the Examiner *Nunc Pro Tunc* to June 8, 2007 (the "Application").

2.      I am familiar with the matters set forth herein and make this declaration in support of the Application.

3.      On April 2, 2007 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11, Title 11, of the United States Code (the "Bankruptcy Code").   The Debtors have continued to operate their businesses and manage their affairs as debtors in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

4.     On June 1, 2007, the Court entered the Examiner Order authorizing and directing the appointment of an Examiner pursuant to 11 U.S.C. §§ 1104(c)(1), 1106(a)(3) and (a)(4) to, inter alia, "investigate any and all accounting and financial statement irregularities, errors or misstatements, including but not limited to such irregularities, errors or misstatements that (i) gave rise to the announced need to restate the Debtors' financial statements for the first three quarters of 2006 and/or (ii) led the Debtors' management and Audit Committee to conclude that it was more likely than not that pre-tax earnings in the 2005 financial statements were materially overstated, and identify and evaluate any claims or rights of action that the estates might have arising from or relating to such irregularities, errors or misstatements." The Court also authorized the Examiner to investigate any possible unauthorized use of cash collateral post-petition by the Debtors and to otherwise perform the duties of an examiner pursuant to 11 U.S.C. §§ 1106(a)(3) and (a)(4) as limited by the Examiner Order.

5.     On June 5, 2007, the United States Trustee appointed Michael J. Missal as the Examiner. The United States Trustee's appointment of Michael J. Missal as Examiner was approved by this Court by Order dated June 7, 2007.

6.     In connection with its proposed retention by the Examiner in these cases, Saul Ewing researched its client database to determine whether it has any relationships with any of the entities on the "Conflicts List" attached hereto as **Exhibit 1** and incorporated herein. The entities set forth on **Exhibit 1** are comprised of the Debtors as well as parties-in-interest in these cases. Saul Ewing will continue to supplement this Declaration as appropriate upon completion of its additional search and as additional creditors, equity holders or parties in interest are identified in these cases.

7.    To the extent that such a search indicated that Saul Ewing has, or had, a relationship with any such entity listed on **Exhibit 1,** the identities of such entities are set forth on **Exhibit 2** annexed hereto and incorporated herein. Saul Ewing and its partners, counsel and associates:

        (a)    Are not creditors, equity security holders or insiders of the Debtors;

        (b)    Are not and were not investment bankers for any outstanding security of the Debtors;

        (c)    Have not been, within three (3) years before the date of the filing of the Debtors' chapter 11 petitions, (i) investment bankers for a security of the Debtors, or (ii) an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtors; and

        (d)    Are not and were not, within two (2) years before the date of the filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors' or of any investment banker as specified in subparagraph (b) or (c) of this paragraph.

8.    Except as otherwise set forth herein and specifically in **Exhibit 2**, insofar as I have been able to ascertain, the partners, counsel, and associates of Saul Ewing (i) do not have any connection with the Debtors; the Debtors' officers and directors; the Debtors' creditors, the Debtors' equity security holders and other known parties in interests or their respective attorneys and accountants, or the Examiner.

9.    Saul Ewing intends to apply for compensation for professional services rendered in connection with these jointly administered chapter 11 cases subject to the approval of this Court and compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, the Court's Local Rules, and Orders of the Court entered in this case concerning compensation of professionals, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by the firm. The attorneys primarily responsible for representing the Examiner, and their current standard hourly rates, are:

| **Name** | **Title** | **Hourly Rate** |
|:---:|:---:|:---:|
| Mark Minuti | Partner | $475 |
| Jeremy W. Ryan | Partner | $330 |
| Patrick J. Reilley | Associate | $260 |
| G. David Dean | Associate | $235 |
| Renee L. Lowder | Paralegal | $165 |

Other attorneys, paralegals, and case management clerks will be involved in representing the Examiner and the range of hourly rates for such professionals are:

| **Billing Category** | **Range** |
|:---:|:---:|
| Partners | $335 - 650 |
| Special Counsel | $250 - 440 |
| Associates | $175 - 330 |
| Paraprofessionals | $ 95 - 215 |

10.    The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Saul Ewing has agreed to a ten percent (10%) discount from its standard hourly rate.

