IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------- x
In re:                        :   Chapter 11
                              :
NEW CENTURY TRS HOLDINGS, INC.,  :   Case No. 07-10416 (KJC)
a Delaware corporation, et al.,[1]   :
                              :   Jointly Administered
        Debtors               :
                              :   Re: Docket No. 1389
---------------------------- x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on June 20, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by overnight mail:

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 55 S. Lake Avenue, Suite 540, Pasadena, CA 91101 [Docket No. 1389]**

Dated: June 29, 2007

　　　　　　　　　　　　　　　　　　　　　*Jamie L. Edmonson*
　　　　　　　　　　　　　　　　　　　　　Jamie L. Edmonson (No. 4247)
　　　　　　　　　　　　　　　　　　　　　XROADS CASE MANAGEMENT
　　　　　　　　　　　　　　　　　　　　　   SERVICES, LLC
　　　　　　　　　　　　　　　　　　　　　1821 E. Dyer Road, Suite 225
　　　　　　　　　　　　　　　　　　　　　Santa Ana, California 92705
　　　　　　　　　　　　　　　　　　　　　Telephone: (949) 567-1600

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

# Exhibit A

Exhibit A
Notice Party List
Overnight Mail Service List

| Name | Notice Name | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| Pasadena Towers LLC | Natalie Park | File # 56184 | | Los Angeles | CA | 90074-6184 | | Notice Party |