# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

--------------------------------x
In re:                           :     Chapter 11
                                 :
NEW CENTURY TRS HOLDINGS, INC.,  :     Case No. 07-10416 (KJC)
a Delaware corporation, et al.,[1] :
                                 :     Jointly Administered
        Debtors                  :
                                 :     Re: Docket No. 1393
--------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on June 20, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by overnight mail:

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 810 C Street, Galt, CA 95632 [Docket No. 1393]**

Dated: June 29, 2007

                                         /s/ Jamie L. Edmonson
                                         Jamie L. Edmonson (No. 4247)
                                         XROADS CASE MANAGEMENT
                                         SERVICES, LLC
                                         1821 E. Dyer Road, Suite 225
                                         Santa Ana, California 92705
                                         Telephone: (949) 567-1600

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

# Exhibit A

Exhibit A
Notice Party List
Overnight Mail Service List

| Name | Notice Name | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| Fitzhugh Sullivan LLC | Joe Sullivan (Sub - Tenant) | 810 C. Street Suite 4 | | Galt | CA | 95632 | | Notice Party |
| Ronald Tucker | | 810 C Street Ste 1 | | Galt | CA | 95632 | | Notice Party |