**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **NEW CENTURY TRS HOLDINGS;** | ) | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,** | ) | |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |

**RESPONSE TO NOTICE OF REJECTION OF UNEXPIRED LEASE OF NON-
RESIDENTIAL REAL PROPERTY**

Plaza America Office Development, LLC (the "Landlord") files this Response to a

Notice of Rejection of Unexpired Lease of Non-Residential Real Property (Docket No. 1437)

(the "Rejection Notice") filed by the Debtors in the above-captioned cases, and states as follows:

1.       The Landlord is party to a Deed of Lease by and between the Landlord and New

Century Mortgage Corporation and Home123 Corporation (as Tenants) at Plaza America Tower

I, 11700 Plaza America Drive, Reston, Virginia 20190 (the "Lease").

2.       Pursuant to the procedures set forth in an "Order Pursuant to Sections 356 [sic]

and 554 of the Bankruptcy Code (A) Authorizing and Approving the Rejection of Certain

Unexpired Leases of Non-Residential Real Property and (B) Authorizing and Approving

Procedures for the Rejection of Executory Contracts and Unexpired Leases of Personal and Non-

Residential Real Property" (Docket No. 388) (the "Order"), the Debtors delivered a Rejection

Notice with respect to the Lease.[1]

---

[1] Although the Rejection Notice is dated June 20, 2007, it was not received by the Landlord's
representative until June 28, 2007, nor was it served on the Landlord's counsel of record, who
entered a Notice of Appearance in these cases on May 17, 2007 (Docket No. 739).  In addition,
as of the date of this Response, Debtors have not turned over the keys to the premises.

3.      The Rejection Notice lists a "Monthly Amount Due" under the Lease equal to

$58,010.00.  Although the Landlord does not object to the rejection of the Lease, the Landlord

does not agree with the "Monthly Amount Due" set forth in the Rejection Notice.  Accordingly,

the Landlord reserves all of its rights to assert claims against the Debtors under the Lease,

including but not limited to any claim for lease rejection damages that is based on monthly rent

in excess of the "Monthly Amount Due" set forth in the Rejection Notice.

Dated: July 2, 2007

Respectfully submitted,

MCCARTER & ENGLISH, LLP

By /s/ **William F. Taylor, Jr.**
William F. Taylor, Jr. (#2936)
919 North Market Street, Suite 1800
Wilmington, DE  19899
Telephone: (302) 984-6300
Facsimile: (302) 984-2496

-and-

ARNOLD & PORTER LLP
Richard M. Lucas
(D.C. Bar No. 428423)
Charles A. Malloy
(D.C. Bar No. 477936)
555 Twelfth Street, N.W.
Washington D.C.  20004
Tel: (202) 942-5000
Fax: (202) 942-5999

*Counsel to Plaza America Office Development,*
*LLC*