IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | **Re: Docket No. 1064** |

**CERTIFICATION OF COUNSEL RE: ORDER (A) APPROVING THE SALE OF CERTAIN TECHNOLOGY ASSETS, (B) APPROVING AND ESTABLISHING PROCEDURES RELATED TO THESALE AND THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION THEREWITH, (C) AUTHORIZING THE SALE OF CERTAIN LOAN**

On June 1, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the Motion of the Debtors and Debtors in Possession Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006 and 9014 for an Order (A) Approving the Sale of Certain Technology Assets, (B) Approving and Establishing Procedures Related to the Sale and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and (C) Granting Related Relief [Docket No. 1064] (the "Motion"). In accordance with the procedures proposed in the Motion, an auction was held on June 22, 2007, at the conclusion of which EquiFirst Corporation,

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

an affiliate of Barclays Bank, PLC ("EquiFirst"), was determined to be the successful bidder at auction with the highest and otherwise best bid for the Purchased Assets, as defined in the Asset Purchase Agreement by and among New Century Financial Corporation, New Century Mortgage Corporation and EquiFirst dated as of June 29, 2007 (as may be amended and restated together with the exhibits and schedules thereto and incorporated by reference therein, the "EquiFirst Agreement").

A number of parties (collectively, the "Objecting Parties") filed objections to the relief requested in the Motion. A hearing on the Motion was held before The Honorable Kevin J. Carey on June 27, 2007. At the Hearing, the Court approved the proposed sale to EquiFirst, subject to the Debtors submitting an acceptable form of order that addressed the concerns of the Objecting Parties and attached a final version of the EquiFirst Agreement. The form of order attached hereto as Exhibit A (the "Proposed Order") incorporates comments received from the Objecting Parties. The Objecting Parties have either signed off on the submission of the Proposed Order or not raised any objection to the Proposed Order being entered.[2] An executed copy of the EquiFirst Agreement is attached to the Proposed Order. For the Court's convenience, the Debtors have also attached as Exhibit B a blackline comparing the Proposed Order with the version originally filed with the Motion.

---

[2] In addition to the objection received from the Objecting Parties, the Debtors received a late filed objection from iLOG, Inc. ("iLOG"), one of the parties to the Assumed Contracts (as defined in the Proposed Order). Treatment of the iLOG objection is addressed in paragraphs F and 5 of the Proposed Order.

RLF1-3173268-1

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order at the Court's earliest convenience.

Dated: July 2, 2007  Respectfully submitted,
      Wilmington, Delaware

      /s/ *Christopher M. Samis*
      Mark D. Collins (No. 2981)
      Michael J. Merchant (No. 3854)
      Marcos A. Ramos (No. 4450)
      Christopher M. Samis (No. 4909)
      RICHARDS, LAYTON & FINGER, P.A.
      One Rodney Square
      920 North King Street
      Wilmington, Delaware  19801
      Telephone:  (302) 651-7700
      Facsimile:  (302) 651-7701

      - and -

      Suzzanne S. Uhland
      Ben H. Logan
      Victoria Newmark
      Emily R. Culler
      O'MELVENY & MYERS LLP
      275 Battery Street
      San Francisco, California 94111
      Telephone:  (415) 984-8700
      Facsimile:  (415) 984-8701

      ATTORNEYS FOR DEBTORS
      AND DEBTORS IN POSSESSION