## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

NEW CENTURY TRS HOLDINGS, INC.,
a Delaware corporation, et al., [1]

         Debtors

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:
:
:
:
:
:
:
:

Chapter 11

Case No. 07-10416 (KJC)

Jointly Administered

Re: Docket No. 1417

### DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on June 20, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by overnight mail:

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 9420 Underwood Avenue, Omaha, NE 68144 [Docket No. 1417]**

Dated: June 29, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
  SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California  92705
Telephone:  (949) 567-1600

---

[1]    The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

# Exhibit A

Exhibit A
Notice Party List
Overnight Mail Service List

| Name | Notice Name | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| Broadmoor Hills LLC | | 809 North 96th Street | | Omaha | NE | 68114 | | Notice Party |