## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                    :    Chapter 11
                                          :
                                          :    Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,           :
a Delaware corporation, et al.,[1]        :    Jointly Administered
                                          :
            Debtors                       :
                                          :    Re: Docket No. 1481, 1483, 1499-1500
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on June 20, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by overnight mail:

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 3528671 Between Home123 Corporation and Citicorp Vendor Finance Inc.** [Docket No. 1481]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 3576330 Between Home123 Corporation and Citicorp Vendor Finance Inc.** [Docket No. 1483]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 3272080 Between Home123 Corporation and Citicorp Vendor Finance Inc.** [Docket No. 1499]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 3528670 Between Home123 Corporation and Citicorp Vendor Finance Inc.** [Docket No. 1500]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Dated: June 29, 2007

                                              Jamie L. Edmonson (No. 4247)
                                              XROADS CASE MANAGEMENT
                                              SERVICES, LLC
                                              1821 E. Dyer Road, Suite 225
                                              Santa Ana, California 92705
                                              Telephone: (949) 567-1600

# Exhibit A

Exhibit A
CitiCorp Notice Party List
Overnight Mail Service List

| Company | Notice Name | Address1 | Address2 | City | State | Zip | Party / Function |
|---|---|---|---|---|---|---|---|
| Citicorp | Keith Wesslure | One International Blvd | 10th Fl | Mahwah | NJ | 07495 | Notice Party |