## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:                                                    :     Chapter 11
                                                          :
                                                          :     Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,    :
a Delaware corporation, et al., [1]                     :     Jointly Administered
                                                          :
            Debtors                                   :
                                                          :     Re: Various Docket Nos.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a

member of the bar of this Court, hereby declare that on June 20, 2007, I caused true and correct

copies of the following to be served upon the parties listed on the attached Exhibit A by

overnight mail:

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-013 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1379]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-017 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1380]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-018 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1381]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-019 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1382]

---

[1]       The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-020 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1383]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 10835 N 25th Avenue, Suite 140, Phoenix, AZ 85029** [Docket No. 1384]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 4835 East Cactus Road, Suites 200, 265 & 260, Scottsdale, AZ 85454** [Docket No. 1385]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 4805 E. Thistle Landing Drive, Suite 110-Office 15, Phoenix, AZ 85044** [Docket No. 1386]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 910 East Hamilton Avenue, Suite 430, Campbell, CA 95008** [Docket No. 1387]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 3281 E. Guasti Road, Suite 300, Ontario, CA 91761** [Docket No. 1388]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 55 S. Lake Avenue, Suite 540, Pasadena, CA 91101** [Docket No. 1389]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 13520 Evening Creek Drive North, Suite 450, San Diego, CA 92128** [Docket No. 1390]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 4280 Latham Street, Suite E, Riverside, CA 92501** [Docket No. 1391]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 2000 Crow Canyon Place, Suite 250, San Ramon, CA 95483** [Docket No. 1392]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 810 C Street, Galt, CA 95632** [Docket No. 1393]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 100 N Barranca Ave, Suite 910, West Covina, CA 91791** [Docket No. 1394]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 5445 DTC Parkway, Suite 100 & 530, Englewood, CO 80111** [Docket No. 1395]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 816 Connecticut Avenue, Suite 500, Washington, DC 20005** [Docket No. 1396]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 7950 NW 53rd Street, Suite 103, Miami, FL 33166** [Docket No. 1397]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 8375 Dix Ellis Trail, Suite 303, Jacksonville, FL 32256** [Docket No. 1398]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 1117 Perimeter Center West, Atlanta, GA 30338** [Docket No. 1399]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 25 Forbes Blvd., Suite 1, Foxboro, MA 02035** [Docket No. 1400]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 901 N Lake Destiny Drive, Suite 325, Maitland, FL 32751** [Docket No. 1401]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 12 Wareham Street, Suite C-3, Middleboro, MA 02346** [Docket No. 1402]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 150 S. Pine Island Road, Suite 415, Plantation, FL 33324** [Docket No. 1403]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 8300 NW 53rd Street, Suite 302, Doral, FL 33166** [Docket No. 1404]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 3820 Colonial Blvd., Suite 102, Fort Myers, FL 33966** [Docket No. 1405]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 1302 Concourse Drive, Suite 102, Linthicum, MD 21090** [Docket No. 1406]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 841 Bishop Street, Suite 2001 & 2025, Honolulu, HI 96813** [Docket No. 1409]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 841 Bishop Street, Suites 725, 727 & 750, Honolulu, HI 96813** [Docket No. 1410]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 275 West Ka'ahumanu Center, Kahului, HI 96732** [Docket No. 1411]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 4370 Kukui Grove Street, Suite 110, Kauai, HI 96766** [Docket No. 1412]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 4300 Marketpointe Drive, Suite 510 & 560, Bloomington, MN 55435** [Docket No. 1413]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 721 Roosevelt Avenue, Nampa, ID 83686** [Docket No. 1414]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 200 Unicorn Park Drive, Third Floor, Woburn, MA 01801** [Docket No. 1415]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 50 Tice Blvd., Suite 110, Woodcliff Lakes, NJ 07677** [Docket No. 1416]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 9420 Underwood Avenue, Omaha, NE 68144** [Docket No. 1417]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 1100 The American Road, Morris Plains, NJ 07950** [Docket No. 1418]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 99 Cherry Hill Road, Suite 110, Parsippany, NJ 07054** [Docket No. 1419]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 3202 Millwood Ave, Columbia, SC 29205** [Docket No. 1420]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 3960 Howard Hughes Parkway, 5th Floor, Las Vegas, NV 89109** [Docket No. 1421]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 108D North Woodland Drive, Lancaster, SC 29720** [Docket No. 1422]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at Two Huntington Quadrangle, Suites 1S01 & 1S04, Melville, NY 11747** [Docket No. 1423]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 310 East 4500 South, Suite 270, Murray, UT 84107** [Docket No. 1424]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 11235 SE 6th Street, Suite 200, Bellevue, WA 98004** [Docket No. 1425]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at Two Blue Hill Plaza, 1st Floor, Pearl River, NY 10965** [Docket No. 1427]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 4349 Easton Way, Suite 110, Columbus, OH 43219** [Docket No. 1428]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 229 Huber Village Blvd., Suite 200, Westerville, OH 43081** [Docket No. 1429]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 5285 SW Meadows Road, Suite 395, Lakes Oswego, OR 97035** [Docket No. 1430]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 345 Rouser Road Floor 4-East, Coraopolis, PA 15108** [Docket No. 1431]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 3354 Perimeter Hill Drive, Suites 106 & 150, Nashville, TN 37211** [Docket No. 1432]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 3724 Executive Center Drive, Suites 220 & 205, Austin, TX 78731** [Docket No. 1433]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 5656 S. Staples, Suite 330, Corpus Christi, TX 78411** [Docket No. 1434]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 1349 Empire Central Drive, Suite 100, Dallas, TX 75247** [Docket No. 1435]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 6115 Camp Bowie Blvd., Suite 250 and 255, Fort Worth, TX 76116** [Docket No. 1436]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 11700 Plaza America Drive, Suites 200 & 250, Reston, VA 20190** [Docket No. 1437]

