IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
                              :  Chapter 11
In re:                        :
                              :  Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,:
a Delaware corporation, et al.,[1]  :  Jointly Administered
                              :
       Debtors                :
                              :  Re: Docket No. 1379-1383
------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on June 20, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by overnight mail:

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-013 Between Home123 Corporation and Canon Financial Services Inc. [Docket No. 1379]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-017 Between Home123 Corporation and Canon Financial Services Inc. [Docket No. 1380]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-018 Between Home123 Corporation and Canon Financial Services Inc. [Docket No. 1381]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-019 Between Home123 Corporation and Canon Financial Services Inc. [Docket No. 1382]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 004-0195603-020 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1383]

Dated: June 29, 2007

*[signature]*
Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Exhibit A
Canon Notice Party List
Overnight Mail Service List

| Name | Notice Name | Address1 | Address2 | City | State | Zip | Party / Function |
|---|---|---|---|---|---|---|---|
| Canon Financial Services | Kristy Shea | 158 Gaither Dr | Ste 200 | Mt Laurel | NJ | 08054 | Notice Party |
| Canon Financial Services | | PO Box 42937 | | Philadelphia | PA | 42937 | Notice Party |