IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
In re:                           :    Chapter 11
                                 :
NEW CENTURY TRS HOLDINGS, INC.,  :    Case No. 07-10416 (KJC)
a Delaware corporation, et al.,¹ :
                                 :    Jointly Administered
          Debtors                :
                                 :    Re: Docket No. 1501-1509, 1514, 1516,
                                 :    1518, 1521-1525, 1527, 1530, 1532,
                                 :    1534, 1537, 1539, 1541, 1544, 1547,
                                 :    1549, 1570, 1572, 1574, 1576, 1579,
                                 :    1581-1582, 1584, 1586-1604, 1606-1625,
                                 :    1627
---------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on June 20, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by overnight mail:

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000928-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1501]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000938-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1502]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000939-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1503]

---

¹ The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000940-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1504]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000948-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1505]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000955-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1506]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000957-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1507]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000960-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1508]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000969-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1509]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000971-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1514]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000972-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1516]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000973-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1518]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000974-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1521]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000975-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1522]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000976-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1523]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000977-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1524]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000978-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1525]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000980-000 between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1527]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000981-000 between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1530]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000982-000 between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1532]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000984-000 between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1534]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 037-0000985-000 between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1537]

- **Notice of Intent of Rejection of Executory Contracts re: Equipment Lease Agreement 037-0001003-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1539]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001008-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1541]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001028-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1544]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001029-000 Between Home123 Corp and CIT Technology Financing Services Inc.** [Docket No. 1547]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001030-000 Between Home123 Corp and CIT Technology Financing Services Inc.** [Docket No. 1549]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001471-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1570]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0002491-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1572]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001666-000 Between Home123 Corp and CIT Technology Financing Services Inc.** [Docket No. 1574]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001665-000 Between Home123 Corp and CIT Technology Financing Services Inc.** [Docket No. 1576]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001664-000 Between Home123 Corp and CIT Technology Financing Services Inc.** [Docket No. 1579]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001555-000 Between Home123 Corp and CIT Technology Financing Services Inc.** [Docket No. 1581]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001548-000 Between Home123 Corp and CIT Technology Financing Services Inc.** [Docket No. 1582]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001547-000 Between Home123 Corp and CIT Technology Financing Services Inc.** [Docket No. 1584]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001533-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1586]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001527-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1587]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001526-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1588]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001503-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1589]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001502-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1590]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001501-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1591]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001500-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1592]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001499-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1593]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001477-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1594]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001474-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1595]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001473-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1596]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001472-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1597]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001471-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1598]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001470-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1599]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001469-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1600]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001467-000 Between Home123 Corporation and CIT Technology Financing Services Inc.** [Docket No. 1601]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001350-000 Between Home123 Corporation and CIT Technology Financing Services Inc. [Docket No. 1602]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001333-000 Between Home123 Corporation and CIT Technology Financing Services Inc. [Docket No. 1603]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001302-000 Between Home123 Corporation and CIT Technology Financing Services Inc. [Docket No. 1604]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001284-000 Between Home123 Corporation and CIT Technology Financing Services Inc. [Docket No. 1606]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001283-000 Between Home123 Corporation and CIT Technology Financing Services Inc. [Docket No. 1607]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001282-000 Between Home123 Corp. and CIT Technology Financing Services Inc. [Docket No. 1608]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001267-000 Between Home123 Corp. and CIT Technology Financing Services Inc. [Docket No. 1609]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001266-000 Between Home123 Corp. and CIT Technology Financing Services Inc. [Docket No. 1610]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001265-000 Between Home123 Corp. and CIT Technology Financing Services Inc. [Docket No. 1611]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001262-000 Between Home123 Corp. and CIT Technology Financing Services Inc. [Docket No. 1612]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001261-000 Between Home123 Corp. and CIT Technology Financing Services Inc. [Docket No. 1613]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001260-000 Between Home123 Corp. and CIT Technology Financing Services Inc. [Docket No. 1614]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001259-000 Between Home123 Corp. and CIT Technology Financing Services Inc. [Docket No. 1615]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001157-000 Between Home123 Corp. and CIT Technology Financing Services Inc. [Docket No. 1616]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001126-00 Between Home123 Corp. and CIT Technology Financing Services Inc. [Docket No. 1617]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001088-000 Between Home123 Corp. and CIT Technology Financing Services Inc. [Docket No. 1618]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001085-000 Between Home123 Corp. and CIT Technology Financing Services Inc. [Docket No. 1619]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001083-000 Between Home123 Corp. and CIT Technology Financing Services Inc. [Docket No. 1620]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001075-000 Between Home123 Corp. and CIT Technology Financing Services Inc. [Docket No. 1621]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001056-000 Between Home123 Corp. and CIT Technology Financing Services Inc. [Docket No. 1622]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001055-000 Between Home123 Corp. and CIT Technology Financing Services Inc. [Docket No. 1623]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001054-000 Between Home123 Corp. and CIT Technology Financing Services Inc. [Docket No. 1624]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001050-000 Between Home123 Corp. and CIT Technology Financing Services Inc. [Docket No. 1625]

- Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 037-0001031-000 Between Home123 Corp and CIT Technology Financing Services Inc. [Docket No. 1627]

Dated: June 29, 2007

*[signature]*
Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Exhibit A
CIT Notice Party List
Overnight Mail Service List

| Company | Notice Name | Address1 | Address2 | City | State | Zip | Party / Function |
|---|---|---|---|---|---|---|---|
| CIT | Brian D Wood | Weltman Weinberg Reis Co LPA | 175 S 3rd St Ste 900 | Columbus | OH | 43215 | Notice Party |
| CIT | Raphael Deets | One Deerwood | 10201 Centurion Pkwy N Ste 100 | Jacksonville | FL | 32256 | Notice Party |
| CIT | | PO Box 1638 | | Livingston | NJ | 07039 | Notice Party |

In re New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)  
United States Bankruptcy Court, District of Delaware

6/20/2007  
Exhibit A - CIT Service List 070620