## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :    Chapter 11
                                                 :
In re:                                           :    Case No. 07-10416 (KJC)
                                                 :
NEW CENTURY TRS HOLDINGS, INC.,                  :
a Delaware corporation, et al., [1]              :    Jointly Administered
                                                 :
            Debtors                              :
                                                 :    Re: Docket No. 1482, 1484, 1487, 1489,
                                                 :    1490, 1492, 1494 and 1568
- - - - - - - - - - - - - - - - - - - - - - - - x
```

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on June 20, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by overnight mail:

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 708851613 Between Home123 Corporation and Xerox Corporation** [Docket No. 1482]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 956746242 Between Home123 Corporation and Xerox Corporation** [Docket No. 1484]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 701163594 Between Home123 Corporation and Xerox Corporation** [Docket No. 1487]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 703610063 Between Home123 Corporation and Xerox Corporation** [Docket No. 1489]

---

[1]    The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 705319515 Between Home123 Corporation and Xerox Corporation** [Docket No. 1490]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 706380318 Between Home123 Corporation and Xerox Corporation** [Docket No. 1492]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 708181623 Between Home123 Corporation and Xerox Corporation** [Docket No. 1494]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 708708474 Between Home123 Corporation and Xerox Corporation** [Docket No. 1568]

Dated:  June 29, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California  92705
Telephone:  (949) 567-1600

# Exhibit A

Exhibit A
Xerox Notice Party List
Overnight Mail Service List

| Company | Notice Name | Address1 | Address2 | City | State | Zip | Party / Function |
|---|---|---|---|---|---|---|---|
| IKON Financial Svcs | Bankruptcy Admin | 1738 Bass Road | PO Box 13708 | Macon | GA | 31208 | Notice Party |
| Xerox | Linda Kirpatrick | 1350 Jefferson Road | | Rochester | NY | 14623 | Notice Party |