IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
:   Chapter 11
In re:                           :
                                 :   Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,  :
a Delaware corporation, et al.,[1] :  Jointly Administered
                                 :
        Debtors                  :
                                 :   Re: Docket No. 1466-1477
---------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on June 20, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by overnight mail:

- **Notice of Intent of Rejection of Executory Contract re: Master Full Services Agreement Between New Century Mortgage Corporation and Toshiba America Business Solutions Inc., and Toshiba c/o Coast to Coast** [Docket No. 1466]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-014 Between Home123 Corporation and Toshiba America Information Systems Inc.** [Docket No. 1467]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-025 Between Home123 Corporation and Toshiba America Information Systems Inc.** [Docket No. 1468]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-027 Between Home123 Corporation and Toshiba America Information Systems Inc.** [Docket No. 1469]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-030 Between Home123 Corporation and Toshiba America Information Systems Inc.** [Docket No. 1470]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-032 Between Home123 Corporation and Toshiba America Information Systems Inc.** [Docket No. 1471]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-034 Between Home123 Corporation and Toshiba America Information Systems Inc.** [Docket No. 1472]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-035 Between Home123 Corporation and Toshiba America Information Systems Inc.** [Docket No. 1473]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-036 Between Home123 Corporation and Toshiba America Information Systems Inc.** [Docket No. 1474]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-01 Between Home123 Corporation and Toshiba America Information Systems Inc.** [Docket No. 1475]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-011 Between Home123 Corporation and Toshiba America Information Systems Inc.** [Docket No. 1476]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-013 Between Home123 Corporation and Toshiba America Information Systems Inc.** [Docket No. 1477]

Dated: June 29, 2007

*Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Exhibit A
Toshiba Notice Party List
Overnight Mail Service List

| Company | Notice Name | Address1 | Address2 | City | State | Zip | Party / Function |
|---|---|---|---|---|---|---|---|
| IKON Financial Svcs | Bankruptcy Admin | 1738 Bass Road | PO Box 13708 | Macon | GA | 31208 | Notice Party |
| Toshiba America Business Solutions Inc. | Bid & Contract Dept | 2 Musick | | Irvine | CA | 92818 | Notice Party |
| Toshiba c/o Coast to Coast | | 8 Vanderbilt | | Irvine | CA | 92618 | Notice Party |
| Toshiba Financial Solutions | Maureen Bell | PO Box 3083 | | Cedar Rapids | IA | 52406-3083 | Notice Party |
| Toshiba Financial Solutions | | 1010 Thomas Edison Blvd SW | | Cedar Rapids | IA | 52404 | Notice Party |