# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------x<br>In re:<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br>a Delaware corporation, et al., [1]<br><br>Debtors<br><br>------------------------------x | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered<br><br>Re: Docket No. 1485, 1486, 1488, 1491,<br>1493, and 1495 |

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on June 20, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by overnight mail:

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 5957900 Between Home123 Corporation and National City Commercial Capital Company, LLC [Docket No. 1485]**

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 5958400 Between Home123 Corporation and National City Commercial Capital Company, LLC [Docket No. 1486]**

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 61788000 Between Home123 Corporation and National City Commercial Capital Company, LLC [Docket No. 1488]**

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 62145000 Between Home123 Corporation and National City Commercial Capital Company, LLC** [Docket No. 1491]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 62146000 Between Home123 Corporation and National City Commercial Capital Company, LLC** [Docket No. 1493]

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 72297000 Between Home123 Corporation and National City Commercial Capital Company, LLC** [Docket No. 1495]

Dated: June 29, 2007

                                           Jamie L. Edmonson (No. 4247)
                                           XROADS CASE MANAGEMENT
                                           SERVICES, LLC
                                           1821 E. Dyer Road, Suite 225
                                           Santa Ana, California 92705
                                           Telephone: (949) 567-1600

# Exhibit A

Exhibit A
National City Notice Party List
Overnight Mail Service List

| Company | Notice Name | Address1 | Address2 | City | State | Zip | Party / Function |
|---|---|---|---|---|---|---|---|
| National City c/o Weir Partners | Kenneth E Aaron | 824 Market St Ste 1001 | PO Box 708 | Wilmington | DE | 19899 | Notice Party |
| National City c/o Lamm Rubenstone | Sherry D Lowe | 3600 Horizon Blvd | Ste 200 | Trevose | PA | 19053 | Notice Party |