## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------x
:
In re:                                                    :    Chapter 11
:
:    Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,    :
a Delaware corporation, et al.,[1]                :    Jointly Administered
:
Debtors                                   :
:    Re: Docket No. 1464
------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on June 20, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by overnight mail:

- **Notice of Intent of Rejection of Executory Contract re: Lease Agreement 0069549 Between Home123 Corporation and Lanier Worldwide, Inc.** [Docket No. 1464]

Dated: June 29, 2007

                                                 Jamie L. Edmonson (No. 4247)
                                                 XROADS CASE MANAGEMENT
                                                 SERVICES, LLC
                                                 1821 E. Dyer Road, Suite 225
                                                 Santa Ana, California 92705
                                                 Telephone: (949) 567-1600

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

# Exhibit A

Exhibit A
Lanier Notice Party List
Overnight Mail Service List

| Company | Notice Name | Address1 | Address2 | City | State | Zip | Party / Function |
|---|---|---|---|---|---|---|---|
| IKON Financial Svcs | Bankruptcy Admin | 1738 Bass Road | PO Box 13708 | Macon | GA | 31208 | Notice Party |
| Lanier Worldwide, Inc. | | PO Box 105533 | | Atlanta | GA | 30340 | Notice Party |