IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
                              :   Chapter 11
In re:                        :
                              :   Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,:
a Delaware corporation, et al.,[1] :   Jointly Administered
                              :
    Debtors                   :
                              :   Re: Docket No. 1448-1458
------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on June 20, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by overnight mail:

- **Notice of Intent of Rejection of Executory Contract re: Image Management Plus Agreement D13080 Between Home123 Corporation and IKON Financial Services** [Docket No. 1448]

- **Notice of Intent of Rejection of Executory Contract re: Image Management Plus Agreement 1035901 Between Home123 Corporation and IKON Financial Services** [Docket No. 1449]

- **Notice of Rejection of Executory Contract re: Image Management Agreement 44430 between Home123 Corporation and IKON Financial Services** [Docket No. 1450]

- **Notice of Rejection of Executory Contract re: Lease Agreement 1087434 between Home123 Corporation and IKON Financial Services** [Docket No. 1451]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Rejection of Executory Contract re: Lease Agreement 1682351 between New Century Mortgage Corporation and IKON Financial Services** [Docket No. 1452]

- **Notice of Rejection of Executory Contract re: Master Lease 1003892 - Schedule 1060590 between Home123 Corporation and IKON Financial Services** [Docket No. 1453]

- **Notice of Rejection of Executory Contract re: Master Maintenance Agreement dated April 15, 2004 between New Century Mortgage Corporation et al. and IKON Financial Services** [Docket No. 1454]

- **Notice of Rejection of Executory Contract re: Master Sale Agreement dated April 15, 2004 between New Century Mortgage Corporation and IKON Financial Services** [Docket No. 1455]

- **Notice of Intent of Rejection of Executory Contract re: National Account Agreement Dated April 15, 2007 Between New Century Mortgage Corporation et al. and IKON Financial Services** [Docket No. 1456]

- **Notice of Intent of Rejection of Executory Contract re: Schedule B78810 Between Home123 Corporation and IKON Financial Services** [Docket No. 1457]

- **Notice of Intent of Rejection of Executory Contract re: Schedule NC001A New Century Mortgage Corporation and IKON Financial Services** [Docket No. 1458]

Dated: June 29, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Exhibit A
IKON Notice Party List
Overnight Mail Service List

| Company | Notice Name | Address1 | Address2 | City | State | Zip | Party / Function |
|---|---|---|---|---|---|---|---|
| IKON | Jennifer Presnall-Harpe | 1738 Bass Road | | Macon | GA | 31210 | Notice Party |
| IKON | Team 5E | PO Box 650016 | | Dallas | TX | 75265 | Notice Party |
| IKON | | 16715 Von Karman Ave | | Irvine | CA | 92606 | Notice Party |
| IKON Financial Svcs | Bankruptcy Admin | 1738 Bass Road | PO Box 13708 | Macon | GA | 31208 | Notice Party |