**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., [1]<br><br>Debtors | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered<br><br>Re: Docket No. 1510-1513, 1515, 1517 1519-1520, 1526, 1528-1529, 1531, 1533 1535-1536, 1538, 1540, 1542-1543, 1545, 1546, 1548, 1550-1563, 1565, 1567, 1569, 1571, 1573, 1575, 1577-1578, 1580, 1583, 1585, 1628 |

**DECLARATION OF SERVICE**

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on June 20, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by overnight mail:

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-018 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1510]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-020 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1511]

---

1 The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 4382081-002 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1512]

- **Notice of Intent of Rejection of Executory Contract re: Master Lease Agreement 4382081 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1513]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-017 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1515]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-014 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1517]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-019 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1519]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-021 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1520]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-022 between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1526]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-023 between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1528]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-024 between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1529]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 7208294-049 between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1531]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 7313094-001 between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1533]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 8904755-002 between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1535]

- **Notice of Rejection of Executory Contract re: Equipment Lease Agreement 6839461-025 between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1536]

- **Notice of Intent of Rejection of Executory Contracts re: Equipment Lease Agreement 7078294-022 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1538]

- **Notice of Intent of Rejection of Executory Contracts re: Equipment Lease Agreement 7078294-024 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1540]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-025 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1542]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-027 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1543]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-031 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1545]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-032 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1546]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-034 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1548]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-035 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1550]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-010 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1551]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-037 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1552]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-041 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1553]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-016 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1554]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-047 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1555]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-017 Between Home 123 Corp and General Electric Capital Corp** [Docket No. 1556]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-002 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1557]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-005 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1558]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-020 Between Home123 Corp and General ELectric Capital Corp** [Docket No. 1559]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-008 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1560]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-013 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1561]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-005 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1562]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-010 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1563]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-006 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1565]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-040 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1567]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-045 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1569]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-001 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1571]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-004 Between Home123 Corporation and General Electric Capital Corporation** [Docket No. 1573]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-007 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1575]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-011 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1577]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-039 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1578]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-042 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1580]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7078294-048 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1583]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 7165918-003 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1585]

- **Notice of Intent of Rejection of Executory Contract re: Equipment Lease Agreement 4382081-003 Between Home123 Corp and General Electric Capital Corp** [Docket No. 1628]

Dated: June 29, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Exhibit A
GE Notice Party List
Overnight Mail Service List

| Company | Notice Name | Address1 | Address2 | City | State | Zip | Party / Function |
|---|---|---|---|---|---|---|---|
| GE Capital | Eric S Schuster Esq | Gebhardt Smith LLP | 1 South St Ste 2200 | Baltimore | MD | 21202 | Notice Party |
| GE Capital | Maureen Bell | PO BOX 3083 | | Cedar Rapids | IA | 52406-3083 | Notice Party |
| GE Capital | Michael G Gallerizzo Esq | Gebhardt Smith LLP | 901 Market St Ste 451 | Wilimington | DE | 19801 | Notice Party |
| GE Capital | | 1010 Thomas Edison Blvd SW | | Cedar Rapids | IA | 52404 | Notice Party |