IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS; | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF REJECTION OF UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY

I hereby certify that on the 2nd day of July, 2007, I caused a copy of the Response to Notice of Rejection of Unexpired Lease of Non-Residential Real Property to be filed electronically with the Court (Docket No. 1770) and served upon the parties below by electronic mail:

*Counsel to Debtors*

Suzzanne S. Uhland, Esq.
O'Melveny & Myers LLP
suhland@omm.com

Mark D. Collins
Richards, Layton & Finger, P.A.
collins@rlf.com

*Counsel to the Official Committee of Unsecured Creditors*

Bonnie Glantz Fatell
Blank Rome LLP
fatell@blankrome.com

Mark T. Power
Hahn & Hessen, LLP
mpower@hahnhessen.com

*Office of the United States Trustee*

Joseph McMahon, Jr., Esq.
Office of the United States Trustee
joseph.mcmahon@usdoj.gov

_____
William F. Taylor, Jr. (#2936)