IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § | Chapter 11 |
| § | |
| NEW CENTURY TRS HOLDINGS, INC., § | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al., § | |
| § | Jointly Administered |
| Debtors. § | |

## NOTICE OF WITHDRAWAL OF DOCKET ENTRY NO. 797

**PLEASE TAKE NOTICE** that the undersigned counsel for the Movant hereby requests the Clerk of the Court to withdraw the *Motion of Coventry Fund X, LTD, to Compel Payment of Administrative Expense*, located at Docket No. 797.

Dated: July 3, 2007

COZEN O'CONNOR

Mark E. Felger (No. 3919)
Jeffrey R. Waxman (No. 4159)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

and

SHEINESS, SCOTT, GROSSMAN & COHN, L.L.P.

H. Miles Cohn, Esquire
1001 McKinney Street, Suite 1400
Houston, TX 77002
Telephone: (713) 374-7020
Facsimile: (713) 374-7049

*Counsel for Coventry Fund X, LTD*