IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC., | § | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al., | § | |
| | § | Jointly Administered |
| Debtors. | § | |

## CERTIFICATE OF SERVICE

I, Mark E. Felger, certify that I am not less than 18 years of age, and that service of the attached *Motion of Coventry Fund X, Ltd. to compel Payment of Administrative Expense* was made on May 14, 2007 upon

### VIA HAND DELIVERY

Christopher M. Samis, Esquire
Chun I. Jang, Esquire
Mark D. Collins, Esquire
Michael Joseph Merchant, Esquire
Paul Noble Heath, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

### FIRST CLASS MAIL

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

1

Suzzane S. Uhland, Esquire
Ben H. Logan Esquire
Victoria Newmark, Esquire
Emily Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA  94111

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 3, 2007
       Wilmington, Delaware

COZEN O'CONNOR

_____
Mark E. Felger (No. 3919)