June 25, 2007

Aaron Celious
1614 Greenfield Ave
Los Angeles, CA 90025


US Bankruptcy Court
824 North Market Street
3rd Floor
Wilmington, DE 19801


Re: New Century Mortgage 07-10416 / 07-10419  KJC

Dear Mr. David Bird:

I am filing this motion for relief from stay under section 362 of the Bankruptcy Code on my own behalf. There are two forms included as I was not sure if I should fill in the information pertaining to the opposing counsel or leave it for your office to fill out. One form includes the information and the other leaves it blank.

This request for relief is made based on my desire to pursue legal remedy against New Century Mortgage for defrauding me in the purchase of a residential home in Atlanta, Georgia. New Century originated two security deeds on the property and currently holds one of the security deeds.

Will you have someone from your office let me know if there is additional information required from me in order to have a hearing scheduled? I can be reached at the aforementioned address or at (310) 309-9003 or aaroncelious@yahoo.com.

Sincerely,

Aaron Celious