IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: New Century Mortgage
07-10416  /07-10419
The Honorable Kevin J. Carey
                Debtor

New Century Mortgage

Chapter 11

Case No. ___-____ (____)

Motion No. _____

Objections due by:
Hearing Date:

## NOTICE OF MOTION OF Aaron Celious FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO:   Christopher Samis                    [Panel Trustee]

      [Committee counsel]                   **Joseph McMahon**

[The Movant] has filed a Motion for Relief from Stay which seeks the following relief:
**To file action against New Century regarding a residential property New Century induced Mr. Celious to purchase through fraud and deceit.**
HEARING ON THE MOTION WILL BE HELD ON _____, at ___ .m.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion at lease five business days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorney:
   **Aaron Celious, pro se
   1614 Greenfield Ave                    (310) 479-3411
   Los Angeles, CA 90025**

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

By: _____
   [Counsel for the Movant]
   **Aaron Celious**

Local Form 106A