# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| **In Re:**<br>New Century TRS Holdings, Inc.<br>18400 Von Karman Ave.<br>Irvine, CA 92612<br>  **EIN:** 33–0683629<br>New Century Financial Corporation | **Chapter:** 11<br><br><br><br>**Case No.:** 07–10416–KJC |

### NOTICE OF HEARING

Mr. Celious has filed a Motion for Relief From Stay.

A hearing regarding the Motion is scheduled for 7/31/07 at 01:30 PM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, DE 19801 .

                                            David D. Bird
                                            Clerk of Court

Dated: 7/3/07

(VAN−401a)