# Intended Notice Recipients – Method of Notice

District/Off: 0311−1  
Case: 07−10416−KJC  
User: Anissa  
Form ID: van401a  
Date Created: 7/3/2007  
Total: 27

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*

| | | | |
|---|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV | |
| aty | Christopher M. Samis | samis@rlf.com, rbgroup@rlf.com | |
| aty | Christopher M. Samis | samis@rlf.com, rbgroup@rlf.com | |
| aty | Christopher M. Samis | samis@rlf.com, rbgroup@rlf.com | |
| aty | Christopher M. Samis | samis@rlf.com, rbgroup@rlf.com | |

TOTAL: 5

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*

| | | | |
|---|---|---|---|
| db | New Century TRS Holdings, Inc. | 18400 Von Karman Ave. | Irvine, CA 92612 |
| aty | Christopher M. Samis | Richards, Layton &Finger, P.A. 920 N. King Street One Rodney Square | Wilmington, De 19801 |
| aty | Chun I. Jang | Richards, Layton &Finger, P.A. 920 North King Street P.O. Box 551 | Wilmington, DE 19899 |
| aty | Marcos Alexis Ramos | Richards Layton &Finger, PA One Rodney Square PO Box 551 | Wilmington, DE 19899 |
| aty | Mark D. Collins | Richards Layton &Finger One Rodney Square PO Box 551 | Wilmington, DE 19899 |
| aty | Michael Joseph Merchant | Richards Layton &Finger, P.A. One Rodney Square P.O. Box 551 | Wilmington, DE 19899 |
| aty | Paul Noble Heath | Richards, Layton &Finger One Rodney Square P. O. Box 551 | Wilmington, DE 19899 |
| aty | Russell C. Silberglied | Richards, Layton &Finger One Rodney Square P.O. BOX 551 | Wilmington, DE 19899 |
| 2161513 | Bexar County | c/o David G. Aelvoet 711 Navarro Suite 300 | San Antonio, TX 78205 |
| 2161514 | City of El Paso | c/o David G. Aelvoet 711 Navarro Suite 300 | San Antonio, TX 78205 |
| 2216785 | Cybersearch | 800 E. Northwest Highway Suite 950 | Palatine, IL 60067 |
| 2207776 | Iron Mountain Information Management, Inc. | c/o Frank F. McGinn, Esq Bartlett Hackett Feinberg P.C. 155 Federal Street | Boston, MA 02110 |
| 2207744 | Iron Mountain Information Management, Inc. | c/o Frank F. McGinn, Esq. Bartlett Hackett Feinberg P.C. 155 Federal Street | Boston, MA 02110 |
| 2208737 | KW Properties, LTD | c/o Nancy Hotchkiss, Esquire Trainor Fairbrook 980 Fulton Avenue | Sacramento, California 95825 |
| 2207888 | KW Properties, LTD. | c/o Nancy Hotchkiss, Esquire Trainor Fairbrook 980 Fulton Avenue | Sacramento, California 95825 |
| 2207890 | KW Properties, LTD. | c/o Nancy Hotckiss, Esquire Trainor Fairbrook 980 Fulton Avenue | Sacramento, California 95825 |
| 2209041 | Law Offices of David J. Stern, PA | 801 S. University Dr. Suite 500 | Plantation, FL 33324 |
| 2209042 | Law Offices of David J. Stern, PA | 801 S. University Dr. Suite 500 | Plantation, FL 33324 |
| 2209043 | Law Offices of David J. Stern, PA | 801 S. University Dr. Suite 500 | Plantation, FL 33324 |
| 2216786 | Riverside Claims LLC | P.O. Box 626 Planetarium Station | New York, NY 10024−0540 |
| 2216792 | Riverside Claims LLC | P.O. Box 626 Planetarium Station | New York, NY 10024−0540 |
| 2216795 | Riverside Claims LLC | P.O. Box 626 Planetarium Station | New York, NY 10024−0540 |

TOTAL: 22