# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| **In Re:** | **Chapter:** 11 |
| New Century TRS Holdings, Inc. | |
| 18400 Von Karman Ave. | |
| Irvine, CA 92612 | |
| **EIN:** 33–0683629 | **Case No.:** 07–10416–KJC |
| New Century Financial Corporation | |

**NOTICE OF HEARING**

Mr. Celious has filed a Motion for Relief From Stay.

A hearing regarding the Motion is scheduled for 7/31/07 at 01:30 PM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, DE 19801 .

                                                David D. Bird
                                                Clerk of Court

Dated: 7/3/07

(VAN–401a)