# Intended Notice Recipients – Method of Notice

District/Off: 0311−1   User: Anissa   Date Created: 7/3/2007
Case: 07−10416−KJC   Form ID: pdfgen   Total: 2

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*
aty    Christopher M. Samis    samis@rlf.com, rbgroup@rlf.com

TOTAL: 1

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*
    Aaron Celious    1614 Greenfiled Avenue    Los Angeles, CA 90025

TOTAL: 1