# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |

**AFFIDAVIT OF JEFFREY A. TIDUS IN SUPPORT OF APPLICATION OF DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BAUTE & TIDUS LLP AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE PURSUANT TO SECTIONS 327(e), 328, 329 AND 504 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2014, 2016 AND 5002**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Jeffrey A. Tidus, being duly sworn, deposes and says:

1. I am a partner of Baute & Tidus LLP("B&T"). I provide this Affidavit on behalf of B&T in support of the application (the "Application") of New Century TRS Holdings, Inc. and its co-debtor affiliates in these cases (the "Debtors" or the "Company") for an order authorizing the retention and employment of B&T as special litigation counsel to the Debtors *nunc pro tunc* to the petition date pursuant to sections 327(e), 328, 329 and 504 of the United States Bankruptcy Code (the "Bankruptcy Code") and Bankruptcy Rules 2014, 2016 and 5002,

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

authorizing the Debtors to retain and employ B&T to provide services *nunc pro tunc* to the petition date, pursuant to the terms and conditions set forth in the Application. Unless otherwise defined, all capitalized terms used herein shall have the meanings given to them in the Application.

2. Except as otherwise indicated, the facts set forth in this affidavit are based upon my personal knowledge, information and belief; information supplied to me by other employees of B&T; information learned from client-matter records kept in the ordinary course of business that were reviewed by me or other employees of B&T under my supervision and direction; my experience and knowledge of the Debtors' operations and financial condition; and/or my experience from working on matters similar to this engagement.

3. B&T and the professionals that it employs are qualified to represent the Debtors in the matters for which B&T is proposed to be employed.

4. B&T believes that it has assembled a highly qualified, dedicated team of professionals to support the Debtors during their reorganization efforts.

5. The Debtors have requested that B&T continue to represent the Debtors, as it has prepetition, in litigation involving New Century Financial Corporation's claim of insurance coverage in an action entitled *New Century Financial Corporation v. Liberty Surplus Ins. Corp., et al.*, Los Angeles Superior Court (Northeast District) Case No. GC 033678 (the "*Liberty* Action"). The *Liberty* Action is a breach of insurance contract, declaratory judgment, bad faith, professional negligence, breach of fiduciary duty, negligence, and fraud suit seeking to establish that Liberty Surplus, under a certain D&O policy of insurance, has an immediate contractual duty to reimburse New Century for the defense fees and costs that it has paid and will continue to pay on behalf of its officers and former officers Frank Nese ("Nese") and Jeff Lemieux

("Lemieux"), in the lawsuit styled *Positive Software Solutions, Inc. v. New Century Mortgage Corporation, New Century Financial Corporation, eConduit Corporation, the AnyLoan Company, Jeff Lemieux and Frank Nese*, United States District Court for the Northern District of Texas, Dallas Division, Case No. 303-CV-0257-N (the "*Positive Software* Action"). New Century also claims that in the event Liberty Surplus successfully asserts a defense based on late notice, that Hodgkiss Insurance Brokers and its principal, Daniel Hodgkiss, Crump Financial Services, Inc. and its principal, Michael McCluskey, breached their fiduciary duties, and professional and general duties of care to New Century and committed fraud, as its insurance brokers, by not tendering the *Positive Software* Action in a proper fashion so as to avoid Liberty Surplus' defense of late notice, and of covering up their action, thereby depriving New Century of Liberty Surplus' reimbursement of defense expenses.

6. Neither I nor any partner of or professional employed by B&T, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates, except as set forth in Exhibit 1 attached hereto.

7. B&T is willing to be retained by the Debtors as special litigation counsel to perform legal services described herein and in the Application, and will make appropriate application to this Court for compensation and reimbursement of out-of-pocket expenses, all in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any orders of this Court.

8. The current hourly rates for the attorneys with primary responsibility for this matter are:

| Jeffrey A. Tidus | $525.00 |
| David P. Crochetiere | $485.00 |

| | |
|---|---|
| Henry H. Gonzalez | $325.00 |
| Dean K. Unatin | $325.00 |
| C. Eric Munson | $250.00 |
| Nilo A. Cardeno | $125.00 |

9. Other attorneys and paralegals within B&T may from time to time serve the Debtors in connection with the matters described herein.

10. The hourly rates set forth above are B&T's standard hourly fees for work of this nature. These rates are set at a level designed to compensate B&T fairly for the work of its attorneys and to cover fixed and routine overhead expenses. The hourly rates set forth above are subject to periodic adjustments in the normal course of B&T's business to reflect economic and other conditions.

