# EXHIBIT B

RLF1-3168398-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |
| | : | |

### ORDER AUTHORIZING THE DEBTORS AND DEBTORS IN POSSESSION TO RETAIN AND EMPLOY BAUTE & TIDUS LLP AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE PURSUANT TO SECTIONS 327(e), 328, 329 and 504 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2014, 2016 AND 5002

This matter coming before the Court on the Application of the Debtors and Debtors in Possession for an Order Authorizing the Retention and Employment of Baute & Tidus LLP as Special Litigation Counsel *Nunc Pro Tunc* to the Petition Date Pursuant to Sections 327(e), 328, 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002 (the "Application"), filed by the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having reviewed the Application at a hearing before the Court (the "Hearing"); and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 11 U.S.C. § 157(b)(2)(A),

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

and (c) notice of this Application and Hearing was sufficient under the circumstances; and the Court having considered the Affidavit of Jeffrey A. Tidus in support of the Application (the "Barnett Affidavit"); and the Court having determined that the legal and factual bases set forth in the Application, the Tidus Affidavit and at the Hearing, establish just cause for the relief granted herein;

        NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.     The Application is GRANTED.

2.     Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

3.     In accordance with sections 327(e), 328, 329 and 504 and Bankruptcy Rules 2014, 2016 and 5002, the Debtors are authorized to retain and employ B&T as their special litigation counsel, effective *nunc pro tunc* to the Petition Date, under the terms and conditions set forth in the Application and the Tidus Affidavit.

4.     B&T shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the Local Rules, the terms and conditions of any engagement agreement (subject to the Bankruptcy Code, the Local Rules, and any orders issued by this Court), and any other such procedures as may be fixed by the Court.

5.     This Court shall retain jurisdiction over any and all issues arising from or related to the implementation of this Order.

Dated: July ____, 2007
       Wilmington, Delaware

                                                      THE HONORABLE KEVIN J. CAREY
                                                    UNITED STATES BANKRUPTCY JUDGE