# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
 **EIN:** 33–0683629
New Century Financial Corporation

**Chapter:** 11

**Case No.:** 07–10416–KJC

## NOTICE OF HEARING

Mr. Celious has filed a Motion for Relief From Stay.

A hearing regarding the Motion is scheduled for 7/31/07 at 01:30 PM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, DE 19801 .

                                          David D. Bird
                                          Clerk of Court

Dated: 7/3/07

(VAN–401a)

# CERTIFICATE OF SERVICE

```
District/off: 0311-1          User: Anissa           Page 1 of 1              Date Rcvd: Jul 03, 2007
Case: 07-10416                Form ID: pdfgen        Total Served: 1
```

The following entities were served by first class mail on Jul 05, 2007.
      +Aaron Celious,   1614 Greenfiled Avenue,   Los Angeles, CA 90025-3522

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 05, 2007**                          Signature:    _Joseph Speetjens_