# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,**[1] | Case No. 07-10416 (KJC) <br> Jointly Administered |
| **Debtors.** | Re: Docket No. 1819 <br> Objection Deadline: July 30, 2007 @ 4:00 p.m. <br> Hearing Date: August 7, 2007 @ 1:30 p.m. |

## NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF CROWNPEAK SERVICES AGREEMENT BETWEEN NEW CENTURY MORTGAGE CORPORATION AND CROWNPEAK TECHNOLOGY, DATED APRIL 12, 2004

PLEASE TAKE NOTICE that, on June 1, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the Motion of the Debtors and Debtors in Possession Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006 and 9014 for an Order (A) Approving the Sale of Certain Technology Assets, (B) Approving and Establishing Procedures Related to the Sale and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and (C) Granting Related Relief [Docket No. 1064] (the "Motion") in the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

PLEASE TAKE FURTHER NOTICE that, in accordance with the procedures proposed in the Motion, an auction was held on June 22, 2007, at the conclusion of which EquiFirst Corporation, an affiliate of Barclays Bank, PLC ("EquiFirst"), was determined to be the successful bidder at auction with the highest and otherwise best bid for the Purchased Assets, as defined in the Asset Purchase Agreement by and among New Century Financial Corporation, New Century Mortgage Corporation and EquiFirst dated as of June 29, 2007 (as may be amended and restated together with the exhibits and schedules thereto and incorporated by reference therein, the "EquiFirst Agreement").

PLEASE TAKE FURTHER NOTICE that, (i) on June 27, 2007, a hearing (the "Sale Hearing") was held before The Honorable Kevin J. Carey to consider the relief requested in the Motion and the proposed sale to EquiFirst and (ii) on July 3, 2007, the Court entered the order attached hereto as Exhibit A (the "Sale Order").

PLEASE TAKE FURTHER NOTICE that the CrownPeak Services Agreement between Debtor New Century Mortgage Corporation and CrownPeak Technology ("CrownPeak"), dated April 12, 2004 (the "CrownPeak Agreement") is identified on Schedule 1.2(a) of the EquiFirst Agreement as an "Assumed Contract" that may be assumed and assigned to EquiFirst in connection with the sale of the "Purchased Assets". The Debtors submit that the total cure costs associated with the assumption and assignment of the CrownPeak Agreement to EquiFirst are $13,161.28.

PLEASE TAKE FURTHER NOTICE that, because the Debtors were unable to provide notice as to the proposed assumption and assignment of the CownPeak Agreement in advance of the Sale Hearing, Paragraph 4 of the Sale Order sets forth a procedure for providing notice of the proposed assumption and assignment of the CrownPeak Agreement.

PLEASE TAKE FURTHER NOTICE that, pursuant to Paragraph 5 of the Sale Order, CrownPeak must file with the Court and serve on the following parties any objection to the proposed assumption and assignment of the CrownPeak Agreement on or before **July 30, 2007 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"): (i) counsel to the Debtors: O'Melveny & Myers LLP, 275 Battery Street, San Francisco, California 94111, Attention: Suzzanne S. Uhland, Esq., and Richards, Layton & Finger, One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Attention: Mark D. Collins, Esq.; (ii) counsel to the Official Committee of Unsecured Creditors: Blank Rome, LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19801-4226, Attention: Bonnie Glantz Fatell, Esq. and Hahn & Hessen LLP, 488 Madison Avenue, 14th & 15th Floor, New York, New York 10022, Attention: Mark T. Power, Esq; (iii) counsel to EquiFirst: Allen & Overy LLP, 1221 Avenue of the Americas, New York, New York 10020, Attention: Ken Coleman, Esq.; and (iv) the Office of the United States Trustee: 844 King Street, Room 2207, Lockbox #35, Wilmington, Delaware 19899-0035, Attention: Joseph McMahon, Jr., Esq.

PLEASE TAKE FURTHER NOTICE that, in the event that no response is filed and served prior to the Objection Deadline, the Debtors may assume and assign the CrownPeak Agreement to EquiFirst or one or more of its designees pursuant to the terms of the Sale Order upon the filing of a certificate of no objection with no further order of the Court being required.

PLEASE TAKE FURTHER NOTICE that, in the event that a timely objection is filed to the proposed assumption and assignment of the CrownPeak Agreement, the Court shall consider the objection at the omnibus hearing scheduled in the above-captioned cases for **August 7, 2007 at 1:30 p.m. (Eastern Time).**

Dated: July 9, 2007
       Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION