**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

NEW CENTURY TRS HOLDINGS, INC.
    Debtor

U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE C/O HOME LOAN SERVICES
    Movant

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
    Attorneys for the Movant
  v.
NEW CENTURY TRS HOLDINGS, INC, et al.
    Respondents

Case No. 07-10416-KJC
(Chapter 11)

Ref: Docket No.<u>1217</u>

**CERTIFICATE OF NO RESPONSE**

    U.S. Bank National Association, as Trustee c/o Home Loan Services ("U.S. Bank"), by undersigned counsel hereby gives notice of the following:

1.    U.S. Bank filed a Motion for Relief from the Automatic Stay on 06/13/2007. Copies of the Motion were served to the Debtor, Debtor's Counsel, the United States Trustee and The Official Committee of Unsecured Creditors on 06/13/2007.

2.    The Notice of Motion states "If you fail to respond in accordance with this notice, the relief demanded by the motion will be granted". The Notice provides that a response to the Motion needs to be filed by <u>July 9, 2007</u>. As of <u>July 10, 2007</u>, no response has been filed by the Debtor.

3. Accordingly, Movant respectfully request the Court to enter the Proposed Order Terminating Automatic Stay.

                                    Respectfully submitted,

                                    DRAPER & GOLDBERG, P.L.L.C.

                                    /s/ Neil F. Dignon

                                    Thomas D.H. Barnett #0994
                                    Neil F. Dignon #3625
                                    Draper & Goldberg, P.L.L.C.
                                    P.O. Box 947
                                    512 East Market Street
                                    Georgetown, Delaware 19947
                                    (302) 855-9252
                                    Attorneys for Movant

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Certificate of No Response were mailed by first class mail, postage-paid or electronically, this 10th day of July, 2007 to the following parties:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
Debtor

Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joseph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorney for the Debtor

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for the Official Committee of Unsecured Creditors

/s/ Neil F. Dignon
Thomas D.H. Barnett, Esquire
Neil F. Dignon, Esquire