## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

NEW CENTURY TRS HOLDINGS, INC.
      Debtor

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE C/O AMC
MORTGAGE SERVICES, INC.
       Movant

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
       Attorneys for the Movant
   v.
NEW CENTURY TRS HOLDINGS, INC, et
al,
      Respondants
, ral.
      Respondents

Case No. 07-10416-KJC
(Chapter 11)

Ref: Docket No._____

### CERTIFICATE OF NO RESPONSE

Deutsche Bank National Trust Company, as Trustee c/o AMC Mortgage Services, Inc.

("AMC"), by undersigned counsel hereby gives notice of the following:

1.     AMC filed a Motion for Relief from the Automatic Stay on 06/12/2007.  Copies

of the Motion were served to the Debtor, Debtor's Counsel, US Trustee and the Attorney for the

Official Committee of Unsecured Creditors on 06/12/2007.

2.     The Notice of Motion states "If you fail to respond in accordance with this notice,

the relief demanded by the motion will be granted".  The Notice provides that a response to the

Motion needs to be filed by <u>July 9, 2007</u>.  As of <u>July 10, 2007</u>, no response has been filed by the

Debtor.

3.      Accordingly, Movant respectfully request the Court to enter the Proposed Order

Terminating Automatic Stay.

                                        Respectfully submitted,

                                        DRAPER & GOLDBERG, P.L.L.C.


                                        /s/ Neil F. Dignon
                                        _____

                                        Thomas D.H. Barnett #0994
                                        Neil F. Dignon #3625
                                        Draper & Goldberg, P.L.L.C.
                                        P.O. Box 947
                                        512 East Market Street
                                        Georgetown, Delaware 19947
                                        (302) 855-9252
                                        Attorneys for Movant

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Certificate of No Response were

mailed by first class mail, postage-paid or electronically, this 10th day of July, 2007 to the

following parties:


New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
Debtor

Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joesph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorney for the Debtor

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for the Official Committee of Unsecured Creditors


/s/ Neil F. Dignon
Thomas D.H.  Barnett, Esquire
Neil F. Dignon, Esquire