IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, <u>et al.</u>,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE
OF PAPERS, AND REQUEST FOR MATRIX ENTRY**

PLEASE TAKE NOTICE that Michael G. Busenkell, Esquire, of Eckert, Seamans, Cherin & Mellott, LLC hereby enters his appearance as counsel for The Irvine Company ("Irvine"), pursuant to section 342(a) of title 11 of the United States Code (the "Bankruptcy Code"), 11 U.S.C. §§ 101 <u>et seq.</u>, and rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in the captioned cases and request that all notices given or required to be given, and all papers served or required to be served, in these cases, be given to and served on:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company, NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

| | |
|---|---|
| Michael G. Busenkell, Esquire<br>Eckert, Seamans, Cherin & Mellott, LLC<br>Suite 1210, 300 Delaware Avenue<br>Wilmington, DE 19801<br>Phone: (302) 425-0430<br>Fax:    (302) 425-0432<br>mbusenkell@eckertseamans.com | Jesse S. Finlayson, Esquire<br>Michael R. Williams, Esquire<br>FINLAYSON, AUGUSTINI &<br>WILLIAMS LLP<br>110 Newport Center Drive, Suite 100<br>Newport Beach, California 92660<br>Phone:  (949) 759-3810<br>Fax:     (949) 759-3812<br>jfinlayson@faw-law.com<br>mwilliams@faw-law.com |

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, all orders and notices of any application, motions, petitions, pleadings, requests, complaints, or demands, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in the cases, with respect to the (a) debtors, (b) the property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment of other conduct.

PLEASE TAKE FURTHER NOTICE that Irvine intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) their right to trial by jury in any proceeding so triable in the cases or any cases, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions,

defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 10, 2007
      Wilmington, Delaware

                      ECKERT, SEAMANS, CHERIN & MELLOTT, INC.

                      _____
                      Michael Busenkell (No. 3933)
                      300 Delaware Avenue, Suite 1360
                      Wilmington, Delaware 19801
                      (302) 425-0430

                      -and-

                      Jesse S. Finlayson
                      Michael R. Williams
                      FINLAYSON, AUGUSTINI & WILLIAMS LLP
                      110 Newport Center Drive, Suite 100
                      Newport Beach, California 92660
                      (949) 759-3810

                      ATTORNEYS FOR THE IRVINE COMPANY

U0007501