## CERTIFICATE OF SERVICE

I, Michael G. Busenkell, certify that on July 10, 2007, I caused copies of the foregoing Notice Of Appearance, Request For Service Of Papers, And Request For Matrix Entry to be served locally by hand and non-locally by first class mail on the parties on the parties on the attached service list.

_____
Michael G. Busenkell (No. 3933)

*U0003203*