Mark D. Collins, Esq.
Richards, Layton & Finger
One Rodney Square, 920 King Street
Wilmington, DE 19801

Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

William E. Chipman, Jr., Esq.
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801

Don A. Beskrone
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Daniel B. Butz, Esq.
Morris Nichols Arsht & Tunnell LP
1201 N. market Street, 18th Floor
Wilmington, DE 19801

Ian Connor Bifferato
Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street
Wilmington, DE 19801

Marla R. Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

William P. Bowden, Esq.
Gregory A Taylor
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Michael G. Gallerizzo
Gebhardt & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801

Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 Market Street, 17th Floor
Wilmington, DE 19801

David M. Fournier, Esq.
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE 19801

Norman M. Monhait, Esq.
Rosenthal, Monhait& Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. market Street, 6th Floor
Wilmington, DE 19801

David B. Stratton, Esq.
Pepper Hamilton LLP
Suite 5100, 1313 Market Street
Wilmington, DE 19801

Bonnie Glanz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Mark T. Power, Esquire
Mark S. Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022

Steven K. Kortanek, Esq.
Womble Caryle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Richard M. Beck, Esq.
Michael W. Yurkewicz, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

XRoads Case management Services
P.O. Box 8901
Marina Del Rey, CA 90295

Suzzanne S. Uhland
Ben H. Logan
O'Melveny& Myers LLP
275 Battery Street
San Francisco, CA 94111

Hermando Azarcon
Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI 48075

Elizabeth Banda, Esq.
Perdue, Brandon, Fielder, Collins & Mott LLP
P.O. Box 13430
Arlington, TX 76094-0430

Mark N. Berman, Esq.
Nixon Peabody LLP
10 Summer Street
Boston, MA 02110-1832

Matthew Botica
David Wirt
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Elizabeth Weller
Linebarger Googan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

Raul Cuervo, Esq.
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-5208

James S. Carr, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Richard A. Chesley, Esq.
Paul, Hastings, Janofsky & Waller LLP
191 N. Wacker Drive, 30th Floor
Chicago, IL 60606

Robert P. Cocco, Esq.
437 Chestnut Street, Suite 1006
Philadelphia, PA 19106

Luc A. Despins
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

Michael S. Etkin, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Charles J. Filardi, Jr., Esq.
65 Trumbull Street, Second Floor
New Haven, CT 06510

T. Robert Finlay
Wright Finlay & Zak, LLP
4665 MacArthur court, Suite 280
Newport Beach, CA 92660

Barry Freeman, Esq.
Jeffer Manbels Butler & Marmaro,LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, Ca 90067

Scot Freeman
Account Resolution
Travelers – National Accounts
1 Tower Squre – 5MN
Hartford, CT 06103-4044

Jeffrey I. Golden, Esq.
Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Jed Hart
Angelo Gordon & Co.
245 Park Avenue, 26th Floor
New York, 10167

Lawrence P. Gottesman
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Salvatore J. Graziano
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

Charles A. Hansen, Esq.
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

Howard R. Hawkins, Jr., Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Thomas S. Kiriakos
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

Thomas M. Korsman
Vice President
Wells Fargo Bank, N.A.
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN 55479

Chris Lenhart, Esq.
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

Paul T. Liu
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA 91302

William G. Malcolm
Malcolm & Cisneros
2112 Business Center Drive, Second Floor
Irvine, CA 92612

Keith W. Miller, Esq.
Paul Hastings Janofsky & Walker LLP
75 East 55th Street, First Floor
New York, NY 10022

John E. Mitchell
Vinson & Elkins LLP
Trammell Crow Center, 2001 Ross Avenue, Suite 3700
Dallas, TX 75201

Patricia B. Tomasco
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

Blair A. Nicholas
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

David M. Poitras, Esq.
Jeffer Manbels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Glenn M. Reisman
Two Corporate Drive, Suite 234
Shelton, CT 06484

Diane J. Richey
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, CA 90071

Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Joseph H. Smolinsky
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Bennet L. Spiegel, Esq.
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place, 1650 Market Street
Philadelphia, PA 19103-7301

Katherine M. Windler, Esquire
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monca, CA 90401-2386

Stuart B. Wolfe, Esq.
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

Neil B. Glassman, Esquire
Steen M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801

Daniel K. Astin, Esquie
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19801

