IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | CASE NO. 07-10416-KJC |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC., | § | Chapter 11 |
| *ET. AL.,* | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | **Hearing Date:  August 7, 2007 at 1:30 p.m.** |
| | § | **Objection Deadline:  July 31, 2007 at 4:00 p.m.** |

**NOTICE OF MOTION OF POSITIVE SOFTWARE SOLUTIONS, INC. FOR RELIEF FROM THE STAY REGARDING COPYRIGHT INFRINGEMENT LITIGATION**

TO:    **All parties on the 2002 service list.**

PLEASE TAKE NOTICE that on July 10, 2007, Positive Software Solutions, Inc. filed the **Motion of Positive Software Solutions, Inc. for Relief from the Stay Regarding Copyright Infringement Litigation** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served upon, so as to actually be received by the undersigned counsel, on or before **July 31, 2007 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if an objection to the Motion is timely filed in accordance with the procedure enumerated above, a hearing before the Honorable Kevin J. Carey may be held at the Bankruptcy Court, 824 Market Street, 5th Floor, Wilmington, Delaware 19801, on **August 7, 2007 at 1:30 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if no objection or other response to the Motion is filed, the Bankruptcy Court may grant the relief sought in the Motion without further notice or a hearing.

Dated: July 10, 2007
       Wilmington, Delaware              FOX ROTHSCHILD LLP

By:   /s/ Carl D. Neff
     Daniel K. Astin, Esquire (Del. No. 4068)
     Anthony M. Saccullo, Esquire (Del. No. 4141)
     Carl D. Neff, Esquire (Del. No. 4895)
     Citizens Bank Center, Suite 1300
     919 N. Market Street, P.O. Box 2323
     Wilmington, Delaware  19899-2323
     Tel (302) 654-7444/Fax (302) 656-892
     dastin@foxrothschild.com
     asaccullo@foxrothschild.com
     cneff@foxrothschild.com

     -and-

     Mark H. Ralston, Esq.
     Texas Bar No. 16489460
     Admission *pro hac vice* pending
     Davor Rukavina, Esq.
     Texas Bar No. 24030781
     MUNSCH HARDT KOPF & HARR, P.C.
     3800 Lincoln Plaza
     500 N. Akard Street
     Dallas, Texas 75201
     Telephone: (214) 855-7500
     Facsimile: (214) 855-7584

     Counsel to Positive Software Solutions, Inc.