**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | CASE NO. 07-10416-KJC |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC., | § | Chapter 11 |
| *ET. AL.,* | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | Related to Docket No. _____ |

**ORDER GRANTING MOTION OF POSITIVE SOFTWARE SOLUTIONS, INC. FOR RELIEF FROM THE STAY REGARDING COPYRIGHT INFRINGEMENT LITIGATION**

Upon the Motion (the "Motion")[1] of Positive Software Solutions, Inc. ("Positive Solutions") for Relief from the Stay Regarding Copyright Infringement Litigation; and upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and notice of the Motion being adequate and sufficient; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED THAT:

1. The Motion is granted.

2. The automatic stay is modified to permit the District Court Action to proceed to a final adjudication, including any future injunctive, arbitration, or appellate proceedings that may be involved.

---

[1] Capitalized terms not defined herein shall have the meaning given to them in the Motion.

WM1A 102785v1 07/10/07

3. Positive Software is permitted to seek recovery on any monetary judgment granted in its favor from non-Debtor sources of recovery, including commercial liability polices held by New Century or other Debtors and from any non-Debtor third-parties that may be co-liable with the Debtors.

Dated: July ___, 2007

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge