# Exhibit B

| CASE TITLE AND NUMBER[1] | CASE ALLEGATIONS |
|---|---|
| *Abramcyk Real Estate Company Inc. v. New Century Financial Corp., Brad A. Morrice, Robert K. Cole, Patti M. Dodge, Michael M. Sachs, Marilyn A. Alexander, Donald Lange, Richard Zona*<br><br>C.D. Cal. Case No. CV07-0170 DDP (JTLx) | Class action complaint for violations of the federal securities laws |
| *Peter J. Anton v. New Century Financial Corp., Robert K. Cole, Brad A. Morrice, Kevin M. Cloyd, Edward F. Gotschall, Patti M. Dodge, Taj S. Bindra*<br><br>C.D. Cal. Case No. CV07-01260 DDP (JTLx) | Class action complaint for violations of the federal securities laws |
| *Tom Benefield v. New Century Financial Corp., Brad A. Morrice, Robert K. Cole, Patti M. Dodge*<br><br>C.D. Cal. Case No. CV07-01103 DDP (JTLx) | Class action complaint for violations of the federal securities laws |

---

[1] Additional related cases may have been filed or may be filed in the future in the same or different courts, and such additional cases should be deemed included in the Stipulation.

RLF1-3176318-1

| CASE TITLE AND NUMBER[1] | CASE ALLEGATIONS |
|---|---|
| *Robert W. Boyd, III v. New Century Financial Corp., Brad A. Morrice, Robert K. Cole, Patti M. Dodge* <br><br> C.D. Cal. Case No. CV07-0173 DDP (JTLx) | Class action complaint for violations of the federal securities laws |
| *Roy Brown and Kieran Monteil v. New Century Financial Corp., Brad A. Morrice, Taj S. Bindra, Patti M. Dodge, Robert K. Cole, Kevin M. Cloyd, Edward M. Gotschall* <br><br> C.D. Cal. Case No. CV07-01349- DDP (JTLx) | Class action complaint for violations of the federal securities laws |
| *Vincent Buonanno v. Robert R. Cole, Brad A. Morrice, Edward F. Gotschall, Patrick J. Flanagan, Kevin M. Cloyd, Patti M. Dodge, Stergios Theologides, Joseph F. Eckroth, Jr., David Einhorn, Donald E. Lange, William J. Popejoy, Fredric J. Forster, Richard A. Zona, Marilyn A. Alexander, Harold A. Black, Ph.D, Michael M. Sachs, KPMG, LLP, New Century Financial, Inc. [sic]* <br><br> Cal. Sup. Ct. (Orange County) Case No. 07CC03899 (Choate) | Shareholder derivative complaint for (1) breach of fiduciary duty, (2) breach of fiduciary duty for insider trading and misappropriation of information, (3) reimbursement of compensation, (4) gross mismanagement, (5) abuse of control, (6) unjust enrichment and waste of corporate assets, (7) negligence |
| *Richard Danore, Rueven Lapin and Gary M. Tanner v. New Century Financial Corp., Brad A. Morrice, Robert K. Cole, Patti M. Dodge, Edward M. Gotschall* <br><br> C.D. Cal. Case No. CV07-162- DDP (JTLx) | Class action complaint for violations of the federal securities laws |

2

| CASE TITLE AND NUMBER[1] | CASE ALLEGATIONS |
|---|---|
| *Glenn Gessford v. New Century Financial Corp., Robert K. Cole, Brad A. Morrice, Kevin M. Cloyd, Edward P. Gotschall, Patti M. Dodge, Taj S. Bindra*<br><br>C.D. Cal. Case No. CV07-367 DDP (JTLx) | Class action complaint for violations of the federal securities laws |
| *Avi Gold v. New Century Financial Corp., Brad A. Morrice, Robert K. Cole, Patti M. Dodge, Taj S. Bindra*<br><br>C.D. Cal. Case No. CV07-00931 DDP (JTLx) | Class action complaint for violations of the federal securities laws |
| *Arnold C. Goldstein v. New Century Financial Corp., Brad A. Morrice, Patti M. Dodge, Robert K. Cole, Edward F. Gotschall*<br><br>C.D. Cal. Case No. SA CV07-464 CJC (RNBx) | Individual complaint for violations of the federal securities laws |
| *Marcia C. Goldstein v. New Century Financial Corp., Brad A. Morrice, Patti M. Dodge, Robert K. Cole, Edward F. Gotschall*<br><br>C.D. Cal. Case No. SA CV07-465 CJC (ANx) | Individual complaint for violations of the federal securities laws |
| *Matthew Good v. Robert K. Cole, William J. Popejoy, Brad A. Morrice, David Einhorn, Marilyn A. Alexander, Patti M. Dodge, Harold A. Black, Taj S. Bindra, Donald E. Lange, Edward F. Gotschall, Fredric J. Forster, Michael M. Sachs, Richard A. Zona, New Century Financial Corp.*<br><br>C. D. Cal. Case No. CV07-309 DDP (JTLx) | Verified shareholder derivative complaint for breach of fiduciary duty, abuse of control, gross mismanagement, waste of corporate assets, unjust enrichment and violations of California Corporations Code |

