IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,**[1] | **Case No. 07-10416(KJC)** |
| | **Jointly Administered** |
| Debtors. | |
| | Hearing Date: July 16, 2007 |
| | Objection Deadline: July 10, 2007 |
| | Re: Docket No. 1320 |

### RESPONSE OF DEBTORS AND DEBTORS IN POSSESSION TO THE MOTION OF BCIA 95 GLASTONBURY BOULEVARD LLC FOR AN ORDER COMPELLING DEBTOR TO IMMEDIATELY ASSUME AND ASSIGN LEASE FOR NON-RESIDENTIAL REAL PROPERTY AND CURE DEFAULTS UNDER LEASE

Since the chapter 11 cases were filed in April, New Century and its management have been engaged in extensive strategic planning, preparation and sale of the company's most vital remaining assets. During the initial months of the case, New Century also has been immersed in various other pressing and complex matters, including securing post-petition financing, addressing vendor demands, attending to employee retention issues, among other critical matters. New Century has also implemented major reductions in the workforce and rejected numerous executory contracts and leases. In order to sustain the momentum that is necessary to successfully administer this complex case, it is critical that New Century follow an orderly and cohesive case strategy.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

2

By the instant motion (the "Motion"), the movant seeks an order compelling debtor New Century Mortgage Corporation (the "Debtor") to immediately assume and assign a lease for non-residential real property located at 95 Glastonbury Boulevard, Connecticut (the "Lease") and cure defaults under the Lease. The Debtor has located a proposed assignee to the Lease, Impac Funding Corporation[2] ("Impac") and is working as expeditiously as possible to finalize the assignment. There are a number of outstanding assignment issues must be resolved before the assignment may be completed. As soon as the Debtor has resolved these issues, the Debtor will file a motion to assume and assign the Lease. If the issues are not resolved by July 13, 2007, the Debtor will reject the Lease by the end of July. Further, the movant was informed prior to its filing of the Motion that a motion to assume and assign the lease was forthcoming.

The Debtors respectfully submit that the Motion should be denied and the Debtor should be allowed until the end of July to determine whether to reject or assume and assign the Lease.

---

[2] Impac recently acquired substantially all of the assets of Pinnacle Financial Corporation.

2

RLF1-3176374-1

Dated: July 10, 2007
      Wilmington, Delaware

Respectfully submitted,

*/s/ Christopher M. Samis/*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION