IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., et al., ) | 07-10416 (KJC) |
| Debtors. ) | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Bruce L. Segal, Esquire, of Honigman Miller Schwartz and Cohn LLP 38500 Woodward Avenue, Suite 100, Bloomfield Hills, MI 48304-5048 to represent the QKC Maui Owner, LLC in this action.

HEIMAN, GOUGE & KAUFMAN, LLP

*/s/ Susan E. Kaufman*

Henry A. Heiman (DSB # 1277)
Susan E. Kaufman (DSB # 3381)
800 King Street, Suite 303
Wilmington, DE 19801
(302) 658-1800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Bruce L. Segal*

Bruce L. Segal, Esquire
Honigman Miller Schwartz and Cohn LLP
38500 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304-5048
(248) 566-8482

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                United States Bankruptcy Judge