IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>New Century TRS Holdings, Inc.<br>New Century Financial Corporation, et al.<br><br>Debtor(s) (jointly administered)<br>-------------------------------------------------<br>Novastar Mortgage, Inc.<br><br>v.<br>New Century TRS Holdings, Inc. et. Al. | Chapter 11 (Joint Administration)<br><br>Case Number:  07-10416<br><br>Objections Due: 7/10/2007<br>Hearing:  7/16/2007 @ 1:30 PM |

CERTIFICATE OF NO OBJECTION
REGARDING DOCKET NO. 1313

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Motion filed on June 19, 2007. The undersigned further certifies that she has reviewed the Court's docket in this case, and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice, objections to the Motion were to be filed and served no later than July 10, 2007.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

DATED: July 11, 2007.

By: */s/ Doreen H. Becker*
DOREEN H. BECKER    #2720