# EXHIBIT A

**MICHAEL J. SHEPARD**

Shareholder, San Francisco Office
Direct Dial: (415) 772-6451; E-Mail: mshepard@hewm.com

### I.  PROFESSIONAL EXPERIENCE

1994-Present:  Heller, Ehrman White & McAuliffe
                San Francisco, California

I am a partner in the Litigation Department. My practice focuses on white collar criminal defense, internal corporate investigations, and civil and criminal trials. As the leader of the firm's white collar criminal practice, I regularly represent corporations and top executives in criminal investigations and in related civil and administrative proceedings. Based on my record as a trial lawyer and my prior experience as a civil litigator, I also regularly represent corporations and individuals in civil cases, especially those likely to go to trial.

1984-1994:            United States Department of Justice
       4/6/93 to 10/31/93:            United States Attorney
                                      Northern District of Illinois

I was appointed United States Attorney on an interim basis by Attorney General Reno and then by the United States District Court pursuant to 28 U.S. C. § 546 (a), (d). I also served as a member of the Attorney General's Interim Advisory Committee of United States Attorneys, a twelve-member committee that met with the Attorney General monthly to help formulate policy.

             1992-93:            Chief, Public Integrity Section
                                 Criminal Division, Washington, D.C.

The Section, consisting of approximately 30 attorneys, prosecutes significant corruption and bribery cases and at the time advised the Attorney General on requests for the appointment of independent counsel.

             1984-92:    Assistant United States Attorney, Chicago Illinois
             1991-92:    Chief, Special Prosecutions Division
             1989-91:    Deputy Chief, Special Prosecutions Division

My responsibilities included supervising and handling personally the investigation, prosecution and appeal of criminal cases. Much of my work consisted of major public corruption and bribery cases, including prosecutions of judges, aldermen and other officials; the remainder included a substantial number of white collar fraud cases and a variety of other federal criminal cases, such as tax and environmental matters. In total, I tried approximately 30 cases.

| 1980-84: | Heller, Ehrman, White & McAuliffe |
| | San Francisco, California |
| | 1984:    Partner |
| | 1980-83:    Associate |

The bulk of my work was complex civil litigation, focusing on antitrust and securities fraud cases.

| 1978-80: | Jenner & Block |
| | Chicago, Illinois |
| | Associate |

I participated in a range of litigation activities, civil and criminal, trial and appellate.

| 1977-78: | Law Clerk to Judge Walter J. Cummings |
| | United States Court of Appeals for the Seventh Circuit |
| | Chicago, Illinois |

## II.    EDUCATION

Stanford Law School, J.D. 1977. Order of the Coif. Senior Articles Editor, Stanford Law Review. Marion Rice Kirkwood Moot Court Finalist, 1975 and 1976. Co-author, "Guiding Capital Sentencing Discretion Beyond the Boiler Plate: Mental Disorder as a Mitigating Factor," 66 Georgetown Law Review 757 (1978).

Princeton University, A.B. 1974. Phi Beta Kappa. Magna cum laude. Woodrow Wilson School of Public and International Affairs. Thesis: "Is Daley Fiddling While Chicago Burns?" President, American Whig-Cliosophic Society.

## III.    PERSONAL

| Born: | 10/27/52 in Chicago, Illinois |
| Spouse: | Jennifer O'Hearne Shepard, an attorney |
| Children: | Liam O'Hearne Shepard born 3/31/96; Deirdre McCabe Shepard, born 7/24/97; and Brendan O'Neill Shepard, born 3/13/99 |

Incurable Chicago Cubs fan.