# EXHIBIT B

## Correa, Michaeline

| | |
|---|---|
| From: | Correa, Michaeline |
| Sent: | Tuesday, May 29, 2007 3:03 PM |
| To: | Samis@RLF.com |
| Cc: | Brockmeyer, Neal; Dixon, Megan |
| Subject: | NEW - Response to UST re Retention |
| Attachments: | NEW - Payment Tracking for UST.XLS |

Chris,

Attached is the payment run that the US Trustee has requested. In addition, Heller Ehrman's more detailed engagement descriptions are as follows:

Heller Ehrman represents Michael Sachs and Westrec, a company with whom Mr. Sachs is affiliated, in structuring, negotiating and documenting debt financings. Those matters are unrelated to the New Century matter.

Heller Ehrman represents KPMG and several of its partners in securities class actions, regulatory investigations and proceedings, adversary proceedings in bankruptcy court, commercial litigation. Heller Ehrman also provides general advice on risk management. Those matters are unrelated to the New Century matter.

Please let me know if you need any additional information.

Regards,

Miki

**Michaeline Correa** | Attorney | **HellerEhrman**LLP | 333 Bush Street | San Francisco, CA 94104
tel: +1.415.772.6421 | fax: +1.415.772.3821 | email: michaeline.correa@hellerehrman.com | web: www.hellerehrman.com

NEW - Payment
Tracking for UST...