## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,** | **Case No. 07-10416(KJC)** |
| **Debtors.** | **Jointly Administered**<br>**Related Docket No. 1726**<br>**Objection Deadline: 7/9/07 @ 4:00 p.m.**<br>**Extended for debtor to 7/10/07 @ 10:00 a.m.**<br>**Hearing Date:  7/16/07 @ 1:30 p.m.** |

### CERTIFICATE OF NO OBJECTION TO RYAN DESERT RIDGE II, LLC'S MOTION FOR AN ORDER: (1) CLARIFYING, CONFIRMING AND/OR MODIFYING THE COURT'S MAY 21, 2007 "ORDER AUTHORIZING AND APPROVING ASSUMPTION AND ASSIGNMENT OF REAL PROPERTY LEASES"; (2) COMPELLING THE DEBTOR TO COMPLY WITH ITS OBLIGATIONS UNDER 11 U.S.C. § 365(d)(3) PENDING REJECTION OF LEASE; AND (3) COMPELLING THE DEBTOR TO REJECT LEASE OF NON-RESIDENTIAL REAL PROPERTY

On June 28, 2007, Ryan Desert Ridge II, LLC ("Ryan") filed a Motion for an Order:  (i) clarifying, confirming and/or modifying the Court's May 21, 2007 "Order Authorizing And Approving Assumption And Assignment Of Real Property Leases" (Docket No. 822); (ii) compelling debtor Home123 Corporation (the "Debtor") to comply with its obligations under 11 U.S.C. § 365(d)(3) with respect to its lease with Ryan for nonresidential real property; and (iii) compelling the Debtor to rejects its lease with Ryan for nonresidential real property (the "Motion")(**Docket No. 1726**).  The Notice filed with the Motion provided for an objection deadline of July 9, 2007 at 4:00 p.m.  Ryan extended the objection deadline for the Debtor to July 10, 2007 at 10:00 a.m.

The undersigned hereby certifies that no answer, objection or responsive pleading was filed with respect to the Motion.  Accordingly, Ryan asks that the Motion

be granted without the need for a hearing.

DATE: July 11, 2007.

SMITH, KATZENSTEIN & FURLOW
LLP

Kathleen M. Miller (DE ID No. 2898)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
302-652-8400
302-652-8405
kmiller@skfdelaware.com
and
Dewain D. Fox (Arizona Bar No. 014431)
FENNEMORE CRAIG, P.C.
3003 North Central Avenue, Suite 2600
Phoenix, Arizona 85012-2913
Telephone: (602) 916-5000
Facsimile: (602) 916-5999
Attorneys for Ryan Desert Ridge II, LLC

{07107|MOT|10027684.DOC}          - 2 -