## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of July, 2007, a copy of the foregoing **Certificate of No Objection to Ryan Desert Ridge II, LLC's Motion for an Order: (1) Clarifying, Confirming and/or Modifying the Court's May 21, 2007 "Order Authorizing and Approving Assumption and Assignment of Real Property Leases"; (2) Compelling the Debtor to Comply with its Obligations Under 11 U.S.C. § 365(d)(3) Pending Rejection of Lease; and (3) Compelling the Debtor to Reject Lease of Non-Residential Real Property**, was caused to be served on the attached 2002 list by mail.

Kathleen M. Miller (ID No. 2898)