**EXHIBIT 2**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                          : Chapter 11
                                                :
NEW CENTURY TRS HOLDINGS, INC.,                 : Case No. 07-10416 (KJC)
a Delaware Corporation, et al.,                 :
                                                : Jointly Administered
                    Debtors.                    :
                                                :
                                                :
                                                : **Hearing Date: July 25, 2007 at 2:30 p.m.**
                                                : **Objection Deadline: July 18, 2007**
------------------------------------------------------------x

## CERTIFICATION OF REBECCA L. KLINE DUBILL IN SUPPORT OF EXAMINER'S MOTION TO AUTHORIZE SERVICE OF A RULE 2004 SUBPOENA UPON KPMG LLP TO COMPEL PRODUCTION OF CERTAIN DOCUMENTS

I, Rebecca L. Kline Dubill, hereby certify the following:

1. I am associated with Kirkpatrick & Lockhart Preston Gates Ellis LLP, counsel to Michael J. Missal, the Examiner (the "Examiner") appointed in the above-captioned jointly administered chapter 11 cases.

2. This certification is submitted in support of the Examiner's Motion for an Order Authorizing the Examination of KPMG LLP (the "Motion").

3. On June 26, 2007, the Examiner and I conferred telephonically with Michael C. Kelley and Jose F. Sanchez of the law firm of Sidley Austin LLP, which serves as counsel to KPMG LLP ("KPMG"). In this call and subsequent communications, we sought to reach mutual agreement with counsel for KPMG, in accordance with Local Rule 2004-1, on matters relating to the production of documents by KPMG.

4. On July 2, 2007, counsel for KPMG contacted the Examiner by email and informed him that KPMG will not produce documents voluntarily and that the Examiner will need to issue a subpoena to KPMG in order to compel the production of documents.

NY-539326 v2

- 2 -

Accordingly, we have been unable to reach agreement on this matter, necessitating the filing of the Motion.

5.      I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Executed this 11th day of July, 2007

_____
Rebecca L. Kline Dubill, Esq.