IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
In re: :
: Chapter 11
NEW CENTURY TRS HOLDINGS, INC., :
a Delaware Corporation, et al., : Case No. 07-10416 (KJC)
:
Debtors. : Jointly Administered
:
: **Related to Docket No. \_\_\_\_**
:
----------------------------------------------------------x

### ORDER PURSUANT TO FED. R. BANKR. P. 2004(a) AUTHORIZING THE EXAMINER TO EXAMINE KPMG LLP

UPON the Examiner's Motion for an Order Authorizing the Examination of KPMG LLP (the "Motion"), and the Motion having been served upon counsel for KPMG LLP ("KPMG"), parties required to be served under Local Rule 2004-1, and all parties requesting service pursuant to Bankruptcy Rule 2002; and the Court finding sufficient cause to grant the Motion, it is

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Examiner is authorized, pursuant to Bankruptcy Rule 2004, to conduct an examination of KPMG and its current and former partners and employees with respect to the issues to be inquired into by the Examiner as set forth in this Court's Order Denying in Part and Granting in Part Motion of the United States Trustee for an Order Directing the Appointment of a Chapter 11 Trustee, or in the Alternative, an Examiner entered June 1, 2007; and it is further

ORDERED that the Examiner is authorized to issue such subpoenas as may be necessary to compel the production of documents and the testimony of witnesses in connection with his examination of KPMG and its current and former partners and employees; and it is further

549913.1 7/11/07

ORDERED that this Order is entered without prejudice to the Examiner's right to file further motions seeking additional documents and testimony, pursuant to Fed. R. Bankr. P. Rule 2004.

SO ORDERED THIS _____ DAY OF _____ 2007

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge