**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 16, 2007 AT 1:30 P.M.**

**I.    CONTINUED MATTERS:**

1.    Motion of Coventry Fund X, Ltd. to Compel Payment of Administrative Expense
[D.I. 680; filed 5/14/07]

> Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to June 8, 2007 at
> 4:00 p.m.

> Objections/Responses Received:  None at this time.

> Related Documents:

> i.    Amended Notice of Hearing [D.I. 797; filed 5/21/07]

> ii.    Notice of Withdrawal of Docket Entry No. 797 [D.I. 1823; filed 7/3/07]

> Status: The Movants filed a notice of withdrawal on July 3, 2007.  Accordingly,
> no hearing is required.

---

[1]  The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

1

2.    Emergency Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Assets Used in Their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 70; filed 4/4/07]

    Objection Deadline:    April 11, 2007 at 4:00 p.m.; Deadline to object to sale or assumption and assignment is May 14, 2007 at 4:00 p.m.; Extension deadline of May 15, 2007 granted to Union Bank of California; Deadline to object to adequate assurance of future performance under the assumed contracts is May 17, 2007

    Objections/Responses Received:

    A.    Limited Objection to Assumption and Assignment (Limited Objection to Debtor's Loan Servicing Assets) filed by Premier Print and Services Group, Inc. [D.I. 505; filed 5/2/07]

    Status: The hearing on this objection has been continued to the omnibus hearing scheduled for August 21, 2007.

    B.    Limited Objections of National City Commercial Capital Company, LLC, to Debtors' Motions Regarding Rejection of Certain Leases, Sale of Assets, Assumption of Certain Leases and Other Matters and Joinder of General Electric Capital Corporation's Objection to Debtors' Motions and Joinder of RBC Mortgage Company and RBC Holdco's Objections to Debtors' Motions [D.I. 509; filed 5/2/07]

    Status: The hearing on this objection has been continued to the omnibus hearing scheduled for August 21, 2007.

    C.    Objection of Speedpay, Inc. to Debtors' Assumption and Assignment of Executory Contract and Proposed Cure Amount [D.I. 623; filed 5/10/07]

    Status:  The hearing on this objection has been continued to the omnibus hearing scheduled for August 21, 2007.

    D.    Cure Objection of KST Data, Inc., to Debtors' Notice of Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith [D.I. 624; filed 5/10/07]

    Status: The hearing on this objection is not going forward.  As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

E.      Objection to Assumption and Assignment (Cure Amount) filed by Data-Link Systems, L.L.C. and Fiserv Solutions, Inc. [D.I. 633; filed 5/11/07]

Status: The hearing on this objection has been continued to the omnibus hearing scheduled for August 21, 2007.

F.      Objection and Reservation of Rights of CB Richard Ellis Corporate Facilities Management, Inc. with Respect to Cure Amounts and Claims [D.I. 634; filed 5/11/07]

Status: The hearing on this objection has been continued to the omnibus hearing scheduled for August 21, 2007.

G.      Objection with Respect to Cure Amount and Proposed Assumption and Assignment of Contract Between Debtor and Federal Express Corporation [D.I. 649; filed 5/14/07]

Status: The hearing on this objection is not going forward. As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

H.      Objection to Assumption and Assignment Cure Amount by National Field Representative, Inc. [D.I. 655; filed 5/14/07]

Status:  The hearing on this objection has been continued to the omnibus hearing scheduled for August 21, 2007.

I.      Cure Objection of Safeco Financial Institution Solutions, Inc. to Debtors' Notice of Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith [D.I. 656; filed 5/14/07]

Status: The hearing on this objection has been continued to the omnibus hearing scheduled for August 21, 2007.

J.      Objection to Assumption and Assignment (Cure Amount) by LandAmerica Default Services Company [D.I. 658; filed 5/14/07]

Status: The hearing on this objection is not going forward. As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

K.      Objection of Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc. to Notice of Intent to Assume and Assign and Fixing of Cure Amounts [D.I. 661; filed 5/14/07]

Status: The hearing on this objection has been continued to the omnibus hearing scheduled for August 21, 2007.

L.    Objection of General Electric Capital Corporation to Notice of Lease/Contract Assumption and Cure Amount [D.I. 663; filed 5/14/07]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for July 31, 2007.

M.    Limited Objection and Reservation of Rights by Walz Postal Solutions, Inc., aka Walz Secured Outsourcing with Respect to Cure Amounts [D.I. 666; filed 4/14/07]

Status: The hearing on this objection has been continued to the omnibus hearing scheduled for August 21, 2007.

