07-10416

Home Loan Services, Inc.
P.O. Box 1838
Pittsburgh, PA  15230-1838

FILED

2007 JUL 10  AM 10: 50

July 03, 2007

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

US BANKRUPTCY COURT
OFFICE OF THE CLERK OF COURT
824 MARKET STREET
3RD FLOOR
WILMINGTON, DE 19801


RE:  NOTICE OF SERVICING TRANSFER

Loan Number:              1044725242
Bankruptcy Case Number:   07-10419
Debtor:                   Mohammad Salim Miah
Property Address:         308 Sheridan Ave
                          Brooklyn NY 11208
New Servicer:             Wilshire Credit Corporation
Transfer Date:            Jul 06 2007


Dear Sir or Madam:

Effective Jul 06 2007, the servicing on the loan referenced above has been transferred from First Franklin c/o HLS to Wilshire Credit Corporation. Our records indicate that post-petition and/or pre-petition disbursements are distributed through your office. Please see that all future disbursements are sent to the following address:

Wilshire Credit Corporation
Attn:  Jodi Seits
P.O. Box 1650
Portland, OR  97207-1650

Contact:  (503) 223-5600, Ext. 7634

If you have any questions, please call the Bankruptcy Department at 1-800-346-6437.

Sincerely,


Robert Cowan
Bankruptcy Department                                           BK076/ALC