**GUST ROSENFELD P.L.C.**
201 E. Washington, Suite 800
Phoenix, Arizona 85004-2327
Telephone No. (602) 257-7430
Facsimile No. (602) 340-1538
Madeleine C. Wanslee
Mwanslee@gustlaw.com
**Attorneys for** Maricopa County Treasurer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

**MARICOPA COUNTY TREASURER'S NOTICE OF PERFECTED LIEN
AND CONDITIONAL OBJECTION TO NOTICE OF PROPOSED
SALE OF ASSETS BY DEBTORS AND DEBTORS IN POSSESSION
PURSUANT TO MISCELLANEOUS ASSET SALE PROCEDURES (D.I. 1841)**

Maricopa County Treasurer ("Maricopa County") a secured creditor, by and through its undersigned counsel, hereby provides notice that it claims a perfected statutory lien in accordance with A.R.S. § 42-17153 (2005) and that it conditionally

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TR Holdings, Inc. (f/k/a New Century Financial Corporation) a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, LP (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, AD Astra Mortgage, Midwest Home Mortgage, Trats Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; and NCORAL, L.P., a Delaware limited partnership.

MCW:sdl 747507.1 7/11/2007                1

objects Movant's Notice of Proposed Sale of Assets by Debtors and Debtors in Possession Pursuant to Miscellaneous Asset Sale Procedures (D.I. 1841) (the "Notice") regarding the personal property located in Maricopa County, Arizona filed.

The personal property located at 10835 N. 25th Avenue, Suite 140, Phoenix, Maricopa County, Arizona is encumbered with a fully perfected tax lien in the amount of $805.68, plus accruing interest at the statutory rate of 16% per annum. The lien represents a 2006 tax liability on personal property Parcel 949-97-946. In addition, the 2007 tax lien attached on January 1, 2007 and the amount due will be known around September 1, 2007.

Maricopa County submitted for filing with Claims Agent Xroads Case Management Services a Proof of Claim dated April 27, 2007 in the total sum of $5,553.06, which included Parcel 949-97-946, for unpaid pre-petition personal property taxes for the years 2006 and 2007.

Arizona law grants Maricopa County a valid lien that is "prior and superior to all other liens and encumbrances on the property." A.R.S. § 42-17153 (2005). Maricopa County objects to the transfer of any property located in Maricopa County that is part of the Motion if the tax liabilities associated with such property are not fully paid prior to the transfer of the property. Maricopa County is entitled to have its tax liens on the property paid "from the sale of which the funds***were derived and, to the extent necessary to discharge the debt secured by the lien, the proceeds of the sale of the property were withdrawn from or taken out of the assets of the estate." *Brans v. City of Dallas, Texas*, 217 F.2d 640 (5th Cir. 1954).

Arizona law further provides that "It is unlawful for the owner,…to knowingly sell or transfer personal property or remove it from its location until the taxes on the property are paid." *See*, A.R.S. § 42-19107(A).  Accordingly, it is Maricopa County's position that before any transfer of Debtors' personal property located in Maricopa County, all taxes associated with such parcels, including but not limited to, Parcel 949-97-946, must be paid.

Dated this 12th day of July, 2007.

> Respectfully submitted,
>
> By */s/ Madeleine C. Wanslee*
> Madeleine C. Wanslee
> Arizona State Bar No. 012590
> Gust Rosenfeld P.L.C.
> 201 E. Washington Street, Suite 800
> Phoenix, AZ  85004-2327
> Telephone No. (602) 257-7430
> Facsimile No. (602) 34-1538
> Email: mwanslee@gustlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on the 12th day of July, 2007, I served by facsimile and true and correct copies of the foregoing Maricopa County Treasurer's Notice of Perfected Liens and Conditional Objection to Notice of Proposed Sale of Assets by Debtors and Debtors In Possession Pursuant to Miscellaneous Asset Sale Procedures upon the following parties:

Mark D. Collins
Michael J. Merchant
Marcos A. Ramos
Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King St.
One Rodney Square
Wilmington, DE  19801
Attorneys for Debtors
Fax: 302-651-7701

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
Brophy Christensen, Esq.
O'MELVENY & MYERS LLP
275 Battery St., 26th Fl.
San Francisco, CA  94111-3305
Attorneys for Debtors
Fax: 415-984-8701

U.S. Trustee
Attn: Joseph J. McMahon, Jr.
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-00335
Fax: 302-573-6497

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
Attorneys for The Official Committee
 of Unsecured Creditors
Fax: 302-428-5110

Mark T. Power
Hahn & Ilessen LLP
488 Madison Avenue
New York, NY  10022
Attorneys for The Official Committee
 of Unsecured Creditors
Fax: 212-478-7400

Bennett L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa St.
Los Angeles, CA  90017
Attorneys for Greenwich Capital
Fax: 213-808-8500

Laura Davis Jones
Timothy P. Cairns
Pachulski, Stang, Ziehl,
 Young, Jones & Weintraub
919 N. Market St., 17th Floor
PO Box 8705
Wilmington, DE  19899
Attorneys for Greenwich Capital
Fax: 302-652-4400

      By */s/ Madeleine C. Wanslee*
         Madeleine C. Wanslee