UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC. | ) | Case No. 07-10416-KJC |
| f/k/a NEW CENTURY FINANCIAL | ) | |
| CORPORATION, | ) | |
| | ) | |
| Debtor. | ) | |

**APPEARANCE AND REQUEST TO RECEIVE NOTICES**

To:    The Clerk of the Above Named Court

Please enter our appearance as counsel for QKC Maui Owner, LLC, a Delaware limited liability company,[1] as Creditors in the above named action. This appearance is intended solely for the purpose of receiving notices and it is not intended that the filing of this appearance be deemed a submission to the jurisdiction of this Court.

Request is hereby made, pursuant to Bankruptcy Rule 2002(g), that all notices required to be mailed or electronically delivered to creditors under Bankruptcy Rule 2002 be mailed to the following address:

> Bruce L. Segal, Esq.
> Honigman Miller Schwartz & Cohn LLP
> Suite 100, 38500 Woodward Avenue
> Bloomfield Hills, Michigan 48304
> email address: bsegal@honigman.com

Dated: July 12, 2007
Honigman Miller Schwartz & Cohn LLP
Attorneys for QKC Maui Owner, LLC
By:    /s/Bruce L. Segal
Bruce L. Segal
38500 Woodward Avenue, Suite 100
Bloomfield Hills, Michigan 48304
(248) 566-8482

---

[1] QKC Maui Owner, LLC is the owner of the mixed use shopping center commonly known as the Queen Ka'ahumanu Center, located in Kahului, Hawaii.
OAKLAND.1312268.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC. | ) | Case No. 07-10416-KJC |
| f/k/a NEW CENTURY FINANCIAL | ) | |
| CORPORATION, | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES**

TO:    Christopher M. Samis, Esq.    U.S. Trustee
Richards Layton Finder, P.A.    U.S. Trustee's Office
920 N. King Street, One Rodney Square    844 King Street, Room 2207
Wilmington, DE 19801    Lockbox #35
    Wilmington, DE  19899-0035

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Please take notice that we have this date entered our appearance as counsel for QKC Maui Owner, LLC.[1]

Please take further notice that we have requested, pursuant to Bankruptcy Rule 2002(g), that all notices required to be mailed or electronically delivered to creditors under Bankruptcy Rule 2002 be mailed to:

    Bruce L. Segal, Esq.
    Honigman Miller Schwartz & Cohn LLP
    Suite 100, 38500 Woodward Avenue
    Bloomfield Hills, Michigan 48304
    email address:  bsegal@honigman.com

Dated: July 12, 2007    Honigman Miller Schwartz & Cohn LLP
    Attorneys for QKC Maui Owner, LLC
    By:    /s/Bruce L. Segal
        Bruce L. Segal
        Suite 100, 38500 Woodward Avenue
        Bloomfield Hills, Michigan 48304
        (248) 566-8482

---

[1] QKC Maui Owner, LLC is the owner of the mixed use shopping center commonly known as the Queen Ka'ahumanu Center, located in Kahului, Hawaii.
OAKLAND.1312268.1

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 12th day of July, 2007, the foregoing *Appearance and Request to Receive Notices* and *Notice of Appearance and Request to Receive Notices* were served upon the parties listed below by enclosing the papers in sealed envelopes with first-class postage fully prepaid and depositing the envelopes and their contents in the United States mail, addressed as follows:

| | |
|---|---|
| Christopher M. Samis, Esq.<br>Richards Layton Finder, P.A.<br>920 N. King Street, One Rodney Square<br>Wilmington, DE 19801 | U.S. Trustee<br>U.S. Trustee's Office<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE  19899-0035 |
| Bonnie Glantz Fatell, Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | |

　　　　　　　　　　　　　　　　　　　　/s/Bruce L. Segal
　　　　　　　　　　　　　　　　　　　　Bruce L. Segal
　　　　　　　　　　　　　　　　　　　　Suite 100, 38500 Woodward Avenue
　　　　　　　　　　　　　　　　　　　　Bloomfield Hills, Michigan 48304
　　　　　　　　　　　　　　　　　　　　(248) 566-8482
　　　　　　　　　　　　　　　　　　　　bsegal@honigman.com

OAKLAND.1312268.1