**IN THE UNITED STATES BANKRUPTCY
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| TWEETER HOME ENTERTAINMENT ) | |
| GROUP, INC., *et al.*, ) | Case No. 07-10416 (PJW) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

**NOTICE OF APPEARANCE, REQUEST FOR
SERVICE OF PAPERS, AND REQUEST FOR MATRIX ENTRY**

**PLEASE TAKE NOTICE** that **Christopher P. Simon**, **Kevin S. Mann**, and the law firm of **Cross & Simon, LLC,** hereby enter their appearance pursuant to Bankr. D. Del. LR 9010-1 and D. Del. LR 83.5 as counsel to P.C. Associates, and request that copies of all pleadings and other papers (however designated) filed in this case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the address listed below.

In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

Christopher P. Simon (No. 3697)
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, Delaware 19899-1380
(302) 777-4200
(302) 777-4224 (Facsimile)
E-mail: csimon@crosslaw.com

Kevin S. Mann (No. 4576)
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, Delaware 19899-1380
(302) 777-4200

(302) 777-4224 (Facsimile)
E-mail:  kmann@crosslaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.  This Notice of Appearance shall not constitute a submission by P.C. Associates to the jurisdiction of the Bankruptcy Court.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

Dated: July 12, 2007
     Wilmington, DE               CROSS & SIMON, LLC

                                        By:   /s/ Kevin S. Mann
                                            Christopher P. Simon (No. 3697)
                                            Kevin S. Mann (No, 4576)
                                            913 North Market Street, 11th Floor
                                            Wilmington, Delaware 19899-1380
                                            (302) 777-4200
                                            (302) 777-4224 (Facsimile)

                                            *Counsel to P.C. Associates*