**CERTIFICATE OF SERVICE**

I, Kevin S. Mann, hereby certify that on this 12th day of July, 2007, I caused copies of the Notice of Appearance, Request for Service of Papers and Request for Matrix Entry to be served on the parties listed below by Hand Delivery or otherwise indicated.

Mark Kenney, Esquire
*U.S. Trustee*
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Gregg M. Galardi , Esquire
Mark L. Desgrosseillers, Esquire
Sarah E. Pierce, Esquire
Todd A. Atkinson, Esquire
Skadden, Arps, Slate, Meagher
& Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(Debtor's Counsel)

Bruce Groshgal, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)

  /s/ Kevin S. Mann
Kevin S. Mann (No. 4576)