IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416(KJC) |
| INC., a Delaware corporation, et al. | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: July 9, 2007 @ 4:00 p.m. |
| | | Hearing Date TBD |

## FIRST MONTHLY APPLICATION OF LAZARD FRERES & CO. LLC, FINANCIAL ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 2, 2007 THROUGH APRIL 30, 2007

| | |
|---|---|
| **To:** | **The Notice Parties Listed on Exhibit A hereto** |
| Name of Applicant: | **Lazard Frères & Co. LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **April 25, 2007 *nunc pro tunc* April 2, 2007** |
| Period for which compensation and/or reimbursement is sought: | **April 2, 2007 through April 30, 2007** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$200,000.00** |
| Amount of Expenses sought as actual, reasonable, and necessary | **$3,876.88**[1] |

This is a:  _X_ monthly  ___ interim  ___ final application

The total time expended for fee application preparation was approximately 5 hours.

---

[1] Prior to the Petition Date, the Debtors paid Lazard $100,000 for expenses incurred in connection with the Pre-petition Engagement Letter. Approximately $57,242 remains as a retainer for pre-petition expenses incurred but not yet processed (to the extent that actual amount of expenses totals less than $100,000, the excess will be applied on account of future expenses incurred in connection with this Chapter 11 case).

Summary of Monthly Fee and Expense Invoices for the Compensation Period:

| Date Filed | Period Covered | Requested | | Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| Current | 04/02/07-04/30/07 | 200,000.00 | 3,876.88 | 0.00 | 0.00 |

PLEASE TAKE NOTICE that Lazard Frères & Co. LLC ("Lazard") has today filed this Notice of Monthly Fee and Expense Invoice for the month of April 2007 (this "Monthly Fee Application") pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Compensation Procedures").

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before July 21, 2007, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 5th Floor, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the list of Notice Parties attached hereto as **Exhibit A** so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to the Monthly Fee Statement, whichever is applicable, after which the Debtors shall pay to Lazard an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of the expenses requested in this Monthly Fee Statement or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection. All fees and expenses in this Monthly Fee

Statement, the detail for which is attached hereto and incorporated herein by reference as **Exhibit B**, will be included in the next interim application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date.

Dated: June 18, 2007
New York, New York

LAZARD FRÈRES & CO. LLC

/s/ Ari Lefkovits
Ari Lefkovits
Director
Lazard Frères & Co. LLC
30 Rockefeller Plaza, 61st Floor
New York, NY 10020
(212/632-6000)
Financial Advisor to the Debtors and
Debtors-in-Possession