## EXHIBIT A - NOTICE PARTIES

**Debtors**

New Century Mortgage Corp.
18400 Karman Avenue
Suite 1000
Irvine, CA 92612
Attn:  Monika L. McCarthy, Esq.

**Counsel to the Debtors**

O'Melveny & Myers LLP
400 S. Hope Street
Los Angles, CA 90071
Attn:  Suzzanne Uhland, Esq.

Richards, Layton & Fingers, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attn: Mark D. Collins, Esq.

**Debtors' Crisis Managers**

AP Services, LLC
9 W 57th Street
Suite 3420
New York, NY  10019
Attn:  Holly Felder Etlin

**Office of the US Trustee**

Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801
Attn:  Joseph McMahon, Esq.

**Counsel to the Debtors' post-petition
senior secured lenders**

Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA  90017-5800
Attn:  Bennett L. Spiegel, Esq.

**Counsel to Official Committee of
Unsecured Creditors**

Blank & Rome LLP
1201 Market Street
Suite 800
Wilmington, DE  19801
Attn:  Bonnie Glantz Fatell

Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Attn: Mark S. Indelicato