# EXHIBIT B

# Details of Hours Expended

New Century Financial Corporation
Lazard Frères & Co. LLC
Summary of Services Rendered by Project

April 2, 2007 - April 30, 2007

| Project # | Project Description | April |
|---|---|---|
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 343.8 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 200.5 |
| 3 | Preparation and/or Review of Court Filings | 20.8 |
| 4 | Court Testimony/Deposition and Preparation | 89.0 |
| 5 | Valuation Analysis | 3.0 |
| 6 | Capital Structure Review and Analysis | 0.8 |
| 7 | Merger & Acquisition Activity | 544.8 |
| 8 | Financing Including DIP and Exit Financing | 10.5 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 184.5 |
| 10 | Fee Application, Engagement | 26.0 |
| 11 | Employee Retention Program | 0.0 |
| **TOTAL** | | **1,423.5** |

Summary of Services Rendered by Professional

| Name | April |
|---|---|
| David Kurtz, Managing Director | 57.0 |
| J. Blake O'Dowd, Managing Director | 124.8 |
| Ari Lefkovits, Director | 146.0 |
| Richard Puccio, Director | 6.0 |
| Suneel Mandava, Vice President | 125.0 |
| Pranav Popat, Vice President | 179.5 |
| Evan Geller, Associate | 258.0 |
| Sayles Braga, Financial Analyst | 184.3 |
| Brett Barna, Financial Analyst | 149.5 |
| Benjamin Skrodzki, Financial Analyst | 193.5 |
| **TOTAL** | **1,423.5** |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
David Kurtz - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| April | | | |
| 04/02/07 | Conference with Company regarding issues regarding sale transactions | 2.5 | 1 |
| 04/02/07 | Conference with Counsel to Morgan Stanley regarding | 0.5 | 1 |
| 04/03/07 | Review Carrington bid procedures | 0.5 | 2 |
| 04/03/07 | Conference with potential asset purchaser | 0.5 | 1 |
| 04/03/07 | Conference with Company regarding material for origination marketing effort | 1.0 | 1 |
| 04/04/07 | Regular Management conference call | 1.0 | 1 |
| 04/04/07 | Conference with Board member re board issues | 0.5 | 1 |
| 04/04/07 | Conference with Carrington regarding asset sale | 0.5 | 1 |
| 04/05/07 | Participate in Board Meeting | 2.0 | 1 |
| 04/05/07 | Participate in Management Executive Meeting | 1.0 | 1 |
| 04/05/07 | Conference with Board member regarding status | 0.5 | 1 |
| 04/05/07 | Conference call with Warehouse lender and follow-up | 1.0 | 1 |
| 04/05/07 | Conference with Carrington regarding sale issues | 0.5 | 1 |
| 04/05/07 | Conference with B Morrice regarding general pending matters | 0.5 | 1 |
| 04/06/07 | Daily conference call with Executive Management | 1.0 | 1 |
| 04/06/07 | Conference with Company regarding Warehouse negotiations | 0.5 | 1 |
| 04/06/07 | Conference with B Morrice regarding sale strategies | 1.0 | 1 |
| 04/06/07 | Conference with Carrington regarding asset sale issue | 0.5 | 1 |
| 04/09/07 | Conference with Board member | 0.5 | 1 |
| 04/09/07 | Daily conference call with Company | 0.5 | 1 |
| 04/10/07 | Participate in daily Management call | 0.5 | 1 |
| 04/10/07 | Conference with R Zona regarding Board issues | 0.5 | 1 |
| 04/10/07 | Conference with FTI egarding Carrington motion | 1.0 | 1 |
| 04/10/07 | Conference with Carrington regarding Carrington motion | 1.0 | 1 |
| 04/10/07 | Conference with Board member regarding board issues | 0.5 | 1 |
| 04/11/07 | Conference with B Rose re tomorrow's court hearing regarding Carrington motion | 0.5 | 1 |
| 04/11/07 | Prepare for tomorrow's court hearing | 1.5 | 4 |
| 04/11/07 | Participate in board meeting | 1.5 | 1 |
| 04/11/07 | Conference with Morgan Stanley regarding sale procedures for mortgage loans and residuals | 0.5 | 1 |
| 04/12/07 | Travel to Wilmington for court hearing | 2.0 | 2 |
| 04/12/07 | Prepare for and attend court hearing regarding Carrington motion | 1.5 | 4 |
| 04/12/07 | Attend court hearing regarding Carrington motion | 2.0 | 4 |
| 04/12/07 | Return to Chicago | 4.0 | 1 |
| 04/12/07 | Conference with Company regarding origination marketing materials | 0.5 | 1 |
| 04/13/07 | Conference with R Zona regarding Morgan Stanley settlement term sheet | 0.5 | 1 |
| 04/15/07 | Conference with S Uhland regarding next week's court matters | 0.5 | 1 |
| 04/17/07 | Travel to New York for Committee meeting | 4.0 | 1 |
| 04/17/07 | Conference with B Rose. T Kiriakos regarding Carrington motion | 0.5 | 1 |
| 04/17/07 | Conference with F Forster. H Etlin regarding Alix retention | 0.5 | 1 |
| 04/18/07 | Premeeting with Company regarding Creditors' Committee | 2.0 | 1 |
| 04/18/07 | Participate in Committee meeting | 3.0 | 1 |
| 04/18/07 | Conference with B Rose, T Kiriakos and S Uhland regarding Carrington motion | 1.0 | 1 |
| 04/19/07 | Travel to Wilmington | 2.0 | 1 |
