# EXHIBIT C

# Fee Calculation and
# Summary of Out-of-Pocket Expenses

New Century Financial Corporation
Monthly Fee Statement
Lazard Frères & Co. LLC

April 2, 2007 - April 30, 2007

### Fee Calculation

| Item | Amount Incurred |
| --- | --- |
| Monthly Fees: April 1, 2007 - April 30, 2007 | $200,000.00 [1] |
| **TOTAL** | **$200,000.00** |

### Summary of Out-of-Pocket Expenses [2]

| Item | Amount Incurred |
| --- | --- |
| Car Services and Taxis | $487.51 |
| Electronic Information Service | 7.50 |
| Employee Meals | 66.22 |
| Meals-Meetings/Travel | 50.00 |
| Travel | 3,265.65 |
| **TOTAL** | **$3,876.88** |

[1] *Lazard's Retention was approved at a rate of $200,000 per month*

[2] *Additional expense detail will be furnished upon request*

NC_Apr 07.XLS                                                                                          Expense Detail

# LAZARD

**DEAL OPEN ITEMS BY CATEGORY**

**ALL EXPENSES**

**CHI00234 - New Century Financial Corporat**

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | FS BALANCE |
|---|---|---|---|---:|
| OPENING BALANCE | 1/1/1900 | | | |
| Car Services and Taxis | | | | |
| | 4/13/2007 | Braga-Late night work to home 04/02/2007 | | 7.00 |
| | 4/13/2007 | Braga-Late night work to home 04/06/2007 | | 8.00 |
| | 4/13/2007 | Braga-Late night work to home 04/10/2007 | | 8.00 |
| | 4/13/2007 | Braga-Late night bus to home 04/03/2007 | | 2.00 |
| | 4/13/2007 | Braga-Weekend home to work 04/07/2007 | | 7.00 |
| | 4/19/2007 | Campbell-O 04/13/2007 20:00 CT / Origin: 30 ROCK Dest: CT / MEZ SERVICE LLC | | 128.01 |
| | 4/19/2007 | Lefkovits-BackToOfficeAfterAllNightMtg 04/02/2007 | | 8.00 |
| | 4/19/2007 | Lefkovits-Late night home from office 04/02/2007 | | 9.00 |
| | 4/19/2007 | Lefkovits-Sunday to office from home 04/01/2007 | | 8.50 |
| | 4/27/2007 | O'Dowd Jr.-Short Hills-Nwk Penn/Summit4/9 04/10/2007 | | 72.00 |
| | 4/27/2007 | O'Dowd Jr.-Short Hills-Summit/Nwk Penn4/9 04/10/2007 | | 72.00 |
| | 4/19/2007 | Puccio-taxi from airport 04/03/2007 | | 58.00 |
| | 4/19/2007 | Puccio-to and from meeting/airport 04/03/2007 | | 100.00 |
| | | | Subtotal: | 487.51 |
| Electronic Information Service | | | | |
| | 4/27/2007 | BUSINESS CENTERS BY SUNNYVALE 04/05/2007 | | 7.50 |
| | | | Subtotal: | 7.50 |
| Employee Meals | | | | |
| | 4/13/2007 | Braga-ny-lunch-botegadelvino-1p 04/07/2007 | | 15.00 |
| | 4/27/2007 | Popat-IL FORNAIO - BEVERLY BEVERLY H 04/13/2007 | | 20.00 |
| | 4/27/2007 | Popat-HARPER EXPRESS 06000 LOS ANGEL 04/01/2007 | | 10.72 |
| | 4/27/2007 | Popat-QUIZNO'S #0718 00000 BEVERLY H 04/06/2007 | | 6.16 |
| | 4/30/2007 | Mandava-PIZZA CAPRI CHICAGO IL 04/01/2007 | | 14.34 |
| | | | Subtotal: | 66.22 |
| Meals-Meetings/Travel | | | | |
| | 4/27/2007 | Popat-HYATT IRVINE CA (dinner-1p) 04/06/2007 | | 50.00 |
| | | | Subtotal: | 50.00 |
| Travel | | | | |
| | 4/27/2007 | O'Dowd Jr.-Amex emerg travel hotline fee 04/09/2007 | | 19.00 |
| | 4/27/2007 | O'Dowd Jr.-Amtrak - Nwk airport/Wilm DE 04/09/2007 | | 162.00 |
| | 4/27/2007 | O'Dowd Jr.-Amtrak - Ticket change fee 04/09/2007 | | 23.00 |
| | 4/27/2007 | O'Dowd Jr.-Amtrak - Wilm DE/Newark 04/09/2007 | | 116.00 |
| Travel | 4/27/2007 | O'Dowd Jr.-Amtrak - Wilm DE/Newark 04/09/2007 | | (80.00) |

NC_Apr 07.XLS                                                                                                                       Expense Detail

# LAZARD

**DEAL OPEN ITEMS BY CATEGORY**

ALL EXPENSES

CHI00234 - New Century Financial Corporat

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | FS BALANCE |
|---|---|---|---|---|
| | 4/27/2007 | Popat-HYATT IRVINE CA (4 nites @ $215) 04/06/2007 | | 947.40 |
| | 4/27/2007 | Popat-HYATT IRVINE CA (parking 4/2-4/6) 04/06/2007 | | 72.00 |
| | 4/27/2007 | Popat-HYATT IRVINE CA (laundry 4/3-5) 04/06/2007 | | 56.75 |
| | 4/27/2007 | Popat-HYATT HOTELS IRVINE IRVINE CA 04/06/2007- Movies | | 0.00 |
| | 4/26/2007 | Puccio-AMERICAN AIRLINES NEW YORK NY 04/02/2007 | | 1,839.50 |
| | 4/26/2007 | Puccio-AMERICAN EXPRESS EMERGENCY TRV 04/04/2007 | | 19.00 |
| | 4/26/2007 | Puccio-AMERICAN EXPRESS EMERGENCY TRV 04/05/2007 | | 19.00 |
| | 4/26/2007 | Puccio-AMERICAN EXPRESS PAPER TICKET 04/03/2007 | | 36.00 |
| | 4/26/2007 | Puccio-AMERICAN EXPRESS PAPER TICKET 04/04/2007 | | 36.00 |
| | | | Subtotal: | 3,265.65 |

**CLOSING BALANCE as of 4/30/2007**    **3,876.88**