IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF DELAWARE

New Century TRS Holdings, Inc., ) Case No. 07-10416 KJC
et al.,                          ) Chapter 11
                                 ) Jointly Administered
                                 ) Ref. No. 560
            Debtors,             )

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO 95 FAIRVIEW AVENUE, ROCHESTER, NEW YORK, 14619

AND NOW, TO WIT, this 12th day of July A.D., 2007, MidFirst Bank's Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause so as to permit the Movant and/or holder of the first mortgage, as recorded in the Office of the Recorder of Deeds for Liber 13049, Page 170 in Monroe County, State of New York for 95 Fairview Avenue, Rochester, New York, 14619 to enforce its security interest in the aforesaid real property through foreclosure proceedings, Sheriff's Sale of the property and any other legal remedies against the property which may be available to MidFirst Bank under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that MidFirst Bank may immediately enforce and implement this Order granting relief from the automatic stay.

_____
                            J.