IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NEW CENTURY TRS HOLDINGS, ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.[1], ) | |
| Debtors. ) | Jointly Administered |
| ) | Re: Dkt. No. 635 |
| ) | |
| ) | |
| ) | Hearing Date:      7/16/07 at 1:30 p.m. |

## ORDER APPROVING STIPULATION BETWEEN DEBTORS AND DANIEL J. RUBIO, JOHN HICKS AND DAVID VIZCARRA, INDIVIDUALS ON BEHALF OF THEMSELVES, ALL OTHERS SIMILARLY SITUATED AND THE GENERAL PUBLIC TO ALLOW A CLASS PROOF OF CLAIM

Upon review and consideration of the Stipulation to allow a class proof of claim between Debtors, on the one hand, and Daniel J. Rubio, John Hicks, and David Vizcarra, individuals on behalf of themselves, all others similarly situated and the general public (the "Rubio Claimants"), on the other hand (the "Stipulation"), and sufficient cause appearing therefore, it is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

(1)     The Stipulation is hereby approved.

---

[1]     The "Debtors" or "New Century" are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; Ncoral, L.P. a Delaware limited partnership.

(2)   The Rubio Claimants are authorized, subject to the terms and conditions set forth in the Stipulation, to file a class proof of claim on behalf of themselves and the putative class members in the action entitled <u>Daniel J. Rubio, et. al. v. New Century Mortgage Corporation</u>, United States District Court for the Central District of California Case No. 06-811 CJC (AJWx).

Dated: July 12, 2007
Wilmington, Delaware

The Honorable Kevin J. Carey
United States Bankruptcy Judge

M:\Rubio\Pld\Bankruptcy Court\Mx 4 Leave to file class proof of claim Order final 07-11-07\403.001

2