Cy Epstein, SB no. 76339
General Counsel
Clear Capital.com, Inc.
6030 Orchard Avenue
Richmond, CA 94804



FILED

2007 JUL 12 AM 11:50

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, NEW CENTURY FINANCIAL CORPORATION,

Debtor.

) Case No.: No. 07-10416-KJC
)
) Request for Special Notice
)
) (Jointly Administered)
)
)
)

REQUEST FOR NOTICE

Pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007, 90109(b) and 9013 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that a true, complete and accurate copy of each and every notice required to be given in this case, as well as all copies of pleadings and other papers filed in the above matter, be directed to counsel for **Clear Capital.com, Inc**; at:

Cy Epstein
General Counsel
Clear Capital
6030 Orchard Avenue
Richmond, CA 94804

1

(510) 236-2365
(510) 233-3062 Facsimile

cy.epstein@clearcapital.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules above, but also includes, without limitation, orders and notices of any application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise with respect to the above-captioned debtor, the bankruptcy estate, or any related entity or any property in which the debtor or its trustee may claim an interest.

Dated: July 8, 2007

By: _____

Cy Epstein
General Counsel
Clear Capital.com, Inc.

FILED

2007 JUL 12 AM 11: 50

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of July, 2007, a copy of the foregoing Request for Notice has been served upon the persons or parties listed below in the manner indicated in **BOLD FACE ALL CAPS**.

### BY UNITED STATES MAIL:

Mark D. Collins, Esq.                            Debtors' Counsel
Michael J. Merchant, Esq.
Chun J. Lang, Esq.
Richards, Layton & Finger
PO Box 551
One Rodney Square
Wilmington, DE 19801

Suzanne S. Uhland, Esq.                          Debtors' Counsel
Austin K. Barron, Esq.
Emily R. Culler, Esq.
Ana Acevedo, Esq.
O'Melveny and Myers LLP
275 Battery Park
San Francisco, CA 94111

Joseph McMahon, Esq.                             United States Trustee
Office of the United States Trustee
844 Market Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

BY: Cy Epstein
General Counsel
Clear Capital.com, Inc.