UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC, a Delaware Corporation, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>(Jointly Administered) |

VERIFIED STATEMENT OF COUNSEL
PURSUANT TO BANKRUPTCY RULE 2019(a)

In compliance with Fed. R. Bankr. P. 2019(a), attorneys for (i) lead plaintiff, the New York State Teachers' Retirement System ("NYSTRS" or "Lead Plaintiff"), in the securities fraud class action to be entitled *In re New Century,* Case No. cv-07-00931 DDP (JTLX) (the "Securities Litigation"), filed in the United States District Court for the Central District of California (the "District Court") on behalf of all persons, including Lead Plaintiff (collectively, the "Class"), who purchased or otherwise acquired publicly traded securities of New Century Financial Corp. ("NCFC" or the "Debtor") between February 3, 2005 and March 2, 2007, inclusive (the "Class Period"), and who were damaged thereby, and (ii) AT&T Inc. state the following:

1. Approximately twenty (20) securities class action complaints[1] were filed in the District Court each alleging violations of certain federal securities laws, including Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder and in some instances, violations of Section 11 of the Securities Act of 1933 (collectively, the "Securities Laws"), thereby causing damage (the "Claim") to Lead Plaintiff and the Class. The amount of the Claim is not yet determined.

---

[1] The first such complaint, *Avi Gold v. Brad A. Morvice, et al*, was filed on February 8, 2007.

2. By Order dated June 26, 2007 (the "June 26, 2007 Order," annexed hereto as Exhibit A), the District Court consolidated the approximately twenty (20) pending putative class actions into the Securities Litigation, and directed Lead Plaintiff to file an amended consolidated complaint (the "Consolidated Complaint").

3. Although the Debtor was named as defendant in several of the (pre-petition) class action complaints, the Debtor will not be named as a defendant in the Consolidated Complaint pursuant to the dictates of 11 U.S.C. § 362(a). The Securities Litigation is proceeding against certain current and/or former officers and directors of the Debtor (the "Non-Debtor Defendants").

4. The June 26, 2007 Order also appointed NYSTRS as Lead Plaintiff and approved Lead Plaintiff's selection of Bernstein Litowitz Berger & Grossmann LLP ("BLBG"), with offices at 12481 High Bluff Drive, Suite 300, San Diego, California 92130, and 1285 Avenue of the Americas, New York, New York 10019, as Lead Counsel, to prosecute, on behalf of Lead Plaintiff and the Class, any and all claims against the Debtor and the Non-Debtor Defendants for violations of the Securities Laws, and to pursue all avenues in these bankruptcy proceedings to protect the rights of Lead Plaintiff and the Class. In furtherance of its duties as Lead Counsel, BLBG retained the law firm of Lowenstein Sandler PC, with offices at 65 Livingston Avenue, Roseland, New Jersey 07068, as bankruptcy counsel to represent Lead Plaintiff and the Class herein. (Lowenstein Sandler retained Cross & Simon LLC, with offices at 913 North Market Street, 11th Floor, Wilmington, Delaware, as local Delaware counsel to Lead Plaintiff and the Class).

5. Lowenstein Sandler has also been retained by AT&T Inc.,[2] having offices at One AT&T Way, Room 3A218, Bedminster, New Jersey 07921, Attn: James W. Grudus, Esq., in connection with the prosecution of AT&T Inc.'s claim against the Debtor and/or its affiliated entities (collectively the "Debtors") for telecommunication services.

6. All claims against the Debtors asserted or to be asserted herein by Lead Plaintiff, the Class and AT&T Inc. were incurred on or before the date on which the Debtors filed their petitions for relief under Chapter 11 of the United States Bankruptcy Code and arose from violations of the Securities Laws and from non-payment for telecommunications services. To the best of the undersigned's knowledge, no person associated with any law firm involved herein has any interest in or claim against the Debtor.

7. The above-named counsel are authorized to represent Lead Plaintiff, the Class identified herein. and AT&T Inc.

8. Counsel expressly reserves the right to supplement and/or amend this Statement in any respect. Submission of this Statement does not constitute the consent of Lead Plaintiffs, the Class or AT&T Inc. to the jurisdiction of this Court for any purpose other than with respect to this Statement.

Dated: July 13, 2007                               **CROSS & SIMON, LLC**

                                                   By:   /s/ Christopher P. Simon
                                                   Christopher P. Simon (No. 3967)
                                                   913 North Market Street, 11th Floor
                                                   P.O. Box 1380
                                                   Wilmington, Delaware 19899-1380
                                                   (302) 777-4200 (Telephone)
                                                   (302) 777-4224 (Facsimile)

---

[2] On November 19, 2005, SBC Communications Inc. acquired AT&T Corp. and changed its name to AT&T Inc. Additionally, on or about December 29, 2006, AT&T Inc. purchased BellSouth Telecommunications, with AT&T being the surviving entity.

*Delaware Bankruptcy Counsel to Lead Plaintiff and the Class*

- and -

**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq. (ME-0570)
Ira M. Levee, Esq. (IL-9958)
Vincent A. D'Agostino
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiff, the Class and AT&T*

I verify under penalty of perjury that the foregoing is true and correct.

Dated: July 13, 2007                               /s/ Ira M. Levee
                                                                                          Ira M. Levee