## **CERTIFICATE OF SERVICE**

I, Christopher P. Simon, certify that on July 13, 2007, I caused to be served via first class mail, or otherwise indicated, on the parties listed below a copy of the Verified Statement of Counsel Pursuant to Bankruptcy Rule 2019(a).

    /s/ Christopher P. Simon
Christopher P. Simon (Bar No. 3967)

**Service List**

| | |
|---|---|
| **VIA HAND DELIVERY** | **VIA HAND DELIVERY** |
| Joseph J. McMahon, Jr., Esq. | Mark D. Collins, Esq. |
| OFFICE OF THE UNITED STATES TRUSTEE | Michael J. Merchant, Esq. |
| | Marcus A. Ramos, Esq. |
| J. Caleb Boggs Federal Building | Christopher M. Samis, Esq. |
| 844 King St., Suite 2207, Lockbox 35 | RICHARDS LAYTON & FINGER, P.A. |
| Wilmington, DE 19801 | One Rodney Square |
| (302) 573-6497 (Facsimile) | 920 N. King Street |
| | Wilmington, DE 19801 |
| | (302) 651-7701 (Facsimile) |
| | *Counsel to the Debtors* |
| | |
| Suzanne S. Uhland, Esq. | **VIA HAND DELIVERY** |
| Ben H. Logan, Esq. | Bonnie Glantz Fatell, Esq. |
| Victoria Newmark, Esq. | BLANK ROME LLP |
| Emily R. Culler, Esq. | 1201 Market St., Suite 800 |
| O'MELVENY & MYERS LLP | Wilmington, DE 19801 |
| 275 Battery Street | (302) 425-6464 (Facsimile) |
| San Francisco, CA 94111 | *Counsel to Official Committee* |
| (415) 984-8701 (Facsimile) | *of Unsecured Creditors* |
| *Counsel to the Debtors* | |

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
HAHN & HESSEN LLP
448 Madison Avenue
New York, NY 10022
(212) 478-7400 (Facsimile)
*Counsel to Official Committee*
*of Unsecured Creditors*