IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE Kirkland & Ellis LLP ("Kirkland") and Pachulski Stang Ziehl Young Jones & Weintraub LLP ("PSZYJW"), 919 North Market Street, 17th Floor, Wilmington, Delaware 19899-8705, hereby withdraw their appearance and request for notices as counsel for Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc., parties in interest in the above-captioned cases, and request that Kirkland and PSZYJW be removed from any applicable service lists herein

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

on behalf of Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.

Dated: July 13, 2007

        PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

        /s/ Laura Davis Jones
        _____
        Laura Davis Jones (Bar No. 2436)
        Timothy P. Cairns (Bar No. 4228)
        919 North Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

        And

        KIRKLAND & ELLIS LLP
        Bennett L. Spiegel, Esquire
        Shirley S. Cho, Esquire
        777 S. Figueroa St., Suite 3700
        Los Angeles, CA 90017
        Tel: (213) 680-8400
        Fax: (213) 680-8500

        Co-Counsel to Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.