IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 13th day of July, 2007, I caused a

copy of the following document(s) to be served on the individuals on the attached service list(s)

in the manner indicated:

**NOTICE OF WITHDRAWAL OF APPEARANCE OF
KIRKLAND & ELLIS LLP AND PACHULSKI STANG
ZIEHL YOUNG JONES & WEINTRAUB LLP**

Timothy P. Cairns (Bar No. 4228)

---

1 The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

New Century TRS Holdings, Inc.
2002 Service List
Case No. 07-10416 (KJC)
Document No. 126344
042 – Hand Delivery
125 – First Class Mail


(Co-Counsel for Greenwich Capital
Financial Products, Inc. and The CIT
Group/Business Credit, Inc.)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 N Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Hand Delivery**
(Parcels)
Vito I. DiMaio
Parcels, Inc.
4 East 7th Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Debtors)
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**Hand Delivery**
(United States Trustee)
Office of the United States Trustee
Joseph J. McMahon, Jr, Esquire
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Citigroup Global Markets
Realty Corporation)
Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE  19801

**Hand Delivery**
(Counsel for UBS Real Estate Securities,
Inc.)
William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Don A. Beskrone, Esquire
Ashby & Geddes P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Morgan Stanley Mortgage
Capital Inc.)
Robert J. Dehney, Esquire
Gregory W. Werkheiser, Esquire
Daniel B. Butz, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

**Hand Delivery**
(Counsel for Deutsche Bank National Trust
Company)
David B. Stratton, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE  19899-1709

**Hand Delivery**
(Counsel for Residential Funding Company,
LLC)
Mary F. Caloway, Esquire
Eric Lopez Schnabel, Esquire
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

**Hand Delivery**
(Counsel for IndyMac Bank, F.S.B.; Qwest
Corporation)
Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

**Hand Delivery**
(Counsel for CB Richard Ellis Corporate
Facilities Mgmt., Inc.)
Ian Connor Bifferato, Esquire
Garvan F. McDaniel, Esquire
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Countrywide Home Loans,
Inc.; GMAC Commercial Finance LLC)
William E. Chipman, Jr., Esquire
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Kodiak Funding LP, and
Kodiak CDO I, Ltd.)
Norman M. Monhait, Esquire
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19899-1070

**Hand Delivery**
(Counsel for Bank of America, N.A.)
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel for General Electric Capital
Corporation)
Michael G. Gallerizzo, Esquire
Gebhardt & Smith LLP
901 Market Street, Suite 451
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Union Bank of California)
David M. Fournier, Esquire
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street, Suite 5100
Wilmington, DE  19801

**Hand Delivery**
(Counsel for SN Svs Corp.)
Richard M. Beck, Esquire
Michael W. Yurkewicz, Esquire
Joanne B. Wills, Esquire
Christopher A. Ward, Esquire
Klehr, Harrison, Harvey, Branzburg &
Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

**Hand Delivery**
(Counsel for RBC Mortgage Company,
Royal Bank of Canada and RBC Centura
Bank)
Francis A. Monaco, Jr., Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE  19899-2031

**Hand Delivery**
(Counsel for Carrington Mortgage Services,
LLC and Carrington Capital Management,
LLC)
Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

**Hand Delivery**
(Counsel for The Official Committee of
Unsecured Creditors)
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

**Hand Delivery**
(Counsel for Premier Print and Services
Group, Inc.)
Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 North Market Street, Seventh Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Wells Fargo Bank, N.A.;
Credit-Based Asset Servicing and
Securitization)
Michael Busenkell, Esquire
Eckert, Seamans, Cherin & Mellot, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

**Hand Delivery**
(Counsel for JP Morgan Chase Bank, NA)
Adam G. Landis, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

**Hand Delivery**
(Counsel for DB Structured Products, Inc.)
Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th floor
P.O. Box 391
Wilmington, DE 19899-0391

**Hand Delivery**
(Counsel for Credit Suisse First Boston
Mortgage Capital LLC and DLJ Mortgage
Capital, Inc.)
Michael R. Nestor, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th floor
P.O. Box 391
Wilmington, DE 19899-0391

