IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1]** | **Case No. 07-10416 (KJC)** |
| | **Jointly Administered** |
| **Debtors.** | **Objection Deadline: August 2, 2007 at 4:00 p.m.** |
| | **Hearing: N/A** |

## FIRST MONTHLY APPLICATION OF MANATT, PHELPS & PHILLIPS, LLP, AS SPECIAL SECURITIZATION COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIODS APRIL 2, 2007 THROUGH APRIL 30, 2007 AND MAY 1, 2007 THROUGH MAY 31, 2007

| | |
|---|---|
| Name of Applicant: | Manatt, Phelps & Phillips, LLP |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors-in-possession |
| Date of Retention: | June 15, 2007, *nunc pro tunc* to April 2, 2007 |
| Periods for which compensation and reimbursement is sought: | April 2, 2007 to April 30, 2007<br><br>May 1, 2007 to May 31, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary: | $36,745.20  (80% of $45,931.50) for April 2007<br><br>$62,506.00  (80% of $78,132.50) for May 2007 |

---

[1] The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage)(d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a/ The Anyloan Corporation, 1800anyloan.com,, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a/ NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware Corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a/ Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

1

70045442.1

| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $6.26 for April 2007 |
| | $1,720.57 for May 2007 |

This is (a)n:  __X__interim          _____ final application

70045442.1

## COMPENSATION SUMMARY

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Harold P. Reichwald | Joined firm as:<br>Partner in 1992<br>Member of CA Bar since 1979. | 325.00<br>350.00<br>380.00<br>400.00<br>425.00<br>475.00<br>500.00<br>550.00<br>585.00<br>615.00<br>660.00<br>690.00 | 0.30 | $ 207.00 |
| Ellen R. Marshall | Joined firm as:<br>Partner in 2003.<br>Member of CA Bar since 1975.<br>Member of NY Bar since 1989.<br>Member of DC Bar since 1981. | 535.00<br>560.00<br>590.00<br>620.00<br>650.00 | 133.30 | 86,645.00 |
| Monte A. Lemann | Joined firm as:<br>Associate in 1996<br>Partner in 1998<br>General Counsel in 2003<br>Member of CA Bar since 1994. | 225.00<br>240.00<br>275.00<br>300.00<br>340.00<br>375.00<br>395.00<br>425.00<br>480.00 | | |

70045442.1

| | | | | |
|---|---|---|---|---|
| Monte A. Lemann (continued) | | 510.00 | | |
| | | 560.00 | | |
| | | 620.00 | 2.70 | 1,674.00 |
| Charles E. Washburn, Jr. | Joined firm as: | 285.00 | | |
| | Partner in 1994 | 295. | | |
| | Member of CA Bar since 1979. | 315.00 | | |
| | | 350.00 | | |
| | | 375.00 | | |
| | | 425.00 | | |
| | | 475.00 | | |
| | | 500.00 | | |
| | | 530.00 | | |
| | | 560.00 | | |
| | | 590.00 | 0.50 | 295.00 |
| Ivan L. Kallick | Joined firm as: | 350.00 | | |
| | Partner in 1999 | 375.00 | | |
| | Member of CA Bar since 1981. | 425.00 | | |
| | | 450.00 | | |
| | | 475.00 | | |
| | | 500.00 | | |
| | | 530.00 | | |
| | | 560.00 | | |
| | | 590.00 | 13.40 | 7,906.00 |
| Matthew A. Portnoff | Joined firm as: | 285.00 | | |
| | Associate in 2004 | 295.00 | | |
| | Member of CA Bar since 2000. | 360.00 | | |
| | | 415.00 | 2.80 | 1,162.00 |
| Michael E. Wong | Joined firm as: | 235.00 | | |
| | Associate in 2005 | 290.00 | | |
| | Member of CA Bar since 2001. | 385.00 | 37.00 | 14,245.00 |
| Jennifer M. Haft | Joined firm as: | 250.00 | | |
| | Associate in 2006 | 305.00 | 13.00 | 3,965.00 |
| | Passed CA Bar exam in | | | |

