# EXHIBIT B

## EXHIBIT B

## EXPENSE STATEMENT

| DATE | DESCRIPTION | MANATT PERSONNEL | AMOUNT |
|---|---|---|---|
| 04.17.07 | Telephone charge | E. Marshall | 0.11 |
| 05.01.07 | Telephone charge | E. Marshall | 0.20 |
| 05.02.07 | Telephone charge | E. Marshall | 0.35 |
| 05.07.07 | Telephone charge | E. Marshall | 0.06 |
| 05.07.07 | Telephone charge | E. Marshall | 0.63 |
| 05.07.07 | Telephone charge | E. Marshall | 0.06 |
| 05.08.07 | Telephone charge | E. Marshall | 0.96 |
| 05.08.07 | Telephone charge | T. Dunn | 0.20 |
| 05.08.07 | Telephone charge | T. Dunn | 0.11 |
| 05.08.07 | Telephone charge | T. Dunn | 0.06 |
| 05.08.07 | Telephone charge | T. Dunn | 0.06 |
| 05.08.07 | Telephone charge | T. Dunn | 0.06 |
| 05.08.07 | Telephone charge | T. Dunn | 0.11 |
| 05.08.07 | Telephone charge | T. Dunn | 0.11 |
| 05.08.07 | Telephone charge | T. Dunn | 0.35 |
| 05.09.07 | Telephone charge | E. Marshall | 0.06 |
| 05.09.07 | Telephone charge | E. Marshall | 0.44 |
| 05.09.07 | Telephone charge | E. Marshall | 0.06 |
| 05.09.07 | Telephone charge | E. Marshall | 1.22 |
| 05.09.07 | Telephone charge | E. Marshall | 0.20 |
| 05.11.07 | Telephone charge | E. Marshall | 0.08 |
| 05.11.07 | Telephone charge | E. Marshall | 0.36 |
| 05.15.07 | Telephone charge | T. Dunn | 0.06 |
| 05.15.07 | Telephone charge | T. Dunn | 0.20 |
| 05.15.07 | Telephone charge | T. Dunn | 0.06 |
| 05.25.07 | Telephone charge | E. Marshall | 0.20 |
| 05.29.07 | Telephone charge | E. Marshall | 0.11 |
| 05.29.07 | Telephone charge | E. Marshall | 0.11 |

| DATE | DESCRIPTION | MANATT PERSONNEL | AMOUNT |
|---|---|---|---|
| 05.30.07 | Telephone charge | E. Marshall | 0.06 |
| 05.30.07 | Telephone charge | E. Marshall | 0.06 |
| 05.30.07 | Telephone charge | E. Marshall | 0.06 |
| 05.30.07 | Telephone charge | E. Marshall | 0.06 |
| 05.30.07 | Telephone charge | E. Marshall | 0.06 |
| 05.31.07 | Telephone charge | E. Marshall | 0.06 |
| 05.30.07 | Fax charge | A. Kessel | 14.00 |
| 05.30.07 | Postage | | 6.15 |
| 05.15.07 – 05.17.07 | Airline reservation, Long Beach Airport, California to JFK, New York | E. Marshall | 692.30 |
| 05.15.07 – 05.17.07 | Hotel reservations, Manhattan, New York | E. Marshall | 804.08 |
| 05.15.07 | Long term airport parking, Long Beach Airport, California | E. Marshall | 35.00 |
| 05.15.07 | Taxi from JFK, New York, to Manhattan hotel, New York | E. Marshall | 60.00 |
| 05.17.07 | Taxi from Manhattan hotel to JFK Airport, New York | E. Marshall | 55.00 |
| 05.30.07 | Mileage from Manatt, Los Angeles, California to Manatt, Costa Mesa, California | J. Haft | 53.35 |