# ATTACHMENT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS,<br>INC., a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered<br><br>Objection Deadline: August 2, 2007 at 4:00 p.m.<br>Hearing: N/A |

## FIRST MONTHLY APPLICATION OF MANATT, PHELPS & PHILLIPS, LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL SECURITIZATION COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIODS FROM APRIL 2, 2007 THROUGH APRIL 30, 2007 AND MAY 1, 2007 THROUGH MAY 31, 2007

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007 [Docket No. 389] (the "Administrative Order"), Manatt, Phelps & Phillips, LLP ("Manatt") hereby files this First Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Periods from April 2, 200 through and including April 30, 2007 and May 1, 2007 through and including May 31, 2007 (the "Application"). By this Application, Manatt seeks a monthly allowance

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage)(d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a/ The Anyloan Corporation, 1800anyloan.com,, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a/ NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware Corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a/ Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

pursuant to the Administrative Order with respect to the sums of $36,745.20 (80% of $45,931.50) as compensation and $6.26 for reimbursement of actual and necessary expenses for the period April 2, 2007 through and including April 30, 2007 and $62,506.00 (80% of $78,132.50) as compensation and $1,720.57 for reimbursement of actual and necessary expenses for the period May 1, 2007 through and including May 31, 2007 for a total of $100,978.03 (the "Compensation Period"). In support of this Application, Manatt respectfully represents as follows:

### Background

1. On April 2, 2007 (the "Petition Date"), New Century Financial Corporation, New Century TRS Holdings, Inc., New Century Mortgage Corporation, NC Capital Corporation, Home123 Corporation, New Century Credit Corporation, NC Asset Holding, L.P., NC Residual III Corporation, NC Residual IV Corporation, New Century R.E.O. Corp., New Century R.E.O. II Corp., New Century R.E.O. III Corp., New Century Mortgage Ventures, LLC, NC Deltex, LLC and NCoral, L.P., (collectively, the "Debtors") filed voluntary petitioners for relief under chapter 11 of the Bankruptcy Code.

2. The Debtors' retention of Manatt was approved effective as of the Petition Date by this Court's Order dated April 24, 2007 (the "Retention Order"). The Retention Order authorized Manatt to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### Compensation Paid and Its Source

3. All services for which compensation is requested by Manatt were performed for or on behalf of the Debtors.

4. Except to the extent of the retainer paid to Manatt as described in the application seeking approval of Manatt's employment by the Debtors during the period covered by this Application, Manatt has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Manatt

and any other person other than the directors of Manatt for the sharing of compensation to be received for services rendered in these cases.

### Fee Statements

5.  The fee statement for the Compensation Period is attached hereto as Exhibit A. This statement contains daily time logs describing the time spent by each attorney and paraprofessional for this period. To the best of Manatt's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Administrative Order.

### Actual and Necessary Expenses

6.  A summary of actual and necessary expenses and daily logs of expenses incurred by Manatt during the Compensation Period is attached hereto as Exhibit B.

### Summary of Services Rendered

7.  The partners and associates of Manatt who have rendered professional services in these cases are as follows: Harold P. Reichwald, Ellen R. Marshall, Monte A. Lemann, Charles E. Washburn, Jr., Ivan L. Kallick, Matthew A. Portnoff, Michael E. Wong, Jennifer M. Haft and Tara Herman. The paraprofessional of Manatt who has provided service to these attorneys in these cases is Valarie Dennis.

