# VERIFICATION

STATE OF CALIFORNIA              )
                                 ) SS:
COUNTY OF ORANGE                 )

Ellen R. Marshall, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Manatt, Phelps & Phillips, LLP, andhave been admitted to appear before this Court.

2. I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

3. I have reviewed the foregoing Notice of Application and the facts set forth therein are true and correct to the best of my knowledge, informtion and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

_____
Ellen R. Marshall [ CA Bar No. 66715]

WORN AND SUBSCRIBED before me this 13th day of July, 2007.

_____
Notary Public
My Commission Expires: December 11, 2008

[Notary Seal: GRETCHEN R. CLARK, Commission # 1533870, Notary Public - California, Orange County, My Comm. Expires Dec 11, 2008]

# PROOF OF SERVICE

I, Tracey J. Dunn, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 695 Town Center Drive, 14th Floor, Costa Mesa, CA 92626. On July 13, 2007, I served the within documents:

**NOTICE OF FIRST MONTHLY FEE APPLICATION OF MANATT, PHELPS & PHILLIPS, LLP**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. from (310) 312-4000, the transmission was reported as complete and without error, and a true copy of the transmission report was properly issued by the transmitting facsimile machine and is annexed to this proof of service.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☒ by placing the document(s) listed above in a sealed FedEx Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

*Please see attached Service List*

I am readily familiar with the Manatt, Phelps & Phillips, LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 13, 2007, at Costa Mesa, California.

_____
Tracey J. Dunn

## PROOF OF SERVICE MAILING LIST

New Century Mortgage Corporation
Attn: Monika L. McCarthy, Esq.
18400 Von Karman Avenue, Suite 1000
Irvine, CA 92612

O'Melveny & Myers LLP
Attn: Suzzanne Uhland, Esq.
　　　Emily Culler, Esq.
400 South Hope Street
Los Angeles, CA 90071

Richards, Layton & Finger, P.A.
Attn: Mark D. Collins, Esq.
　　　Michael J. Merchant, Esq.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

AP Services, LLC
Attn: Holly Feder Etlin
Nine West 57th Street, Suite 3420
New York, NY 10019

Office of the U.S. Trustee
Attn: Joseph McMahon, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Kirkland & Ellis
Attn: Bennett L. Spiegel, Esq.
　　　Shirley S. Cho, Esq.
777 South Figueroa Street
Los Angeles, CA 90017-5800

Blank Rom eLLP
Attn: Bonnie Glantz Fatell
1201 Market Street, Suite 800
Wilmington, DE 19801

Hahn & Hessen LLP
Attn: Mark S. Indelicato
488 Madison Avenue
New York, NY 10022