## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | :    **Chapter 11** |
| | : |
| **NEW CENTURY TRS HOLDINGS,** | :    **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : |
| | :    **Jointly Administered** |
| **Debtors.** | : |
| | :    **Objection Deadline: July 23, 2007** |
| | : |

### NOTICE OF REJECTION OF EXECUTORY CONTRACTS

TO:    Joy Henn
        Lease Administrator
        General Electric Capital Corporation ("GECC")
        Attn: Collections/Canon Accounts
        1010 Thomas Edison Blvd. SW
        Cedar Rapids, IA 60015

RE:

- Equipment Lease Agreement 003-0195603-010 between Home123 Corporation and Canon Financial Services Inc. (assigned from Canon to GECC)
  Expiration Date: Month to Month
  Monthly Obligation: $632.71

- Equipment Lease Agreement 003-0195603-050 dated November 26, 2003 between Home123 Corporation and Canon Financial Services Inc. (assigned from Canon to GECC)
  Expiration Date: Month to Month
  Monthly Obligation: $7,492.77

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- Equipment Lease Agreement 003-0195603-052 between Home123 Corporation and Canon Financial Services Inc. (assigned from Canon to GECC)
  Expiration Date: June 10, 2008
  Monthly Obligation: $2,400.18

- Equipment Lease Agreement 003-0195603-051 between Home123 Corporation and Canon Financial Services Inc. (assigned from Canon to GECC)
  Expiration Date: May 3, 2008
  Monthly Obligation: $2,400.18

- Equipment Lease Agreement 003-0195603-024 between Home123 Corporation and Canon Financial Services Inc. (assigned from Canon to GECC)
  Expiration Date: Month to Month
  Monthly Obligation: $752.10

- Equipment Lease Agreement 003-0195603-016 between Home123 Corporation and Canon Financial Services Inc. (assigned from Canon to GECC)
  Expiration Date: Month to Month
  Monthly Obligation: $345.79

- Equipment Lease Agreement 003-0195603-015 between Home123 Corporation and Canon Financial Services Inc. (assigned from Canon to GECC)
  Expiration Date: Month to Month
  Monthly Obligation: $244.16

- Equipment Lease Agreement 003-0195603-014 between Home123 Corporation and Canon Financial Services Inc. (assigned from Canon to GECC)
  Expiration Date: Month to Month
  Monthly Obligation: $644.09

- Equipment Lease Agreement 003-0195603-012 between Home123 Corporation and Canon Financial Services Inc. (assigned from Canon to GECC)
  Expiration Date: Month to Month
  Monthly Obligation: $561.35

- Equipment Lease Agreement 003-0195603-009 between Home123 Corporation and Canon Financial Services Inc. (assigned from Canon to GECC)
  Expiration Date: Month to Month
  Monthly Obligation: $850.31

- Equipment Lease Agreement 003-0195603-008 dated July 3, 2002 between Home123 Corporation and Canon Financial Services Inc. dated 7/3/2002 (assigned from Canon to GECC)
  Expiration Date: Month to Month
  Monthly Obligation: $622.44

- Equipment Lease Agreement 003-0195603-007 between Home123 Corporation and Canon Financial Services Inc. (assigned from Canon to GECC)
  Expiration Date: Month to Month
  Monthly Obligation: $118.64

- Equipment Lease Agreement 003-0195603-006 between Home123 Corporation and Canon Financial Services Inc. (assigned from Canon to GECC)
  Expiration Date: Month to Month
  Monthly Obligation: $660.96

- Equipment Lease Agreement 003-0195603-005 between Home123 Corporation and Canon Financial Services Inc. (assigned from Canon to GECC)
  Expiration Date: Month to Month
  Monthly Obligation: $1,324.72

- Equipment Lease Agreement 003-0195603-003 between Home123 Corporation and Canon Financial Services Inc. (assigned from Canon to GECC)
  Expiration Date: Month to Month
  Monthly Obligation: $1,899.72

- Equipment Lease Agreement 003-0195603-001 between Home123 Corporation and Canon Financial Services Inc. (assigned from Canon to GECC)
  Expiration Date: Month to Month
  Monthly Obligation: $1,501.69

(each an "Executory Contract" and collectively, the "Executory Contracts")

**PLEASE TAKE NOTICE** that on April 25, 2007 the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the order on the "Motion of the Debtors and Debtors in Possession for Entry of an Order Pursuant to Section 365 and 554 of the Bankruptcy Code (A) Authorizing and Approving the Rejection of Certain Unexpired Leases of Nonresidential Real Property and (B) Authorizing and Approving Procedures for the Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property" [Docket No. 388] (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the above-captioned debtors and debtors-in-possession (the "Debtors") hereby provide notice of

their intent to reject the above-referenced Executory Contracts. Pursuant to the terms of the Order, the Executory Contracts shall be deemed rejected effective ten (10) days after this notice is served (the "Effective Date of Rejection").

**PLEASE TAKE FURTHER NOTICE** that, should you object to the Debtors' rejection any of the Executory Contracts, you must file and serve a written objection so that such objection is filed with the Court and actually received no later than ten (10) days after the date that the Debtors served this "Notice of Rejection of Executory Contracts" (the "Notice") by the following parties (the "Objection Notice Parties"): (i) counsel to the Debtors: O'Melveny & Myers LLP, 275 Battery Street, San Francisco, California 94111, Attention: Suzzanne S. Uhland, Esq., and Richards, Layton & Finger, One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Attention: Mark D. Collins, Esq.; (ii) counsel to the Official Committee of Unsecured Creditors: Blank Rome, LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19801-4226, Attention: Bonnie Glantz Fatell, Esq. and Hahn & Hessen LLP, 488 Madison Avenue, 14th & 15th Floor, New York, New York 10022, Attention: Mark T. Power, Esq. and (iii) the Office of the United States Trustee: 844 King Street, Room 2207, Lockbox #35, Wilmington, Delaware 19899-0035, Attention: Joseph McMahon, Jr., Esq. Absent such an objection being filed and served in compliance with the foregoing, the rejection of the Executory Contracts shall become effective on the Effective Date of Rejection, without further notice, hearing or order of the Court.

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served on the Objection Notice Parties as specified above, the Court will schedule a hearing to consider that objection. If the Court upholds the objection and determines the effective date of rejection of such executory contract, lease or sublease, or interest in such lease or sublease, that

date shall be the rejection date. If such objection is overruled or withdrawn or the Court does not determine the date of rejection, the rejection date of such executory contract, lease, sublease or interest shall be deemed to have occurred on the Effective Date of Rejection, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if the Debtors have deposited monies with a lessor or contract counter-party as a security deposit or arrangement, such lessor or contract counter-party may not offset or otherwise use such deposit without prior authorization from the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, upon the rejection of the Executory Contracts you are required to file a rejection damages claim, if any, by the later of (i) the claims bar date established in these chapter 11 cases or (ii) thirty (30) days after the Effective Date of Rejection.

Dated: July 13, 2007
      Wilmington, Delaware

Respectfully submitted,

_/s/ Mark D. Collins_
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

5

RLF1-3178081-1