# **EXHIBIT A**

## EXHIBIT A

## LEASES

| Lease ID | Address | City | State | Zip | Lease Commencement | Lease Expiration | Landlord Contact Info |
|---|---|---|---|---|---|---|---|
| CA015 | 18400 Von Karman Suite 1000, 1100 | Irvine | CA | 92612 | 07/01/2002 | 08/31/2008 | Attn: Property Manager<br>The Irvine Company LLC<br>18500 VonKarman Ave, Ste 120<br>Irvine CA 92612<br><br>Attn: Michael G. Busenkell, Esq.<br>Eckert, Seamans, Cherin & Mellott, LLC<br>Suite 1210, 300 Delaware Avenue<br>Wilmington, DE 19801<br><br>Attn: Jesse S. Finlayson, Esq.<br>Michael R. Williams, Esq.<br>Finlayson, Augustini & Williams LLP<br>110 Newport Center Drive, Suite 100<br>Newport Beach, CA 92660 |
| CA016 | 18400 Von Karman Stes. B-5,R,U,H,M | Irvine | CA | 92612 | 08/27/1997 | Month to Month | Attn: Property Manager<br>The Irvine Company LLC<br>18500 VonKarman Ave, Ste 120<br>Irvine CA 92612<br><br>Attn: Michael G. Busenkell, Esq.<br>Eckert, Seamans, Cherin & Mellott, LLC<br>Suite 1210, 300 Delaware Avenue<br>Wilmington, DE 19801<br><br>Attn: Jesse S. Finlayson, Esq.<br>Michael R. Williams, Esq.<br>Finlayson, Augustini & Williams LLP<br>110 Newport Center Drive, Suite 100<br>Newport Beach, CA 92660 |

Exhibit A-1

| Lease ID | Address | City | State | Zip | Lease Commencement | Lease Expiration | Landlord Contact Info |
|---|---|---|---|---|---|---|---|
| CA017 | 18400 Von Karman, Rooftop | Irvine | CA | 92612 | 09/01/2003 | 08/31/2008 | Attn: Property Manager<br>The Irvine Company LLC<br>18500 VonKarman Ave, Ste 120<br>Irvine CA 92612<br><br>Attn: Michael G. Busenkell, Esq.<br>Eckert, Seamans, Cherin & Mellott, LLC<br>Suite 1210, 300 Delaware Avenue<br>Wilmington, DE 19801<br><br>Attn: Jesse S. Finlayson, Esq.<br>Michael R. Williams, Esq.<br>Finlayson, Augustini & Williams LLP<br>110 Newport Center Drive, Suite 100<br>Newport Beach, CA 92660 |
| CA018 | 18400 Von Karman Suite 200 (Storage) | Irvine | CA | 92612 | 08/12/2003 | Month to Month | Attn: Property Manager<br>The Irvine Company LLC<br>18500 VonKarman Ave, Ste 120<br>Irvine CA 92612<br><br>Attn: Michael G. Busenkell, Esq.<br>Eckert, Seamans, Cherin & Mellott, LLC<br>Suite 1210, 300 Delaware Avenue<br>Wilmington, DE 19801<br><br>Attn: Jesse S. Finlayson, Esq.<br>Michael R. Williams, Esq.<br>Finlayson, Augustini & Williams LLP<br>110 Newport Center Drive, Suite 100<br>Newport Beach, CA 92660 |
| CA019 | 18400 Von Karman Suite 200 (Storage) | Irvine | CA | 92612 | 08/12/2003 | Month to Month | Attn: Property Manager<br>The Irvine Company LLC<br>18500 VonKarman Ave, Ste 120<br>Irvine CA 92612<br><br>Attn: Michael G. Busenkell, Esq.<br>Eckert, Seamans, Cherin & Mellott, LLC<br>Suite 1210, 300 Delaware Avenue<br>Wilmington, DE 19801 |

