# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | |
| | : | |

## ORDER PURSUANT TO SECTION 365(d)(4)(A) OF THE BANKRUPTCY CODE EXTENDING TIME FOR DEBTORS AND DEBTORS IN POSSESSION TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

This matter coming before the Court on the Motion of Debtors and Debtors in

Possession for Entry of an Order Pursuant to Section 365(d)(4)(A) of the Bankruptcy Code

Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property (the

"Motion")[2]; the Court having reviewed the Motion; the Court finding that it has jurisdiction over

this matter pursuant to 28 U.S.C. sections 157 and 1334, this is a core proceeding pursuant to 28

U.S.C. section 157(b)(2) and venue of this proceeding and the Motion in this district is proper

pursuant to 28 U.S.C. sections 1408 and 1409; notice of this Motion having been provided to,

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

[2] Capitalized terms used but not defined herein shall have the meaning assigned to them in the Motion.

inter alia, the Office of the United States Trustee for the District of Delaware; counsel to Greenwich Capital Financial Products, Inc. ("Greenwich") and The CIT Group/Business Credit, Inc. ("CIT"), the Debtors' post-petition senior secured lenders; the Examiner, the Committee, the lessors party to the Leases described on Exhibit A to the Motion, and all parties who have timely filed requests for notice under Bankruptcy Rule 2002; the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; the Court having determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefor,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The deadline set by section 365(d)(4)(A) of the Bankruptcy Code for the Debtors to elect to assume, assume and assign or reject any unexpired leases of nonresidential real property is hereby extended through and including October 29, 2007.

3. The entry of this Order shall be subject to and without prejudice to the rights of the Debtors to request further extensions of time to assume, assume and assign or reject unexpired leases of nonresidential real property to the extent provided in section 365(d)(4)(A) of the Bankruptcy Code.

4. The Court shall retain jurisdiction to hear and determine all matters arising from implementation of this Order.

Dated: _____, 2007          _____
        Wilmington, Delaware           THE HONORABLE KEVIN J. CAREY
                                       UNITED STATES BANKRUPTCY JUDGE