IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
In re:                                          :
                                                : Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,                 :
a Delaware Corporation, et al.,                 : Case No. 07-10416 (KJC)
                                                :
            Debtors.                            : Jointly Administered
                                                :
                                                :
                                                :
-----------------------------------------------------------x

## AFFIDAVIT OF KELLY D. VILLALPANDO PURSUANT TO 11 U.S.C. §§ 101(14), 327 AND FED R. BANKR. P. 2014 IN FURTHER SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP AS COUNSEL TO THE EXAMINER *NUNC PRO TUNC* TO JUNE 1, 2007

STATE OF CALIFORNIA  )
                     ) ss.:
COUNTY OF ORANGE     )

Kelly D. Villalpando, being duly sworn according to law, deposes and states as follows:

1. I am a corporate paralegal/legal secretary employed by the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP ("K&L Gates"). I submit this affidavit in further support of the Application for an Order Authorizing the Retention of Kirkpatrick & Lockhart Preston Gates Ellis LLP as Counsel to the Examiner *Nunc Pro Tunc* to June 1, 2007.

2. From January 24 through January 26, 2005, I was employed by New Century Mortgage Corporation ("NCMC") as a Paralegal. I voluntarily left the employment of NCMC on January 26, 2005, and was paid for my three (3) days of service. I do not have any claim against NCMC or any of the Debtors in the above-captioned chapter 11 cases.

3. On February 7, 2005, I was hired on a temporary basis as a corporate paralegal/legal secretary in the Orange County, California office of Preston Gates & Ellis, LLP ("PGE"). I became a permanent employee of PGE on February 23, 2005. On January 1, 2007, PGE and Kirkpatrick & Lockhart Nicholson Graham LLP merged to form K&L Gates and I became an employee of K&L Gates at that time.

4. During my tenure with K&L Gates, I have not worked on any matters involving NCMC or any of the Debtors in the above-captioned chapter 11 cases. I also have not, and will not, have any involvement in K&L Gates' representation of the Examiner in the Debtors' chapter 11 cases, except to make this affidavit.

_____
KELLY D. VILLALPANDO

Sworn to and subscribed before me
on this 13th day of July, 2007

_____
Notary Public



LYNN A. BISNAR
Commission # 1718146
Notary Public - California
Orange County
My Comm. Expires Jan 19, 2011