IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                                  :
                                                        : Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,                         :
a Delaware Corporation, et al.,                         : Case No. 07-10416 (KJC)
                                                        :
                       Debtors.                         : Jointly Administered
                                                        :
                                                        :
                                                        :
---------------------------------------------------------x

### AFFIDAVIT OF DENNIS B. POTTER PURSUANT TO 11 U.S.C. §§ 101(14), 327 AND FED. R. BANKR. P. 2014 IN FURTHER SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP AS COUNSEL TO THE EXAMINER *NUNC PRO TUNC* TO JUNE 1, 2007

DISTRICT OF COLUMBIA ) ss.:

Dennis B. Potter, being duly sworn according to law, deposes and states as follows:

1.   I am a paralegal employed by the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP ("K&L Gates"). I submit this affidavit in further support of the Application for an Order Authorizing the Retention of Kirkpatrick & Lockhart Preston Gates Ellis LLP as Counsel to the Examiner *Nunc Pro Tunc* to June 1, 2007.

2.   I have been employed as a paralegal in the Washington, D.C. office of K&L Gates since December 2002, and am assigned to the firm's Public Policy and Law Group, which assists clients with, among other things, lobbying efforts and legislative affairs issues.

3.   I do not perform any work for K&L Gates' mortgage banking, securities regulation or bankruptcy practice groups, and have not, and will not, have any involvement in the firm's representation of the Examiner in this case.

NY-536907 v1

4. I am not married or otherwise related, by blood or marriage, to any partner or associate of K&L Gates.

5. On 21 March 2007, I acquired twenty (20) shares of common stock of New Century Financial Corporation ("New Century") through my personal brokerage account. Apart from these shares, I have never had any ownership or other financial interest in New Century.

6. On 29 June 2007, I sold all of my shares of stock in New Century.

7. I hereby forever waive any and all claims or interests that I may have in or against New Century or any of its debtor subsidiaries and affiliates related to or arising from my ownership of shares of stock in New Century.

_____
DENNIS S. POTTER

Sworn and subscribed to before me
on this 16th day of July, 2007:

_____
Notary Public

GREGORY PROCTOR
Notary Public, District of Columbia
My Commission Expires - September 30, 2008