UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., et al., | (Jointly Administered) |
| Debtors. | |
| | **Hearing Date: 7/31/07 @ 1:30 p.m.** |
| _____/ | |

**NOTICE OF CONTINUED HEARING**

PLEASE TAKE NOTICE that on May 14, 2007, the Law Offices of David J. Stern, P.A. ("Movant"), filed its Motion for Omnibus Relief from Stay, (docket # 675) which last came on for hearing on June 15, 2007. At that time Debtor's counsel advised the Court that they had no further opposition to said Motion and Movant's undersigned counsel appearing telephonically advised the Court that he would be submitting an order thereon. However, after Movant's undersigned counsel disconnected from the June 15, 2007 hearing, counsel for the Creditor's Committe advised the Court that they were still reviewing or waiting to see the Debtor's analysis and that they were not prepared to agree to the requested relief,

WHEREFORE Movant has scheduled its Motion for continued hearing on the Court's Omnibus Calendar for 1:30 p.m. on July 31, 2007 before the Honorable Kevin J. Carey, United States Bankruptcy Court, 824 Market St., 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

Dated: July 16, 2007

LAW OFFICES OF DAVID J. STERN, P.A.
801 S. University Drive Suite 500
Plantation, FL 33324
Phone: (954) 233-8000 ext 207
Fax: (954) 233-8648

/S/ Frederic J. DiSpigna
_____
FREDERIC J. DISPIGNA, ESQUIRE
Florida Bar No. 345539
fdispigna@dstern.com

07-82200.NOH