IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                               )    Chapter 11
                                                     )
NEW CENTURY TRS HOLDINGS, INC., a                    )    Case No. 07-10416 (KJC)
Delaware corporation, et al.[1]                      )    Jointly Administered
                    Debtors.                         )
                                                     )

**SUPPLEMENTAL AFFIDAVIT OF RICHARD R. MAGNUSON IN SUPPORT OF
DEBTORS' APPLICATION FOR ORDER UNDER 11 U.S.C. § 327(a) AUTHORIZING
EMPLOYMENT AND RETENTION OF ERNST & YOUNG LLP AS TAX ADVISORY
SERVICES PROVIDER TO DEBTORS,
EFFECTIVE *NUNC PRO TUNC* TO MAY 1, 2007**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Richard R. Magnuson, Jr., being duly sworn, deposes and says:

1. I am a partner of Ernst & Young LLP ("E&Y LLP"). I provide this Supplemental Affidavit on behalf of E&Y LLP in support of the application (the "Application") of New Century TRS Holdings, Inc. and its co-debtor affiliates in these cases (the "Debtors" or the "Company") for an order pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the Debtors to retain and employ E&Y LLP to provide tax

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; and NCoral, L.P., a Delaware limited partnership.

advisory services *nunc pro tunc* to May 1, 2007. Unless otherwise defined, all capitalized terms used herein shall have the meanings given to them in the Application. This Supplemental Affidavit supplements my original Affidavit filed with the Application on June 18, 2007 (the "Original Affidavit").

2. Except as otherwise indicated, the facts set forth in this Supplemental Affidavit are based upon my personal knowledge, information and belief; information supplied to me by other employees of E&Y LLP; information learned from client-matter records kept in the ordinary course of business that were reviewed by me or other employees of E&Y LLP under my supervision and direction; my experience and knowledge of the Debtors' operations and financial condition; and/or my experience from working on matters similar to this engagement.

3. No E&Y LLP partners or principals, nor any E&Y LLP professionals that are working on the engagement for the Debtors, own any equity securities in the Debtors.

4. E&Y LLP searched the names of the United States Trustee personnel set forth on Exhibit 1 to this Affidavit (the "UST Personnel") in its client database. E&Y LLP's research has disclosed that E&Y LLP does not have any client relationships with the UST Personnel and no members of E&Y LLP's engagement team for the Debtors have any relationships with the UST Personnel.

5. With respect to payments made to E&Y LLP by the Debtors during the 90 days prior to the Petition Date as described on Exhibit 4 to the Original Affidavit: (a) the services underlying invoice number US0123357717 in the amount of $198,135.00 were rendered during the period from November 1, 2006 through March 5, 2007 and (b) the services underlying invoice number US0123359062 in the amount of $84,460.00 were rendered during the period from December 9, 2006 through March 2, 2007.

Dated: 7/16/2007

Richard R. Magnuson, Jr.

Sworn to and subscribed before me this 16th day of July, 2007

_____
Notary Public

My Commission Expires: October 28, 2007

ALFONSO PENA
Commission # 1448118
Notary Public - California
Los Angeles County
My Comm. Expires Oct 28, 2007

DETR_265842.1