## EXHIBIT 1

### (UST Personnel)

Kelly Beaudin Stapleton

Andrew Vara

Bonnie Anemone

David Buchbinder

Wayne Davis

Diane Giordano

Christine Green

William K. Harrington

Jeffrey Heck

Mark Kenney

Joseph McMahon

James R. O'Malley

Lauren O'Neal

Michael Panacio

William Runzer

Richard Schepacarter

Ramona Vinson

Michael West

Shakima L. Williams

Dion Wynn

DETR_265842.1