IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
: Chapter 11
In re: :
: Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC., :
a Delaware corporation, et al.,[1] : Jointly Administered
:
Debtors :
: Re: Docket No. 1858
------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on July 9, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by United States Postal Service First Class Mail:

- **Notice of Proposed Assumption and Assignment of Crownpeak Services Agreement Between New Century Mortgage Corporation and Crownpeak Technology, Dated April 12, 2004**  [Docket No. 1858]

Dated: July 11, 2007

                                                    /s/ Jamie L. Edmonson
                                                  Jamie L. Edmonson (No. 4247)
                                                  XROADS CASE MANAGEMENT
                                                  SERVICES, LLC
                                                  1821 E. Dyer Road, Suite 225
                                                  Santa Ana, California 92705
                                                  Telephone: (949) 567-1600

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

# Exhibit A

Exhibit A
Core Notice Party List
First Class Mail Service List

| Company | Name | Address1 | Address2 | City | State | Zip | Party / Function |
|---|---|---|---|---|---|---|---|
| Allen & Overy LLP | Ken Coleman | 1221 Avenue of the Americas | | New York | NY | 10020 | Representing Barclays Bank PLC and Barclays Capital |
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street, Suite 800 | Wilmington | DE | 19801-4226 | Representing The Official Committee of Unsecured Creditors |
| Brown McCarroll, LLP | Patricia B. Tomasco | 111 Congress Avenue, Suite 1400 | | Austin | TX | 78701 | Representing Ellington Management Group |
| CrownPeak Technology | | 13323 Washington Boulevard | Suite 205 | Los Angeles | CA | 90066 | Notice Party |
| Hahn & Hessen LLP | Mark S. Indelicato, Mark T. Power & Jeffrey L. Schwartz | 488 Madison Avenue, 14th & 15th Floor | | New York | NY | 10022 | Representing The Official Committee of Unsecured Creditors |
| Kirkland & Ellis LLP | Bennet L. Spiegel & Shirley S. Cho | 777 S. Figueroa Street, Suite 3700 | | Los Angeles | CA | 90017 | Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc. |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022-6030 | Representing Examiner, Michael J. Missal |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Rebecca L. Kline Dubill & Stephen G. Topetzes | 1601 K Street, NW | | Washington | DC | 20006-1600 | Representing Examiner, Michael J. Missal |
| Mayer, Brown, Rowe & Maw LLP | Thomas S. Kiriakos & Sean T. Scott | 71 South Wacker Drive | | Chicago | IL | 60606 | Representing Carrington Mortgage Services, LLC and Carrington Capital Management, LLC |
| Office of the United States Trustee | Joseph J. McMahan, Jr. | J. Caleb Boggs Federal Building | 844 King Street, Room 2207, Lockbox #35 | Wilmington | DE | 19801 | Representing United States Trustee |
| Pachulski Stang Ziehl Young Jones & Weintraub LLP | Laura Davis Jones & Timothy P. Cairns | P.O. Box 8705 | 919 N. Market Street, 17th Floor | Wilmington | DE | 19801 | Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc. |
| Pepper Hamilton LLP | Henry Jaffe | P.O. Box 1709 | Hercules Plaza, Suite 5100 | Wilmington | DE | 19899-1709 | Representing Barclays Bank PLC |
| Saul Ewing LLP | Mark M. Minuti | 222 Delaware Avenue, Suite 1200 | | Wilmington | DE | 19801 | Representing Examiner, Michael J. Missal |
| Skadden Arps Slate Meagher & Flom LLP | David R. Hurst, Christopher S. Chow & Douglas D. Herrmann | One Rodney Square | P. O. Box 636 | Wilmington | DE | 19899-0636 | Representing Ellington Management Group |
| Skadden Arps Slate Meagher & Flom LLP | Van C. Durrer, II | 300 South Grand Avenue | Suite 3400 | Los Angeles | CA | 90071 | Representing Ellington Management Group |
| Womble Carlyle Sandridge & Rice, PLLC | Steven K. Kortanek | 222 Delaware Avenue, Suite 1501 | | Wilmington | DE | 19801 | Representing Carrington Mortgage Services, LLC and Carrington Capital Management, LLC |