# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
NEW CENTURY TRS HOLDINGS, INC.,                             :    Case No. 07-10416 (KJC)
a Delaware Corporation, et.al.,                             :
                                                            :    Jointly Administered
                                       Debtors.             :
                                                            :
                                                            :
------------------------------------------------------------x

## CERTIFICATION OF JOHN P. McCAHEY IN SUPPORT OF MOTION FOR AN ORDER DIRECTING PRODUCTION OF DOCUMENTS FROM KPMG PURSUANT TO BANKRUPTCY RULES 2004 AND 9016

I, John P. McCahey, hereby certify the following:

1.  I am a member of the firm of Hahn & Hessen LLP, counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned jointly administered chapter 11 cases.

2.  This certification is submitted in support of the Committee's motion for an order authorizing the production of documents and examinations pursuant to Bankruptcy Rules 2004 and 9016 addressed to KPMG LLP (the "Motion").

3.  On Friday, July 13, 2007, I conferred telephonically with Jose F. Sanchez and Guy S. Neal of the law firm of Sidley Austin LLP, which serves as counsel to KPMG LLP ("KPMG"). During that call, I sought to reach an agreement with counsel for KPMG, in accordance with Local Rule 2004-1, on matters relating to the production of documents by KPMG. Messers. Sanchez and Neal advised me that KPMG will not produce documents voluntarily, necessitating the filing of the Motion.

1254888.1

4. On Thursday, July 12, 2007, I was advised by Alejandro Mayorska of the law firm O'Melveny & Meyers, co-counsel to the Debtors, that the Debtors do not object to the Committee's Motion to obtain documents from KPMG.

5. I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Executed this 16th day of July, 2007

_____
John P. McCahey, Esq.