IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

NEW CENTURY HOLDINGS, INC.

Chapter 11

Case No. 07 - 10416 (KJC)

Debtor:

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of HARVEY A. STRICKON to represent ILOG, INC. in this action.

_____
(Movant's Signature) Frederick B. Rosner #3995
(Firm Name, Address and Telephone Number)
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Phone: 302-657-4943

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
(Admittee's Signature)   Harvey A. Strickon
(Firm Name, Address and Telephone Number)
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022-3205
Phone: 212-318-6380

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: JUL 1 7 2007

_____
United States Bankruptcy Judge

Local Form 105

D.I. 1859
Date: 7/9/07