# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

ORDER GRANTING MOTION OF DEBTORS AND DEBTORS IN
POSSESSION FOR AN ORDER AUTHORIZING THE DEBTORS AND DEBTORS IN
POSSESSION TO FILE CERTAIN TIME RECORDS RELATING TO
O'MELVENY & MYERS LLP'S MONTHLY FEE APPLICATIONS UNDER SEAL

This matter coming before the Court upon the motion (the "Motion") of New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc. ("New Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor-in-possession (collectively, the "Debtors"), for an order, pursuant to section 107(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the Debtors, and directing the Clerk of the Court, to file and maintain under seal certain of their Counsel's time records in support of their interim compensation applications pursuant to 11 U.S.C. § 331; and sufficient notice of the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Motion having been provided; and the Court finding that the relief requested in the Motion is in the Debtors' best interests; and upon due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Capitalized terms not otherwise defined have the meanings given to them in the Motion.

3. Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1, the Debtors are authorized, and the Clerk of the Court is directed, to file and maintain the Investigation Time Records under seal.

4. The Debtors shall serve a complete set of OMM's Investigation Time Records in support of OMM's Fee Applications for the period, and all future Investigation Time Records, under seal for *in camera* review by this Court, the United States Trustee and the Creditors' Committee. The Investigation Time Records shall be treated as confidential and shall not be further disclosed without the express consent of the Debtors.

5. The delivery of any documents or information related to the Investigation Time Records to the United States Trustee and the Creditors' Committee by the Debtors or counsel or other professionals engaged by the Debtors does not constitute a waiver of the attorney-client privilege, the work product doctrine, or any other applicable privilege or protection.

6. The Investigation Time Records and any objection or responsive pleading thereto shall be filed with a cover sheet citing the following:

> The materials herein are filed under seal under that certain Order allowing O'Melveny & Myers LLP to submit its time records in support of its monthly fee applications under seal for *in camera* review by the Court, the United States Trustee and the Creditors' Committee, which Order is dated _____, 2007. Pursuant to said Order, these materials are confidential and may be viewed only by the Court, except as otherwise ordered by the Court. Copies of these materials are available solely from counsel for the Debtor or otherwise by Order of Court.

LA3:1135800.2
RLF1-3179235-1

The cover sheet for any filings under seal is required to contain the caption of the case, designate the party filing the materials, and include the signature of counsel for said party. Only the cover sheet shall become part of the public record in these cases. The pleadings or other materials being filed under seal should be filed in a sealed envelope to which a copy of the above-referenced cover sheet shall also be affixed.

7. The Monthly Time Records may not be unsealed until and unless permitted by further order of the Court.

8. The Court retains jurisdiction to enforce this Order and the confidentiality of the Monthly Time Records and the information contained therein.

Date: _____, 2007
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE