IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416-KJC |
| INC., et al., | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Andrew S. Conway ("Conway"), The Taubman Company LLC, 200 East Long Lake Road, Suite 300, Bloomfield Hills, Michigan 48304, hereby withdraws his appearance and request for notices for QKC Maui Owner, LLC, a Delaware limited liability company,[1] parties in interest in the above-captioned cases, and request that Conway be removed from any applicable service lists herein on behalf of QKC Maui Owner, LLC.

Dated: July 18, 2007  The Taubman Company
By:   /s/ Andrew S. Conway
Andrew S. Conway (P 36244)
200 E. Long Lake Road, Suite 300
Bloomfield Hills, MI 48304
(248) 258-7427

---

[1] QKC Maui Owner, LLC is the owner of the mixed use shopping center commonly known as the Queen Ka'ahumanu Center, located in Kahului, Hawaii.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416-KJC |
| INC., et al., | ) | Jointly Administered |
| Debtors. | ) | |

**PROOF OF SERVICE**

STATE OF MICHIGAN    )
                                     )ss.
COUNTY OF OAKLAND    )

Susan K. Link, being first duly sworn, deposes and says that she is an employee of The Taubman Company LLC, and that on July 18, 2007, she served a copy of the **Notice of Withdrawal of Appearance and this Proof of Service** by enclosing the papers in sealed envelopes with first-class postage fully prepaid and depositing the envelopes and their contents in the United States mail, addressed as follows:

Christopher M. Samis, Esq.                         U.S. Trustee
Richards Layton Finder, P.A.                     U.S. Trustee's Office
920 N. King Street, One Rodney Square    844 King Street, Room 2207
Wilmington, DE 19801                                Lockbox #35
                                                                  Wilmington, DE  19899-0035

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

                                                                /s/ Susan K. Link
                                                                Susan K. Link

Subscribed and sworn to before me,
on this 18th day of July, 2007

        /s/ Wendy L. Paul
Wendy L. Paul, Notary Public
Oakland County, Michigan
My commission expires:  10/04/10
Acting in Oakland County, Michigan