IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          )
                                                ) Chapter 11
NEW CENTURY TRS HOLDINGS,                       )
INC., a Delaware corporation, et al.,1          ) Case No. 07-10416 (KJC)
                                                ) (Jointly Administered)
                    Debtors.                    )

SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF THE DEBTORS' APPLICATION
FOR AN ORDER AUTHORIZING EMPLOYMENT AND
RETENTION OF PRICEWATERHOUSECOOPERS LLP AS
ACCOUNTANTS FOR THE DEBTORS

STATE OF PENNSYLVANIA )
                      ) ss.
COUNTY OF PHILIDELPHIA)

I, Mr. Jeffrey R. Boyle, being duly sworn, depose and say:

1. I am a Partner in PricewaterhouseCoopers LLP ("PricewaterhouseCoopers"), an accounting and financial services firm. I make this Supplemental Affidavit on behalf of PricewaterhouseCoopers (the "Affidavit"). I submit this Affidavit in support of the application (the "Application") of the above-captioned debtors and debtors-in-possession in the above-captioned

---

1  The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Supplemental Affidavit in Support of The Debtors' Application For An Order Authorizing Employment And Retention of PricewaterhouseCoopers LLP as Accountants for the Debtors

Page 1

chapter 11 cases (collectively, the "Debtors"), for an order authorizing the employment and retention of PricewaterhouseCoopers as Accountants under the terms and conditions set forth in the Application. Except as otherwise noted I have personal knowledge of the matters set forth herein. Except as modified herein, the disclosures made in my Affidavit of May 2007 remain true and correct to the best of my knowledge.

2. In my May 2007 Affidavit, I stated that PwC had run a search of an internal database and that four Directors or Senior Employees of New Century Financial Corporation are present or recent former clients of PricewaterhouseCoopers. Those four individuals are: Frank Bilotta, Robert Cole, Patti Dodge, and Stergios Theologides. The statement that any of these individuals is a present or recent former client of PricewaterhouseCoopers is not true and was made in error. None of these four individuals is a present or recent former client of PricewaterhouseCoopers.

3. The Office of the U.S. Trustee requested that PricewaterhouseCoopers prepare a spreadsheet detailing the payments which the firm received from the Debtors during the ninety days prior to the Debtors' bankruptcy filings. That spreadsheet is attached to this supplemental affidavit as Exhibit A.

Supplemental Affidavit in Support of The Debtors' Application For An Order Authorizing Employment And Retention of PricewaterhouseCoopers LLP as Accountants for the Debtors

Page 2

Dated this 16th day of July 2007.

_____
Name: Jeffrey R. Boyle

SUBSCRIBED AND SWORN TO BEFORE ME this **16th** day of **July** 2007.

_____
Portia Drake
Notary Public

My Commission Expires:

**November 4, 2007**

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Portia Drake, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Nov. 4, 2007

Member, Pennsylvania Association Of Notaries

Supplemental Affidavit in Support of The Debtors' Application For An Order Authorizing Employment And Retention of PricewaterhouseCoopers LLP as Accountants for the Debtors

Page 3