Exhibit A

**New Century**
**Fees generated by PricewaterhouseCoopers LLP pre Petition Date of April 2, 2007**

*Work that will not continue post Petition Date*
*Performed under Engagement letter with New Century*

| Invoice date | Date of service | Payment date | Payment amount | Retainer amount | Application of retainer | Balance of double payment remaining |
|---|---|---|---|---|---|---|
| 2/19/2007 | 1/29/2007 to 2/9/2007 | 3/12/2007 | $ 135,163 | $ - | $ - | |
| 2/28/2007 | 2/12/2007 to 2/23/2007 | 3/15/2007 | $ 363,935 | $ - | $ - | |
| 3/9/2007 | 2/24/2007 to 3/8/2007 | 3/15/2007 | $ 232,640 | $ - | $ - | |
| | | | $ 731,738 | | | |

*Work that will continue post Petition Date*
*Performed under Engagement Letter with Heller Ehrman and Audit Committee of New Century*

| Invoice date | Date of service | Payment date | Payment amount | Double payment | Application of double payment | Balance of double payment remaining |
|---|---|---|---|---|---|---|
| 3/6/2007 | 2/1/2007 to 2/28/2007 | 3/8/2007 | $ 231,274 | $ - | $ - | |
| 3/12/2007 | 3/2/2007 to 3/9/2007 | 3/16/2007 | $ 162,595 | $ - | $ - | |
| 3/20/2007 | 3/10/2007 to 3/18/2007 | 3/28/2007 | $ 243,673 | | | |
| | | 3/28/2007 | | $ 242,921 | | $ 242,921 |
| 3/26/2007 | 3/19/2007 to 3/25/2007 | 3/28/2007 | $ 147,752 | | | |
| | | | $ 785,294 | | | |
| Total | | | $ 1,517,032 | | | |