**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | CASE NO. 07-10416-KJC |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC., | § | Chapter 11 |
| *ET. AL.,* | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |

## NOTICE OF FILING [REGARDING DOCKET NUMBER 1877]

PLEASE TAKE NOTICE that on July 10, 2007, Positive Solutions, Inc. filed its Motion for Relief from the Stay Regarding Copyright Infringement Litigation (the "Motion")[1] [Docket No. 1877].

PLEASE TAKE FURTHER NOTICE that attached hereto is Exhibit A to the Motion, a true and correct copy of the License Agreement; attached hereto is Exhibit B to the Motion, a true and correct copy of the Preliminary Injunction; and attached hereto is Exhibit C to the Motion, a true and correct copy of the Vacatur Order.

Dated: July 18, 2007
    Wilmington, Delaware          FOX ROTHSCHILD LLP

                        By:   /s/ Carl D. Neff
                            Daniel K. Astin, Esquire (Del. No. 4068)
                            Anthony M. Saccullo, Esquire (Del. No. 4141)
                            Carl D. Neff, Esquire (Del. No. 4895)
                            Citizens Bank Center, Suite 1300
                            919 N. Market Street, P.O. Box 2323
                            Wilmington, Delaware 19899-2323
                            Tel (302) 654-7444/Fax (302) 656-892
                            dastin@foxrothschild.com
                            asaccullo@foxrothschild.com
                            cneff@foxrothschild.com

                            -and-

---

[1] Capitalized terms not defined in this Notice of Filing have the same meaning ascribed to them in the Motion.

WM1A 103190v1 07/18/07

Mark H. Ralston, Esq.
Texas Bar No. 16489460
THE RALSTON LAW FIRM
2603 Oak Lawn Avenue
Suite 230, LB 2
Dallas, Texas 75219-9109
Telephone: (214) 295-6416
ralstonlaw@gmail.com

Counsel to Positive Software Solutions, Inc.