**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC., | § | CASE NO. 07-10416-KJC |
| *ET. AL.,* | § | |
| | § | Chapter 11 |
| Debtors. | § | |
| | § | Jointly Administered |

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR**
**SPECIAL NOTICE AND INCLUSION ON MAILING LISTS**

**PLEASE TAKE NOTICE** that the undersigned and the law firms of The Ralston Law Firm and Fox Rothschild LLP hereby appear as counsel for **POSITIVE SOFTWARE SOLUTIONS, INC.**, a party-in-interest in the above styled and numbered bankruptcy cases, and, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, request that all notices given or required to be given in these bankruptcy cases, and all papers served or required to be served in these bankruptcy cases, be served on it by and through service on the following:

| | |
|---|---|
| Mark H. Ralston, Esquire | Daniel K. Astin, Esquire (Del. No. 4068) |
| THE RALSTON LAW FIRM | Anthony M. Saccullo, Esquire (Del. No. 4141) |
| 2603 Oak Lawn Avenue | Carl D. Neff, Esquire (Del. No. 4895) |
| Suite 230, LB 2 | FOX ROTHSCHILD LLP |
| Dallas, Texas 75219-9109 | Citizens Bank Center |
| Telephone: (214) 295-6416 | 919 North Market Street, Suite 1300 |
| ralstonlaw@gmail.com | P.O. Box 2323 |
| | Wilmington, Delaware 19899-2323 |
| | Phone: (302) 654-7444 |
| | Facsimile: (302) 656-8920 |
| | dastin@foxrothschild.com |
| | asaccullo@foxrothschild.com |
| | cneff@foxrothschild.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes, but is not limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, disclosure statement, plan, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

WM1A 103212v1 07/18/07

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby further requests that the debtor and its counsel, any duly-constituted committee(s) and their counsel, the United States Trustee, and the Clerk of the Court, and all parties filing a notice of appearance herein place the undersigned's name and address on any mailing matrix to be prepared or existing in the above-referenced bankruptcy cases.

**PLEASE TAKE FURTHER NOTICE** that, this Notice of Appearance is not intended to be, and shall not constitute, a waiver of strict service in connection with any adversary proceeding related to these bankruptcy cases, and shall not constitute a waiver of: (1) any right to have final orders in non-core matters entered only after de novo review by a District Court judge; (2) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related in these cases; (3) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs or recoupments under any agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are hereby expressly reserved.

| | |
|---|---|
| Dated: July 19, 2007<br>         Wilmington, Delaware | **FOX ROTHSCHILD LLP**<br><br>  /s/ Carl D. Neff<br>Daniel K. Astin, Esquire (Del. No. 4068)<br>Anthony M. Saccullo, Esquire (Del. No. 4141)<br>Carl D. Neff, Esquire (Del. No. 4895)<br>Citizens Bank Center<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, Delaware 19899-2323<br>Phone: (302) 654-7444<br>Facsimile: (302) 656-8920<br>dastin@foxrothschild.com<br>asaccullo@foxrothschild.com<br>cneff@foxrothschild.com<br><br>-and- |

Mark H. Ralston, Esquire
THE RALSTON LAW FIRM
2603 Oak Lawn Avenue
Suite 230, LB 2
Dallas, Texas 75219-9109
Telephone: (214) 295-6416
ralstonlaw@gmail.com

**ATTORNEYS FOR POSITIVE
SOFTWARE SOLUTIONS, INC.**

WM1A 103212v1 07/18/07