IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : |
| | : Jointly Administered |
| | : |
| Debtors. | : Re: Docket Nos. 1312 & 1860 |
| | : |

## CERTIFICATION OF COUNSEL

The undersigned hereby certifies that:

On June 19, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Application for Order Under 11 U.S.C. 327(a) Authorizing Employment and Retention of Ernst & Young LLP As Tax Advisory Services Provider to Debtors Effective Nunc Pro Tunc to May 1, 2007* [Docket No. 1312] (the "Retention Application").

On July 9, 2007, the Office of the United States Trustee (the "OUST") filed the *Objection of the United States Trustee to the Debtors' Application for Order Under 11 U.S.C. 327(a) Authorizing Employment and Retention of Ernst & Young LLP As Tax Advisory*

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

***Services Provider to Debtors Effective Nunc Pro Tunc to May 1, 2007*** [Docket No. 1860] (the "Objection").

Prior to the July 16, 2007 hearing (the "Hearing") on the Retention Application and the Objection, Ernst & Young LLP ("E&Y") and the OUST agreed upon a form of order (the "Order") that satisfied the OUST's concerns as described in the Objection. At the Hearing, the Debtors informed the Court of this agreement, but did not present the Order because the Official Committee of Unsecured Creditors (the "Committee") had not had adequate time to review the Order.

Subsequent to the Hearing, the Committee reviewed and approved the Order. Accordingly, attached hereto as <u>Exhibit A</u> is a form of order (the "Order") approving the Retention Application.

WHEREFORE, the Debtors request that the Court enter the Order at its earliest convenience.

Dated: July 19, 2007
      Wilmington, Delaware

Respectfully submitted,

*/s/ Mark D. Collins*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION