IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                                  :  Chapter 11
                                                        :
NEW CENTURY TRS HOLDINGS, INC.,                         :  Case No. 07-10416 (KJC)
a Delaware Corporation, *et al.*,[1]                    :
                                                        :  Jointly Administered
                        Debtors.                        :  Related to Docket No. 1888
                                                        :
                                                        :  **Hearing Date: July 31, 2007 at 1:30 p.m.**
                                                        :  **Objection Deadline: July 18, 2007 (Extended to**
                                                        :  **July 26, 2007 at 4:00 p.m. for KPMG LLP Only)**
------------------------------------------------------------x

## RE-NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 11, 2007, Michael J. Missal, the Examiner (the "Examiner") appointed in the above-captioned jointly administered chapter 11 cases, by and through his undersigned counsel, filed the **Examiner's Motion for an Order Authorizing the Examination of KPMG LLP** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion were required to have been made in writing, filed with the Clerk of the Bankruptcy Court, and served upon the undersigned counsel for the Examiner, so as to actually be received by or before

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

July 18, 2007 (the "Objection Deadline"). **The Objection Deadline was extended by the Examiner <u>for KPMG LLP only</u> to July 26, 2007.**

PLEASE TAKE FURTHER NOTICE that if any objections or responses are received in accordance with the procedure set forth herein, a hearing with respect to the Motion will be held on **July 31, 2007 at 1:30 p.m.** before the Honorable Kevin J. Carey, United States Bankruptcy Judge, at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

IF NO OBJECTION OR RESPONSE TO THE MOTION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 19, 2007

**SAUL EWING LLP**

By: /s/ Mark Minuti

Mark Minuti. (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6840

*Proposed Counsel to the Examiner*

and

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

Edward M. Fox, Esq.
599 Lexington Avenue
New York, NY 10022
(212) 536-4812

Stephen G. Topetzes, Esq.
Stavroula E. Lambrakopoulos, Esq.
1601 K Street, NW
Washington, DC 20006
(202) 778-9328

*Counsel to the Examiner*