IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                            :
                                                  : Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,                   :
a Delaware Corporation, *et al.*,                 : Case No. 07-10416 (KJC)
                                                  :
                Debtors.                          : Jointly Administered
                                                  :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire of Saul Ewing LLP hereby certify that on July 19, 2007 a copy of the foregoing **Re-Notice of Motion (Examiner's Motion for an Order Authorizing the Examination of KPMG LLP)** was served on the parties on the attached service list in the manner indicated.

_____
Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

550139.1 7/19/07

## NEW CENTURY TRS HOLDINGS, INC., *et al.*
### Service List – *Re-Notice of Motion*

**Via Hand Delivery:**

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Chun I. Jang, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square, 920 King Street
P.O. Box 551
Wilmington, DE 19899

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

**Via Electronic Mail and U.S. Mail:**

Michael C. Kelley, Esquire
Jose F. Sanchez, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Guy S. Neal, Esquire
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005

Suzzanne S. Uhland, Esquire
Ben H. Logan, Esquire
Victoria Newmark, Esquire
Emily Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111