# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NEW CENTURY TRS HOLDINGS, INC., et al., ) | Case No. 07-10416 (KJC) |
| ) | |
| Debtor. ) | Jointly Administered |
| ) | |
| ) | RE: Docket No. _____ |

## ORDER APPROVING STIPULATION EXTENDING THE DEADLINE FOR PRODUCTION OF ALTERNATIVE ACCOUNTING PURSUANT TO THE ORDER GRANTING ADEQUATE PROTECTION PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a), 361, 362 AND 363(b)(1) AND ESTABLISHING PRELIMINARY PROCEDURES FOR RESOLVING CERTAIN CLAIMS

Upon the Stipulation Extending the Deadline for Production of Alternative Accounting Pursuant to the Order Granting Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362 and 363(b)(1) and Establishing Preliminary Procedures for Resolving Certain Claims (the "Stipulation"),[1] a copy of which is attached hereto; and the Court having considered the Stipulation; and good and sufficient cause appearing therefor; it is hereby

ORDERED that the Stipulation is approved; and it is further

ORDERED that the Response Deadline is hereby extended through and including July 27, 2007 at 5:00 p.m. (est) and JPMC shall use its reasonable best efforts to produce the Alternative Accounting on or before July 27, 2007; and it is further

ORDERED that this Court shall retain jurisdiction over the Parties with respect to any matters related to, or arising from, the implementation of this Order.

---

[1] All capitalized terms not otherwise defined herein shall assume the meanings ascribed to them in the Stipulation.

Dated: _____, 2007

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NEW CENTURY TRS HOLDINGS, INC., et al., ) | Case No. 07-10416 (KJC) |
| ) | |
| Debtor. ) | Jointly Administered |
| ) | |

### STIPULATION EXTENDING THE DEADLINE FOR PRODUCTION OF ALTERNATIVE ACCOUNTING PURSUANT TO THE ORDER GRANTING ADEQUATE PROTECTION PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a), 361, 362 AND 363(b)(1) AND ESTABLISHING PRELIMINARY PROCEDURES FOR RESOLVING CERTAIN CLAIMS

This Stipulation ("Stipulation") is entered into by and between New Century TRS Holdings, Inc. et al. (the "Debtors") and JPMorgan Chase Mortgage Corp.,[1] ("JPMC" and together with the Debtors, the "Parties") through their duly authorized counsel.

### RECITALS

WHEREAS, on June 28, 2007, this Court entered the Order Granting Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362 and 363(b)(1) and Establishing Preliminary Procedures for Resolving Certain Claims (the "Adequate Protection Order").

WHEREAS, pursuant to paragraph 5 of the Adequate Protection Order, JPMC required to (1) concur with the information contained in the Individual Report or (2) provide the Debtors with the Alternative Accounting on or before July 20, 2007 (the "Response Deadline").

---

[1] All terms not defined herein shall have the same meaning as ascribed in the Order Granting Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362 and 363(b)(1) and Establishing Preliminary Procedures for Resolving Certain Claims, dated June 28, 2007.

WHEREAS, the Parties have agreed to extend the Response Deadline through and including July 27, 2007 at 5:00 p.m. (est).

WHEREAS, the Parties have been advised that the Official Committee of Unsecured Creditors does not oppose the extension of Response Deadline.

NOW, THEREFORE, IT IS HEREBY STIPULATED, CONSENTED AND AGREED that:

The Response Deadline is hereby extended through and including July 27, 2007 at 5:00 p.m. (est) and JPMC will use its reasonable best efforts to produce the Alternative Accounting on or before July 27, 2007.

Dated: July 20, 2007

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **RICHARDS LAYTON & FINGER, P.A.** |
| */s/ Adam G. Landis* | */s/ Michael J. Merchant* |
| Adam G. Landis (No. 3407) | Mark D. Collins (No. 2981) |
| Matthew B. McGuire (No. 4366) | Michael J. Merchant (No. 3854) |
| 919 Market Street, Suite 600 | Christopher Samis (No. 4909) |
| Wilmington, DE 19801 | One Rodney Square |
| Telephone: (302) 467-4400 | 920 N. King Street |
| Facsimile: (302) 467-4450 | Wilmington, DE 19801 |
| | Telephone: (302) 651-7700 |
| | Facsimile: (302) 651-7701 |
| *Counsel to JPMorgan Chase Mortgage Corp.* | |

and

**O'MELVENY & MYERS LLP**
Ben H. Logan, Esquire
Suzzanne Uhland, Esquire
Victoria A. Newmark, Esquire
Emily R. Culler, Esquire
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Counsel for Debtors and Debtors in Possession*