## CERTIFICATE OF SERVICE

I, Matthew B. McGuire, do hereby certify, under penalty of perjury, that I am not less than 18 years of age and that service of *The Stipulation Extending The Deadline For Production Of Alternative Accounting Pursuant To The Order Granting Adequate Protection Pursuant To Bankruptcy Code Sections 105(a), 361, 362 And 363(b)(1) And Establishing Preliminary Procedures For Resolving Certain Claims* was made on July 20, 2007 upon the parties listed below in the manner indicated. Under penalty of perjury, I declare that the foregoing is true and correct.

*Hand Delivery*

Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

*Hand Delivery*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher Samis (No. 4909)
Richards Layton & Finger, P.A
One Rodney Square
920 N. King Street
Wilmington, DE 19801

*U.S. First Class Mail*

Ben H. Logan, Esquire
Suzzanne Uhland, Esquire
Victoria A. Newmark, Esquire
Emily R. Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Dated: July 20, 2007

_____
Matthew B. McGuire (No. 4366)

NCJPMorgan Stip