**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | |
| et al., | Jointly Administered |
|        Debtors. | |
| | Ref. No. 675 |
| _____/ | |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 675**

      The undersigned certifies that, although the Debtors and the Unsecured Creditor's Committe initially objected to the Motion of Law Offices of David J. Stern, P.A. for Omnibus Relief from Stay on 206 properties, wherein the Debtors hold junior liens, at the hearing on June 15, 2007, Debtor's attorney announced in open court that Debtor no longer had any objection with regard to stay relief for any of the 206 properties.  However, after Movant's counsel terminated his telephonic appearance, counsel for the creditor's committee advised that they were still completing their own analysis.  Creditor's Committee counsel has advised Movant's attorney that the committee has now completed their own analysis and they too have no objection tothe requested relief for any of the 206 properties.

      It is hereby respectfully requested that the proposed order be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: July 20, 2007 | LAW OFFICES OF DAVID J. STERN, P.A. |
| | 801 S. University Drive Suite 500 |
| | Plantation, FL 33324 |
| | Phone: (954) 233-8000 ext 207 |
| | Fax: (954) 233-8648 |
| | |
| | /S/ Frederic J. DiSpigna |
| | _____ |
| | FREDERIC J. DISPIGNA, ESQUIRE |
| | Florida Bar No. 345539 |
| | fdispigna@dstern.com |

07-82200.COC