**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | |
| et al., | Jointly Administered |
| Debtors. | |
| | Ref. No. 675 |
| _____/ | |

**ORDER TERMINATING AND ANNULLING AUTOMATIC STAY**

UPON CONSIDERATION of the Motion of Law Offices of David J. Stern, P.A. for Omnibus Relief from Stay on 206 properties (Doc. #675), and the Certification of Counsel as to no opposition to the granting of this order, it is

ORDERED as follows:

1. Said Motion is GRANTED;

2. The automatic stay is terminated with respect to the 206 properties identified on the list attached hereto;

3. The automatic stay is *annulled* with respect to the three (3) properties numbered **12, 16, and 28** so that the foreclosure sales with regard to those three (3) properties that took place postpetition, shall not be invalidated by virtue of the bankruptcy filing.

4. The Law Offices of David J. Stern, P.A. and its respective clients are free to proceed to enforce their rights against any or all of said properties.

Dated: _____        _____
                                KEVIN J. CAREY
                                UNITED STATES BANKRUPTCY JUDGE