# DAVID J. STERN MORTGAGES

| | DJS FILE NUMBER | STREET ADDRESS | CITY | ST | ZIP | COUNTY | MORTGAGE BOOK/PAGE | NC MORTGAGE BOOK/PAGE | NEW CENT. LOAN NO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 02-88743 | 19035 E. SAINT ANDREWS DR | MIAMI | FL | 33015 | MIAMI-DADE | 17519/2649 | 19518/1532 | 0000454983 |
| 2 | 06-53737 | 1719 VICTORY PALM DR | EDGEWATER | FL | 32132 | VOLUSIA | 5621/157 | 5621/178 | 1002444402 |
| 3 | 06-53743 | 3100 GALIANO CT | CORAL GABLES | FL | 33134 | MIAMI-DADE | 24006/748 | 24006/769 | 1003929921 |
| 4 | 06-55961 | 3135 SW 14TH ST | MIAMI | FL | 33145 | MIAMI-DADE | 22573/4880 | 22586/4654 | 0001701783 |
| 5 | 06-56317 | 1604 SPRING LN | BRANDON | FL | 33510 | HILLSBOROUGH | 15418/44 | 15418/66 | 1002546025 |
| 6 | 06-57204 | 4340 LAKE LUCERNE CIR | WEST PALM BEACH | FL | 33409 | PALM BEACH | 17616/28 | 17643/1888 | NJ Judgment |
| 7 | 06-58793 | 1818 SW 40TH TERR | CAPE CORAL | FL | 33914 | LEE | 2005000139628 | 2005000139629 | 1004973336 |
| 8 | 06-60179 | 7667 OLD THYME CT UNIT 7D | PARKLAND | FL | 33076 | BROWARD | 39910/1476 | 39910/1502 | 1002306891 |
| 9 | 06-60681 | 6187 ARCADE CT | LAKE WORTH | FL | 33463 | PALM BEACH | 19442/1322 | 19442/1348 | 0002225043 |
| 10 | 06-61010 | 1821 NW 69TH ST | MIAMI | FL | 33147 | MIAMI-DADE | 24102/4219 | 24102/4240 | 1005118678 |
| 11 | 06-61022 | 2215 PALM VISTA DR | APOPKA | FL | 32712 | ORANGE | 8625/162 | 8625/187 | 1006077531 |
| 12 | 06-61024 | 4805 W. 7TH ST | LEHIGH ACRES | FL | 33971 | LEE | CN2006/112782 | CN 2006/112783 | 1005915325 |
| 13 | 06-61030 | 2206 SOUNDINGS CT | WEST PALM BEACH | FL | 33413 | PALM BEACH | 19877/728 | 20321/1663 | 1006001382 |
| 14 | 06-61031 | 3022 SW 151ST CT | MIAMI | FL | 33185 | MIAMI-DADE | 24242/2619 | 24242/2640 | 1006057679 |
| 15 | 06-61144 | 8904 CHESTNUT RIDGE WAY | BOYNTON BEACH | FL | 33437 | PALM BEACH | 19879/1783 | 19879/1804 | 1006031778 |
| 16 | 06-61152 | 20005 PETRUCKA CIR | LEHIGH ACRES | FL | 33936 | LEE | 2006000051573 | 2006000051574 | 1006087557 |
| 17 | 06-62009 | 3153 MAXWELL AVE | SPRING HILL | FL | 34608 | HERNANDO | 2171/1087 | 2172/1108 | 1005020960 |
| 18 | 06-62476 | 3113 S. CANAL DR | PALM HARBOR | FL | 34684 | PINELLAS | 14475/475 | 14475/492 | 1002568545 |
| 19 | 06-63051 | 999 BRICKELL BAY DR #709 | MIAMI | FL | 33131 | MIAMI-DADE | 24267/2324 | 24267/2344 | 1005187905 |
| 20 | 06-63052 | 122 LAKE RENA DR | LONGWOOD | FL | 32779 | SEMINOLE | 6064/716 | 6064/737 | 1005288627 |
| 21 | 06-63104 | 4717 WASHINGTON ST | HOLLYWOOD | FL | 33021 | BROWARD | 40414/1943 | 40414/1962 | 1003069155 |
| 22 | 06-63607 | 322 SE 23RD AVE | BOYNTON BEACH | FL | 33435 | PALM BEACH | 18219/1648 | 18219/1672 | 1000974173 |
| 23 | 06-63621 | 757 E. 182ND AVE | REDINGTON SHORES | FL | 33708 | PINELLAS | 14993/1802 | 14933/1932 | 1006614719 |
| 24 | 06-64150 | 1634 FLETCHER ST | HOLLYWOOD | FL | 33020 | BROWARD | 39141/1097 | 39141/1119 | 1001000151 |
| 25 | 06-64449 | 2535 SUNNILAND BLVD | LEHIGH ACRES | FL | 33971 | LEE | 2005000187662 | 2005000187663 | 1005323893 |
