# EXHIBIT B

**Exhibit B**
**Sale Notice - Miscellaneous Assets**

| | Property Location: | 11921 MoPac Expressway, Suite 420 |
| | | Austin, TX |
| | **Approximate Square Footage:** | 12,207 |
| | Proposed Buyer: | Bazaarvoice Inc. |
| | | 6500 River Place Blvd., Bldg. 1, Suite 350 |
| | | Austin, TX 78730 |
| | | 512-732-9997 fax |
| | | bryan@bazaarvoice.com |

| Description of Furniture Assets | Count | Build-out Date | Approximate Rem. Value | Estimated Economics | Allocation of Purchase Price |
|---|---|---|---|---|---|
| **Work Stations** | | | | | |
| miscellaneous furniture, desks, chairs, bookcases | 34 | Jan-07 | | | |
| | | subtotal | $        - | | $        - |
| **Private Offices** | | | | | |
| private office furniture | 9 | Jan-07 | | | |
| | | subtotal | $        - | | $        - |
| | | Total | $148,554 | $   12,000 | $   12,000 |

FFE Lienholder:                none