# **EXHIBIT 1**

RLF1-3180736-1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | Case No. 07-10416 (KJC) |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | Jointly Administered |
| **Debtors.** | : | |
| | : | |

## STIPULATION FOR LIMITED MODIFICATION OF THE AUTOMATIC STAY TO PERMIT RETRIEVAL OF COLLATERAL BY GENERAL ELECTRIC CAPITAL CORPORATION AND ORDER THEREON

This stipulation ("Stipulation") is entered into by and among New Century Financial Corporation, a Maryland corporation, New Century Mortgage Corporation, a California Corporation, New Century TRS Holdings, Inc., a Delaware corporation, and their direct and indirect subsidiaries, each as debtor and debtor in possession in the above-captioned chapter 11 cases (collectively, "Debtors") and General Electric Capital Corporation ("GECC"), by their respective counsel.

## RECITALS

A.   The Debtors commenced these cases by filing voluntary petitions under Title 11 of the United States Code, 11 U.S.C. §§101-1532, (the "Bankruptcy Code"), on April 2, 2007.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

B.  On May 11, 2007, GECC filed a motion requesting, among other things, relief from the automatic stay to recover possession of certain personal property equipment owned by the Debtors and purportedly encumbered by first priority liens on behalf of GECC (Docket No. 630) ("Relief Stay Motion"). On June 7, 2007, the Debtors filed an objection to the Relief Stay Motion (Docket No. 1166). Also on June 7, 2007, the Official Committee of Unsecured Creditors filed an objection to the Relief Stay Motion (Docket No. 1168). The Examiner filed an objection on June 14, 2007 (Docket No. 1237).

C.  Included among GECC's purported collateral are various copiers, facsimile machines and other pieces of equipment currently warehoused at the Debtors' offices at 1610 E. St. Andrews Place, Santa Ana, California ("Santa Ana Collateral"). A list of the Santa Ana Collateral is attached hereto as Exhibit "A". The Santa Ana Collateral is stored with other miscellaneous equipment of the Debtors that the Debtors intend to sell in accordance with the Miscellaneous Asset Sales Procedures (Order approving, Docket No. 704).

D.  In accordance with the Court's Order approving the sale of the Debtors' mortgage loan servicing business (Docket No. 844), the Debtors must exit the Santa Ana location by the end of July 2007.

E.  The Debtors and GECC are attempting to reach a global resolution of the issues raised in the Relief Stay Motion. This Stipulation partially resolves those issues by allowing GECC to retrieve a portion of its collateral and assists the Debtors in meeting the deadline to vacate the Santa Ana location.

F.  NOW, THEREFORE, it is hereby stipulated and agreed by and between the parties to this Stipulation and Order, through their undersigned counsel or representatives, that:

## AGREEMENT

1.  Subject to Court approval, the Debtors and GECC agree that the automatic stay applicable under section 362 of the Bankruptcy Code shall be modified to permit GECC to remove and take possession of the Santa Ana Collateral and to otherwise exercise GECC's rights

as a secured creditor with respect to the Santa Ana Collateral; provided, however, that GECC must remove all of the Santa Ana Collateral by no later than July 25, 2007 at 5:00 pm Pacific Time.

    2.    The Debtors shall allow reasonable and supervised access during normal business hours for GECC to retrieve the Santa Ana Collateral. GECC will work in good faith to identify by serial number and remove only the Santa Ana Collateral so that other unencumbered equipment or other secured parties' collateral is not removed.

    3.    GECC shall bear all costs and expenses it incurs in connection with the retrieval of the Santa Ana Collateral, subject to its right to claim reimbursement of the same from the Debtors' bankruptcy estates as part of any proofs of claim GECC files in the Debtors' cases, and shall not cause any material disruption to the Debtors' operations.

    4.    Except as expressly provided herein, the parties reserve all of their rights, and any and all issues and disputes are hereby preserved, in connection with the Relief Stay Motion, including, without limitation (i) the validity and priority of any security interest or lien and (ii) any and all claims, remedies, defenses and any other right of any party (including the Debtors, their estates, GECC and the Official Committee of Unsecured Creditors).

    5.    The Court shall retain jurisdiction over any such issues and disputes.

    6.    This Stipulation shall be effective and enforceable immediately upon approval by the Court, and any stay otherwise imposed by Federal Rule of Bankruptcy Procedure 4001(a) is hereby waived.

    7.    The parties agree to and will cooperate fully with each other in the performance of this Stipulation, and will execute such additional agreements, documents or instruments and take such further action as may reasonably be required to carry out the intent of this Stipulation.

