# EXHIBIT A

## [The Wind-down Retention Plan]

# NEW CENTURY FINANCIAL CORPORATION
# WIND DOWN RETENTION PLAN

**PLAN OBJECTIVE:**
The New Century Financial Corporation Wind Down Retention Plan (the "**Plan**") is designed to assist New Century Financial Corporation (the "**Company**") to retain key personnel critical to the successful operation of the Company and its subsidiaries.

**ELIGIBLE EMPLOYEES:**
The Plan covers the employees of the Company and its subsidiaries listed on the employee schedule (the "**Plan Participants**") set forth on Exhibit A hereto. The entitlement to any bonus is subject to the other terms and conditions of the Plan as set forth herein.

All payments under the Plan shall be in lieu of any other performance bonus or retention compensation payable by the Company or any of its subsidiaries (collectively, the "**Debtors**") under any other plan, program, agreement, applicable law, or policy otherwise applicable to the Plan Participants (excluding the New Century Key Employee Incentive Retention Plan). As a condition precedent of any obligation of the Company to pay any Retention Bonus (as defined below) to any Plan Participant, such Plan Participant shall, prior to or upon the date that a Retention Bonus is paid to such Plan Participant, be required to fully execute and return to the Company a general release and waiver of claims, excluding those claims specifically excepted from the release and waiver as described therein, in substantially the form attached hereto as Exhibit B. The Company shall have no obligation to pay and shall not pay any Retention Bonus to any Plan Participant that does not satisfy such release requirement or who otherwise revokes such release within any revocation period afforded by applicable law.

**RETENTION POOL:**

The Company will contribute $811,643 to a pool (the "**Retention Pool**") to make retention bonuses (the "**Retention Bonuses**") to be paid under the Plan. The contribution to the retention pool equals the sum of the products of each Plan Participant's (a) hourly rate of pay (calculated based on each Plan Participant's annual salary divided by 2,080 hours) multiplied by (b) the sum of 30 hours for the month of August and 40 hours for each succeeding month until such Plan Participant's Release Date (as defined below).

**PLAN PAYMENTS:**

Each Plan Participant shall be eligible to receive the Retention Bonus set forth opposite his or her name on Exhibit A. Retention Bonuses shall be paid, if at all, on the release date (the applicable date as to a particular Plan Participant is referred to as his or her "**Release Date**") set forth in the award agreement to be entered into by the Company and such Plan Participant pursuant to the Plan; provided that such Plan Participant (i) is then actively employed by the Company on a full-time basis in good standing (defined as not, before or after adoption of the Plan, having violated the Company's policies and procedures or otherwise engaged in conduct warranting disciplinary action, and performance and attendance at or above standards) or (ii) whose employment was terminated other than "for cause." If a Plan Participant is on approved leave status during a portion of the period beginning on the Plan implementation date and ending on his or her Release Date (the "**Retention Period**"), such Plan Participant will remain eligible to receive a Retention Bonus, but the Retention Bonus will be pro-rated for the portion(s) of the Retention Period during which he or she was employed on active, full-time status in good standing. If a Plan Participant is on leave status for the majority or the entirety of the Retention Period, such Plan Participant will not be eligible to receive any portion of the Retention Bonus. Notwithstanding the foregoing, in the event that any Plan Participant ceases to be eligible for a Retention Bonus, the Company may enter into additional award agreements with other Plan Participants that provide that such Plan Participants shall be eligible for additional Retention Bonuses if such Plan Participants agree to longer Retention Periods so

long as the sum of the Retention Bonuses for which Plan Participants are eligible does not exceed $811,643.

**TERMINATION OF EMPLOYMENT:**

Retention Bonuses under the Plan are offered as discretionary incentive amounts. If an Employee voluntarily terminates employment or is involuntarily terminated "for cause" (as defined below) before such Plan Participant's Release Date, the Plan Participant will not receive any Retention Bonus under the Plan. In the event an Plan Participant's employment is terminated by the Company or one of its subsidiaries other than "for cause", the Plan Participant will be entitled to the full amount of his or her Retention Bonus which will be paid on his or her Release Date.

Additionally, if there is any ongoing investigation by the Company into the actions or omissions of a Plan Participant at the time such Plan Participant becomes entitled to any Retention Bonus under the Plan, which could result in the Company having the right to terminate such Plan Participant "for cause", the Company will be entitled to delay payment of such bonus (without any interest accruing thereon) until the matter is finally determined by the Company. If the Company would have the right to terminate such Plan Participant "for cause" based on the findings of its investigation, then the Company will not be obligated to make and will not make any payments of such bonus (even if such Plan Participant's employment had terminated for other reasons) to such Plan Participant.

For purposes of the Plan, the term "**for cause**" means, either before or after the adoption of the Plan:

- Commission of a crime against the Company or its affiliates, customers or employees, whether prosecuted or not;

- a finding by the Company that the Plan Participant engaged in willful misconduct, or was grossly negligent, in the performance of his or her duties;

- Conviction of (or pleading guilty or *nolo contendere* to, or entering a similar plea to) any other crime or violation of law, statute or regulation that creates an inability to perform job duties;

- Failure or inability to perform job duties due to intoxication by drugs or alcohol during working hours;

- A material and direct conflict of interest, not specifically waived in advance by the Company;

- Unauthorized use or disclosure of confidential information that belongs to the Company or its affiliates, customers or employees;

- Habitual neglect of duties or repeated absences from work;

- Refusal to follow the instructions of a supervisor or the Board (or a committee thereof); or

- Other material misconduct including, but not limited to: falsification of Company records; theft; sexual harassment; or possession of firearms, controlled substances or illegal drugs on Company premises or while performing Company business.

