# EXHIBIT B

## [The Amended KEIP]

LA3:1135857.2
RLF1-3180784-1

# AMENDMENT NO. 1 TO THE NEW CENTURY FINANCIAL CORPORATION KEY EMPLOYEE INCENTIVE PLAN

This Amendment No. 1 (this "**Amendment**") to The New Century Financial Corporation Key Employee Incentive Plan (the "**Original Plan**") is designed to maximize assets available for distribution to creditors by providing incentives to certain of the Company's senior executives to maximize the consideration received by the Company upon the consummation of the Other Assets Sales. This Amendment provides that these senior executives will be eligible for additional incentive bonuses to the extent that the liquidation prices received upon the consummation of the Other Asset Sales exceeds the Target Price set forth in the Original Plan. All capitalized terms not defined herein shall have the meaning given to them in the Original Plan.

This Amendment amends the Original Plan as follows:

The first sentence of the "Eligible Employees:" section of the Original Plan is replaced in its entirety with the following:

"The Plan covers the employees of the Company and its subsidiaries listed on the tables titled "Tier I Employees" (the "**Tier I Employees**"), "Tier II Employees" (the "**Tier II Employees**"), "Tier III Employees" (the "**Tier III Employees**"), "Tier IV Employees" (the "**Tier IV Employees**") and "Tier V Employees" (the "**Tier V Employees**" (collectively, the "**Plan Participants**"), each attached as part of Exhibit A hereto ("Exhibit A")."

The final sentence of the first paragraph of the "Eligible Employees:" section of the Original Plan is replaced in its entirety with the following:

"Tier I Employees, Tier II Employees, Tier III Employees and Tier IV Employees will be eligible to participate in those Plan Pools (as defined below) for which an amount has been set forth opposite their name in the column designated for such Plan Pool on Exhibit A and those employees of the Company whose names are listed again in the table titled "Tier V Employees" on Exhibit A will also be eligible to receive the additional amounts set forth opposite their name from the Other Assets Sale Pool (as defined below) in addition to being eligible to receive any amounts from the Other Assets Sale Pool set forth opposite their names in the Tier I Employees, Tier II Employees, Tier III Employees or Tier IV Employees tables, with the entitlement to any awards subject to the other terms and conditions of the Plan as set forth herein."

The following paragraphs are inserted at the end of the section of the Original Plan titled "Other Assets Sale Pool":

"An additional Contribution or Contributions ("**Additional Contributions**"), if any, upon the consummation of the Other Assets Sales will be based on the extent to which the Other Asset Sale Price equals or exceeds the Target Price and will be calculated as follows:

Additional Contributions, if any, upon the consummation of the Other Assets Sale will be calculated based on the extent to which the Other Assets Sale Price equals or exceeds the Target Price. There will be no Additional Contributions if the Other Assets Sale Price is less than the Target Price. If the Other Assets Sale Price is equal to the Target Price, an Additional Contribution will be made in the amount of $184,077. If the Other Assets Sale Price is greater than the Target Price, Additional Contributions will be made equal to $184,077 plus 0.5% of the amount by which the Other Assets Sale Price exceeds the Target Price e.g. if the Other Assets Sale Price is $X, then the Additional Contribution to the Other Assets Sale Pool will be equal to ($184,077 + (0.5% X ($X– Target Price))."

NB1:721750.3
RLF1-3180787-1

The first sentence of the "Plan Payments:" section of the Original Plan is replaced in its entirety with the following:

"Plan Participants shall receive the portion(s) of the minimum contribution(s) to each Plan Pool set forth opposite their names on <u>Exhibit A</u> in the event that the minimum condition necessary for the Company to make a contribution(s) to such Plan Pool (each a "Target") is satisfied but not exceeded."

The second sentence of the "Plan Payments:" section of the Original Plan is replace in its entirety with the following:

"In the event any Target is exceeded, and the Company makes a contribution greater than the minimum contribution(s) to any Plan Pool, Plan Participants will be eligible for the same proportion of that contribution, including for Tier V Employees the Additional Contributions, as of the minimum contribution(s) e.g. if a hypothetical participant had $22,219.00 set forth opposite his name in the column designated for the Mortgage Assets Sale Pool, such participant would be eligible to receive 10% ($22,219.90 / $222,190) of the Mortgage Assets Sale Contribution."

The following table is inserted at the end of Exhibit A of the Original Agreement:

[REDACTED]