UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | | |
| INC., a Delaware corporation, *et al.*,[1] | : | |
| | | Case Number 07-10416 (KJC) |
| Debtors. | : | (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

I certify that, on July 23, 2007, I caused to be served a copy/copies of the United States Trustee's Notice of Resumption of Meeting of Creditors via first class United States mail (postage prepaid) to the persons listed on Exhibit A attached hereto, all of whom attended the meeting on its initial date and signed the attendance log.

                                                                                                           /s/ Lauren E. O'Neal
                                                                                                             Lauren E. O'Neal
                                                                                            Office Automation Assistant

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

**EXHIBIT A**

Travis N. Turner, Esq.  
Young, Conaway, Stargatt & Taylor  
1000 West St.  
Wilmington, DE 19809

M.L. Wright  
Internal Revenue Service  
1352 Marrows Road  
Newark, DE 19711

Gregory J. Kennedy  
United Virginia Title, LLC  
315 S. Washington St., 2nd Floor  
Alexandria, VA 22314

Bonnie Glantz Fatell, Esq.  
Blank Rome LLP  
1201 Market Street, Ste. 800  
Wilmington, DE 19801

Mary L. Wright  
Internal Revenue Service  
1352 Marrows Road  
Newark, DE 19711

Michael R. Seidl, Esq.  
Pachulski Stang Ziehl Young & Jones  
919 North Market St., Ste.1600  
Wilmington, DE 19801

Edward Rosenthal  
Rosenthal, Murtaw & Goddess, PA  
919 N. Market St., Ste. 1401  
Wilmington, DE 19801

Hartford Fire Ins. Co.  
C/o Christopher Winter  
Duane Morris LLP  
1100 N. Market St.  
Wilmington, DE 19801

GE Capital Corp.  
C/o Michael Bolesta  
Genhardt & Smith LLP  
One Southe Street, Suite 2200  
Baltimore, MD 21202

Bank of America NA  
Gabriel MacConail, Esq.  
Potter Anderson & Corroon LLP  
1313 N. Market Street  
Wilmington, DE 19801

Bill Kuniz  
925 Alprilla Farm  
Hopkinlon, MA 01748