# SIGN-IN-SHEET

**CASE NAME:**   New Century TRS Holdings, Inc.          **COURTROOM LOCATION: 5**

**CASE NO.:  06-10416-KJC**          **DATE:**      July 16, 2007

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Donald Workman | Baker Hostetler | Fidelity BFA |
| Gabriel McConnell | Potter Anderson Corroun LLP | Bank of America |
| Matthew McGuire | Landis Rath & Cobb | JP Morgan |
| Jeff Warum | Cozen O'Connor. | BofA Glastonburg Blvd LLC. |
| Mike Merchant | Richards Layton & Finger | Debtour |
| Robert Stearn | " | " |
| Christopher Simais | " | " |
| Peter Benvenutti | Heller Ehrman | " |
| Otto R Wolfe | Smith Katzenstein Furlow | Ryan Desert Ridge |
| Mark Power | Hahn & Hessen LLP | Creditors Comm. tee |
| Edward Rismer | Kasowitz Benson, Torres, Friedman; Gadless, Pa | Indimc |
| Joe Mc Mahon | USDOJ | UST |

# SIGN-IN-SHEET

**CASE NAME:**    New Century TRS Holdings, Inc.    **COURTROOM LOCATION: 5**

**CASE NO.:   06-10416-KJC**    **DATE:**    July 16, 2007

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bonnie Glantz Fatell | Blank Rome LLP | Creditors Committee |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey
### #5

**Court Conference**

Calendar Date: **07/16/2007**
Calendar Time: **01:30 PM**

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1809611 | F. Curt Kirschner Jr | O'Melveny & Myers | Debtor, New Century TRS Holdings, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1809723 | Sean Scott | Mayer Brown Rowe & Maw, LLP | Interested Party, Carrington Capital Management, Inc / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1809970 | Nicholas Cremona | Kaye Scholer LLP | Creditor, Bank of America, NA / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1810185 | David M. Poitras | Jeffer, Mangels, Butler & Marmaro ( | Creditor, Union Bank of California / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1810278 | Kimberly Newmarch | Paul, Hastings, Janofsky & Walker | Creditor, UBS Real Estate Securities, Inc / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1809610 | Laine Mervis | O'Melveny & Myers | Debtor, New Century TRS Holdings, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1807901 | Richard Agins | Bingham McCutchen, LLP | Creditor, DB Structured Products / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1807805 | Douglas Deutsch | Chadbourne & Park, LLP | Creditor, CSFB / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1808462 | James M. Trush | Trush Law Office, APC | Petitioner, Daniel Rubio / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1804934 | Marti Murray | Murray Capital Management, Inc. | Interested Party, Murray Capital Management, Inc / LISTEN ONLY |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1802716 | Richard Magnuson | Ernst & Young, LLP | Debtor, New Century TRS Holdings, Inc / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1802682 | Harvey Strickon | Paul, Hastings, Janofsky & Walker | Interested Party, ILOG, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1802708 | John A. Simon | Foley & Lardner | Interested Party, Ernst & Young / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1812415 | Mary Olsen | The Gardner Law Firm | Creditor, Class of Former Employers / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1809606 | Alexandra Diaz-Almaral | O'Melveny & Myers | Debtor, New Century TRS Holdings, Inc / LIVE |