**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC.,** | : | **Case No. 07-10416 (KJC)** |
| **a Delaware Corporation, et al.,** | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | |
| | : | **Related to Docket No. 1172** |
| | : | |

-----------------------------------------------------------x

### CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER PURSUANT TO SECTION 327 OF THE BANKRUPTCY CODE AUTHORIZING EMPLOYMENT OF KIRKPATRICK& LOCKHART PRESTON GATES ELLIS LLP AS COUNSEL TO THE EXAMINER *NUNC PRO TUNC* TO JUNE 1, 2007

I, Mark Minuti, proposed counsel for Michael J. Missal, the Court appointed examiner (the "Examiner") hereby certify, as follows:

1.      On June 8, 2007, the Examiner filed the Application of the Examiner for an Order Authorizing the Retention of Kirkpatrick & Lockhart Preston Gates Ellis LLP as Counsel to the Examiner *Nunc Pro Tunc* to June 1, 2007 [Docket No. 1172] (the "Application").

2.      Bank of America, N.A. filed a response to the Application [Docket No. 1637] which was joined by Morgan Stanley Mortgage Capital Holdings LLC (f/k/a Morgan Stanley Mortgage Capital Inc.) [Docket No. 1639] (collectively the "Respondents").

3.      At the June 29, 2007 hearing (the "Hearing") on the Application, the Court indicated that it would approve the Application, subject to (a) Kirkpatrick & Lockhart Preston Gates Ellis LLP ("K&L Gates") filing a supplemental affidavit stating that K&L Gates is disinterested within the meaning of 11 U.S.C. § 101(14) and (b) the inclusion of language in the

proposed retention order to make clear that any expansion of the scope of the Examiner's examination shall be subject to Court order, following notice and a hearing.

4.       On July 16, 2007, K&L Gates filed the following additional affidavits in further support of the Application:

A.       Supplemental Affidavit of Edward M. Fox Pursuant to 11 U.S.C. §§ 101(14), 327 and Fed. R. Bankr. P. 2014 in Further Support of Application for an Order Authorizing the Retention of Kirkpatrick & Lockhart Preston Gates Ellis LLP as Counsel to the Examiner *Nunc Pro Tunc* to June 1, 2007.

B.       Affidavit of Dennis B. Potter Pursuant to 11 U.S.C. §§ 101(14), 327 and Fed. R. Bankr. P. 2014 in Further Support of Application for an Order Authorizing the Retention of Kirkpatrick & Lockhart Preston Gates Ellis LLP as Counsel to the Examiner *Nunc Pro Tunc* to June 1, 2007.

C.       Affidavit of Kelley D. Villalpando Pursuant to 11 U.S.C. §§ 101(14), 327 and Fed. R. Bankr. P. 2014 in Further Support of Application for an Order Authorizing the Retention of Kirkpatrick & Lockhart Preston Gates Ellis LLP as Counsel to the Examiner *Nunc Pro Tunc* to June 1, 2007.

5.       Attached hereto as **Exhibit "A"** is a proposed form of order approving the Application (the "Proposed Order"), which includes the language requested by the Court at the hearing. Attached hereto as **Exhibit "B"** is a blackline version of the Proposed Order reflecting changes to the draft order filed with the Application.

6.       A copy of the Proposed Order was circulated to counsel for the Debtors, the Official Committee of Unsecured Creditors, the Office of the United States Trustee and each of

the Respondents on July 20, 2007, and each of the foregoing parties was informed that counsel for the Examiner would submit the Proposed Order to the Court by 2:00 p.m. today absent objection.

7.      As of the filing of this certification, no one has contacted me with any questions or comments regarding the Proposed Order.

8.      We would respectfully request that the Court signed the Proposed Order and direct that it be docketed.

9.      Of course, we are available to discuss this matter at the Court's convenience.

**SAUL EWING LLP**

By:

Mark Minuti. (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6840

*Proposed Counsel to the Examiner*

Dated: July 23, 2007