**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

IN RE:

Case No. 07-10416-KJC
NEW CENTURY TRS HOLDINGS, INC.                    (Chapter 11)
       Debtor

DEUTSCHE BANK NATIONAL TRUST                    Ref: Docket No. <u>1849</u>
COMPANY, AS TRUSTEE C/O
COUNTRYWIDE HOME LOANS
       Movant

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
         Attorneys for the Movant
    v.
NEW CENTURY TRS HOLDINGS, INC, et
al.
       Respondents


<u>**CERTIFICATE OF NO RESPONSE**</u>

    Deutsche Bank National Trust Company, as Trustee c/o Countrywide Home Loans

("CHL"), by undersigned counsel hereby gives notice of the following:

    1.    CHL filed a Motion for Relief from the Automatic Stay on July 6, 2007.  Copies

of the Motion were served to the Debtor, Debtor's Counsel, United States Trustee and the

Attorney for the Official Committee of Unsecured Creditors on July 6, 2007.

    2.    The Notice of Motion states "If you fail to respond in accordance with this notice,

the relief demanded by the motion will be granted".  The Notice provides that a response to the

Motion needs to be filed by <u>July 23, 2007</u>.  As of <u>July 24, 2007</u>, no response has been filed by

the Debtor.

3.     Accordingly, Movant respectfully request the Court to enter the Proposed Order

Terminating Automatic Stay.

Respectfully submitted,

DRAPER & GOLDBERG, P.L.L.C.


/s/ Neil F. Dignon

Thomas D.H. Barnett #0994
Neil F. Dignon #3625
Draper & Goldberg, P.L.L.C.
P.O. Box 947
512 East Market Street
Georgetown, Delaware 19947
(302) 855-9252
Attorneys for Movant

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Certificate of No Response were

mailed by first class mail, postage-paid or electronically, this 24th day of July, 2007 to the

following parties:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
Debtor

Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joseph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorney for the Debtor

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell
David W. Carickhoff, Jr.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for the Official Committee of Unsecured Creditors
(served electronically)

/s/ Neil F. Dignon
Thomas D.H.  Barnett, Esquire
Neil F. Dignon, Esquire

Aymer 301724