IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | **Re: Docket Nos. 495, 1657 & 1883** |
| | : | |

## CERTIFICATION OF COUNSEL

The undersigned hereby certifies that:

On May 1, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Application for Order Authorizing the Retention and Employment of Heller Ehrman LLP as Special Counsel to the Audit Subcommittee Nunc Pro Tunc to the Petition Date Pursuant to Section 327(e) and 1107(b) of the Bankruptcy Code* [Docket No. 495] (the "Retention Application").

On June 25, 2007, the Office of the United States Trustee filed the *Limited Objection of the United States Trustee to the Debtors' Application for an Order Authorizing the Retention and Employment of Heller Ehrman LLP as Special Counsel to the Audit*

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

*Subcommittee Nunc Pro Tunc to the Petition Date Pursuant to Section 327(e) and 1107(b) of*

*the Bankruptcy Code* [Docket No. 1657] (the "Objection").

On July 11, 2007, Heller Ehrman LLP filed the Response to *Limited Objection of*

*the United States Trustee to the Debtors' Application for an Order Authorizing the Retention*

*and Employment of Heller Ehrman LLP as Special Counsel to the Audit Subcommittee Nunc*

*Pro Tunc to the Petition Date Pursuant to Section 327(e) and 1107(b) of the Bankruptcy Code*

[Docket No. 1883] (the "Response").

On July 16, 2007, the Court held a hearing (the "Hearing") to consider the

Retention Application, the Objection and the Response. At that Hearing, the Court approved the

Retention Application over the Objection. However, the Debtors did not have a form of order to

present at the Hearing that incorporated certain caps requested by the Official Committee of

Unsecured Creditors (the "Committee"). Accordingly, attached hereto as Exhibit A is a form of

order (the "Order") approving the Retention Application and incorporating the Committee's cap

requests.

WHEREFORE, the Debtors request that the Court enter the Order at its earliest

convenience.


Dated:  July 23, 2007
        Wilmington, Delaware

Respectfully submitted,

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California  94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION