## EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[2] | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |
| | : | Re: Docket Nos. 495, 1657 & 1883 |
| | : | |

### ORDER AUTHORIZING DEBTORS
### TO RETAIN AND EMPLOY HELLER EHRMAN LLP AS SPECIAL COUNSEL TO THE AUDIT SUBCOMMITTEE *NUNC PRO TUNC* TO THE PETITION DATE PURSUANT TO SECTIONS 327(e) AND 1107(b) OF THE BANKRUPTCY CODE

This matter coming before the Court on the Debtors' Application for Order Authorizing the Retention and Employment of Heller Ehrman LLP ("Heller Ehrman") as Special Counsel to the Audit Subcommittee *Nunc Pro Tunc* To The Petition Date Pursuant to Sections 327(e) and 1107(b) of the Bankruptcy Code (the "Application"), together with the supporting Affidavit of Neal Brockmeyer (the "Brockmeyer Affidavit"), filed by the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having reviewed the

---

[2] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

2

Application and the Brockmeyer Affidavit, the Limited Objection to the Application filed by the United States Trustee on June 15, 2007 (the "Objection"), Heller Ehrman's Response to the Objection supported by declarations of Donald Lange, Michael J. Shepard and Michaeline Correa filed on July 11, 2007 (collectively the "Heller Ehrman Response"), and at hearing held on July 16, 2007, the testimony of Mr. Shepard and the arguments of counsel; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), and (c) notice of this Application was sufficient under the circumstances, and (d) the Court having determined that the legal and factual bases set forth in the Application, the Brockmeyer Affidavit, the Heller Ehrman Response and Mr. Shepard's testimony establish just cause for the relief granted herein, for the reasons stated by the Court on the record at the July 16 hearing;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Objection is OVERRULED and the Application is GRANTED.

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

3. Pursuant to section 327(e) of the Bankruptcy Code, the Debtors are authorized to retain and employ Heller Ehrman as special counsel to the Audit Subcommittee, effective *nunc pro tunc* to the Petition Date.

4. Heller Ehrman shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and any other such procedures as may be fixed by order of this Court.

5. Subject to the agreement of the Official Committee of Unsecured Creditors or a further order of this Court, the aggregate amount of allowed fees incurred by Heller Ehrman after July 17, 2007, in these chapter 11 cases shall not exceed $50,000.

6. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: July ____, 2007
       Wilmington, Delaware

                                                    _____
                                                    THE HONORABLE KEVIN J. CAREY
                                                    UNITED STATES BANKRUPTCY JUDGE