## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., : | |
| a Delaware Corporation, et al. : | Case No. 07-10416 (KJC) |
| : | |
| Debtors. : | Objection Deadline: July 31, 2007 at 4:00 p.m. |
| : | Hearing Date: August 7, 2007 at 1:30 p.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that counsel for Brandywine Operating Partnership, L.P. filed the Motion To Compel Debtors To Comply With 11 U.S.C § 365(d)(3) And Related Relief (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Fifth Floor, 824 Market Street, Wilmington, DE 19801 and be served upon the undersigned attorneys so as to be received no later than 4:00 p.m. on July 31, 2007:

David P. Primack, Esq.
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Telephone: (302)467-4200
Facsimile: (302) 467-4201

Only those objections which are timely filed and served will be considered by the Court. A Hearing to consider the relief requested in the Motion will be held on August 7, 2007 at 1:30 p.m at the United States Bankruptcy Court for the District of Delaware, Fifth Floor, 824 Market Street, Wilmington, DE 19801.

If no objections are timely filed and served in accordance with the above requirements, the Motion may be granted without further notice or hearing.

Dated: July 23, 2007

**DRINKER BIDDLE & REATH LLP**

By: /s/ David P. Primack
David P. Primack (DE 4449)
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
(302) 467-4200 (tel)
(302) 467-4201 (fax)

Counsel for Brandywine Operating
Partnership, L.P.