# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br>a Delaware Corporation, et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

## ORDER

Upon consideration of the Brandywine Operating Partnership, L.P.'s Motion to Compel Debtors to Comply with Section 365(d)(3), it is hereby

ORDERED that that (i) the Lease is deemed rejected and the Premises is hereby surrendered as of July 19, 2007, and (ii) the Debtors' shall pay Brandywine forthwith all outstanding postpetition obligations in the aggregate amount of $161,501.43.

Dated:

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge