IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br>a Delaware Corporation, et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date set forth below, he caused a true and correct copy of MOTION TO COMPEL DEBTORS TO COMPLY WITH 11 U.S.C § 365(d)(3) to be served upon the following, in the manner indicated below:

**VIA FEDERAL EXPRESS**
O'Melveny & Myers LLP
275 Battery Street
San Francisco, California 94111
Attn: Suzzane S. Uhland, Esq.

**VIA HAND DELIVERY**
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Attn: Mark D. Collins, Esq.

**VIA HAND DELIVERY**
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801-4226
Attn: Bonnie Glantz Fatell, Esq.

**VIA FEDERAL EXPRESS**
Hahn & Hessen LLP
488 Madison Ave,
14th & 15th Floor
New York, NY 10022
Attn: Mark T. Power, Esq.

- 2 -

**VIA HAND DELIVERY**
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, Delaware 19899-0035
Attn: Joseph McMahon, Jr., Esq.

Dated: July 23, 2007

/s/ David P. Primack
David P. Primack, Esq. (DE 4449)
DRINKER BIDDLE & REATH LLP
1100 North Market Street, Suite 1000
Wilmington, Delaware 19801-1254
(302) 467-4200 (tel)
(302) 467-4201 (fax)

Counsel for Brandywine Operating
Partnership, L.P.