IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*, 1 | : | |
| | : | Jointly Administered |
| Debtors. | : | |

### CERTIFICATE OF NO OBJECTION TO FIRST MONTHLY APPLICATION OF BLANK ROME LLP [DKT. NO. 1700]

I, *Bonnie Glantz Fatell*, hereby certify as follows:

1. The First Monthly Application of Blank Rome LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from April 9, 2007 through April 30, 2007 (the *"Fee Application"*) was filed on June 27, 2007 and docketed at Docket Number 1700.

2. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Fee Application appears thereon.

---

1    The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

-1-

Pursuant to the Notice of Application, objections to the Fee Application were to be filed and served by 4:00 p.m. on July 16, 2007.

Dated: July 20, 2007

                **BLANK ROME LLP**

                */s/ Bonnie Fatell*
                Bonnie Glantz Fatell (No. 3809)
                Regina Stango Kelbon
                David W. Carickhoff (No. 3715)
                1201 Market Street, Suite 800
                Wilmington, Delaware 19801
                Telephone:  (302) 425-6400
                Facsimile:  (302) 425-6464

                     -and-

                HAHN & HESSEN LLP
                Mark S. Indelicato
                Mark T. Power
                488 Madison Avenue
                New York, New York 10022
                Telephone:  (212) 478-7200
                Facsimile:  (212) 478-7400

                *Counsel to the Official Committee of*
                *Unsecured Creditors of New Century TRS*
                *Holdings, Inc., et al.*

## CERTIFICATE OF SERVICE

I, *Bonnie Glantz Fatell*, hereby certify that on July 20, 2007, I caused a copy of the following document to be served on the parties listed below in the manner indicated.

**Certificate of No Objection to First Monthly Application of Blank Rome LLP [Dkt. No. 1700]**

_____
Bonnie Glantz Fatell (No. 3809)

**VIA HAND DELIVERY**
*Representing Debtors*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

*Representing United States Trustee*
Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
*Representing Debtors*
Suzzanne S. Uhland
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

*Representing Debtors*
Emily Culler
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*New Century Mortgage Corporation*
18400 Von Karman Avenue
Suite 1000
Irvin, CA 92612
Attn: Monika L. McCarthy, Esq.

*Representing Debtors' Crisis Managers*
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019
Attn: Holly Felder Etlin

*Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.*
Bennett L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

-3-

127340.01600/40170103v.1

*Representing The Official Committee of Unsecured Creditors*
Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue
14th & 15th Floor
New York, NY  10022

Michael J. Missal, Esq.
*Fee Examiner*
Kirkpatrick & Lockhart Preston
Gates Ellis LLP
1601 K Street, N.W.
Washington, D.C.  20006

**<u>VIA ELECTRONIC MAIL</u>**
Jamie Lisac
AlixPartners, LLP
E-mail: jlisac@alixpartners.com