UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: NC Residual III Corporation

Case No: 07-10424
Reporting Period: May 31, 2007

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor                              Date


Signature of Joint Debtor                        Date

/s/ [signature]                                  July 23, 2007
Signature of Authorized Individual*              Date

Michael G. Tinsley                               CFO
Printed Name of Authorized Individual            Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

# United States Bankruptcy Court
# For the District of Delaware

In re: <u>NC Residual III Corporation</u>  Case No. <u>07-10424</u>
       Debtor  Reporting Period: <u>May 2007</u>

## NOTES TO MONTHLY OPERATING REPORT

The Monthly Operating Report contains financial information that has been prepared by the Debtor's management and has not been audited or reviewed by independent registered public accountants. Some of the financial information in the Monthly Operating Report is not presented in accordance with generally accepted accounting principles ("GAAP") and may be subject to future reconciliation and adjustments. While management of the Debtor has made every effort to ensure that the Monthly Operating Report is accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information may result in material changes in the data contained in the Monthly Operating Report that would warrant amendment of same. The Debtor reserves the right to amend its Monthly Operating Report as necessary or appropriate and expects it will do so as new or additional information becomes available.

The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on the Monthly Operating Report as to amount, liability or classification.

The Debtor utilizes a consolidated cash management system. The Monthly Operating Report may not reflect payments by an affiliated debtor on behalf of this Debtor, as well as payments between debtor and non-debtor affiliates.

As provided by GAAP, the Debtors' books, records and prior filings have characterized the loan repurchase agreements as secured financing arrangements, including the estimated total liability as a secured claim and the underlying mortgage loans and residual interests as assets of the debtors. This treatment is also reflected in this Monthly Operating Report. The loan repurchase agreements, however, generally provide that the Debtors sold mortgage loans (or residual interests) to the counterparties subject to a right and obligation to repurchase these mortgage loans or residual interests at a subsequent date or upon the occurrence of certain events. The Debtors reserve all rights with respect to the loans repurchase agreements, including the proper characterization, the underlying assets and outstanding amounts.

As explained in a Current Report on Form 8-K filed by New Century Financial Corporation (an additional debtor in this case and the Debtor's ultimate parent) ("NCFC") with the Securities and Exchange Commission (the "SEC") on February 7, 2007, the previously filed consolidated interim financial statements of NCFC and its subsidiaries (including the Debtor) for the quarters ended March 31, 2006, June 30, 2006 and September 30, 2006 (the "Interim Financial Statements") should not be relied upon. As explained in a Current Report on Form 8-K filed by NCFC with the SEC on May 24, 2007, the previously filed consolidated annual financial statements of NCFC and its subsidiaries (including the Debtor) for its fiscal year ended December 31, 2005 (the "2005 Financial Statements") should also not be relied upon. The information contained in the Monthly Operating Report is further qualified by these disclosures.

| In re: NC Residual III Corporation | | | | | Case No: | | | 07-10424 |
|---|---|---|---|---|---|---|---|---|
| Debtor | | | | | Reporting Period: | | | May 31, 2007 |

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | 200,100 | | | | 200,100 | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | 0 | | | |
| ACCOUNTS RECEIVABLE | | | | | 0 | | | |
| LOANS AND ADVANCES | | | | | 0 | | | |
| SALE OF ASSETS | | | | | 0 | | | |
| OTHER (ATTACH LIST) | | | | | 0 | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | 0 | | | |
| TRANSFERS FROM AFFILIATES | | | | | 0 | | | |
| TOTAL RECEIPTS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | 0 | | | |
| PAYROLL TAXES | | | | | 0 | | | |
| SALES, USE, & OTHER TAXES | | | | | 0 | | | |
| INVENTORY PURCHASES | | | | | 0 | | | |
| SECURED/ RENTAL/ LEASES | | | | | 0 | | | |
| INSURANCE | | | | | 0 | | | |
| ADMINISTRATIVE | | | | | 0 | | | |
| SELLING | | | | | 0 | | | |
| OTHER (ATTACH LIST) | | | | | 0 | | | |
| OWNER DRAW * | | | | | 0 | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | 0 | | | |
| PROFESSIONAL FEES | | | | | 0 | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | 0 | | | |
| COURT COSTS | | | | | 0 | | | |
| TOTAL DISBURSEMENTS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **CASH - END OF MONTH** | 200,100 | 0 | 0 | 0 | 200,100 | 0 | 0 | 0 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

