**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:  New Century TRS Holdings, Inc.

Case No:         07-10416
Reporting Period:    May 31, 2007

**MONTHLY OPERATING REPORT**
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

*July 23, 2007*
_____
Date

Michael G. Tinsley
_____
Printed Name of Authorized Individual

CFO
_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

# United States Bankruptcy Court
## For the District of Delaware

In re:  New Century TRS Holdings, Inc.                                  Case No. 07-10416
                                Debtor                                              Reporting Period: May 2007

### NOTES TO MONTHLY OPERATING REPORT

The Monthly Operating Report contains financial information that has been prepared by the Debtor's management and has not been audited or reviewed by independent registered public accountants.  Some of the financial information in the Monthly Operating Report is not presented in accordance with generally accepted accounting principles ("GAAP") and may be subject to future reconciliation and adjustments. While management of the Debtor has made every effort to ensure that the Monthly Operating Report is accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information may result in material changes in the data contained in the Monthly Operating Report that would warrant amendment of same.  The Debtor reserves the right to amend its Monthly Operating Report as necessary or appropriate and expects it will do so as new or additional information becomes available.

The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on the Monthly Operating Report as to amount, liability or classification.

The Debtor utilizes a consolidated cash management system.  The Monthly Operating Report may not reflect payments by an affiliated debtor on behalf of this Debtor, as well as payments between debtor and non-debtor affiliates.

As provided by GAAP, the Debtors' books, records and prior filings have characterized the loan repurchase agreements as secured financing arrangements, including the estimated total liability as a secured claim and the underlying mortgage loans and residual interests as assets of the debtors.  This treatment is also reflected in this Monthly Operating Report.  The loan repurchase agreements, however, generally provide that the Debtors sold mortgage loans (or residual interests) to the counterparties subject to a right and obligation to repurchase these mortgage loans or residual interests at a subsequent date or upon the occurrence of certain events.  The Debtors reserve all rights with respect to the loans repurchase agreements, including the proper characterization, the underlying assets and outstanding amounts.

As explained in a Current Report on Form 8-K filed by New Century Financial Corporation (an additional debtor in this case and the Debtor's ultimate parent) ("NCFC") with the Securities and Exchange Commission (the "SEC") on February 7, 2007, the previously filed consolidated interim financial statements of NCFC and its subsidiaries (including the Debtor) for the quarters ended March 31, 2006, June 30, 2006 and September 30, 2006 (the "Interim Financial Statements") should not be relied upon. As explained in a Current Report on Form 8-K filed by NCFC with the SEC on May 24, 2007, the previously filed consolidated annual financial statements of NCFC and its subsidiaries (including the Debtor) for its fiscal year ended December 31, 2005 (the "2005 Financial Statements") should also not be relied upon. The information contained in the Monthly Operating Report is further qualified by these disclosures.

In re:  New Century TRS Holdings, Inc.                                                          Case No:                    07-10416
Debtor                                                                                          Reporting Period:           May 31, 2007

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING  OF MONTH** | 0 | 0 | 0 | 22,208 | 22,208 | 0 | 0 | 0 |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH  SALES | | | | | 0 | | | |
| ACCOUNTS RECEIVABLE | | | | | 0 | | | |
| LOANS AND ADVANCES | | | | | 0 | | | |
| SALE  OF  ASSETS | | | | | 0 | | | |
| OTHER  (ATTACH LIST) | | | | 2,459 | 2,459 | | | |
| TRANSFERS  (FROM DIP ACCTS) | | | | | 0 | | | |
| TRANSFERS  FROM AFFILIATES | | | | | 0 | | | |
| TOTAL  RECEIPTS | 0 | 0 | 0 | 2,459 | 2,459 | 0 | 0 | 0 |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | 0 | | | |
| PAYROLL TAXES | | | | | 0 | | | |
| SALES, USE, & OTHER TAXES | | | | | 0 | | | |
| INVENTORY PURCHASES | | | | | 0 | | | |
| SECURED/ RENTAL/ LEASES | | | | | 0 | | | |
| INSURANCE | | | | | 0 | | | |
| ADMINISTRATIVE | | | | | 0 | | | |
| SELLING | | | | | 0 | | | |
| OTHER  (ATTACH  LIST) | | | | 30 | 30 | | | |
| | | | | | | | | |
| OWNER DRAW * | | | | | 0 | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | 0 | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | | 0 | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | 0 | | | |
| COURT COSTS | | | | | 0 | | | |
| TOTAL DISBURSEMENTS | 0 | 0 | 0 | 30 | 30 | 0 | 0 | 0 |
| | | | | | | | | |
| NET CASH FLOW | 0 | 0 | 0 | 2,489 | 2,489 | 0 | 0 | 0 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | 0 | 0 | 0 | 24,697 | 24,697 | 0 | 0 | 0 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

**THE FOLLOWING SECTION MUST BE COMPLETED**

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | ($30) |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | 0 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | ($30) |

The debtors have a centralized cash disbursement operation, and therefore the cash disbursements, other than payroll, are reported under the debtor that actually makes the cash disbursement.  Amounts paid on behalf of other debtors are charged via the intercompany payable/receivable accounts.

In re:  New Century TRS Holdings, Inc.

Debtor

Case No:  07-10416

Reporting Period:  May 31, 2007

**BANK RECONCILIATIONS**
**Continuation Sheet for MOR-1**
A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-)  OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
|   balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

See attached

**New Century TRS Holdings, Inc.**
**MOR1 Schedule**
**Case #07-10416**

| Description | Type of Account | Bk Acct # | G/L Acct # | G/L Bal @ 05/31/07 | Bank Bal @ 05/31/07 |
|---|---|---|---|---|---|
| MERRILL LYNCH 2001 SPRING ROAD OAK BROOK, IL 60523 ACCOUNT #637-07247 & #637-07246 | Employee Stock Purchase Plan | 637-07246, 47 | NCFC1045 | 24,773.62 | 24,773.62 |
| | Union Bank Lock Box | | NCFC1020 | (77.00) | - |
| | Total NCFC | | | 24,696.62 | 24,773.62 |

