SHELDON S. TOLL PLLC
2000 Town Center, Suite 2550
Southfield, MI 48075
(248) 358-2460
Sheldon S. Toll (P-21490)

Attorneys for AP Services, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| New Century TRS Holdings, Inc., a | ) | Case No. 07-10416 (KJC) |
| Delaware corporation, et al., | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF FILING STAFFING REPORT BY AP SERVICES, LLC FOR THE PERIOD APRIL 1, 2007 THROUGH APRIL 30, 2007

In accordance with the Final Order Under 11 U.S.C. §§ 105 and 363 Authorizing the Employment of AP Services, LLC as Crisis Managers for the Debtors (Docket No. 1268), notice is hereby given that AP Services, LLC ("APS"), by and through its attorneys, Sheldon S. Toll PLLC, has filed a staffing report for the period of April 1, 2007 through April 30, 2007.

Dated: July 23, 2007                SHELDON S. TOLL PLLC


/s/ Sheldon S. Toll
Sheldon S. Toll (P-21490)
2000 Town Center, Suite 2550
Southfield, MI 48075
(248) 358-2460

Attorneys for AP Services, LLC

RLF1-3181296-1

SHELDON S. TOLL PLLC
2000 Town Center, Suite 2550
Southfield, MI 48075
(248) 358-2460
Sheldon S. Toll (P-21490)

Attorneys for AP Services, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| New Century TRS Holdings, Inc., a Delaware corporation, et al., | ) Case No. 07-10416 (KJC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## STAFFING REPORT BY AP SERVICES, LLC
## FOR THE PERIOD APRIL 1, 2007 THROUGH APRIL 30, 2007

Exhibit A – Summary of Temporary Employees and Functions

Dated: July 23, 2007        SHELDON S. TOLL PLLC

                            /s/ *Sheldon S. Toll*
                            Sheldon S. Toll (P-21490)
                            2000 Town Center, Suite 2550
                            Southfield, MI 48075
                            (248) 358-2460

                            Attorneys for AP Services, LLC

SHELDON S. TOLL PLLC
2000 Town Center, Suite 2550
Southfield, MI 48075
(248) 358-2460
Sheldon S. Toll (P-21490)

Attorneys for AP Services, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| New Century TRS Holdings, Inc., a Delaware corporation, et al., | ) Case No. 07-10416 (KJC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## STAFFING REPORT BY AP SERVICES, LLC
## FOR THE PERIOD APRIL 1, 2007 THROUGH APRIL 30, 2007

Exhibit A – Summary of Temporary Employees and Functions

Dated: July 23, 2007        SHELDON S. TOLL PLLC

                            /s/ *Sheldon S. Toll*
                            Sheldon S. Toll (P-21490)
                            2000 Town Center, Suite 2550
                            Southfield, MI 48075
                            (248) 358-2460

                            Attorneys for AP Services, LLC

<div align="right">**Exhibit A**</div>

# AP Services, LLC
Summary of Temporary Employees and Functions – New Century TRS Holdings Inc., et al.
April 1, 2007 through April 30, 2007

| Temporary Staff Employees -- Full Time | | |
|---|---|---|
| **Name** | **Description of Function** | **Hourly Rate** |
| Holly Etlin | Engagement Leader | $ 695.00 |
| Todd Brents | Director - Reporting and Claims | 625.00 |

| Temporary Staff Employees -- Part Time | | |
|---|---|---|
| **Name** | **Description of Function** | **Hourly Rate** |
| Daniel Puscas | Manager - Cost Initiatives | $ 525.00 |
| Michael G Tinsely | Manager - Financial Reporting | 525.00 |
| Jamie Lisac | Manager - Cash Management | 525.00 |
| Stacey Hightower | Manager - Restructuring | 475.00 |
| Andrew Wagner | Manager - Executory Contracts and Claims | 400.00 |
| Brieh Guevara | Manager - Restructuring | 400.00 |
| Michael J Laureno | Manager - Cash Management | 400.00 |
| * Casey Kangas | Manager - Restructuring | 350.00 |
| Clayton Gring | Manager - Reporting and Claims | 350.00 |
| Dennis DeBassio | Manager - Cash Management | 315.00 |

*\* Independent Contractor*