SHELDON S. TOLL PLLC
2000 Town Center, Suite 2550
Southfield, MI 48075
(248) 358-2460
Sheldon S. Toll (P-21490)

Attorneys for AP Services, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| New Century TRS Holdings, Inc., a ) | Case No. 07-10416 (KJC) |
| Delaware corporation, et al., ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## NOTICE OF FILING STAFFING REPORT BY AP SERVICES, LLC
## FOR THE PERIOD MAY 1, 2007 THROUGH MAY 31, 2007

In accordance with the Final Order Under 11 U.S.C. §§ 105 and 363 Authorizing the Employment of AP Services, LLC as Crisis Managers for the Debtors (Docket No. 1268), notice is hereby given that AP Services, LLC ("APS"), by and through its attorneys, Sheldon S. Toll PLLC, has filed a staffing report for the period of May 1, 2007 through May 31, 2007.

Dated: July 23, 2007

SHELDON S. TOLL PLLC

/s/ Sheldon S. Toll
Sheldon S. Toll (P-21490)
2000 Town Center, Suite 2550
Southfield, MI 48075
(248) 358-2460

Attorneys for AP Services, LLC

SHELDON S. TOLL PLLC
2000 Town Center, Suite 2550
Southfield, MI 48075
(248) 358-2460
Sheldon S. Toll (P-21490)

Attorneys for AP Services, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| New Century TRS Holdings, Inc., a | ) | Case No. 07-10416 (KJC) |
| Delaware corporation, et al., | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## STAFFING REPORT BY AP SERVICES, LLC
## FOR THE PERIOD MAY 1, 2007 THROUGH MAY 31, 2007

Exhibit A – Summary of Temporary Employees and Functions

Dated: July 23, 2007                         SHELDON S. TOLL PLLC

                                             /s/ Sheldon S. Toll
                                             Sheldon S. Toll (P-21490)
                                             2000 Town Center, Suite 2550
                                             Southfield, MI 48075
                                             (248) 358-2460

                                             Attorneys for AP Services, LLC

RLF1-3181295-1

**Exhibit A**

# AP Services, LLC

Summary of Temporary Employees and Functions – New Century TRS Holdings Inc., et al.
May 1, 2007 through May 31, 2007

| Temporary Staff Employees -- Full Time | | |
|---|---|---|
| Name | Description of Function | Hourly Rate |
| Holly Etlin | Engagement Leader | $ 695.00 |
| Todd Brents | Director - Reporting and Claims | 625.00 |

| Temporary Staff Employees -- Part Time | | |
|---|---|---|
| Name | Description of Function | Hourly Rate |
| Daniel Puscas | Manager - Cost Initiatives | $ 525.00 |
| Michael G Tinsely | Manager - Financial Reporting | 525.00 |
| Eva Anderson | Manager - Executory Contracts and Estate Staffing | 525.00 |
| Jamie Lisac | Manager - Cash Management | 525.00 |
| Stacey Hightower | Manager - Restructuring | 475.00 |
| Andrew Wagner | Manager - Executory Contracts and Claims | 400.00 |
| Brich Guevara | Manager - Restructuring | 400.00 |
| Michael J Laureno | Manager - Cash Management | 400.00 |
| * Casey Kangas | Manager - Restructuring | 350.00 |
| Clayton Gring | Manager - Reporting and Claims | 350.00 |
| Dennis DeBassio | Manager - Cash Management | 315.00 |

*\* Independent Contractor*

RLF1-3181295-1