**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-10416 (KJC) |
| Debtors.[1] | Jointly Administered |
| | Objection Deadline: August 13, 2007 at 4:00 p.m. Hearing: N/A |

**NOTICE OF FIRST MONTHLY INTERIM FEE APPLICATION REQUEST OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP, AS SPECIAL CORPORATE AND LITIGATION COUNSEL TO THE DEBTORS**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (the "Debtors") have today filed the annexed *First Monthly Interim Fee Application Request of Sheppard, Mullin, Richter & Hampton LLP, as Special Corporate and Litigation Counsel to the Debtors* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

| | |
|---|---|
| Name of Applicant: | Sheppard, Mullin, Richter & Hampton, LLP |
| Authorized to Provide Professional Services to: | New Century TRS Holdings, Inc., et al. |
| Date of Retention: | April 2, 2007 |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a/ JBE Mortgage) (d/b/a NCMC Mortgage Corporation; New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

| Period for which compensation and reimbursement is sought: | April 2, 2007 – June 30, 2007 |
| --- | --- |
| Amount of compensation sought as actual, reasonable and necessary: | $122,838.98   *(80% of $153,548.73)* |
| Amount of expense reimbursement sought as actual, reasonable and necessary | $   2,061.01   *(100%)* |

This is (a)n: \_\_\_\_X\_\_\_\_ monthly  _____interim  \_\_\_\_\_ final application.

Summary of Fee Applications for Compensation Period:

|  |  | **Requested** |  | **Approved** |  |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/20/07 | 4/1/07 to 6/30/07 | *Litigation*: $ 27,910.08[2]<br><br>*Corporate*: $125,638.65[3]<br><br>*Total:* $153,548.73<br><br>x 80%<br><br>$122,838.98 | $ 1,583.50<br><br><br>$    477.51<br><br><br>$ 2,061.01<br><br>x 100%<br><br>$ 2,061.01 |  |  |

Prior Applications Filed:

| Date Filed | Period Covered | Fees | Expenses |
| --- | --- | --- | --- |
| N/A |  |  |  |
|  |  |  |  |

---

[2]   Fees requested are net of a 12% negotiated discount applied to SMRH's standard hourly fees. A detailed itemization of SM H's professional services and expenses is attached hereto at Exhibit 2.

[3]   Fees requested are net of a 10% negotiated discount applied to SMRH's standard hourly fees. A detailed itemization of SMRH's professional services and expenses is attached hereto at Exhibit 3.

Summary of Any Objections to Fee Applications:

| Date of Fee Application | Date of Objection | Total Fees Subject to Objection | Total Expenses Subject to Objection |
|---|---|---|---|
| N/A | | | |
| | | | |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated April 24, 2007 (the "Administrative Order"), objections, if any, to the Application must be filed with the Clerk of the Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and be served upon and received by: (1) the Debtors, New Century Mortgage Corporation, 18400 Von Karman Avenue, Suite 1000, Irvine, California 92612 (Attn: Monika L. McCarthy, Esq.); (2) counsel for the Debtors, O'Melveny & Myers LLP, 400 S. Hope Street, Los Angeles, California 90071 (Attn: Suzzanne Uhland, Esq. and Emily Culler, Esq.) and Richards, Layton & Finger, P.A., One Rodney Square, P.O. Box 551, Wilmington, Delaware 19899 (Attn: Mark D. Collins, Esq. and Michael J. Merchant, Esq.); (3) the Debtors' proposed crisis managers, AP Services, LLC, 9 West 57th Street, Suite 3420, New York, New York 10019 (Attn: Holly Felder Etlin); (4) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Joseph McMahon, Esq.); (5) counsel to the Debtors' post-petition senior secured lenders, Kirkland & Ellis, 777 South Figueroa Street, Los Angeles, California 90017-5800 (Attn: Bennett L. Spiegel, Esq. and Shirley S. Cho, Esq.); (6) proposed counsel to the Official Committee of Unsecured Creditors, Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19801 (Attn: Bonnie Glantz Fatell, Esq.) and Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn: Mark S. Indelicato, Esq.) (collectively, the "Notice Parties") so as to be received by 4:00 p.m. Eastern Time on August 13, 2007.

**PLEASE TAKE FURTHER NOTICE** that if no timely objections are filed to the Application, the Court may enter an order granting the Application without a hearing. If an objection is properly filed and served and such objection is not otherwise resolved, or the Court determines that a hearing should be held in respect of the Application, a hearing will be held at a time convenient to the Court. Only those objections made in writing and timely filed, served and received in accordance with the Administrative Order will be considered by the Court at the hearing.

Dated: July 21, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

_____
Mette H. Kurth (Ca. Bar No. 187100)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
(213) 617-5501

*Attorneys for the Debtors and Debtors in Possession*

W02-WEST:1MHK1\400323152.1