# EXHIBIT 1

# EXHIBIT 1

| Professional | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Mette H. Kurth | $475.00 | 77.20 | 36,670.00 |
| Greg S. Labate | $480.00 | 11.50 | 5,520.00 |
| Jason Kearnaghan | $395.00 | 11.30 | 4,463.50 |
| Brian B. Farrell | $275.00 | 17.20 | 4,730.00 |
| M. Reed Mercado | $265.00 | 16.00 | 4,240.00 |
| David H. Sands | $595.00 | 59.30 | 35,283.50 |
| Sherwin F. Root | $445.00 | 11.20 | 4,984.00 |
| Theodore A. Cohen | $475.00 | 7.80 | 3,705.00 |
| Sarat Chuchawat | $385.00 | 17.90 | 6,891.50 |
| Alan J. Leggett | $384.65 | 157.90 | 60,736.50 |
| Mathilde Kapuano | $225.00 | 1.50 | 337.50 |
| Gail H. Reinig | $225.00 | 15.90 | 3,577.50 |
| Michele E. Mason | $195.00 | .90 | 175.50 |

| | |
|---|---|
| Grand Total – Before Discount: | $171,314.50 |
| Total Attorney Hours | 405.6 |
| Blended Rate | $422.37 |

| Project Category | Total Hours | Total Fees Before Discount |
|---|---|---|
| **Litigation** | | |
| Fee/Employment Applications | 2.6 | $ 1,235.00 |
| Claim Objections | 78.50 | $ 30,481.00 |
| **Corporate** | | |
| Asset Disposition | 271.40 | $116,411.00 |
| Fee/Employment Applications | 53.10 | $ 23,187.50 |

| Expense Category | Expenses |
| --- | --- |
| Federal Express | $ 42.72 |
| Electronic Research | $1,225.26 |
| Copy Costs | $ 475.30 |
| Telephone | $ 25.65 |
| Messenger | $ 292.08 |
| Total | $2,061.01 |