# EXHIBIT 2



18th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

Daniel Paik
Billing Coordinator, Legal Department
New Century Mortgage Corporation
Suite 1000
18400 Von Karman
Irvine, CA 92612

SMRH Tax ID 95-1463164
July 17, 2007
Invoice 222484997

Our Matter No.   05CV-116988
                 New Century Mortgage adv. Rubio
Billing Atty:    Greg S. Labate

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2007

| | |
|---|---|
| Current Fees | $ 31,716.00 |
| Current Disbursements | $ 1,583.50 |
| Total Current Activity | $ 33,299.50 |
| Fee Discount | $ (3,805.92) |
| Total Due for This Invoice | $ 29,493.58 |

**EXH. 2, p. 16**

Payment Terms: Balance due upon receipt of this statement.



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

05CV-116988: New Century Mortgage adv. Rubio
Greg S. Labate

July 17, 2007
Invoice 222484997
Page 2 of 16

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2007

## FEE DETAIL

**Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| 04/16/07 | Reviewed and respond to various correspondence from G. Labate re SMRH employment application and conferred with G. Labate re same. | | | |
| | Mette H. Kurth | .80 hrs. | $ 475.00/hr. | $ 380.00 |
| 04/16/07 | Prepared employment application. | | | |
| | Mette H. Kurth | 1.00 hrs. | $ 475.00/hr. | $ 475.00 |
| 05/16/07 | Reviewed and revised billing statements and prepared fee application. | | | |
| | Mette H. Kurth | .80 hrs. | $ 475.00/hr. | $ 380.00 |

*Timekeeper Summary of: Fee/Employment Applications*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| *Mette H. Kurth* | *2.60* | *$ 475.00* | *$ 1,235.00* |
| *Totals* | *2.60* | *$ 475.00* | *$ 1,235.00* |

**Claims Administration/Objections**

| | | | | |
|---|---|---|---|---|
| 04/03/07 | Telephone conference with J. Kearnaghan re automatic stay. | | | |
| | Mette H. Kurth | .30 hrs. | $ 475.00/hr. | $ 142.50 |



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

05CV-116988: New Century Mortgage adv. Rubio  
Greg S. Labate

July 17, 2007  
Invoice 222484997  
Page 3 of 16

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/03/07 | Telephone conference with S. Uhland (detailed voicemail) re Rubio state court action. | Mette H. Kurth | .10 hrs. | $ 475.00/hr. | $ 47.50 |
| 04/03/07 | Reviewed and analyzed bankruptcy petition and attachments thereto. Drafted notice to Plaintiff's counsel regarding same. | Jason Kearnaghan | .50 hrs. | $ 395.00/hr. | $ 197.50 |
| 04/05/07 | Reviewed application by plaintiff's counsel re relief from stay. Researched same. Conferred with client re same. | Greg S. Labate | .90 hrs. | $ 480.00/hr. | $ 432.00 |
| 04/06/07 | Researched issues re plaintiff's counsel re relief from stay. | Greg S. Labate | .80 hrs. | $ 480.00/hr. | $ 384.00 |
| 04/06/07 | Prepared correspondence to S. Uhland, B. Metcalf, and B. White re pending labor action, notice of case commencement, pending amendments to complaint, and employment of SMRH as special counsel. | Mette H. Kurth | .40 hrs. | $ 475.00/hr. | $ 190.00 |
| 04/06/07 | Reviewed and responded to correspondence from B. Logan re state court litigation and case commencement issues. | Mette H. Kurth | .20 hrs. | $ 475.00/hr. | $ 95.00 |
| 04/06/07 | Telephone conference with J. Kearnaghan re labor claims, amended complaint, and applicability of automatic stay. | Mette H. Kurth | .20 hrs. | $ 475.00/hr. | $ 95.00 |



