# EXHIBIT 3



SHEPPARD MULLIN RICHTER & HAMPTON LLP.
A T T O R N E Y S   A T   L A W

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

Daniel Paik
Billing Coordinator, Legal Department
New Century Mortgage Corporation
Suite 1000
18400 Von Karman
Irvine, CA 92612

SMRH Tax ID 95-1463164
July 16, 2007
Invoice 222487507

| Our Matter No. | 05CV-116401 |
| | New Century Mortgage - Misc. Corporate Matters |
| Billing Atty: | David H. Sands |

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH  JUNE 30, 2007

| | | |
|---|---|---|
| Current Fees | $ 139,598.50 | |
| Current Disbursements | $ 477.51 | |
| | | |
| Total Current Activity | | $ 140,076.01 |
| Fee Discount | | $ (13,959.85) |
| Total Due for This Invoice | | $ 126,116.16 |

Payment Terms:  Balance due upon receipt of this statement.



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 2 of 52

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2007

### FEE DETAIL

**Asset Dispositon**

| 04/02/07 | Reviewed and analyzed Asset Purchase Agreement and forbearance agreements. | | | |
|---|---|---|---|---|
| | Sarat  Chuchawat | .20 hrs. | $ 385.00/hr. | $ 77.00 |

| 04/02/07 | Conferred with A. Mostafavipour re: Access Lending transaction | | | |
|---|---|---|---|---|
| | Sarat  Chuchawat | .20 hrs. | $ 385.00/hr. | $ 77.00 |

| 04/02/07 | Drafted assignment and assumption agreement; reviewed and analyzed APA and forbearance agreements; conferred re: Access Lending transaction with A. Mostafavipour | | | |
|---|---|---|---|---|
| | Sarat  Chuchawat | .20 hrs. | $ 385.00/hr. | $ 77.00 |

| 04/02/07 | Conferred with A. Mostafavipour re Access Lending matter. | | | |
|---|---|---|---|---|
| | Alan  J.  Leggett | .50 hrs. | $ 385.00/hr. | $ 192.50 |

| 04/02/07 | Reviewed numerous emails from  A. Mostafavipour re Access Lending. | | | |
|---|---|---|---|---|
| | Alan  J.  Leggett | .30 hrs. | $ 385.00/hr. | $ 115.50 |

| 04/02/07 | Conferred with A. Mostafavipour re status of Access Lending matter. | | | |
|---|---|---|---|---|
| | Alan  J.  Leggett | 1.70 hrs. | $ 385.00/hr. | $ 654.50 |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 3 of 52

### FEE DETAIL

| | | | |
|---|---|---|---|
| 04/02/07 | Sent emails to buyer and buyer's counsel re draft transaction documents and to schedule conference calls re same. | | |
| | Alan J. Leggett | .40 hrs. | $ 385.00/hr. | $ 154.00 |

| | | | |
|---|---|---|---|
| 04/03/07 | Conferred with Mr. Leggett re: approving and closing Fleig sale. | | |
| | Theodore A. Cohen | 1.20 hrs. | $ 475.00/hr. | $ 570.00 |

| | | | |
|---|---|---|---|
| 04/03/07 | Participated in numerous conference calls and exchanged emails with counsel to Fleig re Access sale. | | |
| | Theodore A. Cohen | 3.30 hrs. | $ 475.00/hr. | $ 1,567.50 |

| | | | |
|---|---|---|---|
| 04/03/07 | Reviewed and revised forbearance agreements related to sale of assets of New Century Warehouse Corporation. | | |
| | Theodore A. Cohen | 1.80 hrs. | $ 475.00/hr. | $ 855.00 |

| | | | |
|---|---|---|---|
| 04/03/07 | Telephone conferences and emails with Kathryn Richman re licensing issues relating to servicing portfolio sale. | | |
| | Sherwin F. Root | 1.30 hrs. | $ 445.00/hr. | $ 578.50 |

| | | | |
|---|---|---|---|
| 04/03/07 | Reviewed schedule provisions in sale agreement. | | |
| | Sherwin F. Root | 1.00 hrs. | $ 445.00/hr. | $ 445.00 |

| | | | |
|---|---|---|---|
| 04/03/07 | Conferred with Mostafavipour, Leggett and Sands re proposed New Century/Access deal. | | |
| | Sherwin F. Root | 1.10 hrs. | $ 445.00/hr. | $ 489.50 |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 4 of 52

## FEE DETAIL

04/03/07    Reviewed and revised assignment and assumption agreement and Asset
Purchase Agreement.

