

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 23 of 52

## FEE DETAIL

| David H. Sands | 1.70 hrs. | $ 595.00/hr. | $ 1,011.50 |

04/20/07    Participated in telephone conference with landlord re consent.

| Alan J. Leggett | .40 hrs. | $ 385.00/hr. | $ 154.00 |

04/20/07    Worked on issue re and responded to Fleig re comments to buyer release.

| Alan J. Leggett | .50 hrs. | $ 385.00/hr. | $ 192.50 |

04/20/07    Revised releases.

| Alan J. Leggett | .80 hrs. | $ 385.00/hr. | $ 308.00 |

04/20/07    Corresponded and exchanged emails with Fleig re releases.

| Alan J. Leggett | .50 hrs. | $ 385.00/hr. | $ 192.50 |

04/20/07    Exchanged emails with counsel for Guaranty Bank and State Street re their related documents.

| Alan J. Leggett | .70 hrs. | $ 385.00/hr. | $ 269.50 |

04/20/07    Conferred with Mostafavipour re Guaranty Bank and State Street documents.

| Alan J. Leggett | .70 hrs. | $ 385.00/hr. | $ 269.50 |

04/20/07    Revised State Street assignment agreement and circulated to State Street counsel.



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 24 of 52

### FEE DETAIL

|  | Alan J. Leggett | .80 hrs. | $ 385.00/hr. | $ 308.00 |

04/20/07  Worked on comments to Guaranty Bank assumption agreement and
circulated to counsel for Guaranty Bank.

|  | Alan J. Leggett | .40 hrs. | $ 385.00/hr. | $ 154.00 |

04/20/07  Reviewed and provided comments on employee releases and resignation
documents.

|  | Alan J. Leggett | .90 hrs. | $ 385.00/hr. | $ 346.50 |

04/20/07  Worked on issues and conferred with Logan, Mostafavipour and Fleig re
comments and additional document requests from creditor committee re
transaction documents.

|  | Alan J. Leggett | 1.30 hrs. | $ 385.00/hr. | $ 500.50 |

04/20/07  Exchanged emails with D. Fleig, B. Logan and A. Mostafavipour re
comments and additional document requests form creditor committee re
transaction documents.

|  | Alan J. Leggett | .80 hrs. | $ 385.00/hr. | $ 308.00 |

04/20/07  Revised Asset Purchase Agreement re comments from creditors
committee and circulated to Fleig.

|  | Alan J. Leggett | 1.50 hrs. | $ 385.00/hr. | $ 577.50 |

04/20/07  Worked on issues and exchanged numerous emails with D. Fleig, P.
Corsiglia and A. Mostafavipour re landlord consent.

|  | Alan J. Leggett | .90 hrs. | $ 385.00/hr. | $ 346.50 |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 25 of 52

## FEE DETAIL

04/21/07     Reviewed email from buyer Fleig re final Asset Purchase Agreement.

       Alan J. Leggett       .40 hrs.     $ 385.00/hr.      $ 154.00

04/21/07     Exchanged emails with Fleig and Mostafavipour re signature pages for execution version of Asset Purchase Agreement.

       Alan J. Leggett       .20 hrs.     $ 385.00/hr.      $ 77.00

04/21/07     Reviewed exhibits to Asset Purchase Agreement to reflect subsequent execution of same at closing.

       Alan J. Leggett       1.20 hrs.     $ 385.00/hr.      $ 462.00

04/21/07     Reviewed additional comments from creditors committee re transaction documents.

       Alan J. Leggett       .70 hrs.     $ 385.00/hr.      $ 269.50

04/21/07     Exchanged emails with D. Fleig, B. Logan and A. Mostafavipour re additional comments from creditors committee re transaction documents.

       Alan J. Leggett       .90 hrs.     $ 385.00/hr.      $ 346.50

04/21/07     Worked on issues and conferred with Logan and Mostafavipour re UCC searches.

       Alan J. Leggett       1.40 hrs.     $ 385.00/hr.      $ 539.00

04/22/07     Revised Asset Purchase Agreement.



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 26 of 52

### FEE DETAIL

|  | David H. Sands | 1.10 hrs. | $ 595.00/hr. | $ 654.50 |

04/22/07   Attended to numerous issues re Creditors Committee comments.

|  | David H. Sands | 1.60 hrs. | $ 595.00/hr. | $ 952.00 |

04/22/07   Participated in telephone conferences with Logan, Mostafavipour M. Power and D. Grubman re finalizing Asset Purchase Agreement.

|  | David H. Sands | 1.20 hrs. | $ 595.00/hr. | $ 714.00 |

04/22/07   Exchanged emails with D. Fleig, B. Logan and A. Mostafavipour re comments from creditors committee.

|  | Alan J. Leggett | .60 hrs. | $ 385.00/hr. | $ 231.00 |

04/22/07   Prepared for and participated in telephone conference with B. Logan and A. Mostafavipour re creditors committee comments to transaction documents.

|  | Alan J. Leggett | 1.90 hrs. | $ 385.00/hr. | $ 731.50 |

04/22/07   Prepared for and participated in telephone conference with creditors committee counsel, B. Logan and A. Mostafavipour re finalizing Asset Purchase Agreement.

|  | Alan J. Leggett | 1.20 hrs. | $ 385.00/hr. | $ 462.00 |

04/22/07   Exchanged emails with B. Logan and A. Mostafavipour re creditors committee comments.

