# EXHIBIT 4

## SUMMARY OF DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 04/10/07 | Federal Express on 04/10/07 | 9.41 |
| 04/10/07 | Federal Express on 04/10/07 | 9.41 |
| 04/18/07 | Federal Express on 04/18/07 | 6.84 |
| 05/15/07 | PACER Legal Research, Statement Dated 04/01/07 - 04/30/07. | 27.72 |
| 06/15/07 | PACER Legal Research, Statement Dated 05/01/07 - 05/31/07. | 8.14 |
| 04/10/07 | Pro Courier on 04/10/07 | 148.86 |
| 04/10/07 | Pro Courier on 04/10/07 | 74.44 |
| 04/18/07 | Pro Courier on 04/18/07 | 52.49 |
| 04/18/07 | Pro Courier on 04/18/07 | 16.29 |
| 04/06/07 | Westlaw research by KEARNAGHAN,JASON, on 4/6/2007. | 398.16 |
| 04/16/07 | Westlaw research by FARRELL,BRIAN, on 4/16/2007. | 90.00 |
| 04/17/07 | Westlaw research by FARRELL,BRIAN, on 4/17/2007. | 436.95 |
| 04/18/07 | Westlaw research by FARRELL,BRIAN, on 4/18/2007. | 14.40 |
| | Duplication | 289.70 |
| | Telephone | 0.69 |
| | **Total Disbursements** | **$ 1,583.50** |

## SUMMARY OF DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 04/24/07 | CT Corp- Cust#1413471-Debtor Name, UCC Image Retrieval CA (New Century Warehouse) | 27.25 |
| 05/01/07 | CT Corp-Cust#1413471- State Lien Search (New Century Warehouse Corp) | 190.25 |
| 05/03/07 | Federal Express on 05/03/07 | 8.28 |
| 05/03/07 | Federal Express on 05/03/07 | 8.78 |
| 05/15/07 | PACER Legal Research, Statement Dated 04/01/07 - 04/30/07. | 7.63 |
| 05/15/07 | PACER Legal Research, Statement Dated 04/01/07 - 04/30/07. | 10.58 |
| 05/15/07 | PACER Legal Research, Statement Dated 04/01/07 - 04/30/07. | 2.30 |
| 06/15/07 | PACER Legal Research, Statement Dated 05/01/07 - 05/31/07. | 2.81 |
| 06/15/07 | PACER Legal Research, Statement Dated 05/01/07 - 05/31/07. | 9.07 |
| | Duplication | 185.60 |
| | Telephone | 24.96 |
| | **Total Disbursements** | **$ 477.51** |