IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., et al., | ) | Case No. 07-10416 (KJC) |
| | ) | |
| Debtor. | ) | Jointly Administered |
| | ) | |
| | ) | RE: Docket No. 1974 |

### ORDER APPROVING STIPULATION EXTENDING THE DEADLINE FOR PRODUCTION OF ALTERNATIVE ACCOUNTING PURSUANT TO THE ORDER GRANTING ADEQUATE PROTECTION PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a), 361, 362 AND 363(b)(1) AND ESTABLISHING PRELIMINARY PROCEDURES FOR RESOLVING CERTAIN CLAIMS

Upon the Stipulation Extending the Deadline for Production of Alternative Accounting Pursuant to the Order Granting Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362 and 363(b)(1) and Establishing Preliminary Procedures for Resolving Certain Claims (the "Stipulation"),[1] a copy of which is attached hereto; and the Court having considered the Stipulation; and good and sufficient cause appearing therefor; it is hereby

ORDERED that the Stipulation is approved; and it is further

ORDERED that the Response Deadline is hereby extended through and including July 27, 2007 at 5:00 p.m. (est) and JPMC shall use its reasonable best efforts to produce the Alternative Accounting on or before July 27, 2007; and it is further

ORDERED that this Court shall retain jurisdiction over the Parties with respect to any matters related to, or arising from, the implementation of this Order.

---

[1] All capitalized terms not otherwise defined herein shall assume the meanings ascribed to them in the Stipulation

Dated: July 23, 2007

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge

2