IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| NEW CENTURY TRS HOLDINGS, | : |
| INC., a Delaware corporation, et al.,[1] | : |
| | : Case No. 07-10416 (KJC) |
| | : |
| Debtors. | : Jointly Administered |

Re: Docket Nos. 630, 704, 1166, 1168 and 1237

**ORDER APPROVING STIPULATION AND AGREEMENT AMONG
THE DEBTORS AND CITIGROUP GLOBAL MARKETS REALTY
CORP. WITH RESPECT TO THE PAYMENT OF CASH COLLATERAL**

The *Stipulation for Limited Modification of the Automatic Stay to Permit Retrieval of Collateral by General Electric Capital Corporation and Order Thereon* (the "Stipulation") attached hereto as Exhibit 1 is APPROVED AND ALLOWED. The Court reserves jurisdiction to enforce the terms of the Stipulation.

Dated: July 23, 2007
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware corporation; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

RLF1-3180736-1