IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, *et al.*, | : | Jointly Administered |
| | : | |
| Debtors. | : | **Objection Deadline: July 24, 2007 at 4:00 p.m.** |
| | : | **Hearing Date: July 31, 2007 at 1:30 p.m.** |
| | : | |
| | : | **Related to Docket No. 1923** |

**OBJECTION OF COREMETRICS, INC. TO MOTION OF DEBTORS
AND DEBTORS IN POSSESSION FOR AN ORDER PURSUANT TO
SECTION 365(D)(4)(A) OF THE BANKRUPTCY CODE EXTENDING
TIME TO ASSUME OR REJECT UNEXPIRED LEASES
OF NONRESIDENTIAL REAL PROPERTY**

Coremetrics, Inc. ("Coremetrics") by and through its undersigned counsel, hereby objects to the *Motion of Debtors and Debtors In Possession for an Order Pursuant to Section 365(d)(4)(A) of the Bankruptcy Code Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property* [Docket No. 1923] ("Motion") as follows:

1.    Prior to April 2, 2007 ("Petition Date), Coremetrics and the above-captioned debtors ("Debtors") entered into an office Sublease Agreement ("Sublease") for office space located at 11921 MoPac Expressway, Suite 420, Austin, Texas.

2.    Through the Motion, the Debtors seek an extension of the statutory period of time under 11 U.S.C. § 365(d)(4) to assume or reject unexpired leases of non-residential real property through and including October 29, 2007 (i.e., an additional 90 days)[1]. Courts may extend the deadline to assume or reject unexpired leases for an additional 90 days upon a showing of "cause" by the Debtors. *See* 11 U.S.C. §365(d)(4)(B)(i).

---

[1] Although the Sublease is not listed on Exhibit A to the Motion (leases not previously rejected or otherwise disposed of), through correspondence with Debtors' counsel, Coremetrics understands that the Motion applies to the Sublease.

3.      Coremetrics submits that cause does not exist to extend the Debtor's 365(d)(4) period as it relates to the Sublease. The Debtors have not remitted payment to Coremetrics for rent and other applicable amounts due for the month of July 2007. Based on the Debtors' failure to timely comply with its obligations under Section 365(d)(3) of the Bankruptcy Code, the requested extension of time to assume or reject the Sublease should be denied, or only conditionally granted. *See, In re Tandem Group, Inc.*, 60 B.R. 125, 126 (Bankr. C.D. Cal. 1986) (court conditioned granting extension under Section 365(d)(4) to payment by debtor of all post-petition rent due under the lease).

WHEREFORE, Coremetrics respectfully requests that the Court: (i) order Debtors to immediately pay to Coremetrics all post-petition amounts due under the Sublease; (ii) expressly condition the grant of any extension of the Debtors' time to assume or reject the Sublease on the Debtors' continued full compliance with all provisions of the Sublease, including, but not limited to its obligations to pay rent and other fees; and (iii) grant such other and further relief as is just and proper.

Dated: July 24, 2007                       CONNOLLY BOVE LODGE & HUTZ LLP

                                           _____
                                           Jeffrey C. Wisler (No. 2795)
                                           Marc J. Phillips (No. 4445)
                                           The Nemours Building
                                           1007 N. Orange Street
                                           P.O. Box 2207
                                           Wilmington, DE 19899
                                           (302) 658-9141

                                           Counsel for Coremetrics, Inc.

#553715v1