## CERTIFICATE OF SERVICE

I, Marc J. Phillips, hereby certify that on the 24th day of July, 2007, I served a true and correct copy of the foregoing **Objection of Coremetrics, Inc. to Motion of Debtors and Debtors in Possession for an Order Pursuant to Section 365(d)(4)(A) of the Bankruptcy Code Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property** upon the parties listed below in the manner indicated.

_____
Marc J. Phillips (No. 4445)

**VIA HAND DELIVERY**
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**VIA FACSIMILE AND FIRST CLASS MAIL**
Suzzanne S. Uhland, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

#554119v1