IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | |
| NEW CENTURY TRS HOLDINGS, INC.<br>      Debtor | Case No. 07-10416-KJC<br>(Chapter 11) |
| COUNTRYWIDE HOME LOANS<br>      Movant | Ref: Docket No. 1706 |
| THOMAS D.H. BARNETT, ESQUIRE<br>BAR NUMBER 0994<br>NEIL F. DIGNON, ESQUIRE<br>BAR NUMBER 3625<br>      Attorneys for the Movant<br>   v. | |
| NEW CENTURY TRS HOLDINGS, INC, et al.<br>      Respondents | |

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by Countrywide Home Loans ("CHL"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Automatic Stay is terminated allowing CHL to exercise its rights under applicable law against the Debtor's Property more particularly described in the Mortgage which has the address of 3036 Windmill Lane, Farmers Branch, TX 75234

("Property"), including, but not limited to foreclosure against the Property under the Mortgage.

Date:_____ BY THE COURT:

_____
U.S. Bankruptcy Court Judge