## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :   Chapter 11
In re:                                    :
                                          :   Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,           :
a Delaware corporation, et al.,[1]        :   Jointly Administered
                                          :
                    Debtors               :
                                          :   Re: Docket No. 1921 and 1922
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on July 13, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by overnight mail:

- **Notice of Rejection of Executory Contracts re: 1) Equipment Lease Agreement 004-0195603-020 Between Home123 Corporation and Canon Financial Services Inc.; 2) Equipment Lease Agreement 004-0195603-019 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1921]

- **Notice of Rejection of Executory Contracts re: 1) Equipment Lease Agreement 003-0195603-010 Between Home123 Corporation and Canon Financial Services Inc.; and 2) Equipment Lease Agreement 003-0195603-050 Dated November 26, 2003 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1922]

Additionally, on July 13, 2007, I caused true and correct copies of the following to be served on the party listed on the attached Exhibit B by overnight mail:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Rejection of Executory Contracts re: 1) Equipment Lease Agreement 004-0195603-020 Between Home123 Corporation and Canon Financial Services Inc.; 2) Equipment Lease Agreement 004-0195603-019 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1921]

Additionally, on July 13, 2007, I caused true and correct copies of the following to be served

on the party listed on the attached Exhibit C by overnight mail:

- **Notice of Rejection of Executory Contracts re: 1) Equipment Lease Agreement 003-0195603-010 Between Home123 Corporation and Canon Financial Services Inc.; and 2) Equipment Lease Agreement 003-0195603-050 Dated November 26, 2003 Between Home123 Corporation and Canon Financial Services Inc.** [Docket No. 1922]

Dated: July 23, 2007

                                          Jamie L. Edmonson (No. 4247)
                                          XROADS CASE MANAGEMENT
                                              SERVICES, LLC
                                          1821 E. Dyer Road, Suite 225
                                          Santa Ana, California 92705
                                          Telephone: (949) 567-1600

# Exhibit A

Exhibit A
Core List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Greenwich Capital Financial Products | General Counsel & Frank Skibo | 600 Steamboat Rd | | Greenwich | CT | 06830 | | Counsel to DIP Lenders |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Kirkland & Ellis LLP | Bennett L Spiegel & Shirley S Cho | 777 S Figueroa St | Suite 3700 | Los Angeles | CA | 90017 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | Wilmington | DE | 19801 | | US Trustee |
| Pachulski Stang Ziehl Young Jones Weintraub LLP | Laura Davis Jones & Timothy P Cairns | 919 N Market St 17th Fl | PO Box 8705 | Wilmington | DE | 19899-8705 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| The CIT Group Business Credit Inc | Renee Singer | 505 Fifth Ave | 3rd Fl | New York | NY | 10017 | | Counsel to DIP Lenders |

# Exhibit B

Exhibit B
Bank of America Notice Party
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Bank of America Leasing | Patricia D Cloutier | 306 W Big Beaver Rd | Ste 400 | Troy | MI | 48084 | | Bank of America Leasing Notice Party |

# Exhibit C

Exhibit C
GE Notice Party
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| General Electric Capital Corp | Joy Henn | Collections Canon Accounts | 1010 Thomas Edison Blvd SW | Cedar Rapids | IA | 60015 | | General Electric Capital Notice Party |