IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
In re:                         :   Chapter 11
                               :
                               :   Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,:
a Delaware corporation, et al.,[1] :   Jointly Administered
                               :
        Debtors                :
                               :   Re: Docket No. 1976, 1977 and 1978
------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on July 20, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by overnight mail:

- **Notice of Rejection of Executory Contracts re: Custom Content License and Service Agreement Between Marketwatch.com, Inc. and New Century Financial Corporation Dated as of July 21, 2004** [Docket No. 1976]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at 20860 North Tatum Blvd., Suite 175, Phoenix, AZ 85050** [Docket No. 1977]

- **Notice of Proposed Sale of Assets by Debtors and Debtors in Possession Pursuant to Miscellaneous Asset Sale Procedures** [Docket No. 1978]

Additionally, on July 20, 2007, I caused true and correct copies of the following to be served on the parties listed on the attached Exhibit B by overnight mail:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Rejection of Executory Contracts re: Custom Content License and Service Agreement Between Marketwatch.com, Inc. and New Century Financial Corporation Dated as of July 21, 2004** [Docket No. 1976]

Additionally, on July 20, 2007, I caused true and correct copies of the following to be served on the parties listed on the attached Exhibit C by overnight mail:

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at 20860 North Tatum Blvd., Suite 175, Phoenix, AZ 85050** [Docket No. 1977]

Additionally, on July 20, 2007, I caused true and correct copies of the following to be served on the parties listed on the attached Exhibits D and E by overnight mail:

- **Notice of Proposed Sale of Assets by Debtors and Debtors in Possession Pursuant to Miscellaneous Asset Sale Procedures** [Docket No. 1978]

Dated: July 23, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Exhibit A
Core List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Greenwich Capital Financial Products | General Counsel & Frank Skibo | 600 Steamboat Rd | | Greenwich | CT | 06830 | | Counsel to DIP Lenders |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Kirkland & Ellis LLP | Bennett L Spiegel & Shirley S Cho | 777 S Figueroa St | Suite 3700 | Los Angeles | CA | 90017 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Michael J Missal | 1601 K Street NW | | Washington | DC | 20006 | | Examiner |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | Wilmington | DE | 19801 | | US Trustee |
| Pachulski Stang Ziehl Young Jones Weintraub LLP | Laura Davis Jones & Timothy P Cairns | 919 N Market St 17th Fl | PO Box 8705 | Wilmington | DE | 19899-8705 | | Counsel for Greenwich Capital Financial Products Inc and the CIT Group/Business Credit Inc |
| The CIT Group Business Credit Inc | Renee Singer | 505 Fifth Ave | 3rd Fl | New York | NY | 10017 | | Counsel to DIP Lenders |

# Exhibit B

Exhibit B
Notice Party List
Overnight Mail Service List

| Company | Notice Name | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| DOW JONES & COMPANY, INC. | MARKETWATCH LICENSING ATTORNEY | LEGAL DEPARTMENT | PO BOX 300 | PRINCETON | NJ | 08543-0300 | | Notice Party |
| MARKETWATCH, INC. | ATTN:  PRESIDENT OF LICENSING | 335 MADISON AVENUE | 18TH FL | NEW YORK | NY | 10017 | | Notice Party |

# Exhibit C

Exhibit C
Notice Party List
Overnight Mail Service List

| Company | Notice Name | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| Fennemore Craig PC | Dewain D Fox | 3003 N Central Ave | Ste 2600 | Phoenix | AZ | 85012 | | Notice Party |
| Ryan Desert Ridge II LLC | | 50 S Tenth St | | Minneapolis | MN | 55403 | | Notice Party |
| Smith Katzenstein Furlow LLP | Kathleen M Miller | 800 Delaware Ave 10th Fl | PO Box 410 | Wilmington | DE | 19899 | | Notice Party |

# Exhibit D

Exhibit D
Notice Party List
Overnight Mail Service List

| Company | Notice Name | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| Bazaarvoice Inc | | 6500 River Place Blvd | Bldg 1 Ste 350 | Austin | TX | 78730 | | Notice Party |

