IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NEW CENTURY TRS HOLDINGS, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-10416 (KJC) <br><br> Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
) SS
NEW CASTLE COUNTY )

    Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, local counsel to JP Morgan Chase Bank, N.A. in the above referenced cases, and on the 24th day of July 2007, she caused a copy of the following:

**ORDER APPROVING STIPULATION EXTENDING THE DEADLINE FOR PRODUCTION OF ALTERNATIVE ACCOUNTING PURSUANT TO THE ORDER GRANTING ADEQUATE PROTECTION PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a), 361, 362 AND 363(b)(1) AND ESTABLISHING PRELIMINARY PROCEDURES FOR RESOLVING CERTAIN CLAIMS [D.I. 2010]**

to be served upon the parties identified on the attached list via first class mail or in the manner as otherwise indicated.

_____
Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 24th day of July, 2007.

_____
Notary Public

LINDA M. ROGERS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 20, 2011

519.004-17308

**HAND DELIVERY**  
Office of the United States Trustee  
844 King Street, Room 2207  
Lockbox #35  
Wilmington, DE  19801

**HAND DELIVERY**  
Mark D. Collins  
Michael J. Merchant  
Christopher Samis  
Richards Layton & Finger, P.A.  
One Rodney Square  
920 N. King Street  
Wilmington, DE  19801

Ben H. Logan  
Suzzanne Uhland  
Victoria A. Newmark  
Emily R. Culler  
O'Melveny & Myers LLP  
275 Battery Street  
San Francisco, CA  94111