UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Case No.  07-10416 (KJC) |
| | ) |
| NEW CENTURY TRS HOLDINGS, INC. *et al.,* | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |

**LIMITED OBJECTION OF IRWIN MORTGAGE CORPORATION AND IRWIN FINANCIAL CORPORATION TO MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER EXTENDING TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

Irwin Mortgage Corporation and Irwin Financial Corporation (collectively "Irwin"), by and through its undersigned counsel, hereby make this limited objection (the "Objection") to the Motion of Debtors and Debtors in Possession for an Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property.  In support of this Objection, Irwin respectfully states as follows:

1.  Irwin is the counter-party to a sub-lease and related side-agreement (collectively the "Agreement") for real property located in Fishers, Indiana (the "Real Property") which was included in the asset sale to Carrington Mortgage Services LLC ("Carrington").

2.  It is Irwin's understanding that the Agreement was assumed by the Debtors and assigned to Carrington subsequent to the closing of the Carrington asset sale which occurred on or about June 29, 2007.  Carrington is now occupying the Real Property subject to the Agreement and has paid the July, 2007 rent.

3.      Given these facts, to the extent that the Agreement was assumed by the Debtors and assigned to Carrington, Irwin submits that "cause does not exist to extend the time period under 11 U.S.C. §365(d)(4).

Respectfully submitted this 24th day of July, 2007.

        **IRWIN FINANCIAL CORPORATION**
        **IRWIN MORTGAGE CORPORATION**

By:  /s/ Mark R. Owens
     Mark R. Owens, (DE No. 4364)
     Barnes & Thornburg LLP
     11 South Meridian Street
     Indianapolis, Indiana 46204
     317.231.7459 direct
     317.231.7433 fax

-and-

Kevin C. Driscoll, Jr., Esq.
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606
(312) 357-1313

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true and correct copy of the foregoing pleading to be served upon the parties as listed below by facsimile on this 24th day of July, 2007 before 4:00 p.m. (EST).

United States Trustee for the
   District of Delaware
844 King Street, Suite 2313
Wilmington, DE 19801
*Fax: 302-573-6497*

Richards, Layton & Finger, P.A.
Attn: Mark D. Collins, Esq.
One Rodney Square
Wilmington, DE 19899
*Fax: 302-651-7701*

O'Melveny & Meyers LLP
Attn: Suzzanne S. Uhland, Esq.
275 Battery Street, Suite 2600
San Francisco, CA 94111
*Fax: 415-984-8701*

Mayer, Brown, Rowe & Maw LLP
Attn:   Thomas S. Kiriakos, Esq.
        Sean Scott, Esq.
71 South Wacker Drive
Chicago, IL 60606
*Fax: 312-701-7711*

                 /s/ Mark Owens