**EXHIBIT B**

**EXHIBIT B**
**SALE NOTICE - MISCELLANEOUS ASSETS**

| Server Name | Serial Number | Model | Approx. Date in Service | Useful Life yrs | Remaining Life | Asset Tag | Memory | Internal Storage Configuration | NIC's | HBA's |
|---|---|---|---|---|---|---|---|---|---|---|
| **DL360G4** | | | | | | | | | | |
| drmf-premp-01 | USM5220354 | HP DL360G4 | 2004 | 3 | 0 | 7045863 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-02 | USM522035S | HP DL360G4 | 2004 | 3 | 0 | 7045821 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-03 | USM522034L | HP DL360G4 | 2004 | 3 | 0 | 7045815 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-04 | USM5220359 | HP DL360G4 | 2004 | 3 | 0 | 7045854 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-05 | USM522033A | HP DL360G4 | 2004 | 3 | 0 | 7045869 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-06 | USM522034D | HP DL360G4 | 2004 | 3 | 0 | 7045870 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-07 | USM52203C2 | HP DL360G4 | 2004 | 3 | 0 | 7045852 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-08 | USM5220356 | HP DL360G4 | 2004 | 3 | 0 | 7045820 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-10 | USM53900Y0 | HP DL360G4 | 2004 | 3 | 0 | None | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-11 | USM53900YN | HP DL360G4 | 2004 | 3 | 0 | None | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-12 | USM53901JB | HP DL360G4 | 2004 | 3 | 0 | None | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-13 | USM53901HZ | HP DL360G4 | 2004 | 3 | 0 | None | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-14 | USM53901NE | HP DL360G4 | 2004 | 3 | 0 | None | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-15 | USM52203C6 | HP DL360G4 | 2004 | 3 | 0 | 7045861 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-16 | USM522034A | HP DL360G4 | 2004 | 3 | 0 | 7045859 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-17 | USM5220338 | HP DL360G4 | 2004 | 3 | 0 | 7045880 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-18 | USM5220353 | HP DL360G4 | 2004 | 3 | 0 | 7045857 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-19 | USM5220332 | HP DL360G4 | 2004 | 3 | 0 | 7045818 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-20 | USM5220355 | HP DL360G4 | 2004 | 3 | 0 | 7045865 | 4 Gig | 2x36 Gig | 2 | 0 |
| **DL380G3/G4** | | | | | | | | | | |
| <available> (was drdbncompass01) | USX44200BZ | HP DL380G4 | 2004 | 3 | 0 | 7043771 | 4 Gig | 2x36 4x72 | 3 | 0 |
| <available> (was drappncompass01) | USX44200C0 | HP DL380G4 | 2004 | 3 | 0 | 7043772 | 2 Gig | 2x36 | 3 | 0 |
| <available> | USX44200ZB | HP DL380G4 | 2004 | 3 | 0 | 7043773 | 4 Gig | 2x36 4x72 | 3 | 0 |
| <available> (was drweblims01) | USE516A233 | HP DL380G4 | 2004 | 3 | 0 | None | 4 Gig | 2x36 4x72 | 2 | 0 |
| drmfcomm90 | USE433A0KP | HP DL380G4 | 2004 | 3 | 0 | 7038751 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmfcomm91 | USE433A0LK | HP DL380G4 | 2004 | 3 | 0 | 7038750 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmfcomm92 | USE433A0LD | HP DL380G4 | 2004 | 3 | 0 | 7038749 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmfcomm93 | USE433A0KB | HP DL380G4 | 2004 | 3 | 0 | 7038748 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmfcomm94 | USE433A0MG | HP DL380G4 | 2004 | 3 | 0 | 7038747 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmfcomm95 | USE433A0K3 | HP DL380G4 | 2004 | 3 | 0 | 7038746 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmfcomm96 | USE433A0LR | HP DL380G4 | 2004 | 3 | 0 | 7038745 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmfcomm97 | USE433A0JM | HP DL380G4 | 2004 | 3 | 0 | 7038744 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmfcomm98 | USE433A0KM | HP DL380G4 | 2004 | 3 | 0 | 7038743 | 4 Gig | 2x36 Gig | 2 | 0 |
| <available> (was drshadowmgr) | D312LDN1H699 | HP DL380G3 | 2003 | 3 | 0 | 7023658 | 2 Gig | 2x18 4x72 | 3 | 0 |
| <available> (was dr350uniform01) | D312LDN1H121 | HP DL380G3 | 2003 | 3 | 0 | 7023677 | 2 Gig | 2x18 4x72 | 3 | 0 |
| <available> (was drexservi01) | EBDNLDN72D | HP DL380G3 | 2003 | 3 | 0 | 7030080 | 2 gig | 2x36 4x72 | 3 | 0 |
| <available> (was drorion) | D312LDN1H712 | HP DL380G3 | 2003 | 3 | 0 | 7023657 | 2 Gig | 2x18 4x72 | 3 | 0 |
| drmffpcomm01 | D312LDN1H580 | HP DL380G3 | 2003 | 3 | 0 | 7023610 | 2 Gig | 2x18 4x72 | 3 | 0 |
| <available> (was drex35005) | 803HLDN734 | HP DL380G3 | 2003 | 3 | 0 | 7038757 | 2 Gig | 2x18 4x72 | 3 | 0 |
| <available> (was drex35004) | 803LLDN734 | HP DL380G3 | 2003 | 3 | 0 | 7038756 | 2 Gig | 2x18 4x72 | 3 | 0 |
| <available> (was drexit01) | 803DLDN734 | HP DL380G3 | 2003 | 3 | 0 | 7038755 | 2 Gig | 2x18 4x72 | 3 | 0 |
| <available> (was druniform1) | D312LDN1H196 | HP DL380G3 | 2003 | 3 | 0 | 70236323 | 2 Gig | 2x18 4x72 | 3 | 0 |
| <available> (was dremptest01) | D312LDN1H216 | HP DL380G3 | 2003 | 3 | 0 | 7023626 | 2 Gig | 2x18 4x146 | 3 | 0 |
| **DL580G3/DL740G2** | | | | | | | | | | |
| <available> (was drdbweblims01) | USE534C5XE | HP DL580G3 | 2005 | 3 | 1 | None | 8 Gig | 2x36 | 3 | 2 |
| <available> (was drdbempn2) | EA05MF413C | HP DL740G2 | 2005 | 3 | 1 | 7038761 | 8 gig | 2x36 | 3 | 0 |
| dre-sql-win-004 | USE647N5A7 | HP DL585G2 | 2007 | 3 | 3 | None | | | | |

Proposed Buyer:    Carrington Mortgage Services LLC
Approximate Remaining Book Value:    $ 48,000
Economics of Sale:    $ 33,761

**Device Totals:**
| | |
|---|---|
| **DL360G4** | 19 |
| **DL380G4** | 13 |
| **DL380G3** | 10 |
| **DL580G3** | 1 |
| **DL740G2** | 1 |
| **Grand Total:** | **44** |