EXHIBIT A

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JUNE 1, 2007 THOUGH JUNE 30, 2007**

| Professional | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Greenspan, Ronald | Senior Managing Director | 19.6 | | |
| Star, Samuel | Senior Managing Director | 46.5 | | |
| Joffe, Steven | Senior Managing Director | 8.0 | | |
| Dragelin, Timothy | Senior Managing Director | 62.2 | | |
| Ellis, Melissa | Director | 77.3 | | |
| Alexander, Margaret | Director | 8.3 | | |
| Bryant, Kristin | Senior Consultant | 1.3 | | |
| Beyrouty, Joseph | Senior Consultant | 2.5 | | |
| Amico, Marc | Consultant | 83.2 | | |
| Palmer, Daniel | Consultant | 45.7 | | |
| Spano, Matthew | Consultant | 14.7 | | |
| Eisenband, Steven | Other Professional Staff | 1.1 | | |
| Green, Brian | Other Professional Staff | 35.7 | | |
| Pearson, Linda | Administrative | 2.1 | | |
| **Sub-Total** | | **408.2** | **N/A** | **$ 150,000** |

**Hourly Scope Projects**

| Professional | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Greenspan, Ronald | Senior Managing Director | 0.4 | $ 675 | $ 270 |
| Sloane, Raymond | Senior Managing Director | 20.0 | 600 | 12,000 |
| Dragelin, Timothy | Senior Managing Director | 26.4 | 615 | 16,236 |
| Ventricelli, Daniel | Senior Managing Director | 46.9 | 550 | 25,795 |
| Meyer, Joshua | Managing Director | 5.9 | 250 | 1,475 |
| Gosalia, Veeral | Managing Director | 0.8 | 495 | 396 |
| Collura, Richard | Director | 42.7 | 450 | 19,215 |
| Miklos, Brian | Director | 0.5 | 300 | 150 |
| Ruiz, Margaret | Director | 1.8 | 300 | 540 |
| Bryant, Kristin | Senior Consultant | 23.1 | 365 | 8,432 |
| Rajpara, Vishalkumar | Senior Consultant | 36.4 | 280 | 10,192 |
| Romney, Aaron | Senior Consultant | 2.0 | 250 | 500 |
| Wilbur, Alan | Senior Consultant | 17.4 | 250 | 4,350 |
| Withrow, Mary | Senior Consultant | 1.7 | 150 | 255 |
| Agyemang, Abay | Consultant | 2.9 | 250 | 725 |
| **Sub-Total** | | **228.9** | | **100,531** |
| Less Travel Time @ 50% | | | | (1,000) |
| **New Hourly Sub-Total** | | | | **99,531** |
| **Total** | | **637.1** | | **$ 249,531** |