**EXHIBIT C**

*PCD 1 – Planning, Supervision and Review*

Work plan development and related team discussions are included in this code.  Given the fast paced nature of the case, developing and maintaining a work plan was critical to making sure all key areas were appropriately addressed in a timely and efficient manner.

*PCD 6/10 – Review & Analyze Potential Avoidance Actions*

This code includes work performed in relation to forensic and potential litigation matters.  For the third monthly application, FTI spent time assisting Committee counsel in 1) preparing document requests and performing relevant research related to the Committee's 2004 motion and investigation and 2) reviewing documents and participating in discussions regarding the audit committee's investigations.  Also, we reviewed and assessed the Debtor's analysis of cash activity with various warehouse lenders and other financial institutions, both pre and post petition, to help the Committee address the various claims asserted by such institutions for monies owed.

*PCD 7 – Analysis of Long-Term Business Plan/Wind-down Plan*

FTI team members participated in numerous conversations with Debtor and Debtor professionals regarding the staffing wind-down plan.  Time was spent reviewing wind-down presentations created by the Debtor and asking relevant questions as to the needs of various department staffing and timeline of when major tasks were scheduled and should be complete.  As a result of our inquiries and assessment, headcount levels were revised.

*PCD 11 – Analysis of Bankruptcy Schedules*

This code represents time spent by FTI professionals analyzing the Statement of Financial Affairs and Statement of Assets and Liabilities.  FTI created summary analyses of the assets, liabilities and intercompany account information at filing and presented it to the Committee.  Time was also spent reconciling these bankruptcy schedules to the latest trial balances for each Debtor identifying differences to be investigated further.

*PCD 19 – Prepare for/Participate in Meetings or Calls with the Debtors and Their Advisors*

FTI team members spent significant time meeting and speaking with the Debtors and their various legal and financial advisors regarding key case issues.  Topics covered in the meetings/conversations included: state of affairs of the Debtors, cash flow forecasts, various asset sales and bid procedures, employee issues, employee incentive and bonus programs, status of the origination platform, consolidating financial statements and the staff wind-down plan.

*PCD 20 – Prepare for/Participate in Meetings or Calls with the Unsecured Creditors' Committee*

**EXHIBIT C**

FTI spent significant time meeting with or participating on conference calls with the Committee, addressing the numerous topics that arose in this fast-paced case.  The development of materials and reports for the Committee is also included in this code when not specifically attributable to other project codes.  In many situations it was necessary to have various FTI team members participating in meetings or on calls given the large number of topics and focus areas of the case and the division of labor required of the FTI team.

### PCD 22 – *Analyze Employee Severance, Pension, Retention and Other Employee Related Matters*

As part of the first day motions, the Debtors' filed a motion to authorize payment of pre-petition wages, compensation and employee benefits.  Subsequently, the Debtors filed various motions to pay sale-related incentive payments to management and retention/incentive payments to other employees.  Time included in this code represents the time spent by the FTI team reviewing the proposed payments associated with these motions.  FTI also spent time analyzing the Rabbi Trust and related issues.

### PCD 33 – *Analyze Asset Sale Proposals*

Time spent in this project code relates to the evaluation and negotiation of the various sales processes and asset sale proposals, including the mortgage assets, servicing assets, origination platform assets, Carrington LP interest, UBS portfolio and AccessLending.  FTI professionals reviewed sale related documents and analyzed the potential proceeds from such sales.  It was important that FTI understood the process undertaken by the Debtors' financial advisors to sell these different assets to ensure that all alternatives were explored, all potential interested parties were contacted and that the best deal was achieved for the estate.  In addition, we participated in the origination technology sale auction to help address economic issues and assess the Debtor's determination of higher or better bids.  Our involvement, along with Committee counsel, resulted in improvements to the proposed bidding procedures and asset purchase agreements, as well as insuring that the auctions resulted in the highest and best bid.

### PCD 34 – *Miscellaneous Financial Analysis*

Includes review and analysis of consolidating financial information and development of a proceeds tracking analysis for estimated recovery purposes.

### PCD 36 – *Analysis of Short Term Cash Flow Forecast*

FTI was provided various versions of the Debtors' 13-week cash flow forecast during the month of June.  FTI spent time reviewing the forecast to understand how the forecast was developed and what assumptions were made.  FTI prepared sensitivity analyses to assess the timing of potential liquidity shortfalls/borrowing needs under the DIP facility.  Weekly calls with AlixPartners were established to review weekly variances to the budget.

### PCD 41 – *Document Management Services*

**EXHIBIT C**

Time spent in this project code relates to the managing of documents requested under the 2004 motion and other litigation.  FTI developed the system that was used to load and archive documents relating to the various litigation matters.