**EXHIBIT D**

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JUNE 1, 2007 THOUGH JUNE 30, 2007**

| **Expense Type** | | **Amount** |
|---|---|---|
| Airfare/Train | $ | 2,474.69 |
| Electronic Subscriptions | | 3,272.50 |
| Hotel & Lodging | | 1,979.82 |
| Internet Provider Charges | | 16.95 |
| Meals | | 325.51 |
| Taxi/Subway | | 297.71 |
| Telephone | | 31.50 |
| **Total:** | **$** | **8,398.68** |

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**EXPENSE DETAIL**
**FOR THE PERIOD JUNE 1, 2007 THOUGH JUNE 30, 2007**

| Date | Consultant | Expense Type | Amount | Description of Expense |
|---|---|---|---|---|
| 6/19/2007 | Collura, Richard | Airfare/Train | $ 648.79 | Roundtrip coach airfare from New York, NY to Washington, DC to attend meeting at Heller Ehrman's offices. |
| 6/19/2007 | Dragelin, Timothy J. | Airfare/Train | 1,338.90 | Roundtrip coach airfare from Charlotte, NC to New York, NY for client meetings. |
| 6/19/2007 | Ventricelli, Daniel | Airfare/Train | 487.00 | Roundtrip coach airfare from New York, NY to Washington, DC to attend meeting at Heller Ehrman's offices. |
| | | **Airfare/Train Total** | 2,474.69 | |
| 6/30/2007 | Meyer, Joshua | Electronic Subscriptions | 515.00 | Online Hosting Fees - Ringtail (5.15 GB @ $100/GB from 6/01/07 - 6/30/07). |
| 6/30/2007 | Meyer, Joshua | Electronic Subscriptions | 257.50 | Online Loading Fees - Ringtail (5.15 GB @ $50/GB from 6/01/07 - 6/30/07). |
| 6/30/2007 | Meyer, Joshua | Electronic Subscriptions | 2,500.00 | Ringtail Setup Fees (06/01/07 - 06/30/07). |
| | | **Electronic Subscriptions Total** | 3,272.50 | |
| 6/19/2007 | Dragelin, Timothy J. | Hotel & Lodging | 1,979.82 | Lodging, New York, NY (3 nights). |
| | | **Hotel & Lodging Total** | 1,979.82 | |
| 6/21/2007 | Dragelin, Timothy J. | Internet Provider Charges | 16.95 | Internet charges at hotel. |
| | | **Internet Provider Charges Tot** | 16.95 | |
| 6/12/2007 | Ventricelli, Daniel | Meals | 61.63 | Meals incurred in office for self, R. Collura and Hahn & Hessen. |
| 6/14/2007 | Ventricelli, Daniel | Meals | 92.90 | Out of town meal/lunch for self, R. Collura and R. Sloane. |
| 6/19/2007 | Dragelin, Timothy J. | Meals | 4.61 | Out of town meal/lunch for self. |
| 6/19/2007 | Ventricelli, Daniel | Meals | 29.45 | Out of town meal/lunch for self and R. Collura. |
| 6/20/2007 | Dragelin, Timothy J. | Meals | 88.28 | Out of town meal/dinner for self and M. Power (HH). |
| 6/21/2007 | Dragelin, Timothy J. | Meals | 48.64 | Out of town meal/dinner for self. |
| | | **Meals Total** | 325.51 | |
| 6/13/2007 | Greenspan, Ronald F | Telephone | 31.50 | Telephone charges for Debtor hearing call. |
| | | **Telephone Total** | 31.50 | |
| 5/14/2007 | Ellis, Melissa | Taxi/Subway | 87.98 | Taxi from home to airport. |
| 5/18/2007 | Ellis, Melissa | Taxi/Subway | 94.61 | Taxi from airport to home. |
| 6/19/2007 | Collura, Richard | Taxi/Subway | 19.00 | Taxi from airport to Heller Ehrman's offices. |
| 6/19/2007 | Collura, Richard | Taxi/Subway | 18.50 | Taxi from Heller Ehrman's offices to airport. |
| 6/19/2007 | Dragelin, Timothy J. | Taxi/Subway | 77.62 | Taxi from airport to FTI office. |
| | | **Taxi/Subway Total** | 297.71 | |
| | | **Grand Total** | **$ 8,398.68** | |