## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | Objection Deadline: August 15th, 2007 at 4:00 p.m. |
| | : | Hearing Date: N/A |
| | : | |

## FIRST MONTHLY APPLICATION OF ROETZEL & ANDRESS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM APRIL 2, 2007 THROUGH APRIL 30, 2007

| | |
|---|---|
| Name of Applicant: | Roetzel & Andress. |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors-in-possession |
| Date of Retention: | April 24, 2007, *nunc pro tunc* to April 2, 2007 |
| Period for which compensation and reimbursement are sought: | April 2, 2007 through April 30, 2007 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $15,751.60 |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Amount of Expense Reimbursement sought
as actual, reasonable, and necessary:          $ 1.60

This is a(n): _X_ monthly        ___ interim    ___      final application

Prior Applications Filed:

| Date Filed | Period Covered | Fees | Expenses |
|---|---|---|---|
| NONE | N/A | N/A | N/A |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[2] | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | Objection Deadline: August 15, 2007 at 4:00 p.m. |
| | : | Hearing Date: N/A |
| | : | |

**FIRST MONTHLY APPLICATION OF ROETZEL & ANDRESS FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD
FROM APRIL 2, 2007 THROUGH APRIL 30, 2007**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and the Court's Administrative Order Establishing Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007 [Docket

No. 389] (the "Administrative Order"), Roetzel & Andress ("Roetzel") hereby files this First

Monthly Application for Allowance of Compensation for Services Rendered and for

---

[2] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period From April 2, 2007 through April 30, 2007 (the "Application"). By this Application, Roetzel seeks a monthly allowance pursuant to the Administrative Order with respect to the sums of $15,751.00 as compensation and $1.60 for reimbursement of actual and necessary expenses for a total of $15,752.60 for the period April 2, 2007 through and including April 30, 2007 (the "Compensation Period"). In support of this Application, Roetzel respectfully represents as follows:

## Background

I.    On April 2, 2007 (the "Petition Date"), New Century Financial Corporation, New Century TRS Holdings, Inc., New Century Mortgage Corporation, NC Capital Corporation, Home123 Corporation, New Century Credit Corporation, NC Asset Holding, L.P., NC Residual III Corporation, NC Residual IV Corporation, New Century R.E.O. Corp., New Century R.E.O. II Corp., New Century R.E.O. III Corp., New Century Mortgage Ventures, LLC, NC Deltex, LLC and NCoral, L.P. (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

II.    The Debtors' retention of Roetzel was approved effective as of the Petition Date by this Court's Order dated May 7, 2007 captioned Order Authorizing Retention of Professionals Utilized in the Ordinary Course of Business Pursuant to Sections 327 and 328 of the Bankruptcy Code (the "Retention Order"). The Retention Order authorized Roetzel to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## Compensation Paid and Its Source

III.    All services for which compensation is requested by Roetzel were

performed for or on behalf of the Debtors.

IV.    Roetzel has received no payment from any source for services rendered in connection with the matters covered by this Application.3    There is no agreement or understanding between Roetzel and any other person other than the partners of Roetzel for the sharing of compensation to be received for services rendered in these cases.

## Fee Statements

V.    The fee statement for the Compensation Period is attached hereto as Exhibit A.  This statement contains daily time logs describing the time spent by each attorney and paraprofessional for this period.  To the best of Roetzel's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Administrative Order.

## Actual and Necessary Expenses

VI.    A summary of  actual and necessary expenses and daily logs of expenses incurred by Roetzel during the Compensation Period is attached hereto as Exhibit B.

VII.    Roetzel believes the foregoing rates are the market rates that are charged to clients for such services.  In addition, Roetzel believes that such charges are in accordance with the American Bar Association's ("ABA")  guidelines, as set forth in  the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

VIII.    The partner and associate of Roetzel who have rendered professional services in this case are as follows:    Donald S. Scherzer and John J. Schriner. The

---

3 Roetzel & Andress received two pre-petition payments from the Debtors aggregating $30,000, which were applied to pre-petition services/expenses.  There remains a balance due for pre-petition services, which are not included in this Application, in the amount of $1,864.18.

paraprofessionals of Roetzel who have provided service to these attorneys in these cases are as follows:  Justin Krumm.

