## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | **Objection Deadline: August 15th, 2007 at 4:00 p.m.** |
| | : | **Hearing Date: N/A** |
| | : | |

## SECOND MONTHLY APPLICATION OF ROETZEL & ANDRESS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM MAY 1, 2007 THROUGH MAY 31, 2007

| | |
|---|---|
| Name of Applicant: | Roetzel & Andress. |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors-in-possession |
| Date of Retention: | April 24, 2007, *nunc pro tunc* to April 2, 2007 |
| Period for which compensation and reimbursement are sought: | May 1, 2007 through May 31, 2007 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $20,372.50 |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Amount of Expense Reimbursement sought
as actual, reasonable, and necessary:          $ 1.60

This is a(n): _X_ monthly     ___ interim     ____     final application

Prior Applications Filed:

| Date Filed | Period Covered | Fees | Expenses |
|---|---|---|---|
| 7/25/07 | April 2-April 30, 2007 | 15,751.00 | 1.60 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, <u>et al.</u>,**[2] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | **Objection Deadline: August 15th, 2007 at 4:00 p.m.** |
| | . | **Hearing Date:  N/A** |
| | . | |
| | : | |

## SECOND MONTHLY APPLICATION OF ROETZEL & ANDRESS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD <u>FROM MAY 1, 2007 THROUGH MAY 31, 2007</u>

Pursuant to sections 330 and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and the Court's Administrative Order Establishing Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007 [Docket

No. 389] (the "Administrative Order"), Roetzel & Andress ("Roetzel") hereby files this Second

Monthly Application for Allowance of Compensation for Services Rendered and for

---

[2] The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period From May 1, 2007 through May 31, 2007 (the "Application"). By this Application, Roetzel seeks a monthly allowance pursuant to the Administrative Order with respect to the sums of $20,372.50 as compensation and $1.60 for reimbursement of actual and necessary expenses for a total of $20,374.10 for the period May 1, 2007 through and including May 31, 2007 (the "Compensation Period"). In support of this Application, Roetzel respectfully represents as follows:

## Background

I.    On April 2, 2007 (the "Petition Date"), New Century Financial Corporation, New Century TRS Holdings, Inc., New Century Mortgage Corporation, NC Capital Corporation, Home123 Corporation, New Century Credit Corporation, NC Asset Holding, L.P., NC Residual III Corporation, NC Residual IV Corporation, New Century R.E.O. Corp., New Century R.E.O. II Corp., New Century R.E.O. III Corp., New Century Mortgage Ventures, LLC, NC Deltex, LLC and NCoral, L.P. (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

II.    The Debtors' retention of Roetzel was approved effective as of the Petition Date by this Court's Order dated May 7, 2007 captioned Order Authorizing Retention of Professionals Utilized in the Ordinary Course of Business Pursuant to Sections 327 and 328 of the Bankruptcy Code (the "Retention Order"). The Retention Order authorized Roetzel to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## Compensation Paid and Its Source

III.    All services for which compensation is requested by Roetzel were

performed for or on behalf of the Debtors.

IV.    Roetzel has received no payment from any source for services rendered in connection with the matters covered by this Application.3    There is no agreement or understanding between Roetzel and any other person other than the partners of Roetzel for the sharing of compensation to be received for services rendered in these cases.

### Fee Statements

V.    The fee statement for the Compensation Period is attached hereto as Exhibit A.  This statement contains daily time logs describing the time spent by each attorney and paraprofessional for this period.  To the best of Roetzel's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Administrative Order.

### Actual and Necessary Expenses

VI.    A summary of  actual and necessary expenses and daily logs of expenses incurred by Roetzel during the Compensation Period is attached hereto as Exhibit B.

VII.    Roetzel believes the foregoing rates are the market rates that are charged to clients for such services.  In addition, Roetzel believes that such charges are in accordance with the American Bar Association's ("ABA")  guidelines, as set forth in  the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

VIII.    The partners and associate of Roetzel who have rendered professional services in this case are as follows:  George W. Rooney, Jr., Donald S. Scherzer, Diana M.

