# EXHIBIT A

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| George W. Rooney, Jr. | A partner of Roetzel & Andress admitted to practice in 1973 in Ohio | 375.00 | 13.10 | 4,912.50 |
| Donald S. Scherzer | A partner of Roetzel & Andress admitted to practice in 1975 in Ohio. | $400 | 38.80 | 15,520.00 |
| Diana M. Thimmig | A partner of Roetzel & Andress admitted to practice in 1983 in Ohio | $340 | .7 | 238.00 |
| John Schriner | An associate admitted to practice in 1999. | $230 | 7.4 | $1,702.00 |
| **TOTAL** | | | **55.00** | **$20,372.50** |

| | |
|---|---|
| Total | $ 20,374.10 |
| Attorney Compensation | $ 20,372.50 |
| Total Hours | 55.0 |
| Blended Rate | $ 370.40 |

Dated: July 25th, 2007

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Outside Reproduction | | $1.60 |
| **TOTAL** | | **$1.60** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Litigation | 55.0 | $20,372.50 |
| **TOTAL** | **55.0** | **$20,372.50** |