**EXHIBIT B**

342817 v_01 \ 117805.0001



REMIT TO ADDRESS:
222 S. MAIN STREET
AKRON, OHIO 44308-2098
(330) 376-2700
FAX (330) 376-4577
ramail@ralaw.com

FEDERAL TAX ID #34-1245415

| | |
|---|---|
| NEW CENTURY FINANCIAL CORP.<br>18400 VON KARMAN AVE.<br>SUITE 1000<br>IRVINE, CA 90017 | Invoice: 713458<br>Client/Matter: 117805.0001<br>June 18, 2007 |

For Professional Services Rendered
For The Period Through May 31, 2007

**Total Due This Invoice    $ 20,374.10**

Re: LITIGATION RE TRO

| Date | Initials | Hours | Description |
|---|---|---|---|
| 05/01/07 | DSS | 1.10 | Exchange e-mail with K. Richman regarding scope of Stipulated Preliminary Injunction; (0.3) Conference call with K. Richman and T. Theologdies regarding same; (0.6) Exchange e-mails regarding Morgan Stanley issues (0.2) |
| 05/02/07 | DSS | 0.60 | Exchange several e-mails regarding servicing issues |
| 05/03/07 | DSS | 1.30 | Exchange e-mails with K. Richman regarding Master Repurchase Agreements; (0.4) Review various documents sent by K. Richman regarding same; (0.5) Telephone call with R. Hart regarding same (0.4) |
| 05/04/07 | DSS | 1.80 | Exchange e-mails with R. Hart and K. Richman regarding state of Ohio's review of various loan files; (0.3)Conference call with R. Hart and K. Richman regarding same; (1.0) Review several e-mails on Greenwich auction; (0.3) Exchange several e-mails regarding other matters (0.2( |
| 05/07/07 | DSS | 1.70 | Exchange numerous e-mails with K. Richman, R. Hart and others regarding state of Ohio loan review process; (0.6) Conduct several telephone conversations regarding same; (0.9) Deal with several issues regarding same (0.2) |
| 05/08/07 | DSS | 1.30 | Exchange numerous e-mails regarding loan review process and additional information requested by state of Ohio; Telephone call with K. Richman regarding same; Telephone call with R. Hart regarding same |
| 05/09/07 | DSS | 1.70 | Several telephone calls with K. Richman, R. Hart, D. Reimer and others regarding various issues pertaining to Ohio case; (1.2) Exchange numerous e-mails regarding same (0.5) |
| 05/10/07 | DSS | 1.20 | Exchange several e-mails regarding Morgan Stanley loans; (0.2) Confer with K. Richman regarding same; (0.2) Review several e-mails regarding loans possibly exempt from review by state of Ohio; (0.3) Telephone call with K. Richman regarding status of New Century's position on applicability of Stipulated |



**A LEGAL PROFESSIONAL ASSOCIATION**

117805.0001  
LITIGATION RE TRO

Invoice: 713458  
June 18, 2007  
Page 2

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | Preliminary Injunction to Morgan Stanley and other creditor owned loans (0.5) |
| 05/12/07 | DSS | 0.60 | Exchange several e-mails with K. Richman and R. Hart regarding conference call to be held; (0.4) Review several other e-mails (0.2) |
| 05/13/07 | DSS | 0.20 | Prepared e-mail to R. Hart regarding loan review issues |
| 05/14/07 | DSS | 0.70 | Exchange various e-mails regarding state review of loans subject to Stipulated Preliminary Injunction; (0.5)Telephone call with K. Richman regarding same (0.2) |
| 05/15/07 | DSS | 0.70 | Various telephone calls with R. Hart and K. Richman regarding additional loans that New Century's creditors claim ownership of; (0.5) Exchange several e-mails regarding same (0.2) |
| 05/16/07 | DSS | 3.20 | Prepared for and attend conference with R. Hart and N. Ballard regarding status of matter; (1.2) Several telephone calls with K. Richman regarding same; (0.5) Exchange several e-mails regarding this and other subjects; (0.5) Telephone call with M. Loewenthal regarding status of matter; (0.6) Exchange several e-mails regarding same (0.4) |
| 05/17/07 | DSS | 1.60 | Prepared for and participate in conference call with K. Richman and R. Hart regarding status of loans owned by New Century's creditors; (0.9) Several telephone calls with K. Richman regarding same; (0.4)Exchange numerous e-mails regarding this and several other subjects (0.3) |
| 05/18/07 | DSS | 2.60 | Telephone call with R. Hart regarding "For Cause" review of New Century loans; (1.1) Exchange various e-mails with R. Hart, M. Loewenthal and others regarding same; (0.4) Review several e-mails from R. Davies regarding the DB loans; (0.2) Prepared several e-mails to R. Hart summarizing the documents provided to the state of Ohio regarding the DB loans; (0.6) Telephone call with R. Hart regarding same (0.3) |
| 05/21/07 | DSS | 1.30 | Exchange several e-mails regarding status of loans and continued discussions with the state of Ohio regarding status of loans owned by New Century's creditors; (.08) Several telephone conversations with K. Richman, R. Hart and others regarding same (0.5) |
| 05/22/07 | GWR JR | 0.40 | Discussion with Mr. Scherzer re: nature, background and status of dispute and upcoming events. |
| 05/22/07 | DSS | 2.10 | Prepared for and participate in conference call with K. Richman and R. Hart; (1.0) Exchange numerous e-mails; (0.2) Several additional calls with K. Richman regarding status of matter; (0.2) Confer with G. Rooney regarding same; (0.4) Conference call with K. Richman, G. Rooney and J. Schriner regarding same (0.3) |
| 05/22/07 | JS | 0.60 | Conference with Mr. Richman, Mr. Scherzer and Mr. Rooney re: status of case, potential issues to be considered by the Court and the strategy for proceeding; (0.3) follow-up discussion with Mr. Scherzer re: related issues (0.3) |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**  
**PLEASE REMIT PAYMENT UPON RECEIPT**



