IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

Case No. 07-10416-KJC
(Chapter 11)

NEW CENTURY TRS HOLDINGS, INC.
        Debtor

AMERIQUEST MORTGAGE COMPANY
C/O AMC MORTGAGE SERVICES, INC.
        Movant

Ref: Docket No. 1184 & 1857

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
        Attorneys for the Movant
    v.
NEW CENTURY TRS HOLDINGS, INC, et
al.
        Respondents

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay

("Motion") filed by Ameriquest Mortgage Company c/o AMC Mortgage Services, Inc

("AMC"), and any response thereto, and good cause having been shown, it is hereby

ORDERED, that the Motion be, and the same is hereby GRANTED; and it is

further

ORDERED, that the Automatic Stay is terminated allowing AMC to exercise its

rights under applicable law against the Debtor's Property more particularly described in

the Mortgage which has the address of 50 Lattimore Road, Rochester, NY 14620

("Property"), including, but not limited to foreclosure against the Property under the

Mortgage.

Date: _July 24, 2007_

BY THE COURT:

_____
U.S. Bankruptcy Court Judge