# EXHIBIT A

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jon Byers | Paraprofessional/Clerk | $40.00 | .50 | $0.00 |
| George W. Rooney, Jr. | A partner of Roetzel & Andress admitted to practice in 1973 | $75.00 | 61.90 | $23,212.50 |
| Donald S. Scherzer | A partner of Roetzel & Andress admitted to practice in 1975 in Ohio. | $400 | 36.70 | $14,680.00 |
| John Schriner | An associate admitted to practice in 1999. | $230 | 93.10 | $21,413.00 |
| Justin Krumm | Paraprofessional/Clerk | $40 | .6 | $24.00 |
| | | | | |
| | | | | |
| **TOTAL** | | | 192.80 | $59,349.50 |

| | |
|---|---|
| Total | $ 59,366.33 |
| Attorney Compensation | $ 59,349.50 |
| Total Hours | 192.80 |
| Blended Rate | $ 307.83 |

Dated: July 25th, 2007

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Conference Call Outside Vendor | | $16.83 |
| **TOTAL** | | **$16.83** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Litigation | 192.80 | $59,349.50 |
| **TOTAL** | **192.80** | **$59,349.50** |