**EXHIBIT B**



REMIT TO ADDRESS:
222 S. MAIN STREET
AKRON, OHIO 44308-2098
(330) 376-2700
FAX (330) 376-4577
ramail@ralaw.com

FEDERAL TAX ID #34-1245415

NEW CENTURY FINANCIAL CORP.
18400 VON KARMAN AVE.
SUITE 1000
IRVINE, CA 90017

Invoice: 718328
Client/Matter: 117805.0001
July 20, 2007

For Professional Services Rendered
For The Period Through June 30, 2007

**Total Due This Invoice     $ 59,366.33**

Re: LITIGATION RE TRO

| Date | Initials | Hours | Description |
|---|---|---|---|
| 06/01/07 | GWR JR | 0.50 | Email exchanges with Mr. Logan re: upcoming hearing (0.3); email exchanges with Mr. Logan re: warehouse lenders (0.2). |
| 06/01/07 | DSS | 1.20 | Exchange numerous e-mails regarding the hearing on the motion by the State of Ohio for Clarification as to which loans are covered by the Stipulated Preliminary Injunction; (0.6) Telephone call with E. Kraus of the Ohio Attorney General's office regarding same; (0.3) Prepared a stipulation regarding the due date for New Century's response to the State of Ohio's motion for clarification (0.3) |
| 06/01/07 | JS | 0.30 | Receive and review multiple e-mails from Ms. Richman, Mr. Rooney and Mr. Logan re: potentially confidential information contained in the information to be provided to the warehouse lenders (0.1 hours); attention to related issues and conference with Mr. Rooney re: same (0.2 hours). |
| 06/01/07 | JB | 0.50 | Cuyahoga C/P Pleading Filed |
| 06/04/07 | GWR JR | 1.60 | Email exchange re: hearing date (0.2); telephone conference with Kaye Scholer re: coordination of 6/8 filings (0.2); email exchange with Mr. Logan re: local counsel and 6/8 filings issues (0.2); email exchanges with Mr. Logan re: warehouse lender counsel (0.2); email to counsel for warehouse lenders re: status, needed documentation, and standing (0.2); email exchange with Mr. Coleman re: draft submission (0.1); email exchange with Mr. Gallo re: 572 list (0.1); email with Mr. Cremona re: 572 list (0.1); email exchanges with Mr. Gallo and Mr. Logan re: Ohio loans and service transfer (0.3). |
| 06/04/07 | DSS | 1.60 | Exchange numerous e-mails regarding status of various Ohio loans; (0.6) Confer with G. Rooney, J. Schriner, K. Richman, R. Hart and others as needed regarding same (1.0). |
| 06/04/07 | JS | 0.50 | Receive and review detailed e-mail from Mr. Logan to lenders re: State of Ohio's |



