

**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 718328
July 20, 2007
Page 8

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | draft and edit proposed submission to present |
| 06/15/07 | GWR JR | 1.90 | Review Ohio predatory lending statutes in preparation for upcoming hearing (0.7); follow-up email exchange with Mr. Moon (0.1); follow-up email exchange with Ms. Sprouse (0.1); discussion with Mr. Schriner re: investment properties (0.2); review updated spreadsheet from Ms. Dodge (0.3); email exchange with Mr. Schriner re: investment property issues (0.2); draft proposed detailed email to Mr. Hart; review email from Mr. Moon with loan numbers and explanation (0.2); review email from Mr. Moon re: investment properties (0.1). |
| 06/15/07 | DSS | 0.80 | Review and respond as necessary to several e-mails regarding compilation of information necessary to respond to Ohio's Motion for Clarification; (0.6) Confer with J. Schriner regarding same (0.2) |
| 06/15/07 | JS | 5.90 | Receive and review e-mails from Mr. Rooney and Ms. Richman re: DBSP-disputed loans (0.1 hours); receive and review multiple e-mails from Mr. Rooney, Ms. Richman, Ms. Dodge, and Mr. Moon re: loans not 60 days delinquent and attention to related issues (0.2); receive and review e-mails from Mr. Logan and Mr. Rooney re: status of case, AG's potential change in course of action and related strategical issues and attention to relates issues (0.2); e-mail exchange with Ms. Richman re: outstanding issues related to the proposed submittal to Mr. Hart and attention to related issues (0.2); receive and review e-mails from Ms. Dodge and Mr. Rooney re: status of some loans at issue and attention to related issues (0.2); review and revise proposed submittal to Mr. Hart and Master List (0.5); e-mails to Ms. Dodge and Mr. Moon re: loans for investment properties (0.2); receive and review new spreadsheet of 1,090 loans from Ms. Dodge (0.5); revise Master List, proposed submittal to Mr. Hart and draft Declaration (2.5); e-mail to Ms. Richman re: Declaration (0.1); e-mail exchange with Mr. Rooney and Mr. Moon re: delinquent status of 17 LNFAs and 6 DBSP-disputed loans (0.4); receive, review and edit Mr. Rooney's draft e-mail to Mr. Hart and discussion with Mr. Rooney re: same and possible approach to dealing with Mr. Hart in light of pressure that he appears to be receiving from his superiors within the AG's office (0.5); conference with Mr. Scherzer re: related issues (0.2); receive and review Mr. Scherzer's e-mail to Mr. Hart re: status of proposed submittal (0.1). |
| 06/17/07 | JS | 0.50 | E-mail exchange with Mr. Moon re: delinquency status of LNFAs and DBSP-disputed loans and attention to related issues (0.2 hours); revise the Master List and proposed submittal to Mr. Hart accordingly (0.2); e-mail to Mr. Rooney and Mr. Scherzer re: related issues (0.1). |
| 06/18/07 | GWR JR | 4.30 | Email exchange with Mr. Schriner re: loan coding on 518 list (0.2); revise list accordingly (0.1); draft status and position report to Mr. Hart (0.5); discussion with Mr. Scherzer re: same (0.1); review and analyze Ron Brown 613 securitization list (0.6); email to, and discussion with, Mr. Scherzer re: 572 ownership list and 613 securitization list (0.3); email to Mr. Schriner re: list discrepancies (0.2); extended conversation with Messrs. Scherzer and Hart re: loan ownership issues and change of OAG position, including preparation therefor |

PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE
PLEASE REMIT PAYMENT UPON RECEIPT



