IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC.<br>a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

## *SUPPLEMENTAL* VERIFIED STATEMENT OF KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Klehr, Harrison, Harvey, Branzburg & Ellers LLP ("Klehr Harrison") hereby submits this supplemental verified statement in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure, and respectfully represents:

I, Christopher A. Ward, am an attorney at Klehr Harrison and provide the following statement:

1. Klehr Harrison currently represents the following parties-in-interest in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors"):

    A. Goldman Sachs Mortgage Company ("Goldman Sachs"). Goldman Sachs is a creditor and party-in-interest in these chapter 11 cases. Klehr Harrison is representing Goldman Sachs in such capacity in these chapter 11 cases.

    B. KST Data, Inc. ("KST"). KST is a reclamation claimant and party-in-interest in these chapter 11 cases. Klehr Harrison is representing KST in such capacity in these chapter 11 cases.

    C. SN Servicing Corp. as Agent for Alaska Seaboard Partners Limited Partnership ("SN Servicing"). SN Servicing is a creditor and party-in-interest in these chapter 11

cases. Klehr Harrison is representing SN Servicing in such capacity in these chapter 11 cases.

D. ABN AMRO Bank N.V. ("ABN AMBRO"). ABN AMBRO is a creditor and party-in-interest in these chapter 11 cases. Klehr Harrison is representing ABN AMBRO in such capacity in these chapter 11 cases.

E. Wells Fargo Bank N.A. a/k/a Wells Fargo ITS ("Wells Fargo"). Wells Fargo is a defendant in an adversary proceeding, 07-51598 (KJC), commenced in these chapter 11 cases. Wells Fargo is a creditor and party-in-interest in these chapter 11 cases. Klehr Harrison is representing Wells Fargog in such capacity in these chapter 11 cases

2. Klehr Harrison does not presently own, nor has it previously owned, any claims against, or interests in, the Debtors or their estates.

3. The undersigned hereby certifies that this verified statement is true and accurate to the best of my information, knowledge, and belief. Klehr Harrison reserves its right to revise, amend and/or supplement this verified statement as may be necessary or appropriate. This statement is provided without prejudice to the right of Klehr Harrison and its clients to file any further statements, claims, proofs of claim, adversary complaints, documents, notices or pleadings, whatsoever in these chapter 11 cases.

Dated: July 25, 2007  
       Wilmington, Delaware

KLEHR, HARRISON, HARVEY,  
BRANZBURG & ELLERS, LLP

By:   /s/ Christopher A. Ward  
     Richard M. Beck (No. 3370)  
     Christopher A. Ward (No. 3877)  
     919 Market Street, Suite 1000  
     Wilmington, DE 19801  
     Telephone: (302) 426-1189  
     Facsimile: (302) 426-9193  
     rbeck@klehr.com  
     cward@klehr.com