# DIVISION OF REVENUE COLLECTION
# OFFICE OF THE TAX COLLECTOR
# MANCHESTER TOWNSHIP



Phone: 732-657-8121
Fax: 732-408-0370

Andrea N. Gaskill, C.T.C.
*Tax Collector*
Barbara A. Carter, C.T.C.
*Deputy Tax Collector*

July 20, 2007

New Century TRS Holdings, Inc
New Century Claims Processing
C/O XRoads Case Management Services
1821 East Dyer Rd, Ste 225
Santa Ana, CA 92705

RE:    Bankruptcy Case #07-10416 (KJC)

Dear Sir/Madam;

Our office is in receipt of a proof of claim form for the above mentioned bankruptcy case. I am unable to properly identify the property(s) associated with this case. Kindly provide the block and lot number(s) and/or address(es) for this bankruptcy. I had requested this information from Joseph J. McMahon, Jr., US Trustee, without response. A copy of the letter is enclosed.

Thank you for your immediate attention to this matter. Please contact me if you have any questions.

Sincerely,

Cynthia Walulak
Accounts Supervisor

Enclosure

cc:    Joseph J. McMahon, Jr., US Trustee
       David D. Bird, Bankruptcy Court Clerk
       Edward J. Delanoy, Jr., Township Attorney
       Bankruptcy File

# DIVISION OF REVENUE COLLECTION
# OFFICE OF THE TAX COLLECTOR
# MANCHESTER TOWNSHIP



Phone: 732-657-8121
Fax: 732-408-0370

*Andrea N. Gaskill, C.T.C.*
*Tax Collector*
*Barbara A. Carter, C.T.C.*
*Deputy Tax Collector*

May 31, 2007

Joseph J. McMahon, Jr.
Office of the US Trustee
844 King Street, Room 2313
Wilmington, DE  19899

### RE: Bankruptcy Case #07-10416

Dear Sir;

We have received notice from the Bankruptcy Court regarding the above mentioned case number.  Since we are unable to properly identify the property, kindly supply the block(s) and lot(s) number(s) associated with this case.

Your cooperation with this matter is appreciated.  Should you have any questions, please feel free to contact me.

Sincerely,

Cynthia Walulak
Accounts Supervisor

cc:  File

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
NEW CENTURY TRS HOLDINGS, INC., A DELAWARE CORPORATION, ET AL.
NEW CENTURY CLAIMS PROCESSING
C/O XROADS CASE MANAGEMENT SERVICES
1821 EAST DYER ROAD, SUITE 225
SANTA ANA, CA 92705
T: (888) 784-9571

**PROOF OF CLAIM**

| In Re: New Century TRS Holdings, Inc., a Delaware corporation, et al. | Chapter 11 Case No. 07-10416 (KJC) (Jointly Administered) |
|---|---|
| Name of Debtor | Case Numbers |

Name of Creditor (The person or other entity to whom the debtor owes money or property)
Manchester Township

Name and Address Where Notices Should be Sent:      3095646

Manchester Township
1 Colonial Dr
Manchester NJ 08759

Telephone No:

THIS SPACE IS FOR COURT USE ONLY

☐  Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐  Check box if you have never received any notices from the bankruptcy court in this case.

☐  Check box if this address differs from the address on the envelope sent to you by the court.

| Account or other number by which creditor identifies debtor: | CHECK HERE IF THIS CLAIM:<br>☐ REPLACES   ☐ AMENDS   a previously filed claim, dated _____ |
|---|---|

**1.   BASIS FOR CLAIM**
☐  Goods sold
☐  Services performed
☐  Money loaned
☐  Personal injury/wrongful death
☐  Taxes
☐  Other _____

☐  Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐  Wages, salaries, and compensation (Fill out below)
   Last four digits of SS #:
   Unpaid compensation for services performed
   from _____ to _____
        (date)                    (date)

**2.   DATE DEBT WAS INCURRED:**

**3.   IF COURT JUDGMENT, DATE OBTAINED:**

**4.   CLASSIFICATION OF CLAIM.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.
**Secured Claim**
☐  Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
Amount of arrearage and other charges at time case was filed included in secured claim above, if any:
$_____
**Unsecured Nonpriority Claim $_____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐  Check this box if you have an unsecured priority claim, all or part of which is entitled to priority.
   Amount entitled to priority $_____
Specify the priority of the claim:
☐  Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐  Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
☐  Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)
☐  Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7)
☐  Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8)
☐  Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
*  Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after date of adjustment.

**5.   Total Amount of Claim at Time Case Filed:** $_____ + $_____ + $_____ = $_____
   (Unsecured Nonpriority)      (Secured)      (Unsecured Priority)      (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below. (Complete box 6 if applicable.)
☐  Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. SUPPORTING DOCUMENTS:** Attach legible copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| DATE: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|

Penalty for presenting fraudulent claim:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

JUL 10 2007

0710416070515171917061541