# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| New Century TRS Holdings, Inc. a Delaware Corporation, et al., | Case No. 07-10416 (KJC) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF ANDREW A. NICELY

I, Christopher A. Ward, Esq., a member of the bar of this Court, pursuant to District Court Local rule 83.5, move the admission *pro hac vice* of Andrew A. Nicely (the "Admittee"), a member of the law firm Mayer, Brown, Rowe & Maw LLP, 1909 K Street N.W. Washington, DC, 20008 to act as counsel to defendant Wells Fargo Bank N.A. a/k/a Wells Fargo ITS in this case and in any related proceedings. The Admittee is admitted, practicing, and a member in good standing of the bars of: the District of Columbia, the Commonwealth of Virginia, the State of Illinois, the U.S. District Courts for the Eastern District of Virginia, the District of Maryland, and the District of Columbia, the U.S. Bankruptcy Court for the Eastern District of Virginia, the U.S. Court of International Trade, the U.S. Courts of Appeals for the Fourth, Sixth, Eighth, Federal, and District of Columbia Circuits, and the U.S. Supreme Court.

Dated: July 25, 2007        KLEHR, HARRISON, HARVEY,
Wilmington, Delaware        BRANZBURG & ELLERS, LLP

By:    */s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Fax: (302) 426-9193

DEL1 66721-1

The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this case, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

/s/ Andrew A. Nicely

Motion granted.
BY THE COURT:

Date: July 26, 2007

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

2