UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
NEW CENTURY TRS HOLDINGS, INC.,                     : Case No. 07-10416 (KJC)
a Delaware Corporation, et al.,                     :
                                                    : Jointly Administered
              Debtors.                              :
                                                    : Related to Docket No. 1747
-----------------------------------------------------------x  Hearing Date: July 31, 2007 @ 1:30 p.m.

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF THE EXAMINER FOR AN ORDER AUTHORIZING THE RETENTION OF SAUL EWING LLP AS DELAWARE COUNSEL TO THE EXAMINER *NUNC PRO TUNC* TO JUNE 8, 2007

I, Mark Minuti, proposed counsel for Michael J. Missal, the Court appointed examiner (the "Examiner") in the above-captioned jointly administered chapter 11 cases, hereby certify as follows:

1. On July 2, 2007, the Examiner filed the **Notice of Application** (the "Notice") and **Application of the Examiner for an Order Authorizing the Retention of Saul Ewing LLP as Delaware Counsel to the Examiner** *Nunc Pro Tunc* **to June 8, 2007** [Docket No. 1747] (the "Application").

2. Pursuant to the Notice, objections, if any, to the Application were required to have been filed with the Court and served on the undersigned so as to be received on or before July 24, 2007 (the "Objection Deadline").

3. The Objection Deadline has passed and no objections or responses were served upon the undersigned counsel or were entered on the Court's docket. Accordingly, the Application may be granted. It is hereby requested that the Order attached to the Application be entered at the earliest convenience of the Court.

550286.1 7/26/07

Dated: July 26, 2007

                          **SAUL EWING LLP**

By: _____
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6840

*Proposed Counsel to the Examiner*