**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,**[1] | : | **Case No. 07-10416 (KJC)** |
| | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | **Re: Docket Nos. 510 & 1968** |
| | : | |

## CERTIFICATION OF COUNSEL

The undersigned hereby certifies that:

On June 19, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the ***Application to Fed. R. Bankr. P. 2014(a) for Order Under Section 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of Pricewaterhousecoopers LLP as Accountants to the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date*** [Docket No. 510] (the "Retention Application").

Subsequently, the Office of the United States Trustee (the "OUST") issued informal comments to the Debtors with respect to the Retention Application. Accordingly, the Debtors, Pricewaterhousecoopers LLP ("PwC") and the OUST entered into negotiations to resolve the OUST's concerns.

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

2

Of particular note, the OUST requested that PwC execute a supplemental affidavit in support of its retention. PwC complied with this request and on July 18, 2007, the Debtors filed the ***Supplemental Affidavit in Support of the Debtors' Application for an Order Authorizing Employment and Retention of Pricewaterhousecoopers LLP as Accountants for the Debtors*** [Docket No. 1968].

The negotiations between the Debtors, PwC and the OUST were successful and resulted in the agreed form of order (the "Order") attached hereto as Exhibit A. Further, the Official Committee of Unsecured Creditors has reviewed and approved the Order.

WHEREFORE, the Debtors request that the Court enter the Order at its earliest convenience.

Dated: July 27, 2007
      Wilmington, Delaware

Respectfully submitted,

/s/ Mark D. Collins

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION