IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Jeffrey R. Waxman, hereby certify that on the 27th day of July 2007, I caused a copy of the foregoing *Objection of BCIA 95 Glastonbury Boulevard LLC to Debtors' Motion to Assume and Assign Lease of Nonresidential Real Property* to be served upon the parties listed below in the manner set forth herein.

## HAND DELIVERY

Mark D. Collins
Michael J. Merchant
Chun I. Jang
Richards, Layton & Finger, P.A.
One Rodney Square, 920 King Street
Wilmington, DE 19801
*(Counsel to Debtors)*

Bonnie Glantz Fatell
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
*(Counsel to Official Committee of Unsecured Creditors)*

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl Young Jones & Weintraub LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801
*(Counsel to Greenwich Capital Financial Products, Inc.
and The CIT Group/Business Credit, Inc.)*

Mark M. Minuti
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
*(Counsel to Examiner, Michael J. Missal)*

Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801
*(United States Trustee)*

**FIRST CLASS MAIL**

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily Culler
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
*(Counsel to Debtors)*

Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022
*(Counsel to Official Committee of Unsecured Creditors)*

Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
*(Counsel to Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.)*

Edward M. Fox
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022-6030
*(Counsel to Examiner, Michael J. Missal)*

Rebecca L. Kline Dubill
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006-1600
*(Counsel to Examiner, Michael J. Missal)*

Dated: July 27, 2007

COZEN O'CONNOR

_____
Jeffrey R. Waxman (No. 4159)