## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,** | Case No. 07-10416(KJC) |
| | Jointly Administered |
| Debtors. | Related Docket No. 1726 |

### CERTIFICATION OF COUNSEL

I, Kathleen M. Miller, counsel for Ryan Desert Ridge II, LLC ("Ryan"), hereby make the following certification.

1.     On June 28, 2007, Ryan filed a Motion for an Order:  (i) clarifying, confirming and/or modifying the Court's May 21, 2007 "Order Authorizing And Approving Assumption And Assignment Of Real Property Leases" (Docket No. 822); (ii) compelling debtor Home123 Corporation (the "Debtor") to comply with its obligations under 11 U.S.C. § 365(d)(3) with respect to its lease with Ryan for nonresidential real property; and (iii) compelling the Debtor to rejects its lease with Ryan for nonresidential real property (the "Motion")(**Docket No. 1726**).

2.     A hearing was set on the Motion for July 16, 2007.  No objections were filed.

3.     At the hearing, the Debtor requested an opportunity to further review the proposed form of order granting the Motion.

4.     We have conferred with counsel for the Debtor, who has consented to the attached form of order.

{07107}

5.     Accordingly, Ryan requests that the order be entered, if it is acceptable to the Court.

July 27, 2007

SMITH, KATZENSTEIN & FURLOW LLP

Kathleen M. Miller (Bar No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400 - phone
(302) 652-8405 – fax
Counsel for Ryan Desert Ridge II, LLC

{07107}