## CERTIFICATE OF SERVICE

I, Kathleen M. Miller, hereby certify that this 27th day of July, 2007, a copy of the forgoing Certification of Counsel was served on the following in the manner indicated:

BY HAND

Michael Merchant, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

– and –

BY FIRST CLASS MAIL

Ben H. Logan, Esq.
Suzzanne S. Uhland, Esq.
Victoria H. Newmark, Esq.
Emily R. Culler, Esq.
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
415-984-8701

_____
Kathleen M. Miller
1915264.1

{07107|MOT|10025624.DOC}        - 4 -