IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., <br><br>Debtors. | Chapter 11 <br><br>Case No. 07-10416 (KJC) <br><br>Jointly Administered |

Objection Deadline: August 20, 2007, at 4:00 p.m. Eastern Time
Hearing Date: September 11, 2007, at 1:30 p.m., if necessary

## REQUEST OF CSHV DENVER TECH CENTER, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

CSHV Denver Tech Center, LLC ("**CSHV**"), by and through its undersigned counsel, hereby files its Request for Allowance and Payment of Administrative Expense Claim (the "**Motion**"). In support hereof, CSHV respectfully represents as follows:

## BACKGROUND

1. On April 2, 2007 (the "**Petition Date**"), the debtors and debtors in possession herein (the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). Debtors continue to operate their businesses and manage their affairs as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. By Office Lease Agreement dated November 13, 2002 (as modified and amended by First Amendment dated April 17, 2003 and Second Amendment dated July 30, 2003, the "**Lease**"), between successor-landlord CSHV and successor-tenant Home123 Corporation, debtor Home123 Corporation leased commercial premises (as more particularly described in the Lease, the "**Premises**") in the building located at 5445 DTC Parkway, Greenwood Village, Colorado, for a term expiring October 31, 2008 (the "**Building**"). A true

and correct copy of the Lease is attached hereto as <u>Exhibit A</u>.

3. On June 20, 2007, Debtors filed and served a Notice of Rejection of Unexpired Lease of Non-Residential Real Property, rejecting the Lease effective as of June 30, 2007 (the "**Rejection Notice**"). A copy of the Rejection Notice is attached hereto as <u>Exhibit B</u>.

4. The Lease requires the tenant to pay monthly base rent to CSHV as well as monthly additional rent charges in the form of storage fee charges and the tenant's proportionate share of the Building's operating expenses and taxes (collectively, "**Rent**").

5. Debtors paid the post-petition Rent due under the Lease for the period through May 31, 2007.

6. Debtors failed to pay the post-petition Rent due under the Lease for the period from June 1, 2007 through the June 30, 2007 rejection of the Lease in the amount of $14,294.24 broken down as follows:

| | |
|---|---|
| Base Rent Balance | $ 4,127.80 |
| Operating Expenses | $ 7,104.47 |
| Tax Payment | $ 2,450.87 |
| Storage Fee | $ 537.97 |
| Storage Fee | $ 73.13 |
| TOTAL | $ 14,294.24 |

7. The Lease permits CSHV to recover its reasonable attorneys' fees incurred in enforcing its rights under the Lease. To date, CSHV has incurred certain attorneys' fees for preparing this Motion, and it will continue to accrue further attorneys' fees in pursuing this claim to conclusion.

DEL 86188337v4 7/26/2007

2

## REQUEST FOR ALLOWANCE AND PAYMENT

8. Debtors are obligated to "timely perform" all of their obligations under the Lease, including the payments requested herein, through and including the rejection of the Lease. 11 U.S.C. § 365(d)(3). Although the Lease was not rejected until June 30, 2007, Debtors failed to pay the Rent due under the Lease through that date.

9. Section 365(d)(3) is not discretionary. The Bankruptcy Code dictates that this Court enter an order compelling Debtors to immediately pay in full all post-petition obligations due under the Lease pursuant to sections 503(b)(1)(A) and 507(a) of the Bankruptcy Code. Debtors must pay the post-petition (and pre-rejection) Rents due under the Lease in the amount of $14,294.24 as well as the attorneys' fees and expenses incurred by CSHV in bringing this Motion and any attorneys' fees and expenses which may continue to accrue in pursuing this claims to conclusion, in an amount to be determined. Furthermore, to the extent allowed by applicable law Debtors must pay any interest related to CSHV's Motion, in an amount to be determined.

WHEREFORE, CSHV respectfully requests that this Court enter an order:

(A) directing the Debtors to pay $14,294.24 and any related attorney's fees and interest to CSHV within ten (10) days of entry of an Order granting this Motion; and

(B) providing for such other and further relief as the Court deems just and proper.

Dated: July 27, 2007

GREENBERG TRAURIG, LLP

*[signature]*

Victoria W. Counihan (Bar No. 3488)
Sandra G. M. Selzer (Bar No. 4283)
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
Facsimile: (302) 661-7360

-and-

Daniel Ansell, Esq.
Kenneth Philbin, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
(212) 801-9200
Facsimile: (212) 801-6400

Attorneys for CSHV Denver Tech Center, LLC