IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-10416 (KJC) |
| Debtors. | Jointly Administered |

Objection Deadline: August 20, 2007, at 4:00 p.m. Eastern Time
Hearing Date: September 11, 2007, at 1:30 p.m., if necessary

### NOTICE OF REQUEST OF CSHV DENVER TECH CENTER, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

To:   Counsel to the above captioned Debtors and Debtors in Possession, Counsel to the Official Committee of Unsecured Creditors Debtors, Office Of The United States Trustee For The District Of Delaware and all parties who have requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on the date hereof, CSHV Denver Tech Center, LLC ("**CSHV**") filed it's Request For Allowance and Payment Of Administrative Expense Claim (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if any, must be filed **on or before August 20, 2007, at 4:00 p.m. (Prevailing Eastern Time)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, at the same time, you must also serve a copy of the objection or response upon the undersigned counsel to CSHV so that the response is received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*DEL 86188337v4 7/26/2007*

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **SEPTEMBER 11, 2007, AT 1:30 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 5TH FLOOR, COURTROOM #5, WILMINGTON, DE 19801.

Dated: July 27, 2007

                                  GREENBERG TRAURIG, LLP

                                  Victoria W. Counihan (Bar No. 3488)
                                  Sandra G. M. Selzer (Bar No. 4283)
                                  Greenberg Traurig, LLP
                                  The Nemours Building
                                  1007 North Orange Street, Suite 1200
                                  Wilmington, DE  19801
                                  (302) 661-7000
                                  Facsimile: (302) 661-7360

                                  -and-

                                  Daniel J. Ansell, Esq.
                                  Kenneth A. Philbin, Esq.
                                  Greenberg Traurig, LLP
                                  200 Park Avenue
                                  New York, NY 10166
                                  (212) 801-9200
                                  Facsimile: (212) 801-6400

                                  Attorneys for CSHV Denver Tech Center, LLC