IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-10416 (KJC) <br><br> Jointly Administered <br> **Re: Docket No.** ____ |

## ORDER GRANTING REQUEST OF CSHV DENVER TECH CENTER, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of the Request of CSHV Denver Tech Center, LLC ("CSHV") for Allowance and Payment of Administrative Expense Claim (the "Motion");[1] and it appearing that the Court has jurisdiction over the Motion and that this matter is a core matter pursuant to 28 U.S.C. §157(b)(2); and it appearing that the notice of the Motion was sufficient under the circumstances; and the Court further determining that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein:

IT IS HEREBY:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED that the Debtors are directed to pay $14,294.24 and related attorney's fees and interest to CSHV as an administrative expense within ten (10) days of entry of an Order granting this Motion.

Dated: _____, 2007

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge

---

[1] Defined terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.