IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| **Debtors.** | : | |
| | : | |

## CERTIFICATE OF COUNSEL RE. MOTION TO APPROVE STIPULATION FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT ANY SUCH RELIEF IS REQUIRED, TO ENFORCE INSURANCE POLICY IN FAVOR OF INSURED PERSONS RE DIRECTORS AND OFFICERS LIABILITY INSURANCE

The undersigned respectfully certifies as follows:

On July 10, 2007, the above captioned chapter 11 debtors and debtors in possession (collectively, "Debtors") filed a motion ("Motion") (Court's Docket No. 1879) requesting that the Court approve a stipulation ("Stipulation") granting relief from the automatic stay, to the extent any such relief is required, to enforce certain Insured Persons' (as that term is defined in the Motion) rights and/or receive payments of policy proceeds under the Debtors' primary directors, officers and corporate liability insurance policy.

I have reviewed the Court's docket in these cases. No answer, objection or response to the Motion has been filed, with the sole exception of a "Limited Response" filed by the New York State Teachers' Retirement System on July 24, 2007 (Court's Docket No. 2013)

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

requesting that the Order granting the Motion explicitly state the following: "Nothing in this Order shall constitute a determination that the proceeds of the Primary Insurance Policy or any of the Excess Policies are property of the Debtors' estates." See Limited Response, para. 18.

The Debtors have added this language to the form of Order appended hereto as "Exhibit 1." The New York State Teachers' Retirement System has reviewed and approved this form of Order.

In accordance with this Court's Local Rule 9013-1(j), the Debtors respectfully request that the Court enter the Order attached hereto at Exhibit 1 without further pleading or hearing.

Dated: July 26, 2007
       Wilmington, Delaware

Respectfully submitted,

*/s/ Christopher M. Samis*
Christopher M. Samis
(No. 4909)

/s/ Mark D. Collins
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

Approved as to form and substance:

/s/ CPS
Christopher P. Simon (No. 3967)
CROSS & SIMON LLC
913 N. Market Street, 11th Floor
Wilmington, Delaware 19899
(302) 777-4200