IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., | ) | Case No: 07-10416 (KJC) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS, FILED ON BEHALF OF COUNTRYWIDE HOME LOANS, INC., D/B/A AMERICA'S WHOLESALE LENDER**

To the Clerk:

**PLEASE TAKE NOTICE** that the undersigned appears for Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender, a trade creditor of the above-captioned debtors and party in interest herein, and demands that all notices given or required to be given in this case pursuant to any of the applicable provisions of the United States Bankruptcy Code, including, without limitation, 11 U.S.C. Sections 341, 362, 363, 364, 365, 502, 503, 506, 523, 524, 542, 543, 544, 545, 547, 548, 549, 553, 554, 706, 707, 727, 1102, 1106, 1109, 1125, 1128, 1301, 1307, 1324, 1328, and any applicable provisions of the Federal Rules of Bankruptcy Procedure, including, without limitation, Rules 2002, 9007 and /or 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") be served upon the undersigned at the address set forth below pursuant to Bankruptcy Rule 2002(g).

Charles J. Brown, III (# 3368)
J" Jackson Shrum (# 4757)
HARVEY ⬥ PENNINGTON LTD.
913 Market Street, Suite 702
Wilmington, Delaware 19801
Telephone: (302) 428-0719
Telecopier: (302) 428-0734
cbrown@harvpenn.com
jshrum@harvpenn.com

720796_1

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and documents referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders, notices of any meetings of creditors, applications, motions, petitions, pleadings, requests, complaints, objections or demands, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise: (1) which affect or seek to affect in any way the rights or interests of the debtor, or of Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender, or any other creditor or party in interest in this case; and/or (2) which require or seek to require any act, delivery or any property, payment or other conduct by the debtor, Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender, or any other creditor or party in interest in this case.

Dated: July 27, 2007
      Wilmington, DE

**HARVEY, PENNINGTON LTD.**

By: */s/ "J" Jackson Shrum*
Charles J. Brown, III (# 3368)
J" Jackson Shrum (# 4757)
913 Market Street, Suite 702
Wilmington, Delaware 19801
Telephone: (302) 428-0719
Telecopier: (302) 428-0734

*Attorneys for Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., | ) | Case No: 07-10416 (KJC) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused true and correct copies of the foregoing document to be served on all of those parties on the attached 2002 service list via CM/ECF or regular first-class mail.


Dated: July 27, 2007

            /s/ "J" Jackson Shrum            
            "J" Jackson Shrum

720796_1