| | | |
|---|---|---|
| Label Matrix for local noticing<br>0311-1<br>Case 07-10416-KJC<br>District of Delaware<br>Delaware<br>Fri Jul 27 16:10:16 EDT 2007 | ALDINE INDEPENDENT SCHOOL DISTRICT<br>Susan R. Fuertes<br>14910 Aldine Westfield Road<br>Houston, Tx 77032 Harris | American Express Travel Related Svcs Co Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| Americas Servicing Company<br>McCalla, Raymer, et al.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076 | Ameriquest Mortgage Company<br>c/o Neil F. Dignon<br>Draper & Goldberg, PLLC<br>512 East Market Street<br>Georgetown, DE 19947 | Angelo, Gordon & Co.<br>245 Park Avenue, 26th Fl.<br>New York, NY 10167 |
| Arlington ISD<br>c/o Perdue Brandon Fielder, et al.<br>PO Box 13430<br>Arlington, TX 76094 | Arlington ISD, et al.<br>c/o Perdue Brandon Fielder Collins Mott<br>PO Box 13430<br>Arlington, Tx 76094 | Broadway Center Associates, LP<br>c/o Katsky Korins LLP<br>605 Third Avenue<br>New York, NY 10158 |
| Broward County Revenue Collection Division<br>Edward A. Dion, Esq.<br>Government Center<br>115 South Andrews Avenue<br>Ft. Lauderdale, FL 33301 | Cadwalader, Wickersham & Taft, LLP<br>One World Financial Center<br>New York, NY 10281 | Carrollton-Farmers Branch ISD<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, PCA<br>4411 North Central Expressway<br>Dallas, TX 75205 |
| Castleberry ISD<br>c/o Perdue, Brandon, Fielder, et al<br>P. O. Box 13430<br>Arlington, TX 76094 | Cedar Hill ISD<br>c/o Perdue, Brandon, Fielder, et al<br>Elizabeth Banda<br>PO BOX 13430<br>Arlington, TX 76094-0430 | Celina ISD<br>c/o Perdue, Brandon, Fielder, et al<br>P.O. Box 13430<br>Arlington, TX 76094 |
| ChoicePoint Inc.<br>c/o Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Ave., N.W.<br>Washington, DC 20036 | CitiMortgage, Inc.<br>McCalla, Raymer, et al.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076 | City of Cedar Hill<br>c/o Perdue, Brandon, Fielder, et al<br>Elizabeth Banda<br>PO BOX 13430<br>Arlington, TX 76094-0430 |
| City of Edinburg<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX 78760 | City of Hurst<br>Perdue, Brandon, Fielder, Collins & Mott<br>c/o Elizabeth Banda<br>P. O. Box 13430<br>Arlington, TX 76094-0430 | City of Princeton<br>c/o Perdue, Brandon, Fielder, et al<br>P. O. Box 13430<br>Arlington, TX 76094 |
| City of Whitewright<br>c/o Perdue, Brandon, Fielder, et al<br>P. O. Box 13430<br>Arlington, TX 76094 | Collin County Tax Assessor/Collector<br>c/o Gay McCall Isaacks et al<br>777 E 15th St<br>Plano, TX 75074 | Contrarian Capital Management, LLC<br>411 West Putnam Ave., Suite 225<br>Greenwich, CT 06830 |
| Cooley Godward Kronish LLP<br>101 California Street<br>5th Floor<br>San Francisco, CA 94111-5800 | Cypress-Fairbanks ISD<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Dallas County<br>c/o Linebarger Goggan Blair & Sampson<br>2323 Bryan Street<br>Suite 1600<br>Dallas, TX 75201 U.S. |
| Edcouch-Elsa ISD<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX 78760 | Ellington Management Group, Inc.<br>c/o Patricia B. Tomsco<br>Brown McCarroll LLP<br>111 Congress Avenue<br>Suite 1400<br>Austin, TX 78701 | Ellington Management Group, L.L.C., on Behal |

