IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al. | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2007, I served a copy of a Proof of Unsecured Claim of QKC Maui Owner, LLC ("Queen Ka'ahumanu Center/RBC Mortgage") on Mark D. Collins, Esq., and Suzzanne S. Uhland, Esq., attorneys for Debtors, and on Joseph J. McMahon, Jr., U.S. Trustee, by enclosing the papers in sealed envelopes and depositing the envelopes and their contents in a mail receptacle located at 38500 Woodward Ave., Bloomfield Hills, Michigan, addressed as follows:

Mark D. Collins, Esq.                                  Joseph J. McMahon, Jr.
Richards, Layton & Finger, P.A.                   U.S. Trustees Office
One Rodney Square                                      844 King Street, Room 2207
P.O. Box 551                                               Lockbox #35
Wilmington, Delaware 19899                        Wilmington, Delaware 19899-00335

Suzzanne S. Uhland, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, California 94111

/s/ Bruce L. Segal
Bruce L. Segal
Suite 100, 38500 Woodward Avenue
Bloomfield Hills, Michigan 48304
(248) 566-8482
bsegal@honigman.com

OAKLAND.1320522.1