## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC, a Delaware corporation, et al. | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, Mark Hurford, of Campbell & Levine, LLC, hereby certify that on July 27, 2007, I caused a copy of the foregoing to be served upon the individuals on the attached 2002 service list in the manner indicated.

CAMPBELL & LEVINE, LLC


*/s/ Mark Hurford*
Mark Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE  19801
(302) 426-1900


Dated: July 27, 2007

{D0089848.1 }