IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

Case No. 07-10416-KJC
(Chapter 11)

NEW CENTURY TRS HOLDINGS, INC.
    Debtor

DEUTSCHE BANK NATIONAL TRUST          Ref: Docket No.1849
COMPANY, AS TRUSTEE C/O
COUNTRYWIDE HOME LOANS
    Movant

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
        Attorneys for the Movant
    v.

NEW CENTURY TRS HOLDINGS, INC, et
al.
    Respondents

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay

("Motion") filed by Deutsche Bank National Trust Company, as Trustee c/o Countrywide

Home Loans ("CHL"), and any response thereto, and good cause having been shown, it is

hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is

further

**ORDERED,** that the Automatic Stay is terminated allowing CHL to exercise its

rights under applicable law against the Debtor's Property more particularly described in

the Mortgage which has the address of 11921 Lansdowne Street, Detroit, MI 48224

("Property"), including, but not limited to foreclosure against the Property under the

Mortgage.

Date: _____

BY THE COURT

_____
U.S. Bankruptcy Court Judge