IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

NEW CENTURY TRS HOLDINGS, INC.
     Debtor

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE C/O
COUNTRYWIDE HOME LOANS
     Movant

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
     Attorneys for the Movant
  v.

NEW CENTURY TRS HOLDINGS, INC, et
al.
     Respondents

Case No. 07-10416-KJC
(Chapter 11)

Ref: Docket No. <u>1690</u>

## <u>ORDER TERMINATING AUTOMATIC STAY</u>

UPON CONSIDERATION of the Motion for Relief from Automatic Stay

("Motion") filed by Deutsche Bank National Trust Company, as Trustee c/o Countrywide

Home Loans ("CHL"), and any response thereto, and good cause having been shown, it is

hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is

further

**ORDERED,** that the Automatic Stay is terminated allowing CHL to exercise its

rights under applicable law against the Debtor's Property more particularly described in

the Mortgage which has the address of 5700 Westminster, Austin, TX 78723("Property"),

including, but not limited to foreclosure against the Property under the Mortgage.

Date: _July 27, 2007_

BY THE COURT:

_____
U.S. Bankruptcy Court Judge