IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

NEW CENTURY TRS HOLDINGS, INC.
    Debtor

Case No. 07-10416-KJC
(Chapter 11)

WELLS FARGO BANK, N.A. C/O
COUNTRYWIDE HOME LOANS
    Movant

Ref: Docket No. 1681

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
    Attorneys for the Movant
      v.

NEW CENTURY TRS HOLDINGS, INC, et al.
    Respondents

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay

("Motion") filed by Wells Fargo Bank, N.A. c/o Countrywide Home Loans ("CHL"), and

any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is

further

**ORDERED,** that the Automatic Stay is terminated allowing CHL to exercise its

rights under applicable law against the Debtor's Property more particularly described in

the Mortgage which has the address of 6911 Bexar Street, Dallas, TX 75215 ("Property"),

including, but not limited to foreclosure against the Property under the Mortgage.

Date: _July 27, 2007_

BY THE COURT:

U.S. Bankruptcy Court Judge