IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | Case No: 07-10416 (KJC) |
| Debtor. | (Jointly Administered) |

## ORDER

AND NOW, this ___ day of August, 2007, after consideration of the Motion to Terminate Automatic Stay *In Rem* Only and for Abandonment of Property filed by Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender, it is hereby ORDERED and DECREED as follows:

A. Zanone Mortgage and the Hollyview Property are not property of the Debtor's bankruptcy estate pursuant to 11 U.S.C. § 541; and

B. termination of the automatic stay *in rem* only as to the Hollyview Property and abandoning any interest that the Debtor may hold in the Hollyview Property from the Debtor's estate.

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE