IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | Case No: 07-10416 (KJC) |
| Debtor. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused true and correct copies of the foregoing document to be served on all of those parties on the attached 2002 service list via CM/ECF or regular first-class mail.

Dated: July 30, 2007

*/s/ "J" Jackson Shrum*
"J" Jackson Shrum