# EXHIBIT A

## GENERAL WARRANTY DEED

**THIS DEED**, made and entered into this the 16 day of March, 2006 by and between, Larry Bradley, unmarried, having a mailing address of: 10919 Hollyview Court, Louisville, Kentucky 40299, Party of the First Part and Travis Zanone, unmarried, having a mailing address of: 10919 Hollyview Court, Louisville, Kentucky 40299, Party of the Second Part.

**WITNESSETH:**

That for the total consideration of the sum of One Hundred Forty Thousand Dollars ($140,000.00) dollars, receipt of which is hereby acknowledged, the Party of the First has bargained and sold and does hereby convey to the Party of the Second Part, the following described property located in Jefferson County, Kentucky, to wit:

> BEING Lot 11, Springview, Section 1-A, a plat of which is recorded in Plat and Subdivision Book 38 at Page 63, in the office of the Jefferson County Clerk.

> BEING the same property conveyed to Larry Bradley and Dawn Davis, both unmarried, by Deed Dated August 22, 2001 and of record in Deed Book 7711 at Page 680 in the office of the Jefferson County Clerk. Being the same property conveyed to Larry Bradley, unmarried, by Quit Claim Deed Dated March 16, 2006 and of record in Deed Book ____ at Page ____ in the office of the Jefferson County Clerk.

To have and to hold the above described property, together with all appurtenances and privileges thereunto belonging to the Parties of the Second Part.

Party of the First Part releases and relinquishes unto the Parties of the Second Part, and their assigns, all of its right, title and interest in and to the above described property including dower and curtsey and all exemptions allowed by law, and hereby covenants to and with Second

1



B0 8803 PG 0535

Party and their assigns, that it is lawfully seized in fee simple title to said property and has good right to convey same as herein done, that said property is free and clear of all encumbrances of whatsoever nature, and that they will convey the property with the covenant of **GENERAL WARRANTY**. All currently due ad valorem property taxes having been satisfied, Parties of the Second Part assume and agree to pay all future taxes and assessments.

**IN WITNESS WHEREOF**, the Party of the First Part has hereunto placed its hand the day and year first written above.

_____
Larry Bradley

STATE OF KENTUCKY        )
                         ) SS
COUNTY OF JEFFERSON      )

The forgoing Deed was acknowledged and sworn to before me this the ___ day of March 2006, by Larry Bradley, acting to be their free act and deed.

_____
NOTARY PUBLIC
My Commission Expires: _____

2

## CONSIDERATION CERTIFICATE

Parties of the First Part and Party of the Second Part certify that the consideration reflected in this Deed is the full consideration paid for the property. The fair cash value of the property herein conveyed is $140,000.00. Party of the Second Part joins in this Deed for the purpose of certifying as to the consideration and fair cash value. We further certify our understanding that falsification of the stated consideration or sale price of the property is a Class D felony, subject to one to five years imprisonment and fines up to $10,000.00.

_____
Larry Bradley

_____
Travis Zanone

STATE OF KENTUCKY      )
                       ) SS
COUNTY OF JEFFERSON    )

The forgoing Deed was acknowledged and sworn to before me this the ___ day of March 2006, by Larry Bradley and Travis Zanone, names respectfully vesting to be their free act and deed

_____
NOTARY PUBLIC
My Commission Expires: August 2, 2009

*This Instrument Prepared For Derby City Title, Inc. By*

_____
Ken Damrau, Esq.
Attorney At Law
714 Lyndon Lane, Suite 11
Louisville, Kentucky 40222

Document No.: DN2006047478
Lodged By: DERBY CITY TITLE
Recorded On: 03/28/2006   10:39:22
Total Fees:          152.00
Transfer Tax:        140.00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: LATMIL

3

END OF DOCUMENT

**EXHIBIT B**

FILE No. _____

BB 0895IPG0792

RETURN TO
NIELSON & SHERRY P.S.C.
639 WASHINGTON AVE
NEWPORT, KY 41071

3

This form was prepared by: **New Century Mortgage Corporation**, address: **18400 Von Karman, Suite 1000, Irvine, CA 92612**, tel. no.: **1-800-967-7623**

_____
Preparer

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS That **New Century Mortgage Corporation**

the Mortgagee in a certain mortgage, dated the **17th** day of **March**, **2006**, executed by **Travis Zanone**

duly filed for record in the Office of the **Jefferson** , and
**Louisville** , Kentucky, on the 28th day of March, 2006 County Court Clerk,
duly recorded in Mortgage Book 9987 , Page 149,
Tax Parcel ID Number: **2361-0011-0000** in consideration of the sum of
**NINETY-EIGHT THOUSAND AND 00/100**

($ **98,000.00** )

to them in hand paid, the receipt of which is hereby acknowledged, does hereby sell, assign, transfer, set over, and convey unto **U.S. Bank N.A. as trustee for Asset-Backed Pass-Through Certificates appoints Wells Fargo Bank N.A. D/B/A America's Servicing Company** its successors, and assigns, said mortgage, the real estate conveyed, and the Promissory Note, debts, and claims thereby secured, and covenants therein contained.

TO HAVE AND TO HOLD THE SAME, forever, subject, nevertheless, to the conditions therein contained.

## 205 West Fourth Street
Cincinnati, Ohio 45202

Kentucky Assignment of Mortgage with Acknowledgment

VMP-995W(KY) (0109)   9/01
Page 1 of 2    Initials: _____
VMP MORTGAGE FORMS - (800)521-7291

1006831280

I HEREBY CERTIFY THAT THIS
DOCUMENT WAS PREPARED BY:

_____
NIELSON & SHERRY, PSC
639 WASHINGTON AVENUE
NEWPORT, KENTUCKY 41071
(859) 655-7000

IN WITNESS WHEREOF, the Mortgagee, **New Century Mortgage Corporation, a California Corporation**
has caused this instrument to be signed by its **V.P.\Records Management**,
and attested by its
and its corporate seal to be affixed hereto this

**23rd**  day of **March**  , **2006**  , A.D.

ATTEST:                                                   New Century Mortgage Corporation
                                                          By:

_____           _____
                                                          Stephen L. Nagy
                                                          V.P.\Records Management

Commonwealth/State of **California**
County of **Orange**

The foregoing instrument was acknowledged before me this **March 23, 2006**
by **Stephen L. Nagy**

**V.P.\Records Management**,
**New Century Mortgage Corporation**                                    , of
**California**                                                          , a
                                          corporation, on behalf of the said corporation.

_____
Victor Perez

(See next page for notary)

995W(KY) (0109)            Page 2 of 2                                    1006831280

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT

STATE OF CALIFORNIA
COUNTY OF ORANGE

On **March 23, 2006** before me **Victor Perez**, a Notary Public personally appeared **Steve Nagy V.P. Records Management**, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal

*(signature)*

Signature of Notary Public

VICTOR PEREZ
Commission # 1638119
Notary Public - California
Orange County
My Comm. Expires Jan 15, 2010

Victor Perez
COMMISSION # 1638119
COMMISSION EXPIRES:
January 15, 2010

Document No.: DN2006197679
Lodged By: NIELSON & SHERRY
Recorded On: 12/12/2006    10:41:43
Total Fees:    13.00
Transfer Tax:    .00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: TERHIG

**END OF DOCUMENT**