Label Matrix for local noticing
0311-1
Case 07-10416-KJC
District of Delaware
Delaware
Fri Jul 27 16:10:16 EDT 2007

ALDINE INDEPENDENT SCHOOL DISTRICT
Susan R. Fuertes
14910 Aldine Westfield Road
Houston, Tx 77032 Harris

American Express Travel Related Svcs Co Inc
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Americas Servicing Company
McCalla, Raymer, et al.
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Ameriquest Mortgage Company
c/o Neil F. Dignon
Draper & Goldberg, PLLC
512 East Market Street
Georgetown, DE 19947

Angelo, Gordon & Co.
245 Park Avenue, 26th Fl.
New York, NY 10167

Arlington ISD
c/o Perdue Brandon Fielder, et al.
PO Box 13430
Arlington, TX 76094

Arlington ISD, et al.
c/o Perdue Brandon Fielder Collins Mott
PO Box 13430
Arlington, Tx 76094

Broadway Center Associates, LP
c/o Katsky Korins LLP
605 Third Avenue
New York, NY 10158

Broward County Revenue Collection Division
Edward A. Dion, Esq.
Government Center
115 South Andrews Avenue
Ft. Lauderdale, FL 33301

Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281

Carrollton-Farmers Branch ISD
c/o Andrea Sheehan
Law Offices of Robert E. Luna, PCA
4411 North Central Expressway
Dallas, TX 75205

Castleberry ISD
c/o Perdue, Brandon, Fielder, et al
P. O. Box 13430
Arlington, TX 76094

Cedar Hill ISD
c/o Perdue, Brandon, Fielder, et al
Elizabeth Banda
PO BOX 13430
Arlington, TX 76094-0430

Celina ISD
c/o Perdue, Brandon, Fielder, et al
P.O. Box 13430
Arlington, TX 76094

ChoicePoint Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Ave., N.W.
Washington, DC 20036

CitiMortgage, Inc.
McCalla, Raymer, et al.
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

City of Cedar Hill
c/o Perdue, Brandon, Fielder, et al
Elizabeth Banda
PO BOX 13430
Arlington, TX 76094-0430

City of Edinburg
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760

City of Hurst
Perdue, Brandon, Fielder, Collins & Mott
c/o Elizabeth Banda
P. O. Box 13430
Arlington, TX 76094-0430

City of Princeton
c/o Perdue, Brandon, Fielder, et al
P. O. Box 13430
Arlington, TX 76094

City of Whitewright
c/o Perdue, Brandon, Fielder, et al
P. O. Box 13430
Arlington, TX 76094

Collin County Tax Assessor/Collector
c/o Gay McCall Isaacks et al
777 E 15th St
Plano, TX 75074

Contrarian Capital Management, LLC
411 West Putnam Ave., Suite 225
Greenwich, CT 06830

Cooley Godward Kronish LLP
101 California Street
5th Floor
San Francisco, CA 94111-5800

Cypress-Fairbanks ISD
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

Dallas County
c/o Linebarger Goggan Blair & Sampson
2323 Bryan Street
Suite 1600
Dallas, TX 75201 U.S.

Edcouch-Elsa ISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760

Ellington Management Group, Inc.
c/o Patricia B. Tomsco
Brown McCarroll LLP
111 Congress Avenue
Suite 1400
Austin, TX 78701

Ellington Management Group, L.L.C., on Behal

Federal Express Corporation
c/o Filardi Law Offices LLC
65 Trumbull Street
2nd Floor
New Haven, CT 06510

Fidelity National Information Services, Inc.
c/o Baker & Hostetler LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036

Fort Bend County
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

Garland Independent School District
c/o Law Offices of Robert E. Luna, P.C.
4411 N Central Expressway
Dallas, TX 75205

General Electric Capital Corporation
c/o Michael G. Gallerizzo, Esquire
Gebhardt & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801

