ANNE MILGRAM  
Attorney General of New Jersey  
Richard J. Hughes Justice Complex  
25 Market Street  
P.O. Box 119  
Trenton, New Jersey  08625-0119  
Attorney for State of New Jersey  

By:  Heather Lynn Anderson (HLA 3316)  
     Deputy Attorney General  
     (609) 777-3505  

              UNITED STATES BANKRUPTCY COURT  
               FOR THE DISTRICT OF DELAWARE  

| | |
|---|---|
| NEW CENTURY TRS HOLDINGS, INC., | ) Chapter 11 )<br>) Case No. 07-10416-KJC |
| Debtor. | ) )<br>) ENTRY OF APPEARANCE |

TO:  CLERK OF THE UNITED STATES BANKRUPTCY COURT  
     DISTRICT OF NEW JERSEY  

     Kindly enter my appearance as counsel on behalf of the State of New Jersey, Division of Taxation and Department of Labor.

                                 ANNE MILGRAM  
                                 ATTORNEY GENERAL OF NEW JERSEY  

                      By:  /s/ Heather Lynn Anderson  
                           Heather Lynn Anderson  
                           Deputy Attorney General  

Dated:    July 30, 2007