IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : |
| | : Jointly Administered |
| | : |
| Debtors. | : |

*AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 31, 2007 AT 1:30 P.M.

I. **RESOLVED MATTERS:**

1. Debtors' Application for Order Under 11 U.S.C. Section 327(a) Authorizing Employment and Retention of Ernst & Young LLP as Tax Advisory Services Provider to Debtors, Effective Nunc Pro Tunc to May 1, 2007 [D.I. 1312; filed 6/18/07]

    Objection deadline: July 9, 2007 at 4:00 p.m.

    Objections/Responses Received:

    A. Objection of the United States Trustee to the Debtors' Application for Order Under 11 U.S.C. Section 327(a) Authorizing Employment and Retention of Ernst & Young LLP as Tax Advisory Services Providers to Debtors, Effective Nunc Pro Tunc to May 1, 2007 [D.I. 1860; filed 7/9/07]

    Related Documents:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

[2] Amended/Added agenda items are noted in **bold.**

      i.      Supplemental Affidavit of Richard R. Magnuson in Support of Debtors' Application for Order Under 11 U.S.C. Section 327(a) Authorizing Employment and Retention of Ernst & Young LLP as Tax Advisory Services Provider to Debtors Effective Nunc Pro Tunc to May 1, 2007 [D.I. 1943; filed 7/16/07]

      ii.     Certification of Counsel [D.I. 1971; filed 7/19/07]

      iii.    Order Under 11 U.S.C. Section 327(a) Authorizing Employment and Retention of Ernst & Young LLP as Tax Advisory Services Provider to Debtors Effective Nunc Pro Tunc to May 1, 2007 [D.I. 1983; filed 7/23/07]

Status: On July 23, 2007, the Court entered an order concerning this matter. Accordingly, there is no need for a hearing in connection with this matter.

2. Debtors' Application for Order Authorizing the Retention and Employment of Heller Ehrman LLP as Special Counsel to the Audit Subcommittee Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e) and 1107(b) of the Bankruptcy Code [D.I. 495; filed 5/1/07]

Objection Deadline: May 23, 2007 at 4:00 p.m.; extended for the U.S Trustee and Creditors' Committee to June 8, 2007 at 4:00 p.m.; extended indefinitely for the U.S. Trustee; extended for the Creditors' Committee to June 13, 2007 at 12:00 p.m.

Objections/Responses Received:

      A.    Limited Objection to the Debtors' Application to Employ Heller Ehrman LLP as Special Counsel to the Audit Subcommittee Nunc Pro Tunc to the Petition Date [D.I. 1657; filed 6/25/07]

      B.    Response to Limited Objection of the United States Trustee to the Debtors' Application for Order Authorizing the Retention and Employment of Heller Ehrman LLP as Special Counsel to the Audit Subcommittee Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e) and 1107(b) of the Bankruptcy Code [D.I. 1883; filed 7/11/07]

Related Documents:

      i.      Certification of Counsel [D.I. 1988; filed 7/23/07]

      ii.     Order Authorizing Debtors to Retain and Employ Heller Ehrman LLP as Special Counsel to the Audit Subcommittee Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e) and 1107(b) of the Bankruptcy Code [D.I. 2046; filed 7/25/07]

Status: On July 25, 2007, the Court entered an order concerning this matter. Accordingly, there is no need for a hearing in connection with this matter.

## II. UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION:

3. Motion of Law Offices of David J. Stern, P.A. for Omnibus Relief from Stay [D.I. 675; filed 5/14/07]

   Objection Deadline: May 23, 2007

   Objections/Responses Received:

   A. Response of Debtors and the Debtors in Possession to Motion of Law Offices of David J. Stern, P.A. for Omnibus Relief from Stay [D.I. 886; filed 5/25/07]

   B. Joinder of the Official Committee of Unsecured Creditors to the Response of Debtors and the Debtors in Possession to Motion of Law Offices of David J. Stern, P.A. for Omnibus Relief from Stay [D.I. 908; filed 5/29/07]

   Related Documents:

   i. Notice of Continued Hearing [D.I. 1941; filed 7/16/07]

   ii. Certification of No Objection [D.I. 1975; filed 7/20/07]

   Status: On July 20, 2007, a certificate of no response with respect to this matter was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

4. Ameriquest Mortgage Company c/o AMC Mortgage Services, Inc.'s Motion for Relief from Automatic Stay as to 851 Charles Avenue, Lexington, Kentucky 40508 [D.I. 1652; filed 6/25/07]

   Objection Deadline: July 23, 2007

   Objections/Responses Received: None at this time.

