IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, <u>et al.</u>,**[1] | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |
| | : | Obj Deadline: 7/31/07 |
| | : | Cmt. Obj. Deadline: 8/7/07 |

SUBMISSION OF REVISED EXHIBIT
OF ASSETS TO BE SOLD PURSUANT TO NOTICE OF
PROPOSED SALE OF ASSETS FILED JULY 24, 2007 (DOCKET NO. 2040)

PLEASE TAKE NOTICE that on July 24, 2007 the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed and served their notice describing the proposed sale of certain computer equipment to Carrington Mortgage Services, LLC (the "Sale Notice) (Docket No. 2040), in accordance with the Court's May 16, 2007 Order Pursuant to Bankruptcy Code Sections 105 and 363 Establishing Procedures Governing Miscellaneous Asset Sales (Docket No. 704).

PLEASE TAKE FURTHER NOTICE that a list of the assets to be sold pursuant to the Sale Notice appeared at "Exhibit B" to the Sale Notice. Since the filing of the Sale Notice,

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

certain items have been removed from that list. A revised "Exhibit B" is attached hereto. The

purchase price for the assets remains unchanged at $33,761.00. All other terms and conditions

remain unchanged.

Dated: July 30, 2007                          Respectfully submitted,
             Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

2

EXHIBIT B
SALE NOTICE - MISCELLANEOUS ASSETS

| Server Name | Serial Number | Model | Approx. Date in Service | Useful Life yrs | Remain-ing Life | Asset Tag | Memory | Internal Storage Configuration | NIC's | HBA's |
|---|---|---|---|---|---|---|---|---|---|---|
| **DL360G4** | | | | | | | | | | |
| drmf-premp-01 | USM5220354 | HP DL360G4 | 2004 | 3 | 0 | 7045863 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-02 | USM5220355S | HP DL360G4 | 2004 | 3 | 0 | 7045821 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-03 | USM5220354L | HP DL360G4 | 2004 | 3 | 0 | 7045815 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-04 | USM5220359 | HP DL360G4 | 2004 | 3 | 0 | 7045854 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-05 | USM522033A | HP DL360G4 | 2004 | 3 | 0 | 7045869 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-06 | USM522034D | HP DL360G4 | 2004 | 3 | 0 | 7045870 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-07 | USM522003C2 | HP DL360G4 | 2004 | 3 | 0 | 7045852 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-08 | USM5220356 | HP DL360G4 | 2004 | 3 | 0 | 7045820 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-10 | USM53900Y0 | HP DL360G4 | 2004 | 3 | 0 | None | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-11 | USM53900YN | HP DL360G4 | 2004 | 3 | 0 | None | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-12 | USM53901JB | HP DL360G4 | 2004 | 3 | 0 | None | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-13 | USM53901HZ | HP DL360G4 | 2004 | 3 | 0 | None | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-14 | USM53901NE | HP DL360G4 | 2004 | 3 | 0 | None | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-15 | USM52203C6 | HP DL360G4 | 2004 | 3 | 0 | 7045861 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-16 | USM522034A | HP DL360G4 | 2004 | 3 | 0 | 7045859 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-17 | USM5220338 | HP DL360G4 | 2004 | 3 | 0 | 7045880 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-18 | USM5220353 | HP DL360G4 | 2004 | 3 | 0 | 7045857 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-19 | USM5220332 | HP DL360G4 | 2004 | 3 | 0 | 7045818 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmf-premp-20 | USM5220355 | HP DL360G4 | 2004 | 3 | 0 | 7045865 | 4 Gig | 2x36 Gig | 2 | 0 |
| **DL380G3/G4** | | | | | | | | | | |
| <available> (was drdbncompass01) | USX44200BZ | HP DL380G4 | 2004 | 3 | 0 | 7043771 | 4 Gig | 2x36 4x72 | 3 | 0 |
| <available> (was drappncompass01) | USX44200C0 | HP DL380G4 | 2004 | 3 | 0 | 7043772 | 2 Gig | 2x36 | 3 | 0 |
| <available> | USX44200ZB | HP DL380G4 | 2004 | 3 | 0 | 7043773 | 4 Gig | 2x36 4x72 | 3 | 0 |
| <available> (was drweblims01) | USE516A233 | HP DL380G4 | 2004 | 3 | 0 | None | 4 Gig | 2x36 4x72 | 2 | 0 |
| drmfcomm90 | USE433A0KP | HP DL380G4 | 2004 | 3 | 0 | 7038751 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmfcomm91 | USE433A0LK | HP DL380G4 | 2004 | 3 | 0 | 7038750 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmfcomm92 | USE433A0LD | HP DL380G4 | 2004 | 3 | 0 | 7038749 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmfcomm93 | USE433A0KB | HP DL380G4 | 2004 | 3 | 0 | 7038748 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmfcomm94 | USE433A0MG | HP DL380G4 | 2004 | 3 | 0 | 7038747 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmfcomm95 | USE433A0K3 | HP DL380G4 | 2004 | 3 | 0 | 7038746 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmfcomm96 | USE433A0LR | HP DL380G4 | 2004 | 3 | 0 | 7038745 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmfcomm97 | USE433A0JM | HP DL380G4 | 2004 | 3 | 0 | 7038744 | 4 Gig | 2x36 Gig | 2 | 0 |
| drmfcomm98 | USE433A0KM | HP DL380G4 | 2004 | 3 | 0 | 7038743 | 4 Gig | 2x36 Gig | 2 | 0 |
| <available> (was drexservi01) | EBDNLDN72D | HP DL380G3 | 2003 | 3 | 0 | 7030080 | 2 gig | 2x36 4x72 | 3 | 0 |
| <available> (was drex35005) | 803HLDN734 | HP DL380G3 | 2003 | 3 | 0 | 7038757 | 2 Gig | 2x18 4x72 | 3 | 0 |
| <available> (was drex35004) | 803LLDN734 | HP DL380G3 | 2003 | 3 | 0 | 7038756 | 2 Gig | 2x18 4x72 | 3 | 0 |
| <available> (was drexit01) | 803DLDN734 | HP DL380G3 | 2003 | 3 | 0 | 7038755 | 2 Gig | 2x18 4x72 | 3 | 0 |
| **DL580G3/DL740G2** | | | | | | | | | | |
| <available> (was drdbweblims01) | USE534C5XE | HP DL580G3 | 2005 | 3 | 1 | None | 8 Gig | 2x36 | 3 | 2 |
| <available> (was drdbempn2) | EA05MF413C | HP DL740G2 | 2005 | 3 | 1 | 7038761 | 8 gig | 2x36 | 3 | 0 |
| dre-sql-win-004 | USE647N5A7 | HP DL585G2 | 2007 | 3 | 3 | None | | | | |

Proposed Buyer:    Carrington Mortgage Services LLC
Approximate Remaining Book Value:    $  48.000
Economics of Sale:    $  33.761