# EXHIBIT A

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Hours and Fees Incurred by Professional**
**April 2, 2007 through June 30, 2007**

| Level | Name | Hourly Rate | Hours Incurred | Fees |
|---|---|---|---|---|
| ***Tax Compliance*** | | | | |
| ***Partners/Principals*** | Cordonnier, Andrew | $715.00 | 1.3 | $ 929.50 |
| | Dahl, Don | 600.00 | 30.2 | 18,120.00 |
| | Grierson, Scot | 600.00 | 3.0 | 1,800.00 |
| | Grush, Gary | 600.00 | 14.1 | 8,460.00 |
| | Ryan, Steve | 600.00 | 6.6 | 3,960.00 |
| ***Senior Managers/Directors*** | Divers, Dale | 515.00 | 40.3 | 20,754.50 |
| | Hughes, James | 490.00 | 15.4 | 7,546.00 |
| | Pomis, Brian | 515.00 | 20.5 | 10,557.50 |
| ***Managers*** | | - | - | - |
| ***Senior Associates*** | Kraft, Jon | 390.00 | 16.5 | 6,435.00 |
| | Partridge, Ryan | 325.00 | 121.5 | 39,487.50 |
| | Ratanjee, Hiten | 350.00 | 0.5 | 175.00 |
| ***Associates*** | Arquette, Paul | 170.00 | 3.0 | 510.00 |
| | Conklin, Katie | 245.00 | 65.8 | 16,121.00 |
| | Crowe, John | 245.00 | 1.0 | 245.00 |
| | Furlow, Brian | 225.00 | 140.7 | 31,657.50 |
| | Gamez, Martin | 245.00 | 62.5 | 15,312.50 |
| | Leuthold, Erica (Intern) | 170.00 | 1.8 | 306.00 |
| | Maestas, Kristin | 225.00 | 20.5 | 4,612.50 |
| | Meskell, Brian | 170.00 | 5.0 | 850.00 |
| | Wang, Jen Chih | 225.00 | 39.6 | 8,910.00 |
| | Wong, Ryan (Intern) | 175.00 | 6.0 | 1,050.00 |
| | Zaidi, Mariam | 225.00 | 1.5 | 337.50 |
| ***Administration*** | Howaniec, Elizabeth | 80.00 | 0.5 | 40.00 |
| | **Total Tax Compliance** | | **617.8** | **198,177.00** |
| | Less: Retainer Received | | | (100,000.00) |
| | Net Fees | | | 98,177.00 |
| | Less: 20% Hold-Back | | | (19,635.40) |
| | Net Fees | | | 78,541.60 |
| | Plus: Out-of-Pocket Expenses | | | 2,262.15 |
| | Total Net Fees and Expenses | | | $ 80,803.75 |
| | Blended Hourly Rate | | | $ 321 |
| ***Tax Consulting*** | | | | |
| ***Partners/Principals*** | Auclair, David | $715.00 | 1.1 | $ 786.50 |
| | Cordonnier, Andrew | 715.00 | 1.2 | 858.00 |
| | Dahl, Don | 600.00 | 9.7 | 5,820.00 |
| | Grush, Gary | 600.00 | 41.4 | 24,840.00 |
| | Ryan, Steve | 600.00 | 10.0 | 6,000.00 |

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Hours and Fees Incurred by Professional**
**April 2, 2007 through June 30, 2007**

| Level | Name | Hourly Rate | Hours Incurred | Fees |
|---|---|---|---|---|
| ***Senior Managers*** | Divers, Dale | 515.00 | 8.2 | 4,223.00 |
| | Hughes, James | 490.00 | 22.8 | 11,172.00 |
| | Pomis, Brian | 490.00 | 36.3 | 17,787.00 |
| | Van Denburg, Pearl | 500.00 | 8.4 | 4,200.00 |
| | Wagner, Rick | 605.00 | 5.0 | 3,025.00 |
| ***Managers*** | | - | - | - |
| ***Senior Associates*** | Partridge, Ryan | 325.00 | 5.3 | 1,722.50 |
| ***Associates*** | Amin, Nirav | 235.00 | 17.1 | 4,018.50 |
| | Conklin, Katie | 245.00 | 21.6 | 5,279.75 |
| | Furlow, Brian | 225.00 | 5.5 | 1,237.50 |
| | Melody, Jeffrey | 175.00 | 0.5 | 87.50 |
| | Meskell, Brian | 170.00 | 5.0 | 850.00 |
| | Wang, Jen Chi | 225.00 | 0.8 | 180.00 |
| ***Administration*** | | - | - | - |
| | **Total Tax Consulting** | | **199.9** | **$ 92,087.25** |
| | Less: 20% Hold-Back | | | (18,417.45) |
| | Net Fees | | | 73,669.80 |
| | Plus: Out-of-Pocket Expenses | | | 100.00 |
| | Total Net Fees and Expenses | | | $ 73,769.80 |
| | Blended Hourly Rate | | | $ 461 |

| | Hours | Fees |
|---|---|---|
| **Grand Total Hours and Fees** | **817.7** | **$ 290,264.25** |
| **Less: Retainer Received** | | (100,000.00) |
| **Net Fees** | | $ 190,264.25 |
| **Less: 20% Hold-Back** | | $ (38,052.85) |
| **Net Fees** | | **$ 152,211.40** |
| **Plus: Out-of-Pocket Expenses** | | **$ 2,362.15** |
| **Total Net Fees and Expenses** | | **$ 154,573.55** |
| **Blended Hourly Rate** | | $ 355 |

EXHIBIT A