# EXHIBIT B

**Grant Thornton LLP**
**New Century Financial Corporation**
**SUMMARY OF HOURS AND FEES INCURRED BY MATTER**
**April 2, 2007 through June 30, 2007**

| Code | Matter Description | Hours | Gross Fees | Less Retainer | Net Fees | Out-of-Pocket Expenses |
|---|---|---|---|---|---|---|
| | **Tax Compliance** | | | | | |
| 1 | Preparation of 2006 federal tax returns | 451 1 | $ 134,299 50 | | | $3 40 |
| 2 | Preparation of 2006 state tax returns | 166.7 | 63,877.50 | | | 2,258.75 |
| | Subtotal | 617 8 | 198,177 00 | (100,000 00) | 98,177 00 | 2,262.15 |
| | Total Gross Fees | | | | | 198,177 00 |
| | Less: Retainer Received | | | | | (100,000.00) |
| | Net Fees | | | | | 98,177 00 |
| | Less: 20% Hold-Back | | | | | (19,635.40) |
| | Net Fees | | | | | 78,541 60 |
| | Plus: Out-of-Pocket Expenses | | | | | 2,262.15 |
| | Total Net Fees and Expenses | | | | | $ 80,803.75 |
| | Blended Hourly Rate | | | | | $ 321 |
| | **Tax Consulting** | | | | | |
| 11 | General case administration | 11 0 | 4.910.00 | | 4,910 00 | - |
| 12 | Assist with federal and state tax audits | 125 5 | 51,570 25 | | 51,570 25 | - |
| 13 | Provide general corporate tax consulting, including potential bankruptcy tax related issues | 63.4 | 35,607.00 | | 35,607.00 | 100.00 |
| | Subtotal | 199 9 | 92,087 25 | N/A | 92,087 25 | 100 00 |
| | Total Gross Fees | | | | | 92,087 25 |
| | Less: 20% Hold-Back | | | | | (18,417.45) |
| | Net Fees | | | | | 73,669 80 |
| | Plus: Out-of-Pocket Expenses | | | | | 100.00 |
| | Total Net Fees and Expenses | | | | | $ 73,769.80 |
| | Blended Hourly Rate | | | | | $ 461 |
| | **Grand Totals** | 817.7 | $ 290,264.25 | $ (100,000.00) | $ 190,264.25 | $ 2,362.15 |
| | **Total Gross Fees** | | | | | **290,264.25** |
| | **Less: Retainer Received** | | | | | (100,000.00) |
| | **Net Fees** | | | | | $ 190,264 25 |
| | **Less: 20% Hold-Back** | | | | | $ (38,052.85) |
| | **Net Fees** | | | | | **$ 152,211.40** |
| | **Plus: Out-of-Pocket Expenses** | | | | | **$ 2,362.15** |
| | **Total Net Fees and Expenses** | | | | | **$ 154,573.55** |
| | **Blended Hourly Rate** | | | | | $ 355 |

EXHIBIT B