**EXHIBIT C**

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Out-of-Pocket Expenses**
**Billing Period: April 2, 2007 - June 30, 2007**

|  | April 2 - 30 | May 1 - 31 | Jun 1 - 30 | Total |
|---|---|---|---|---|
| **Air Fare** | $ - | $ - | $ 1,100.80 | $ 1,100.80 |
| **Lodging** | - | - | 734.02 | 734.02 |
| **Transportation, Parking & Mileage** | - | 62.64 | 445.03 | 507.67 |
| **Out-of Town Meals** | - | - | 19.66 | 19.66 |
| **Total** | $ - | $ 62.64 | $ 2,299.51 | $ 2,362.15 |

EXHIBIT C