# EXHIBIT B



## RICHARDS LAYTON & FINGER
### A PROFESSIONAL ASSOCIATION

One Rodney Square
P O  Box 551
Wilmington, DE  19899
Telephone:  (302) 651-7700
Fax:        (302) 651-7701
Tax I D  No.: 51-0226231

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

July 26, 2007
Invoice 271860

Page 1

Client #  727440

Matter #  157422

---

For disbursements incurred through June 30, 2007
relating to  Representation of Debtor in Chapter 11 Bankruptcy

### OTHER CHARGES:

| | |
|---|---:|
| Binding | $22.00 |
| Business Meals | $628.15 |
| Court Reporter Services | $964.62 |
| Document Retrieval | $1,390.56 |
| Filing Fees | $347.00 |
| Lexis/Westlaw | $1,351.60 |
| Long distance telephone charges | $1,596.70 |
| Messenger and delivery service | $809.04 |
| Overtime | $127.80 |
| Photocopies/Printing<br>21,206 @ $.10/pg./ 15,265 @ $.05/pg. | $2,883.85 |
| Postage | $55.89 |
| Telecopier | $2,126.00 |
| Travel Expenses | $697.80 |

Other Charges                                                  $13,001.01

TOTAL DUE FOR THIS INVOICE                                     **$13,001.01**

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

July 26, 2007
Invoice 271860

Page 2

Client #  727440

Matter # 157422

---

BALANCE BROUGHT FORWARD                                          $44.433.60

**TOTAL DUE FOR THIS MATTER**                                   **$57,434.61**

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

July 26, 2007
Invoice 271860
Page 115
Client #  727440

Client:  New Century Financial Corporation and New Century

Matter:  Representation of Debtor in Chapter 11 Bankruptcy
 Case Administration
 Creditor Inquiries
 Meetings
 Executory Contracts/Unexpired Leases
 Automatic Stay/Adequate Protection
 Plan of Reorganization/Disclosure Statement
 Use, Sale of Assets
 Cash Collateral/DIP Financing
 Claims Administration
 Court Hearings
 General Corporate/Real Estate
 Schedules/SOFA/U.S. Trustee Reports
 Employee Issues
 Tax Issues
 Litigation/Adversary Proceedings
 Retention of Others
 RLF Fee Applications
 Fee Applications of Others
 Vendors/Suppliers
 Non-Working Travel
 Insurance

| Date | Description | Summary Phrase |
|------|-------------|----------------|
| 05/21/07 | THE GREENERY CATERERS: INVOICES RS401/405/406/FOOD SERVICE 5/11-5/31 | MEALSCL |
|  | Amount =  $154.98 |  |
| 05/23/07 | ALL PACER | DOCRETRI |
|  | Amount =  $8.88 |  |
| 05/24/07 | ALL PACER | DOCRETRI |
|  | Amount =  $16.56 |  |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

July 26, 2007
Invoice 271860
Page 116

Client #  727440

| Date | Description | Code |
|------|-------------|------|
| 05/29/07 | ALL PACER | DOCRETRI |
| | Amount = $2.64 | |
| 06/01/07 | GALLUCIO'S CAFE: DINNER ORDERS 5/30-6/5/SEE ENCLOSED | MEALSCL |
| | Amount = $28.08 | |
| 06/01/07 | Photocopies | DUP.10CC |
| | Amount = $7.70 | |
| 06/01/07 | 2122677900 Long Distance | LD |
| | Amount = $3.57 | |
| 06/01/07 | 2012902291 Long Distance | LD |
| | Amount = $2.38 | |
| 06/01/07 | 4159848700 Long Distance | LD |
| | Amount = $1.19 | |
| 06/01/07 | 2134306493 Long Distance | LD |
| | Amount = $11.90 | |
| 06/01/07 | 2134307594 Long Distance | LD |
| | Amount = $2.38 | |
| 06/01/07 | 4159848700 Long Distance | LD |
| | Amount = $2.38 | |
| 06/01/07 | 2128192510 Long Distance | LD |
| | Amount = $1.19 | |
| 06/01/07 | 2128192510 Long Distance | LD |
| | Amount = $9.52 | |
| 06/01/07 | 2136941200 Long Distance | LD |
| | Amount = $2.38 | |
| 06/01/07 | 2129127459 Long Distance | LD |
| | Amount = $1.19 | |
| 06/01/07 | 2122677900 Long Distance | LD |
| | Amount = $1.19 | |
| 06/01/07 | 4159848932 Long Distance | LD |
| | Amount = $8.33 | |
| 06/01/07 | 2136941015 Long Distance | LD |
| | Amount = $2.38 | |
| 06/01/07 | 3136735908 Long Distance | LD |
| | Amount = $4.76 | |
| 06/01/07 | 2134306493 Long Distance | LD |
| | Amount = $7.14 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

July 26, 2007
Invoice 271860
Page 117

Client #  727440

| Date | Description | Amount | Code |
|---|---|---|---|
| 06/01/07 | ALL PACER | Amount = $136.72 | DOCRETRI |
| 06/01/07 | Postage | Amount = $3.42 | POST |
| 06/01/07 | Printing | Amount = $5.75 | DUP.10CC |
| 06/01/07 | Printing | Amount = $4.40 | DUP.10CC |
| 06/01/07 | Printing | Amount = $145.70 | DUP.10CC |
| 06/01/07 | Printing | Amount = $11.05 | DUP.10CC |
| 06/02/07 | ALL PACER | Amount = $0.24 | DOCRETRI |
| 06/03/07 | GALLUCIO'S CAFE: DINNER ORDERS 5/30-6/5/SEE ENCLOSED | Amount = $13.84 | MEALSCL |
| 06/03/07 | ALL PACER | Amount = $0.40 | DOCRETRI |
| 06/04/07 | THE GREENERY CATERERS: INVOICE RS408/FOOD SERVICE 6/4/07 | Amount = $11.25 | MEALSCL |
| 06/04/07 | BINDING 5/29-6/3 | Amount = $6.00 | BIND |
| 06/04/07 | Messenger and delivery, 5/19/07, FROM WRITERS CRAMP, CXG | Amount = $14.16 | MESS |
| 06/04/07 | Photocopies | Amount = $37.30 | DUP.10CC |
| 06/04/07 | Photocopies | Amount = $6.80 | DUP.10CC |
| 06/04/07 | Photocopies | Amount = $1.50 | DUP.10CC |
| 06/04/07 | Photocopies | Amount = $38.10 | DUP.10CC |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

July 26, 2007
Invoice 271860
Page 118
Client #  727440

| Date | Description | | Amount | Code |
|------|-------------|---|--------|------|
| 06/04/07 | TCOPY RECD 6/1/07 | Amount = | $0.00 | TELC |
| 06/04/07 | TCOPY RECD 5/17-6/1 | Amount = | $0.00 | TELC |
| 06/04/07 | TCOPY RECD 5/17-6/1 | Amount = | $0.00 | TELC |
| 06/04/07 | TELEA 4/17-6/3 | Amount = | $4.76 | LD |
| 06/04/07 | TELEA 4/17-6/3 | Amount = | $41.65 | LD |
| 06/04/07 | TELEA 4/17-6/3 | Amount = | $95.20 | LD |
| 06/04/07 | TELEA 4/17-6/3 | Amount = | $14.28 | LD |
| 06/04/07 | 2129127507 Long Distance | Amount = | $3.57 | LD |
| 06/04/07 | 3123609455 Long Distance | Amount = | $2.38 | LD |
| 06/04/07 | 7144810213 Long Distance | Amount = | $1.19 | LD |
| 06/04/07 | 7274464826 Long Distance | Amount = | $1.19 | LD |
| 06/04/07 | 2158868790 Long Distance | Amount = | $10.71 | LD |
| 06/04/07 | 2158868790 Long Distance | Amount = | $13.09 | LD |
| 06/04/07 | 3027393077 Long Distance | Amount = | $0.78 | LD |
| 06/04/07 | 4159848932 Long Distance | Amount = | $2.38 | LD |
| 06/04/07 | 3132347117 Long Distance | Amount = | $5.95 | LD |
| 06/04/07 | 7144810213 Long Distance | Amount = | $3.57 | LD |
| 06/04/07 | 4012721400 Long Distance | Amount = | $2.38 | LD |
| 06/04/07 | 3132347117 Long Distance | Amount = | $4.76 | LD |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

July 26, 2007
Invoice 271860

Page 119

Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 06/04/07 | 2134307594 Long Distance | | LD |
| | Amount = $2.38 | | |
| 06/04/07 | 4159848992 Long Distance | | LD |
| | Amount = $2.38 | | |
| 06/04/07 | 2134306686 Long Distance | | LD |
| | Amount = $1.19 | | |
| 06/04/07 | LEXIS 5/25-6/2 | | LEXIS |
| | Amount = $99.75 | | |
| 06/04/07 | Messenger and delivery, 6/1/07, OFFICE OF THE US TRUSTEE, AJ | | MESS |
| | Amount = $4.50 | | |
| 06/04/07 | Messenger and delivery, 6/1/07, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = $4.50 | | |
| 06/04/07 | Messenger and delivery, 6/1/07, FROM MIKIMOTOS, MZS | | MESS |
| | Amount = $91.35 | | |
| 06/04/07 | Messenger and delivery, 6/1/07, 3 AFTER HOURS DELIVERIES, BJW | | MESS |
| | Amount = $16.50 | | |
| 06/04/07 | ALL PACER | | DOCRETRI |
| | Amount = $68.16 | | |
| 06/04/07 | Printing | | DUP.10CC |
| | Amount = $1.80 | | |
| 06/04/07 | Printing | | DUP.10CC |
| | Amount = $3.50 | | |
| 06/04/07 | Printing | | DUP.10CC |
| | Amount = $1.15 | | |
| 06/04/07 | WESTLAW 5/29-6/3 | | LEXIS |
| | Amount = $650.50 | | |
| 06/05/07 | VERITEXT/NY REPORTING CO.,: INVOICE NY167441/TRANSCRIPT OF 4/24/07/157422 | | CTRPT |
| | Amount = $517.20 | | |
| 06/05/07 | GALLUCIO'S CAFE: DINNER ORDERS 5/30-6/5/SEE ENCLOSED | | MEALSCL |
| | Amount = $26.23 | | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

July 26, 2007
Invoice 271860
Page 120

Client #  727440

| | | | |
|---|---|---|---|
| 06/05/07 | Messenger and delivery, 6/4/07, CA, CXS | | MESS |
| | Amount = | $82.51 | |
| 06/05/07 | Photocopies | | DUP.10CC |
| | Amount = | $1.30 | |
| 06/05/07 | Photocopies | | DUP.10CC |
| | Amount = | $2.60 | |
| 06/05/07 | Photocopies | | DUP.10CC |
| | Amount = | $1.20 | |
| 06/05/07 | Photocopies | | DUP.10CC |
| | Amount = | $1.50 | |
| 06/05/07 | Photocopies | | DUP.10CC |
| | Amount = | $1.20 | |
| 06/05/07 | TCOPY RECD 6/4/07 | | TELC |
| | Amount = | $0.00 | |
| 06/05/07 | TCOPY RECD 6/4/07 | | TELC |
| | Amount = | $0.00 | |
| 06/05/07 | TCOPY RECD 6/4/07 | | TELC |
| | Amount = | $0.00 | |
| 06/05/07 | 9528314060 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/05/07 | 2146954147 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/05/07 | DELIVERY EXPENSE 6/4/07 | | MESS |
| | Amount = | $3.20 | |
| 06/05/07 | Messenger and delivery, 6/4/07, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 06/05/07 | Messenger and delivery, 6/4/07, FROM HONG KONG, PNH | | MESS |
| | Amount = | $27.18 | |
| 06/05/07 | ALL PACER | | DOCRETRI |
| | Amount = | $27.76 | |
| 06/05/07 | Printing | | DUP.10CC |
| | Amount = | $2.85 | |
| 06/05/07 | Printing | | DUP.10CC |
| | Amount = | $3.05 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

July 26, 2007
Invoice 271860
Page 121

Client #  727440

| | | |
|---|---|---|
| 06/06/07 | COURTCALL LLC: CC-1619/ACTIVITY 5/1-5/30 | FLFEE |
| | Amount =   $347.00 | |
| 06/06/07 | Messenger and delivery, 6/5/07, PA, CXG | MESS |
| | Amount =   $14.48 | |
| 06/06/07 | TCOPY RECD 6/5/07 | TELC |
| | Amount =   $0.00 | |
| 06/06/07 | TCOPY RECD 6/5/07 | TELC |
| | Amount =   $0.00 | |
| 06/06/07 | TCOPY RECD 6/5/07 | TELC |
| | Amount =   $0.00 | |
| 06/06/07 | TCOPY RECD 6/5/07 | TELC |
| | Amount =   $0.00 | |
| 06/06/07 | 2077741200 Long Distance | LD |
| | Amount =   $1.19 | |
| 06/06/07 | 4022927700 Long Distance | LD |
| | Amount =   $3.57 | |
| 06/06/07 | 9497243392 Long Distance | LD |
| | Amount =   $7.14 | |
| 06/06/07 | 2146954147 Long Distance | LD |
| | Amount =   $3.57 | |
| 06/06/07 | 3256688577 Long Distance | LD |
| | Amount =   $5.95 | |
| 06/06/07 | 9492245710 Long Distance | LD |
| | Amount =   $3.57 | |
| 06/06/07 | 9497243392 Long Distance | LD |
| | Amount =   $4.76 | |
| 06/06/07 | 2134307594 Long Distance | LD |
| | Amount =   $5.95 | |
| 06/06/07 | 3017592844 Long Distance | LD |
| | Amount =   $2.38 | |
| 06/06/07 | 2483622600 Long Distance | LD |
| | Amount =   $2.38 | |
| 06/06/07 | 3106212210 Long Distance | LD |
| | Amount =   $10.71 | |
| 06/06/07 | 2483622600 Long Distance | LD |
| | Amount =   $1.19 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

July 26, 2007
Invoice 271860
Page 122

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 06/06/07 | ALL PACER | | DOCRETRI |
| | | Amount =  $41.36 | |
| 06/06/07 | Printing | | DUP.10CC |
| | | Amount =  $7.55 | |
| 06/06/07 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |
| 06/07/07 | INTERCALL: INVOICE B1-9030971/ACCT 483887/MAY CONFERENCE CALLS | | LD |
| | | Amount =  $294.73 | |
| 06/07/07 | GALLUCIO'S CAFE: Food Service, 6/7/07 through 6/13/07 | | MEALSCL |
| | | Amount =  $7.93 | |
| 06/07/07 | GALLUCIO'S CAFE: Food Service, 6/7/07 through 6/13/07 | | MEALSCL |
| | | Amount =  $10.75 | |
| 06/07/07 | Photocopies | | DUP.10CC |
| | | Amount =  $0.30 | |
| 06/07/07 | Photocopies | | DUP.10CC |
| | | Amount =  $0.40 | |
| 06/07/07 | Photocopies | | DUP.10CC |
| | | Amount =  $14.70 | |
| 06/07/07 | 17137510808 Telecopier Charges | | TELC |
| | | Amount =  $3.00 | |
| 06/07/07 | 19547651477 Telecopier Charges | | TELC |
| | | Amount =  $3.00 | |
| 06/07/07 | TCOPY RECD 6/6/07 | | TELC |
| | | Amount =  $0.00 | |
| 06/07/07 | TCOPY RECD 6/6/07 | | TELC |
| | | Amount =  $0.00 | |
| 06/07/07 | 6095862311 Long Distance | | LD |
| | | Amount =  $4.76 | |
| 06/07/07 | 3106212210 Long Distance | | LD |
| | | Amount =  $24.99 | |
| 06/07/07 | 2126172310 Long Distance | | LD |
| | | Amount =  $4.76 | |
| 06/07/07 | 9495171670 Long Distance | | LD |
| | | Amount =  $11.90 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

July 26, 2007
Invoice 271860
Page 123

Client #  727440

| | | | |
|---|---|---|---|
| 06/07/07 | 7132266695 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/07/07 | 7137510808 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/07/07 | 7143712508 Long Distance | | LD |
| | Amount = | $5.95 | |
| 06/07/07 | 2127163235 Long Distance | | LD |
| | Amount = | $5.95 | |
| 06/07/07 | 9256748877 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/07/07 | 3102037124 Long Distance | | LD |
| | Amount = | $5.95 | |
| 06/07/07 | 9547651477 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/07/07 | 4103853813 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/07/07 | 2083424591 Long Distance | | LD |
| | Amount = | $7.14 | |
| 06/07/07 | 2134307594 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/07/07 | 2083424591 Long Distance | | LD |
| | Amount = | $10.71 | |
| 06/07/07 | 7132227666 Long Distance | | LD |
| | Amount = | $8.33 | |
| 06/07/07 | 3032250834 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/07/07 | 2146954147 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/07/07 | 2134306493 Long Distance | | LD |
| | Amount = | $23.80 | |
| 06/07/07 | 4159848992 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/07/07 | 2134307594 Long Distance | | LD |
| | Amount = | $3.57 | |
| 06/07/07 | Messenger and delivery, 6/6/07, FROM HARRY'S SEAFOOD GRILL, KZS/CXG | | MESS |
| | Amount = | $73.50 | |

New Century Financial Corporation and New Century Mortgage C      July 26, 2007
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel     Invoice 271860
New Century Financial Corporation      Page 124
18400 Von Karman Ave, Ste 1000
Irvine CA  92612      Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 06/07/07 | ALL PACER | | DOCRETRI |
| | | Amount = $38.96 | |
| 06/07/07 | Printing | | DUP.10CC |
| | | Amount = $1.55 | |
| 06/08/07 | GALLUCIO'S CAFE: Food Service, 6/7/07 through 6/13/07 | | MEALSCL |
| | | Amount = $20.99 | |
| 06/08/07 | GALLUCIO'S CAFE: Food Service, 6/7/07 through 6/13/07 | | MEALSCL |
| | | Amount = $13.21 | |
| 06/08/07 | Messenger and delivery, 6/5/07, ADJ PA, CXG | | MESS |
| | | Amount = $2.50 | |
| 06/08/07 | Photocopies | | DUP.10CC |
| | | Amount = $13.10 | |
| 06/08/07 | Photocopies | | DUP.10CC |
| | | Amount = $9.50 | |
| 06/08/07 | Photocopies | | DUP.10CC |
| | | Amount = $1.00 | |
| 06/08/07 | TCOPY RECD 6/7/07 | | TELC |
| | | Amount = $0.00 | |
| 06/08/07 | TCOPY RECD 6/7/07 | | TELC |
| | | Amount = $0.00 | |
| 06/08/07 | TCOPY RECD 6/7/07 | | TELC |
| | | Amount = $0.00 | |
| 06/08/07 | 7132266695 Long Distance | | LD |
| | | Amount = $2.38 | |
| 06/08/07 | 8163003660 Long Distance | | LD |
| | | Amount = $7.14 | |
| 06/08/07 | 2136175501 Long Distance | | LD |
| | | Amount = $1.19 | |
| 06/08/07 | 2134306686 Long Distance | | LD |
| | | Amount = $1.19 | |
| 06/08/07 | 2134307594 Long Distance | | LD |
| | | Amount = $1.19 | |
| 06/08/07 | 8163003660 Long Distance | | LD |
| | | Amount = $1.19 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

July 26, 2007
Invoice 271860
Page 125

Client #  727440

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 06/08/07 | 2134306686 Long Distance | | LD |
| | Amount = $8.33 | | |
| 06/08/07 | 3102458784 Long Distance | | LD |
| | Amount = $1.19 | | |
| 06/08/07 | 2134307594 Long Distance | | LD |
| | Amount = $2.38 | | |
| 06/08/07 | ALL PACER | | DOCRETRI |
| | Amount = $34.08 | | |
| 06/08/07 | Postage | | POST |
| | Amount = $3.93 | | |
| 06/08/07 | Printing | | DUP.10CC |
| | Amount = $1.15 | | |
| 06/08/07 | Printing | | DUP.10CC |
| | Amount = $6.50 | | |
| 06/08/07 | Printing | | DUP.10CC |
| | Amount = $9.50 | | |
| 06/08/07 | Westlaw | | LEXIS |
| | Amount = $0.00 | | |
| 06/08/07 | Westlaw | | LEXIS |
| | Amount = $7.10 | | |
| 06/08/07 | Westlaw | | LEXIS |
| | Amount = $264.13 | | |
| 06/10/07 | ALL PACER | | DOCRETRI |
| | Amount = $12.80 | | |
| 06/11/07 | Photocopies | | DUP.10CC |
| | Amount = $22.90 | | |
| 06/11/07 | Photocopies | | DUP.10CC |
| | Amount = $2.10 | | |
| 06/11/07 | 18582680337 Telecopier Charges | | TELC |
| | Amount = $3.00 | | |
| 06/11/07 | TCOPY RECD 6/8/07 | | TELC |
| | Amount = $0.00 | | |
| 06/11/07 | 3127018310 Long Distance | | LD |
| | Amount = $1.19 | | |
| 06/11/07 | 9496085241 Long Distance | | LD |
| | Amount = $2.38 | | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

July 26, 2007
Invoice 271860
Page 126

Client #  727440

| | | |
|---|---|---|
| 06/11/07 | 6192351501 Long Distance | LD |
| | Amount =  $1.19 | |
| 06/11/07 | 9169718550 Long Distance | LD |
| | Amount =  $2.38 | |
| 06/11/07 | 2134307594 Long Distance | LD |
| | Amount =  $7.14 | |
| 06/11/07 | 2134306686 Long Distance | LD |
| | Amount =  $1.19 | |
| 06/11/07 | 9513202746 Long Distance | LD |
| | Amount =  $1.19 | |
| 06/11/07 | 7143712508 Long Distance | LD |
| | Amount =  $1.19 | |
| 06/11/07 | 2037961063 Long Distance | LD |
| | Amount =  $1.19 | |
| 06/11/07 | 9495171685 Long Distance | LD |
| | Amount =  $2.38 | |
| 06/11/07 | 2134307594 Long Distance | LD |
| | Amount =  $11.90 | |
| 06/11/07 | 2066769642 Long Distance | LD |
| | Amount =  $2.38 | |
| 06/11/07 | 2128211980 Long Distance | LD |
| | Amount =  $16.66 | |
| 06/11/07 | 8582680337 Long Distance | LD |
| | Amount =  $2.38 | |
| 06/11/07 | 9496085241 Long Distance | LD |
| | Amount =  $1.19 | |
| 06/11/07 | 9497243392 Long Distance | LD |
| | Amount =  $3.57 | |
| 06/11/07 | 2134306686 Long Distance | LD |
| | Amount =  $11.90 | |
| 06/11/07 | 6192331155 Long Distance | LD |
| | Amount =  $2.38 | |
| 06/11/07 | 2136175501 Long Distance | LD |
| | Amount =  $5.95 | |
| 06/11/07 | DELIVERY EXPENSE 6/8/07 | MESS |
| | Amount =  $6.40 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

July 26, 2007
Invoice 271860
Page 127

Client #  727440

| Date | Description | | Amount | Code |
|------|-------------|--|--------|------|
| 06/11/07 | Messenger and delivery, 6/8/07, FROM LETTUCE FEED YOU, CXG | | | MESS |
| | | Amount = | $18.90 | |
| 06/11/07 | Messenger and delivery, 6/8/07, BANKRUPTCY COURT, CXG | | | MESS |
| | | Amount = | $4.50 | |
| 06/11/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $49.28 | |
| 06/11/07 | Printing | | | DUP.10CC |
| | | Amount = | $7.80 | |
| 06/11/07 | Printing | | | DUP.10CC |
| | | Amount = | $1.40 | |
| 06/11/07 | Printing | | | DUP.10CC |
| | | Amount = | $1.80 | |
| 06/11/07 | Printing | | | DUP.10CC |
| | | Amount = | $2.10 | |
| 06/11/07 | Printing | | | DUP.10CC |
| | | Amount = | $1.80 | |
| 06/11/07 | WESTLAW 6/4-6/7 | | | LEXIS |
| | | Amount = | $106.00 | |
| 06/11/07 | WESTLAW 6/4-6/7 | | | LEXIS |
| | | Amount = | $105.58 | |
| 06/12/07 | GALLUCIO'S CAFE: Food Service, 6/7/07 through 6/13/07 | | | MEALSCL |
| | | Amount = | $15.48 | |
| 06/12/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $318.60 | |
| 06/12/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $127.80 | |
| 06/12/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $217.20 | |
| 06/12/07 | TCOPY RECD 6/11/07 | | | TELC |
| | | Amount = | $0.00 | |
| 06/12/07 | TCOPY RECD 6/11/07 | | | TELC |
| | | Amount = | $0.00 | |
| 06/12/07 | TCOPY RECD 6/11/07 | | | TELC |
| | | Amount = | $0.00 | |

New Century Financial Corporation and New Century Mortgage C

Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel

New Century Financial Corporation

18400 Von Karman Ave, Ste 1000

Irvine CA  92612

July 26, 2007

Invoice 271860

Page 128

Client #  727440

| | | |
|---|---|---|
| 06/12/07 | 3127018310 Long Distance | LD |
| | Amount =  $1.19 | |
| 06/12/07 | 4103855048 Long Distance | LD |
| | Amount =  $2.38 | |
| 06/12/07 | 2128211980 Long Distance | LD |
| | Amount =  $4.76 | |
| 06/12/07 | 9492245710 Long Distance | LD |
| | Amount =  $2.38 | |
| 06/12/07 | 9495171685 Long Distance | LD |
| | Amount =  $2.38 | |
| 06/12/07 | 4157726421 Long Distance | LD |
| | Amount =  $4.76 | |
| 06/12/07 | 3103124152 Long Distance | LD |
| | Amount =  $5.95 | |
| 06/12/07 | 3127018310 Long Distance | LD |
| | Amount =  $2.38 | |
| 06/12/07 | 6192180520 Long Distance | LD |
| | Amount =  $1.19 | |
| 06/12/07 | 2146954147 Long Distance | LD |
| | Amount =  $1.19 | |
| 06/12/07 | 2129127507 Long Distance | LD |
| | Amount =  $2.38 | |
| 06/12/07 | 2134306493 Long Distance | LD |
| | Amount =  $1.19 | |
| 06/12/07 | 9495171685 Long Distance | LD |
| | Amount =  $2.38 | |
| 06/12/07 | 9497243392 Long Distance | LD |
| | Amount =  $2.38 | |
| 06/12/07 | 2136175501 Long Distance | LD |
| | Amount =  $3.57 | |
| 06/12/07 | 2138922527 Long Distance | LD |
| | Amount =  $1.19 | |
| 06/12/07 | 4157726421 Long Distance | LD |
| | Amount =  $1.19 | |
| 06/12/07 | 4157726421 Long Distance | LD |
| | Amount =  $7.14 | |
| 06/12/07 | 6192351501 Long Distance | LD |
| | Amount =  $10.71 | |

New Century Financial Corporation and New Century Mortgage C          July 26, 2007
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel           Invoice 271860
New Century Financial Corporation                                     Page 129
18400 Von Karman Ave, Ste 1000
Irvine CA  92612                                                       Client #  727440

| Date | Description | | Amount | Code |
|---|---|---|---|---|
| 06/12/07 | 9497243392 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 06/12/07 | 4157726983 Long Distance | | | LD |
| | | Amount = | $8.33 | |
| 06/12/07 | 2134307594 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 06/12/07 | 2134307594 Long Distance | | | LD |
| | | Amount = | $7.14 | |
| 06/12/07 | 4157726403 Long Distance | | | LD |
| | | Amount = | $1.19 | |
| 06/12/07 | 3107146646 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 06/12/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $44.80 | |
| 06/12/07 | Printing | | | DUP.10CC |
| | | Amount = | $79.15 | |
| 06/12/07 | Printing | | | DUP.10CC |
| | | Amount = | $80.55 | |
| 06/12/07 | Printing | | | DUP.10CC |
| | | Amount = | $2.35 | |
| 06/12/07 | Printing | | | DUP.10CC |
| | | Amount = | $11.95 | |
| 06/12/07 | Printing | | | DUP.10CC |
| | | Amount = | $16.50 | |
| 06/12/07 | Westlaw | | | LEXIS |
| | | Amount = | $0.00 | |
| 06/12/07 | Westlaw | | | LEXIS |
| | | Amount = | $57.80 | |
| 06/13/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $3.60 | |
| 06/13/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $4.20 | |
| 06/13/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $1.40 | |
| 06/13/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $1.10 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

July 26, 2007
Invoice 271860
Page 130

Client #  727440

| 06/13/07 | TCOPY RECD 6/11/07 | | TELC |
|---|---|---|---|
| | Amount = | $0.00 | |
| 06/13/07 | PARALEGAL OT THRU 6/15/07 | | OT |
| | Amount = | $0.00 | |
| 06/13/07 | 6103489615 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/13/07 | 2023736071 Long Distance | | LD |
| | Amount = | $10.71 | |
| 06/13/07 | 2124787320 Long Distance | | LD |
| | Amount = | $3.57 | |
| 06/13/07 | 2023736071 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/13/07 | 3103124152 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/13/07 | 4103855046 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/13/07 | 2134307554 Long Distance | | LD |
| | Amount = | $8.33 | |
| 06/13/07 | 9497243392 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/13/07 | 2023736071 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/13/07 | 2023736071 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/13/07 | 8165501546 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/13/07 | 2023736071 Long Distance | | LD |
| | Amount = | $4.76 | |
| 06/13/07 | 2136175501 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/13/07 | 2134307594 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/13/07 | 2134307704 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/13/07 | 6103489615 Long Distance | | LD |
| | Amount = | $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

July 26, 2007
Invoice 271860
Page 131
Client #  727440

| Date | Description | | Code |
|------|-------------|--|------|
| 06/13/07 | ALL PACER | | DOCRETRI |
| | | Amount =  $2.88 | |
| 06/13/07 | ALL PACER | | DOCRETRI |
| | | Amount =  $51.20 | |
| 06/13/07 | Printing | | DUP.10CC |
| | | Amount =  $16.95 | |
| 06/13/07 | Printing | | DUP.10CC |
| | | Amount =  $2.45 | |
| 06/13/07 | Printing | | DUP.10CC |
| | | Amount =  $2.25 | |
| 06/14/07 | THE GREENERY CATERERS: INVOICES RS415/RS416/RS417/RS418/FOOD SERVICE 6/14-6/20 | | MEALSCL |
| | | Amount =  $17.54 | |
| 06/14/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07060153/WIL07060176/FAX BROADCAST/157422 | | TELC |
| | | Amount =  $861.00 | |
| 06/14/07 | CAVANAUGH'S RESTAURANT: INVOICES 477-481/FOOD SERVICE 6/13-6/14 | | MEALSCL |
| | | Amount =  $33.50 | |
| 06/14/07 | Photocopies | | DUP.10CC |
| | | Amount =  $7.50 | |
| 06/14/07 | Photocopies | | DUP.10CC |
| | | Amount =  $1.50 | |
| 06/14/07 | Photocopies | | DUP.10CC |
| | | Amount =  $4.00 | |
| 06/14/07 | Photocopies | | DUP.10CC |
| | | Amount =  $21.00 | |
| 06/14/07 | Photocopies | | DUP.10CC |
| | | Amount =  $20.70 | |
| 06/14/07 | Photocopies | | DUP.10CC |
| | | Amount =  $0.20 | |
| 06/14/07 | Photocopies | | DUP.10CC |
| | | Amount =  $3.00 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

July 26, 2007
Invoice 271860
Page 132

Client # 727440

| Date | Description | Code |
|---|---|---|
| 06/14/07 | Photocopies | DUP.10CC |
| | Amount = $7.50 | |
| 06/14/07 | Photocopies | DUP.10CC |
| | Amount = $9.00 | |
| 06/14/07 | Photocopies | DUP.10CC |
| | Amount = $10.00 | |
| 06/14/07 | 13104816501 Telecopier Charges | TELC |
| | Amount = $3.00 | |
| 06/14/07 | 19723805748 Telecopier Charges | TELC |
| | Amount = $3.00 | |
| 06/14/07 | 2136175501 Long Distance | LD |
| | Amount = $1.19 | |
| 06/14/07 | 2485945403 Long Distance | LD |
| | Amount = $2.38 | |
| 06/14/07 | 2136175501 Long Distance | LD |
| | Amount = $3.57 | |
| 06/14/07 | 2129127507 Long Distance | LD |
| | Amount = $1.19 | |
| 06/14/07 | 2134307594 Long Distance | LD |
| | Amount = $5.95 | |
| 06/14/07 | 3104816501 Long Distance | LD |
| | Amount = $2.38 | |
| 06/14/07 | 9723805748 Long Distance | LD |
| | Amount = $2.38 | |
| 06/14/07 | 2128211980 Long Distance | LD |
| | Amount = $14.28 | |
| 06/14/07 | 6103489615 Long Distance | LD |
| | Amount = $1.19 | |
| 06/14/07 | 3028559252 Long Distance | LD |
| | Amount = $0.52 | |
| 06/14/07 | 3103124152 Long Distance | LD |
| | Amount = $1.19 | |
| 06/14/07 | 7143712508 Long Distance | LD |
| | Amount = $1.19 | |
| 06/14/07 | 2134306493 Long Distance | LD |
| | Amount = $5.95 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

July 26, 2007
Invoice 271860
Page 133

Client #  727440

| | | | |
|---|---|---|---|
| 06/14/07 | 2023736187 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/14/07 | 6467471980 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/14/07 | 2134306367 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/14/07 | 7043485225 Long Distance | | LD |
| | Amount = | $4.76 | |
| 06/14/07 | 7043485225 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/14/07 | 2138922527 Long Distance | | LD |
| | Amount = | $5.95 | |
| 06/14/07 | 6025308071 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/14/07 | 2134306367 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/14/07 | 3105706800 Long Distance | | LD |
| | Amount = | $5.95 | |
| 06/14/07 | Messenger and delivery, 6/13/07, BANKRUPTCY COURT, CXS | | MESS |
| | Amount = | $14.00 | |
| 06/14/07 | ALL PACER | | DOCRETRI |
| | Amount = | $41.60 | |
| 06/14/07 | ALL PACER | | DOCRETRI |
| | Amount = | $0.56 | |
| 06/14/07 | ALL PACER | | DOCRETRI |
| | Amount = | $2.08 | |
| 06/14/07 | Printing | | DUP.10CC |
| | Amount = | $28.30 | |
| 06/14/07 | Printing | | DUP.10CC |
| | Amount = | $4.00 | |
| 06/14/07 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 06/15/07 | THE GREENERY CATERERS: INVOICES RS415/RS416/RS417/RS418/FOOD SERVICE 6/14-6/20 | | MEALSCL |
| | Amount = | $17.54 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

July 26, 2007
Invoice 271860
Page 134
Client #  727440

| | | | |
|---|---|---|---|
| 06/15/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07060153/WIL07060176/FAX BROADCAST/157422 | | TELC |
| | Amount = | $855.75 | |
| 06/15/07 | TRANSCRIPTS PLUS: INVOICE 2007-126/TRANSCRIPT OF 6/15/07 HEARING/157422 | | CTRPT |
| | Amount = | $261.50 | |
| 06/15/07 | GROTTO PIZZA, INC.: INVOICE 3687/FOOD SERVICE ON 6/15/07/157422 | | MEALSCL |
| | Amount = | $16.16 | |
| 06/15/07 | CAVANAUGH'S RESTAURANT: INVOICES 482-484/FOOD SERVICE 6/15-6/18 | | MEALSCL |
| | Amount = | $75.60 | |
| 06/15/07 | ROADRUNNER EXPRESS INC: INVOICE 98247-06/ACCT 990153/TRAVEL 6/11-6/15 | | TRAV |
| | Amount = | $80.10 | |
| 06/15/07 | EAGLE TRANSPORTATION SERVICES: INVOICE 13486/TRAVEL ON 6/15/07/157422 | | TRAV |
| | Amount = | $92.70 | |
| 06/15/07 | Photocopies | | DUP.10CC |
| | Amount = | $14.00 | |
| 06/15/07 | Photocopies | | DUP.10CC |
| | Amount = | $2.00 | |
| 06/15/07 | Photocopies | | DUP.10CC |
| | Amount = | $60.00 | |
| 06/15/07 | Photocopies | | DUP.10CC |
| | Amount = | $2.00 | |
| 06/15/07 | Photocopies | | DUP.10CC |
| | Amount = | $29.20 | |
| 06/15/07 | Photocopies | | DUP.10CC |
| | Amount = | $5.90 | |
| 06/15/07 | Photocopies | | DUP.10CC |
| | Amount = | $58.90 | |
| 06/15/07 | 2134306493 Long Distance | | LD |
| | Amount = | $1.19 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

July 26, 2007
Invoice 271860
Page 135
Client #   727440

| | | | |
|---|---|---|---|
| 06/15/07 | 4406224624 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/15/07 | 9497243392 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/15/07 | 2134306493 Long Distance | | LD |
| | Amount = | $3.57 | |
| 06/15/07 | 9496085203 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/15/07 | 2124787490 Long Distance | | LD |
| | Amount = | $10.71 | |
| 06/15/07 | 5128549513 Long Distance | | LD |
| | Amount = | $3.57 | |
| 06/15/07 | 2124787490 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/15/07 | 2128016881 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/15/07 | 3176363551 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/15/07 | 4085066979 Long Distance | | LD |
| | Amount = | $16.66 | |
| 06/15/07 | 9495171625 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/15/07 | ALL PACER | | DOCRETRI |
| | Amount = | $56.00 | |
| 06/15/07 | Printing | | DUP.10CC |
| | Amount = | $32.55 | |
| 06/15/07 | Printing | | DUP.10CC |
| | Amount = | $5.20 | |
| 06/15/07 | Printing | | DUP.10CC |
| | Amount = | $23.75 | |
| 06/15/07 | Printing | | DUP.10CC |
| | Amount = | $4.70 | |
| 06/15/07 | Westlaw | | LEXIS |
| | Amount = | $0.00 | |
| 06/15/07 | Westlaw | | LEXIS |
| | Amount = | $9.11 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

July 26, 2007
Invoice 271860
Page 136

Client #  727440

| Date | Description | | Code |
|------|-------------|--|------|
| 06/18/07 | GALLUCIO'S CAFE: FOOD SERVICE 6/14-6/25/SEE ENCLOSED | | MEALSCL |
| | Amount = | $16.99 | |
| 06/18/07 | TCOPY RECD 6/14-6/17 | | TELC |
| | Amount = | $0.00 | |
| 06/18/07 | 2129127507 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/18/07 | 2014616627 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/18/07 | 2122677900 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/18/07 | 2122945318 Long Distance | | LD |
| | Amount = | $4.76 | |
| 06/18/07 | 2014616627 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/18/07 | 5169383100 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/18/07 | 5207903900 Long Distance | | LD |
| | Amount = | $5.95 | |
| 06/18/07 | 9495171670 Long Distance | | LD |
| | Amount = | $5.95 | |
| 06/18/07 | 4157726421 Long Distance | | LD |
| | Amount = | $4.76 | |
| 06/18/07 | 3132347117 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/18/07 | 9495171685 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/18/07 | 9497243392 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/18/07 | 4048887409 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/18/07 | 2134306493 Long Distance | | LD |
| | Amount = | $11.90 | |
| 06/18/07 | 2134306049 Long Distance | | LD |
| | Amount = | $9.52 | |
| 06/18/07 | 3127018310 Long Distance | | LD |
| | Amount = | $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

July 26, 2007
Invoice 271860
Page 137

Client #  727440

| Date | Description | | Code |
|------|------|------|------|
| 06/18/07 | 2138922527 Long Distance | | LD |
| | Amount = | $4.76 | |
| 06/18/07 | 3105526696 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/18/07 | 7702482885 Long Distance | | LD |
| | Amount = | $3.57 | |
| 06/18/07 | 3038927534 Long Distance | | LD |
| | Amount = | $14.28 | |
| 06/18/07 | 9497243392 Long Distance | | LD |
| | Amount = | $9.52 | |
| 06/18/07 | 9497243392 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/18/07 | 9492245710 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/18/07 | LEXIS 6/11-6/17 | | LEXIS |
| | Amount = | $51.63 | |
| 06/18/07 | ALL PACER | | DOCRETRI |
| | Amount = | $53.76 | |
| 06/18/07 | Printing | | DUP.10CC |
| | Amount = | $10.00 | |
| 06/18/07 | Printing | | DUP.10CC |
| | Amount = | $1.75 | |
| 06/19/07 | GALLUCIO'S CAFE: FOOD SERVICE 6/14-6/25/SEE ENCLOSED | | MEALSCL |
| | Amount = | $40.77 | |
| 06/19/07 | GALLUCIO'S CAFE: FOOD SERVICE 6/14-6/25/SEE ENCLOSED | | MEALSCL |
| | Amount = | $72.34 | |
| 06/19/07 | BINDING 6/11-6/18 | | BIND |
| | Amount = | $12.00 | |
| 06/19/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.70 | |
| 06/19/07 | TCOPY RECD 6/13-6/17 | | TELC |
| | Amount = | $0.00 | |
| 06/19/07 | TCOPY RECD 6/13-6/17 | | TELC |
| | Amount = | $0.00 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

July 26, 2007
Invoice 271860
Page 138

Client #  727440

| 06/19/07 | 9495171685 Long Distance | LD |
| | Amount = $2.38 | |
| 06/19/07 | 9492505102 Long Distance | LD |
| | Amount = $1.19 | |
| 06/19/07 | 2136305033 Long Distance | LD |
| | Amount = $3.57 | |
| 06/19/07 | 9497243392 Long Distance | LD |
| | Amount = $1.19 | |
| 06/19/07 | 9169718550 Long Distance | LD |
| | Amount = $1.19 | |
| 06/19/07 | 3127018310 Long Distance | LD |
| | Amount = $1.19 | |
| 06/19/07 | 9495171685 Long Distance | LD |
| | Amount = $2.38 | |
| 06/19/07 | 2134307594 Long Distance | LD |
| | Amount = $1.19 | |
| 06/19/07 | 9497243392 Long Distance | LD |
| | Amount = $2.38 | |
| 06/19/07 | 5628963115 Long Distance | LD |
| | Amount = $2.38 | |
| 06/19/07 | 5628963115 Long Distance | LD |
| | Amount = $14.28 | |
| 06/19/07 | 5628963115 Long Distance | LD |
| | Amount = $3.57 | |
| 06/19/07 | 3107146646 Long Distance | LD |
| | Amount = $2.38 | |
| 06/19/07 | Messenger and delivery, 6/15/07, BANKRUPTCY COURT, CXG | MESS |
| | Amount = $4.50 | |
| 06/19/07 | Messenger and delivery, 6/14/07, BANKRUPTCY COURT (2), CXG | MESS |
| | Amount = $9.00 | |
| 06/19/07 | Messenger and delivery, 6/14/07, FROM LETTUCE FEED YOU, JMM | MESS |
| | Amount = $18.50 | |
| 06/19/07 | Messenger and delivery, 6/15/07, FROM LA BAGEL, MJM | MESS |
| | Amount = $44.00 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

July 26, 2007
Invoice 271860
Page 139
Client #  727440

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 06/19/07 | Messenger and delivery, 6/15/07, FROM PRETZEL BOYS, MJM | | MESS |
| | | Amount = $26.87 | |
| 06/19/07 | ALL PACER | | DOCRETRI |
| | | Amount = $97.84 | |
| 06/19/07 | Printing | | DUP.10CC |
| | | Amount = $14.10 | |
| 06/19/07 | Printing | | DUP.10CC |
| | | Amount = $1.55 | |
| 06/19/07 | Printing | | DUP.10CC |
| | | Amount = $1.00 | |
| 06/19/07 | Printing | | DUP.10CC |
| | | Amount = $3.55 | |
| 06/19/07 | Printing | | DUP.10CC |
| | | Amount = $4.70 | |
| 06/19/07 | Printing | | DUP.10CC |
| | | Amount = $3.75 | |
| 06/20/07 | Photocopies | | DUP.10CC |
| | | Amount = $0.50 | |
| 06/20/07 | Photocopies | | DUP.10CC |
| | | Amount = $0.60 | |
| 06/20/07 | Photocopies | | DUP.10CC |
| | | Amount = $30.40 | |
| 06/20/07 | Photocopies | | DUP.10CC |
| | | Amount = $8.70 | |
| 06/20/07 | TCOPY RECD 6/14-6/19 | | TELC |
| | | Amount = $0.00 | |
| 06/20/07 | TELEA 6/11-6/18 | | LD |
| | | Amount = $96.39 | |
| 06/20/07 | 2142690526 Long Distance | | LD |
| | | Amount = $1.19 | |
| 06/20/07 | 2134306049 Long Distance | | LD |
| | | Amount = $4.76 | |
| 06/20/07 | 3127018310 Long Distance | | LD |
| | | Amount = $1.19 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

July 26, 2007
Invoice 271860
Page 140

Client #  727440

| | | | |
|---|---|---|---|
| 06/20/07 | 3105526696 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/20/07 | 2134306049 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/20/07 | 9169718550 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/20/07 | 2134307594 Long Distance | | LD |
| | Amount = | $3.57 | |
| 06/20/07 | Messenger and delivery, 6/19/07, FROM HARRY'S SEAFOOD, WLD | | MESS |
| | Amount = | $93.65 | |
| 06/20/07 | ALL PACER | | DOCRETRI |
| | Amount = | $50.32 | |
| 06/20/07 | Printing | | DUP.10CC |
| | Amount = | $3.60 | |
| 06/20/07 | Printing | | DUP.10CC |
| | Amount = | $4.05 | |
| 06/20/07 | Printing | | DUP.10CC |
| | Amount = | $3.15 | |
| 06/20/07 | Printing | | DUP.10CC |
| | Amount = | $1.05 | |
| 06/20/07 | Printing | | DUP.10CC |
| | Amount = | $4.70 | |
| 06/21/07 | Messenger and delivery, 6/20/07, CA, RCS | | MESS |
| | Amount = | $26.47 | |
| 06/21/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.20 | |
| 06/21/07 | 12094783717 Telecopier Charges | | TELC |
| | Amount = | $3.00 | |
| 06/21/07 | 12128404149 Telecopier Charges | | TELC |
| | Amount = | $3.00 | |
| 06/21/07 | TCOPY RECD 6/20/07 | | TELC |
| | Amount = | $0.00 | |
| 06/21/07 | 4784054001 Long Distance | | LD |
| | Amount = | $8.33 | |
| 06/21/07 | 2094783717 Long Distance | | LD |
| | Amount = | $1.19 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

July 26, 2007
Invoice 271860
Page 141

Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 06/21/07 | 9545872100 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/21/07 | 3128537523 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/21/07 | 9495171685 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/21/07 | 2134306493 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/21/07 | 23933301888 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/21/07 | 9495175366 Long Distance | | LD |
| | Amount = | $7.14 | |
| 06/21/07 | 24855320000 Long Distance | | LD |
| | Amount = | $3.57 | |
| 06/21/07 | 6192331155 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/21/07 | 2134306493 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/21/07 | 2128478584 Long Distance | | LD |
| | Amount = | $35.70 | |
| 06/21/07 | 2134307594 Long Distance | | LD |
| | Amount = | $3.57 | |
| 06/21/07 | 2128404149 Long Distance | | LD |
| | Amount = | $2.38 | |
| 06/21/07 | ALL PACER | | DOCRETRI |
| | Amount = | $52.80 | |
| 06/21/07 | Printing | | DUP.10CC |
| | Amount = | $3.35 | |
| 06/21/07 | Printing | | DUP.10CC |
| | Amount = | $10.35 | |
| 06/22/07 | GALLUCIO'S CAFE: FOOD SERVICE 6/14-6/25/SEE ENCLOSED | | MEALSCL |
| | Amount = | $13.49 | |
| 06/22/07 | Photocopies | | DUP.10CC |
| | Amount = | $28.80 | |
| 06/22/07 | Photocopies | | DUP.10CC |
| | Amount = | $499.90 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

July 26, 2007
Invoice 271860
Page 142
Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 06/22/07 | 2095494960 Long Distance | | LD |
| | Amount = | $3.57 | |
| 06/22/07 | 9497243392 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/22/07 | 2122371025 Long Distance | | LD |
| | Amount = | $4.76 | |
| 06/22/07 | 2124787410 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/22/07 | 94972433922 Long Distance | | LD |
| | Amount = | $5.95 | |
| 06/22/07 | DELIVERY EXPENSE 6/21/07 | | MESS |
| | Amount = | $7.70 | |
| 06/22/07 | ALL PACER | | DOCRETRI |
| | Amount = | $79.52 | |
| 06/22/07 | Printing | | DUP.10CC |
| | Amount = | $93.05 | |
| 06/22/07 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |
| 06/23/07 | ALL PACER | | DOCRETRI |
| | Amount = | $0.64 | |
| 06/24/07 | ALL PACER | | DOCRETRI |
| | Amount = | $0.72 | |
| 06/25/07 | GALLUCIO'S CAFE: FOOD SERVICE 6/14-6/25/SEE ENCLOSED | | MEALSCL |
| | Amount = | $21.48 | |
| 06/25/07 | IKON OFFICE SOLUTIONS: INVOICE WIL07060282/WIL07060289/FAX BROADCASTS 156223-165. 00/157422-385.25 | | TELC |
| | Amount = | $385.25 | |
| 06/25/07 | BINDING 6/19-6/22 | | BIND |
| | Amount = | $4.00 | |
| 06/25/07 | Messenger and delivery, 6/22/07, CA, CXS | | MESS |
| | Amount = | $45.59 | |
| 06/25/07 | Photocopies | | DUP.10CC |
| | Amount = | $11.20 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

July 26, 2007
Invoice 271860
Page 143
Client #  727440

| 06/25/07 | Photocopies | | DUP.10CC |
|---|---|---|---|
| | | Amount =  $6.30 | |
| 06/25/07 | Photocopies | | DUP.10CC |
| | | Amount =  $10.50 | |
| 06/25/07 | Photocopies | | DUP.10CC |
| | | Amount =  $22.00 | |
| 06/25/07 | Photocopies | | DUP.10CC |
| | | Amount =  $17.00 | |
| 06/25/07 | Photocopies | | DUP.10CC |
| | | Amount =  $22.60 | |
| 06/25/07 | Photocopies | | DUP.10CC |
| | | Amount =  $12.60 | |
| 06/25/07 | 2134228093 Long Distance | | LD |
| | | Amount =  $1.19 | |
| 06/25/07 | 2124787320 Long Distance | | LD |
| | | Amount =  $13.09 | |
| 06/25/07 | 2077741200 Long Distance | | LD |
| | | Amount =  $2.38 | |
| 06/25/07 | ALL PACER | | DOCRETRI |
| | | Amount =  $80.72 | |
| 06/25/07 | Printing | | DUP.10CC |
| | | Amount =  $14.95 | |
| 06/25/07 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |
| 06/25/07 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |
| 06/25/07 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |
| 06/25/07 | Printing | | DUP.10CC |
| | | Amount =  $1.90 | |
| 06/25/07 | Printing | | DUP.10CC |
| | | Amount =  $1.85 | |
| 06/26/07 | AMERICAN EXPRESS: 3782 938224-2XXX-FIRM FILINGS/TRAVEL ETC | | TRAV |
| | | Amount =  $525.00 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

July 26, 2007
Invoice 271860
Page 144
Client #  727440

| | | | |
|---|---|---|---|
| 06/26/07 | Messenger and delivery, 6/25/07, PA, CXG | | MESS |
| | Amount = | $14.48 | |
| 06/26/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.10 | |
| 06/26/07 | Photocopies | | DUP.10CC |
| | Amount = | $20.00 | |
| 06/26/07 | Photocopies | | DUP.10CC |
| | Amount = | $188.80 | |
| 06/26/07 | 16613239008 Telecopier Charges | | TELC |
| | Amount = | $3.00 | |
| 06/26/07 | TCOPY RECD 6/25/07 | | TELC |
| | Amount = | $0.00 | |
| 06/26/07 | 9495170175 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/26/07 | 2125815005 Long Distance | | LD |
| | Amount = | $10.71 | |
| 06/26/07 | 2128019200 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/26/07 | 2077741200 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/26/07 | 6613239008 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/26/07 | 2126326574 Long Distance | | LD |
| | Amount = | $9.52 | |
| 06/26/07 | Messenger and delivery, 6/13/07, FOR DELIVERY TO BANKRUPTCY COURT, CXS | | MESS |
| | Amount = | ($9.50) | |
| 06/26/07 | Messenger and delivery, 6/25/07, BANKRUPTCY COURT, AJ | | MESS |
| | Amount = | $4.50 | |
| 06/26/07 | ALL PACER | | DOCRETRI |
| | Amount = | $12.16 | |
| 06/26/07 | Postage | | POST |
| | Amount = | $41.75 | |
| 06/26/07 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

July 26, 2007
Invoice 271860
Page 145

Client #  727440

| | | | |
|---|---|---|---|
| 06/26/07 | Printing | | DUP.10CC |
| | | Amount = $7.05 | |
| 06/26/07 | Printing | | DUP.10CC |
| | | Amount = $1.20 | |
| 06/26/07 | Printing | | DUP.10CC |
| | | Amount = $1.20 | |
| 06/26/07 | Printing | | DUP.10CC |
| | | Amount = $2.00 | |
| 06/26/07 | Printing | | DUP.10CC |
| | | Amount = $7.00 | |
| 06/27/07 | WRITER'S CRAMP, INC.: INVOICE 07-177/TRANSCRIPT OF 6/27/07 HEARING/157422 | | CTRPT |
| | | Amount = $185.92 | |
| 06/27/07 | PARCELS, INC.: INVOICE 53901/CUSTOMER 559/RETRIEVAL OF VARIOUS OPINIONS AND DOCUMENTS/ | | DOCRETRI |
| | | Amount = $280.00 | |
| 06/27/07 | Photocopies | | DUP.10CC |
| | | Amount = $52.50 | |
| 06/27/07 | Photocopies | | DUP.10CC |
| | | Amount = $29.50 | |
| 06/27/07 | Photocopies | | DUP.10CC |
| | | Amount = $23.90 | |
| 06/27/07 | Photocopies | | DUP.10CC |
| | | Amount = $9.00 | |
| 06/27/07 | Photocopies | | DUP.10CC |
| | | Amount = $5.20 | |
| 06/27/07 | Photocopies | | DUP.10CC |
| | | Amount = $2.60 | |
| 06/27/07 | TCOPY RECD 6/26/07 | | TELC |
| | | Amount = $0.00 | |
| 06/27/07 | 9178162441 Long Distance | | LD |
| | | Amount = $5.95 | |
| 06/27/07 | 3105607616 Long Distance | | LD |
| | | Amount = $17.85 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

July 26, 2007
Invoice 271860
Page 146

Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 06/27/07 | 4103855053 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/27/07 | 9544632700 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/27/07 | 9544632700 Long Distance | | LD |
| | Amount = | $5.95 | |
| 06/27/07 | Messenger and delivery, 6/26/07, 2 AFTER HOURS DELIVERIES, BJW | | MESS |
| | Amount = | $11.00 | |
| 06/27/07 | ALL PACER | | DOCRETRI |
| | Amount = | $13.36 | |
| 06/27/07 | Printing | | DUP.10CC |
| | Amount = | $3.55 | |
| 06/27/07 | Printing | | DUP.10CC |
| | Amount = | $11.15 | |
| 06/28/07 | Messenger and delivery, 6/27/07, CA, AJ | | MESS |
| | Amount = | $34.00 | |
| 06/28/07 | Messenger and delivery, 6/25/07, ADJ PA, CXG | | MESS |
| | Amount = | $2.50 | |
| 06/28/07 | Photocopies | | DUP.10CC |
| | Amount = | $5.90 | |
| 06/28/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.60 | |
| 06/28/07 | Photocopies | | DUP.10CC |
| | Amount = | $5.80 | |
| 06/28/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.80 | |
| 06/28/07 | PARALEGAL OT THRU 6/29/07 | | OT |
| | Amount = | $0.00 | |
| 06/28/07 | 8287882823 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/28/07 | 2485154491 Long Distance | | LD |
| | Amount = | $1.19 | |
| 06/28/07 | 2127353214 Long Distance | | LD |
| | Amount = | $3.57 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

July 26, 2007
Invoice 271860
Page 147

Client #  727440

| Date | Description | | Code |
|------|------|------|------|
| 06/28/07 | 2134228093 Long Distance | | LD |
| | Amount = | $7.14 | |
| 06/28/07 | Messenger and delivery, 6/27/07, TO/FROM BANKRUPTCY COURT (2), AJ | | MESS |
| | Amount = | $9.00 | |
| 06/28/07 | Messenger and delivery, 6/27/07, BANKRUPTCY COURT, MJM | | MESS |
| | Amount = | $4.50 | |
| 06/28/07 | Messenger and delivery, 6/27/07, FROM LETTUCE FEED YOU, MJM | | MESS |
| | Amount = | $26.60 | |
| 06/28/07 | SECRETARIAL OT THRU 6/29/07 | | OT |
| | Amount = | $127.80 | |
| 06/28/07 | ALL PACER | | DOCRETRI |
| | Amount = | $9.52 | |
| 06/28/07 | Postage | | POST |
| | Amount = | $0.97 | |
| 06/28/07 | Printing | | DUP.10CC |
| | Amount = | $1.05 | |
| 06/28/07 | Printing | | DUP.10CC |
| | Amount = | $2.75 | |
| 06/28/07 | Printing | | DUP.10CC |
| | Amount = | $1.25 | |
| 06/28/07 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 06/29/07 | Photocopies | | DUP.10CC |
| | Amount = | $2.70 | |
| 06/29/07 | Photocopies | | DUP.10CC |
| | Amount = | $7.70 | |
| 06/29/07 | TCOPY RECD 4/26-6/29 | | TELC |
| | Amount = | $0.00 | |
| 06/29/07 | TELEA 5/1-6/30 | | LD |
| | Amount = | $3.57 | |
| 06/29/07 | TELEA 5/1-6/30 | | LD |
| | Amount = | $46.41 | |

| 06/29/07 | Messenger and delivery, 6/28/07, BANKRUPTCY COURT (2), AJ | | MESS |
|---|---|---|---|
| | | Amount = $9.00 | |
| 06/29/07 | Messenger and delivery, 6/29/07, 8 AFTER HOURS DELIVERIES, LYK | | MESS |
| | | Amount = $44.00 | |
| 06/29/07 | ALL PACER | | DOCRETRI |
| | | Amount = $22.24 | |
| 06/29/07 | Postage | | POST |
| | | Amount = $5.82 | |
| 06/29/07 | Printing | | DUP.10CC |
| | | Amount = $1.80 | |

TOTALS FOR  727440          New Century Financial Corporation and New Century

Expenses    $13,001.01