**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, <u>et al.</u>,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |

**NOTICE OF ENTRY OF APPEARANCE**
**AND DEMAND FOR NOTICES AND PAPERS**

Please take notice that Microsoft Corporation and Microsoft Licensing, GP

(collectively, "Microsoft") are interested parties in the above-referenced cases and, by

and through their undersigned attorneys, hereby enter their appearance pursuant to

Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such

attorneys hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and

Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and

pleadings given or filed in this case be given and served upon the undersigned at the

following address, facsimile and telephone numbers, and e-mail address:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage)(d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp.,, a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

John R. Knapp, Jr.
Cairncross & Hempelmann, P.S.
524 2nd Avenue
Suite 500
Seattle, WA  98104-2323
Telephone:  (206) 587-0700
Facsimile:  (206) 587-2308
jknapp@cairncross.com

Please take further notice that, pursuant to Section 1109(b) of the Bankruptcy

Code, the foregoing demand includes not only the notices and papers referred to in the

Rules specified above but also includes, without limitation, any notice, application,

complaint, demand, motion, petition, pleading, or request, whether formal or informal,

written or oral, and whether transmitted or conveyed by mail, delivery, telephone,

telegraph, telex, or otherwise filed or made with regard to the referenced cases and

proceedings therein.

Neither this Notice of Entry of Appearance nor any subsequent appearance,

pleading, claim, or suit is intended or shall be deemed to waive Microsoft's (i) right to

have final orders in non-core matters entered only after de novo review by a higher court;

(ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or

proceeding related hereto; (iii) right to have the reference withdrawn in any matter

subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions,

defenses, setoffs, or recoupments to which Microsoft is or may be entitled under

///

{00559095.DOC;1}

agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and

recoupments expressly are reserved.

Date:   July 30, 2007

**CAIRNCROSS & HEMPELMANN, P.S.**

By:         /s/ John R. Knapp, Jr.
            John R. Knapp, Jr., Del. I.D. No. 3681
            524 2nd Avenue, Suite 500
            Seattle, WA  98104-2323
            Attorneys for Microsoft Corporation and
                Microsoft Licensing, GP

{00559095.DOC;1}