## CERTIFICATE OF SERVICE

I, Christopher P. Simon, certify that on July 31, 2007, I caused to be served via First Class Mail, or as otherwise indicated, on the parties listed below a copy of the Limited Objection of New York State Teachers' Retirement System to Notice of Proposed Sale of Assets by Debtors and Debtors in Possession Pursuant to Miscellaneous Asset Sale Procedures.

.

    /s/ Christopher P. Simon
Christopher P. Simon (Bar No. 3967)

## Service List

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Joseph J. McMahon, Jr., Esq.<br>OFFICE OF THE UNITED STATES TRUSTEE<br>J. Caleb Boggs Federal Building<br>844 King St., Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6497 (Facsimile) | **VIA HAND DELIVERY**<br>Mark D. Collins, Esq.<br>Michael J. Merchant, Esq.<br>Marcus A. Ramos, Esq.<br>Christopher M. Samis, Esq.<br>RICHARDS LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7701 (Facsimile)<br>*Counsel to the Debtors* |
| Suzanne S. Uhland, Esq.<br>Ben H. Logan, Esq.<br>Victoria Newmark, Esq.<br>Emily R. Culler, Esq.<br>O'MELVENY & MYERS LLP<br>275 Battery Street<br>San Francisco, CA 94111<br>(415) 984-8701 (Facsimile)<br>*Counsel to the Debtors* | **VIA HAND DELIVERY**<br>Bonnie Glantz Fatell, Esq.<br>BLANK ROME LLP<br>1201 Market St., Suite 800<br>Wilmington, DE 19801<br>(302) 425-6464 (Facsimile)<br>*Counsel to Official Committee of Unsecured Creditors* |
| Mark S. Indelicato, Esq.<br>Mark T. Power, Esq.<br>HAHN & HESSEN LLP<br>448 Madison Avenue<br>New York, NY 10022<br>(212) 478-7400 (Facsimile)<br>*Counsel to Official Committee of Unsecured Creditors* | |