IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | Case No: 07-10416 (KJC) |
| Debtor. | (Jointly Administered) |
| | Hearing Date:  August 21, 2007 at 1:30 p.m.<br>Objection Deadline:  August 14, 2007 |

### RE-NOTICE OF MOTION TO TERMINATE STAY *IN REM* ONLY AND FOR ABANDONMENT OF PROPERTY

TO:    The Debtor, the Bankruptcy Trustee, those parties having filed a notice of appearance in this case as of the within date, and all parties known to have an interest in the matter addressed herein.

Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender ("Countrywide") files herewith its *Motion to Terminate Automatic Stay In Rem Only and for Abandonment of Property* (the "Motion"), which seeks entry of an order granting Countrywide relief from the automatic stay *in rem* only and for abandonment of property.

**YOU ARE REQUIRED TO FILE A RESPONSE TO THE MOTION, IF ANY, ON OR BEFORE AUGUST 14, 2007 (previously indicated as August 16, 2007).  AT THE SAME TIME, YOU ARE REQUIRED TO SERVE A COPY OF THE RESPONSE ON THE FOLLOWING:**

Charles J. Brown, III (# 3368)
J" Jackson Shrum (# 4757)
HARVEY ♦ PENNINGTON LTD.
913 Market Street, Suite 702
Wilmington, Delaware 19801
Telephone: (302) 428-0719
Telecopier: (302) 428-0734
cbrown@harvpenn.com
jshrum@harvpenn.com

**A HEARING ON THIS MATTER HAS BEEN SCHEDULED BY THE COURT FOR August 21, 2007 AT 1:30 P.M.**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

720799_2

| | |
|---|---|
| Dated: July 31, 2007<br>Wilmington, DE | HARVEY ⬥ PENNINGTON LTD.<br><br> */s/ Charles J. Brown, III*  <br>Charles J. Brown, III (# 3368)<br>J" Jackson Shrum (# 4757)<br>913 Market Street, Suite 702<br>Wilmington, Delaware 19801<br>Telephone: (302) 428-0719<br>Telecopier: (302) 428-0734<br><br>*Attorneys for Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender* |

720799_2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | Case No: 07-10416 (KJC) |
| Debtor. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused true and correct copies of the foregoing document to be served on all of those parties requesting notice via CM/ECF or regular first-class mail.

Dated: July 31, 2007

*/s/ Charles J. Brown, III*
Charles J. Brown, III (#3368)