# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Re: Docket No. 1925 |

## CERTIFICATION OF COUNSEL RE: ORDER AUTHORIZING AND APPROVING ASSUMPTION AND ASSIGNMENT OF REAL PROPERTY LEASES

On July 13, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the Motion of Debtors and Debtors in Possession for an Order Authorizing and Approving Assumption and Assignment of Real Property Leases (the "Motion"). On July 27, 2007, BCIA 95 Glastonbury Boulevard LLC ("BCIA") filed an objection to the Motion. A hearing on the Motion was held on July 31, 2007 (the "Hearing"). In advance of the Hearing, the Debtors and BCIA resolved BCIA's objection, but were unable to get a form of order finalized in sufficient time to be submitted at the Hearing. The Debtors and BCIA have reached agreement on the form of order attached hereto as Exhibit A (the "Proposed Order"). The Proposed Order resolves both (i) BCIA's objection to the Motion and (ii) the Motion of BCIA 95 Glastonbury

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Boulevard LLC for an Order Compelling Debtor to Immediately Assume and Assign Lease for Non-Residential Real Property and Cure Defaults Under Lease [Docket No. 1320].

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order in substantially the form attached hereto as Exhibit A.

Dated: July 31, 2007
      Wilmington, Delaware

*/s/ Michael J. Merchant*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION