### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-10416(KJC) |
| | Jointly Administered |
| Debtors. | Related Docket No. 1726 |

### ORDER GRANTING RYAN DESERT RIDGE II, LLC'S MOTION FOR AN ORDER: (1) CLARIFYING, CONFIRMING AND/OR MODIFYING THE COURT'S MAY 21, 2007 "ORDER AUTHORIZING AND APPROVING ASSUMPTION AND ASSIGNMENT OF REAL PROPERTY LEASES"; (2) COMPELLING THE DEBTOR TO COMPLY WITH ITS OBLIGATIONS UNDER 11 U.S.C. § 365(d)(3) PENDING REJECTION OF LEASE; AND (3) COMPELLING THE DEBTOR TO REJECT LEASE OF NON-RESIDENTIAL REAL PROPERTY

Upon consideration of Ryan Desert Ridge II, LLC's ("Ryan Desert") Motion For An Order: (1) Clarifying, Confirming And/Or Modifying The Court's May 21, 2007 "Order Authorizing And Approving Assumption And Assignment Of Real Property Leases"; (2) Compelling The Debtor To Comply With Its Obligations Under 11 U.S.C. § 365(D)(3) Pending Rejection Of Lease; And (3) Compelling The Debtor To Reject Lease Of Non-Residential Real Property (the "Motion"); a hearing having been held before this Court to consider the Motion; adequate and sufficient notice having been given; this Court having given due consideration to any responses to the Motion, and sufficient cause having been shown therefore, it is hereby:

ORDERED that:

1. The Motion is Granted.

2. The Lease[1] for the nonresidential real property located at 20860 North Tatum Boulevard, Suite 175, Phoenix, Arizona 85050 was not assumed and assigned to National City, despite being included in the list of leases to be assumed pursuant to this Court's May 21, 2007 Order.

3. The Debtor is obligated to comply with 11 U.S.C. § 365(d)(3) with respect to the Lease pending rejection of the Lease.

4. The Debtor shall, within 3 days of entry of this order, pay Ryan Desert all unpaid post-petition rent and other charges due under the Lease, including (without limitation): (i) $2,128.45 for the unpaid portion of the April and May, 2007 rent and other charges; (ii) $14,645.31 for June 2007 rent and other charges; and (iii) all rent and other charges owed under the Lease for July 2007.

5. The Debtor is hereby authorized to reject the Lease, and the Lease is deemed rejected effective immediately.

Date: July 31, 2007

Kevin J. Carey
United States Bankruptcy Judge

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

{07107|ORD|10028378.DOC}