IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

NEW CENTURY TRS HOLDINGS, INC.
    Debtor

Case No. 07-10416-KJC
(Chapter 11)

HOME LOAN SERVICES F/K/A
NATIONAL CITY BANK
150 ALLEGHENY CENTER MALL
PITTSBURGH, PA 15212
    Movant

Ref: Docket No. 1294

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
    Attorneys for the Movant
v.
NEW CENTURY TRS HOLDINGS, INC, et al.
    Respondents

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by Home Loan Services f/k/a National City Bank ("HLS"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED**, that the Motion be, and the same is hereby **GRANTED**; and it is further

**ORDERED**, that the Automatic Stay is terminated allowing HLS to exercise its rights under applicable law against the Debtor's Property more particularly described in the Mortgage which has the address of 33-21 69th Street, Woodside, NY 11377

("Property"), including, but not limited to foreclosure against the Property under the Mortgage.

Date: July 31, 2007

BY THE COURT:

U.S. Bankruptcy Court Judge