## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

| | |
|---|---|
| **Debtor:** | New Century TRS Holdings, Inc. |
| **Case Number:** | 07-10416-KJC   **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JULY 31, 2007 01:30 PM   CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | JASON SMITH |

### *Matter:*

Omnibus

**R / M #:**   0 / 0

### *Appearances:*

See Sign in Sheet

### *Proceedings:*

Amended Agenda Item
#1, 2 - Order Entered
#3 - Separate Motions to be Filed
#4, 5, 6 - Orders Previously Entered
#7 - CNO to be Filed
#8, 9, 10, 11, 12 - Orders Previously Entered
#13 - Order Due
#14, 15, 16, 17 - Orders Previously Entered
#18 - Adjourned to 8/7/07
#19 - Order Previously Entered
#20 - Adjourned to 8/7/07
#21 - Order Signed
#22 - Supplemental Declaration Due
#23 - Order Signed
#24 - Stip Due
#25 - Adjourned to 8/7/07
#26 - Resolved
#27 - Adjourned to 8/21/07
#28 - Order Signed
#29 - Order Signed
#30 - Order Signed
#31 - Resolved
#32 - Adjourned to 8/21/07