# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.  **COURTROOM LOCATION:** 5
**CASE NO.:** 07-10416-KJC  **DATE:** July 31, 2007
PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew McGuire | Landis Rath & Cobb | JP Morgan |
| Michael Merchant | Richards Layton & Finger, P.A. | Debtors |
| Leonard McCarroll | Potter Anderson Corroon | Bank of America |
| Ira Levee | Lowenstein Sandler | NY State Teachers Retirement System |
| Marc Phillips | Connolly Bove Lodge & Hutz | Carematrix |
| Guy Neal | Sidley Austin LLP | KPMG LLP |
| Mark Hunter? | Cypwood + Lauria | KPMG LLP |
| Joseph J McMahon Jr. | USDOJ | U.S. Trustee |
| Mark Indelicato | Hahn & Hessen | Committee |
| David Fournier | Pepper Hamilton LLP | Union Bank of California |
| Gale N. Kunz II | Morris James LLP | Central Mutual re item 28 |
| Bonnie Glantz Fatell | Blank Rome | Committee |
| ed Rosnan | Rosnan Monhair | Kodak |

# SIGN-IN-SHEET

CASE NAME: New Century TRS Holdings, Inc.  
CASE NO.: 07-10416-KJC  
COURTROOM LOCATION: 5  
DATE: July 31, 2007

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Minuti | Saul Ewing LLP | Encore |
| Ed Fox | K&L Gates | " |
| Steven Topolales | " | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 07/31/2007
Calendar Time: 01:30 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1827421 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, DB Structured / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1828742 | Suzzane S. UlMand | 415-984-8941 | O'Melveny & Myers | Interested Party, New Century TRS Holdings, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1814640 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP | Creditor, Bank of America / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1818531 | Marti Murray | 212-582-5505 | Murray Capital Management, Inc. | Interested Party, Murray Capital Management, Inc. / LISTEN ONLY |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1821212 | Kimberly Newmarch | 312-499-6057 | Paul, Hastings, Janofsky & Walker | Creditor, UBS Real Estate Securities, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1818931 | Aaron Cellous | 310-478-3411 | Aaron Cellous, In Pro Per | Pro Se, Aaron Cellous / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1822508 | Peter W. Ito | 303-764-4010 | Baker & Hostetler LLP | Creditor, Fidelity National Information Services, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1831966 | Frederic DiSpigna | 954-233-8000 ext. 207 | Law Offices of David J. Stern PA | Interested Party, Law Offices of David J. Stern PA / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1827472 | Richard Agins | 860-240-2840 | Bingham McCutchen, LLP | Interested Party, DB Structed Products / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 (07-50875) | Hearing | 1827988 | Barry Freeman (60389-0072) | 310-785-5367 | Jeffer, Mangels, Butler & Marmaro ( | Creditor, Union Bank of California / LIVE |