**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered<br>) **Hearing Date:  September 11, 2007** |
| Debtors, | ) **Response Date:  September 4, 2007** |

**<u>CHASE HOME FINANCE, LLC FORMERLY KNOWN AS CHASE MANHATTAN MORTGAGE CORPORATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C.§362(d)(1) AS TO 561 DOWNING LAKE DRIVE, HIGH SPRINGS, FLORIDA, 32643</u>**

NOW COMES Chase Home Finance, LLC formerly known as Chase Manhattan Mortgage Corporation, by and through its attorney Whittington & Aulgur, moves the Court for an Order granting relief from the Automatic Stay of 11 <u>U.S.C.</u> §362 upon the following grounds:

<u>JURISDICTION</u>

1.   The Bankruptcy Court has jurisdiction over this matter pursuant to 28 <u>U.S.C.</u> §1334, 11 <u>U.S.C.</u> §157 and 11 <u>U.S.C.</u> §362.

<u>CLAIM FOR RELIEF</u>

2.   Chase Home Finance, LLC formerly known as Chase Manhattan Mortgage Corporation is a corporation located at 3415 Vision Drive, Columbus, Ohio, 43219-6009.

3.   On April 2, 2007 a Chapter 11 Petition initiating this proceeding was filed by the Debtors.

5.   On or about March 19, 2001, non-filing borrower Cynthia

Thorpe Gaydos a/k/a Cynthia Lou Gaydos (hereinafter "Borrower") executed and delivered an indenture of mortgage in the principal sum of $32,000.00 unto Florida Citizens Bank.  Said mortgage created a lien upon the property therein mentioned, 561 Downing Lake Drive, High Springs, Florida, 32643, all of which is of record in the Office of the Recorder of Deeds in Columbia County, State of Florida.  The Borrower subsequently executed a Loan Modification Agreement with Florida Citizens Bank.  Florida Citizens Bank subsequently executed an Assignment of Mortgage unto Chase Home Finance, LLC formerly known as Chase Manhattan Mortgage Corporation.  Copies of said mortgage, loan modification agreement and assignment are attached collectively hereto as Exhibit "A".

6. On or about July 5, 2005, New Century Financial Services, Inc. who is a Debtor in the within jointly administered case, obtained a Final Judgment in the amount of $7,573.12 against Borrower.  A copy of said Judgment is attached hereto as Exhibit "B".

7. Debtors have no ownership interest in the Property, and their lien, if any, is subordinate to Movant's.

8. At present, Borrower is contractually delinquent and a foreclosure proceeding is pending.

9. Movant's Broker Price Opinion, attached hereto as Exhibit "C", lists market value of the property as $59,303.00.  The payoff on the subject first mortgage is approximately $35,524.47 as of April 26, 2007.  There appears to be some equity in the Property.  In any event, any potential equity would not benefit the Debtors' Estate since the Debtors merely hold a

Judgment against the Borrower.

10. The continuation of the Automatic Stay of 11 U.S.C. §362 will work real and irreparable harm to Movant's pending foreclosure proceeding against Borrower.

WHEREFORE, Chase Home Finance, LLC formerly known as Chase Manhattan Mortgage Corporation hereby moves for an Order pursuant to 11 U.S.C. §362(d)(1) terminating the Automatic Stay for cause.

                        WHITTINGTON & AULGUR

By:  /s/ Kristi J. Doughty
     Robert T. Aulgur, Jr. (No. 165)
     Kristi J. Doughty (No. 3826)
     313 N. DuPont Hwy., Suite 110
     P.O. Box 617
     Odessa, DE  19730-1617
     (302) 378-1661
     Attorney for Movant

Date:  August 1, 2007