EXHIBIT "B"

IN THE COUNTY COURT IN AND FOR COLUMBIA COUNTY, FLORIDA

NEW CENTURY FINANCIAL SERVICES, INC.,   CASE NO. 2005 385 CC
  Plaintiff,

CIVIL DIVISION

vs.

GAYDOS CYNTHIA T

  Defendant(s)
_____/

FINAL JUDGMENT

This action was heard by Motion for a Final Default Judgment, after Defendant GAYDOS CYNTHIA T defaulted. On the evidence presented the Court finds for the Plaintiff; and IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff, NEW CENTURY FINANCIAL SERVICES, INC.,
                Principal        $5781.37
2 Ridgedale Avenue, # 104, Cedar Knolls, New Jersey 07927, shall recover from Defendant GAYDOS CYNTHIA T, residing at
240 SE MARINO WAY HIGH SPRINGS FL 32643
the following judgment:

| | |
|---|---|
| Principal | $5781.37 |
| Interest Owed | $1186.75 |
| Court Costs | $ 255.00 |
| Attorney Fees | $ 350.00 |
| TOTAL | $7573.12 |

Which judgment shall bear interest at the legal rate of 7%, for which Let Execution Issue Forthwith.

ORDERED in chambers in COLUMBIA County this 5th day of July, 2005.

                                            COUNTY COURT JUDGE

Copies furnished to:
Plaintiff's Attorney:
Law Office of Richard A. Russell
350 Jim Moran Blvd, Ste. 211
Deerfield Beach, Florida 33442

Inst:2005016432 Date:07/13/2005 Time:09:58
_____ DC,P.DeWitt Cason,Columbia County B:1051 P:1740

Defendant- at the above address

This certifies copies were
furnished on: July 6, 2005
By: Marcie Kemp