EXHIBIT "C"



P.O. Box 970
Downers Grove, IL 60515-0970
**WOID: 226035    ACCESS#: 662103**

BROKER PROPERTY ANALYSIS and VALUE
Date          07/27/2007
Broker Firm Name    REM Corp
Address       6900 Main St
City, State, Zip   Downers Grove, IL 60516
Agent Name    Karen Blain Uram

Phone         352-528-2092

## SUBJECT PROPERTY

Servicer Loan No 1502826455         Assessed $ 35,700.00          Ann. Taxes $ 458.11
Address 240 Marino St (aka: 561 Downing Lake Dr)   County                Unit No.
City High Springs                   State FL                      Zip 32643
Legal Description 10-78-17 0200/022 4.05 acres lot 1 oleno estates.

Occupied   Yes __   No **X**          Exterior Inspection **X**          Interior Inspection __
**PROPERTY TYPE** SFD **X**       Townhouse __      Condo __      Multi Family __      PUD __

| | PROPERTY WITH RECENT COMPARABLE SALES | | | |
|---|---|---|---|---|
| **Item** | **Subject** | **Comparable 1** | **Comparable 2** | **Comparable 3** |
| Address | 240 Marino St (aka: 561 Downing Lake Dr) | 436 SW RANDOLPH CT | 22988 NW 180 PL | 168 HARDIN CT |
| Proximity to | **SUBJECT** | 6.8 MI | 6.9 MI | 2.0 MI |
| Listing Price | $ | $69,900 | $79,900 | $89,900 |
| Sale Amount | $ | $57,000 | $69,600 | $75,000 |
| Sale Date | | 01/18/2007 | 10/04/2006 | 10/25/2006 |
| Days on Market | | 79 | 104 | 250 |
| Levels/Style | | 1/RANCH | 1/RANCH | 1/RANCH |
| Exterior Const. | WOOD/PLYWOOD | WOOD/PLYWOOD | WOOD/PLYWOOD | WOOD/PLYWOOD |
| Square Feet | 1152 | 720 | 1092 | 1296 |
| Age | 22 YEARS OLD | 38 YEARS OLD | 29 YEARS OLD | 30 YEARS OLD |
| Basement | NONE | NONE | NONE | NONE |
| Total Rooms | 7 | 6 | 7 | 7 |
| # Bed Rooms | 3 | 2 | 2 | 2 |
| # Baths | 2 | 2 | 2 | 2 |
| Family Room | NONE | NONE | NONE | NONE |
| Garage/# Car | NONE | NONE | NONE | NONE |
| Lot Size | 4.05 acres | 4 ACRES | 2 ACRES | 1.07 ACRES |
| Overall Cond. | fair | FAIR | FAIR | FAIR |
| Design/Appeal | ranch/little | RANCH/LITTLE | RANCH/FAIR | RANCH/FAIR |

**Comments**

OLDER MOBILE HOME ON 4.05 ACRES ON PAVED ROAD IN VERY RURAL PART OF HIGH SPRINGS, FL. NO OBVIOUS STRUCTURAL DAMAGE NOTED FROM ROADSIDE VIEW

**PAGE ONE OF TWO**

**BROKER PROPERTY ANALYSIS and VALUE**

Date 07/27/2007

P.O. Box 970
Downers Grove, IL 60515-0970

Servicer Loan No <u>1502826455</u>

| COMPETITIVE LISTINGS | | | | |
|---|---|---|---|---|
| Item | Subject | Comparable 1 | Comparable 2 | Comparable 3 |
| Address | 240 Marino St (aka: 561 Downing Lake Dr) | 143 SE GULLIVER CT | 6414 NW ST RD 45 | 24327 NW 90 PLACE |
| Proximity to | SUBJECT | 10.9 MI | 13.8 MI | 12.6 MI |
| Listing Price | $ | $99,900 | $105,000 | $109,900 |
| Days on Market | | 119 | 98 | 83 |
| Levels/Style | | 1/RANCH | 1/RANCH | 1/RANCH |
| Exterior Const. | WOOD/PLYWOOD | WOOD/PLYWOOD | WOOD/PLYWOOD | WOOD/PLYWOOD |
| Square Feet | 1152 | 840 | 1072 | 924 |
| Age | 22 YEARS OLD | 11 YEARS OLD | 30 YEARS OLD | 25 YEARS OLD |
| Basement | NONE | NONE | NONE | NONE |
| Total Rooms | 7 | 6 | 7 | 7 |
| # Bed Rooms | 3 | 2 | 2 | 2 |
| # Baths | 2 | 1 | 2 | 2 |
| Family Room | NONE | NONE | NONE | NONE |
| Garage/# Car | NONE | NONE | NONE | NONE |
| Lot Size | 4.05 acres | 6.13 ACRES | 2.97 ACRES | 5 ACRES |
| Overall Cond. | fair | GOOD | FAIR | FAIR |
| Design/Appeal | ranch/little | RANCH/GOOD | RANCH/FAIR | RANCH/FAIR |

**Comments**

| | 90-120 Day "As Is" | 30-60 Day Quick Sale | 90-120 Day "As Repaired" |
|---|---|---|---|
| Estimated Sale Price | $59,303 | $59,303 | N/A |
| Estimated List Price | $59,303 | $59,303 | N/A |

**Suggested repairs and improvements:**
CANNOT DETERMINE IF ANY REPAIRS ARE REQUIRED FROM ROADWIDE VIEW OF SUBJECT PROPERTY

**This report is not an appraisal. The purpose of this report is to obtain information that supports strategy and an analysis of the most likely sales prices for this property.**