EXHIBIT "C"

**BROKER PROPERTY ANALYSIS and VALUE**

| | |
|---|---|
| Date | 07/27/2007 |
| Broker Firm Name | REM Corp |
| Address | 6900 Main St |
| City, State, Zip | Downers Grove, IL 60516 |
| Agent Name | Karen Blain Uram |
| Phone | 352-528-2092 |

P.O. Box 970
Downers Grove, IL 60515-0970
WOID: 226035    ACCESS#: 662103

## SUBJECT PROPERTY

Servicer Loan No <u>1502826455</u>    Assessed $ <u>35,700.00</u>    Ann. Taxes $ <u>458.11</u>

Address <u>240 Marino St (aka: 561 Downing Lake Dr)</u>    County ____    Unit No. ____

City <u>High Springs</u>    State <u>FL</u>    Zip <u>32643</u>

Legal Description <u>10-78-17 0200/022 4.05 acres lot 1 oleno estates.</u>

Occupied   Yes __   No **X**    Exterior Inspection **X**    Interior Inspection __

**PROPERTY TYPE** SFD **X**    Townhouse __    Condo __    Multi Family __    PUD __

### PROPERTY WITH RECENT COMPARABLE SALES

| Item | Subject | Comparable 1 | Comparable 2 | Comparable 3 |
|---|---|---|---|---|
| Address | 240 Marino St (aka: 561 Downing Lake Dr) | 436 SW RANDOLPH CT | 22988 NW 180 PL | 168 HARDIN CT |
| Proximity to | **SUBJECT** | 6.8 MI | 6.9 MI | 2.0 MI |
| Listing Price | $ | $69,900 | $79,900 | $89,900 |
| Sale Amount | $ | $57,000 | $69,600 | $75,000 |
| Sale Date | | 01/18/2007 | 10/04/2006 | 10/25/2006 |
| Days on Market | | 79 | 104 | 250 |
| Levels/Style | | 1/RANCH | 1/RANCH | 1/RANCH |
| Exterior Const. | WOOD/PLYWOOD | WOOD/PLYWOOD | WOOD/PLYWOOD | WOOD/PLYWOOD |
| Square Feet | 1152 | 720 | 1092 | 1296 |
| Age | 22 YEARS OLD | 38 YEARS OLD | 29 YEARS OLD | 30 YEARS OLD |
| Basement | NONE | NONE | NONE | NONE |
| Total Rooms | 7 | 6 | 7 | 7 |
| # Bed Rooms | 3 | 2 | 2 | 2 |
| # Baths | 2 | 2 | 2 | 2 |
| Family Room | NONE | NONE | NONE | NONE |
| Garage/# Car | NONE | NONE | NONE | NONE |
| Lot Size | 4.05 acres | 4 ACRES | 2 ACRES | 1.07 ACRES |
| Overall Cond. | fair | FAIR | FAIR | FAIR |
| Design/Appeal | ranch/little | RANCH/LITTLE | RANCH/FAIR | RANCH/FAIR |

**Comments**

OLDER MOBILE HOME ON 4.05 ACRES ON PAVED ROAD IN VERY RURAL PART OF HIGH SPRINGS, FL. NO OBVIOUS STRUCTURAL DAMAGE NOTED FROM ROADSIDE VIEW

**PAGE ONE OF TWO**

**BROKER PROPERTY ANALYSIS and VALUE**

Date  07/27/2007

P.O. Box 970
Downers Grove, IL 60515-0970

Servicer Loan No <u>1502826455</u>

| | COMPETITIVE LISTINGS | | | |
|---|---|---|---|---|
| **Item** | **Subject** | **Comparable 1** | **Comparable 2** | **Comparable 3** |
| **Address** | 240 Marino St (aka: 561 Downing Lake Dr) | 143 SE GULLIVER CT | 6414 NW ST RD 45 | 24327 NW 90 PLACE |
| **Proximity to** | SUBJECT | 10.9 MI | 13.8 MI | 12.6 MI |
| **Listing Price** | $ | $99,900 | $105,000 | $109,900 |
| **Days on Market** | | 119 | 98 | 83 |
| **Levels/Style** | | 1/RANCH | 1/RANCH | 1/RANCH |
| **Exterior Const.** | WOOD/PLYWOOD | WOOD/PLYWOOD | WOOD/PLYWOOD | WOOD/PLYWOOD |
| **Square Feet** | 1152 | 840 | 1072 | 924 |
| **Age** | 22 YEARS OLD | 11 YEARS OLD | 30 YEARS OLD | 25 YEARS OLD |
| **Basement** | NONE | NONE | NONE | NONE |
| **Total Rooms** | 7 | 6 | 7 | 7 |
| **# Bed Rooms** | 3 | 2 | 2 | 2 |
| **# Baths** | 2 | 1 | 2 | 2 |
| **Family Room** | NONE | NONE | NONE | NONE |
| **Garage/# Car** | NONE | NONE | NONE | NONE |
| **Lot Size** | 4.05 acres | 6.13 ACRES | 2.97 ACRES | 5 ACRES |
| **Overall Cond.** | fair | GOOD | FAIR | FAIR |
| **Design/Appeal** | ranch/little | RANCH/GOOD | RANCH/FAIR | RANCH/FAIR |

**Comments**

| | 90-120 Day "As Is" | 30-60 Day Quick Sale | 90-120 Day "As Repaired" |
|---|---|---|---|
| **Estimated Sale Price** | $59,303 | $59,303 | N/A |
| **Estimated List Price** | $59,303 | $59,303 | N/A |

**Suggested repairs and improvements:**

CANNOT DETERMINE IF ANY REPAIRS ARE REQUIRED FROM ROADWIDE VIEW OF SUBJECT PROPERTY

This report is not an appraisal. The purpose of this report is to obtain information that supports strategy and an analysis of the most likely sales prices for this property.