**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., | ) Case No. 07-10416 KJC <br> ) Chapter 11 <br> ) Jointly Administered |
| Debtors, | ) |

**CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, hereby certify this 1st day of August, A.D. 2007 that service of the **Notice of Motion, Motion, Exhibits** and proposed **Order** was made electronically and (via) first class mail to the following:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA  92612
*Debtor*

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Bonne Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
*Attorney for Official Committee*
*of Unsecured Creditors*

Cynthia T. Gaydos
561 Downing Lake Drive
High Springs, FL  32643
*Borrower*

                        By:   /s/ Kristi J. Doughty
                               Robert T. Aulgur, Jr. (No. 165)
                               313 N. DuPont Hwy., Suite 110
                               P.O. Box 617
                               Odessa, DE  19730-1617
                               (302) 378-1661
                               Attorney for Movant