## In re: New Century TRS Holdings, Inc.
## Case No. 07-10416-KJC

## Wells Fargo, N.A. Mortgages

| | ORIG NO. | DJS FILE NUMBER | WELLS LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | COUNTY | MORTGAGE BOOK/PAGE | NC MORTGAGE BOOK/PAGE | NEW CENT. LOAN NO. | APPROXIMATE PAYOFF | PROPERTY VALUE (EST) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 06-53737 | 1100142940\106 | 1719 VICTORY PALM DR | EDGEWATER | FL | 32132 | VOLUSIA | 5621/157 | 5621/178 | 1002444402 | $240,656.69 | $250,000.00 |
| 2 | 3 | 06-53743 | 1146004347\106 | 3100 GALIANO CT | CORAL GABLES | FL | 33134 | MIAMI-DADE | 24006/748 | 24006/769 | 1003929921 | $720,278.26 | $700,000.00 |
| 3 | 5 | 06-56317 | 1100143777\106 | 1604 SPRING LN | BRANDON | FL | 33510 | HILLSBOROUGH | 15418/44 | 15418/66 | 1002546025 | $162,045.20 | $245,000.00 |
| 4 | 11 | 06-61022 | 1127059358\106 | 2215 PALM VISTA DR | APOPKA | FL | 32712 | ORANGE | 8625/162 | 8625/187 | 1006077531 | $450,425.94 | $360,000.00 |
| 5 | 12 | 06-61024 | 1127058732\106 | 4805 W. 7TH ST | LEHIGH ACRES | FL | 33971 | LEE | CN2006/112782 | CN 2006/112783 | 1005915325 | $284,165.37 | $310,000.00 |
| 6 | 13 | 06-61030 | 1127060215\106 | 2206 SOUNDINGS CT | WEST PALM BEACH | FL | 33413 | PALM BEACH | 19877/728 | 20321/1663 | 1006001382 | $315,460.00 | $279,000.00 |
| 7 | 15 | 06-61144 | 1127060396\106 | 8904 CHESTNUT RIDGE WAY | BOYNTON BEACH | FL | 33437 | PALM BEACH | 19879/1783 | 19879/1804 | 1006031778 | $516,584.55 | $425,000.00 |
| 8 | 16 | 06-61152 | 1100180939\106 | 20005 PETRUCKA CIR | LEHIGH ACRES | FL | 33936 | LEE | 2006000051573 | 2006000051574 | 1006087557 | $255,874.48 | $194,000.00 |
| 9 | 17 | 06-62009 | 1220009479\106 | 3153 MAXWELL AVE | SPRING HILL | FL | 34608 | HERNANDO | 2171/1087 | 2172/1108 | 1005020960 | $132,928.08 | $85,000.00 |
| 10 | 23 | 06-63621 | 1100192098\106 | 757 E. 182ND AVE | REDINGTON SHORES | FL | 33708 | PINELLAS | 14993/1802 | 14933/1932 | 1006614719 | $407,123.29 | $295,000.00 |
| 11 | 25 | 06-64449 | 1100184822\106 | 2535 SUNNILAND BLVD | LEHIGH ACRES | FL | 33971 | LEE | 2005000187662 | 2005000187663 | 1005323893 | $228,690.69 | $192,000.00 |
| 12 | 26 | 06-64639 | 1127075406\106 | 3300 NE 191ST ST, UNIT 617 | AVENTURA | FL | 33180 | MIAMI-DADE | 24312/765 | 24312/789 | 1006191499 | $442,077.67 | $365,000.00 |
| 13 | 30 | 06-65388 | 1220010353\106 | 306 MC FEE DR | DAVENPORT | FL | 33897 | POLK | 6580/123 | 6580/148 | 1005359505 | $308,057.41 | $354,000.00 |
| 14 | 34 | 06-65833 | 1134022552\106 | 1335 NE 1ST TERR | CAPE CORAL | FL | 33909 | LEE | 2006000007222 | 200600007223 | 1005631925 | $251,277.00 | $185,000.00 |
| 15 | 37 | 06-66511 | 1100191316\106 | 20 E. 1ST ST | CHULUOTA | FL | 32766 | SEMINOLE | 6220/1025 | 6220/1047 | 1006220074 | $118,391.38 | $171,000.00 |
| 16 | 38 | 06-66621 | 1127072899\106 | 2820 MAJESTIC ISLE DR | CLERMONT | FL | 34711 | LAKE | 3091/990 | 3091/1016 | 1006388866 | $430,271.50 | $415,000.00 |
| 17 | 39 | 06-66720 | 1127102227\106 | 13918 RAULERSON RD | RIVERVIEW | FL | 33569 | HILLSBOROUGH | 16238/1637 | 16238/1661 | 1006969042 | $237,165.35 | $264,000.00 |
| 18 | 40 | 06-66725 | 1127100832\106 | 4225 SANDALWOOD CIR N. | TAMPA | FL | 33617 | HILLSBOROUGH | 16244/1767 | 16244/1784 | 1006672567 | $128,210.66 | $134,900.00 |
| 19 | 42 | 06-67336 | 1220008055\106 | 8405 N. 46TH ST | TAMPA | FL | 33617 | HILLSBOROUGH | 15936/914 | 15936/931 | 1005515267 | $102,395.25 | $119,900.00 |
| 20 | 43 | 06-67337 | 1220009771\106 | 8308 MYRTLEWD CIR W. | PALM BEACH GARDENS | FL | 33418 | PALM BEACH | 19752/1380 | 19752/1405 | 1005145880 | $150,333.64 | $164,000.00 |
| 21 | 46 | 06-68927 | 1127108722\106 | 7249 N. 15TH ST | SAINT PETERSBURG | FL | 33702 | PINELLAS | 15103/1970 | 15103/1992 | 1007365692 | $183,600.26 | $183,000.00 |
| 22 | 47 | 06-69001 | 1127108168\106 | 11455 TOPAZ ST | BROOKSVILLE | FL | 34608 | HERNANDO | 2232/1969 | 2232/1990 | 1007141425 | $152,768.57 | $157,000.00 |
| 23 | 48 | 06-69002 | 1127107891\106 | 4409 KENOSKA ST N | NORTHPORT | FL | 34288 | SARASOTA | 2006159707 | 2006159708 | 1007103074 | $1,801.00 | $212,000.00 |
| 24 | 49 | 06-69006 | 1127108872\106 | 6361 NEW INDEPENDENCE PKWY | WINTER GARDEN | FL | 34787 | ORANGE | 8618/1873 | 8618/1899 | 1006819133 | $393,371.39 | $398,000.00 |
| 25 | 50 | 06-69030 | 1127060407\106 | 8477 COLFAX CT | JACKSONVILLE | FL | 32244 | DUVAL | 13043/2350 | 13043/2375 | 1006092603 | $141,159.48 | $170,000.00 |
| 26 | 51 | 06-69334 | 1100185716\106 | 17721 90TH ST N. | LOXAHATCHEE | FL | 33470 | PALM BEACH | 19749/661 | 19749/683 | 1005732610 | $354,142.91 | $330,000.00 |
| 27 | 53 | 06-69821 | 1127044906\106 | 2609 HAREM CIR SW | PORT SAINT LUCIE | FL | 34953 | ST LUCIE | 2448/2386 | 2448/2410 | 1004826031 | $298,012.60 | $330,000.00 |
| 28 | 54 | 06-69903 | 1127100586\106 | 5094 BURNSIDE ST | VENICE | FL | 34286 | SARASOTA | 2006055412 | 2006055413 | 1006592485 | $201,289.72 | $185,000.00 |
| 29 | 55 | 06-69930 | 1134022726\106 | 8116 SEVERN DR | BOCA RATON | FL | 33433 | PALM BEACH | 20213/1361 | 20213/1385 | 1007164418 | $299,574.09 | $280,000.00 |
| 30 | 56 | 06-69933 | 1134021315\106 | 4524 SW 3RD AVE | CAPE CORAL | FL | 33914 | LEE | 2006000177366 | 2006000177367 | 1007495187 | $667,241.54 | $345,000.00 |
| 31 | 57 | 06-69938 | 1146005155\106 | 5501 CHESHIRE DR | FORT MYERS | FL | 33912 | LEE | 2005000095390 | 2005000095391 | 1004072728 | $259,743.58 | $363,000.00 |
| 32 | 58 | 06-69939 | 1146004785\106 | 6390 BAKER CIR W. | COCOA | FL | 32927 | BREVARD | 5546/154 | 5546/175 | 1004032317 | $144,671.59 | $147,500.00 |
| 33 | 59 | 06-69940 | 1146004509\106 | 242 LAKE THOMAS DR | WINTER HAVEN | FL | 33880 | POLK | 6499/1815 | 6499/1837 | 1003969110 | $140,889.72 | $156,000.00 |
| 34 | 60 | 06-70414 | 1127042763\106 | 13019 SW 49TH TERR | MIAMI | FL | 33175 | MIAMI-DADE | 23987/4202 | 23987/4223 | 1004224798 | $192,343.12 | $205,000.00 |
| 35 | 61 | 06-70417 | 1127076643\106 | 20016 NW 32 PL | MIAMI GARDENS | FL | 33056 | MIAMI-DADE | 24324/2410 | 24324/2432 | 1006400726 | $182,370.54 | $216,000.00 |
| 36 | 62 | 06-70723 | 1220007045\106 | 21320 BRINSON AVE#111 | PORT CHARLOTTE | FL | 33952 | CHARLOTTE | 2822/836 | 2822/860 | 1003765492 | $107,247.15 | $116,000.00 |
| 37 | 64 | 06-71147 | 1127044153\106 | 2717 ASHLEY CT | KISSIMMEE | FL | 34743 | OSCEOLA | 3007/1222 | 3007/1249 | 1004963187 | $230,043.68 | $242,000.00 |

## In re: New Century TRS Holdings, Inc.
## Case No. 07-10416-KJC

### Wells Fargo, N.A. Mortgages

| | ORIG NO. | DJS FILE NUMBER | WELLS LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | COUNTY | MORTGAGE BOOK/PAGE | NC MORTGAGE BOOK/PAGE | NEW CENT. LOAN NO. | APPROXIMATE PAYOFF | PROPERTY VALUE (EST) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | 65 | 06-71148 | 1127040790\106 | 1755 SW 81ST WAY #4 | DAVIE | FL | 33324 | BROWARD | 41057/557 | 41057/582 | 1005035464 | $231,124.54 | $270,000.00 |
| 39 | 67 | 06-71708 | 1100190942\106 | 2592 MARY FOX DR | HAROLD | FL | 32563 | SANTA ROSA | 2572/838 | 2572/859 | 1006711427 | $590,606.27 | $690,000.00 |
| 40 | 75 | 07-66588 | 1127107579\106 | 3607 HARBOR BLVD | PORT CHARLOTTE | FL | 33931 | CHARLOTTE | 2940/489 | 2940/511 | 1007038216 | $168,963.17 | $155,000.00 |
| 41 | 84 | 07-69762 | 1146004724\106 | 3671 CAMASTRO ST SW | PORT SAINT LUCIE | FL | 34953 | ST LUCIE | 2399/1749 | 2399/1770 | 1004022523 | $212,815.07 | $253,000.00 |
| 42 | 85 | 07-69764 | 1134027544\106 | 1100 SUMMER ST UNIT #2 | LAKE WORTH | FL | 33461 | PALM BEACH | 20711/1918 | 20711/1943 | 1008720002 | $166,561.25 | $203,000.00 |
| 43 | 91 | 07-70492 | 1127042425\106 | 3820 40TH AVE N. | SAINT PETERSBURG | FL | 33714 | PINELLAS | 14730/1862 | 14730/1884 | 1004521976 | $107,316.14 | $121,000.00 |
| 44 | 92 | 07-70493 | 1127040926\106 | 1080 PICCADILLY RD | PORT RICHEY | FL | 34668 | PASCO | 6724/1392 | 6724/1414 | 1005067125 | $117,867.48 | $132,500.00 |
| 45 | 96 | 07-72771 | 1100180915\106 | 1118 SW 44TH WAY | DEERFIELD BEACH | FL | 33442 | BROWARD | 41756/683 | 41756/708 | 1006222508 | $262,082.81 | $275,000.00 |
| 46 | 98 | 07-73453 | 1220010803\106 | 158 CATANIA WAY | ROYAL PALM BEACH | FL | 33411 | PALM BEACH | 19762/1419 | 19762/1444 | 1005576398 | $403,876.84 | $460,000.00 |
| 47 | 99 | 07-73680 | 1220007024\106 | 3421 ITCHACA ST N. | SAINT PETERSBURG | FL | 33713 | PINELLAS | 14823/722 | 14823/743 | 1005039790 | $113,290.14 | $124,000.00 |
| 48 | 100 | 07-73866 | 1127104545\106 | 8539 BERMUDA RD | JACKSONVILLE | FL | 32208 | DUVAL | 13170/775 | 13170/796 | 1006225532 | $110,066.05 | $119,000.00 |
| 49 | 102 | 07-74069 | 1134028600\106 | 3608 KARIBA CT | KISSIMMEE | FL | 34746 | OSCEOLA | 3218/1327 | 3218/1351 | 1008686629 | $358,154.02 | $310,000.00 |
| 50 | 103 | 07-74070 | 1134028131\106 | 9746 DEVONSHIRE BLVD | JACKSONVILLE | FL | 32208 | DUVAL | 13393/646 | 13393/663 | 1007739735 | $99,210.34 | $70,000.00 |
| 51 | 104 | 07-74076 | 1134027938\106 | 2703 COLLINGSWOOD DR | DELTONA | FL | 32738 | VOLUSIA | 5879/3529 | 5879/3551 | 1008933817 | $151,097.24 | $155,000.00 |
| 52 | 105 | 07-74077 | 1134027667\106 | 14101 SW 162ND ST | MIAMI | FL | 33177 | MIAMI-DADE | 24764/4179 | 24764/4201 | 1008808230 | $343,783.69 | $375,000.00 |
| 53 | 108 | 07-74638 | 1127074687\106 | 1202 F ST N. | LAKE WORTH | FL | 33460 | PALM BEACH | 19946/1700 | 19946/1721 | 1006439543 | $254,029.49 | $245,000.00 |
| 54 | 109 | 07-74705 | 1127042895\106 | 4620 MIAMI AVE N. | MIAMI | FL | 33127 | MIAMI-DADE | 24093/4840 | 24093/4864 | 1005170637 | $278,230.74 | $320,000.00 |
| 55 | 110 | 07-74706 | 1127043800\106 | 1969 SE 24TH AVE | HOMESTEAD | FL | 33035 | MIAMI-DADE | 24026/731 | 25299/830 | 1004264762 | $250,783.87 | $283,000.00 |
| 56 | 111 | 07-74707 | 1127044222\106 | 8601 BEACH BLVD #1201 | JACKSONVILLE | FL | 32216 | DUVAL | 12854/1399 | 12854/1424 | 1004064121 | $151,060.84 | $167,000.00 |
| 57 | 112 | 07-74711 | 1134022941\106 | 2006 NE 24TH AVE | CAPE CORAL | FL | 33909 | LEE | 2006000169072 | 2006000169086 | 1007177645 | $212,070.96 | $185,000.00 |
| 58 | 113 | 07-74716 | 1134021149\106 | 3330 NE 13TH DR #106 | HOMESTEAD | FL | 33033 | MIAMI-DADE | 24547/2926 | 24547/2951 | 1007485269 | $191,272.29 | $205,000.00 |
| 59 | 114 | 07-74718 | 1127109906\106 | 8242 NW 107TH CT | MIAMI | FL | 33178 | MIAMI-DADE | 24459/4039 | 24459/4064 | 1007140925 | $311,834.24 | $330,000.00 |
| 60 | 115 | 07-74853 | 1220010876\106 | 1225 NW 7TH CT | FLORIDA CITY | FL | 33034 | MIAMI-DADE | 24109/1736 | 24109/1760 | 1005219881 | $197,225.22 | $215,000.00 |
| 61 | 116 | 07-74894 | 1127041829\106 | 1996 SOURWOOD BLVD | DUNEDIN | FL | 34698 | PINELLAS | 14762/2358 | 14762/2380 | 1004243697 | $186,199.76 | $220,000.00 |
| 62 | 117 | 07-75004 | 1134028279\106 | 4110 SW 110TH AVE | MIAMI | FL | 33165 | MIAMI-DADE | 24778/3580 | 24778/3602 | 1009087427 | $350,446.22 | $369,000.00 |
| 63 | 119 | 07-75162 | 1134028001\106 | 1315 SW 44TH ST | CAPE CORAL | FL | 33914 | LEE | 2006000289625 | 2006000289626 | 1008703673 | $264,996.99 | $235,000.00 |
| 64 | 120 | 07-75167 | 1146005842\106 | 113 ROBIN AVE | SEBRING | FL | 33872 | HIGHLANDS | 1912/1634 | 1912/1656 | 1004265459 | $159,385.45 | $175,000.00 |
| 65 | 121 | 07-75175 | 1127102056\106 | 281 BEACHWAY DR | PALM COAST | FL | 32137 | FLAGLER | 1409/454 | 1409/475 | 1006915181 | $212,078.14 | $242,000.00 |
| 66 | 122 | 07-75178 | 1127102081\106 | 918 F ST S. | LAKE WORTH | FL | 33460 | PALM BEACH | 20204/1794 | 20204/1815 | 1006922823 | $194,104.37 | $181,000.00 |
| 67 | 123 | 07-75183 | 1127108863\106 | 6264 PARADISE CIR | WEST PALM BEACH | FL | 33411 | PALM BEACH | 20135/1320 | 20135/1344 | 1006732048 | $535,025.45 | $539,000.00 |
| 68 | 124 | 07-75331 | 1220005465\106 | 685 SW 168TH WAY | PEMBROKE PINES | FL | 33027 | BROWARD | 41282/882 | 41282/902 | 1005985767 | $542,248.82 | $615,000.00 |
| 69 | 125 | 07-75568 | 1100180909\106 | 1629 CAPESTERRE DR | ORLANDO | FL | 32824 | ORANGE | 8509/95 | 8509/122 | 1006075409 | $295,645.42 | $290,000.00 |
| 70 | 126 | 07-75573 | 1100184282\106 | 727 BROOK ST | LARGO | FL | 33770 | PINELLAS | 14928/2335 | 14928/2356 | 1006297492 | $173,622.02 | $169,000.00 |
| 71 | 127 | 07-75649 | 1127043400\106 | 3519 MARWOOD DR | ORLANDO | FL | 32806 | ORANGE | 8404/1965 | 8404/8404 | 1004923916 | $406,542.93 | $474,000.00 |
| 72 | 128 | 07-75657 | 1127075469\106 | 31 REIDSVILLE DR | PALM COAST | FL | 32164 | FLAGLER | 1395/870 | 1395/894 | 1006274373 | $226,018.12 | $220,000.00 |
| 73 | 129 | 07-75707 | 1127060044\106 | 6643 WOODBURY FOREST DR | MILTON | FL | 32583 | SANTA ROSA | 2540/1725 | 2540/1747 | 1005255617 | $167,106.65 | $180,000.00 |
| 74 | 130 | 07-76049 | 1127043762\106 | 929 SW 51ST TERR | CAPE CORAL | FL | 33914 | LEE | 2005000126784 | 2005000126785 | 1004616464 | $722,865.83 | $800,000.00 |

## In re: New Century TRS Holdings, Inc.
## Case No. 07-10416-KJC

### Wells Fargo, N.A. Mortgages

| | ORIG NO. | DJS FILE NUMBER | WELLS LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | COUNTY | MORTGAGE BOOK/PAGE | NC MORTGAGE BOOK/PAGE | NEW CENT. LOAN NO. | APPROXIMATE PAYOFF | PROPERTY VALUE (EST) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | 132 | 07-76242 | 1127104805\106 | 4821 NW 101ST PL | MIAMI | FL | 33178 | MIAMI-DADE | 24456/556 | 24456/588 | 1006945595 | $350,000.00 | $392,000.00 |
| 76 | 141 | 07-77417 | 1127060115\106 | 4705 SW 17TH PL | CAPE CORAL | FL | 33914 | LEE | 2005000184306 | 2005000184307 | 1005490685 | $735,276.54 | $500,000.00 |
| 77 | 142 | 07-77429 | 1127045488\106 | 2925 SE 8TH ST | CAPE CORAL | FL | 33904 | LEE | 2005000165659 | 2005000165660 | 1004988268 | $331,997.06 | $390,000.00 |
| 78 | 143 | 07-77449 | 1146005469\106 | 255 PETREL TRL | BRADENTON | FL | 34212 | MANATEE | 2070/2204 | 2070/2233 | 1003692098 | $454,599.37 | $433,600.00 |
| 79 | 144 | 07-77475 | 1134021616\106 | 4315 SW 25TH PLACE | CAPE CORAL | FL | 33914 | LEE | 2006000124752 | 2006000124753 | 1006915243 | $675,148.32 | $425,000.00 |
| 80 | 147 | 07-77611 | 1127103689\106 | 660 DELTONA BLVD | DELTONA | FL | 32725 | VOLUSIA | 5806/3449 | 5806/3471 | 1006637240 | $214,626.61 | $248,000.00 |
| 81 | 148 | 07-77625 | 1127073249\106 | 11950 SW 174TH ST | MIAMI | FL | 33177 | MIAMI-DADE | 24275/4860 | 24275/4883 | 1009324122 | $211,518.07 | $242,000.00 |
| 82 | 149 | 07-77627 | 1127075421\106 | 2603 E. 28TH AVE | PALMETTO | FL | 34221 | MANATEE | 2101/4367 | 2101/4394 | 1006222955 | $181,123.46 | $231,500.00 |
| 83 | 150 | 07-77744 | 1220006437\106 | 2057 SW 51ST | NAPLES | FL | 34116 | COLLIER | 3954/1008 | 3954/1030 | 105549123 | $294,605.30 | $338,000.00 |
| 84 | 151 | 07-77750 | 1220010471\106 | 379 CHARWOOD AVE S. | LEHIGH ACRES | FL | 33936 | LEE | 2005000185449 | 2005000185450 | 1005416258 | $273,545.14 | $310,000.00 |
| 85 | 159 | 07-78318 | 1134020169\106 | 2349 51ST ST SW | NAPLES | FL | 34116 | COLLIER | 4052/3771 | 4052/3793 | 1006847040 | $250,932.29 | $250,000.00 |
| 86 | 160 | 07-78724 | 1100137055\106 | 4770 PINEGATE ROAD | ORANGE PARK | FL | 32003 | CLAY | 2552/1457 | 2552/1479 | 1002359655 | $211,829.43 | $204,500.00 |
| 87 | 161 | 07-78744 | 1100181058\106 | 152 SE 19TH LN | CAPE CORAL | FL | 33990 | LEE | 2006000054701 | 2006000054702 | 1006115982 | $250,405.15 | $210,000.00 |
| 88 | 162 | 07-78800 | 1100186252\106 | 12260 COUNTRY DAY CIR | FORT MYERS | FL | 33913 | LEE | 2005000170720 | 2005000170743 | 1004815114 | $459,586.81 | $485,000.00 |
| 89 | 163 | 07-78807 | 1100190935\106 | 219 GUNLOCK AVE S | TAMPA | FL | 33609 | HILLSBOROUGH | 16212/1093 | 16212/1111 | 1006710464 | $302,109.75 | $325,000.00 |
| 90 | 165 | 07-79300 | 1100181259\106 | 4140 SW 10TH AVE | CAPE CORAL | FL | 33914 | LEE | 2006000053109 | 2006000053110 | 1006178717 | $543,078.72 | $360,000.00 |
| 91 | 166 | 07-79346 | 1100190291\106 | 3136 A BRITANIA BLVD | KISSIMMEE | FL | 34747 | OSCEOLA | 3095/1726 | 3095/1754 | 1006592056 | $161,599.77 | $162,500.00 |
| 92 | 175 | 07-80928 | 1134028449\106 | 14406 FRESNO DRIVE | ORLANDO | FL | 32832 | ORANGE | 8815/3126 | 8815/3148 | 1008568976 | $201,757.77 | $215,000.00 |
| 93 | 176 | 07-80929 | 1134028666\106 | 9221 SW 166TH ST | MIAMI | FL | 33157 | MIAMI-DADE | 24761/4152 | 24761/4174 | 1008923659 | $463,284.34 | $495,000.00 |
| 94 | 177 | 07-81107 | 1220005398\106 | 2101 BRICKELL AVE #2508 | MIAMI | FL | 33129 | MIAMI-DADE | 24592/1620 | 24592/1644 | 1005727939 | $335,089.69 | $390,000.00 |
| 95 | 184 | 07-81827 | 1134026860 | 2190 FOREST KNOLL DR | PALM BAY | FL | 32905 | BREVARD | 5684/3442 | 5684/3572 | 1008237650 | $121,120.06 | $143,000.00 |
| 96 | 185 | 07-82212 | 1127102702 | 3087 AVE UNIT C 211 NW | MIAMI | FL | 33172 | MIAMI-DADE | 24380/609 | 24380/633 | 1007030349 | $149,382.17 | $180,000.00 |
| 97 | 186 | 07-82249 | 1220010012 | 13149 HEATHER RIDGE LOOP | FORT MYERS | FL | 33912 | LEE | 2005000184889 | 2005000184890 | 1005218962 | $268,981.04 | $315,000.00 |
| 98 | 187 | 07-82318 | 1134021618 | 4111 OASIS BLVD | CAPE CORAL | FL | 33914 | LEE | 2006000124697 | 2006000124698 | 1006920086 | $674,347.10 | $530,000.00 |
| 99 | 190 | 07-82535 | 1134021317 | 526 FRANK JEWETT AVE S | LEHIGH ACRES | FL | 33936 | LEE | 2006000165375 | 2006000165376 | 1006937434 | $206,694.57 | $240,000.00 |
| 100 | 192 | 07-82723 | 1100184226\106 | 7605 BERGAMOT DR | PORT RICHEY | FL | 34668 | PASCO | 6831/813 | 6831/834 | 1006131802 | $166,728.44 | $189,000.00 |
| 101 | 194 | 07-82800 | 1100185147\106 | 229 ICHABOD AVE S | LEHIGH ACRES | FL | 33971 | LEE | 2006000076323 | 2006000076324 | 1006351770 | $257,815.12 | $260,000.00 |
| 102 | 195 | 07-82810 | 1220009328 | 8942 PANDORA LANE | PORT RICHIE | FL | 34668 | PASCO | 6768/528 | 6768/550 | 1004921687 | $148,015.61 | $168,400.00 |
| 103 | 196 | 07-82818 | 1100183777 | 3853 STRATFIELD DRIVE | NEW PORT RICHEY | FL | 34652 | PASCO | 6822/1654 | 6822/1676 | 1005362868 | $126,325.48 | $160,000.00 |
| 104 | 197 | 07-82819 | 1100186612 | 10561 BERMUDA ISLE DR | TAMPA | FL | 33647 | HILLSBOROUGH | 15969/1826 | 15969/1851 | 1005561956 | $778,720.61 | $725,000.00 |
| 105 | 200 | 07-83411 | 1146029044 | 2604 10TH CT | PALM HARBOR | FL | 34684 | PINELLAS | 15080/536 | 15080/560 | 1007077138 | $152,756.56 | $160,000.00 |
| 106 | 201 | 07-83520 | 1100136520 | 1030 27TH ST N | SAINT PETERSBURG | FL | 33713 | PINELLAS | 14401/1944 | 14401/1966 | 1002291905 | $131,668.46 | $154,500.00 |
| 107 | 1 | 02-88743 | 0030763734\936 | 19035 E. SAINT ANDREWS DR | MIAMI | FL | 33015 | MIAMI-DADE | 17519/2649 | 19518/1532 | 0000454983 | $327,500.00 | $625,000.00 |