## EXHIBIT A

LA3:1136348.3
RLF1-3184213-2

| Lease ID | Lease Location | Landlord Contact Information: | Lease Commencement Date | Lease Termination Date | Monthly Rental Obligation | Cure Amount | Assignee |
|---|---|---|---|---|---|---|---|
| CT001 | 95 Glastonbury Blvd. Suite 202 Glastonbury, CT 06033 | David Wamester BCIA 95 GLASTONBURY BOULEVARD LLC C/O CrossHarbor Capital Partners LLC One Boston Place, Suite 2100 Boston, MA 02108<br><br>Douglas M. Evans, Esq. Kroll, McNamara, Evans & Delehanty, LLP 29 South Main Street West Hartford, Conn. 06107<br><br>Jeffrey Waxman, Esq. Cozen O'Connor Suite 1400, Chase Manhattan Centre 1201 North Market St. Wilmington, DE 19801 | 5/20/2005 | 5/31/2010 | $5,838.00 | $30,347.86[1] | Impac Funding Corp. Attn: Steve Wichmann Vice President, Associate General Counsel 19500 Jamboree Road Irvine, CA 92612 |

---

[1] Impac Funding Corp. shall pay the past due rental obligations of the Cure Amount, in the amount of $22,847.86, plus rent due on July 31, 2007, in the amount of $6,072.11, directly to BCIA 95 Glastonbury Boulevard LLC. The Debtors shall pay the remaining Cure Amount, in the amount of $7,500.00, prior to assumption and assignment.

LA3:1136348.3
RLF1-3184213-2

| Lease ID | Lease Location | Landlord Contact Information: | Lease Commencement Date | Lease Termination Date | Monthly Rental Obligation | Cure Amount | Assignee |
|---|---|---|---|---|---|---|---|
| MA009[2] | 60 Mall Road Suite 208 Burlington, MA 01803 | Richard J. Kelly 55 Cambridge Street Burlington, MA 01803 | 11/17/2006 | 11/30/2011 | $6,285.00 | $0.00 | Pinnacle Financial Corp. 1030 N. Orange Ave. Orlando, FL 32805 Contact: Douglas F. Long<br><br>Taylor C. Pancake Foley & Lardner LLP 111 North Orange Avenue, Suite 1800 Orlando, FL 32801-2386 |
| OR007 | 5285 SW Meadows Rd Suite 101 Lake Oswego, OR 97035 | Regional Counsel EOP Kruse Woods, LLC One Market Spear Tower, Ste 600 San Francisco, CA 94105 | 8/1/2004 | 9/30/2007 | $12,535.00 | $0.00 | Alpine Mortgage, LLC 6 Centerpointe Dr., Ste. 300 Lake Oswego, OR 97035 Contact: Patrick R. Palmer |

---

[2] Home123 Corporation, the Landlord and the Assignee entered into an agreement for the assumption and assignment of this Lease on the eve of the bankruptcy cases. Out of an abundance of caution, the Debtors seek approval of this assignment.

LA3:1136348.3
RLF1-3184213-2

2

| Lease ID | Lease Location | Landlord Contact Information: | Lease Commencement Date | Lease Termination Date | Monthly Rental Obligation | Cure Amount | Assignee |
|---|---|---|---|---|---|---|---|
| TX028 | 18333 Egret Bay Suites 400 & 460 Houston, TX 77058 | Cole Atruim Crest, LTD 18333 Egret Bay Blvd Houston, TX 77058 | 11/01/2005 | 01/31/2009 | $4,902.00 | $0.00 | Home Trust Mortgage Co. 5353 West Alabama, Suite 500 Houston, TX 77056 Contact: William "Buzzy" Knapp |
| WA021 | 15321 Main Street NE Suite 322 Duvall, WA 98019 | River View Plaza LLC PO Box 704 Duvall, WA 98019 | 11/1/2006 | 10/31/2011 | $1,496.00 | $0.00 | Countrywide 450 American Way SV3-59 Simi Valley, CA 93065 Contact: Brett Rocheleau |

3

LA3:1136348.3
RLF1-3184213-2