IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

NEW CENTURY TRS HOLDINGS, INC.
    Debtor

COUNTRYWIDE HOME LOANS
7105 CORPORATE DRIVE, PTX-B-209
PLANO, TX 75024
    Movant

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
    Attorneys for the Movant
v.

NEW CENTURY TRS HOLDINGS, INC, et al.
    Respondents

Case No. 07-10416-KJC
(Chapter 11)

Ref: Docket No. 1744

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by Countrywide Home Loans ("CHL"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Automatic Stay is terminated allowing CHL to exercise its rights under applicable law against the Debtor's Property more particularly described in the Mortgage which has the address of 17354 Waltham Street, Detroit, MI 48205

("Property"), including, but not limited to foreclosure against the Property under the Mortgage.

Date: July 31, 2007

BY THE COURT:

_____
U.S. Bankruptcy Court Judge