IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, *et al.*,[1] | Case No. 07-10416 (KJC) |
| Debtors. | Jointly Administered |

**DECLARATION OF KENNETH C. KOCH IN SUPPORT OF KPMG LLP'S OPPOSITION TO THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING THE PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULES 2004 AND 9016**

I, Kenneth C. Koch, hereby declare as follows:

1.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I make this declaration in support of the opposition of KPMG LLP ("KPMG") to the Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Production of Documents Pursuant to Bankruptcy Rules

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporation), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

{D0090374.1 }

2004 and 9016 (the "Committee's 2004 Motion") filed on or about July 16, 2007. I am authorized to submit this declaration on behalf of KPMG.

2. My title is Director of Forensic Technology in the Atlanta, Georgia office of KPMG. I have expertise in computer forensics and electronic data collection.

3. In response to the Examiner's Motion for an Order Authorizing the Examination of KPMG, LLP (the "Examiner's 2004 Motion") filed on or about July 11, 2007, which seeks authority to issue a subpoena that would cover the 2004 to 2006 time period, KPMG's technology personnel determined that approximately 392 individuals at KPMG recorded time associated with providing various professional services to New Century and its subsidiaries (collectively, "New Century").

4. The costs related to conducting a good-faith review of KPMG's records to produce material related to New Century for the 2004 to 2006 time period from the 392 custodians depends upon several variables, including, but not limited to, the following: the number of KPMG offices involved; the number of individuals who are still with KPMG; the amount of electronic data that may be reasonably accessible from other sources or locations; and the amount of attorney or other professional time that may be necessary to review the electronic data for responsiveness as well as client confidentiality and privileges.

5. Based on my experience, I estimate that the costs associated with conducting a good-faith review of KPMG's records to produce material related to New Century for the 2004 to 2006 time period from the 392 custodians could range from $1.5 million to $2.8 million.

6. KPMG's technology personnel have not yet determined how many additional individuals at KPMG provided services to New Century during the much longer time period covered by the Committee's 2004 Motion. However, conducting a search going back to 2001 would substantially increase the costs and efforts involved.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2007, at Powder Springs, GA

                                            Kenneth C. Koch