UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 07-10419-KJC |
| NEW CENTURY MORTGAGE | jointly administered under lead case no. 07-10416 |
| | Chapter 11 |
| *jointly administered under* New Century TRS Holdings, Inc. | |
| Debtor. | |

NOTICE OF **WITHDRAWL** OF TRANSFER OF CLAIM

On or about   August 1, 2007, we filed a Notice of Transfer of Claim with the Court relating to a claim held by The Financial Services Roundtable, in the amount of $70,5000.  We are hereby **withdrawing** our transfer, as it has come to our attention that we entered the wrong parties for transferor and transferee.  Please note that we re-entered the Notice and it should read Riverside Claims assignee for The Financial Services Roundtable.  If you have any further questions, you can contact us as indicated below.

                _____
                ReGen Capital I, Inc.
                PO Box 626
                 Planetarium Station
                New York, NY 10024-0540
                212-501-0990
                212-501-7088