## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

Case No. 07-10416-KJC
(Chapter 11)

NEW CENTURY TRS HOLDINGS, INC.
     Debtor

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE C/O
COUNTRYWIDE HOME LOANS
     Movant

Ref: Docket No.<u>1851</u>

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
     Attorneys for the Movant
   v.
NEW CENTURY TRS HOLDINGS, INC, et
al.
     Respondents

## <u>CERTIFICATE OF NO RESPONSE</u>

Deutsche Bank National Trust Company, as Trustee c/o Countrywide Home Loans

("CHL"), by undersigned counsel hereby gives notice of the following:

1.     CHL filed a Motion for Relief from the Automatic Stay on 07/06/2007.  Copies of

the Motion were served to the Debtor, Debtor's Counsel, the United States Trustee and The

Official Committee of Unsecured Creditors on 07/06/2007.

2.     The Notice of Motion states "If you fail to respond in accordance with this notice,

the relief demanded by the motion will be granted".  The Notice provides that a response to the

Motion needs to be filed by <u>August 1, 2007</u>.  As of <u>August 2, 2007</u>, no response has been filed

by the Debtor.

3.    Accordingly, Movant respectfully request the Court to enter the Proposed Order

Terminating Automatic Stay.

Respectfully submitted,

DRAPER & GOLDBERG, P.L.L.C.


/s/ Neil F. Dignon

Thomas D.H. Barnett #0994
Neil F. Dignon #3625
Draper & Goldberg, P.L.L.C.
P.O. Box 947
512 East Market Street
Georgetown, Delaware 19947
(302) 855-9252
Attorneys for Movant

## <u>CERTIFICATION OF SERVICE</u>

I HEREBY CERTIFY that copies of the foregoing Certificate of No Response were

mailed by first class mail, postage-paid or electronically, this <u>2nd</u> day of <u>August,</u> 2007 to the

following parties:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
Debtor

Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joesph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorney for the Debtor

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell
David W. Carickhoff, Jr.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for the Official Committee of Unsecured Creditors


<u>/s/ Neil F. Dignon</u>
Thomas D.H.  Barnett, Esquire
Neil F. Dignon, Esquire