## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | |
| | Case No. 07-10416-KJC |
| NEW CENTURY TRS HOLDINGS, INC. | (Chapter 11) |
|     Debtor | |
| | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE C/O COUNTRYWIDE HOME LOANS | Ref: Docket No. <u>1905</u> |
|     Movant | |
| | |
| THOMAS D.H. BARNETT, ESQUIRE BAR NUMBER 0994 NEIL F. DIGNON, ESQUIRE BAR NUMBER 3625 | |
|     Attorneys for the Movant | |
|   v. | |
| NEW CENTURY TRS HOLDINGS, INC, et al. | |
|     Respondents | |

### CERTIFICATE OF NO RESPONSE

Deutsche Bank National Trust Company, as Trustee c/o Countrywide Home Loans ("CHL"), by undersigned counsel, hereby gives notice of the following:

1.    CHL filed a Motion for Relief from the Automatic Stay on 07/13/2007. Copies of the Motion were served to the Debtor, Debtor's Counsel, the United States Trustee and The Official Committee of Unsecured Creditors on 07/13/2007.

2.    The Notice of Motion states "If you fail to respond in accordance with this notice, the relief demanded by the motion will be granted". The Notice provides that a response to the Motion needs to be filed by <u>August 1, 2007</u>. As of <u>August 2, 2007</u>, no response has been filed by the Debtor.

3.        Accordingly, Movant respectfully request the Court to enter the Proposed Order Terminating Automatic Stay.

>Respectfully submitted,
>
>DRAPER & GOLDBERG, P.L.L.C.
>
>/s/ Neil F. Dignon
>
>Thomas D.H. Barnett #0994
>Neil F. Dignon #3625
>Draper & Goldberg, P.L.L.C.
>P.O. Box 947
>512 East Market Street
>Georgetown, Delaware 19947
>(302) 855-9252
>Attorneys for Movant

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing Certificate of No Response were mailed by first class mail, postage-paid or electronically, this 2<u>nd</u> day of <u>August,</u> 2007 to the following parties:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
Debtor

Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joesph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorney for the Debtor

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell
David W. Carickhoff, Jr.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for the Official Committee of Unsecured Creditors

/s/ Neil F. Dignon
Thomas D.H. Barnett, Esquire
Neil F. Dignon, Esquire