UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC.,
et al.,
        Debtors.

Case No. 07-10416-KJC
Chapter 11

Jointly Administered

Ref. No. 2112

_____/

## ORDER TERMINATING AND ANNULLING AUTOMATIC STAY

UPON CONSIDERATION of the Uncontested Motion for Relief from Stay with regard to 107 Properties ("Motion"), filed by Wells Fargo Bank, N.A., and good cause having been shown, it is

**ORDERED**, that the Motion be, and the same is hereby **GRANTED**; and it is further

**ORDERED**, that the automatic stay is terminated allowing Wells Fargo Bank, N.A. to exercise its rights under applicable law with respect to the 107 properties identified on the list attached hereto; and it is further

**ORDERED**, that the automatic stay is *annulled* with respect to the two (2) properties numbered 5 and 8 (original #'s 12 and 16) so that the foreclosure sales with regard to those two (2) properties that took place postpetition, shall not be invalidated by virtue of the bankruptcy filing.

Dated: Aug 2, 2007

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE