IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------X

In re:

NEW CENTURY TRS HOLDINGS, INC.,
a Delaware corporation, et al.,

Debtors.

Chapter 11

Case No. 07-10416 (KJC)

Jointly Administered

------------------------------------------------X

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that American Home Mortgage Corp., by and through its attorneys, Farrell Fritz, P.C., hereby enters its appearance and requests, pursuant to sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2002-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware that copies of all notices given in these cases and all papers served or required to be served in these cases, be given and served upon:

> **Ted A. Berkowitz, Esq.**
> **FARRELL FRITZ, P.C.**
> **1320 Reckson Plaza**
> **Uniondale, New York 11556-1320**
> **Tel: 516-227-0700**
> **Fax: 516-227-0777**
> **Email: tberkowitz@farrellfritz.com**

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

1

2

written or oral and whether transmitted or conveyed by mail, hand or courier delivery, telephone, facsimile, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice nor any subsequent appearance (by pleading or otherwise) nor any participation in or in connection with these cases is intended to waive: (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) the right to trial by jury in any case, controversy or proceeding; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments.

PLEASE TAKE FURTHER NOTICE that request is also made that the undersigned attorneys be added to any official service list for notices of all contested matters, adversary proceedings or other proceedings in these cases.

Dated: July 24, 2007
      Uniondale, New York

FARRELL FRITZ, P.C.

By:   */s/ Ted A. Berkowitz*
Ted A. Berkowitz
1320 Reckson Plaza
Uniondale, New York 11556-1320
Tel: (516) 227-0700
Fax: (516) 227-0777

*Attorneys for American Home Mortgage Corp.*

FFDOCS1\756997.01