**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| a Delaware Corporation, <u>et al.</u>, | : | |
| | : | |
| | : | **Hearing Date: August 7, 2007 at 1:30 p.m.** |
| Debtors. | : | **Objection Deadline: August 3, 2007** |
| | : | **Related Docket Nos.: 1888, 2074, 2121, 2136** |

------------------------------------------------x

## NOTICE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on August 3, 2007, I caused a copy of *KPMG LLP's Objections and Responses to the Examiner's Subpoena for a Rule 2004 Examination* (a copy of which is attached hereto) to be served upon the following in the manner indicated:

| **Hand Delivery** | **Federal Express** | **Federal Express** |
|---|---|---|
| Mark Minuti, Esquire | Edward M. Fox, Esq. | Stephen G. Topetzes, Esquire |
| Saul Ewing, LLP | Kirkpatrick & Lockhart Preston | Kirkpatrick & Lockhart Preston |
| 222 Delaware Ave., Suite 1200 | Gates Ellis LLP | Gates Ellis LLP |
| Wilmington, DE 19801 | 599 Lexington Avenue | 1601 K Street, NW |
| | New York, NY 10022 | Washington, D.C. 20006 |

In addition, I caused a copy of this Notice of Service to be served upon the individuals on the attached 2002 service list in the manner indicated.

Dated: August 3, 2007          CAMPBELL & LEVINE, LLC

                               /S/ Mark T. Hurford
                               Mark T. Hurford (No. 3299)
                               800 King Street, Suite 300
                               Wilmington, DE 19801
                               (302) 426-1900

{D0090437.1 }