**NEW CENTURY 2002 SERVICE LIST**

Division of Unemployment Insurance
Department of Labor
4425 N. Market Street
Wilmington, DE 19802
**VIA HAND DELIVERY**

Don A. Beskrone
Ashby & Geddes, P.A.
P.O. Box 1150
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
**VIA HAND DELIVERY**

Daniel K. Astin
Anthony M. Saccullo
Fox Rothschild LLP
P.O. Box 2323
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, DE 19899-2323
**VIA HAND DELIVERY**

Ian Connor Bifferato
Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
**VIA HAND DELIVERY**

Richard M. Beck
Michael W. Yurkewicz
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
**VIA HAND DELIVERY**

Karen C. Bifferato
Marc J. Phillips
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
**VIA HAND DELIVERY**

Richard M. Beck
Christopher A. Ward
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
**VIA HAND DELIVERY**

{D0090380.1 }

William P. Bowden
Gregory A. Taylor
Ashby & Geddes, P.A.
P.O. Box  1150
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
**VIA HAND DELIVERY**

William E. Chipman, Jr.
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801
**VIA HAND DELIVERY**

Robert S. Brady
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
**VIA HAND DELIVERY**

Megan E. Cleghorn
Skadden, Arps, Slate, Meagher & Flom LLP
P.O. Box 636
One Rodney Square
Wilmington, DE 19899-0636
**VIA HAND DELIVERY**

Michael Busenkell
Eckert, Seamans, Cherin & Mellot, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
**VIA HAND DELIVERY**

Richard S. Cobb
Matthew B. McGuire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
**VIA HAND DELIVERY**

Mary F. Caloway
Eric Lopez Schnabel
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
**VIA HAND DELIVERY**

Mark D. Collins
Michael J. Merchant
Chun I. Jang
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899
**VIA HAND DELIVERY**

{D0090380.1 }

Victoria Watson Counihan
Dennis A. Meloro
Greenberg Traurig, LLP
The Nemours Building, 1007 North Orange Street, Suite 1200
Wilmington, DE 19801
**VIA HAND DELIVERY**

Charlene D. Davis
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
**VIA HAND DELIVERY**

Robert J. Dehney
Gregory W. Werkheiser
Daniel B. Butz
Morris, Nichols, Arsht & Tunnell LLP
P.O. Box 1347
1201 N. Market Street, 18th Floor
Wilmington, DE 19801
**VIA HAND DELIVERY**

Brett D. Fallon
Stephen M. Miller
Morris James LLP
P.O. Box 2306
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
**VIA HAND DELIVERY**

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Chun I. Jang, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
**VIA HAND DELIVERY**

Bonnie Glantz Fatell
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
**VIA HAND DELIVERY**

Michael G. Gallerizzo
David V. Fontana
Gebhart & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801
**VIA HAND DELIVERY**

Neil B. Glassman
Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
**VIA HAND DELIVERY**

{D0090380.1 }

Joseph Grey
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
**VIA HAND DELIVERY**

Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
**VIA HAND DELIVERY**

James E. Huggett
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, De 19801
**VIA HAND DELIVERY**

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl Young Jones & Weintraub LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801
**VIA HAND DELIVERY**

Andrew C. Kassner
Howard A. Cohen
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
**VIA HAND DELIVERY**

Steven K. Kortanek
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
**VIA HAND DELIVERY**

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
**VIA HAND DELIVERY**

Christopher D. Loizides
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
**VIA HAND DELIVERY**

David M. Fournier
Henry Jaffe
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street,  Suite 5100
Wilmington, DE 19801
**VIA HAND DELIVERY**

Katherine L. Mayer
McCarter & English LLP
Renaissance Centre
405 N. King St., 8th Fl.
Wilmington, DE 19801
**VIA HAND DELIVERY**

Lisa C. McLaughlin
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
**VIA HAND DELIVERY**

Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801
**VIA HAND DELIVERY**

Evelyn J. Meltzer
Pepper Hamilton LLP
P.O. Box 1709
Hercules Plaza, Suite 5100, 1313 Market Street
Wilmington, DE 19899-1709
**VIA HAND DELIVERY**

Francis A. Monaco, Jr.
Monzack and Monaco, P.A.
P.O. Box 2031
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
**VIA HAND DELIVERY**

Norman M. Monhait
Rosenthal, Monhait & Goddess, P.A.
P.O. Box 1070
919 Market Street, Suite 1401
Wilmington, DE 19899-1070
**VIA HAND DELIVERY**

Michael R. Nestor
Young Conaway Stargatt & Taylor, LLP
P.O. Box 391
The Brandywine Bldg
1000 West Street, 17th Floor
Wilmington, DE 19801
**VIA HAND DELIVERY**

{D0090380.1 }

Marc J. Phillips
Connolly Bove Lodge & Hutz LLP
The Nemours Building
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
**VIA HAND DELIVERY**

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19899
**VIA HAND DELIVERY**

Ellen W. Slights
U.S. Attorney's Office
P.O. Box 2046
1007 Orange Street, 7th Floor
Wilmington, DE 19899
**VIA HAND DELIVERY**

David B. Stratton
Pepper Hamilton LLP
P.O. Box 1709
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899
**VIA HAND DELIVERY**

Brian A. Sullivan
Amy D. Brown
Werb & Sullivan
Thirteenth Floor, 300 Delaware Avenue
Wilmington, DE  19801
**VIA HAND DELIVERY**

William F. Taylor, Jr.
Katherine L. Mayer
McCarter & English, LLP
P.O. Box 111
919 N. Market Street, Suite 1800
Wilmington, DE 19899
**VIA HAND DELIVERY**

Joanne B. Wills
Michael W. Yurkewicz
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
**VIA HAND DELIVERY**

Jeffrey C. Wisler
Connolly Bove Lodge & Hutz LLP
The Nemours Building
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
**VIA HAND DELIVERY**

{D0090380.1 }

IKON Office Solutions
Recovery & Bankruptcy
3920 Ark Wright Road, Suite 400
Macon, GA 31210
**VIA FIRST-CLASS MAIL**

Delaware Secretary of State
Division of Corporations
Franchise Tax Division
P.O. Box 7040
Dover, DE 19903
**VIA FIRST-CLASS MAIL**

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201
**VIA FIRST-CLASS MAIL**

Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, DC 20020
**VIA FIRST-CLASS MAIL**

Secretary of the Treasury
P.O. Box 7040
Dover, DE 19903
**VIA FIRST-CLASS MAIL**

David G. Aelvoet
Linebarger Goggan Blair & Sampson LLP
Travis Building, 711 Navarro, Suite 300
San Antonio, TX 78205
**VIA FIRST-CLASS MAIL**

Richard H. Agins
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178
**VIA FIRST-CLASS MAIL**

Dennis Ahlers
Eschelon Telecom, Inc.
c/o Dennis D. Ahlers, 730 Second Ave. South Suite 900
Minneapolis, MN 55402
**VIA FIRST-CLASS MAIL**

Elihu E. Allinson, III
William D. Sullivan
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
**VIA HAND DELIVERY**

Daniel Ansell
Kenneth Philbin
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
**VIA FIRST-CLASS MAIL**

John J. Arminas
Goldberg, Kamin & Garvin
1806 Frick Building, 437 Grant Street
Pittsburgh, PA 15219
**VIA FIRST-CLASS MAIL**

Hernando Azarcon
Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI 48075
**VIA FIRST-CLASS MAIL**

D.J. Baker
Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522
**VIA FIRST-CLASS MAIL**

Elizabeth Banda
John Banks
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430
**VIA FIRST-CLASS MAIL**

Paul M. Basta
Joshua A. Sussbergeckers
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-46
**VIA FIRST-CLASS MAIL**

Mark N. Berman
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-1832
**VIA FIRST-CLASS MAIL**

{D0090380.1 }

Matthew Botica
David Wirt
Grayson Walter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
**VIA FIRST-CLASS MAIL**

Mark Browning
Assistant Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
**VIA FIRST-CLASS MAIL**

Frank G. Burt
Raul A. Cuervo
W. Glenn Merten
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-5208
**VIA FIRST-CLASS MAIL**

James S. Carr
David Retter
Jonathan Hook
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
**VIA FIRST-CLASS MAIL**

Richard A. Chesley
Kimberly D. Newmarch
Paul, Hastings, Janofsy & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
**VIA FIRST-CLASS MAIL**

Robert P. Cocco
Robert P. Cocco, P.C.
437 Chestnut Street, Suite 1006
Philadelphia, PA 19106
**VIA FIRST-CLASS MAIL**

Ken Coleman
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
**VIA FIRST-CLASS MAIL**

Gretchen Crawford
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102
**VIA FIRST-CLASS MAIL**

{D0090380.1 }

Raniero D'Aversa, Jr.
Laura D. Metzger
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820
**VIA FIRST-CLASS MAIL**

Luc A. Despins
Wilbur F. Foster
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
**VIA FIRST-CLASS MAIL**

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
**VIA FIRST-CLASS MAIL**

Robert M. Dombroff
Steven Wilamowsky
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
**VIA FIRST-CLASS MAIL**

Rosa Dominy
IKON Financial Services
Bankruptcy Administration
P.O. Box 13708
1738 Bass Road
Macon, GA 31208-3708
**VIA FIRST-CLASS MAIL**

Amish R. Doshi
Day Pitney LLP
7 Times Square
New York, NY 10036-7311
**VIA FIRST-CLASS MAIL**

Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
**VIA FIRST-CLASS MAIL**

Sally E. Edison
McGuire Woods LLP
Dominion Tower
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222-3142
**VIA FIRST-CLASS MAIL**

{D0090380.1 }

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
**VIA FIRST-CLASS MAIL**

Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510
**VIA FIRST-CLASS MAIL**

T. Robert Finlay
Donna L. La Porte
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
**VIA FIRST-CLASS MAIL**

Joseph D. Frank
Frank/Gecker LLP
325 North LaSalle Street, Ste 625
Chicago, Illinois 60610
**VIA FIRST-CLASS MAIL**

Scot Freeman
Account Resolution
Travelers
National Accounts
1 Tower Square - 5MN
Hartford, CT 06183-4044
**VIA FIRST-CLASS MAIL**

Barry Freeman
Jeffer Mangels Butler & Marmaro, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
**VIA FIRST-CLASS MAIL**

Nathan Fuchs
Securities & Exchange Commission
233 Broadway
New York, NY 10279
**VIA FIRST-CLASS MAIL**

Andrew J. Gallo
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
**VIA FIRST-CLASS MAIL**

Robert P. Gates
Erskine & Tulley
220 Montgomery Street, Suite 303
San Francisco, CA 94104
**VIA FIRST-CLASS MAIL**

Jeffrey I. Golden
Hutchison B. Meltzer
Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
**VIA FIRST-CLASS MAIL**

Alberto P. Gonzalez
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001
**VIA FIRST-CLASS MAIL**

Robert Goodrich
Stites& Harison, PLLC
1800 Fifth Third Center
424 Church Street
Nashville, TN 37219-2376
**VIA FIRST-CLASS MAIL**

Bruce Gordon
IBM Credit LLC
Special Handling Group-MD NC322, North Castle Dr
Armonk, NY 10504
**VIA FIRST-CLASS MAIL**

Lawrence P. Gottesman
Sukyong Suh
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
**VIA FIRST-CLASS MAIL**

Salvatore J. Graziano
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
**VIA FIRST-CLASS MAIL**

Robert E. Greenberg
Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC
1101 Seventeenth Street, N.W. Suite 700
Washington, DC 20036-4704
**VIA FIRST-CLASS MAIL**

{D0090380.1 }

Charles A. Hansen
Mark S. Bostick
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
**VIA FIRST-CLASS MAIL**

A. Michelle Hart
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102
**VIA FIRST-CLASS MAIL**

Jed Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167
**VIA FIRST-CLASS MAIL**

Howard R. Hawkins, Jr.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
**VIA FIRST-CLASS MAIL**

William A. Hazeltine
Law Offices of William A. Hazeltine LLC
110 West 9th St., PMB 345
Wilmington, DE 19801
**VIA HAND DELIVERY**

Sheldon I. Hirshon
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
**VIA FIRST-CLASS MAIL**

Nancy Hotchkiss
Trainor Fairbrook
P.O. Box 255824
980 Fulton Avenue
Sacramento, CA 95865
**VIA FIRST-CLASS MAIL**

Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022
**VIA FIRST-CLASS MAIL**

{D0090380.1 }

Mitchell W. Katz
Qwest Legal Department
1801 California Street, Suite 900
Denver, CO 80202
**VIA FIRST-CLASS MAIL**

Thomas S. Kiriakos
Sean T. Scott
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
**VIA FIRST-CLASS MAIL**

Gregg S. Kleiner
Cooley Godward Kronish LLP
101 California Street, 5th F.
San Francisco, CA 94111-2222
**VIA FIRST-CLASS MAIL**

Thomas M. Korsman
Vice President
Wells Fargo Bank, N.A.
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN 55479
**VIA FIRST-CLASS MAIL**

Matthew J. Lampke
Assistant Chief
Ohio Attorney General's Office
Executive Agencies Section
30 E. Broad Street, 26th Floor
Columbus, OH 43215-4200
**VIA FIRST-CLASS MAIL**

Michael R. Lastowski
Christopher M. Lastowski
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
**VIA HAND DELIVERY**

Mark Lee
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830
**VIA FIRST-CLASS MAIL**

Randall S. Leff
Eric M. Heller
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212-2974
**VIA FIRST-CLASS MAIL**

{D0090380.1 }

Chris Lenhart
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
**VIA FIRST-CLASS MAIL**

Paul T. Liu
John Guerry
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA 91302
**VIA FIRST-CLASS MAIL**

Sherry D. Lowe
Lamm Rubenstone Lesavoy Butz & David LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053
**VIA FIRST-CLASS MAIL**

Richard M. Lucas
Charles A. Malloy
Arnold & Potter
555 Twelfth Street, NW
Washington, DC 20004
**VIA FIRST-CLASS MAIL**

William G. Malcolm
Malcolm & Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612
**VIA FIRST-CLASS MAIL**

Carlos G. Manalansan
Wolff & Samson, PC
The Offices of Crystal Lake, One Boland Drive
West Orange, NJ 07052
**VIA FIRST-CLASS MAIL**

Julie A. Manning
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
**VIA FIRST-CLASS MAIL**

Mark Manski
Barclays Bank PLC
200 Park Avenue
New York,  NY 10166
**VIA FIRST-CLASS MAIL**

Richard F. Martin
8109 Santa Luz Village Green south
San Diego, CA 92127
**VIA FIRST-CLASS MAIL**

David M. McCall
Gay, McCall, Isaacks, Gordon & Roberts, P.C.
777 East 15th Street
Plano, TX 75074
**VIA FIRST-CLASS MAIL**

Frank F McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Fl.
Boston, MA 02110
**VIA FIRST-CLASS MAIL**

Sari E. Meador
Delinquency and Enforcement
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, FL 33831-2016
**VIA FIRST-CLASS MAIL**

David A. Meskan
500 Eagles Landing, LLC
2100 Green Street, Apt. 404
San Francisco, CA 94123
**VIA FIRST-CLASS MAIL**

Keith W. Miller
James R. Bliss
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, NY 10022
**VIA FIRST-CLASS MAIL**

John E. Mitchell
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
**VIA FIRST-CLASS MAIL**

Sheryl L. Moreau
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
P.O. Box 475
301 W. High Street, Room 670
Jefferson City, MO 65105-0475
**VIA FIRST-CLASS MAIL**

{D0090380.1 }

Steven H. Newman
Katsy Korins LLP
605 Third Avenue, 16th Floor
New York, NY 10158
**VIA FIRST-CLASS MAIL**

Blair A. Nicholas
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
**VIA FIRST-CLASS MAIL**

Mary E. Olsen
M. Vance McCrary
J. Cecil Gardner
The Gardner Firm, P.C.
1119 Government Street
Mobile, AL 36652
**VIA FIRST-CLASS MAIL**

Gregory M. Petrick
Angela Somers
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
**VIA FIRST-CLASS MAIL**

Leo D. Plotkin
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049-1633
**VIA FIRST-CLASS MAIL**

David M. Poitras
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
**VIA FIRST-CLASS MAIL**

Daniel T. Powers
Chatham County Tax Commissioner
P.O. Box 8321
Savannah, GA 31412
**VIA FIRST-CLASS MAIL**

Mark H. Ralston
Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201
**VIA FIRST-CLASS MAIL**

Michael Reed
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680
**VIA FIRST-CLASS MAIL**

Glenn M. Reisman
Two Corporate Drive, Suite 234
Shelton, CT 06484
**VIA FIRST-CLASS MAIL**

Richard J. Reynolds
Turner, Reynolds, Greco & O'Hara
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618
**VIA FIRST-CLASS MAIL**

Robert F. Reynolds
Slatkin & Reynolds, P.A.
One East Broward Boulevard, Suite 700
Fort Lauerdale, FL 33301
**VIA FIRST-CLASS MAIL**

Diane J. Richey
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, CA 90071
**VIA FIRST-CLASS MAIL**

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
1949 South I.H. 35
Austin, TX 78760
**VIA FIRST-CLASS MAIL**

James R. Savin
David M. Dunn
Joanna F. Newdeck
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., NW
Washington, DC 20036
**VIA FIRST-CLASS MAIL**

Margot B. Schonholtz
Mark F. Liscio
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
**VIA FIRST-CLASS MAIL**

{D0090380.1 }

Felix A. Seidler
Reeves & Seidler
2527 Santa Clara Avenue
Alameda, CA 94501-4633
**VIA FIRST-CLASS MAIL**

Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 N. Central Expressway
Dallas, TX 75205
**VIA FIRST-CLASS MAIL**

Bryn H. Sherman
Deckelbaum Ogens & Raftery, Chtd.
3 Bethesda Metro Center, Suite 200
Bethesda, MD 20814
**VIA FIRST-CLASS MAIL**

Don C. Sherwood
Sherwood and Hardgrove
11812 San Vicente Blvd., Suite 210
Los Angeles, CA 90049-6622
**VIA FIRST-CLASS MAIL**

J.R. Smith
Jason W. Harbour
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
**VIA FIRST-CLASS MAIL**

Joseph H. Smolinsky
Douglas E. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
**VIA FIRST-CLASS MAIL**

Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
**VIA FIRST-CLASS MAIL**

Claudia Z. Springer
Reed Smith LLP
2500 One Liberty Place, 1650 Market St.
Philadelphia, PA 19103-7301
**VIA FIRST-CLASS MAIL**

David I. Swan
Kenneth M. Misken
McGuire Woods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215
**VIA FIRST-CLASS MAIL**

Larry Thomas
Integrated Payment Systems, Inc.
Meridian Building, 12500 E Belford Ave., Mail Stop M12B
Englewood, CA 80112
**VIA FIRST-CLASS MAIL**

Patricia B. Tomasco
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701
**VIA FIRST-CLASS MAIL**

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily Culler
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
**VIA FIRST-CLASS MAIL**

John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901
**VIA FIRST-CLASS MAIL**

Madeleine C. Wanslee
Gust Rosenfeld PLC
201 E. Washington, Suite 800
Phoenix, AZ 85004-2327
**VIA FIRST-CLASS MAIL**

Gilbert B. Weisman
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701
**VIA FIRST-CLASS MAIL**

Seth R. Weissman
V.P. & General Counsel
Coremetrics, Inc.
1840 Gateway Drive, Suite 320
San Mateo, CA 94404
**VIA FIRST-CLASS MAIL**

{D0090380.1 }

Elizabeth Weller
Linebarger Googan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX 75201-2644
**VIA FIRST-CLASS MAIL**

Katherine M. Windler
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
**VIA FIRST-CLASS MAIL**

Stuart B. Wolfe
Yaron Shaham
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614
**VIA FIRST-CLASS MAIL**

Brian D. Womac
Denise H. Mitchell
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, TX 77024
**VIA FIRST-CLASS MAIL**

Donald A. Workman
Baker & Hostetler LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036
**VIA FIRST-CLASS MAIL**

David H. Zielke
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, WMC 3501
Seattle, WA 98101
**VIA FIRST-CLASS MAIL**

Larry A. Levick
Michelle E. Shriro
Gerard Singer Levinck, PC
16200 AddisonRoad, Suite 140
Addison, TX 75001
**VIA FIRST-CLASS MAIL**

Jeffrey J. Newton
County Attorney for Broward County
Government Center
115 South Andrews Ave.
Ft. Lauderdale, FL 33301
**VIA FIRST-CLASS MAIL**

{D0090380.1 }

Fielder F. Nelms
Smith, Stern, Friedman, & Nelms
6688 N. Central Expressway
Suite 550, L.B. 37
Dallas. TX 75206
**VIA FIRST-CLASS MAIL**

Victoria L. Nelson
Ogonna M. Atamoh
Santoro, Driggs, Walch, Kearney, Johnson & Thompson
400 S. Fourt St., 3rd Floor
Las Vegas, NV 89101
**VIA FIRST-CLASS MAIL**

Susan R. Fuertes
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032
**VIA FIRST-CLASS MAIL**

James M. Trush
Trush Law Office
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
**VIA FIRST-CLASS MAIL**

Michael G. Busenkell
Eckert, Seamans, Cherin & Mellott
300 Delaware Ave., Suite 1210
Wilmington, DE 19801
**VIA FIRST-CLASS MAIL**

Jesse S. Finlayson
Michael R. Williams
Finlayson, Augustini & Williams
110 Newport Center Drive, Suite 100
Newport Beach, CA 92660
**VIA FIRST-CLASS MAIL**

Bruce L. Segal
Honigman, Miller, Schwartz & Cohn
38500 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
**VIA FIRST-CLASS MAIL**

Christopher P. Simon
Kevin S. Mann
Cross & Simon, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801
**VIA HAND DELIVERY**

{D0090380.1 }

Anne Milgram
Attorney General of New Jersey
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 119
Trenton, New Jersey
**VIA FIRST-CLASS MAIL**

Ted A. Berkowitz, Esq.
FARREL FRITZ, P.C.
1320 Reckson Plaza
Uniondale, New York 11556-1320
**VIA FIRST-CLASS MAIL**

John R. Knapp, Jr.
Cairncross & Hempelmann, P.S.
524 2nd Avenue
Suite 500
Seattle, WA 98104-2323
**VIA FIRST-CLASS MAIL**

{D0090380.1 }