IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket Nos. 1819 and 1858 |

**CERTIFICATION OF NO OBJECTION WITH RESPECT TO NOTICE
OF PROPOSED ASSUMPTION AND ASSIGNMENT OF CROWNPEAK
SERVICES AGREEMENT BETWEEN NEW CENTURY MORTGAGE
CORPORATION AND CROWNPEAK TECHNOLOGY, DATED APRIL 12, 2004**

On June 1, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the Motion of the Debtors and Debtors in Possession Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006 and 9014 for an Order (A) Approving the Sale of Certain Technology Assets, (B) Approving and Establishing Procedures Related to the Sale and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and (C) Granting Related Relief [Docket No. 1064] (the "Motion"). In accordance with the procedures proposed in the Motion, an auction was held on June 22, 2007, at the conclusion of which EquiFirst Corporation, an affiliate of Barclays Bank, PLC ("EquiFirst"), was determined to be the successful bidder at

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

RLF1-3185683-1

auction with the highest and otherwise best bid for the Purchased Assets, as defined in the Asset Purchase Agreement by and among New Century Financial Corporation, New Century Mortgage Corporation and EquiFirst dated as of June 29, 2007 (as may be amended and restated together with the exhibits and schedules thereto and incorporated by reference therein, the "EquiFirst Agreement").

A hearing on the Motion was held before The Honorable Kevin J. Carey on June 27, 2007. On July 3, 2007, the Court entered an order approving the sale (the "Sale Order") to EquiFirst. The EquiFirst Agreement identifies a CrownPeak Services Agreement between New Century Mortgage Corporation and CrownPeak Technology, dated April 12, 2004 (the "CrownPeak Agreement") amongst the contracts to be assumed and assigned to EquiFirst in connection with the sale transaction. Because the Debtors had not previously provided notice as to the potential assumption and assignment of the CrownPeak Agreement, Paragraph 4 of the Sale Order provided a noticing procedure relating to the assumption and assignment of the CrownPeak Agreement (the "Notice Procedure").

On July 9, 2007, in accordance with the Noticing Procedure, the Debtors filed and served CrownPeak Technology with the Notice of Proposed Assumption and Assignment of CrownPeak Services Agreement Between New Century Mortgage Corporation and CrownPeak Technology, dated April 12, 2004 (the "Assumption Notice"). The deadline for filing any response or objection to the Assumption Notice was July 30, 2007 (the "CrownPeak Objection Deadline"). As no response or objection was filed to the Assumption Notice on or before the CrownPeak Objection Deadline, the Debtors may assume and assign the CrownPeak Agreement to EquiFrist or one or more of its designees pursuant to the terms of the Sale Order upon the filing of this certification with no further order of the Court being required.

RLF1-3185683-1

Dated: August 3, 2007
      Wilmington, Delaware

Respectfully submitted,

/s/ Michael J. Merchant
_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION