## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON AUGUST 7, 2007 AT 1:30 P.M.

## I.      CONTINUED MATTERS:

1.      Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting its Members to Engage in Securities Trading, Loan Sales and Other Transactions Involving the Debtors and Their Respective Assets [D.I. 409; filed 4/26/07]

Objection Deadline:      May 8, 2007 at 4:00 p.m.; extended for the U.S. Trustee and SEC to July 9, 2007 at 4:00 p.m.

Objections/Responses Received:

A.      Objection of the United States Trustee to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting its Members to Engage in Securities Trading, Loan Sales and Other Transactions Involving the Debtors and Their Respective Assets [D.I. 2128; filed 8/2/07]

Related Documents: None at this time.

---

[1]  The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for August 21, 2007.

2.    Motion of the Debtors and Debtors in Possession for an Order Authorizing the Debtors and Debtors in Possession to Seal Certain Time Records Relating to O'Melveny & Myers LLP's Monthly Fee Applications [D.I. 1959; filed 7/17/07]

Objection Deadline:    July 31, 2007

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for August 21, 2007

3.    Motion to Compel Debtors to Comply with 11 U.S.C. Section 365(d)(3) [D.I. 1989; filed 7/23/07]

Objection deadline:  July 31, 2007

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for August 21, 2007.

## II.    UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION:

4.    Deutsche Bank National Trust Company as Trustee c/o Countrywide Home Loans' Motion for Relief from Automatic Stay as to 5048 Oregon Street, Detroit, MI 48024 [D.I. 1851; filed 7/6/07]

Objection Deadline:  July 31, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.    Notice of Continued Hearing [D.I. 1856; filed 7/6/07]

ii.    Certification of No Objection [D.I. 2129; filed 8/2/07]

Status: On August 2, 2007, a certificate of no response with respect to this matter was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

RLF1-3185167-1

5.      Notice of Proposed Assumption and Assignment of Crownpeak Services Agreement Between New Century Mortgage Corporation and Crownpeak Technology, dated April 12, 2004 [D.I. 1858; filed 7/9/07]

Objection Deadline:    July 30, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.       Certificate of No Objection [D.I. 2143; filed 8/3/07]

Status: As no objections were filed to the Notice, the Crownpeak Agreement can be assumed and assigned without further order of the Court. No hearing on this matter is necessary.

6.      Deutsche Bank National Trust Company as Trustee c/o Countrywide Home Loans' Motion for Relief from Automatic Stay as to 33359 Swan Lake Court, Romulus, MI 48174 [D.I. 1905; filed 7/13/07]

Objection Deadline:  July 31, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.       Notice of Hearing [D.I. 1906; filed 7/13/07]

ii.      Certificate of No Response [D.I. 2130; filed 8/2/07]

Status: On August 2, 2007, a certificate of no response with respect to this matter was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

7.      Deutsche Bank National Trust Company as Trustee c/o Countrywide Home Loans' Motion for Relief from Automatic Stay as to 3725 Evergreen Parkway, Flint, Michigan 48503 [D.I. 1932; filed 7/16/07]

Objection Deadline:  August 1, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.       Notice of Hearing [D.I. 1933; filed 7/16/07]

ii.      Certificate of No Response [D.I. 2132; filed 8/2/07]

Status: On August 2, 2007, a certificate of no response with respect to this matter was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

8. Deutsche Bank National Trust Company as Trustee c/o Countrywide Home Loans' Motion for Relief from Automatic Stay as to 18963 Forrest Hill Drive, Woodhaven, MI 48183 [D.I. 1934; filed 7/16/07]

Objection Deadline: July 31, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 1935; filed 7/16/07]

ii. Certificate of No Response [D.I. 2126; filed 8/1/07]

Status: On August 1, 2007, a certificate of no response with respect to this matter was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

9. Countrywide Home Loans' Motion for Relief from Automatic Stay as to 15200 Tacoma, Detroit, MI 48205 [D.I. 1936; filed 7/16/07]

Objection Deadline: July 31, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 1940; filed 7/16/07]

ii. Certificate of No Response [D.I. 2131; filed 8/2/07]

Status: On August 2, 2007, a certificate of no response with respect to this matter was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

III. **UNCONTESTED MATTERS GOING FORWARD:**

10. Motion of Debtors and the Debtors in Possession for an Order Approving the Investment Guidelines Pursuant to Section 345 of the Bankruptcy Code [D.I. 893; filed 5/25/07]

Objection Deadline: June 8, 2007 at 4:00 p.m.; extended indefinitely for the U.S. Trustee

RLF1-3185167-1

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  The hearing on this matter is going forward.  At the hearing, the Debtors intend to present an agreed order addressing certain concerns raised by the U.S. Trustee.

11.    Debtor's Motion for Order (I) Authorizing the Payment of the Debtors' Wind-Down Retention Plan Pay and (II) Amending the Existing Key Employee Incentive Plan Pursuant to Sections 105(a), 363(b)(1) and 503(c)(3) of the Bankruptcy Code [D.I. 1980; filed 7/20/07]

Objection deadline:  July 31, 2007

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status: The hearing on this matter is going forward.

## IV.    **CONTESTED MATTERS GOING FORWARD:**

12.    Motion of Debtors and Debtors in Possession for an Order (A) Approving the Sale of Certain Technology Assets, (B) Approving and Establishing Procedures Related to the Sale and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and (C) Granting Related Relief [D.I. 1064; filed 6/1/07]

Objection Deadline:    June 15, 2007 at 4:00 p.m.

Objections/Responses Received:

A.    ILOG's objection to the assignment of the ILOG Software License Agreement [Dated 6/28/07]

Related Documents:

i.    Order (A) Approving the Sale of Certain Technology Assets, (B) Approving and Establishing Procedures Related to the Sale and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, (C) Authorizing the Sale of Certain Loan and Broker Date and (D) Granting Related Relief [D.I. 1819; filed 7/3/07]

Status: The Court entered an order (the "Sale Order") on July 3, 2007 approving the sale of certain assets to EquiFirst Corporation, an affiliate of Barclays Bank, PC, except with respect to the proposed assumption and assignment

of the ILOG Software License Agreement (the "ILOG Agreement"). The hearing with respect to ILOG's objection to the proposed assumption and assignment of the ILOG Agreement is going forward.

13.    Motion of Positive Software Solutions, Inc. for Relief from the Stay Regarding Copyright Infringement Litigation [D.I. 1877; filed 7/10/07]

Objection deadline:  July 31, 2007

Objections/Responses Received:

A.    Debtors' Response to the "Motion of Positive Software Solutions, Inc. for Relief from the Stay Regarding Copyright Infringement Litigation", and Cross-Motion for Sanctions for Violation of the Automatic Stay [D.I. 2101; filed 7/31/07]

Related Documents:

i.    Notice of Filing Exhibits [D.I. 1969; filed 7/18/07]

Status: The hearing on this matter is going forward.

14.    Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Production of Documents Pursuant to Bankruptcy Rules 2004 and 9016 [D.I. 1946; filed 7/16/07]

Objection deadline:  July 31, 2007

Objections/Responses Received:

A.    KPMG LLP's Opposition to the Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Production of Documents Pursuant to Bankruptcy Rules 2004 and 9016 [D.I. 2121; filed 8/1/07]

Related Documents:  None at this time.

Status: The hearing on this matter is going forward.

15.    KPMG's Objections and Responses to the Examiner's Subpoena for a Rule 2004 Examination [D.I. 2142; filed 8/3/07]

Objection deadline:  August 3, 2007

Objections/Responses Received:  None at this time.

Related Documents:

    i.     Notice of Return of Service of Subpoena (KPMG LLP) [D.I. 2136; filed 8/2/07]

Status: The hearing on this matter is going forward.

## V.    ADVERSARY PROCEEDING MATTERS:

16.    Schroeder. v. New Century TRS Holdings, Inc., et al., Adv. Pro. No. 07-51598.

Status: The pretrial conference is going forward.

Dated:  August 3, 2007
       Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION