IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br>*et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br>(Jointly Administered)<br><br>**Hearing Date: August 7, 2007 at 1:30 p.m.**<br>**Objection Deadline: July 31, 2007 at 4:00 p.m.** |

**OBJECTION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS TO THE MOTION OF POSITIVE SOFTWARE
SOLUTIONS, INC. FOR RELIEF FROM THE STAY REGARDING
<u>COPYRIGHT INFRINGEMENT LITIGATION</u>**

TO THE HONORABLE KEVIN J. CAREY,
UNITED STATES BANKRUPTCY JUDGE:

The Official Committee of Unsecured Creditors (the "Committee") of New Century TRS Holdings, Inc., *et al*., the above-captioned debtors and debtors-in-possession (the "Debtors"), by its co-counsel, Blank Rome LLP and Hahn & Hessen LLP, hereby file this objection to the Motion of Positive Software Solutions, Inc. for Relief from the Stay Regarding Copyright Infringement Litigation (the "Motion"), and in support thereof respectfully represents as follows:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a new Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

BACKGROUND

1. On April 2, 2007 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§101, et seq., (the "Bankruptcy Code"). The Debtors have continued in the management and operation of their businesses pursuant to Bankruptcy Code §§ 1107 and 1108, and no trustee has been appointed. On June 7, 2007, the Court issued an order approving the appointment of Michael J. Missal, Esq. as Examiner in these chapter 11 cases.

2. On April 9, 2007, the Office of the United States Trustee for the District of Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the Committee: Credit Suisse First Boston Mortgage Capital LLC, Credit-Based Asset Servicing and Securitization LLC, Residential Funding Company, LLC, Deutsche Bank National Trust Co., Wells Fargo Bank, N.A. as Indenture Trustee, Fidelity National Information Services, Inc., and Maguire Properties – Park Place, LLC. Since its formation, the Committee has appointed Kodiak Funding LP as an ex officio member of the Committee. Hahn & Hessen LLP and Blank Rome LLP were selected by the Committee to serve as its co-counsel, and FTI Consulting, Inc. was selected by the Committee to serve as its financial advisor.

3. On July 10, 2007, Positive Software Solutions, Inc. ("Positive Software") filed its Motion seeking relief from the automatic stay to pursue a copyright infringement litigation that it had brought against the Debtors in the United States District Court for the Northern District of Texas prior to the Petition Date (the "Copyright Litigation").

4. On July 31, 2007, the Debtors filed the Debtors' Response to the Motion of Positive Software Solutions, Inc. for Relief from the Stay Regarding Copyright Infringement Litigation, and Cross-Motion for Sanctions for Violation of the Automatic Stay (the "Debtors'

- 3 -

Objection") objecting to Positive Software's request for relief from the automatic stay and cross-moving for sanctions based on Positive Software's willful and intentional violation of the automatic stay.

5. The Committee has reviewed the Debtors' Objection and understands and agrees with the arguments set forth in the Debtors' Objection. Therefore, the Committee adopts the arguments set forth in the Debtors' Objection as if fully set forth herein.

*(Remainder of Page Intentionally Left Blank)*

WHEREFORE, for the reasons set forth in the Debtors' Objection, the Committee respectfully requests that this Court deny the Motion, and grant such other and further relief as may be just and proper.

Dated:   Wilmington, DE
         August 3, 2007

                        BLANK ROME LLP

                        By:*/s/ Bonnie Glantz Fatell*
                            Bonnie Glantz Fatell (DE No. 3809 )
                            Regina Stango Kelbon
                            1201 Market Street, Suite 800
                            Wilmington, Delaware  19801
                            (302) 425-6400 - Telephone
                            (302) 425-6464 - Facsimile

                              - and -

                            HAHN & HESSEN LLP
                            488 Madison Avenue, 15th Floor
                            New York, New York 10022
                            (212) 478-7200 - Telephone
                            (212) 478-7400 - Facsimile
                            Attn:  Mark S. Indelicato
                                  Mark T. Power
                                  Janine M. Cerbone

                            Co-Counsel to the Official Committee of
                            Unsecured Creditors of New Century TRS
                            Holdings, Inc., *et al.*