# EXHIBIT A

70046450.1

# EXHIBIT A

# NEW CENTURY TRS HOLDINGS, INC., et al.

Professional Fees and Expenses
Month Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Required in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Manatt, Phelps & Phillips, LLP [Docket Nos. 1916 and 1917]] | 04.02.07 through 04.30.07 | $45,931.50 (Fees for April) $6.26 (Expenses for April) | $36,745.20 (April fees @80%) $6.26 (April expenses @100%) | 07.13.07 | 08.02.07 |
| | 05.01.07 through 05.31.07 | $78,132.50 (Fees for May) $1,720.57 (Expenses for May) | $62,506.00 (May fees @80%) $1,720.57 (May expenses @100%) | | |

70046450.1