**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-10416 (KJC) |
| Debtors | Jointly Administered |
| | Re: Docket No. 1721 |

**AFFIDAVIT OF PUBLICATION**
**OF JULIE TRAMMELL FOR THE ORANGE COUNTY REGISTER**

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

| AFFIDAVIT OF PUBLICATION | PROOF OF PUBLICATION |
|---|---|
| STATE OF CALIFORNIA, )<br>  ) ss.<br>County of Orange  ) | |
| I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of **The Orange County Register**, a newspaper of general circulation, published in the city of Santa Ana, County of Orange, and which newspaper has been adjudged to be a newspaper of general circulation by the Superior Court of the County of Orange, State of California, under the date of 1/18/52, Case No. A-21046, that the notice, of which the annexed is a true printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit: | Proof of Publication of<br><br>_____<br><br>_____<br><br>Paste Clipping of<br>Notice<br>**SECURELY**<br>In This Space |
| July 23, 2007 | |
| "I certify (or declare) under the penalty of perjury under the laws of the State of California that the foregoing is true and correct":<br>Executed at Santa Ana, Orange County, California, on<br>Date: July 23, 2007<br><br>_____Julie Grammell_____<br>Signature<br><br>**The Orange County Register**<br>**625 N. Grand Ave.**<br>**Santa Ana, CA 92701**<br>**(714) 796-7000 ext. 2209** | |

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of California
County of Orange } ss.

On July 23, 2007 before me, Melissa English,
                Date                    Name and Title of Officer (e.g., "Jane Doe, Notary Public")
personally appeared Julie Trammell,
                    Name(s) of Signer(s)

☒ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Melissa English
Signature of Notary Public

[Seal: MELISSA ENGLISH, Commission # 1501594, Notary Public - California, Orange County, My Comm. Expires Aug 13, 2008]

——— OPTIONAL ———

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer**

Signer's Name: _____

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827

Publish: Orange County Register, July 20, 23, 2007
R-1688   8413548

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Chapter 11

In re: NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., Debtors.

Case No. 07-10416 (KJC)
Jointly Administered

## NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM
(GENERAL BAR DATE IS AUGUST 31, 2007, AT 5:00 P.M., P.T.)

PLEASE TAKE NOTICE OF THE FOLLOWING:

On June 28, 2007, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order (the "Order") establishing certain deadlines for the filing of proofs of claim in the chapter 11 cases of the following debtors and debtors in possession (collectively, the "Debtors"):

| Debtor | Case Number |
|---|---|
| New Century TRS Holdings, Inc. | 07-10416 |
| New Century Financial Corporation | 07-10417 |
| New Century Mortgage Corporation | 07-10419 |
| NC Capital Corporation | 07-10420 |
| Home123 Corporation | 07-10421 |
| New Century Credit Corporation | 07-10422 |
| NC Asset Holding, L.P. | 07-10423 |
| NC Residual III Corporation | 07-10424 |
| NC Residual IV Corporation | 07-10425 |
| New Century R.E.O. Corp. | 07-10426 |
| New Century R.E.O. II Corp. | 07-10427 |
| New Century R.E.O. III Corp. | 07-10428 |
| New Century Mortgage Ventures, LLC | 07-10429 |
| NC Deltex, LLC | 07-10430 |
| NCoral, L.P. | 07-10431 |

Pursuant to the Order, all persons and entities, including individuals, partnerships, estates and trusts who have a claim or potential claim against the Debtors that arose prior to April 2, 2007, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before 5:00 p.m. (Prevailing Pacific Time), on August 31, 2007 (the "General Bar Date"), by sending an original proof of claim form to XRoads Case Management Services, LLC, New Century Claims Processing c/o XRoads Case Management Services, P.O. Box 8901, Marina Del Rey, CA 90295, so that it is actually received on or before the General Bar Date. Proofs of claim sent by facsimile or telecopy will not be accepted.

All governmental units who have a claim or potential claim against the Debtors that arose prior to April 2, 2007, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before 5:00 p.m. (Prevailing Pacific Time), on October 2, 2007 (the "Governmental Bar Date"), by sending an original proof of claim form to XRoads Case Management Services, LLC, New Century Claims Processing c/o XRoads Case Management Services, P.O. Box 8901, Marina Del Rey, CA 90295, so that it is actually received on or before the Governmental Bar Date. Proofs of claim sent by facsimile or telecopy will not be accepted.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATES ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR PURPOSES OF VOTING AND DISTRIBUTION.

A copy of the Order or a proof of claim form may be obtained by contacting the Debtors' Claims Agent, in writing, at XRoads Case Management Services, LLC, New Century Claims Processing c/o XRoads Case Management Services, P.O. Box 8901, Marina Del Rey, CA 90295 or by telephone at (888) 784-9571.

The Order, as well as the Debtors' Schedules of Assets and Liabilities and the proof of claim form, can also be obtained on the United States Bankruptcy Court for the District of Delaware's website at www.deb.uscourts.gov and at XRoads' dedicated web page relating to these cases (http://www.xroadscms.net/newcentury).

Dated: June 29, 2007
Wilmington, Delaware

BY ORDER OF THE COURT
THE HONORABLE KEVIN J. CAREY

Mark D. Collins (No. 2981), Michael J. Merchant (No. 3854), RICHARDS, LAYTON & FINGER, P.A., One Rodney Square, P.O. Box 551, Wilmington, Delaware 19899, (302) 651-7700

Suzzanne S. Uhland, Ben H. Logan, Victoria Newmark, Emily R. Culler, O'MELVENY & MYERS LLP, 275 Battery Street, San Francisco, California 94111, (415) 984-8700

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION