# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |
| | : | |
| | : | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | : |
| | : SS. |
| NEW CASTLE COUNTY | : |

Cathy M. Greer, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 3rd day of August, 2007, she caused a copy of the following to be served as indicated on the attached list:

*Notice of Agenda of Matters Scheduled for Hearing on August 7, 2007 at 1:30 p.m.*
*[Docket No. 2144]*

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

_____
Cathy M. Greer
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 3rd day of August, 2007.

_____
Notary Public

BARBARA J. WITTERS
Notary Public - State of Delaware
My Comm. Expires Mar. 13, 2009

# FAX TRANSMITTAL SHEET

## RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700
Fax: 302-651-7701
Fax Confirmation: 302-651-7796

CONFIDENTIALITY NOTE: The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individuals or entities named below. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. Thank You.

Date: August 3, 2007
From: Cathy Greer
Matter: 157422
Number of Pages (including cover):
Re: **Notice of Amended Agenda of Matters Scheduled for Hearing on August 7, 2007 at 1:30 p.m.**

*VIA FACSIMILE*
**Local Counsel**

|  | Name | Firm | Phone | Fax |
|---|---|---|---|---|
| 1. | Joseph J. McMahon, Jr. | Office of the United States Trustee | 302-573-6491 | 302-573-6497 |
| 2. | David M. Fournier<br>Evelyn J. Meltzer<br>David B. Stratton<br>Henry Jaffe | Pepper Hamilton LLP<br>(Barclays) (Union Bank of CA) | 302-777-6500 | 302-421-8390 |
| 3. | William E. Chipman, Jr.<br>Mark D. Olivere | Edwards Angell Palmer & Dodge LLP (GMAC) | 302-425-7124 | 302-777-7263 |
| 4. | Norman M. Monhait | Rosenthal, Monhait & Goddess | 302-656-4433 | 302-658-7567 |
| 5. | Laurie Selber Silverstein | Potter Anderson & Corroon LLP | 302-984-6000 | 302-658-1192 |
| 6. | Don A. Beskrone<br>William P. Bowden<br>Gregory A. Taylor | Ashby & Geddes, P.A.<br>(UBS Real Estate Securities) | 302-654-1888 | 302-654-2067 |
| 7. | Mary F. Caloway<br>Eric Lopez Schnabel | Buchanan Ingersoll & Rooney PC | 302-552-4200 | 302-552-4295 |
| 8. | Kurt F. Gwynne | Reed Smith LLP (IndyMac) | 302-778-7500 | 302-778-7575 |
| 9. | Ian Connor Bifferato<br>Garvan F. McDaniel | Bifferato Gentilotti LLC (CB Richard Ellis) | 302-429-1900 | 302-429-8600 |
| 10. | Robert J. Dehney<br>Gregory W. Werkheiser<br>Daniel B. Butz | Morris, Nichols, Arsht & Tunnell LLP (Morgan Stanley) | 302-658-9200 | 302-658-3989 |
| 11. | Marla R. Eskin<br>Mark T. Hurford | Campbell & Levine, LLC | 302-426-1900 | 302-426-9947 |
| 12. | Stephen M. Miller<br>Brett D. Fallon | Morris James LLP | 302-888-6800 | 302-571-1750 |
| 13. | Victoria Watson Counihan<br>Dennis A. Meloro | Greenberg Traurig, LLP | 302-661-7000 | 302-661-7360 |

RLF1-3185863-1

| | | | | |
|---|---|---|---|---|
| 14. | Andrew C. Kassner<br>Howard A. Cohen | Drinker Biddle & Reath | 302-467-4213 | 302-467-4201 |
| 15. | William A. Hazeltine | William A. Hazeltine LLC | 302-652-1146 | 302-351-3308 |
| 16. | Elihu E. Allinson, III<br>William D. Sullivan | William D. Sullivan, LLC | 302-428-8191 | 302-428-8195 |
| 17. | Michael R. Lastowski<br>Christopher M. Lastowski | Duane Morris LLP | 302-657-4900 | 302-651-4901 |
| 18. | Lisa C. McLaughlin | Phillips, Goldman & Spence | 302-655-4200 | 302-655-4210 |
| 19. | James E. Huggett | Margolis Edelstein (NLG) | 302-777-4680 | 302-777-4682 |
| 20. | Charlene D. Davis<br>Neil B. Glassman<br>Steven M. Yoder<br>Eric M. Sutty | The Bayard Firm<br>(Natixis Real Estate Capital Inc.) | 302-655-5000 | 302-658-6395 |
| 21. | William F. Taylor, Jr.<br>Katherine L. Mayer | McCarter & English, LLP (Plaza America) | 302-984-6300 | 302-984-6399 |
| 22. | Jeffrey C. Wisler<br>Marc J. Phillips<br>Karen C. Bifferato | Connolly Bove Lodge & Hutz LLP (Rubio) | 302-658-9141 | 302-658-0380 |
| 23. | Adam G. Landis | Landis Rath & Cobb | 302-467-4400 | 302-467-4450 |
| 24. | Richard M. Beck<br>Christopher A. Ward<br>Michael W. Yurkewicz<br>Joanne B. Wills | Klehr, Harrison, Harvey, Branzburg & Ellers, LLP | 302-426-1189 | 302-426-9193 |
| 25. | Christopher D. Loizides | Loizides, P.A. | 302-654-0248 | 302-654-0728 |
| 26. | Brian A. Sullivan<br>Amy D. Brown | Werb & Sullivan | 302-652-1100 | 302-652-1111 |
| 27. | Michael G. Gallerizzo<br>David V. Fontana | Gebhart & Smith LLP (GE) | 302-656-9002 | 302-429-5953 |
| 28. | Daniel K. Astin<br>Anthony M. Saccullo | Fox Rothschild LLP | 302-654-7444 | 302-656-8920 |
| 29. | Megan E. Cleghorn<br>David R. Hurst<br>Christopher S. Chow<br>Douglas D. Herrmann | Skadden, Arps, Slate, Meagher & Flom LLP (Ellington) | 302-651-3000 | 302-651-3001 |
| 30. | Laura Davis Jones<br>Timothy P. Cairns | Pachulski Stang Ziehl Young Jones & Weintraub LLP | 302.652.4100 | 302.652.4400 |
| 31. | Ellen W. Slights | U.S. Attorney's Office | 302-573-6277 | 302-573-6431 |
| 32. | Robert S. Brady<br>Michael R. Nestor | Young Conaway Stargatt & Taylor, LLP | 302-571-6600 | 302-571-1253 |
| 33. | Mark M. Minuti | Saul Ewing LLP (Examiner) | 302-421-6840 | 302-421-5873 |
| 34. | Michael Busenkell | Eckert, Seamans, Cherin & Mellot, LLC (Irvine Company) | 302-425-0430 | 302-425-0432 |
| 35. | Joseph Grey<br>Joseph H. Huston Jr. | Stevens & Lee, P.C. (Beneficiaries) | 302-654-5180 | 302-654-5181 |
| 36. | Steven K. Kortanek | Womble Carlyle Sandridge & Rice, PLLC (Carrington) | 302-252-4363 | 302-661-7728 |
| 37. | Bonnie Glantz Fatell | Blank Rome LLP | 302-425-6400 | 302-425-6464 |
| 38. | Francis A. Monaco, Jr. | Monzack and Monaco | 302-656-8162 | 302-656-2769 |
| **Core Group** | | | | |
| 39. | Mark S. Indelicato | Hahn & Hessen | 212.478.7320 | 212.478.7400 |

|     |                                                                      |                                                           |              |              |
| --- | -------------------------------------------------------------------- | --------------------------------------------------------- | ------------ | ------------ |
|     | Mark T. Power<br>Jeffrey L. Schwartz                                 | (Committee)                                               |              |              |
| 40. | Bennet L. Spiegel<br>Shirley S. Cho                                  | Kirkland & Ellis<br>(Greenwich)                           | 213.680.8203 | 213.680.8500 |
| 41. | Suzzanne S. Uhland<br>Ben H. Logan<br>Victoria Newmark<br>Emily Culler | O'Melveny & Meyers<br>(Debtors)                          | 415.984.8941 | 415.984.8701 |
| 42. | Edward M. Fox                                                        | Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>(Examiner) | 212.536.4812 | 212.536.3901 |
| 43. | Michael J. Missal<br>Rebecca L. Kline Dubill<br>Stephen G. Topetzes  | Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>(Examiner) | 202.778.9302 | 202.778.9100 |
| 44. | Ken Coleman                                                          | Allen & Overy LLP<br>(Barclays)                           | 212.610.6300 | 212.610.6399 |
| 45. | Patricia B. Tomasco                                                  | Brown McCarroll, LLP<br>(Ellington)                       | 512.472.5456 | 512.479.1101 |
| 46. | Thomas S. Kiriakos<br>Sean T. Scott                                  | Mayer Brown (Carrington)                                  | 312.701.7275 | 312.706.8232 |
| 47. | Van C. Durrer, II                                                    | Skadden Arps (Ellington)                                  | 213.687.5200 | 213.621.5200 |

***Special Service Parties***

|     |                                      |                    |              |              |
| --- | ------------------------------------ | ------------------ | ------------ | ------------ |
| 48. | Kim J. Funk                          | ILOG, Inc.         | 408.991.7000 | 408.991.7001 |
| 49. | Thomas D.H. Barnett<br>Neil F. Dignon | Draper & Goldberg | 302-855-9252 | 302-855-9293 |