## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416(KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | |
| | : | **Objection Deadline: August 27, 2007** |

## SECOND MONTHLY APPLICATION OF O'MELVENY & MYERS LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD MAY 1, 2007 THROUGH MAY 31, 2007

| | |
|---|---|
| Name of Applicant: | O'Melveny & Myers LLP |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors-in-possession |
| Date of Retention: | May 7, 2007, *nunc pro tunc* to April 2, 2007 |
| Period for which compensation and reimbursement are sought: | May 1, 2007 through May 31, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary: | $1,459,747.80 (80% of $1,824,684.75)[2] |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

[2] This does not include $370,758.00 (80% of $463,447.50) related to Government Investigations. The Debtors filed a motion to file these time entries under seal and will include a request for these fees in a subsequent

LA3:1136271.4

L:\Moms\WP\#1136271 v4 - 2nd Monthly Fee Application (May).doc

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:                $92,349.96

This is a(n):    X  monthly              ___ interim              ___ final application

| Professional | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Hours Billed | Compensation |
|---|---|---|---|---|
| Robert Rizzi | Partner in the Transactions Department. Joined firm in 1994. Member of the CA State Bar since 1978. | 840 | 6.3 | $ 5,292.00 |
| Ben Logan | Partner in the Restructuring and Finance Department. Joined firm in 1976. Member of the CA State Bar since 1976. | 795 | 221.6 | $ *155,812.86 *Includes non-working travel time billed at 50% |
| David Krinsky | Partner in the Transactions Department. Joined firm in 1994. Member of the CA State Bar since 1973. | 795 | 131.0 | $ *96,089.25 *Includes non-working travel time billed at 50% |
| Curt Kirschner | Partner in the Adversarial Department. Joined firm in 1986. Member of the CA State Bar since 1986 | 760 | 15.5 | $ 11,780.00 |
| David Beddow | Partner in the Antitrust Practice Group. Joined firm in 1979. Member of the District of Columbia Bar since 1979. | 760 | 1.4 | $ 1,064.00 |
| Jeff Walbridge | Partner in the Executive Compensation and Benefits Group of the Tax Department. Joined firm in 1995. Member of the CA State Bar since 1995. | 730 | 15.5 | $ 11,315.00 |
| Suzzanne Uhland | Partner in the Restructuring and Finance Department. Joined firm in 1988. Member of the CA State Bar since 1988. | 725 | 262.1 | $ *171,810.62 *Includes non-working travel time billed at 50% |
| Thomas Leary | Partner in the Transactions Department. Joined firm in 1988. Member of the CA State Bar since 1988. | 715 | 0.2 | $ 143.00 |
| Alejandro Mayorkas | Partner in the Adversarial Department. Joined firm in 2001. Member of the CA State Bar since 1986. | 705 | 124.8 | $ *73,377.72 *Includes non-working travel time billed at 50% |
| William Peters | Partner in the IP Transactions Department. Joined firm in 2002. Member of the CA State Bar since 1994. | 615 | 2.8 | $ 1,722.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Robert Plesnarski | Partner in the Corporate Finance Department. Joined firm in 2006. Member of the PA Bar since 1991. | 615 | 58.6 | $       36,039.00 |
| Peter Ritter | Partner in the Transactions Department. Joined firm in 2001. Member of the CA State Bar since 1993. | 615 | 16.5 | $       10,147.50 |
| Andor Terner | Partner in the Corporate Department. Joined firm in 1997. Member of the CA State Bar 1997. | 590 | 144.2 | $       *81,301.18 <br> *Includes non-working travel time billed at 50% |
| Christine Tam | Partner in the Mergers and Acquisitions Group of the Transactions Department. Joined firm in 1996. Member of the CA State Bar since 1996. | 590 | 79.4 | $       *45,537.28 <br> *Includes non-working travel time billed at 50% |
| Michael Camunez | Partner in the Adversarial Department. Joined firm in 1998. Member of the CA State Bar since 1998. | 590 | 2.9 | $       509.54 |
| Jorge Deneve | Counsel in the Adversarial Department. Rejoined firm in 2007. Member of the CA State Bar since 1998. | 590 | 74.5 | $       *39,734.67 <br> *Includes non-working travel time billed at 50% |
| C. Brophy Christensen | Partner in the Transactions Department. Joined firm in 1997. Member of the CA State Bar since 1997. | 590 | 231.9 | $       *135,712.79 <br> *Includes non-working travel time billed at 50% |
| Victoria Newmark | Counsel in the Restructuring and Finance Department. Joined firm in 1995. Member of the CA State Bar since 1995. | 555 | 84.3 | $       46,671.18 |
| Andrew Dolak | Counsel in the Transactions Department. Joined firm in 1993. Member of the CA State Bar since 1998. | 555 | 9.1 | $       5,050.50 |
| Darren Tucker | Counsel in Antitrust/Competition. Joined firm in 1999. Member of the Pennsylvania Bar since 1998; DC Bar since 1999. | 550 | 1.5 | $       825.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Summer Conley | Counsel in the Tax Department. Joined firm in 1997. Member of the CA State Bar since 1997. | 550 | 2.3 | $    1,276.50 |
| Stephen Carlson | Counsel in the Transactions Department. Joined firm in 2004. Member of the CA State Bar since 1997. | 550 | 0.5 | $      275.00 |
| Brian Metcalf | Counsel in the Restructuring and Finance Department. Joined firm in 1999. Member of the CA State Bar since 1999. | 540 | 221.2 | $    *105,749.31 *Includes non-working travel time billed at 50% |
| David Deaton | Counsel in the Adversarial Department. Joined firm in 1999. Member of the CA State Bar since 1999. | 540 | 10.5 | $    5,625.12 |
| Victor Chen | Counsel in the Transactions Department. Joined firm in 2000. Member of the CA State Bar since 2000. | 520 | 6.3 | $    3,276.00 |
| Adam Karr | Counsel in the Adversarial Department. Joined firm in 2001. Member of the CA State Bar since 2001. | 520 | 0.7 | $      364.00 |
| Winston Chang | Counsel in the Transactions Department. Joined firm in 2000. Member of the CA State Bar since 2000. | 520 | 15.7 | $    8,164.00 |
| Jeff Cislini | Counsel in the Business Department. Joined firm in 2007. Member of the Virginia Bar since 2001. | 500 | 91.4 | $    *44,589.55 *Includes non-working travel time billed at 50% |
| Erik Nord | Counsel in the Transactions Department. Joined firm in 2001. Member of the CA State Bar since 2001. | 500 | 263.3 | $    *130,181.96 *Includes non-working travel time billed at 50% |
| Emily Culler | Associate in the Restructuring and Finance Department. Joined firm in 2002. Member of the CA State Bar since 2002. | 480 | 206.5 | $    *97,163.67 *Includes non-working travel time billed at 50% |
| Sandra Sepulveda | Associate in the General Trial and Litigation Practice. Joined firm in 2004. Member of the CA State Bar since 2002. | 480 | 35.6 | $    17,088.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Justin Laubach | Associate in the Transactions Department. Joined firm in 2003. Member of the CA State Bar since 2002. | 480 | 253.2 | $    *116,588.70<br>*Includes non-working travel time billed at 50% |
| Warren Fox | Associate in the Tax Department. Joined firm in 2002. Member of the CA State Bar since 2002. | 480 | 1.6 | $    768.00 |
| Jason Mayo | Associate in the Adversarial Department. Joined firm in 2005. Member of the CA State Bar since 2003. | 480 | 20.4 | $    9,792.00 |
| Laine Mervis | Associate in the Transactions Department. Joined firm in 2007. Member of the CA State Bar since 2003. | 445 | 61.8 | $    *23,299.31<br>*Includes non-working travel time billed at 50% |
| Scott Sugino | Associate in the Transactions Department. Joined firm in 2006. Member of the IL State Bar since 2003 and member of the CA State Bar since 2004. | 445 | 16.4 | $    7,298.00 |
| Annie Jeong | Associate in the Transactions Department. Joined firm in 2007. Member of the NY State Bar since 2004. | 445 | 1.7 | $    756.50 |
| Teddy Kapur | Associate in the M&A and Private Equity Department. Joined firm in 2005. Member of the CA State Bar since 2006 and TX State Bar since 2004 (currently an inactive member of the TX State Bar). | 415 | 202.8 | $    *80,187.19<br>*Includes non-working travel time billed at 50% |
| Eduardo Rivas | Associate in the Transactions Department. Joined firm in 2005. Member of the CA State Bar since 2006. | 415 | 24.8 | $    10,292.00 |
| Hilary Reed | Associate in the Restructuring and Finance Department. Joined firm in 2004. Member of the CA State Bar since 2004. | 415 | 0.4 | $    166.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION | |
|---|---|---|---|---|---|
| Mike Symons | Associate in the Transactions Department. Joined firm in 2004. Member of the CA State Bar since 2004. | 415 | 53.1 | $ | 22,036.50 |
| Katie Colendich | Associate in the Transactions Department. Joined firm in 2004. Member of the CA State Bar since 2004. | 415 | 6.2 | $ | 2,573.00 |
| Bryan Kelly | Associate in the Transactions Department. Joined firm in 2006. Member of the CA State Bar since 2002. | 415 | 19.1 | $ | 7,926.50 |
| Jennifer Halvas | Associate in the Transactions Department. Joined firm in 2004. Member of the CA State Bar since 2004. | 415 | 178.9 | $ | *73,611.08 *Includes non-working travel time billed at 50% |
| Abby Schwartz | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA Bar since 2007. | 360 | 13.1 | $ | 4,716.00 |
| Nima Amini | Associate in the Transactions Department. Joined firm in 2006. Member of the CA, MN and DC Bars since 2005, 2006 and 2007, respectively. | 360 | 2.8 | $ | 1,008.00 |
| John Youssef | Associate in the Transactions Department. Joined firm in 2006. Member of the CA State Bar since 2005. | 360 | 10.5 | $ | 3,780.00 |
| Jessica Post | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 360 | 2.4 | $ | 798.17 |
| Sue Derian | Contract Attorney in the Adversarial Department. Started at the firm in 2006. Member of the CA State Bar since 1983. | 335 | 6.0 | $ | 2,010.00 |
| Thomas Albright | Associate in the Corporate Finance Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 300 | 47.9 | $ | 14,370.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Ana Acevedo | Associate in the Transactions Department. Joined firm in 2006. Not currently a member of the CA State Bar. | 300 | 31.3 | $ 9,390.00 |
| Michael Scheppele | Associate in the Transactions Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 300 | 41.4 | $ 12,420.00 |
| Alexandra Diaz-Almaral | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 300 | 15.5 | $ 4,650.00 |
| Gene Kang | Associate in the Transactions Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 300 | 59.9 | $ *15,259.67 *Includes non-working travel time billed at 50% |
| Ryan Likes | Associate in the Transactions Department. Joined firm in 2006. Member of the CA State Bar since 2007. | 300 | 94.9 | $ *26,292.86 *Includes non-working travel time billed at 50% |
| Justin Ford | Associate in the Global Enforcement and Criminal Defense Division. Joined firm in 2006. Member of the CA State Bar since 2006. | 300 | 28.3 | $ 8,490.00 |
| Anne Cortina | Associate in the Adversarial Department. Joined firm in 2006. Member of the NY State Bar since 2006. Member of the DC Bar since 2007. | 300 | 8.4 | $ 2,520.00 |
| Gilbert Villaflor | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 300 | 5.6 | $ 1,680.00 |
| Robert Alfarone | Transactions Paralegal since 2002. | 295 | 0.4 | $ 118.00 |
| Lynn Talab | Adversarial Paralegal since 1992. | 285 | 8.4 | $ 2,394.00 |
| Greg Trotter | Senior Transactional Paralegal since 1989. | 285 | 7.8 | $ 2,223.00 |
| Joyce Ono | Transactions Paralegal since 1975. | 285 | 0.5 | $ 142.50 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Beryl Arbit | Senior Transactions Paralegal since 1977. | 285 | 1.6 | $ 456.00 |
| Emily Graziani | Adversarial Paralegal since 2005. | 285 | 0.9 | $ 256.50 |
| Nanette Dove | Senior Corporate Paralegal since 1996. | 260 | 1.0 | $ 260.00 |
| Michael Donovan | Litigation Support Specialist since 2005. | 235 | 0.1 | $ 23.50 |
| James McCarthy | Adversarial Paralegal since 1997. | 225 | 0.1 | $ 22.50 |
| Excie Tucker | Adversarial Paralegal since 1999. | 225 | 20.0 | $ 4,500.00 |
| Casey Petrillo | Transactions Paralegal since 2006. | 185 | 3.2 | $ 592.00 |
| Stella Kim | Project Assistant since 2007. | 150 | 49.2 | $ 7,329.07 |
| TOTAL | | | 3,639.07 | $1,824,684.75 |

## COMPENSATION BY PROJECT CATEGORY

| Fee Summary – May 1, 2007 through May 31, 2007 | | |
|---|---|---|
| **Matter** | **Hours** | **Fees** |
| Case Administration (071) | 350.90 | $212,215.50 |
| Non-Working Travel (072) | 343.30 | $90,083.25 |
| Asset Disposition (074) | 1,928.01 | $938,615.00 |
| Relief from Stay Proceedings (075) | 95.30 | $53,131.50 |
| Meetings/Communications with Creditors (076) | 21.00 | $13,122.00 |
| Business Operations (078) | 18.50 | $8,880.00 |
| Financing/Cash Collateral (079) | 46.06 | $29,058.00 |
| Assumption/Rejection of Leases and Contracts (080) | 65.90 | $30,413.50 |
| Claims Administration and Objections (081) | 1.80 | $1,155.00 |
| General Litigation/Litigation Claims (083) | 46.70 | $24,394.00 |
| Trade Vendor Matters (084) | 0.50 | $240.00 |
| Reclamation Claims (086) | 2.20 | $685.50 |
| Fee/Employment Applications (087) | 6.10 | $2,161.50 |
| Employee Matters (Benefits, Pensions) (089) | 143.20 | $84,105.00 |
| Corporate and Securities Matters (090) | 334.00 | $190,229.50 |
| Tax Issues (091) | 67.70 | $34,806.50 |
| Regulatory Matters (092) | 68.00 | $40,539.50 |
| Warehouse Lenders (094) | 99.90 | $70,849.50 |
| Total | 3,639.07 | $1,824,684.75 |

LA3:1136271.4
L:\Moms\WP\#1136271 v4 - 2nd Monthly Fee Application (May).doc

# EXPENSE SUMMARY

| Expense Summary – May 1, 2007 through May 31, 2007 | |
|---|---|
| **Expense** | **Amount** |
| Copying (Equitrac – Internal) (E101E) | $679.20 |
| Lasertrak Printing (E101L) | $2,297.70 |
| Specialty Photocopying (E101SP) | 250.30 |
| Outside Printing/Reproduction Photocopying (E102A) | 739.91 |
| Outside Printing/Reproduction (Microfilming) (E102A1) | 37.16 |
| Facsimile (Outgoing Faxes) (E104) | 26.00 |
| Telephone (Accounts Payable) (E105A) | 2,983.49 |
| Premier Global Service Conference Call (E105P) | 146.28 |
| Online Research / Lexis-Nexis (E106L) | 252.22 |
| Online Research (Miscellaneous) (E106M) | 1,101.47 |
| Online Research / Westlaw (E106W) | 1,483.00 |
| Delivery Services/Messengers (E107) | 247.02 |
| Delivery Services/Messenger (E107) (093) | 270.16 |
| Local Travel (Taxi) (E109TX) | 473.96 |
| Local Travel (Taxi) (E109TX) (093) | 1,001.53 |
| Expense Report Other - Includes Out of Town Travel (E110) | 31,440.14 |
| Out of Town Travel (Expense Reports - Meals) (E110EM) | 2,201.86 |
| Out-of-Town Travel (Direct Bill Firm – Airfare) (E110T) | 27,110.77 |
| Meals (Business Meeting Meals) (E111A) | 4,631.87 |
| Meals (Overtime) (E111DB) | 33.64 |
| Other (Misc. & Adj.) (E124B) | 63.00 |
| Other (Misc. & Adj.) Parking Validation (E124B) (093) | 70.00 |
| Other Professionals Accounts Payable (E123A) | 14,713.65 |

| | |
|---|---|
| Other Accounts Payable (E124A) | 21.93 |
| Other Internal Bindery (E124B1) | 11.75 |
| Scanning Services (Accuroute) (E130AR) | 19.80 |
| Scanning Services (E130S) | 42.15 |
| Total | $92,349.96 |

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416(KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | **Hearing Date: Only if Objection is Received** |
| | : | |
| | : | **Objection Deadline:  August 27, 2007** |

## SECOND MONTHLY APPLICATION OF O'MELVENY & MYERS LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD MAY 1, 2007 THROUGH MAY 31, 2007

Pursuant to Sections 330 and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and the Court's Administrative Order Establishing Procedures for Interim Compensation

and Reimbursement of Expenses of Professionals dated April 25, 2007 [Docket No. 389] (the

"Administrative Order"), O'Melveny & Myers LLP ("OMM") hereby files this Second Monthly

Application for Allowance of Compensation for Services Rendered and for Reimbursement of

Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from May 1,

2007 through and including May 31, 2007 (the "Application").  By this Application, OMM seeks a

---

[1]  The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

monthly allowance pursuant to the Administrative Order with respect to the sums of $1,459,747.80 (80% of $1,824,684.75) as compensation and $92,349.96 for reimbursement[2] of actual and necessary expenses for a total of $1,917,034.71 for the period May 1, 2007 through and including May 31, 2007 (the "Compensation Period"). In support of this Application, OMM respectfully represents as follows:

### Background

1.      On April 2, 2007 (the "Petition Date"), the Debtors filed the instant petitions for relief and the Debtors' bankruptcy cases are being jointly administered pursuant to an order of the Court. The Debtors are operating their business and managing their affairs as debtors and debtors in possession.

2.      The Debtors' retention of OMM was approved effective as of the Petition Date by this Court's Order dated May 7, 2007 [Docket No. 567] (the "Retention Order"). The Retention Order authorized OMM to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### Compensation Paid and its Source

3.      All services for which compensation is requested by OMM were performed for or on behalf of the Debtors.

4.      Except to the extent of the retainer paid to OMM as described in the application seeking approval of OMM's employment by the Debtors during the period covered by this Application, OMM has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between OMM and any other person other than the partners of OMM for the sharing of compensation to be received for services rendered in these cases.

---

[2]  In accordance with the procedures approved by the Court pursuant to the Administrative Order, upon the filing of a certificate of no objection with the Court, the Debtors are authorized to pay OMM an amount equal to the lesser of (i) 80% of the fees ($1,459,747.80) and 100% of the expenses ($92,349.96) requested in the Application and (ii) 80% of the fees and 100% of the expenses not subject to an objection.

### Fee Statements

5.      The fee statements for the Compensation Period are attached hereto as Exhibit A. The statements contain daily time logs describing the time spent by each attorney and paraprofessional for this period but do not contain the daily time logs describing time spent for work performed in the Government Investigation (093) category.[3] OMM has filed a motion to file those detailed time entries under seal and is discussing that motion with the United States Trustee. OMM will seek payment for fees related to the Government Investigation category during the Compensation Period in a subsequent fee application in accordance with the resolution of that matter. To the best of OMM's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2 and the Administrative Order.

### Actual and Necessary Expenses

6.      A summary of the actual and necessary expenses and daily logs of expenses incurred by OMM for the Compensation Period is attached hereto as Exhibit B. OMM has charged $1.00 per page for out-going facsimile transmissions and $.10 per page for photocopying expenses for the purposes of these bankruptcy cases, in accordance with Del. Bankr. L.R. 2016-2(e)(iii).[4] Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

7.      Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), OMM charges all its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal OMM's actual cost. OMM is currently under contract to pay these providers a flat fee every month. For certain months the flat fee may be higher than actual usage. For certain other months the flat fee may be lower than actual usage.

---

[3] OMM's word processing and distribution handling expenses are not included in its overhead but instead are charged separately to clients. OMM generally charges its bankruptcy clients at the same rates as its non-bankruptcy clients but, consistent with applicable guidelines, is not seeking reimbursement from the Debtors' estates for these actual incurred expenses.

[4] OMM typically charges its clients $1.25 per page for out-going facsimile transmissions and $0.15 per page for photocopying expenses.

Charging its clients the on-line providers' standard usage rates allows OMM to cover adequately the monthly flat fees it must pay to these types of providers.

        8.     OMM believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, OMM believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

        9.     The partners, counsel and associates who rendered professional services in this case during the Compensation Period are: Robert Rizzi, Ben Logan, David Krinsky, Curt Kirschner, Meredith Landy, David Beddow, Jeff Walbridge, Suzzanne Uhland, Tom Leary, Alejandro Mayorkas, William Peters, Robert Plesnarski, Peter Ritter, Andor Terner, Christine Tam, Michael Camunez, J. Jorge DeNeve, C. Brophy Christensen, Victoria Newmark, Andrew Dolak, Darren Tucker, Summer Conley, Stephen Carlson, Brian Metcalf, David Deaton, Victor Chen, Adam Karr, Winston Chang, Jeff Cislini, Erik Nord, Emily Culler, Sandra Sepulveda, Justin Laubach, Warren Fox, Jason Mayo, Laine Mervis, Scott Sugino, Annie Jeong, Teddy Kapur, Sara Folchi, Eduardo Rivas, Hilary Reed, Mike Symons, Katie Colendich, Bryan Kelly, Roberta Harting, Jennifer Halvas, Abby Schwartz, Nima Amini, John Youssef, Hamid Jabbar, Brian Suska, Jessica Post, Joy Jenkins, Sue Derian, Thomas Albright, Ana Acevedo, Michael Scheppele, Alexandra Diaz-Almaral, Gene Kang, Ryan Likes, Justin Ford, Anne Cortina, Gilbert Villaflor, Vivi Tran, Katie Patton, John Janega, Alison Dietrick, Gerald Krimen, Alex Stemkovsky, June Burton, Angela Wang, Joanne Wisner, David Kirschner, Daniel Nitzani, Truong Nguyen, Brian Shaw, Paul Nalabandian, Lloyd McGuire, Helyn Nelson and Muhammed Mims.

       10.    The paraprofessionals of OMM who provided services to the attorneys in these cases are: Lynn Talab, Greg Trotter, Robert Alfarone, Joyce Ono, Beryl Arbit, Emily Graziani, Nanette Dove, Michael Donovan, James McCarthy, Excie Tucker, Debra Fisher, Denise Lieu, Casey Petrillo, Stella Kim, Elizabeth Ene and Thang Nguyen.

11.    OMM by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed professional services which are described and narrated in detail hereafter.

### Summary of Services by Project

12.    The services rendered by OMM during the Compensation Period can be grouped into the categories set forth below.

A.    <u>Case Administration (071)</u>

Fees: $212,215.50          Total Hours: 350.9

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, regular status calls including management and professionals, review of work in process reports, review of notices of appearances and maintaining services lists. Time addressing the U.S. Trustee's motion is also included on this file.

B.    <u>Non-Working Travel (072)</u>

Fees: $90,083.25          Total Hours: 343.30

This category includes all travel time not otherwise chargeable (and is billed at one-half the normal billing rate) in accordance with Del. Bankr. L.R. 2016-2(e)(iii).

C.    <u>Asset Disposition (074)</u>

Fees: $938,615.00          Total Hours: 1,928.01

This category includes all matters relating to the disposition of property of the estate. OMM provided significant services during the Compensation Period assisting the Debtors' efforts in pursuing major asset sales. On May 7, 2007, the Court entered an order approving the sale of a pool of approximately 2,200 unencumbered mortgage loans to Ellington Management Group, L.L.C. on behalf of its Client Funds and on May 23, 2007, the Court authorized the sale of the Debtors' servicing business (the "Carrington Sale") to Carrington Mortgage Services, LLC, an

affiliate of Carrington Capital Management, LLC.   On July 3, 2007, the Court entered an order approving the sale of certain technology assets to EquiFirst Corporation.  Those sales are now successfully closed.

Specifically, during the Compensation Period, OMM's efforts included holding the auction of the LNFA loans, the extensive closing matters associated with that sale, as well as taking initial steps to complete the second part of the LNFA sale.  With respect to the servicing sale, OMM spent considerable time responding to the buyer comments to the schedules.  Further in light of the time of the sale and auction, OMM lawyers spent substantial time negotiating with each of the four qualified bidders before and during the auction.  This required the participation of multiple OMM transactional lawyers.  Of course, OMM also prepared the necessary court papers to seek approval of the sale of assets.  Substantial time was required during the Compensation Period to prepare the necessary and detailed schedules for the loan origination technology assets.  These tasks required several often exhaustive in-person and telephonic meetings between and among the companies' employees and professionals.  Moreover the breakneck and parallel pace of all deals – a necessity given the nature of these cases – resulted in and required intensive involvement by key OMM attorneys.

D.    Relief from Stay Proceedings (075)

Fees:  $53,131.50          Total Hours:  95.30

This category includes all matters related to and including all motions and stipulations to modify the automatic stay and issues related to the effect of the automatic stay or pending matters.

E.    Meetings/Communications with Creditors (076)

Fees:  $13,122.00          Total Hours:  21.00

OMM spent time during the Compensation Period receiving and responding to numerous written and telephonic queries from creditors.

F.    Business Operations (078)

Fees:  $8,880.00          Total Hours: 18.50

This category covers time spent by OMM advising the Debtors on the many business and legal implications of operating as a debtor in possession, such as addressing creditor demands, adjusting bookkeeping and payment practices and the like. This category also included work regarding issues in connection with stabilizing the servicing business.

G. Financing/Cash Collateral (079)

 Fees: $29,058.00  Total Hours: 46.60

This category includes all matters relating to negotiation and documentation of debtor in possession financing and all cash collateral issues and related pleadings.

H. Assumption/Rejection of Leases and Contracts (080)

 Fees: $30,413.50  Total Hours: 65.90

This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases.

I. Claims Administration and Objections (081)

 Fees: $1,155.00  Total Hours: 1.80

This category includes all matters related to and including claims administration matters and bar date matters, including claims objections and related contested matters.

J. General Litigation/Litigation Claims (083)

 Fees: $24,394.00  Total Hours: 46.70

This category includes all matters relating to pending state court litigation matters and adversary proceedings for which no separate matter is listed.

K. Trade Vendor Matters (084)

 Fees: $240.00  Total Hours: .50

This category includes all matters related to vendors and suppliers.

L. Reclamation Claims (086)

 Fees: $685.50  Total Hours: 2.20

This category includes the analyses of reclamation claims asserted in the Debtors' cases.

M.    Fee/Employment Applications (087)

Fees: $2,161.50            Total Hours: 6.10

This category includes all matters related to preparing applications to retain OMM
and supplements thereto, as well as assisting the retention of certain of the other estate
professionals, including ordinary course professionals.

N.    Employee Matters (Benefits, Pensions) (089)

Fees: $84,105.00            Total Hours: 143.20

This category includes all matters related to employee wages, employee plans,
benefits, other employee relations matters and retiree benefits.

O.    Corporate and Securities Matters (090)

Fees: $190,229.50            Total Hours: 334.00

This category includes the drafting of board resolutions, the preparation and filing
of reports required by the Securities and Exchange Commission, attending board of directors
meetings and related research.

P.    Tax Issues (091)

Fees: $34,806.50            Total Hours: 67.70

This category includes all federal and state income, property, employment, excise
and other tax matters, other than tax aspect of a plan of reorganization.   During the Compensation
Period, OMM provided legal advice to the Debtors regarding various tax issues, including an
Internal Revenue Service audit and tax opinions on various transactions.

Q.    Regulatory Matters (092)

Fees: $40,539.50            Total Hours: 68.00

Given the nature of the Debtors' businesses, OMM advised and assisted the Debtors
with various regulatory matters during the Compensation Period, including Hart-Scott-Rodino
filing requirements and state regulatory matters.

R.    Government Investigations (093)

Fees:   $463,447.50          Total Hours:  1,852.70

Continuing their work from prior to the Petition Date, OMM assisted the Debtors in addressing certain ongoing investigations being conducted by the US Department of Justice and the Securities and Exchange Commission relating to pre-petition criminal and regulatory investigations by such entities.  While OMM incurred fees of $463,447.50 in this category during the Compensation Period, OMM will seek fees for work completed in this category during the Compensation Period in a subsequent fee statement.

S.    Warehouse Lenders (094)

Fees: $70,849.50           Total Hours:  99.90

OMM spent considerable time during the Compensation Period analyzing the rights of the parties to the Debtors' various repurchase agreements, engaging in communications with warehouse lenders and drafting a motion to provide adequate protection to certain repurchase parties.

**Valuation of Services**

13.    Attorneys and paraprofessionals of OMM have expended a total of 3,639.70 hours in connection with this matter during the Compensation Period.

14.    The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto.  These are OMM's normal hourly rates for work of this character.  The reasonable value of the services rendered by OMM to the Debtors during the Compensation Period is  $1,824,684.75.

15.    In accordance with the factors set forth in Section 330 of the Bankruptcy Code, OMM respectfully submits that the amounts requested are fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services and (e) the costs of comparable services other than in a case under this title.  Moreover, OMM has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, OMM respectfully requests that the Court enter an order providing that, for the Compensation Period, an allowance be made to OMM with respect to the sum of $1,459,747.80 (80% of $1,824,684.75), as compensation for necessary professional services rendered, and the sum of $92,349.96 for reimbursement of actual necessary costs and expenses, for a total of $1,917,034.71, and that such sums be authorized for payment less any sums that have been previously paid to OMM pursuant to the Administrative Order, and for such other and further relief as the Court may deem just and proper.

Dated: August 5, 2007
Wilmington, Delaware

Respectfully submitted,

/s/ Suzzanne Uhland
Suzzanne Uhland
Ben H. Logan
Victoria A. Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

## **VERIFICATION**

STATE OF CALIFORNIA            )
COUNTY OF SAN FRANCISCO        )

      Suzzanne Uhland, after being duly sworn according to law, deposes and says:

      a) I am counsel with the applicant firm, O'Melveny & Myers LLP, co-counsel to the Debtors in the above-captioned matter.

      b) I have performed and am familiar with the work performed on behalf of the Debtors by O'Melveny & Myers LLP.

      c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2 and submit that the Application substantially complies with such Rule.

Suzzanne Uhland

SWORN AND SUBSCRIBED before me this 3rd th day of August, 2007

Notary Public

M. R. VICKERY
Commission # 1646296
Notary Public - California
San Francisco County
My Comm. Expires Feb 19, 2010