IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

NEW CENTURY TRS HOLDINGS, INC.
    Debtor

Case No. 07-10416-KJC
(Chapter 11)

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE C/O
COUNTRYWIDE HOME LOANS
    Movant

Ref: Docket No. 1934

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
    Attorneys for the Movant

v.

NEW CENTURY TRS HOLDINGS, INC, et al.
    Respondents

### ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by Deutsche Bank National Trust Company, as Trustee c/o Countrywide Home Loans ("CHL"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Automatic Stay is terminated allowing CHL to exercise its rights under applicable law against the Debtor's Property more particularly described in the Mortgage which has the address of 18963 Forrest Hill Drive, Woodhaven, MI 48183

("Property"), including, but not limited to foreclosure against the Property under the Mortgage.

Date: Aug 3, 2007

BY THE COURT:

_____
U.S. Bankruptcy Court Judge