IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:  

NEW CENTURY TRS HOLDINGS, INC.  
    Debtor  

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE C/O COUNTRYWIDE HOME LOANS  
    Movant  

THOMAS D.H. BARNETT, ESQUIRE  
BAR NUMBER 0994  
NEIL F. DIGNON, ESQUIRE  
BAR NUMBER 3625  
    Attorneys for the Movant  

v.  

NEW CENTURY TRS HOLDINGS, INC, et al.  
    Respondents  

Case No. 07-10416-KJC  
(Chapter 11)  

Ref: Docket No. 1905  

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by Deutsche Bank National Trust Company, as Trustee c/o Countrywide Home Loans ("CHL"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Automatic Stay is terminated allowing CHL to exercise its rights under applicable law against the Debtor's Property more particularly described in the Mortgage which has the address of 33359 Swan Lake Court, Romulus, Michigan

48174 ("Property"), including, but not limited to foreclosure against the Property under the Mortgage.

Date: Aug 3, 2007

BY THE COURT

U.S. Bankruptcy Court Judge