## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |

## INDEX OF FIRST DAY PLEADINGS

Voluntary Petition

   1.    New Century Warehouse Corporation

Supporting Declaration

   2.    Declaration of Holly F. Etlin in Support of Chapter 11 Petition and Request for
          First Day Relief [Docket No. 2152; filed August 3, 2007]

First-Day Motions

   3.    Motion of Debtor and Debtor in Possession for an Amended Order Directing Joint
          Administration of Related Chapter 11 Cases [Docket No. 3 & Docket No. 2151;
          filed August 3, 2007]

---

   [1]   On April 2, 2007, the following entities filed chapter 11 petitions (collectively, the "April Debtors"):
New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS
Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage
Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century
Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123
Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New
Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P.
(f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware
corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California
corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California
corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource,
Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS
Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company;
NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.   New
Century Warehouse Corporation has filed a motion requesting that its chapter 11 case be jointly administered with
those of the April Debtors.

4.    Motion of Debtor New Century Warehouse Corporation for an Order Authorizing
the Maintenance of New Century Warehouse Corporation's Existing Bank
Account [Docket No. 2153; filed August 3, 2007]

Dated:  August 6, 2007
          Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Ben H. Logan
Suzzanne S. Uhland
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California  94111
(415) 984-8700

ATTORNEYS FOR NEW CENTURY
WAREHOUSE CORPORATION

2