**In re: New Century TRS Holdings, Inc.**
**Case No. 07-10416-KJC**

**Homecomings Financial LLC Mortgages**

| | DJS FILE NUMBER | HOMECOMINGS LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | COUNTY | MORTGAGE BOOK/PAGE | NC MORTGAGE BOOK/PAGE | NEW CENT. LOAN NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 106 | 07-74583 | 7440510097 | 3072 SPICE LN | NORTH PORT | FL | 34286 | SARASOTA | 2005242059 | 2005242060 | 1004003107 |
| 2 107 | 07-74593 | 7440910644 | 8120 GENEVA CT #449 | DORAL | FL | 33166 | MIAMI-DADE | 24074/3106 | 24074/3131 | 1005217794 |
| 3 136 | 07-76452 | 7441095866 | 2410 BEACH PARKWAY WEST | CAPE CORAL | FL | 33914 | LEE | 2006000070599 | 2006000070600 | 1009284665 |
| 4 137 | 07-76463 | 7441093416 | 10856 ARIA CT | CLERMONT | FL | 34711 | LAKE | 3078/878 | 3078/903 | 1006126042 |
| 5 170 | 07-80309 | 7440730232 | 1605 N. OSCEOLA AVE | CLEARWATER | FL | 33755 | PINELLAS | 14757/51 | 14757/73 | 1004823445 |
| 6 171 | 07-80353 | 7440109692 | 443 LOCKPORT AVE S. | LEHIGH ACRES | FL | 33936 | LEE | 200500019844 | 200500019845 | 1002986193 |
| 7 172 | 07-80365 | 7440718500 | 2752 EGRET WALK TERR | JACKSONVILLE | FL | 32226 | DUVAL | 12898/802 | 12898/827 | 1004727852 |
| 8 180 | 07-81251 | 7440501211 | 5448 FULMAR DRIVE | TAMPA | FL | 33625 | HILLSBOROUGH | 15592/800 | 15592/824 | 1003676258 |
| 9 188 | 07-82347 | 7441010212 | 7009 WEATHERWOOD DRIVE | PENSACOLA | FL | 32506 | ESCAMBIA | 5830/635 | 5830/657 | 1006120397 |
| 10 189 | 07-82353 | 7440684512 | 1969 N BETTY LANE | CLEARWATER | FL | 33755 | PINELLAS | 14836/185 | 14836/207 | 1005006619 |
| 11 198 | 07-82944 | 7437346505 | 6101 NW 43RD WAY | COCONUT CREEK | FL | 33073 | BROWARD | 36640/1019 | 36640/1045 | 0001278965 |
| 12 203 | 07-84558 | 7440926376 | 1116 NW 24TH AVE | CAPE CORAL | FL | 33993 | LEE | 2005000185692 | 2005000185693 | 1005380483 |

07-74583