# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | CASE NO. 07-10416-KJC |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC., | § | Chapter 11 |
| *ET. AL.*, | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |
| | § | |

**REPLY OF POSITIVE SOFTWARE SOLUTIONS, INC., REGARDING ITS MOTION FOR RELIEF FROM THE STAY AND RESPONSE TO DEBTORS' CROSS-MOTION FOR ALLEGED STAY VIOLATION**

**DOCUMENTS FILED UNDER SEAL SUBJECT TO COURT APPROVAL OF POSITIVE SOFTWARE SOLUTIONS, INC.'S MOTION PURSUANT TO SECTION 107(b) OF TITLE 11 OF THE UNITED STATES CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9018 FOR AN ORDER AUTHORIZING POSITIVE SOFTWARE SOLUTIONS, INC. TO FILE UNDER SEAL ITS REPLY REGARDING ITS MOTION FOR RELIEF FROM THE STAY AND RESPONSE TO DEBTORS' CROSS-MOTION FOR ALLEGED STAY VIOLATION**

Dated: August 6, 2007
      Wilmington, Delaware      FOX ROTHSCHILD LLP

            By:  /s/ Carl D. Neff
               Daniel K. Astin, Esquire (Del. No. 4068)
               Anthony M. Saccullo, Esquire (Del. No. 4141)
               Carl D. Neff, Esquire (Del. No. 4895)
               Citizens Bank Center, Suite 1300
               919 N. Market Street, P.O. Box 2323
               Wilmington, Delaware 19899-2323
               Tel (302) 654-7444/Fax (302) 656-892
               dastin@foxrothschild.com
               asaccullo@foxrothschild.com
               cneff@foxrothschild.com

               -and-

Mark H. Ralston, Esq.
Texas Bar No. 16489460
THE RALSTON LAW FIRM
2603 Oak Lawn Avenue
Suite 230, LB 2
Dallas, Texas 75219-9109
Telephone: (214) 295-6416
ralstonlaw@gmail.com

Counsel to Positive Software Solutions, Inc.