IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | CASE NO. 07-10416-KJC |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC., | § | Chapter 11 |
| *ET. AL.,* | § | |
| | § | Jointly Administered |
| Debtors. | § | Objection Deadline: TBD |
| | § | Hearing Date: TBD |

**NOTICE OF MOTION OF POSITIVE SOFTWARE SOLUTIONS, INC. FOR AN ORDER AUTHORIZING POSITIVE SOLUTIONS, INC. TO FILE UNDER SEAL ITS REPLY REGARDING ITS MOTION FOR RELIEF FROM THE STAY AND RESPONSE TO DEBTORS' CROSS-MOTION FOR ALLEGED STAY VIOLATION**

TO: OFFICE OF THE UNITED STATES TRUSTEE, COUNSEL TO THE DEBTORS, AND ALL PARTIES REQUESTING NOTICE PURSUANT TO FED. R. BANKR. P. 2002

Positive Software Solutions, Inc. ("Positive Software") has requested the entry of an order pursuant to section 107(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9018 of the Federal Rules of Bankruptcy Procedure authorizing Positive Software to File Under Seal its Reply Regarding its Motion for Relief from the Stay and Response to Debtors' Cross-Motion for Alleged Stay Violation (the "Seal Motion"). The Seal Motion seeks the following relief: authority to file certain pleadings under seal.

If a copy of the Seal Motion is not enclosed, you may obtain a copy by contacting counsel for Positive Software at the below address.

**A HEARING WILL NOT BE HELD ON THE SEAL MOTION UNLESS ORDERED BY THE COURT.**

**IF YOU FAIL TO RESPOND TO THE SEAL MOTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE SEAL MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 6, 2007
      Wilmington, Delaware        FOX ROTHSCHILD LLP

By:   /s/ Carl D. Neff
     Daniel K. Astin, Esquire (Del. No. 4068)
     Anthony M. Saccullo, Esquire (Del. No. 4141)
     Carl D. Neff, Esquire (Del. No. 4895)
     Citizens Bank Center, Suite 1300
     919 N. Market Street, P.O. Box 2323
     Wilmington, Delaware 19899-2323
     Tel (302) 654-7444/Fax (302) 656-892
     dastin@foxrothschild.com
     asaccullo@foxrothschild.com
     cneff@foxrothschild.com

-and-

Mark H. Ralston, Esq.
Texas Bar No. 16489460
THE RALSTON LAW FIRM
2603 Oak Lawn Avenue
Suite 230, LB 2
Dallas, Texas 75219-9109
Telephone: (214) 295-6416
ralstonlaw@gmail.com

Counsel to Positive Software Solutions, Inc.