# **EXHIBIT A**



Register Sign In

THE ASSOCIATED PRESS  July 17, 2007, 2:45PM ET

# New Century creditors want to probe KPMG

**WASHINGTON**

Following in the footsteps of a court-appointed examiner, New Century Financial Corp. unsecured creditors are seeking approval from the bankruptcy court to investigate the relationship of accounting firm KPMG LLP with the collapsed subprime mortgage lender.

In papers filed with the U.S. Bankruptcy Court in Wilmington, Del., Monday, the official committee representing New Century's unsecured creditors asked the court to compel KPMG -- the subprime lender's former auditor -- to produce documents related to its work for the company.

The committee said it wants to examine documents related to KPMG's audits of New Century's financial statements, reviews of the company's interim financial statements, audits and assessments of internal controls over financial reports and other professional services provided to New Century.

The committee, which is coordinating its investigation with examiner Michael J. Missal, said it will also seek testimony from KPMG audit partner John Donovan and senior manager Mark Kim. Missal has also asked the bankruptcy court for approval to investigate KPMG, saying lawyers for the accounting firm have refused -- absent a subpoena -- to provide documents and testimony.

Missal, tapped last month to investigate what went wrong at New Century before it filed for bankruptcy protection in April, said he believes KPMG may possess "vital" information about the company's "accounting and financial statement errors, irregularities and misstatements."

Dan Ginsburg, a spokesman for KPMG, said "it's not unusual for the work of an auditor to be reviewed in a bankruptcy case such as this. We are confident that any objective review will confirm that our work was performed in accordance with professional standards."

Ginsburg noted that KPMG's last audit report on New Century's annual financial statement was for the fiscal year 2005.

New Century sought Chapter 11 bankruptcy protection on April 2 after announcing its financial statements for 2006 were materially false. The company has since said the accounting irregularities that caused its 2006 overstatement also marred its 2005 financial reports.

KPMG, which resigned as New Century's auditor on April 27, "has audited and reported on the 2005 financial

statements, management's assessment of the effectiveness of internal control over financial reporting as of Dec. 31, 2005, and the effectiveness of internal control over financial reporting as of Dec. 31, 2005," the committee said.

A court hearing on the committee's request is scheduled for August 7.

New Century, based in Irvine, Calif., has sold off its key assets and laid off more than 5,000 employees since it sought Chapter 11 protection three months ago amid a shakeout in the subprime mortgage-lending industry.

Copyright 2000-2007 by The McGraw-Hill Companies Inc. All rights reserved.

The McGraw-Hill Companies