In re: New Century TRS Holdings, Inc.
Case No. 07-10416-KJC

HomEq Mortgages

| Orig No. | DJS FILE NUMBER | HOMEQ LOAN NO. | MORTGAGOR FIRST NAME | MORTGAGOR LAST NAME | STREET ADDRESS | CITY | ST | ZIP | COUNTY | MORTGAGE BOOK/PAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 19 | 06-63051 | 324908482 | LUIS | BACALLAO | 999 BRICKELL BAY DR #709 | MIAMI | FL | 33131 | MIAMI-DADE | 24267/2324 |
| 2 | 20 | 06-63052 | 324879998 | JOSE | ALICEA | 122 LAKE RENA DR | LONGWOOD | FL | 32779 | SEMINOLE | 6064/716 |
| 3 | 28 | 06-65036 | 324844695 | DANNY R. | HOLLAND | 3421 AMANDA ST | PUNTA GORDA | FL | 33950 | CHARLOTTE | 2860/1598 |
| 4 | 36 | 06-66400 | 324837277 | WILLIAM | BELAIR | 2237 SE 26TH LN | HOMESTEAD | FL | 33035 | MIAMI-DADE | 24114/2015 |
| 5 | 44 | 06-67431 | 324752690 | EDWINA | BELL | 5845 SUNBERRY CIR | FORT PIERCE | FL | 34951 | ST LUCIE | 2393/2156 |
| 6 | 52 | 06-69549 | 324927235 | GRANT | HEMINGWAY | 56 NE 49TH ST | OCALA | FL | 34479 | MARION | 4281/808 |
| 7 | 63 | 06-71018 | 325431922 | JAMES | GEYER | 240 SE 47TH TERR | CAPE CORAL | FL | 33904 | LEE | 2006000238705 |
| 8 | 69 | 06-72359 | 1008382797 | BRICE | ELLETT | 1009 S. BETTY LN | CLEARWATER | FL | 33756 | PINELLAS | 15189/1877 |
| 9 | 70 | 06-72411 | 324930742 | MARCIAL | JIMENEZ | 1708 NW 3RD AVE | CAPE CORAL | FL | 33991 | LEE | 200600026939 |
| 10 | 71 | 06-72415 | 324880384 | ROBERT | CRAIG | 2711 SW 2ND LN | CAPE CORAL | FL | 33991 | LEE | 200500163820 |
| 11 | 95 | 07-72478 | 325265882 | JASON | BRACKENS | 3710 NW 23RD PL | COCONUT CREEK | FL | 33066 | BROWARD | 41985/751 |
| 12 | 97 | 07-73260 | 324824291 | JONATHAN | HIPPOLITE | 19394 NW 30TH CT | OPA LOCKA | FL | 33056 | MIAMI-DADE | 23939/281 |
| 13 | 138 | 07-77160 | 325658508 | ROBERT G. | BERRY | 2219 CAPE CORAL PARKWAY | CAPE CORAL | FL | 33914 | LEE | 2006-265773 |
| 14 | 169 | 07-80292 | 324939578 | JEFFREY | DUDLEY | 4709 COTTONWOOD DR | NEW PORT RICHEY | FL | 34652 | PASCO | 6798/1281 |