IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |

## NOTICE OF FILING OF BANKRUPTCY PETITION AND RELATED PLEADINGS; NOTICE OF HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that on August 3, 2007, New Century Warehouse Corporation (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that in addition to the filing of the voluntary petition, the Debtor has filed the following first day motions and related pleadings (collectively, the "First Day Motions"):

A. Declaration of Holly Etlin in Support of Chapter 11 Petition and Request for First Day Relief

---

[1] On April 2, 2007, the following entities filed chapter 11 petitions (collectively, the "April Debtors"): New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership. New Century Warehouse Corporation has filed a motion requesting that its chapter 11 case be jointly administered with those of the April Debtors.

B.     <u>First-Day Motions</u>

1. Motion of Debtors and Debtors in Possession for an Amended Order Directing Joint Administration of Related Chapter 11 Cases

2. Motion of Debtor New Century Warehouse Corporation for an Order Authorizing the Maintenance of New Century Warehouse Corporation's Existing Bank Account

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") with respect to the First Day Motions is scheduled for **August 7, 2007 at 1:30 p.m. (Eastern Time)** at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 before The Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that all objections, if any, to the First Day Motions may be made at the First Day Hearing.

Dated: August 6, 2007  
       Wilmington, Delaware

Respectfully submitted,

/s/ Michael J. Merchant

Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Christopher S. Samis (No. 4909)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
P.O. Box 551  
Wilmington, Delaware 19899  
(302) 651-7700

-and-

Suzzanne S. Uhland  
Ben H. Logan  
Victoria Newmark  
Emily R. Culler  
O'MELVENY & MYERS LLP  
275 Battery Street  
San Francisco, California 94111  
(415) 984-8700

ATTORNEYS FOR NEW CENTURY WAREHOUSE CORPORATION

2