**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, *et al.*, | : | Jointly Administered |
| | : | |
| Debtors. | : | **Objection Deadline: August 14, 2007 at 4:00 p.m.** |
| | : | **Hearing Date: August 21, 2007 at 1:30 p.m.** |

## NOTICE OF MOTION

TO:    All parties on the attached list

PLEASE TAKE NOTICE that Coremetrics, Inc. ("Coremetrics"), has today filed the attached **Motion of Coremetrics, Inc. for Entry of an Order Directing the Debtors to Immediately Comply with Post-Petition Rent Obligations Pursuant to 11 U.S.C. § 365(d)(3)** ("Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 ("Court").

PLEASE TAKE FURTHER NOTICE that responses to the Motion, if any, must be filed with the Court on or before **August 14, 2007 at 4:00 p.m.**.

PLEASE TAKE FURTHER NOTICE that at the same time you file a response to the Motion, you must also serve a copy of the response upon the undersigned counsel so that it is received by the undersigned counsel on or before **August 14, 2007 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held at the Court, on **August 21, 2007 at 1:30 p.m.**

PLEASE TAKE FURTHER NOTICE that if you fail to respond in accordance with this Notice, the Court may grant the relief demanded by the Motion without further notice or hearing.

Dated:  August 6, 2007            CONNOLLY BOVE LODGE & HUTZ LLP

**/s/ Jeffrey C. Wisler**
Jeffrey C. Wisler (No. 2795)
Marc J. Phillips (No. 4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Counsel for Coremetrics, Inc.

#556698v1