**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, *et al*., | : | Jointly Administered |
| | : | |
| Debtors. | : | **Related to Docket No. \_\_\_\_\_** |

**ORDER GRANTING MOTION OF COREMETRICS, INC. FOR ENTRY OF AN ORDER THAT DIRECTS AND COMPELS THE DEBTORS TO COMPLY WITH POST-PETITION RENT OBLIGATIONS PURSUANT TO 11 U.S.C. § 365(d)(3)**

Upon consideration of the *Motion of Coremetrics, Inc. for Entry of an Order that Directs and Compels the Debtors to Comply with Post-Petition Rent Obligations Pursuant to 11 U.S.C. § 365(d)(3)* ("Motion"); and upon consideration of any and all objections and/or responses that were filed with respect to the Motion; and notice of the Motion being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The above-captioned debtors ("Debtors") are hereby directed to pay Coremetrics the amount of $12,500.00, plus reasonable attorneys' fees and costs of $_____, within five (5) business days of the date of this Order.

Dated: _____, 2007

United States Bankruptcy Court Judge

#556696v1