**CERTIFICATE OF SERVICE**

I, Jeffrey C. Wisler, hereby certify that on the 6th day of August, 2007, I caused a copy of the foregoing to be served in the manner indicated on the following parties on the attached service list.

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler (No. 2795)

#556788