IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| **NEW CENTURY TRS HOLDINGS,** | : Case No. 07-10416 (KJC) |
| **INC., a Delaware corporation, et al.,**[1] | : |
| | : Jointly Administered |
| | : |
| Debtors. | : Re: Docket No. 2177 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
                     : SS.
NEW CASTLE COUNTY    :

Aja E. McDowell, being duly sworn according to law, deposes and says that she is employed as a Paralegal at the law firm of Richards, Layton & Finger, P.A., and that on the 6th day of August, 2007 she caused copies of the following to be served upon the parties set forth on the attached service list in the manner indicated:

- *Notice of Filing of Bankruptcy Petition and Related Pleadings; Notice of Hearing on First Day Motions [Docket No. 2177]*

---

[1] On April 2, 2007, the following entities filed chapter 11 petitions (collectively, the "April Debtors"): New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership. New Century Warehouse Corporation has filed a motion requesting that its chapter 11 case be jointly administered with those of the April Debtors.

Dated: August 6, 2007
      Wilmington, Delaware

                                              Aja E. McDowell, Paralegal
                                              RICHARDS, LAYTON & FINGER, P.A.
                                              One Rodney Square
                                              P.O. Box 551
                                              Wilmington, DE 19899
                                              (302) 651-7700

SWORN TO AND SUBSCRIBED before me this 6th day of August 2007.

_____
Notary Public

                        LINDA M. ANDERSON
                    Notary Public - State of Delaware
                    My Comm. Expires June 30, 2010

**Via Facsimile:**

| | TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|---|
| 1. | Joseph J. McMahon, Jr. | Office of the United States Trustee | 302-573-6491 | 302-573-6497 |
| 2. | Marc Flamino | Goldman Sachs Mortgage Company | 212-357-4727 | 212-902-1691 |
| 3. | T. Mark Kelly | Vinson & Elkins LLP | 713-758-2222 | 713-758-2346 |
| 4. | Tony Malanga | Ixis Real Estate Capital Inc. | 212-891-5814 | 212-891-6288 |
| 5. | Steven M. Yoder | The Bayard Firm [Representing Natixis] | 302-655-5000 | 302-658-6395 |
| 6. | Lisa M. Schweitzer | Cleary Gottlieb [Representing Goldman Sachs Mortgage Company] | 212-225-2000 | 212-225-3999 |
| 7. | Bonnie Glantz Fatell Regina Stango Kelbon David W. Carickhoff | Blank Rome LLP [Representing Official Committee of Unsecured Creditors] | 302-425-6400 | 302-425-6464 |
| 8. | Mark S. Indelicato Mark T. Power | Hahn & Hessen LLP [Representing Official Committee of Unsecured Creditors] | 212-478-7200 | 212-478-7400 |
| 9. | Mark Minuti | Saul Ewing LLP [Representing Examiner] | 302-421-6800 | 302-421-6813 |
| 10. | Edward M. Fox | Kirkpatrick & Lockhart Preston Gates Ellis LLP [Representing Examiner] | 212-536-3900 | 212-536-3901 |