**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,**[1] | : | **Case No. 07-10416 (KJC)** |
| | : | |
| | : | **Jointly Administered** |
| **Debtors** | : | |
| | : | **Related to Docket Nos. 526 and 669** |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION BETWEEN DEBTOR NEW CENTURY MORTGAGE CORPORATION AND COUNTRYWIDE HOME LOANS, INC. ALLOWING USE OF LIMITED POWER OF ATTORNEY**

The undersigned hereby certifies that:

1. On April 2, 2007 (the **"Petition Date"**), the above-captioned debtors and debtors in possession (the **"Debtors"**) filed voluntary petitions for relief under Chapter 11 of the title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the **"Bankruptcy Code"**).

2. On or about November 11, 2002, New Century Mortgage and Countrywide (as defined below) entered into a Limited Power of Attorney (the **"Limited POA"**).

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a/ NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

3. On May 3, 2007, the Debtors filed the Debtors' Motion for a Procedure to Grant Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to Sections 105(a) and 362 of the Bankruptcy Code (the **"Motion"**) [Docket No. 526]. On May 14, 2007, Countrywide objected to the Motion (the **"Objection"**)[Docket No. 669]. The Objection was resolved by that certain Order Establishing Procedure for Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to 11 U.S.C. Sections 105(a) and 362 of the Bankruptcy Code (the **"Procedures Order"**) (Docket No. 1163). At the hearing on the Motion, undersigned counsel for Countrywide disclosed to the Court that there were certain other situations where Countrywide, out of an abundance of caution, may need stay relief, which were not covered specifically in the Procedures Order.

4. In order to alleviate one of Countrywide's concerns, pursuant to the stipulation (the **"Stipulation"**), attached hereto as *Exhibit A,* by and among Countrywide Home Loans, Inc., Countrywide Financial Corporation, Countrywide Warehouse Lending, Countrywide Bank and Countrywide Securities Corporation (collectively, **"Countrywide"**), and New Century Mortgage Corporation (**"New Century Mortgage"** and collectively with Countrywide, the **"Parties"**), the Parties have agreed to modify the Automatic Stay[2] to the extent necessary permit Countrywide to exercise the Powers granted in the Limited POA to foreclose upon the Defaulted Loans.

5. The Parties respectfully request that the Court enter the proposed order, attached hereto as *Exhibit B,* at its earliest convenience.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

| | |
|---|---|
| Date: August 6, 2007 | **RICHARDS, LAYTON & FINGER, P.A.** |
| | */s/ Christopher M. Samis* |
| | Mark D. Collins (No. 2981) |
| | Michael J. Merchant (No. 3854) |
| | Christopher M. Samis (No. 4909) |
| | One Rodney Square |
| | P.O. Box 551 |
| | Wilmington, DE 19899 |
| | Phone: (302) 651-7700 |
| | |
| | - and – |
| | |
| | **O'MELVENY & MYERS LLP** |
| | Ben H. Logan |
| | Victoria Newmark |
| | Emily R. Culler |
| | 275 Battery Street |
| | San Francisco, CA 94111 |
| | Phone (415) 984-8700 |
| | |
| | *Counsel to Debtors and Debtors in Possession* |