# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors** | : | |
| | : | Related to Docket Nos. 526 and 669 |

## STIPULATION BETWEEN DEBTOR NEW CENTURY MORTGAGE CORPORATION AND COUNTRYWIDE HOME LOANS, INC. ALLOWING USE OF LIMITED POWER OF ATTORNEY

This stipulation (the **"Stipulation"**) entered into this 6th day of August, 2007, is made by and among Countrywide Home Loans, Inc., Countrywide Financial Corporation, Countrywide Warehouse Lending, Countrywide Bank and Countrywide Securities Corporation (collectively, **"Countrywide"**), and New Century Mortgage Corporation (**"New Century Mortgage"** and collectively with Countrywide, the **"Parties"**).

## RECITALS

WHEREAS, on April 2, 2007 (the **"Petition Date"**), the above-captioned debtors and debtors in possession (the **"Debtors"**) filed voluntary petitions for relief under

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a/ NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- 2 -

Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the **"Bankruptcy Code"**);

WHEREAS, pursuant to, among other things, that certain Master Securities Forward Transaction Agreement, that certain Mortgage Loan Purchase and Interim Servicing Agreement dated and effective as of August 4, 2004, and that certain Mortgage Loan Purchase and Interim Servicing Agreement dated and effective as of February 28, 2007, and various other contracts executed by one of the Debtors, Countrywide is a creditor of the Debtors, including at minimum New Century Mortgage and NC Capital Corporation. The transactions between Countrywide and the Debtors are evidenced by and otherwise documented pursuant to the identified loan purchase agreements, various schedules thereto and various other documents. Pursuant to such documentation, Countrywide has in the past bought loans originated by the Debtors, either in bulk or via correspondent channels, and was engaged in certain securities trade transactions with the Debtors. In addition, Countrywide has serviced and is servicing loans currently pursuant to contractual agreements with warehouse lenders of the Debtors who have purported to take ownership and control of the loans in question;

WHEREAS, on or about November 11, 2002, New Century Mortgage and Countrywide entered into a Limited Power of Attorney (the **"Limited POA"**). A true and correct copy of the Limited POA is attached hereto as *Exhibit "A"* and incorporated herein by reference;

- 3 -

WHEREAS, certain of the loans and mortgages originated by the Debtors and either: (i) sold to Countrywide; or (ii) sold to a third party and serviced by Countrywide, are currently in default (the **"Defaulted Loans"**);

WHEREAS, certain of the Defaulted Loans are presently recorded in the Debtors' name;

WHEREAS, Countrywide asserts that the Debtors only have bare legal title to, and no equitable interest in, the Defaulted Loans;

WHEREAS, Countrywide and the Debtors believe that the continued use of the Limited POA would not violate the automatic stay under section 362 of the Bankruptcy Code (the **"Automatic Stay"**), however, out of an abundance of caution, Countrywide and the Debtors have entered into this Stipulation;

WHEREAS, in order for Countrywide to initiate and pursue foreclosure proceedings against the Defaulted Loans, Countrywide must be able to, among other things: (i) endorse checks; (ii) execute and file assignments, mortgages, deeds, bills of sale, endorsements, satisfactions, releases, reconveyances, subordinations, modifications, and declarations relating to the Defaulted Loans; and (iii) pursue deficiency, insurance and other claims, all as more fully set forth in the Limited POA (the **"Powers"**);

WHEREAS, pursuant to the Limited POA, Countrywide was appointed as New Century Mortgage's true and lawful attorney-in-fact and granted the ability to exercise the Powers on behalf of New Century Mortgage; and

WHEREAS, out of an abundance of caution, the Parties desire to modify the Automatic Stay, upon the terms and conditions set forth herein, to the extent necessary to allow Countrywide to exercise the Powers granted in the Limited POA to foreclose upon the Defaulted Loans.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, subject to Court approval, that:

1. The above recitals are incorporated herein as though they were fully set forth at length.

2. The Automatic Stay is modified to the extent necessary to permit Countrywide to exercise the Powers granted in the Limited POA to foreclose upon the Defaulted Loans.

3. New Century Mortgage and Countrywide acknowledge and agree that this Stipulation may be executed in counterparts, each of which, when executed, shall be deemed to be an original, but all of which, when taken together, shall constitute one and the same Stipulation, and that a facsimile or photocopy signature shall have the same force and effect as an original signature.

4. The United States Bankruptcy Court for the District of Delaware shall retain sole and exclusive jurisdiction with respect to the terms and conditions of this Stipulation and any disputes arising therefrom.

5. Each of the undersigned individuals represents and warrants that he or she is authorized to execute and deliver this Stipulation for and on behalf of the party for which he or she purports to act.

Date:  August 6, 2007      **BRYAN CAVE LLP**
Katherine Windler (State Bar No. 158899)
120 Broadway, Suite 300
Santa Monica, CA 90401
Phone:   (310) 576-2100
Fax:      (310) 576-2200
katherine.windler@bryancave.com

    - and –

**EDWARDS ANGELL PALMER & DODGE LLP**


   /s/ *William E. Chipman, Jr.*
William E. Chipman, Jr., Esq. (DE No. 3818)
919 Market Street, Suite 1500
Wilmington, DE 19801
Phone: 302-777-7770
Facsimile: 302-777-7263
www.eapdlaw.com

*Counsel to Countrywide Home Loans, Inc.*


Date:  August 6, 2007      **RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Phone:   (302) 651-7700

    - and –

- 6 -

**O'MELVENY & MYERS LLP**
Ben H. Logan
Victoria Newmark
Emily R. Culler
275 Battery Street
San Francisco, CA 94111
Phone (415) 984-8700

*Counsel to Debtors and Debtors in Possession*

# EXHIBIT A

RLF1-3186337-1

Countrywide
CTC Real Estate Services
1800 Tapo Cyn Rd MS SV-2-71
Simi Valley, CA 93063-7901

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2003-0262730 03/03/03 14:49
8 OF 25
NADEL

(AREA ABOVE IS RESERVED FOR COUNTY – RECORDING INFORMATION)

# (Limited Power of Attorney)

( AZ )          Maricopa
  State          County/Town

Document Dated: November 11, 2002

Grantor:   New Century Mortgage Corporation
           18400 Von Karman, Suite 1000, Irvine, CA 92612

Grantee:   Countrywide Home Loans, Inc., fka
           Countrywide Funding Corporation
           1800 Tapo Canyon Road, Simi Valley, CA 93063

Prepared By: Daniel Moon

AFTER RECORDING, RETURN BY MAIL TO:
CTC REAL ESTATE SERVICES
1800 TAPO CANYON RD., MSN SV2-88
SIMI VALLEY, CA  93063

20030262730

Prepared by:
New Century Mortgage Corporation
18400 Von Karman, Suite 1000
Irvine, CA 92612

## LIMITED POWER OF ATTORNEY

New Century Mortgage Corporation (hereinafter called "Prior Servicer") hereby appoints Countrywide Home Loans, Inc. (hereinafter called "Countrywide"), as its true and lawful attorney-in-fact to act in the name, place and stead of Prior Servicer for the purposes set forth below.

The said attorneys-in-fact, and each of them, are hereby authorized, and empowered, as follows:

1. To execute, acknowledge, seal and deliver deed of trust/mortgage note endorsements, lost note affidavits, assignments of deed of trust/mortgage and other recorded documents, satisfactions/releases/reconveyances of deed of trust/mortgage, subordinations and modifications, tax authority notifications and declarations, deeds, bills of sale, and other instruments of sale, conveyance, and transfer, appropriately completed, with all ordinary or necessary endorsements, acknowledgments, affidavits, and supporting documents as may be necessary or appropriate to effect its execution, delivery, conveyance, recordation or filing.
2. To execute and deliver insurance filings and claims, affidavits of debt, substitutions of trustee, substitutions of counsel, non-military affidavits, notices of rescission, foreclosure deeds, transfer tax affidavits, affidavits of merit, verifications of complaints, notices to quit, bankruptcy declarations for the purpose of filing motions to lift stays, and other documents or notice filings on behalf of Prior Servicer in connection with insurance, foreclosure, bankruptcy and eviction actions.
3. To endorse any checks or other instruments received by Countrywide and made payable to Prior Servicer.
4. To pursue any deficiency, debt or other obligation, secured or unsecured, including but not limited to those arising from foreclosure or other sale, promissory note or check. This power also authorizes Countrywide to collect, negotiate or otherwise settle any deficiency claim, including interest and attorney's fees.
5. To do any other act or complete any other document that arises in the normal course of servicing.

Dated: November 11, 2002

Witness:

_____
Name: Jennifer Bersin

_____
Name: Kristi Hong

New Century Mortgage Corporation

_____
Name: Kevin Cloyd
Title: Senior Vice President

State of California),
County of Orange)

BEFORE ME, Michelle C. David, a Notary Public in and for the jurisdiction aforesaid, on this 11th day of November, 2002, personally appeared Kevin Cloyd, personally known to me (or sufficiently proven) to be the person who executed the foregoing instrument and he did acknowledge the signing of the foregoing instrument to be his free and voluntary act and deed as an authorized officer for the uses, purposes and consideration therein set forth.

Witness my hand and official seal this 11th day of November, 2002.

_____
My Commission Expires: 06-21-05

NOTARY STAMP

MICHELLE C DAVID
Commission # 1309729
Notary Public - California
Orange County
My Comm. Expires Jun 21, 2005