IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

AUG − 7 2007

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC, a Delaware corporation, et al. | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of **Guy S. Neal** of the law firm of Sidley Austin LLP, 1501 K Street, N.W., Washington, DC 20005, to represent KPMG, LLP in this action.

Dated: August 7, 2007

CAMPBELL & LEVINE, LLC

Mark Hurford (No. 3299)
800 North King Street, Suite 300
Wilmington, DE 19801
Phone: (302) 426-1900
Facsimile: (302) 426-9947

Attorneys for KPMG, LLP

{D0090017.1}

F8/7/07
D1 2184

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the United States Supreme Court, District of Columbia, State of Maryland, and Commonwealth of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: August 6, 2007

_____
Guy S. Neal
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
P: (202) 736-8041
F: (202) 736-8711
gneal@sidley.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: August 7, 2007

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

{DO090017.1}