IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | **(Jointly Administered)** |
| | : | |
| **Debtors.** | : | |

**SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF THE DEBTORS'
APPLICATION FOR AN ORDER AUTHORIZING
EMPLOYMENT AND RETENTION OF
BAUTE & TIDUS LLP AS SPECIAL
COUNSEL FOR THE DEBOTRS**

| | |
|---|---|
| STATE OF CALIFORNIA | : |
| | : |
| COUNTY OF LOS ANGELES | : |

JEFFREY A. TIDUS, being duly sworn, upon his oath, deposes and says:

1. I am a partner in the law firm of Baute & Tidus LLP ("B&T"), located at 777 South Figueroa Street, Suite 4900, Los Angeles, California 90017. I make this Supplemental Affidavit on behalf of B&T (the "Affidavit"). I submit this Affidavit in support of the application (the "Application") of the above-captioned debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), for an order authorizing the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

employment and retention of B&T as attorneys under the terms and conditions set forth in the Application. Except as otherwise noted, I have personal knowledge for the matters set forth herein. Except as modified herein, the disclosures made in my Affidavit of June 2007 remain true and correct to the best of my knowledge.

2.     B&T does not, and never has, represented Liberty Surplus Insurance Co., or any member of the Liberty Mutual Insurance Co. family of companies.

3.     The only connection B&T with Liberty Surplus is that Liberty Surplus is B&T's errors and omissions carrier.

4.     B&T is not counsel of record for any party in the *Positive Software* arbitration. B&T only represents New Century in the action entitled *New Century Financial Corp. v. Liberty Surplus Insurance Corp., et al.*, Los Angeles Superior Court Case No. GC033678.

Dated this 6th day of August 2007.

_____
Name: Jeffrey A. Tidus

SUBSCRIBED AND SWORN TO BEFORE ME this _____ day of _____, 2007

_____
Notary Public

My Commission Expires:

_____

-2-

RLF1-3138761-1

State of California
County of **Los Angeles** } ss.

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

On **August 7, 2007**, before me, **Catherine A. Cobb**,
*Date*                                                    *Printed Name of Notary Public*

personally appeared **Jeffrey A. Tidus**,
*Printed Name(s) of Signer(s)*

- [ ] personally known to me - or -
- [x] proved to me on the basis of satisfactory evidence:
  - [ ] form(s) of identification _____
  - [ ] credible witness(es) _____

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

CATHERINE A. COBB
COMM. #1570492
Notary Public - California
Los Angeles County
My Comm. Expires Apr. 18, 2009

_Catherine A. Cobb_
Signature of Notary Public

(Seal)

---

## OPTIONAL INFORMATION

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document*

### Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of **Supplemental Affidavit**,
containing **2** pages, and dated _____

The signer(s) capacity or authority is/are as:
- [ ] Individual(s)
- [ ] Attorney-in-Fact
- [ ] Corporate Officer(s) _____ Title(s)
- [ ] Guardian/Conservator
- [ ] Partner - Limited/General
- [ ] Trustee(s)
- [ ] Other: _____

representing: _____
*Name(s) of Person(s) or Entity(ies) Signer is Representing*

### Additional Information
- [ ] Additional Signer(s)
- [ ] Signer(s) Thumbprint(s)
- [ ] Other

© Copyright 2004 Notary Rotary Inc 925 29th St. Des Moines, IA 50312-3612   Form ACK02  02/04   To re-order call toll-free 1-877-349-6588 or visit us on the Internet at http://www.thenotaryshop.com