IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| NEW CENTURY TRS HOLDINGS, INC., | : | CASE NO. 07-10416-KJC |
| a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the undersigned counsel for Walz Postal Solutions, Inc. has changed its address, telephone number, and facsimile number as set forth below.

William A. Hazeltine
Law Offices of William A. Hazeltine LLC
The Brandywine Building
1000 N. West Street
Wilmington, DE 19801
302.295.4976
302.295.5077 (facsimile)

DATED: August 7, 2007

LAW OFFICES OF WILLIAM A. HAZELTINE LLC

/s/ William A. Hazeltine
William A. Hazeltine, Esq.
Bar ID No. 3294
The Brandywine Building
1000 N. West Street
Wilmington, DE 19801
302.295.4976

*Attorneys for Walz Postal Solutions, Inc.*