**Wilshire**<sup>SM</sup>

**Wilshire Credit Corporation**

**Payments**
P.O. Box 7195; Pasadena, CA 91109-7195

**Correspondence**
P.O. Box 8517; Portland, OR 97207-8517

**Phone**
(888) 502-0100

**Fax**
(503) 952-7476

**Web Site**
www.wcc.ml.com

July 31, 2007

FILED
2007 AUG -6  AM 10: 45
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of the Court
US Bankruptcy Court
DELAWARE - District of Delaware
824 Market Street, 5th Floor
Wilmington, DE  19801

Re:   New Century Mortgage Corporation
      Bankruptcy Case No. 07-10419
      Wilshire Loan No. 4771448

Dear Clerk of the Court:

Wilshire Credit Corporation is servicer of the mortgage in the above named debtor(s) bankruptcy case. Please add the following name and address to the debtor(s)' mailing matrix:

> Wilshire Credit Corporation
> PO Box 1650
> Portland, OR  97207-1650

If you have any questions please do not hesitate to call the undersigned

Sincerely,

*Arlene Gray*
Arlene Gray
Bankruptcy Specialist