# Village of ALBION INCORPORATED 1828

(585) 589-9176
(585) 589-1218 Fax

Mayor: Michael A. Hadick

Attorney:
John C. Gavenda

Clerk Treasurer:
Kathleen R. Ludwick

35-37 E. Bank Street, Albion, New York 14411

Dep. Mayor: Bruce P. Sidari

Trustee: Michael F. Neidert
Trustee: Kevin P. Sheehan
Trustee: Dean A. Theodorakos



August 2, 2007

Clerk
United States Bankruptcy Court For the District of Delaware
824 North Market Street
3rd Floor
Wilmington, DE 19801

  Re: New Century TRS Holdings, Inc., a Delaware Corporation, etal.
    Chapter 11 Case No.: 07-10416(KJC)

Dear Clerk:

  Please be advised that I am in receipt of the proof of claim for the Village of Albion with respect to the above-referenced debtor.

  After a diligent search of the Village Tax and water records, we find that there is nothing due and owing the Village of Albion and therefore I will not be filing said proof of claim.

              Very truly yours,

              JOHN C. GAVENDA, ESQ.
              Village of Albion Attorney

JCG/jans