Steven R. Morasse, Esq., SB# 117693
Desmond J. Collins, Esq., SB# 179732
GRANT & MORASSE
A Professional Corporation
4921 Birch Street, Suite 120
Newport Beach, California 92660-2144
(949) 622-0600

Attorneys for Plaintiff

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., | CASE NO. 07-10416 (KJC) |
| Debtors. | **REQUEST FOR SPECIAL NOTICE** |

TO THE COURT; THE DEBTOR; DEBTOR'S COUNSEL OF RECORD; AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT creditor, **Pacifica Paradise Valley, LLC**, hereby requests special notice of all proceedings in the matter, with such notice sent to:

*Steven R. Morasse, Esq.*
*Desmond J. Collins, Esq.*
*GRANT & MORASSE, A Professional Corporation*
*4921 Birch Street, Suite 120*
*Newport Beach, California 92660*
*(949) 622-0600 / Fax (949) 622-0601;*

| | | |
|---|---|---|
| 1 | Dated: August 2, 2007 | GRANT & MORASSE<br>A Professional Corporation |
| 2 | | |
| 3 | | By: _____<br>Desmond J. Collins |
| 4 | | Attorneys for Plaintiff |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

      I am employed in the county of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 4921 Birch Street, Suite 120, Newport Beach, California 92660-2144.

      On August 3, 2007, I served the foregoing document(s) described as **REQUEST FOR SPECIAL NOTICE** as follows:

[SEE ATTACHED SERVICE LIST]

XX    (By Mail) – On August 3, 2007, I caused the above-described document to be delivered by U.S. Mail in a sealed envelope addressed to the address listed on the attached service list. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business.

___    (By Personal Service) - On _____, 2007, during normal business hours, I caused the above-described document to be delivered by hand in a sealed envelope to the address listed below:

___    (By Facsimile) - On _____, 2007, at _____ .m., I caused the above-described document(s) to be transmitted to the offices of the addressee(s) listed above at the facsimile number(s) listed above.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, executed on August 3, 2007, at Newport Beach, California.

*/s/ Samantha Serrano*
Samantha Serrano

7679.19

**SERVICE LIST**

TRUSTEE

Joseph J. McMahon, Jr.
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, Delaware 19899

COUNSEL FOR DEBTORS

Suzzanne S. Uhland
O'MELVENY & MYERS, LLP
275 Battery Street
San Francisco, CA 94111

Mark D. Collins
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

7679.19

PROOF OF SERVICE