IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416(KJC) |
| INC., a Delaware corporation, et al.,[2] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Objection Deadline: August 27, 2007 at 4:00 p.m. |
| | : | |

**SUPPLEMENTAL MONTHLY APPLICATION OF O'MELVENY & MYERS LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIODS (A) APRIL 2, 2007 THROUGH APRIL 30, 2007 AND (B) MAY 1, 2007 THROUGH MAY 31, 2007**

| | |
|---|---|
| Name of Applicant: | O'Melveny & Myers LLP |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors-in-possession |
| Date of Retention: | May 7, 2007, *nunc pro tunc* to April 2, 2007 |
| Periods for which compensation and reimbursement are sought: | April 2, 2007 through April 30, 2007 and May 1, 2007 through May 31, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary: | $723,860.00 (80% of $904,825.00)[3] |

---

[2] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

[3] The fees and expenses sought herein relate solely to time and expenses incurred in the billing category

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:          $0.00

This is a(n):   _X_ monthly        ___ interim        ___ final application

---

"Government Investigation" during April and May, 2007.

RLF1-3187033-1

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED IN APRIL | APRIL COMPENSATION | HOURS BILLED IN MAY | MAY COMPENSATION |
|---|---|---|---|---|---|---|
| Ben Logan | Partner in the Restructuring and Finance Department. Joined firm in 1976. Member of the CA State Bar since 1976. | 795 | 0.6 | $477.00 | 2.7 | $2,146.50 |
| David Krinsky | Partner in the Transactions Department. Joined firm in 1994. Member of the CA State Bar since 1973 | 795 | 2.0 | $1,590.00 | 0.9 | $715.50 |
| Meredith Landy | Partner in the Adversarial - Securities Litigation Practice Group. Joined firm in 2003. Member of the CA State Bar since 1988 | 760 | 1.9 | $1,444.00 | 0.6 | $456.00 |
| Jeff Walbridge | Partner in the Executive Compensation and Benefits Group of the Tax Department. Joined firm in 1995. Member of the CA State Bar since 1995. | 730 | 0.3 | $219.00 | 0.0 | $0.00 |
| Suzzanne Uhland | Partner in the Restructuring and Finance Department. Joined firm in 1988. Member of the CA State Bar since 1988 | 725 | 4.8 | $3,480.00 | 3.3 | $2,392.50 |

| Professional | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Hours Billed In April | April Compensation | Hours Billed In May | May Compensation |
|---|---|---|---|---|---|---|
| Alejandro Mayorkas | Partner in the Adversarial Department. Joined firm in 2001. Member of the CA State Bar since 1986. | 705 | 80.9 | $57,034.50 | 45.6 | $32,148.00 |
| Michael Camunez | Partner in the Adversarial Department. Joined firm in 1998. Member of the CA State Bar since 1998. | 590 | 4.4 | $2,596.00 | 0.6 | $354.00 |
| Jorge Deneve | Counsel in the Adversarial Department. Rejoined firm in 2007. Member of the CA State Bar since 1998. | 590 | 85.4 | $50,386.00 | 60.9 | $35,931.00 |
| C. Brophy Christensen | Partner in the Transactions Department. Joined firm in 1997. Member of the CA State Bar since 1997. | 590 | 1.0 | $590.00 | 0.2 | $118.00 |
| Jeff Fowler | Counsel in the Adversarial Department. Joined firm in 1998. Member of the CA State Bar since 1994. | 555 | 0.8 | $444.00 | 0.0 | $0.00 |
| Lori Romley | Counsel in the Adversarial Department. Joined firm in 1994. Member of the CA State Bar since 1990. | 555 | 4.4 | $2,442.00 | 0.0 | $0.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED IN APRIL | APRIL COMPENSATION | HOURS BILLED IN MAY | MAY COMPENSATION |
|---|---|---|---|---|---|---|
| Mark Teeter | Associate in the Adversarial Department. Joined firm in 2001. Member of the CA State Bar since 2001. | 500 | 2.8 | $1,400.00 | 0.0 | $0.00 |
| Sandra Sepulveda | Associate in the General Trial and Litigation Practice. Joined firm in 2004. Member of the CA State Bar since 2002. | 480 | 0.0 | $0.00 | 3.0 | $1,440.00 |
| Sara Folchi | Associate in the Adversarial Department. Joined firm in 2004. Member of the CA State Bar since 2003. | 415 | 10.5 | $4,357.50 | 5.5 | $2,282.50 |
| Roberta Harting | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2003. | 415 | 45.1 | $18,716.50 | 32.2 | $13,363.00 |
| Abby Schwartz | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA Bar since 2007 | 360 | 7.5 | $2,700.00 | 8.4 | $3,024.00 |
| Hamid Jabbar | Associate in the Adversarial Department. Joined firm in 2005. Member of the CA State Bar since 2005. | 360 | 67.1 | $24,156.00 | 84.8 | $30,528.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED IN APRIL | APRIL COMPENSATION | HOURS BILLED IN MAY | MAY COMPENSATION |
|---|---|---|---|---|---|---|
| Brianne Suska | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 360 | 51.6 | $18,576.00 | 14.2 | $5,112.00 |
| Joy Jenkins | Associate in the Transactions Department. Joined firm in 2005. Member of the CA State Bar since 2006 | 360 | 34.1 | $12,276.00 | 19.8 | $7,128.00 |
| Justin Ford | Associate in the Global Enforcement and Criminal Defense Division. Joined firm in 2006. Member of the CA State Bar since 2006. | 300 | 3.4 | $1,020.00 | 0.0 | $0.00 |
| Vivi Tran | Associate in the Securities Litigation Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 300 | 59.9 | $17,970.00 | 68.6 | $20,580.00 |
| Katie Patton | Associate in the Labor & Employment Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 300 | 25.7 | $7,710.00 | 45.2 | $13,560.00 |
| Robert Newcombe | Senior Practice Support Coordinator since 2005. | 275 | 0.8 | $220.00 | 0.0 | $0.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED IN APRIL | APRIL COMPENSATION | HOURS BILLED IN MAY | MAY COMPENSATION |
|---|---|---|---|---|---|---|
| John Janega | Staff Attorney in the Adversarial Department. Joined firm in 2006. Member of the IL State Bar since 1975. | 265 | 0.0 | $0.00 | 7.5 | $1,987.50 |
| Allison Dietrick | Staff Attorney in the Adversarial Department. Joined firm in 2001. Member of the CA State Bar since 2001. | 260 | 22.2 | $5,772.00 | 107.2 | $27,872.00 |
| Gerald Krimen | Staff Attorney in the Adversarial Department. Joined firm in 2001. Member of the CA State Bar since 1999. | 250 | 198.0 | $49,500.00 | 187.8 | $46,950.00 |
| Alex Stemkovsky | Staff Attorney in the Adversarial Department. Joined firm in 2005. Member of the CA State Bar since 2006 | 250 | 159.0 | $39,750.00 | 162.7 | $40,675.00 |
| June Burton | Staff Attorney in the Adversarial Department. Joined firm in 2006. Member of the D.C. and Maryland State Bar since 1997. | 235 | 0.0 | $0.00 | 17.5 | $4,112.50 |
| Michael Donovan | Litigation Support Specialist since 2005. | 235 | 48.7 | $11,444.50 | 37.6 | $8,836.00 |
| Son Dinh | Litigation Support Specialist since 2005 | 235 | 0.9 | $211.50 | 0.0 | $0.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED IN APRIL | APRIL COMPENSATION | HOURS BILLED IN MAY | MAY COMPENSATION |
|---|---|---|---|---|---|---|
| Angela Wang | Associate in the Transactions Department. Joined firm in 2006. Member of the NY State Bar since 2007. | 230 | 55.3 | $12,719.00 | 9.2 | $2,116.00 |
| James McCarthy | Adversarial Paralegal since 1997. | 225 | 37.8 | $8,505.00 | 15.9 | $3,577.50 |
| Debra Fisher | Library Manager since 1993. | 225 | 5.7 | $1,282.50 | 4.2 | $945.00 |
| Joanne Wisner | Staff Attorney in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2000. | 220 | 0.0 | $0.00 | 26.2 | $5,764.00 |
| David Kirschner | Staff Attorney in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 1995 | 220 | 0.0 | $0.00 | 77.8 | $17,116.00 |
| Daniel Nitzani | Staff Attorney in the Adversarial Department. Joined firm in 2005. Member of the CA State Bar since 2001. | 220 | 160.4 | $35,288.00 | 156.9 | $34,518.00 |
| Alicia Rause | Staff Attorney in the Adversarial Department. Joined firm in 2007. Member of the FL State Bar since 2002. | 220 | 3.10 | $682.00 | 0.00 | $0.00 |
| Denise Lieu | Practice Support Analyst since 2006. | 200 | 0.8 | $160.00 | 0.5 | $100.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED IN APRIL | APRIL COMPENSATION | HOURS BILLED IN MAY | MAY COMPENSATION |
|---|---|---|---|---|---|---|
| Timothy Sheehan | Adversarial Paralegal since 2004. | 190 | 11.0 | $2,090.00 | 0.0 | $0.00 |
| Truong Nguyen | Staff Attorney in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2004. | 160 | 117.3 | $18,768.00 | 78.5 | $12,560.00 |
| Brian Shaw | Staff Attorney in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2001. | 160 | 138.8 | $22,208.00 | 120.1 | $19,216.00 |
| Paul Nalabandian | Staff Attorney in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 1999. | 160 | 0.0 | $0.00 | 1.3 | $208.00 |
| Lloyd McGuire | Staff Attorney in the Adversarial Department. Joined firm in 2007. Member of the SC State Bar since 2006. Member of the DC Bar since 2007 | 150 | 0.0 | $0.00 | 74.3 | 11,145.00 |
| Kiley Alison Frank | Staff Attorney in the Adversarial Department. Joined firm in 2007. Member of the MD Bar since 2004. Member of the DC Bar since 2006. | 150 | 0.0 | $0.00 | 146.5 | $21,975.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED IN APRIL | APRIL COMPENSATION | HOURS BILLED IN MAY | MAY COMPENSATION |
|---|---|---|---|---|---|---|
| Helyn Nelson | Staff Attorney in the Adversarial Department. Joined firm in 2006. Member of the MD Bar since 2005 Member of the DC Bar since 2006 | 150 | 0.0 | $0.00 | 97.3 | $14,595.00 |
| Muhammed Mims | Staff Attorney in the Adversarial Department. Joined firm in 2006 Member of the PA Bar since 2004 | 150 | 0.0 | $0.00 | 110.8 | $16,620.00 |
| Samuel English | Project Assistant since 2007 | 150 | 7.0 | $1,050.00 | 0.0 | $0.00 |
| David Page | User Support Analyst since 1997 | 125 | 6.5 | $812.50 | 0.0 | $0.00 |
| Elizabeth Ene | Litigation Support Specialist since 2007 | 100 | 1.5 | $150.00 | 4.4 | $440.00 |
| Rolando Castellanos | Court Services Supervisor since 2007 | 90 | 0.2 | $18.00 | 0.0 | $0.00 |
| Leonard Clark | Court Services Coordinator since 1999 | 90 | 0.4 | $36.00 | 0.0 | $0.00 |
| Shara Evaskovich | Court Services Coordinator since 2007 | 90 | 0.4 | $36.00 | 0.0 | $0.00 |
| Gilbert Morales | Scanning Operator since 2002 | 70 | 0.5 | $35.00 | 0.0 | $0.00 |
| Thang Nguyen | Practice Support Assistant since 2005 | 70 | 14.5 | $1,015.00 | 12.0 | $840.00 |
| TOTAL | | | 1,485.2 | $441,377.50 | 1,852.7 | $463,447.50 |

## COMPENSATION BY PROJECT CATEGORY

| Fee Summary for Government Investigation (093) Category ||| 
|---|---|---|
| Period | Hours | Fees |
| April 2, 2007 – April 30, 2007 | 1,485.2 | $441,377.50 |
| May 1, 2007 – May 31, 2007 | 1,852.7 | $463,447.50 |
| **Total** | **3,337.9** | **$904,825.00** |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416(KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Objection Deadline: August 27, 2007 at 4:00 p.m. |

**SUPPLEMENTAL MONTHLY APPLICATION OF O'MELVENY & MYERS LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIODS (A) APRIL 2, 2007 THROUGH APRIL 30, 2007 AND (B) MAY 1, 2007 THROUGH MAY 31, 2007**

Pursuant to Sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 25, 2007 [Docket No. 389] (the "Administrative Order"), O'Melveny & Myers LLP ("OMM") hereby files this Supplemental Monthly Application for Allowance of Compensation for Services Rendered as Co-Counsel to the Debtors and Debtors in Possession for the Periods (a) April 2, 2007 through April 30, 2007 and (b) May 1, 2007 through May 31, 2007 (the "Supplemental Application"). By this Supplemental Application, OMM seeks a monthly allowance pursuant to the Administrative Order with respect

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

to the sum of $723,860.00 (80% of $904,825.00) as compensation for services rendered in the billing category "Government Investigation" for the periods (a) April 2, 2007 through and including April 30, 2007 (the "April Period") and (b) May 1, 2007 through and including May 31, 2007 (the "May Period" and together with the April Period, the "Compensation Periods").[2] In support of this Supplemental Application, OMM respectfully represents as follows:

### Background

1. On April 2, 2007 (the "Petition Date"), the Debtors filed the instant petitions for relief and the Debtors' bankruptcy cases are being jointly administered pursuant to an order of the Court. The Debtors are operating their business and managing their affairs as debtors and debtors in possession.

2. The Debtors' retention of OMM was approved effective as of the Petition Date by this Court's Order dated May 7, 2007 [Docket No. 567] (the "Retention Order"). The Retention Order authorized OMM to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### Compensation Paid and its Source

3. All services for which compensation is requested by OMM were performed for or on behalf of the Debtors.

4. Except to the extent of the retainer paid to OMM as described in the application seeking approval of OMM's employment by the Debtors during the period covered by this Application, OMM has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between OMM and any other person other than the partners of OMM for the sharing of compensation to be received for services rendered in these cases.

---

[2] In accordance with the procedures approved by the Court pursuant to the Administrative Order, upon the filing of a certificate of no objection with the Court, the Debtors are authorized to pay OMM an amount equal to the lesser of (i) 80% of the fees ($723,860.00) requested in the Application and (ii) 80% of the fees not subject to an objection.

## Fee Statements

5.   To date, OMM has filed two monthly fee applications covering the periods (a) the April Period [Docket No. 1960], and (b) the May Period [Docket No. 2158] (together, the "Monthly Applications"). The Monthly Applications did not seek payment for fee related to the Government Investigation category because the Debtors had filed a motion to file those detailed time entries under seal. The Debtors and OMM believed the relief requested in such motion was necessary in order to prevent disclosure of confidential and privileged information concerning the ongoing government investigations of the Debtors. After conferring, the Debtors, OMM, and the United States Trustee agreed that OMM would edit the Government Investigation time entries so as to prevent disclosure of confidential and privileged information and, as such, would not seek to file the Government Investigation time entries under seal at this time.

6.   Accordingly, the fee statements for Government Investigation (093) billing category for the Compensation Periods are attached hereto as Exhibit A. The statements contain daily time logs describing the time spent by each attorney and paraprofessional for the Compensation Periods in the Government Investigation (093) category.[3] To the best of OMM's knowledge, this Supplemental Application complies with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2 and the Administrative Order.

## Summary of Services Rendered

7.   The partners, counsel and associates who rendered professional services in the Government Investigation category during the Compensation Periods are: Ben Logan, David Krinsky, Meredith Landy, Jeff Walbridge, Suzzanne Uhland, Alejandro Mayorkas, Michael Camunez, J. Jorge DeNeve, C. Brophy Christensen, Jeffrey Fowler, Lori Romley, Mark Teeter, Sandra Sepulveda, Sara Folchi, Roberta Harting, Abby Schwartz, Hamid Jabbar, Brianne Suska,

---

[3] OMM's word processing and distribution handling expenses are not included in its overhead but instead are charged separately to clients. OMM generally charges its bankruptcy clients at the same rates as its non-bankruptcy clients but, consistent with applicable guidelines, is not seeking reimbursement from the Debtors' estates for these actual incurred expenses.

Joy Jenkins, Justin Ford, Vivi Tran, Katie Patton, John Janega, Alison Dietrick, Gerald Krimen, Alex Stemkovsky, June Burton, Angela Wang, Joanne Wisner, David Kirschner, Daniel Nitzani, Truong Nguyen, Alicia Rause, Brian Shaw, Paul Nalabandian, Lloyd McGuire, Helyn Nelson, Kiley Frank, and Muhammed Mims.

8. The paraprofessionals of OMM who provided services to the attorneys in the Government Investigation category during the Compensation Period are: Michael Donovan, James McCarthy, Son Dinh, Samuel English, Timothy Sheehan, David Page, Debra Fisher, Denise Lieu, Gilbert Morales, Robert Newcombe, Elizabeth Ene, Leonard Clark, Rolando Castellanos, Shara Evaskovich, and Thang Nguyen.

9. OMM by and through the above-named persons, has worked diligently to represent the Debtors in connection with ongoing government investigations. In particular, continuing its work from prior to the Petition Date, OMM assisted the Debtors in addressing certain ongoing investigations being conducted by the US Department of Justice and the Securities and Exchange Commission relating to pre-petition criminal and regulatory investigations by such entities. Within this category, OMM incurred $441,377.50 in fees and $10.00 in the expenses during the April Period and $463,447.50 in fees and $1,341.69 in expenses during the May Period, for a total of $904,825.00 in fees and $1,351.69 in expenses during the Compensation Periods.

**Valuation of Services**

10. Attorneys and paraprofessionals of OMM have expended a total of 3,337.9 hours in connection with this the Government Investigation category during the Compensation Periods.

11. The nature of the work performed by these persons, edited so as not to reveal confidential and/or privileged information, is fully set forth in Exhibit A attached hereto. These are OMM's normal hourly rates for work of this character. The reasonable value of the services rendered by OMM to the Debtors in the Government Investigation category during the Compensation Periods is $904,825.00.

12. In accordance with the factors set forth in Section 330 of the Bankruptcy

Code, OMM respectfully submits that the amounts requested are fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services and (e) the costs of comparable services other than in a case under this title. Moreover, OMM has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Supplemental Application complies with that Rule.

WHEREFORE, OMM respectfully requests that the Court enter an order providing that, for services performed in the Government Investigation category during the Compensation Periods, an allowance be made to OMM with respect to the sum of $723,860.00 (80% of $904,825.00), as compensation for necessary professional services rendered, and that such sum be authorized for payment, and for such other and further relief as the Court may deem just and proper.

Dated: August 7, 2007  
Wilmington, Delaware

Respectfully submitted,

_____  
Suzzanne Uhland  
Ben H. Logan  
Victoria A. Newmark  
Emily R. Culler  
O'MELVENY & MYERS LLP  
275 Battery Street  
San Francisco, California 94111  
(415) 984-8700

ATTORNEYS FOR DEBTORS AND  
DEBTORS IN POSSESSION

## VERIFICATION

STATE OF CALIFORNIA     )
COUNTY OF SAN FRANCISCO )

Suzzanne Uhland, after being duly sworn according to law, deposes and says:

a) I am counsel with the applicant firm, O'Melveny & Myers LLP, co-counsel to the Debtors in the above-captioned matter.

b) I have performed and am familiar with the work performed on behalf of the Debtors by O'Melveny & Myers LLP.

c) I have reviewed the foregoing Supplemental Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2 and submit that the Supplemental Application substantially complies with such Rule.

_____
Suzzanne Uhland

SWORN AND SUBSCRIBED before me this ___th day of August, 2007

_____
Notary Public

WENDY MAY BENSON
Commission # 1684286
Notary Public - California
San Francisco County
My Comm. Expires Mar 26, 2010

LA3:1136271.3