**IN THE UNITED STATES BANKRUPTCY
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY HOLDINGS, INC, *et al.*, | : | Case No. 07- 10416(KJC) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## NOTICE OF WITHDRAWAL OF D.I. NO. 2099

PLEASE TAKE NOTICE that New York State Teachers' Retirement System ("NYSTRS") hereby withdraws its Limited Objection to Notice of Proposed Sale of Assets by Debtors and Debtors in Possession Pursuant to Miscellaneous Asset Sale Procedures (D.I. No. 2099).

Dated: August 8, 2007
Wilmington, Delaware

CROSS & SIMON, LLC

By:  /s/ Christopher P. Simon
Christopher P. Simon (No. 3697)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
Tel: (302) 777-4200
Fax: (302) 777-4224

-and-

Ira M. Levee, Esquire
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2480
Fax: (973) 597-2481

*Counsel to New York State Teachers' Retirement System*