## CERTIFICATE OF SERVICE

I, Christopher P. Simon, certify that on August 8, 2007, I caused a copy of the Notice of Withdrawal of D.I. No. 2099 to be served on the parties listed below, as indicated.

**BY HAND DELIVERY**
Joseph J. McMahon, Jr., Esq.
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King St., Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6497 (Facsimile)

**BY HAND DELIVERY**
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Marcus A. Ramos, Esq.
Christopher M. Samis, Esq.
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7701 (Facsimile)
*Counsel to the Debtors*

**BY HAND DELIVERY**
Mark T. Hurford, Esq.
Campbell & Levine
800 King ST, Suite 300
Wilmington, DE 19801
*Attorneys for KPMG LLP*

**BY HAND DELIVERY**
Bonnie Glantz Fatell, Esq.
BLANK ROME LLP
1201 Market St., Suite 800
Wilmington, DE 19801
(302) 425-6464 (Facsimile)
*Counsel to Official Committee*
*of Unsecured Creditors*

**BY FACSIMILE**
Hille R. Sheppard, Esq.
Jennifer Peltz, Esq.
SIDLEY AUSTIN LLP
One South Dearborn St.
Chicago, IL 60603
(312) 853-7036 (Facsimile)
*Attorneys for KPMG LLP*

**BY FACSIMILE**
Suzanne S. Uhland, Esq.
Ben H. Logan, Esq.
Victoria Newmark, Esq.
Emily R. Culler, Esq.
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
(415) 984-8701 (Facsimile)
*Counsel to the Debtors*

| | |
|---|---|
| **BY FACSIMILE**<br>Mark S. Indelicato, Esq.<br>Mark T. Power, Esq.<br>HAHN & HESSEN LLP<br>448 Madison Avenue<br>New York, NY 10022<br>(212) 478-7400 (Facsimile)<br>*Counsel to Official Committee*<br>*of Unsecured Creditors* | **BY FACSIMILE**<br>Guy S. Neal, Esq.<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>(202) 736-8711 (Facsimile)<br>*Attorneys for KPMG LLP* |
| **BY FACSIMILE**<br>Michael C. Kelley, Esq.<br>Jose F. Sanchez, Esq.<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA  90013-1010<br>(213) 896-6600 (Facsimile)<br>*Attorneys for KPMG LLP* | |

                                              /s/ Christopher P. Simon
                                              Christopher P. Simon (Bar No. 3967)