## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Re: Docket No. 893 |
| | : |

### ORDER PURSUANT TO SECTION 345(b) OF THE
### BANKRUPTCY CODE APPROVING INTERIM RELIEF

Upon the motion (the "Motion")[2] of New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc. ("New Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor-in-possession (collectively, the "Debtors"), for an order authorizing the Debtors to invest their cash and cash equivalents in accordance with the proposed investment guidelines set forth therein, in addition to any other investments permitted by Section 345 of the Bankruptcy Code; the Court having reviewed the Motion, and having heard the statements of counsel regarding the Motion at a hearing before the Court (the "Hearing"); and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (iii) that notice of this Motion and the Hearing was

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

[2] Capitalized terms used but not defined herein shall have the meaning assigned to them in the Motion.

LA3:1134349.2
RLF1-3186374-1

sufficient under the circumstances and that no other or further notice need be provided; no objections being filed or stated; and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief granted herein is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefor,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, as modified herein.

2. For cause shown, the Debtors are granted limited relief from the requirements of 11 U.S.C. § 345(b) from April 2, 2007 through August 1, 2007 to invest their cash and cash equivalents in accordance with the investment guidelines set forth in the Motion (the "Investment Guidelines"), in addition to any other investments permitted by Section 345 of the Bankruptcy Code.

3. The Debtors' and Union Bank's compliance with the Investment Guidelines shall be deemed to constitute compliance with Section 345 of the Bankruptcy Code during the time period from April 2, 2007 through August 1, 2007, and during that time period the Debtors and Union Bank are relieved from the obligation under Section 345(b) of the Bankruptcy Code to obtain a bond from any entity with which money is deposited or invested in accordance with the Investment Guidelines.

Date: August 7, 2007
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE