

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-10416 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket 2151 |
| | : | |
| In re: | : | |
| | : | |
| NEW CENTURY WAREHOUSE CORPORATION, a California corporation, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 07-11043 |
| | : | |
| Employer Tax I.D. No. 13-4268706 | : | |

## AMENDED ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

This matter coming before the Court on the Motion of Debtors and Debtors in Possession for a Amended Order Directing Joint Administration of Related Chapter 11 Cases (the "Motion") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having reviewed the Motion; the Court finding that (a) the Court has

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

LA3:1135336.4
RLF1-3185999-1

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of the Motion and the Hearing was adequate under the circumstances and (d) the Debtors are "affiliates" within the meaning of section 101(2) of the Bankruptcy Code; and (e) joint administration of the Debtors' chapter 11 cases is appropriate pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1; and the Court having considered the Declaration of Holly F. Etlin in Support of Chapter 11 Petition and Request for First Day Relief; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

3. The above-captioned chapter 11 cases, including the chapter 11 case of New Century Warehouse Corporation, are consolidated for procedural purposes only and shall be administered jointly under Case No. 07-10416 (KJC).

4. Pleadings in these cases are authorized and required to bear a consolidated caption in the form set forth on Exhibit A attached hereto and incorporated herein by reference, which caption is approved in all respects.

5. The Clerk of the Court shall maintain one file and one docket for all of these jointly administered cases, which file and docket shall be the file and docket for New Century TRS Holdings, Inc. (the "Caption Case").

6. A docket entry shall be made on the docket in each of the above-captioned cases (other than the Caption Case) substantially as follows:

> "An amended order has been entered in this case directing the joint administration of the chapter 11 cases of New Century TRS Holdings, Inc., a Delaware corporation, et al. The docket in Case No. 07-10416 (KJC) should be consulted for all matters affecting this case."

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned chapter 11 cases.

8. This Court shall retain exclusive jurisdiction to enforce and interpret the terms of this Order.

Dated: Aug 4, 2007
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE