**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:

NEW CENTURY TRS HOLDINGS, INC.

Chapter    11
Case No. <u>07-10416-KJC</u>

Debtor

**Objections due by:<u>9/3/2007</u>**
**Hearing Date: <u>9/11/2007</u>**

TO:

**NOTICE OF MOTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS**
**TRUSTEE C/O COUNTRYWIDE HOME LOANS FOR RELIEF FROM STAY UNDER**
**SECTION 362 OF THE BANKRUPTCY CODE**

| New Century TRS | Christopher M. Samis | U.S. Trustee |
|---|---|---|
| Holdings, Inc. | Chun I. Jang | United States Trustee |
| 18400 Von Karman Ave. | Mark D. Collins | 844 King Street, Room 2207 |
| Irvine, CA 92612 | Michael Joesph Merchant | Lockbox #35 |
| Debtor | Paul Noble Heath | Wilmington, DE 19899 |
| | Richards, Layton & Finger | |
| | One Rodney Square | Bonnie Glantz Fatell |
| | P.O. Box 551 | David W. Carickhoff, Jr. |
| | Wilmington, DE 19899 | Blank Rome LLP |
| | Attorney for the Debtor | 1201 Market Street, Suite 800 |
| | | Wilmington, DE 19801 |
| | | Attorney for the Official |
| | | Committee of Unsecured |
| | | Creditors |

Deutsche Bank National Trust Company, as Trustee c/o Countrywide Home Loans has filed a Motion for Relief from Stay which seeks the following relief: Relief from Stay with regards to the property located at: 661 Delaware Street SE, Grand Rapids, MI 49506.

**HEARING ON THE MOTION WILL BE HELD ON <u>September 11th, 2007</u> at 1:30pm. At the United States Bankruptcy Court, 824 Market Street,Wilmington, Delaware 19801.**

ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERIVCE ON OR BEFORE <u>September 3rd, 2007</u>.  FAILURE TO <u>TIMELY</u> FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.

At the same time, you must also serve a copy of the response upon movant's attorney

Thomas D.H. Barnett, Esquire
Neil F. Dignon, Esquire
PO Box 947
512 East Market Street
Georgetown, Delaware 19947

   The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

   The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF DEMANDED BY THE MOTION WILL BE GRANTED.**

DATE: <u>8/8/2007</u>            BY: <u>/s/ Neil F. Dignon   </u>
                       Thomas D.H. Barnett, Esquire
                       Neil F. Dignon, Esquire
                       Counsel for the Movant

CERTIFICATE OF SERVICE

I, Neil F. Dignon, certify that I am not less than 18 years of age, and that service of

this notice and a copy of the motion was made on 8/8/2007.

upon:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
Debtor

Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joesph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorney for the Debtor

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell
David W. Carickhoff, Jr.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for the Official Committee of Unsecured Creditors

Under penalty of perjury, I declare that the foregoing is true and correct.

8/8/2007                                          /s/ Neil F. Dignon
Date                                              Thomas D.H. Barnett, Esquire
                                                  Neil F. Dignon, Esquire