IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
In re:                        :  Chapter 11
                              :
NEW CENTURY TRS HOLDINGS, INC., :  Case No. 07-10416 (KJC)
a Delaware corporation, et al.,[1] :
                              :  Jointly Administered
        Debtors               :
                              :  Re: Docket No. 2158
------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on August 6, 2007, at my direction, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A via hand delivery:

- **Second Monthly Application of O'Melveny & Myers LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period May 1, 2007 Through May 31, 2007** [Docket No. 2158]

Dated: August 8, 2007

                                                     Jamie L. Edmonson (No. 4247)
                                                   XROADS CASE MANAGEMENT
                                                   SERVICES, LLC
                                                   1821 E. Dyer Road, Suite 225
                                                   Santa Ana, California 92705
                                                   Telephone: (949) 567-1600

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

# Exhibit A

Exhibit A
Fee Application Notice List
Hand Delivery Service list

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| AP Services LLC | Holly Felder Etlin | 9 West 57th St | Ste 3420 | New York | NY | 10019 | | Crisis Managers |
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street  Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | New York | NY | 10022 | | Counsel for Creditors' Committee |
| New Century Mortgage Corp | Monika McCarthy | 18400 Von Karman Ave | Ste 1000 | Irvine | CA | 92612 | | Debtor |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | Wilmington | DE | 19801 | | US Trustee |