IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------x
:   Chapter 11
In re:                              :
:   Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,     :
a Delaware corporation, et al.,[1]  :   Jointly Administered
:
Debtors                             :
:   Re: Docket No. 2195
---------------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on August 7, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A via Overnight Mail:

- **Notice of Supplemental Fee Application re: Supplement to Monthly Applications of O'Melveny & Myers LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to Debtors and Debtors-in-Possession for the Periods from (a) April 2, 2007 Through April 30, 2007 and (b) May 1, 2007 Through May 31, 2007** [Docket No. 2195]

Dated: August 8, 2007

                                                 Jamie L. Edmonson (No. 4247)
                                                 XROADS CASE MANAGEMENT
                                                 SERVICES, LLC
                                                 1821 E. Dyer Road, Suite 225
                                                 Santa Ana, California 92705
                                                 Telephone: (949) 567-1600

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

# Exhibit A

Exhibit A
Fee App Service List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| AP Services LLC | Holly Felder Etlin | 9 West 57th Street | Suite 3420 | New York | NY | 10019 | | Crisis Managers |
| Blank Rome LLP | Bonnie Glantz Fatell | 1201 Market Street | Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Hahn Hessen LLP | Mark S Indelicato | 488 Madison Avenue | | New York | NY | 10022 | | Counsel for Creditors' Committee |
| New Century Mortgage Corp | Monika McCarthy | 18400 Von Karman Avenue | Suite 1000 | Irvine | CA | 92612 | | Debtor |
| Office of the US Trustee | Joseph McMahon Esq | 844 King Street | Suite 2207 Box 35 | Wilmington | DE | 19801 | | US Trustee |
| OMelveny Myers LLP | Suzzanne Uhland & Emily Culler | 400 S Hope Street | | Los Angeles | CA | 90071 | | Debtors' Counsel |