**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
| | |
|---|---|
| **In re:** | : Chapter 11 |
| | : |
| **NEW CENTURY TRS HOLDINGS, INC.,** | : Case No. 07-10416 (KJC) |
| a Delaware Corporation, et al., | : |
| | : Jointly Administered |
| Debtors. | : |
| | : |
| | : Hearing Date: September 11, 2007 @ 1:30 p.m. |
| | : Objection Deadline: September 4, 2007 |

---------------------------------------------------------x

## NOTICE OF APPLICATION AND HEARING

PLEASE TAKE NOTICE that on August 8, 2007, Michael J. Missal, the Examiner (the "Examiner") appointed in the above-captioned jointly administered chapter 11 cases, filed an **Application of the Examiner for an Order Authorizing the Retention of BDO Seidman, LLP as Accountants and Financial Advisor to the Examiner** *Nunc Pro Tunc* **to June 29, 2007** (the "Application") with the United States Bankruptcy Court (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon (i) Mark Minuti, Esq., Saul Ewing LLP, 222 Delaware Avenue, Suite 1200, P.O. Box 1266, Wilmington, Delaware 19899-1266; and (ii) Edward M. Fox, Esq., Kirkpatrick & Lockhart Preston Gates Ellis LLP, 599 Lexington Avenue, New York, NY 10022 for receipt on or before **September 4, 2007.**

PLEASE TAKE FURTHER NOTICE that if any objections or responses are received, a hearing with respect to the Application will be held on **September 11, 2007 at 1:30 p.m.** before the Honorable Kevin J. Carey at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

550628.1 8/7/07

IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
       August 8, 2007

                      SAUL EWING LLP

                      By: _____
                      Mark Minuti (DE No. 2659)
                      222 Delaware Avenue, Suite 1200
                      P.O. Box 1266
                      Wilmington, DE 19899-1266
                      (302) 421-6840

                          and

                      KIRKPATRICK & LOCKHART PRESTON
                       GATES ELLIS LLP
                      Edward M. Fox, Esq.
                      599 Lexington Avenue
                      New York, NY 10022
                      (212) 536-3900

                      Counsel to the Examiner