# Exhibit "A"

## Affidavit of William K. Lenhart

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------X
In re:                                            I
                                                  I
NEW CENTURY TRS HOLDINGS¹, INC.,                  I
a Delaware Corporation, et al.                    I
                                                  I
                    Debtors.                      I
                                                  I
---------------------------------------------------------X
```

Chapter 11

Case No. 07-10416 (KJC)

Jointly Administered

### AFFIDAVIT OF WILLIAM K. LENHART PURSUANT TO 11 U.S.C §§101, 327 AND FED. R. BANKR. P. 2014 IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION OF BDO SEIDMAN, LLP AS ACCOUNTANTS AND FINANCIAL ADVISOR TO THE EXAMINER EFFECTIVE NUNC PRO TUNC TO JUNE 29, 2007

**William K. Lenhart,** being duly sworn according to law, deposes and states the

following to the best of his knowledge, information and belief:

1.      I am a Certified Public Accountant, licensed under the laws of the State of New

York and a partner of the firm of BDO Seidman, LLP ("BDO", or "my firm"), a New York

registered limited liability partnership, a national accounting, tax and consulting firm consisting

---

[1] The Debtors consist of the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holding, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporate; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P. a Delaware limited partnership.

in part of certified public accountants, with offices located at 330 Madison Ave., New York,
New York, 10017 and other locations throughout the United States.

    2.      Subject to this Court's approval of our retention, BDO proposes to provide
accounting and financial advisory services to Michael Missal as the Examiner (the "Examiner")
of New Century TRS Holdings., et al ("New Century" or the "Debtors"), in the within Chapter
11 Cases (the "Chapter 11 Cases") at a 10% discount to BDO's standard hourly rates.

    3.      I submit this Affidavit in support of the Examiner's application (the
"Application") for an order authorizing the retention of BDO as his accountants and financial
advisors nunc pro tunc to June 29, 2007 in the Chapter 11 Cases.

### BDO's Connection with the Debtors, Creditors and Other Parties-In-Interest

    4.      Other than the initial communication between my firm and representatives of the
Examiner with respect to the retention of my firm in this case, to my knowledge, neither my firm
nor any members of my firm had any business, professional or other connection with the Debtor
or any other party in interest.

    5.      From time to time, BDO has been involved in matters with the law firm of
Kirkpatrick & Lockhart Preston Gates Ellis, LLP ("K&L Gates"), Hahn & Hessen, LLP, FTI,
O'Melveny and Myers, and AlixPartners, in matters unrelated to the case for which BDO is
seeking to be engaged.

    6.      BDO is not a creditor or an insider of the Debtors.

    7.      No partner or employee of BDO has been a director, officer or employee of the
Debtors as specified in subparagraphs (B) or (C) of 11 U.S.C. §101(14) within two years prior to
April 2, 2007 (the Debtors' "Petition Date").

8.     BDO does not hold any claim, debt or equity security of the Debtors. Further, my firm has inquired as to the direct debt and equity security holdings of its partners and staff, and, based on that inquiry, only one response showed that a partner from our San Francisco office held a small number of shares of the Debtors' publicly traded stock and has recently sold his position. This Partner has agreed to waive any claims or rights against the Debtors.

9.     To my knowledge, and subject to the disclosures listed in Schedule 1 to this affidavit of those creditors and other parties-in-interest, which list was made known to me to be the major creditors and other parties-in-interest in this matter, neither my firm nor any members of my firm has any business relationships with those parties which are or may be creditors of the Debtor, or any other party in interest herein except as specified below:

a.     To my knowledge, BDO has performed and may be presently performing accounting, tax or consulting services for those creditors or other parties of interest listed below:

| | |
|---|---|
| Adteractive, Inc. | Bank of America |
| Citigroup | Countrywide Commercial Real Estate Finance |
| Credit Suisse | Deutsche Bank, AG |
| EMC Corporation | General Electric Capital Corporation |
| GMAC Commercial Finance | Goldman Sachs |
| HSBC | IXIS Capital Markets |
| JP Morgan Chase | KPMG, LLP |
| Lazard Freres | Lehman Brothers |
| Lower My Bills, Inc. | Marine Midland Bank |
| Morgan Stanley Real Estate Funds | O'Melveny & Meyers, LLP |
| PricewaterhouseCoopers, LLP | Richards Layton & Finger, P.A. |
| Ropes & Gray, LLP | U.S. Bank |

Fees for each of these engagements represent less than ½ of 1% of BDO's annual revenues, and, to the best of my knowledge, relate to matters totally unrelated to the case for which BDO is seeking to be engaged.

3

b.    J.P. Morgan Chase Bank and PNC Bank are two of the several financial institutions where BDO maintains banking relationships. These relationships include maintaining firm bank accounts and providing working capital financing.

c.    BDO performs assurance and other services for Greenlight Capital, LLC ("Greenlight"). Greenlight is a shareholder holding less than 10% of New Century's equity. BDO has not and will not represent Greenlight in any matters related to New Century. Also, BDO will maintain an ethical wall between the New Century Project team and the BDO Partners and employees providing services to Greenlight.

d.    BDO prepared personal tax returns and other tax related services for David Einhorn, who was a director of New Century from March 31, 2006 through March 7, 2007. BDO has not and will not represent David Einhorn in any matters related to New Century. During the duration of BDO's involvement in this matter, BDO will no longer prepare David Einhorn's personal tax return or perform any other professional services for him. To the extent that BDO is asked, consistent with its professional obligations, to assist its successor with tax consulting services, it will not be compensated for such services. BDO will maintain an ethical wall between the New Century Project team and the BDO partners and employees who provided services to David Einhorn.

e.    A BDO partner is the brother-in-law of the Examiner. This partner has not been and will not be involved in any aspect of BDO's involvement with New Century. BDO will establish an ethical wall which will bar any communications related to this matter between the members of the New Century project team and this partner for the duration of the engagement.

4

f.    As part of its practice, BDO appears in cases, proceedings and transactions involving many different creditors, shareholders, attorneys, accountants, financial consultants, investment bankers and other entities, some of which may be, or represent, claimants and parties-in-interest in the Chapter 11 Cases. Except as disclosed herein, BDO does not represent any such entity in connection with the Chapter 11 Cases or have a relationship with any such entity or professional which would be adverse to the Examiner, the Committee, the Debtors or the Debtors' estate.

## DISCOVERY AND REVIEW OF DISCLOSURE ITEMS

10.    BDO has undertaken a detailed search to determine, and to disclose, whether it represents or has represented any creditors, equity security holders, insiders or other parties-in-interest in this and in any unrelated matters.

11.    From time to time, BDO has been retained and likely will continue to be retained by certain creditors of the Debtor. BDO will not represent any party in matters related to the New Century bankruptcy case and will limit any such engagements to matters unrelated to the Chapter 11 Cases.

12.    I have been provided with the names of the persons and entities listed on Schedule 1. Using these names, BDO has performed a review of potential connections and relationships between BDO and (i) the Debtors and affiliated entities; (ii) beneficial owners of 5% or more of the equity of the Debtor; (iii) directors, officers and key senior employees of the Debtors; (iv) the 50 largest unsecured creditors of the Debtor as identified in the Debtor's chapter 11 petition; (v) the Debtor's attorneys and advisors; and (vi) other potential parties-in-interest to the Chapter 11 Bankruptcy case or the Debtors.

5

13.    In connection therewith, BDO searched its internal database, sent e-mails to all of its partners and employees and investigated all responses.  Despite BDO's efforts to identify and disclose BDO's connections with parties in interest in this case, because BDO has a large national practice which serves clients through over 30 offices, and because the Debtor is a large enterprise with hundreds of creditors and other relationships, I am unable to state with certainty that every client representation or other connection has been disclosed.

14.    To the best of my knowledge, information and belief, and except as disclosed herein, BDO neither holds nor represents any interest adverse to the Debtor, or its estate, in the matters for which it is proposed to be retained.  Accordingly, I believe that BDO is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as modified by section 1107(b) of the Bankruptcy Code and as required by section 327(a).

15.    To the extent that any information contained herein requires amendment or modification due to BDO's further review or findings, an appropriate supplemental affidavit will be submitted to this Court pursuant to Local Bankruptcy Rule 2014-1(a).

### Services Performed

16.    The general nature of the services performed for the Examiner may include, but are not limited to, the following:

   a) Providing assistance in identifying and investigating any and all accounting and financial statement irregularities, errors or misstatements;

   b) Providing assistance in identifying and investigating any possible post-petition unauthorized use of cash collateral by the Debtor; and

   c) Any other tasks or duties reasonably agreed to between BDO and the Examiner.

6

## BDO's Rates and Billing Practices

17.    BDO's request for compensation for professional services rendered for the

Examiner shall be based upon the time expended to render such services and at billing rates

commensurate with the experience of the person performing such services and will be computed

at the hourly billing rates customarily charged by BDO for such services subject to a 10%

discount for all professionals on this project.  Expenses will be charged at actual costs incurred

(and will include charges for travel, telephone, delivery services, computer rental, report

production, copying, etc...) and will be itemized separately from the fees on our applications for

compensation.

18.    The hourly billing rates (before discount) as of the date of this Affidavit are as

follows:

| | |
|---|---|
| Partners | $400 to $850 per hour |
| Directors & Sr. Managers | $300 to $600 per hour |
| Managers | $225 to $375 per hour |
| Seniors | $175 to $275 per hour |
| Staff | $125 to $200 per hour |

19.    In the normal course of business, BDO periodically revises its regular hourly rates

to reflect changes in responsibilities, increased experience, and increased costs of doing business.

Changes in regular hourly rates will be noted on the invoices for the first time period in which

the revised rates became effective.

20.    In connection with the submission of periodic billings, detailed descriptions for

each professional of the services performed by them, and the time expended on the engagement

by each professional for all relevant engagement activity categories, will be provided.

21.    In accordance with section 504 of the Bankruptcy Code, no agreement or

understanding exists between me, and, to my knowledge, between my firm or any other member

or associate of my firm, on the one hand, and any other person, on the other hand, for the sharing

of compensation my firm may receive in connection with services rendered in this case, nor will

any division of fees prohibited by section 504 of the Bankruptcy Code be made by me, or, to my

knowledge, any partner or associate of my firm.

22.     BDO intends to apply to the court for the allowance of compensation for

professional services rendered and reimbursement of expenses incurred in accordance with the

applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the

Local Bankruptcy Rules of the District of Delaware, the *Administrative Order Establishing*

*Procedures For Interim Compensation and Reimbursement of Expenses of Professionals*

entered April 24, 2007, and any additional orders entered by the Court.

23.     BDO has agreed to accept as compensation such sums as may be allowed by the

Court based upon the professional time spent, the rates charged for such services, the necessity

of such services to the administration of the estate, the reasonableness of the time within which

the services were performed in relation to the results achieved, and the complexity, importance

and nature of the problems, issues or tasks addressed in this case.  BDO understands that interim

and final fee awards are subject to approval by the Court.

24.     BDO will take steps to secure the protection of confidential information, to permit

the Examiner's work to proceed in an unimpeded manner and otherwise to comply with

applicable law

25.    As set forth above, BDO respectfully requests that the order approving its

retention be effective nunc pro tunc to June 29, 2007, and all services rendered by BDO to the

Examiner from that date forward be deemed authorized pursuant to this Court's Order.


Dated: New York, New York
      August 2, 2007

William K. Lenhart
Partner
BDO Seidman, LLP
330 Madison Ave, 10th Floor
New York, NY 10017
(212) 885-8340


Sworn and subscribed to before me

this 2nd day of August, 2007.

NOTARY PUBLIC

JENNIFER   ROLLO
Notary Public, State of New York
No. 01RO6096211
Qualified in New York County
Commission Expires July 28, 20_I I

9

## SCHEDULE 1
## Companies and Persons of Interest Reviewed for Potential Conflicts

**Debtors**
New Century Financial Corporation, a Maryland corporation
New Century TRS Holdings, Inc.(f/k/a New Century Financial Corporation), a Delaware Corporation
New Century Mortgage Corporation, a California Corporation
NC Capital Corporation, a California corporation
Home123 Corporation, a California corporation
New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation
NC Asset Holding, L.P. (f/k/a NC Residual II Corporation) a Delaware limited partnership
NC Residual III Corporation, a Delaware Corporation
NC Residual IV Corporation, a Delaware corporation
New Century R.E.O. Corp., a California corporation
New Century R.E.O. II Corp, a California corporation
New Century R.E.O. III Corp., a California corporation
New Century Mortgage Ventures, LLC a Delaware corporation
NC Deltex, LLC a Delaware corporation
NCORAL, L.P., a Delaware limited partnership

### Largest Shareholders of New Century Financial Corporation
Greenlight Capital LLC
David Einhorn
Morgan Stanley
Morgan Stanley Capital Services
Hotchkis and Wiley Capital Management LLC

**Directors and Senior Employees**
Alexander, Marilyn A.
Bilotta, Frank
Bindra, Frank
Bindra, Taj S.
Black, Harold A.
Cimino, Richard
Clifford, Leigh Ann
Cloyd, Kevin
Cole, Robert K.
Dodge Parti
Eckroth, Jospeh
Fleig, David
Forster, Fredric J.
Garday, Louis
Gotschall, Edward
Haines, Eric
Jewett, Jennifer
Kenneally, David
Lambert, Robert
Lange, Donald E.
Loewenthal, Marc
McCarthy, Monika L.
Meola, Anthony
Morrice, Brad A.
Sachs, Michael M.
Theologides, Stergios
Threadgill, Johnathan
Tortorelli , Joseph
Wolf, Colleen

## SCHEDULE 1 *(continued)*
## Companies and Persons of Interest Reviewed for Potential Conflicts

Zalle, Paul
Zona, Richard A

**50 Largest Unsecured Creditors**
Adteractive
Affiliated Computer Services
Alaska Seaboard Partners Limited Partnership
Aspen Funding Corporation
Assurant Specialty Property Insurance
Aurora Loan Services
Bank of America N.A.
Barclays Bank PLC
Carrington Securities, LP
Catarina Mortgage Services Inc.
ChoicePoint Precision Marketing
Citigroup Global Markets Realty Corp.
Countrywide
Credit Suisse First Boston Mortgage Capital LLC
Credit Based Asset Servicing and Securitization LLC
DB Structured Products, Inc.
Deutsche Bank
EMC Mortgage Corporation
Fiserv CCS
Galleon Capital Corporation
Gemini Securitization Corp., LLC
General Electric Capital Corporation
GMAC Commercial Finance, LLC
Goldman Sachs Mortgage Company
Greenwich Capital Financial Products, Inc.
Guaranty Bank
Harbor Asset Management Services
HSBC Bank USA, N.A.
INDY MAC Bank, FSB
IXIS Real Estate Capital, Inc.
JP Morgan Chase Bank, NA
Lehman Brothers Bank FSB
Low.com
Lowermybills.com
Morgan Stanley Mortgage Capital Inc.
National Field Representatives
Newport Funding Corp.
Nextag
NOMURA Securities
Pricewaterhouse Coopers LLP
Residential Funding Corporation
SG Mortgage Finance Corp
Sheffield Receivables Corporation
Sprint
State Street Global Markets, LLC
Suntrust
System Source, Inc.
Tucson Funding LLC
UBS Real Estate Securities Inc.
Washington Mutual Bank, FA

## SCHEDULE 1 *(continued)*
## Companies and Persons of Interest Reviewed for Potential Conflicts

**Professionals**
Alix Partners LLP (crisis managers)
Allen Matkins Leck Gamble Mallory & Natisis LLP (special financing counsel)
Heller Ehrman (counsel to audit committee)
Lazard Freres & Co. LLC (investment banker)
O'Melveny & Myers LLP (debtors' counsel)
Richards Layton & Finger, P.A. (Delaware debtors' counsel)
Skadden, Arps, Slate Meagher & Flom (special regulatory counsel)
Thatcher Profit (special securitization counsel)
Xroads Case Management Services, LLC (claims and noticing agent)
KPMG (debtors' former independent accountants)

**Other Potential Parties-in-Interest for New Century TRS Holdings, Inc., et al.**
Access Investments II, LLC
Ameritech Credit Corporation
Aspen Funding Corp.
Bank Leumi Leasing Corporation
Bank of America, NA
Bank of the West
Barclays Bank, PLC
Carrington Mortgage Credit Fund I, LP
CDC Mortgage Capital Inc.
Charter One Vendor Finance LLC
CIT Communications Finance Corporation
Citigroup Global Markets Realty Corp.
Consultants Group Commercial Funding Corp.
Countrywide Home Loans, Inc.
Credit Suisse First Boston Mortgage Capital LLC
DB Structured Products, Inc.
Deutsche Bank Trust Company Americas
Federal National Mortgage Association
Galleon Capital Corp
Gemini Securitization Corp., LLC
General Electric Capital Corporation
GMAC Commercial Financial LLC
Goldman Sachs Mortgage Company
Greenwich Capital Financial Products, Inc.
Guaranty Bank
Heinemar, Dale Scott
IOS Capital
IXIS Real Estate Capital Inc.
Johnson, Kurt F.
Mission Center Partners
Morgan Stanley Mortgage Capital Inc.
NC Capital Corporation
New Century Funding A
New Century Funding I
New Century Mortgage Securities Inc.
Newport Funding Group
PFE International Inc.
Ropes & Gray LLP
St. Andrew Funding Trust c/o New Century Mortgage
State Street Global Markets
Sterling Bank
The CIT Group/Equipment Financing

**SCHEDULE 1** *(continued)*
**Companies and Persons of Interest Reviewed for Potential Conflicts**

U.S. Bancorp Equipment Finance, Inc.
U.S. Bank National Association
UBS Real Estate Securities Inc.
United California Capital
Whitwood, Jason Allen