IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
In re:                                    :
                                          : Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,           :
a Delaware Corporation, et al.,[1]        : Case No. 07-10416 (KJC)
                                          :
            Debtors.                      : Jointly Administered
                                          :
                                          : Related to Docket No.____
                                          :
------------------------------------------------------x

## ORDER AUTHORIZING THE RETENTION OF BDO SEIDMAN, LLP AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE EXAMINER NUNC PRO TUNC TO JUNE 29, 2007

Upon the application (the "Application") dated August 2, 2007 of Michael J. Missal (the "Examiner"), the Court appointed examiner, for authority to retain BDO Seidman LLP ("BDO") as his accountants and financial advisors, *nunc pro tunc* to June 29, 2007, pursuant to Sections 327 and 1106(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Rule 2014-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware; and it appearing that the Court has jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and due notice of the Application having been provided to the Office of the United

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership and New Century Warehouse Corporation.

550637 1 8/8/07

States Trustee, the Debtors, counsel for the Debtors, counsel for the Official Committee of Unsecured Creditors, counsel for the Debtors' lenders, and any party having filed with the Court a request for notice, and it appearing that no other or further notice need be provided; and it appearing that BDO is qualified to represent the Examiner and that BDO represents no interest adverse to the Debtors, their creditors or the Debtors' estates in the matters upon which it is to be engaged, and it appearing that BDO's employment is necessary and would be in the best interest of the Debtors' estates and their creditors, and no adverse interests are represented requiring notice; and upon the affidavit of William K. Lenhart, a partner of BDO; and upon all of the proceedings had before the Court, it is hereby

**ORDERED,** that the Examiner is authorized to employ BDO as his accountants and financial advisors *nunc pro tunc* to June 29, 2007; and it is further

**ORDERED,** that BDO shall comply with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered by this Court on April 24, 2007; and it is further

**ORDERED,** that the compensation of BDO for services rendered to the Examiner shall be fixed by this Court after due application to this Court based upon contemporaneous time records and after notice and a hearing pursuant to Sections 330 and 331 of the Bankruptcy Code and the rules of this Court.

Dated: Wilmington, DE
       September ___, 2007

                                                    _____
                                                    The Honorable Kevin J. Carey
                                                    United States Bankruptcy Judge