# EXHIBIT B

LA3:1136349 4

RLF1-3187564-1


RESIDENTIAL | mortgage solution

*August 8, 2007*

New Century Financial Corporation
18400 Von Karman Avenue, Suite 1000
Irvine, CA 92612
Attention:    Kevin Cloyd

    Re:    Proposed Purchase and Sale of Certain Residential Mortgage Loans

Dear Mr. Cloyd:

Subject to the conditions provided for herein, New Century Financial Corporation (together with its subsidiaries that own the Loans, as hereafter defined, the "Seller") confirms its agreement to sell, and Residential Mortgage Solution L.L.C. (the "Buyer") confirms its agreement to purchase, as of the Cut-off Date (as defined herein), approximately $49,440,352 aggregate unpaid principal balance of first lien residential mortgage loans as described on the attached Exhibit A hereto (collectively, the "Loans"), on a servicing released basis (the "Transaction").

The terms and conditions of this letter are as follows:

    1.    The purchase price for Seller's interest in the Loans shall be the respective Bid Price (as set forth in Paragraph 2 below) multiplied by the aggregate unpaid principal balance of the Loans as of the Cut-off Date, plus accrued but unpaid interest thereon from the date interest was last paid by the related borrowers up to but not including the Cut-off Date for each Loan that is less than thirty (30) days delinquent as of the Cut-off Date (the "Purchase Price"). Notwithstanding anything else herein, there will be no accrued interest paid by Buyer on any Loan that is more than thirty (30) days delinquent as of the Cut-off Date (a "Delinquent Loan"); provided that any accrued interest otherwise paid on any Delinquent Loan with respect to the period up to the Cut-off Date shall be for the sole benefit of the Seller, may be retained by Seller if received by Seller, and shall be remitted to the Seller as soon as commercially reasonable if received by the Buyer. Except as provided in the previous sentence, any monies received by the Seller after the Cut-off Date with respect to the Loans, shall be for the sole benefit of the Buyer and shall be remitted to the Buyer as soon as commercially reasonable. The Purchase Price shall be paid in full at closing by wire transfer of immediately available funds to the Seller or the Seller's designee. The servicing transfer date shall be no later than thirty (30) days after the Closing Date (as hereinafter defined). The Buyer shall reimburse the Sellers for the payment by Sellers to the servicer of the Loans (the "Servicer") of (i) all outstanding payment obligations accrued with respect to such Loans from the Cut-off Date through the servicing transfer date and (ii) all outstanding advances related to such Loans made by the Servicer from the Cut-off Date through the servicing transfer date in accordance with the servicing procedures set forth in the servicing agreement with the

Servicer (the "Servicing Agreement"), and consistent with existing practices, provided that, to the extent permitted under the Servicing Agreement, Seller shall notify Buyer in writing of all servicer advances over $250 that Servicer requests Seller authorization to make after the Cut-off Date, and Seller shall not grant authorization of such servicer advance if Seller receives a written objection to such advance from Buyer within three (3) business days after delivery of Buyer's notice, which objection shall not be unreasonably made.

2. The Bid Price for the Loans is 80.125% of the aggregate unpaid principal balance of the Loans with zero variance of collateral value on a Loan level basis. The Cut-off Date for the pool will be five (5) days prior to the Closing Date. In calculating the aggregate Bid Price for the Loans, the Bid Price for any individual Loans shall not be reduced unless Seller has an opportunity to refute Buyer's findings of variance of collateral value and negotiate a reasonable, mutually satisfactory agreement regarding the aggregate Bid Price. In addition, collateral value shall be determined on an appraisal basis (it being understood that Buyer is not required to obtain a full appraisal). In the event that the parties mutually agree on an aggregate Bid Price for the Loans, the purchase price for each individual Loan shall be the Bid Price multiplied by unpaid principal balance of such Loan as of the Cut-off Date, plus accrued but unpaid interest thereon as set forth in Paragraph 1 above.

3. [Intentionally Omitted.]

4. In order to secure Seller's indemnification of Buyer for certain losses to be set forth in the Purchase Agreement, and as Buyer's exclusive remedy, at the Closing of the Transaction five percent (5%) of the Purchase Price (the "Hold Back") shall be placed in escrow for a period of ninety (90) days after the servicing transfer date, at which point the balance of the Hold Back shall be remitted to the Seller (other than amounts that are subject to unresolved indemnity claims).

5. The closing date of the Transaction (the "Closing Date") shall be on the second business day after entry by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") of the Sale Order (as hereinafter defined), unless the Buyer and Seller agree otherwise, or if there is a stay in place, such Closing shall occur within two (2) business days after such stay has been lifted.

6. Seller hereby agrees to enter into agreements (the "Due Diligence Agreements") with Global Financial Review and Main Street as independent contractors, at an aggregate cost not to exceed $250 per Loan and on terms and conditions acceptable to both Buyer and Seller, to assist in the due diligence and prepare due diligence reports in accordance with guidelines to be provided by Buyer. The independent contractors shall take direction from the Buyer in connection with the due diligence, but Seller shall be responsible for making the payments due under the Due Diligence Agreements. Seller shall provide Buyer with the reports provided by the independent contractors at no cost to Buyer, and if Buyer executes a Purchase Agreement on or before August 24, 2007 and acts as the "stalking horse" for the Transaction as provided in this letter, Seller shall assign

the Due Diligence Agreements to Buyer, at no cost to Buyer. In the event that Buyer purchases the Loans, at the Closing, in addition to payment of the purchase price and any other amounts payable by Buyer, Buyer shall reimburse the Seller for the amounts paid by Seller pursuant to the Due Diligence Agreements. In light of the foregoing assignment and assumption obligations, the Due Diligence Agreements shall provide that it may not be amended without the written consent of both Buyer and Seller. Seller will not provide the reports prepared pursuant to the Due Diligence Agreements to other prospective bidders prior to August 24, 2007, provided that if Buyer executes a Purchase Agreement on or before August 24, 2007 and Seller assigns the Due Diligence Agreements to Buyer as set forth above, Seller will not provide the reports prepared pursuant to the Due Diligence Agreements to other prospective bidders at any time, unless the Purchase Agreement subsequently is terminated for any reason other than a sale to a competing bidder in the Auction (as defined herein). Buyer acknowledges that Seller may hire other independent contractors to prepare due diligence reports and that such reports may be provided to other prospective bidders at any time, in the sole discretion of Seller.

7. Seller shall use commercially reasonable efforts to obtain entry of an order of the Bankruptcy Court (the "Sale Procedures Order") no later than August 21, 2007, which Sale Procedures Order shall be reasonably acceptable to Seller and Buyer and contain the following salient terms (hereinafter referred to as the "Bidding Procedures"):

   (a) A sale hearing (the "Sale Hearing") shall be scheduled no later than September 11, 2007;

   (b) If a competing bid meeting the requirements of Paragraph 7 (c) below is submitted, an auction among the Buyer and those parties having submitted competing bids which satisfy the terms of the Sale Procedure Order (the "Auction") for the sale of the Loans shall be conducted on September 10, 2007 at the New York office of Seller's counsel.

   (c) Other persons shall have a right to submit a competing bid for the Loans subject to the following requirements:

      (i) Such competing bids shall (A) be on substantially the same terms as the Transaction, (B) be on terms and conditions which are not substantially more burdensome to Seller than the terms of the Purchase Agreement; and (C) not be subject to any contingencies to closing other than those applicable to Buyer;

      (ii) Such competing bids shall be in writing and delivered to Seller's counsel not later than five o'clock p.m. New York time on September 7, 2007; and

3

    (iii)    The initial competing bid shall exceed the Purchase Price by an amount (the "Initial Overbid Requirement") equal to $100,000. Any subsequent bids shall be in $100,000 increments.

(d)    [Intentionally Omitted];

(e)    If Buyer executes a Purchase Agreement and acts as the "stalking horse" for the Transaction, the Seller shall assign the Due Diligence Agreements to Buyer, at no cost to Buyer, and Seller shall not provide the reports prepared pursuant to the Due Diligence Agreements to other prospective bidders, unless the Purchase Agreement subsequently is terminated for any reason other than a sale to a competing bidder in the Auction; and

(f)    If Buyer is the only or the successful bidder at the Auction, no later than September 14, 2007, Seller shall use commercially reasonable efforts to obtain an order approving this sale transaction pursuant to 11 U.S.C. §§ 363(b) and (f), which shall be reasonably acceptable in all respects to the Buyer and Seller.

8.    The Transaction shall be subject to the following conditions:

(a)    Completion of due diligence on the Loans, provided that Buyer shall use commercially reasonable efforts to complete such due diligence in an expedited manner, provided that, in any event, such due diligence must be completed no later than August 24, 2007 and prior to the date the Asset Purchase Agreement is executed;

(b)    Negotiation and execution of appropriate transactional documents consistent with the provisions of paragraph 10 hereof;

(c)    Entry by the Bankruptcy Court of the Sale Order described herein; and

(d)    Approval of the Transaction by Buyer's and Seller's Boards of Directors and by the Official Committee of Unsecured Creditors of Sellers and their Debtor affiliates.

9.    This letter shall terminate in all respects on the sooner of the parties' execution of the Purchase Agreement or August 24, 2007. In addition, this letter (and the Purchase Agreement) shall terminate upon the occurrence of any of the following, provided that the party so terminating may, in its discretion, extend the time periods provided below or waive the condition, as it sees fit in its sole discretion:

(a)    by the Buyer as a result of:

    (i)    the failure of Seller to obtain entry of the Sale Procedures Order, in a form reasonably acceptable to the Buyer and Seller, no later than August 22, 2007;

  (ii) the failure of Seller to obtain entry of the Sale Order, in a form reasonably acceptable to the Buyer and Seller, no later than September 14, 2007;

  (iii) the failure to close the transaction which is the subject of such Sale Order, through no fault of Buyer, within two (2) business days after the entry of the Sale Order;

  (iv) the acceptance by Seller of a competing bid as the highest and best offer; or

  (v) the failure of any of the conditions to closing for the benefit of Buyer set forth in paragraph 8 herein.

 (b) by the Seller as a result of:

  (i) the failure of Seller, after using its commercially reasonable efforts, to obtain entry of the Sale Procedures Order, in a form reasonably acceptable to the Buyer and Seller no later than August 22, 2007;

  (ii) the failure of Seller, after using its commercially reasonable efforts, to obtain entry of the Sale Order, in a form reasonably acceptable to the Buyer and Seller, no later than September 14, 2007;

  (iii) the failure to close the transaction which is the subject of such Sale Order, through no fault of Seller, within two (2) business days after the entry of the Sale Order;

  (iv) the acceptance by Seller of a competing bid as the highest and best offer; or

  (v) the failure of any of the conditions to closing for the benefit of Seller set forth in paragraph 8 herein.

10. Except as set forth in paragraphs 6, 7, 8, 9, 10, 11 and 12, this letter represents an expression of intent only. Accordingly, neither Buyer nor Seller shall be bound by any terms of this letter other than the foregoing paragraphs. The Mortgage Loan Purchase Agreement (the "Purchase Agreement") shall be the definitive agreement between the parties hereto. In addition, at closing, Buyer and Seller shall each deliver such usual and customary documents that would be delivered in transactions of this type.

11. The parties intend to prepare the Purchase Agreement in accordance with the terms of this letter. Among other things, the Purchase Agreement will include the following representations and warranties of the Seller, in each case subject to entry of the Sale Order: (i) the Seller has the full corporate power and authority to execute and deliver the Purchase Agreement and to perform its obligations

5

thereunder; (ii) the execution, delivery and performance of the Purchase Agreement by the Seller and the consummation by the Seller of the transactions contemplated thereby have been duly and validly authorized; (iii) the Purchase Agreement is the valid and binding obligation of the Seller, enforceable in accordance with its terms, subject to general principles of equity including principles of commercial reasonableness, good faith and fair dealing (regardless of whether enforcement is sought in a proceeding at law or in equity); and (iv) the Seller has full right to transfer and assign each Loan to the Buyer free and clear of any encumbrance, lien, pledge, charge or security interest of the Seller or any of its affiliates (collectively, "Liens"), and following the transfer and assignment of each Loan, the Buyer will acquire such Loan free and clear of any such Lien. Other than the foregoing, the Seller shall make no representations and warranties and the Buyer shall purchase the Loans in their "AS IS, WHERE IS" condition "WITH ALL FAULTS" as of the Closing Date.

12. Buyer shall be provided with reasonable access to information relating to the Loans, including, but not limited to, the actual loan files (Seller shall make the actual loan files available for Buyer's due diligence no later than August 9, 2007). Due diligence shall be conducted during normal business hours and upon reasonable notice, at Buyer's or Buyer's designee's office from the date of this letter through August 24, 2007. Except as set forth in Paragraphs 6 and 7(e) above, Buyer shall be responsible for the costs it incurs in its due diligence review.

If you are interested in proceeding with the proposed purchase and sale of the Loans, please execute this letter where indicated below and return it to me at your earliest convenience. Unless previously accepted in writing by the Seller, this offer will expire at 5:00 p.m. PST on August 8, 2007.

Seller may accept this offer by executing and returning to the undersigned a faxed or pdf copy of this letter, acknowledging its agreement to and acceptance of the terms hereof.

Very truly yours,

Residential Mortgage Solution LLC

By: Jack Getzelman
Title: Managing Director

Agreed and Accepted:

New Century Financial Corporation, et al.,
Debtors and Debtors-in-Possession

By: Kevin Cloyd
Title: _____
Date: _____

Seller may accept this offer by executing and returning to the undersigned a faxed or pdf copy of this letter, acknowledging its agreement to and acceptance of the terms hereof.

Very truly yours,

Residential Mortgage Solution LLC

By: Jack Getzelman
Title: _____

Agreed and Accepted:

New Century Financial Corporation, et al.,
Debtors and Debtors-in-Possession

By: Kevin Cloyd
Title: A/T
Date: 8/3/07

| LOAN NO | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 10610877 | BEND | OR | 97702 |
| 1007737381 | BATAVIA | NY | 14020 |
| 1007947010 | OMAHA | NE | 68144 |
| 1008726694 | ATLANTA | GA | 30312 |
| 1008751521 | TACOMA | WA | 98445 |
| 1008821616 | CLEVELAND | OH | 44106 |
| 1008934157 | COLUMBUS | OH | 43206 |
| 1008971400 | ATLANTA | GA | 30310 |
| 1009081753 | ST GEORGE | UT | 84770 |
| 1009251855 | ROCK HILL | SC | 29730 |
| 1009287746 | ORANGE PARK | FL | 32065 |
| 1009502763 | KEAAU | HI | 96749 |
| 1009609676 | COLORADO SPRINGS | CO | 80906 |
| 1009686146 | SAN CLEMENTE | CA | 92673 |
| 1009866460 | PROVIDENCE | RI | 02905 |
| 1009913533 | INDIANAPOLIS | IN | 46218 |
| 1009973932 | DETROIT | MI | 48223 |
| 1010033055 | MISSION | TX | 78574 |
| 1010089824 | LEBANON | PA | 17042 |
| 1010127061 | DAYTON | OH | 45415 |
| 1010168150 | DES MOINES | IA | 50315 |
| 1010250211 | PROVIDENCE | RI | 02909 |
| 1010320342 | OTSEGO | MN | 55362 |
| 1010368924 | FLINT | MI | 48504 |
| 1010401781 | DETROIT | MI | 48227 |
| 1010503966 | OXNARD | CA | 93030 |
| 1010592977 | ATLANTA | GA | 30315 |
| 1010624050 | ATLANTA | GA | 30318 |
| 1010633923 | WARREN | OH | 44483 |
| 1010800163 | DENVER | CO | 80236 |
| 1010855773 | PHILADELPHIA | PA | 19125 |
| 1010874869 | CHATTANOOGA | TN | 37411 |
| 1010930889 | LANCASTER | CA | 93535 |
| 1011067935 | BAKERSFIELD | CA | 93304 |
| 1011170001 | BURNSVILLE | MN | 55306 |
| 1006712480 | HOUSTON | TX | 77028 |
| 1007164971 | PETOSKEY | MI | 49770 |
| 1007351180 | CLEVELAND | OH | 44104 |
| 1007413211 | AKRON | OH | 44307 |
| 1007416922 | ATLANTA | GA | 30318 |
| 1007558617 | SALEM | MA | 01970 |
| 1007562853 | ADELANTO | CA | 92301 |
| 1007574662 | WINSTON SALEM | NC | 27103 |
| 1007664280 | NEWARK | NJ | 07104 |
| 1007695327 | KANSAS CITY | MO | 64128 |
| 1007736159 | MINNEAPOLIS | MN | 55411 |
| 1007756332 | SACRAMENTO | CA | 95820 |
| 1007769676 | FALLBROOK | CA | 92028 |
| 1007784007 | KEENE | NH | 03431 |
| 1007789529 | PALMDALE | CA | 93550 |
| 1007921797 | ANTIOCH | TN | 37013 |

| | | | |
|---|---|---|---|
| 1007931465 | CLEVELAND | OH | 44127 |
| 1007938002 | HOLLISTER | MO | 65672 |
| 1008070954 | SAN FRANCISCO | CA | 94102 |
| 1008077653 | PITTSBURGH | PA | 15210 |
| 1008127332 | KANSAS CITY | MO | 64132 |
| 1008220338 | VALLEJO | CA | 94589 |
| 1008249772 | CINCINNATI | OH | 45207 |
| 1008256246 | DOUGLAS | GA | 31533 |
| 1008296275 | OAKLAND | CA | 94605 |
| 1008341234 | GREEN BAY | WI | 54313 |
| 1008345542 | HONOLULU | HI | 96825 |
| 1008397246 | MINNEAPOLIS | MN | 55412 |
| 1008411462 | EAST CLEVELAND | OH | 44112 |
| 1008418964 | LANSING | MI | 48906 |
| 1008449235 | WARWICK | RI | 02889 |
| 1008484115 | ROCK HILL | SC | 29732 |
| 1008559696 | BIRMINGHAM | AL | 35215 |
| 1008578960 | CLEVELAND | OH | 44106 |
| 1008794753 | ALBUQUERQUE | NM | 87114 |
| 1008810389 | GIBSONIA | PA | 15044 |
| 1008810593 | GARY | IN | 46403 |
| 1008886119 | MONTCLAIR | NJ | 07043 |
| 1008930918 | GULFPORT | MS | 39503 |
| 1008974041 | SHELBY | NC | 28152 |
| 1009001867 | BROOKLYN | NY | 11212 |
| 1009178926 | HIXSON | TN | 37343 |
| 10430070 | HOUSTON | TX | 77031 |
| 1006561106 | ATLANTA | GA | 30350 |
| 1007134460 | BRADFORD | OH | 45308 |
| 1007244831 | PAINESVILLE | OH | 44077 |
| 1007259502 | FORT WAYNE | IN | 46806 |
| 1007359100 | SPOKANE VALLEY | WA | 99216 |
| 1007382307 | HOUSTON | TX | 77073 |
| 1007462685 | CINCINNATI | OH | 45231 |
| 1007565850 | HAVERSTRAW | NY | 10927 |
| 1007770067 | TAUNTON | MA | 02718 |
| 1007793499 | WATERLOO | IA | 50702 |
| 1007931321 | HOUSTON | TX | 77091 |
| 1007979155 | SAN JUAN | TX | 78589 |
| 1008027066 | PITTSBURGH | PA | 15236 |
| 1008030196 | WHITINSVILLE | MA | 01588 |
| 1008149121 | ATHENS | AL | 35614 |
| 1006299007 | PALMDALE | CA | 93551 |
| 1006363641 | TERRE HAUTE | IN | 47802 |
| 1006637491 | MIDDLETOWN | OH | 45044 |
| 1006715398 | CHICAGO | IL | 60623 |
| 1006717056 | WEST EDMESTON | NY | 13485 |
| 1006732495 | NEWARK | NJ | 07103 |
| 1006767199 | CHULA VISTA | CA | 91911 |
| 1006784606 | ORANGEBURG | SC | 29115 |
| 1006871511 | MERRITT ISLAND | FL | 32953 |
| 1006953656 | CINCINNATI | OH | 45204 |

| | | | |
|---|---|---|---|
| 1006962183 | DURHAM | NH | 03824 |
| 1006964403 | LAURELTON | NY | 11413 |
| 1007039322 | PALM BEACH GARDENS | FL | 33418 |
| 1007103387 | NORTH PORT | FL | 34288 |
| 1007206748 | RAVENNA | KY | 40472 |
| 1007318761 | CLEVELAND | OH | 44128 |
| 1007406568 | PATTERSON | CA | 95363 |
| 1007437856 | VALLEY VILLAGE AREA | CA | 91607 |
| 1007478909 | ROCHESTER | NY | 14609 |
| 1007571166 | MILWAUKEE | WI | 53216 |
| 1007637293 | HAMILTON | OH | 45011 |
| 1007652211 | CLEARFIELD | UT | 84015 |
| 1007746433 | STATEN ISLAND | NY | 10310 |
| 1007823830 | OAKLAND | CA | 94603 |
| 1007882044 | BRENTWOOD | NY | 11717 |
| 1008018110 | CANTON | OH | 44707 |
| 1008200528 | AGAWAM | MA | 01001 |
| 1008262569 | ROUGEMONT | NC | 27572 |
| 1008308459 | GRANVILLE SUMMIT | PA | 16926 |
| 1008374029 | LAKE MARY | FL | 32746 |
| 1008418410 | LODI | CA | 95240 |
| 1008455904 | STOCKTON | CA | 95203 |
| 1008480146 | MESA | AZ | 85204 |
| 1008600551 | HENDERSON | NV | 89015 |
| 1008636755 | SAINT LOUIS | MO | 63121 |
| 1008668827 | BETHPAGE | NY | 11714 |
| 1008672135 | BUFORD | GA | 30518 |
| 1008688716 | COLUMBUS | OH | 43206 |
| 1008750522 | VICTORVILLE | CA | 92392 |
| 10339253 | NEWARK | NJ | 07017 |
| 10377794 | HONEY GROVE | TX | 75446 |
| 1004604958 | SOUTH HOLLAND | IL | 60473 |
| 1005655873 | AKRON | OH | 44301 |
| 1005986061 | GARY | IN | 46408 |
| 1006201923 | CHICAGO | IL | 60609 |
| 1006211636 | GARY | IN | 46409 |
| 1003256176 | MIAMI GARDENS | FL | 33056 |
| 1005124171 | BETTENDORF | IA | 52722 |
| 1005204361 | WHITTIER | CA | 90602 |
| 1005427059 | HUNTINGTON STATION | NY | 11746 |
| 1005494967 | GLOUCESTER CITY | NJ | 08030 |
| 1005626405 | CHICAGO | IL | 60644 |
| 1006396090 | WASHINGTON | DC | 20037 |
| 1007457487 | BRYANS ROAD | MD | 20616 |
| 1008339069 | MOUNT VERNON | IL | 62864 |
| 1009485363 | CHICAGO | IL | 60624 |
| 1005597142 | SOUTH BEND | IN | 46628 |
| 1005886614 | NORTHGLENN | CO | 80233 |
| 1006439892 | DUANESBURG | NY | 12056 |
| 1006448089 | ROSELLE | NJ | 07203 |
| 1006583869 | STOCKBRIDGE | GA | 30281 |
| 1006630871 | FRANKLIN | IN | 46131 |

| | | | |
|---|---|---|---|
| 1006800875 | LOS ANGELES | CA | 90016 |
| 1006824706 | FREEPORT | NY | 11520 |
| 1006851775 | UPPER DARBY | PA | 19082 |
| 1007060850 | BROKEN ARROW | OK | 74012 |
| 1007670424 | CHICAGO | IL | 60630 |
| 1008134878 | MABLETON | GA | 30126 |
| 1007429767 | LEXINGTON | SC | 29073 |
| 1008076431 | CANTON | IL | 61520 |
| 1008249004 | CLINTON | IA | 52732 |
| 1008549788 | INKSTER | MI | 48141 |
| 1008636498 | LEHIGH ACRES | FL | 33936 |
| 1008756688 | MAYS LANDING | NJ | 08330 |
| 1008989295 | WILLIAMSTOWN | NJ | 08094 |
| 1009033315 | BROOKLYN | NY | 11208 |
| 1009092974 | NEW IBERIA | LA | 70563 |
| 1009194034 | LINCOLN PARK | MI | 48146 |
| 1009253201 | ALBANY | NY | 12204 |
| 1009290769 | DETROIT | MI | 48223 |
| 1009325839 | SAINT LOUIS | MO | 63135 |
| 1009332901 | NEW RICHMOND | WI | 54017 |
| 1009361371 | EAST CLEVELAND | OH | 44112 |
| 1009371146 | CHICAGO | IL | 60617 |
| 1009398626 | ATLANTA | GA | 30311 |
| 10417631 | STOCKBRIDGE | GA | 30281 |
| 10422180 | LA PORTE | TX | 77571 |
| 10436600 | FORT MYERS | FL | 33916 |
| 10449922 | BROOKLYN | NY | 11234 |
| 10460843 | SAN DIEGO | CA | 92130 |
| 10464529 | SAN JACINTO | CA | 92583 |
| 10483085 | LAS VEGAS | NV | 89108 |
| 10484360 | EDGEWOOD | NM | 87015 |
| 10488202 | SAN DIEGO | CA | 92139 |
| 10489255 | WATAUGA | TX | 76148 |
| 10489282 | FORT WORTH | TX | 76137 |
| 10489323 | FORT WORTH | TX | 76137 |
| 10489328 | WATAUGA | TX | 76148 |
| 10492209 | PALMDALE | CA | 93551 |
| 10492429 | TEHACHAPI | CA | 93561 |
| 10493554 | MARIETTA | GA | 30066 |
| 10498743 | CHICAGO | IL | 60657 |
| 10502626 | PARK FOREST | IL | 60466 |
| 10503000 | CASTLE ROCK | CO | 80108 |
| 10506360 | GEORGETOWN | TX | 78626 |
| 10509250 | BIG BEAR LAKE | CA | 92315 |
| 10510293 | AURORA | CO | 80015 |
| 10510600 | MURRIETA | CA | 92562 |
| 10518144 | MURRIETA | CA | 92562 |
| 10518606 | CONWAY | SC | 29527 |
| 10520128 | ANTIOCH | CA | 94509 |
| 10529679 | PALMDALE | CA | 93591 |
| 10530775 | TALLAHASSEE | FL | 32303 |
| 10538966 | AUSTIN | TX | 78737 |

| | | | |
|---|---|---|---|
| 10540482 | ATLANTA | GA | 30317 |
| 10546480 | AURORA | CO | 80013 |
| 10546558 | KATY | TX | 77450 |
| 10548714 | WILMINGTON | NC | 28405 |
| 10550787 | HONOLULU | HI | 96818 |
| 10555237 | LADSON | SC | 29456 |
| 10559489 | RAYMORE | MO | 64083 |
| 10562367 | OAKLAND | CA | 94611 |
| 10563361 | KISSIMMEE | FL | 34747 |
| 10566241 | JENKINTOWN | PA | 19046 |
| 10569013 | GLENVIEW | IL | 60025 |
| 10571335 | FORT COLLINS | CO | 80521 |
| 10571762 | PHILADELPHIA | PA | 19125 |
| 10639244 | PARK RIDGE | IL | 60068 |
| 10641953 | BONHAM | TX | 75418 |
| 10659718 | VON ORMY | TX | 78073 |
| 10668511 | FORT PIERCE | FL | 34982 |
| 10674481 | LENOIR | NC | 28645 |
| 10701421 | PHILADELPHIA | PA | 19133 |
| 10702391 | PHILADELPHIA | PA | 19140 |
| 1004974969 | SAN DIEGO | CA | 92115 |
| 1007327047 | BLOOMINGTON | MN | 55420 |
| 1008427419 | CHANDLER | AZ | 85248 |
| 1008849204 | BALTIMORE | MD | 21226 |
| 1009059886 | HANFORD | CA | 93230 |
| 1009156361 | DETROIT | MI | 48238 |
| 1009347744 | FRESNO | CA | 93706 |
| 1009398270 | CHATTANOOGA | TN | 37416 |