# EXHIBIT B

EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Re: Docket Nos. |
| | : |

ORDER GRANTING MOTION OF DEBTORS AND DEBTORS IN
POSSESSION TO SHORTEN NOTICE AND OBJECTION PERIODS AND LIMIT
NOTICE FOR (1) MOTION OF DEBTORS AND DEBTORS IN POSSESSION
PURSUANT TO BANKRUPTCY RULE 9019 AND SECTIONS 105(a), 361, 363, 502 AND
542 OF THE BANKRUPTCY CODE FOR APPROVAL OF SETTLEMENT
AGREEMENT WITH DB STRUCTURED PRODUCTS, INC. AND (2) MOTION OF
THE DEBTORS AND DEBTORS IN POSSESSION FOR (I) AN ORDER (A)
APPROVING BIDDING PROCEDURES IN CONNECTION WITH AUCTION OF
RESIDENTIAL MORTGAGE LOANS, (B) SCHEDULING HEARING TO CONSIDER
PROPOSED SALE OF RESIDENTIAL MORTGAGE LOANS AND APPROVING
FORM AND MANNER OF NOTICE THEREOF AND (C) GRANTING RELATED
RELIEF AND (II) AN ORDER (A) APPROVING THE PROPOSED
<u>SALE AND (B) GRANTING RELATED RELIEF</u>

This matter coming before the Court on the Motion of the Debtors and Debtors-

in-Possession to Shorten Notice and Objection Periods and Limit Notice (the "<u>Motion to</u>

<u>Shorten</u>") for (1) the Motion of Debtors and Debtors in Possession Pursuant to Bankruptcy Rule

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc ), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

9019 and Sections 105(a), 361, 363, 502 and 542 of the Bankruptcy Code for Approval of Settlement Agreement with DB Structured Products, Inc and (2) the Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures in Connection with Auction of Residential Mortgage Loans, (B) Scheduling Hearing to Consider Proposed Sale of Residential Mortgage Loans and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief (the "Underlying Motions"), the Court having reviewed the Motion to Shorten; the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and the Court having determined that the legal and factual basis set forth in the Motion to Shorten establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion to Shorten is in the best interests of the Debtors' estates; and after due deliberation and sufficient cause appearing therefore,

    IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. Capitalized terms not otherwise defined herein have the meanings given to them in the Motion to Shorten.

3. The hearing to consider the Underlying Motions shall be held on August 21, 2007 at 1:30 p.m. (Eastern Daylight Time).

4. The deadline to file objections to the Underlying Motions shall be August 20, 2007 at 12:00 p.m. (Eastern Daylight Time).

5. The requirement under Bankruptcy Rule 2002(a)(3) that all creditors be served with the DB Settlement Motion is hereby waived.

2

6.    This Court shall retain jurisdiction with respect to any matters related to or arising from the implementation of this Order.

Dated: August ___, 2007
Wilmington, Delaware

                                  THE HONORABLE KEVIN J. CAREY
                                  UNITED STATES BANKRUPTCY JUDGE