# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC.,
et al.,
      Debtors.

Case No. 07-10416-KJC
Chapter 11

Jointly Administered

Ref. No. 2168

_____/

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Uncontested Motion for Relief from Stay with regard to 2 Properties ("Motion"), filed by GMAC Mortgage, LLC, and good cause having been shown, it is

**ORDERED**, that the Motion be, and the same is hereby **GRANTED**; and it is further

**ORDERED**, that the automatic stay is terminated allowing GMAC Mortgage, LLC to exercise its rights under applicable law with respect to the following two properties:

**CONDOMINIUM UNIT 1111 IN BUILDING 11 OF THE GABLES II TOWNHOUSE, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 13490, PAGES 109 THRU 253 AND ANY AMENDMENTS THERETO, IN THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA**

which has the street address of: **8515 NW 3rd Ln Unit #1111, Miami Fl 33126**, and

**LOT 1, OF DEUTSCH, AMERIKANISCHER SUBDIVISION, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT BOOK 5, PAGE 13, PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.**

which has the street address of: **909 E. 12th Ave, Tampa, FL 33605**.

Dated: Aug 8, 2007

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

07-66481.SRO