UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC.,
et al.,
        Debtors.

Case No. 07-10416-KJC
Chapter 11

Jointly Administered

Ref. No. 2173

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Uncontested Motion for Relief from Stay with regard to 12 Properties ("Motion"), filed by Homecomings Financial, LLC, and good cause having been shown, it is

**ORDERED**, that the Motion be, and the same is hereby **GRANTED**; and it is further

**ORDERED**, that the automatic stay is terminated allowing Homecomings Financial, LLC to exercise its rights under applicable law with respect to the 12 properties identified on the list attached hereto.

Dated: Aug. 8, 2007

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

07-74583.SRO