1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ZACHARY MOSNER, WSBA# 9566
Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington  98104-3188
(206) 389-2198

Judge Kevin J. Carey
Chapter 11

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re

NEW CENTURY TRS HOLDINGS, INC.,

Debtor.

NO.  07-10416

NOTICE OF APPEARANCE OF
STATE OF WASHINGTON AND
REQUEST FOR SPECIAL NOTICE

TO:    Clerk of the above-entitled court
       U.S. Trustee's Office
       Christopher M. Samis
       All Other Parties of Interest

Pursuant to Bankruptcy Rule 2002, the State of Washington, Department of Revenue, appears in this action by Zachary Mosner, Assistant Attorney General and requests notice of all matters for which notice is given to creditors, any creditor's committee, or any other party in interest herein including all schedules, amended schedules, motions, applications, plans of reorganization, disclosure statements, orders, and other documents and pleadings, including those in adversary proceedings. Notice of all such documents and pleadings should also be made to each agency of the State of Washington which files a proof of claim herein.

**The State of Washington further requests that the following address be added to the court's master mailing matrix:**    Zachary Mosner, Assistant Attorney General, 800 Fifth Avenue, Suite 2000, Seattle, Washington, 98104-3188.

\ \ \

\ \ \

NOTICE OF APPEARANCE

1

1

2

      This request shall be deemed a limited appearance and does not constitute acceptance of

service of process in any manner inconsistent with pertinent rules and statutes.

3

      DATED this __9th__ day of August, 2007.

4

                      ROBERT M. MCKENNA

5

                      Attorney General

6

                      /s/ Zachary Mosner

7

                      ZACHARY MOSNER, WSBA No. 9566

8

                      Assistant Attorney General
                      Bankruptcy & Collections Unit

9

10

      I, _____Glenn Ashmun_____, submitted the attached document through Electronic Case

11

Filing on August 9, 2007.  By filing electronically, it was served on all parties registered with ECF
in this case.  I declare under the penalty of perjury that the foregoing is true and correct.

12

      Executed on August 9, 2007.

13

                /s/ Glenn Ashmun

14

                _____

15

                Legal Assistant

16

17

18

19

20

21

22

23

24

25

26