## EXHIBIT 1

IN WITNESS WHEREOF, each of the Debtors and DBSP have signed this Agreement as of the date stated in the first sentence of this Agreement.

**DB STRUCTURED PRODUCTS, INC.**

By: *[signature]*
Print Name: JOY MArgolies
Title: Managing Director

**DB STRUCTURED PRODUCTS, INC.**

By: _____
Print Name: _____
Title: _____

**DEBTORS:**

**NEW CENTURY FINANCIAL CORPORATION**, a Maryland corporation

By: _____
Print Name: _____
Title: _____

**NEW CENTURY TRS HOLDINGS, INC.**, a Delaware corporation

By: _____
Print Name: _____
Title: _____

**NEW CENTURY MORTGAGE CORPORATION**, a California corporation

By: _____
Print Name: _____
Title: _____

**NC CAPITAL CORPORATION**, a California corporation

By: _____
Print Name: _____
Title: _____

**HOME123 CORPORATION**, a California corporation

By: _____
Print Name: _____
Title: _____

**NEW CENTURY CREDIT CORPORATION**, a California corporation

By: _____
Print Name: _____
Title: _____

IN WITNESS WHEREOF, each of the Debtors and DBSP have signed this Agreement as of the date stated in the first sentence of this Agreement.

**DB STRUCTURED PRODUCTS, INC.**

By: _____

Print Name: _____

Title: _____

**DB STRUCTURED PRODUCTS, INC.**

By: _____

Print Name: _____

Title: _____

**DEBTORS:**

**NEW CENTURY FINANCIAL CORPORATION**, a Maryland corporation

By: *[signature]*

Print Name: Gevgios Theologides

Title: EVP- Corporate Affairs and General Counsel

**NEW CENTURY TRS HOLDINGS, INC.**, a Delaware corporation

By: *[signature]*

Print Name: Stergios Theologides

Title: Executive Vice President

**NEW CENTURY MORTGAGE CORPORATION**, a California corporation

By: *[signature]*

Print Name: Stergios Theologides

Title: EVP- Corporate Affairs, Senior Legal Counsel and Secretary

**NC CAPITAL CORPORATION**, a California corporation

By: *[signature]*

Print Name: Stergios Theologides

Title: Executive Vice President

**HOME123 CORPORATION**, a California corporation

By: *[signature]*

Print Name: Stergios Theologides

Title: Secretary

**NEW CENTURY CREDIT CORPORATION**, a California corporation

By: *[signature]*

Print Name: Stergios Theologides

Title: Executive Vice President and Secretary

**NC ASSET HOLDING, L.P.**, a Delaware limited partnership

By: [ NC Deltex, LLC ]
Its General Partner

By: _____

Print Name: Stergios Theologides

Title: Executive Vice President, Secretary

**NC RESIDUAL III CORPORATION**, a Delaware corporation

By: _____

Print Name: Stergios Theologides

Title: Secretary

**NC RESIDUAL IV CORPORATION**, a Delaware corporation

By: _____

Print Name: Stergios Theologides

Title: Secretary

**NEW CENTURY R.E.O. CORP.**, a California corporation

By: _____

Print Name: Stergios Theologides

Title: Executive Vice President and Secretary

**NEW CENTURY R.E.O. II CORP.**, a California corporation

By: _____

Print Name: Stergios Theologides

Title: Executive Vice President and Secretary

**NEW CENTURY R.E.O. III CORP.**, a California corporation

By: _____

Print Name: Stergios Theologides

Title: Executive Vice President and Secretary

**NEW CENTURY MORTGAGE VENTURES, LLC**, a Delaware limited liability company

By: _____

Print Name: Stergios Theologides

Title: Executive Vice President

**NC DELTEX, LLC**, a Delaware limited liability company

By: [ NC Capital Corporation ]
Its: Managing Member

By: _____

Print Name: Stergios Theologides

Title: Executive Vice President

**NCORAL, L.P.**, a Delaware limited liability company

By: [ NC Deltex, LLC ]
Its: General Partner

By: _____

Print Name: Sergios Tnalogides

Title: Executive Vice President, Secretary