IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>NEW CENTURY TRS HOLDINGS, INC.<br>    Debtor | Case No. 07-10416-KJC<br>(Chapter 11) |
| AURORA LOAN SERVICES LLC<br>601 FIFTH AVENUE<br>SCOTTSBLUFF, NE 69361<br>    Movant | Docket Number  2226    |

THOMAS D.H. BARNETT, ESQUIRE
NEIL F. DIGNON, ESQUIRE
DRAPER & GOLDBERG, P.L.L.C.
P.O. BOX 947
512 EAST MARKET STREET
GEORGETOWN, DE 19947
    Attorneys for the Movant
v.

NEW CENTURY TRS HOLDINGS, INC
18400 VON KARMAN AVE.
IRVINE, CA 92612
    (Debtor)
And

United States Trustee
844 King Street, Room 2207
LockBox# 35
Wilmington, DE 19899
    (U.S. Trustee)
    Respondent

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Aurora Loan Services LLC ("Aurora") by undersigned counsel, respectfully moves this Honorable Court to terminate the Automatic Stay and, as grounds therefore, states as follows:

1.    This proceeding seeking relief under Section 362 of the U.S. Bankruptcy Code is a contested matter within the meaning of 9014 and 4001 of the Federal Rules of Bankruptcy Procedure, and this court has jurisdiction over this matter pursuant to 28 U.S.C. Section 157.

2. On April 2, 2007, the above named debtor, New Century TRS Holdings, Inc, ("Debtor"), filed in this court a Petition under Chapter 11 of the United States Bankruptcy Code.

3. On or about January 5, 2005, William M. Truoccolo and Rocio Truoccolo executed and delivered to Home Loan Center, Inc., dba Lending Tree Loans a Note in the amount of THREE HUNDRED ELEVEN THOUSAND TWO HUNDRED and 00/100 dollars ($311,200.00), plus interest at the rate of 5.75% per annum, attorneys' fees, costs and late charges to be paid over thirty (30) years.

4. To secure the repayment of the sums due under the Note, William M. Truoccolo and Rocio Truccolo ("Obligors") executed and delivered to Home Loan Center, Inc., dba Lending Tree Loans a Mortgage dated January 5, 2005 encumbering the real property ("Property") more particularly described in the Mortgage which has the address of 28 Rainbow Drive, Woodbury, NY 10930. A copy of the Mortgage is attached as Exhibit "A" and incorporated herein.

5. The Mortgage and Note were later transferred to Aurora and Aurora is the holder of the Mortgage and Note.

6. Review of the Title to the property shows the Debtor, New Century TRS Holdings, Inc, holds a lien junior to the lien created by Aurora by virtue of a Mortgage executed by the Obligors.

7. The Obligors are in default under the Aurora Note.

8. The Lien created by the mortgage held by New Century TRS Holdings, Inc, referred to in paragraph 6, is not necessary for Debtor's reorginization, as said lien adds little or no value to the Bankruptcy Estate.

9. A continued Stay of Aurora's action against the Obligors will cause Aurora significant prejudice.

10. Cause exists to terminate the Automatic Stay.

11. It is not economically feasible to attempt to recover the Judgement amount for the Bankruptcy Estate as the underlying real property is located out of state.

WHEREFORE, the premises considered, Aurora respectfully requests that this Court enter an Order terminating the Automatic Stay allowing Aurora to exercise its legal rights under applicable law as to the Property, including but not limited to foreclosure against the Property under the Mortgage, and for such other and further relief as this court deems just and proper.

Respectfully submitted,

Dated: 8/10/2007    /s/ Neil F. Dignon

Thomas D.H. Barnett #0994
Neil F. Dignon #3625
Draper & Goldberg, P.L.L.C.
P.O. Box 947
512 East Market Street
Georgetown, Delaware 19947
(302) 855-9252

CERTIFICATION OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Motion for Relief from Automatic Stay and Proposed Order were mailed by first class mail, postage-paid, this 10th  day of August, 2007 to the following parties:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
Debtor

Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joesph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorney for the Debtor

Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
Victoria Newmark, Esquire
Emily R. Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
Jeffrey L. Schwartz, Esquire
488 Madison Avenue
14th & 15th Floor
New York, NY 10022

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell
David W. Carickhoff, Jr.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for the Official Committee of Unsecured Creditors

Date: 8/10/2007                          /s/ Neil F. Dignon
                                                            Thomas D.H. Barnett, Esquire
                                                            Neil F. Dignon, Esquire