# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered<br>) **Hearing Date:  September 11, 2007**<br>) **Response Date:  September 4, 2007** |
| Debtors, | |

### HSBC BANK USA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C.§362(d)(1) AS TO 139 MORRIS AVENUE, ENGLEWOOD, NEW JERSEY, 07631

NOW COMES HSBC Bank USA, by and through its attorney Whittington & Aulgur, moves the Court for an Order granting relief from the Automatic Stay of 11 U.S.C. §362 upon the following grounds:

### JURISDICTION

1.  The Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 11 U.S.C. §157 and 11 U.S.C. §362.

### CLAIM FOR RELIEF

2.  HSBC Bank USA is a corporation located at 2929 Walden Avenue, Depew, New York, 14043.

3.  On April 2, 2007 a Chapter 11 Petition initiating this proceeding was filed by the Debtors.

4.  On or about October 31, 2002, non-filing borrower Martha Torres (hereinafter "Borrower") executed and delivered an indenture of mortgage in the principal sum of $229,500.00 unto Alterna Mortgage Co.  Said mortgage created a lien upon the

property therein mentioned, 139 Morris Avenue, Englewood, New Jersey, 07631, all of which is of record in the Office of the County Clerk in Bergen County, State of New Jersey. Alterna Mortgage Co. subsequently executed an Assignment of Mortgage unto Mortgage Electronic Registration Systems, Inc. as nominee for EMC Mortgage Corporation. Mortgage Electronic Registration Systems, Inc. as nominee for EMC Mortgage Corporation subsequently executed an Assignment of Mortgage unto Wachovia Bank. Copies of said mortgage and assignments are attached collectively hereto as Exhibit "A".

    5.   On or about July 1, 2003, non-filing borrower Martha Torres (hereinafter "Borrower") executed and delivered an indenture of mortgage in the principal sum of $33,950.00 unto HSBC Bank USA. Said mortgage created a lien upon the property therein mentioned, 139 Morris Avenue, Englewood, New Jersey, 07631, all of which is of record in the Office of the County Clerk in Bergen County, State of New Jersey. A copy of said mortgage is attached hereto as Exhibit "B".

    6.   On or about July 5, 2005, New Century Financial Services, Inc., who upon information and belief is a Debtor in the within jointly administered case, obtained a Judgment in the amount of $891.72 against the Borrower. A copy of the docket report verifying said Judgment is attached hereto as Exhibit "C".

    7.   Debtors have no ownership interest in the Property, and their lien, if any, is subordinate to Movant's.

    8.   At present, Borrower is contractually delinquent and a foreclosure proceeding is pending.

9. Any potential equity would not benefit the Debtors' Estate since the Debtors merely hold a Judgment against the Borrower which is junior to HSBC Bank USA's lien.

10. The continuation of the Automatic Stay of 11 U.S.C. §362 will work real and irreparable harm to Movant's pending foreclosure proceeding against Borrower.

WHEREFORE, HSBC Bank USA hereby moves for an Order pursuant to 11 U.S.C. §362(d)(1) terminating the Automatic Stay for cause.

                    WHITTINGTON & AULGUR

By: /s/ Kristi J. Doughty
    Robert T. Aulgur, Jr. (No. 165)
    Kristi J. Doughty (No. 3826)
    313 N. DuPont Hwy., Suite 110
    P.O. Box 617
    Odessa, DE  19730-1617
    (302) 378-1661
    Attorney for Movant

Date:  August 10, 2007