EXHIBIT "C"

SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-133642-2007          CASE NUMBER: DC 016611 06
DATE DOCKETED: 05/29/07          DATE OF JUDGMENT IN S.C.: 11/29/06
TYPE OF ACTION: CONTRC-REG
VENUE: BERGEN

```
                                         DEBT:  $     801.57
                                         COSTS: $      69.03
                                         INT:   $      11.12
                                         DCKG:  $      10.00
```

CREDITOR(S):
    NEW CENTURY FINANCIAL SERVICES
        2 RIDGEDALE AV, CEDAR KNOLLS, NJ 07927
      ATTORNEY: PRESSLER & PRESSLER
          16 WING DR, 2ND FL
          CEDAR KNOLLS NJ 07927
          973-753-5100

DEBTOR(S):
    MARTHA TORRES
        139 MORRIS AV, ENGLEWOOD, NJ 07631
      ATTORNEY: PRO SE
                ----------------
             *** End of Abstract ***