IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No. 1700 |

**CERTIFICATION OF COUNSEL REGARDING
BLANK ROME LLP FIRST MONTHLY FEE APPLICATION**

The undersigned hereby certifies as follows:

1. On June 27, 2007, Blank Rome LLP ("Blank Rome"), counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.*, the above-captioned debtors and debtors-in-possession, filed its First Monthly Fee Application for Compensation and Reimbursement of Expenses for the Period of April 9, 2007 Through April 30, 2007 (the "First Monthly Application") [Docket No. 1700].

2. On July 23, 2007, Blank Rome inadvertently filed a certificate of no objection [Docket No. 1991] prior to its knowledge of the U.S. Trustee's question regarding certain items in its First Monthly Application.

3. Subsequently, the U.S. Trustee and Blank Rome reviewed the items in question and on August 8, 2007, the U.S. Trustee and Blank Rome agreed to Blank Rome's voluntary deduction of $3,610.00 in compensatory fees and $17.10 in expenses during its First Monthly Application period.

4. Accordingly, Blank Rome amends its First Monthly Application and requests for allowance and payment for 80% of compensation fees in the amount of $184,838.00[1] and 100% reimbursement of expenses in the amount of $14,247.88 during its First Monthly period.

5. With this change to the First Monthly Application, Blank Rome certifies that there are no objections and respectfully requests that the Court enter the attached order at the Court's convenience.

Dated:  August 10, 2007                                **BLANK ROME LLP**

By: */s/ Bonnie Glantz Fatell*
     Bonnie Glantz Fatell (DE No. 3809 )
     Regina Stango Kelbon
     1201 Market Street, Suite 800
     Wilmington, Delaware  19801
     (302) 425-6400 - Telephone
     (302) 425-6464 - Facsimile

     *Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al.*

---

[1] This total represents 80% of $231,047.50.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket Nos. 1700, ____ |

**ORDER GRANTING BLANK ROME LLP FIRST MONTHLY FEE APPLICATION**

Upon consideration of the First Monthly Fee Application (the "*First Monthly Application*") of Blank Rome LLP for Compensation and Reimbursement of Expenses for the Period of April 9, 2007 Through April 30, 2007 [Dkt. No. 1700], as co-counsel to the Official Committee of Unsecured Creditors (the "Committee") of New Century TRS Holdings, Inc., *et al.*; and adequate notice of such First Monthly Application having been given; and such services rendered by Blank Rome to the Committee during the period covered by the First Monthly Application being actual and necessary; and the expenses incurred by Blank Rome on behalf of the Committee during the First Monthly Period being actual and necessary; and the compensation for fees and expenses requested in the First Monthly Application being reasonable and in accordance with the standards of 11 U.S.C. § 330; and the requirements of Del.Bankr. LR 2016-2 having been met by the First Monthly Application; and the United States Trustee and Blank Rome having agreed to modify the request for compensation and reimbursement of expenses and amend its First Monthly Application by Certification of Counsel; and it appearing no other objections were filed; and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

127340.01600/40170590v.1

1.  The First Monthly Application as amended by Certification of Counsel dated August 10, 2007 is GRANTED.

2.  Blank Rome is allowed payment for 80% of compensation for fees in the amount of $184,838.00 and 100% reimbursement of expenses in the amount of $14,247.88 during its First Monthly period and the Debtor is authorized and directed to make such payments to Blank Rome.

Dated: August ____, 2007
      Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
United States Bankruptcy Court Judge