IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | **Initial Objection Deadline: 8/17/07** |
| | : | **Committee Objection Deadline: 8/24/07** |

## NOTICE OF PROPOSED SALE OF ASSETS PURSUANT TO
## ORDER ESTABLISHING MISCELLANEOUS ASSET SALES PROCEDURES

PLEASE TAKE NOTICE that, in accordance with the Court's Order establishing

procedures governing miscellaneous asset sales (Docket No. 704) (the "Miscellaneous Sale

Procedure Order"), the above captioned debtors and debtors in possession (collectively, the

"Debtors") respectfully file this Notice of the proposed sale of certain assets (the "Assets") to

Carrington Mortgage Services, LLC on the terms set forth in the Bill of Sale and Purchase

Agreement attached hereto at "Exhibit A."

Description of Assets.  The Assets consist of routers, switches and other

networking and technology equipment, all as set forth in the spreadsheet attached hereto at

"Exhibit B."  No business data or applications are stored on this equipment.  The Assets are the

property of New Century Mortgage Corporation, one of the Debtors in these cases.  The Assets

---

[1] The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R E O Corp., a California corporation; New Century R E O II Corp., a California corporation; New Century R E O III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation

are located at various corporate locations in Irvine, California. The approximate value of the

Assets, as set forth in the Debtors' books and records, is $121,580.

Allocation of Purchase Price. The purchase price for the Assets is $96,963. The

allocation amongst the Assets is described in the spreadsheet attached hereto at "Exhibit B."

Liens on and Other Interests in the Assets. The Debtors are not aware of any liens

on or interests in the Assets.

Economic Terms and Conditions of the Proposed Miscellaneous Asset Sale. The

Debtors propose to sell the Assets "as is - where is," without warranty, representation or recourse

back to estates; provided, however, that the purchaser of the Assets will take title to the Assets

free and clear of all liens, claims, encumbrances and other interests pursuant to Bankruptcy Code

section 363(f).

Procedures to Object to the Proposed Sale. Any objection to the sale proposed

herein (an "Objection") must:  (i) be in writing; (ii) state with specificity the nature of the

objection; and (iii) be filed with the Bankruptcy Court and served by overnight delivery,

facsimile or electronic mail on or before August 17, 2007 (the "Initial Objection Deadline") on

the following parties:  (a) counsel to the Debtors; (b) counsel to the Official Unsecured

Creditors' Committee (the "Creditors' Committee"); (c) counsel to the Administrative Agent for

the lenders providing post-petition secured financing to the Debtors (during such time as there

remain amounts outstanding under the Debtors' post-petition secured financing); (d) all known

parties holding or asserting liens, claims, encumbrances or other interests in the Assets and their

respective counsel, if known; (e) the Office of the United States Trustee for the District of

Delaware; and (f) the Examiner appointed in these cases (the "Interested Parties"). The

objection deadline for the Creditors' Committee shall be August 24, 2007 (the "Committee

Objection Deadline" and, together with the Initial Objection Deadline, the "Objection

Deadlines"). If no Objections are filed with the Bankruptcy Court and served on the Interested

Parties by the Objection Deadlines, then the Debtors may proceed with the sale proposed herein.

If an Objection is timely filed and served, then (a) the Objection shall be deemed to be a request for a hearing on the proposed sale at the next scheduled omnibus hearing in these cases that is at least 10 days after service of the Objection, and (b) the sale proposed herein may not proceed absent written withdrawal of the Objection or entry of an order by the Court approving the sale.

Dated:  August 10, 2007
        Wilmington, Delaware

Respectfully submitted,

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California  94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

LA3:1136925 1
RLF1-3188131-1