**EXHIBIT B**

LA3:1136925 1
RLF1-3188131-1

**Exhibit B**
**Sale Notice - Miscellaneous Assets**
**Excess Network Equipment**

| Quantity | Device Type | Model | Serial Number | Asset Tag | Configuration | Sale Price | Allocation of Purchase Price |
|---|---|---|---|---|---|---|---|
| 1 | Router | 7206VXR | CNM2WC0ARC | 5004033 | standard mem, dual power supply, and PA-T3+ interface card | $ 13,422 | $ 13,422 |
| 1 | Router | 7206VXR | CNM2XB0ARC | 8032735 | standard mem, dual power supply, and PA-T3+ interface card | $ 13,422 | $ 13,422 |
| 1 | Switch | 6509 | CNM3WZOBRB | N/A | standard mem, Dual Sup 720s, dual 4000watt power supplies, high-speed fan tray | $ 70,120 | $ 70,120 |
| 1 | Switch | 6509 | CNM3A20BRA | 7035508 | standard mem, Dual Sup 720s, dual 4000watt power supplies, high-speed fan tray | Included in bid above | |
| 5 | Switch Line Card | 6748 | SAL1026T1JA | N/A | 48 port 10/100/100 TX | Included in bid above | |
| | | | SAL08414SCW | N/A | 48 port 10/100/100 TX | Included in bid above | |
| | | | SAL08280DDZ | N/A | 48 port 10/100/100 TX | Included in bid above | |
| | | | SAL09306ATX | N/A | 48 port 10/100/100 TX | Included in bid above | |
| | | | SAD082409GW | N/A | 48 port 10/100/100 TX | Included in bid above | |
| 1 | Switch Line Card | 6548 | SAD081309CV | N/A | 48 port 10/100/100 TX | Included in bid above | |
| 2 | Switch Services Module | FWSM | SAD090409WA | N/A | Firewall Services Module | Included in bid above | |
| | | | SAD08280EZY | N/A | Firewall Services Module | Included in bid above | |
| 2 | Switch Services Module | 6066 CSM | SAD082001DZ | N/A | Content Switching Module | Included in bid above | |
| | | | SAD092507XU | N/A | Content Switching Module | Included in bid above | |

Total Sale Price    $ 96,963   $ 96,963

Lienholders Identified:    None

Approx. Remaining Book Value:    $ 121,580