# EXHIBIT B

LA3:1136919 1
RLF1-3188127-1

**Exhibit B**
**Sale Notice – Miscellaneous Assets**

| | | Property Location: | 210 Commerce Irvine, CA |
|---|---|---|---|
| | | Tracker # | 165 |
| | | Approximate Square Footage: | 62,850 |
| | | Proposed Buyer: | Global 1 2239 S. Grand Ave Santa Ana, CA 92705 Office Phone 714 545 4500 email todd@goglobal1.com |

| Description of Assets | Count | Build-out Date | Approximate Value | Estimated Economics | Allocation of Purchase Price |
|---|---|---|---|---|---|
| **Work Stations and Misc. Furn.** | | | | | |
| Herman Miller 6x6, 6x8, 6x4 | 230 | between 2003 - 2004 | | | 26,000 |
| Training Desks | 88 | | | | |
| Single and L Shaped Desks | 20 | | | | |
| Credenzas | 10 | | | | |
| Conference room table, chairs | 3 | | | | |
| Projection Screen | 1 | | | | |
| Wood 2 draw lateral file cabinet | 9 | | | | |
| Wood bookcase | 7 | | | | |
| wood round tables | 4 | | | | |
| Stack Chairs cloth covered | 18 | | | | |
| Stack Chairs in lunchroom | 45 | | | | |
| Hon 2 drawer file cabinets | 10 | | | | |
| Hon 3 drawer file cabinets | 10 | | | | |
| Hon 4 drawer file cabinets | 10 | | | | |
| Storage Metal Cabinet | 3 | | | | |
| Kitchen Table | 12 | | | | |
| Refrigerator Large | 4 | | | | |
| Refrigerator Small | 2 | | | | |
| Herman Miller Aeron Chair | 1 | | | | |
| Task Chairs | 15 | | | | |
| Guest Chairs | 24 | | | | |
| | | subtotal | NA | | $26,000 |
| **HVAC Equipment** | | **SS #/Model** | | | |
| Liebert MiniMates | 2 | 439389-002 | | | |
| | | 439389-001 | | | |
| Liebert MiniMates | 2 | NA - ceiling mounted | | | |
| | | NA - ceiling mounted | | | |
| Data Air Handlers Model DAPA 0032-A1 | 3 | 2006-1237-E | | | |
| Data Air Handlers Model DAPA 0032 | 3 | 2006-1238-E | | | |
| | | 2006-1233-E | | | |
| | | 2006-1235-E | | | |
| | | 2006-1236-E | | | |
| | | 2006-1234 - E | | | |
| 3000 Kwikkool Portable Cooling System | 1 | Model SAC2421 | | | |
| MGE UPS System | 1 | L02-10235 | | | |
| Battery Cabinet | 1 | J02-11149 | | | |
| UPS 80KVa | 1 | B02-10720 | | | |
| Maintenance Bypass | 1 | G02-10807 | | | |
| | | subtotal | NA | | $ 10,000 |
| | | Total | | $ - | $ 36,000 |

Lienholder: GECC (for limited furniture components)