UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
### (Erin A. Koeppel)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Erin A. Koeppel of Kirkpatrick & Lockhart Preston Gates Ellis LLP to represent the Examiner, Michael J. Missal, Esquire in this action.

Mark Minuti (No. 2659)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840
(302) 421-5873 (Fax)
Email: mminuti@saul.com

Counsel for Michael J. Missal, Examiner

Dated: August 8, 2007

AUG 13 2007

DKT. NO. 2210
DT. FILED 8-8-07

550692.1 8/8/07

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and State of New York, the United States District Court for the District of Columbia, and United States Court of Appeals for the Second Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/5/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Erin A. Koeppel
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
1601 K Street, NW
Washington, DC 20006-1600
Telephone: (202) 778-9420
Facsimile: (202) 778-9100
Email: erin.koeppel@klgates.com

Counsel for Michael J. Missal, Examiner

Date: August 8, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice for Erin A. Koeppel is granted.

United States Bankruptcy Judge

Dated: August 13, 2007