IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., : | |
| a Delaware Corporation, et al, : | Case No. 07-10416 (KJC) |
| : | |
| Debtors. : | Jointly Administered |
| : | |
| NEW FALLS CORPORATION : | |
| : | |
| Movant, : | |
| : | |
| v. : | Hearing Date: September 11, 2007 at 1:30 p.m. |
| : | Objection Deadline: September 6, 2007 |
| NEW CENTURY MORTGAGE CORPORATION : | |

## NOTICE OF APPEARANCE

TO:   Clerk of Court
      U.S. Bankruptcy Court
      824 North Market Street
      Wilmington, DE 19801

**PLEASE ENTER THE APPEARANCE** of James F. Bailey, Jr., Law Offices of James F. Bailey, P.A., as counsel on behalf of New Falls Corporation in the above-captioned action.

                LAW OFFICES OF JAMES F. BAILEY, P.A.

                /s/ James F. Bailey, Jr.
                JAMES F. BAILEY, JR., I.D. #336
                Three Mill Road, Suite 306A
                Wilmington, DE 19806
                (302) 658-5686
                *Counsel for New Falls Corporation*

Dated: August 13, 2007