## **EXHIBIT 1**

RLF1-3188932-1

ROUTH CRABTREE, apc
3000 A Street, Suite 200
Anchorage, Alaska 99503
(907) 222-4300
(907) 222-4396 fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE NEW TRS CENTURY HOLDINGS, INC., et al.[1] ) ) ) ) ) ) ) ) Debtor.          ) | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF ALASKA        )
                                     ) ss.
THIRD JUDICIAL DISTRICT )

RICHARD ULLSTROM, being first duly sworn, on oath deposes and states:

1. I am an attorney of Routh Crabtree, apc (the "Firm") which maintains an office at 3000 A Street, Suite 200, Anchorage, Alaska 99503.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC) a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex; LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Routh Crabtree, PC
3000 A Street
Suite 200
Anchorage, Alaska
99503
(907) 222-4300
(907) 222-4396 fax

1

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about May 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. Prior to the filing of the petitions, which initiated the above-captioned cases, the Firm has represented and advised the Debtors as attorneys for two eviction actions on properties acquired through foreclosure by the Debtors. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time, are usually performed on a flat-fee-plus-costs basis, with the flat fee for an eviction being $350, prorated if the matter terminates prior to hearing. Typical costs are in the range of $20 to $250, depending on how far the matter must be pursued. If the matter becomes complex, my hourly rate is $150.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the Firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s), which the Firm has with such entities. The Firm's search of the database identified the following connections:

Bank of America, N.A.

Routh Crabtree, PC
3000 A Street
Suite 200
Anchorage, Alaska
99503
(907) 222-4300
(907) 222-4396 fax

2

| | |
|---|---|
| Countrywide Home Loans, Inc. | Deutsche Bank |
| Deutsche Bank Trust Company Americas | Indy Mac Bank, FSB |
| Federal National Mortgage Association | JP Morgan Chase Bank, NA |
| Sterling Bank (& Trust) | Residential Funding Corporation |
| U.S. Bank National Association | Washington Mutual Bank, FA |
| Aurora Loan Services | New Century Mortgage Corporation |
| EMC Mortgage Corporation | |

The nature of the connection is that the Firm has represented the entity in connection with providing foreclosure, bankruptcy, and/or eviction services or legal advice related to the entity's mortgage banking operations. In some cases (particularly Deutsche Bank and Deutsche Bank Trust Company Americas), the connection has been indirect in that we represented a different company that was servicing the loan for the entity on the above list, and we never dealt directly with that entity.

The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received form the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

Routh Crabtree, PC
3000 A Street
Suite 200
Anchorage, Alaska
99503
(907) 222-4300
(907) 222-4396 fax

3

8.    Prior to the filing of the above-captioned cases, the Firm was employed by the Debtors. The Debtors owe the Firm nothing for pre-petition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm has no pre-petition claim to waive.

9.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

10.    I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328 (c).

I declare under penalty of perjury that the foregoing is true and correct. Executed on _August 3_, 2007.

_____
Richard Ullstrom

Sworn to and subscribed before me this __3rd____ day of August, 2007

_____
Notary Public for Alaska
My Commission expires: 10|11|10

Routh Crabtree, PC
3000 A Street
Suite 200
Anchorage, Alaska
99503
(907) 222-4300
(907) 222-4396 fax

4