# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> NEW CENTURY TRS HOLDINGS, INC., <br> *et al.*,[1] <br><br> Debtors. | Chapter 11 <br> Case No. 07-10416 (KJC) <br> (Jointly Administered) <br> Objection Deadline: August 13, 2007 <br> Hearing Date: N/A |

## LIMITED OBJECTION OF THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO
## THE FIRST MONTHLY INTERIM FEE APPLICATION REQUEST
## OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP, AS SPECIAL
## CORPORATE AND LITIGATION COUNSEL TO THE DEBTORS

TO THE HONORABLE KEVIN J. CAREY,
UNITED STATES BANKRUPTCY JUDGE:

The Official Committee of Unsecured Creditors (the "Committee") of New Century TRS Holdings, Inc., *et al.*, the above-captioned debtors and debtors-in-possession (the "Debtors"), by its co-counsel, Blank Rome LLP and Hahn & Hessen LLP, hereby files this Limited Objection to the First Monthly Interim Fee Application Request of Sheppard, Mullin, Richter & Hampton LLP, as Special Corporate and Litigation Counsel to the Debtors for the period from April 2,

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a new Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

1295403.v2

2007 to June 30, 2007 (the "Fee Application") (Docket No. 2009), and in support thereof respectfully states as follows:[2]

## BACKGROUND

1. On April 2, 2007 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§101, et seq., (the "Bankruptcy Code"). The Debtors have continued in the management and operation of their businesses pursuant to Bankruptcy Code §§ 1107 and 1108, and no trustee has been appointed. On June 7, 2007, the Court issued an order approving the appointment of Michael J. Missal, Esq. as Examiner in these chapter 11 cases.

2. On April 9, 2007, the Office of the United States Trustee for the District of Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the Committee: Credit Suisse First Boston Mortgage Capital LLC, Credit-Based Asset Servicing and Securitization LLC, Residential Funding Company, LLC, Deutsche Bank National Trust Co., Wells Fargo Bank, N.A. as Indenture Trustee, Fidelity National Information Services, Inc., and Maguire Properties – Park Place, LLC. Since its formation, the Committee has appointed Kodiak Funding LP as an ex officio member of the Committee. Hahn & Hessen LLP and Blank Rome LLP were selected by the Committee to serve as its co-counsel, and FTI Consulting, Inc. was selected by the Committee to serve as its financial advisor.

3. On March 21, 2005, Daniel J. Rubio, John Hicks, David Vizcarra, individually and on behalf of themselves, all others similarly situation, and the general public commenced a lawsuit against New Century Mortgage Corporation entitled *Daniel J. Rubio v.*

---

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Fee Application.

*New Century Mortgage Corporation* (the "Rubio Litigation").

4.  On April 27. 2007, this Court signed an order authorizing the Debtors to cause their wholly-owned subsidiary, New Century Warehouse Corporation ("NCWC"), to carry out the sale of substantially all of its assets (the "Access Sale") pursuant to the terms and conditions set forth in an Asset Purchase Agreement.

5.  On June 15, 2007, the Court entered its Order Authorizing Employment of Sheppard, Mullin, Richter & Hampton LLP ("SMRH"), as Special Corporate and Litigation Counsel to the Debtors *Nunc Pro Tunc* to April 2, 2007 (the "Order") (Docket No. 1270). Pursuant to the Order, SMRH is authorized to represent the Debtors in connection with (a) the defense of the Rubio Litigation; (b) the Access Sale of substantially all of NCWC's assets; and (c) limited services incident to the corporate matters for which SMRH represented the Debtors on similar matters prior to the Petition Date in an amount not to exceed $2,500 per month. Furthermore, the Court ordered that the aggregate amount of allowed fees incurred by SMRH after May 31, 2007 in these chapter 11 cases shall not exceed $35,000, exclusive of a separate monthly fee not to exceed $2,500 in connection with the above described limited services related to general corporate matters. The Order did not specify the source of the funding to compensate SMRH for services rendered.

6.  Pursuant to its Fee Application, SMRH is seeking compensation and reimbursement of actual and necessary expenses incurred for the period April 2, 2007 through June 30, 2007 (the "Compensation Period") in the amounts $122,838.98 and $2,062.02, respectively. The invoice statement and fee details attached as Exhibit "2" to the Fee Application indicates that SMRH incurred fees during the Compensation Period for the defense of the Rubio Litigation in the amount of $27,910.08. The invoice statement and fee details

attached as Exhibit "3" indicates that the fees incurred by SMRH during the Compensation Period for Miscellaneous Corporate Matters, including the Access Sale, were $125,638.65. The Committee does not object to the amount or reasonableness of the fees sought by SMRH for the Compensation Period. Rather, the Committee submits this limited objection as it contends that the fees sought by SMRH, to the extent they relate to the Access Sale or any other work done on behalf of NCWC, should be borne from the proceeds of the Access Sale, which, upon information and belief, are being maintained in a separate account by the Debtors. Such fees and expenses were incurred in order to consummate the Access Sale and, therefore, should be deducted from the sale proceeds as a transaction-related expenses.

*(Remainder of Page Intentionally Left Blank)*

**WHEREFORE**, the Committee respectfully requests that the Court direct that the fees and expenses sought by SMRH related to the Access Sale be paid from the proceeds of the Access Sale and grant such other and further relief as may be just and proper.

Dated:    Wilmington, DE
          August 13, 2007

                    BLANK ROME LLP

                    By:    /s/ Bonnie Glantz Fatell
                           Bonnie Glantz Fatell (No. 3809 )
                           1201 Market Street, Suite 800
                           Wilmington, Delaware  19801
                           (302) 425-6400 - Telephone
                           (302) 425-6464 - Facsimile

                                - and -

                           HAHN & HESSEN LLP
                           488 Madison Avenue, 15th Floor
                           New York, New York 10022
                           (212) 478-7200 - Telephone
                           (212) 478-7400 - Facsimile
                           Attn:    Mark T. Power
                                    Huria S. Naviwala

                           Co-Counsel to the Official Committee of
                           Unsecured Creditors of New Century TRS
                           Holdings, Inc., *et al.*