**GUST ROSENFELD P.L.C.**
201 E. Washington, Suite 800
Phoenix, Arizona 85004-2327
Telephone No. (602) 257-7430
Facsimile No. (602) 340-1538
Madeleine C. Wanslee
Mwanslee@gustlaw.com
**Attorneys for** Maricopa County Treasurer

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.  07-10416 (KJC)<br><br>Jointly Administered<br><br>**Hearing Date: August 21, 2007**<br>**Time: 1:30 p.m.** |

### MARICOPA COUNTY TREASURER'S RESPONSE TO AMENDED MOTION TO EXPAND SCOPE OF ORDER ESTABLISHING MISCELLANEOUS SALE PROCEDURES (DOCKET NO. 2157)

Maricopa County Treasurer ("Maricopa County"), by and through its undersigned counsel, hereby files its response to the Amended Motion to Expand Scope of Order Establishing Miscellaneous Sale Procedures (Docket No. 2147) (the "Amended

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TR Holdings, Inc. (f/k/a New Century Financial Corporation) a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, LP (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, AD Astra Mortgage, Midwest Home Mortgage, Trats Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCORAL, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California .

MCW:sdl  756314.1  8/13/2007                1

Motion").

        Among other things, Debtors' Amended Motion seeks to establish sale procedures concerning the sale of leased property, mainly consisting of office furniture and equipment, when in some instances the lessors have failed to respond or have refused to pick up the leased property.  The **<u>Exhibit A</u>** entitled Miscellaneous Sale Procedures attached to the Debtors' **<u>Exhibit 1</u>**, proposed form of Order Pursuant to Bankruptcy Code Sections 105 and 363 Establishing Expanded Procedures Governing Miscellaneous Asset Sales, states that the remaining proceeds will be segregated in an account maintained by the Debtors and held for the benefit of the relevant lessor and that the lessors can claim the net sale proceeds by requesting the funds in writing from counsel for the Debtors, with a copy to counsel for the Creditors' Committee.

        Under Arizona law, Maricopa County has valid liens that are "prior and superior to all other liens and encumbrances on the property."  A.R.S. § 42-17153 (2005). Maricopa County is entitled to have its tax liens on the property paid "from the sale of which the funds***were derived and, to the extent necessary to discharge the debt secured by the lien, the proceeds of the sale of the property were withdrawn from or taken out of the assets of the estate."  *Brans v. City of Dallas, Texas*, 217 F.2d 640 (5th Cir.1954).  In *Ingram v. Coos County, Or.*, the Court held that "It follows therefore that appellee's claim for taxes out of the proceeds of the bankrupt's property sold to satisfy the tax lien, is entitled to priority over all other claims 'except the payment of the actual and necessary costs of the sale of the personal property upon which said taxes were assessed'."  *Ingram v. Coos County, Or.*, 71 F.2d 889 (9th Cir. 1934).  To the extent that there are any unpaid property taxes concerning any leased property located in Maricopa

County, Arizona, Maricopa County is entitled to the net sale proceeds and only after payment in full for any and all property taxes owing to Maricopa County, shall the lessor receive the remaining net sale proceeds.  In order to search its records and determine the status of the property tax, Maricopa County will require the name of each and every property owner, also known as the lessor, concerning any and all leased property that will be sold by Debtors located in Maricopa County, Arizona.  Maricopa County requests that Debtors be required to provide in its motion for authority to sell leased property the name and address of the lessor, also known as the property owner, the physical address of the location of the leased property, and a list the leased property that is being sold.

WHEREFORE, Maricopa County submits its Response and requests that the Court order (1) that Debtors provide that any tax liability owing to Maricopa County concerning the leased property will be fully paid at closing from the proceeds of the sale in accordance with A.R.S. § 42-17153 (2005); and (2) that the Debtors shall include in their motions to sell leased property the complete name and address of the lessor that owns the leased property, the physical address of the location of the leased property, and a detailed list of the leased property that will be sold.

Dated this 14th day of August, 2007.

Respectfully submitted,

By/s/ *Madeleine C. Wanslee*
  Madeleine C. Wanslee
  Arizona State Bar No. 012590
  Gust Rosenfeld P.L.C.
  201 E. Washington Street, Suite 800
  Phoenix, AZ  85004-2327
  Telephone No. (602) 257-7430
  Facsimile No. (602) 34-1538
  Email: mwanslee@gustlaw.com

MCW:sdl  756314.1  8/13/2007            3

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on the 14th day of August, 2007, I served by facsimile true and correct copies of the foregoing Maricopa County Treasurer's Response to Amended Motion to Expand Scope of Order Establishing Miscellaneous Sale Procedures (Docket No. 2157) upon the following parties:

Mark D. Collins
Michael J. Merchant
Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King St.
One Rodney Square
Wilmington, DE 19801
Attorneys for Debtors
Fax: 302-651-7701

Suzzanne S. Uhland
O'MELVENY & MYERS LLP
275 Battery St., 26th Fl.
San Francisco, CA 94111-3305
Attorneys for Debtors
Fax: 415-984-8701

By */s/ Madeleine C. Wanslee*
    Madeleine C. Wanslee