# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | : |
| a Delaware Corporation, et al, | : Case No. 07-10416 (KJC) |
| | : |
| Debtors. | : Jointly Administered |
| | : |
| NEW FALLS CORPORATION | : |
| | : |
| Movant, | : |
| | : |
| v. | : Hearing Date: September 11, 2007 at 1:30 p.m. |
| | : Objection Deadline: September 6, 2007 |
| NEW CENTURY MORTGAGE CORPORATION | : |

## NOTICE OF THE FILING OF A MOTION FOR RELIEF FROM AUTOMATIC STAY BY NEW FALLS CORPORATION

New Falls Corporation has filed a Motion for Relief from Stay which seeks the following relief:

Relief from the automatic stay provisions with regard to New Falls Corporation as to a foreclosure action filed in North Carolina in which New Century Mortgage Corporation is the Defendant and against whom no monetary judgment is being sought and who is a Nominal Defendant.

**HEARING ON THE MOTION WILL BE HELD** on **September 11, 2007 at 1:30 p.m.** in the United States Bankruptcy Court, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.

**ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE FILED ON OR BEFORE SEPTEMBER 6, 2007 AT 4:00 P.M. (EST). FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

At the same time, you must also serve a copy of the response on Movant's attorneys.

LAW OFFICES OF JAMES F. BAILEY, P.A.
James F. Bailey, Jr.
Three Mill Road, Suite 306A
Wilmington, DE 19806
(302) 658-5686
Email: jbailey@jfbailey.com

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purposes of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF DEMANDED BY THE MOTION WILL BE GRANTED.**

LAW OFFICES OF JAMES F. BAILEY, P.A.

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR., I.D. #336
Three Mill Road, Suite 306A
Wilmington, DE 19806
(302) 658-5686
*Counsel for New Falls Corporation*