## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., : | |
| a Delaware Corporation, et al, : | Case No. 07-10416 (KJC) |
| : | |
| Debtors. : | Jointly Administered |
| : | |
| _____ : | |
| : | |
| NEW FALLS CORPORATION : | |
| : | |
| Movant, : | |
| : | |
| v. : | Hearing Date: September 11, 2007 at 1:30 p.m. |
| : | Objection Deadline: September 6, 2007 |
| NEW CENTURY MORTGAGE CORPORATION : | |

### MOTION FOR RELIEF FROM AUTOMATIC STAY BY NEW FALLS CORPORATION

Movant, New Falls Corporation, acting by and through its undersigned counsel, hereby moves, pursuant to 11 U.S.C. §362 for the entry of an order terminating the automatic stay previously entered in the above captioned bankruptcy case as to New Falls Corporation, more fully described below, and in support thereof states as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 28 U.S.C. §1557(a). This is a core proceeding.

2. Debtors filed this Chapter 11 bankruptcy proceeding on April 2, 2007. Debtors continued to operate and manage their business as a debtor-in-possession. An action was previously filed in Watauga County, North Carolina, encaptioned as New Falls Corporation, Plaintiff v. Brenda S. Sewell and husband, Ronald N. Sewell, et al., Defendants v. The Cadle Company II, Inc. and Stornawaye Capital, LLC, Third-Party Defendants. A copy of the Complaint is attached hereto and made a part hereof.

3. The above noted North Carolina action is the action for which relief from the automatic stay provisions of §362 of the Bankruptcy Code is sought. More particularly, New Century Mortgage Corporation is a foreign corporation with a principal place of business in Irvine, California, doing business, inter alia, in Watauga County, North Carolina. New Century is named as a party to the above noted action, solely, inasmuch as it is the record holder of a junior debt of trust recorded at Book 946, Page 1, Watauga County Registry, on real property located at 377 White Oak Trail, Banner Elk, North Carolina 28054 (hereinafter referred to as the "Property"). The tract in question is a 1.509 acre tract.

4. Plaintiff is the current and present holder of a note and deed of trust on the above described property. The unpaid balance is at least $998,188.48. The above referenced action in the State of North Carolina is an action for foreclosure under the terms of the note and deed of trust whereby Movant seeks to sell the property to satisfy the above noted debt as provided by North Carolina General Statute §1-339, et al.

5. New Century Mortgage is only named as a party to the North Carolina action with regard to it being the record holder of a junior deed of trust and no money judgment is sought against the Debtor in that North Carolina action as is more particularly articulated in paragraph 6 of the North Carolina Complaint attached hereto as Exhibit A.

WHEREFORE, Movant seeks an Order terminating the automatic stay provisions of 11 U.S.C. §362 in the above captioned case, as to New Falls Corporation; and permitting New Falls Corporation to exercise and enforce its various rights and remedies in the North Carolina action without requiring further application to this Court, and granting New Falls Corporation such other and further relief as is just and equitable.

                       LAW OFFICES OF JAMES F. BAILEY, P.A.

                       /s/ James F. Bailey, Jr.
                       JAMES F. BAILEY, JR., I.D. #336
                       Three Mill Road, Suite 306A
                       Wilmington, DE  19806
                       (302) 658-5686
                       *Counsel for New Falls Corporation*

Dated:  August 13, 2007