# EXHIBIT B

RLF1-3189476-1

**Exhibit B**
**Sale Notice - Miscellaneous Assets**

| | | Property Location: | AllPoints Warehouse |
|---|---|---|---|
| | | Tracker #230 | Houston, TX |
| | | Approximate Square Footage: | |
| | | Proposed Buyer: | CNK Resale |
| | | | 10752 Rutherford |
| | | | Cleveland, TX 77328 |
| | | | Darrell Grant |
| | | | 832 692 8338 |

| Description of Furniture Assets | Count | Placed in Service | Approximate Value | Estimated Economics | Allocation of Purchase Price |
|---|---|---|---|---|---|
| **Work Stations** | | | | | |
| Desks | 7-9 | approx. 2004 | 900 | | 4,000 |
| File Cabinets | 40-50 | | 5,000 | | |
| | | subtotal | | | |
| **Private Offices** | | | | | |
| Miscellaneous Herman Miller and Haworth Parts | | approx. 2004 | | | |
| | | subtotal | | | $  - |
| | | Total | 5,900 | | $  4,000 |

FFE Lienholder:            None Identified