| United States Bankruptcy Court<br>**District of Delaware** | PROOF OF CLAIM | |
|---|---|---|
| In re (Name of Debtor)<br>New Century TRS Holdings, Inc. | Case Number<br>07-10416 (KJC) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. 503.

| Name of Creditor<br>(*The person or other entity to whom the debtor owes money or property*)<br><br>Lee County Tax Collector | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and Address Where Notices Should be Sent<br><br>Lee County Tax Collector<br>C/O Legal Dept.<br>P.O. Box 850<br>Fort Myers, FL  33902-0850<br><br>Telephone No.   (239) 533-6067 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR<br>COURT USE ONLY |
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR<br>18-43-24-V2-05733.0340 | Check here if this claim  ☐ replaces<br>                                     a previously filed claim, dated:<br>                                    ☐ amends | |

| 1.    BASIS FOR CLAIM<br>☐ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☒ Taxes<br>☐ Other (Describe briefly) | ☐ Retiree benefits as defined in 11 U.S. C. 1114(a)<br>☐ Wages, salaries, and compensation (Fill out below)<br>☐ Your social security number<br>Unpaid compensation for services performed<br>From                       to<br>      (date)                   (date) |
|---|---|
| 2.    DATE DEBT WAS INCURRED<br>January 1, 2006 | 3.     IF COURT JUDGMENT, DATE OBTAINED: |

4.    CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

| ☒ SECURED CLAIM $1,533.07 plus statutory interest (CALL 239-339-6067 FOR PAYOFF)<br>Attach evidence of perfection of security interest<br>Brief Description of Collateral:<br>☒ Real Estate      ☐ Motor Vehicle      ☐ Other (Describe briefly)<br><br>Amount of arrearage and other charges at time case filed included in secured claim above, if any $<br>☐ UNSECURED NONPRIORITY CLAIM $<br> A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.<br><br>☐ UNSECURED PRIORITY CLAIM $<br>Specify the priority of the claim. | ☐ Wages, salaries or commissions (up to $4000),* earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. 507(a)(3)<br>☐ Contributions to an employee benefit plan – 11 U.S.C. 507 (a) (4)<br>☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. (507) (a) (6)<br>☐ Alimony, maintenance, or support owed a spouse, former spouse, or child – 11 U.S.C. 507 (a)(7)<br>☐ Taxes or penalties of governmental unit – 11U.S.C. 507 (a) (8)<br>☐ Other – Specify applicable paragraph of 11 U.S.C. 507(a)<br>* Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

| 5.    TOTAL AMOUNT OF<br>CLAIM AT TIME             $                          $ 1,533.07                      $                              $ 1,533.07 plus statutory interest<br>CASE FILED:           (Unsecured)                  (Secured)                      (Priority)                   (Total)<br>☒ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges. | |
|---|---|
| 6.    CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owed to debtor.<br><br>7.    SUPPORTING DOCUMENTS. <u>Attach copies of supporting documents</u>, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br><br>8.    TIME-STAMPED COPY. To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IS FOR<br>COURT USE ONLY |
| Date<br>8/14/07 | Sign and print the name and title, if any, of the creditor or other person authorized to fill this claim (attach copy of power of attorney, if any)<br>/s/ Thelma McNaughton | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 and 3571. 204137309 18292