# **<u>EXHIBIT B</u>**

LA3:1137076.1
RLF1-3189736-1

**Exhibit B**
**Sale Notice - Miscellaneous Assets**

| | |
|---|---|
| Property Location: | 4349 Easton Way, Suite 100 |
| Tracker #230 | Columbus, OH |
| Approximate Square Footage: | 14,105 |
| Proposed Buyer: | NetJets Aviation |
| | 4111 Bridgeway Ave |
| | Columbus, OH  43219 |
| | 614-849-7357 |

| Description of Furniture Assets | Count | Build-out Date | Approximate Value | Estimated Economics | Allocation of Purchase Price |
|---|---|---|---|---|---|
| **Work Stations** | | | | | |
| 6 x 6 | 90 | 12/1/2003 | 56,283 | | |
| 6 x 6 workstations added | 8 | 11/1/2006 | 38,310 | | |
| Partial 6 x 6 workstations in pieces | 24 | | 0 | | |
| | | subtotal | 94,593 | | $ 11,760 |
| **Private Offices** | | | | | |
| Conference Room Table and Chairs | 1 | subtotal | NA | | $ 240 |
| **Miscellaneous Office Products** | | | NA | | |
| | | subtotal | 94,593 | | $ - |
| | | Total | 94,593 | $ 12,000 | $ 12,000 |

FFE Lienholder:                GECC