## CERTIFICATE OF SERVICE

I, Elihu E. Allinson, III, hereby certify that on the 14th day of August 2007, I caused a copy of the foregoing *Objection of Nabih and Esther Mangoubi to the Debtors' Motion to Expand Scope of Order Establishing Miscellaneous Sale Procedures* to be served via U.S. Mail, First Class, postage prepaid upon the parties listed below.

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Suzzanne S. Uhland, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA  94111

Under penalty of perjury, I declare the foregoing to be true and correct.

*August 14, 2007*
Date

Elihu E. Allinson, III