IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, *et al.*, | : | (Jointly Administered) |
| | : | Hr'g Date: August 21, 2007 at 1:30 p.m. |
| Debtors. | : | Obj. Deadline: August 14, 2007 at 4:00 p.m. |
| | : | Related Dockets Item 2157, 2254 |

### JOINDER OF TOWN PARK RENAISSANCE, LLC TO OBJECTION OF NABIH AND ESTHER MANGOUBI TO THE DEBTORS' MOTION TO EXPAND SCOPE OF ORDER ESTABLISHING MISCELLANEOUS SALE PROCEDURES

COMES NOW Town Park Renaissance, LLC ("Town Park"), which is the landlord of the premises located at 114 Town Park Drive, Suite 150, Kennesaw, Georgia 30144 (the "Premises"), by and through undersigned counsel, William D. Sullivan, LLC and Friese Legal, LLC, and joins (the "Joinder") the *Objection of Nabih and Esther Mangoubi to the Debtors' Motion to Expand Scope of Order Establishing Miscellaneous Sale Procedures* (the "Mangoubi Objection") and in support of its Joinder respectfully states as follows:

#### Background on Town Park

1. Pre-petition, Town Park and the Debtors entered into that certain building lease relating to the Premises (the "Building Lease").

2. The Premises/Building Lease is listed on Exhibit "B" to the Lease Rejection Order[1] as Lease ID GA006. Lease Rejection Order, at Ex. B, p. 10 of 22.

3. A significant amount of personal property remains on the Premises.

---

[1] Unless it is plainly apparent from the context that another meaning is intended, capitalized terms not otherwise defined shall have the meanings ascribed to them in the Mangoubi Objection.

### The Joinder

4. Town Park does hereby join in the Mangoubi Objection. Town Park incorporates the Mangoubi Objection herein by reference thereto and adopts and restates the Mangoubi Objection as if it were Town Park's objection, except as to the differing facts that are unique to Town Park's relationship with the Debtors as stated herein (including Ex. A hereto) and as shall be set forth in greater detail at hearing on the Joinder.

### Conclusion

WHEREFORE, Town Park respectfully requests that the Court enter an order (i) sustaining the Mangoubi Objection, (ii) denying the Expansion Motion, (iii) compelling the Debtors immediately to perform all of their unperformed post-petition lease obligations with respect to the Building Lease pursuant to Section 365(d)(3) of the Bankruptcy Code, and (iv) granting to Town Park such other and further relief and the Court deems just and proper.

Dated: August 14, 2007
       Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

*/s/ E.G. Allinson III*

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

- and -

Stephanie Friese, Esq.
FRIESE LEGAL, LLC
1100 Spring Street NW
Suite 410
Atlanta, GA 30309
Tel: (404) 876-4880

*Counsel for Town Park Renaissance, LLC*

2