UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In the Matter of:

New Century TRS Holdings, Inc.,
a Delaware corporation, et al.,

Case No. 07-10416 (KJC)
Chapter 11
Jointly Administered

Debtors.
_____/



## NOTICE OF WITHDRAWAL OF
## GENERAL UNSECURED CLAIM NO. 1056

Please take notice that the Bankruptcy Estate of Sam Brown Knolton withdraws its general unsecured Claim No. 1056 in the amount of $208,250.00.

Dated: August 8, 2007

Respectfully submitted,

_____
Matthew J. Vivian (P54769)
Counsel for the Estate of Sam B. Knolton
496 W. Ann Arbor Trail, Suite 102
Plymouth, MI 48170
(734) 446-0340
(734) 446-0342-Fax
vivianlaw@comcast.net