IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
NEW CENTURY TRS HOLDINGS, INC.               Case No. 07-10416-KJC
        Debtor                                   (Chapter 11)
INDYMAC BANK, F.S.B.                         Ref: Docket No 1296
6900 BEATRICE DRIVE
KALAMAZOO, MI 49009
        Movant

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
        Attorneys for the Movant
    v.
NEW CENTURY TRS HOLDINGS, INC, et al.
        Respondents

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion")

filed by IndyMac Bank, F.S.B. ("IndyMac"), and any response thereto, and good cause having

been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Automatic Stay is terminated allowing IndyMac to exercise its

rights under applicable law against the Debtor's Property more particularly described in the

Mortgage which has the address of 55 Richelieu Place, Newark, NJ 07106 ("Property"),

including, but not limited to foreclosure against the Property under the Mortgage.

Date: _Aug, 14, 2007_

BY THE COURT:

_____
U.S. Bankruptcy Court Judge

Docket 1296 - CNO - 7-10-07