IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
NEW CENTURY TRS HOLDINGS, INC.
    Debtor
U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE C/O HOME LOAN SERVICES
    Movant

Case No. 07-10416-KJC
(Chapter 11)
Ref: Docket No. 1217

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
    Attorneys for the Movant
  v.
NEW CENTURY TRS HOLDINGS, INC, et al.
    Respondents

### ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by U.S. Bank National Association, as Trustee c/o Home Loan Services ("U.S. Bank"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED**; and it is further

**ORDERED,** that the Automatic Stay is terminated allowing U.S. Bank to exercise its rights under applicable law against the Debtor's Property more particularly described in the Mortgage which has the address of 308 Sheridan Avenue, Brooklyn, New York 11208 ("Property"), including, but not limited to foreclosure against the Property under the Mortgage.

Date: Aug 14, 2007

BY THE COURT:

_____
U.S. Bankruptcy Court Judge

Docket 1217 - CNO Filed 07-10-07