## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC., : | |
| a Delaware corporation, et al., [1] | Jointly Administered |
| Debtors | |
| | Re: Docket No. 2197, 2198, and 2199 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a

member of the bar of this Court, hereby declare that on August 8, 2007, I caused true and correct

copies of the following to be served upon the parties listed on the attached Exhibit A by United

States Postal Service First Class Mail:

- **Order Pursuant to Section 345(b) of the Bankruptcy Code Approving Interim Relief**
  [Docket No. 2197]

- **Order Granting Motion of the Debtor and Debtor in Possession Authorizing
  Maintenance of the Debtor's Existing Bank Account** [Docket No. 2198]

- **Amended Order Directing Joint Administration of Related Chapter 11 Cases**
  [Docket No. 2199]

Additionally, on August 8, 2007, I caused true and correct copies of the following to be

served on the parties listed on the attached Exhibit B by United States Postal Service First Class

Mail:

---

[1]     The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a
Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation;
New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New
Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123
Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit
Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II
Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV
Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a
California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a
Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage,
Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware
limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Order Granting Motion of the Debtor and Debtor in Possession Authorizing Maintenance of the Debtor's Existing Bank Account** [Docket No. 2198]

- **Amended Order Directing Joint Administration of Related Chapter 11 Cases** [Docket No. 2199]

Dated: August 15, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600