# Exhibit B

Exhibit B
NC Warehouse Creditors
First Class Mail Service List

| Creditor Name | Creditor Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| Goldman Sachs Mortgage Company | Marc Flamino | 85 Broad St | | | New York | NY | 10004 | | Creditor |
| Ixis Real Estate Capital Inc | Tony Malanga | 9 West 57th St | 36 Floor | | New York | NY | 10019 | | Creditor |
| New Century Mortgage Corporation | | 18400 Von Karman | Ste 1000 | | Irvine | CA | 92612 | | Creditor |
| Vinson & Elkins LLP | T Mark Kelly | First City Bank | 1001 Fannin St | Ste 2300 | Houston | TX | 77002-6760 | | Creditor |