# Exhibit C

Exhibit C
Global 1 Notice List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| Global 1 | | 2239 S. Grand Avenue | | Santa Ana | CA | 92705 | | Notice Party |