IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | Case No: 07-10416 (KJC) |
| Debtor. | (Jointly Administered) |
| | Hearing Date: August 21, 2007 at 1:30 p.m.<br>Objection Deadline: August 14, 2007<br>Related D.I. 2088, filed 7/30/07 |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion to Terminate Automatic Stay In Rem Only and for Abandonment of Property* (the "Motion"), which was filed on July 30, 2007 at D.I. No. 2088 and *Re-notice of Motion* filed on July 31, 2007 at D.I. No. 2102. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Objections to the Motion were due to be filed and served no later than August 14, 2007 at 4:00 p.m.

Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender, respectfully requests that the Court entered the Order attached hereto terminating the stay.

Dated: August 15, 2007
      Wilmington, DE

HARVEY ♦ PENNINGTON LTD.

*/s/ Charles J. Brown, III*
Charles J. Brown, III (# 3368)
J" Jackson Shrum (# 4757)
913 Market Street, Suite 702
Wilmington, Delaware 19801
Telephone: (302) 428-0719
Telecopier: (302) 428-0734

*Attorneys for Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender*

720917_1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | Case No: 07-10416 (KJC) |
| Debtor. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused true and correct copies of the foregoing document to be served on all of those parties requesting notice via CM/ECF or regular first-class mail.

Dated: August 15, 2007

/s/ Charles J. Brown, III
Charles J. Brown, III (#3368)

720917_1