# THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: New Century TRS Holdings, Inc., Debtor(s). <br> 18400 Von Karman Ave. <br> Irvine, CA  92612 <br> 33-0683629/93-1195257 | Case No. 07-10416 KJC <br><br> Chapter 11 |

## REQUEST FOR NOTICES

   Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the Tennessee Department of Labor & Workforce Development-Unemployment Ins.

Notices should be addressed to:
Tennessee Department of Labor & Workforce Development-Unemployment Ins.
c/oTN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

   The Tennessee Department of Labor & Workforce Development-Unemployment Ins. hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

        Respectfully submitted,
        Robert E. Cooper, Jr.
        Attorney General and Reporter

        /s/ Laura L. McCloud
        Laura L. McCloud
        Assistant Attorney General
        BPR No. 016206
        OFFICE OF THE ATTORNEY GENERAL
        BANKRUPTCY DIVISION
        P O BOX 20207
        Nashville, TN  37202-0207
        Phone: 615-532-2504     Fax: 615-741-3334
        Email: ICDELAWARE@STATE.TN.US

## CERTIFICATE OF SERVICE

   I certify that on _____August 15, 2007_____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

        /s/ Laura L. McCloud
        Laura L. McCloud
        Assistant Attorney General

| | |
|---|---|
| Office of the U.S. Trustee <br> 844 King St., Room 2207 <br> Lock Box 35 <br> Wilmington, Delaware  19899-0035 | Christopher M. Samis <br> Attorney for the Debtor(s) <br> 920 N. King St. <br> One Rodney Square <br> Wilmington, DE 19801 |