**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In the Matter of: | Chapter 7 Case |
| New Century TRS Holdings, Inc. | Case No. 07-10416 |
| Debtor. _____/ | |

**WITHDRAWAL OF LEE COUNTY
TAX COLLECTOR'S SECURED CLAIM**

COMES NOW the LEE COUNTY TAX COLLECTOR, by undersigned designee, and withdraws her secured claim filed herein at docket number 2251 for the reason that this claim is required to be filed in paper form.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by electronic notice, if registered in the Electronic Case Filing System; otherwise by U. S. mail, postage prepaid, this 15th day of August, 2007 to: Mark D. Colins, Esq., One Rodney Square, P. O. Box 551, Wilmington, DE 19899.

/s/Toni McNaughton
Toni McNaughton
Legal Coordinator for the
LEE COUNTY TAX COLLECTOR
Post Office Box 850
Fort Myers, FL 33902-0280
239-533-6067