IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 07-10416-KJC<br>(Jointly Administered)<br><br>Related D.I. 2088, filed 7/30/07 |

## ORDER GRANTING MOTION TO TERMINATE AUTOMATIC STAY *IN REM* ONLY AND FOR ABANDONMENT OF PROPERTY

This matter is before the Court upon the **Motion to Terminate Stay *In Rem* Only And For Abandonment of Property** filed at D.I. No. 2088 on July 30, 2007 by Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender ("Countrywide"), and it appearing to the Court that service of the Motion was properly made; and the Court having considered the Motion, the Response, if any, and the Court being sufficiently advised; and it further appearing that Countrywide's Motion is well taken; accordingly it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT**

1. The Zanone Mortgage and the real estate located at 10919 Hollyview Court, Louisville, Kentucky 40299 (the "Hollyview Property") are not property of the Debtor's bankruptcy estate pursuant to 11 U.S.C. § 541; and

2. The automatic stay imposed by 11 U.S.C. § 362 shall be, and hereby is terminated *in rem* only as to the Hollyview Property; and

3. Any interest the Debtor may hold in the Hollyview Property is hereby abandoned from the Debtor's estate.

Dated: Aug 16, 2007

HONORABLE KEVIN J. CAREY

Docket No: 2236
Date: 8-13-07