# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | New Century TRS Holdings, Inc. | | |
| **Case Number:** | 07-10416-KJC | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, AUGUST 07, 2007 01:30 PM   CRT#5, 5TH FL. | | |
| **Bankruptcy Judge:** | KEVIN J. CAREY | | |
| **Courtroom Clerk:** | NANCY HUNT | | |
| **Reporter / ECR:** | N/A | | |

## *Matter:*

Omnibus

**R / M #:**   2,179 /  0

## *Appearances:*

See Sign in Sheet

## *Proceedings:*

Amended Agenda Item
#1, 2 and 3 - Continued to 8/21/07
#4 - Order Signed
#5 - No Order Necessary
#6 - Order Signed
#7 - Order Signed
#8, 9, 10 - Orders Signed
#11 - Order Due
#12 - Adjourned
#13 - Order Due
#14 and 15 - Continue on 8/21/07
#16, 17 and 18 - Orders Signed