# S I G N - I N - S H E E T

**CASE NAME:** New Century TRS Holdings, Inc.          **COURTROOM LOCATION: 5**

**CASE NO.: 07-10416-KJC**          **DATE:**    August 7, 2007

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Guy Neal | Sidley Austin LLP | KPMG LLP |
| Mark Hurford | Campbell & Levine | KPMG LLP |
| Chris Ward | Klehr Harrison | Wells Fargo + Goldman Sachs |
| Bill Levee | Lowenstein Sandler | NYState Teachers Retirement System |
| William Harrington | US Trustee | |
| Colomel MacConnell | Potter Anderson & Carroon LLP | Bank of America |
| Robert Keach | Bernstein Shur LLP | Ad Hoc Committee |
| Joseph H. Huston, Jr. | Stevens+Lee P.C. | Schwaden v.N.C. |
| Mark Indelicato | Hahn ~ Hessen | " |
| Jon McCabey | | Creditors Committee |
| Bonnie Fatell | Blank Rome | |
| Bob Stearn | " | Debtors |
| Mike Indelich | " | " |
| Chris Silbaglio | " | " |
| Gary Tell | O'Melveny | " |
| Someem Ubby | | |
| Carl Neff | Fox Rothschild | |
| Mark Ralston | Mark Ralston Law Firm | Positive Software |

S I G N - I N - S H E E T

CASE NAME:    New Century TRS Holdings, Inc.          COURTROOM LOCATION: 5
CASE NO.: 07-10416-KJC          DATE:    August 7, 2007
PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Minuti | Saul Ewing | Examiner |
| Edward Fox | K&L Gates | " |
| John Strock | Landis, Rath + Cobb LLP | JP Morgan Chase |
| Ted Comac | Kasbre Madson | Redric |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# S I G N - I N - S H E E T

**CASE NAME:**    New Century Warehouse Corporation          **COURTROOM LOCATION: 5**

**CASE NO.: 07-11043-KJC**                                    **DATE:**    August 7, 2007

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Ward | Klehr Harrison | Goldman Sachs |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Court Conference

Raymond Reyes

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: **08/07/2007**
Calendar Time: **01:30 PM**

Page #   Item #   Case Name   Case #   Proceeding

| Case Name | Case # | Proceeding | Telephonic App ID | Appearance By Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1836671 | Richard Agins | Bingham McCutchen, LLP | Interested Party, DB Structed Products / LIVE |
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1836677 | Nicholas Cremona | Kaye Scholer LLP | Creditor, Bank of America / LIVE |
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1836905 | David M. Poitras | Jeffer, Mangels, Butler & Marmaro ( | Creditor, Union Bank of California / LIVE |
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1839246 | Stephen G. Topezres | K & L Gates | Examiner, Michael Missal / LIVE |
| | | | | 202-778-9328 | | |
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1836670 | Douglas Deutsch | Chadbourne & Park, LLP | Creditor, Credit Suisse / LIVE |
| | | | | 212-408-5169 | | |
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1837262 | Kimberly Newmarch | Paul, Hastings, Janofsky & Walker | Creditor, UBS Real Estate Securities, Inc. / LIVE |
| | | | | 312-499-6057 | | |
| New Century TRS Holdings, Inc. (07-51598) | 07-10416 | Hearing | 1834384 | Paul Blankenstein | Gibson, Dunn & Crutcher | Creditor, Harold A Black, et al / LIVE |
| | | | | 202-955-8693 | | |

CourtConfCal