IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| Debtors. | Hearing Date: 9/11/07 at 1:30 p.m. |
| | Objection Deadline: 9/4/07 at 4:00 p.m. |

## DEBTORS' MOTION FOR ORDER APPROVING STIPULATION BETWEEN DEBTORS AND RYAN DESERT RIDGE II, LLC RELATING TO THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY REMAINING AT LEASED PREMISES

New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc, ("New Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor-in-possession (collectively, the "Debtors"), hereby submit this motion (the "Motion") for entry of an order, approving the stipulation (the "Stipulation") between the Debtors and Ryan Desert Ridge II, LLC relating to the abandonment of certain personal property remaining at leased premises. In support of the Motion, the Debtors respectfully represent and state as follows:

1. On April 2, 2007, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), in the

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation

United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. On April 25, 2007, the Bankruptcy Court entered an order, which, among other things, authorized and approved procedures for the rejection of executory contracts and unexpired leases of personal and non-residential real property (the "Rejection Procedures") [Docket No. 388].

3. The Rejection Procedures authorized, among other things, the Debtors to abandon certain personal property pursuant to section 554 of the Bankruptcy Code where the property is of de minimus value or the cost of removing the property exceeds the value of such property.

4. On July 20, 2007, the Debtors filed and served a notice of rejection with respect to the Lease (the "Rejection Notice") [Docket No. 1977].

5. In accordance with the Rejection Procedures, the Lease was deemed rejected effective as of July 30, 2007 (the "Effective Date of Rejection").

6. Ryan Desert Ridge II, LLC (the "Landlord") has requested clarification that certain personal property remaining at the Premises after the Effective Date of Rejection, including all office furniture and equipment, has been abandoned by the Debtors.

7. Accordingly, on August 10, 2007, the Debtors entered into the Stipulation with the Landlord clarifying that all office furniture and equipment remaining at the premises after the Effective Date of Rejection has been abandoned by the Debtors, provided that nothing in the Stipulation will modify the Effective Date of Rejection. By this Motion, the Debtors seek the entry of an order approving the Stipulation.

## NOTICE

8. Notice of this Motion has been provided to: (i) the Office of the United States Trustee, (ii) the Official Committee of Unsecured Creditors, (iii) the Debtors' senior secured lenders, (iv) the Examiner, and (v) all other parties who have properly filed requests for notice. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is required.

## NO PRIOR REQUEST

9. No previous motion for the relief sought herein has been made to this or any other court.

## WAIVER OF REQUIREMENT OF FILING MEMORANDUM OF LAW

10. Because this Motion presents no novel issues of law, and the statutory and other authorities relied upon by the Debtors are set forth herein, the Debtors hereby waive their right to file a memorandum in support of this Motion pursuant to Local Rule 7.1.2, except that the Debtors reserve the right to file a brief in reply to any objection to this Motion.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit A (the "Order"), approving the Stipulation, a true and correct copy of which is attached to the Order as Exhibit 1.

Dated: August 16, 2007
Wilmington, Delaware

*/s/ Christopher M. Samis/*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Ben H. Logan
Suzzanne S. Uhland
Victoria A. Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION