UNITED STATES BANKRUPTCY COURT
DELAWARE

In Re:

NEW CENTURY MORTGAGE CORP. /TRS HOLDINGS, INC., A DELAWARE CORP., ET. AL.,

Debtor(s).

_____/

Case No. 07-10419 KJC

Chapter 11

Honorable Kevin J. Carey

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

TO: Clerk of the Court
Bankruptcy Court of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

Mark D. Collins
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

PLEASE ENTER THE APPEARANCE of MICHAEL A. COX, Attorney General, and Julius O. Curling, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

MICHAEL A. COX
Attorney General

/S/ Julius O. Curling
Julius O. Curling (P58248)
Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202
Telephone: (313) 456-0140

Dated: August 10, 2007
AG# 2007019654A