## Certificate Of Service

I, Michael J. Merchant, do hereby certify that on August 17, 2007, I caused a copy of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on August 21, 2007 at 1:30 p.m.** to be served in the manner indicated upon the parties referenced on the attached list.

>   /s/ *Michael J. Merchant*
> Michael J. Merchant (No. 3854)