IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-10416 (KJC) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: August 15, 2007 at 4:00 p.m. |
| | : | |

**CERTIFICATION OF NO OBJECTION REGARDING THIRD MONTHLY APPLICATION OF ROETZEL & ANDRESS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JUNE 1, 2007 THROUGH JUNE 30, 2007 (DOCKET NO. 2048)**

The undersigned hereby certifies that, as of the date here referenced, she has received no Answer, Objection or Other Responsive Pleading to the following: THIRD MONTHLY APPLICATION OF ROETZEL & ANDRESS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JUNE 1, 2007 THROUGH JUNE 30, 2007, filed July 25, 2007. The undersigned further certifies that she has reviewed the Court's Docket in this case and that no Answer, Objection, or other Responsive Pleading to the Application appears thereon. Pursuant to the Application, Objections to the Application were to be filed and served no later than August 15th, 2007 at 4:00 p.m.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Order") entered on April 24, 2007 [Docket No. 389] and the Order Authorizing Retention of Professionals Utilized in the Ordinary Course of Business Pursuant to Sections 327 and 328 of the Bankruptcy Code date of May 7, 2007, the debtors are authorized and directed to pay Roetzel & Andress the amount of $10,000; eighty percent (80%) of the fees over the monthly retainer of $10,000; and, one hundred percent (100%) of the expenses requested in the Application, upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

| Applicant & Docket No. | Time Covered | Fees and Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Roetzel & Andress<br><br>Docket No 2048 | June 1-30, 2007 | $59,349.50 (fees)<br><br>$16.83 (expenses) | $10,000.00 (monthly retainer)<br><br>plus $39,476.60 (fees over approved monthly retainer @ 80%) (fees)<br><br>$16.83 (Expenses @ 100%) | July 25, 2007 | August 15, 2007 |
| **TOTAL ALLOWED/AWARDED** | | | $49,493.43 | | |

Dated: August 17, 2007

Respectfully submitted,

/s/ Diana M. Thimmig
Diana M. Thimmig, Esq. (016011)
Roetzel & Andress, LPA
1375 East Ninth Street
One Cleveland Center
Ninth Floor
Cleveland, OH 44114
Telephone: 216.623.0150
Facsimile: 216.623.0134

Special Counsel for the Debtors and Debtors in Possession

2

347465 v_01 \ 117805.0001

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certificate of No Objection was served on the 17th day of August, 2007 via First Class U.S. mail to all parties on the annexed service list and by electronic transmission through the Court's ECF system.

Dated: August 17, 2007

                                            Respectfully submitted,

                                            /s/ Diana M. Thimmig
                                            Diana M. Thimmig, Esq. (016011)
                                            Roetzel & Andress, LPA
                                            1375 East Ninth Street
                                            One Cleveland Center
                                            Ninth Floor
                                            Cleveland, OH 44114
                                            Telephone: 216.623.0150
                                            Facsimile: 216.623.0134

                                            Special Counsel for the Debtors and Debtors in Possession

## NEW CENTURY TRS HOLDINGS, INC.
## CASE NO. 07-10416 (KJC)
## SERVICE LIST

*(Debtor)*
Monika McCarthy, Esq.
New Century Mortgage Corporation
18400 Von Karman Avenue
Suite 1000
Irvine, CA 92612

*(Counsel for Debtor)*
Suzzanne Uhland, Esq.
Emily Culler, Esq.
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*(Counsel for Debtor)*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*(Counsel for Crisis Managers)*
Holly Felder Etlin
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019

*(United States Trustee)*
Joseph McMahan, Esq.
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Post-Petition Senior Secured Lenders)*
Bennett L. Spiegel, Esq.
Shirley S. Cho, Esq.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017-5800

*(Proposed Counsel for Unsecured Creditors Committee)*
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

*(Proposed Counsel for Unsecured Creditors Committee)*
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022