**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In Re:

NEW CENTURY TRS HOLDINGS, INC.

Chapter   11

Case No. <u>07-10416-KJC</u>

Debtor

Motion No.<u>2289</u>

**Objections due by:<u>9/4/2007</u>**

**Hearing Date: <u>9/11/2007</u>**

TO:

**NOTICE OF MOTION OF COUNTRYWIDE HOME LOANS FOR RELIEF FROM
STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

| New Century TRS | Christopher M. Samis | U.S. Trustee |
|---|---|---|
| Holdings, Inc. | Chun I. Jang | United States Trustee |
| 18400 Von Karman Ave. | Mark D. Collins | 844 King Street, Room 2207 |
| Irvine, CA 92612 | Michael Joesph Merchant | Lockbox #35 |
| Debtor | Paul Noble Heath | Wilmington, DE 19899 |
| | Richards, Layton & Finger | |
| | One Rodney Square | |
| | P.O. Box 551 | Bonnie Glantz Fatell |
| | Wilmington, DE 19899 | David W. Carickhoff, Jr. |
| | Attorney for the Debtor | Blank Rome LLP |
| | | 1201 Market Street, Suite 800 |
| | Suzanne S. Uhland, Esquire | Wilmington, DE 19801 |
| | Ben H. Logan, Esquire | Attorney for the Official |
| | Victoria Newmark, Esquire | Committee of Unsecured |
| | Emily R. Culler, Esquire | Creditors |
| | O'Melveny & Myers LLP | |
| | 275 Battery Street | |
| | San Francisco, CA 94111 | |
| | | |
| | Mark T.Power, Esquire | |
| | Mark S. Indelicato, Esquire | |
| | Jeffrey L. Schwartz, Esquire | |
| | 488 Madison Avenue | |
| | 14th & 15th Floor | |
| | New York,NY 10022 | |

Countrywide Home Loans has filed a Motion for Relief from Stay which seeks the following relief: Relief from Stay with regards to the property located at:20 Vanderbilt Ave., Leonardo, NJ 07737.

**HEARING ON THE MOTION WILL BE HELD ON <u>September 11, 2007</u> at 1:30pm.**

**At the United States Bankruptcy Court, 824 Market Street,Wilmington, Delaware 19801.**

**ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERIVCE ON OR BEFORE September 4, 2007.  FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

At the same time, you must also serve a copy of the response upon movant's attorney

> Thomas D.H. Barnett, Esquire
> Neil F. Dignon, Esquire
> PO Box 947
> 512 East Market Street
> Georgetown, Delaware 19947

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF DEMANDED BY THE MOTION WILL BE GRANTED.

DATE: 8/17/2007                                         BY:   /s/ Neil F. Dignon
                                                              Thomas D.H. Barnett, Esquire
                                                              Neil F. Dignon, Esquire
                                                              Counsel for the Movant

CERTIFICATE OF SERVICE

I, Neil F. Dignon, certify that I am not less than 18 years of age, and that service of

this  notice and a copy of the motion was made on 8/17/2007.

upon:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
Debtor

Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joesph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorney for the Debtor

Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
Victoria Newmark, Esquire
Emily R. Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Mark T.Power, Esquire
Mark S. Indelicato, Esquire
Jeffrey L. Schwartz, Esquire
488 Madison Avenue
14th & 15th Floor
New York,NY 10022

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899


Bonnie Glantz Fatell
David W. Carickhoff, Jr.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for the Official Committee of Unsecured Creditors

Under penalty of perjury, I declare that the foregoing is true and correct.


8/17/2007                                                    /s/ Neil F. Dignon
Date                                                         Thomas D.H. Barnett, Esquire
                                                             Neil F. Dignon, Esquire