IN THE UNITED STATES BANKRUPTCY
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 07-10416 (KJC)<br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of S. Jason Teele, Esq. to represent the New York State Teachers' Retirement System in the above-captioned proceeding.

*/s/ CPS*
Christopher P. Simon (Bar No. 3967)

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the States of New Jersey and New York, the United States District Court for the District of New Jersey, and the United States District Court for the Southern District of New York. Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct by me which occurs in the preparation or course of this proceeding. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

*/s/ S. Jason Teele*
S. Jason Teele, Esq. (SJT 7390)
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is GRANTED.

Date: _____    _____
United States Bankruptcy Judge