IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | : Chapter 11 |
| | : |
| **NEW CENTURY TRS HOLDINGS, INC.,** a | : Case No. 07-10416 (KJC) |
| Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| | : |
| Debtors. | : Re: Docket Nos. 1828 and 2186 |
| | : |

## CERTIFICATION OF COUNSEL

The undersigned hereby certifies that:

On July 3, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Application of Debtors and Debtors in Possession for an Order Authorizing the Retention and Employment of Baute & Tidus LLP as Special Litigation Counsel to the Debtors Nunc Pro Tunc to the Petition Date Pursuant Sections 327(e), 328, 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002* [Docket No. 1828] (the "Retention Application").

Subsequently, the Office of the United States Trustee (the "OUST") and the Official Committee of Unsecured Creditors (the "OCUC") issued informal comments to the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

2

Debtors with respect to the Retention Application. Accordingly, the Debtors, B&T, the OUST and the OCUC entered into negotiations to resolve the OUST's and OCUC's concerns.

Specifically, the OUST requested that B&T execute a supplemental affidavit in support of its retention and the OCUC requested that a case cap of $200,000.00 be included in any form of order provided to the Court. At the hearing held on this matter on July 31, 2007, the Debtors indicated that they were amenable to both of these requests.

Accordingly, the Debtors complied with the request of the OUST and on August 7, 2007, the Debtors filed the *Supplemental Affidavit in Support of the Debtors' Application for an Order Authorizing Employment of Baute & Tidus LLP as Special Counsel for the Debtors* [Docket No. 2186]. Further, the Debtors included the OCUC's request in the form of order (the "Order") attached hereto as Exhibit A. This Order has been reviewed and approved by all of the parties in interest.

WHEREFORE, the Debtors request that the Court enter the Order at its earliest convenience.

Dated: August 17, 2007
       Wilmington, Delaware

Respectfully submitted,

/s/ Mark D. Collins

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION