# **EXHIBIT 2**

RLF1-3190776-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | :    Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | :    Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : |
| | :    Jointly Administered |
| Debtors. | : |
| | : |
| | : |

### ORDER APPROVING AGREEMENT BETWEEN DEBTORS AND BRANDYWINE OPERATING PARTNERSHIP, L.P. PROVIDING FOR REJECTION OF UNEXPIRED LEASE, POSSESSION OF CERTAIN PROPERTY LEASED TO DEBTORS, AND PAYMENT OF LEASE OBLIGATIONS AND RELATED RELIEF

Upon review and consideration of the Agreement between the Debtors and Brandywine Operating Partnership, L.P. Providing for Rejection of Unexpired Lease, Possession of Certain Property Lease to Debtors, and Payment of Lease Obligations and Related Relief (the "Agreement"), and sufficient cause appearing therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Agreement is hereby APPROVED.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

      2.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Date: _____, 2007  
      Wilmington, Delaware

_____  
THE HONORABLE KEVIN J. CAREY  
UNITED STATES BANKRUPTCY JUDGE