BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
By: German Yusufov/Terri A. Roberts
Deputy County Attorneys
32 North Stone Avenue, Suite 2100
Tucson, Arizona  85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
State Bar No. 023544/012862
Attorney for Creditor Pima County, Arizona

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br>FKA NEW CENTURY FINANCIAL CORP.,<br><br>Debtor(s). | Case No.: 07-20526-KJC<br><br>**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**<br><br>CHAPTER 11 |

**COME NOW** German Yusufov and Terri A. Roberts, Attorneys for Pima County, and hereby enter their appearance as counsel for Pima County, Arizona, and further request that all notices, motions, briefs, pleadings, orders and other papers that may be filed in this case be served upon them at their business address:  Pima County Attorney, Civil Division, 32 N. Stone, Suite 2100, Tucson, Arizona 85701.

RESPECTFULY SUBMITTED this   20th    day of   August    , 2007.

        BARBARA LAWALL
        PIMA COUNTY ATTORNEY

    By:   /s/ German Yusufov, AZ Bar No.  023544
        German Yusufov
        Deputy County Attorney

    By:    /s/ Terri A. Roberts, AZ Bar No 012862
        Terri A. Roberts
        Deputy County Attorney

1  A copy of the foregoing mailed
   this __20th__ day of August, 2007 to:
2
   Christopher M. Samis
3  RICHARDS, LAYTON & FINGER PA
   920 N. King Street
4  One Rodney Square
5  Wilmington, DE 191801

6  U. S. Trustee
   Office of the U. S. Trustee
7  844 King Street, Room 2207
   Lockbox #35
8  Wilmington, DE 19899-0035

9

10

11 By: __Julia Haley_____

12

13

(left margin) **BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
32 N. Stone Avenue, #2100
Tucson, AZ 85701
(520)740-5750**

-2-