IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 21, 2007 AT 1:30 P.M.**

I. **CONTINUED MATTERS:**

1. DB Structured Products, Inc. v. New Century TRS Holdings, Inc., *et al.*, Adv. Pro. No. 07-51269

   Status: With the Court's permission, the status conference has been adjourned to the omnibus hearing scheduled for September 11, 2007.

2. General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 630; filed 5/11/07]

   Objection deadline: May 31, 2007; extended to June 7, 2007 at 4:00 p.m.

   Objections/Responses Received:

   A. Limited Response of Carrington Capital Management, LLC and Carrington Mortgage Services, LLC to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1165; filed 6/7/07]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

[2] Amended/Added agenda items are noted in **bold.**

B. Opposition of Debtors and Debtors in Possession to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1166; filed 6/7/07]

C. Objection of the Official Committee of Unsecured Creditors to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1168; filed 6/7/07]

D. Objection of the Examiner to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. **1237**; filed 6/14/07]

E. **Limited Objection of Maricopa County Treasurer to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [Docket No. 1728; filed 6/28/07]**

Related Documents:

i. Notice of General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 632; filed 5/11/07]

ii. Certification of Counsel [D.I. 1979; filed 7/20/07]

iii. Order Approving Stipulation and Agreement Among the Debtors and Citigroup Global Markets Realty Corp. with Respect to the Payment of Cash Collateral [D.I. 2011; filed 7/24/07]

iv. Certification of Counsel Re: Second Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation and Order Thereon [Docket No. 2103; filed 7/31/07]

v. Revised Certification of Counsel Re: Second Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation and Order Thereon [Docket No. 2119; filed 8/1/07]

vi. Order Approving Second Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation [Docket No. 2134; filed 8/2/07]

Status: The parties will be submitting a stipulation which provides for, among other things, a continuance of this matter to the omnibus hearing scheduled for October 2, 2007.

II. **UNCONTESTED MATTERS GOING FORWARD:**

3. Motion of the Debtors and Debtors in Possession for an Order Authorizing the Debtors and Debtors in Possession to Seal Certain Time Records Relating to O'Melveny & Myers LLP's Monthly Fee Applications [D.I. 1959; filed 7/17/07]

Objection Deadline: July 31, 2007

Objections/Responses Received: None at this time.

Related Documents: None at this time.

Status: **The Debtors intend to withdraw this motion. Accordingly, no hearing is necessary with respect to this matter.**

4. Motion to Compel Debtors to Comply with 11 U.S.C. Section 365(d)(3) [D.I. 1989; filed 7/23/07]

   Objection deadline: July 31, 2007

   Objections/Responses Received: None at this time.

   Related Documents: None at this time.

   Status: The parties will be filing a stipulation that resolves this matter.

5. Motion of Coremetrics, Inc. for Entry of an Order Directing the Debtors to Immediately Comply with Post-Petition Obligations Pursuant to 11 U.S.C. Section 365(d)(3) [D.I. 2181; filed 8/6/07]

   Objection deadline: August 14, 2007, extended to August 17, 2007 for Debtors and Creditors' Committee

   Objections/Responses Received: None at this time.

   Related Documents: None at this time.

   Status: **The parties have reached a settlement regarding this matter and intend to present an agreed stipulation at the hearing.**

6. Motion of Debtors and Debtors in Possession Pursuant to Bankruptcy Rule 9019 and Sections 105(a), 361, 363, 502 and 542 of the Bankruptcy Code for Approval of Settlement Agreement with DB Structured Products, Inc. [D.I. 2212; filed 8/8/07]

   Objection Deadline: August 20, 2007 at 12:00 p.m.

   Objections/Responses Received: None to date

   Related Documents:

   i. Notice of Filing (executed settlement agreement) [D.I. 2222; filed 8/9/07]

   ii. Order Granting Motion of Debtors and Debtors in Possession to Shorten Notice and Objection Periods and Limit Notice for (1) Motion of Debtors and Debtors in Possession Pursuant to Bankruptcy Rule 9019 and Sections

105(a), 361, 363, 502 and 542 of the Bankruptcy Code for Approval of Settlement Agreement with DB Structured Products, Inc. and (2) Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures in Connection with Auction of Residential Mortgage Loans, (B) Scheduling Hearing to Consider Proposed Sale of Residential Mortgage Loans and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 2246; filed 8/14/07]

Status: The hearing on this matter is going forward.

7. Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures in Connection with Auction of Residential Mortgage Loans, (B) Scheduling Hearing to Consider Proposed Sale of Residential Mortgage Loans and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 2213; filed 8/8/07]

Objection Deadline: August 20, 2007 at 12:00 p.m.

Objections/Responses Received: None to date

Related Documents:

i. Order Granting Motion of Debtors and Debtors in Possession to Shorten Notice and Objection Periods and Limit Notice for (1) Motion of Debtors and Debtors in Possession Pursuant to Bankruptcy Rule 9019 and Sections 105(a), 361, 363, 502 and 542 of the Bankruptcy Code for Approval of Settlement Agreement with DB Structured Products, Inc. and (2) Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures in Connection with Auction of Residential Mortgage Loans, (B) Scheduling Hearing to Consider Proposed Sale of Residential Mortgage Loans and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 2246; filed 8/14/07]

Status: The hearing on this matter is going forward.

III. **CONTESTED MATTERS GOING FORWARD:**

8. Emergency Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Assets Used in Their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 70; filed 4/4/07]

Objection Deadline: April 11, 2007 at 4:00 p.m.; Deadline to object to sale or assumption and assignment is May 14, 2007 at 4:00 p.m.; Extension deadline of May 15, 2007 granted to Union Bank of California; Deadline to object to adequate assurance of future performance under the assumed contracts is May 17, 2007

Objections/Responses Received:

A. Limited Objection to Assumption and Assignment (Limited Objection to Debtor's Loan Servicing Assets) filed by Premier Print and Services Group, Inc. [D.I. 505; filed 5/2/07]

Status: The hearing on this objection is continued to the omnibus hearing scheduled for October 2, 2007.

B. Limited Objections of National City Commercial Capital Company, LLC, to Debtors' Motions Regarding Rejection of Certain Leases, Sale of Assets, Assumption of Certain Leases and Other Matters and Joinder of General Electric Capital Corporation's Objection to Debtors' Motions and Joinder of RBC Mortgage Company and RBC Holdco's Objections to Debtors' Motions [D.I. 509; filed 5/2/07]

Status: The hearing on this objection is not going forward. As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

C. Objection of Speedpay, Inc. to Debtors' Assumption and Assignment of Executory Contract and Proposed Cure Amount [D.I. 623; filed 5/10/07]

Status: The hearing on this objection is continued to the omnibus hearing scheduled for October 2, 2007.

D. Objection to Assumption and Assignment (Cure Amount) filed by Data-Link Systems, L.L.C. and Fiserv Solutions, Inc. [D.I. 633; filed 5/11/07]

Status: The hearing on this objection is continued to the omnibus hearing scheduled for October 2, 2007.

E. Objection to Assumption and Assignment Cure Amount by National Field Representative, Inc. [D.I. 655; filed 5/14/07]

Status: The hearing on this objection is not going forward. As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

F. Cure Objection of Safeco Financial Institution Solutions, Inc. to Debtors' Notice of Intent to Assume and Assign Certain Executory Contracts and

    Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith [D.I. 656; filed 5/14/07]

Status: The hearing on this objection is not going forward. As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

G. Objection of Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc. to Notice of Intent to Assume and Assign and Fixing of Cure Amounts [D.I. 661; filed 5/14/07]

Status: The hearing on this objection is continued to the omnibus hearing scheduled for October 2, 2007.

H. Objection of General Electric Capital Corporation to Notice of Lease/Contract Assumption and Cure Amount [D.I. 663; filed 5/14/07]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for October 2, 2007.

I. Limited Objection and Reservation of Rights by Walz Postal Solutions, Inc., aka Walz Secured Outsourcing with Respect to Cure Amounts [D.I. 666; filed 4/14/07]

Status: The hearing on this objection is continued to the omnibus hearing scheduled for October 2, 2007.

J. Objection of Sprint Communications Company L.P. to Debtors' Assumption and Assignment of Executory Contract and Proposed Cure Amount [D.I. 674; filed 5/14/07]

Status: The hearing on this objection is not going forward. As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

K. Oracle USA, Inc.'s Objection to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with their Proposed Sale of Assets Used in Their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 688; filed 5/15/07]

Status: The Debtors and Carrington have contacted Oracle USA, Inc. to request a continuance with respect to this Objection and are awaiting a response.

L.  Union Bank of California's Limited Objection to Proposed Assumption and Assignment of Certain Agreements in Connection with Debtors' Proposed Sale of Servicing Business [D.I. 697; filed 5/15/07]

Status: The hearing on this objection is not going forward. As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

M.  Limited Objection by Creditor Fidelity National Information Services, Inc. to Debtors' Notice of New Century's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith [D.I. 751; filed 5/17/07]

Status: The hearing on this objection is continued to the omnibus hearing scheduled for October 2, 2007.

N.  Objection of AT&T Inc. to Notice of New Century's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith [D.I. 838; filed 5/22/07]

Status: The hearing on this objection is continued to the omnibus hearing scheduled for October 2, 2007.

Related Documents:

i.  Order Granting Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [D.I. 90; filed 4/5/07]

ii. Notice of Hearing Regarding Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 120; filed 4/5/07]

iii. Notice of Filing of Amended and Restated Asset Purchase Agreement between (among others) New Century Financial Corporation and Carrington Capital Management, LLC [D.I. 335; filed 4/19/07]

iv. Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Bidding Procedures, Including Break-Up Fee and Expense Reimbursement Payable to Carrington Mortgage Services, LLC for Sale of Debtors' Servicing Business; (II) Scheduling Bid Deadline,

              Auction Date, and Sale Hearing and Approving Notice Thereof; and (III) Approving Procedures to Fix Cure Amounts Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Approving Notice Thereof [D.I. 340; filed 4/20/07]

    v.    Stipulation and Order (1) Approving Agreement for the Disposition of Certain Mortgage Loans and Residual Interests, and (2) Confirming, Inter Alia, (A) That Auctions of Mortgage Loans and Residuals Conducted in Accordance with Auction Procedures Therein are Covered by Bankruptcy Code "Safe Harbor" Provisions and Are Commercially Reasonable, and (B) Absence of Need to Seek Relief from Automatic Stay [D.I. 439; filed 4/27/07]

    vi.    Notice of Filing Regarding Affidavit of Publication of the Sale Notice in The Wall Street Journal (National Edition) [D.I. 570; filed 5/7/07]

    vii.    Notice of Hearing Date [D.I. 640; filed 5/11/07]

    viii.    Notice of Withdrawal of Supplement to Objection of Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc. to Notice of Intent to Assume and Assign and Fixing of Cure Amounts Concerning Adequate Assurance of Future Performance [D.I. 766; filed 5/18/07]

    ix.    Notice of Successful Bidder, Sale Hearing and Continuance of Hearing With Respect to Timely Filed Cure Objections Other Than as to Servicing Agreements [D.I. 768; filed 5/18/07]

    x.    Notice of Withdrawal of Precautionary Objection [Re: D.I. 699] by Irwin Mortgage Corporation and Irwin Financial Corporation [D.I. 1021; filed 6/1/07]

    xi.    Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure Approving (i) the Sale of Debtors' Servicing Business to Carrington Capital Management, LLC and Carrington Mortgage Services, LLC Pursuant to the Second Amended and Restated Asset Purchase Agreement, Dated as of May 21, 2007, Free and Clear of Liens, Claims, Encumbrances, and Interests, and (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to Carrington as Part of Such Sale [D.I. 844; filed 5/23/07]

    Status: The Court entered an order on May 23, 2007 approving the sale to Carrington Management Services, LLC ("Carrington"). The hearing on all cure related objections filed with respect to the sale was continued to subsequent hearing dates. The status with respect to each of the outstanding cure objections is noted above.

9.    Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting its Members to Engage in Securities Trading, Loan Sales and Other

8

Transactions Involving the Debtors and Their Respective Assets [D.I. 409; filed 4/26/07]

Objection Deadline:   May 8, 2007 at 4:00 p.m.; extended for the U.S. Trustee and SEC to July 9, 2007 at 4:00 p.m.

Objections/Responses Received:

A.  Objection of the United States Trustee to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting its Members to Engage in Securities Trading, Loan Sales and Other Transactions Involving the Debtors and Their Respective Assets [D.I. 2128; filed 8/2/07]

Related Documents: None at this time.

Status: The hearing on this matter is going forward.

10.  Aaron Celious' Motion for Relief from Automatic Stay [D.I. 1824; filed 7/3/07]

Objection Deadline: July 24, 2007

Objections/Responses Received:

A.  Response of Debtors and the Debtors In Possession to Motion of Aaron Celious for Relief from Stay [D.I. 2034; filed 7/24/07]

B.  Statement of Facts for Relief from Stay by Movant Aaron Celious [D.I. TBD; received 7/30/07]

Related Documents:

i.  Notice of Hearing [D.I. 1825; filed 7/3/07]

ii.  United States Bankruptcy Court Notice of Hearing Regarding Motion for Relief to Aaron Celious [D.I. 1826; filed 7/3/07

Status: The hearing on this matter is going forward.

11.  Examiner's Motion for an Order Authorizing the Examination of KPMG LLP [D.I. 1888; filed 7/11/07]

Objection deadline: July 18, 2007

Objections/Responses Received:

A.  KPMG LLP's Opposition to the Examiner's Motion for an Order Authorizing the Examination of KPMG LLP [D.I. 2074; filed 7/27/07]

Related Documents:

i. Order Pursuant to Fed. R. Bankr. P. 2004(a) Authorizing the Examiner to Examine KPMG LLP [Docket No. 2107; filed 8/1/07]

ii. Notice of Return of Service of Subpoena (KPMG LLP) [D.I. 2136; filed 8/2/07]

iii. KPMG's Objections and Responses to the Examiner's Subpoena for a Rule 2004 Examination [D.I. 2142; filed 8/3/07]

Status: The Court will be addressing KPMG's outstanding objections to the Examiner's subpoena for a Rule 2004 examination.

12. Application of Debtors and Debtors in Possession for an Order Authorizing the Retention and Employment of Susman Godfrey LLP as Special Litigation Counsel to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e), 328, 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002 [D.I. 2073; filed 7/27/07]

Objection Deadline: August 16, 2007 at 4:00 p.m.; extended to August 17, 2007 at 10:00 a.m. for the United States Trustee

Objections/Responses Received: None to date

Related Documents: None to date

Status: The hearing on this matter is going forward. The UST has issued informal comments regarding this motion which the Debtors are attempting to address.

13. Amended Motion to Expand Scope of Order Establishing Miscellaneous Sale Procedures [D.I. 2194; filed 8/8/07]

Objection deadline: August 14, 2007 at 4:00 p.m.; extended to August 17, 2007 at 10:00 a.m. for the United States Trustee

Objections/Responses Received:

A. Maricopa County Treasurer's Response to Amended Motion to Expand Scope of Order Establishing Miscellaneous Sale Procedures [D.I. 2244; filed 8/14/07]

B. Limited Objection of New York State Teachers' Retirement System to Debtors' Motion to Expand Scope of Order Establishing Miscellaneous Sale Procedures [D.I. 2247; filed 8/14/07]

C. Objection of Nabih and Esther Mangoubi to the Debtors' Motion to Expand Scope of Order Establishing Miscellaneous Sale Procedures [D.I. 2254; filed 8/14/07]

D.  Joinder of Town Park Renaissance, LLC to Objection of Nabih and Esther Mangoubi to the Debtors' Motion to Expand Scope of Order Establishing Miscellaneous Sale Procedures [D.I. 2255; filed 8/14/07]

Related Documents:

i.  Motion to Expand Scope of Order Establishing Miscellaneous Sale Procedures [D.I. 2157; filed 8/3/07]

Status: **The hearing on this matter is going forward. The Debtors are working to resolve all objections in advance of the hearing.**

IV.  **ADVERSARY MATTERS:**

14.  Austin v. New Century TRS Holdings, et al.   Adv. Pro. No. 07-50970-KJC
Plaintiffs' Motion for Class Certification and Other Relief
(D.I. 23; Filed 8/15/07)

Objection Deadline: Not noted

Objections/Responses Received: None to date.

Related Documents:

i.  Order Shortening Notice Period on Motion Seeking Class Certification [Filed 8/16/07; D.I. 26]

Status: The Court will be conducting a status conference with respect to this matter.

V.  **ADDITIONAL MATTER:**

15.  **Order Granting Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362 and 363(b)(1) and Establishing Preliminary Procedures for Resolving Certain Claims [D.I. 1729; filed 6/29/07]**

**Objection Deadline: N/A**

**Objections/Responses Received: N/A**

**Related Documents: N/A**

Status: **The Debtors intend to request the entry of a supplemental order at the hearing. The proposed supplemental order will be filed under certification of counsel in advance of the hearing.**

Dated: August 20, 2007
       Wilmington, Delaware

/s/ Michael J. Merchant
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION