IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 (KJC) |
| INC, a Delaware corporation, et al. | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of **Michael C. Kelley** of the law firm of Sidley Austin LLP, 555 West Fifth Street, Los Angeles, CA 90013, to represent KPMG, LLP in this action.

Dated: August 21, 2007

CAMPBELL & LEVINE, LLC

Mark Hurford (No. 3299)
Marla R. Eskin (No. 2989)
800 North King Street, Suite 300
Wilmington, DE 19801
Phone: (302) 426-1900
Facsimile: (302) 426-9947

Attorneys for KPMG, LLP

{D0090853.1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the United States Supreme Court and the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: August 17, 2007

Michael C. Kelley
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
P: (213) 896-6608
F: (213) 896-6600
mkelley@Sidley.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: August ___, 2007

The Honorable Kevin J. Carey
United States Bankruptcy Judge

{D0090853.1}