THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:  ) Chapter 11
 )
NEW CENTURY TRS HOLDINGS, INC., a ) Case No. 07-10416 (KJC)
Delaware corporation, et al.,[1] )
 ) Jointly Administered
           Debtors. )
 )

## REQUEST FOR SPECIAL NOTICE

NOTICE IS HEREBY GIVEN that Cranbrook Realty Investment Fund, L.P., dba Muir Parkway Office Center, a California Limited Partnership, is a creditor in the above-entitled bankruptcy estate, and hereby requests pursuant to Federal Rule of Bankruptcy Procedure 2002 that it receive notice of all pleadings, notices and other documents, including but not limited to any proposed plan of reorganization and disclosure statement, filed and served in this matter by sending copies of the same to:

Julie H. Rome-Banks, Esq.
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050
email: julie@bindermalter.com

Dated: August 14, 2007

Respectfully Submitted,

By  /s/ Julie H. Rome-Banks
    Julie H. Rome-Banks
    Attorney at Law
    California State Bar #142364
    Binder & Malter, LLP
    Phone (408) 295-1700
    Fax (408) 295-1531

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; Ncoral, L.P., a Delaware limited partnership.

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | ) Case No. 07-10416 (KJC) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Jennifer Wilkinson, hereby certify and declare that I am over the age of eighteen (18) and not a party to the within cause; my business address is 2775 Park Avenue, Santa Clara, California, 95050; I am familiar with my employer's mail collection and processing practices and know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in the interoffice mail; and know that postage thereon is fully prepaid.

On August 16, 2007, I served a true copy of the documents titled exactly as follows:

## REQUEST FOR SPECIAL NOTICE

by placing a copy thereof in a sealed envelope, affixed with the correct amount of postage thereto, in the United States first-class mail at Santa Clara, California, to the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; Ncoral, L.P., a Delaware limited partnership.

persons listed below:

<u>Attorney for Debtors</u>
Christopher M. Samis
Richards, Layton & Finger
920 N. King Street
1 Rodney Square
Wilmington, DE 19801

<u>Attorney for Creditors Committee</u>
Bonnie Glantz Fatell
Blank Rome, LLP
1201 Market St., Ste. 800
Wilmington, DE 19801

      Executed on August 16, 2007, at Santa Clara, California. I certify under penalty of perjury that the foregoing is true and correct.

                                                      /s/ Jennifer M. L. Wilkinson
                                                     Jennifer M. L. Wilkinson

F:\Clients\Cranbrook Group, Inc. re RBC\Pleading\Special Notice - COS.wpd