W. Barry Rank, Pro Se
100 Nassau Park Blvd., Ste 111
Princeton, NewJesrey08543
609-882-6200

| | |
|---|---|
| In re: | ) UNITED STATES BANKRUPTCY COURT |
| | ) FOR THE DISTRICT OF DELAWARE |
| | ) |
| New Century Mortgage Corporation, | ) |
| | ) CHAPTER 11 |
| | ) |
| Debtor. | ) Case No. 07-10416 (KJC) |
| | )          07-10419 (KJC) |
| | )          Jointly Administered |
| | ) **CERTIFICATION OF W. BARRY RANK,** |
| | ) **IN SUPPORT OF MOTION** |
| | ) **FOR RELIEF FROM THE AUTOMATIC** |
| | ) **STAY** |
| | ) |
| | ) Return Date: |
| | ) Oral Argument: |

I, W. Barry Rank, of full age, hereby certify as follows:

1.      1 am the  Plaintiff in the matter of <u>W. Barry Rank v New Century Mortgage</u>

<u>Corporation, et al</u> a Foreclosure matter filed in the Superior Court of New Jersey, Chancery

Division. Mercer County bearing Docket #    MER-F- 9334-07. As such I have personal

knowledge of the facts set forth in this Certification.

2.      The Debtor, New Century Mortgage Corporation ( New Century) 11 Bankruptcy

Petition on April 2, 2007.

3.      I was unaware of the Bankruptcy and on April 11, 2007, I filed the

aforementioned Foreclosure matter.  New Century was served and did not file an Answer.

Accordingly on June 29, 2007 I filed a Request to Enter Default, a copy of which was sent to

New Century via certified mail. On July 5, 2007 the Default was entered by the court. On July 24, 2007 an "Entry of Appearance" was filed by Kevin B. Quinn Esq. On behalf of New Century.

4.      The background of this matter is rather simple and straight forward. In 2004 I was the owner of commercial real estate and leased certain premises to Louise Sulu and others.("Sulu") Sulu defaulted on the lease and vacated the premises.   In May 2004 I instituted suit against Sulu for unpaid rent, Docket MER-L-1418-04.

5.      On September 24, 2004 I filed a Lis Pendens against Sulu and certain property owned by her at 24 Belmont Circle, Trenton New Jersey also known as Lot 355 Block 413 on the tax map of the City of Trenton New Jersey.("Property").The Lis Pendens was recorded in the Mercer County New Jersey Clerk's   Office in  L.P. Book 221 at Page 88 (Exhibit A).

6.      On November 4, 2004 I obtained a Default Judgment against Sulu which was recorded as a State Wide Lien on April 19,2005, Docket # J 098778-05 ( Exhibit B)

7.      On May 27, 2005 Sulu conveyed the Property to Cassandra V. Jackson for a consideration of $290,000.00.(Exhibit C).

8.      A title search done earlier revealed the filed Lis Pendens against the Property (Exhibit D), but at the closing the closing agent accepted an Affidavit from Sulu indicating that the Lis Pendens was in connection with her Advanta Bank Loan which was being paid off at the closing.(Exhibit E). The closing agent never obtained a copy of the Lis Pendens which would have revealed my lien.

9.      New Century provided the purchaser with a mortgage loan of $261,000.00, took a mortgage against the Property and obtained title insurance form Chicago Title Insurance Company, Commitment # LC-2548CB.(Exhibit F)

10. I was never advised of the impending sale nor was my judgment satisfied at the time of closing.(Exhibit G)

11. The Foreclosure action in New Jersey is in reality a claim against Chicago Title Insurance Company, which is required to defend and indemnify New Century as well as the purchaser Cassandra V. Jackson.. In fact I have been contacted by Kevin B. Quinn Esq. Who informs me that he has been retained by Chicago Title in the matter, and as indicated above he has filed an "Entry of Appearance" in the matter.(Exhibit H)

12. I seek to vacate the automatic stay so as to permit me to proceed with the Foreclosure proceedings. As the Debtor is fully insured by Chicago Title it is in the best interests of the Debtor as well as the purchaser to have my prior lien satisfied,, thus preserving the asset

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

W. Barry Rank

Dated: August 14, 2007

# EXHIBIT A



Mercer County Clerk's Office

**Return To:**

     PELLETTIERI RABSTEIN & ALTMAN ESQS
     100 NASSAU PARK BLVD
     CN 5301
     PRINCETON      NJ 08543-5301

Index   L.P. AND DISCH. L.P.

Book   00221   Page  0088

No. Pages   0002

Instrument   NLP/COMPLNT REM

Date :    9/24/2004

Time :   12:24:56

Control #   200409240334

INST#       FD 2004 031307

Employee ID   LISAC

RANK
W               BARRY
HOWARD
ANNETTE

| | | |
|---|---|---|
| FILED DOC | $ | 7.50 |
| FILED DOC | $ | 17.50 |
| DARM $3 | $ | 3.00 |
| NMD1PA | $ | 2.00 |
| | $ | .00 |
| | $ | .00 |
| | $ | .00 |
| | $ | .00 |
| | $ | .00 |
| Total: | $ | 30.00 |

STATE OF NEW JERSEY
Mercer County Clerk's Office

```
**********PLEASE NOTE************************
* DO NOT REMOVE THIS COVER SHEET -        *
*IT CONTAINS ALL RECORDING INFORMATION    *
********************************************
```

       Catherine DiCostanzo
       Mercer County Clerk



L002210088

NLP 185

30.00

W. BARRY RANK, ESQUIRE
Pellettieri, Rabstein and Altman
100 Nassau Park Blvd., Suite 111
Princeton, New Jersey  08543-5301
(609) 520-0900
Attorneys for Plaintiff

| | |
|---|---|
| W. BARRY RANK,<br><br>                     Plaintiff,<br><br>v.<br><br>ANNETTE HOWARD and<br><br>LOUISE SULU,<br><br>             Defendants | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>MERCER COUNTY<br><br>**DOCKET NO.  MER-L-1418-04**<br><br>CIVIL ACTION<br><br>    NOTICE OF LIS PENDENS |

TO WHOM IT MAY CONCERN:

Notice is hereby given of the commencement and pendency of the above entitled Civil Action, the general objects of which are:

1.      To seek money damages from the defendants, Annette Howard and Louise Sulu.

2.      **Louise Sulu** is the title owner of property located at 24 Belmont Circle, in the City of Trenton, County of Mercer and State of New Jersey, being further known and described as **Lot 355, Block 413** of the Tax Map of the City of Trenton, State of New Jersey.

3.      The Complaint in the above entitled action was filed in the Office of the Clerk of the Superior Court of New Jersey, Law Division, on May 28, 2004.

PELLETTIERI, RABSTEIN AND ALTMAN
Attorney for Plaintiff

Dated: _____9/22/04_____    By: _____
                                    W. BARRY RANK ESQ.

END OF DOCUMENT

**EXHIBIT B**

W. BARRY RANK, ESQUIRE.
PELLETTIERI, RABSTEIN AND ALTMAN
100 Nassau Park Boulevard
Suite 111, CN 5301
Princeton, New Jersey 08543-5301
(609) 520-0900
(609) 452-8796 - fax
Attorneys for Plaintiff



DONALD F. PHELAN
CLERK OF SUPERIOR COURT
SUPERIOR COURT OF N.J.
MERCER COUNTY

# FILED

NOV 9 2004

JUDE DEL PREORE
DEPUTY CLERK OF SUPERIOR COURT

APR 1 9 2005

| | |
|---|---|
| W. BARRY RANK,<br><br>              Plaintiff,<br><br>v.<br><br>ANNETTE HOWARD and LOUISE SULU,<br>            Defendant | SUPERIOR COURT OF NEW JERSEY—<br>LAW DIVISION - MERCER COUNTY<br><br>Docket No.L-1418-04<br><br>CIVIL ACTION<br><br>DEFAULT JUDGMENT AGAINST<br>LOUISE SULU<br><br>09 8778-05 |

THIS MATTER having been presented to the Court upon motion of W. Barry Rank, counsel for the plaintiff, for entry of Default Judgment against the defendant, Louise Sulu, and the Court having considered the submission of the parties and for good cause shown.

IT IS on this _____9th_____ day of _November_, 2004.

ORDERED that Judgment be entered in favor of the plaintiff and against the defendant, Louise Sulu, in the sum of $68,235.11, including rent through September 2004, together with costs to be taxed.

_____
PAUL INNES, J.S.C.

**PAUL INNES, J.S.C.**

**EXHIBIT C**

# Deed

This Deed is made on **May 27, 2005**

## Between

**Louise T. Sulu**

whose post office address is 24 Belmont Circle, Trenton, NJ 08618

referred to as the Grantor,

## and

**Cassandra V. Jackson**

whose post office address is 24 Belmont Circle, Trenton, NJ 08618

referred to as the Grantee,

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

**1. Transfer of Ownership.** The grantor grants and conveys (transfers ownership of) the property (called the "Property") described below to the Grantee. This Transfer is made for the sum of **Two Hundred Ninety Thousand And 00/100 Dollars ($290,000.00).** The Grantor acknowledges receipt of this money.

**2. Tax Map Reference.** (N.J.S.A. 46:15:1.1) Municipality of City of Trenton
   Block No. 413                    Lot No. 355, 372 & 371                    Account No.

   ☐ No property tax identification number is available on the date of this Deed.
   *(Check box if applicable)*

**3. Property.** The Property consists of the land and all the buildings and structures on the land in the City of Trenton, County of Mercer and State of New Jersey. The legal description is:

   ☒ Please see attached Legal Description annexed hereto and made a part hereof.
   *(check box if applicable)*

(For Recorder's Use Only)

Prepared by: (print signer's name below signature)

_____

Glenn Randall

VOL 5088 PG 103

**EXHIBIT D**

LC-2548L

11:40

## SECURITY SEARCH & ABSTRACT COMPANY, INC.

| | LANCASTER COUNTY<br>8 N. QUEEN STREET<br>LANCASTER, PA 17603 |
|---|---|
| | SOUTH JERSEY<br>12 HOPKINS STREET<br>WOODBURY NJ 08096 |

OPERATIONS
CENTER
926 PINE STREET
PHILADELPHIA, PA 19107
(215) 592-0660

CORPORATE
HEADQUARTERS
111 PRESIDENTIAL BLVD.
BALA CYNWYD, PA 19004
(610) 664-5912

BERKS COUNTY
374 WASHINGTON STREET
READING, PA 19601

LEHIGH/NORTHAMPTON
453 LINDEN STREET
ALLENTOWN, PA 18102

| PA 19401 | | | |
|---|---|---|---|
| STREET | | | |
| PA 18901 | | | |
| COUNTY | | | |
| PA 19063 | | | |
| COUNTY | | | |
| MARKET STREET | | | |
| CHESTER, PA 19380 | | | |

| ORDER NO:<br>7396468 | DATE:<br>03/07/05 | ORDERED BY:<br>CHRIS LC-2548 |
|---|---|---|

| NAME GIVEN:<br>SULU    LOUISE | COMPANY:<br>LEXINGTON AND CONCORD SEARCH |
|---|---|

| OR RECORD OWNER | ADDRESS:<br>AND ABSTRACT SOUTHAMPTO PA |
|---|---|

| ADDRESS GIVEN:<br>24 BELMONT CIRCLE | | STATE:<br>NJ | ZIP:<br>08618 | TYPE OF REPORT<br>3 | SEARCH<br>X | JUDGMENTS | SUP CT |
|---|---|---|---|---|---|---|---|
| CITY:<br>TRENTON | COUNTY:<br>MERCER | | | FLOOD | BANKS & DIST CTS | | FED LIENS |

| PREMISES SEARCHED:<br>24 BELMONT CIRCLE | | STATE:<br>NJ | ZIP:<br>08618 | UCC COUNTY: | UCC STATUS: |
|---|---|---|---|---|---|
| CITY:<br>CITY OF TRENTON | COUNTY:<br>MERCER | | | DATE CERTIFIED:<br>02/07/05 | (215) 942-7891 |

| RECORD OWNER:<br>LOUISE SULU & ANNETTE HOWARD & MAXINE<br>HOWARD, AS JOINT TENANTS WITH THE RIGHT* | CONSIDERATION:<br>$40,000 | ASSESSED VALUE:<br>$141,300 |
|---|---|---|

| DATE OF DEED:<br>06/21/84 | RECORDED DATE:<br>07/02/84 | DEED BOOK AND PAGE:<br>2256-161 | SIZE OF LOT: | PARCEL NUMBER:<br>BLK 413 LOTS ** |
|---|---|---|---|---|

| FORMER OWNER:<br>FRANCIS HEARNS, SR | | |
|---|---|---|

### MORTGAGES

| | | DATED | RECORDED | AMOUNT & TERMS |
|---|---|---|---|---|
| BOOK & PAGE | MORTGAGE: | | | |
| 1928-578 | JERSEY MTG CO | 06/21/84 | 07/02/84 | $38,000 |
| 2860-53 | BANK UNITED OF TEXAS FEDERAL SAVINGS | 07/22/93 | 08/23/93 | $66,800 |
| 422-19 | ASSIGN TO: BANC BOSTON MTG CORP | | 12/27/94 | |
| 3767-53 | ADVANTA NATIONAL BANK USA | 12/10/96 | 12/12/96 | $30,000 |
| 221-88 | LIS PENDENS | | 09/24/04 | |

### JUDGMENTS

| | CASE/DEFENDANT | FILED | AMOUNT | DEFENDANT ADDRESS |
|---|---|---|---|---|
| PLAINTIFF: | | | | |
| NONE | | | | |

| FEDERAL LIENS: | NONE |
|---|---|
| SUPERIOR COURT: | SEE ATTACHED |
| UCC PROTHONOTARY: | * OF SURVIVORSHIP |
| | ** 355, 372 & 371 |
| UCC RECORDER: | NONE |
| | ILC-2548 SEARCH BACK TO LAST BONA-FIDE |
| | SALE |
| BANKRUPTCIES: | SEE ATTACHED |
| DISTRICT COURTS: | ASS'D AS 24 BELMONT CIRCLE |
| REMARKS: | LEGAL ATTACHED, TAXES AVAILABLE UPON REQUEST |

INSURED

**END OF REPORT**

Tax
3.98 x 1,413.0 =

**EXHIBIT E**

# JUDGMENT AFFIDAVIT

File No.  **LC-2548CB**

RE:     **24 Belmont Circle, Trenton, NJ 08618**

The undersigned, having first been duly sworn, hereby states and affirms that his name is **Louise T. Sulu**, his Social Security Number is  1 6 7  3 0 - 7 1 7 5 , and that he has never been known by any other names.

The undersigned further acknowledges that the following judgment and/or lis pendens will be paid in full at closing as a result of payoff made to PNC bank:

**221-88 Lis Pendens**, Advanta National Bank USA, 12/10/96, 12/12/96, filed 9/24/04, $30,000 Should such payoff not result in the full satisfaction and removal from title of said lis pendens, the undersigned agrees to take any and all action required to remove such lien from the subject premises, including, but not limited to monetary remittance

The undersigned, hereby makes this affirmative oath with the specific understanding that such oath is being relied upon by **Lexington & Concord Search & Abstract, LLC**, acting as agents for **Chicago Title Insurance Company** to insure the title to the captioned property for the benefit of **New Century Mortgage Corp ISAOA**. The undersigned hereby agrees to defend, indemnify and save and hold harmless **Lexington & Concord Search & Abstract, LLC** and **Chicago Title Insurance Company** for any claims arising from the above stated judgments lien if any action is brought against the captioned and insured property.

Witness my hand and seal this **May 27, 2005.**

_Louise T. Sulu_
Louise T. Sulu

State of New Jersey

County of Mercer

Subscribed and sworn to before me, the undersigned this **May 27, 2005.**

Notary Public

My Commission Expires: _____

NOTARIAL SEAL
Victoria V Zabegay, Notary Public
Upper Southampton Twp., Bucks County
My commission expires March 17, 2009

**EXHIBIT F**



Mercer County Clerk's Office

<u>Return To:</u>

    LEXINGTON & CONCORD SEARCH
    950 INDUSTRIAL BLVD 2ND FLR
    SOUTHAMPTON PA 18966

**Index**  MORTGAGE BOOK

**Book**   09103   **Page**  0919

**No. Pages**   0017

**Instrument**  MORTGAGES

**Date :**    6/28/2005

**Time :**    12:36:39

**Control #**   200506280444

**INST#**      RD 2005 037106

JACKSON
CASSANDRA                V
NEW CENTURY MTG CORP

**Employee ID**  JANGOTTI

| | | |
|---|---|---|
| RECORDING | $ | 35.00 |
| RECORDING | $ | 55.00 |
| DARM $3 | $ | 48.00 |
| NMD1PA | $ | 32.00 |
| | $ | .00 |
| | $ | .00 |
| | $ | .00 |
| | $ | .00 |
| | $ | .00 |
| Total: | $ | 170.00 |

STATE OF NEW JERSEY
Mercer County Clerk's Office

*********PLEASE NOTE*********************
* DO NOT REMOVE THIS COVER SHEET -      *
*IT CONTAINS ALL RECORDING INFORMATION  *
****************************************

    Catherine DiCostanzo
    Mercer County Clerk


M091030919

VOL9103 PG919

10/01/2005  04:29    16092786262    INDEPENDENCE SEARCH    PAGE   02

Return To:
New Century Mortgage
Corporation
18400 Von Karman. Suite 1000
Irvine. CA 92612

**LEXINGTON & CONCORD**
950 Industrial Hwy, 2nd Fl
Southampton, PA 18966

MTG
161
170
# 170'

Prepared By:
New Century Mortgage
Corporation
18400 Von Karman. Suite 1000
Irvine, CA 92612

BLOCK: 413   LOT: 355
————————————————————[Space Above This Line For Recording Data]————————————————

# MORTGAGE

DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in
Sections 3, 11, 13, 18, 20 and 21, Certain rules regarding the usage of words used in this document are
also provided in Section 16.

(A) "Security Instrument" means this document, which is dated  May 27, 2005
together with all Riders to this document.
(B) "Borrower" is CASSANDRA V. JACKSON

Borrower is the mortgagor under this Security Instrument.
(C) "Lender" is New Century Mortgage Corporation

Lender is a Corporation
organized and existing under the laws of California

1001762346

NEW JERSEY - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT     Form 3031 1/01

-6(NJ) (0005).02
Page 1 of 18                    Initials: CVJ
VMP MORTGAGE FORMS - (800)521-7291

Lender's address is 18400 Von Karman, Suite 1000, Irvine, CA 92612

Lender is the mortgagee under this Security Instrument.

(D) "Note" means the promissory note signed by Borrower and dated May 27, 2005
The Note states that Borrower owes Lender TWO HUNDRED SIXTY-ONE THOUSAND AND 00/100
Dollars
(U.S. $261,000.00       ) plus interest. Borrower has promised to pay this debt in regular Periodic
Payments and to pay the debt in full not later than June 1, 2035

(E) "Property" means the property that is described below under the heading "Transfer of Rights in the
Property."

(F) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges
due under the Note, and all sums due under this Security Instrument, plus interest.

(G) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following
Riders are to be executed by Borrower [check box as applicable]:

| | | |
|---|---|---|
| ☐ Adjustable Rate Rider | ☐ Condominium Rider | ☐ Second Home Rider |
| ☐ Balloon Rider | ☐ Planned Unit Development Rider | ☐ 1-4 Family Rider |
| ☐ VA Rider | ☐ Biweekly Payment Rider | ☐ Other(s) [specify] |

(H) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations,
ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final,
non-appealable judicial opinions.

(I) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other
charges that are imposed on Borrower or the Property by a condominium association, homeowners
association or similar organization.

(J) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by
check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic
instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit
or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller
machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse
transfers.

(K) "Escrow Items" means those items that are described in Section 3.

(L) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid
by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i)
damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the
Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the
value and/or condition of the Property.

(M) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on,
the Loan.

(N) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the
Note, plus (ii) any amounts under Section 3 of this Security Instrument.

(O) "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its
implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to
time, or any additional or successor legislation or regulation that governs the same subject matter. As used
in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard
to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage
loan" under RESPA.

-6(NJ) (0008).02            Page 2 of 18            Initials: ___            1001762346

Form 3031 1/01

VOL9 | 03 PG 921

10/01/2005   04:29    16092786262    INDEPENDENCE SEARCH    PAGE   04

## (logo) Chicago Title Insurance Company

Schedule A-4

## COMMERCIAL COMMITMENT FOR TITLE INSURANCE

Commitment No. LC-2548CB

### LEGAL DESCRIPTION

ALL that certain lot, parcel or tract of land, situate and lying in the City of Trenton, County of Mercer, State of New Jersey, and being more particularly described as follows:

BEGINNING at a point in the southwesterly line of Stuyvesant Avenue, said point being the easterly terminus of a 116 foot radius curve connecting the southwesterly line of Stuyvesant Avenue with the southeasterly line of Belmont Circle; thence

(1)  South 48 degrees 01 minutes east, along the southwesterly line of Stuyvesant Avenue, a distance of 18 and 85 hundredths (18.85) feet to a point; thence

(2)  South 18 degrees 26 minutes west a distance of 98 and 13 hundredths (98.13) feet to a point; thence

(3)  north 71 degrees 34 minutes west, along the line of lot No. 354 a distance of 184 and 2/10 (184.20) feet to a point in the southeasterly line of Belmont Circle; thence

(4)  Northeastwardly, along the southeasterly line of Belmont Circle, following a 626.18 foot radius curve bearing to the right, a distance of 44 and 3/10 (44.30) feet to a point; thence

(5)  Northeastwardly and southeastwardly, along the southerly line of Belmont Circle, following a 116 foot radius curve bearing to the right, a distance of 185 and 5 hundredths (185.05) feet to the point and place of BEGINNING.

BEING a portion of lot No. 353, in Block 22, as shown on the map of Cadwalader Heights, filed in the Mercer County Clerk's Office in 1907 as map No. 150-1.

**BY SIGNING BELOW**, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Signed, sealed and delivered in the presence of:

_____        _____(Seal)
                                          CASSANDRA V. JACKSON           -Borrower

_____        _____(Seal)
                                                                        -Borrower

_____(Seal)          _____(Seal)
                  -Borrower                                              -Borrower

_____(Seal)          _____(Seal)
                  -Borrower                                              -Borrower

_____(Seal)          _____(Seal)
                  -Borrower                                              -Borrower

NOTARIAL SEAL
Victoria V Zabegay, Notary Public
Upper Southampton Twp., Bucks County
My commission expires March 17, 2009

-6(NJ) (0005).02                Page 14 of 16        1001762346

                                                     Form 3031 1/01

**EXHIBIT G**

# A. Settlement Statement

B. Type of Loan

U.S. Department of Housing and Urban Development
OMB No. 2502-0265 REV. HUD-1 (3/86)

**FINAL**

| 1. ☐FHA | 2. ☐FmHA | 3. ☐Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐VA | 5. ☐Conv. Ins. | | LC-2548CB | 1001762346 | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals. WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U. S. Code Section 1001 and Section 1010.

TitleExpress Settlement System
Printed 05/27/2005 at 14:03 GR

| D. NAME OF BORROWER: | Cassandra V. Jackson |
|---|---|
| ADDRESS: | 24 Balmont Circle, Trenton, NJ 08618 |
| E. NAME OF SELLER: | Louise T. Sulu |
| ADDRESS: | 24 Balmont Circle, Trenton, NJ 08618 |
| F. NAME OF LENDER: | New Century Mortgage Corp ISAOA |
| ADDRESS: | 18400 Von Karman, Ste 1000, Irvine, CA 92612 |
| G. PROPERTY ADDRESS: | 24 Balmont Circle, Trenton, NJ 08618 |
| | City of Trenton |
| H. SETTLEMENT AGENT: | Lexington & Concord Search & Abstract, LLC, Telephone: 215-942-7892 Fax: 215-942-7891 |
| PLACE OF SETTLEMENT: | 950 Industrial Boulevard, 2nd Floor, Southampton, PA 18966 |
| I. SETTLEMENT DATE: | 05/27/2005 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 290,000.00 | 401. Contract sales price | 290,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 16,020.12 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. School Taxes   05/27/05 to 06/30/05 | 549.48 | 406. School Taxes   05/27/05 to 06/30/05 | 549.48 |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 306,569.60 | **420. GROSS AMOUNT DUE TO SELLER** | 290,549.48 |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit of earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loans | 261,000.00 | 502. Settlement charges to seller (line 1400) | 18,821.08 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of First Mortgage Loan | |
| | | Jersey Mtge co. | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. Payoff Mtg | 35,635.72 |
| | | PNC Bank | |
| 208. | | 508. Payoff Mtg | 22,394.98 |
| | | Washington Mutual | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 261,000.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 77,851.78 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 306,569.60 | 601. Gross amount due to seller (line 420) | 290,549.48 |
| 302. Less amounts paid by/for borrower (line 220) | 261,000.00 | 602. Less reduction amount due seller (line 520) | 77,851.78 |
| **303. CASH FROM BORROWER** | 45,569.60 | **603. CASH TO SELLER** | 212,697.70 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on line 401 above constitutes the Gross Proceeds of this transaction.

You are required by law to provide the settlement agent (Fed. Tax ID No. _____ ) with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

TIN: _____   SELLER(S) SIGNATURE(S): _____

SELLER(S) NEW MAILING ADDRESS: _____

SELLER(S) PHONE NUMBERS: _____  (h) _____  (w)

OCT-06-2005 (THU) 11:42   P 011/020

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT   File Number **LC-2548**   **FINAL   PAGE 2**
**SETTLEMENT STATEMENT**   REV. HUD-1 (3/86)   TitleExpress Settlement System. Printed 05/27/2005 at 14:03 GR

| L. SETTLEMENT CHARGES | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $290,000.00 = 16,200.00 | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ 16,200.00 to Gloria Nilson GMAC Realtors | | | |
| 702. $ to | | | |
| 703. Commission paid at Settlement | | | 16,200.00 |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee % | | | |
| 802. Loan Discount % | | | |
| 803. Appraisal Fee | | | |
| 804. Credit Report | | | |
| 805. Broker Discount Fee to Mortgage Select Services Inc | | 9,683.10 | |
| 806. Application Fee to New Century Mortgage Corp ISAOA | | 750.00 | |
| 807. Flood Cert Fee to New Century Mortgage Corp ISAOA | | 11.20 | |
| 808. Tax Service Fee to New Century Mortgage Corp ISAOA | | 78.00 | |
| 809. Application Fee to Mortgage Select Services | | 350.00 | |
| 810. | | | |
| 811. | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest From 05/27/2005 to 06/01/2005 @$ 49.7000 /day 5 Days | | 248.50 | |
| 902. Mortgage Insurance Premium for to | | | |
| 903. Hazard Insurance Premium for to Insurance Co | | 661.00 | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | | |
| 1001. Hazard Insurance 2 mo. @ $ 55.09 /mo | | 110.18 | |
| 1002. Mortgage Insurance mo. @ $ /mo | | | |
| 1003. City Property Taxes mo. @ $ /mo | | | |
| 1004. County Property Taxes 2 mo. @ $ 477.53 /mo | | 955.06 | |
| 1005. School Taxes mo. @ $ 477.53 /mo | | | |
| 1009. Aggregate Analysis Adjustment to New Century Mortgage Corp ISAOA | | -0.42 | 0.00 |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement fee to Lexington & Concord Search & Abstract LLC | | 150.00 | |
| 1102. Abstract or title search | | | |
| 1103. Title examination | | | |
| 1104. Title insurance binder | | | |
| 1105. Web Pickup Fee to Lexington & Concord Search & Abstract LLC | | 150.00 | |
| 1106. Notary Fees to Lexington & Concord Operating Account | | 25.00 | 25.00 |
| 1107. Attorney's fees to Lexington & Concord Search & Abstract LLC | | 100.00 | |
| (includes above items No: ) | | | |
| 1108. Title Insurance to Lexington & Concord Search & Abstract LLC | | 1,310.00 | |
| (includes above items No: ) | | | |
| 1109. Lender's Policy 261,000.00 - 25.00 | | | |
| 1110. Owner's Policy 290,000.00 - 1,285.00 | | | |
| 1111. Alta 8.1-EPL, Survey End, Tax to Lexington & Concord Search & Abstract LLC | | 80.00 | |
| 1112. Wire Fee to Willow Grove Bank | | 20.00 | |
| 1113. Clso Service Lir to Chicago Title Insurance Co. | | 35.00 | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201. Recording Fees Deed $100.00 ; Mortgage $300.00 ; Release $ | | 400.00 | |
| 1202. Realty Transfer Fee Deed $1,637.00 ; Mortgage $ | | 818.50 | 818.50 |
| 1203. Release of Mortgage(s) Deed $ ; Mortgage $ ; Release $ | | | |
| 1204. Document Handling Fee Deed $ ; Mortgage $ ; Release $ | | | |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. 2nd Q Property Taxes to Tax Collector | | | 1,432.58 |
| 1302. Tax Certification to Data Trace | | 40.00 | |
| 1303. Overnight Payoff(s) @ $20 to DHL | | | 20.00 |
| 1304. Overnight Mortgage Docs to DHL | | 20.00 | |
| 1305. Water Escrow to Water & Sewer Escrow Escrow Escrow | | | 300.00 |
| 1306. PGW | | | |
| 1307. Patriot Searches to Lexington & Concord Search & Abstract LLC | | 25.00 | 25.00 |
| 1308. | | | |
| **1400. TOTAL SETTLEMENT CHARGES** (enter on lines 103, Section J and 502, Section K) | | 16,020.12 | 18,821.08 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_Cassandra H. Jackson_
Cassandra H. Jackson
4-27-1959

_Louise J. Suler_
Louise J. Suler

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18; U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of the transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

By: _____ 5/22/05

**EXHIBIT H**

| | | |
|---|---|---|
| W. Barry Rank | : | Superior Court of New Jersey |
| v. | : | Mercer County |
| | : | Chancery Division |
| | : | |
| Annette Howard et al | : | Docket:  F-9334-07 |
| | : | |
| | : | **Entry of Appearance** |

To The Clerk:

     Kindly enter my appearance for the Defendants Cassandra V. Jackson and New Century Mortgage Corporation.

Kevin B. Quinn, Esquire
SCHUBERT, BELLWOAR, CAHILL & QUINN
BY:  KEVIN B. QUINN, ESQUIRE
9 Krysta Court
Mount Laurel, NJ 08054
(215) 587-0126
Attorney for Defendants
kquinn@sbcq.com
Our File No.:  Greent