W. Barry Rank, Esq.
Pellettieri Rabstein & Altman
Suite 111
100 Nassau Park Blvd
Princeton, NJ 08540

| | |
|---|---|
| In re: | ) UNITED STATES BANKRUPTCY COURT<br>) FOR THE DISTRICT OF DELAWARE<br>) |
| New Century Mortgage Corporation, | )<br>)<br>) CHAPTER 11<br>) |
| Debtor. | ) Case No. 07-10416 (KJC)<br>)             07-10419 (KJC)<br>)        Jointly Administered<br>)<br>) ORDER GRANTING RELIEF FROM THE<br>) AUTOMATIC STAY<br>)<br>)<br>) Return Date:<br>) Oral Argument: |

Upon consideration of the Motion of the for Relief from the Automatic Stay filed by W. Barry Rank, Esquire, and any response thereto, and for good cause having been shown, it is hereby

**ORDERED** that the Motion be and the same is hereby GRANTED;

**IT IS FURTHER ORDERED** that the automatic stay of 11 U.S.C. § 362(a) is vacated to permit the movant to proceed with the foreclosure proceedings upon the following property:

24 Belmont Circle, Trenton, New Jersey

**IT IS FURTHER ORDERED** that the movant is awarded his costs of $150.00.

BY THE COURT:

Dated: _____

_____
Kevin J. Carey
United States Bankruptcy Judge