EXHIBIT A

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JULY 1, 2007 THOUGH JULY 31, 2007**

| Professional | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Greenspan, Ronald | Senior Managing Director | 13.4 | | |
| Star, Samuel | Senior Managing Director | 46.3 | | |
| Joffe, Steven | Senior Managing Director | 0.5 | | |
| Dragelin, Timothy | Senior Managing Director | 29.6 | | |
| Ellis, Melissa | Director | 44.6 | | |
| Bryant, Kristin | Senior Consultant | 2.0 | | |
| Amico, Marc | Consultant | 123.2 | | |
| Pearson, Linda | Administrative | 1.0 | | |
| **Sub-Total** | | **260.6** | **N/A** | **$  115,000** [1] |

**Hourly Scope Projects**

| Professional | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Greenspan, Ronald | Senior Managing Director | 0.7 | $ 675 | $ 473 |
| Sloane, Raymond | Senior Managing Director | 26.5 | 600 | 15,900 |
| Dragelin, Timothy | Senior Managing Director | 13.3 | 615 | 8,180 |
| Ventricelli, Daniel | Senior Managing Director | 17.6 | 550 | 9,680 |
| Collura, Richard | Director | 57.7 | 450 | 25,965 |
| Bryant, Kristin | Senior Consultant | 13.4 | 365 | 4,891 |
| Levenberg, Hal | Project Assistant | 28.1 | 125 | 3,513 |
| **Sub-Total** | | **157.3** | | **68,601** |
| Less Travel Time @ 50% | | | | (1,660) |
| **New Hourly Sub-Total** | | | | **66,941** |
| **Total** | | **417.9** | | **$  181,941** |

[1]  Reflects 9 days at $150,000 and 21 days at $100,000 as we did not bill the full $150,000 for April.