11.    No promises have been received by Saul Ewing nor any partner, counsel or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

12.    Neither I, Saul Ewing, nor any partner, counsel or associate thereof, insofar as I have been able to ascertain, represents any interest adverse to the Examiner or the Debtors in the matters upon which Saul Ewing is to be engaged.

13.    Saul Ewing does not hold an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect

4

relationship to, connection with, or interest in, the Debtors or an investment banker as specified in subparagraph (B) or (C) of 11 U.S.C. § 101(14), or for any other reason.

14.     Saul Ewing does not currently represent the Debtors or any of their affiliates, partners or subsidiaries, and Saul Ewing will not undertake the representation of the Debtors or related entities during this engagement. Moreover, except as set forth herein, Saul Ewing will not undertake the representation of any party other than the Examiner in connection with the Debtors' chapter 11 proceedings.

15.     Based upon information available to me, I believe that Saul Ewing is a "disinterested person" within the meaning of the title 11 of the United States Code (the "Bankruptcy Code"), in respect of the matters upon which Saul Ewing is to be engaged in these chapter 11 cases.

16.     In preparing this Declaration, Saul Ewing submitted to Saul Ewing's computer conflict database the names provided counsel to the Debtors, which are names of certain entities that are creditors or parties in interest in these bankruptcy cases. Additionally, I caused e-mails to be circulated to all persons at Saul Ewing to determine whether and to what extent Saul Ewing has connections with any of these entities.

17.     Saul Ewing may have in the past represented and/or currently represent and may in the future represent (in matters wholly unrelated to the Debtors' chapter 11 cases) other entities not currently known to Saul Ewing who may be creditors or parties in interest in the Debtors' chapter 11 cases. To the extent that Saul Ewing discovers any such information, Saul Ewing will promptly disclose such information to the Court, the Examiner, the Debtors, the Committee and the United States Trustee by filing a supplemental declaration on the electronic docket.

18.     Saul Ewing is willing to be retained by the Examiner as its Delaware counsel and will make appropriate application to this Court for compensation and reimbursement of out-of-pocket expenses, all in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules for the United States Bankruptcy Court for the District of Delaware and any orders of this Court.

19.     No agreement exists, nor will any be made, to share any compensation received by Saul Ewing for its services with any other person or firm.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2007

_____

Mark Minuti

# EXHIBIT 1

# ENTITIES SUBJECT TO SAUL EWING'S CONFLICT SEARCH

### List of Potential Parties-in-Interest for New Century TRS Holdings, Inc, et al.

#### Debtors

New Century Financial Corporation, a Maryland corporation

New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation),
     a Delaware corporation

New Century Mortgage Corporation, a California corporation

NC Capital Corporation, a California corporation

Home123 Corporation, a California corporation

New Century Credit Corporation (f/k/a Worth Funding Incorporated),
     a California corporation

NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware
     limited partnership

NC Residual III Corporation, a Delaware corporation

NC Residual IV Corporation, a Delaware corporation

New Century R.E.O. Corp., a California corporation

New Century R.E.O. II Corp., a California corporation

New Century R.E.O. III Corp., a California corporation

New Century Mortgage Ventures, LLC, a Delaware corporation

NC Deltex, LLC, a Delaware corporation

NCORAL. L.P., a Delaware limited partnership

#### UCC-1 Parties

Access Investments II, LLC

Ameritech Credit Corporation

Aspen Funding Corp

Bank Leumi Leasing Corporation

Bank of America, NA

Bank of the West

Barclays Bank, PLC

Carrington Mortgage Credit Fund I, LP

CDC Mortgage Capital Inc.

Charter One Vendor Finance LLC

CIT Communications Finance Corporation

Citigroup Global Markets Realty Corp.

Consultants Group Commercial Funding Corp.

Countrywide Home Loans, Inc.

Credit Suisse First Boston Mortgage Capital LLC

DB Structured Products, Inc

Deutsche Bank Trust Company Americas

Federal National Mortgage Association

Galleon Capital Corp

Gemini Securitization Corp., LLC

General Electric Capital Corporation

GMAC Commercial Financial LLC

Goldman Sachs Mortgage Company

Greenwich Capital Financial Products, Inc.

Guaranty Bank

Heineman:, Dale Scott

IOS Capital

IXIS Real Estate Capital Inc

Johnson, Kurt F.

Mission Center Partners

Morgan Stanley Mortgage Capital Inc.

NC Capital Corporation

New Century Funding A

New Century Funding I

New Century Mortgage Securities Inc.

Newport Funding Group

PFE International Inc.

Ropes & Gray LLP

St. Andrew Funding Trust c/o New Century Mortgage

State Street Global Markets

Sterling Bank

The CIT Group/Equipment Financing

U.S Bancorp Equipment Finance, Inc.

U.S. Bank National Association

UBS Real Estate Securities Inc.

United California Capital

Whitwood., Jason Allen

## 50 Largest Unsecured Creditors

Adteractive
Affiliated Computer Services
Alaska Seaboard Partners Limited Partnership
Aspen Funding Corp.
Assurant Specialty Property Insurance
Aurora Loan Services
Bank of America, N.A.
Barclays Bank PLC
Carrington Securities, LP
Catarina Mortgage Services Inc.
ChoicePoint Precision Marketing
Citigroup Global Markets Realty Corp.
Countrywide
Credit Suisse First Boston Mortgage Capital LLC
Credit-Based Asset Servicing and Securitization LLC
DB Structured Products, Inc.
Deutsche Bank
EMC Mortgage Corporation
Fiserv CCS
Galleon Capital Corporation
Gemini Securitization Corp., LLC
General Electric Capital Corporation
GMAC Commercial Finance, LLC
Goldman Sachs Mortgage Company
Greenwich Capital Financial Products, Inc.
Guaranty Bank
Harbor Asset Management Services
HSBC Bank USA, N.A.
INDY MAC Bank, FSB
IXIS Real Estate Capital, Inc.
JP Morgan Chase Bank, NA
Lehman Brothers Bank FSB
Low.com
Lowermybills.com
Morgan Stanley Mortgage Capital Inc.
National Field Representatives

Newport Funding Corp.
Nextag
NOMURA Securities
PricewaterhouseCoopers LLP
Residential. Funding Corporation
SG Mortgage Finance Corp.
Sheffield Receivables Corporation
Sprint
State Street Global Markets, LLC
Suntrust
System Source, Inc.
Tucson Funding LLC
UBS Real Estate Securities Inc.
Washington Mutual Bank, FA

## Largest Shareholders of New Century Financial Corporation

Greenlight Capital LLC
David Einhorn
Morgan Stanley
Morgan Stanley Capital Services
Hotchkis and Wiley Capital Management LLC

## Directors and Senior Employees

Alexander,, Marilyn A.
Bilotta, Frank
Bindra, Taj S.
Black, Harold A.
Cimino, Richard
Clifford, Leigh Ann
Cloyd, Kevin
Cole, Robert K.
Dodge, Parti
Eckroth, Joseph
Fleig, David
Forster, Fredric J.
Garday, Louis

Gotschall, Edward
Haines, Eric
Jewett, Jennifer
Kenneally, David
Lambert, Robert
Lange, Donald E.
Loewenthul, Marc
McCarthy, Monika L.
Meola, Anthony
Morrice, Brad A.
Sachs, Michael M.
Theologides, Stergios
Threadgill, Jonathan
Tortorelli, Joseph
Wolf, Colleen
Zalle, Paul
Zona, Richard A.

## Professionals

AlixPartners LLP (crisis managers)
Allen Matkins Leek Gamble Mallory & Natsis LLP (special financing counsel)
Heller Ehrman LLP (counsel to audit committee) Lazard Freres & Co. LLC (investment banker)
O'Melveny & Myers LLP (debtors' counsel)
Richards Layton & Finger, P.A. (Delaware debtors' counsel)
Skadden, Arps, Slate, Meagher & Flom (special regulatory counsel)
Thatcher Proffit (special securitization counsel)
Xroads Case Management Services, LLC (claims and noticing agent)
KPMG (debtors' former independent accountants)

## NEW CENTURY FINANCIAL CORPORATION

KPMG, LLC — Outside Auditors

## MANAGEMENT & BOARD

### *Executive Management*

Brad A. Morrice
Taj S. Bindra
Kevin M. Cloyd
Patti M. Dodge
Joseph F. Eckroth, Jr.
Robert J. Lambert
Anthony T. Meola
Stergios Theologides

### *Board Of Directors*

Harold A. Black, Ph.D.
Robert K. Cole
Fredric J. Forster
Edward F. Gotschall
Donald E. Lange
Brad A. Morrice
Michael M. Sachs
Richard A. Zona

## CREDITORS OF NEW CENTURY FINANCIAL CORPORATION

Goldman Sachs Mortgage Company
Credit Suisse First Boston Mortgage Capital LLC
Credit-based Asset Servicing and Securitization LLC
Morgan Stanley Mortgage Capital Inc.
DB Structured Products, Inc.
Deutsche Bank
Bank of America, N.A.
UBS Real Estate Securities Inc.
Lehman Brothers Bank FSB
Countrywide
Citigroup Global Markets Realty Corp.
Residential Funding Corporation

548863.1 6/15/07                                6

SG Mortgage Finance Corp.

IXIS Real Estate Capital, Inc.

Barclays Bank PLC

Indymac Bank FSB

Carrington Securities, LP

Washington Mutual Bank, FA

Alaska Seaboard Partners Limited Partnership

JP Morgan Chase Bank, NA

Greenwich Capital Financial Products, Inc.

HSBC Bank USA, N.A.

Aurora Loan Services

EMC Mortgage Corporation

General Electric Capital Corporation

Lowermybills.com

Affiliated Computer Services

Nomura Securities

Aspen Funding Corp.

Galleon Capital Corporation

Gemini Securitization Corp., LLC

Guaranty Bank

Newport Funding Corp.

Sheffield Receivables Corporation

State Street Global Markets, LLC

Tuscon Funding LLC

National Field Representatives

Assurant Specialty Property Insurance

System Source, Inc.

GMAC Commercial Finance, LLC

Sprint

Low.com

SunTrust

Harbor Asset Management Services

Adteractive

Fisery CCS

ChoicePoint Precision Marketing

Pricewaterhouse Coopers LLP

Nextag

Catarina Mortgage Services Inc.

New Century Financial Corporation
Broadway Center Associates, LP
Cedar Hill ISD
City of Cedar Hill
City of Princeton
Contrarian Capital Management, LLC
Dallas County
Ellington Management Group, L.L.C.
Fort bend County
American Express Travel Related Svcs Co. Inc.
Arlington ISD
Carrolton-Farmers Branch ISD
Celina ISD
City of Edinburg
City of Whitewright
Cooley Godward Kronish LLP
Edcouch-Elsa ISD
Federal Express Corporation
Garland Independent School District
Americas Servicing Company
Arlington ISD, et al.
Castleberry ISD
ChoicePoint Inc.
City of Hurst
Collin County Tax Assessor
Cypress-Fairbanks ISD
Ellington Management Group, Inc.
Fidelity National Information Services, Inc.
General Electric Capital Corporation
Golden Key Mortgage
IKON Financial Services
Irwin Mortgage Corporation
Kodiak Funding LP, and Kodiak CDO I, Ltd.
Law of Offices of David J. Stern, PA
Maricopa County Treasurer
Maricopa County Treasurer
Manatee County Tax Collector Ken Burton Jr.
Missouri Department of Revenue

National City Commercial Capital Company, LL

Nueces County

Harris County

Ikon Office Solutions

Kelley Drye & Warren LLP

Lowenstein Sandler, PC

Lewisville Independent School District

Mac-Cali Realty Corporation

Mansfield ISD

Montgomery County

Natixis Real Estate Capital Inc.

Phillips, Goldman & Spence, P.A.

IBM Corporation

Iron Mountain Information Management, Inc.

KW Properties, LTD

Lamun Mock Cunnyngham & Davis, PC

Litton Loan Servicing LP

Mackoff Kelloff Law Firm

Midfirst Bank

Morris, Nichols, Arsht & Tunnell LLP

New Century TRS Holdings, Inc.

Princeton ISD

QKC Maui Owner, LLC

South Texas College

Travelers

Whitewright ISD

KW Properties, LTD

Chun I. Jang

Grant C. Rees

Mark D. Collins

RBC Mortgage Company, Royal Bank of Canada

State of Ohio, ex rel. Marc Dann, Attorney G Ohio Attorney General

Warren County Collector

Wolff Samson, PC

Bexar County

ALIREXA Nazmi

David and Sherry TerMarsch

Judity T. Romano

Michael Joseph Merchant
Regions Bank
Tax Appraisal District of Bell County, et al
Wells Fargo Bank, NA.
Wright, Finlay & Zak, LLP
City of El Paso
Law Offices of David J. Stern, PA
Christopher M. Samis
Glenn M. Reisman
Marcos Alexis Ramos
Nabih and Esther Mangoubi
Paul Noble Heath
Robert P. Cocco
Stuart L. Druckman
Rich F. Martin
Sari E. Meador Of Joe G. Tedder, CFC, Tax Collector for Polk County, Florida
Thomas Maxson
Richard J. Reynolds
Scott Morris
500 Eagles Landing, LLC
ADT Security Services, Inc.
Affiliated Computer Services, Inc. and ACS
Barclays Bank PLC
Bryan Cave LLP
CT Corporation Trust
816 Connecticut Avenue, L.P.
AT&T Inc.
Bank of America, N.A.
Barclays Capital
CB Richard Ellis Corporate Facilities
Canpro Investments, Ltd.
ABN Amro Bank N.V.
Adfitech, Inc.
Bank of New York as Trustee c/o Countrywide
Bexar Bounty Linebarger Goggan et al
CSHV Denver Tech Center, LLC
Carrington Mortgage Services, LLC
City of El Paso Linebarger Goggan et al

Countrywide Home Loans, Inc.
Coventry Fund X, Ltd.
DB Structured Products, Inc.
Data-Link Systems, L.L.C.
Edwards Angell Palmer & Dodge LLP
Fisery Solutions, Inc.
Goldman Sachs Mortgage Company
Gregory J. Schroeder, Michelle Parker, Mar
Chatham County Tax Commissioner
Coremetrics, Inc.
Countrywide Securities Corporation
Credit Suisse First Boston Mortgage Capital
DRA CRT Post Oak, L.P.
Deutsche Bank National Trust Company
Eschelon Telecon, Inc.
Fox Rothschild LLP
Greenwich Capital Financial Products, Inc.
HSBC Bank USA, National Association, HSBC
Citigroup Global Markets Realty Corp.
Countrywide Financial Corporation
Countrywide Warehouse Lending
Credit-Based Asset Servicing and Securities
Daniel J. Rubio, John Hicks, David Vizcara
Douglas Emmett 2000, LLC
Fein Such Kahn & Shepard, P.C.
GMAC Commercial Finance, LLP
Greenwich Capital Financial Products, Inc.
Hartford Fire Insurance Company
Huntington Quadrangle 2 LLC
IndyMac, F.S.B.
Klein- Harrison Harvey Branzburg & Ellers LLP
Malcolm & Cisneros
New York State Teachers Retirement System
Oracle USA, Inc.
Plaza America Office Development, LLC
Quadrangle Group, LLC
Richard D. Austin, Lauren L. Viva, Michael
Residential Funding Company, LLC

Hunton & Williams LLP
JP Morgan Chase Bank, NA
LandAmerica Default Services Company
Morgan Stanley Mortgage Capital Inc.
Official Unsecured Creditors; Committee
Pepper Hamilton LLP
Positive Software Solutions, Inc.
Qwest Corporation
RJS Properties Inc.
Richardson ISD
IBM Credit LLC
KST Data, Inc.
Maguire Properties-Park Place LLC, Maguire
National Field Representatives
Oklahoma County Treasurer
Pennsbury Village Borough]
Premier Print and Services Group, Inc.
RBC USA Holding Corporation and RBC Mortgage
Real Associates Fund VII, L.P.
Ryan Desert Ridge II, LLC
SIRVA Relocation
Speedpay, Inc.
Stony Point East, LP
Thacher Proffitt & Wood LLP
UBS Real Estate Securities, Inc.
Walz Postal Solutions, Inc.
Wolfe & Wyman, LLP
Iron Mountain Information Management, Inc.
Jeffrey Weber
SN Servicing Corp.
Sprint Communications Company L.P. d/b/a S
SunTrust Leasing Corporation
The CIT Group/Business Credit, Inc.
The Townsend Trust
Union Bank of California
Washington Mutual
eMortgage Logic LLC
KW Properties, LTD.

12

Safeco Financial Institution Solutions, Inc.
Sprint Nextel Corporation
Symantec Corporation
The Greenlining Institute
U.S. Bank N.A., as Trustee
United HealthCare Insurance Company
Wells Fargo, N.A.
Alan Such
Leslie Marks
Leslie K. Hill
Mark K. Broyles

## AFFILIATES

New Century Financial Corporation (f/k/a New Century REIT, Inc.) a Maryland corporation
New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation),

     a Delaware corporation

New Century Mortgage corporation (f/k/a JBE Mortgage (d/b/a NCMC Mortgage Corporation,
     d/b/a New Century Corporation, d/ala New Century Mortgage Ventures, LLC),
     a California Corporation

NC Capital Corporation, a California corporation

Home 123 Corporation (f/k/a The Anyloan Corporation, 1800 anyloan.com Anyloan.com),
     a California Corporation

New Century Credit Corporation (f/k/a worth Funding Incorporated), a California corporation

NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership

NC Residual III Corporation, a Delaware corporation

NC Residual IV Corporation, a California corporation

New Century R.E.O. Corp., a California Corporation

New Century R.E.O. II Corp., a California Corporation

New Century R.E.O. Ill Corp., a California Corporation

New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage
     Resource, Select Mortgage Group, Monticello Mortgage Services, AD Astra Mortgage,
     Midwest West Home Mortgage, TRATS Financial Services, Elite Financial Services,
     Buyers Advantage Mortgage), a Delaware limited Liability company

NC Deltex, LLC, a Delaware limited liability company


Ncoral, L.P., a Delaware limited partnership –

## OFFICE OF THE UNITED STATES TRUSTEE

### *Regional Staff*

| | |
|---|---|
| Kelly Beaudin Stapleton | United States Trustee |
| Joanne E. Clausen | Secretary (OA) |
| Dianne P. Dugan | Administrative Officer |
| Linda P. Logan | Regional Bankruptcy Analyst |
| Robert S. McGinty | Information Technology Specialist |

### *Wilmington, DE Office Staff*

| | |
|---|---|
| Andrew R. Vara | Assistant United States Trustee |
| Bonnie Anemone | Paralegal Specialist |
| David Buchbinder | Trial Attorney |
| Wayne Davis | Paralegal Specialist |
| Diane Giordano | Bankruptcy Analyst |
| Christine Green | Paralegal Specialist |
| William K. Harrington | Trial Attorney |
| Jeffrey Heck | Bankruptcy Analyst |
| Mark Kenney | Trial Attorney |
| Joseph McMahon | Trial Attorney |
| James R. O'Malley | Bankruptcy Analyst |
| Lauren O'Neal | OA Assistant |
| Michael Panacio | Bankruptcy Analyst |
| William Runzer | Bankruptcy Analyst |
| Richard Schepacarter | Trial Attorney |
| Ramona Vinson | OA Assistant |
| Michael West | Bankruptcy Analyst |
| Shakima L. Williams | Paralegal Specialist |
| Dion Wynn | Paralegal Specialist |

### *Philadelphia, PA Office Staff*

| | |
|---|---|
| Frederic J. Baker | Senior Assistant United States Trustee |
| Dave P. Adams | Trial Attorney |
| Jeffrey M. Bookman | Bankruptcy Analyst |
| Maria Nicole Borgesi | Paralegal Specialist |
| Kevin P. Callahan | Trial Attorney |
| George M. Conway | Trial Attorney |

| | |
|---|---|
| Lisa L. Costa | File Clerk |
| Sandra J. Forbes | Bankruptcy Analyst |
| David Klauder | Trial Attorney |
| James B. Lambe | Paralegal Specialist |
| Janet C. Lewis | Bankruptcy Analyst |
| Theresa Mack | Legal Clerk |
| Nancy Miller | Legal Clerk |
| Deborah Roseboro | Legal Data Technician |
| Hugh J. Ward | Bankruptcy Analyst |

## *Harrisburg, PA Office Staff*

| | |
|---|---|
| Anne K. Fiorenza | Assistant United States Trustee |
| Darrel W. Bender | Senior Bankruptcy Analyst |
| James P. Farley | Bankruptcy Analyst |
| Brenda D. Gish | Paralegal Specialist |
| Gregory R. Lyons | Trial Attorney |
| Wendy Paul | Paralegal Specialist |
| Sonya D. Payne | Legal Clerk (OA) |
| Rebecca Plesic | Paralegal Specialist |
| Troy Sellars | Trial Attorney |
| Kimberly Sutton | Secretary |
| Melissa Voytek | Legal Clerk |

## *Pittsburgh, PA Office Staff*

| | |
|---|---|
| Joseph S. Sisca | Assistant United States Trustee |
| Steven Albright | Bankruptcy Analyst |
| David Berry | Bankruptcy Analyst |
| Jody A. Briggs | Paralegal Specialist |
| Judith Canning | Paralegal Specialist |
| Andrew F. Cetnarowski | Bankruptcy Analyst |
| Joseph M. Fornari Jr | Trial Attorney |
| Lisa Geyer | Paralegal Specialist |
| Madeline Gigliotti | Legal Clerk (OA) |
| Norma L. Hildenbrand | Trial Attorney |
| David Milko | Paralegal Specialist |
| Linda Morris | Legal Clerk (OA) |
| Kathleen L. Robb | Trial Attorney |
| Cherilynn M. Schwartzmier | Secretary |

15

| | |
|---|---|
| Sharon Sirko | Legal Clerk (OA) |
| Jennifer M. Smith | Bankruptcy Analyst |
| Heather Sprague | Trial Attorney |

### *Newark, NJ Office Staff*

| | |
|---|---|
| Roberta A. Deangelis | Assistant United States Trustee |
| Martha Hildebrandt | Assistant United States Trustee |
| Michael W. Aponte | Paralegal Specialist |
| Kirsten K. Ardelean | Bankruptcy Analyst |
| Francyne D. Arendas | Bankruptcy Analyst |
| Michael Artis | Trial Attorney |
| Peter J. D'auria | Trial Attorney |
| Michele Dooley | Paralegal Specialist |
| Rosemarie Giles | Legal Clerk |
| Tia Green | Legal Clerk |
| Mitchell B. Hausman | Trial Attorney |
| Shining J. Hsu | Law Clerk |
| Joseph C. Kern | Bankruptcy Analyst |
| Patricia Krantz | Legal Clerk (OA) |
| Daniel C. Kropiewnicki | Bankruptcy Analyst |
| Donald F. MacMaster | Trial Attorney |
| Ivette Morales | Secretary (OA) |
| Brenda J. Naughton | Paralegal Specialist |
| Tina L. Oppelt | Paralegal Specialist |
| Carmina Rosa | Legal Data Technician |
| Robert J. Schneider Jr. | Trial Attorney |
| Fran B. Steele | Trial Attorney |

## EXHIBIT 2

## DISCLOSURE OF SAUL EWING LLP

Saul Ewing LLP ("Saul Ewing") with offices in Philadelphia, Harrisburg and Chesterbrook, Pennsylvania; Newark and Princeton, New Jersey; Baltimore, Maryland; Washington, D.C., and Wilmington, Delaware, employs approximately 275 attorneys and has a large and diversified legal practice which encompasses the representation of many businesses, financial institutions, individuals and other creditors. As part of its diverse practice, Saul Ewing appears in numerous cases, proceedings and transactions involving many different professionals, including other attorneys, accountants, financial consultants and investment bankers. Based on Saul Ewing's current knowledge of the professionals, lenders, noteholders, creditors, equity holders and other significant parties in interest involved in these cases, Saul Ewing makes the following disclosures:

a.    **New Century Mortgage Corporation** – Saul Ewing represented New Century Mortgage Corporation ("NCMC") in a case entitled Kim D. Nguyen v. John H. Pham, New Century Mortgage Corporation and Steven C. Conte in Fairfax County, Virginia Circuit Court, No. 2005-6224. In this litigation, Mr. Nguyen alleged fraud against Mr. Pham, and that as a result of the alleged fraud, the deed of trust given by Mr. Pham to NCMC was invalid. The case was dismissed as to NCMC and Mr. Conte (NCMC's trustee), but the case remains pending as to Mr. Pham.

b.    **Current Representations** – Saul Ewing currently represents the following parties in matters wholly unrelated to New Century TRS Holdings, Inc., *et al.*:

> Amex Assurance Company (American Express)
> AT&T Communications of Delaware

AT&T Communications of the Mountain States

AT&T Wireless Systems

AT&T Wireless PCS

AT&T Corp.

AT&T Corporation

AT&T Wireless

Fidelity National Bank

Barclays Bank PLC

CB Richard Ellis

Salomon Smith Barney

GMAC Residential Holding Company, LLC

GMAC Real Estate, LLC

General Motors Corporation

GMAC Insurance

IXIS Capital Markets North America

Fiserve Securities

Fiserve, Inc.

Sprint Spectrum

Sprint Spectrum – New Jersey

Sprint PCS (Keebler)

Sprint Communications

Sprint Keebler, OSD Project

Nextel (Sprint Nextel)

XRoads Solutions Group, LLC f/k/a CrossRoads LLC

Fidelity National Information Services, Inc.

The St. Paul Travelers Companies

St. Pauls Travelers Property

Interbond Corporation / Timoth Lee (Travelers Insurance)

Oracle USA, Inc.

KST Data, Inc.

c.     **Former Representations** –  Saul Ewing formerly represented the following parties in matters wholly unrelated to New Century TRS Holdings, Inc., *et al.*:

> Affiliated Computer Services
> ACS, Inc. (Affiliated Computer Services)
> Countrywide Home Loans
> Deutsche Bank Alex Brown
> GMAC Mortgage, LLC
> GMAC – RFC Holding Company, LLC
> ditech.com, LLC
> GMAC Global Relocation Service, LLC
> Residential Capital, LLC
> Residential Funding Company, LLC
> GMAC Bank
> GMAC Insurance Holdings

d.     **Professionals** – As part of its diverse practice, Saul Ewing appears in numerous cases, proceedings and transactions involving many different professionals, including other attorneys, accountants, financial consultants and investment bankers, some of who represent other parties-in-interest in these cases.   Saul Ewing does not, and will not, represent any such professionals in these bankruptcy cases.