- **Notice of Intent of Rejection of Unexpired Lease of Non-Residential Real Property Located at 18000 Pacific Highway South, Suite 609, Seattle, WA 98188** [Docket No. 1438]

- **Notice of Intent of Rejection of Executory Contract re: Image Management Plus Agreement D13080 Between Home123 Corporation and IKON Financial Services** [Docket No. 1448]

- **Notice of Intent of Rejection of Executory Contract re: Image Management Plus Agreement 1035901 Between Home123 Corporation and IKON Financial Services** [Docket No. 1449]

- **Notice of Rejection of Executory Contract re: Image Management Agreement 44430 between Home123 Corporation and IKON Financial Services** [Docket No. 1450]

- **Notice of Rejection of Executory Contract re: Lease Agreement 1087434 between Home123 Corporation and IKON Financial Services** [Docket No. 1451]

- **Notice of Rejection of Executory Contract re: Lease Agreement 1682351 between New Century Mortgage Corporation and IKON Financial Services** [Docket No. 1452]

- **Notice of Rejection of Executory Contract re: Master Lease 1003892 - Schedule 1060590 between Home123 Corporation and IKON Financial Services** [Docket No. 1453]

- **Notice of Rejection of Executory Contract re: Master Maintenance Agreement dated April 15, 2004 between New Century Mortgage Corporation et al. and IKON Financial Services** [Docket No. 1454]

- **Notice of Rejection of Executory Contract re: Master Sale Agreement dated April 15, 2004 between New Century Mortgage Corporation and IKON Financial Services** [Docket No. 1455]

- **Notice of Intent of Rejection of Executory Contract re: National Account Agreement Dated April 15, 2007 Between New Century Mortgage Corporation et al. and IKON Financial Services** [Docket No. 1456]

- **Notice of Intent of Rejection of Executory Contract re: Schedule B78810 Between Home123 Corporation and IKON Financial Services** [Docket No. 1457]

- **Notice of Intent of Rejection of Executory Contract re: Schedule NC001A New Century Mortgage Corporation and IKON Financial Services** [Docket No. 1458]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 763963 Between Home123 Corporation and Key Equipment Finance** [Docket No. 1459]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement CW01011964 Between Home123 Corporation and Key Equipment Finance** [Docket No. 1460]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement CW01012252 Between Home123 Corporation and Key Equipment Finance** [Docket No. 1461]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement CW01012402 Between Home123 Corporation and Key Equipment Finance** [Docket No. 1462]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement CW010102450 Between Home123 Corporation and Key Equipment Finance** [Docket No. 1463]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 0069549 Between Home123 Corporation and Lanier Worldwide, Inc.** [Docket No. 1464]

- **Notice of Intent of Rejection of Executory Contract re: Office Supply Purchase Agreement Between New Century Mortgage Corporation and Office Max** [Docket No. 1465]

- **Notice of Intent of Rejection of Executory Contract re: Master Full Services Agreement Between New Century Mortgage Corporation and Toshiba America Business Solutions Inc., and Toshiba c/o Coast to Coast** [Docket No. 1466]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-014 Between Home123 Corporation and Toshiba America Information Systems Inc.** [Docket No. 1467]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-025 Between Home123 Corporation and Toshiba America Information Systems Inc.** [Docket No. 1468]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-027 Between Home123 Corporation and Toshiba America Information Systems Inc.** [Docket No. 1469]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-030 Between Home123 Corporation and Toshiba America Information Systems Inc.** [Docket No. 1470]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-032 Between Home123 Corporation and Toshiba America Information Systems Inc.** [Docket No. 1471]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-034 Between Home123 Corporation and Toshiba America Information Systems Inc.** [Docket No. 1472]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-035 Between Home123 Corporation and Toshiba America Information Systems Inc.** [Docket No. 1473]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-036 Between Home123 Corporation and Toshiba America Information Systems Inc.** [Docket No. 1474]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-01 Between Home123 Corporation and Toshiba America Information Systems Inc.** [Docket No. 1475]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-011 Between Home123 Corporation and Toshiba America Information Systems Inc.** [Docket No. 1476]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-013 Between Home123 Corporation and Toshiba America Information Systems Inc.** [Docket No. 1477]

- **Notice of Intent of Rejection of Executory Contract re: Value Lease Agreement 909026 Between Home123 Corporation and US Bancorp Business Equipment Finance Group** [Docket No. 1478]

- **Notice of Intent of Rejection of Executory Contract re: Value Lease Agreement 919053 Between Home123 Corporation and US Bancorp Business Equipment Finance Group** [Docket No. 1479]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 5038415 Between Home123 Corporation and Wells Fargo Financial Leasing Inc.** [Docket No. 1480]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 3528671 Between Home123 Corporation and Citicorp Vendor Finance Inc.** [Docket No. 1481]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 708851613 Between Home123 Corporation and Xerox Corporation** [Docket No. 1482]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 3576330 Between Home123 Corporation and Citicorp Vendor Finance Inc.** [Docket No. 1483]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 956746242 Between Home123 Corporation and Xerox Corporation** [Docket No. 1484]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 5957900 Between Home123 Corporation and National City Commercial Capital Company, LLC** [Docket No. 1485]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 5958400 Between Home123 Corporation and National City Commercial Capital Company, LLC** [Docket No. 1486]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 701163594 Between Home123 Corporation and Xerox Corporation** [Docket No. 1487]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 61788000 Between Home123 Corporation and National City Commercial Capital Company, LLC** [Docket No. 1488]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 703610063 Between Home123 Corporation and Xerox Corporation** [Docket No. 1489]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 705319515 Between Home123 Corporation and Xerox Corporation** [Docket No. 1490]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 62145000 Between Home123 Corporation and National City Commercial Capital Company, LLC** [Docket No. 1491]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 706380318 Between Home123 Corporation and Xerox Corporation** [Docket No. 1492]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 62146000 Between Home123 Corporation and National City Commercial Capital Company, LLC** [Docket No. 1493]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 708181623 Between Home123 Corporation and Xerox Corporation** [Docket No. 1494]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 72297000 Between Home123 Corporation and National City Commercial Capital Company, LLC** [Docket No. 1495]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 24462891 Between Home123 Corporation and De Lage Landen Financial Services Inc.** [Docket No. 1496]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 24476139 Between Home123 Corporation and De Lage Landen Financial Services Inc.** [Docket No. 1497]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 24547076 Between Home123 Corporation and De Lage Landen Financial Services Inc.** [Docket No. 1498]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 3272080 Between Home123 Corporation and Citicorp Vendor Finance Inc.** [Docket No. 1499]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 3528670 Between Home123 Corporation and Citicorp Vendor Finance Inc.** [Docket No. 1500]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000928-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1501]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000938-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1502]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000939-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1503]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000940-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1504]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000948-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1505]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000955-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1506]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000957-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1507]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000960-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1508]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000969-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1509]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-018 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1510]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-020 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1511]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 4382081-002 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1512]

- **Notice of Intent of Rejection of Executory Contract re: Master Lease Agreement 4382081 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1513]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000971-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1514]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-017 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1515]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000972-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1516]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-014 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1517]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000973-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1518]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-019 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1519]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-021 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1520]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000974-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1521]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000975-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1522]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000976-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1523]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000977-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1524]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000978-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1525]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-022 between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1526]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000980-000 between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1527]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-023 between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1528]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-024 between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1529]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000981-000 between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1530]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 7208294-049 between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1531]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000982-000 between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1532]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 7313094-001 between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1533]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000984-000 between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1534]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 8904755-002 between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1535]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-025 between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1536]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000985-000 between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1537]

- **Notice of Intent of Rejection of Executory Contracts re: Equipment Lease Agreement 7078294-022 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1538]

- **Notice of Intent of Rejection of Executory Contracts re: Equipment Lease Agreement 037-0001003-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1539]

- **Notice of Intent of Rejection of Executory Contracts re: Equipment Lease Agreement 7078294-024 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1540]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001008-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1541]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-025 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1542]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-027 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1543]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001028-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1544]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-031 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1545]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-032 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1546]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001029-000 Between Home123 Corp and CIT Technology Financing Services Inc.** [Docket No. 1547]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-034 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1548]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001030-000 Between Home123 Corp and CIT Technology Financing Services Inc.** [Docket No. 1549]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-035 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1550]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-010 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1551]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-037 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1552]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-041 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1553]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-016 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1554]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-047 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1555]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-017 Between Home 123 Corp and General Electric Capital Corp** [Docket No. 1556]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-002 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1557]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-005 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1558]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-020 Between Home123 Corp and General ELectric Capital Corp** [Docket No. 1559]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-008 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1560]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-013 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1561]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-005 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1562]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-010 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1563]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-006 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1565]

- **Notice of Intent of Rejection of Executory Contract re: Ellie Mae/Lender Agreement Between New Century Mortgage Corporation and Ellie Mae, Inc.; Participating Lender Agreement Between New Century Mortgage Corporation and Ellie Mae, Inc.; Addendum 1 to Par** [Docket No. 1566]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-040 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1567]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 708708474 Between Home123 Corporation and Xerox Corporation** [Docket No. 1568]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-045 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1569]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001471-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1570]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-001 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1571]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0002491-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1572]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-004 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1573]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001666-000 Between Home123 Corp and CIT Technology Financing Services Inc.** [Docket No. 1574]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-007 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1575]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001665-000 Between Home123 Corp and CIT Technology Financing Services Inc.** [Docket No. 1576]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-011 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1577]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-039 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1578]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001664-000 Between Home123 Corp and CIT Technology Financing Services Inc.** [Docket No. 1579]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-042 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1580]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001555-000 Between Home123 Corp and CIT Technology Financing Services Inc.** [Docket No. 1581]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001548-000 Between Home123 Corp and CIT Technology Financing Services Inc.** [Docket No. 1582]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-048 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1583]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001547-000 Between Home123 Corp and CIT Technology Financing Services Inc.** [Docket No. 1584]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-003 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1585]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001533-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1586]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001527-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1587]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001526-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1588]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001503-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1589]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001502-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1590]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001501-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1591]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001500-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1592]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001499-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1593]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001477-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1594]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001474-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1595]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001473-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1596]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001472-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1597]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001471-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1598]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001470-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1599]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001469-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1600]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001467-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1601]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001350-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1602]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001333-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1603]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001302-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1604]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001284-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1606]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001283-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1607]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001282-000 Between Home123 Corp. and CIT Technology Financing Services Inc.** [Docket No. 1608]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001267-000 Between Home123 Corp. and CIT Technology Financing Services Inc.** [Docket No. 1609]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001266-000 Between Home123 Corp. and CIT Technology Financing Services Inc.** [Docket No. 1610]

- **Notice of Intent of Rejection of Executory COntract re: Equipment Lease Agreement 037-0001265-000 Between Home123 Corp. and CIT Technology Financing Services Inc.** [Docket No. 1611]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001262-000 Between Home123 Corp. and CIT Technology Financing Services Inc.** [Docket No. 1612]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001261-000 Between Home123 Corp. and CIT Technology Financing Services Inc.** [Docket No. 1613]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001260-000 Between Home123 Corp. and CIT Technology Financing Services Inc.** [Docket No. 1614]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001259-000 Between Home123 Corp. and CIT Technology Financing Services Inc.** [Docket No. 1615]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001157-000 Between Home123 Corp. and CIT Technology Financing Services Inc.** [Docket No. 1616]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001126-00 Between Home123 Corp. and CIT Technology Financing Services Inc.** [Docket No. 1617]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001088-000 Between Home123 Corp. and CIT Technology Financing Services Inc.** [Docket No. 1618]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001085-000 Between Home123 Corp. and CIT Technology Financing Services Inc.** [Docket No. 1619]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001083-000 Between Home123 Corp. and CIT Technology Financing Services Inc.** [Docket No. 1620]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001075-000 Between Home123 Corp. and CIT Technology Financing Services Inc.** [Docket No. 1621]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001056-000 Between Home123 Corp. and CIT Technology Financing Services Inc.** [Docket No. 1622]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001055-000 Between Home123 Corp. and CIT Technology Financing Services Inc.** [Docket No. 1623]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001054-000 Between Home123 Corp. and CIT Technology Financing Services Inc.** [Docket No. 1624]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001050-000 Between Home123 Corp. and CIT Technology Financing Services Inc.** [Docket No. 1625]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001031-000 Between Home123 Corp and CIT Technology Financing Services Inc.** [Docket No. 1627]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 4382081-003 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1628]

Dated:  June 29, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
   SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California  92705
Telephone:  (949) 567-1600

# Exhibit A

Exhibit A
Core List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street  Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Greenwich Capital Financial Products | General Counsel & Frank Skibo | 600 Steamboat Rd | | Greenwich | CT | 06830 | | Counsel to DIP Lenders |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Kirkland & Ellis LLP | Bennett L Spiegel & Shirley S Cho | 777 S Figueroa St | Suite 3700 | Los Angeles | CA | 90017 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Michael J Missal | 1601 K Street NW | | Washington | DC | 20006 | | Examiner |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | Wilmington | DE | 19801 | | US Trustee |
| Office of the US Trustee | | 844 King St | Ste 2313 Lockbox 35 | Wilmington | DE | 19801-3519 | | Governmental Agency |
| Pachulski Stang Ziehl Young Jones Weintraub LLP | Laura Davis Jones & Timothy P Cairns | 919 N Market St 17th Fl | PO Box 8705 | Wilmington | DE | 19899-8705 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| The CIT Group Business Credit Inc | Renee Singer | 505 Fifth Ave | 3rd Fl | New York | NY | 10017 | | Counsel to DIP Lenders |