11. It is B&T's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier charges, photocopying charges, travel expenses, expenses for "working meals" and computerized research, as well as non-ordinary overhead expenses, such as secretarial overtime. B&T will seek reimbursement for such expenses pursuant to, among other things, any applicable guidelines established in these cases and in accordance with the Local Rules.

12. To the best of my knowledge, information and belief, prior to the Debtors' bankruptcy filings on April 2, 2007 (the "Petition Date"), B&T performed certain professional services for the Debtors, including the *Liberty* Action litigation described above, as well as handling other litigation matters, which included one trial by reference and a successful

mediation that resulted in the settlement of a major piece of litigation that presented substantial potential exposure to New Century.

13. As of the Petition Date, B&T was owed $2,775.42 by the Debtors in respect of services provided by B&T prior to the Petition Date. Upon approval of B&T's retention in these cases, B&T shall waive its right to receive any fees incurred on the Debtors' behalf prior to the Petition Date.

14. During the ninety days immediately preceding the Petition Date, the Debtors paid to B&T fees totaling $3,238.85. A listing of these payments is attached hereto as Exhibit 2.

15. Neither I nor any partner of or professional employed by B&T has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the partners and regular employees of B&T.

16. B&T is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if B&T should discover any facts bearing on the matters described herein, B&T will supplement the information contained in this Affidavit.

17. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Name: Jeffrey A. Tidus

| State of California | |
|---|---|
| County of Los Angeles } ss. | **CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT** |

On June 6, 2007, before me, Catherine A. Cobb,
<br>*Date*                                                          *Printed Name of Notary Public*

personally appeared Jeffrey A. Tidus,
<br>*Printed Name(s) of Signer(s)*

☐ personally known to me - or -
<br>☑ proved to me on the basis of satisfactory evidence:
    ☐ form(s) of identification _____
    ☐ credible witness(es) _____

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

CATHERINE A. COBB
COMM. #1570492
Notary Public · California
Los Angeles County
My Comm. Expires Apr. 18, 2009

Catherine A. Cobb
<br>*Signature of Notary Public*

*(Seal)*

---

**OPTIONAL INFORMATION**

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.*

**Description of Attached Document**

The preceding Certificate of Acknowledgment is attached to a document titled/~~for the purpose of~~ Affidavit of Jeffrey A. Tidus,
containing 5 pages, and dated June 6, 2007.

The signer(s) capacity or authority is/are as:
☐ Individual(s)
☐ Attorney-in-Fact
☐ Corporate Officer(s) _____
                         *Title(s)*
☐ Guardian/Conservator
☐ Partner - Limited/General
☐ Trustee(s)
☐ Other: _____

representing: _____
<br>*Name(s) of Person(s) or Entity(ies) Signer is Representing*

**Additional Information**
☐ Additional Signer(s)   ☐ Signer(s) Thumbprint(s)
☐ Other

© Copyright 2004 Notary Rotary, Inc. 925 29th St. Des Moines, IA 50312-3612   Form ACK02  02/04   To re-order, call toll-free 1-877-349-6588 or visit us on the Internet at http://www.thenotaryshop.com

## EXHIBIT 1

### (List of Debtors/Creditors/*Etc.* re: Conflicts Check)

## List of Potential Parties-in-Interest for New Century TRS Holdings, Inc., et al.

### UCC-1 Parties

Access Investments II, LLC
Ameritech Credit Corporation
Aspen Funding Corp
Bank Leumi Leasing Corporation
Bank of America, NA
Bank of the West
Barclays Bank, PLC
Carrington Mortgage Credit Fund I, LP
CDC Mortgage Capital Inc.
Charter One Vendor Finance LLC
CIT Communications Finance Corporation
Citigroup Global Markets Realty Corp.
Consultants Group Commercial Funding Corp.
Countrywide Home Loans, Inc.
Credit Suisse First Boston Mortgage Capital LLC
DB Structured Products, Inc
Deutsche Bank Trust Company Americas
Federal National Mortgage Association
Galleon Capital Corp
Gemini Securitization Corp., LLC
General Electric Capital Corporation
GMAC Commercial Financial LLC
Goldman Sachs Mortgage Company
Greenwich Capital Financial Products, Inc.
Guaranty Bank
Heineman, Dale Scott
IOS Capital
IXIS Real Estate Capital Inc
Johnson, Kurt F.
Mission Center Partners
Morgan Stanley Mortgage Capital Inc.
NC Capital Corporation
New Century Funding A
New Century Funding I
New Century Mortgage Securities Inc.
Newport Funding Group
PFF International Inc.
Ropes & Gray LLP
St. Andrew Funding Turst c/o New Century Mortgage
State Street Global Markets
Sterling Bank
The CIT Group/Equipment Financing

U.S. Bancorp Equipment Finance, Inc.
U.S. Bank National Association
UBS Real Estate Securities Inc.
United California Capital
Whitwood, Jason Allen

## 50 Largest Unsecured Creditors [1]

Adteractive
Affiliated Computer Services
Alaska Seaboard Partners Limited Partnership
Aspen Funding Corp.
Assurant Specialty Property Insurance
Aurora Loan Services
Bank of America, N.A.
Barclays Bank PLC
Carrington Securities, LP
Catarina Mortgage Services Inc.
ChoicePoint Precision Marketing
Citigroup Global Markets Realty Corp.
Countrywide
Credit Suisse First Boston Mortgage Capital LLC
Credit-Based Asset Servicing and Securitization LLC
DB Structured Products, Inc.
Deutsche Bank
EMC Mortgage Corporation
Fiserv CCS
Galleon Capital Corporation
Gemini Securitization Corp., LLC
General Electric Capital Corporation
GMAC Commercial Finance, LLC
Goldman Sachs Mortgage Company
Greenwich Capital Financial Products, Inc.
Guaranty Bank
Harbor Asset Management Services
HSBC Bank USA, N.A.
INDY MAC Bank, FSB
IXIS Real Estate Capital, Inc.
JP Morgan Chase Bank, NA
Lehman Brothers Bank FSB
Low.com
Lowermybills.com
Morgan Stanley Mortgage Capital Inc.
National Field Representatives

---

[1] Includes certain UCC-1 Parties

Newport Funding Corp.
Nextag
NOMURA Securities
Pricewaterhouse Coopers LLP
Residential Funding Corporation
SG Mortgage Finance Corp
Sheffield Receivables Corporation
Sprint
State Street Global Markets, LLC
Suntrust
System Source, Inc.
Tucson Funding LLC
UBS Real Estate Securities Inc.
Washington Mutual Bank, FA

## Largest Shareholders of New Century Financial Corporation[2]

Greenlight Capital LLC
David Einhorn
Morgan Stanley
Morgan Stanley Capital Services
Hotchkis and Wiley Capital Management LLC

## Directors and Senior Employees

Alexander, Marilyn A.
Bilotta, Frank
Bindra, Taj S.
Black, Harold A.
Cimino, Richard
Clifford, Leigh Ann
Cloyd, Kevin
Cole, Robert K
Dodge, Patti
Eckroth, Joseph
Fleig, David
Forster, Fredric J.
Garday, Louis
Gotschall, Edward
Haines, Eric
Jewett, Jennifer
Kenneally, David
Lambert, Robert
Lange, Donald E.

---

[2] These individuals and entities directly or indirectly own more than 5% of the shares of New Century Financial Corporation.

Loewenthal, Marc
McCarthy, Monika L.
Meola, Anthony
Morrice, Brad A.
Sachs, Michael M.
Theologides, Stergios
Threadgill, Jonathan
Tortorelli, Joseph
Wolf, Colleen
Zalle, Paul
Zona, Richard A.

### Professionals

AlixPartners LLP (crisis managers)
Allen Matkins Leck Gamble Mallory & Natsis LLP (special financing counsel)
Heller Ehrman LLP (counsel to audit committee)
Lazard Freres & Co. LLC (investment banker)
O'Melveny & Myers LLP (debtors' counsel)
Richards Layton & Finger, P.A. (Delaware debtors' counsel)
Skadden, Arps, Slate, Meagher & Flom (special regulatory counsel)
Thatcher Proffit (special securitization counsel)
Xroads Case Management Services, LLC (claims and noticing agent)

### Debtors

New Century Financial Corporation, a Maryland corporation
New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation
New Century Mortgage Corporation, a California corporation
NC Capital Corporation, a California corporation
Home123 Corporation, a California corporation
New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation
NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership
NC Residual III Corporation, a Delaware corporation
NC Residual IV Corporation, a Delaware corporation
New Century R.E.O. Corp., a California corporation
New Century R.E.O. II Corp., a California corporation
New Century R.E.O. III Corp., a California corporation
New Century Mortgage Ventures, LLC, a Delaware corporation
NC Deltex, LLC, a Delaware corporation
NCORAL, L.P., a Delaware limited partnership

## EXHIBIT 2

**(Payments received in ninety days prior to the Commencement Date)**

| Invoice No. | Invoice Date | Invoice Amount | Payment Date |
|---|---|---|---|
| 17691 | 12/04/06 | $1,047.50 | 02/12/07 |
| 17729 | 01/04/07 | $2,191.35 | 02/12/07 |