Seth R. Weissman, Esq.
Coremetrics, Inc.
1840 Gaeway Drive, Suite 320
San Mateo, CA 94404

Sheldon J. Hirson, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

Gretchen Crawford
Assistant District Attorney
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73101

Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Richard S. Cobb, Esq.
Matthew B McGuire
Landis Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Joseph Grey
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

Gregory M. Petrick, Esquire
Angela Somers, Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

David H. Zielke, Esquire
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, WMC 3501
Seattle, WA 98101

Mark H. Ralston, Esquire
Munsch Haardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201

Julie A. Manning, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Jeffrey C. Wisler, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
Wilmington, DE 19899

Don C. Sherwood, Esquire
Sherwood and Hardgrove
11812 San Vicente Boulevard, Suite 210
Los Angeles, CA 90049-6622

Division of Unemployment Insurance
Department of Labor
4425 N. market Street
Wilmington, DE 19802

Megan E. Cleghorn, Esquire
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

Charlene D. Davis, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

James E. Huggett, Esq.
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801

Steven K. Kortanek, Esq.
Womble Caryle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Christopher D. Loizides, Esquire
1225 King Street, Suite 800
Wilmington, DE 19801

Katherine L. Mayer, Esquire
McCarter & English
919 N. Market Street, Suite 1800
Wilmington, DE 19801

Lisa C. McLaughlin, Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19801

Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100, 1313 Market St.
Wilmington, DE 19801

Francis A. Monaco, Jr., Esq.
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Michael R. Nestor, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Ellen W. Slights, Esq.
U.S. Attorney's Office
1007 Orange Street, 7th Floor
Wilmington, DE 19801

Brian A. Sullivan, Esq.
Amy D. Brown, Esq.
Werb & Sullivan, 13th Floor
300 Delaware Avenue,
Wilmington, DE 19801

William F. Taylor, Esq.
McCarter & English
919 Market Street, Suite 1800
Wilmington, DE 19801

Joanne B. Wills, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Delaware Secretary of State
Division of Corporations, Div. of Corporations, P.O. Box 7040
Dover, DE 19903

Secretary of the Treasurer
P.O. Box 7040
Dover, DE 19903

Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, DC 20020

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

IKON Office Solutions
Recovery & Bankruptcy
3920 Ark Wright Road, Suite 400
Macon, GA 31210

David G. Aelvoet, Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Building, 711 Navarro, Suite 300
San Antonio, TX 78205

Richard H. Agins, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178

Elihu E. Allinson, III, Esq.
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

John J. Arminas
Goldberg, Kamin & Garvin
1806 Frick Building, 437 Grant Street
Pittsburgh, PA 15219

Hermando Azarcon, Esq.
Senior Legal Coordinator
GMAC Commercial Finance, LLC
3000 Town Center, Suite 280
Southfield, MI 48075

D.J. Baker, Esq.
Skadden, Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Elizabeth Banda, Esq.
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430

Paul M. Basta
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY 10022-4611

Mark N. Berman
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-1832

Matthew Botica
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Frank G. Burt, Esq.
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-5208

Ken Coleman, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY

Raniero D'Aversa, Jr., Esq.
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820

Amish R. Dishi
Day Pitney LLP
7 Times Square
New York, NY 10036-7311

Nathan Fuchs
Securities & Exchange Commission
233 Broadway
New York, NY 10279

Robert P. Gates
Erskine & Tulley
220 Montgomery Street, Suite 303
San Francisco, CA 94104

Alberto P. Gonzalez, Esq.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-00001

Robert Goodrich
Stites & Harison PLLC
1800 Fifth Third Center
424 Church Street
Nashville, TN 37219-2376

Bruce Gordon,
IBM Credit LLC
Special Handling Group-MD NC322
North Castle Drive
Armonk, NY 10504

Lawrence Gottesman, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Salvatore Graziano
Bernstein Litowitz Berger & Grossmann, LLP
1285 Avenue of the Americas
New York, NY 10019

Robert E. Greenberg, Esq.
Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC
1101 Seventeenth Street, N.W., Suite 700
Washingtoon, DC 20036-4704

Michelle Hart
McCalla Raymer, LLC
1544 Old Alabama Road
Rosell, GA 30076-2102

Jed Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

Sheldon I. Hirshon, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

Nancy Fairbrook, Esq.
P.O. Box 255824
980 Fulton Avenue
Sacramento, CA 95865

Mark S. Indelicato, Esq.
Hahn & Hessen, LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022

Mitchell W. Katz, Esq.
Qwest Legal Department
1801 California Street, Suite 900
Denver, CO 80210

Gregg S. Kleiner, Esq.
Cooley Godward Kronish LLP
101 California Street, 5th Floor
San Francisco, CA 94111-2222

Matthew J. Lampke, Esq.
Ohio Attorney General's Office
30 E. Broad Street, 26th Floor
Columbus, OH 43215-4200

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

Mark Lee
Contrarian Capital Management LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Randal S. Leff, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212-2974

Carlos G. Manalanson, Esq.
Wolff & Samson, PC
One Boland Drive
West Orange, NJ 07052

Mark Manski
Barclays Bank PLC
200 Park Avenue
New York, NY 10166

Richard F. Martin, Esq.
8109 Santa Luz Village Green South
San Diego, CA 92127

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Sari E. Meador
Office of Joe G. Tedder, CFC
P.O. Box 2016
Bartow, FL 33831-2016

Sheryl Moreau, Esq.
Missouri Department of Revenue
P.O. Box 475
Jefferson City, MO 65105-0475

Steven H. Newman, Esq.
Katsy Korins LLP
605 Third Avenue, 16th Floor
New York, NY 10158

Blair A. Nicholas, Esq.
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

Mary E. Olsen, Esq.
The Gardner Firm, P.C.
1119 Government Street
Mobile, AL 36652

Leo D. Plotkin, Esq.
Levy Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049-1633

David M. Poitras, Esq.
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Daniel T. Powers, Esq.
Chatham County Tax Commissioner
P.O. Box 8321
Savannah, GA 31412

Michael Reed, Esq.
McCreary Vesekla Bragg & Allen P.C.
P.O. Box 1269
Round Rock, TX 78680

Richard Reynolds, Esq.
Turner Reynolds, Greco & O'Hara
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618

Robert G. Reynolds, Esq.
Slatkin & Reynolds, P.A.
One East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33301

J.R. Smith
Jason W. Harbour
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Diane W. Sanders, Esq.
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428, 1949 South I.H. 35
Austin, TX 78760

Joanna F. Newdeck, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NY
Washington, DC 20036

Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Felix A. Seidler, Esq.
Reeves & Seidler
2527 Santa Clara Avenue
Alameda, CA 94501-4633

Andrea Sheehan, Esq.
4411 N. Central Expressway
Dallas, TX 75202

Bryn H. Sherman, Esq.
Deckelbaum Ogens & Raftery, Chtd.
3 Bethesda Metro Center, Suite 200
Bethesda, MC 20814

Don C. Sherwood, Esq.
Sherwood and Hardgrove
11812 San Vicente Blvd., Suite 210
Los Angeles, CA 90049-6622

Joseph H. Smolinsky
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112

David I. Swan, Esq.
McGuire Woods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215

Patrica B. Tomasco, Esq.
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

Suzzanne S. Uhland, Esq.
O'Melveny & Myers, LL{
275 Battery Street
Sa Francisco, CA 94111

John A. Vox
1430 Lincoln Avenue
San Rafael, CA 94901

Madeleine C. Wanslee, Esq.
Gust Rosenfeld, PLC
201 E. Washington, Suite 800
Phoenix, AZ 85004-2327

Gilbert B. Weisman, Esq.
Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

Brian D. Womac, Esq.
Womac & Associates
Two Memorial City Plaza, 820 Gessner, Suite 1540
Houston, TX 77024

Donald A. Workman, Esq.
Baker & Hostetler LLP
1050 Connecticut Avenue, NY
Suite 1100
Washington, DC 20036

New Century TRS Holdings, Inc.
18400 Von Karman Avenue
Irvine, CA 92612
**Via Federal Express**

Daniel Ansell, Esq.
Kenneth Philbin, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Edward M. Fox, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022-6030

David H. Zielke, Esq.
Washington Mutual
1301 Second Avenue, WMC 3501
Seattle, WA 98101

Victoria W. Counihan, Esq.
Dennis A. Meloro, Esq.
Greenberg Traurig, LLP
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

Susan L. Vaaage
Graham Vaage & Cisneros
500 North Brand Boulevard, Suite 1030
Glendale, CA 91203