3

RLF1-3176318-1

| CASE TITLE AND NUMBER[1] | CASE ALLEGATIONS |
|---|---|
| *Gerald Hammer v. New Century Financial Corp., Robert K. Cole, Patti M. Dodge, Taj S. Bindra, Kevin M. Cloyd*<br><br>C.D. Cal. Case No. CV07-0176 DDP (JTLx) | Class action complaint for violations of the federal securities laws |
| *Suo-Lun Huang v. Robert K. Cole, Brad A. Morrice, Taj Bindra, Patti Dodge*<br><br>C.D. Cal. Case No. SA CV07-387 JVX (ANx) | Class action complaint for violations of the federal securities laws |
| *IRA for Kathleen M. Karcich v. New Century Financial Corp., Robert K. Cole, Patti M. Dodge, Taj S. Bindra, Kevin M. Cloyd, Brad A. Morrice, Edward F. Gotschall*<br><br>C.D. Cal. Case No. CV07-00165- DDP (JTLx) | Class action complaint for violations of the federal securities laws |
| *Jay Peter Kaufman Revocable Trust v. New Century Financial Corp., Brad A. Morrice, Robert K. Cole, Marilyn A. Alexander, Harold A. Black, Fredric J. Forster, Edward F. Gotschall, Donald E. Lange, Michael M. Sachs, Richard A. Zona, Patti M. Dodge, David Einhorn, Bear, Stearns & Co., Inc., Morgan Stanley & Co., Inc., Stifel Nicolaus & Co., Incorporated, and Jeffries & Company, Inc.*<br><br>S.D.N.Y Case No. 07-cv-2902 SHS (FM) | Class action complaint for violations of the federal securities laws |

4

| CASE TITLE AND NUMBER[1] | CASE ALLEGATIONS |
|---|---|
| *Jay Peter Kaufman Revocable Trust v. New Century Financial Corp., Brad A. Morrice, Robert K. Cole, Marilyn A. Alexander, Harold A. Black, Fredric J. Forster, Edward F. Gotschall, Donald E. Lange, Michael M. Sachs, Richard A. Zona, Patti M. Dodge, William J. Popejoy, Bear, Stearns & Co., Inc., Stifel Nicolaus & Company, Incorporated, Deutsche Banc Securities, Inc., JMP Securities LLC, Piper Jaffray & Company, and Roth Capital Partners LLC*<br><br>S.D.N.Y Case No. 07-cv-2903 GBD (KNF) | Class action complaint for violations of the federal securities laws |
| *Donald Johnson v. Robert K. Cole, Patti M. Dodge, Brad A. Morrice, Edward F. Gotschall, Harold A. Black, Fredric J. Forster, Donald E. Lange, William J. Popejoy, Michael M. Sachs, Richard A. Zona, Marilyn A. Alexander, David Einhorn, New Century Financial Corp.*<br><br>C.D. Cal. Case No. CV 07-304 DDP (JTLx) | Class action complaint for violations of the federal securities laws |
| *John Keown v. Robert K. Cole, Brad A. Morrice, Patti M. Dodge, Taj S. Bindra, Edward F Gotschall, Fredric J. Forster, Michael M. Sachs, Richard A. Zona, Donald E. Lange, Harold A. Black, Marilyn A. Alexander, David Einhorn, William J. Popejoy*<br><br>Cal. Sup. Ct. (Orange County) Lead Case No. 07CC01213 (Colaw) (Case No. 07CC01215) | Shareholder derivative complaint for breach of fiduciary duty, abuse of control, gross mismanagement, waste of corporate assets, unjust enrichment and violations of California Corporations Code |
| *Robert Klein v. Brad A. Morrice, Robert K. Cole, Patti M. Dodge, Edward F. Gotschall, Marilyn A. Alexander, New Century Financial Corp.*<br><br>Cal. Sup. Ct. (Orange County) Case No. 07CC01213 (Colaw) | Shareholder derivative complaint for breach of fiduciary duty, waste of corporate assets, unjust enrichment and violations of California Corporations Code. |

RLF1-3176318-1

| CASE TITLE AND NUMBER[1] | CASE ALLEGATIONS |
|---|---|
| *William Kornfeld, Jr. v. Robert K. Cole, Patti M. Dodge, Brad A. Morrice, Edward F. Gotschall, Harold A. Black, Fredric J. Forster, Donald E. Lange, William J. Popejoy, Michael M. Sachs, Richard A. Zona, Marilyn A. Alexander, David Einhorn and New Century Financial Corp.*<br><br>C.D. Cal. Case No. CV07-391 DDP (JTLx) | Class action complaint for violations of the federal securities laws |
| *Parmanand Kumar v. Brad A. Morrice, Robert K. Cole, Patti M. Dodge, Edward F. Gotschall, New Century Financial Corp.*<br><br>C.D. Cal. Case No. CV07-227 DDP (JTLx) | Class action complaint for violations of the federal securities laws |
| *James Kurkin v. Brad A. Morrice, Robert K. Cole, Patti M. Dodge, Edward F Gotschall, Marilyn A. Alexander, Harold A. Black, David Einhorn, Frederic J. Forster, Donald E. Lange, Michael M. Sachs, Richard A Zona, New Century Financial Corp.*<br><br>Cal. Sup. Ct. (Orange County) Lead Case No. 07CC01213 (Colaw) (Case No. 07CC01214) | Verified shareholder derivative complaint |
| *Frank Mannella, IRA v. New Century Financial Corp., Robert K. Cole, Patti M. Dodge, Taj S. Bindra, Brad A. Morrice*<br><br>C.D. Cal. Case No. CV 07-214 DDP (JTLx) | Class action complaint for violations of Section 10(b) of the Exchange Act and Rule 10b-5; and violations of Section 20(A) of the Exchange Act |

6

RLF1-3176318-1

| CASE TITLE AND NUMBER[1] | CASE ALLEGATIONS |
|---|---|
| *Donald E. Meyer v. New Century Financial Corp., Robert K. Cole, Patti M. Dodge, Brad A. Morrice*<br><br>C.D. Cal. Case No. CV07 986 DDP (JTLx) | Class action complaint for violations of the federal securities laws |
| *Bruce Novotne v. New Century Financial Corp., Brad A. Morrice, Taj S. Bindra, Robert K. Cole, Patti M. Dodge*<br><br>C.D. Cal. Case No. CV07-270 DDP (JTLx) | Class action complaint for violations of the federal securities laws |
| *Richard Simmons v. New Century Financial Corp., Brad A. Morrice, Taj S. Bindra, Robert K. Cole, Patti M. Dodge, Edward F. Gotschall*<br><br>C.D. Cal. Case No. CV07-0311 DDP (JTLx) | Class action complaint for violations of the federal securities laws |
| *Norman Swanson v. Robert K. Cole, William J. Popejoy, Brad A. Morrice, David Einhorn, Marilyn A. Alexander, Patti M. Dodge, Harold A. Black, Taj S. Bindra, Donald E. Lange, Edward F. Gotschall, Fredric J. Forster, Michael M. Sachs, Richard A. Zona, New Century Financial, Corp.*<br><br>Case No. CV07-310 DDP (JTLx) | Verified shareholder derivative complaint for breach of fiduciary duty, abuse of control, gross mismanagement, waste of corporate assets, unjust enrichment and violations of California Corporations Code |
| *Sandra Thompson v. Robert K. Cole, Brad A. Morrice, Patti M. Dodge, Taj S. Bindra, Edward F. Gotschall, Fredric J. Forster, Michael J. Sachs, Richard A. Zona, Donald E. Lange, Harold A. Black, Marilyn A. Alexander, David Einhorn, William J. Popejoy, New Century Financial Corp.* | Shareholder derivative complaint for breach of fiduciary duty, abuse of control, gross mismanagement, waste of corporate assets, unjust enrichment and violations of California Corporations Code |

7

| CASE TITLE AND NUMBER[1] | CASE ALLEGATIONS |
|---|---|
| Cal. Sup. Ct. (Orange County) Lead Case No. 07CC01213 (Colaw) (Case No. 07CC01216) | |
| *Joe Verne v. New Century Financial Corp., Brad A. Morrice, Robert K. Cole, Patti M. Dodge, Edward F. Gotschall, Bear Sterns & Co. Inc., Morgan Stanley & Co. Inc., Stifel Nicolaus & Co. Inc., Jeffries & Co. Inc.*<br><br>C.D. Cal. Case No. CV07-0320 DDP (JTLx) | Class action complaint for violation of the federal securities laws |
| *Durston Winesburg v. New Century Financial Corp., Brad A. Morrice, Taj S. Bindra, Robert K. Cole, Patti M. Dodge*<br><br>C.D. Cal. Case No. CV07-1683 DDP (JTLx) | Class action complaint for violations of the federal securities laws |
| *Stuart Wollman v. New Century Financial Corp., Robert K. Cole, Brad A. Morrice, Kevin M. Cloyd, Patti M. Dodge, Taj S. Bindra*<br><br>C.D. Cal. Case No. CV07-00251 DDP (JTLx) | Class action complaint for violations of the federal securities laws |
| *Paul Wood v. New Century Financial Corp., Robert K. Cole, Patti M. Dodge, Brad A. Morrice*<br><br>C.D. Cal. Case No. C07-0182 DDP (JTLx) | Class action complaint for violations of the federal securities laws |

RLF1-3176318-1

| CASE TITLE AND NUMBER[1] | CASE ALLEGATIONS |
|---|---|
| *Jack Yopp v. Brad A. Morrice, Robert K. Cole, Patti M. Dodge, Edward F. Gotschall, Marilyn A. Alexander, New Century Financial Corp.*<br><br>Cal. Sup. Ct. (Orange County) Lead Case No. 07CC01213 (Colaw) (Case No. 07CC01218) | Shareholder derivative complaint for breach of fiduciary duty, waste of corporate assets, unjust enrichment and violations of California Corporations Code |

Document2