N.    Cure Objection of ADT Security Services, Inc. to Notice of New Century's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith [D.I. 668; filed 5/14/07]

Status: The hearing on this objection is not going forward. As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

O.    Objection of Sprint Communications Company L.P. to Debtors' Assumption and Assignment of Executory Contract and Proposed Cure Amount [D.I. 674; filed 5/14/07]

Status: The hearing on this objection has been continued to the omnibus hearing scheduled for August 21, 2007.

P.    Oracle USA, Inc.'s Objection to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with their Proposed Sale of Assets Used in Their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 688; filed 5/15/07]

Status: The hearing on this objection has been continued to the omnibus hearing scheduled for August 21, 2007.

Q.    Union Bank of California's Limited Objection to Proposed Assumption and Assignment of Certain Agreements in Connection with Debtors' Proposed Sale of Servicing Business [D.I. 697; filed 5/15/07]

Status: The hearing on this objection is not going forward. As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

R.      Limited Objection by Creditor Fidelity National Information Services, Inc. to Debtors' Notice of New Century's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith [D.I. 751; filed 5/17/07]

Status: The hearing on this objection has been continued to the omnibus hearing scheduled for August 21, 2007.

S.      Objection of AT&T Inc. to Notice of New Century's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith [D.I. 838; filed 5/22/07]

Status: The hearing on this objection has been continued to the omnibus hearing scheduled for August 21, 2007.

Related Documents:

i.      Order Granting Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [D.I. 90; filed 4/5/07]

ii.     Notice of Hearing Regarding Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 120; filed 4/5/07]

iii.    Notice of Filing of Amended and Restated Asset Purchase Agreement between (among others) New Century Financial Corporation and Carrington Capital Management, LLC [D.I. 335; filed 4/19/07]

iv.     Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Bidding Procedures, Including Break-Up Fee and Expense Reimbursement Payable to Carrington Mortgage Services, LLC for Sale of Debtors' Servicing Business; (II) Scheduling Bid Deadline, Auction Date, and Sale Hearing and Approving Notice Thereof; and (III) Approving Procedures to Fix Cure Amounts Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Approving Notice Thereof [D.I. 340; filed 4/20/07]

v.      Stipulation and Order (1) Approving Agreement for the Disposition of Certain Mortgage Loans and Residual Interests, and (2) Confirming, <u>Inter Alia</u>, (A) That Auctions of Mortgage Loans and Residuals Conducted in Accordance with Auction Procedures Therein are Covered by Bankruptcy Code "Safe Harbor" Provisions and Are Commercially Reasonable, and (B) Absence of Need to Seek Relief from Automatic Stay [D.I. 439; filed 4/27/07]

vi.     Notice of Filing Regarding Affidavit of Publication of the Sale Notice in The Wall Street Journal (National Edition) [D.I. 570; filed 5/7/07]

vii.    Notice of Hearing Date [D.I. 640; filed 5/11/07]

viii.   Notice of Withdrawal of Supplement to Objection of Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc. to Notice of Intent to Assume and Assign and Fixing of Cure Amounts Concerning Adequate Assurance of Future Performance [D.I. 766; filed 5/18/07]

ix.     Notice of Successful Bidder, Sale Hearing and Continuance of Hearing With Respect to Timely Filed Cure Objections Other Than as to Servicing Agreements [D.I. 768; filed 5/18/07]

x.      Notice of Withdrawal of Precautionary Objection [Re: D.I. 699] by Irwin Mortgage Corporation and Irwin Financial Corporation [D.I. 1021; filed 6/1/07]

xi.     Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure Approving (i) the Sale of Debtors' Servicing Business to Carrington Capital Management, LLC and Carrington Mortgage Services, LLC Pursuant to the Second Amended and Restated Asset Purchase Agreement, Dated as of May 21, 2007, Free and Clear of Liens, Claims, Encumbrances, and Interests, and (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to Carrington as Part of Such Sale [D.I. 844; filed 5/23/07]

<u>Status</u>:  The Court entered an order on May 23, 2007 approving the sale to Carrington Management Services, LLC. The hearing on all cure related objections filed with respect to the sale was continued to subsequent hearing dates. The status with respect to each of the outstanding cure objections is noted above.

## II.      <u>UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTIONS:</u>

3.      MidFirst Bank's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) as to 95 Fairview Avenue, Rochester, NY [D.I. 560; filed 5/7/07]

<u>Objection Deadline</u>:   May 22, 2007 at 4:00 p.m.; extended to June 6, 2007 at 4:00 p.m.

Objections/Responses Received: None at this time.

Related Documents:

i.      Amended Notice of Hearing on Motion of Midfirst Bank for Relief from
        the Automatic Stay Under 11 U.S.C. § 362(d)(1) [D.I. 928; filed 5/30/07]

ii.     Certificate of No Objection [D.I. 1659; filed 6/26/07]

Status: On June 26, 2007, a certification of no objection with respect to this matter
        was filed. Accordingly, a hearing on this matter is only necessary to the
        extent the Court has any questions or concerns.

4.      Ameriquest Mortgage Company's Motion for Relief from the Automatic Stay as
        to 50 Lattimore Road, Rochester, New York [D.I. 1184; filed 6/11/07]

Objection deadline: July 8, 2007 at 4:00 p.m.

Objections/Responses Received: None at this time.

Related Documents:

i.      Notice of Hearing [D.I. 1186; filed 6/11/07]

ii.     Certificate of No Response [D.I. 1857; filed 7/9/07]

Status: On July 9, 2007, a certification of no response with respect to this matter
        was filed. Accordingly, a hearing on this matter is only necessary to the
        extent the Court has any questions or concerns.

5.      Ameriquest Mortgage Company's Motion for Relief from the Automatic Stay as
        to 48 Courtland Lane, Willingsboro, New Jersey [D.I. 1192; filed 6/12/07]

Objection deadline: July 8, 2007 at 4:00 p.m.

Objections/Responses Received: None at this time.

Related Documents:

i.      Notice of Hearing [D.I. 1194; filed 6/12/07]

ii.     Certificate of No Objection [D.I. 1870; filed 7/10/07]

Status: On July 10, 2007, a certification of no response with respect to this matter
        was filed. Accordingly, a hearing on this matter is only necessary to the
        extent the Court has any questions or concerns.

6.    U.S. Bank N.A.'s Motion for Relief from the Automatic Stay as to 308 Sheridan Avenue, Brooklyn, New York [D.I. 1217; filed 6/13/07]

Objection deadline:  July 8, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.      Notice of Hearing [D.I. 1219; filed 6/13/07]

ii.     Certificate of No Objection [D.I. 1868; filed 7/10/07]

Status: On July 10, 2007, a certification of no response with respect to this matter was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

7.    Wilshire Credit Corporation's Motion for Relief from the Automatic Stay as to 1474 Robbins Lane, Seaford, New York [D.I. 1292; filed 6/18/07]

Objection deadline:  July 8, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.      Notice of Hearing [D.I. 1293; filed 6/18/07]

ii.     Certificate of No Objection [D.I. 1871; filed 7/10/07]

Status: On July 10, 2007, a certification of no response with respect to this matter was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

8.    Home Loan Services' Motion for Relief from the Automatic Stay as to 33-21 69th Street, Woodside, New York [D.I. 1294; filed 6/18/07]

Objection deadline:  July 8, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.      Notice of Hearing [D.I. 1295; filed 6/18/07]

ii.     Certificate of No Objection [D.I. 1872; filed 7/10/07]

Status: On July 10, 2007, a certification of no response with respect to this matter was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

9.    IndyMac Bank, F.S.B.'s Motion for Relief from the Automatic Stay as to 55 Richelieu Place, Newark, New Jersey [D.I. 1296; filed 6/18/07]

Objection deadline: July 8, 2007 at 4:00 p.m.

Objections/Responses Received: None at this time.

Related Documents:

i.    Notice of Hearing [D.I. 1297; filed 6/18/07]

ii.    Certificate of No Objection [D.I. 1869; filed 7/10/07]

Status: On July 10, 2007, a certification of no response with respect to this matter was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

10.    Novastar Mortgage, Inc.'s Motion for Relief from the Automatic Stay as to 268 High Street, Hackensack, New Jersey [D.I. 1313; filed 6/19/07]

Objection deadline: July 8, 2007 at 4:00 p.m.

Objections/Responses Received: None at this time.

Related Documents:

i.    Certificate of No Objection [D.I. 1882; filed 7/11/07]

Status: On July 10, 2007, a certification of no response with respect to this matter was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

11.    Home Loan Services' Motion for Relief from the Automatic Stay as to 308 Sheridan Avenue, Brooklyn, New York [D.I. 1635; filed 6/22/07]

Objection deadline: July 8, 2007 at 4:00 p.m.

Objections/Responses Received: None at this time.

Related Documents:

i.    Certificate of No Objection [D.I. 1873; filed 7/10/07]

Status: On July 10, 2007, a certification of no response with respect to this matter was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

12.     Ryan Desert Ridge II, LLC's Motion for an Order: (1) Clarifying, Confirming and/or Modifying the Court's May 21, 2007 "Order Authorizing and Approving Assumption and Assignment of Real Property Leases"; (2) Compelling the Debtor to Comply with its Obligations Under 11 U.S.C. § 365(d)(3) Pending Rejection of Lease; and (3) Compelling the Debtor to Reject Lease of Non-Residential Real Property [D.I. 1726; filed 6/28/07]

Objection Deadline:    July 9, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.      Certificate of No Objection [D.I. 1887; filed 7/11/07]

Status: On July 11, 2007, a certification of no response with respect to this matter was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

## III.    UNCONTESTED MATTERS GOING FORWARD:

13.     Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting its Members to Engage in Securities Trading, Loan Sales and Other Transactions Involving the Debtors and Their Respective Assets [D.I. 409; filed 4/26/07]

Objection Deadline:    May 8, 2007 at 4:00 p.m.; extended for the U.S. Trustee and SEC to July 9, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status: The hearing on this matter is going forward.

14.     Motion of Debtors and the Debtors in Possession for an Order Approving the Investment Guidelines Pursuant to Section 345 of the Bankruptcy Code [D.I. 893; filed 5/25/07]

Objection Deadline:    June 8, 2007 at 4:00 p.m.; extended indefinitely for the U.S. Trustee

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  The hearing on this matter is going forward.

## IV.    <u>CONTESTED MATTERS GOING FORWARD</u>:

15.    Debtors' Application for Order Authorizing the Retention and Employment of Heller Ehrman LLP as Special Counsel to the Audit Subcommittee Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e) and 1107(b) of the Bankruptcy Code [D.I. 495; filed 5/1/07]

<u>Objection Deadline</u>:    May 23, 2007 at 4:00 p.m.; extended for the U.S Trustee and Creditors' Committee to June 8, 2007 at 4:00 p.m.; extended indefinitely for the U.S. Trustee; extended for the Creditors' Committee to June 13, 2007 at 12:00 p.m.

<u>Objections/Responses Received</u>:

A.    Limited Objection to the Debtors' Application to Employ Heller Ehrman LLP as Special Counsel to the Audit Subcommittee Nunc Pro Tunc to the Petition Date [D.I. 1657; filed 6/25/07]

B.    Response to Limited Objection of the United States Trustee to the Debtors' Application for Order Authorizing the Retention and Employment of Heller Ehrman LLP as Special Counsel to the Audit Subcommittee Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e) and 1107(b) of the Bankruptcy Code [D.I. 1883; filed 7/11/07]

<u>Related Documents</u>:  None at this time.

<u>Status</u>:  The hearing on this matter is going forward.

16.    Motion of Debtors and Debtors in Possession for an Order (A) Approving the Sale of Certain Technology Assets, (B) Approving and Establishing Procedures Related to the Sale and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and (C) Granting Related Relief [D.I. 1064; filed 6/1/07]

<u>Objection Deadline</u>:    June 15, 2007 at 4:00 p.m.

<u>Objections/Responses Received</u>:

A.    ILOG's objection to the assignment of the ILOG Software License Agreement [Dated 6/28/07]

<u>Related Documents</u>:

i.    Order (A) Approving the Sale of Certain Technology Assets, (B) Approving and Establishing Procedures Related to the Sale and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, (C) Authorizing the Sale of

11

Certain Loan and Broker Date and (D) Granting Related Relief [D.I. 1819; filed 7/3/07]

Status: The Court entered an order (the "Sale Order") on July 3, 2007 approving the sale of certain assets to EquiFirst Corporation, an affiliate of Barclays Bank, PC, except with respect to the proposed assumption and assignment of the ILOG Software License Agreement (the "ILOG Agreement"). As set forth in the Sale Order, the hearing is going forward with respect to ILOG's objection to the proposed assumption and assignment of the ILOG Agreement.

17.    Application of the Examiner for an Order Authorizing the Retention of Kirkpatrick & Lockhart Preston Gates Ellis LLP as Counsel to the Examiner Nunc Pro Tunc to June 1, 2007 [D.I. 1172; filed 6/8/07]

Objection Deadline:    June 22, 2007 at 4:00 p.m.

Objections/Responses Received:

A.    Response of Bank of America, N.A. to Application of the Examiner for an Order Authorizing the Retention of Kirkpatrick & Lockhart Preston Gates Ellis LLP as Counsel to the Examiner Nunc Pro Tunc to June 1, 2007 [D.I. 1637; filed 6/22/07]

B.    Joinder of Morgan Stanley Mortgage Capital Holdings LLC (f/k/a Morgan Stanley Mortgage Capital Inc.) to Response of Bank of America, N.A. to Application of the Examiner for an Order Authorizing the Retention of Kirkpatrick & Lockhart Preston Gates Ellis LLP as Counsel to Examiner Nunc Pro Tunc to June 1, 2007 [D.I. 1639; filed 6/22/07]

Related Documents:  None at this time.

Status:  The hearing on this matter is going forward.

18.    Debtors' Application for Order Under 11 U.S.C. Section 327(a) Authorizing Employment and Retention of Ernst & Young LLP as Tax Advisory Services Provider to Debtors, Effective Nunc Pro Tunc to May 1, 2007 [D.I. 1312; filed 6/18/07]

Objection deadline:  July 9, 2007 at 4:00 p.m.

Objections/Responses Received:

A.    Objection of the United States Trustee to the Debtors' Application for Order Under 11 U.S.C. Section 327(a) Authorizing Employment and Retention of Ernst & Young LLP as Tax Advisory Services Providers to Debtors, Effective Nunc Pro Tunc to May 1, 2007 [D.I. 1860; filed 7/9/07]

Related Documents:  None at this time.

Status:  The hearing on this matter is going forward.

19.    Motion of BCIA 95 Glastonbury Boulevard LLC for an Order Compelling Debtor to Immediately Assume and Assign Lease for Non-Residential Real Property and Cure Defaults Under Lease [D.I. 1320; filed 6/19/07]

Objection deadline:  July 9, 2007 at 4:00 p.m.; extended to July 10, 2007

Objections/Responses Received:

A.    Response of Debtors and Debtors in Possession to the Motion of BCIA 95 Glastonbury Boulevard LLC for an Order Compelling Debtor to Immediately Assume and Assign Lease for Non-Residential Real Property and Cure Defaults Under Lease [D.I. 1880; filed 7/10/07]

Related Documents:

i.    Motion of BCIA 95 Glastonbury Boulevard LLC to Limit Notice [D.I. 1321; filed 6/19/07]

ii.    Order Approving Motion to Limit Notice [D.I. 1634; filed 6/22/07]

Status:  The hearing on this matter is going forward.

20.    Motion of Daniel J. Rubio, John Hicks and David Vizcarra, Individuals on Behalf of Themselves, All Others Similarly Situated, and the General Public, for an Order Granting Leave to File a Class Proof of Claim [D.I. 1723; 6/28/07]

Objection Deadline:    July 9, 2007 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  The parties have reached a stipulation on this matter.  The parties will present the stipulation to the Court at the hearing.

## V.    ADVERSARY PROCEEDING MATTERS:

21.    Austin v. New Century TRS Holdings, Inc., et al., Adv. Pro. No. 07-50970.

Status:  The initial status conference for this matter is going forward.

22.    DB Structured Products, Inc. v. New Century TRS Holdings, Inc., *et al.*, Adv.
       Pro. No. 07-51269.

       Status: With the Court's approval, the initial status conference for this matter has
              been continued to the omnibus hearing scheduled for July 31, 2007.


Dated:  July 12, 2007
        Wilmington, Delaware

                                          Mark D. Collins (No. 2981)
                                          Michael J. Merchant (No. 3854)
                                          Marcos A. Ramos (No. 4450)
                                          Christopher M. Samis (No. 4909)
                                          RICHARDS, LAYTON & FINGER, P.A.
                                          One Rodney Square
                                          920 North King Street
                                          Wilmington, DE 19801
                                          Telephone:  (302) 651-7700
                                          Facsimile:   (302) 651-7701

                                          - and -

                                          Suzzanne S. Uhland
                                          Ben H. Logan
                                          Brian M. Metcalf
                                          Victoria Newmark
                                          Emily R. Culler
                                          O'MELVENY & MYERS LLP
                                          275 Battery Street
                                          San Francisco, CA 94111
                                          Telephone:  (415) 984-8700
                                          Facsimile:   (415) 984-8701

                                          ATTORNEYS FOR DEBTORS AND
                                          DEBTORS IN POSSESSION

RLF1-3171729-1