| 04/19/07 | Attend court hearing regarding Carrington motion | 2.5 | 4 |
| 04/19/07 | Return to Chicago | 4.0 | 1 |
| 04/20/07 | Conference with Company regarding Board meeting next week | 0.5 | 1 |
| 04/20/07 | Conference with US Trustee, Creditors' Committee regarding Lazard retention | 1.5 | 1 |
| 04/20/07 | Conference with Carrington. Alix. Company regarding Carrington purchase issues | 0.5 | 1 |
| | APRIL TOTAL | 57.0 | |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Blake O'Dowd - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| **April** | | | |
| 4/2/2007 | Review & revise management presentation | 6.0 | 7 |
| 4/2/2007 | Calls with Company and attorneys re sale transactions | 2.5 | 1 |
| 4/2/2007 | Calls with prospective purchasers | 1.0 | 7 |
| 4/2/2007 | Calls with lenders | 1.5 | 1 |
| 4/2/2007 | BK Steering Committee Call | 1.5 | 1 |
| 4/3/2007 | Calls with prospective purchasers | 2.5 | 7 |
| 4/3/2007 | Reviewed draft information memo for origination platform | 5.0 | 7 |
| 4/3/2007 | Mtgs w/mgmt re origination platform | 3.0 | 2 |
| 4/4/2007 | Review Contact log | 0.5 | 7 |
| 4/4/2007 | Calls with warehouse lenders | 2.0 | 1 |
| 4/4/2007 | Mtgs w/mgmt and counsel | 3.0 | 1 |
| 4/5/2007 | Internal meeting | 1.0 | 2 |
| 4/5/2007 | Calls with buyers | 2.5 | 7 |
| 4/5/2007 | Prep for Board meeting | 1.0 | 2 |
| 4/5/2007 | Board meeting | 1.5 | 1 |
| 4/5/2007 | BK Steering Committee Call | 1.0 | 1 |
| 4/6/2007 | Calls with Company and attorneys | 2.5 | 1 |
| 4/6/2007 | Internal calls | 2.0 | 2 |
| 4/6/2007 | Review lender term sheet | 0.8 | 6 |
| 4/7/2007 | Internal call to discuss diligence process | 1.5 | 7 |
| 4/9/2007 | Review process letter | 0.8 | 7 |
| 4/9/2007 | Calls with buyers | 2.5 | 7 |
| 4/9/2007 | BK Steering Committee Call | 0.8 | 1 |
| 4/10/2007 | Call with FTI | 1.0 | 1 |
| 4/10/2007 | Review Board presentation | 1.5 | 2 |
| 4/10/2007 | Calls with buyers | 3.0 | 7 |
| 4/10/2007 | Mtg w/Alix Partners to discuss diligence | 1.5 | 1 |
| 4/10/2007 | Prep for Board meeting | 1.0 | 2 |
| 4/10/2007 | Calls w/mgmt re various issues | 1.5 | 2 |
| 4/11/2007 | Board meeting | 2.0 | 1 |
| 4/11/2007 | Reviewed draft information memo for origination platform | 1.5 | 7 |
| 4/11/2007 | Calls with buyers | 2.0 | 7 |
| 4/12/2007 | Calls with buyers | 1.0 | 7 |
| 4/12/2007 | Call with Co re origination marketing materials | 0.5 | 7 |
| 4/13/2007 | Calls with company and advisors | 1.0 | 1 |
| 4/13/2007 | Calls with buyers | 2.0 | 7 |
| 4/13/2007 | BK Steering Committee Call | 1.5 | 1 |
| 4/15/2007 | Call w/OMM re legal matters | 0.5 | 1 |
| 4/15/2007 | Conf w/Co re Origination mgmt presentation | 1.3 | 7 |
| 4/16/2007 | Board meeting | 1.0 | 1 |
| 4/16/2007 | Review and revise Committee presentation | 1.5 | 2 |
| 4/16/2007 | Call with FTI | 0.5 | 1 |
| 4/16/2007 | Calls with company and advisors | 1.5 | 1 |
| 4/16/2007 | Calls with buyers | 2.0 | 7 |
| 4/17/2007 | Call with ICP re UCC mtg | 0.5 | 1 |
| 4/17/2007 | Calls with buyers | 2.5 | 7 |
| 4/17/2007 | Prepare for UCC meeting | 3.0 | 2 |
| 4/18/2007 | UCC meeting | 3.0 | 1 |
| 4/19/2007 | Calls with company and advisors | 1.3 | 1 |
| 4/19/2007 | Calls with buyers | 2.5 | 7 |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Blake O'Dowd - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 4/19/2007 | Revised mgmt presentation | 1.3 | 7 |
| 4/19/2007 | Attend bid procedures hearing | 2.0 | 4 |
| 4/19/2007 | BK Steering Committee Call | 1.5 | 1 |
| 4/20/2007 | Review presentation | 2.0 | 7 |
| 4/20/2007 | Internal call re Laz retention | 1.0 | 10 |
| 4/20/2007 | Call w/UST re Laz retention | 1.5 | 10 |
| 4/20/2007 | Internal call re mgmt presentation | 0.5 | 7 |
| 4/23/2007 | Calls with company and advisors | 1.0 | 1 |
| 4/23/2007 | Calls w/Co re origination platform sale | 1.5 | 2 |
| 4/23/2007 | Call with DIP lenders | 0.5 | 8 |
| 4/23/2007 | Calls with buyers | 1.0 | 7 |
| 4/23/2007 | Internal calls | 1.5 | 2 |
| 4/23/2007 | Calls with UCC advisors | 1.0 | 1 |
| 4/24/2007 | Internal calls | 2.0 | 2 |
| 4/24/2007 | Board meeting | 1.0 | 1 |
| 4/24/2007 | Calls with company and advisors | 1.5 | 1 |
| 4/24/2007 | Calls with buyers | 1.5 | 7 |
| 4/25/2007 | Calls with company and advisors | 4.0 | 1 |
| 4/25/2007 | Calls with buyers | 2.0 | 7 |
| 4/25/2007 | BK Steering Committee Call | 1.0 | 1 |
| 4/26/2007 | Internal calls | 1.0 | 2 |
| 4/27/2007 | Reviewed Greenwich bidding procedures | 1.5 | 3 |
| 4/27/2007 | Calls with Company | 0.3 | 2 |
| 4/27/2007 | Call with Company re mgmt presentation | 0.5 | 7 |
| 4/28/2007 | Calls with warehouse lenders | 1.0 | 1 |
| 4/29/2007 | Calls with buyers | 1.0 | 7 |
| 4/30/2007 | Calls with company and advisors | 2.0 | 1 |

**APRIL TOTAL**      124.8

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Ari Lefkovits - Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| **April** | | | |
| 4/2/2007 | Negotiate Carrington APA | 7.0 | 7 |
| 4/2/2007 | Calls with Company and attorneys | 2.5 | 1 |
| 4/2/2007 | Calls with prospective purchasers | 1.0 | 7 |
| 4/2/2007 | Calls with lenders | 1.5 | 1 |
| 4/2/2007 | Internal call | 0.5 | 2 |
| 4/3/2007 | Calls with prospective purchasers | 1.5 | 7 |
| 4/3/2007 | Review of Carrington bid procedures | 2.0 | 3 |
| 4/3/2007 | Review financial analyses and internal materials | 1.5 | 2 |
| 4/4/2007 | Review of buyer list | 0.5 | 7 |
| 4/4/2007 | Calls with warehouse lenders | 2.0 | 1 |
| 4/4/2007 | Review financial analyses and internal materials | 1.0 | 2 |
| 4/5/2007 | Internal meeting | 1.0 | 2 |
| 4/5/2007 | Calls with warehouse lenders | 1.0 | 1 |
| 4/5/2007 | Calls with buyers | 2.5 | 7 |
| 4/5/2007 | Board meeting | 1.5 | 1 |
| 4/5/2007 | Review retention documents | 1.0 | 10 |
| 4/6/2007 | Calls with Company and attorneys | 2.5 | 1 |
| 4/6/2007 | Internal calls | 2.0 | 2 |
| 4/6/2007 | Prepare lender term sheet | 1.5 | 2 |
| 4/7/2007 | Review process letter | 1.0 | 7 |
| 4/9/2007 | Calls with buyers | 3.0 | 7 |
| 4/9/2007 | Travel to California | 6.0 | 2 |
| 4/10/2007 | Call with FTI | 1.0 | 1 |
| 4/10/2007 | Meeting with buyer | 6.0 | 7 |
| 4/10/2007 | Review Board presentation | 1.0 | 2 |
| 4/10/2007 | Calls with buyers | 2.0 | 7 |
| 4/10/2007 | Return travel to New York | 6.0 | 2 |
| 4/11/2007 | Board meeting | 2.0 | 1 |
| 4/11/2007 | Prepare for bid procedures hearing | 4.0 | 4 |
| 4/11/2007 | Calls with warehouse lenders | 0.5 | 1 |
| 4/11/2007 | Calls with buyers | 2.0 | 7 |
| 4/12/2007 | Travel to Wilmington | 1.5 | 4 |
| 4/12/2007 | Prepare for court hearing | 1.0 | 4 |
| 4/12/2007 | Attend court hearing | 4.0 | 4 |
| 4/12/2007 | Return travel to New York | 1.5 | 4 |
| 4/12/2007 | Calls with buyers | 1.0 | 7 |
| 4/13/2007 | Calls with warehouse lenders | 0.5 | 1 |
| 4/13/2007 | Calls with company and advisors | 1.0 | 1 |
| 4/13/2007 | Calls with buyers | 2.0 | 7 |
| 4/16/2007 | Board meeting | 1.0 | 1 |
| 4/16/2007 | Calls with warehouse lenders | 1.0 | 1 |
| 4/16/2007 | Call with FTI | 0.5 | 1 |
| 4/16/2007 | Calls with company and advisors | 1.5 | 1 |
| 4/16/2007 | Calls with buyers | 2.0 | 7 |
| 4/17/2007 | Calls with company and advisors | 1.3 | 1 |
| 4/17/2007 | Calls with buyers | 2.5 | 7 |
| 4/17/2007 | Prepare for UCC meeting | 3.0 | 2 |
| 4/18/2007 | Prepare for UCC meeting | 1.0 | 2 |
| 4/18/2007 | UCC meeting | 3.0 | 1 |
| 4/18/2007 | Travel to Delaware | 1.5 | 4 |
| 4/18/2007 | Prepare for hearing | 3.0 | 4 |

**New Century Financial Corporation**
Time Detail
Lazard Frères & Co. LLC
Ari Lefkovits - Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 4/19/2007 | Calls with company and advisors | 1.3 | 1 |
| 4/19/2007 | Calls with buyers | 2.5 | 7 |
| 4/19/2007 | Prepare for hearing | 2.0 | 4 |
| 4/19/2007 | Attend bid procedures hearing | 2.0 | 4 |
| 4/19/2007 | Return travel to New York | 1.5 | 4 |
| 4/20/2007 | Review presentation | 2.0 | 2 |
| 4/20/2007 | Call with UST | 1.0 | 1 |
| 4/21/2007 | Review presentation | 0.5 | 2 |
| 4/23/2007 | Calls with company and advisors | 1.0 | 1 |
| 4/23/2007 | Calls with warehouse lenders | 1.0 | 1 |
| 4/23/2007 | Call with DIP lenders | 0.5 | 8 |
| 4/23/2007 | Calls with buyers | 1.0 | 7 |
| 4/23/2007 | Internal calls | 1.5 | 2 |
| 4/23/2007 | Calls with UCC advisors | 1.0 | 1 |
| 4/24/2007 | Internal calls | 2.0 | 2 |
| 4/24/2007 | Travel to Wilmington | 1.5 | 3 |
| 4/24/2007 | Attend court hearing | 2.0 | 3 |
| 4/24/2007 | Return travel to New York | 1.5 | 3 |
| 4/24/2007 | Board meeting | 1.0 | 1 |
| 4/24/2007 | Calls with company and advisors | 1.5 | 1 |
| 4/24/2007 | Calls with buyers | 1.5 | 7 |
| 4/25/2007 | Calls with company and advisors | 4.0 | 1 |
| 4/25/2007 | Calls with buyers | 2.0 | 7 |
| 4/25/2007 | Calls with warehouse lenders | 1.5 | 1 |
| 4/25/2007 | Call with DIP lenders | 0.5 | 8 |
| 4/26/2007 | Internal calls | 1.0 | 2 |
| 4/27/2007 | Calls with warehouse lenders | 0.5 | 1 |
| 4/27/2007 | Calls with FTI | 0.3 | 1 |
| 4/27/2007 | Calls with Company | 0.3 | 2 |
| 4/28/2007 | Calls with warehouse lenders | 1.0 | 1 |
| 4/29/2007 | Calls with buyers | 1.0 | 7 |
| 4/30/2007 | Calls with company and advisors | 2.0 | 1 |

**APRIL TOTAL**     146.0

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Richard Puccio - Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| **April** | | | |
| 04/02/03 | Travel time LA to NYC | 6.0 | 2 |
| | **APRIL TOTAL** | 6.0 | |

New Century Financial Corporation
Time Detail
Lazard Frères & Co LLC
Suneel Manadava - Vice President

| Date: | Description of Work | Hours: | Code |
|---|---|---|---|
| April | | | |
| 04/02/07 | Travel to Wilmington | 5.0 | 4 |
| 04/02/07 | Prepartion for court testimony | 1.5 | 4 |
| 04/03/07 | Prepartion for court testimony | 6.0 | 4 |
| 04/03/07 | First day hearings | 4.0 | 4 |
| 04/03/07 | First day hearings | 4.0 | 4 |
| 04/03/07 | Travel to Chicago | 5.0 | 4 |
| 04/04/07 | Call with mgmt re sale process | 0.5 | 7 |
| 04/04/07 | Coordination of diligence materials | 1.0 | 2 |
| 04/04/07 | Update call with mgmt re Greenwich APA | 0.5 | 2 |
| 04/04/07 | Call from interested party | 0.5 | 7 |
| 04/05/07 | Review contact log | 0.5 | 7 |
| 04/05/07 | Call with potential bidders | 0.5 | 7 |
| 04/06/07 | Call with potential bidders | 1.0 | 7 |
| 04/06/07 | Internal organization call re sale process | 2.0 | 2 |
| 04/06/07 | Call with Alix Partners | 0.5 | 1 |
| 04/07/07 | Review of noticing requirement | 0.5 | 2 |
| 04/07/07 | Call with Alix Partners re data room setup | 0.5 | 1 |
| 04/07/07 | Call with potential bidder | 0.5 | 7 |
| 04/07/07 | Review of contact log | 0.5 | 7 |
| 04/07/07 | Prepartion for court testimony | 1.5 | 4 |
| 04/08/07 | Prepartion for court testimony | 2.0 | 4 |
| 04/09/07 | Prepartion for court testimony | 2.0 | 4 |
| 04/09/07 | Calls with potential bidders | 1.0 | 7 |
| 04/09/07 | Travel to Wilmington | 2.0 | 4 |
| 04/09/07 | Calls with UCC | 0.5 | 4 |
| 04/09/07 | Prep with OMM for UCC and trustee objections | 2.5 | 4 |
| 04/10/07 | Calls with potential bidders | 0.5 | 7 |
| 04/10/07 | Review of board materials | 1.0 | 2 |
| 04/10/07 | Prepartion for court testimony | 2.5 | 4 |
| 04/10/07 | Meetings with UCC fin advisor | 3.5 | 1 |
| 04/10/07 | Travel to Chicago | 5.0 | 2 |
| 04/11/07 | Call with UCC advisor | 1.0 | 1 |
| 04/11/07 | Review of mgmt presentation | 1.5 | 2 |
| 04/11/07 | Follow up with potential bidders | 0.5 | 7 |
| 04/11/07 | Prepartion for court testimony | 3.0 | 4 |
| 04/11/07 | Update call with mgmt re Greenwich APA | 0.5 | 2 |
| 04/11/07 | Evaluation of Greenwich proposal | 1.5 | 7 |
| 04/11/07 | Travel to Wilmington | 5.0 | 2 |
| 04/12/07 | Negotiation of Greenwich proposal | 1.0 | 7 |
| 04/12/07 | Preparation of testimony | 3.0 | 4 |
| 04/12/07 | Court hearing | 1.0 | 4 |
| 04/12/07 | Travel to Chicago | 5.0 | 4 |
| 04/13/07 | Review of DIP schedules | 1.5 | 8 |
| 04/13/07 | Review of DIP schedules | 1.5 | 8 |
| 04/13/07 | Call with potential bidder of servicing business | 0.5 | 7 |
| 04/16/07 | Update call with FTI | 0.5 | 1 |
| 04/16/07 | Outbound calls to potential biddesr | 1.0 | 7 |
| 04/16/07 | Internal status update call | 0.5 | 2 |
| 04/16/07 | Update call with FTI | 1.0 | 1 |
| 04/18/07 | Call with UCC | 3.0 | 1 |
| 04/20/07 | Call with FTI re engagment and fees | 1.0 | 1 |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Suneel Manadava - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 04/20/07 | Call with FTI re DIP | 2.0 | 8 |
| 04/21/07 | Call with FTI re DIP | 0.5 | 8 |
| 04/21/07 | Call with FTI re auction progress | 0.5 | 7 |
| 04/21/07 | Review of board materials | 0.5 | 2 |
| 04/21/07 | Email to group re auction of origination business | 0.5 | 7 |
| 04/22/07 | Review of board book | 1.0 | 2 |
| 04/23/07 | Outbound calls to potential bidders | 0.5 | 7 |
| 04/23/07 | Calls with company and advisors re DIP | 2.0 | 8 |
| 04/24/07 | Review and respond to emails | 1.0 | 1 |
| 04/24/07 | Call with Lazard people to discuss due diligence questions | 1.0 | 7 |
| 04/24/07 | Call with Greenwich re DIP | 0.5 | 8 |
| 04/25/07 | Call with Greenwich re DIP | 1.0 | 8 |
| 04/25/07 | Review and update of contact log | 1.0 | 7 |
| 04/25/07 | Respond to emails regarding LNFA / residuals due diligence | 0.5 | 7 |
| 04/26/07 | Outbound calls to potential bidders and update call log | 3.5 | 7 |
| 04/27/07 | Outbound calls to potential bidders, update call log and answer diligence questions | 8.0 | 7 |
| 04/30/07 | Out bound calls to bidders re bids and auction and review of bids | 9.0 | 7 |
| | **APRIL TOTAL** | **125.0** | |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Pranav Popat - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| April | | | |
| 3.30.07 | Met with management to discuss business plan | 2.0 | 1 |
| 3.30.07 | Prepared confidential information memorandum for origination platform | 7.0 | 2 |
| 3.30.07 | Prepared confidential information memorandum for origination platform | 7.0 | 9 |
| 3.31.07 | Prepared confidential information memorandum for origination platform | 7.0 | 2 |
| 3.31.07 | Prepared confidential information memorandum for origination platform | 7.0 | 9 |
| 4.1.07 | Prepared confidential information memorandum for origination platform | 6.5 | 2 |
| 4.1.07 | Prepared confidential information memorandum for origination platform | 7.0 | 9 |
| 4.2.07 | Met with management to discuss business plan | 7.0 | 1 |
| 4.2.07 | Prepared confidential information memorandum for origination platform | 5.0 | 2 |
| 4.2.07 | Prepared confidential information memorandum for origination platform | 5.0 | 9 |
| 4.3.07 | Met with management to discuss business plan | 5.0 | 1 |
| 4.3.07 | Prepared confidential information memorandum for origination platform | 5.0 | 2 |
| 4.3.07 | Prepared confidential information memorandum for origination platform | 5.0 | 9 |
| 4.4.07 | Met with management to discuss business plan | 5.0 | 1 |
| 4.4.07 | Prepared confidential information memorandum for origination platform | 5.0 | 2 |
| 4.4.07 | Prepared confidential information memorandum for origination platform | 5.0 | 9 |
| 4.5.07 | Met with management to discuss business plan | 4.5 | 1 |
| 4.5.07 | Prepared confidential information memorandum for origination platform | 5.0 | 2 |
| 4.5.07 | Prepared confidential information memorandum for origination platform | 5.0 | 9 |
| 4.6.07 | Prepared confidential information memorandum for origination platform | 3.0 | 9 |
| 4.8.07 | Prepared confidential information memorandum for origination platform | 3.0 | 9 |
| 4.10.07 | Met with management to discuss business plan | 4.0 | 1 |
| 4.10.07 | Prepared confidential information memorandum for origination platform | 5.0 | 2 |
| 4.10.07 | Prepared confidential information memorandum for origination platform | 5.0 | 9 |
| 4.11.07 | Prepared confidential information memorandum for origination platform | 1.5 | 9 |
| 4.12.07 | Met with management to discuss business plan | 2.0 | 1 |
| 4.12.07 | Prepared confidential information memorandum for origination platform | 4.0 | 2 |
| 4.12.07 | Prepared confidential information memorandum for origination platform | 4.0 | 9 |
| 4.13.07 | Prepared confidential information memorandum for origination platform | 4.0 | 2 |
| 4.13.07 | Prepared confidential information memorandum for origination platform | 5.0 | 9 |
| 4.18.07 | Prepared confidential information memorandum for origination platform | 2.0 | 9 |
| 4.19.07 | Met with management to discuss business plan | 2.0 | 1 |
| 4.19.07 | Prepared confidential information memorandum for origination platform | 6.0 | 2 |
| 4.19.07 | Prepared confidential information memorandum for origination platform | 6.0 | 9 |
| 4.20.07 | Moderated management presentation | 8.0 | 1 |
| 4.23.07 | Prepared for management presentation | 3.0 | 9 |
| 4.26.07 | Prepared for management presentation | 1.0 | 9 |
| 4.27.07 | Moderated management presentation | 6.0 | 1 |
| | **APRIL TOTAL** | **179.5** | |

**New Century Financial Corporation**
Time Detail
Lazard Frères & Co. LLC
Evan Geller - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| **April** | | | |
| 04/02/07 | Prepared presentation materials for potential investors; meetings with management | 8.0 | 7 |
| 04/02/07 | Collected and distributed due diligence materials | 2.5 | 9 |
| 04/03/07 | Reviewed retention documents | 2.0 | 10 |
| 04/03/07 | Prepared presentation materials for potential investors; meetings/calls with management | 5.0 | 7 |
| 04/03/07 | Review servicing analysis | 1.5 | 5 |
| 04/03/07 | Review creditors committee presentation | 1.0 | 2 |
| 04/04/07 | Review retention documents | 2.0 | 10 |
| 04/04/07 | Coordinated due diligence requests | 4.0 | 7 |
| 04/04/07 | Prepared presentation materials for potential investors; meetings/calls with management | 5.0 | 7 |
| 04/04/07 | Prepare case calendar | 1.0 | 3 |
| 04/04/07 | Prepare process letters | 2.5 | 7 |
| 04/04/07 | Calls with interested parties | 2.0 | 1 |
| 04/05/07 | Review retention documents | 0.5 | 10 |
| 04/05/07 | Prepared management for due diligence | 3.0 | 7 |
| 04/05/07 | Calls with interested parties | 1.0 | 1 |
| 04/05/07 | Prepared presentation materials for potential investors; meetings/calls with management | 8.0 | 7 |
| 04/06/07 | Prepare contact lists/send out diligence | 4.0 | 7 |
| 04/06/07 | Prepared presentation materials for potential investors; meetings/calls with management | 5.0 | 7 |
| 04/06/07 | Calls with interested parties | 3.0 | 1 |
| 04/06/07 | Reviewed online data room | 2.0 | 7 |
| 04/07/07 | Prepare management presentation | 0.5 | 7 |
| 04/07/07 | Call with Co. to discuss diligence process | 1.5 | 1 |
| 04/07/07 | Calls with interested parties | 4.0 | 1 |
| 04/07/07 | Prepared presentation materials for potential investors; meetings/calls with management | 4.0 | 7 |
| 04/07/07 | Review presentation materials/call w mgt | 4.5 | 7 |
| 04/08/07 | Prepare presentation materials | 6.0 | 7 |
| 04/09/07 | Calls with interested parties | 5.0 | 1 |
| 04/09/07 | Respond to diligence requests | 2.5 | 7 |
| 04/09/07 | Meetings/calls with mgt and AP | 4.0 | 1 |
| 04/10/07 | Review contact lists and status update | 1.0 | 7 |
| 04/10/07 | Calls with interested parties | 3.5 | 1 |
| 04/10/07 | Review board presentation | 6.0 | 2 |
| 04/10/07 | Prepare consumer direct presentation | 2.0 | 7 |
| 04/11/07 | Prepare consumer direct presentation | 1.5 | 7 |
| 04/11/07 | Calls with interested parties | 2.5 | 1 |
| 04/11/07 | Responded to due diligence requests | 3.0 | 9 |
| 04/11/07 | Prepare Carrinton information | 1.5 | 3 |
| 04/11/07 | Review Kurtz declaration | 2.0 | 3 |
| 04/11/07 | Call with management to discuss model | 1.0 | 2 |
| 04/12/07 | Responded to due diligence requests | 1.5 | 7 |
| 04/12/07 | Prepare contact lists/send out diligence | 3.0 | 7 |
| 04/12/07 | Calls with interested parties | 3.5 | 1 |
| 04/12/07 | Review company model | 2.5 | 2 |
| 04/13/07 | Prepare contact lists/send out diligence | 4.5 | 7 |
| 04/13/07 | Calls with interested parties | 6.0 | 1 |
| 04/13/07 | Review CIM | 4.0 | 7 |

New Century Financial Corporation
Time Detail
Lazard Frères & Co LLC
Evan Geller - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 04/14/07 | Reviewed contact list | 2.0 | 7 |
| 04/15/07 | Review presentation mat'ls/call w co | 5.0 | 7 |
| 04/16/07 | Update contact list | 0.5 | 7 |
| 04/16/07 | Review UCC presentation | 2.0 | 1 |
| 04/16/07 | Review management presentation | 3.0 | 7 |
| 04/16/07 | Call with management to discuss model | 2.0 | 2 |
| 04/16/07 | Calls with interested parties | 5.0 | 1 |
| 04/17/07 | Review UCC presentation | 7.5 | 2 |
| 04/17/07 | Review status update | 0.5 | 7 |
| 04/17/07 | Review and update presentation materials | 1.0 | 7 |
| 04/18/07 | Review UCC presentation | 2.0 | 2 |
| 04/18/07 | UCC call | 3.5 | 1 |
| 04/18/07 | Calls with interested parties | 3.0 | 1 |
| 04/18/07 | Respond to requests from interested parties | 3.0 | 1 |
| 04/19/07 | Met with mgt to discuss presentation materials | 1.0 | 1 |
| 04/19/07 | Reviewed management presentation materials | 3.0 | 7 |
| 04/19/07 | Calls with interested parties | 2.5 | 1 |
| 04/19/07 | Calls with mgt to prepare for diligence process | 1.0 | 1 |
| 04/19/07 | Prepare contact lists/send out diligence | 1.5 | 7 |
| 04/20/07 | Calls with interested parties | 4.0 | 1 |
| 04/20/07 | Respond to requests from interested parties | 2.0 | 1 |
| 04/22/07 | Review contact log | 0.5 | 7 |
| 04/23/07 | Update contact log | 7.0 | 7 |
| 04/23/07 | Review BOD book | 2.5 | 2 |
| 04/23/07 | Calls with warehouse lenders | 1.0 | 1 |
| 04/24/07 | Calls with interested parties | 5.0 | 1 |
| 04/24/07 | Review BOD book | 1.5 | 2 |
| 04/24/07 | BOD call | 2.0 | 1 |
| 04/24/07 | Meet with mgt to discuss materials | 1.5 | 1 |
| 04/24/07 | Internal calls | 1.5 | 1 |
| 04/25/07 | Update contact log | 0.5 | 7 |
| 04/25/07 | Respond to diligence requests | 1.5 | 7 |
| 04/25/07 | Calls with interested parties | 4.0 | 1 |
| 04/25/07 | Internal calls | 1.5 | 1 |
| 04/25/07 | Calls with warehouse lenders | 1.5 | 1 |
| 04/25/07 | Call with mgt to discuss presentation | 1.0 | 1 |
| 04/26/07 | Calls with mgt and AP | 2.0 | 7 |
| 04/26/07 | Investor presentation call | 4.0 | 1 |
| 04/26/07 | Calls with interested parties | 1.5 | 1 |
| 04/26/07 | Internal calls | 1.5 | 1 |
| 04/27/07 | Review contact log | 0.5 | 7 |
| 04/27/07 | Respond to diligence requests | 1.5 | 7 |
| 04/27/07 | Calls with interested parties | 4.0 | 1 |
| 04/28/07 | Review management presentation | 2.5 | 7 |
| 04/30/07 | Review contact log | 0.5 | 7 |
| 04/30/07 | Calls with interested parties | 2.0 | 1 |
| 04/30/07 | Calls with mgt and AP | 2.0 | 7 |
| 04/30/07 | Review bid analysis | 4.5 | 7 |

**APRIL TOTAL**     258.0

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Sayles Braga - Financial Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| April | | | |
| 04/02/07 | Prepare retention documents | 4.0 | 10 |
| 04/02/07 | Prepare contact lists/send out diligence | 2.5 | 7 |
| 04/03/07 | Prepare retention documents | 4.5 | 10 |
| 04/03/07 | Prepare contact lists/send out diligence | 3.0 | 7 |
| 04/03/07 | Prepare servicing analysis | 1.5 | 5 |
| 04/03/07 | Prepare creditors committee presentation | 2.5 | 2 |
| 04/03/07 | Prepare case calendar | 1.5 | 3 |
| 04/04/07 | Prepare retention documents | 5.5 | 10 |
| 04/04/07 | Prepare contact lists/send out diligence | 4.0 | 7 |
| 04/04/07 | Prepare case calendar | 1.0 | 3 |
| 04/04/07 | Prepare process letter | 0.5 | 7 |
| 04/05/07 | Prepare retention documents | 4.0 | 10 |
| 04/05/07 | Prepare process letter | 3.0 | 7 |
| 04/06/07 | Prepare contact lists/send out diligence | 4.0 | 7 |
| 04/07/07 | Prepare management presentation | 0.5 | 7 |
| 04/09/07 | Prepare contact lists and status update | 7.0 | 7 |
| 04/09/07 | Prepare break-up fee summary | 0.5 | 7 |
| 04/10/07 | Prepare contact lists and status update | 4.0 | 7 |
| 04/10/07 | Prepare board presentation | 6.0 | 2 |
| 04/10/07 | Prepare consumer direct presentation | 2.0 | 7 |
| 04/11/07 | Prepare consumer direct presentation | 1.5 | 7 |
| 04/11/07 | Prepare contact lists/send out diligence | 2.5 | 7 |
| 04/11/07 | Prepare Carrinton information | 1.5 | 3 |
| 04/11/07 | Prepare Kurtz declaration | 2 | 3 |
| 04/11/07 | Prepare objection summary | 1.8 | 3 |
| 04/12/07 | Diligence work | 1.5 | 7 |
| 04/12/07 | Prepare contact lists/send out diligence | 3.0 | 7 |
| 04/13/07 | Prepare contact lists/send out diligence | 4.5 | 7 |
| 04/13/07 | Review CIM | 2.0 | 7 |
| 04/14/07 | Prepare contact lists/send out diligence | 1.5 | 7 |
| 04/16/07 | Prepare contact lists | 4.0 | 7 |
| 04/16/07 | Prepare UCC presentation | 7.0 | 2 |
| 04/16/07 | Review management presentation | 2.0 | 7 |
| 04/17/07 | Prepare UCC presentation | 7.5 | 2 |
| 04/17/07 | Prepare contact lists/send out diligence | 4.0 | 7 |
| 04/18/07 | Prepare UCC presentation | 2.0 | 2 |
| 04/18/07 | UCC call | 3.5 | 1 |
| 04/19/07 | Travel to/from court hearing | 4.0 | 4 |
| 04/19/07 | Attend court hearing | 3.0 | 4 |
| 04/19/07 | Prepare contact lists/send out diligence | 1.5 | 7 |
| 04/22/07 | Update contact log | 2.0 | 7 |
| 04/23/07 | Update contact log | 7.0 | 7 |
| 04/23/07 | Prepare BOD book | 6.0 | 2 |
| 04/24/07 | Update contact log | 4.0 | 7 |
| 04/24/07 | Prepare BOD book | 3.0 | 2 |
| 04/24/07 | BOD call | 2.0 | 1 |
| 04/25/07 | Update contact log | 4.0 | 7 |
| 04/25/07 | Diligence work | 3.5 | 7 |
| 04/26/07 | Diligence work | 6.0 | 7 |
| 04/26/07 | Investor presentation call | 4.0 | 7 |
| 04/26/07 | Update contact log | 3.0 | 7 |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Sayles Braga - Financial Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 04/27/07 | Update contact log | 2.0 | 7 |
| 04/27/07 | Diligence work | 4.0 | 7 |
| 04/30/07 | Update contact log | 2.0 | 7 |
| 04/30/07 | Prepare bid analysis | 10.0 | 7 |
|  | **APRIL TOTAL** | **184.3** |  |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Brett Barna - Financial Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| **April** | | | |
| 04/01/03 | Prepared presentation materials for potential investors | 8.0 | 7 |
| 04/02/03 | Prepared presentation materials for potential investors | 8.0 | 7 |
| 04/03/03 | Coordinated w/ Company on materials for presentation to investors | 4.0 | 1 |
| 04/03/03 | Prepared presentation materials for potential investors | 4.0 | 7 |
| 04/04/03 | Coordinated with managmenet team regarding contents of presentation to investors | 3.0 | 1 |
| 04/04/03 | Prepared presentation materials for potential investors | 6.0 | 7 |
| 04/05/03 | Coordinated with managmenet team regarding contents of presentation to investors | 1.0 | 1 |
| 04/05/03 | Prepared presentation materials for potential investors | 6.0 | 7 |
| 04/06/03 | Prepared presentation materials for potential investors | 6.0 | 7 |
| 04/06/03 | Conference call to discuss presentation | 1.0 | 1 |
| 04/08/03 | Prepared presentation materials for potential investors | 2.0 | 7 |
| 04/09/03 | Prepared presentation materials for potential investors | 8.0 | 7 |
| 04/10/03 | Coordinated with managmenet team regarding contents of presentation to investors | 0.0 | 1 |
| 04/10/03 | Prepared presentation materials for potential investors | 5.0 | 7 |
| 04/11/03 | Prepared presentation materials for potential investors | 9.0 | 7 |
| 04/11/03 | Coordinated with managmenet team regarding contents of presentation to investors | 2.0 | 1 |
| 04/12/03 | Prepared presentation materials for potential investors | 8.0 | 7 |
| 04/13/03 | Prepared presentation materials for potential investors | 9.0 | 7 |
| 04/13/03 | Sent confiedential offering memorandum to interested parties | 1.0 | 1 |
| 04/16/03 | Coordinated servicing visit for 4/17 | 1.0 | 1 |
| 04/17/03 | Prepared materials for UCC | 3.0 | 7 |
| 04/19/03 | Coordinated diligence requests | 1.0 | 1 |
| 04/20/03 | Prepared materials for BOD | 7.0 | 7 |
| 04/21/03 | Prepared materials for BOD | 7.0 | 7 |
| 04/22/03 | Prepared materials for BOD | 5.0 | 7 |
| 04/23/03 | Prepared materials for BOD | 3.0 | 7 |
| 04/24/03 | Prepared materials for BOD | 4.0 | 7 |
| 04/24/03 | BOD call | 2.0 | 1 |
| 04/26/03 | Prepared materials for UCC | 8.0 | 7 |
| 04/27/03 | Prepared materials for UCC | 2.5 | 7 |
| 04/27/03 | UCC Call | 2.0 | 1 |
| 04/28/03 | Reviewed materials for call with UBS | 2.0 | 9 |
| 04/29/03 | travel to Irvine from NYC | 7.0 | 1 |
| 04/30/03 | Reviewed materials for call with UBS | 3.0 | 9 |
| 04/30/03 | Call with UBS | 1.0 | 1 |
| | **APRIL TOTAL** | **149.5** | |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Benjamin Skrodzki - Financial Analyst

| Date: | Description of Work: | Hours: |
|---|---|---|
| April | | |
| 04/02/07 | Prepared presentation materials for potential investors | 7.0 |
| 04/02/07 | Collected and distributed due diligence materials | 2.0 |
| 04/03/07 | Prepared presentation materials for potential investors | 4.0 |
| 04/03/07 | Updated contact log | 1.5 |
| 04/03/07 | Collected and distributed due diligence materials | 4.0 |
| 04/04/07 | Updated contact log & working group list | 1.0 |
| 04/04/07 | Coordinated due diligence requests | 3.0 |
| 04/04/07 | Prepared presentation materials for potential investors | 4.5 |
| 04/05/07 | Met with management to discuss presentation materials | 1.0 |
| 04/05/07 | Prepared presentation materials for potential investors | 7.0 |
| 04/05/07 | Discussed due diligence plans with management team | 0.5 |
| 04/06/07 | Organized and added material to online data room | 3.0 |
| 04/06/07 | Prepared presentation materials for potential investors | 6.0 |
| 04/07/07 | Internal call to discuss diligence process | 1.5 |
| 04/07/07 | Organized data room | 2.0 |
| 04/07/07 | Revised management presentation materials | 2.0 |
| 04/09/07 | Coordinated due diligence requests & collected materials | 7.0 |
| 04/09/07 | Organized data room | 2.0 |
| 04/10/07 | Coordinated due diligence requests & collected materials | 5.0 |
| 04/10/07 | Composed materials for board presentation | 2.0 |
| 04/10/07 | Spoke & met with AlixPartners team to discuss diligence | 1.5 |
| 04/11/07 | Revised and distributed presentation materials for board | 4.0 |
| 04/11/07 | Responded to due diligence requests | 3.0 |
| 04/11/07 | Collected materials for data room | 2.0 |
| 04/12/07 | Revised management presentation materials | 5.5 |
| 04/12/07 | Conference call with management to discuss model | 1.0 |
| 04/12/07 | Coordinated due diligence process & collected files | 3.0 |
| 04/13/07 | Collected and posted diligence materials to data room | 3.5 |
| 04/13/07 | Responded to due diligence requests | 4.0 |
| 04/14/07 | Reviewed and posted diligence materials to data room | 2.0 |
| 04/14/07 | Distributed due diligence materials to interested parties | 2.5 |
| 04/16/07 | Met with management to discuss presentation materials | 1.0 |
| 04/16/07 | Revised management presentation materials | 3.5 |
| 04/16/07 | Received and responded to due diligence requests | 4.5 |
| 04/17/07 | Coordinated due diligence process & collected files | 7.0 |
| 04/17/07 | Revised management presentation materials | 1.0 |
| 04/18/07 | Conference call with potential investors | 1.5 |
| 04/18/07 | Modified management presentation materials | 3.0 |
| 04/18/07 | Collected and distributed due diligence materials | 4.0 |
| 04/19/07 | Met with management to discuss presentation materials | 1.0 |
| 04/19/07 | Responded to due diligence requests & collected files | 5.5 |
| 04/19/07 | Revised management presentation materials | 3.0 |
| 04/20/07 | Called potential investors to discuss due diligence process | 2.0 |
| 04/20/07 | Distributed process letters to potential investors | 1.0 |
| 04/20/07 | Revised management presentation materials | 1.5 |
| 04/20/07 | Coordinated due diligence activities | 4.0 |
| 04/21/07 | Printed presentation materials for meeting on 4/22 | 1.0 |
| 04/23/07 | Collected diligence files and organized data room | 2.5 |
| 04/23/07 | Responded to due diligence requests | 5.0 |
| 04/23/07 | Handled data room access requests | 1.0 |
| 04/24/07 | Calls with potential investors to discuss due diligence | 2.0 |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Benjamin Skrodzki - Financial Analyst

| Date: | Description of Work: | Hours: |
|---|---|---|
| 04/24/07 | Conference call to discuss DIP collateral | 1.0 |
| 04/24/07 | Revised and distributed presentation materials for board | 3.0 |
| 04/24/07 | Responded to diligence requests and collected files | 2.5 |
| 04/25/07 | Distributed due diligence materials to interested parties | 2.5 |
| 04/25/07 | Met with management to discuss presentation materials | 0.5 |
| 04/25/07 | Created new presentation materials for investors | 3.0 |
| 04/25/07 | Responded to due diligence requests | 2.0 |
| 04/26/07 | Participated in on-site due diligence meetings | 5.0 |
| 04/26/07 | Revised management presentation materials | 1.5 |
| 04/26/07 | Collected diligence files and organized data room | 1.5 |
| 04/27/07 | Participated in on-site due diligence meetings | 5.5 |
| 04/27/07 | Coordinated due diligence requests & data room access | 3.0 |
| 04/28/07 | Responded to due diligence requests | 2.5 |
| 04/30/07 | Revised management presentation materials | 3.0 |
| 04/30/07 | Responded to due diligence requests | 4.0 |
| | **APRIL TOTAL** | **193.5** |