**Hand Delivery**
(Counsel for Washungton Mutual)
Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Natixis Real Estate Capital Inc.
f/k/a IXIS Real Estate Capital Inc.)
Neil B. Glassman, Esquire
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Maguire Properties-Park Place,
LLC, Maguire Properties-3121 Michelson,
LLC and Maguire Properties-3161
Michelson, LLC)
Megan E. Cleghorn, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

**Hand Delivery**
(Counsel for Positive Software Solutions,
Inc.)
Anthony M. Saccullo, Esquire
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE  19899-2323

**Hand Delivery**
(Counsel for SunTrust Leasing Corporation)
Christopher D. Loizides, Esquire
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Stony Point East, LP)
Richard S. Cobb, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Coremetrics, Inc.)
Jeffrey C. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

**Hand Delivery**
(Counsel for LandAmerica Default Svs Co;
Tamares Real Estate Holdings, Inc., Plaza
America Office Dev., LLC and Plaza Office
Realty II, LLC)
William F. Taylor, Jr., Esquire
Katharine L. Mayer, Esquire
McCarter & English, LLP
919 N. Market, Suite 1800
P.O. Box 111
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Adfitech, Inc.)
Evelyn J. Meltzer, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE  19899-1709

**Hand Delivery**
(Counsel for Richard D. Austin, Lauren V. Liva, Michael
Vandall, Scott Rasmussen, Martha F. Moreland and Carla
Lyles on their own behalf and on behalf of all other persons
similarly situated)
James E. Huggett, Esquire
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Nabih Mangoubi and Esther
Mangoubi)
Elihu E. Allinson, III, Esquire
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801

**Hand Delivery**
(Counsel for HSBC Bank USA, National
Association, HSBC Mortgage Corporation
USA and certain affiliates)
Howard A. Cohen, Esquire
Andrew C. Kassner
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE  19801-12454

**Hand Delivery**
(Counsel for Walz Postal Solutions, Inc.
a/k/a Walz Secured Outsourcing)
William A. Hazeltine, Esquire
Law offices of William A. Hazeltine LLC
110 West 9th Street, PMB 345
Wilmington, DE  19801

**Hand Delivery**
(Counsel for ADT Security Services, Inc.;
Sprint Communications Company L.P.)
Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306

**Hand Delivery**
(Counsel for CSHV Denver Tech Center,
LLC)
Victoria W. Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Village at Camp Bowie I, L.P.)
Stephen M. Miller, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306

**Hand Delivery**
(Counsel for Barclays Bank PLC)
Henry Jaffe, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE  19899-1709

**Hand Delivery**
(Counsel for the Examiner)
Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899

**First Class Mail**
(Counsel for Debtors)
Suzzanne S. Uhland, Esquire
Ben H. Logan, Esquire
Victoria Newmark, Esquire
Emily R Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA  94111

**First Class Mail**
(Co-Counsel for Greenwich Capital
Financial Products, Inc. and The CIT
Group/Business Credit, Inc.)
Bennett L. Spiegel, Esquire
Shirley S. Cho, Esquire
Richard L. Wynne, Esquire
Kirkland & Ellis LLP
777 S Figueroa Street, Suite 3700
Los Angeles, CA  90017

**First Class Mail**
)
Secretary of Treasury
P.O. Box 7040
Dover, DE  19903

**First Class Mail**

)
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

**First Class Mail**

)
Securities & Exchange Commission
15th & Pennsylvania Avenue, NW
Washington, DC  20020

**First Class Mail**

)
Securities & Exchange Commission
New York Regional Office
Attn: Nathan Fuchs
233 Broadway
New York, NY  10279

**First Class Mail**

)
District Director
Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD  21201

**First Class Mail**
(Counsel for Ellington Management Group,
Inc.)
Patricia B. Tomasco, Esquire
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 1400
Austin, TX  78701

**First Class Mail**
(Counsel for Morgan Stanley Mortgage
Capital Inc.)
Luc A. Despins, Esquire
Wilbur F. Foster, Esquire
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005

**First Class Mail**
(Counsel for Morgan Stanley Mortgage
Capital Inc.)
Howard R. Hawkins, Jr., Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

**First Class Mail**
(Counsel for Celina ISD, Princeton ISD, City of
Princeton Richardson ISD, Cedar Hill ISD, City of
Cedar Hill Whitewright ISD, City of Whitewright,
City of Hurst Arlington ISD, Castleberry ISD and
Mansfield ISD)
Elizabeth Banda, Esquire
Perdue, Brandon, Fielder, Collins & Mott
L.L.P.
P.O. Box 13430
Arlington, TX  76094-0430

**First Class Mail**
(Counsel for Credit Suisse First Boston
Capital LLC and DLJ Mortgage Capital,
Inc.)
Joseph H. Smolinsky, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

**First Class Mail**
(Counsel for Federal Express Corporation)
Charles J. Filardi Jr, Esquire
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT  06510

**First Class Mail**
(Counsel for Citigroup Global Markets
Realty Corporation)
Paul M. Basta, Esquire
Joshua A. Sussberg, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

**First Class Mail**
(Counsel for UBS Real Estate Securities, Inc.)
Keith W. Miller, Esquire
James R. Bliss, Esquire
Paul Hastings Janofsky & Walker LLP
Park Avenue Tower
75 E 55th Street, First Floor
New York, NY  10022

**First Class Mail**
(Counsel for UBS Real Estate Securities, Inc.)
Richard A. Chesley, Esquire
Kimberly D. Newmarch, Esquire
Paul Hastings Janofsky & Walker LLP
191 N Wacker Drive, 30th Floor
Chicago, IL  60606

**First Class Mail**
(Claims and Noticing Agent)
XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA  90295

**First Class Mail**
(Counsel for Deutsche Bank National Trust Company)
Dennis J. Drebsky, Esquire
Nixon Peabody LLP
437 Madison Avenue
New York, NY  10022

**First Class Mail**
(Counsel for Deutsche Bank National Trust Company)
Mark N. Berman, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110-1832

**First Class Mail**
(Counsel for Dallas County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201

**First Class Mail**
(Counsel for IndyMac Bank, F.S.B.)
Claudia Z. Springer, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301

**First Class Mail**
(Counsel for Residential Funding Company, LLC)
Chris Lenhart, Esquire
Dorsey & Whitney LLP
50 South Sixth, Street, Suite 1500
Minneapolis, MN  55402-1498

**First Class Mail**
(Counsel for Safeco Financial Institution Solutions, Inc.)
Frank G. Burt, Esquire
Raul A. Cuervo, Esquire
W. Glenn Merten, Esquire
Jorden Burt LLP
1025 Thomas Jefferson Street, NW, Suite 400 E
Washington, DC  20007-5208

**First Class Mail**
(Counsel for CB Richard Ellis Corporate Facilities Mgmt., Inc.)
John E. Mitchell, Esquire
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX  75201

**First Class Mail**
(Counsel for Malcolm & Cisneros, A Law
Corporation)
William G. Malcolm, Esquire
Malcolm & Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA  92612

**First Class Mail**
(Counsel for Alireza Nazmi and Golden Key
Mortgage)
Charles A. Hansen, Esquire
Wendel, Rosen Black & Dead LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

**First Class Mail**
(Counsel for Bank of America, N.A.)
Margot B. Schonholtz, Esquire
Mark F. Liscio, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

**First Class Mail**
)
Jed A. Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th floor
New York, NY  10167

**First Class Mail**
(Counsel for Wolfe & Wyman LLP)
Stuart B. Wolfe, Esquire
Yaron Shaham, Esquire
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA  92614

**First Class Mail**
)
Hernanco Azarcon
Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI  48075

**First Class Mail**
(Counsel for Theresa A. Davis)
Robert P. Cocco, Esquire
Robert P. Cocco, P.C.
437 Chestnut Street, Suite 1006
Philadelphia, PA  19106

**First Class Mail**
(Counsel for Wells Fargo Bank, N.A.)
David E. Retter, Esquire
Christena A. Lambrianakos, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

**First Class Mail**
)
Thomas M. Korsman
Vice President
Wells Fargo Bank, N.A.
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN  55479

**First Class Mail**
(Counsel for Kodiak Funding LP, and
Kodiak CDO I, Ltd.)
Matthew Botica, Esquire
David Wirt, Esquire
Grayson Walter, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601

**First Class Mail**
(Counsel for Countrywide Home Loans,
Inc.; GMAC Commercial Finance LLC)
Lawrence P. Gottesman, Esquire
Sukyong Suh, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104

**First Class Mail**
(Counsel for Countrywide Home Loans,
Inc.; GMAC Commercial finance LLC)
Katherine M. Windler, Esquire
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA  90401-2386

**First Class Mail**
(Counsel for Countrywide Home Loans,
Inc.)
Paul T. Liu, Esquire, Executive Vice
President and Deputy General Counsel
John Guerry, Esquire, Senior Vice President
& Assistant General Counsel
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA  91302

**First Class Mail**
)
Scot Freeman
Travelers
National Accounts
Account Resolution
1 Tower Square – 5MN
Hartford, CT  06183-4044

**First Class Mail**
)
T. Robert Finlay, Esquire
Donna L. LaPorte, Esquire
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA  92660

**First Class Mail**
(Counsel for Union Bank of California)
Barry Freeman, Esquire
David Poitras, Esquire
Jeffer Mangels Butler & Marmaro, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067

**First Class Mail**
)
Diane J. Richey, Esquire
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, CA  90071

**First Class Mail**
(Counsel for The Official Committee of
Unsecured Creditors)
Mark T. Power, Esquire
Mark S. Indelicate, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY  10022

**First Class Mail**
(Counsel for New York State Teachers'
Retirement System)
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

**First Class Mail**
(Counsel for New York State Teachers'
Retirement System)
Salvatore J. Graziano, Esquire
Bernstein Litowitz Berger & Grossmann
LLP
1285 Avenue of the Americas
New York, NY  10019

**First Class Mail**
(Counsel for New York State Teachers'
Retirement System)
Blair A. Nicholas, Esquire
Bernstein Litowitz Berger & Grossmann
LLP
12481 High Bluff Drive, Suite 300
San Diego, CA  92130

**First Class Mail**
(Counsel for Carrington Mortgage Services,
LLC and Carrington Capital Management,
LLC)
Thomas S. Kiriakos, Esquire
Sean T. Scott, Esquire
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606

**First Class Mail**
(Counsel for Wells Fargo Bank, N.A.;
Credit-Based Asset Servicing and
Securitization)
J.R. Smith, Esquire
Jason W. Harbour, Esquire
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

**First Class Mail**
)
Vicky Namken
IBM Corporation
13800 Diplomat Drive
Dallas, TX  75234

**First Class Mail**
)
Jeffrey I. Golden, Esquire
Hutchison B. Meltzer, Esquire
Weiland, Golden, Smiley, Wang Ekvall &
Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA  92626

**First Class Mail**
)
Michael Weinstock
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY  10152

**First Class Mail**
)
John A. Vox, Esquire
1430 Lincoln Avenue
San Rafael, CA  94901

**First Class Mail**
(Counsel for SIRVA Relocation)
Glenn M. Reisman, Esquire
Two Corporate Drive, Suite 234
Shelton, CT  06484

**First Class Mail**
(Counsel for DB Structured Products, Inc.)
Robert M. Dombroff, Esquire
Steven Wilamowsky, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689

**First Class Mail**
(Counsel for DB Structured Products, Inc.)
Andrew J. Gallo, Esquire
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110

**First Class Mail**
(Counsel for DB Structured Products, Inc.)
Richard H. Agins, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT  06103-3178

**First Class Mail**
(Counsel for Carrollton-Farmers Branch
Independent School District, Garland
Independent School District, and Lewisville
Independent School District)
Andrea Sheehan, Esquire
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, TX  75205

**First Class Mail**
(Counsel for ChoicePoint Inc.)
James R. Savin, Esquire
David M. Dunn, Esquire
Joanna F. Newdeck, Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, DC  20036

**First Class Mail**
(Counsel for Bexar County, City of El Paso)
David G. Aelvoet, Esquire
Linebarger Goggan Blair & Sampson LLP
Travis Building
711 Navarro, Suite 300
San Antonio, TX  78205

**First Class Mail**
(Counsel for United HealthCare Insurance
Company)
Julie A. Manning, Esquire
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919

**First Class Mail**
)
IKON Office Solutions
Recovery & Bankruptcy
3920 Arkwright Road, Suite 400
Macon, GA  31210

**First Class Mail**
(Counsel for Washington Mutual)
David H. Zielke, Esquire
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, WMC 3501
Seattle, WA  98101

**First Class Mail**
(Counsel for DRA CRT Post Oak, L.P.)
Brian D. Womac, Esquire
Denise H. Mitchell, Esquire
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, TX  77024

**First Class Mail**
(Counsel for ABN AMRO Bank N.V.)
Raniero D'Aversa, Jr., Esquire
Laura D. Metzger, Esquire
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY  10019-5820

**First Class Mail**
(Counsel for Qwest Corporation)
Mitchell W. Katz, Esquire
Qwest Legal Department
1801 California Street, Suite 900
Denver, CO  80202

**First Class Mail**
(Counsel for Natixis Real Estate Capital Inc.
f/k/a IXIS Real Estate Capital Inc.)
Gregory M. Petrick, Esquire
Angela Somers, Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

**First Class Mail**
(Counsel for Sprint Nextel Corporation)
David I. Swan, Esquire
Kenneth M. Misken, Esquire
McGuire Woods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA  22102-4215

**First Class Mail**
(Counsel for Maguire Properties-Park Place,
LLC, Maguire Properties-3121 Michelson,
LLC and Maguire Properties-3161
Michelson, LLC)
D.J. Baker, Esquire
Rosalie W. Gray, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036-6522

**First Class Mail**
)
Sheryl L. Moreau
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475

**First Class Mail**
)
Matthew J. Lampke, Assistant Chief
Ohio Attorney General's Office
Executive Agencies Section
30 E. Broad Street, 26th Floor
Columbus, OH  43215-4200

**First Class Mail**
(Counsel for 500 Eagles Landing, LLC)
Robert P. Gates, Esquire
Erskine & Tulley, a Professional
Corporation
220 Montgomery Street, Suite 303
San Francisco, CA  94104

**First Class Mail**
)
David A. Meskan, Manager
500 Eagles Landing, LLC
2100 Green Street, Apt. 404
San Francisco, CA  94123

**First Class Mail**
)
Property Management Professionals, LLC
1512 Royce Drive
Locust Grove, GA  30248

**First Class Mail**
(Counsel for Positive Software Solutions,
Inc.)
Mark H. Ralson, Esquire
Davor Rukavina, Esquire
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX  75201

**First Class Mail**
(Counsel for City of Edinburg, Edcouch-
Elsa ISD, Nueces County and South Texas
College)
Diane W. Sanders, Esquire
Linebarger Goggan Blair & Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX  78760

**First Class Mail**
(Counsel for Barclays Bank PLC and
Barclays Capital)
Ken Coleman, Esquire
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020

**First Class Mail**
)
Mark Manski, Esquire
Barclays Bank PLC
200 Park Avenue
New York, NY  10166

**First Class Mail**
(Counsel for SunTrust Leasing Corporation)
Robert Goodrich, Esquire
Stites & Harison, PLLC
1800 Fifth Third Center
424 Church Street
Nashville, TN  37219-2376

**First Class Mail**
(Counsel for Scott and Angela Morris)
Felix A. Seidler, Esquire
Reeves & Seidler
Attorneys at Law
2527 Santa Clara Avenue
Alameda, CA  94501

**First Class Mail**
(Counsel for KST Data, Inc.)
Randall S. Leff, Esquire
Eric M. Heller, Esquire
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA  90212-2974

**First Class Mail**
)
Bruce Gordon
Special Handling Group-MD NC322
IBM Credit LLC
North Castle Drive
Armonk, NY

**First Class Mail**
)
Sari E. Meador, Paralegal
Delinquency and Enforcement
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, FL  33831-2016

**First Class Mail**
)
Gregg S. Kleiner, Esquire
Cooley Godward Kronish LLP
101 California Street, 5th Floor
San Francisco, CA  94111-2222

**First Class Mail**
)
Seth R. Weissman, Esquire
V.P. & General Counsel
Coremetrics, Inc.
1840 Gateway Drive, Suite 320
San Mateo, CA  94404

**First Class Mail**
(Counsel for The Realty Associates Fund
VII, L.P.)
Robert E. Greenberg, Esquire
Friedlander, Misler, Sloan, Kletzkin &
Ochsman, PLLC
1101 Seventeenth Street, N.W., Suite 700
Washington, DC  20036-4707

**First Class Mail**
(Counsel for 816 Connecticut Avenue L.P.)
Bryn H. Sherman, Esquire
Deckelbaum Ogens & Raftery, Chtd.
3 Bethesda Metro Center, Suite 200
Bethesda, MD  20814

**First Class Mail**
)
Madeleine C. Wanslee, Esquire
Gust Rosenfeld P.L.C.
201 E. Washington, Suite 800
Phoenix, AZ  85004-2327

**First Class Mail**
(Counsel for National Field Representatives,
Inc.)
Thomas D. Maxson, Esquire
Cohen & Grigsby, P.C.
11 Stanwix Street, 15th Floor
Pittsburgh, PA  15222-1319

**First Class Mail**
(Counsel for Iron Mountain Information
Management, Inc.)
Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th floor
Boston, MA  02110

**First Class Mail**
(Counsel for Claimants, Tax Appraisal
District of Bell County, County of Denton,
Mexia Independent School District, County
of Williamson)
Michael Reed, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX  78680

**First Class Mail**
(Counsel for American Express Travel
Related Svcs. Co., Inc. Corp Card)
Gilbert B. Weisman Esquire
Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

**First Class Mail**
)
Daniel T. Powers
Chatham County Tax Commissioner
P.O. Box 8321
Savannah, GA  31412

**First Class Mail**
)
Mark Lee
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

**First Class Mail**
(Counsel for Fidelity National Information
Services)
Donald A. Workman, Esquire
Baker & Hostetler LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC  20036

**First Class Mail**
(Counsel for KW Properties, Ltd.)
Nancy Hotchkiss, Esquire
Trainor Fairbrook
P.O. Box 255824
Sacramento, CA  95865

**First Class Mail**
(Counsel for Pennsbury Village Borough)
John J. Arminas, Esquire
Goldberg, Kamin & Garvin
1806 Frick Building
437 Grant Street
Pittsburgh, PA  15219

**First Class Mail**
)
Susan D. Profant, CFCA, Paralegal
Ken Burton, Jr., Manatee County Tax
Collector
P.O. Box 25300
Bradenton, FL  34206-5300

**First Class Mail**
)
Rich F. Martin
8109 Santa Luz Village Green South
San Diego, CA  92127

**First Class Mail**
(Counsel for Huntington Quadrangle 2 LLC)
Sheldon I. Hirshon, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY  10036-8299

**First Class Mail**
(Counsel for Douglas Emmett 2000, LLC, a DE
limited liability company, successor-in-interest to
Douglass Emmett Realty Fund 2000, a CA limited
partnership)
Don C. Sherwood, Esquire
Sherwood and Hargrove
11812 San Vicente Blvd., Suite 210
Los Angeles, CA  90049-6622

**First Class Mail**
(Counsel for America's Servicing Company)
A. Michelle Hart, Esquire
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA  30076-2102

**First Class Mail**
)
Gretchen Crawford
Assistant District Attorney
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK  73102

**First Class Mail**
(Counsel for Broadway Center Associates,
L.P.)
Steven H. Newman, Esquire
Katsky Korins LLP
605 Third Avenue, 16th Floor
New York, NY  10158

**First Class Mail**
(Counsel for Speedpay, Inc.)
Joseph D. Frank, Esquire
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL  60610

**First Class Mail**
)
Larry Thomas
Integrated Payment Systems, Inc.
Meridian Building
12500 East Belford Avenue
Mail Stop M12B
Englewood, CO  80112

**First Class Mail**
(Counsel for Harris County; Montgomery
County; Cypress-Fairbanks ISD; Fort Bend
County)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

**First Class Mail**
)
Eschelon Telecom, Inc.
Dennis D. Ahlers
Associate General Counsel
730 Second Avenue South, Suite 900
Minneapolis, MN  55402

**First Class Mail**
(Counsel for QKC Maui Owner, LLC)
Andrew S. Conway, Esquire
Honigman Miller Schwartz & Cohn LLP
38500 Woodward Avenue, Suite 100
Bloomfield Hills, MI  48304

**First Class Mail**
(Counsel for National City Commercial
Capital Co., LLC)
Sherry D. Lowe, Esquire
Lamm Rubenstone Lesavoy Butz & David
LLC
3600 Horizon Blvd., Suite 200
Trevose, PA  19053

**First Class Mail**
(Counsel for Tamares Real Estate Holdings,
Inc., Plaza America Office Dev., LLC and
Plaza Office Realty II, LLC)
Richaard M. Lucas, Esquire
Charles A. Malloy, Esquire
Arnold & Porter
555 Twelfth Street, N.W.
Washington, DC  20004

**First Class Mail**
(Counsel for ADT Security Services, Inc.)
Sally E. Edison, Esquire
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA  15222-3142

**First Class Mail**
)
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

**First Class Mail**
(Counsel for Collin County Tax
Assessor/Collector)
David McCall, Esquire
Gay, McCall, Isaacks, Gordon & Roberts,
P.C.
777 East 15th Street
Plano, TX  75074

**First Class Mail**
(Counsel for CSHV Denver Tech Center,
LLC)
Daniel Ansell, Esquire
Kenneth Philbin, Esquire
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY  10166

**First Class Mail**
(Counsel for Affiliated Computer Services,
Inc. and ACS Commercial Solutions, Inc.)
Larry A. Levick, Esquire
Michelle E. Shriro, Esquire
Gerard Singer Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX  75001

**First Class Mail**
)
Imperial County Treasurer-Tax Collector
940 West Main Street, Suite 106
El Centro, CA  92243

**First Class Mail**
)
Leslie Marks
3099 Suter Street
Oakland, CA  94602

**First Class Mail**
)
Jeffrey J. Newton, Esquire
County Attorney for Broward County
Government Center
115 South Andrews Avenue
Ft. Lauderdale, FL  33301

**First Class Mail**
(Counsel for Village at Camp Bowie I, L.P.)
Fielder F. Nelms, Esquire
Smith, Stern, Friedman & Nelms, P.C.
6688 North Central Expressway
Suite 550, L.B. 37
Dallas, TX  75206

**First Class Mail**
(Phelan Hallinan & Schmieg, LLP & Phelan
Hallinan and Schmieg, P.C. creditors)
Judith T. Romano, Esquire
Phelan, Hallinan and Schmieg, LLP
1617 John F. Kennedy Blvd., Suite 1400
Philadelphia, PA  19103

**First Class Mail**
(Counsel for the Examiner)
Edward M. Fox, Esquire
Kirkpatrick & Lockhart Preston Gates Ellis
LLP
599 Lexington Avenue
New York, NY  10022-6030

**First Class Mail**
(Counsel for the Examiner)
Rebecca L. Kline Dubill, Esquire
Stephen G. Topetzes, Esquire
Kirkpatrick & Lockhart Preston Gates Ellis
LLP
1601 K Street, NW
Washington, DC  20006-1600

**First Class Mail**
(Counsel for United Insurance Company of
America)
Victoria L. Nelson, Esquire
Ogonna M. Atamoh, Esquire
Santoro, Driggs, Walch, Kearney, Johnson
& Thompson
400 South Fourth Street, Third Floor
Las Vegas, NV  89101

**First Class Mail**
(Counsel for Hidalgo County)
John T. Banks, Esquire
Perdue, Brandon, Fielder, Collins & Mott
LLP
3301 Northland Drive, Suite 505
Austin, TX  78731

**First Class Mail**
(Counsel for Bank of the West)
Susan L. Vaage, Esquire
Graham Vaage & Cisneros
500 North Brand Boulevard, Suite 1030
Glendale, CA  91203

**First Class Mail**
(Counsel for Aldine Independent School
District)
Susan R. Fuertes, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032