4

70045442.1

| Jennifer M. Haft (continued) | 2007; pending induction service for membership. | | | |
|---|---|---|---|---|
| Tara Herman | Joined firm as: Associate in 2006 Member of NY Bar since 2005. | 290.00 305.00 | 12.00 | 3,660.00 |
| Valarie Dennis | Paralegal since 2007. Joined firm 2007 | 175.00 | 9.10 | 4,305.00 |
| **TOTAL** | | | **239.60** | **$124,064.00** |
| | | | | |
| **Grant Total** | | | | **$124,064.00** |
| **Attorney Compensation** | | | | **$119,759.00** |
| **Total Attorney Hours** | | | | **230.50** |
| **Blended Rate** | | | | **$    519.56** |

5

70045442.1

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile Charges | | $    14.00 |
| Postage | | 6.15 |
| Telephone Charges | | 6.95 |
| Travel Expenses | | 1,699.93 |

Dated:  July 13, 2007

MANATT, PHELPS & PHILLIPS, LLP

By:

Ellen R. Marshall [CA Bar No. 66715]
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
(714) 371-2508

Attorneys for Debtors

6

70045442.1

## VERIFICATION

STATE OF CALIFORNIA           )
                                          ) SS:
COUNTY OF ORANGE             )

Ellen R. Marshall, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Manatt, Phelps & Phillips, LLP, andhave been admitted to appear before this Court.

2.      I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

3.      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, informtion and belief.  Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

_____
Ellen R. Marshall [ CA Bar No. 66715]

WORN AND SUBSCRIBED before me
this 13th day of July, 2007.

_____
Notary Public
My Commission Expires: December 11, 2008

GRETCHEN R. CLARK
Commission # 1533870
Notary Public - California
Orange County
My Comm. Expires Dec 11, 2008

## PROOF OF SERVICE

I, Tracey J. Dunn, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 695 Town Center Drive, 14th Floor, Costa Mesa, CA 92626.  On July 13, 2007, I served the within documents:

**FIRST MONTHLY APPLICATION OF MANATT, PHELPS & PHILLIPS, LLP, AS SPECIAL SECURITIZATION COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIODS APRIL 2, 2007 THROUGH APRIL 30, 2007 AND MAY 1, 2007 THROUGH MAY 31, 2007**

☐     by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. from (310) 312-4000, the transmission was reported as complete and without error, and a true copy of the transmission report was properly issued by the transmitting facsimile machine and is annexed to this proof of service.

☐     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☒     by placing the document(s) listed above in a sealed FedEx Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx Express agent for delivery.

☐     by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

*Please see attached Service List*

I am readily familiar with the Manatt, Phelps & Phillips, LLP's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 13, 2007, at Costa Mesa, California.

_____
Tracey J. Dunn

## PROOF OF SERVICE MAILING LIST

New Century Mortgage Corporation
Attn: Monika L. McCarthy, Esq.
18400 Von Karman Avenue, Suite 1000
Irvine, CA 92612

O'Melveny & Myers LLP
Attn: Suzzanne Uhland, Esq.
     Emily Culler, Esq.
400 South Hope Street
Los Angeles, CA 90071

Richards, Layton & Finger, P.A.
Attn: Mark D. Collins, Esq.
     Michael J. Merchant, Esq.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

AP Services, LLC
Attn: Holly Feder Etlin
Nine West 57th Street, Suite 3420
New York, NY 10019

Office of the U.S. Trustee
Attn: Joseph McMahon, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Kirkland & Ellis
Attn: Bennett L. Spiegel, Esq.
     Shirley S. Cho, Esq.
777 South Figueroa Street
Los Angeles, Ca 90017-5800

Blank Rom eLLP
Attn: Bonnie Glantz Fatell
1201 Market Street, Suite 800
Wilmington, DE 19801

Hahn & Hessen LLP
Attn: Mark S. Indelicato
488 Madison Avenue
New York, NY1002