8.  Manatt, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

### Valuation of Services

9.  Attorneys and paraprofessionals of Manatt have expended a total of 239.60 hours in connection with this matter during the Compensation Period, as follows:

| Name of Attorney | Hourly Billing Rate | Total Hours Billed |
|---|---|---|
| Harold P. Reichwald | $690.00 | 0.30 |
| Ellen R. Marshall | 650.00 | 133.30 |
| Monte A. Lemann | 620.00 | 2.70 |
| Charles E. Washburn, Jr. | 590.00 | 0.50 |
| Ivan L. Kallick | 590.00 | 13.40 |
| Matthew A. Portnoff | 415.00 | 2.80 |
| Michael E. Wong | 385.00 | 37.00 |
| Jennifer M. Haft | 305.00 | 13.00 |
| Tara Herman | 305.00 | 12.00 |
| Name of Paraprofessional | | |
| Valarie Dennis | 175.00 | 9.10 |

The nature of the work performed by these persons is fully set forth in <u>Exhibit A</u> attached hereto. These are Manatt's normal hourly rates for work of this character. The reasonable value of the services rendered by Manatt to the Debtor's during the Compensation Period is $124,064.00.

10. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Manatt is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, Manatt has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, Manatt respectfully requests that the Court enter an order providing that for the Compensation Period, an allowance be made to Manatt in the sum of $99,251.20 (80% of $124,064.00) as compensation for necessary professional services rendered,

70045466.1                                        4

and the sum of $1,726.83 for reimbursement of actual necessary costs and expenses, for a total of $100,978.03, and that such sums be authorized for payment less what has been paid previously to Manatt pursuant to the Administrative Order, and for such other and further relief as this Court may deem just and proper.

Dated:  July 13, 2007                    MANATT, PHELPS & PHILLIPS, LLP

By: _____
Ellen R. Marshall [CA Bar No. 66715]
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
(714) 371-2508

Attorneys for Debtors

# EXHIBIT A

# EXHIBIT A

## FEE STATEMENT

| DATE | DESCRIPTION | ATTORNEY | HOURS |
|---|---|---|---|
| 04.16.07 | Conference call regarding update about servicing platform and sale of same. | E. Marshall | 0.50 |
| 04.16.07 | Review selected pleadings, agreement with Carrington, Pooling and Servicing Agreements with reference to Carrington agreement to purchase servicing-related assets. | E. Marshall | 5.80 |
| 04.16.07 | Confer with E. Marshall to review engagement and action items | M. Wong | 0.50 |
| 04.17.07 | Confer with E. Marshall regarding licensing of servicing operations in California and other states, follow-up regarding same. | C. Washburn | 0.50 |
| 04.17.07 | Calls and emails regarding restrictions on sale or transfer of servicing. | E. Marshall | 1.20 |
| 04.17.07 | Review and analyze documents from loan sales and securitizations with reference to servicing termination provisions and other issues affecting transfer of servicing. | E. Marshall | 3.50 |
| 04.17.07 | Participate in conference call regarding Carrington bid for servicing. | E. Marshall | 0.80 |
| 04.17.07 | Analyze emergency motion of New Century filed in U.S. Bankruptcy Court and objections to the motion. | M. Wong | 3.00 |
| 04.17.07 | Download, print and organize relevant documents from emails and Intralinks website, including 28 Servicing and Pooling Agreements. | M. Wong | 2.00 |
| 04.18.07 | Review successive drafts of revised Asset Purchase Agreement for sale of servicing and provide comments. | E. Marshall | 2.50 |
| 04.18.07 | Continue review of servicing agreements, Pooling and Servicing Agreements and Indentures for securitizations that are included in Asset Purchase Agreements for sale of servicing. | E. Marshall | 3.20 |
| 04.18.07 | Attention to review of Pooling and Servicing Agreements. | M. Wong | 0.50 |
| 04.19.07 | Conference call with bankruptcy counsel regarding update on issues relating to securitizations and tasks to be performed. | E. Marshall | 1.00 |
| 04.19.07 | Document review and analysis regarding outstanding securitization transactions and interface with bankruptcy filings and proceedings. | E. Marshall | 3.30 |
| 04.19.07 | Review servicing agreements and Indenture for Servicing Fees and Distribution Dates; prepare table regarding same. | V. Dennis | 6.00 |

| DATE | DESCRIPTION | ATTORNEY | HOURS |
|---|---|---|---|
| 04.21.07 | Review various securitization agreements with reference to possible requirement for ownership of residuals based on status of purchaser as a REIT. | E. Marshall | 1.50 |
| 04.22.07 | Continue review of documents in electronic data room with respect to identifying residual certificates and contractual restrictions on the transfer of same. | E. Marshall | 4.20 |
| 04.22.07 | Emails with bankruptcy counsel regarding residual certificates, identification of same, and applicable documentation. | E. Marshall | 0.50 |
| 04.23.07 | Continue research and analysis of contractual restrictions on sales of residuals. | E. Marshall | 0.80 |
| 04.23.07 | Emails regarding call option and its effect on residual securities, and review related documents. | E. Marshall | 1.00 |
| 04.23.07 | Review proposal regarding missing residuals certificates and emails regarding same. | E. Marshall | 0.50 |
| 04.23.07 | Analyze Pooling and Servicing Agreements. | M. Wong | 6.00 |
| 04.24.07 | Telephone conference with E. Marshall regarding issues relating to indemnity for lost residual certificates and ability transfer residual rights to Carrington. | H. Reichwald | 0.30 |
| 04.24.07 | Continue research and analysis of Pooling and Servicing Agreements and other documents regarding contractual restrictions on sales that are restricted to REIT's and documentation required to support status as REIT. | E. Marshall | 1.50 |
| 04.24.07 | Participate in conference call to discuss Carrington issue relating to Regulation AB compliance issues under servicing agreement and the draft memo on that subject. | E. Marshall | 1.20 |
| 04.24.07 | Prepare summary of import of individual exceptions taken in KPMG attention letter. | E. Marshall | 1.30 |
| 04.24.07 | Review and analyze Trust Agreements with reference to consequences of missing Owner Trust Certificates. | E. Marshall | 1.50 |
| 04.24.07 | Review Servicing and Pooling Agreements. | M. Wong | 2.50 |
| 04.24.07 | Research Trust Agreement. Review REIT requirements for transfer; research Exhibit J to Trust Agreement. | V. Dennis | 2.80 |
| 04.25.07 | Review and edit letter to Greenwich on KPMG attestation implications, including references to Regulation AB and specific contractual requirements in servicing agreements. | E. Marshall | 3.20 |
| 04.25.07 | Participate in legal update conference call. | E. Marshall | 1.00 |
| 04.25.07 | Analyze Pooling and Servicing Agreements. | M. Wong | 2.30 |
| 04.25.07 | Create spreadsheet to track changes between each of the 28 Pooling and Servicing Agreements. | M. Wong | 2.00 |
| 04.25.07 | Meet with E. Marshall to discuss differences among the 28 Pooling and Servicing Agreements. | M. Wong | 0.50 |

| DATE | DESCRIPTION | ATTORNEY | HOURS |
|---|---|---|---|
| 04.25.07 | Analyze Pooling and Servicing Agreements for Regulation AB issues. | M. Wong | 2.20 |
| 04.25.07 | Meet with E. Marshall to discuss Regulation AB issues. | M. Wong | 0.50 |
| 04.26.07 | Continue review of securitization documents, accountant attestation and related documents with reference to questions raised as to servicing covenants and remedies in specific documents. | E. Marshall | 1.50 |
| 04.26.07 | Participate in conference call for legal update. | E. Marshall | 1.00 |
| 04.26.07 | Revise draft of affidavit in support of application to approve Manatt, Phelps & Phillips as special securitization counsel, and send to M. Finnegan. | E. Marshall | 0.80 |
| 04.26.07 | Review and revise successive drafts of letter to Greenwich regarding servicing and confer with C. Houston and T. Theologides regarding same. | E. Marshall | 2.50 |
| 04.26.07 | Research information request requirements in Pooling and Servicing Agreements per A. Mostafavipour request. | M. Wong | 0.50 |
| 04.26.07 | Review and comment on New Century's letter to Greenwich. | M. Wong | 2.50 |
| 04.26.07 | Discuss comments on Greenwich letter with E. Marshall. | M. Wong | 0.20 |
| 04.26.07 | Review Pooling and Servicing Agreement regarding Trustee's rights of inspection. | V. Dennis | 0.30 |
| 04.29.07 | Review emails and documents regarding sale from E. Marshall. | I. Kallick | 2.00 |
| 04.29.07 | Review and revise draft documents provided by Morgan Stanley counsel for the sale of mortgage loans and residuals. | E. Marshall | 3.20 |
| 04.30.07 | Participate in legal update conference call. | E. Marshall | 0.50 |
| 04.30.07 | Review additional comments on proposed documents for use in auction of residuals and whole loans and confer with counsel to Morgan Stanley regarding issues. | E. Marshall | 1.20 |
| 05.01.07 | Review revised drafts of confidentiality agreements, offering memoranda and form documents for the auction of residuals and whole loans; provide comments to counsel for Morgan Stanley. | E. Marshall | 1.00 |
| 05.01.07 | Work on analysis of issues to be covered in memo on servicing transfer, including review of selected provisions in Pooling and Servicing Agreements and Servicing Agreement documents. | E. Marshall | 1.00 |
| 05.02.07 | Various calls and emails with R. Layton firm and E. Marshall regarding retention of Manatt, Phelps & Phillips. | I. Kallick | 2.00 |
| 05.02.07 | Review and advise regarding issue of financial accommodation and sale issue in a Chapter11 case. | I. Kallick | 1.00 |

| DATE | DESCRIPTION | ATTORNEY | HOURS |
|---|---|---|---|
| 05.02.07 | Calls, emails and review of revisions regarding confidentiality agreement with Ellington. | E. Marshall | 0.50 |
| 05.02.07 | Participate in legal update conference call. | E. Marshall | .050 |
| 05.02.07 | Review revised confidentiality agreements for Ellington and Bear Stearns; emails and calls regarding same. | E. Marshall | 0.30 |
| 05.02.07 | Meeting with E. Marshall regarding legal memo concerning possible methods to transfer servicing rights under the Pooling and Servicing Agreements. | M. Wong | 0.30 |
| 05.03.07 | Conference call with representatives of Greenwich regarding servicing rights as collateral for DIP financing. | E. Marshall | 1.00 |
| 05.03.07 | Review list of proposed additional contracts to transfer, provided by counsel to Carrington; review individual contracts and prepare memo explaining reasons for including some and excluding others. | E. Marshall | 4.80 |
| 05.03.07 | Review and approve form of email to bidders further explaining bid procedure. | E. Marshall | 0.30 |
| 05.03.07 | Calls and emails about revision to confidentiality agreement with Ellington, and arranging for execution of same. | E. Marshall | 0.50 |
| 05.03.07 | Emails and commence review of securitization documents with reference to call option provisions in connection with missing certificates. | E. Marshall | 0.80 |
| 05.03.07 | Attention to bankruptcy; conference call regarding Greenwich. | M. Wong | 1.00 |
| 05.03.07 | Reviewed Pooling and Servicing Agreement and Service Agreements titles to Schedule 1.1(i); make revisions to same. | V. Dennis | 7.50 |
| 05.04.07 | Prepare for and participate in conference call with counsel to Carrington regarding additional contracts requested to be included in servicing transfer Asset Purchase Agreement. | E. Marshall | 1.00 |
| 05.04.07 | Calls and analysis of documents to follow up on issues raised by counsel to Carrington regarding title to REO property, whether any Ambac insured securities remain outstanding, and consents expected to be needed to close transaction. | E. Marshall | 0.80 |
| 05.04.07 | Review and analyze various servicing documents with reference to issues to be addressed in memo. | E. Marshall | 2.30 |
| 05.04.07 | Attention to bankruptcy advice; draft memo to A. Mostafavipour regarding NCMC's options to transfer its mortgage servicing rights. | M. Wong | 9.50 |
| 05.05.07 | Work on memo regarding transfer of servicing, including research and review of individual agreements with | E. Marshall | 5.50 |

| DATE | DESCRIPTION | ATTORNEY | HOURS |
|---|---|---|---|
| | reference to pertinent provisions, and distribute memo. | | |
| 05.05.07 | Continuous preparation of memo on transfer of servicing rights. | M. Wong | 1.00 |
| 05.06.07 | Briefly review tabular summary of consent and notice requirements related to transfer of servicing, provided by counsel to Carrington. | E. Marshall | 0.50 |
| 05.07.07 | Exchanges of emails regarding retention of Manatt and review court docket. | I. Kallick | 1.00 |
| 05.07.07 | Respond to counsel for Carrington regarding insured transaction and Ambac approval requirement. | E. Marshall | 0.30 |
| 05.07.07 | Participate in legal update call. | E. Marshall | 0.50 |
| 05.07.07 | Call with A. Mostafavipour, and follow up email regarding servicing transfer issues and analysis. | E. Marshall | 1.00 |
| 05.07.07 | Calls and emails regarding servicing practices with reference to title to REO property. | E. Marshall | 0.30 |
| 05.08.07 | Per E. Marshall, run additional conflicts and consider disclosure. | I. Kallick | 0.50 |
| 05.08.07 | Conference call with representatives of Deutsche Bank. | E. Marshall | 0.50 |
| 05.08.07 | Participate in legal update conference call. | E. Marshall | 0.40 |
| 05.08.07 | Confer regarding New York law issue; review preliminary research on New York law interpretation of sale of substantially all assets, and emails regarding application to factual circumstances. | E. Marshall | 0.30 |
| 05.08.07 | Call with J. Laubach regarding Carrington issues with revised schedules; provide suggested language regarding REO property in Asset Purchase Agreement; review revised schedules. | E. Marshall | 0.70 |
| 05.08.07 | Emails and conference regarding research assignment; research sale of substantially all assets under New York law; draft preliminary memo and email findings to E. Marshall. | T. Herman | 6.00 |
| 05.09.07 | Participate in legal update conference call. | E. Marshall | 0.50 |
| 05.09.07 | Call with B. Christiansen regarding auction of servicing rights and related matters. | E. Marshall | 0.40 |
| 05.09.07 | Review servicing termination triggers in individual transactions, and emails regarding data on actual loss levels; review trustee fee letters. | E. Marshall | 1.60 |
| 05.09.07 | Review revisions to Carrington Asset Purchase Agreement and Schedules. | E. Marshall | 0.30 |
| 05.09.07 | Additional case law and treatise research regarding sale of all or substantially all assets under New York law; summarize research and email same to E. Marshall. | T. Herman | 6.00 |

| DATE | DESCRIPTION | ATTORNEY | HOURS |
|---|---|---|---|
| 05.10.07 | Participate in conference call regarding issues in draft of revised Asset Purchase Agreement; emails regarding rating agency contacts in connection with anticipated approval process. | E. Marshall | 1.20 |
| 05.11.07 | Advise E. Nord and C. Tam regarding closing procedures for sale of residuals that have been finances under DIP facility and other matters. | E. Marshall | 0.40 |
| 05.11.07 | Advise J. Laubach regarding structure of C-BASS / Barclays proposal and commence review of selected transaction documents regarding impediments to pledge to secure financing; review alternative proposals for acquisition of servicing. | E. Marshall | 1.60 |
| 05.13.07 | Analysis of possible approaches to trust reformation to enable financing of purchase price by C-BASS. | E. Marshall | 0.40 |
| 05.14.07 | Review and comment on fee application process with E. Marshall | I. Kallick | 0.60 |
| 05.14.07 | Participate in conference call to discuss auction for servicing. | E. Marshall | 0.50 |
| 05.14.07 | Participate I legal update conference call. | E. Marshall | 0.40 |
| 05.14.07 | Continue review of transaction documents for 26 deals with reference to issues that might affect transfer of servicing; emails about two deals as to which closing sets are not available; advise corporate attorneys regarding roles of different New Century entitles in different transactions; confer regarding issue of C-BASS desire to finance its purchase and documentary impediments to that approach. | E. Marshall | 2.30 |
| 05.15.07 | Consider assumption issue in context of sale. | I. Kallick | 0.90 |
| 05.15.07 | Travel to New York for auction of servicing rights and platform. | E. Marshall | 4.00 |
| 05.15.07 | Review mark-ups of agreements that would be used with each potential purchaser in auction and table reflecting adjustments to bid amounts for differences in their approaches. | E. Marshall | 1.50 |
| 05.15.07 | Emails and search in electronic data room and closing document sets for missing Indentures and Appendices sought by bidders. | E. Marshall | 0.80 |
| 05.16.07 | Confer with and advise E. Marshall regarding executory contract issue sin context of servicing and sale agreements. | I. Kallick | 1.80 |
| 05.16.07 | Participate in auction of servicing rights, including side meetings and analysis of competing proposals. | E. Marshall | 6.60 |
| 05.16.07 | Analyze Wells Fargo objection and defenses to same, including review of pertinent portions of transaction | E. Marshall | 1.20 |

| DATE | DESCRIPTION | ATTORNEY | HOURS |
|---|---|---|---|
| | documents. | | |
| 05.16.07 | Advise E. Nord regarding effect of proposal in Morgan Stanley mark-up of deleting certain items from schedules. | E. Marshall | 0.20 |
| 05.16.07 | Participate in legal update conference call. | E. Marshall | 0.40 |
| 05.16.07 | Review proposed further revisions to agreement that would apply if Ellington wins auction. | E. Marshall | 0.30 |
| 05.17.07 | Return travel from New York. | E. Marshall | 7.00 |
| 05.17.07 | Call with representatives of Carrington regarding licensing and other conditions to closing servicing transfer. | E. Marshall | 0.60 |
| 05.17.07 | Emails and conference call regarding response to Deutsche Bank and Wells objections, and provide sample agreements to counsel for creditors' committee pertinent to discussion. | E. Marshall | 0.70 |
| 05.17.07 | Participate in legal update conference call. | E. Marshall | 0.40 |
| 05.18.07 | Review and comment on successive drafts of responsive pleading and advise regarding approach to responding to objections and cure amount claims and preparation for court hearing on sale of servicing to Carrington; confirm accuracy for quantitative data in pleadings, and send pertinent documents to M. Loewenthal in preparation for hearing. | E. Marshall | 2.50 |
| 05.18.07 | Calls and emails on licensing and rating agency requirements for transfer of servicing and related factual developments. | E. Marshall | 1.10 |
| 05.18.07 | Participate in conference call with representatives of creditors' committee regarding preparation for court hearing to confirm sale to Carrington. | E. Marshall | 0.50 |
| 05.20.07 | Review and provide comments on draft language for Asset Purchase Agreement, including regarding transition services and indemnification, and emails and call regarding same. | E. Marshall | 0.90 |
| 05.21.07 | Emails regarding proposal for transition services, and licensing requirements that would apply during that period. | E. Marshall | 0.20 |
| 05.22.07 | Conference call with Carrington and its representatives regarding licensing issues and status. | E. Marshall | 1.40 |
| 05.22.07 | Review suggested revisions to language on transitional services arrangement with Carrington. | E. Marshall | 0.10 |
| 05.23.07 | Emails regarding schedules to Asset Purchase Agreement. | E. Marshall | 0.20 |
| 05.23.07 | Participate in legal update conference call. | E. Marshall | 0.40 |
| 05.23.07 | Emails regarding hearing on approval of counsel and | E. Marshall | 0.30 |

| DATE | DESCRIPTION | ATTORNEY | HOURS |
|---|---|---|---|
|  | review comments of OUST. |  |  |
| 05.24.07 | Exchange of emails regarding Manatt retention, to/from Richards Lyon firm and review OUST objections regarding same. | I. Kallick | 2.00 |
| 05.24.07 | Call with M. Brown on documentation required to transfer servicing at closing. | E. Marshall | 1.00 |
| 05.24.07 | Review draft of stipulation on Deutsche Bank cure amount and emails with bankruptcy counsel regarding same. | E. Marshall | 0.70 |
| 05.24.07 | Emails regarding telephonic appearance at April 30 hearing. | E. Marshall | 0.20 |
| 05.25.07 | Review OUST issues with E. Marshall and review option issues relative to claims. | I. Kallick | 1.10 |
| 05.25.07 | Participate in calls with bankruptcy attorneys and representatives of unsecured creditors committee regarding proposed stipulation regarding Deutsche Bank cure amount claim and related review of individual transaction documents as to roles played by Debtors in and relevant duties under each transaction; related emails. | E. Marshall | 2.80 |
| 05.25.07 | Review proposed list for Schedule 2.7(g) to Asset Purchase Agreement and check individual transaction documents for accuracy of list. | E. Marshall | 1.30 |
| 05.25.07 | Calls regarding request for Ambac, as bond insurer, to approve Carrington as successor services; prepare draft of letter for approval and send to counsel for Ambac. | E. Marshall | 1.80 |
| 05.25.07 | Call to counsel for Deutsche Bank regarding anticipated need for amendment of several transactions to allow Carrington to succeed as servicer. | E. Marshall | 0.20 |
| 05.27.07 | Draft form for amendment to Pooling and Servicing Agreements with reference to definition of "Person" and possible other revisions to facilitate transfer to Carrington, and send to J. Haft with explanatory materials. | E. Marshall | 2.80 |
| 05.28.07 | Work on documentation for amendment of servicing agreement. | E. Marshall | 1.00 |
| 05.29.07 | Advise E. Marshall and confer regarding OUST objections to employment applications. | I. Kallick | 0.50 |
| 05.29.07 | Work on documentation for amendment of servicing agreements and obtaining consents to servicing transfer, including calls with Wilmington Trust Company and emails with counsel to Carrington. | E. Marshall | 1.30 |
| 05.29.07 | Office conference with E. Marshall regarding New Century/Carrington transaction; prepare amendments to Servicing Agreement and to Pooling and Servicing Agreements. | J. Haft | 8.40 |

| DATE | DESCRIPTION | ATTORNEY | HOURS |
|---|---|---|---|
| 05.30.07 | Review form of opinion; review REMIC rules. | M. Lehmann | 0.30 |
| 05.30.07 | Review and revise drafts of the amendments and circulate them to parties. | E. Marshall | 1.40 |
| 05.30.07 | Calls and emails with rating agencies and trustees with reference to amendments and approvals required to transfer servicing in various securitization transactions. | E. Marshall | 0.50 |
| 05.30.07 | Participate in legal update conference call. | E. Marshall | 0.40 |
| 05.30.07 | Review emails from M. Lehmann and form of opinion regarding revisions to Pooling and Servicing Agreements; conference call with M. Lehmann regarding same. | M. Portnoff | 1.00 |
| 05.30.07 | Prepare amendments to Servicing Agreements and Pooling and Servicing Agreements. | J. Haft | 4.60 |
| 05.30.07 | Prepare Schedule of Securities Table for agency re-rating. | V. Dennis | 6.00 |
| 05.31.07 | Drafting tax opinion; telephone conference with E. Marshall regarding same; review Pooling and Servicing Agreement. | M. Lehmann | 2.40 |
| 05.31.07 | Calls and emails regarding consents and approvals, REMIC opinion and other conditions to closing servicing transfer. | E. Marshall | 1.00 |
| 05.31.07 | Participate in legal update call. | E. Marshall | 0.50 |
| 05.31.07 | Review draft option; provide comments to same; prepare backup officer certificate regarding same. | M. Portnoff | 1.80 |
| 05.31.07 | Revise Schedule of Securities rated by each of Rating Agencies. | V. Dennis | 2.00 |

# EXHIBIT B

## EXHIBIT B

## EXPENSE STATEMENT

| DATE | DESCRIPTION | MANATT PERSONNEL | AMOUNT |
|---|---|---|---|
| 04.17.07 | Telephone charge | E. Marshall | 0.11 |
| 05.01.07 | Telephone charge | E. Marshall | 0.20 |
| 05.02.07 | Telephone charge | E. Marshall | 0.35 |
| 05.07.07 | Telephone charge | E. Marshall | 0.06 |
| 05.07.07 | Telephone charge | E. Marshall | 0.63 |
| 05.07.07 | Telephone charge | E. Marshall | 0.06 |
| 05.08.07 | Telephone charge | E. Marshall | 0.96 |
| 05.08.07 | Telephone charge | T. Dunn | 0.20 |
| 05.08.07 | Telephone charge | T. Dunn | 0.11 |
| 05.08.07 | Telephone charge | T. Dunn | 0.06 |
| 05.08.07 | Telephone charge | T. Dunn | 0.06 |
| 05.08.07 | Telephone charge | T. Dunn | 0.06 |
| 05.08.07 | Telephone charge | T. Dunn | 0.11 |
| 05.08.07 | Telephone charge | T. Dunn | 0.11 |
| 05.08.07 | Telephone charge | T. Dunn | 0.35 |
| 05.09.07 | Telephone charge | E. Marshall | 0.06 |
| 05.09.07 | Telephone charge | E. Marshall | 0.44 |
| 05.09.07 | Telephone charge | E. Marshall | 0.06 |
| 05.09.07 | Telephone charge | E. Marshall | 1.22 |
| 05.09.07 | Telephone charge | E. Marshall | 0.20 |
| 05.11.07 | Telephone charge | E. Marshall | 0.08 |
| 05.11.07 | Telephone charge | E. Marshall | 0.36 |
| 05.15.07 | Telephone charge | T. Dunn | 0.06 |
| 05.15.07 | Telephone charge | T. Dunn | 0.20 |
| 05.15.07 | Telephone charge | T. Dunn | 0.06 |
| 05.25.07 | Telephone charge | E. Marshall | 0.20 |
| 05.29.07 | Telephone charge | E. Marshall | 0.11 |
| 05.29.07 | Telephone charge | E. Marshall | 0.11 |

| DATE | DESCRIPTION | MANATT PERSONNEL | AMOUNT |
|---|---|---|---|
| 05.30.07 | Telephone charge | E. Marshall | 0.06 |
| 05.30.07 | Telephone charge | E. Marshall | 0.06 |
| 05.30.07 | Telephone charge | E. Marshall | 0.06 |
| 05.30.07 | Telephone charge | E. Marshall | 0.06 |
| 05.30.07 | Telephone charge | E. Marshall | 0.06 |
| 05.31.07 | Telephone charge | E. Marshall | 0.06 |
| 05.30.07 | Fax charge | A. Kessel | 14.00 |
| 05.30.07 | Postage | | 6.15 |
| 05.15.07 – 05.17.07 | Airline reservation, Long Beach Airport, California to JFK, New York | E. Marshall | 692.30 |
| 05.15.07 – 05.17.07 | Hotel reservations, Manhattan, New York | E. Marshall | 804.08 |
| 05.15.07 | Long term airport parking, Long Beach Airport, California | E. Marshall | 35.00 |
| 05.15.07 | Taxi from JFK, New York, to Manhattan hotel, New York | E. Marshall | 60.00 |
| 05.17.07 | Taxi from Manhattan hotel to JFK Airport, New York | E. Marshall | 55.00 |
| 05.30.07 | Mileage from Manatt, Los Angeles, California to Manatt, Costa Mesa, California | J. Haft | 53.35 |