Exhibit A-2

| Lease ID | Address | City | State | Zip | Lease Commencement | Lease Expiration | Landlord Contact Info |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | Attn: Jesse S. Finlayson, Esq.<br>Michael R. Williams, Esq.<br>Finlayson, Augustini & Williams LLP<br>110 Newport Center Drive, Suite 100<br>Newport Beach, CA 92660 |
| CA022 | 210 Commerce Center Building | Irvine | CA | 92606 | 08/07/2002 | 08/31/2007 | Laura Phillips<br>The Irvine Company LLC<br>111 Innovation Dr<br>Irvine CA 92617<br><br>Attn: Michael G. Busenkell, Esq.<br>Eckert, Seamans, Cherin & Mellott, LLC<br>Suite 1210, 300 Delaware Avenue<br>Wilmington, DE 19801<br><br>Attn: Jesse S. Finlayson, Esq.<br>Michael R. Williams, Esq.<br>Finlayson, Augustini & Williams LLP<br>110 Newport Center Drive, Suite 100<br>Newport Beach, CA 92660 |
| CA023 | 3121 Michelson Drive Floors 4, 5 & 6 | Irvine | CA | 92612 | 04/15/2005 | 04/30/2010 | Wendy S. Morgan<br>Maguire Properties - 3121 Michelson, LLC<br>3333 Michelson Dr, Ste 350<br>Irvine CA 92612<br><br>D.J. Baker, Esq.<br>Rosalie W. Gray, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522<br><br>Megan E. Cleghorn, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636 |

Exhibit A-3

| Lease ID | Address | City | State | Zip | Lease Commencement | Lease Expiration | Landlord Contact Info |
|---|---|---|---|---|---|---|---|
| | | | | | | | Wilmington, DE 19899-0636 |
| CA024 | 3349, 3351, 3337 Michelson Drive | Irvine | CA | 92612 | 04/15/2005 | 04/30/2010 | Maguire Properties - Park Place, LLC<br>3333 Michelson Dr, Ste 350<br>Irvine CA 92612<br><br>D.J. Baker, Esq.<br>Rosalie W. Gray, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522<br><br>Megan E. Cleghorn, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 |
| CA025 | 3337, 3353, 3355 Michelson Drive | Irvine | CA | 92612 | 02/01/2005 | 08/31/2010 | Maguire Properties - Park Place, LLC<br>3333 Michelson Dr, Ste 350<br>Irvine CA 92612<br><br>D.J. Baker, Esq.<br>Rosalie W. Gray, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522<br><br>Megan E. Cleghorn, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 |

Exhibit A-4

| Lease ID | Address | City | State | Zip | Lease Commencement | Lease Expiration | Landlord Contact Info |
|---|---|---|---|---|---|---|---|
| CA026 | 350 Commerce Suites 100 & 250 | Irvine | CA | 92606 | 11/01/2005 | 05/31/2009 | Laura Phillips<br>The Irvine Company LLC<br>111 Innovation Dr<br>Irvine CA 92617<br>Attn: Michael G. Busenkell, Esq.<br>Eckert, Seamans, Cherin & Mellott, LLC<br>Suite 1210, 300 Delaware Avenue<br>Wilmington, DE 19801<br><br>Attn: Jesse S. Finlayson, Esq.<br>Michael R. Williams, Esq.<br>Finlayson, Augustini & Williams LLP<br>110 Newport Center Drive, Suite 100<br>Newport Beach, CA 92660 |
| CA064 | 2601 Walnut Ave. | Tustin | CA | 92780 | 02/01/2006 | 01/31/2008 | Shannon Fujimura<br>Rossherm Properties<br>PO Box 19068<br>Irvine CA 92623-9068 |
| CA079 | 3161 Michelson Drive | Irvine | CA | 92612 | 9/1/2007 | 8/31/2015 | President<br>Maguire Properties - Park Place, LLC<br>333 S Grand Avenue<br>Los Angeles CA 90071<br><br>D.J. Baker, Esq.<br>Rosalie W. Gray, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522<br><br>Megan E. Cleghorn, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 |

Exhibit A-5

| Lease ID | Address | City | State | Zip | Lease Commencement | Lease Expiration | Landlord Contact Info |
|---|---|---|---|---|---|---|---|
| IL007 | 1 Pierce Place Suite 340 W | Itasca | IL | 60143 | 07/01/2003 | 03/31/2008 | Mary Bakker<br>MEPT Hamilton Lakes, LLC<br>300 Park Blvd, Ste 500<br>Itasca IL 60143 |
| CA060 | 1610 E. St. Andrews Place | Santa Ana | CA | 92705 | 2/23/2005 | 7/8/2015 | Linda Nankervis<br>Ingram Micro<br>1600 E St Andrew Place<br>Santa Ana CA 92705 |
| IN005 | 10500 Kincaid Drive Suite 400 | Fishers | IN | 46038 | 1/4/2007 | 3/16/2013 | Thomas D. Washburn<br>Irwin Mortgage Corp.<br>500 Washington Street<br>Columbus IN 47201<br><br>Mark R. Owens<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204<br><br>Kevin C. Driscoll, Jr., Esq.<br>Barnes & Thornburg LLP<br>One North Wacker Drive, Suite 4400<br>Chicago, IL 60606 |

Exhibit A-6