| 26 | 06-64639 | 3300 NE 191ST ST, UNIT 617 | AVENTURA | FL | 33180 | MIAMI-DADE | 24312/765 | 24312/789 | 1006191499 |
| 27 | 06-64683 | 1460 SW 134TH PL | MIAMI | FL | 33184 | MIAMI-DADE | 24537/2658 | 24537/2682 | 1007844112 |
| 28 | 06-65036 | 3421 AMANDA ST | PUNTA GORDA | FL | 33950 | CHARLOTTE | 2860/1598 | 2860/1620 | 1004733408 |
| 29 | 06-65373 | 385 ROBIN HOOD CIR UNIT 202 | NAPLES | FL | 34104 | COLLIER | 4048/1183 | 4048/1210 | 1007958711 |
| 30 | 06-65388 | 306 MC FEE DR | DAVENPORT | FL | 33897 | POLK | 6580/123 | 6580/148 | 1005359505 |
| 31 | 06-65399 | 1601 GREEN COVE BLVD | CLERMONT | FL | 34714 | LAKE | 3160/1061 | 3160/1084 | 1007759311 |
| 32 | 06-65550 | 7324 POTOMAC DR | PORT RICHEY | FL | 34668 | PASCO | 7050/1821 | 7050/1845 | 1007846557 |
| 33 | 06-65552 | 6326 SW 28TH STREET | MIAMI | FL | 33155 | MIAMI-DADE | 24603/504 | 24603/526 | 1008096106 |
| 34 | 06-65833 | 1335 NE 1ST TERR | CAPE CORAL | FL | 33909 | LEE | 2006000007222 | 200600007223 | 1005631925 |
| 35 | 06-66128 | 13412 SW 255TH TERR | MIAMI | FL | 33032 | MIAMI-DADE | 24405/4292 | 24405/4314 | 1007007623 |
| 36 | 06-66400 | 2237 SE 26TH LN | HOMESTEAD | FL | 33035 | MIAMI-DADE | 24114/2015 | 24114/2040 | 1005198911 |
| 37 | 06-66511 | 20 E. 1ST ST | CHULUOTA | FL | 32766 | SEMINOLE | 6220/1025 | 6220/1047 | 1006220074 |
| 38 | 06-66621 | 2820 MAJESTIC ISLE DR | CLERMONT | FL | 34711 | LAKE | 3091/990 | 3091/1016 | 1006388866 |
| 39 | 06-66720 | 13918 RAULERSON RD | RIVERVIEW | FL | 33569 | HILLSBOROUGH | 16238/1637 | 16238/1661 | 1006969042 |
| 40 | 06-66725 | 4225 SANDALWOOD CIR N. | TAMPA | FL | 33617 | HILLSBOROUGH | 16244/1767 | 16244/1784 | 1006672567 |
| 41 | 06-67102 | 1520 NE 17TH PL | CAPE CORAL | FL | 33909 | LEE | 2005000177474 | 2005000177475 | 1004895769 |
| 42 | 06-67336 | 8405 N. 46TH ST | TAMPA | FL | 33617 | HILLSBOROUGH | 15936/914 | 15936/931 | 1005515267 |

# DAVID J. STERN MORTGAGES

| | DJS FILE NUMBER | STREET ADDRESS | CITY | ST | ZIP | COUNTY | MORTGAGE BOOK/PAGE | NC MORTGAGE BOOK/PAGE | NEW CENT. LOAN NO. |
|---|---|---|---|---|---|---|---|---|---|
| 43 | 06-67337 | 8308 MYRTLEWD CIR W. | PALM BEACH GARDENS | FL | 33418 | PALM BEACH | 19752/1380 | 19752/1405 | 1005145880 |
| 44 | 06-67431 | 5845 SUNBERRY CIR | FORT PIERCE | FL | 34951 | ST LUCIE | 2393/2156 | 2393/2182 | 1003491787 |
| 45 | 06-68010 | 1714 NE 175TH ST | NORTH MIAMI BEACH | FL | 33162 | MIAMI-DADE | 22430/4217 | 24324/4791 | 1002118595 |
| 46 | 06-68927 | 7249 N. 15TH ST | SAINT PETERSBURG | FL | 33702 | PINELLAS | 15103/1970 | 15103/1992 | 1007365692 |
| 47 | 06-69001 | 11455 TOPAZ ST | BROOKSVILLE | FL | 34608 | HERNANDO | 2232/1969 | 2232/1990 | 1007141425 |
| 48 | 06-69002 | 4409 KENOSKA ST N | NORTHPORT | FL | 34288 | SARASOTA | 2006159707 | 2006159708 | 1007103074 |
| 49 | 06-69006 | 6361 NEW INDEPENDENCE PKWY | WINTER GARDEN | FL | 34787 | ORANGE | 8618/1873 | 8618/1899 | 1006819133 |
| 50 | 06-69030 | 8477 COLFAX CT | JACKSONVILLE | FL | 32244 | DUVAL | 13043/2350 | 13043/2375 | 1006092603 |
| 51 | 06-69334 | 17721 90TH ST N. | LOXAHATCHEE | FL | 33470 | PALM BEACH | 19749/661 | 19749/683 | 1005732610 |
| 52 | 06-69549 | 56 NE 49TH ST | OCALA | FL | 34479 | MARION | 4281/808 | 4281/832 | 1005433248 |
| 53 | 06-69821 | 2609 HAREM CIR SW | PORT SAINT LUCIE | FL | 34953 | ST LUCIE | 2448/2386 | 2448/2410 | 1004826031 |
| 54 | 06-69903 | 5094 BURNSIDE ST | VENICE | FL | 34286 | SARASOTA | 2006055412 | 2006055413 | 1006592485 |
| 55 | 06-69930 | 8116 SEVERN DR | BOCA RATON | FL | 33433 | PALM BEACH | 20213/1361 | 20213/1385 | 1007164418 |
| 56 | 06-69933 | 4524 SW 3RD AVE | CAPE CORAL | FL | 33914 | LEE | 2006000177366 | 2006000177367 | 1007495187 |
| 57 | 06-69938 | 5501 CHESHIRE DR | FORT MYERS | FL | 33912 | LEE | 2005000095390 | 2005000095391 | 1004072728 |
| 58 | 06-69939 | 6390 BAKER CIR W. | COCOA | FL | 32927 | BREVARD | 5546/154 | 5546/175 | 1004032317 |
| 59 | 06-69940 | 242 LAKE THOMAS DR | WINTER HAVEN | FL | 33880 | POLK | 6499/1815 | 6499/1837 | 1003969110 |
| 60 | 06-70414 | 13019 SW 49TH TERR | MIAMI | FL | 33175 | MIAMI-DADE | 23987/4202 | 23987/4223 | 1004224798 |
| 61 | 06-70417 | 20016 NW 32 PL | MIAMI GARDENS | FL | 33056 | MIAMI-DADE | 24324/2410 | 24324/2432 | 1006400726 |
| 62 | 06-70723 | 21320 BRINSON AVE #111 | PORT CHARLOTTE | FL | 33952 | CHARLOTTE | 2822/836 | 2822/860 | 1003765492 |
| 63 | 06-71018 | 240 SE 47TH TERR | CAPE CORAL | FL | 33904 | LEE | 2006000238705 | 2006000238706 | 1008267877 |
| 64 | 06-71147 | 2717 ASHLEY CT | KISSIMMEE | FL | 34743 | OSCEOLA | 3007/1222 | 3007/1249 | 1004963187 |
| 65 | 06-71148 | 1755 SW 81ST WAY #4 | DAVIE | FL | 33324 | BROWARD | 41057/557 | 41057/582 | 1005035464 |
| 66 | 06-71223 | 8464 SECRET KEY COVE | KISSIMMEE | FL | 34747 | OSCEOLA | 3049/2482 | 3049/2508 | 1005639570 |
| 67 | 06-71708 | 2592 MARY FOX DR | HAROLD | FL | 32563 | SANTA ROSA | 2572/838 | 2572/859 | 1006711427 |
| 68 | 06-72309 | 3511 NW 34TH AVE | LAUDERDALE LAKES | FL | 33309 | BROWARD | 40430/1764 | 40430/1785 | 1002479384 |
| 69 | 06-72359 | 1009 S. BETTY LN | CLEARWATER | FL | 33756 | PINELLAS | 15189/1877 | 15189/1899 | 1008382680 |
| 70 | 06-72411 | 1708 NW 3RD AVE | CAPE CORAL | FL | 33991 | LEE | 2006000026939 | 2006000026940 | 1005508649 |
| 71 | 06-72415 | 2711 SW 2ND LN | CAPE CORAL | FL | 33991 | LEE | 2005000163820 | 2005000163821 | 1004738412 |
| 72 | 07-66370 | 3806 SE 4TH AVE | CAPE CORAL | FL | 33904 | LEE | 2005000147002 | 2005000147053 | 1003746833 |
| 73 | 07-66384 | 801 BRICKELL KEY BLVD, #703 | MIAMI | FL | 33131 | MIAMI-DADE | 24635/2111 | 24635/2135 | 1008075076 |
| 74 | 07-66481 | 8515 NW 3RD LN UNIT #1111 | MIAMI | FL | 33126 | MIAMI-DADE | 23754/3236 | 23754/3260 | 1003339809 |
| 75 | 07-66588 | 3607 HARBOR BLVD | PORT CHARLOTTE | FL | 33931 | CHARLOTTE | 2940/489 | 2940/511 | 1007038216 |
| 76 | 07-67585 | 4931 WILDFLOWER DR | LAKELAND | FL | 33811 | POLK | 6761/449 | 6761/471 | 1007703988 |
| 77 | 07-67798 | 9610 NW 43RD ST | SUNRISE | FL | 33351 | BROWARD | 42262/1038 | 42262/1063 | 1008149504 |
| 78 | 07-68050 | 11002 LANDON LN | TAMPA | FL | 33635 | HILLSBOROUGH | 15636/947 | 15636/971 | 1003469062 |
| 79 | 07-68090 | 3817 PARKWAY BLVD | LAND O'LAKES | FL | 34639 | PASCO | 6649/870 | 6649/891 | 1003747191 |
| 80 | 07-68255 | 19425 NW 62ND CT | MIAMI | FL | 33015 | MIAMI-DADE | 23279/3987 | 23279/4012 | 1001495260 |
| 81 | 07-68590 | 4608 BEACON DR | SARASOTA | FL | 34232 | SARASOTA | 2006135817 | 2006135819 | 1008675187 |
| 82 | 07-68981 | 7401 35TH AVE N. | SAINT PETERSBURG | FL | 33710 | PINELLAS | 15521/1996 | 15521/2018 | 1008614467 |
| 83 | 07-69267 | 890 EASTHAM WAY UNIT #202 | NAPLES | FL | 34104 | COLLIER | 4060/323 | 4060/350 | 1008347755 |
| 84 | 07-69762 | 3671 CAMASTRO ST SW | PORT SAINT LUCIE | FL | 34953 | ST LUCIE | 2399/1749 | 2399/1770 | 1004022523 |

# DAVID J. STERN MORTGAGES

| | DJS FILE NUMBER | STREET ADDRESS | CITY | ST | ZIP | COUNTY | MORTGAGE BOOK/PAGE | NC MORTGAGE BOOK/PAGE | NEW CENT. LOAN NO. |
|---|---|---|---|---|---|---|---|---|---|
| 85 | 07-69764 | 1100 SUMMER ST UNIT #2 | LAKE WORTH | FL | 33461 | PALM BEACH | 20711/1918 | 20711/1943 | 1008720002 |
| 86 | 07-70088 | 24231 SW 107TH AVE | HOMESTEAD | FL | 33032 | MIAMI-DADE | 24700/959 | 24700/981 | 1008232290 |
| 87 | 07-70272 | 3406 PERCHING RD | SAINT CLOUD | FL | 34772 | OSCEOLA | 3188/1388 | 3188/1412 | 1008126333 |
| 88 | 07-70287 | 2570 GREENWOOD DR | KISSIMMEE | FL | 34744 | OSCEOLA | 3171/1714 | 3171/1735 | 1007700829 |
| 89 | 07-70474 | 1110 NE 13TH PL | CAPE CORAL | FL | 33909 | LEE | 2006000169630 | 2006000169631 | 1007426029 |
| 90 | 07-70476 | 12312 DAWN VISTA DR | RIVERVIEW | FL | 33569 | HILLSBOROUGH | 14741/423 | 14741/767 | 1000849782 |
| 91 | 07-70492 | 3820 40TH AVE N. | SAINT PETERSBURG | FL | 33714 | PINELLAS | 14730/1862 | 14730/1884 | 1004521976 |
| 92 | 07-70493 | 1080 PICCADILLY RD | PORT RICHEY | FL | 34668 | PASCO | 6724/1392 | 6724/1414 | 1005067125 |
| 93 | 07-70763 | 1847 CARALEE BLVD #1 | ORLANDO | FL | 32822 | ORANGE | 8786/588 | 8786/613 | 1007800846 |
| 94 | 07-71383 | 10400 SW 27TH ST | MIAMI | FL | 33165 | MIAMI-DADE | 22950/2473 | 22950/2603 | 1000346389 |
| 95 | 07-72478 | 3710 NW 23RD PL | COCONUT CREEK | FL | 33066 | BROWARD | 41985/751 | 41985/774 | 1007496159 |
| 96 | 07-72771 | 1118 SW 44TH WAY | DEERFIELD BEACH | FL | 33442 | BROWARD | 41756/683 | 41756/708 | 1006222508 |
| 97 | 07-73260 | 19394 NW 30TH CT | OPA LOCKA | FL | 33056 | MIAMI-DADE | 23939/281 | 23939/303 | 1003977487 |
| 98 | 07-73453 | 158 CATANIA WAY | ROYAL PALM BEACH | FL | 33411 | PALM BEACH | 19762/1419 | 19762/1444 | 1005576398 |
| 99 | 07-73680 | 3421 ITCHACA ST N. | SAINT PETERSBURG | FL | 33713 | PINELLAS | 14823/722 | 14823/743 | 1005039790 |
| 100 | 07-73866 | 8539 BERMUDA RD | JACKSONVILLE | FL | 32208 | DUVAL | 13170/775 | 13170/796 | 1006225532 |
| 101 | 07-73998 | 10550 E. PARK AVE | PORT SAINT LUCIE | FL | 34987 | ST LUCIE | 2620/2739 | 2620/2763 | 1009139283 |
| 102 | 07-74069 | 3608 KARIBA CT | KISSIMMEE | FL | 34746 | OSCEOLA | 3218/1327 | 3218/1351 | 1008686629 |
| 103 | 07-74070 | 9746 DEVONSHIRE BLVD | JACKSONVILLE | FL | 32208 | DUVAL | 13393/646 | 13393/663 | 1007739735 |
| 104 | 07-74076 | 2703 COLLINGSWOOD DR | DELTONA | FL | 32738 | VOLUSIA | 5879/3529 | 5879/3551 | 1008933817 |
| 105 | 07-74077 | 14101 SW 162ND ST | MIAMI | FL | 33177 | MIAMI-DADE | 24764/4179 | 24764/4201 | 1008808230 |
| 106 | 07-74583 | 3072 SPICE LN | NORTH PORT | FL | 34286 | SARASOTA | 2005242059 | 2005242060 | 1004003107 |
| 107 | 07-74593 | 8120 GENEVA CT #449 | DORAL | FL | 33166 | MIAMI-DADE | 24074/3106 | 24074/3131 | 1005217794 |
| 108 | 07-74638 | 1202 F ST N. | LAKE WORTH | FL | 33460 | PALM BEACH | 19946/1700 | 19946/1721 | 1006439543 |
| 109 | 07-74705 | 4620 MIAMI AVE N. | MIAMI | FL | 33127 | MIAMI-DADE | 24093/4840 | 24093/4864 | 1005170637 |
| 110 | 07-74706 | 1969 SE 24TH AVE | HOMESTEAD | FL | 33035 | MIAMI-DADE | 24026/731 | 25299/830 | 1004264762 |
| 111 | 07-74707 | 8601 BEACH BLVD #1201 | JACKSONVILLE | FL | 32216 | DUVAL | 12854/1399 | 12854/1424 | 1004064121 |
| 112 | 07-74711 | 2006 NE 24TH AVE | CAPE CORAL | FL | 33909 | LEE | 2006000169072 | 2006000169086 | 1007177645 |
| 113 | 07-74716 | 3330 NE 13TH DR #106 | HOMESTEAD | FL | 33033 | MIAMI-DADE | 24547/2926 | 24547/2951 | 1007485269 |
| 114 | 07-74718 | 8242 NW 107TH CT | MIAMI | FL | 33178 | MIAMI-DADE | 24459/4039 | 24459/4064 | 1007140925 |
| 115 | 07-74853 | 1225 NW 7TH CT | FLORIDA CITY | FL | 33034 | MIAMI-DADE | 24109/1736 | 24109/1760 | 1005219881 |
| 116 | 07-74894 | 1996 SOURWOOD BLVD | DUNEDIN | FL | 34698 | PINELLAS | 14762/2358 | 14762/2380 | 1004243697 |
| 117 | 07-75004 | 4110 SW 110TH AVE | MIAMI | FL | 33165 | MIAMI-DADE | 24778/3580 | 24778/3602 | 1009087427 |
| 118 | 07-75016 | 4712 SW 143RD AVE | MIAMI | FL | 33175 | MIAMI-DADE | 23800/503 | 23800/525 | 1003624297 |
| 119 | 07-75162 | 1315 SW 44TH ST | CAPE CORAL | FL | 33914 | LEE | 2006000289625 | 2006000289626 | 1008703673 |
| 120 | 07-75167 | 113 ROBIN AVE | SEBRING | FL | 33872 | HIGHLANDS | 1912/1634 | 1912/1656 | 1004265459 |
| 121 | 07-75175 | 281 BEACHWAY DR | PALM COAST | FL | 32137 | FLAGLER | 1409/454 | 1409/475 | 1006915181 |
| 122 | 07-75178 | 918 F ST S. | LAKE WORTH | FL | 33460 | PALM BEACH | 20204/1794 | 20204/1815 | 1006922823 |
| 123 | 07-75183 | 6264 PARADISE CIR | WEST PALM BEACH | FL | 33411 | PALM BEACH | 20135/1320 | 20135/1344 | 1006732048 |
| 124 | 07-75331 | 685 SW 168TH WAY | PEMBROKE PINES | FL | 33027 | BROWARD | 41282/882 | 41282/902 | 1005985767 |
| 125 | 07-75568 | 1629 CAPESTERRE DR | ORLANDO | FL | 32824 | ORANGE | 8509/95 | 8509/122 | 1006075409 |
| 126 | 07-75573 | 727 BROOK ST | LARGO | FL | 33770 | PINELLAS | 14928/2335 | 14928/2356 | 1006297492 |

# DAVID J. STERN MORTGAGES

| | DJS FILE NUMBER | STREET ADDRESS | CITY | ST | ZIP | COUNTY | MORTGAGE BOOK/PAGE | NC MORTGAGE BOOK/PAGE | NEW CENT. LOAN NO. |
|---|---|---|---|---|---|---|---|---|---|
| 127 | 07-75649 | 3519 MARWOOD DR | ORLANDO | FL | 32806 | ORANGE | 8404/1965 | 8404/8404 | 1004923916 |
| 128 | 07-75657 | 31 REIDSVILLE DR | PALM COAST | FL | 32164 | FLAGLER | 1395/870 | 1395/894 | 1006274373 |
| 129 | 07-75707 | 6643 WOODBURY FOREST DR | MILTON | FL | 32583 | SANTA ROSA | 2540/1725 | 2540/1747 | 1005255617 |
| 130 | 07-76049 | 929 SW 51ST TERR | CAPE CORAL | FL | 33914 | LEE | 2005000126784 | 2005000126785 | 1004616464 |
| 131 | 07-76071 | 701 NW 19TH ST 200 | FORT LAUDERDALE | FL | 33311 | BROWARD | 40315/1002 | 40315/1025 | 1002844952 |
| 132 | 07-76242 | 4821 NW 101ST PL | MIAMI | FL | 33178 | MIAMI-DADE | 24456/556 | 24456/588 | 1006945595 |
| 133 | 07-76389 | 15556 SW 47TH TERR | MIAMI | FL | 33185 | MIAMI-DADE | 24805/2808 | 24805/2829 | 1008910814 |
| 134 | 07-76396 | 4255 W. HUMPHREY ST. #811 | TAMPA | FL | 33614 | HILLSBOROUGH | 16642/387 | 16642/411 | 1008024103 |
| 135 | 07-76397 | 1601 NECTARINE ST A 4 | FERNANDINA BEACH | FL | 32034 | NASSAU | 1432/955 | 1432/982 | 1008546585 |
| 136 | 07-76452 | 2410 BEACH PARKWAY WEST | CAPE CORAL | FL | 33914 | LEE | 200600/070599 | 2006000070600 | 1009284665 |
| 137 | 07-76463 | 10856 ARIA CT | CLERMONT | FL | 34711 | LAKE | 3078/878 | 3078/903 | 1006126042 |
| 138 | 07-77160 | 2219 CAPE CORAL PARKWAY | CAPE CORAL | FL | 33914 | LEE | 2006-265773 | 2006-265774 | 1008727489 |
| 139 | 07-77281 | 1325 SE 1ST TERR | CAPE CORAL | FL | 33990 | LEE | 2006000253721 | 2006000253722 | 1008411079 |
| 140 | 07-77383 | 4207 W. KNIGHTS AVE | TAMPA | FL | 33611 | HILLSBOROUGH | 16363/309 | 16363/362 | 1007083648 |
| 141 | 07-77417 | 4705 SW 17TH PL | CAPE CORAL | FL | 33914 | LEE | 2005000184306 | 2005000184307 | 1005490685 |
| 142 | 07-77429 | 2925 SE 8TH ST | CAPE CORAL | FL | 33904 | LEE | 2005000165659 | 2005000165660 | 1004988268 |
| 143 | 07-77449 | 255 PETREL TRL | BRADENTON | FL | 34212 | MANATEE | 2070/2204 | 2070/2233 | 1003692098 |
| 144 | 07-77475 | 4315 SW 25TH PLACE | CAPE CORAL | FL | 33914 | LEE | 2006000124752 | 2006000124753 | 1006915243 |
| 145 | 07-77493 | 5056 CALDWELL ST | SPRING HILL | FL | 34606 | HERNANDO | 2291/1266 | 2291/1287 | 1008319134 |
| 146 | 07-77494 | 3265 72ND AVE NE | NAPLES | FL | 34120 | COLLIER | 4086/805 | 4086/826 | 1009141056 |
| 147 | 07-77611 | 660 DELTONA BLVD | DELTONA | FL | 32725 | VOLUSIA | 5806/3449 | 5806/3471 | 1006637240 |
| 148 | 07-77625 | 11950 SW 174TH ST | MIAMI | FL | 33177 | MIAMI-DADE | 24275/4860 | 24275/4883 | 1009324122 |
| 149 | 07-77627 | 2603 E. 28TH AVE | PALMETTO | FL | 34221 | MANATEE | 2101/4367 | 2101/4394 | 1006222955 |
| 150 | 07-77744 | 2057 SW 51ST | NAPLES | FL | 34116 | COLLIER | 3954/1008 | 3954/1030 | 105549123 |
| 151 | 07-77750 | 379 CHARWOOD AVE S. | LEHIGH ACRES | FL | 33936 | LEE | 2005000185449 | 2005000185450 | 1005416258 |
| 152 | 07-77854 | 230 NW 107TH AVE UNIT #105 | MIAMI | FL | 33172 | MIAMI-DADE | 24732/4595 | 24732/4619 | 1008440298 |
| 153 | 07-77863 | 11111 SW 154TH ST | MIAMI | FL | 33157 | MIAMI-DADE | 24515/3944 | 24515/3961 | |
| 154 | 07-77887 | 909 E. 12TH AVE | TAMPA | FL | 33605 | HILLSBOROUGH | 16317/1887 | 16317/1909 | 1007019648 |
| 155 | 07-78034 | 1717 DESTINO CT | PORT ORANGE | FL | 32128 | VOLUSIA | 5667/2552 | 5667/2577 | 1003724296 |
| 156 | 07-78049 | 3297 COMMODORE CT | ROYAL PALM BEACH | FL | 33411 | PALM BEACH | 20306/773 | 20306/794 | 1007621120 |
| 157 | 07-78258 | 9244 SW 2ND ST | BOCA RATON | FL | 33428 | PALM BEACH | 20648/1896 | 20648/1917 | 1008301624 |
| 158 | 07-78266 | 1456 SW PATRICIA AVE | PORT SAINT LUCIE | FL | 34952 | ST LUCIE | 2558/2616 | 2558/2639 | 1007704567 |
| 159 | 07-78318 | 2349 51ST ST SW | NAPLES | FL | 34116 | COLLIER | 4052/3771 | 4052/3793 | 1006847040 |
| 160 | 07-78724 | 4770 PINEGATE ROAD | ORANGE PARK | FL | 32003 | CLAY | 2552/1457 | 2552/1479 | 1002359655 |
| 161 | 07-78744 | 152 SE 19TH LN | CAPE CORAL | FL | 33990 | LEE | 2006000054701 | 2006000054702 | 1006115982 |
| 162 | 07-78800 | 12260 COUNTRY DAY CIR | FORT MYERS | FL | 33913 | LEE | 2005000170720 | 2005000170743 | 1004815114 |
| 163 | 07-78807 | 219 GUNLOCK AVE S | TAMPA | FL | 33609 | HILLSBOROUGH | 16212/1093 | 16212/1111 | 1006710464 |
| 164 | 07-78880 | 270 LAYNE BLVD | HALLANDALE BEACH | FL | 33009 | BROWARD | 40599/660 | 40599/685 | 1003243029 |
| 165 | 07-79300 | 4140 SW 10TH AVE | CAPE CORAL | FL | 33914 | LEE | 2006000053109 | 2006000053110 | 1006178717 |
| 166 | 07-79346 | 3136 A BRITANIA BLVD | KISSIMMEE | FL | 34747 | OSCEOLA | 3095/1726 | 3095/1754 | 1006592056 |
| 167 | 07-79362 | 1043 WOODBRIDGE HOLLOW RD | JACKSONVILLE | FL | 32218 | DUVAL | 13296/1139 | 13296/1160 | 1007721575 |
| 168 | 07-79690 | 2467 DELTONA BLVD | SPRING HILL | FL | 34606 | HERNANDO | 1804/538 | 1804/561 | 0001391996 |

# DAVID J. STERN MORTGAGES

| | DJS FILE NUMBER | STREET ADDRESS | CITY | ST | ZIP | COUNTY | MORTGAGE BOOK/PAGE | NC MORTGAGE BOOK/PAGE | NEW CENT. LOAN NO. |
|---|---|---|---|---|---|---|---|---|---|
| 169 | 07-80292 | 4709 COTTONWOOD DR | NEW PORT RICHEY | FL | 34652 | PASCO | 6798/1281 | 6798/1302 | 1005877946 |
| 170 | 07-80309 | 1605 N. OSCEOLA AVE | CLEARWATER | FL | 33755 | PINELLAS | 14757/51 | 14757/73 | 1004823445 |
| 171 | 07-80353 | 443 LOCKPORT AVE S. | LEHIGH ACRES | FL | 33936 | LEE | 2005000019844 | 2005000019845 | 1002986193 |
| 172 | 07-80365 | 2752 EGRET WALK TERR | JACKSONVILLE | FL | 32226 | DUVAL | 12898/802 | 12898/827 | 1004727852 |
| 173 | 07-80495 | 4207 PELICAN BLVD | CAPE CORAL | FL | 33914 | LEE | 2006253761 | 2006253762 | 1008499029 |
| 174 | 07-80856 | 9135 SW 125TH AVE UNIT #205P | MIAMI | FL | 33186 | MIAMI-DADE | 24797/1269 | 24797/1294 | 1008694852 |
| 175 | 07-80928 | 14406 FRESNO DRIVE | ORLANDO | FL | 32832 | ORANGE | 8815/3126 | 8815/3148 | 1008568976 |
| 176 | 07-80929 | 9221 SW 166TH ST | MIAMI | FL | 33157 | MIAMI-DADE | 24761/4152 | 24761/4174 | 1008923659 |
| 177 | 07-81107 | 2101 BRICKELL AVE #2508 | MIAMI | FL | 33129 | MIAMI-DADE | 24592/1620 | 24592/1644 | 1005727939 |
| 178 | 07-81202 | 6107 GARDEN AVE | WEST PALM BEACH | FL | 33405 | PALM BEACH | 18441/1557 | 18441/1580 | 1001460519 |
| 179 | 07-81227 | 7461 SW 158TH TERRACE | MIAMI | FL | 33157 | MIAMI-DADE | 24721/4963 | 24721/4984 | 1008439576 |
| 180 | 07-81251 | 5448 FULMAR DRIVE | TAMPA | FL | 33625 | HILLSBOROUGH | 15592/800 | 15592/824 | 1003676258 |
| 181 | 07-81288 | 5005 QUERCUS LOOP | WINTER HAVEN | FL | 33880 | POLK | 6920/1022 | 6920/1046 | 1009117163 |
| 182 | 07-81373 | 7905 PRESERVE CIRCLE #127 | NAPLES | FL | 34119 | COLLIER | 4073/1661 | 4073/1684 | 1008293839 |
| 183 | 07-81459 | 3928 VISCAYA ST | SEBRING | FL | 33872 | HIGHLANDS | 1989/1040 | 1989/1064 | 1008788966 |
| 184 | 07-81827 | 2190 FOREST KNOLL DR | PALM BAY | FL | 32905 | BREVARD | 5684/3442 | 5684/3572 | 1008237650 |
| 185 | 07-82212 | 3087 AVE UNIT C 211 NW | MIAMI | FL | 33172 | MIAMI-DADE | 24380/609 | 24380/633 | 1007030349 |
| 186 | 07-82249 | 13149 HEATHER RIDGE LOOP | FORT MYERS | FL | 33912 | LEE | 2005000184889 | 2005000184890 | 1005218962 |
| 187 | 07-82318 | 4111 OASIS BLVD | CAPE CORAL | FL | 33914 | LEE | 2006000124697 | 2006000124698 | 1006920086 |
| 188 | 07-82347 | 7009 WEATHERWOOD DRIVE | PENSACOLA | FL | 32506 | ESCAMBIA | 5830/635 | 5830/657 | 1006120397 |
| 189 | 07-82353 | 1969 N BETTY LANE | CLEARWATER | FL | 33755 | PINELLAS | 14836/185 | 14836/207 | 1005006619 |
| 190 | 07-82535 | 526 FRANK JEWETT AVE S | LEHIGH ACRES | FL | 33936 | LEE | 2006000165375 | 2006000165376 | 1006937434 |
| 191 | 07-82668 | 3311 WILLIAMSBURG ST | SARASOTA | FL | 34231 | SARASOTA | 2006067689 | 2006073724 | 1007290816 |
| 192 | 07-82723 | 7605 BERGAMOT DR | PORT RICHEY | FL | 34668 | PASCO | 6831/813 | 6831/834 | 1006131802 |
| 193 | 07-82773 | 331 SE 5TH TERR | POMPANO BEACH | FL | 33060 | BROWARD | 41958/1028 | 41958/1048 | 1007517029 |
| 194 | 07-82800 | 229 ICHABOD AVE S | LEHIGH ACRES | FL | 33971 | LEE | 2006000076323 | 2006000076324 | 1006351770 |
| 195 | 07-82810 | 8942 PANDORA LANE | PORT RICHIE | FL | 34668 | PASCO | 6768/528 | 6768/550 | 1004921687 |
| 196 | 07-82818 | 3853 STRATFIELD DRIVE | NEW PORT RICHEY | FL | 34652 | PASCO | 6822/1654 | 6822/1676 | 1005362868 |
| 197 | 07-82819 | 10561 BERMUDA ISLE DR | TAMPA | FL | 33647 | HILLSBOROUGH | 15969/1826 | 15969/1851 | 1005561956 |
| 198 | 07-82944 | 6101 NW 43RD WAY | COCONUT CREEK | FL | 33073 | BROWARD | 36640/1019 | 36640/1045 | 0001278965 |
| 199 | 07-83359 | 21055 YACHT CLUB DR #1703 | MIAMI | FL | 33180 | MIAMI-DADE | 24559/1669 | 24559/1696 | 1007659526 |
| 200 | 07-83411 | 2604 10TH CT | PALM HARBOR | FL | 34684 | PINELLAS | 15080/536 | 15080/560 | 1007077138 |
| 201 | 07-83520 | 1030 27TH ST N | SAINT PETERSBURG | FL | 33713 | PINELLAS | 14401/1944 | 14401/1966 | 1002291905 |
| 202 | 07-84370 | 3227 EASTMAN AVE NE | PALM BAY | FL | 32905 | BREVARD | 5397/2552 | 5397/2573 | 1000343756 |
| 203 | 07-84558 | 1116 NW 24TH AVE | CAPE CORAL | FL | 33993 | LEE | 2005000185692 | 2005000185693 | 1005380483 |
| 204 | 07-84572 | 16223 CUTTERS CT | FORT MYERS | FL | 33908 | LEE | 2006000010353 | 2006000010354 | 1005478244 |
| 205 | 07-84885 | 2229 POMEROY RD | SPRING HILL | FL | 34609 | HERNANDO | 2286/462 | 2286/485 | 1008686674 |
| 206 | 07-85590 | 150 BENTLEY OAKS BLVD | DAVENPORT | FL | 33896 | POLK | 6816/401 | 6816/422 | 1007896315 |