**STIPULATED AND AGREED:**

*/s/ Mark D. Collins*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854) — CHRISTOPHER M. SAMIS
RICHARDS, LAYTON & FINGER, P.A.   (No. 4909)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND DEBTORS
IN POSSESSION


AND

*/s/ Michael G. Gallerizzo*
Michael G. Gallerizzo
Eric Schuster
GEBHARDT & SMITH LLP
One South Street, Ste. 2200
Baltimore, Maryland 21202-3281
(410) 385-5048

ATTORNEYS FOR GENERAL ELECTRIC
CAPITAL CORPORATION

Exhibit "A"

Santa Ana Collateral of GECC

| Bar Code | CostCenter | Last Inventoried Date | Description | Location Name | Serial Number | GE account |
|---|---|---|---|---|---|---|
| 7045409 | 3735 | 6/12/2007 | Copier Ricoh Aficio 1075 | Santa Ana - Temp Storage | J4345100294 | 4159986002 |
| 7029537 | 3735 | 6/11/2007 | Fax Canon LC710 | Santa Ana - Temp Storage | UZS31003 | 4159986002 |
| 7032419 | 3321 | 5/29/2007 | Fax Canon LC710 | Santa Ana - Temp Storage | UZS31369 | 4159986002 |
| 7033062 | 9092 | 6/11/2007 | Fax Canon LC710 | Santa Ana - Temp Storage | UZS35455 | 4159986002 |
| 7036789 | 9092 | 6/11/2007 | Fax Canon LC710 | Santa Ana - Temp Storage | KAG00172 | 4159986002 |
| 7032951 | 9092 | 6/11/2007 | Printer HP Color Laserjet 4600DN | Santa Ana - Temp Storage | JPHMD66025 | 4159986002 |
| 7030314 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21659011414 | 4159986001 |
| 7030352 | 9092 | 6/1/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21658619586 | 4159986001 |
| 7030376 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A31631204905 | 4159986001 |
| 7030391 | 9092 | 6/1/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A31631204841 | 4159986001 |
| 7030421 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21658619432 | 4159986001 |
| 7030441 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A31631205134 | 4159986001 |
| 7030553 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21659011309 | 4159986001 |
| 7030604 | 9092 | 6/1/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A31631204800 | 4159986001 |
| 7030605 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A31631201144 | 4159986001 |
| 7030627 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A31631204826 | 4159986001 |
| 7030628 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21659011425 | 4159986001 |
| 7030630 | 9092 | 6/1/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21658619331 | 4159986001 |
| 7030631 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21659011420 | 4159986001 |
| 7030633 | 9092 | 6/1/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21659011423 | 4159986001 |
| 7030635 | 9092 | 6/1/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21659011311 | 4159986001 |
| 7030636 | 9092 | 6/1/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21659011401 | 4159986001 |
| 7030637 | 9092 | 6/1/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21659011318 | 4159986001 |
| 7030638 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21659011384 | 4159986001 |
| 7030639 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21659011314 | 4159986001 |
| 7030640 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21659011373 | 4159986001 |
| 7030641 | 9092 | 6/1/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21659011324 | 4159986001 |
| 7030642 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21658619588 | 4159986001 |
| 7030643 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21658619336 | 4159986001 |
| 7030646 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21658619344 | 4159986001 |
| 7030648 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A31631204893 | 4159986001 |
| 7030649 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21658619504 | 4159986001 |
| 7030650 | 9092 | 6/1/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21658619335 | 4159986001 |
| 7030659 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A31631204899 | 4159986001 |
| 7030660 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21658619449 | 4159986001 |
| 7030661 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21658619436 | 4159986001 |
| 7030662 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21658619481 | 4159986001 |
| 7030663 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21658619397 | 4159986001 |
| 7030665 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21659011386 | 4159986001 |
| 7030666 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21659011310 | 4159986001 |
| 7030667 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A31631204796 | 4159986001 |

| Bar Code | CostCenter | Last Inventoried Date | Description | Location Name | Serial Number | GE account |
|---|---|---|---|---|---|---|
| 7030669 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A31631204839 | 4159986001 |
| 7030672 | 9092 | 6/1/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21658619334 | 4159986001 |
| 7030302 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A31631204816 | 4159986001 |
| 7030304 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21659011358 | 4159986001 |
| 7030305 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A31631204879 | 4159986001 |
| 7030306 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A31631204892 | 4159986001 |
| 7030308 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A31631204780 | 4159986001 |
| 7030839 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A31631204880 | 4159986001 |
| 7030840 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A31631204890 | 4159986001 |
| 7030841 | 9092 | 6/1/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A31631204781 | 4159986001 |
| 7030843 | 9092 | 6/1/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A31631204846 | 4159986001 |
| 7030844 | 9092 | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A31631204840 | 4159986001 |
| A21659011252 | | 6/11/2007 | Desk Phone Avaya Definity 6408D+ | Santa Ana - Temp Storage | A21659011252 | 4159986001 |
| 7018519 | 2209 | 6/12/2007 | Fax Canon LC710 | Santa Ana - Temp Storage | UZS12487 | 4159986001 |
| 7027835 | 3735 | 6/11/2007 | Fax Canon LC710 | Santa Ana - Temp Storage | UZS27515 | 4159986001 |
| 7028271 | 3735 | 6/11/2007 | Fax Canon LC710 | Santa Ana - Temp Storage | UZS27525 | 4159986001 |
| 7028326 | 3737 | 6/13/2007 | Fax Canon LC710 | Santa Ana - Temp Storage | UZS26852 | 4159986001 |
| 7023022 | 9092 | 6/1/2007 | Fax Canon LC710 | Santa Ana - Temp Storage | UZS29711 | 4159986001 |
| 7025806 | 9092 | 6/11/2007 | Printer HP Color Laserjet 4600DN | Santa Ana - Temp Storage | JPGMC50606 | 4159986001 |
| 7025898 | 9092 | 6/1/2007 | Printer HP Color Laserjet 4600DN | Santa Ana - Temp Storage | JPGMC53336 | 4159986001 |
| 7025748 | 9092 | 6/11/2007 | Printer HP Laserjet 4200TN | Santa Ana - Temp Storage | USDNS20457 | 4159986001 |
| 7025750 | 9092 | 6/1/2007 | Printer HP Laserjet 4200TN | Santa Ana - Temp Storage | USGNN04147 | 4159986001 |
| 7027768 | 9092 | 6/1/2007 | Printer HP Laserjet 4200TN | Santa Ana - Temp Storage | USGNN09362 | 4159986001 |
| 7027628 | 9092 | 6/11/2007 | Printer HP Laserjet 4200TN | Santa Ana - Temp Storage | JPGMD52538 | 4159986001 |
| 7029350 | 3321 | 5/29/2007 | Scanner HP Digital Sender 9100C | Santa Ana - Temp Storage | JP26013238 | 4159986001 |
| 7025753 | 2317 | 5/29/2007 | Server Compaq Proliant DL380 | Santa Ana - Temp Storage | D351LJC1J130 | 4159986001 |
| 7020988 | 9092 | 6/1/2007 | Fax Canon LC710 | Santa Ana - Temp Storage | UZS17020 | 4150399002 |
| 7020990 | 9092 | 6/11/2007 | Fax Canon LC710 | Santa Ana - Temp Storage | UZS17016 | 4150399002 |
| 7016752 | 2209 | 6/12/2007 | Monitor 19 in NEC Accusync 90 | Santa Ana - Temp Storage | 3500686TA | 4150399002 |
| 7016757 | 2209 | 6/12/2007 | Monitor 19 in NEC Accusync 90 | Santa Ana - Temp Storage | 3500689TA | 4150399002 |
| 7019773 | 1131 | 5/29/2007 | Monitor 19 in NEC Accusync 90 | Santa Ana - Temp Storage | 3502308TA | 4150399002 |
| 7019774 | 1131 | 5/29/2007 | Monitor 19 in NEC Accusync 90 | Santa Ana - Temp Storage | 3400008TA | 4150399002 |
| 7019775 | 1131 | 5/29/2007 | Monitor 19 in NEC Accusync 90 | Santa Ana - Temp Storage | 3502307TA | 4150399002 |
| 7019776 | 1131 | 5/29/2007 | Monitor 19 in NEC Accusync 90 | Santa Ana - Temp Storage | 3501754TA | 4150399002 |
| 7019777 | 1131 | 5/29/2007 | Monitor 19 in NEC Accusync 90 | Santa Ana - Temp Storage | 3501761TA | 4150399002 |
| 7019786 | 1131 | 5/29/2007 | Monitor 19 in NEC Accusync 90 | Santa Ana - Temp Storage | 3501757TA | 4150399002 |
| 7019787 | 1131 | 5/29/2007 | Monitor 19 in NEC Accusync 90 | Santa Ana - Temp Storage | 3501758TA | 4150399002 |
| 7019788 | 1131 | 5/29/2007 | Monitor 19 in NEC Accusync 90 | Santa Ana - Temp Storage | 3501753TA | 4150399002 |
| 7019789 | 1131 | 5/29/2007 | Monitor 19 in NEC Accusync 90 | Santa Ana - Temp Storage | 3502311TA | 4150399002 |
| 7017024 | 2209 | 6/12/2007 | Monitor 19 in NEC Accusync 90 | Santa Ana - Temp Storage | 3101518TA | 4150399002 |
| 7020547 | 2201 | 6/12/2007 | Monitor 19 in NEC Accusync 90 | Santa Ana - Temp Storage | 3400194TA | 4150399002 |
| JMX0652L5C9 | | 6/1/2007 | Router Cisco 2600 | Santa Ana - Temp Storage | JMX0652L5C9 | 4150399002 |
| 7019043 | 2322 | 5/29/2007 | Fax Canon LC710 | Santa Ana - Temp Storage | UZS02569 | 4150399001 |