**SALARY CONTINUATION:**

In the event a Plan Participant's employment is terminated by the Debtors other than "for cause" more than two weeks prior to his or her Release Date, the Company will also continue to pay, subject to tax withholding and other authorized deductions, the pro rata portion of such Plan Participant's then current annual salary in substantially equal installments in accordance with the Company's standard payroll practices until such Plan Participant's Release Date (the "**Salary Continuation**"). The Salary

Continuation will be in lieu of any other salary continuation compensation payable by the Debtors under any other plan, program, agreement, applicable law, or policy otherwise applicable to the Plan Participants. Notwithstanding anything to the contrary in this Section, if the Plan Participant's termination other than "for cause" is not a separation from service within the meaning of Section 409A of the Code and the regulations and other published guidance thereunder (including §1.409A-1(h)), then, if required in order to comply with the provisions of Section 409A of the Code, payment of the Salary Continuation shall be delayed until such a separation from service occurs.

Additionally, if there is any ongoing investigation by the Company into the actions or omissions of a Plan Participant at the time such Plan Participant becomes entitled to any Salary Continuation under the Plan, which could result in the Company having the right to terminate such Plan Participant "for cause", the Company will be entitled to delay payment of such Salary Continuation until the matter is finally determined by the Company. If the Company would have the right to terminate such Plan Participant "for cause" based on the findings of its investigation, then the Company will not be obligated to make and will not make any payments of such Salary Continuation (even if such Plan Participant's employment had terminated for other reasons) to such Plan Participant.

**FURTHER ACTIONS:**

As a condition to each Plan Participant's participation in the Plan, such Plan Participant shall agree to take such further actions as are reasonably requested by the Company, including such actions as the Company may request subsequent to the termination of such Plan Participant's employment with the Company or its subsidiaries, as the case may be, to assist the Company and its subsidiaries in the conduct of the bankruptcy cases filed under chapter 11 of the United States Bankruptcy Code to which they are currently parties.

**CHANGE OF ADDRESS:**
The Plan Participants shall be responsible for notifying the Company of any change of address before payment is made by mail notification to **[Name]**.

**NO PROMISE OF CONTINUED EMPLOYMENT, FULL-TIME ATTENTION, AND GOOD STANDING:**
The Plan and any Plan Participant's selection as a participant in the Plan does not, and is in no manner intended to constitute, a promise of employment for any period of time or to change a Plan Participant's status, if applicable, as an at will employee subject to termination of employment by his or her employer at any time for any reason.

**TAXES**:
All payments will be subject to standard withholding and deductions. Neither the Company nor any of its subsidiaries, officers or agents makes or has made any representation about the tax consequences of any payments or benefits offered by the Company to any Plan Participant under the Plan.

**SEVERABILITY:**
If any provision of the Plan is determined to be invalid or unenforceable, in whole or in part, this determination will not affect any other provision of the Plan and the provision in question shall be modified so as to be rendered enforceable in a manner consistent with the intent of the parties insofar as possible. Any waiver of or breach of any of the terms of the Plan shall not operate or be construed as a waiver of any other breach of such terms or conditions or of any other terms and conditions, nor shall any failure to enforce any provision hereof operate or be construed as a waiver of such provision or of any other provision.

**CHOICE OF LAW AND VENUE:**
The Plan will be governed by the laws of the State of California, notwithstanding that State's conflict of law provisions. The Company and each of the Plan Participants shall irrevocably and unconditionally consent to the exclusive jurisdiction of the United States Bankruptcy Court for the District of Delaware (the

"**Bankruptcy Court**"). The Company and each of the Plan Participants shall irrevocably and unconditionally waive any objection to the laying of venue of any action, suit, or proceeding arising out of or related to the Plan in the Bankruptcy Court and shall further irrevocably and unconditionally waive and agree not to plead or claim that any such action, suit or proceeding brought in the Bankruptcy Court has been brought in an inconvenient forum.

**ENTIRE AGREEMENT AND AMENDMENT:**
This document constitutes the complete, final and exclusive embodiment of the terms and conditions of the Plan and may only be modified in writing signed by an authorized officer of the Company. Any agreement between any Plan Participant and the Debtors with regard to the Plan and its subject matter is superseded in its entirety by this document.

**NO ASSIGNMENT:**
The rights of a Plan Participant or any other person to any payment or other benefits under the Plan may not be assigned, transferred, pledged, or encumbered except by will or the laws of decent or distribution.

# Exhibit A

## New Century Financial Corporation
## Wind Down Retention Plan Participants

| Plan Participants | |
|---|---|
| Name | Retention Payment |
| [TO BE COMPLETED] | [TO BE COMPLETED] |

Exhibit A

# Exhibit B

# Form Of Release Agreement

[To Be Attached]

NB1:721222.5
RLF1-3180786-1