**THE FOLLOWING SECTION MUST BE COMPLETED**

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | $0 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $0 |

The debtors have a centralized cash disbursement operation, and therefore the cash disbursements, other than payroll, are reported under the debtor that actually makes the cash disbursement. Amounts paid on behalf of other debtors are charged via the intercompany payable/receivable accounts.

| In re: NC Residual III Corporation | | | | | | | Case No: | 07-10424 |
|---|---|---|---|---|---|---|---|---|
| Debtor | | | | | | | Reporting Period: | May 31, 2007 |

**BANK RECONCILIATIONS**
**Continuation Sheet for MOR-1**
A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | *See attached* | | | | |
| balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| **OTHER** | | | | | | | | |

MOR
(04/07)

**NC Residual II Corporation**
**MOR1 Schedule**
**Case #07-10424**

| Description | Type of Account | Bk Acct # | G/L Acct # | G/L Bal @ 05/31/07 | Bank Bal @ 05/31/07 |
|---|---|---|---|---|---|
| UNION BANK OF CALIFORNIA 445 S. FIGUEROA ST., MC G08-470 LOS ANGELES, CA 90071-1655 ACCOUNT# 2110105625 | Operating Account | 2110105625 | NCR1060 | 200,100.00 | 200,100.00 |
| | Total NC Residual II | | | 200,100.00 | 200,100.00 |

# NEW CENTURY RESIDUAL II CORPORATION
## UNION BANK 2110105625
## ACCOUNT RECONCILIATION - 1060-0000
### US Bank Operating Account
May 31, 2007

| | |
|---|---|
| BALANCE PER BANK | $200,100.00 |
| | |
| ADJ BANK BALANCE | **$200,100.00** |
| | |
| BALANCE PER G/L | $200,100.00 |
| | |
| ADJ G/L BALANCE | **$200,100.00** |
| | $0.00 |

PREPARED BY:   Donald Daniels        7/12/2007

APPROVED BY:

 **STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NC RESIDUAL II CORPORATION
**Statement Number: 2110105625**
05/01/07 - 05/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

NC RESIDUAL II CORPORATION
CASE #07-10417
18400 VON KARMAN, STE 1000
IRVINE CA 92612

■

**Analyzed Business Checking Summary**                                        Account Number: 2110105625

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| Balance on 5/ 1 | $ | 200,100.00 |
| Total Credits | | 0.00 |
| Total Debits | | 0.00 |
| Balance on 5/31 | $ | 200,100.00 |

**C R E D I T S**

**D E B I T S**

**Daily Ledger Balance**

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 5/1-5/31 | $   200,100.00 | | |

**In re: NC Residual III Corporation**                      **Case No:**    **07-10424**
**Debtor**                      **Reporting Period:**    **May 31, 2007**

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

*None this reporting period*

MOR
(04/07)

| **In re: NC Residual III Corporation** | **Case No:** | **07-10424** |
|---|---|---|
| **Debtor** | **Reporting Period:** | **May 31, 2007** |

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | May 31, 2007 | Cumulative Filing to Date |
|---|---:|---:|
| Gross Revenues | ($30,294,741) | ($30,564,201) |
| Less: Returns and Allowances | 0 | 0 |
| Net Revenue | (30,294,741) | (30,564,201) |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 0 | 0 |
| Add: Purchases | 0 | 0 |
| Add: Cost of Labor | 0 | 0 |
| Add: Other Costs (attach schedule) | 0 | 0 |
| Less: Ending Inventory | 0 | 0 |
| Cost of Goods Sold | 0 | 0 |
| Gross Profit | (30,294,741) | (30,564,201) |
| **OPERATING EXPENSES** | | |
| Advertising | 0 | 0 |
| Auto and Truck Expense | 0 | 0 |
| Bad Debts | 0 | 0 |
| Contributions | 0 | 0 |
| Employee Benefits Programs | 0 | 0 |
| Insider Compensation* | 0 | 0 |
| Insurance | 0 | 0 |
| Management Fees/Bonuses | 0 | 0 |
| Office Expense | 0 | 0 |
| Pension & Profit-Sharing Plans | 0 | 0 |
| Repairs and Maintenance | 0 | 0 |
| Rent and Lease Expense | 0 | 0 |
| Salaries/Commissions/Fees | 0 | 0 |
| Supplies | 0 | 0 |
| Taxes - Payroll | 0 | 0 |
| Taxes - Real Estate | 0 | 0 |
| Taxes - Other | 0 | 0 |
| Travel and Entertainment | 0 | 0 |
| Utilities | 0 | 0 |
| Other (attach schedule) | 0 | 0 |
| Total Operating Expenses Before Depreciation | 0 | 0 |
| Depreciation/Depletion/Amortization | 0 | 0 |
| Net Profit (Loss) Before Other Income & Expenses | (30,294,741) | (30,564,201) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) (Income from Subsidiaries) | 0 | 0 |
| Interest Expense | 0 | 0 |
| Other Expense (attach schedule) | 0 | 0 |
| Net Profit (Loss) Before Reorganization Items | 0 | 0 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 0 | 0 |
| U. S. Trustee Quarterly Fees | 0 | 0 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sh | 0 | 0 |
| Gain (Loss) from Sale of Equipment | 0 | 0 |
| Other Reorganization Expenses (attach schedule) | 0 | 0 |
| Total Reorganization Expenses | 0 | 0 |
| Income Taxes | 0 | 0 |
| Net Profit (Loss) | ($30,294,741) | ($30,564,201) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

MOR
(04/07)

| In re: NC Residual III Corporation | Case No: | 07-10424 |
|---|---|---|
| Debtor | Reporting Period: | May 31, 2007 |

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | May 31, 2007 | Cumulative Filing to Date |
|---|---:|---:|
|  | 0 | 0 |
| **Other Costs** | | |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
| *TOTAL OTHER COSTS* | 0 | 0 |
| **Other Operational Expenses** | | |
| Conference & Seminars | 0 | 0 |
| Dues & Subscriptions | 0 | 0 |
| Legal Services | 0 | 0 |
| Accounting Services | 0 | 0 |
| Consulting & Contract Services | 0 | 0 |
| Intercompany Allocation | 0 | 0 |
| Training | 0 | 0 |
| Other Misc Expenses | 0 | 0 |
| Minority Interest | 0 | 0 |
| Intercompany Interest Expense | 0 | 0 |
| Guarantee Fee | 0 | 0 |
| Provision for Loan Losses | 0 | 0 |
| *TOTAL OTHER OPERATING EXPENSES* | 0 | 0 |
| **Other Income** | | |
| Income from Subsidiaries | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
| *TOTAL OTHER INCOME* | 0 | 0 |
| **Other Expenses** | | |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
| *TOTAL OTHER EXPENSES* | 0 | 0 |
| **Other Reorganization Expenses** | | |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
| *TOTAL OTHER REORGANIZATION EXPENSES* | 0 | 0 |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

| In re: NC Residual III Corporation | Case No: | 07-10424 |
|---|---|---|
| Debtor | Reporting Period: | May 31, 2007 |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS<br>CURRENT ASSETS | BOOK VALUE AT END OF<br>CURRENT REPORTING MTH<br>May 31, 2007 | BOOK VALUE ON<br>PETITION DATE ***<br>April 2, 2007 |
|---|---|---|
| Unrestricted Cash and Equivalents ** | $200,100 | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | 0 | |
| Accounts Receivable (Net) | 0 | |
| Notes Receivable | 0 | |
| Inventories | 0 | |
| Prepaid Expenses | 1 | |
| Professional Retainers | 0 | |
| Other Current Assets (attach schedule) | 0 | |
| *TOTAL CURRENT ASSETS* | 200,101 | |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 0 | |
| Machinery and Equipment | 0 | |
| Furniture, Fixtures and Office Equipment | 0 | |
| Leasehold Improvements | 0 | |
| Vehicles | 0 | |
| Less Accumulated Depreciation | 0 | |
| *TOTAL PROPERTY & EQUIPMENT* | 0 | |
| **OTHER ASSETS** | | |
| Loans to Insiders* | 0 | |
| Other Assets (attach schedule) | 186,393,037 | |
| *TOTAL OTHER ASSETS* | 186,393,037 | |
| **TOTAL ASSETS** | **$186,593,138** | |

| LIABILITIES AND OWNER EQUITY<br>*LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | BOOK VALUE AT END OF<br>CURRENT REPORTING MONTH<br>May 31, 2007 | BOOK VALUE ON<br>PETITION DATE***<br>April 2, 2007 |
|---|---|---|
| Accounts Payable | $0 | |
| Taxes Payable (refer to FORM MOR-4) | 0 | |
| Wages Payable | 0 | |
| Notes Payable | 0 | |
| Rent / Leases - Building/Equipment | 0 | |
| Secured Debt / Adequate Protection Payments | 0 | |
| Professional Fees | 0 | |
| Amounts Due to Insiders* | 0 | |
| Other Postpetition Liabilities (attach schedule) | 0 | |
| *TOTAL POSTPETITION LIABILITIES* | 0 | |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 0 | |
| Priority Debt | 0 | |
| Unsecured Debt | 0 | |
| *TOTAL PRE-PETITION LIABILITIES* | 0 | |
| *TOTAL LIABILITIES* | 0 | |
| **OWNER EQUITY** | | |
| Capital Stock | $33,600 | |
| Additional Paid-In Capital | 288,178,143 | |
| Partners' Capital Account | 0 | |
| Owner's Equity Account | 0 | |
| Retained Earnings - Pre-Petition | (71,054,404) | |
| Retained Earnings - Postpetition | (30,564,201) | |
| Adjustments to Owner Equity (attach schedule) | 0 | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | 0 | |
| *NET OWNER EQUITY* | $186,593,138 | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **$186,593,138** | |

*"Insider" is defined in 11 U.S.C. Section 101(31).
**Included in unrestricted cash and equivalents are certain accounts that, as of the end of the reporting period, include certain amounts that will be distributed to various custodial accounts at a later date.
***See Statement of Financial Affairs and Schedules of Assets and Liabilities filed with the court on May 31, 2007.

MOR
(04/07)

| In re: NC Residual III Corporation | Case No: | 07-10424 |
|---|---|---|
| Debtor | Reporting Period: | May 31, 2007 |

| Other Current Assets | BOOK VALUE AT END OF CURRENT REPORTING MTH May 31, 2007 | BOOK VALUE ON PETITION DATE*** April 2, 2007 |
|---|---|---|
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| TOTAL OTHER CURRENT ASSETS | 0 | |
| Other Assets | | |
| Loans Held for Sale | 0 | |
| Loans Held for Investment | 0 | |
| Residual Interests | 0 | |
| Mortgage Servicing Rights | 3,658,000 | |
| Intangible Assets | 0 | |
| Investment in Sub | 0 | |
| Due to/from affiliates | (30,942,889) | |
| Receivable from Subs | 213,677,926 | |
| Due from Trusts related to Loans Held for Investment | 0 | |
| TOTAL OTHER ASSETS | 186,393,037 | |
| Other Postpetition Liabilities | **BOOK VALUE AT END OF CURRENT REPORTING MONTH May 31, 2007** | **BOOK VALUE ON PETITION DATE*** April 2, 2007** |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| TOTAL POSTPETITION LIABILITIES | 0 | |
| Adjustments to Owner Equity | | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| TOTAL ADJUSTMENTS TO OWNER EQUITY | 0 | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| TOTAL POSTPETITION CONTRIBUTIONS | 0 | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

***See Statement of Financial Affairs and Schedules of Assets and Liabilities filed with the court on May 31, 2007.

MOR
(04/07)

**In re: NC Residual III Corporation**  
**Debtor**

Case No: 07-10424  
Reporting Period: May 31, 2007

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: Adjustments | | | *N/A* | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: Medicare | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | \multicolumn{6}{c}{Number of Days Past Due} |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | *None this reporting period* | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

| In re: NC Residual III Corporation | Case No: | 07-10424 |
|---|---|---|
| **Debtor** | **Reporting Period:** | **May 31, 2007** |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |
| **Accounts Receivable Aging** | **Amount** | |
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

*N/A* (watermark across reconciliation table)

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below.* | X | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

*During May 2007, the Debtors recorded the sale of its Residual Interests in Securitizations and certain of its LNFA Mortgage Loan Portfolio to Ellington Management Group, L.L.C. approved by the Bankruptcy Court (Docket # 566) on May 7th, 2007.

In addition, the Debtors, jointly with Morgan Stanley Mortgage Capital Inc., sold certain mortgage loans and residual interests during May 2007. This sale was approved by the Bankruptcy Court (Docket # 439) on April 27th, 2007.

MOR
(04/07)