**NEW CENTURY FINANCIAL CORPORATION**
**EMPLOYEE STOCK PURCHASE PLAN**
**MERRILL LYNCH ACCOUNT 637-07247 & 637-07246**
**GL Account NCFC 1045**
May 31, 2007

| | | | |
|---|---|---|---|
| BALANCE AT MERRILL LYNCH | | Acct# 637-07247 | 24,538.62 |
| | | Acct# 637-07246 | 235.00 |
| | TOTAL MERRILL LYNCH BALANCE | | 24,773.62 |
| BALANCE ON G/L | | | 24,668.29 |
| | May dividends | | 105.33 |
| | ADJ G/L BALANCE | | 24,773.62 |

PREPARED BY:     Loanne Wu                                    6/26/2007

APPROVED BY:

Note:
A:  Book March Dividends from statement, JE to clear in May by Loanne (DR 1045-0000, CR 4040-1100)
A:  Book March Transfer Fee from statement, JE to clear in May by Loanne (CR 1045-0000, DR 4040-1100)

M:\accounting\Recons 2007\April 2007 Recons\[NCFC 1045-0000 Merrill Lynch.xls]May 07



**TOTAL MERRILL**

Primary Account: 637-07247

NEW CENTURY FINANCIAL CORP,ESO
PATTI//DODGE
18400 VON KARMAN AVE # 1000
IRVINE CA 92612-0516

# ■ YOUR MERRILL LYNCH REPORT

May 01, 2007 - May 31, 2007

## PORTFOLIO SUMMARY

|  | May 31 | April 30 | Month Change |  |
|---|---|---|---|---|
| **Net Portfolio Value** | **$2,950,803.94** | **$5,943,469.96** | **($2,992,666.02)** | ▼ |
| Your assets | $2,950,803.94 | $5,943,469.96 | ($2,992,666.02) | ▼ |
| Your liabilities | - | - | | |
| Your Net Cash Flow (Inflows/Outflows) | - | - | | |
| Securities You Transferred In/Out | - | - | | |
| *Subtotal Net Contributions* | | | | |
| Your Dividends/Interest Income | $105.33 | $160.38 | | |
| Your Market Change | ($2,992,771.35) | ($1,130,602.51) | | |
| *Subtotal Investment Earnings* | *($2,992,666.02)* | *($1,130,442.13)* | | |

**Need Investment Guidance?**
**Call Your Financial Advisor**

**Your Financial Advisor:**
BRETT A KORENSKY
2001 SPRING ROAD
OAK BROOK IL     60523-1888
brett_a_korensky@ml.com
(630) 954-6307

**If you have questions on your statement,**
**call 24-Hour Assistance:**
(866) 4MLBUSINESS
(866) 465-2874

Up-to-date account information can be viewed
at: www.businesscenter.ml.com, where your
statements are archived for three or more
years.

**Net Portfolio Value (in millions), 2002-2007**



## INFORMATION AT YOUR FINGERTIPS, NOT IN YOUR MAILBOX

Did you know you can receive this statement and many other Merrill Lynch communications
electronically, instead of in the mail? E-delivery through Merrill Lynch OnLine is a
fast, flexible, safe way to reduce paper mail.  Visit www.mlol.ml.com to enroll today.

+

Primary Account: 637-07247          24-Hour Assistance: (866) 4MLBUSINESS

# ■ YOUR PORTFOLIO REVIEW

*May 01, 2007 - May 31, 2007*

## ASSET ALLOCATION

*Estimated Accrued Interest not included*
*May not reflect all holdings*



|  | Percent |
|---|---|
| Equities | 100% |
| **TOTAL** | **100%** |

## CURRENT INCOME



| | This Report | Year To Date |
|---|---|---|
| Tax-Exempt Interest | - | - |
| Interest | - | - |
| Non-Reportable Dividends | - | - |
| Dividends | 105.33 | 5,707.00 |
| Total | $105.33 | $5,707.00 |
| **Your Estimated Annual Income** | | **$1,195.00** |

## TOP FIVE PORTFOLIO HOLDINGS

*Based on Estimated Market Value*

| | Current Value | % of Portfolio |
|---|---|---|
| NEW CENTURY FINL CORP | 2,926,265.32 | 99.17% |
| WCMA MONEY FUND CLASS 3 | 24,538.00 | 0.83% |

## FINANCIAL MARKET INDICATORS

| | This Report | Last Report | Previous Year End |
|---|---|---|---|
| S&P 500 | 1530.62 | 1482.37 | 1418.30 |
| Three-Month Treasury Bills | 4.72% | 4.84% | 5.01% |
| Long-Term Treasury Bonds | 5.01% | 4.81% | 4.81% |
| One-Month LIBOR | 5.32% | 5.32% | 5.33% |
| NASDAQ | 2604.47 | 2525.09 | 2415.29 |



**TOTAL MERRILL**

Online at: **www.businesscenter.ml.com**       Account Number: 637-07247       24-Hour Assistance: (866) 4MLBUSINESS

NEW CENTURY FINANCIAL CORP,ESO
PATTI//DODGE
18400 VON KARMAN AVE # 1000
IRVINE CA 92612-0516

### Net Portfolio Value:    *$2,950,803.94*

**Your Financial Advisor:**
BRETT A KORENSKY
2001 SPRING ROAD
OAK BROOK IL     60523-1888
brett_a_korensky@ml.com
(630) 954-6307

## ■ WCMA® ACCOUNT

*May 01, 2007 - May 31, 2007*

### ASSETS

|  | May 31 | April 30 |
|---|---|---|
| Cash/Money Accounts | **24,538.62** | 24,433.29 |
| Fixed Income |  | - |
| Equities | **2,926,265.32** | 5,919,036.67 |
| Mutual Funds |  | - |
| Options |  | - |
| Other |  | - |
| *Subtotal (Long Portfolio)* | **2,950,803.94** | *5,943,469.96* |
| **TOTAL ASSETS** | **$2,950,803.94** | $5,943,469.96 |

### LIABILITIES

|  |  |  |
|---|---|---|
| Debit Balance | - | - |
| Short Market Value |  |  |
| **TOTAL LIABILITIES** | - | - |
| **NET PORTFOLIO VALUE** | **$2,950,803.94** | $5,943,469.96 |

### CASH FLOW

|  | This Statement | Year to Date |
|---|---|---|
| **Opening Cash/Money Accounts** | **$24,433.29** |  |
| **CREDITS** |  |  |
| Funds Received | - | - |
| Electronic Transfers | - |  |
| Other Credits | - | 502,614.87 |
| *Subtotal* | - | *502,614.87* |
| **DEBITS** |  |  |
| Electronic Transfers | - | (525,000.00) |
| Margin Interest Charged | - |  |
| Other Debits | - | (30.00) |
| Visa Purchases *(debits)* | - | - |
| ATM/Cash Advances | - | - |
| Checks Written/Bill Payment | - | (525,030.00) |
| *Subtotal* | - | *(525,030.00)* |
| **Net Cash Flow** | - | ($22,415.13) |
| Dividends/Interest Income | 105.33 | 5,707.00 |
| Security Purchases/Debits | - |  |
| Security Sales/Credits | - | - |
| **Closing Cash/Money Accounts** | **$24,538.62** |  |
| Securities You Transferred In/Out | - | (1,128,450.72) |

+

014

1073

*3 of 8*

NEW CENTURY FINANCIAL CORP,ESO                    Account Number: 637-07247                    24-Hour Assistance: (866) 4MLBUSINESS

## YOUR WCMA ASSETS

May 01, 2007 - May 31, 2007

**CASH/MONEY ACCOUNTS**

| Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 0.62 | 0 | | .62 | | |
| WCMA MONEY FUND CLASS 3 | 24,538.00 | 24,538 | 1.0000 | 24,538.00 | 1,195 | 4.87 |
| **TOTAL** | | 24,538 | | 24,538.62 | 1,195 | 4.87 |

A change in tier assignment will automatically convert the class of WCMA money fund shares held in your account.  The WCMA Agreement and Program Description and the WCMA Fund Prospectus contain more details.

**EQUITIES**

| Description | | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW CENTURY FINL CORP | N/O | NEWCQ | N/A | 4,469,668 | N/A | N/A | 0.4400 | 1,966,653.92 | N/A | | |
| | N/O | | N/A | 3,536 | N/A | N/A | 0.4400 | 1,555.84 | N/A | | |
| | N/O | | N/A | 43 | N/A | N/A | 0.4400 | 18.92 | N/A | | |
| | N/O | | N/A | 22,971 | N/A | N/A | 0.4400 | 10,107.24 | N/A | | |
| | N/O | | N/A | 877,029 | N/A | N/A | 0.4400 | 385,892.76 | N/A | | |
| | N/O | | N/A | 23,231 | N/A | N/A | 0.4400 | 10,221.64 | N/A | | |
| | N/O | | N/A | 2,528 | N/A | N/A | 0.4400 | 1,112.32 | N/A | | |
| | N/O | | N/A | 333 | N/A | N/A | 0.4400 | 146.52 | N/A | | |
| | N/O | | N/A | 1,264 | N/A | N/A | 0.4400 | 556.16 | N/A | | |
| | N/O | | N/A | 1,250,000 | N/A | N/A | 0.4400 | 550,000.00 | N/A | | |
| *Subtotal* | | | | *6,650,603* | | | | *2,926,265.32* | | | |
| **TOTAL** | | | | | | | | **2,926,265.32** | | | |

**RESEARCH RATINGS**

| Security | Symbol | ML Rating | Independent Research Provider | Independent Research Provider | Jaywalk Consensus Rating SELL   HOLD   BUY | |
|---|---|---|---|---|---|---|
| NEW CENTURY FINL CORP | NEWC | N/A | Under Review - Morningstar | Sell -Market Edge Research | | 2.38 |

**PLEASE REFER TO THE BACK OF YOUR STATEMENT FOR A GUIDE TO YOUR MERRILL LYNCH AND INDEPENDENT RESEARCH RATINGS.**

+

014

1073



**TOTAL MERRILL**

NEW CENTURY FINANCIAL CORP,ESO                    Account Number: 637-07247

## YOUR WCMA ASSETS

May 01, 2007 - May 31, 2007

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|
| **TOTAL** | 24,538 | **2,950,803.94** | | | **1,195** | .04 |

Total values exclude N/A items

## YOUR WCMA TRANSACTIONS

**DIVIDENDS/INTEREST INCOME TRANSACTIONS**

| Date | Transaction Type | Quantity | Description | Income | Income Year To Date |
|---|---|---|---|---|---|
| 05/02 | Cash Dividend | | WCMA MONEY FUND CLASS 4 PAY DATE 05/01/2007 FROM 04-30 THRU 05-01 | 12.71 | |
| 05/31 | Share Dividend | 92 | WCMA MONEY FUND CLASS 3 PAY DATE 05/30/2007 | | |
| 05/31 | Cash Dividend | | WCMA MONEY FUND CLASS 3 PAY DATE 05/30/2007 FROM 05-01 THRU 05-30 | .62 | |
| | Income Total | | WCMA MONEY FUND CLASS 3 | 92.00 | |
| | Subtotal (Dividends) | | | 105.33 | 5,707.00 |
| | **NET TOTAL** | | | **105.33** | **5,707.00** |

## YOUR WCMA MONEY FUND TRANSACTIONS

| Date | Description | Sales | Purchases | Date | Description | Sales | Purchases |
|---|---|---|---|---|---|---|---|
| 05/01 | WCMA MONEY FUND CLASS 3 | | 1.00 | 05/01 | WCMA MONEY FUND CLASS 4 | 24,432.00 | |

+

1073

NEW CENTURY FINANCIAL CORP,ESO                Account Number: 637-07247                24-Hour Assistance: (866) 4MLBUSINESS

## YOUR WCMA MONEY FUND TRANSACTIONS (continued)                May 01, 2007 - May 31, 2007

| Date | Description | Sales | Purchases | Date | Description | Sales | Purchases |
|------|-------------|-------|-----------|------|-------------|-------|-----------|
| 05/01 | WCMA MONEY FUND |  | 24,432.00 |  | WCMA CLASS CONVERSION |  |  |
|  | CLASS 3 |  |  | 05/03 | WCMA MONEY FUND |  | 13.00 |
|  | WCMA CLASS CONVERSION |  |  |  | CLASS 3 |  |  |
|  | **NET TOTAL** |  |  |  |  |  | **14.00** |

1073

 **Merrill Lynch**

## *GUIDE TO YOUR RESEARCH RATINGS*

**MERRILL LYNCH RATINGS**

**Volatility Risk Ratings**
Indicators of potential price fluctuation are:
**A** – Low
**B** – Medium
**C** – High

**Investment Ratings**
Indicators of expected total return (price appreciation plus yield) within the 12-month period from the date of the initial rating, are:
**1** – Buy (10% or more for Low and Medium Volatility Risk securities – 20% or more for High Volatility Risk securities)
**2** – Neutral (0–10% for Low and Medium Volatility Risk securities – 0–20% for High Volatility Risk securities)
**3** – Sell (negative return)
**6** – No Rating

**Income Ratings**
Indicators of potential cash dividends are:
**7** – same/higher (dividend considered to be secure)
**8** – same/lower (dividend not considered to be secure)
**9** – pays no cash dividend

**INDEPENDENT, THIRD-PARTY RESEARCH**
Independent, third-party research on certain companies covered by the firm's research is available to clients at no cost. Clients can access this research at www.mlol.ml.com or can call 1-800-MERRILL to request that a copy of this research be sent to them. For an explanation of independent, third-party research ratings key, ask your Financial Advisor or FAC representative or go to www.ml.com/independentresearch. Please note that the independent, third-party research rating shown above is not necessarily equivalent to, or derived using the same methodology as, ML Research ratings or the ratings of other independent, third-party research providers.

**JAYWALK CONSENSUS RATING**
Jaywalk Consensus Rating represents the average of the ratings of available independent, third-party research providers. For additional information about Jaywalk Consensus Rating, ask your Financial Advisor or FAC representative or go to www.ml.com/independentresearch.

+

014

# Merrill Lynch

**Agreement Regarding Your Securities Account and Other Important Information**

You, the Client, and we, Merrill Lynch, Pierce, Fenner & Smith Inc. (Merrill Lynch), agree as follows:
(1) We will direct your order for a security or option to the marketplace we consider to be the primary market for that security or option.
(2) We will hold bonds and preferred stocks in bulk segregation (except for those held in custodian accounts). In the event of a call for less than an entire issue or series of those securities, the securities to be called will be randomly selected from those held in bulk.
(3) We are not responsible for the loss or destruction of securities that are placed in the custody of a non-U.S. bank or broker or other custodian, and are lost or destroyed as a result of war, civil commotion, enemy action, government acts or any other causes beyond the control of the depository or us.
(4) This statement of account shall be deemed conclusive if not objected to within ten (10) days. Promptly report any inaccuracy to Merrill Lynch Client Services at (800)MER-RILL. To protect your rights, oral communications should be re-confirmed by you in writing.
(5) We receive a fee from ISA® banks of up to 2% per annum of the average daily balances. We receive a fee from our affiliated banks of up to $30 per annum for each retirement account and $65 per annum for each non-retirement account that sweeps balances to the banks under the RASP ℠ and ML bank deposit programs.
(6) You will have the right to vote full shares, and we may solicit instructions concerning the voting of full shares held in your account. The voting shares in your account will be governed by the rules and policies of the New York Stock Exchange and the Securities and Exchange Commission then in effect, or other applicable exchanges or regulatory provisions.
(7) This statement serves as a confirmation of purchases that result from automatic reinvestment transactions, as well as your AIPS transactions, during the statement period.
(8) As an option client, please advise us promptly of any material change in your investment objectives or financial condition. Individual options commission charges have been included in your confirmation; a summary of this information will be made available to you upon request.
(9) All transactions in your account are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market, and its clearinghouse, if any, where the transactions are executed, and if not executed on any exchange, the National Association of Securities Dealers, Inc.
(10) We trade for our own accounts as an odd lot dealer, a block positioner and/or arbitrageur. At the time of any transaction in your account, we or an affiliate may have a long or short position in the same security, and our positions may be completely or partially hedged.
(11) We can use your free credit balance in our business and such funds are not segregated. You have the right to receive, in the normal course of business, any free credit balance and any fully paid securities to which you are entitled, subject to any open commitments in any of your accounts.
(12) Merrill Lynch's financial statement is available for your inspection at our office, or a copy will be mailed upon request to: Merrill Lynch, WFC-NT, New York, N.Y. 10281.
(13) If this statement is for a margin account, it is a combined statement of your margin account and special memorandum account maintained for you pursuant to applicable regulations. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request. You should retain this statement for use with your next statement to calculate interest charges, if any, for the period covered by this statement. The interest charge period will parallel the statement period, except that interest due for the final day of the statement period will be carried over and appear on your next statement.
(14) The Securities Investor Protection Corporation (SIPC) and our excess-SIPC bond do not cover assets that are not securities or assets that are not held at Merrill Lynch, such as cash on deposit at Merrill Lynch Bank USA, Merrill Lynch Bank & Trust Co., FSB or other depository institutions. Those deposits are protected by the Federal Deposit Insurance Corporation. Merrill Lynch is not a bank. Unless otherwise disclosed, investments through Merrill Lynch ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED, AND MAY LOSE VALUE. To obtain information about SIPC, including the SIPC Brochure, contact SIPC at <<http://www.sipc.org>> or (202) 371-8300.
(15) Merrill Lynch bears no responsibility or liability with respect to independent research selected by the Independent Consultant under the Global Research Settlement. Clients assume full responsibility for any trading decisions they make based upon such independent research ratings or reports.

**Prices and Valuations**
While we believe our pricing information to be reliable, we cannot guarantee its accuracy.
**Cost Data/Realized Capital Gains & Losses:** Cost data and Realized Capital Gains/Losses are provided for informational purposes only. Please review for accuracy. Merrill Lynch is not responsible for omitted or restated data. Please consult your tax advisor to determine the tax consequences of your securities transactions. Your statement is not an official accounting of gains/losses, and Merrill Lynch does not report gains/losses to the I.R.S. Please refer to your records,

trade confirmations, and the Consolidated Tax Reporting Statement (Form 1099).
**Managed Trust Units:** Information is based on data from the Merrill Lynch Trust Company or its agent. Neither the Trust nor its units are held in your Merrill Lynch account and are not subject to SIPC.
**Fixed-Income Securities:** Values on your statement generally are based on estimates, which are obtained from various sources. The values often vary from prices achieved in actual transactions, especially for thinly traded securities, and are not firm bids or offers. The values assume no unusual market conditions and are generally for transactions of $1 million or more, which often have more favorable pricing than transactions in smaller amounts. Accordingly, you may pay more than the values if you purchase securities, or receive less if you sell securities.
**Insurance Policies.** Information is based on data from the insurer that issued the policy. Merrill Lynch is not responsible for the calculation of policy values. Policies are generally not held in your Merrill Lynch account. If Merrill Lynch as custodian or trustee holds a policy that is a security, SIPC protection and excess-SIPC protection applies.
**Est. Annual Yield%:** An annualized yield based on rates for the statement month. Current yields may be higher or lower.

**Symbols and Abbreviations**

| | | | |
|---|---|---|---|
| rI | Interest reported to the IRS. | N/A | Value and/or cost data not available. |
| ▪ | Gross Proceeds reported to the IRS. | N/C | Not-Calculated. |
| ▪ | Dividends reported to the IRS. | N/N | Non-negotiable securities. |
| : | Transactions reported to the IRS. | N/O | Held registered in your name. |
| OCC | Options Clearing Corporation. | N/O CUST | Non-negotiable Custodian Registration. |
| # | Transaction you requested required same-day payment – Merrill Lynch retained last day's dividend to offset cost of advancing payment on your behalf. | | |
| RD | Bonds are changeable from coupon to registered and vice versa without charge. | | |
| RG | Bonds registered for both principal and interest. | | |
| ↑↓ | Indicates that our global securities research division has upgraded(↑) or downgraded(↓) its fundamental opinion on a security. | | |

+



**TOTAL MERRILL**

Primary Account: 637-07246

NEW CENTURY FINANCIAL CORP,ESP
ATTN: PATTI//DODGE
18400 VON KARMAN AVE # 1000
IRVINE CA 92612-0516

# ■ YOUR MERRILL LYNCH REPORT

May 01, 2007 - May 31, 2007

## PORTFOLIO SUMMARY

|  | May 31 | April 30 | Month Change |
|---|---|---|---|
| **Net Portfolio Value** | **$235.00** | **$235.00** | . |
| Your assets | $235.00 | $235.00 | . |
| Your liabilities | . | . | |
| Your Net Cash Flow (Inflows/Outflows) | . | . | |
| Securities You Transferred In/Out | . | . | |
| *Subtotal Net Contributions* | . | . | |
| Your Dividends/Interest Income | . | . | |
| Your Market Change | . | . | |
| *Subtotal Investment Earnings* | . | . | |

**Need Investment Guidance?**
**Call Your Financial Advisor**

**Your Financial Advisor:**
BRETT A KORENSKY
2001 SPRING ROAD
OAK BROOK IL    60523-1888
brett_a_korensky@ml.com
(630) 954-6307

**If you have questions on your statement,**
**call 24-Hour Assistance:**
(800) MERRILL
(800) 637-7455

Up-to-date account information can be viewed
at: www.mlol.ml.com, where your statements
are archived for three or more years.

Questions about MLOL?  Click the "help" tab at
the top of the screen once you log in.

**Net Portfolio Value (in millions), 2002-2007**



## INFORMATION AT YOUR FINGERTIPS, NOT IN YOUR MAILBOX
Did you know you can receive this statement and many other Merrill Lynch communications
electronically, instead of in the mail?  E-delivery through Merrill Lynch OnLine is a
fast, flexible, safe way to reduce paper mail.  Visit www.mlol.ml.com to enroll today.

+

002

1073

Primary Account: 637-07246                                     24-Hour Assistance: (800) MERRILL

# ■ YOUR PORTFOLIO REVIEW

May 01, 2007 - May 31, 2007

## ASSET ALLOCATION

*Estimated Accrued Interest not included*
*May not reflect all holdings*



|  | Percent |
|---|---|
| ☐ Cash/Money Accounts | 100% |
| **TOTAL** | **100%** |

## TOP FIVE PORTFOLIO HOLDINGS

*Based on Estimated Market Value*

|  | Current Value | % of Portfolio |
|---|---|---|
| CASH | 235.00 | 100.00% |

Keep your financial strategy on track. Speak with your
Financial Advisor today.

## FINANCIAL MARKET INDICATORS

|  | This Report | Last Report | Previous Year End |
|---|---|---|---|
| S&P 500 | 1530.62 | 1482.37 | 1418.30 |
| Three-Month Treasury Bills | 4.72% | 4.84% | 5.01% |
| Long-Term Treasury Bonds | 5.01% | 4.81% | 4.81% |
| One-Month LIBOR | 5.32% | 5.32% | 5.33% |
| NASDAQ | 2604.47 | 2525.09 | 2415.29 |



**TOTAL MERRILL**

Online at: **www.mlol.ml.com**          Account Number: 637-07246                24-Hour Assistance: (800) MERRILL

NEW CENTURY FINANCIAL CORP,ESP
ATTN: PATTI//DODGE
18400 VON KARMAN AVE # 1000
IRVINE CA 92612-0516

**Net Portfolio Value:**                                          *$235.00*

**Your Financial Advisor:**
BRETT A KORENSKY
2001 SPRING ROAD
OAK BROOK IL    60523-1888
brett_a_korensky@ml.com
(630) 954-6307

# INDIVIDUAL INVESTOR ACCOUNT

May 01, 2007 - May 31, 2007

## ASSETS

| | May 31 | April 30 |
|---|---|---|
| Cash/Money Accounts | **235.00** | 235.00 |
| Fixed Income | · | · |
| Equities | · | · |
| Mutual Funds | · | · |
| Options | · | · |
| Other | · | · |
| *Subtotal (Long Portfolio)* | **235.00** | *235.00* |
| **TOTAL ASSETS** | **$235.00** | **$235.00** |

## LIABILITIES

| | | |
|---|---|---|
| Debit Balance | · | · |
| Short Market Value | · | · |
| **TOTAL LIABILITIES** | · | · |
| **NET PORTFOLIO VALUE** | **$235.00** | **$235.00** |

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| **Opening Cash/Money Accounts** | **$235.00** | |
| **CREDITS** | | |
| Funds Received | · | · |
| Electronic Transfers | · | · |
| Other Credits | · | · |
| *Subtotal* | · | |
| **DEBITS** | | |
| Electronic Transfers | · | · |
| Margin Interest Charged | · | · |
| Other Debits | · | · |
| Visa Purchases *(debits)* | · | · |
| ATM/Cash Advances | · | · |
| Checks Written/Bill Payment | · | · |
| *Subtotal* | · | |
| **Net Cash Flow** | · | · |
| Dividends/Interest Income | · | |
| Security Purchases/Debits | · | |
| Security Sales/Credits | · | |
| **Closing Cash/Money Accounts** | **$235.00** | |
| Securities You Transferred In/Out | | · |

+

002

1073

*3 of 5*

NEW CENTURY FINANCIAL CORP,ESP                  Account Number: 637-07246                  24-Hour Assistance: (800) MERRILL

## YOUR INDIVIDUAL INVESTOR ACCOUNT ASSETS

May 01, 2007 - May 31, 2007

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 235.00 | 235 | | 235.00 | | |

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|
| **TOTAL** | 235 | **235.00** | | | | |

This page intentionally left blank

# Merrill Lynch

**Agreement Regarding Your Securities Account and Other Important Information**
You, the Client, and we, Merrill Lynch, Pierce, Fenner & Smith Inc. (Merrill Lynch), agree as follows:
(1) We will direct your order for a security or option to the marketplace we consider to be the primary market for that security or option.
(2) We will hold bonds and preferred stocks in bulk segregation (except for those held in custodian accounts). In the event of a call for less than an entire issue or series of those securities, the securities to be called will be randomly selected from those held in bulk.
(3) We are not responsible for the loss or destruction of securities that are placed in the custody of a non-U.S. bank or broker or other custodian, and are lost or destroyed as a result of war, civil commotion, enemy action, government acts or any other causes beyond the control of the depository or us.
(4) This statement of account shall be deemed conclusive if not objected to within ten (10) days. Promptly report any inaccuracy to Merrill Lynch Client Services at (800)MER-RILL. To protect your rights, oral communications should be re-confirmed by you in writing.
(5) We receive a fee from ISA® banks of up to 2% per annum of the average daily balances. We receive a fee from our affiliated banks of up to $30 per annum for each retirement account and $65 per annum for each non-retirement account that sweeps balances to the banks under the RASP ℠ and ML bank deposit programs.
(6) You will have the right to vote full shares, and we may solicit instructions concerning the voting of full shares held in your account. The voting shares in your account will be governed by the rules and policies of the New York Stock Exchange and the Securities and Exchange Commission then in effect, or other applicable exchanges or regulatory provisions.
(7) This statement serves as a confirmation of purchases that result from automatic reinvestment transactions, as well as your AIPS transactions, during the statement period.
(8) As an option client, please advise us promptly of any material change in your investment objectives or financial condition. Individual options commission charges have been included in your confirmation; a summary of this information will be made available to you upon request.
(9) All transactions in your account are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market, and its clearinghouse, if any, where the transactions are executed, and if not executed on any exchange, the National Association of Securities Dealers, Inc.
(10) We trade for our own accounts as an odd lot dealer, a block positioner and/or arbitrageur. At the time of any transaction in your account, we or an affiliate may have a long or short position in the same security, and our positions may be completely or partially hedged.
(11) We can use your free credit balance in our business and such funds are not segregated. You have the right to receive, in the normal course of business, any free credit balance and any fully paid securities to which you are entitled, subject to any open commitments in any of your accounts.
(12) Merrill Lynch's financial statement is available for your inspection at our office, or a copy will be mailed upon request to: Merrill Lynch, WFC-NT, New York, N.Y. 10281.
(13) If this statement is for a margin account, it is a combined statement of your margin account and special memorandum account maintained for you pursuant to applicable regulations. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request. You should retain this statement for use with your next statement to calculate interest charges, if any, for the period covered by this statement. The interest charge period will parallel the statement period, except that interest due for the final day of the statement period will be carried over and appear on your next statement.
(14) The Securities Investor Protection Corporation (SIPC) and our excess-SIPC bond do not cover assets that are not securities or assets that are not held at Merrill Lynch, such as cash on deposit at Merrill Lynch Bank USA, Merrill Lynch Bank & Trust Co., FSB or other depository institutions. Those deposits are protected by the Federal Deposit Insurance Corporation. Merrill Lynch is not a bank. Unless otherwise disclosed, investments through Merrill Lynch ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED, AND MAY LOSE VALUE. To obtain information about SIPC, including the SIPC Brochure, contact SIPC at << http://www.sipc.org>> or (202) 371-8300.
(15) Merrill Lynch bears no responsibility or liability with respect to independent research selected by the Independent Consultant under the Global Research Settlement. Clients assume full responsibility for any trading decisions they make based upon such independent research ratings or reports.
**Prices and Valuations**
While we believe our pricing information to be reliable, we cannot guarantee its accuracy.
**Cost Data/Realized Capital Gains & Losses:**   Cost data and Realized Capital Gains/Losses are provided for informational purposes only. Please review for accuracy. Merrill Lynch is not responsible for omitted or restated data. Please consult your tax advisor to determine the tax consequences of your securities transactions. Your statement is not an official accounting of gains/losses, and Merrill Lynch does not report gains/losses to the I.R.S. Please refer to your records,

trade confirmations, and the Consolidated Tax Reporting Statement (Form 1099).
**Managed Trust Units:**   Information is based on data from the Merrill Lynch Trust Company or its agent. Neither the Trust nor its units are held in your Merrill Lynch account and are not subject to SIPC.
**Fixed-Income Securities:**   Values on your statement generally are based on estimates, which are obtained from various sources. The values often vary from prices achieved in actual transactions, especially for thinly traded securities, and are not firm bids or offers. The values assume no unusual market conditions and are generally for transactions of $1 million or more, which often have more favorable pricing than transactions in smaller amounts. Accordingly, you may pay more than the values if you purchase securities, or receive less if you sell securities.
**Insurance Policies:**   Information is based on data from the insurer that issued the policy. Merrill Lynch is not responsible for the calculation of policy values. Policies are generally not held in your Merrill Lynch account. If Merrill Lynch as custodian or trustee holds a policy that is a security, SIPC protection and excess-SIPC protection applies.
**Est. Annual Yield%:**   An annualized yield based on rates for the statement month. Current yields may be higher or lower.
**Symbols and Abbreviations**

| | | | |
|---|---|---|---|
| n | Interest reported to the IRS. | N/A | Value and/or cost data not available. |
| ■ | Gross Proceeds reported to the IRS. | N/C | Not-Calculated. |
| * | Dividends reported to the IRS. | N/N | Non-negotiable securities. |
| . | Transactions reported to the IRS. | N/O | Held registered in your name. |
| OCC | Options Clearing Corporation. | N/O CUST | Non-negotiable Custodian Registration. |
| # | Transaction you requested required same-day payment - Merrill Lynch retained last day's dividend to offset cost of advancing payment on your behalf. | | |
| RD | Bonds are changeable from coupon to registered and vice versa without charge. | | |
| RG | Bonds registered for both principal and interest. | | |
| ↑↓ | Indicates that our global securities research division has upgraded(↑) or downgraded(↓) its fundamental opinion on a security. | | |

+

**New Century Financial Corp.**
**Union Bank of California Lockbox**
**1020-0000**
As of  05/31/07

| TRANS DATE | JOURNAL CONTROL # | DESCRIPTION | BALANCE |
|---|---|---|---|
| 3/31/2007 | | Beginning Balance | $0.00 |
| 5/17/2007 | 100005029 | NCMC (will reclass to 2700-0022 in June 07) | ($77.00) |
| | | Total: | ($77.00) |
| | | GL Balance as of May 31, 2007 | ($77.00) |
| | | Variance | $0.00 |

PREPARED BY: ____L̶ ̶ẁ̶ù̶____     DATE ___7/3/07___

APPROVED BY: _____     DATE _____

**In re: New Century TRS Holdings, Inc.**
Debtor

Case No:                    07-10416
Reporting Period:           May 31, 2007

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | *none this reporting period* | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| In re: New Century TRS Holdings, Inc. | Case No: | 07-10416 |
|---|---|---|
| Debtor | Reporting Period: | May 31, 2007 |

### STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes
revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | May 31, 2007 | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $0 | $0 |
| Less: Returns and Allowances | 0 | 0 |
| Net Revenue | 0 | 0 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 0 | 0 |
| Add: Purchases | 0 | 0 |
| Add: Cost of Labor | 0 | 0 |
| Add: Other Costs (attach schedule) | 0 | 0 |
| Less: Ending Inventory | 0 | 0 |
| Cost of Goods Sold | 0 | 0 |
| Gross Profit | 0 | 0 |
| **OPERATING EXPENSES** | | |
| Advertising | 0 | 0 |
| Auto and Truck Expense | 0 | 0 |
| Bad Debts | 0 | 0 |
| Contributions | 0 | 0 |
| Employee Benefits Programs | 0 | 0 |
| Insider Compensation* | 0 | 0 |
| Insurance | 0 | 0 |
| Management Fees/Bonuses | 0 | 0 |
| Office Expense | 0 | 0 |
| Pension & Profit-Sharing Plans | 0 | 0 |
| Repairs and Maintenance | 0 | 0 |
| Rent and Lease Expense | 0 | 0 |
| Salaries/Commissions/Fees | 0 | 1,035,582 |
| Supplies | 0 | 0 |
| Taxes - Payroll | 0 | 0 |
| Taxes - Real Estate | 0 | 0 |
| Taxes - Other | 0 | 0 |
| Travel and Entertainment | 0 | 0 |
| Utilities | 0 | 0 |
| Other (attach schedule) | 818,027 | 818,037 |
| Total Operating Expenses Before Depreciation | 818,027 | 1,853,619 |
| Depreciation/Depletion/Amortization | 0 | 0 |
| Net Profit (Loss) Before Other Income & Expenses | (818,027) | (1,853,619) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) (Income from Subsidiaries) | (262,558,383) | (262,558,383) |
| Interest Expense | 0 | 0 |
| Other Expense (attach schedule) | 0 | 0 |
| Net Profit (Loss) Before Reorganization Items | (262,558,383) | (262,558,383) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 0 | 0 |
| U. S. Trustee Quarterly Fees | 0 | 0 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sh | (2,374) | (2,374) |
| Gain (Loss) from Sale of Equipment | 0 | 0 |
| Other Reorganization Expenses (attach schedule) | 0 | 0 |
| Total Reorganization Expenses | (2,374) | (2,374) |
| Income Taxes | 0 | 0 |
| Net Profit (Loss) | ($263,374,036) | ($264,409,628) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

| In re:  New Century TRS Holdings, Inc. | Case No: | 07-10416 |
|---|---|---|
| Debtor | Reporting Period: | May 31, 2007 |

**STATEMENT OF OPERATIONS - continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | May 31, 2007 | Cumulative Filing to Date |
|---|---|---|
| | 0 | 0 |
| **Other Costs** | | |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| *TOTAL OTHER COSTS* | 0 | 0 |
| **Other Operational Expenses** | | |
| Conference & Seminars | 0 | 0 |
| Dues & Subscriptions | 0 | 0 |
| Legal Services | 0 | 0 |
| Accounting Services | 0 | 0 |
| Consulting & Contract Services | 818,027 | 818,027 |
| Intercompany Allocation | 0 | 0 |
| Training | 0 | 0 |
| Other Misc Expenses | 0 | 10 |
| Minority Interest | 0 | 0 |
| Intercompany Interest Expense | 0 | 0 |
| Guarantee Fee | 0 | 0 |
| Provision for Loan Losses | 0 | 0 |
| *TOTAL OTHER OPERATING EXPENSES* | 818,027 | 818,037 |
| **Other Income** | | |
| Income from Subsidiaries | (262,558,383) | (262,558,383) |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| *TOTAL OTHER INCOME* | (262,558,383) | (262,558,383) |
| **Other Expenses** | | |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| *TOTAL OTHER EXPENSES* | 0 | 0 |
| **Other Reorganization Expenses** | | |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| *TOTAL OTHER REORGANIZATION EXPENSES* | 0 | 0 |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

| In re:  New Century TRS Holdings, Inc. | Case No: | 07-10416 |
|---|---|---|
| **Debtor** | Reporting Period: | May 31, 2007 |

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MTH May 31, 2007 | BOOK VALUE ON PETITION DATE *** April 2, 2007 |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents ** | $24,697 | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | 0 | |
| Accounts Receivable (Net) | 0 | |
| Notes Receivable | 0 | |
| Inventories | 0 | |
| Prepaid Expenses | 20,000 | |
| Professional Retainers | 0 | |
| Other Current Assets (attach schedule) | 0 | |
| *TOTAL CURRENT ASSETS* | 44,697 | |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 0 | |
| Machinery and Equipment | 0 | |
| Furniture, Fixtures and Office Equipment | 0 | |
| Leasehold Improvements | 0 | |
| Vehicles | 0 | |
| Less Accumulated Depreciation | 0 | |
| *TOTAL PROPERTY & EQUIPMENT* | 0 | |
| **OTHER ASSETS** | | |
| Loans to Insiders* | 0 | |
| Other Assets (attach schedule) | (206,274,242) | |
| *TOTAL OTHER ASSETS* | (206,274,242) | |
| | | |
| **TOTAL ASSETS** | ($206,229,545) | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH May 31, 2007 | BOOK VALUE ON PETITION DATE*** April 2, 2007 |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | $0 | |
| Taxes Payable (refer to FORM MOR-4) | 0 | |
| Wages Payable | 0 | |
| Notes Payable | 0 | |
| Rent / Leases - Building/Equipment | 0 | |
| Secured Debt / Adequate Protection Payments | 0 | |
| Professional Fees | 0 | |
| Amounts Due to Insiders* | 0 | |
| Other Postpetition Liabilities (attach schedule) | 0 | |
| *TOTAL POSTPETITION LIABILITIES* | 0 | |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 0 | |
| Priority Debt | 0 | |
| Unsecured Debt | 211,209 | |
| *TOTAL PRE-PETITION LIABILITIES* | 211,209 | |
| | | |
| *TOTAL LIABILITIES* | 211,209 | |
| *OWNER EQUITY* | | |
| Capital Stock | $0 | |
| Additional Paid-In Capital | (60,887,310) | |
| Partners' Capital Account | 0 | |
| Owner's Equity Account | 0 | |
| Retained Earnings - Pre-Petition | 118,856,184 | |
| Retained Earnings - Postpetition | (264,409,628) | |
| Adjustments to Owner Equity (attach schedule) | 0 | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | 0 | |
| *NET OWNER EQUITY* | ($206,440,754) | |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | ($206,229,545) | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**Included in unrestricted cash and equivalents are certain accounts that, as of the end of the reporting period,
include certain amounts that will be distributed to various custodial accounts at a later date.

***See Statement of Financial Affairs and Schedules of Assets and Liabilities filed with the court on May 31, 2007.

| In re:  New Century TRS Holdings, Inc. | Case No: | 07-10416 |
|---|---|---|
| **Debtor** | **Reporting Period:** | **May 31, 2007** |

| Other Current Assets | **BOOK VALUE AT END OF CURRENT REPORTING MTH** **May 31, 2007** | **BOOK VALUE ON PETITION DATE*** **April 2, 2007** |
|---|---|---|
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| *TOTAL OTHER CURRENT ASSETS* | 0 | |
| Other Assets | | |
| Loans Held for Sale | 0 | |
| Loans Held for Investment | 0 | |
| Residual Interests | 0 | |
| Mortgage Servicing Rights | 0 | |
| Intangible Assets | 0 | |
| Investment in Sub | 11,664,420 | |
| Due to/from affiliates | 0 | |
| Receivable from Subs | (267,480,626) | |
| Investment in Carrington Capital Management, LLC | 49,541,964 | |
| *TOTAL OTHER ASSETS* | (206,274,242) | |
| Other Postpetition Liabilities | **BOOK VALUE AT END OF CURRENT REPORTING MONTI** **May 31, 2007** | **BOOK VALUE ON PETITION DATE*** **April 2, 2007** |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| *TOTAL POSTPETITION LIABILITIES* | 0 | |
| Adjustments to Owner Equity | | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| *TOTAL ADJUSTMENTS TO OWNER EQUITY* | 0 | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| *TOTAL POSTPETITION CONTRIBUTIONS* | 0 | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

***See Statement of Financial Affairs and Schedules of Assets and Liabilities filed with the court on May 31, 2007.

| | | | |
|---|---|---|---|
| **In re:  New Century TRS Holdings, Inc.** | | **Case No:** | **07-10416** |
| **Debtor** | | **Reporting Period:** | **May 31, 2007** |

### STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: Adjustments | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: Medicare | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**
*"Insider" is defined in 11 U.S.C. Section 101(31).

| In re:  New Century TRS Holdings, Inc. | Case No: | 07-10416 |
|---|---|---|
| Debtor | Reporting Period: | May 31, 2007 |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

*N/A*

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below.* | X | |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

*During May 2007, the Debtors recorded the sale of its Residual Interests in Securitizations and certain of its LNFA Mortgage Loan Portfolio to Ellington Management Group, L.L.C. approved by the Bankruptcy Court (Docket # 566) on May 7th, 2007.

In addition, the Debtors, jointly with Morgan Stanley Mortgage Capital Inc., sold certain mortgage loans and residual interests during May 2007.  This sale was approved by the Bankruptcy Court (Docket # 439) on April 27th, 2007.