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

05CV-116988: New Century Mortgage adv. Rubio
Greg S. Labate

July 17, 2007
Invoice 222484997
Page 4 of 16

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/06/07 | Conducted legal research and analysis regarding Plaintiffs' attempt to add non-debtor "Management Defendants" after New Century's Chapter 11 Bankruptcy filing and the imposition of the automatic stay. | Jason Kearnaghan | 1.80 hrs. | $ 395.00/hr. | $ 711.00 |
| 04/06/07 | Participated in teleconference with M. Malovos regarding addition of management defendants. | Jason Kearnaghan | .50 hrs. | $ 395.00/hr. | $ 197.50 |
| 04/06/07 | Conducted legal research and analysis regarding Plaintiffs' attempt to add non-debtor "Management Defendants" after New Century's Chapter 11 Bankruptcy filing and the imposition of the automatic stay. Participated in teleconference with M. Malovos regarding addition of mangement defendants.. | Jason Kearnaghan | .50 hrs. | $ 395.00/hr. | $ 197.50 |
| 04/06/07 | Conferred with J. Kearnaghan and M. Kurth re chapter 11 filing. | M. Reed Mercado | .20 hrs. | $ 265.00/hr. | $ 53.00 |
| 04/06/07 | Drafted notice of chapter 11 filing and declaration in support of same. | M. Reed Mercado | .40 hrs. | $ 265.00/hr. | $ 106.00 |
| 04/08/07 | Drafted correspondence to M. Malovos regarding Plaintiffs' Motion for Leave to File Fifth Amended Complaint. | Jason Kearnaghan | .20 hrs. | $ 395.00/hr. | $ 79.00 |



**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

05CV-116988: New Century Mortgage adv. Rubio
Greg S. Labate

July 17, 2007
Invoice 222484997
Page 5 of 16

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/09/07 | Analyzed amended complaint, motion to amend complaint, and partial withdrawal of amended complaint. | Mette H. Kurth | 1.40 hrs. | $ 475.00/hr. | $ 665.00 |
| 04/09/07 | Reviewed correspondence from O'Melveny and New Century re response to amended complaint and applicability of automatic stay. | Mette H. Kurth | .30 hrs. | $ 475.00/hr. | $ 142.50 |
| 04/09/07 | Telephone conference with J. Kearnaghan re automatic stay and injunctive relief re amendment to complaint in Rubio action. | Mette H. Kurth | .30 hrs. | $ 475.00/hr. | $ 142.50 |
| 04/09/07 | Reviewed and revised notice of case commencement and prepared correspondece to J. Kearnaghan re same and re injunctive relief. Researched issues re same. | Mette H. Kurth | 1.70 hrs. | $ 475.00/hr. | $ 807.50 |
| 04/09/07 | Exchanged e-mail correspondence with client regarding Plaintiffs' Motion for Leave to File Fifth Amended Complaint. | Jason Kearnaghan | .30 hrs. | $ 395.00/hr. | $ 118.50 |
| 04/09/07 | Drafted Notice of Bankruptcy Proceedings. | Jason Kearnaghan | .40 hrs. | $ 395.00/hr. | $ 158.00 |
| 04/09/07 | Researched scope of automatic stay; conferred and corresponded with M. Kurth re same. | M. Reed Mercado | .80 hrs. | $ 265.00/hr. | $ 212.00 |



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

05CV-116988: New Century Mortgage adv. Rubio
Greg S. Labate

July 17, 2007
Invoice 222484997
Page 6 of 16

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/09/07 | Drafted 15 exhibits for notice of chapter 11 filing. | M. Reed Mercado | .40 hrs. | $ 265.00/hr. | $ 106.00 |
| 04/10/07 | Drafted correspondence to M. Malovos regarding the Notice of Bankruptcy. Further drafted same in preparation of filing. | Jason Kearnaghan | .20 hrs. | $ 395.00/hr. | $ 79.00 |
| 04/13/07 | Reviewed and researched issues re ex parte application to amend complaint and conferred with client re same. | Greg S. Labate | 1.30 hrs. | $ 480.00/hr. | $ 624.00 |
| 04/16/07 | Reviewed plaintiff's application for relief from stay and research re same.. | Greg S. Labate | 1.10 hrs. | $ 480.00/hr. | $ 528.00 |
| 04/16/07 | Conferred with client re case status. | Greg S. Labate | .30 hrs. | $ 480.00/hr. | $ 144.00 |
| 04/16/07 | Exchanged e-mail correspondence with B. Metcalf of OMM regarding ex parte application. | Jason Kearnaghan | .20 hrs. | $ 395.00/hr. | $ 79.00 |
| 04/16/07 | Drafted responsive correspondence to Trush. | Jason Kearnaghan | .30 hrs. | $ 395.00/hr. | $ 118.50 |



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

05CV-116988: New Century Mortgage adv. Rubio
Greg S. Labate

July 17, 2007
Invoice 222484997
Page 7 of 16

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/16/07 | Participated in a teleconference with the court clerk regarding the ex parte application. | Jason Kearnaghan | .20 hrs. | $ 395.00/hr. | $ 79.00 |
| 04/16/07 | Reviewed and analyzed Trush's ex parte notice and ex parte application. | Jason Kearnaghan | .90 hrs. | $ 395.00/hr. | $ 355.50 |
| 04/16/07 | Researched scope of automatic stay; corresponded and conferred with B. Farrel re same. | M. Reed Mercado | 1.40 hrs. | $ 265.00/hr. | $ 371.00 |
| 04/16/07 | Conferred with Jason Kearnaghan, Greg Labate, Reed Mercado, Aaron Malo re plaintiff's attempt to proceed against non-bankrupt defendants. | Brian B. Farrell | 1.00 hrs. | $ 275.00/hr. | $ 275.00 |
| 04/16/07 | Read papers and and researched issues re efforts to proceed against management. | Brian B. Farrell | 3.40 hrs. | $ 275.00/hr. | $ 935.00 |
| 04/17/07 | Reviewed issues re amended complaint, opposition to plaintiff's exparte application. Reviewed case status. | Greg S. Labate | 1.40 hrs. | $ 480.00/hr. | $ 672.00 |
| 04/17/07 | Reviewed and responded to various correspondence from G. Labate, R. Mercado, and B. Farrell re preparation of response to ex parte motion re fifth amended complaint. | Mette H. Kurth | 1.60 hrs. | $ 475.00/hr. | $ 760.00 |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

05CV-116988: New Century Mortgage adv. Rubio
Greg S. Labate

July 17, 2007
Invoice 222484997
Page 8 of 16

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/17/07 | Analyzed and responded to various correspondence from G. Labate, B. Farrell, R. Mercado, and B. Metcalf re preparation of response to ex parte motion re filing of fifth amended comlaint. | Mette H. Kurth | 2.10 hrs. | $ 475.00/hr. | $ 997.50 |
| 04/17/07 | Prepared response to ex parte motion to file fifth amended complaint. | Mette H. Kurth | 1.20 hrs. | $ 475.00/hr. | $ 570.00 |
| 04/17/07 | Telephone conference with B. Metcalf re response to ex parte motion re fifth amended complaint. | Mette H. Kurth | .20 hrs. | $ 475.00/hr. | $ 95.00 |
| 04/17/07 | Analyzed ex parte motion to file fifth amended complaint. | Mette H. Kurth | 1.00 hrs. | $ 475.00/hr. | $ 475.00 |
| 04/17/07 | Researched opposition to ex parte application; drafted same. | M. Reed Mercado | 5.20 hrs. | $ 265.00/hr. | $ 1,378.00 |
| 04/17/07 | Conferred and corresponded with M. Kurth, B. Farrell and G. Labate re opposition to ex parte application. | M. Reed Mercado | .90 hrs. | $ 265.00/hr. | $ 238.50 |
| 04/17/07 | Conferred with Mette Kurth, Reed Mercado, and Greg Labate re response to plaintiff's motion to amend complaint. | Brian B. Farrell | 1.00 hrs. | $ 275.00/hr. | $ 275.00 |



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213.620.1780 office | 213.620.1398 fax | www.sheppardmullin.com

05CV-116988: New Century Mortgage adv. Rubio  
Greg S. Labate

July 17, 2007  
Invoice 222484997  
Page 9 of 16

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/17/07 | Researched issues re amended complaint and prepared response re same. | Brian B. Farrell | 4.90 hrs. | $ 275.00/hr. | $ 1,347.50 |
| 04/18/07 | Reviewed research re response to fifth amended complaint. | Mette H. Kurth | 2.80 hrs. | $ 475.00/hr. | $ 1,330.00 |
| 04/18/07 | Reviewed and revised objection to ex parte application to file fifth amended complaint. | Mette H. Kurth | 3.40 hrs. | $ 475.00/hr. | $ 1,615.00 |
| 04/18/07 | Reviewed and analyzed New Century's ex parte papers in preparation of filing same. Further drafted factual background regarding same. | Jason Kearnaghan | .40 hrs. | $ 395.00/hr. | $ 158.00 |
| 04/18/07 | Drafted opposition to ex parte application. | M. Reed Mercado | 2.20 hrs. | $ 265.00/hr. | $ 583.00 |
| 04/18/07 | Conferred and corresponded with M. Kurth and B. Farrell re opposition to ex parte application. | M. Reed Mercado | .50 hrs. | $ 265.00/hr. | $ 132.50 |
| 04/18/07 | Wrote, revised, and filed opposition to ex parte application to allow case to go forward against non-debtor defendants. | Brian B. Farrell | 6.90 hrs. | $ 275.00/hr. | $ 1,897.50 |



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

05CV-116988: New Century Mortgage adv. Rubio
Greg S. Labate

July 17, 2007
Invoice 222484997
Page 10 of 16

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/19/07 | Reviewed and researched issues re plaintiff's application to file amended complaint. | Greg S. Labate | .80 hrs. | $ 480.00/hr. | $ 384.00 |
| 04/19/07 | Reviewed and responded to various correspondence from G. Labate re opposition to ex parte motion to file amended complaint. | Mette H. Kurth | 1.40 hrs. | $ 475.00/hr. | $ 665.00 |
| 04/30/07 | Reviewed various correspondence from R. Silberglied, T. Peles-Grey, and G. Labate re Rubio ex parte application and response. | Mette H. Kurth | .90 hrs. | $ 475.00/hr. | $ 427.50 |
| 05/01/07 | Reviewed court order on plaintiff's application. Conferred with client re same. | Greg S. Labate | .30 hrs. | $ 480.00/hr. | $ 144.00 |
| 05/01/07 | Reviewed state court's order re denial of ex parte motion and application of automatic stay. | Mette H. Kurth | .50 hrs. | $ 475.00/hr. | $ 237.50 |
| 05/01/07 | Prepared correspondence to G.Labate re status of Rubio matter. | Mette H. Kurth | .10 hrs. | $ 475.00/hr. | $ 47.50 |
| 05/02/07 | Reviewed court order re plaintiff's motion to amend. Conferred with client re same. | Greg S. Labate | .30 hrs. | $ 480.00/hr. | $ 144.00 |



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

05CV-116988: New Century Mortgage adv. Rubio
Greg S. Labate

July 17, 2007
Invoice 222484997
Page 11 of 16

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/22/07 | Reviewed issues re plaintiff's motion for relief from stay. | Greg S. Labate | .70 hrs. | $480.00/hr. | $336.00 |
| 05/22/07 | Participated in teleconference with B. Metcalf regarding the Notice to Lift Stay. Reviewed and analyzed the notice and supporting documents in preparation of drafting overview of the district court action. Drafted correspondence to B. Metcalfe regarding same. | Jason Kearnaghan | 1.40 hrs. | $395.00/hr. | $553.00 |
| 05/23/07 | Reviewed issues re plaintiff's attempt overtime obtain relief from stay. Telephone conference with plaintiff's counsel re same. | Greg S. Labate | 1.10 hrs. | $480.00/hr. | $528.00 |
| 05/23/07 | Reviewed various correspondence from B.Metcalf and G.Labate re relief from stay motion. | Mette H. Kurth | .60 hrs. | $475.00/hr. | $285.00 |
| 05/23/07 | Reviewed and responded to correspondence from G.Labate, T.Peles-Grey, and B.Metcalf re response to relief from stay motion. | Mette H. Kurth | .50 hrs. | $475.00/hr. | $237.50 |
| 05/29/07 | Reviewed and analyzed New Century's Opposition to Plaintiffs' Motion to Lift Stay in preparation of filing same. | Jason Kearnaghan | .60 hrs. | $395.00/hr. | $237.00 |
| 05/30/07 | Reviewed issues re opposition to motion. | Greg S. Labate | .60 hrs. | $480.00/hr. | $288.00 |



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213 620-1780 office | 213 620-1398 fax | www.sheppardmullin.com

05CV-116988: New Century Mortgage adv. Rubio
Greg S. Labate

July 17, 2007
Invoice 222484997
Page 12 of 16

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/30/07 | Reviewed and commented re response to relief from stay motion. | Mette H. Kurth | 1.90 hrs. | $ 475.00/hr. | $ 902.50 |
| 06/06/07 | Reviewed response to subpoena and conferred re same. | Mette H. Kurth | .30 hrs. | $ 475.00/hr. | $ 142.50 |
| 06/11/07 | Prepared correspondence to C.Santis re supplemental disclosure re WMC Mortgage. | Mette H. Kurth | .30 hrs. | $ 475.00/hr. | $ 142.50 |
| 06/11/07 | Drafted litigation budget. | Jason Kearnaghan | .40 hrs. | $ 395.00/hr. | $ 158.00 |
| 06/12/07 | Reviewed Rubio litigation budget in response to US Trustee objections and prepared correspondence to C.Santis re same. | Mette H. Kurth | .40 hrs. | $ 475.00/hr. | $ 190.00 |
| 06/13/07 | Reviewed and analyzed Plaintiff's Reply in support of lifting the bankruptcy stay. Participated in teleconference with R. Filberg regarding same. | Jason Kearnaghan | .90 hrs. | $ 395.00/hr. | $ 355.50 |
| 06/15/07 | Telephone conference with client re status of stay, settlement, bankruptcy. | Greg S. Labate | .60 hrs. | $ 480.00/hr. | $ 288.00 |



05CV-116988: New Century Mortgage adv. Rubio
Greg S. Labate

July 17, 2007
Invoice 222484997
Page 13 of 16

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/18/07 | Reviewed issues re motion to lift stay. | Greg S. Labate | .60 hrs. | $ 480.00/hr. | $ 288.00 |
| 06/19/07 | Reviewed and analyzed New Century's document prodcution in preparation of drafting correspondence to R. Silberglied. Drafted correspondence regarding same. | Jason Kearnaghan | .30 hrs. | $ 395.00/hr. | $ 118.50 |
| 06/22/07 | Reviewed issues re document retention during bankruptcy. | Greg S. Labate | .30 hrs. | $ 480.00/hr. | $ 144.00 |
| 06/25/07 | Reviewed issues re records, stay. | Greg S. Labate | .40 hrs. | $ 480.00/hr. | $ 192.00 |
| 06/25/07 | Participated in teleconference with the client and bankruptcy counsel regarding the stipulation with Trush regarding discovery preservation. | Jason Kearnaghan | .50 hrs. | $ 395.00/hr. | $ 197.50 |
| 06/29/07 | Reviewed and responded to correspondence re motion to allow class action claim. Analyzed motion to seek leave to file class claim. Researched issues re class certification. Prepared correspondence to G.Labate re same. | Mette H. Kurth | 2.40 hrs. | $ 475.00/hr. | $ 1,140.00 |
| 06/29/07 | Reviewed and analyzed the Rubio brief regarding Rule 2019. Drafted correspondence to BK counsel regarding same. Reviewed and analyzed Rule 2019 regarding same. | Jason Kearnaghan | .80 hrs. | $ 395.00/hr. | $ 316.00 |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

05CV-116988:  New Century Mortgage adv. Rubio
Greg S. Labate

July 17, 2007
Invoice 222484997
Page 14 of 16

*Timekeeper Summary of: Claims Administration/Objections*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Mette H. Kurth | 26.50 | $ 475.00 | $ 12,587.50 |
| Greg S. Labate | 11.50 | $ 480.00 | $ 5,520.00 |
| Jason Kearnaghan | 11.30 | $ 395.00 | $ 4,463.50 |
| Brian B. Farrell | 17.20 | $ 275.00 | $ 4,730.00 |
| M. Reed Mercado | 12.00 | $ 265.00 | $ 3,180.00 |
| Totals | 78.50 | $ 388.29 | $ 30,481.00 |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Greg S. Labate | 11.50 | $ 480.00 | $ 5,520.00 |
| Mette H. Kurth | 29.10 | $ 475.00 | $ 13,822.50 |
| Brian B. Farrell | 17.20 | $ 275.00 | $ 4,730.00 |
| Jason Kearnaghan | 11.30 | $ 395.00 | $ 4,463.50 |
| M. Reed Mercado | 12.00 | $ 265.00 | $ 3,180.00 |

Current Fees                                $ 31,716.00
Fee Discount                                $ (3,805.92)
**Total Fees for Professional Services**    **$ 27,910.08**

**EXH. 2, p. 29**