     Sarat  Chuchawat       2.20 hrs.      $ 385.00/hr.      $ 847.00

04/03/07    Participated in conference call with Mostafavipour re Asset Purchase
Agreement and transaction points.

     Sarat  Chuchawat       1.50 hrs.      $ 385.00/hr.      $ 577.50

04/03/07    Drafted bill of sale re Access Lending matter.

     Sarat  Chuchawat       1.00 hrs.      $ 385.00/hr.      $ 385.00

04/03/07    Reviewed comments to Asset Purchase Agreement from buyer's
counsel.

     Alan  J.  Leggett       .70 hrs.      $ 385.00/hr.      $ 269.50

04/03/07    Conferred with Mostafavipour and Sands re comments from buyer's
counsel.

     Alan  J.  Leggett       1.20 hrs.      $ 385.00/hr.      $ 462.00

04/03/07    Participated in telephone conference with D. Fleig and A.
Mostafavipour re open issues on Asset Purchase Agreement and related
documents.

     Alan  J.  Leggett       2.30 hrs.      $ 385.00/hr.      $ 885.50

04/03/07    Revised Asset Purchase Agreement and circulated to buyer's counsel.



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters                      July 16, 2007
David H. Sands                                                                   Invoice 222487507
                                                                                 Page 5 of 52

## FEE DETAIL

|  | Alan J. Leggett | 2.40 hrs. | $ 385.00/hr. | $ 924.00 |
|---|---|---|---|---|

04/03/07    Exchanged numerous emails with A. Mostafavipour re revisions to
            Asset Purchase Agreement.

|  | Alan J. Leggett | 1.60 hrs. | $ 385.00/hr. | $ 616.00 |
|---|---|---|---|---|

04/04/07    Reviewed and revised assignment and assumption agreement and bill of
            sale.

|  | Sarat Chuchawat | 1.00 hrs. | $ 385.00/hr. | $ 385.00 |
|---|---|---|---|---|

04/04/07    Conferred with Mostafavipour re purchase agreement and transaction
            points.

|  | Sarat Chuchawat | .30 hrs. | $ 385.00/hr. | $ 115.50 |
|---|---|---|---|---|

04/04/07    Conferred with Mostafavipour re comments of buyer's counsel to Asset
            Purchase Agreement.

|  | Alan J. Leggett | 1.20 hrs. | $ 385.00/hr. | $ 462.00 |
|---|---|---|---|---|

04/04/07    Reviewed comments to releases from buyer's counsel.

|  | Alan J. Leggett | .80 hrs. | $ 385.00/hr. | $ 308.00 |
|---|---|---|---|---|

04/04/07    Participated in telephone conference with A. Mostafavipour re
            comments to Asset Purchase Agreement and related documents.

|  | Alan J. Leggett | 1.20 hrs. | $ 385.00/hr. | $ 462.00 |
|---|---|---|---|---|

04/04/07    Revised Asset Purchase Agreement and circulated to buyer's counsel.



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

05CV-116401:  New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 6 of 52

## FEE DETAIL

|  | Alan J. Leggett | 3.70 hrs. | $ 385.00/hr. | $ 1,424.50 |

04/04/07    Exchanged emails with A. Mostafavipour re revised Asset Purchase
Agreement.

|  | Alan J. Leggett | .90 hrs. | $ 385.00/hr. | $ 346.50 |

04/04/07    Reviewed comments to Asset Purchase Agreement from buyer's
counsel.

|  | Alan J. Leggett | 1.00 hrs. | $ 385.00/hr. | $ 385.00 |

04/05/07    Attended to issues re sale of assets.

|  | David H. Sands | .40 hrs. | $ 595.00/hr. | $ 238.00 |

04/05/07    Reviewed and provided comments on proposed State Street documents.

|  | David H. Sands | .60 hrs. | $ 595.00/hr. | $ 357.00 |

04/05/07    Revised Asset Purchase Agreement.

|  | David H. Sands | .40 hrs. | $ 595.00/hr. | $ 238.00 |

04/05/07    Participated in telephone conference with Logan and Mostafavipour re
revisions to Asset Purchase Agreement.

|  | David H. Sands | .50 hrs. | $ 595.00/hr. | $ 297.50 |

04/05/07    Reviewed and analyzed Forbearance Agreement.



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 7 of 52

## FEE DETAIL

| | | | |
|---|---|---|---|
| Theodore A. Cohen | .60 hrs. | $ 475.00/hr. | $ 285.00 |

04/05/07    Reviewed and analyzed Guaranty Release.

| | | | |
|---|---|---|---|
| Theodore A. Cohen | .50 hrs. | $ 475.00/hr. | $ 237.50 |

04/05/07    Conferred with Mostafavipour re Asset Purchase Agreement and
transaction points.

| | | | |
|---|---|---|---|
| Sarat Chuchawat | .30 hrs. | $ 385.00/hr. | $ 115.50 |

04/05/07    Worked on issues re transaction documents and ancillary documents.

| | | | |
|---|---|---|---|
| Alan J. Leggett | 1.10 hrs. | $ 385.00/hr. | $ 423.50 |

04/05/07    Participated in telephone conference with A. Mostafavipour re
transaction documents.

| | | | |
|---|---|---|---|
| Alan J. Leggett | .70 hrs. | $ 385.00/hr. | $ 269.50 |

04/05/07    Reviewed draft release and assignment and assumption agreement
received from banks.

| | | | |
|---|---|---|---|
| Alan J. Leggett | .80 hrs. | $ 385.00/hr. | $ 308.00 |

04/06/07    Participated in telephone conferences with A. Mostafavipour re potential
deal issues and sale process.

| | | | |
|---|---|---|---|
| David H. Sands | .60 hrs. | $ 595.00/hr. | $ 357.00 |

04/06/07    Reviewed changes to Asset Purchase Agreement.



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 8 of 52

### FEE DETAIL

|  | David H. Sands | 1.30 hrs. | $ 595.00/hr. | $ 773.50 |

04/06/07    Participated in telephone conferences with Mostafavipour and Fleig re open deal points.

|  | David H. Sands | .40 hrs. | $ 595.00/hr. | $ 238.00 |

04/06/07    Participated in telephone conference with Logan re deal points.

|  | David H. Sands | .30 hrs. | $ 595.00/hr. | $ 178.50 |

04/06/07    Conferred with A. Mostafavipour re revisions to Asset Purchase Agreement and ancillary documents.

|  | Sarat Chuchawat | .40 hrs. | $ 385.00/hr. | $ 154.00 |

04/06/07    Reviewed and revised Asset Purchase Agreement and ancillary documents.

|  | Sarat Chuchawat | .30 hrs. | $ 385.00/hr. | $ 115.50 |

04/09/07    Drafted comments to revised Asset Purchase Agreement.

|  | David H. Sands | 1.20 hrs. | $ 595.00/hr. | $ 714.00 |

04/09/07    Reviewed and responded to comments from State Street re Asset Purchase Agreement.

|  | David H. Sands | 1.30 hrs. | $ 595.00/hr. | $ 773.50 |

04/09/07    Reviewed and provided comments on Assignment and Assumption Agreement form State Street.

**EXH. 3, p. 37**



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office*  |  213-620-1398 *fax*  |  *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 9 of 52

## FEE DETAIL

| | | | |
|---|---|---|---|
| David H. Sands | 1.20 hrs. | $ 595.00/hr. | $ 714.00 |

04/09/07  Conferred with A. Mostafavipour re revised Asset Purchase Agreement and ancillary documents.

| | | | |
|---|---|---|---|
| Sarat Chuchawat | .90 hrs. | $ 385.00/hr. | $ 346.50 |

04/09/07  Reviewed and revised Asset Purchase Agreement and ancillary documents.

| | | | |
|---|---|---|---|
| Sarat Chuchawat | 1.20 hrs. | $ 385.00/hr. | $ 462.00 |

04/10/07  Reviewed and responded to comments from Guaranty Bank to Assignment and Assumption Agreement.

| | | | |
|---|---|---|---|
| David H. Sands | .60 hrs. | $ 595.00/hr. | $ 357.00 |

04/10/07  Reviewed and revised Asset Purchase Agreement.

| | | | |
|---|---|---|---|
| David H. Sands | .70 hrs. | $ 595.00/hr. | $ 416.50 |

04/10/07  Conferred with A. Mostafavipour re revised transaction documents.

| | | | |
|---|---|---|---|
| Sarat Chuchawat | .40 hrs. | $ 385.00/hr. | $ 154.00 |

04/10/07  Participated in telephone conference with Logan and Mostafavipour re revised transaction documents.

| | | | |
|---|---|---|---|
| Sarat Chuchawat | .70 hrs. | $ 385.00/hr. | $ 269.50 |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 10 of 52

## FEE DETAIL

| | | | | |
|---|---|---|---|---|
| 04/10/07 | Reviewed and revised Asset Purchase Agreement and ancillary documents. | | | |
| | Sarat  Chuchawat | .60 hrs. | $ 385.00/hr. | $ 231.00 |
| 04/10/07 | Received and responded to various emails from Logan and Fleig re transaction documents. | | | |
| | Alan  J.  Leggett | .40 hrs. | $ 385.00/hr. | $ 154.00 |
| 04/10/07 | Worked on transaction documents and related matters for Access transaction. | | | |
| | Alan  J.  Leggett | 1.70 hrs. | $ 385.00/hr. | $ 654.50 |
| 04/11/07 | Conferred with A. Mostafavipour re revised transaction documents and State Street and Guaranty matters. | | | |
| | Sarat  Chuchawat | .70 hrs. | $ 385.00/hr. | $ 269.50 |
| 04/11/07 | Participated in telephone conference with Logan, Meola and Mostafavipour re bankruptcy matters. | | | |
| | Sarat  Chuchawat | .90 hrs. | $ 385.00/hr. | $ 346.50 |
| 04/11/07 | Reviewed and revised Asset Purchase Agreement and ancillary documents. | | | |
| | Sarat  Chuchawat | 1.00 hrs. | $ 385.00/hr. | $ 385.00 |
| 04/11/07 | Exchanged emails with A. Mostafavipour re transaction issues and documents. | | | |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 11 of 52

### FEE DETAIL

|  | Alan J. Leggett | .10 hrs. | $ 385.00/hr. | $ 38.50 |

04/11/07    Revised bill of sale and assigment and assumption agreement.

|  | Alan J. Leggett | .30 hrs. | $ 385.00/hr. | $ 115.50 |

04/11/07    Worked on issues re releases and transaction documents for Access transaction.

|  | Alan J. Leggett | .20 hrs. | $ 385.00/hr. | $ 77.00 |

04/12/07    Attended to matters re Asset Purchase Agreement.

|  | David H. Sands | .30 hrs. | $ 595.00/hr. | $ 178.50 |

04/12/07    Participated in telephone conference with A. Mostafavipour re Asset Purchase Agreement matters.

|  | David H. Sands | .60 hrs. | $ 595.00/hr. | $ 357.00 |

04/12/07    Reviewed and revised Asset Purchase Agreement.

|  | David H. Sands | .80 hrs. | $ 595.00/hr. | $ 476.00 |

04/12/07    Correspondence with Logan and Mostafavipour re issues associated with asset sale.

|  | David H. Sands | .20 hrs. | $ 595.00/hr. | $ 119.00 |

04/12/07    Drafted comments to motion re access transaction.

|  | David H. Sands | .50 hrs. | $ 595.00/hr. | $ 297.50 |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 12 of 52

## FEE DETAIL

04/12/07   Conferred with A. Mostafavipour re transaction document revisions and
State Street and Guaranty matters.

| | | | |
|---|---|---|---|
| Sarat  Chuchawat | .50 hrs. | $ 385.00/hr. | $ 192.50 |

04/12/07   Reviewed and revised Asset Purchase Agreement and ancillary
documents.

| | | | |
|---|---|---|---|
| Sarat  Chuchawat | 1.70 hrs. | $ 385.00/hr. | $ 654.50 |

04/12/07   Reviewed comments from B. Logan re Asset Purchase Agreement.

| | | | |
|---|---|---|---|
| Alan  J.  Leggett | 1.90 hrs. | $ 385.00/hr. | $ 731.50 |

04/12/07   Worked on revisions to Asset Purchase Agreement and related
transaction documents.

| | | | |
|---|---|---|---|
| Alan  J.  Leggett | 2.60 hrs. | $ 385.00/hr. | $ 1,001.00 |

04/12/07   Exchanged emails with B. Logan re Asset Purchase Agreement and
related exhibits and schedules re support of motion re Access
transaction.

| | | | |
|---|---|---|---|
| Alan  J.  Leggett | .40 hrs. | $ 385.00/hr. | $ 154.00 |

04/12/07   Conferred with Mostafavipour and Logan re Asset Purchase Agreement
and related exhibits and schedules in support of motion re Access
transaction.

| | | | |
|---|---|---|---|
| Alan  J.  Leggett | .50 hrs. | $ 385.00/hr. | $ 192.50 |



SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 13 of 52

## FEE DETAIL

| 04/12/07 | Reviewed and circulated comments re draft motion re Access transaction. | | | |
|---|---|---|---|---|
| | Alan J. Leggett | 1.20 hrs. | $ 385.00/hr. | $ 462.00 |

| 04/13/07 | Participated in telephone conferences with Mostafavipour and Logan re Asset Purchase Agreement. | | | |
|---|---|---|---|---|
| | David H. Sands | .60 hrs. | $ 595.00/hr. | $ 357.00 |

| 04/13/07 | Conferred with T. Cohen re assignment and assumption agreement. | | | |
|---|---|---|---|---|
| | David H. Sands | .20 hrs. | $ 595.00/hr. | $ 119.00 |

| 04/13/07 | Drafted comments to Assignment and Assumption Agreement. | | | |
|---|---|---|---|---|
| | David H. Sands | .90 hrs. | $ 595.00/hr. | $ 535.50 |

| 04/13/07 | Participated in telephone conference with Mayer Brown at State Street re Asset Purchase Agreement and related matters. | | | |
|---|---|---|---|---|
| | David H. Sands | 1.20 hrs. | $ 595.00/hr. | $ 714.00 |

| 04/13/07 | Conferred with D. Sands re assignment and assumption agreement, representations and warranties re sale to Fleig affiliate. | | | |
|---|---|---|---|---|
| | Theodore A. Cohen | .40 hrs. | $ 475.00/hr. | $ 190.00 |

| 04/13/07 | Conferred with A. Leggett re Asset Purchase Agreement and ancillary document and State Street and Guaranty matters. | | | |
|---|---|---|---|---|
| | Sarat Chuchawat | .40 hrs. | $ 385.00/hr. | $ 154.00 |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 14 of 52

### FEE DETAIL

04/13/07    Reviewed and analyzed Asset Purchase Agreement and ancillary
documents.

| | | | |
|---|---|---|---|
| Sarat  Chuchawat | .30 hrs. | $ 385.00/hr. | $ 115.50 |

04/13/07    Exchanged emails with B. Logan and  A. Mostafavipour re schedules to
Asset Purchase Agreement.

| | | | |
|---|---|---|---|
| Alan  J.  Leggett | .30 hrs. | $ 385.00/hr. | $ 115.50 |

04/13/07    Worked on comments to State Street Bank draft Release of Guaranty
and Assignment and Assumption Agreement.

| | | | |
|---|---|---|---|
| Alan  J.  Leggett | .80 hrs. | $ 385.00/hr. | $ 308.00 |

04/13/07    Conferred with W. Chuchuwat and A. Mostafavipour re comments to
draft Release of Guaranty and Assignment and Assumption Agreement.

| | | | |
|---|---|---|---|
| Alan  J.  Leggett | .20 hrs. | $ 385.00/hr. | $ 77.00 |

04/13/07    Revised draft Release of Guaranty and Asset Purchase Agreement and
circulated to State Street counsel, Mayer Brown.

| | | | |
|---|---|---|---|
| Alan  J.  Leggett | 1.30 hrs. | $ 385.00/hr. | $ 500.50 |

04/13/07    Prepared for and participated in telephone conference with State Street
and counsel, D. Fleig, A. Mostafavipour re Asset Purchase Agreement,
Release of Guaranty and Assignment and Assumption Agreement.

| | | | |
|---|---|---|---|
| Alan  J.  Leggett | 1.60 hrs. | $ 385.00/hr. | $ 616.00 |



SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 15 of 52

## FEE DETAIL

| 04/13/07 | Worked on revised drafts of Asset Purchase Agreement, Release of Guaranty and Assignment and Assumption Agreement and circulated to Mayer Brown. | | | |

| | Alan J. Leggett | 1.90 hrs. | $ 385.00/hr. | $ 731.50 |

| 04/13/07 | Worked on issues re finalization of schedules to Asset Purchase Agreement. | | | |

| | Alan J. Leggett | 2.00 hrs. | $ 385.00/hr. | $ 770.00 |

| 04/16/07 | Participated in telephone conferences with New Century Mostafavipour, State Street and OMM B. Logan re Asset Purchase Agreement. | | | |

| | David H. Sands | 1.30 hrs. | $ 595.00/hr. | $ 773.50 |

| 04/16/07 | Revised Asset Purchase Agreement. | | | |

| | David H. Sands | 2.40 hrs. | $ 595.00/hr. | $ 1,428.00 |

| 04/16/07 | Prepared materials in response to questions raised by creditors' committee re Asset Purchase Agreement. | | | |

| | David H. Sands | 1.60 hrs. | $ 595.00/hr. | $ 952.00 |

| 04/16/07 | Conferred with Mostafavipour re issues relating to sale of New Century Warehouse Corporation. | | | |

| | Sherwin F. Root | 3.30 hrs. | $ 445.00/hr. | $ 1,468.50 |

| 04/16/07 | Conferred with A. Mostafavipour re Mayer Brown revisions to Asset Purchase Agreement. | | | |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters                           July 16, 2007
David H. Sands                                                                        Invoice 222487507
                                                                                      Page 16 of 52

## FEE DETAIL

|  | Sarat Chuchawat | .20 hrs. | $ 385.00/hr. | $ 77.00 |

04/16/07    Access Lending:  Reviewed and analyzed revisions from Mayer Brown;
            conferred with A. Mostafavipour re same.

|  | Sarat Chuchawat | .10 hrs. | $ 385.00/hr. | $ 38.50 |

04/16/07    Reviewed revised drafts of Asset Purchase Agreement and Assignment
            and Assumption Agreement.

|  | Alan J. Leggett | 1.20 hrs. | $ 385.00/hr. | $ 462.00 |

04/16/07    Participated in telephone conferences and exchanged emails with A.
            Mostafavipour re revisions to Asset Purchase Agreement and
            Assignment and Assumption Agreement.

|  | Alan J. Leggett | 1.40 hrs. | $ 385.00/hr. | $ 539.00 |

04/16/07    Prepared email to State Street's counsel, Mayer Brown, re revisions to
            Asset Purchase Agreement and Assignment and Assumption
            Agreement.

|  | Alan J. Leggett | .60 hrs. | $ 385.00/hr. | $ 231.00 |

04/16/07    Reviewed and responded to emails from B. Logan re creditors
            committee comments to transaction documents.

|  | Alan J. Leggett | .50 hrs. | $ 385.00/hr. | $ 192.50 |

04/16/07    Conferred with Logan and Mostafavipour re comments by creditors
            committee to transaction documents.

|  | Alan J. Leggett | .60 hrs. | $ 385.00/hr. | $ 231.00 |



SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 17 of 52

## FEE DETAIL

04/16/07    Conferred and exchanged emails with A. Mostafavipour re comments
by creditors committee to transaction documents.

    Alan J. Leggett           1.40 hrs.    $ 385.00/hr.    $ 539.00

04/16/07    Revised Asset Purchase Agreement in connection with creditor
committee comments.

    Alan J. Leggett           2.30 hrs.    $ 385.00/hr.    $ 885.50

04/16/07    Prepared list of requested information in connection with creditor
committee comments to transaction documents.

    Alan J. Leggett           1.20 hrs.    $ 385.00/hr.    $ 462.00

04/17/07    Prepared materials for creditors committee re proposed Access Lending
transaction.

    David H. Sands          1.00 hrs.    $ 595.00/hr.    $ 595.00

04/17/07    Conferred with D. Fleig re materials for creditors committee; review
same.

    David H. Sands          .90 hrs.    $ 595.00/hr.    $ 535.50

04/17/07    Prepared materials for Guaranty Bank and State Street re Asset Purchase
Agreement and related documents.

    David H. Sands          1.20 hrs.    $ 595.00/hr.    $ 714.00

04/17/07    Revised Asset Purchase Agreement.



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 18 of 52

## FEE DETAIL

|  | David H. Sands | 1.00 hrs. | $ 595.00/hr. | $ 595.00 |

04/17/07   Revised transaction documents in connection with creditors committee comments.

|  | Alan J. Leggett | 3.10 hrs. | $ 385.00/hr. | $ 1,193.50 |

04/17/07   Exchanged emails with D. Fleig and A. Mostafavipour re status of supporting information and documentation re comments from creditors committee.

|  | Alan J. Leggett | .90 hrs. | $ 385.00/hr. | $ 346.50 |

04/17/07   Conferred and exchanged emails with A. Mostafavipour and D. Fleig re supporting information and documentation in connection with comments from creditors committee.

|  | Alan J. Leggett | 1.20 hrs. | $ 385.00/hr. | $ 462.00 |

04/17/07   Circulated drafts of transaction documents to B. Logan for review.

|  | Alan J. Leggett | .50 hrs. | $ 385.00/hr. | $ 192.50 |

04/17/07   Reviewed summary and supporting documents re response to creditors committee.

|  | Alan J. Leggett | 1.60 hrs. | $ 385.00/hr. | $ 616.00 |

04/17/07   Reviewed comments from B. Logan re transaction documents.

|  | Alan J. Leggett | .70 hrs. | $ 385.00/hr. | $ 269.50 |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office*  |  213-620-1398 *fax*  |  *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 19 of 52

### FEE DETAIL

| | | | |
|---|---|---|---|
| 04/17/07 | Corresponded with D. Fleig re comments to transaction documents. | | |
| | Alan J. Leggett | .80 hrs.   $ 385.00/hr. | $ 308.00 |
| 04/17/07 | Worked on and conferred with Fleig, Logan and Mostafavipour re comments from creditors committee re transaction documents. | | |
| | Alan J. Leggett | 2.60 hrs.   $ 385.00/hr. | $ 1,001.00 |
| 04/18/07 | Reviewed and revised transaction documents. | | |
| | David H. Sands | 2.30 hrs.   $ 595.00/hr. | $ 1,368.50 |
| 04/18/07 | Participated in telephone conferences with B. Logan re revised transaction documents. | | |
| | David H. Sands | .80 hrs.   $ 595.00/hr. | $ 476.00 |
| 04/18/07 | Revised transaction documents in connection with comments from B. Logan. | | |
| | David H. Sands | .50 hrs.   $ 595.00/hr. | $ 297.50 |
| 04/18/07 | Participated in telephone conference with all parties re creditors committee issues and comments on transaction documents. | | |
| | David H. Sands | 1.20 hrs.   $ 595.00/hr. | $ 714.00 |
| 04/18/07 | Corresponded with Mostafavipour and Logan re revised transaction documents. | | |
| | David H. Sands | .40 hrs.   $ 595.00/hr. | $ 238.00 |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 20 of 52

## FEE DETAIL

| | | | | |
|---|---|---|---|---|
| 04/18/07 | Participated in numerous telephone conferences with Logan, Fleig and Mostafavipour re Access transaction documents. | | | |
| | David H. Sands | 1.60 hrs. | $ 595.00/hr. | $ 952.00 |
| 04/18/07 | Worked on and conferred with Mostafavipour and Logan re comments from creditors committee re transaction documents. | | | |
| | Alan J. Leggett | 2.10 hrs. | $ 385.00/hr. | $ 808.50 |
| 04/18/07 | Exchanged emails with D. Fleig, B. Logan and A. Mostafavipour re comments to summary and supporting information and documentation re same. | | | |
| | Alan J. Leggett | 1.60 hrs. | $ 385.00/hr. | $ 616.00 |
| 04/18/07 | Prepared for and participated in telephone conference with D. Fleig, B. Logan and A. Mostafavipour re comments to summary and supporting information and documentation re same. | | | |
| | Alan J. Leggett | 1.50 hrs. | $ 385.00/hr. | $ 577.50 |
| 04/18/07 | Worked on revised drafts of transaction summary and circulated to Fleig for review. | | | |
| | Alan J. Leggett | 2.70 hrs. | $ 385.00/hr. | $ 1,039.50 |
| 04/18/07 | Prepared and emailed to B. Logan package of materials to present to creditors committee. | | | |
| | Alan J. Leggett | .50 hrs. | $ 385.00/hr. | $ 192.50 |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 21 of 52

## FEE DETAIL

04/19/07    Reviewed and revised Asset Purchase Agreement.

    David H. Sands    1.80 hrs.    $ 595.00/hr.    $ 1,071.00

04/19/07    Participated in telephone conferences with Logan and Mostafavipour re changes to Asset Purchase Agreement.

    David H. Sands    .80 hrs.    $ 595.00/hr.    $ 476.00

04/19/07    Attended to matters re State Street and Guaranty Bank.

    David H. Sands    .90 hrs.    $ 595.00/hr.    $ 535.50

04/19/07    Participated in telephone conferences with A. Mostafavipour and D. Fleig re changes to Asset Purchase Agreement.

    David H. Sands    .80 hrs.    $ 595.00/hr.    $ 476.00

04/19/07    Conferred with Mostafavipour re various issues re transactions, status of Guaranty Bank and State Street documents.

    Alan J. Leggett    .80 hrs.    $ 385.00/hr.    $ 308.00

04/19/07    Worked on various transaction and related matters.

    Alan J. Leggett    1.80 hrs.    $ 385.00/hr.    $ 693.00

04/19/07    Prepared and circulated signature pages to transaction documents.

    Alan J. Leggett    .70 hrs.    $ 385.00/hr.    $ 269.50



SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office*  |  213-620-1398 *fax*  |  *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 22 of 52

### FEE DETAIL

| | | | |
|---|---|---|---|
| 04/19/07 | Exchanged emails with R. Gordon, counsel to State Street, re forbearance and related transaction matters. | | |
| | Alan J. Leggett | .40 hrs. $ 385.00/hr. | $ 154.00 |

04/19/07 Circulated drafts to Fleig of transaction documents and related exhibits to same.

Alan J. Leggett .90 hrs. $ 385.00/hr. $ 346.50

04/19/07 Prepared for and participated in telephone conference with Guaranty Bank and counsel re transaction status and related matters.

Alan J. Leggett .80 hrs. $ 385.00/hr. $ 308.00

04/19/07 Circulated current draft of Asset Purchase Agreement to Guaranty Bank.

Alan J. Leggett .30 hrs. $ 385.00/hr. $ 115.50

04/19/07 Participated in telephone conferences and exchanged emails with D. Fleig and A. Mostafavipour re various issues re transactions, status of Guaranty Bank and State Street documents.

Alan J. Leggett 1.10 hrs. $ 385.00/hr. $ 423.50

04/20/07 Participated in telephone conferences with Logan, Fleig and Mostafavipour re Creditors Committee comments on Asset Purchase Agreement.

David H. Sands 1.20 hrs. $ 595.00/hr. $ 714.00

04/20/07 Revised Asset Purchase Agreement.