|  | Alan J. Leggett | .30 hrs. | $ 385.00/hr. | $ 115.50 |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 27 of 52

### FEE DETAIL

| 04/22/07 | Worked on draft amended and restated Asset Purchase Agreement. | | | |
| | Alan J. Leggett | 2.70 hrs. | $ 385.00/hr. | $ 1,039.50 |
| 04/22/07 | Circulated draft amended and restated Asset Purchase Agreement to all parties. | | | |
| | Alan J. Leggett | .20 hrs. | $ 385.00/hr. | $ 77.00 |
| 04/22/07 | Worked on issues and conferred with Logan and Mostafavipour re comments from creditors committee re Access transaction. | | | |
| | Alan J. Leggett | .90 hrs. | $ 385.00/hr. | $ 346.50 |
| 04/22/07 | Conducted electronic UCC search in California for New Century Mortgage Warehouse, Inc. | | | |
| | Mathilde Kapuano | 1.50 hrs. | $ 225.00/hr. | $ 337.50 |
| 04/23/07 | Participated in telephone conferences and corresponded with Logan, Mostafavipour, M. Powers and D. Grubman re creditors committee comments. | | | |
| | David H. Sands | 1.80 hrs. | $ 595.00/hr. | $ 1,071.00 |
| 04/23/07 | Reviewed revised documents re access transaction. | | | |
| | David H. Sands | 1.30 hrs. | $ 595.00/hr. | $ 773.50 |
| 04/23/07 | Exchanged emails with B. Logan, T. Meola and A. Mostafavipour re creditors committee comments and transaction documents. | | | |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 28 of 52

### FEE DETAIL

|  | Alan J. Leggett | .60 hrs. | $ 385.00/hr. | $ 231.00 |

04/23/07 Revised amended and restated Asset Purchase Agreement in connection with creditors committee comments.

|  | Alan J. Leggett | 2.30 hrs. | $ 385.00/hr. | $ 885.50 |

04/23/07 Exchanged emails with M. Power and D. Grubman counsel for creditors committee re revised documents.

|  | Alan J. Leggett | .30 hrs. | $ 385.00/hr. | $ 115.50 |

04/23/07 Revised and commented on assignment and assumption agreement and release documents for State Street and circulated same to Mayer Brown and State Street.

|  | Alan J. Leggett | 1.80 hrs. | $ 385.00/hr. | $ 693.00 |

04/23/07 Revised and provided comments on assignment and assumption agreements for Guaranty Bank and circulated same to Guaranty Bank and counsel.

|  | Alan J. Leggett | 1.70 hrs. | $ 385.00/hr. | $ 654.50 |

04/23/07 Conferred with Mostafavipour re releases.

|  | Alan J. Leggett | .20 hrs. | $ 385.00/hr. | $ 77.00 |

04/23/07 Revised releases and circulated to Fleig.

|  | Alan J. Leggett | .80 hrs. | $ 385.00/hr. | $ 308.00 |



48th Floor | 333 South Hope Street | Los Angeles, CA  90071-1448
213-620-1780 *office*  |  213-620-1398 *fax*  |  *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 29 of 52

## FEE DETAIL

04/23/07    Reviewed objections filed in Court re access transaction.

      Alan  J.  Leggett         .70 hrs.      $ 385.00/hr.      $ 269.50

04/23/07    Reviewed and revised various ancillary documents to reflect revised
amended and restated Asset Purchase Agreement and timing of
transaction.

      Alan  J.  Leggett         2.10 hrs.      $ 385.00/hr.      $ 808.50

04/23/07    Exchanged emails with B. Logan and A. Mostafavipour re various
matters, revised documents and related transaction issues.

      Alan  J.  Leggett         .50 hrs.      $ 385.00/hr.      $ 192.50

04/23/07    Worked on issues and conferred with Logan and Mostafavipour re
comments from creditors committee.

      Alan  J.  Leggett         .70 hrs.      $ 385.00/hr.      $ 269.50

04/24/07    Participated in telephone conferences with Mostafavipour re final
changes to Asset Purchase Agreement.

      David  H.  Sands         1.60 hrs.      $ 595.00/hr.      $ 952.00

04/24/07    Reviewed and revised Asset Purchase Agreement.

      David  H.  Sands         2.00 hrs.      $ 595.00/hr.      $ 1,190.00

04/24/07    Conferred with Mostafavipour re revisions to Asset Purchase
Agreement.



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 30 of 52

### FEE DETAIL

| | Sherwin F. Root | .80 hrs. | $ 445.00/hr. | $ 356.00 |

04/24/07     Participated in telephone conference with A. Mostafavipour re revisions
to Asset Purchase Agreement.

| | Sherwin F. Root | 1.70 hrs. | $ 445.00/hr. | $ 756.50 |

04/24/07     Reviewed and revised Asset Purchase Agreement.

| | Sherwin F. Root | 2.00 hrs. | $ 445.00/hr. | $ 890.00 |

04/24/07     Conferred with Mostafavipour re Access Landing transaction.

| | Sarat Chuchawat | .10 hrs. | $ 385.00/hr. | $ 38.50 |

04/24/07     Worked on issues and conferred with Mostafavipour and Logan re
comments from creditors committee re Access transaction.

| | Alan J. Leggett | 2.30 hrs. | $ 385.00/hr. | $ 885.50 |

04/24/07     Participated in telephone conference with A. Mostafavipour re revisions
to amended and restated Asset Purchase Agreement.

| | Alan J. Leggett | 1.20 hrs. | $ 385.00/hr. | $ 462.00 |

04/24/07     Exchanged emails with A. Mostafavipour re revisions to amended and
restated Asset Purchase Agreement and other transaction documents.

| | Alan J. Leggett | .80 hrs. | $ 385.00/hr. | $ 308.00 |

04/24/07     Reviewed amended and restated Asset Purchase Agreement and
circulated same to M. Powers, D. Grubman, Logan and Mostafavipour.



SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 31 of 52

## FEE DETAIL

| | | | |
|---|---|---|---|
| Alan J. Leggett | .90 hrs. | $ 385.00/hr. | $ 346.50 |

04/24/07   Revised and conferred with Mostafavipour re ancillary transaction documents.

| | | | |
|---|---|---|---|
| Alan J. Leggett | 3.20 hrs. | $ 385.00/hr. | $ 1,232.00 |

04/24/07   Exchanged emails with A. Mostafavipour and D. Fleig re ancillary transaction documents.

| | | | |
|---|---|---|---|
| Alan J. Leggett | .50 hrs. | $ 385.00/hr. | $ 192.50 |

04/24/07   Further revised amended and restated Asset Purchase Agreement in connection with comments from creditors committee and other parties.

| | | | |
|---|---|---|---|
| Alan J. Leggett | 1.60 hrs. | $ 385.00/hr. | $ 616.00 |

04/24/07   Worked on and conferred with Mostafavipour re draft stock pledge agreement.

| | | | |
|---|---|---|---|
| Alan J. Leggett | 1.70 hrs. | $ 385.00/hr. | $ 654.50 |

04/24/07   Exchanged emails with B. Logan, creditors committee counsel, and A. Mostafavipour re transaction documents and related issues.

| | | | |
|---|---|---|---|
| Alan J. Leggett | .60 hrs. | $ 385.00/hr. | $ 231.00 |

04/25/07   Participated in telephone conferences with B. Logan, creditors committee counsel, Guaranty Bank and State Street re transaction documents.

| | | | |
|---|---|---|---|
| David H. Sands | 1.40 hrs. | $ 595.00/hr. | $ 833.00 |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 32 of 52

### FEE DETAIL

04/25/07    Reviewed and revised transaction documents.

David H. Sands          3.10 hrs.    $ 595.00/hr.    $ 1,844.50

04/25/07    Participated in telephone conferences with Mostafavipour, Fleig and
Meola re Stock Pledge Agreement, Asset Purchase Agreement and
related matters.

David H. Sands          1.10 hrs.    $ 595.00/hr.    $ 654.50

04/25/07    Reviewed and provided comments re stock pledge agreement in relation
to Access sale.

Mette H. Kurth          3.40 hrs.    $ 475.00/hr.    $ 1,615.00

04/25/07    Circulated draft stock pledge agreement to creditors committee and
Mostafavipour.

Alan J. Leggett          .60 hrs.    $ 385.00/hr.    $ 231.00

04/25/07    Revised stock pledge agreement re creditors committee comments.

Alan J. Leggett          .80 hrs.    $ 385.00/hr.    $ 308.00

04/25/07    Circulated draft stock pledge agreement to Fleig.

Alan J. Leggett          .30 hrs.    $ 385.00/hr.    $ 115.50

04/25/07    Exchanged emails with A. Mostafavipour, buyer and counsel for
creditors committee re transaction documents and closing matters.



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 33 of 52

### FEE DETAIL

| | | | |
|---|---|---|---|
| Alan J. Leggett | .60 hrs. | $ 385.00/hr. | $ 231.00 |

04/25/07    Conferred with Mostafavipour re ancillary transaction documents and circulated same to buyer.

| | | | |
|---|---|---|---|
| Alan J. Leggett | 1.90 hrs. | $ 385.00/hr. | $ 731.50 |

04/25/07    Exchanged emails with A. Mostafavipour and D. Fleig re transaction documents, closing matters and deliverables.

| | | | |
|---|---|---|---|
| Alan J. Leggett | 1.00 hrs. | $ 385.00/hr. | $ 385.00 |

04/25/07    Further revised amended and restated Asset Purchase Agreement and circulated draft to all parties.

| | | | |
|---|---|---|---|
| Alan J. Leggett | 3.30 hrs. | $ 385.00/hr. | $ 1,270.50 |

04/25/07    Exchanged emails with State Street and Guaranty Bank re closing mechanics and related issues.

| | | | |
|---|---|---|---|
| Alan J. Leggett | 1.00 hrs. | $ 385.00/hr. | $ 385.00 |

04/25/07    Revised and conferred with Mostafavipour re draft stock pledge agreement.

| | | | |
|---|---|---|---|
| Alan J. Leggett | .30 hrs. | $ 385.00/hr. | $ 115.50 |

04/25/07    Prepared email correspondence to partners regarding representation of interested parties.

| | | | |
|---|---|---|---|
| Gail H. Reinig | .20 hrs. | $ 225.00/hr. | $ 45.00 |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 34 of 52

### FEE DETAIL

| 04/25/07 | Prepared index of responses re SMRH representation of interested parties. | | | |

| | Gail H. Reinig | 3.90 hrs. | $ 225.00/hr. | $ 877.50 |

| 04/26/07 | Participated in telephone conferences with Mostafavipour, Logan M. Power, Fleig and D. Grubman re remaining open issues on Access transaction. | | | |

| | David H. Sands | 1.80 hrs. | $ 595.00/hr. | $ 1,071.00 |

| 04/26/07 | Reviewed and revised Asset Purchase Agreement, Guaranty Bank documents and State Street documents. | | | |

| | David H. Sands | 2.50 hrs. | $ 595.00/hr. | $ 1,487.50 |

| 04/26/07 | Corresponded with Mostafavipour, Meola and Logan re revised Asset Purchase Agreement and other documents. | | | |

| | David H. Sands | .60 hrs. | $ 595.00/hr. | $ 357.00 |

| 04/26/07 | Revised and circulated amended and restated Asset Purchase Agreement. | | | |

| | Alan J. Leggett | 1.80 hrs. | $ 385.00/hr. | $ 693.00 |

| 04/26/07 | Emailed revised amended and restated Asset Purchase Agreement to counsel Logan for filing with the court. | | | |

| | Alan J. Leggett | .10 hrs. | $ 385.00/hr. | $ 38.50 |

| 04/26/07 | Reviewed court order approving transaction. | | | |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters                    July 16, 2007
David H. Sands                                                                Invoice 222487507
                                                                              Page 35 of 52

### FEE DETAIL

|  | Alan J. Leggett | .20 hrs. | $ 385.00/hr. | $ 77.00 |

04/26/07    Exchanged emails with counsel for creditors committee, B. Logan, A.
            Mostafavipour and D. Fleig re court order approving transaction.

|  | Alan J. Leggett | .50 hrs. | $ 385.00/hr. | $ 192.50 |

04/26/07    Finalized Asset Purchase Agreement and coordinated exchange of
            signatures.

|  | Alan J. Leggett | 1.30 hrs. | $ 385.00/hr. | $ 500.50 |

04/26/07    Revised stock pledge agreement and related matters.

|  | Alan J. Leggett | .50 hrs. | $ 385.00/hr. | $ 192.50 |

04/26/07    Exchanged emails with counsel for creditors committee, B. Logan, A.
            Mostafavipour and D. Fleig re stock pledge agreement and related
            matters.

|  | Alan J. Leggett | .70 hrs. | $ 385.00/hr. | $ 269.50 |

04/26/07    Exchanged emails with counsel for State Street and Guaranty Bank re
            copies and review of transaction documents and closing matters.

|  | Alan J. Leggett | .40 hrs. | $ 385.00/hr. | $ 154.00 |

04/26/07    Reviewed various final documents from State Street and Guaranty
            Bank.

|  | Alan J. Leggett | 1.20 hrs. | $ 385.00/hr. | $ 462.00 |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 36 of 52

## FEE DETAIL

| | | | | |
|---|---|---|---|---|
| 04/26/07 | Reviewed closing documents from buyer. | | | |
| | Alan J. Leggett | 2.60 hrs. | $ 385.00/hr. | $ 1,001.00 |
| 04/26/07 | Exchanged emails with D. Fleig and A. Mostafavipour re closing matters. | | | |
| | Alan J. Leggett | .60 hrs. | $ 385.00/hr. | $ 231.00 |
| 04/26/07 | Prepared summary of outstanding items for closing and emailed to A. Mostafavipour. | | | |
| | Alan J. Leggett | 1.20 hrs. | $ 385.00/hr. | $ 462.00 |
| 04/26/07 | Conferred with Mostafavipour re revised amended and restated Asset Purchase Agreement. | | | |
| | Alan J. Leggett | .50 hrs. | $ 385.00/hr. | $ 192.50 |
| 04/26/07 | Corresponded with partners regarding representation of interested parties and updated index of responses. | | | |
| | Gail H. Reinig | 2.00 hrs. | $ 225.00/hr. | $ 450.00 |
| 04/27/07 | Exchanged emails and participated in telephone conferences with counsel for Guaranty Bank, counsel for State Street, D. Fleig and Mostafavipour re closing deliveries, signatures, final documents and related closing matters. | | | |
| | Alan J. Leggett | 3.40 hrs. | $ 385.00/hr. | $ 1,309.00 |
| 04/27/07 | Participated in telephone conferences with R. Burnett re lease assignment consent. | | | |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office*  |  213-620-1398 *fax*  |  *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 37 of 52

## FEE DETAIL

|  | Alan J. Leggett | .60 hrs. | $ 385.00/hr. | $ 231.00 |

04/27/07    Worked on issues re lease assignment consent and related matters.

|  | Alan J. Leggett | 1.50 hrs. | $ 385.00/hr. | $ 577.50 |

04/27/07    Reviewed final documents, deliverables and signature re closing.

|  | Alan J. Leggett | .90 hrs. | $ 385.00/hr. | $ 346.50 |

04/27/07    Worked on closing mechanics and various post-closing matters.

|  | Alan J. Leggett | 1.80 hrs. | $ 385.00/hr. | $ 693.00 |

04/27/07    Corresponded with partners and Records Dept. regarding representation
of interested parties and updated index of responses.

|  | Gail H. Reinig | 4.30 hrs. | $ 225.00/hr. | $ 967.50 |

04/30/07    Worked on post-closing issues and related matters.

|  | Alan J. Leggett | 3.50 hrs. | $ 385.00/hr. | $ 1,347.50 |

04/30/07    Exchanged emails with D. Fleig, A. Mostafavipour and E. Cutter re
post-closing issues.

|  | Alan J. Leggett | .30 hrs. | $ 385.00/hr. | $ 115.50 |

04/30/07    Received correspondence from attorneys re status of Interested Parties
cases and updated index.



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 38 of 52

### FEE DETAIL

|  | Gail H. Reinig | .50 hrs. | $ 225.00/hr. | $ 112.50 |

05/03/07  Reviewed Buyer's required monthly schedule report of pledged loans and related net proceeds.

|  | Alan J. Leggett | .40 hrs. | $ 330.00/hr. | $ 132.00 |

05/04/07  Exchanged emails with and conducted telephone conference with R. Burnett of Triple Net Properties re copies of executed lease assignment and related documents.

|  | Alan J. Leggett | .60 hrs. | $ 330.00/hr. | $ 198.00 |

05/10/07  Reviewed and analyzed asset purchase agreements for Home123; conferred re: the foregoing with A. Mostafavipour.

|  | Sarat Chuchawat | .30 hrs. | $ 385.00/hr. | $ 115.50 |

05/10/07  Conferred re: payments for closed loans with counsel to Pinnacle.

|  | Sarat Chuchawat | .10 hrs. | $ 385.00/hr. | $ 38.50 |

05/16/07  Reviewed correspondence from D.Sands re: form of asset purchase agreement and respond to same.

|  | Mette H. Kurth | .40 hrs. | $ 475.00/hr. | $ 190.00 |

05/16/07  Conferred re: Pinncale transaction with A. Mostafavipour.

|  | Sarat Chuchawat | .10 hrs. | $ 385.00/hr. | $ 38.50 |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 39 of 52

### FEE DETAIL

05/16/07    Exchanged email messages with M. Kurth and D. Sands, on line
research for Ellington Management agreement, downloaded same and
updated docket.

|  |  |  |  |
|---|---|---|---|
| Gail H. Reinig | 1.30 hrs. | $ 225.00/hr. | $ 292.50 |

05/18/07    Conferred re: Pinncale transaction with A. Mostafavipour.

|  |  |  |  |
|---|---|---|---|
| Sarat Chuchawat | .10 hrs. | $ 385.00/hr. | $ 38.50 |

05/30/07    Worked on issues re Pinnacle asset transaction re assignment of certain
locations.  Exchanged emails with A. Mostafavipour, M. Bartyczak and
N. Jackson re same.

|  |  |  |  |
|---|---|---|---|
| Alan J. Leggett | .30 hrs. | $ 385.00/hr. | $ 115.50 |

*Timekeeper Summary of: Asset Dispositon*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Mette H. Kurth | 3.80 | $ 475.00 | $ 1,805.00 |
| David H. Sands | 59.30 | $ 595.00 | $ 35,283.50 |
| Sherwin F. Root | 11.20 | $ 445.00 | $ 4,984.00 |
| Mathilde Kapuano | 1.50 | $ 225.00 | $ 337.50 |
| Theodore A. Cohen | 7.80 | $ 475.00 | $ 3,705.00 |
| Gail H. Reinig | 12.20 | $ 225.00 | $ 2,745.00 |
| Sarat Chuchawat | 17.90 | $ 385.00 | $ 6,891.50 |
| Alan J. Leggett | 157.70 | $ 384.65 | $ 60,659.50 |
| Totals | 271.40 | $ 428.93 | $ 116,411.00 |

**Fee/Employment Applications**



SHEPPARD MULLIN RICHTER & HAMPTON LLP

ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 40 of 52

| 04/09/07 | Telephone conference with D.Sands re engagement of SMRH as special corporate and litigation counsel. | | | |
|---|---|---|---|---|
| | Mette H. Kurth | .30 hrs. | $ 475.00/hr. | $ 142.50 |
| 04/10/07 | Prepared correspondence to D.Sands re employment of SMRH. | | | |
| | Mette H. Kurth | .20 hrs. | $ 475.00/hr. | $ 95.00 |
| 04/10/07 | Reviewed correspondence from M.Merchant re employment of SMRH. | | | |
| | Mette H. Kurth | .30 hrs. | $ 475.00/hr. | $ 142.50 |
| 04/10/07 | Telephone conference with M.Merchant re employment of SMRH. | | | |
| | Mette H. Kurth | .40 hrs. | $ 475.00/hr. | $ 190.00 |
| 04/11/07 | Prepared correspondence to G.Labate and C.Cardon re preparation of employment application. | | | |
| | Mette H. Kurth | .10 hrs. | $ 475.00/hr. | $ 47.50 |
| 04/11/07 | Reviewed and responded to correspondence from D.Sands re preparation of employment application. | | | |
| | Mette H. Kurth | .20 hrs. | $ 475.00/hr. | $ 95.00 |
| 04/11/07 | Conferred with Sands, Mostafavipour and Logan re transaction issues and documents. | | | |
| | Alan J. Leggett | .20 hrs. | $ 385.00/hr. | $ 77.00 |
| 04/17/07 | Prepared employment application. | | | |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 41 of 52

|  |  |  |  |
|---|---|---|---|
| Mette H. Kurth | 3.60 hrs. | $ 475.00/hr. | $ 1,710.00 |

04/18/07   Prepared application to employ SMRH.

|  |  |  |  |
|---|---|---|---|
| Mette H. Kurth | 3.30 hrs. | $ 475.00/hr. | $ 1,567.50 |

04/18/07   Corresponded and conferred with M. Kurth re declaration and proposed order re SMRH employment.

|  |  |  |  |
|---|---|---|---|
| M. Reed Mercado | .50 hrs. | $ 265.00/hr. | $ 132.50 |

04/18/07   Drafted supporting declaration and proposed order re employment of SMRH as special corporate and litigation counsel.

|  |  |  |  |
|---|---|---|---|
| M. Reed Mercado | 1.70 hrs. | $ 265.00/hr. | $ 450.50 |

04/18/07   Researched attorney and paralegal biographies as requested by M. Kurth.

|  |  |  |  |
|---|---|---|---|
| Gail H. Reinig | .80 hrs. | $ 225.00/hr. | $ 180.00 |

04/18/07   Conducted on line research re 327(e) Application.

|  |  |  |  |
|---|---|---|---|
| Gail H. Reinig | .90 hrs. | $ 225.00/hr. | $ 202.50 |

04/19/07   Prepared employment application.

|  |  |  |  |
|---|---|---|---|
| Mette H. Kurth | 6.10 hrs. | $ 475.00/hr. | $ 2,897.50 |

04/19/07   Reviewed U.S. Trustee Fee Guide and Delaware Local Bankruptcy Rules to ensure SMRH employment application in compliance with them.



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters                                            July 16, 2007
David H. Sands                                                                                                          Invoice 222487507
                                                                                                                            Page 42 of 52

|  |  |  |  |  |
|---|---|---|---|---|
|  | M. Reed Mercado | .40 hrs. | $ 265.00/hr. | $ 106.00 |

04/19/07   Reviewed application for employment and engagement letter to ensure
           conformity of application.

|  |  |  |  |  |
|---|---|---|---|---|
|  | M. Reed Mercado | .50 hrs. | $ 265.00/hr. | $ 132.50 |

04/19/07   Revised employment application and supporting declaration
           accordingly.

|  |  |  |  |  |
|---|---|---|---|---|
|  | M. Reed Mercado | .60 hrs. | $ 265.00/hr. | $ 159.00 |

04/19/07   Corresponded with M. Kurth re employment application and
           declaration.

|  |  |  |  |  |
|---|---|---|---|---|
|  | M. Reed Mercado | .20 hrs. | $ 265.00/hr. | $ 53.00 |

04/19/07   Analyze billing reports to determine dates and amounts of payments.

|  |  |  |  |  |
|---|---|---|---|---|
|  | Michele E. Mason | .30 hrs. | $ 195.00/hr. | $ 58.50 |

04/19/07   Conferred with accounting department re billing reports.

|  |  |  |  |  |
|---|---|---|---|---|
|  | Michele E. Mason | .20 hrs. | $ 195.00/hr. | $ 39.00 |

04/23/07   Telephone conference with C.LaChance re employment application.

|  |  |  |  |  |
|---|---|---|---|---|
|  | Mette H. Kurth | .20 hrs. | $ 475.00/hr. | $ 95.00 |

04/23/07   Prepared employment application.

|  |  |  |  |  |
|---|---|---|---|---|
|  | Mette H. Kurth | 1.40 hrs. | $ 475.00/hr. | $ 665.00 |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters                    July 16, 2007
David H. Sands                                                                 Invoice 222487507
                                                                               Page 43 of 52

04/24/07    Reviewed notice re hearing on procedures re ordinary course
            professionals.

            Mette  H.  Kurth              .20 hrs.      $ 475.00/hr.        $  95.00


04/24/07    Prepared correspondence to C.Santis re SMRH employment application.

            Mette  H.  Kurth              .20 hrs.      $ 475.00/hr.        $  95.00


04/24/07    Prepared D.Sands declaration re SMRH employment application.

            Mette  H.  Kurth             1.10 hrs.      $ 475.00/hr.        $ 522.50


04/24/07    Prepared correspondence to D.Sands and G.Labate re SMRH
            employment application.

            Mette  H.  Kurth              .30 hrs.      $ 475.00/hr.        $ 142.50


04/24/07    Prepared order re SMRH employment application.

            Mette  H.  Kurth              .80 hrs.      $ 475.00/hr.        $ 380.00


04/24/07    Prepared SMRH employment application.

            Mette  H.  Kurth             1.50 hrs.      $ 475.00/hr.        $ 712.50


04/25/07    Revised employment application and D.Sands declaration re same.

            Mette  H.  Kurth             3.60 hrs.      $ 475.00/hr.        $ 1,710.00


04/25/07    Conferred with M. Kurth re conflicts check for Employment
            Application.

            Gail  H.  Reinig              .70 hrs.      $ 225.00/hr.        $ 157.50



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters                    July 16, 2007
David H. Sands                                                                 Invoice 222487507
                                                                               Page 44 of 52


04/26/07    Reviewed and responded to correspondence from C.Samis re SMRH
            employment application.

               Mette H. Kurth              .30 hrs.      $ 475.00/hr.          $ 142.50


04/26/07    Finalized SMRH employment application.

               Mette H. Kurth             3.20 hrs.      $ 475.00/hr.         $ 1,520.00


04/27/07    Telephone conference with C.Santis (detailed vmm) re preparation of
            SMRH employment applicaiton and prepared correspondence to
            C.Santis re same.

               Mette H. Kurth              .20 hrs.      $ 475.00/hr.          $ 95.00


04/27/07    Reviewed debtor's revisions to SMRH employment application.

               Mette H. Kurth             1.20 hrs.      $ 475.00/hr.          $ 570.00


04/27/07    Prepared correspondence to D.Sands and G.Labate re debtor's revisions
            to SMRH employment application.

               Mette H. Kurth              .20 hrs.      $ 475.00/hr.          $ 95.00


04/27/07    Prepared correspondence to S.Uhland and C.Santis re SMRH
            employment application.

               Mette H. Kurth              .10 hrs.      $ 475.00/hr.          $ 47.50


04/27/07    Finalized SMRH employment application and exhibits.

               Mette H. Kurth             1.20 hrs.      $ 475.00/hr.          $ 570.00



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office*  |  213-620-1398 *fax*  |  *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 45 of 52

| 04/27/07 | Obtain further biographies of SMRH attorneys for fee application and provide them to local counsel. | | | |
|---|---|---|---|---|
| | Michele E. Mason | .20 hrs. | $ 195.00/hr. | $ 39.00 |
| 04/28/07 | Reviewed and responded to correspondence from S.Cardoza re New Century employment application. | | | |
| | Mette H. Kurth | .10 hrs. | $ 475.00/hr. | $ 47.50 |
| 04/28/07 | Obtain biographies of SMRH attorneys for fee application and provide them to local counsel. | | | |
| | Michele E. Mason | .20 hrs. | $ 195.00/hr. | $ 39.00 |
| 04/30/07 | Prepared SMRH employment application. | | | |
| | Mette H. Kurth | .30 hrs. | $ 475.00/hr. | $ 142.50 |
| 05/01/07 | Prepared Interested Parties index and attachments and corresponded with M. Kurth re same. | | | |
| | Gail H. Reinig | .50 hrs. | $ 225.00/hr. | $ 112.50 |
| 05/02/07 | Reviewed correspondence from C.Santis re fee procedures. | | | |
| | Mette H. Kurth | .30 hrs. | $ 475.00/hr. | $ 142.50 |
| 05/02/07 | Prepared correspondence to D.Sands and G.Labate re fee procedures. | | | |
| | Mette H. Kurth | .30 hrs. | $ 475.00/hr. | $ 142.50 |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 46 of 52

| 05/02/07 | Exchanged correspondence w/ C.Santis re filing of employment application. | | | |
|---|---|---|---|---|
| | Mette H. Kurth | .40 hrs. | $ 475.00/hr. | $ 190.00 |
| 05/02/07 | Reviewed US Trustee Guidelines re fee procedures. | | | |
| | Mette H. Kurth | .40 hrs. | $ 475.00/hr. | $ 190.00 |
| 05/02/07 | Analyzed motion to establish fee procedures and order re same. | | | |
| | Mette H. Kurth | .80 hrs. | $ 475.00/hr. | $ 380.00 |
| 05/02/07 | Reviewed employment application filing; corresponded w/ M. Kurth re same. | | | |
| | M. Reed Mercado | .10 hrs. | $ 265.00/hr. | $ 26.50 |
| 05/10/07 | Prepared correspondence to G.Labate re New Century interim fee application. | | | |
| | Mette H. Kurth | .10 hrs. | $ 475.00/hr. | $ 47.50 |
| 05/17/07 | On line research for Interim Compensation Order, downloaded same and exchanged email messages with M Kurth re same and updated docket. | | | |
| | Gail H. Reinig | .40 hrs. | $ 225.00/hr. | $ 90.00 |
| 05/23/07 | Prepared correspondence to C.Santis re SMRH employment application. | | | |
| | Mette H. Kurth | .10 hrs. | $ 475.00/hr. | $ 47.50 |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office*  |  213-620-1398 *fax*  |  *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters          July 16, 2007
David H. Sands                                                        Invoice 222487507
                                                                     Page 47 of 52

05/23/07     Prepared correspondence to D.Sands re SMRH's employment
             application.

             Mette H. Kurth           .40 hrs.      $ 475.00/hr.      $ 190.00

05/23/07     Reviewed correspondence from M.Merchant re US Trustee's comments
             re SMRH employment.

             Mette H. Kurth           .10 hrs.      $ 475.00/hr.      $ 47.50

05/23/07     Analyzed US Trustee's comments re SMRH employment.

             Mette H. Kurth           .60 hrs.      $ 475.00/hr.      $ 285.00

05/24/07     Prepared correspondence to M.Merchant and S.Uhland re response to
             US Trustee comments re employment application.

             Mette H. Kurth           .60 hrs.      $ 475.00/hr.      $ 285.00

05/24/07     Reviewed correspondence from D.Sands re SMRH employment issues.

             Mette H. Kurth           .20 hrs.      $ 475.00/hr.      $ 95.00

05/25/07     Analyzed supplemental conflict search and prepared declaration of
             D.Sands re same.

             Mette H. Kurth           3.10 hrs.     $ 475.00/hr.      $ 1,472.50

05/25/07     Prepared correspondence to M.Merchant and C.Santis re supplemental
             conflict search and US Trustee issues re employment application.

             Mette H. Kurth           .30 hrs.      $ 475.00/hr.      $ 142.50



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters                                July 16, 2007
David H. Sands                                                                          Invoice 222487507
                                                                                          Page 48 of 52

| 05/29/07 | Reviewed correspondence from M.Merchant re employment applications. | | | |
|---|---|---|---|---|
| | Mette H. Kurth | .10 hrs. | $ 475.00/hr. | $ 47.50 |

| 05/29/07 | Prepared correspondence to M.Merchant and S.Uhland re upcoming hearing re SMRH employment and resolution of open issues. | | | |
|---|---|---|---|---|
| | Mette H. Kurth | .30 hrs. | $ 475.00/hr. | $ 142.50 |

| 06/11/07 | Reviewed and compiled various billing statements in response to US Trustee inquiry. | | | |
|---|---|---|---|---|
| | Mette H. Kurth | .70 hrs. | $ 475.00/hr. | $ 332.50 |

| 06/11/07 | Prepared correspondence to M.Merchant re resolution of US Trustee issues. | | | |
|---|---|---|---|---|
| | Mette H. Kurth | .10 hrs. | $ 475.00/hr. | $ 47.50 |

| 06/11/07 | Telephone conference with C.Santis re US Trustee comments and response to same, preparation for hearing re US Trustee objections. | | | |
|---|---|---|---|---|
| | Mette H. Kurth | .30 hrs. | $ 475.00/hr. | $ 142.50 |

| 06/11/07 | Prepared correspondence to D.Sands and G.Labate re resolution of US Trustee issues. | | | |
|---|---|---|---|---|
| | Mette H. Kurth | .20 hrs. | $ 475.00/hr. | $ 95.00 |

| 06/12/07 | Telephone conference with C.Santis regarding continuance of hearing re employment application. | | | |
|---|---|---|---|---|
| | Mette H. Kurth | .20 hrs. | $ 475.00/hr. | $ 95.00 |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 49 of 52

06/12/07    Prepared response to US Trustee objections re employment application
and prepared correspondence to C.Santis re same.

        Mette H. Kurth        1.40 hrs.    $ 475.00/hr.    $ 665.00

06/13/07    Prepared correspondence to D.Sands and G.Labate re analysis of form
of order re SMRH employment and resolution of US Trustee concerns.
Reviewed and responded to correspondence from D.Sands re same.

        Mette H. Kurth        .30 hrs.    $ 475.00/hr.    $ 142.50

06/13/07    Analyzed proposed form of order re SMRH employment.

        Mette H. Kurth        .40 hrs.    $ 475.00/hr.    $ 190.00

06/14/07    Telephone conference with C.Santis in response to inquiry re SMRH
employment.

        Mette H. Kurth        .20 hrs.    $ 475.00/hr.    $ 95.00

06/14/07    Reviewed and responded to correspondence from C.Samis re resolution
of US Trustee objections re employment application.

        Mette H. Kurth        .20 hrs.    $ 475.00/hr.    $ 95.00

06/14/07    Prepared second supplement to declaration of D.Sands.

        Mette H. Kurth        .80 hrs.    $ 475.00/hr.    $ 380.00

06/15/07    Exchanged email correspondence w/ C.Santis and G.Labate re hearing
on SMRH employment application and request for litigation cap.

        Mette H. Kurth        .40 hrs.    $ 475.00/hr.    $ 190.00



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office*  |  213-620-1398 *fax*  |  *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 50 of 52

06/25/07    Reviewed order authorizing SMRH employment and prepared
correspondence to D.Sands and G.Labate re issues re same.  Reviewed
and responded to correspondence from G.Labate re same.

| | | | |
|---|---|---|---|
| Mette H. Kurth | .40 hrs. | $ 475.00/hr. | $ 190.00 |

06/25/07    Exchanged email messages with M. Kurth re filing of Supplemental
Declaration, online research re same.

| | | | |
|---|---|---|---|
| Gail H. Reinig | .40 hrs. | $ 225.00/hr. | $ 90.00 |

*Timekeeper Summary of: Fee/Employment Applications*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Mette H. Kurth* | *44.30* | *$ 475.00* | *$ 21,042.50* |
| *Gail H. Reinig* | *3.70* | *$ 225.00* | *$ 832.50* |
| *Michele E. Mason* | *0.90* | *$ 195.00* | *$ 175.50* |
| *Alan J. Leggett* | *0.20* | *$ 385.00* | *$ 77.00* |
| *M. Reed Mercado* | *4.00* | *$ 265.00* | *$ 1,060.00* |
| *Totals* | *53.10* | *$ 436.68* | *$ 23,187.50* |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

July 16, 2007
Invoice 222487507
Page 51 of 52

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| David H. Sands | 59.30 | $ 595.00 | $ 35,283.50 |
| Theodore A. Cohen | 7.80 | $ 475.00 | $ 3,705.00 |
| Mette H. Kurth | 48.10 | $ 475.00 | $ 22,847.50 |
| Sherwin F. Root | 11.20 | $ 445.00 | $ 4,984.00 |
| Sarat Chuchawat | 17.90 | $ 385.00 | $ 6,891.50 |
| Alan J. Leggett | 157.90 | $ 384.65 | $ 60,736.50 |
| M. Reed Mercado | 4.00 | $ 265.00 | $ 1,060.00 |
| Mathilde Kapuano | 1.50 | $ 225.00 | $ 337.50 |
| Gail H. Reinig | 15.90 | $ 225.00 | $ 3,577.50 |
| Michele E. Mason | .90 | $ 195.00 | $ 175.50 |

|  |  |  |
|---|---|---|
| Current Fees | | $ 139,598.50 |
| Fee Discount | | $ (13,959.85) |
| **Total Fees for Professional Services** | | **$ 125,638.65** |