# Exhibit E

Exhibit E
Lien Holder List
Overnight Mail Service List

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Access Investments Ii Llc | | 18400 Von Karman Ave | Ste 1000 | | Irvine | CA | 92612 | | Lien Holder |
| Ameritech Credit Corporation | | 2000 West Ameritech Ctr Dr | | | Irvine | CA | 92612 | | Lien Holder |
| Aspen Funding Corp | C/o Amacar Group Llc | 6525 Morrison Blvd | Ste 318 | | Charlotte | NC | 28211 | | Lien Holder |
| Aspen Funding Corp | | 60 Wall St | | | New York | NY | 10005 | | Lien Holder |
| Bank Leumi Leasing Corporation | | 562 Fifth Ave | | | Ny | NY | 10036 | | Lien Holder |
| Bank Of America Na | | 301 Main St | 66th Fl | | Dallas | TX | 75202 | | Lien Holder |
| Bank Of America Na | | 901 Main St | 66th Fl | Tx1 492 66 01 | Dallas | TX | 75202-3714 | | Lien Holder |
| Bank Of America Na | | Tx 492 66 01 | 901 Main St | 66th Fl | Dallas | TX | 75202-3714 | | Lien Holder |
| Bank Of The West | | 3000 S Grand Ave | Mail Code Sc Cal 006 A | | Los Angeles | CA | 90071 | | Lien Holder |
| Barclays Bank Plc | As Administrative Agent | 200 Pk Ave | | | New York | NY | 10166 | | Lien Holder |
| Carrington Mortgage Credit Fund I Lp | | 9 Greenwich Office Pk | | | Greenwich | CT | 06831 | | Lien Holder |
| Carrington Mortgage Services LLC | Bruce Rose & Diane Citron | c/o Carrington Capital Management | 599 Putnam Ave | | Greenwich | CT | 06830 | | Lien Holder |
| Cdc Mortgage Capital Inc | | 9 West 57th St | | | Ny | NY | 10019 | | Lien Holder |
| Charter One Vendor Finance Llc | | 2300 Cabot Dr | | Ste 355 | Lisle | IL | 60532 | | Lien Holder |
| Cit Communications Finance Croporaation | | 1 Cit Dr | | | Livingston | NJ | 07039 | | Lien Holder |
| Citigroup Global Markets Realty Corp | | 390 Greenwich St | | | Ny | NY | 10014 | | Lien Holder |
| Citigroup Global Markets Realty Corp | | 390 Greenwich St | 6th Fl | | New York | NY | 10013 | | Lien Holder |
| Consultants Group Commercial Funding Corp | | 660 Newport Ctr Dr | Ste 800 | | Newport Beach | CA | 92660 | | Lien Holder |
| Countrywide Home Loans Inc | | 8611 Fallbrook Ave | Mswh51g | | West Hills | CA | 91304 | | Lien Holder |
| Credit Suisse First Boston Mortgage Capital Llc | | 11 Madison Ave | | | New York | NY | 10010 | | Lien Holder |
| Credit Suisse First Boston Mortgage Capital Llc | | 11 Madison Ave | | | Ny | NY | 10010 | | Lien Holder |
| Db Structured Products Inc | | 60 Wall St | | | Ny | NY | 10005 | | Lien Holder |
| Deutsch Bank Trust Company Americas As Collateral Agent | | 60 Wall St | Ms Nyc 60 2606 | | Ny | NY | 10005 | | Lien Holder |
| Deutsch Bank Trust Company Americas As Collateral Agent | | 60 Wall St | 26th Fl | | Ny | NY | 10005 | | Lien Holder |
| Deutsche Bank Trust Company Americas As Trustee | | 1761 E St Andrew Pl | | | Santa Ana | CA | 92705 | | Lien Holder |
| Federal National Mortgage Association | | 3900 Wisconsin Ave | Nw | | Washington | DC | 20016-2892 | | Lien Holder |
| Gemini Securitization Corp Llc | C/o Ropes & Gray Llc | One International Pl | | | Boston | MA | 02110 | | Lien Holder |
| General Electric Capital Corporation | | 1961 Hirst Dr | | | Moberly | MO | 65270 | | Lien Holder |
| General Electric Capital Corporation | | 2400 E Katella Ave | Ste 800 | | Anaheim | CA | 92806 | | Lien Holder |
| General Electric Capital Corporation | | 311 N Bayshore Dr | | | Safety Harbor | FL | 34695 | | Lien Holder |
| General Electric Capital Corporation | | 4 N Pk Dr | | | Hunt Valley | MD | 21030 | | Lien Holder |
| General Electric Capital Corporation | | 7 Sentry Pkwy/w | Ste 200 | | Blue Bell | PA | 19422 | | Lien Holder |
| Gmac Commercial Finance Llc | | 600 Galleria Pkwy | 15th Fl | | Atlanta | GA | 30339 | | Lien Holder |
| Gmac Commercial Financial Llc | | 210 Interstate North Pkway | Ste 315 | | Atlanta | GA | 30339 | | Lien Holder |
| Goldman Sachs Mortgage Company | | 85 Broad St | | | New York | NY | 10004 | | Lien Holder |
| Greenwich Capital Financial Products Inc | | 600 Steamboat Rd | | | Greenwich | CT | 06830 | | Lien Holder |
| Guaranty Bank | | 8333 Douglas Ave | | | Dallas | TX | 75225 | | Lien Holder |
| Heineman Dale Scott | | C/o 32108 Alvarado Blvd 381 | | | Union City | CA | 94587 | | Lien Holder |

Exhibit E
Lien Holder List
Overnight Mail Service List

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Ios Capital | | 1738 Bass Rd | | | Macon | GA | 31210-1043 | | Lien Holder |
| Ixis Real Estate Capital Inc | | 9 West 57th St | | | Ny | NY | 10019 | | Lien Holder |
| Johnson Kurt F | | C/o 32108 Alvarado Blvd | 381 | | Union City | CA | 94587 | | Lien Holder |
| Mayer Brown Rowe & Maw LLP | Elizabeth Raymond | 71 S Wacker Dr | | | Chicago | IL | 60606 | | Lien Holder |
| Mission Center Partners | | PO Box 2675 | | | El Centro | CA | 92243 | | Lien Holder |
| Morgan Stanley Mortgage Capital Inc As Agent | | 1221 Ave Of The Americas 27th Fl | | | Ny | NY | 10020 | | Lien Holder |
| Nc Capital Corporation | | 18400 Von Karman | | | Irvine | CA | 92612 | | Lien Holder |
| New Century Funding A | | 18400 Von Karman | | | Irvine | CA | 92612 | | Lien Holder |
| New Century Mortgage Securities Inc | | 184 Von Karman Ste 1000 | | | Irvine | CA | 92612 | | Lien Holder |
| New Century Mortgage Securities Inc | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92512 | | Lien Holder |
| Newport Funding Corp | C/o Amacar Group Llc | 6525 Morrison Blvd | Ste 318 | | Charlotte | NC | 28211 | | Lien Holder |
| Pfe International Inc | | 195 Chastain Meadows Ct | 112 | | Kennesaw | GA | 30144 | | Lien Holder |
| St Andrew Funding Turst C/o New Century Mortgage | | 18400 Von Karman Ste 1000 | | | Irvine | CA | 92616 | | Lien Holder |
| State Street Global Markets | As Admin For Galleon Capital Corp | One Lincoln St | | | Boston | MA | 02111 | | Lien Holder |
| Sterling Bank | | 2550 N Loop West | Ste 500 | | Houston | TX | 77092 | | Lien Holder |
| The Cit Group/equipment Financing | | PO Box 27248 | | | Tempe | AZ | 85285-7248 | | Lien Holder |
| Ubs Real Estate Securities Inc | | 1251 Ave Of The Americas | 22nd Fl | | Ny | NY | 10020 | | Lien Holder |
| Ubs Real Estate Securities Inc | | 1285 Ave Of The Americas | | | New York | NY | 10019 | | Lien Holder |
| United California Capital | | 201 N Civic Dr | | | Walnut Creek | CA | 94596 | | Lien Holder |
| Us Bancorp Equipment Financial Inc | | PO Box 230789 | | | Portland | OR | 97281 | | Lien Holder |
| Us Bancorp Leasing & Financial | | 7659 Sw Mohawk St | | | Tualatin | OR | 97062 | | Lien Holder |
| Us Bank National Association | As Indenture Trustee | 180 E Fifth St | | | St Paul | MN | 55101 | | Lien Holder |
| Whitwood Jason Allen | | C/o 3625 Amur Maple Dr | | | Bakersfield | CA | 93311 | | Lien Holder |