IX.    Roetzel, by and through the above-named persons, prepared and attended several conferences before Judge Gallagher, communicated with State Regulators and the Ohio Attorney General's Office; advised the Debtors on a regular basis with respect to various matters in connection with the pending litigation and Preliminary Injunction; and, performed all necessary professional services which are described and narrated in detail hereinafter.

## Summary of Services By Project

X.    The services rendered by Roetzel during the Compensation Period are all related exclusively to the litigation category.  These category is generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A. The attorneys and paraprofessionals who rendered services are identified, along with the number of hours for each individual and the total compensation sought, in Exhibit A attached hereto.

A.    Litigation

Fees: $15,752.60; Total Hours: 40.3

This category includes all matters relating to litigation brought on behalf of the State of Ohio against the Debtors in the Court of Common Pleas, Cuyahoga County, Ohio and identified as Case No. CV 07 618660, pending before the Honorable Eileen T. Gallagher.

## Valuation of Services

XI.    Attorneys and paraprofessionals of Roetzel have expended a total of 40.3 hours in connection with this matter during the Compensation Period, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
|-----------|-------|-------------|
| Donald S. Scherzer | 38.8 | $400 |
| John Schriner | .9 | $230 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|-------------------|-------|-------------|
| Justin Krumm | .6 | $40 |

The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto. These are Roetzel's normal hourly rates for work of this character. The reasonable value of the services rendered by Roetzel to the Debtors during the Compensation Period is $15,751.00.

XII.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Roetzel is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, Roetzel has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, Roetzel respectfully requests that the Court enter an order providing that for the Compensation Period, an allowance be made to Roetzel in the sum of $15,751.00 as compensation for necessary professional services rendered, and the sum of $1.60 for reimbursement of actual necessary costs and expenses, for a total of $15,752.60, and that

such sums be authorized for payment, and for such other and further relief as this Court may

deem just and proper.

Dated: July 25, 2007
      Cleveland, Ohio

                    /s/ Diana M. .Thimmig (OBR #0016011)
                    Roetzel & Andress
                    1375 East Ninth Street
                    One Cleveland Center, 9th Floor
                    Cleveland, Ohio  44115
                    (216) 696-7078
                    (216)623-0134(Facsimile)
                    dthimmig@ralaw.com

                    Special Counsel for the Debtors and Debtors in
                    Possession

## CERTIFICATION OF RESPONSIBLE ATTORNEY

Pursuant to the Guidelines for Applications for Compensation and Reimbursement of Expenses Adopted by the Executive Office for the United States Trustees Pursuant to the Bankruptcy Reform Act 1994, effective January 30, 1996 ("U.S.T. Guidelines") and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") the undersigned, as responsible attorney, certifies (a) I have read the foregoing application, (b) to the best of my knowledge, information and belief formed after reasonable inquiry, the compensation and expenses reimbursement sought conforms with the U.S.T. Guidelines and Local Rules and (c) the compensation and expenses reimbursement requested are billed at rates and in accordance with practices no less favorable to the Debtor than those customarily employed by Roetzel & Andress generally.

Dated: July 25, 2007
   Cleveland, Ohio

/s/ Diana M. .Thimmig (OBR #0016011)
Roetzel & Andress
1375 East Ninth Street
One Cleveland Center, 9th Floor
Cleveland, Ohio  44115
(216) 696-7078
(216)623-0134(Facsimile)
dthimmig@ralaw.com

Special Counsel for the Debtors and Debtors in Possession

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing First Monthly Application of Roetzel & Andress for Allowance of Compensation for Services rendered and For Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period April 2, 2007 through April 30, 2007 was served on the 25th day of July, 2007 via Federal Express overnight mail to all parties on the annexed service list, and by electronic transmission through the Court's ECF system:

Dated: July  25, 2007
Cleveland, Ohio

/s/ Diana M. .Thimmig (OBR #0016011)
ROETZEL & ANDRESS
1375 East Ninth Street
One Cleveland Center, 9th Floor
Cleveland, Ohio  44115
(216) 696-7078
(216)623-0134(Facsimile)
dthimmig@ralaw.com

Special Counsel for the Debtors and Debtors in Possession

**NEW CENTURY TRS HOLDINGS, INC.**
**CASE NO. 07-10416 (KJC)**
**SERVICE LIST**

## VIA FEDERAL EXPRESS

*(Debtor)*
Monika McCarthy, Esq.
New Century Mortgage Corporation
18400 Von Karman Avenue
Suite 1000
Irvine, CA 92612

*(Counsel for Debtor)*
Suzzanne Uhland, Esq.
Emily Culler, Esq.
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*(Counsel for Debtor)*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*(Counsel for Crisis Managers)*
Holly Felder Etlin
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019

*(United States Trustee)*
Joseph McMahan, Esq.
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Post-Petition Senior Secured Lenders)*
Bennett L. Spiegel, Esq.
Shirley S. Cho, Esq.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017-5800

*(Proposed Counsel for Unsecured Creditors Committee)*
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

*(Proposed Counsel for Unsecured Creditors Committee)*
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

**EXHIBIT A**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Donald S. Scherzer | A partner of Roetzel & Andress admitted to practice in 1975 in Ohio. | $400 | 38.80 | 15,520.00 |
| John Schriner | An associate admitted to practice in 1999. | $230 | .9 | $207.00 |
| Justin Krumm | Paraprofessional/Clerk | $40 | .6 | 24.00 |
|  |  |  |  |  |
|  |  |  |  |  |
| **TOTAL** |  |  | **40.3** | **$15,751.00** |

| | |
|---|---|
| Total | $ 15,752.60 |
| Attorney Compensation | $ 15,751.00 |
| Total Hours | 40.3 |
| Blended Rate | $ 390.84 |

Dated: July 25th, 2007

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Outside Reproduction | | $1.60 |
| **TOTAL** | | **$1.60** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 38.4 | $15,751.00 |
| **TOTAL** | **38.4** | **$15,751.00** |

# EXHIBIT B



A LEGAL PROFESSIONAL ASSOCIATION

REMIT TO ADDRESS:
222 S. MAIN STREET
AKRON, OHIO 44308-2098
(330) 376-2700
FAX (330) 376-4577
ramail@ralaw.com

FEDERAL TAX ID #34-1245415

NEW CENTURY FINANCIAL CORP.
18400 VON KARMAN AVE.
SUITE 1000
IRVINE, CA 90017

Invoice:  707768
Client/Matter:  117805.0001
May 11, 2007

For Professional Services Rendered
For The Period Through April 30, 2007

| Total Due This Invoice | $ 15,752.60 |

Re: LITIGATION RE TRO

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 04/02/07 | DSS | 2.40 | Prepared for and attend conference with Judge Gallagher; (1.2) Participate in conference call with State Regulators regarding Chapter 11 filing; (0.6) Various telephone calls with E. Kraus regarding bankruptcy filing and meeting with Judge Gallagher; (0.3) Exchange several e-mails regarding same (0.3) |
| 04/03/07 | DSS | 0.50 | Telephone call with P. Barragate regarding servicing issues; (0.2) Telephone call with B. Yaksick regarding same; (0.2) Review e-mail from K. Richman (0.1) |
| 04/03/07 | DSS | 0.40 | Exchange several e-mails regarding Ohio Attorney General's inaccurate press release; |
| 04/04/07 | DSS | 1.70 | Engage in several telephone conversations and exchange several e-mails regarding documents to be furnished to Ohio General and regarding impact of Preliminary injunction on existing loans |
| 04/05/07 | DSS | 0.60 | Exchange several e-mails and engage in telephone conversation regarding production of documents to Ohio Attorney General |
| 04/06/07 | DSS | 1.10 | Exchange several e-mails regarding timing of production of documents to Ohio Attorney General; (0.7)Several telephone calls regarding same; (0.3) Exchange e-mails with M. McCarthy (0.1) |
| 04/09/07 | DSS | 1.40 | Conference call regarding production of documents to Ohio Attorney General; (0.8) Several telephone calls regarding same; (0.3) Exchange numerous e-mails regarding same (0.3) |
| 04/09/07 | DSS | 0.40 | Telephone call with Ohio Foreclosure counsel, D. Reimer, regarding mortgage servicing assignment issues; (0.3) Exchange e-mails with B. Klubes (0.1) |
| 04/09/07 | JS | 0.30 | Receive and review Court Order denying Motion for Dissolution as moot and noting entry of Stipulated Preliminary Injunction; (0.1) retrieve and review |

Akron   Cincinnati   Cleveland   Columbus   Toledo   Fort Myers   Naples   Orlando   Tallahassee   Washington D.C.

www.ralaw.com



# ROETZEL & ANDRESS

### A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice:  707768
May 11, 2007
Page 2

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | updated docket and note entry of Plaintiffs' Motion to Strike Amicus Brief; conference with Mr. Scherzer re: related issues, (0.1) filing for bankruptcy, and upcoming need to produce documents (0.1) |
| 04/10/07 | DSS | 3.80 | Exchange various e-mails both internally and externally regarding servicing and sales issues; (0.3) Conference call regarding same; (0.2) Exchange several e-mails regarding Ohio Attorney General's objection to Greenwich deal; (0.4) Conference calls regarding same; (1.0) Telephone call with B. Metcalf, New Century's bankruptcy counsel regarding same; (1.3) Telephone call with R. Hart of Ohio AG's office regarding same (0.6) |
| 04/11/07 | DSS | 3.40 | Several telephone calls with B. Schneider and other servicing personnel at New Century regarding the impact of the Preliminary Injunction on servicing issues; (1.3) Several telephone calls with K. Richman regarding same; (0.3) Exchange numerous e-mails regarding same; (.3) Telephone call with D. Reimer, New Century's Ohio foreclosure counsel regarding foreclosure issues under the Preliminary Injunction; (.9) Telephone call with Ohio Attorney General's office regarding same; (0.6) Exchange e-mails with SIFMA's counsel regarding same (0.4) |
| 04/12/07 | DSS | 3.80 | Prepared e-mail to K. Richman regarding Ohio Attorney General's focus on mortgage fraud; (0.2) Prepared for and attend conference with Cuyahoga County Foreclosure Magistrates and E. Kraus regarding foreclosure procedural issues in response to Agreed Preliminary Injunction; (2.3) Participate in conference call regarding same; (0.8) Telephone call with K. Richman, M. Lampke and Ohio Division of Financial Institutions regarding requirement that New Century maintain an office in Ohio; (.02) Review, and respond as necessary, to several e-mails; (0.1) Telephone call with New Century's Ohio foreclosure counsel on various issues pertaining to Preliminary Injunction (0.2) |
| 04/13/07 | DSS | 0.60 | Exchange e-mails with M. Sullivan regarding status of matter; (0.3) Exchange various other e-mails regarding same; (0.1) Telephone call with various counsel regarding same (0.2) |
| 04/16/07 | DSS | 1.10 | Prepared e-mail to Chief Foreclosure Referee of Cuyahoga County, OH regarding foreclosure procedures in New Century matters; (0.8) Exchange several other e-mails with Ohio Foreclosure counsel and others regarding various issues pertaining to foreclosure procedures (0.3) |
| 04/17/07 | DSS | 1.80 | Several telephone conversations regarding status of matter and the applicability of the Preliminary Injunction to several different buckets of loans; (1.3) Exchange several e-mails regarding same (0.5) |
| 04/17/07 | JS | 0.40 | Receive and review e-mail from Mr. Scherzer to Mr. Metcalf re: need to file responsive pleading, possible impact of bankruptcy on obligation to respond, and potential alternatives for going forward; (0.1) attention to related issues; (0.1) retrieve and review updated docket; (0.1) follow-up e-mail to Mr. Metcalf re: |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



## ROETZEL &ANDRESS

A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice:  707768
May 11, 2007
Page 3

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| | | | possible alternative courses of action (0.1) |
| 04/18/07 | DSS | 3.10 | Telephone calls with Ohio Attorney General's office regarding requests for additional loan information; (1.2) Several telephone calls with New Century personnel regarding same; (0.8) Exchange numerous e-mails regarding same; (0.3) Several telephone calls regarding foreclosure procedures and how such procedures are affected by the Stipulated Preliminary Injunction (0.8) |
| 04/19/07 | DSS | 2.80 | Prepared for and participate in conference calls regarding discrepancy between lists of loans in foreclosure provided to Ohio Attorney General; (0.9) Prepared for and participate in conference call regarding interpretation of Stipulated Preliminary Injunction as it applies to sales and servicing of loans; (1.2) Exchange several e-mails and engage in several telephone conversations regarding same (0.7) |
| 04/19/07 | JK | 0.60 | Copy of complaint obtained from CCCP |
| 04/20/07 | DSS | 1.60 | Exchange several e-mails regarding status of matter; (0.2) Telephone call with R. Hart of Ohio Attorney General's office regarding same; (0.3) Telephone call with K. Richman regarding same; (0.3) Several telephone calls with Ohio Foreclosure Counsel regarding same; (0.5) Telephone call with M. Sullivan, counsel for SIFMA regarding same (0.3) |
| 04/24/07 | DSS | 1.60 | Prepared e-mails to M. Lampke and R.Keck regarding New Century's intention to cease originating loans in Ohio; (0.3) Exchange e-mails with K. Richman regarding various matters; (0.3) Exchange e-mails and conduct telephone conversations with Ohio foreclosure counsel regarding various issues; (0.5) Telephone calls with M. Lampke and R. Hart regarding various issues arising in Ohio case (0.5) |
| 04/25/07 | DSS | 2.10 | Engage in various telephone conversations with R. Hart, K. Richman, and Ohio foreclosure counsel regarding additional orders to be entered in main case and various procedures to be filed in foreclosure actions; (1.3) Exchange numerous e-mails regarding same; (0.3)Telephone call with B. Vittali regarding status of revised information to provide to the state of Ohio; (0.3) Exchange e-mails regarding same (0.2) |
| 04/26/07 | DSS | 3.10 | Review and revise proposed journal entries regarding foreclosure actions that have been approved by State of Ohio; (0.5) Telephone call with New Century's Ohio foreclosure counsel regarding same; (0.5)Telephone call with K. Richman regarding same; (0.5) Telephone call with R. Hart of Ohio Attorney General's office regarding same; (0.6) Exchange numerous e-mails regarding same and regarding various aspects of case (1.0) |
| 04/27/07 | DSS | 0.80 | Several telephone conversations with R. Hart of the Ohio Attorney General's office regarding status of matter; (0.4) Several conversations with K. Richman regarding status of matter; (0.3) Exchange several e-mails regarding same (0.1) |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**

# ROETZEL & ANDRESS

A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 707768
May 11, 2007
Page 4

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 04/27/07 | JS | 0.20 | Receive and review Court Order granting Securities Industry and Financial Markets Association's Unopposed Motion for Enlargement of Time to Respond to Motion to Strike; (0.1) retrieve and review updated docket and note the filing of the Association's Opposition to the Motion to Strike (0.1) |
| 04/30/07 | DSS | 0.70 | Review, and respond as necessary to, several e-mails regarding Ohio litigation and impact upon servicing and sale of loan portfolios |

Professional Services                                                     $    15,751.00

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| Donald S Scherzer | 38.80 | 400.00 | 15,520.00 |
| John Schriner | 0.90 | 230.00 | 207.00 |
| Justin Krumm | 0.60 | 40.00 | 24.00 |
| Totals | 40.30 | | 15,751.00 |

**Costs Advanced**

| Date | Description | Amount |
|------|-------------|--------|
| 04/19/07 | Outside Copies Vendor: Krumm, Justin - copy of complaint | 1.60 |

Total Costs Advanced                                                               1.60

**Invoice Total**                                                      $   **15,752.60**

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



A LEGAL PROFESSIONAL ASSOCIATION

REMIT TO ADDRESS:

222 S. MAIN STREET
AKRON, OHIO 44308-2098
(330) 376-2700
FAX (330) 376-4577
ramail@ralaw.com

FEDERAL TAX ID #34-1245415

# REMITTANCE PAGE
For Professional Services Rendered

NEW CENTURY FINANCIAL CORP.
18400 VON KARMAN AVE.
SUITE 1000
IRVINE, CA 90017

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice: 707768
Client/Matter: 117805.0001
Billing Atty: DSS
May 11, 2007

**Invoice Total**                                         **$   15,752.60**

Akron    Cincinnati    Cleveland    Columbus    Toledo    Fort Myers    Naples    Orlando    Tallahassee    Washington D.C.

www.ralaw.com