---

3 Roetzel & Andress received two pre-petition payments from the Debtors aggregating $30,000, which were applied to pre-petition services/expenses.  There remains a balance due for pre-petition services, which are not included in this Application, in the amount of $1,864.18.

Thimmig and John J. Schriner.

IX.     Roetzel, by and through the above-named persons, prepared and attended several conferences before Judge Gallagher, communicated with State Regulators and the Ohio Attorney General's Office; advised the Debtors on a regular basis with respect to various matters in connection with the pending litigation and Preliminary Injunction; and, performed all necessary professional services which are described and narrated in detail hereinafter.

### Summary of Services By Project

X.     The services rendered by Roetzel during the Compensation Period are all related exclusively to the litigation category.  These category is generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A. The attorneys and paraprofessionals who rendered services are identified, along with the number of hours for each individual and the total compensation sought, in Exhibit A attached hereto.

A.     Litigation

Fees: $20,372.50; Total Hours: 55.00

This category includes all matters relating to litigation brought on behalf of the State of Ohio against the Debtors in the Court of Common Pleas, Cuyahoga County, Ohio and identified as Case No. CV 07 618660, pending before the Honorable Eileen T. Gallagher.

### Valuation of Services

XI.     Attorneys of Roetzel have expended a total of 55.0 hours in connection with this matter during the Compensation Period, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| George W. Rooney, Jr. | 13.10 | $375 |
| Donald S. Scherzer | 38.8 | $400 |
| Diana M. Thimmig | .7 | $340 |
| John Schriner | 7.4 | $230 |

The nature of the work performed by these persons is fully set forth in <u>Exhibit A</u> attached hereto. These are Roetzel's normal hourly rates for work of this character. The reasonable value of the services rendered by Roetzel to the Debtors during the Compensation Period is $20,372.50.

XII.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Roetzel is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, Roetzel has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, Roetzel respectfully requests that the Court enter an order providing that for the Compensation Period, an allowance be made to Roetzel in the sum of $20,372.50 as compensation for necessary professional services rendered, and the sum of $1.60 for reimbursement of actual necessary costs and expenses, for a total of $20,374.10, and that

such sums be authorized for payment less what has been paid previously to Roetzel pursuant to the Administrative Order, and for such other and further relief as this Court may deem just and proper.

Dated: July 25, 2007
       Cleveland, Ohio

               /s/ Diana M. .Thimmig (OBR #0016011)
               Roetzel & Andress
               1375 East Ninth Street
               One Cleveland Center, 9th Floor
               Cleveland, Ohio  44115
               (216) 696-7078
               (216)623-0134(Facsimile)
               dthimmig@ralaw.com

               Special Counsel for the Debtors and Debtors in Possession

## CERTIFICATION OF RESPONSIBLE ATTORNEY

Pursuant to the Guidelines for Applications for Compensation and Reimbursement of Expenses Adopted by the Executive Office for the United States Trustees Pursuant to the Bankruptcy Reform Act 1994, effective January 30, 1996 ("U.S.T. Guidelines") and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") the undersigned, as responsible attorney, certifies (a) I have read the foregoing application, (b) to the best of my knowledge, information and belief formed after reasonable inquiry, the compensation and expenses reimbursement sought conforms with the U.S.T. Guidelines and Local Rules and (c) the compensation and expenses reimbursement requested are billed at rates and in accordance with practices no less favorable to the Debtor than those customarily employed by Roetzel & Andress generally.

Dated: July 25, 2007
      Cleveland, Ohio

                        /s/ Diana M. .Thimmig (OBR #0016011)
                        Roetzel & Andress
                        1375 East Ninth Street
                        One Cleveland Center, 9th Floor
                        Cleveland, Ohio  44115
                        (216) 696-7078
                        (216)623-0134(Facsimile)
                        dthimmig@ralaw.com

                        Special Counsel for the Debtors and Debtors in Possession

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing   Second Monthly Application of Roetzel & Andress for Allowance of Compensation for Services rendered and For Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period May 1, 2007 through May 31, 2007 was served on the 25th day of July, 2007 via Federal Express overnight mail to all parties on the annexed service list, and by electronic transmission through the Court's ECF system:

Dated: July  25, 2007
       Cleveland, Ohio

                    /s/ Diana M. .Thimmig (OBR #0016011)
                    ROETZEL & ANDRESS
                    1375 East Ninth Street
                    One Cleveland Center, 9th Floor
                    Cleveland, Ohio  44115
                    (216) 696-7078
                    (216)623-0134(Facsimile)
                    dthimmig@ralaw.com

                    Special Counsel for the Debtors and Debtors in Possession

## NEW CENTURY TRS HOLDINGS, INC.
## CASE NO. 07-10416 (KJC)
## SERVICE LIST

**VIA FEDERAL EXPRESS**

*(Debtor)*
Monika McCarthy, Esq.
New Century Mortgage Corporation
18400 Von Karman Avenue
Suite 1000
Irvine, CA 92612

*(Counsel for Debtor)*
Suzzanne Uhland, Esq.
Emily Culler, Esq.
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*(Counsel for Debtor)*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*(Counsel for Crisis Managers)*
Holly Felder Etlin
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019

*(United States Trustee)*
Joseph McMahan, Esq.
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Post-Petition Senior Secured Lenders)*
Bennett L. Spiegel, Esq.
Shirley S. Cho, Esq.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017-5800

*(Proposed Counsel for Unsecured Creditors Committee)*
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

*(Proposed Counsel for Unsecured Creditors Committee)*
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

RLF1-3181282-1

**EXHIBIT A**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| George W. Rooney, Jr. | A partner of Roetzel & Andress admitted to practice in 1973 in Ohio | 375.00 | 13.10 | 4,912.50 |
| Donald S. Scherzer | A partner of Roetzel & Andress admitted to practice in 1975 in Ohio. | $400 | 38.80 | 15,520.00 |
| Diana M. Thimmig | A partner of Roetzel & Andress admitted to practice in 1983 in Ohio | $340 | .7 | 238.00 |
| John Schriner | An associate admitted to practice in 1999. | $230 | 7.4 | $1,702.00 |
| **TOTAL** | | | **55.00** | **$20,372.50** |

| | |
|---|---|
| Total | $ 20,374.10 |
| Attorney Compensation | $ 20,372.50 |
| Total Hours | 55.0 |
| Blended Rate | $ 370.40 |

Dated: July 25th, 2007

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Outside Reproduction | | $1.60 |
| **TOTAL** | | **$1.60** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|------------------|------------:|-----------:|
| Litigation | 55.0 | $20,372.50 |
| **TOTAL** | **55.0** | **$20,372.50** |

# EXHIBIT B



REMIT TO ADDRESS:
222 S. MAIN STREET
AKRON, OHIO 44308-2098
(330) 376-2700
FAX (330) 376-4577
ramail@ralaw.com

FEDERAL TAX ID #34-1245415

NEW CENTURY FINANCIAL CORP.
18400 VON KARMAN AVE.
SUITE 1000
IRVINE, CA 90017

Invoice: 713458
Client/Matter: 117805.0001
June 18, 2007

For Professional Services Rendered
For The Period Through May 31, 2007

| Total Due This Invoice | $ 20,374.10 |
| --- | --- |

Re: <u>LITIGATION RE TRO</u>

| Date | Initials | Hours | Description |
| --- | --- | --- | --- |
| 05/01/07 | DSS | 1.10 | Exchange e-mail with K. Richman regarding scope of Stipulated Preliminary Injunction; (0.3) Conference call with K. Richman and T. Theologdies regarding same; (0.6) Exchange e-mails regarding Morgan Stanley issues (0.2) |
| 05/02/07 | DSS | 0.60 | Exchange several e-mails regarding servicing issues |
| 05/03/07 | DSS | 1.30 | Exchange e-mails with K. Richman regarding Master Repurchase Agreements; (0.4) Review various documents sent by K. Richman regarding same; (0.5) Telephone call with R. Hart regarding same (0.4) |
| 05/04/07 | DSS | 1.80 | Exchange e-mails with R. Hart and K. Richman regarding state of Ohio's review of various loan files; (0.3)Conference call with R. Hart and K. Richman regarding same; (1.0) Review several e-mails on Greenwich auction; (0.3) Exchange several e-mails regarding other matters (0.2( |
| 05/07/07 | DSS | 1.70 | Exchange numerous e-mails with K. Richman, R. Hart and others regarding state of Ohio loan review process; (0.6) Conduct several telephone conversations regarding same; (0.9) Deal with several issues regarding same (0.2) |
| 05/08/07 | DSS | 1.30 | Exchange numerous e-mails regarding loan review process and additional information requested by state of Ohio; Telephone call with K. Richman regarding same; Telephone call with R. Hart regarding same |
| 05/09/07 | DSS | 1.70 | Several telephone calls with K. Richman, R. Hart, D. Reimer and others regarding various issues pertaining to Ohio case; (1.2) Exchange numerous e-mails regarding same (0.5) |
| 05/10/07 | DSS | 1.20 | Exchange several e-mails regarding Morgan Stanley loans; (0.2) Confer with K. Richman regarding same; (0.2) Review several e-mails regarding loans possibly exempt from review by state of Ohio; (0.3) Telephone call with K. Richman regarding status of New Century's position on applicability of Stipulated |

Akron   Cincinnati   Cleveland   Columbus   Toledo   Fort Myers   Naples   Orlando   Tallahassee   Washington D.C.

www.ralaw.com



## A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 713458
June 18, 2007
Page 2

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| | | | Preliminary Injunction to Morgan Stanley and other creditor owned loans (0.5) |
| 05/12/07 | DSS | 0.60 | Exchange several e-mails with K. Richman and R. Hart regarding conference call to be held; (0.4) Review several other e-mails (0.2) |
| 05/13/07 | DSS | 0.20 | Prepared e-mail to R. Hart regarding loan review issues |
| 05/14/07 | DSS | 0.70 | Exchange various e-mails regarding state review of loans subject to Stipulated Preliminary Injunction; (0.5)Telephone call with K. Richman regarding same (0.2) |
| 05/15/07 | DSS | 0.70 | Various telephone calls with R. Hart and K. Richman regarding additional loans that New Century's creditors claim ownership of; (0.5) Exchange several e-mails regarding same (0.2) |
| 05/16/07 | DSS | 3.20 | Prepared for and attend conference with R. Hart and N. Ballard regarding status of matter; (1.2) Several telephone calls with K. Richman regarding same; (0.5) Exchange several e-mails regarding this and other subjects; (0.5) Telephone call with M. Loewenthal regarding status of matter; (0.6) Exchange several e-mails regarding same (0.4) |
| 05/17/07 | DSS | 1.60 | Prepared for and participate in conference call with K. Richman and R. Hart regarding status of loans owned by New Century's creditors; (0.9) Several telephone calls with K. Richman regarding same; (0.4)Exchange numerous e-mails regarding this and several other subjects (0.3) |
| 05/18/07 | DSS | 2.60 | Telephone call with R. Hart regarding "For Cause" review of New Century loans; (1.1) Exchange various e-mails with R. Hart, M. Loewenthal and others regarding same; (0.4) Review several e-mails from R. Davies regarding the DB loans; (0.2) Prepared several e-mails to R. Hart summarizing the documents provided to the state of Ohio regarding the DB loans; (0.6) Telephone call with R. Hart regarding same (0.3) |
| 05/21/07 | DSS | 1.30 | Exchange several e-mails regarding status of loans and continued discussions with the state of Ohio regarding status of loans owned by New Century's creditors; (.08) Several telephone conversations with K. Richman, R. Hart and others regarding same (0.5) |
| 05/22/07 | GWR JR | 0.40 | Discussion with Mr. Scherzer re: nature, background and status of dispute and upcoming events. |
| 05/22/07 | DSS | 2.10 | Prepared for and participate in conference call with K. Richman and R. Hart; (1.0) Exchange numerous e-mails; (0.2) Several additional calls with K. Richman regarding status of matter; (0.2) Confer with G. Rooney regarding same; (0.4) Conference call with K. Richman, G. Rooney and J. Schriner regarding same (0.3) |
| 05/22/07 | JS | 0.60 | Conference with Mr. Richman, Mr. Scherzer and Mr. Rooney re: status of case, potential issues to be considered by the Court and the strategy for proceeding; (0.3) follow-up discussion with Mr. Scherzer re: related issues (0.3) |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



## A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice:  713458
June 18, 2007
Page 3

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 05/23/07 | GWR JR | 0.30 | Email exchanges re: impending Motion for Clarification. |
| 05/23/07 | DSS | 1.60 | Exchange numerous e-mails regarding status of loans to be released; (0.7) possible motion for clarification from the State of Ohio and other issues; (0.5) Telephone call with G. Rooney regarding same; (0.2) Telephone calls with K. Richman regarding same; (0.2) |
| 05/23/07 | JS | 0.40 | Receive and review e-mails from Ms. Richman re: voicemail from Mr. Hart and his indication that the Ohio Attorney General will be filing a Motion for Clarification; (0.1) attention to related issues and potential courses of action; (0.1) e-mail to Mr. Rooney and Mr. Scherzer re: same; (0.1) follow-up e-mail to Ms. Richman re: same (0.1) |
| 05/24/07 | GWR JR | 1.40 | Email exchanges re: impending Motion by OAG and related issues of loan ownership and documentation (0.3); review letter from Mr. Hart and proposed Order re: release of 31 loans from SPI (0.4); email exchanges re: recommendation to go forward (0.3); email exchanges re: OAG obligation to provide written reasons, and related review of SPI (0.4). |
| 05/24/07 | DSS | 1.80 | Review, and reply as necessary, to numerous e-mails regarding the release orders to be entered in the Ohio case and the Motion that the state will be filing regarding the identify of loans covered by the Stipulated Preliminary Injunction; (0.6) Telephone call with K. Richman regarding same; (0.4) Telephone call with G. Rooney regarding same; (0.4) Exchange e-mails with R. Hart regarding same (0.4) |
| 05/24/07 | JS | 0.50 | E-mail exchange with Mr. Scherzer re: Mr. Hart's indication that he will be filing a Motion for Clarification; (.01) receive and review e-mail from Mr. Scherzer re: his conversation with Mr. Hart; (0.1) attention to related issues; (0.1) receive and review e-mails from Mr. Kranhold and Ms. Richman re: related issues and proposed language for a statement to be issued upon the filing of the Motion for Clarification; (0.1) talk to Mr. Scherzer re: same (0.1) |
| 05/24/07 | JS | 1.00 | Receive and review 5/18/07 letter from Mr. Hart re: Attorney General's decision to release 31 loans from the stay and not to release another 170 loans "for cause" and the proposed Order attached thereto; (0.2) receive and review e-mail from Ms. Richman re: same and attention to related issues; (0.2) review Stipulated Preliminary Injunction; (0.3) conference with Mr. Rooney re: related issues; (0.1) multiple follow-up e-mail exchanges with Ms. Richman re: decision to consent to release of the 21 loans from the stay and the plan to relay the consent to Mr. Hart, along with a request for a written explanation of the "for cause" decision not to release the other 170 loans, as required by the Stipulated Preliminary Injunction (0.2) |
| 05/25/07 | DT | 0.70 | Conference with G. Rooney; (0.2) search court docket and pull down Rule 2014(a) parties for conflict clearance; (0.3) brief discussion with G. Rooney re: |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



## A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice:  713458
June 18, 2007
Page 4

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| | | | same (0.2) |
| 05/25/07 | GWR JR | 5.40 | Telephone conference with Mr. Scherzer re: transactions to be released (0.2); review documents from State re: 169 exempt transactions (0.3); review and analyze Stipulated Preliminary Injunction as it relates to body of loan transactions (0.8); email exchange with Ms. Richman re: approval to file orders removing 200 transactions from Stay (0.2); draft Joint Motion for Removal of Stay (0.5); telephone conference with Mr. Kraus re: intent to file re: 31 loans, and re: additional 169 (0.2); email to Mr. Kraus with documentation re: additional 169 loans (0.2); review Motion for Clarification and related exhibits (0.3); email same to Ms. Richman with comments and suggestions (0.2); draft and finalize Motion to Release (1.2); email draft motion to Mr. Kraus (0.1); email exchange with Mr. Kraus re: same (0.2); emails to Ms. Richman re: status (0.2); review draft of Affidavit from Ms. Richman, noting information needed (0.3); commence information collection (0.5). |
| 05/25/07 | DSS | 1.30 | Review State of Ohio's Motion for Clarification; (0.5) Exchange numerous e-mails and participate in several telephone conversations regarding same; (0.4) Exchange e-mails with E. Kraus regarding loans "released" from Stay by the State of Ohio; (0.3) Telephone call with G. Rooney regarding same (0.1) |
| 05/25/07 | JS | 0.60 | Email exchange with Mr. Scherzer regarding Mr. Hart's 5/9 and 5/18 letters regarding the release of certain loans from the stay and the proposed entries attached to those letters (.2 hours); Receive and review email exchanges between Mr. Rooney and Ms. Richman regarding confirmation of plan to relay to the Attorney General our approval of the proposed entries and the desire to file them without delay (.2 hours); Conference with Mr. Rooney regarding related issues to be addressed in Motion for Release (.2 hours). |
| 05/25/07 | JS | 1.50 | Receive and review emails from Ms. Richman, Mr. Logan and Mr. Rooney regarding confirmation that the Attorney General will file a Motion for Clarification at 3:00 today and that Mr. Kraus is in a position to sign off on a Motion to Release (.2 hours); Receive and review Plaintiffs' Motion for Clarification, Plaintiffs' Notice of Filing Exhibit Under Seal, Order Setting Hearing on Motion to Clarify Loans Subject to Stipulated Preliminary Injunction, Order Clarifying Loans Subject to the Stipulated Preliminary Injunction and email from Mr. Hart regarding same (.5 hours); conference with Mr. Rooney regarding same (.1 hours); receive and review emails regarding follow-up issues (.1 hours); receive and review Mr. Rooney's draft Joint Motion for Removal of Stay for Specified Individual Transactions (.2 hours); follow-up conference with Mr. Rooney regarding same (.1 hours); receive and review emails from Ms. Richman regarding her approval of the same and related issues (.1 hours) receive and review email from Mr. Kraus and Mr. Rooney regarding Mr. Kraus' belief that Joint Motion need not be filed (.1 hours); receive and review list of ownership of loans (.1 hours). |
| 05/26/07 | JS | 0.30 | Attention to issues raised in 5/25 filings, 5/25 correspondence amongst counsel, |



## A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice:  713458
June 18, 2007
Page 5

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| | | | and the potential for joint filings on 5/29 regarding releases of certain loans addressed in Mr. Hart's 5/.19 and 5/18 letters. |
| 05/29/07 | GWR JR | 2.70 | Telephone conference with Mr. Kraus re: meeting at court (0.2); email exchange with Mr. Kraus re: two Agreed Entries (0.1); meeting with Mr. Kraus and signing Agreed Entries (0.3); meeting with Court re: nature and background of Agreed Entries, and general status, including possible hearing (1.4); email to Ms. Richman re: status and SPI language before proceeding with foreclosures (0.2); commence revision of draft affidavit (0.5). |
| 05/29/07 | DSS | 1.30 | Review numerous e-mails regarding State of Ohio's Motion and respond as necessary to same; (0.6)Several telephone conversations regarding same; (0.4) Review several e-mails regarding loans that should be removed from the stay imposed by the Stipulated Preliminary Injunction (0.3) |
| 05/29/07 | JS | 0.40 | Receive and review emails from Mr. Rooney and Mr. Hart regarding mathematical issues and errors raised in the State's Motion for Clarification (.1 hours); receive and review email from Mr. Rooney regarding results of his meeting with Mr. Kraus at the court, the agreement to release 200 loans from the stay, and the possibility for a hearing on the State's Motion for Clarification (.1 hours); receive and review Agreed Entries that were consented to at the court and attention to related issues (.2 hours). |
| 05/30/07 | DSS | 0.80 | Exchange numerous e-mails regarding the possible release of Ohio Loans from the Stay imposed by the Stipulated Preliminary Injunction; (0.5) Several telephone conversations regarding same (0.3) |
| 05/30/07 | JS | 0.50 | Receive and review multiple e-mails from Mr. Reimer, Mr. Scherzer and Ms. Richman re: notification of release of some loans (0.2 hours); receive and review e-mail exchange between Mr. Rooney and Ms. Richman: approach to the State's pending Motion for Clarification (0.1 hours); attention to related issues and arguments presented in the Motion for Clarification (0.2 hours). |
| 05/31/07 | GWR JR | 1.80 | Email exchange re: service of Agreed Entries on "owners" (0.2); telephone conference with Ms. Richman and others re: strategy for upcoming hearing. including preparation therefor (1.1); email signed entries to Mr. Logan for distribution to owners' counsel (0.2); email exchanges re: related privacy issues (0.3). |
| 05/31/07 | GWR JR | 1.10 | Email exchanges re: need to send pleadings to warehouse counsel, and related confidentiality issues (0.3); telephone conference with Ms. Richman and various counsel and client representatives re: status and strategy re: opposition to motion, upcoming hearing, and notice to and involvement of warehouse counsel (0.8). |
| 05/31/07 | DSS | 3.30 | Prepared for and participate in conference call with New Century in-house counsel and bankruptcy counsel regarding the Motion filed in the Cuyahoga Court of Common Pleas by the State of Ohio; (1.2)Telephone call with E. Kraus of the Ohio Attorney General's office regarding same; (0.5) Reviewed, and respond as |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**

# ROETZEL & ANDRESS

### A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 713458
June 18, 2007
Page 6

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| | | | necessary to, several e-mails regarding same; (0.4) Prepared numerous other e-mails regarding logistical and privacy issues; (0.3) Review Orders entered by the Court regarding the loans that have been approved by the Ohio Attorney General's office; (0.5) Telephone with K. Richman regarding same (0.4) |
| 05/31/07 | JS | 0.40 | Receive and review e-mails from Mr. Logan, Mr. Rooney and Ms. Richman re: strategy of notifying warehouse lenders of pleadings and attention to related issues to address during this afternoon's conference call (0.2 hours); receive and review multiple e-mails from Mr. Logan, Mr. Lowenthal and Ms. Richman re: related issues (0.2). |
| 05/31/07 | JS | 1.20 | Prepare for and participate in conference call with co-counsel in strategy for proceeding with Ohio litigation (1.0 hours); Receive and review e-mail from Mr. Scherzer re: his discussion with Mr. Krans and Mr. Krans' consent to move the 6/5 hearing to 6/12 (0.1); attention to issues to address in opposing Motion for Clarification (0.1). |

Professional Services                                              $    20,372.50

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| George W Rooney, Jr. | 13.10 | 375.00 | 4,912.50 |
| Donald S Scherzer | 33.80 | 400.00 | 13,520.00 |
| Diana Thimmig | 0.70 | 340.00 | 238.00 |
| John Schriner | 7.40 | 230.00 | 1,702.00 |
| Totals | 55.00 | | 20,372.50 |

**Costs Advanced**

| Date | Description | Amount |
|------|-------------|--------|
| | Copy Charges | 1.60 |

Total Costs Advanced                                                      1.60

**Invoice Total**                                              $   20,374.10

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE
PLEASE REMIT PAYMENT UPON RECEIPT**



A LEGAL PROFESSIONAL ASSOCIATION

REMIT TO ADDRESS:

222 S. MAIN STREET
AKRON, OHIO 44308-2098
(330) 376-2700
FAX (330) 376-4577
ramail@ralaw.com

FEDERAL TAX ID #34-1245415

# REMITTANCE PAGE
For Professional Services Rendered

NEW CENTURY FINANCIAL CORP.
18400 VON KARMAN AVE.
SUITE 1000
IRVINE, CA 90017

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice: 713458
Client/Matter: 117805.0001
Billing Atty: DSS
June 18, 2007

**Invoice Total**                                    $   20,374.10

Akron    Cincinnati    Cleveland    Columbus    Toledo    Fort Myers    Naples    Orlando    Tallahassee    Washington D.C.

www.ralaw.com