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 713458
June 18, 2007
Page 3

| Date | Initials | Hours | Description |
|---|---|---|---|
| 05/23/07 | GWR JR | 0.30 | Email exchanges re: impending Motion for Clarification. |
| 05/23/07 | DSS | 1.60 | Exchange numerous e-mails regarding status of loans to be released; (0.7) possible motion for clarification from the State of Ohio and other issues; (0.5) Telephone call with G. Rooney regarding same; (0.2) Telephone calls with K. Richman regarding same; (0.2) |
| 05/23/07 | JS | 0.40 | Receive and review e-mails from Ms. Richman re: voicemail from Mr. Hart and his indication that the Ohio Attorney General will be filing a Motion for Clarification; (0.1) attention to related issues and potential courses of action; (0.1) e-mail to Mr. Rooney and Mr. Scherzer re: same; (0.1) follow-up e-mail to Ms. Richman re: same (0.1) |
| 05/24/07 | GWR JR | 1.40 | Email exchanges re: impending Motion by OAG and related issues of loan ownership and documentation (0.3); review letter from Mr. Hart and proposed Order re: release of 31 loans from SPI (0.4); email exchanges re: recommendation to go forward (0.3); email exchanges re: OAG obligation to provide written reasons, and related review of SPI (0.4). |
| 05/24/07 | DSS | 1.80 | Review, and reply as necessary, to numerous e-mails regarding the release orders to be entered in the Ohio case and the Motion that the state will be filing regarding the identify of loans covered by the Stipulated Preliminary Injunction; (0.6) Telephone call with K. Richman regarding same; (0.4) Telephone call with G. Rooney regarding same; (0.4) Exchange e-mails with R. Hart regarding same (0.4) |
| 05/24/07 | JS | 0.50 | E-mail exchange with Mr. Scherzer re: Mr. Hart's indication that he will be filing a Motion for Clarification; (.01) receive and review e-mail from Mr. Scherzer re: his conversation with Mr. Hart; (0.1) attention to related issues; (0.1) receive and review e-mails from Mr. Kranhold and Ms. Richman re: related issues and proposed language for a statement to be issued upon the filing of the Motion for Clarification; (0.1) talk to Mr. Scherzer re: same (0.1) |
| 05/24/07 | JS | 1.00 | Receive and review 5/18/07 letter from Mr. Hart re: Attorney General's decision to release 31 loans from the stay and not to release another 170 loans "for cause" and the proposed Order attached thereto; (0.2) receive and review e-mail from Ms. Richman re: same and attention to related issues; (0.2) review Stipulated Preliminary Injunction; (0.3) conference with Mr. Rooney re: related issues; (0.1) multiple follow-up e-mail exchanges with Ms. Richman re: decision to consent to release of the 21 loans from the stay and the plan to relay the consent to Mr. Hart, along with a request for a written explanation of the "for cause" decision not to release the other 170 loans, as required by the Stipulated Preliminary Injunction (0.2) |
| 05/25/07 | DT | 0.70 | Conference with G. Rooney; (0.2) search court docket and pull down Rule 2014(a) parties for conflict clearance; (0.3) brief discussion with G. Rooney re: |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

| | | Invoice: 713458 |
|---|---|---|
| 117805.0001 | | June 18, 2007 |
| LITIGATION RE TRO | | Page 4 |

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | same (0.2) |
| 05/25/07 | GWR JR | 5.40 | Telephone conference with Mr. Scherzer re: transactions to be released (0.2); review documents from State re: 169 exempt transactions (0.3); review and analyze Stipulated Preliminary Injunction as it relates to body of loan transactions (0.8); email exchange with Ms. Richman re: approval to file orders removing 200 transactions from Stay (0.2); draft Joint Motion for Removal of Stay (0.5); telephone conference with Mr. Kraus re: intent to file re: 31 loans, and re: additional 169 (0.2); email to Mr. Kraus with documentation re: additional 169 loans (0.2); review Motion for Clarification and related exhibits (0.3); email same to Ms. Richman with comments and suggestions (0.2); draft and finalize Motion to Release (1.2); email draft motion to Mr. Kraus (0.1); email exchange with Mr. Kraus re: same (0.2); emails to Ms. Richman re: status (0.2); review draft of Affidavit from Ms. Richman, noting information needed (0.3); commence information collection (0.5). |
| 05/25/07 | DSS | 1.30 | Review State of Ohio's Motion for Clarification; (0.5) Exchange numerous e-mails and participate in several telephone conversations regarding same; (0.4) Exchange e-mails with E. Kraus regarding loans "released" from Stay by the State of Ohio; (0.3) Telephone call with G. Rooney regarding same (0.1) |
| 05/25/07 | JS | 0.60 | Email exchange with Mr. Scherzer regarding Mr. Hart's 5/9 and 5/18 letters regarding the release of certain loans from the stay and the proposed entries attached to those letters (.2 hours); Receive and review email exchanges between Mr. Rooney and Ms. Richman regarding confirmation of plan to relay to the Attorney General our approval of the proposed entries and the desire to file them without delay (.2 hours); Conference with Mr. Rooney regarding related issues to be addressed in Motion for Release (.2 hours). |
| 05/25/07 | JS | 1.50 | Receive and review emails from Ms. Richman, Mr. Logan and Mr. Rooney regarding confirmation that the Attorney General will file a Motion for Clarification at 3:00 today and that Mr. Kraus is in a position to sign off on a Motion to Release (.2 hours); Receive and review Plaintiffs' Motion for Clarification, Plaintiffs' Notice of Filing Exhibit Under Seal, Order Setting Hearing on Motion to Clarify Loans Subject to Stipulated Preliminary Injunction, Order Clarifying Loans Subject to the Stipulated Preliminary Injunction and email from Mr. Hart regarding same (.5 hours); conference with Mr. Rooney regarding same (.1 hours); receive and review emails regarding follow-up issues (.1 hours); receive and review Mr. Rooney's draft Joint Motion for Removal of Stay for Specified Individual Transactions (.2 hours); follow-up conference with Mr. Rooney regarding same (.1 hours); receive and review emails from Ms. Richman regarding her approval of the same and related issues (.1 hours) receive and review email from Mr. Kraus and Mr. Rooney regarding Mr. Kraus' belief that Joint Motion need not be filed (.1 hours); receive and review list of ownership of loans (.1 hours). |
| 05/26/07 | JS | 0.30 | Attention to issues raised in 5/25 filings, 5/25 correspondence amongst counsel, |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**

<a>
</a>



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 713458
June 18, 2007
Page 5

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | and the potential for joint filings on 5/29 regarding releases of certain loans addressed in Mr. Hart's 5/.19 and 5/18 letters. |
| 05/29/07 | GWR JR | 2.70 | Telephone conference with Mr. Kraus re: meeting at court (0.2); email exchange with Mr. Kraus re: two Agreed Entries (0.1); meeting with Mr. Kraus and signing Agreed Entries (0.3); meeting with Court re: nature and background of Agreed Entries, and general status, including possible hearing (1.4); email to Ms. Richman re: status and SPI language before proceeding with foreclosures (0.2); commence revision of draft affidavit (0.5). |
| 05/29/07 | DSS | 1.30 | Review numerous e-mails regarding State of Ohio's Motion and respond as necessary to same; (0.6)Several telephone conversations regarding same; (0.4) Review several e-mails regarding loans that should be removed from the stay imposed by the Stipulated Preliminary Injunction (0.3) |
| 05/29/07 | JS | 0.40 | Receive and review emails from Mr. Rooney and Mr. Hart regarding mathematical issues and errors raised in the State's Motion for Clarification (.1 hours); receive and review email from Mr. Rooney regarding results of his meeting with Mr. Kraus at the court, the agreement to release 200 loans from the stay, and the possibility for a hearing on the State's Motion for Clarification (.1 hours); receive and review Agreed Entries that were consented to at the court and attention to related issues (.2 hours). |
| 05/30/07 | DSS | 0.80 | Exchange numerous e-mails regarding the possible release of Ohio Loans from the Stay imposed by the Stipulated Preliminary Injunction; (0.5) Several telephone conversations regarding same (0.3) |
| 05/30/07 | JS | 0.50 | Receive and review multiple e-mails from Mr. Reimer, Mr. Scherzer and Ms. Richman re: notification of release of some loans (0.2 hours); receive and review e-mail exchange between Mr. Rooney and Ms. Richman re: approach to the State's pending Motion for Clarification (0.1 hours); attention to related issues and arguments presented in the Motion for Clarification (0.2 hours). |
| 05/31/07 | GWR JR | 1.80 | Email exchange re: service of Agreed Entries on "owners" (0.2); telephone conference with Ms. Richman and others re: strategy for upcoming hearing. including preparation therefor (1.1); email signed entries to Mr. Logan for distribution to owners' counsel (0.2); email exchanges re: related privacy issues (0.3). |
| 05/31/07 | GWR JR | 1.10 | Email exchanges re: need to send pleadings to warehouse counsel, and related confidentiality issues (0.3); telephone conference with Ms. Richman and various counsel and client representatives re: status and strategy re: opposition to motion, upcoming hearing, and notice to and involvement of warehouse counsel (0.8). |
| 05/31/07 | DSS | 3.30 | Prepared for and participate in conference call with New Century in-house counsel and bankruptcy counsel regarding the Motion filed in the Cuyahoga Court of Common Pleas by the State of Ohio; (1.2)Telephone call with E. Kraus of the Ohio Attorney General's office regarding same; (0.5) Reviewed, and respond as |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**

# ROETZEL & ANDRESS
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 713458
June 18, 2007
Page 6

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | necessary to, several e-mails regarding same; (0.4) Prepared numerous other e-mails regarding logistical and privacy issues; (0.3) Review Orders entered by the Court regarding the loans that have been approved by the Ohio Attorney General's office; (0.5) Telephone with K. Richman regarding same (0.4) |
| 05/31/07 | JS | 0.40 | Receive and review e-mails from Mr. Logan, Mr. Rooney and Ms. Richman re: strategy of notifying warehouse lenders of pleadings and attention to related issues to address during this afternoon's conference call (0.2 hours); receive and review multiple e-mails from Mr. Logan, Mr. Lowenthal and Ms. Richman re: related issues (0.2). |
| 05/31/07 | JS | 1.20 | Prepare for and participate in conference call with co-counsel in strategy for proceeding with Ohio litigation (1.0 hours); Receive and review e-mail from Mr. Scherzer re: his discussion with Mr. Krans and Mr. Krans' consent to move the 6/5 hearing to 6/12 (0.1); attention to issues to address in opposing Motion for Clarification (0.1). |

Professional Services                                                    $   20,372.50

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| George W Rooney, Jr. | 13.10 | 375.00 | 4,912.50 |
| Donald S Scherzer | 33.80 | 400.00 | 13,520.00 |
| Diana Thimmig | 0.70 | 340.00 | 238.00 |
| John Schriner | 7.40 | 230.00 | 1,702.00 |
| Totals | 55.00 | | 20,372.50 |

### Costs Advanced

| Date | Description | Amount |
|---|---|---|
| | Copy Charges | 1.60 |

Total Costs Advanced                                                                1.60

**Invoice Total**                                                          $   20,374.10

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE
PLEASE REMIT PAYMENT UPON RECEIPT**



REMIT TO ADDRESS:
222 S. MAIN STREET
AKRON, OHIO 44308-2098
(330) 376-2700
FAX (330) 376-4577
ramail@ralaw.com

FEDERAL TAX ID #34-1245415

# REMITTANCE PAGE
For Professional Services Rendered

NEW CENTURY FINANCIAL CORP.
18400 VON KARMAN AVE.
SUITE 1000
IRVINE, CA 90017

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice: 713458
Client/Matter: 117805.0001
Billing Atty: DSS
June 18, 2007

**Invoice Total**                                                                 $  20,374.10