**A LEGAL PROFESSIONAL ASSOCIATION**

117805.0001
LITIGATION RE TRO

Invoice: 718328
July 20, 2007
Page 2

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | Motion for Clarification and potential oppositions thereto (0.1 hours); receive and review multiple follow-up e-mails from Mr. Rooney, Mr. Coleman and Mr. Gallo re: related issues (0.2); attention to related issues for purposes of preparing for drafting Opposition to Motion for Clarification and eventual hearing re: same (0.2). |
| 06/05/07 | GWR JR | 3.50 | Review draft insert to Brief from Mr. Logan (0.2); email exchange with Nicholas Cremona re: loans at issue (0.2); email exchange with Mr. Gallo re: 572 list (0.1); email to Mr. Logan re: loans not on 572 list (0.1); email exchange with Mr. Logan re: warehouse lenders (0.2); email to warehouse lenders re: 572 list (0.1); email exchange with Ms. Schonholz re: Bank of America (0.1); review DB MRA (0.4); email exchange with Mr. Gallo re: his conversation with Mr. Hart and hearing continuance (0.2); telephone conference with Ms. Schonholz re: status (0.2); email exchanges re: Natixis (0.2); telephone conference with Ms. Richman, Mr. Hart and others re: status and strategy, including preparation therefor (0.9); email to warehouse lenders counsel re: status and need for documentation (0.2); email exchange with UBS counsel (0.1); email exchange with Mr. Gallo re: DBSP loans and issues, including spreadsheet (0.3). |
| 06/05/07 | DSS | 3.20 | Confer with G. Rooney and J. Schriner regarding preparation of Opposition Brief to State of Ohio's Motion for Clarification and preparation therefor; (1.0) Conference call with K. Richman, B. Logan, G. Rooney and J. Schriner regarding same; (0.3) Telephone call with R. Hart regarding possible agreed resolution of Motion for Clarification and due date for Opposition; (0.3) Telephone call with E. Kraus regarding same; (0.3) Telephone call with E. Park, Judge Gallagher's Staff Attorney, regarding hearing date; (0.1) Review file to compile information for use in Opposition; (1.0) Exchange e-mails with K. Richman and B. Logan regarding same; (0.1) Review several other e-mails to and from New Century's Warehouse lenders regarding hearing and information needed for Opposition (0.1) |
| 06/05/07 | JS | 4.50 | Receive and review Court Orders re: exemptions from stay (0.1 hours); retrieve and review updated docket (0.1); receive and review e-mails from Mr. Rooney and Mr. Gallo re: the 572 loans at issue and DBSP's purchase of 26 of those loans, along with 38 other loans not listed (0.2); conference with Mr. Rooney re: related issues and how to proceed with regard to the other 38 loans (0.2); receive and review e-mails from Mr. Logan, Ms. Richman and Mr. Rooney re: same (0.1); conference with Mr. Rooney re: need to prepare Memorandum in Opposition to Plaintiffs' Motion for Clarification and to incorporate input from various warehouse lenders in the same (0.3); receive, review and edit Mr. Logan's suggested text for the same (0.4); begin drafting and editing Memorandum in Opposition to Plaintiffs' Motion for Clarification (0.5); receive and review e-mails from Mr. Logan and Mr. Rooney re: the warehouse lenders at issue (0.2); receive and review e-mails from Ms. Somers, Ms. Schonholtz and Mr. Chelsey indicating that Natixis, Bank of America and UBS, respectively, do not own any of the 572 loans at issue (0.2); follow-up conference with Mr. Rooney re: same (0.1); receive and review e-mails from Mr. Gallo, Mr. Rooney and Mr. Logan re: Mr. Gallo's |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 718328
July 20, 2007
Page 3

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| | | | conversation with Mr. Hart re: Mr. Hart's willingness to consent to briefing extension and his interest in resolution without a hearing (0.2); conference call with Mr. Scherzer, Mr. Rooney and Mr. Hart re: same (0.1); conference call with Mr. Scherzer, Mr. Rooney and Mr. Krause re: briefing extension (0.1); prepare for and participate in conference call with Ms. Richman, Mr. Logan, Mr. Scherzer and Mr. Rooney re: various issues (1.0); follow-up conference call with Mr. Scherzer and Mr. Rooney re: related issues (0.3); receive and review e-mail from Mr. Rooney to counsel for warehouse lenders re: briefing |
| 06/06/07 | GWR JR | 1.20 | Email exchange with Mr. Logan re: Ohio loan ownership distribution and disputed DBSP loans (0.2); email exchanges with Mr. Gallo re: DBSP documentation (0.2); telephone conference with Ms. Richman, Mr. Logan and others re: securitized and whole loan sales, and related strategy, including preparation therefor (0.6); email exchanges re: CSFB loans (0.2). |
| 06/06/07 | DSS | 1.30 | Review various e-mails regarding loan issues; (0.4) Telephone call with K. Richman regarding same; (0.3) Confer with G. Rooney and J. Schriner as needed regarding same; (0.3) Telephone call with R. Hart regarding same (0.3) |
| 06/06/07 | JS | 1.70 | Attention to issues raised in Mr. Logan's 6/5 e-mail and conference with Mr. Rooney re: same (0.2 hours); receive and review e-mails from Mr. Gallo and Mr. Rooney re: DBSP's re-review of the loans at issues, revised claim of ownership to same, disputed loans and DBSP's intended submission in support of New Century's Opposition to Plaintiffs' Motion for Clarification (0.2); attention to related issues (0.1); prepare for and participate in conference call with Mr. Richman, Mr. Logan, Mr. Rooney and Mr. Scherzer re: various issues (0.7); follow-up conference with Mr. Rooney re: questions and concerns about sources from which the Attorney General derived its list of the 572 loans at issue (0.2); attention to related issues and review relevant documents (0.3). |
| 06/07/07 | GWR JR | 6.20 | Finalization of Affidavit of Ordinary Course Professional (0.8); preliminary review of new spreadsheet from Ms. Richman (0.4); cursory comparison of all spreadsheets in hand (1.2); email exchange re: information needed from Ms. Dodge (0.2); review submission by Morgan Stanley re: warehouse loan ownership (0.2); email exchange with Mr. Logan re: Lent declaration revisions (0.2); draft Declaration for Mr. Lent (2.4); email exchange re: same (0.2); telephone conference with Mr. Hart and others, including preparation therefor (0.6). |
| 06/07/07 | DSS | 0.70 | Review and respond as necessary to several e-mails regarding the status of Ohio loans (0.7) |
| 06/07/07 | JS | 3.90 | Receive and review e-mails from Mr. Dentsch, Mr. Logan and Ms. Richman re: loans owned by Credit Swisse (0.2 hours); comparative analysis of list of 661 loans that Mr. Scherzer sent to Ms. Johns on 3/24/07 and list of 572 loans attached to Plaintiffs' Motion for Clarification (3.5); conference with Mr. Rooney and Mr. Scherzer re: results of analysis (0.2). |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001　　　　　　　　　　　　　　　　　　　　　　　Invoice: 718328
LITIGATION RE TRO　　　　　　　　　　　　　　　　　　July 20, 2007
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 4

| Date | Initials | Hours | Description |
|---|---|---|---|
| 06/07/07 | JS | 3.30 | Prepare for and participate in conference call with Ms. Richman, Mr. Logan, Mr. Hart, Mr. Rooney and Mr. Scherzer re: various issues pending in the litigation and how best to address issues of loan ownership in order to satisfy Plaintiffs' concerns (1.3 hours); receive and review new spreadsheet of loans forwarded by Ms. Richman on 6/6 and e-mails from Ms. Dodge and Ms. Richman re: same (0.5); comparative analysis of that spreadsheet and Plaintiffs' list of 572 loans (1.0); detailed e-mail to Ms. Richman, Mr. Logan, Mr. Rooney and Mr. Scherzer re: same and loans that appear on Plaintiffs' list of 572 that are owned by New Century (0.2); receive, review and revise Declaration of Mr. Lent and follow-up with Mr. Rooney re: same (0.3). |
| 06/08/07 | GWR JR | 1.80 | Review email from Mr. Logan with revisions to draft Declaration and comments (0.2); email to Mr. Logan and group re: handling of supporting documentation and expanded list (0.3); review Morgan Stanley submission to OAG (0.3); email exchange with Mr. Hawkins re: follow-up Morgan Stanley issues (0.2); revise and circulate draft Lent Declaration (0.4); review Patti Dodge spreadsheet (0.3); email re: Lent Declaration (0.1). |
| 06/08/07 | DSS | 1.30 | Prepared Stipulated Motion for Additional Time to file Opposition; (0.5) Review several e-mails regarding information to provide to the State of Ohio in response to Motion for Clarification; (0.3) Review several Excel spreadsheets regarding same; (0.2) Telephone calls with K. Richman regarding same (0.3) |
| 06/08/07 | JS | 4.40 | Receive and review e-mails from Mr. Hawkins and Mr. Rooney re: loans owned by MSMCI (and never repurchased by New Century) (0.1 hours); receive and review list of those loans, along with the Master Trust Receipt (0.1); cross-reference list of loans owned by MSMCI with Plaintiffs' list of 572 loans at issue (1.0); cross-reference list of loans owned by MSMCI with list of 661 loans sent by Mr. Scherzer to the Attorney General and attention to discrepancies between the two with regard to ownership of the loans (0.8); conference with Mr. Rooney re: related issues (0.2); receive and review multiple e-mails from Mr. Rooney, Mr. Logan and Ms. Richman re: revisions to draft Declaration of Mr. Lent (0.3); receive and review revised version of the same (0.1); receive and review e-mails from Ms. Richman and Mr. Logan re: Mr. Lent's decision not to sign off on the Declaration and the possible use of Mr. Goldberg or Mr. Collins in his stead (0.1); receive and review e-mails from Mr. Hart, Ms. Richman and Ms. Moon re: two loans at issue on the list of 572 and attention to related issues (0.2); receive, review and revise "Master List" of loan ownership from Mr. Rooney, covering ownership of approximately 95 loans at issue (0.5); e-mail to Ms. Richman and Mr. Logan re: revised Master List and ownership discrepancy issue (0.3); conference call with Mr. Scherzer and Ms. Richman re: ownership issues and preparation for opposing Motion for Clarification (0.3); receive and review new expanded list of loans and ownership compiled by Ms. Dodge (0.4). |
| 06/08/07 | JK | 0.60 | Documents filed at CCCP/copy taken to Judge |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE
PLEASE REMIT PAYMENT UPON RECEIPT**



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 718328
July 20, 2007
Page 5

| Date | Initials | Hours | Description |
|---|---|---|---|
| 06/09/07 | JS | 0.30 | Attention to issues to address in opposing Plaintiffs' Motion for Clarification and e-mail to Mr. Rooney re: same, new expanded list of loans from Ms. Dodge and how to use the same in preparing the Opposition. |
| 06/10/07 | GWR JR | 0.50 | Cursory review of updated spreadsheet (0.3); email exchanges re: miscellaneous loans (0.2). |
| 06/11/07 | GWR JR | 2.80 | Further attention to disparate loan lists and information, noting areas for follow-up (1.8); discussion with Mr. Schriner re: open loan ownership issues and approach to resolve (0.4); telephone conference with Mr. Gallo re: DB documentation submission (0.2); email exchanges with Ms. Richman re: status of disputed DB loans (0.4). |
| 06/11/07 | DSS | 0.70 | Telephone call with Judge Gallagher's staff attorney, E. Parks regarding hearing date; (0.2) Exchange e-mails with R. Hart regarding request for Excel format list of released loans; (0.2) Exchange e-mails with K. Richman on various issues (0.3) |
| 06/11/07 | JS | 7.40 | Cross-reference Plaintiffs' list of 572 loans at issue against 6/8 spreadsheet of 1,075 loans for purposes of determining ownership and proper categorization of the loans at issue (4.0 hours); e-mail to Ms. Richman re: same (0.1); conference call with Ms. Richman, Ms. Dodge and Ms. Sprouse re: various related issues and strategy going forward (0.5); per issues and instructions discussed during the conference call, conduct revised cross-analysis of Plaintiffs' list of 572 loans and the 6/8 list of 1,075 loans to better determine ownership, creating a new "Master List in the process (2.0); conference with Mr. Rooney re: related issues (0.2); conference with Mr. Scherzer re: related issues (0.1); e-mail to Ms. Richman re: Master List (0.1); receive and review multiple e-mails from Mr. Rooney, Ms. Richman and Mr. Logan re: disputed DB loans and attention to related issues (0.2); receive and review e-mails from Mr. Scherzer and Ms. Richman re: consolidation of hearing on Plaintiffs' Motion for Clarification with the Preliminary Injunction hearing and follow-up conference with Mr. Scherzer re: same (0.2). |
| 06/12/07 | GWR JR | 1.60 | Review submission by DAUBS to OAG re: DAUBS ownership of 30 listed loans (0.3); email to Ms. Richman and Mr. Logan re: same (0.1); telephone conference with counsel from Credit Suisse re: 7 listed loans (0.3); email to Mr. Hart with Morgan Stanley submission re: 45 loans; discussion with Mr. Schriner re: continuing uncertainties with list (0.4); review and supplement draft email with questions for clarification (0.3); review email and attached new list from Ms. Dodge with 572 and remaining loans, reordering list for analysis (0.2). |
| 06/12/07 | DSS | 1.00 | Telephone call with E. Kraus regarding scheduling issues; (0.2) Telephone call with Judge Gallagher's Staff Attorney regarding same; (.02) Confer with J. Schriner regarding status of response to Motion for Clarification; (0.3) Review several e-mails regarding same (0.3) |
| 06/12/07 | JS | 8.90 | Receive and review e-mail and lists of released loans from Mr. Hart (0.1 hours); |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



**A LEGAL PROFESSIONAL ASSOCIATION**

117805.0001  
LITIGATION RE TRO

Invoice: 718328  
July 20, 2007  
Page 6

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | receive and review letter and corresponding documents from Mr. Gallo to Mr. Hart re: DBSP ownership of 30 loans at issue (0.2); cross-reference that list against 6/11-revised Master List (0.3); e-mail to Ms. Richman re: related issues (0.2); receive and review e-mails from Ms. Music, Mr. Uyehara and Ms. Richman re: 12 previously-unresolved loans on the 6/8 spreadsheet (0.1); receive and review e-mail and corresponding documents from Mr. Rooney to Mr. Hart re: Morgan Stanley ownership of 45 loans at issue (0.2); receive and review e-mails from Ms. Moon and Ms. Richman re: 15 loans at issue that did not appear on the 6/8 spreadsheet of 1,075 loans (0.2); conference with Mr. Rooney re: related issues and strategy for addressing the same with the A.G. (0.2); detailed e-mail, with questions, to Ms. Richman re: same (0.2); continue working on Master List of loan ownership and attention to various unresolved issues re: same (4.0); conference with Mr. Rooney re: same (0.4); detailed e-mail to Ms. Richman, Ms. Dodge and Ms. Sprouse with questions, re: same (0.4); receive and review new spreadsheet of 1,090 loans from Ms. Dodge and attention to the ownership designations on the same (0.5); revise the Master List accordingly (1.0); attention to apparent discrepancies in ownership, particularly with regard to loans owned by warehouse lenders (0.4); detailed e-mail to Ms. Richman, Ms. Dodge and Ms. Sprouse re: same (0.2). conference with Mr. Scherzer re: potential response to Motion for clarification (0.3) |
| 06/13/07 | GWR JR | 2.30 | Review further revised spreadsheet from Ms. Dodge and related emails (0.5); review emails re: "15 loans" (0.3); telephone conference with Mr. Deutsche re: status of Credit Suisse documents (0.2); email to warehouse lenders re: new hearing and submission dates (0.2); email exchanges re: Salomon Brothers (0.2); review spreadsheet addition from Mr. Ruiz (0.1); email exchanges re: spreadsheet issue and OAG response strategy (0.6); review revised spreadsheet from Ms. Dodge (0.2). |
| 06/13/07 | DSS | 1.60 | Review numerous e-mails regarding reconciliation of loan portfolios; (1.3) Confer as necessary with G. Rooney and J. Schriner regarding same (0.3) |
| 06/13/07 | JS | 4.20 | Receive and review e-mails from Ms. Moon and Ms. Richman re: 15 loans from the list of 572 that were kept off of the original spreadsheet of 1,075 loans and the possibility that other loans on the list of 572 may not belong there (0.2 hours); attention to related issues and follow-up e-mail to Ms. Richman re: same (0.1); receive and review e-mail and revised spreadsheet of 1,090 loans from Ms. Dodge (0.2); revise Master List accordingly and e-mail to Ms. Dodge re: same (0.2); e-mail exchange with Mr. Rooney re: Salomon Brothers issue (0.1); review revised spreadsheet re: same and e-mail to Ms. Richman re: outstanding related issues (0.2); receive and review e-mail from Mr. Rooney re: Credit Suisse's reported difficulty in collecting trust receipts for the 7 loans that it owns (0.1); receive and review revised spreadsheet of loans from Mr. Ruiz and conference with Mr. Rooney re: same (0.4); Use Master List to revise Declaration of Mr. Lent as to ownership of the loans at issue (1.5); detailed e-mail to Ms. Richman re: same and ownership issues that remain unresolved (0.2); receive and review e-mail from |



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 718328
July 20, 2007
Page 7

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | Ms. Dodge re: Salomon Brothers issues (0.1); receive and review e-mail from Mr. Rooney re: ownership of the "list of 15" loans whether the "list of 15" loans should properly appear on the AG list of 572 and conferences with Mr. Rooney and Mr. Scherzer re: related issues (0.5); attention to the 4 loans on the "list of 15" that Morgan Stanley has claimed ownership of and e-mail to Ms. Richman re: same (0.3); receive and review e-mail from Mr. Rooney re: "investment property" loans from the "list of 15" (0.1). |
| 06/14/07 | GWR JR | 4.60 | Review and analysis of revised 6/13 spreadsheet (0.6); identify remaining ownership issues (0.5); telephone conference with Mr. Gallo re: possible OAG change of position and request for information (0.2); email exchange with Mr. Gallo re: requested information (0.3); email exchange re: Salomon issue (0.2); email exchanges re: investment property issue (0.3); preparation for conference call with Ms. Richman (0.4); telephone conference with Ms. Richman re: remaining issues re: ownership and delinquency status, and strategy for response to OAG (0.5); email exchanges re: non-delinquent loans (0.4); email exchanges re: remaining ownership issues (0.3); email to Mr. Hart re: 572 list (0.1); email exchange re: MRA issues (0.2); email exchanges re: FNMA (0.2); review materials from Mr. Gallo re: liability issues (0.4). |
| 06/14/07 | DSS | 0.90 | Review several e-mails regarding organization of loan information to be provided to the Ohio Attorney General |
| 06/14/07 | JS | 7.60 | Receive and review e-mail from Mr. Rooney and Ms. Richman re: plan to submit files to AG for loans that should be excluded from Plaintiffs' list of 572 and attention to related issues (0.2 hours); receive and review e-mail and revised spreadsheet from Ms. Dodge showing ownership codes for all loans at issue (0.3); cross-reference the same against the Master List and revise the Master List accordingly (0.3); receive and review e-mails from Mr. Brown and Mr. Ruiz re: loan ownership issues (0.1); receive and review list of securitization loans from Mr. Brown and follow-up conference with Mr. Rooney re: related issues (0.3); receive and review e-mail and attached lists of loans, sent from Mr. Hart to Ms. Richman, re: various warehouse-lender-owned loans and outstanding issues under the Stipulated Preliminary Injunction (0.3); conference call with Mr. Rooney and Ms. Richman re: related issues and plan for preparing a submittal for Bob Hart that will address both loan ownership and reasons why some loans should be excluded from the list of 572 loans (0.7); follow-up conference with Mr. Rooney re: plans for the submittal (0.2); receive and review list of FNMA historical limits for conventional loans (0.1); analyze Ms. Dodge's spreadsheet to determine jumbo loans, loans for nonowner-occupied investment properties, Fannie Mae loans and FHA loans, all of which should be excluded from the list of 572 (1.5); multiple e-mail exchanges with Ms. Richman re: various related issues (0.4); revise the Master List accordingly (0.4); receive and review e-mails from Mr. Gallo and Mr. Rooney re: predatory lending statutes and DBSP-disputed loans (0.1); receive and review e-mail from Mr. Rooney re: loans that may not be 60 days delinquent and follow-up discussion with him re: related issues (0.2); |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**