## ROETZEL & ANDRESS
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001  
LITIGATION RE TRO

Invoice: 718328  
July 20, 2007  
Page 9

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| | | | (1.2); review DBSP MRA (0.3); transmit to Mr. Hart (0.1); review documents from Mr. Hart re: 35 loan release and 125 hold lists (0.4); email exchange re: Hart conversation recap and related requests and recommendations (0.3). |
| 06/18/07 | DSS | 2.60 | Prepare for and confer with G. Rooney regarding status of information to be provided to the State of Ohio and strategy for June 26th Court Hearing; (1.3) Review Excel Spreadsheets regarding same; (0.5)Conference call with G. Rooney and R. Hart regarding same; (0.4) Prepared e-mail to R. Hart regarding the transmission of additional factual information to the State of Ohio; (0.1) Prepared e-mail to K. Richman regarding status of matter; (0.1) Review and respond as necessary to several other e-mails (0.2) |
| 06/18/07 | JS | 0.50 | Attention to various pending issues re: proposed submittal to Mr. Hart, eventual submission to be filed with the Court and preparation for the upcoming hearing (0.5). |
| 06/19/07 | GWR JR | 6.60 | Review additional MRAs from Mr. Logan (0.8); email to Mr. Logan re: whole loan sales (0.1); email to Mr. Hart re: additional MRAs (0.2); email exchange with Mr. Hart re: 35 release list loan numbers (0.2); email exchange with Mr. Gallo re: status and timing of opposition (0.2); review whole loan sales documents from Mr. Logan (0.7); email exchange with Mr. Logan re: service transfer (0.2); email exchange with Ms. Richman re: trust ownership documents, including review of attached documents (0.8); email to Mr. Hart re: whole loan sales documents (0.1); telephone conference with Ms. Richman re: status and outstanding issues and strategy (0.7); telephone conference with Mr. Hart re: status, service transfer, LNFA, ownership and survey issues, including preparation therefor (0.6); review interim trust transfer agreement from Ms. Richman (0.3); email to Mr. Hart re: same (0.1); email exchange with Mr. Hart re: list discrepancies (0.2); email exchange with Mr. Schriner re: list discrepancies, including review of related documents (0.3); review additional securitization trust agreements (0.8); review documents from Mr. Hart re: 18 release and 181 hold lists (0.3). |
| 06/19/07 | DSS | 2.60 | Exchange several e-mails with R. Hart regarding status of additional loans to be cleared; (0.2) Review information from Ohio Attorney General regarding loans that were cleared and those that were not; (0.3) Exchange several other e-mails regarding same; (0.2) Telephone call with K. Richman regarding same; (0.2) Continue working on organization of loan portfolios, notices to be filed with Court and communications with Ohio foreclosure counsel; (1.2) Telephone calls with E. Kraus regarding same; (0.2) Conference call with K. Richman and R. Hart regarding same (0.3) |
| 06/19/07 | JS | 10.10 | Receive and review e-mails from Mr. Rooney re: approach to take with AG's office (0.1 hours); receive and review e-mail from Mr. Moon confirming delinquency of 17 LNFAs and 6 DBSP-disputed loans (0.1); receive and review e-mail from Mr. Rooney re: revised proposed submittal to Mr. Hart (0.1); receive and review detailed e-mail from Mr. scherzer to Mr. Hart, including revised submittal, and attention to related issues (0.2); receive and review e-mail from Mr. |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**  
**PLEASE REMIT PAYMENT UPON RECEIPT**



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001  
LITIGATION RE TRO

Invoice: 718328  
July 20, 2007  
Page 10

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| | | | rooney re: apparent inconsistencies between submittal to Mr. Hart and Mr. Brown's list of securitization loans (0.1); cross-reference those 2 documents, create a new spreadsheet of the 613 loans, and attention to inconsistencies (5.5); conference with Mr. Rooney re: related issues (0.2); detailed e-mail to Ms. Richman, Mr. Brown, Ms. Dodge, Ms. Sprouse and Mr. Ruiz re: related issues (0.2); follow-up e-mail exchange with Mr. Ruiz re: resolution of inconsistencies for whole loan sale loans (0.2); receive and review e-mail from Mr. Rooney to Mr. Hart re: DBSP MRA (0.1); receive and review detailed e-mail from Mr. Scherzer re: results of his 6/18 discussions with Mr. Hart and attention to related issues (0.2); receive and review e-mails from Mr. logan and Mr. Rooney re: DBSP and CSFB MRAs (0.1); receive and review e-mail from Mr. Scherzer to Mr. Hart re: same (0.1); receive and review e-mails from Mr. Gallo and Mr. Rooney re: filing issues and AG's desired workout program (0.1); receive and review e-mail from Mr. Hart re: proposed Agreed Release Entry re: 35 loans (0.1); receive and review e-mail from Mr. Logan re: whole loan sale agreements (0.1); receive and review e-mail from Mr. rooney to Mr. Hart re: same (0.1); receive and review e-mails from Mr. Dragelin, Mr. Cloyd, Mr. Power and Mr. Logan re: possibility of locating a buyer |
| 06/20/07 | GWR JR | 3.40 | Email to Mr. Hart re: additional trust agreements (0.1); telephone conference with Mr. Hart re: hearing and trust issues (0.3); review NCCC agreement (0.4); email exchange re: securitization ownership issues (0.5); review draft email re: 6/26 hearing options and strategy (0.2); email re: suggested revisions and additions (0.4); email exchange with Mr. Hart re: previously-released loans (0.2); review documents from Mr. Hart re: 65 loan releases (0.2); email exchange resolving two list disparities (0.2); strategy discussion with Mr. Scherzer re: Ohio predatory lending statutes (0.4); email exchange with Mr. Hart re: securitization loan issues (0.2); email exchange with Mr. Logan re: going-forward strategy (0.3). |
| 06/20/07 | DSS | 3.90 | Prepared e-mail to K. Richman regarding strategy for June 26, 2007 Hearing; (0.8) Confer with G. Rooney regarding same; (0.4) Review proposed loan release orders prepared by R. Hart; (0.3) Exchange e-mails with E. Kraus regarding Court Appearance to obtain Judge Gallagher's signature on loan release orders: (0.2) Exchange e-mails with R. Hart regarding warehouse loans; (0.2) Telephone call with New Century's Ohio foreclosure counsel regarding status of discussions with the state; (0.3) Conduct legal research into the propriety of the Attorney General's position that loans not owned by New Century are covered by the Stipulated Preliminary Injunction; (1.2) Telephone with K. Richman regarding same; (0.3) Exchange numerous other e-mails regarding same; (0.2) |
| 06/20/07 | JS | 7.70 | Receive and review e-mail from Mr. Rooney to Mr. Hart re: securitization trust documents (0.1 hours); conference with Mr. Rooney re: loans that AG has agreed to release (0.2); cross-reference various lists of released loans against AG's list of 572 loans and revise spreadsheet of 572 loans to reflect respective release dates, if any (1.5); conference with Mr. Rooney re: various related issues (0.2); conference with Mr. Rooney re: need to address loans not on AG's list of 572 loans (0.2); |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**  
**PLEASE REMIT PAYMENT UPON RECEIPT**



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

| | |
|---|---|
| 117805.0001 | Invoice: 718328 |
| LITIGATION RE TRO | July 20, 2007 |
| | Page 11 |

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | draft and edit spreadsheet of 518 loans that do not appear on the AG's list of 572; cross-reference various lists of released loans against the list of 518 loans, and revise the list of 518 loans to reflect respective release dates, if any (2.5); receive, review and revise Mr. Scherzer's proposed e-mail memorandum re: 6/26 hearing and preparation for the same, and follow-up e-mail exchange with Mr. Scherzer re: related research issues (0.3); receive and review e-mail from Mr. Rooney re: his thoughts about the same (0.1); conference with Mr. Scherzer and Mr. Rooney re: ownership of the securitized trusts (0.2); receive and review e-mail exchange between Mr. Scherzer and Ms. Richman re: strategy for preparing for 6/26 hearing (0.2); receive and review e-mails from Mr. Logan, Mr. Loewenthal and Mr. Rooney re: related issues (0.2); receive and review additional list of 65 loans to be released (0.2); cross-reference the same against the lists of 572 loans (on AG's list) and 518 loans (not on AG's list), and revise those lists accordingly (0.7); note that AG is now seemingly double-releasing 19 loans on the list of 65, and detailed e-mail to Mr. Hart re: same (0.5); resolve two discrepancies of "securitization" loan information provided to Mr. Hart on 6/18 (0.2); e-mail exchange with Ms. Richman re: her approval to clarify the same without |
| 06/21/07 | GWR JR | 3.20 | Telephone conference with Mr. Hart re: status and outstanding issues (0.2; email exchange re: release duplication (0.2); strategy discussion with Messrs. Scherzer and Schriner re: same (0.3); telephone conference with Ms. Richman and team re: 6/26 hearing, including preparation therefor (1.2); email to Mr. Hart re: securitization agreement and ownership issue (0.2); email exchange re: Salomon Brothers issues (0.2); email exchange re: additional LNFAs (0.2); email to Mr. Hart re: upcoming hearing (0.1); email to warehouse counsel re: status and service transfer (0.1); email from Ms. Richman re: trustees (0.1); email exchange re: recap of meeting with Judge (0.2); email exchange re: service transfer (0.2). |
| 06/21/07 | DSS | 4.10 | Prepared for and participate in conference call with K. Richman, M. Loewenthal, K Dwyer, G. Rooney and J. Schriner regarding strategy in Ohio case; (1.4) Telephone call with R. Hart regarding status of matter; (0.2) Prepared for and attend court hearing with Judge Gallagher regarding new Order releasing loans and regarding revised schedule for Hearing on Permanent Injunction and Motion for Clarification:(2.0) Prepared several e-mails regarding same; (0.2) Review and respond as necessary to numerous e-mails regarding status of loan portfolios (0.3) |
| 06/21/07 | JS | 9.20 | Receive and review revised list of 169 loans released on 5/29 (including loan numbers), cross-reference the same against the list of 572 loans (on AG's list) and the list of 518 loans (not on AG's list), and revise the lists accordingly (2.0 hours); receive and review revised version of list of 46 loans (reduced from 65) to be released, cross-reference the same against the list of 572 loans and the list of 518 loans, and revise the lists accordingly (0.7); receive and review revised version of list of 31 loans previously released, cross-reference the same against the list of 572 loans and the list of 518 loans, and revise the lists accordingly (0.5); e-mail exchanges with Mr. Hart re: related issues (0.2); prepare for and participate in conference call with Ms. Richman, Mr. Loewenthal, Mr. Scherzer, Mr. Rooney |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**

# ROETZEL & ANDRESS
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001  
LITIGATION RE TRO

Invoice: 718328  
July 20, 2007  
Page 12

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| | | | and Mr. Dwyer re: plan for 6/26 hearing, how to address loans beyond the list of 572, and the anticipated 6/29 closing of the deal transferring servicing of loans to Carrington (0.7); receive and review e-mail from Mr. Rooney to Mr. Hart re: securitization loan ownership documents (0.1); receive and review e-mail exchange between Mr. Rooney and Mr. Gallo re: the potential transfer of loan servicing and status of Mr. Gallo's resolution discussions with Mr. Hart (0.2); attention to the impact that the same would have on the status of the case (0.2); receive and review e-mails from Mr. Dwyer, Mr. Hatch and Ms. Richman re: trustees and servicers of securitization loans (0.2); receive and review list of 160 loans placed on hold, cross-reference the same against the list of 572 loans and the list of 518 loans, and revise the lists accordingly (2.0); prepare with Mr. Scherzer for Court conference with Mr. Kraus (0.3); conference with Mr. Scherzer re: results of the Court conference with Mr. Kraus and Judge Gallagher (0.2); receive and review detailed e-mails from |
| 06/22/07 | GWR JR | 2.30 | Email exchanges with Messrs. Schriner and Scherzer re: draft proposed email to Mr. Hart re: "additional loans" and NC position, including revisions (1.1); review revised draft form Mr. Scherzer (0.1); telephone conference with Mr. Scherzer re: same (0.2); conference with Messrs. Scherzer and Schriner re: open issues (0.6); mail exchange re: going-forward strategy (0.3); various email exchanges re: content of proposed Notice (0.5); email exchange re: 572 and 518 lists and already-released loans, including review of related documents (0.5). |
| 06/22/07 | DSS | 1.80 | Prepared e-mail to B. Logan regarding status of matter; (0.2) Exchange e-mails with G. Rooney regarding additional contacts with the Ohio Attorney General's office; (0.2) Confer with G. Rooney regarding same; (0.2) Review and respond as necessary to several e-mails; (0.2) Confer with J. Schriner regarding status of matter; (0.4) Draft proposed e-mail to Ohio Attorney General's office (0.6) |
| 06/22/07 | JS | 2.10 | Receive and review e-mails from Mr. Logan, Mr. Scherzer, Ms. Richman and Mr. Rooney re: transfer of servicing of loans and the plan to file a notice with the Court re: the same (0.2 hours); consider the possible pros and cons of that approach and any potential state or Court interference with the closing of the sale to Carrington (0.3); receive, review and edit Mr. Rooney's proposed detailed e-mail to Mr. Hart re: status of the case and anticipated actions going forward, and follow-up e-mail exchange with Mr. Rooney re: same (0.3); receive and review follow-up e-mails from Mr. Scherzer, Mr. Rooney and Ms. Richman re: related issues (0.2); receive, review and edit Mr. Scherzer's proposed detailed e-mail to Mr. Hart re: status of the case and anticipated actions going forward (0.2); receive and review e-mails from Ms. Logan and Mr. Rooney re: same (0.1); receive and review e-mail from Mr. Logan and Court Order re: Bankruptcy Court's approval of sale of servicing to Carrington (0.2); receive and review e-mails from Mr. Rooney and Mr. Logan re: related issues and attention to issues re: servicing of warehoused loans (0.2) Conference with Mr. Scherzer re: status (0.4) |
| 06/25/07 | GWR | 3.50 | Review spreadsheet to identify warehouse loans not on OAG 572 list (0.4); |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**  
**PLEASE REMIT PAYMENT UPON RECEIPT**



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001  
LITIGATION RE TRO

Invoice: 718328  
July 20, 2007  
Page 13

| Date | Initials | Hours | Description |
|---|---|---|---|
| | JR | | prepare spreadsheet re: additional DBSP loans (0.4); prepare draft email to counsel for DBSP re: additional loans and New Century position with OAG (0.3); prepare spreadsheet re: additional Credit Suisse loans (0.4); prepare draft email to counsel for Credit Suisse re: additional loans and New Century position with OAG (0.3); prepare spreadsheet re: additional Morgan Stanley loans (0.4); prepare draft email to counsel for Morgan Stanley re: additional loans and New Century position with OAG (0.3); prepare spreadsheet re: additional Barclays loan (0.2); prepare draft email to counsel for Barclays re: additional loans and New Century position with OAG (0.2); review Credit Suisse submission to OAG; email to warehouse lender counsel re: further hearing continuance (0.1); email from Mr. Hawkins re: additional list (0.1); email exchange with Mr. Schriner re: released credit Suisse loans and additional CS loans (0.2); email to Mr. Deutsche re: released CS loans (0.2). |
| 06/25/07 | DSS | 0.70 | Exchange several e-mails regarding status of matter; (0.2) Review spread sheets regarding status of several loan portfolios (0.5) |
| 06/25/07 | DSS | 1.10 | Exchange several e-mails regarding status of loan portfolios; (0.4) Review spreadsheets regarding same (0.7) |
| 06/25/07 | JS | 3.00 | Receive and review letter from Mr. Deutsch to Mr. Hart re: request that 7 loans owned by Credit Suisse be removed from the 572 list (0.2 hours); cross-reference list of those loans against the AG's list of 572 loans and the multiple Agreed Entries releasing loans, discovering that 3 of the 7 loans have been released (0.5); e-mail exchange with Mr. Rooney re: same (0.1); receive and review e-mail from Mr. Rooney to Mr. Deutsch re: related issues (0.1); receive and review e-mails from Mr. Theologides and Mr. Scherzer re: plan to file notice of transfer of servicing and to notify the people in servicing (0.1); receive and review e-mails from Mr. Theologides, Ms. Richman and Mr. Scherzer re: general approach to Ohio litigation and Mr. Scherzer's proposed e-mail to Mr. Hart (0.1); attention to various related issues (0.3); conference with Mr. Rooney re: warehouse-lender-owned loans on the list of 518 loans that do not appear on the AG's 572 list (0.2); draft and edit multiple spreadsheets for loans owned by warehouse lenders (0.7); cross-reference the same against the multiple Agreed Entries releasing loans and follow-up with Mr. Rooney re: same (0.5); receive and review Court Orders re: re-scheduled hearing (0.1); receive and review e-mails from Mr. Rooney and counsel for warehouse lenders re: related issues (0.1). |
| 06/26/07 | GWR JR | 0.50 | Email exchange with Ms. Richman recommending communication to warehouse lender counsel, and universe of Ohio loans (0.3); email exchange re: 3 additional warehouse loans (0.2). |
| 06/26/07 | JS | 1.20 | Receive and review e-mails from Mr. Rooney and Ms. Richman re: warehouse-lender-owned loans that do not appear on the AG's 572 list and attention to related issues (0.2 hours); cross-reference list of 85 warehouse-lender-owned loans in Mr. Rooney's e-mail against list of 518 loans not on AG's 572 list, note 3 additional such loans, conference with Mr. Rooney re: same, and e-mail to Ms. |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 718328
July 20, 2007
Page 14

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | Richman re: same (0.5); receive and review e-mails from Ms. Negrete, Mr. Chernek and Mr. Scherzer re: Loan No. 1995360, the status thereof, and Mr. Chernek's request for the release of the same (0.2); review lists of loans to verify that Loan No. 1995360 appears on the list of 518 loans not on AG's 572 list and that it has not yet been released (0.2); follow-up conference with Mr. Scherzer re: same (0.1). |
| 06/27/07 | GWR JR | 3.40 | Email exchange with Mr. Logan re: notification to warehouse lender counsel, with comments, explanation and draft communications (0.7); email to warehouse lender counsel re: anticipated communication re: loans (0.1); email exchange with Mr. Logan re: timing of Notice (0.2); review emails to warehouse lender counsel (0.2); emails to Mr. Deutsche, Mr. Gall and Mr. Hawkins with updates spreadsheets (0.3); further email exchange with Mr. Hawkins re: Morgan Stanley loans (0.2); email exchange re: loans not on 572 list, including related review (0.3); analysis of 63-loan "survey" spreadsheet from Mr. Hart (0.4); email re: same (0.2); email exchange with Mr. Gallo re: additional loans and servicing transfer (0.2); email exchanges with Ms. Richman re: same and remaining warehouse loans (0.4); follow-up email exchange with Mr. Gallo re: service transfer (0.2) |
| 06/27/07 | DSS | 1.60 | Exchange numerous e-mails regarding status of different loan portfolios and related issues; (0.8) Review several loan compilations regarding same (0.8) |
| 06/27/07 | JS | 1.90 | Receive and review e-mail exchanges between Mr. Rooney and Mr. Logan re: notification to counsel for warehouse lenders re: loans potentially at issue that do not appear on AG's 572 list (0.2 hours); receive and review e-mails from Mr. Logan and Mr. Rooney to Mr. Deutsche re: CSFB-owned loans (0.2); receive and review e-mail from Mr. Logan to Mr. Coleman re: Barclay-owned loan (0.2); receive and review e-mails from Mr. Logan and Mr. Rooney to Mr. Hawkins re: Morgan Stanley-owned loans (0.2); receive and review follow-up e-mail from Mr. Hawkins re: same and status of his discussions with Mr. Hart (0.1); receive and review e-mails from Mr. Rooney and Mr. Logan re: potential Notice to be filed with Court re: transfer of servicing and related issues; (0.1); follow-up conference with Mr. Rooney re: same and attention to related issues (0.2); attention to additional warehouse-lender-owne d loans potentially at issue and cross-reference the same against prior Agreed Entries re: release (0.2); follow-up e-mail to Ms. Richman re: related issues (0.1); receive and review detailed e-mail from Mr. Gallo re: additional DBSP-owned loans and attention to related issues (0.2); receive and review follow-up e-mails from Mr. Rooney, Ms. Richman, Mr. Logan and Mr. Gallo re: same and transfer of servicing of the same (0.3). |
| 06/28/07 | GWR JR | 1.50 | Email exchange with Mr. Deutsche re: additional loan release orders (0.2); email exchange with Mr. Logan re: service transfer (0.2); telephone conference with Ms. Richman re: open issues and strategy, including preparation therefor (0.9); email to Ms. Richman re: Mr. Hart's "survey" list and additional LNFA loans (0.2). |
| 06/28/07 | DSS | 0.60 | Review several e-mails and reply as necessary |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



A LEGAL PROFESSIONAL ASSOCIATION

117805.0001  
LITIGATION RE TRO

Invoice: 718328  
July 20, 2007  
Page 15

| Date | Initials | Hours | Description |
|---|---|---|---|
| 06/28/07 | JS | 0.30 | Receive and review e-mails from Mr. Logan and Mr. Rooney re: potential sale of LNFAs and the need for approval from the Bankruptcy Court for the same, and attention to related issues. |
| 06/29/07 | GWR JR | 3.80 | Email exchange with Mr. Hawkins re: additional loans and OAG (0.2); tentative response email to Mr. Gallo re: further additional loans (0.1); telephone conference with Mr. Gallo re: status, service transfer and open DBSP issues (0.2); telephone conference with Mr. Deutsche re: service transfer, additional loans, and further background information (0.4); telephone conference with Ms. Richman re: open issues and strategy, including preparation therefor (1.3); email exchange with Mr. Gallo re: 3 additional loans (0.2); review structural schematic from Ms. Richman (0.1); review email from Ms. Richman re: trustees (0.1); email from Mr. Gallo re: service transfer (0.1); email exchange re: Carrington closure (0.1); email exchange re: service transfer of warehouse loans (0.2); email to Ms. Richman re: Ohio universe and service transfer (0.2); email exchange with Mr. Logan re: warehouse service transfer (0.2); email exchange with Ms. Richman re: service transfer of Ohio DBSP loans (0.2); email exchange with Ms. Richman re: LNFA loan files available for review (0.2). |
| 06/29/07 | DSS | 2.40 | Prepared for and participate in conference call with K. Richman, G. Rooney and J. Schriner regarding status of sale of servicing platform, possible sale of loans and other issues; (1.7) Exchange e-mails with Ohio foreclosure counsel regarding particular loans; (0.3) Various other conversations regarding same; (0.2) Exchange several e-mails regarding same 0.2) |
| 06/29/07 | JS | 2.70 | Prepare for and participate in conference call with Ms. Richman, Mr. Rooney and Mr. Scherzer re: strategy for proceeding with respect to transfer of servicing and other pending issues (0.6 hours); receive and review e-mails from Mr. Hawkins and Mr. Rooney re: Morgan Stanley-owned loans and related issues (0.2); receive and review e-mail from Mr. Chernek re: his client's concerns and questions re: the AG's 572 list (0.1); conference with Mr. Scherzer re: same and related confidentiality concerns (0.1); draft proposed response to Mr. Chernek (0.1); receive and review e-mail exchange between Mr. Rooney and Mr. Gallo re: confirmation of DBSP ownership of 3 warehouse lender-owned loans at issue (0.1); receive and review e-mails from Mr. Dwyer and Ms. Richman re: New Century's mortgage loan purchase, finance and disposition pipeline, and review a schematic showing the same (0.2); cross-reference list of additional DBSP-owned loans raised by Mr. Gallo against AG's 572 list and list of 518 loans not on AG's 752 list (0.4); e-mail exchange with Mr. Rooney re: confirmation that 11 of those loans do not appear on either list (0.1); attention to potential expanded scope of Ohio loans (0.1); receive and review e-mails from Mr. Gallo re: potential transfer of servicing of DBSP-owned loans (0.1); receive and review e-mail from Ms. Richman re: related issues and potential transfer of servicing of GMAC loans (0.1); receive and review e-mail from Mr. Logan confirming closing of Carrington sale and related service transferring issues (0.1); receive and review multiple e-mails from Mr. Rooney, Ms. Richman and Mr. Logan re: related issues and |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**  
**PLEASE REMIT PAYMENT UPON RECEIPT**



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 718328
July 20, 2007
Page 16

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | concerns and plan for transferring servicing of warehoused loans, and attention to related issues (0.4). |
| 06/30/07 | GWR JR | 0.90 | Email exchange with Ms. Richman re: warehouse loans service transfer (0.2); email to Ms. Richman re: GMAC loans (0.1); email exchange re: suggested content of Notice re: transfer of service (0.2); email re: identity of trustees (0.1); email exchange re: Bankruptcy Order re: Carrington deal (0.2); email to Ms. Richman re: DBSP service transfer details (0.1). |
| 06/30/07 | DSS | 1.00 | Review numerous e-mails regarding status of matter and various servicing and transfer issues |
| 06/30/07 | JS | 1.00 | Receive and review e-mails from Mr. Rooney, Ms. Richman, Mr. Gallo, Mr. Hodges and Mr. Moon re: DB loans to transfer to Ocwen (0.2); receive and review e-mails from Mr. Rooney and Ms. Richman re: availability of 32 LNFA files for Mr. Hart's review (0.1); e-mail exchange with Mr. Rooney re: GMAC loans and related issues (0.2); e-mail exchange with Mr. Rooney re: proposed Notice to be filed with Court (0.2); receive and review e-mails from Mr. Rooney and Ms. Richman re: how best to effectuate the transfer of servicing for warehoused loans and attention to related issues (0.3). |

Professional Services                                $    59,349.50

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| George W Rooney, Jr. | 61.90 | 375.00 | 23,212.50 |
| Donald S Scherzer | 36.70 | 400.00 | 14,680.00 |
| John Schriner | 93.10 | 230.00 | 21,413.00 |
| Jon Byers | 0.50 | 40.00 | 20.00 |
| Justin Krumm | 0.60 | 40.00 | 24.00 |
| Totals | 192.80 | | 59,349.50 |

**Costs Advanced**

| Date | Description | Amount |
|---|---|---|
| 06/07/07 | Vendor:Genesys Conferencing, Inc. - Vendor: Genesys Conferencing, Inc- conference calls. | 16.83 |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE
PLEASE REMIT PAYMENT UPON RECEIPT**



**A LEGAL PROFESSIONAL ASSOCIATION**

117805.0001  
LITIGATION RE TRO

Invoice: 718328  
July 20, 2007  
Page 17

Total Costs Advanced     16.83

**Invoice Total**     $    **59,366.33**

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**  
**PLEASE REMIT PAYMENT UPON RECEIPT**



REMIT TO ADDRESS:
222 S. MAIN STREET
AKRON, OHIO 44308-2098
(330) 376-2700
FAX (330) 376-4577
ramail@ralaw.com

FEDERAL TAX ID #34-1245415

# REMITTANCE PAGE
For Professional Services Rendered

NEW CENTURY FINANCIAL CORP.
18400 VON KARMAN AVE.
SUITE 1000
IRVINE, CA 90017

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice:  718328
Client/Matter:  117805.0001
Billing Atty:  DSS
July 20, 2007

**Invoice Total**                                                           $   59,366.33