| | | |
|---|---|---|
| Federal Express Corporation<br>c/o Filardi Law Offices LLC<br>65 Trumbull Street<br>2nd Floor<br>New Haven, CT 06510 | Fidelity National Information Services, Inc.<br>c/o Baker & Hostetler LLP<br>1050 Connecticut Avenue, NW<br>Suite 1100<br>Washington, DC 20036 | Fort Bend County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 |
| Garland Independent School District<br>c/o Law Offices of Robert E. Luna, P.C.<br>4411 N Central Expressway<br>Dallas, TX 75205 | General Electric Capital Corporation<br>c/o Michael G. Gallerizzo, Esquire<br>Gebhardt & Smith LLP<br>901 Market Street, Suite 451<br>Wilmington, DE 19801 | Golden Key Mortgage<br>Wendel, Rosen, Black & Dean LLP<br>c/o Charles A. Hansen<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607 |
| Harris County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | IBM Corporation<br>Attn: Vicky Namken<br>13800 Diplomat Drive<br>Dallas, TX 75234 | IKON Financial Services<br>1738 Bass Road<br>PO Box 13708<br>Macon, GA 31208-3708 |
| Ikon Office Solutions<br>Recovery & Bankruptcy<br>3920 Arkwright Road<br>Suite 400<br>Macon, GA 31210 | Iron Mountain Information Management, Inc.<br>c/o Frank F. McGinn, Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street<br>Boston, MA 02110 | Irwin Mortgage Corporation<br>Attn: Bankruptcy Dept.<br>11800 Exit Five Parkway<br>Fishers, IN 46038-9627 |
| KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY 10178 | KW Properties, LTD<br>c/o Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, CA 95825 | Kodiak Funding LP, and Kodiak CDO I, Ltd.<br>Rosenthal, Monhait & Goddess, P.A.<br>919 Market Street<br>Suite 1401<br>Wilmington, DE 19801 |
| LOWENSTEIN SANDLER, PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Lamun Mock Cunnyngham & Davis, PC<br>5900 NW Grand Blvd<br>Oklahoma City, OK 73118-1295 | Law Offices of David J. Stern, PA<br>Frederic J. DiSpigna, Esq.<br>801 S. University Dr.<br>Suite 500<br>Plantation, FL 33324 |
| Lewisville Independent School District<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, P.C.<br>4411 N. Central Expressway<br>Dallas, TX 75205 | Litton Loan Servicing LP<br>4828 Loop Central Drive<br>Houston, TX 77081-2226 | Mack-Cali Realty Corporation<br>PO Box 7817<br>Edison, NJ 08818-7817 |
| Mackoff Kelloff Law Firm<br>46 West 2nd Street<br>Dickinson, ND 58601 | Manatee County Tax Collector Ken Burton Jr.<br>P.O. Box 25300<br>P.O. Box 25300<br>Bradeton, FL 34205 | Mansfield ISD<br>c/o Perdue, Brandon, Fielder, et al<br>Elizabeth Banda<br>PO BOX 13430<br>Arlington, TX 76094-0430 |
| Maricopa County Treasurer<br>Madeleine C. Wanslee<br>Gust Rosenfeld P.L.C.<br>201 E. Washington St. #800<br>Phoenix, AZ 85004-2327 | Midfirst Bank<br>c/o Midland Mortgage Co.<br>999 N.W. Grand Blvd, Attn: Bankruptcy<br>Oklahoma City, OK 73118 | Missouri Department of Revenue<br>Sheryl L. Moreau<br>PO box 475<br>301 W. High Street, Room 670<br>Jefferson City, MO 65105 |
| Montgomery County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Morris, Nichols, Arsht & Tunnell LLP<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | National City Commercial Capital Company, LL<br>Weir & Partners LLP<br>824 Market Street<br>Suite 1001<br>Wilmington, DE 19899 |

| | | |
|---|---|---|
| Natixis Real Estate Capital Inc.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801 | New Century TRS Holdings, Inc.<br>18400 Von Karman Ave.<br>Irvine, CA 92612 | Nueces County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX 78760 |
| Phelan, Hallinan and Schmieg, LLP<br>1617 John F. Kennedy Blvd<br>Suite 1400<br>Philadelphia, PA 19103 Philadelphia | Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | Princeton ISD<br>c/o Perdue, Brandon, Fielder, et al<br>Elizabeth Banda<br>PO BOX 13430<br>Arlington, TX 76094-0430 |
| QKC Maui Owner, LLC<br>c/o Honigman Miller Schwartz & Cohn LLP<br>Attn. Andrew S. Conway<br>38500 Woodward Avenue<br>Suite 100<br>Bloomfield Hills, MI 48304 | RBC Mortgage Company, Royal Bank of Canada a | Regions Bank<br>c/o Richard D. Becker<br>Becker & Becker, P.A.<br>2702 Capitol Trail<br>Newark, DE 19711 |
| Riverside Claims LLC<br>P O Box 626<br>Planetarium Station<br>New York, NY 10024 | Shapiro,Nordmeyer & Zielke, LLP<br>7300 Metro Blvd., Ste. 390<br>Edina, MN 55439 | Skadden Arps Slate Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 |
| South Texas College<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX 78760 | State of Colorado<br>Jefferson County Court & Administration<br>100 Jefferson County Parkway<br>Golden, CO 80401 | State of Ohio, ex rel. Marc Dann, Attorney G<br>Ohio Attorney General<br>c/o Michelle T. Sutter<br>30 East Broad Street<br>25th Floor<br>Columbus, OH 43215 U.S.A. |
| Tax Appraisal District of Bell County, et al<br>co Michael Reed<br>P.O. Box 1269<br>Round Rock, TX 78680 | Travelers<br>National Accounts<br>Attn: Michael Marasco<br>1 Tower Square - 5MN<br>Hartford, CT 06183-4044 | Udren Law Offices, P.C.<br>111 Woodcrest Road<br>Suite 200<br>Cherry Hill, NJ 08003 |
| United Insurance Company | Warren County Collector<br>105 South Market<br>Warrenton, MO 63383 | Wells Fargo Bank, N.A.<br>MAC N9303-120<br>608 2nd Avenue South<br>Minneapolis, MN 55479 |
| Whitewright ISD<br>c/o Perdue, Brandon, Fielder, et al<br>P. O. Box 13430<br>Arlington, TX 76094 | Wolff Samson. PC<br>Attn: Carlos G. Manalansan, Esquire<br>The Ofices of Crystal Lake<br>One Boland Drive<br>West Orange, NJ 07052 | Wright, Finlay & Zak, LLP<br>4665 MacArthur Court<br>Suite 280<br>Newport Beach, CA 92660 |
| XRoads Case Management Services, LLC<br>1821 E. Dyer Road<br>Suite 225<br>Santa Ana, CA 92705 | U.S. Bankruptcy Court<br>824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | Adfitech, Inc<br>3001 Technology Drive<br>Edmond, OK  74014 |
| Bexar County<br>c/o David G. Aelvoet<br>711 Navarro Suite 300<br>San Antonio, TX 78205 | City of El Paso<br>c/o David G. Aelvoet<br>711 Navarro Suite 300<br>San Antonio, TX 78205 | Cybersearch<br>800 E. Northwest Highway<br>Suite 950<br>Palatine, IL  60067 |

| | | |
|---|---|---|
| Home Loan Services, Inc.<br>P. O. Box 1838<br>Pittsburgh, PA 15230 | KW Properties, LTD<br>c/o Nancy Hotckiss, Esquire<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, California 95825 | KW Properties, LTD.<br>c/o Nancy Hotckiss, Esquire<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, California 95825 |
| Law Offices of David J. Stern, PA<br>801 S. University Dr.<br>Suite 500<br>Plantation, FL 33324 | Riverside Claims LLC<br>P.O. Box 626<br>Planetarium Station<br>New York, NY 10024-0540 | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| Wilshire Credit Corporation<br>Attn: Jodi Seits<br>P. O. Box 1650<br>Portland, OR 97207 | Aaron Celious<br>1614 Greenfield Avenue<br>Los Angeles, CA 90025 | Alireza Nazmi<br>Wendel, Rosen, Black & Dean LLP<br>c/o Charles A. Hansen<br>1111 Boradway, 24th Floor<br>Oakland, CA 94607-4036 |
| Christopher M. Samis<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>Wilmington, DE 19801 | Christopher M. Samis<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 19801 | Chun I. Jang<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>P.O. Box 551<br>Wilmington, DE 19899 |
| David and Sherry TerMarsch<br>6136 Morning View Drive<br>Lakeland, FL 33813 | Glenn M. Reisman<br>Law Offices<br>Two Corporate Drive<br>Suite 234<br>Shelton, CT 06484 | Grant C Rees<br>164 Route 7 South<br>P.O. Box 108<br>Milton, VT 05468-0108 |
| Ivan Lerer Kallick<br>Manatt Phelps & Phillips, LLP<br>11344 West Olympic Boulevard<br>Los Angeles, CA 90064 | Laura Sweeney | Marcos Alexis Ramos<br>Richards Layton & Finger, PA<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 |
| Mark D. Collins<br>Richards Layton & Finger<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 | Michael Joseph Merchant<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 usa | Nabih and Esther Mangoubi<br>515 Davis Street<br>Evanston, PA 60201 |
| Paul Noble Heath<br>Richards, Layton & Finger<br>One Rodney Square<br>P. O. Box 551<br>Wilmington, DE 19899 usa | Rich F. Martin<br>8109 Santa Luz Village Green South<br>San Diego, CA 92127 | Richard J Reynolds<br>16485 Laguna Canyon Road<br>Suite 250<br>Irvine, CA 92618 |
| Robert P. Cocco<br>437 Chestnut Street<br>Suite 1006<br>Philadelphia, PA 19106 | Russell C. Silberglied<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. BOX 551<br>Wilmington, DE 19899 usa | Sari E. Meador<br>Of Joe G. Tedder, CFC<br>Tax Collector for Polk County, Florida<br>P.O. Box 2016<br>Bartow, FL 33831-2016 |
| Scott Morris<br>Reeves & Seidler<br>2527 Santa Clara Avenue<br>Alameda, CA 94501-4633 US | Steffi A. Swanson<br>1902 Harlan Drive, Ste.A<br>Bellevue, NE 68005 | Stuart L Druckman<br>Druckman & Sinel, LLP<br>242 Drexel Avenue<br>Westbury, NY 11590 |

Thomas Maxson
Cohen & Grigsby
11 Stanwix Street, 15th Fl
Pittsburgh, PA 15222

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)500 Eagles Landing, LLC | (u)816 Connecticut Avenue, L.P. | (u)ABN AMRO BANK N.V. |
| (u)ADT Security Services, Inc. | (u)AT&T Inc. | (u)Ad Hoc Committee of Participants in the Ne |
| (u)Adfitech, Inc. | (u)Affiliated Computer Services, Inc. and ACS | (u)BANK OF AMERICA, N.A. |
| (u)BCIA 95 Glastonbury Boulevard LLC | (u)Bank of New York as Trustee c/o Countrywid | (u)Bank of the West |
| (u)Barclays Bank PLC | (u)Barclays Capital | (u)BasePoint Analytics LLC |
| (u)Bexar County Linebarger Goggan et al | (u)Brandywine Operating Partnership, L.P. | (u)Bryan Cave LLP |
| (u)CB Richard Ellis Corporate Facilities Mana | (u)CSHV Denver Tech Center, LLC | (u)CT Corporation Trust |
| (u)Canpro Investments, LTD., | (u)Carrington Mortgage Services, LLC | (u)Carrington Mortgage Services, LLC/Carringt |

| | | |
|---|---|---|
| (u)Chatham County Tax Commissioner | (u)Citigroup Global Markets Realty Corp. | (u)City of El Paso<br>Linebarger Goggan et al |
| (u)Clear Capital.com, Inc. | (u)Coremetrics, Inc. | (u)Countrywide Financial Corporation |
| (u)Countrywide Home Loans, Inc. | (u)Countrywide Securities Corporation | (u)Countrywide Warehouse Lending |
| (u)County of Imperial, California | (u)Coventry Fund X, Ltd. | (u)Credit Suisse First Boston Mortgage Capita |
| (u)Credit-Based Asset Servicing and Securitiz | (u)DB Structured Products, Inc. | (u)DRA CRT Post Oak, L.P. |
| (u)Daniel J. Rubio, John Hicks, David Vizcara | (u)Data-Link Systems, L.L.C. | (u)Deutsche Bank National Trust Company |
| (u)Digital Legal Services, L.L.C. | (u)Douglas Emmett 2000, LLC | (u)Edwards Angell Palmer & Dodge LLP |
| (u)Eschelon Telecom, Inc. | (u)FTI Consulting Inc. | (du)FTI Consulting, Inc. |
| (u)Fein Such Kahn & Shepard, P.C. | (u)Fiserv Solutions, Inc. | (u)Fox Rothschild LLP |
| (u)GMAC Commercial Finance, LLC | (u)Goldman Sachs Mortgage Company | (u)GreenPoint Mortgage Funding |

| | | |
|---|---|---|
| (u)Greenwich Capital Financial Products, Inc. | (u)Greenwich Capital Financial Products, Inc. | (u)Gregory J. Schroeder, Michelle Parker, Mar |
| (u)HSBC Bank USA, National Association, HSBC | (u)Hartford Fire Insurance Company | (u)Hidalgo County |
| (u)Home Loan Services | (u)Huntington Quadrangle 2 LLC | (u)Hunton & Williams LLP |
| (u)IBM Credit LLC | (u)ILOG, Inc. | (u)IndyMac Bank, F.S.B. |
| (u)Irvine Company | (u)JP MORGAN CHASE BANK, NA | (u)KST Data, Inc |
| (u)Klehr Harrison Harvey Branzburg & Ellers L | (u)Kurt F. Johnson, Dale Scott Heineman | (u)LandAmerica Default Services Company |
| (u)Lazard Freres & Co. LLC | (u)Maguire Properties-Park Place LLC, Maguire | (u)Malcolm & Cisneros |
| (u)Manchester Township | (u)Morgan Stanley Mortgage Capital Inc. | (u)Morris, Schneider & Prior, L.L.C. |
| (u)National Field Representatives | (u)New York State Teachers' Retirement Sys | (u)Novastar Mortgage, Inc. |
| (u)O'Melveny & Myers LLP | (u)Official Unsecured Creditors' Committee | (u)Oklahoma County Treasurer |

| | | |
|---|---|---|
| (u)Oracle USA, Inc. | (u)P.C. Associates | (u)PEPPER HAMILTON LLP |
| (u)Pennsbury Village Borough | (u)Plaza America Office Development, LLC | (u)Positive Software Solutions, Inc. |
| (u)Premier Print and Services Group, Inc. | (u)Quadrangle Group, LLC | (u)Qwest Corporation |
| (u)RBC USA Holding Corporation and RBC Mortga | (u)RICHARD D. AUSTIN, LAUREN V. LIVA, MICHAEL | (u)RJS Properties, Inc. |
| (u)Realty Associates Fund VII, L.P. | (u)Residential Funding Company, LLC | (u)Richards, Layton & Finger, PA |
| (u)Richardson ISD | (u)Roetzel & Andress<br>1375 East Ninth Street<br>One Cleveland Center, 9th Floor<br>Cleveland | (u)Ryan Desert Ridge II, LLC |
| (u)SIRVA Relocation | (u)SN Servicing Corp. | (u)Safeco Financial Institution Solutions, In |
| (u)Sheppard, Mullin, Ritcher & Hampton LLP | (u)Speedpay, Inc. | (u)Sprint Communications Company L.P. d/b/a S |
| (u)Sprint Nextel Corporation | (u)Stony Point East, LP | (u)SunTrust Leasing Corporation |
| (u)Symantec Corporation | (u)Thacher Proffitt & Wood LLP | (u)The CIT Group/Business Credit, Inc. |

| | | |
|---|---|---|
| (u)The Greenlining Institute | (du)The Irvine Company | (u)The Official Committee of Unsecured Credit |
| (u)The Townsend Trust | (u)U.S. Bank N.A., as Trustee | (u)UBS Real Estate Securities, Inc. |
| (u)Union Bank of California | (u)United HealthCare Insurance Company | (u)Village at Camp Bowie I, L.P. |
| (u)Walz Postal Solutions, Inc. | (u)Washington Mutual | (u)Wells Fargo Bank, N.A., as Indenture Trust |
| (u)Wells Fargo, N.A. | (u)Wilshire Credit Corporation | (u)Wolfe & Wyman, LLP |
| (u)eMortgage Logic LLC | (du)eMortgage Logic, LLC | (d)Adfitech, Inc.<br>3001 Technology Drive<br>Edmond, OK  74014 |
| (d)Iron Mountain Information Management, Inc.<br>c/o Frank F. McGinn, Esq<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street<br>Boston, MA 02110 | (d)Iron Mountain Information Management, Inc.<br>c/o Frank F. McGinn, Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street<br>Boston, MA 02110 | (d)KW Properties, LTD.<br>c/o Nancy Hotchkiss, Esquire<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, California 95825 |
| (u)Alan Such<br>Fein, Such, Kahn & Shepard, P.C. | (d)Christopher M. Samis<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, De 19801 | (u)Gina Brown |
| (u)Jeffrey Weber | (u)John A. Vos | (u)Leslie Marks |
| (u)Leslie K. Hill | (u)Mark A. Baker | (u)Mark K. Broyles<br>Fein, Such & Crane, LLP |

(u)Michael J. Missal

End of Label Matrix
Mailable recipients   120
Bypassed recipients   145
Total                 265