Golden Key Mortgage
Wendel, Rosen, Black & Dean LLP
c/o Charles A. Hansen
1111 Broadway, 24th Floor
Oakland, CA 94607

Harris County
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

IBM Corporation
Attn: Vicky Namken
13800 Diplomat Drive
Dallas, TX 75234

IKON Financial Services
1738 Bass Road
PO Box 13708
Macon, GA 31208-3708

Ikon Office Solutions
Recovery & Bankruptcy
3920 Arkwright Road
Suite 400
Macon, GA 31210

Iron Mountain Information Management, Inc.
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street
Boston, MA 02110

Irwin Mortgage Corporation
Attn:  Bankruptcy Dept.
11800 Exit Five Parkway
Fishers, IN 46038-9627

KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178

KW Properties, LTD
c/o Nancy Hotchkiss
Trainor Fairbrook
980 Fulton Avenue
Sacramento, CA 95825

Kodiak Funding LP, and Kodiak CDO I, Ltd.
Rosenthal, Monhait & Goddess, P.A.
919 Market Street
Suite 1401
Wilmington, DE 19801

LOWENSTEIN SANDLER, PC
65 Livingston Avenue
Roseland, NJ 07068

Lamun Mock Cunnyngham & Davis, PC
5900 NW Grand Blvd
Oklahoma City, OK 73118-1295

Law Offices of David J. Stern, PA
Frederic J. DiSpigna, Esq.
801 S. University Dr.
Suite 500
Plantation, FL 33324

Lewisville Independent School District
c/o Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, TX 75205

Litton Loan Servicing LP
4828 Loop Central Drive
Houston, TX 77081-2226

Mack-Cali Realty Corporation
PO Box 7817
Edison, NJ 08818-7817

Mackoff Kelloff Law Firm
46 West 2nd Street
Dickinson, ND 58601

Manatee County Tax Collector Ken Burton Jr.
P.O. Box 25300
P.O. Box 25300
Bradeton, FL 34205

Mansfield ISD
c/o Perdue, Brandon, Fielder, et al
Elizabeth Banda
PO BOX 13430
Arlington, TX 76094-0430

Maricopa County Treasurer
Madeleine C. Wanslee
Gust Rosenfeld P.L.C.
201 E. Washington St. #800
Phoenix, AZ 85004-2327

Midfirst Bank
c/o Midland Mortgage Co.
999 N.W. Grand Blvd, Attn:  Bankruptcy
Oklahoma City, OK 73118

Missouri Department of Revenue
Sheryl L. Moreau
PO box 475
301 W. High Street, Room 670
Jefferson City, MO 65105

Montgomery County
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

Morris, Nichols, Arsht & Tunnell LLP
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

National City Commercial Capital Company, LL
Weir & Partners LLP
824 Market Street
Suite 1001
Wilmington, DE 19899

Natixis Real Estate Capital Inc.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612

Nueces County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760

Phelan, Hallinan and Schmieg, LLP
1617 John F. Kennedy Blvd
Suite 1400
Philadelphia, PA 19103 Philadelphia

Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Princeton ISD
c/o Perdue, Brandon, Fielder, et al
Elizabeth Banda
PO BOX 13430
Arlington, TX 76094-0430

QKC Maui Owner, LLC
c/o Honigman Miller Schwartz & Cohn LLP
Attn. Andrew S. Conway
38500 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304

RBC Mortgage Company, Royal Bank of Canada a

Regions Bank
c/o Richard D. Becker
Becker & Becker, P.A.
2702 Capitol Trail
Newark, DE 19711

Riverside Claims LLC
P O Box 626
Planetarium Station
New York, NY 10024

Shapiro,Nordmeyer & Zielke, LLP
7300 Metro Blvd., Ste. 390
Edina, MN 55439

Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

South Texas College
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760

State of Colorado
Jefferson County Court & Administration
100 Jefferson County Parkway
Golden, CO 80401

State of Ohio, ex rel. Marc Dann, Attorney G
Ohio Attorney General
c/o Michelle T. Sutter
30 East Broad Street
25th Floor
Columbus, OH 43215 U.S.A.

Tax Appraisal District of Bell County, et al
co Michael Reed
P.O. Box 1269
Round Rock, TX 78680

Travelers
National Accounts
Attn: Michael Marasco
1 Tower Square - 5MN
Hartford, CT 06183-4044

Udren Law Offices, P.C.
111 Woodcrest Road
Suite 200
Cherry Hill, NJ 08003

United Insurance Company

Warren County Collector
105 South Market
Warrenton, MO 63383

Wells Fargo Bank, N.A.
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN 55479

Whitewright ISD
c/o Perdue, Brandon, Fielder, et al
P. O. Box 13430
Arlington, TX 76094

Wolff Samson. PC
Attn:  Carlos G. Manalansan, Esquire
The Ofices of Crystal Lake
One Boland Drive
West Orange, NJ 07052

Wright, Finlay & Zak, LLP
4665 MacArthur Court
Suite 280
Newport Beach, CA 92660

XRoads Case Management Services, LLC
1821 E. Dyer Road
Suite 225
Santa Ana, CA 92705

U.S. Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE 19801

Adfitech, Inc
3001 Technology Drive
Edmond, OK  74014

Bexar County
c/o David G. Aelvoet
711 Navarro Suite 300
San Antonio, TX 78205

City of El Paso
c/o David G. Aelvoet
711 Navarro Suite 300
San Antonio, TX 78205

Cybersearch
800 E. Northwest Highway
Suite 950
Palatine, IL  60067

Home Loan Services, Inc.
P. O. Box 1838
Pittsburgh, PA 15230

KW Properties, LTD
c/o Nancy Hotchkiss, Esquire
Trainor Fairbrook
980 Fulton Avenue
Sacramento, California 95825

KW Properties, LTD.
c/o Nancy Hotckiss, Esquire
Trainor Fairbrook
980 Fulton Avenue
Sacramento, California 95825

Law Offices of David J. Stern, PA
801 S. University Dr.
Suite 500
Plantation, FL 33324

Riverside Claims LLC
P.O. Box 626
Planetarium Station
New York, NY  10024-0540

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Wilshire Credit Corporation
Attn: Jodi Seits
P. O. Box 1650
Portland, OR 97207

Aaron Celious
1614 Greenfield Avenue
Los Angeles, CA 90025

Alireza Nazmi
Wendel, Rosen, Black & Dean LLP
c/o Charles A. Hansen
1111 Boradway, 24th Floor
Oakland, CA 94607-4036

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

Chun I. Jang
Richards, Layton & Finger, P.A.
920 North King Street
P.O. Box 551
Wilmington, DE 19899

David and Sherry TerMarsch
6136 Morning View Drive
Lakeland, FL 33813

Glenn M. Reisman
Law Offices
Two Corporate Drive
Suite 234
Shelton, CT 06484

Grant C Rees
164 Route 7 South
P.O. Box 108
Milton, VT 05468-0108

Ivan Lerer Kallick
Manatt Phelps & Phillips, LLP
11344 West Olympic Boulevard
Los Angeles, CA 90064

Laura Sweeney

Marcos Alexis Ramos
Richards Layton & Finger, PA
One Rodney Square
PO Box 551
Wilmington, DE 19899

Mark D. Collins
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

Michael Joseph Merchant
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899 usa

Nabih and Esther Mangoubi
515 Davis Street
Evanston, PA 60201

Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899 usa

Rich F. Martin
8109 Santa Luz Village Green South
San Diego, CA 92127

Richard J Reynolds
16485 Laguna Canyon Road
Suite 250
Irvine, CA 92618

Robert P. Cocco
437 Chestnut Street
Suite 1006
Philadelphia, PA 19106

Russell C. Silberglied
Richards, Layton & Finger
One Rodney Square
P.O. BOX 551
Wilmington, DE 19899 usa

Sari E. Meador
Of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, FL 33831-2016

Scott Morris
Reeves & Seidler
2527 Santa Clara Avenue
Alameda, CA 94501-4633 US

Steffi A. Swanson
1902 Harlan Drive, Ste.A
Bellevue, NE 68005

Stuart L Druckman
Druckman & Sinel, LLP
242 Drexel Avenue
Westbury, NY 11590

Thomas Maxson
Cohen & Grigsby
11 Stanwix Street, 15th Fl
Pittsburgh, PA 15222


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


| | | |
|---|---|---|
| (u)500 Eagles Landing, LLC | (u)816 Connecticut Avenue, L.P. | (u)ABN AMRO BANK N.V. |
| (u)ADT Security Services, Inc. | (u)AT&T Inc. | (u)Ad Hoc Committee of Participants in the Ne |
| (u)Adfitech, Inc. | (u)Affiliated Computer Services, Inc. and ACS | (u)BANK OF AMERICA, N.A. |
| (u)BCIA 95 Glastonbury Boulevard LLC | (u)Bank of New York as Trustee c/o Countrywid | (u)Bank of the West |
| (u)Barclays Bank PLC | (u)Barclays Capital | (u)BasePoint Analytics LLC |
| (u)Bexar County Linebarger Goggan et al | (u)Brandywine Operating Partnership, L.P. | (u)Bryan Cave LLP |
| (u)CB Richard Ellis Corporate Facilities Mana | (u)CSHV Denver Tech Center, LLC | (u)CT Corporation Trust |
| (u)Canpro Investments, LTD., | (u)Carrington Mortgage Services, LLC | (u)Carrington Mortgage Services, LLC/Carringt |

| | | |
|---|---|---|
| (u)Chatham County Tax Commissioner | (u)Citigroup Global Markets Realty Corp. | (u)City of El Paso<br>Linebarger Goggan et al |
| (u)Clear Capital.com, Inc. | (u)Coremetrics, Inc. | (u)Countrywide Financial Corporation |
| (u)Countrywide Home Loans, Inc. | (u)Countrywide Securities Corporation | (u)Countrywide Warehouse Lending |
| (u)County of Imperial, California | (u)Coventry Fund X, Ltd. | (u)Credit Suisse First Boston Mortgage Capita |
| (u)Credit-Based Asset Servicing and Securitiz | (u)DB Structured Products, Inc. | (u)DRA CRT Post Oak, L.P. |
| (u)Daniel J. Rubio, John Hicks, David Vizcara | (u)Data-Link Systems, L.L.C. | (u)Deutsche Bank National Trust Company |
| (u)Digital Legal Services, L.L.C. | (u)Douglas Emmett 2000, LLC | (u)Edwards Angell Palmer & Dodge LLP |
| (u)Eschelon Telecom, Inc. | (u)FTI Consulting Inc. | (du)FTI Consulting, Inc. |
| (u)Fein Such Kahn & Shepard, P.C. | (u)Fiserv Solutions, Inc. | (u)Fox Rothschild LLP |
| (u)GMAC Commercial Finance, LLC | (u)Goldman Sachs Mortgage Company | (u)GreenPoint Mortgage Funding |

| | | |
|---|---|---|
| (u)Greenwich Capital Financial Products, Inc. | (u)Greenwich Capital Financial Products, Inc. | (u)Gregory J. Schroeder, Michelle Parker, Mar |
| (u)HSBC Bank USA, National Association, HSBC | (u)Hartford Fire Insurance Company | (u)Hidalgo County |
| (u)Home Loan Services | (u)Huntington Quadrangle 2 LLC | (u)Hunton & Williams LLP |
| (u)IBM Credit LLC | (u)ILOG, Inc. | (u)IndyMac Bank, F.S.B. |
| (u)Irvine Company | (u)JP MORGAN CHASE BANK, NA | (u)KST Data, Inc |
| (u)Klehr Harrison Harvey Branzburg & Ellers L | (u)Kurt F. Johnson, Dale Scott Heineman | (u)LandAmerica Default Services Company |
| (u)Lazard Freres & Co. LLC | (u)Maguire Properties-Park Place LLC, Maguire | (u)Malcolm & Cisneros |
| (u)Manchester Township | (u)Morgan Stanley Mortgage Capital Inc. | (u)Morris, Schneider & Prior, L.L.C. |
| (u)National Field Representatives | (u)New York State Teachers' Retirement Sys | (u)Novastar Mortgage, Inc. |
| (u)O'Melveny & Myers LLP | (u)Official Unsecured Creditors' Committee | (u)Oklahoma County Treasurer |

| | | |
|---|---|---|
| (u)Oracle USA, Inc. | (u)P.C. Associates | (u)PEPPER HAMILTON LLP |
| (u)Pennsbury Village Borough | (u)Plaza America Office Development, LLC | (u)Positive Software Solutions, Inc. |
| (u)Premier Print and Services Group, Inc. | (u)Quadrangle Group, LLC | (u)Qwest Corporation |
| (u)RBC USA Holding Corporation and RBC Mortga | (u)RICHARD D. AUSTIN, LAUREN V. LIVA, MICHAEL | (u)RJS Properties, Inc. |
| (u)Realty Associates Fund VII, L.P. | (u)Residential Funding Company, LLC | (u)Richards, Layton & Finger, PA |
| (u)Richardson ISD | (u)Roetzel & Andress<br>1375 East Ninth Street<br>One Cleveland Center, 9th Floor<br>Cleveland | (u)Ryan Desert Ridge II, LLC |
| (u)SIRVA Relocation | (u)SN Servicing Corp. | (u)Safeco Financial Institution Solutions, In |
| (u)Sheppard, Mullin, Ritcher & Hampton LLP | (u)Speedpay, Inc. | (u)Sprint Communications Company L.P. d/b/a S |
| (u)Sprint Nextel Corporation | (u)Stony Point East, LP | (u)SunTrust Leasing Corporation |
| (u)Symantec Corporation | (u)Thacher Proffitt & Wood LLP | (u)The CIT Group/Business Credit, Inc. |

(u)The Greenlining Institute

(du)The Irvine Company

(u)The Official Committee of Unsecured Credit

(u)The Townsend Trust

(u)U.S. Bank  N.A., as Trustee

(u)UBS Real Estate Securities, Inc.

(u)Union Bank of California

(u)United HealthCare Insurance Company

(u)Village at Camp Bowie I, L.P.

(u)Walz Postal Solutions, Inc.

(u)Washington Mutual

(u)Wells Fargo Bank, N.A., as Indenture Trust

(u)Wells Fargo, N.A.

(u)Wilshire Credit Corporation

(u)Wolfe & Wyman, LLP

(u)eMortgage Logic LLC

(du)eMortgage Logic, LLC

(d)Adfitech, Inc.
3001 Technology Drive
Edmond, OK  74014

(d)Iron Mountain Information Management, Inc.
c/o Frank F. McGinn, Esq
Bartlett Hackett Feinberg P.C.
155 Federal Street
Boston, MA 02110

(d)Iron Mountain Information Management, Inc.
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street
Boston, MA 02110

(d)KW Properties, LTD.
c/o Nancy Hotchkiss, Esquire
Trainor Fairbrook
980 Fulton Avenue
Sacramento, California 95825

(u)Alan Such
Fein, Such, Kahn & Shepard, P.C.

(d)Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, De 19801

(u)Gina Brown

(u)Jeffrey Weber

(u)John A. Vos

(u)Leslie Marks

(u)Leslie K. Hill

(u)Mark A. Baker

(u)Mark K. Broyles
Fein, Such & Crane, LLP

(u)Michael J. Missal

End of Label Matrix
Mailable recipients    120
Bypassed recipients    145
Total                  265