   Related Documents:

   i. Notice of Hearing [D.I. 1653; filed 6/25/07]

   ii. Certificate of No Response [D.I. 2014; filed 7/24/07]

   Status: **On July 30, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

5. Wells Fargo Bank, N.A. c/o Countrywide Home Loans' Motion for Relief from Automatic Stay as to 10114 Berrybriar Lane, Tomball, Texas 77375 [D.I. 1678; filed 6/27/07]

   Objection Deadline: July 23, 2007

   Objections/Responses Received: None at this time.

   Related Documents:

   i. Notice of Hearing [D.I. 1679; filed 6/27/07]

   ii. Certificate of No Response [D.I. 2017; filed 7/24/07]

   Status: **On July 30, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

6. Wells Fargo Bank, N.A. c/o Countrywide Home Loans' Motion for Relief from Automatic Stay as to 6911 Bexar Street, Dallas, TX [D.I. 1681; filed 6/27/07]

   Objection Deadline: July 23, 2007

   Objections/Responses Received: None at this time.

   Related Documents:

   i. Notice of Hearing [D.I. 1682; filed 6/27/07]

   ii. Certificate of No Response [D.I. 2023; filed 7/24/07]

   Status: **On July 30, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

7. Deutsche Bank National Trust Company as Trustee c/o Countrywide Home Loans' Motion for Relief from Automatic Stay as to 4214 Stillwood Lane, Odessa, TX 79762 [D.I. 1683; filed 6/27/07]

   Objection Deadline: July 23, 2007

   Objections/Responses Received: None at this time.

   Related Documents:

   i. Notice of Hearing [D.I. 1684; filed 6/27/07]

   ii. Certificate of No Response [D.I. 2022; filed 7/24/07]

RLF1-3183567-1

Status: On July 24, 2007, a certificate of no response with respect to this matter was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

8. Deutsche Bank National Trust Company as Trustee c/o Countrywide Home Loans' Motion for Relief from Automatic Stay as to 503 West Mitchell St., Meadows, TX 79345 [D.I. 1687; filed 6/27/07]

   Objection Deadline: July 23, 2007

   Objections/Responses Received: None at this time.

   Related Documents:

   i. Notice of Hearing [D.I. 1689; filed 6/27/07]

   ii. Certificate of No Response [D.I. 2021; filed 7/24/07]

   Status: **On July 30, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

9. Deutsche Bank National Trust Company as Trustee c/o Countrywide Home Loans' Motion for Relief from Automatic Stay as to 5700 Westminster, Austin, TX 78723 [D.I. 1690; filed 6/27/07]

   Objection Deadline: July 23, 2007

   Objections/Responses Received: None at this time.

   Related Documents:

   i. Notice of Hearing [D.I. 1691; filed 6/27/07]

   ii. Certificate of No Response [D.I. 2020; filed 7/24/07]

   Status: **On July 30, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

10. Wells Fargo Bank, N.A. c/o Countrywide Home Loans' Motion for Relief from Automatic Stay as to 550 Live Oak Drive, Bertram, TX 78605 [D.I. 1702; filed 6/28/07]

    Objection Deadline: July 23, 2007

    Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 1703; filed 6/28/07]

ii. Certificate of No Response [D.I. 2019; filed 7/24/07]

Status: **On July 30, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

11. Deutsche Bank National Trust Company as Trustee c/o Countrywide Home Loans' Motion for Relief from Automatic Stay as to 804 Valley Road, Killenn, TX 76541 [D.I. 1704; filed 6/28/07]

Objection Deadline: July 23, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 1705; filed 6/28/07]

ii. Certificate of No Response [D.I. 2018; filed 7/24/07]

Status: **On July 30, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

12. Countrywide Home Loans' Motion for Relief from Automatic Stay as to 3036 Windmill Lane, Farmers Branch, TX 75234 [D.I. 1706; filed 6/28/07]

Objection Deadline: July 23, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 1707; filed 6/28/07]

ii. Certificate of No Response [D.I. 2016; filed 7/24/07]

Status: **On July 30, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

13. GreenPoint Mortgage Funding's Motion for Relief from Automatic Stay as to 74 Sunset Avenue, North Arlington, NJ 07031 [D.I. 1845; filed 7/6/07]

Objection Deadline: July 23, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 1846; filed 7/6/07]

ii. Certificate of No Response [D.I. 1985; filed 7/23/07]

Status: On July 23, 2007, a certificate of no response with respect to this matter was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

14. Countrywide Home Loans' Motion for Relief from Automatic Stay as to 623 E. Walnut Street, Kokomo, IN 46901 [D.I. 1708; filed 6/28/07]

Objection Deadline: July 23, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 1709; filed 6/28/07]

ii. Certificate of No Response [D.I. 2015; filed 7/24/07]

Status: **On July 30, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

15. Application of the Examiner for an Order Authorizing the Retention of Saul Ewing LLP as Delaware Counsel to the Examiner Nunc Pro Tunc to June 8, 2007 [D.I. 1747; filed 7/2/07]

Objection Deadline: July 24, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Certification of No Objection Regarding Application of the Examiner for an Order Authorizing the Retention of Saul Ewing LLP as Delaware Counsel to the Examiner Nunc Pro Tunc to June 8, 2007 [D.I. 2058; filed 7/26/07

Status: **On July 30, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

16. Deutsche Bank National Trust Company as Trustee c/o Countrywide Home Loans' Motion for Relief from Automatic Stay as to 3330 Delevan Court, Saginaw, MI 48603 [D.I. 1847; filed 7/6/07]

    Objection Deadline: July 23, 2007

    Objections/Responses Received: None at this time.

    Related Documents:

    i. Notice of Hearing [D.I. 1848; filed 7/6/07]

    ii. Certificate of No Response [D.I. 1986; filed 7/23/07]

    Status: **On July 30, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

17. Deutsche Bank National Trust Company as Trustee c/o Countrywide Home Loans' Motion for Relief from Automatic Stay as to 11921 Lansdowne Street, Detroit, MI 48224 [D.I. 1849; filed 7/6/07]

    Objection Deadline: July 23, 2007

    Objections/Responses Received: None at this time.

    Related Documents:

    i. Notice of Hearing [D.I. 1850; filed 7/6/07]

    ii. Certificate of No Response [D.I. 1987; filed 7/23/07]

    Status: **On July 30, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

III. **UNCONTESTED MATTERS GOING FORWARD:**

18. Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting its Members to Engage in Securities Trading, Loan Sales and Other Transactions Involving the Debtors and Their Respective Assets [D.I. 409; filed 4/26/07]

    Objection Deadline: May 8, 2007 at 4:00 p.m.; extended for the U.S. Trustee and SEC to July 9, 2007 at 4:00 p.m.

    Objections/Responses Received: None at this time.

Related Documents: None at this time.

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for August 7, 2007.

19. U.S. Bank National Association as Trustee, c/o Wells Fargo Home Mortgage's Motion for Relief from Automatic Stay as to 1460 Burton Street, Southeast Grand Rapids, MI 49507 [D.I. 706; filed 5/16/07]

   Objection Deadline: July 23, 2007

   Objections/Responses Received: None at this time.

   Related Documents:

   i. Re-Notice of Hearing [D.I. 1822; filed 7/2/07]

   ii. **Certificate of No Response [D.I. 2089; filed 7/30/07]**

   Status: **On July 30, 2007, a certificate of no response with respect to this matter was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.**

20. Motion of Debtors and the Debtors in Possession for an Order Approving the Investment Guidelines Pursuant to Section 345 of the Bankruptcy Code [D.I. 893; filed 5/25/07]

   Objection Deadline: June 8, 2007 at 4:00 p.m.; extended indefinitely for the U.S. Trustee

   Objections/Responses Received: None at this time.

   Related Documents: None at this time.

   Status: The hearing on this matter is going forward.

21. Countrywide Home Loans' Motion for Relief from Automatic Stay as to 17354 Waltham Street, Detroit, MI 48205 [D.I. 1744; filed 7/2/07]

   Objection Deadline: July 23, 2007

   Objections/Responses Received: None at this time.

   Related Documents:

   i. Notice of Hearing [D.I. 1745; filed 7/2/07]

   ii. **Certificate of No Response [D.I. 2090; filed 7/30/07]**

Status: **On July 30, 2007, a certificate of no response with respect to this matter was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.**

22. Application of Debtors and Debtors in Possession for an Order Authorizing the Retention and Employment of Baute & Tidus LLP as Special Litigation Counsel to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e), 328, 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002 [D.I. 1828; filed 7/3/07]

    Objection Deadline: July 24, 2007; objection deadline extended for the U.S. Trustee indefinitely.

    Objections/Responses Received: None at this time.

    Related Documents: None at this time.

    Status: The hearing on this matter is going forward. The U.S. Trustee issued informal comments to the Debtors. The Debtors, Baute & Tidus, and the U.S. Trustee have an agreement in principle resolving the U.S. Trustee's concerns.

23. Examiner's Motion for an Order Authorizing the Examination of KPMG LLP [D.I. 1888; filed 7/11/07]

    Objection Deadline: July 18, 2007

    Objections/Responses Received:

    A. **KPMG's Opposition to the Examiner's Motion for an Order Authorizing the Examination of KPMG LLP [D.I. 2074; filed 7/27/07]**

    Related Documents:

    i. Re-Notice of Motion [D.I. 1972; filed 7/19/07]

    Status: The hearing on this matter is going forward.

## IV. CONTESTED MATTERS GOING FORWARD:

24. General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 630; filed 5/11/07]

    Objection deadline: May 31, 2007; extended to June 7, 2007 at 4:00 p.m.

    Objections/Responses Received:

A. Limited Response of Carrington Capital Management, LLC and Carrington Mortgage Services, LLC to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1165; filed 6/7/07]

B. Opposition of Debtors and Debtors in Possession to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1166; filed 6/7/07]

C. Objection of the Official Committee of Unsecured Creditors to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1168; filed 6/7/07]

D. Objection of the Examiner to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1234; filed 6/14/07]

Related Documents:

i. Notice of General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 632; filed 5/11/07]

ii. Certification of Counsel [D.I. 1979; filed 7/20/07]

iii. Order Approving Stipulation and Agreement Among the Debtors and Citigroup Global Markets Realty Corp. with Respect to the Payment of Cash Collateral [D.I. 2011; filed 7/24/07]

Status: **The Debtors and General Electric Capital Corporation ("GECC") have reached an agreement and are negotiating a stipulation documenting the same. The stipulation will provide, among other things, for a continuance of the motion to the omnibus hearing scheduled for August 21, 2007.**

25. Motion of Debtors and Debtors in Possession for an Order (A) Approving the Sale of Certain Technology Assets, (B) Approving and Establishing Procedures Related to the Sale and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and (C) Granting Related Relief [D.I. 1064; filed 6/1/07]

Objection Deadline: June 15, 2007 at 4:00 p.m.

Objections/Responses Received:

A. ILOG's objection to the assignment of the ILOG Software License Agreement [Dated 6/28/07]

Related Documents:

      i.    Order (A) Approving the Sale of Certain Technology Assets, (B) Approving and Establishing Procedures Related to the Sale and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, (C) Authorizing the Sale of Certain Loan and Broker Date and (D) Granting Related Relief [D.I. 1819; filed 7/3/07]

Status: **The Court entered an order (the "Sale Order") on July 3, 2007 approving the sale of certain assets to EquiFirst Corporation, an affiliate of Barclays Bank, PC, except with respect to the proposed assumption and assignment of the ILOG Software License Agreement (the "ILOG Agreement"). The hearing with respect to ILOG's objection to the proposed assumption and assignment of the ILOG Agreement is continued to the omnibus hearing scheduled for August 7, 2007.**

26.    Motion of BCIA 95 Glastonbury Boulevard LLC for an Order Compelling Debtor to Immediately Assume and Assign Lease for Non-Residential Real Property and Cure Defaults Under Lease [D.I. 1320; filed 6/19/07]

Objection deadline: July 9, 2007 at 4:00 p.m.; extended to July 10, 2007

Objections/Responses Received:

A.    Response of Debtors and Debtors in Possession to the Motion of BCIA 95 Glastonbury Boulevard LLC for an Order Compelling Debtor to Immediately Assume and Assign Lease for Non-Residential Real Property and Cure Defaults Under Lease [D.I. 1880; filed 7/10/07]

Related Documents:

i.    Motion of BCIA 95 Glastonbury Boulevard LLC to Limit Notice [D.I. 1321; filed 6/19/07]

ii.    Order Approving Motion to Limit Notice [D.I. 1634; filed 6/22/07]

Status: The hearing on this matter is going forward.

27.    Aaron Celious' Motion for Relief from Automatic Stay [D.I. 1824; filed 7/3/07]

Objection Deadline: July 24, 2007

Objections/Responses Received:

A.    Response of Debtors and the Debtors In Possession to Motion of Aaron Celious for Relief from Stay [D.I. 2034; filed 7/24/07]

Related Documents:

      i.      Notice of Hearing [D.I. 1825; filed 7/3/07]

      ii.     United States Bankruptcy Court Notice of Hearing Regarding Motion for Relief to Aaron Celious [D.I. 1826; filed 7/3/07

Status: The hearing on this matter is going forward.

28. Motion to Approve Stipulation for an Order Granting Relief from the Automatic Stay, to the Extent any Such Relief is Required, to Enforce Insurance Policy in Favor of Insured Persons Re: Directors and Officers Liability Insurance [D.I. 1879; filed 7/10/07]

Objection Deadline: July 24, 2007

Objections/Responses Received:

    A.    Lead Plaintiff's Limited Response to Motion to Approve Stipulation for an Order Granting Relief from the Automatic Stay, as to the Extent any Such Relief is Required, to Enforce Insurance Policy in Favor of Insured Persons Re: Directors and Officers Liability Insurance [D.I. 2013; filed 7/24/07]

Related Documents:

    i.    **Certificate of Counsel Re: Motion to Approve Stipulation for an Order Granting Related Relief from the Automatic Stay, to the Extent any Such Relief is Required, to Enforce Insurance Policy in Favor of Insured Persons Re Directors and Officers Liability Insurance [D.I. 2069; filed 7/27/07]**

Status: **The Debtors and the New York State Teachers' Retirement System have reached agreement on a revised form of order that resolves the above objection. The revised order was filed under certification of counsel on July 27, 2007.**

29. Motion of Debtors and Debtors in Possession for an Order Pursuant to Section 365(d)(4)(A) of the Bankruptcy Code Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [D.I. 1923; filed 7/13/07]

Objection Deadline: July 24, 2007

Objections/Responses Received:

    A.    Objection of Coremetrics, Inc. to Motion of Debtors and Debtors in Possession for an Order Pursuant to Section 365(d)(4)(A) of the Bankruptcy Code Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [D.I. 2012; filed 7/24/07]

13

      B.      Limited Objection of Irwin Mortgage Corporation and Irwin Financial Corporation to Motion of Debtors and Debtors in Possession for an Order Pursuant to Section 365(d)(4)(A) of the Bankruptcy Code Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [D.I. 2036; filed 7/24/07]

Related Documents: None at this time.

Status: **The hearing on this matter will be going forward. The Debtors submit that the two objections to the motion are moot, as the leases identified in the objections will not be subject to the requested extension.**

30.    Motion of the Debtors and Debtors in Possession for an Order Pursuant to Section 1121(d) of the Bankruptcy Code for Entry of an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 1924; filed 7/13/07]

Objection Deadline: July 24, 2007

Objections/Responses Received: None at this time.

Related Documents: None at this time.

Status: The hearing on this matter is going forward. The Committee issued informal comments to the Debtors. The Debtors and Committee are working on reaching an agreement resolving the Committee's concerns.

31.    Motion of Debtors and Debtors in Possession for an Order Authorizing and Approving Assumption and Assignment of Real Property Leases [D.I. 1925; filed 7/13/07]

Objection Deadline: July 24, 2007

Objections/Responses Received:

      A.      Objection of BCIA 95 Glastonbury Boulevard LLC to Debtors' Motion to Assume and Assign Lease of Nonresidential Real Property [D.I. 2060; filed 7/27/07]

Documents: None at this time.

Status: The hearing on this matter is going forward. The Debtors and BCIA 95 are working on reaching an agreement resolving BCIA 95's objection.

## V.   ADVERSARY PROCEEDING MATTERS:

32.    <u>DB Structured Products, Inc. v. New Century TRS Holdings, Inc., *et al.*</u>, Adv. Pro. No. 07-51269.

14

RLF1-3183567-1

<u>Status</u>: With the Court's approval, the initial status conference for this matter has been continued to the omnibus hearing scheduled for August 21, 2007.

Dated: July 30, 2007
       Wilmington, Delaware

*/s/ Mark D. Collins*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION