EXHIBIT B

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**SUMMARY OF HOURS BY PROJECT CODE**
**FOR THE PERIOD JULY 1, 2007 THOUGH JULY 31, 2007**

| PROJECT CODE | DESCRIPTION | HOURS |
|---|---|---|
| 1 | Planning, Supervision and Review | 7.7 |
| 2 | Preparation and Review of Info. Requests and Related Matters | 0.5 |
| 3 | Review Newly Received Documents | 5.6 |
| 7 | Analysis of Long-Term Business Plan and Related Matters | 48.8 |
| 11 | Analysis of Bankruptcy Schedules | 2.0 |
| 12 | Analysis of Tax Issues | 1.3 |
| 19 | Prep/Particp in Mtgs & Conf Calls with Debtor and Advisors | 17.4 |
| 20 | Prep/Particp in Creditor Committee Mtgs & Conf Calls | 39.2 |
| 22 | Analyze Employee Severance, Pension, Retention and Bonus Programs | 47.3 |
| 26 | Analyze DIP Facility Matters | 0.2 |
| 29 | Other Litigation Matters | 3.0 |
| 33 | Analyze Asset Sales Proposals | 27.4 |
| 34 | Preparation of Miscellaneous Financial Analysis | 7.7 |
| 36 | Analysis & Preparation of Short-term Cash Flow Projections | 27.8 |
| 39 | Preparation of Monthly Invoice and Support Schedules | 24.7 |
| **Sub-Total** | | **260.6** |

**Hourly Scope Projects**

| PROJECT CODE | DESCRIPTION | HOURS |
|---|---|---|
| 6 | Analysis re: Potential Avoidance Actions | 124.4 |
| 10 | Review of Warehouse Lender Issues | 26.7 |
| 40 | Travel Time | 6.2 |
| **Sub-Total** | | **157.3** |
| **Total** | | **417.9** |

**NEW CENTURY FINANCIAL CORP.**  **EXHIBIT B**
**FTI CONSULTING**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JULY 1, 2007 THOUGH JULY 31, 2007**

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS |
|---|---|---|---|---|---|
| 7/2/2007 | Ellis, Melissa | Director | 1 | 0.4 | Review/respond to various New Century emails. |
| 7/3/2007 | Ellis, Melissa | Director | 1 | 0.3 | Call with M. Amico and S. Star re: work plan. |
| 7/9/2007 | Dragelin, Timothy | Sr Managing Dir | 1 | 0.6 | Call with FTI team to discuss workplan. |
| 7/9/2007 | Ellis, Melissa | Director | 1 | 0.4 | Organize emails and files. |
| 7/12/2007 | Dragelin, Timothy | Sr Managing Dir | 1 | 1.0 | Call with S. Star re: workplan and correspond to emails on various issues. |
| 7/12/2007 | Ellis, Melissa | Director | 1 | 0.3 | Review various emails re: case status. |
| 7/13/2007 | Ellis, Melissa | Director | 1 | 0.3 | Organize key files. |
| 7/17/2007 | Star, Samuel | Sr Managing Dir | 1 | 0.3 | Conference call with Committee counsel re: next steps. |
| 7/18/2007 | Star, Samuel | Sr Managing Dir | 1 | 0.5 | Telephone call with Committee counsel re: work plan. |
| 7/19/2007 | Ellis, Melissa | Director | 1 | 0.4 | Discussions with S. Star re: case status. |
| 7/20/2007 | Ellis, Melissa | Director | 1 | 0.3 | Discussion with S. Star re: case status. |
| 7/24/2007 | Amico, Marc | Consultant | 1 | 0.3 | Call with M. Ellis to discuss general case matters. |
| 7/24/2007 | Ellis, Melissa | Director | 1 | 0.4 | Discussion of open issues with S. Star and M. Amico. |
| 7/24/2007 | Star, Samuel | Sr Managing Dir | 1 | 0.6 | Conference call with team re: open items. |
| 7/25/2007 | Ellis, Melissa | Director | 1 | 0.3 | Review various emails on case status. |
| 7/25/2007 | Ellis, Melissa | Director | 1 | 0.5 | Organize case files and emails. |
| 7/26/2007 | Ellis, Melissa | Director | 1 | 0.2 | Miscellaneous emails re: call coordination and wind down. |
| 7/26/2007 | Star, Samuel | Sr Managing Dir | 1 | 0.2 | Discussion with counsel re: coordinating upcoming calls. |
| 7/30/2007 | Star, Samuel | Sr Managing Dir | 1 | 0.4 | Telephone call with T. Dragelin re: work plan. |
| | | | **1 Total** | **7.7** | |
| 7/3/2007 | Amico, Marc | Consultant | 2 | 0.2 | Gather all remaining information requests and follow up with Debtor professionals. |
| 7/25/2007 | Amico, Marc | Consultant | 2 | 0.3 | Prepare list of all open items FTI has yet to receive from Debtor. |
| | | | **2 Total** | **0.5** | |
| 7/2/2007 | Amico, Marc | Consultant | 3 | 0.3 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 7/3/2007 | Amico, Marc | Consultant | 3 | 0.2 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 7/9/2007 | Amico, Marc | Consultant | 3 | 0.3 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 7/10/2007 | Amico, Marc | Consultant | 3 | 0.3 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 7/11/2007 | Amico, Marc | Consultant | 3 | 0.3 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 7/12/2007 | Amico, Marc | Consultant | 3 | 0.3 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 7/13/2007 | Amico, Marc | Consultant | 3 | 0.2 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 7/16/2007 | Amico, Marc | Consultant | 3 | 0.3 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 7/17/2007 | Amico, Marc | Consultant | 3 | 0.3 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 7/18/2007 | Amico, Marc | Consultant | 3 | 0.2 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 7/19/2007 | Amico, Marc | Consultant | 3 | 0.2 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 7/20/2007 | Amico, Marc | Consultant | 3 | 0.2 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 7/23/2007 | Amico, Marc | Consultant | 3 | 0.3 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 7/24/2007 | Amico, Marc | Consultant | 3 | 0.3 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 7/25/2007 | Amico, Marc | Consultant | 3 | 0.3 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 7/26/2007 | Amico, Marc | Consultant | 3 | 0.3 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 7/30/2007 | Amico, Marc | Consultant | 3 | 0.3 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 7/30/2007 | Ellis, Melissa | Director | 3 | 0.2 | Review recent articles and distribute to team. |
| 7/30/2007 | Star, Samuel | Sr Managing Dir | 3 | 0.5 | Review industry articles. |
| 7/31/2007 | Amico, Marc | Consultant | 3 | 0.3 | Draft and distribute email regarding what has recently been filed to the court docket. |
| | | | **3 Total** | **5.6** | |
| 7/2/2007 | Ellis, Melissa | Director | 7 | 1.7 | Participate on wind-down plan call with AlixPartners. |
| 7/2/2007 | Greenspan, Ronald | Sr Managing Dir | 7 | 1.6 | Call with Debtor and OMM regarding the wind-down plan. |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|---|---|---|---|---|---|---|
| 7/2/2007 | Greenspan, Ronald | Sr Managing Dir | 7 | 0.7 | Call with Committee counsel to follow up on wind-down call with Debtor. | |
| 7/2/2007 | Star, Samuel | Sr Managing Dir | 7 | 1.6 | Conference call with Debtors re: wind down plan. | |
| 7/2/2007 | Star, Samuel | Sr Managing Dir | 7 | 0.7 | Conference call with H&H re: wind down issues. | |
| 7/3/2007 | Amico, Marc | Consultant | 7 | 1.2 | Review recent information provided by the Company on the wind-down plan. | |
| 7/3/2007 | Star, Samuel | Sr Managing Dir | 7 | 0.3 | Telephone call with E. Anderson re: wind down plan. | |
| 7/3/2007 | Star, Samuel | Sr Managing Dir | 7 | 0.3 | Coordinate department head calls re: headcount. | |
| 7/3/2007 | Star, Samuel | Sr Managing Dir | 7 | 0.4 | Review department head count analysis. | |
| 7/5/2007 | Amico, Marc | Consultant | 7 | 1.3 | Participate on call with FTI and Debtor professionals to discuss the IT staff needed during the wind-down. | |
| 7/5/2007 | Amico, Marc | Consultant | 7 | 0.3 | Call with S. Star (FTI) regarding creating an analysis of employee headcount and cost by month. | |
| 7/5/2007 | Amico, Marc | Consultant | 7 | 2.7 | Prepare analysis on the remaining headcount and cost of employees pursuant to the wind-down plan. | |
| 7/5/2007 | Greenspan, Ronald | Sr Managing Dir | 7 | 1.0 | Call with Debtor and AlixPartners regarding IT dept staffing. | |
| 7/5/2007 | Star, Samuel | Sr Managing Dir | 7 | 1.8 | Review wind down incentive proposal and provide comments and questions to counsel. | |
| 7/5/2007 | Star, Samuel | Sr Managing Dir | 7 | 1.1 | Conference call with AlixPartners re: IT department needs for wind down. | |
| 7/5/2007 | Star, Samuel | Sr Managing Dir | 7 | 1.2 | Review wind down staffing plan. | |
| 7/5/2007 | Star, Samuel | Sr Managing Dir | 7 | 0.2 | Discussion with M. Amico re: head count analysis. | |
| 7/5/2007 | Star, Samuel | Sr Managing Dir | 7 | 0.2 | Telephone call with R. Greenspan re: NC wind-down plan. | |
| 7/6/2007 | Amico, Marc | Consultant | 7 | 0.7 | Correspondence with E. Anderson (AP) regarding the wind-down plan. | |
| 7/6/2007 | Amico, Marc | Consultant | 7 | 0.2 | Draft email to S. Star (FTI) explaining wind-down data from AlixPartners on employee headcount and costs. | |
| 7/6/2007 | Amico, Marc | Consultant | 7 | 0.7 | Call with M. Tinsley (AP) regarding the remaining finance staff during the wind-down. | |
| 7/6/2007 | Amico, Marc | Consultant | 7 | 0.3 | Draft email to FTI team explaining the major points on the call regarding the finance staff during the wind-down. | |
| 7/6/2007 | Amico, Marc | Consultant | 7 | 0.2 | Prepare for call with AlixPartners to discuss the finance staff during the wind-down. | |
| 7/6/2007 | Greenspan, Ronald | Sr Managing Dir | 7 | 1.7 | Call w/ Debtor and AlixPartners regarding HR staffing requirements and draft memo to team regarding same and recommendations. | |
| 7/6/2007 | Greenspan, Ronald | Sr Managing Dir | 7 | 0.4 | Review modified headcount budget by department and provide comments. | |
| 7/9/2007 | Amico, Marc | Consultant | 7 | 1.9 | Prepare analysis of the wind-down costs showing headcount by month. | |
| 7/9/2007 | Amico, Marc | Consultant | 7 | 2.1 | Prepare analysis of the wind-down costs showing salary cost by month. | |
| 7/9/2007 | Amico, Marc | Consultant | 7 | 0.4 | Email correspondence with E. Anderson on the employee wind-down costs. | |
| 7/9/2007 | Amico, Marc | Consultant | 7 | 0.6 | Call with S. Star to discuss the wind-down analysis from AlixPartners. | |
| 7/9/2007 | Amico, Marc | Consultant | 7 | 1.2 | Begin to set up initial formats for wind-down presentation. | |
| 7/9/2007 | Ellis, Melissa | Director | 7 | 0.3 | Review email correspondences re: the wind-down retention plan. | |
| 7/9/2007 | Star, Samuel | Sr Managing Dir | 7 | 0.1 | Discussion with M. Amico re: headcount analysis. | |
| 7/10/2007 | Amico, Marc | Consultant | 7 | 0.8 | Prepare and participate on call with Debtor and R. Greenspan to discuss the trailing docs division staffing. | |
| 7/10/2007 | Amico, Marc | Consultant | 7 | 0.2 | Prepare summary to team on the trailing docs division call. | |
| 7/10/2007 | Amico, Marc | Consultant | 7 | 1.4 | Call with Debtor and Committee professionals regarding the wind-down plan. | |
| 7/10/2007 | Amico, Marc | Consultant | 7 | 0.6 | Make changes to wind-down headcount analysis per recent correspondences with E. Anderson. | |
| 7/10/2007 | Amico, Marc | Consultant | 7 | 1.3 | Create model of employee wind-down incentive plan costs of retention bonus by month. | |
| 7/10/2007 | Amico, Marc | Consultant | 7 | 1.6 | Participate on calls regarding the legal department and capital markets divisions with Debtor professionals and S. Star. | |
| 7/10/2007 | Amico, Marc | Consultant | 7 | 0.9 | Create wind-down analysis of the employees who were promoted and the associated monthly costs. | |
| 7/10/2007 | Ellis, Melissa | Director | 7 | 1.1 | Participate on wind down call. | |
| 7/10/2007 | Greenspan, Ronald | Sr Managing Dir | 7 | 1.3 | Call with AlixPartners and company and then memo to FTI team regarding proper staffing and retention of "trailing docs" staff. | |
| 7/10/2007 | Star, Samuel | Sr Managing Dir | 7 | 0.6 | Conference calls with Debtors re: headcount needs for Capital Markets and legal departments. | |
| 7/10/2007 | Star, Samuel | Sr Managing Dir | 7 | 0.2 | Conference call with AlixPartners re: headcount levels. | |
| 7/10/2007 | Star, Samuel | Sr Managing Dir | 7 | 0.4 | Discussion with M. Amico re: analysis of wind down plan for committee. | |
| 7/11/2007 | Amico, Marc | Consultant | 7 | 1.1 | Draft commentary on the division staffing functions pursuant to the wind-down for the Committee report. | |
| 7/11/2007 | Amico, Marc | Consultant | 7 | 1.0 | Draft commentary of the wind-down incentive analysis in Committee presentation format. | |
| 7/11/2007 | Star, Samuel | Sr Managing Dir | 7 | 0.9 | Develop Committee response to wind-down proposals. | |
| 7/12/2007 | Amico, Marc | Consultant | 7 | 0.9 | Create analysis of average annual salary per month pursuant to the wind-down plan. | |
| 7/12/2007 | Ellis, Melissa | Director | 7 | 0.3 | Discussion with S. Star after call with AlixPartners on wind-down. | |
| 7/12/2007 | Star, Samuel | Sr Managing Dir | 7 | 1.0 | Discussions with M. Amico re: analysis of wind down headcount and related costs. | |
| 7/16/2007 | Amico, Marc | Consultant | 7 | 2.5 | Edit the wind-down portion of the Committee presentation. | |
| 7/23/2007 | Ellis, Melissa | Director | 7 | 0.3 | Review revised wind down spreadsheet. | |
| 7/26/2007 | Amico, Marc | Consultant | 7 | 0.3 | Draft email to E. Anderson listing the open items re: wind-down. | |
| 7/31/2007 | Ellis, Melissa | Director | 7 | 1.0 | Call with M. Amico to review changes to report to Committee and discuss clarifying items learned from AlixPartners. | |
| | | | **7 Total** | **48.8** | | |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|---|---|---|---|---|---|---|
| 7/24/2007 | Amico, Marc | Consultant | 11 | 1.7 | Review and analyze the May MORs and draft summary to M. Ellis. | |
| 7/30/2007 | Ellis, Melissa | Director | 11 | 0.3 | Review of SoFA/SoAL answers from company | |
| | | | **11 Total** | 2.0 | | |
| 7/20/2007 | Ellis, Melissa | Director | 12 | 0.2 | Review REIT term sheet draft. | |
| 7/20/2007 | Star, Samuel | Sr Managing Dir | 12 | 0.1 | Review REIT term sheet draft. | |
| 7/31/2007 | Ellis, Melissa | Director | 12 | 0.5 | Participation on REIT tax status call. | |
| 7/31/2007 | Joffe, Steven | Sr Managing Dir | 12 | 0.5 | Call with counsel re: tax related issues. | |
| | | | **12 Total** | 1.3 | | |
| 7/3/2007 | Amico, Marc | Consultant | 19 | 0.3 | Participate on call with S. Star and M. Ellis (both FTI) to discuss call with AlixPartners. | |
| 7/3/2007 | Ellis, Melissa | Director | 19 | 0.5 | Participation on weekly call with AlixPartners re: open items. | |
| 7/11/2007 | Amico, Marc | Consultant | 19 | 0.8 | Create and distribute agenda to FTI team for the weekly call with Debtor. | |
| 7/11/2007 | Ellis, Melissa | Director | 19 | 0.9 | Participation on weekly call with AlixPartners. | |
| 7/12/2007 | Amico, Marc | Consultant | 19 | 1.0 | Participate on call with Debtor and Committee professionals to discuss the funding shortfall to the clearing account and the wind-down plan. | |
| 7/12/2007 | Star, Samuel | Sr Managing Dir | 19 | 1.7 | Conference call with AlixPartners re: trust reconciliations and wind down incentive proposal. | |
| 7/16/2007 | Amico, Marc | Consultant | 19 | 0.7 | Call with Debtor and Committee professionals regarding the Committee presentation. | |
| 7/16/2007 | Greenspan, Ronald | Sr Managing Dir | 19 | 1.2 | Call with counsel regarding cash accounting and stay retention issues. | |
| 7/16/2007 | Star, Samuel | Sr Managing Dir | 19 | 0.9 | Conference call with Debtor re: employee issue and cash account reconciliations. | |
| 7/17/2007 | Ellis, Melissa | Director | 19 | 0.2 | Participate on call with professionals from OMM, AlixPartners and committee. | |
| 7/17/2007 | Star, Samuel | Sr Managing Dir | 19 | 1.2 | Conference call with Debtors re: Committee issues. | |
| 7/18/2007 | Amico, Marc | Consultant | 19 | 1.4 | Prepare for call with Debtor professionals by reviewing and sending out agenda. | |
| 7/18/2007 | Amico, Marc | Consultant | 19 | 0.7 | Participate on call with Debtor professionals and M. Ellis to discuss the status of open items. | |
| 7/18/2007 | Ellis, Melissa | Director | 19 | 0.2 | Review draft agenda for weekly call with AlixPartners. | |
| 7/18/2007 | Ellis, Melissa | Director | 19 | 0.3 | Prepare for call with AlixPartners. | |
| 7/18/2007 | Ellis, Melissa | Director | 19 | 0.5 | Call with AlixPartners. | |
| 7/18/2007 | Star, Samuel | Sr Managing Dir | 19 | 0.3 | Draft e-mail to Debtors re: disbursement controls, KEIP and clearing account deficit. | |
| 7/24/2007 | Amico, Marc | Consultant | 19 | 1.1 | Call with Debtor and Committee professionals to discuss open items. | |
| 7/24/2007 | Ellis, Melissa | Director | 19 | 1.1 | Participation on call with AlixPartners re: various open items. | |
| 7/24/2007 | Star, Samuel | Sr Managing Dir | 19 | 1.1 | Conference call with Debtor re: cash reconciliations, open information requests, proposed KEIP, etc. | |
| 7/26/2007 | Amico, Marc | Consultant | 19 | 0.6 | Call with Debtor professional re: open items. | |
| 7/26/2007 | Amico, Marc | Consultant | 19 | 0.3 | Prepare agenda for call with Debtor professionals re: open items. | |
| 7/26/2007 | Ellis, Melissa | Director | 19 | 0.4 | Call with AlixPartners re: open items. | |
| | | | **19 Total** | 17.4 | | |
| 7/3/2007 | Star, Samuel | Sr Managing Dir | 20 | 0.3 | Call with Committee member re: claims. | |
| 7/10/2007 | Ellis, Melissa | Director | 20 | 0.3 | Discuss Committee report and timing with M. Amico. | |
| 7/13/2007 | Star, Samuel | Sr Managing Dir | 20 | 0.5 | Review report to Committee re: wind down staffing, costs and incentives. | |
| 7/15/2007 | Star, Samuel | Sr Managing Dir | 20 | 0.6 | Review report to Committee re: wind down staffing, costs and incentives. | |
| 7/16/2007 | Amico, Marc | Consultant | 20 | 1.1 | Call with S. Star to discuss edits to the Committee presentation. | |
| 7/16/2007 | Dragelin, Timothy | Sr Managing Dir | 20 | 0.9 | Preparation for Committee call. | |
| 7/16/2007 | Ellis, Melissa | Director | 20 | 0.8 | Participate on professionals call in advance of committee call to review agenda and open items. | |
| 7/16/2007 | Star, Samuel | Sr Managing Dir | 20 | 1.1 | Conference call with Committee counsel re: agenda for Committee call and case issues. | |
| 7/17/2007 | Amico, Marc | Consultant | 20 | 1.5 | Participate on Committee call. | |
| 7/17/2007 | Amico, Marc | Consultant | 20 | 2.1 | Make final edits to the Committee report and send to Committee. | |
| 7/17/2007 | Dragelin, Timothy | Sr Managing Dir | 20 | 2.0 | Committee conference call. | |
| 7/17/2007 | Ellis, Melissa | Director | 20 | 0.5 | Review draft report to the Committee. | |
| 7/17/2007 | Ellis, Melissa | Director | 20 | 0.4 | Conversations with team re: report and presentation to Committee. | |
| 7/17/2007 | Ellis, Melissa | Director | 20 | 2.5 | Participation on New Century call with committee. | |
| 7/17/2007 | Ellis, Melissa | Director | 20 | 0.7 | Call with T. Dragelin re: Committee report in advance of committee call. | |
| 7/17/2007 | Greenspan, Ronald | Sr Managing Dir | 20 | 1.8 | Committee update call. | |
| 7/17/2007 | Star, Samuel | Sr Managing Dir | 20 | 0.5 | Discussions with team re: changes to Committee report. | |
| 7/17/2007 | Star, Samuel | Sr Managing Dir | 20 | 3.0 | Preparation for and participation on conference call with Committee including presentation of report on projected cash available for distribution, head count analysis and incentive proposals. | |
| 7/24/2007 | Ellis, Melissa | Director | 20 | 1.2 | Participation on Committee professionals call. | |
| 7/24/2007 | Ellis, Melissa | Director | 20 | 0.2 | Call with M. Amico re: Committee call for tomorrow. | |
| 7/24/2007 | Star, Samuel | Sr Managing Dir | 20 | 1.1 | Conference call with Committee counsel re: agenda for 7/25 Committee call. | |
| 7/25/2007 | Amico, Marc | Consultant | 20 | 1.0 | Participate on Committee call. | |
| 7/25/2007 | Dragelin, Timothy | Sr Managing Dir | 20 | 2.4 | Prepare for and participate on call with Committee Chair and Counsel. | |
| 7/25/2007 | Greenspan, Ronald | Sr Managing Dir | 20 | 1.9 | Committee meeting. | |
| 7/25/2007 | Star, Samuel | Sr Managing Dir | 20 | 1.5 | Conference call with Committee re: case status. | |
| 7/26/2007 | Amico, Marc | Consultant | 20 | 0.7 | Call with M. Ellis and S. Star to discuss the upcoming Committee presentation. | |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|---|---|---|---|---|---|---|
| 7/30/2007 | Amico, Marc | Consultant | 20 | 2.9 | Draft initial report for Committee involving the recent KEIP amounts. | |
| 7/30/2007 | Ellis, Melissa | Director | 20 | 0.4 | Emails with M. Amico re: Committee report and review of motion exhibits. | |
| 7/30/2007 | Ellis, Melissa | Director | 20 | 0.5 | Review report to Committee re: wind down motion and provide comments to M. Amico. | |
| 7/30/2007 | Star, Samuel | Sr Managing Dir | 20 | 0.5 | Conference call with Committee counsel re: agenda for 8/2 Committee call. | |
| 7/31/2007 | Amico, Marc | Consultant | 20 | 2.8 | Make changes to Committee report per comments from M. Ellis. | |
| 7/31/2007 | Amico, Marc | Consultant | 20 | 0.7 | Call with M. Ellis re: the Committee report. | |
| 7/31/2007 | Ellis, Melissa | Director | 20 | 0.5 | Call with M. Amico to discuss draft report to committee on wind-down and KEIP changes. | |
| 7/31/2007 | Ellis, Melissa | Director | 20 | 0.3 | Discussions with S. Star and M. Amico re: Committee report. | |
| | | | **20 Total** | **39.2** | | |
| 7/3/2007 | Ellis, Melissa | Director | 22 | 0.2 | Review files for KERP update. | |
| 7/10/2007 | Amico, Marc | Consultant | 22 | 2.6 | Create model of employee wind-down incentive plan costs of salary by month. | |
| 7/10/2007 | Star, Samuel | Sr Managing Dir | 22 | 1.0 | Conference call with Committee counsel and Debtors re: wind-down plan incentives. | |
| 7/10/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.2 | Conference call with Committee counsel re: wind-down plan incentives. | |
| 7/10/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.5 | Develop response to wind-down incentive program. | |
| 7/11/2007 | Amico, Marc | Consultant | 22 | 0.7 | Call with E. Anderson to discuss the wind-down incentive plan analysis. | |
| 7/11/2007 | Amico, Marc | Consultant | 22 | 0.8 | Call with S. Star to discuss the status of the wind-down incentive plan analysis. | |
| 7/11/2007 | Amico, Marc | Consultant | 22 | 1.0 | Call with S. Star and Debtor professionals to discuss revisions to the wind-down incentive plan. | |
| 7/11/2007 | Amico, Marc | Consultant | 22 | 2.3 | Make edits to the wind-down incentive plan analysis. | |
| 7/11/2007 | Amico, Marc | Consultant | 22 | 1.8 | Read and analyze the Rabbi Trust documents that were distributed and summarize for internal discussions. | |
| 7/12/2007 | Amico, Marc | Consultant | 22 | 0.9 | Call with E. Anderson and S. Star to discuss the wind-down incentive plan analysis. | |
| 7/12/2007 | Amico, Marc | Consultant | 22 | 1.2 | Create sensitivity analysis in the wind-down incentive plan analysis for varying salary increases and PTO accrual rates. | |
| 7/12/2007 | Amico, Marc | Consultant | 22 | 1.1 | Reconcile the FTI calculation of the wind-down incentive cost to AlixPartner's method. | |
| 7/12/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.3 | Call with M. Indelicato re: wind-down incentives. | |
| 7/13/2007 | Amico, Marc | Consultant | 22 | 0.9 | Call with S. Star to discuss the draft of the Committee report on the wind-down incentive plan. | |
| 7/13/2007 | Amico, Marc | Consultant | 22 | 1.2 | Revise the wind-down incentive analysis to reflect the change in salary increase and PTO accruals. | |
| 7/13/2007 | Amico, Marc | Consultant | 22 | 0.8 | Determine the total cost of the VPs that are included in the wind-down incentive plan. | |
| 7/13/2007 | Ellis, Melissa | Director | 22 | 0.4 | Review KEIP file on payouts. | |
| 7/13/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.5 | Telephone calls with M. Amico re: wind down incentive analysis. | |
| 7/14/2007 | Amico, Marc | Consultant | 22 | 1.8 | Make edits to the draft Committee presentation on the wind-down incentive plan. | |
| 7/16/2007 | Amico, Marc | Consultant | 22 | 2.1 | Review all calculations on the wind-down incentive analysis for accuracy. | |
| 7/16/2007 | Ellis, Melissa | Director | 22 | 0.7 | Review of KEIP calculation and comparison to plan and email summary comments to S. Star. | |
| 7/16/2007 | Ellis, Melissa | Director | 22 | 0.4 | Additional analysis re: KEIP payout for Ellington. | |
| 7/16/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.8 | Telephone call with M. Amico re: revisions to report on head count and wind-down incentives. | |
| 7/18/2007 | Amico, Marc | Consultant | 22 | 0.3 | Prepare for Rabbi trust call. | |
| 7/23/2007 | Amico, Marc | Consultant | 22 | 0.8 | Read and analyze the motion to approve retention payments for the remaining employees of the Debtor. | |
| 7/24/2007 | Amico, Marc | Consultant | 22 | 0.3 | Read email from E. Anderson on responses to questions on the motion to approve retention payments to the wind-down staff. | |
| 7/24/2007 | Amico, Marc | Consultant | 22 | 0.9 | Analyze documentation in order to reconcile the amounts noted in the motion to approve retention payments to the wind-down staff. | |
| 7/24/2007 | Ellis, Melissa | Director | 22 | 0.4 | Prepare email response on Carrington KEIP calculation. | |
| 7/25/2007 | Amico, Marc | Consultant | 22 | 0.5 | Correspond with E. Anderson re: revisions to the employee headcount and the additional retention for nine officers. | |
| 7/25/2007 | Amico, Marc | Consultant | 22 | 0.7 | Analyze the revised KEIP payout analysis received from the Debtor | |
| 7/25/2007 | Ellis, Melissa | Director | 22 | 0.3 | Review KEIP related emails. | |
| 7/26/2007 | Amico, Marc | Consultant | 22 | 1.9 | Analyze company payroll list sent from Debtor and match amounts to participants of the Rabbi Trust. | |
| 7/26/2007 | Amico, Marc | Consultant | 22 | 0.4 | Analyze the production retention plan payments to date and what is still pending. | |
| 7/26/2007 | Ellis, Melissa | Director | 22 | 0.7 | Review employee wind-down retention motion and KEIP amendment. | |
| 7/26/2007 | Ellis, Melissa | Director | 22 | 1.2 | Discussion with S. Star and M. Amico re: KEIP analysis. | |
| 7/26/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.8 | Meet with team re: analysis of proposed incentives and open items. | |
| 7/27/2007 | Amico, Marc | Consultant | 22 | 0.3 | Analyze amendment to employee wind-down retention motion. | |
| 7/27/2007 | Amico, Marc | Consultant | 22 | 1.9 | Update cost of wind-down model with new employee assumptions and RIF dates. | |
| 7/29/2007 | Amico, Marc | Consultant | 22 | 0.7 | Review cost of wind-down model to ensure amounts tie to latest company file. | |
| 7/30/2007 | Amico, Marc | Consultant | 22 | 0.5 | Follow-up with E. Anderson re: outstanding questions on the wind-down plan. | |
| 7/30/2007 | Amico, Marc | Consultant | 22 | 2.3 | Draft initial report for Committee involving the wind-down retention plan. | |
| 7/30/2007 | Amico, Marc | Consultant | 22 | 0.3 | Email correspondence with M. Ellis re: the recent wind-down retention motion. | |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|---|---|---|---|---|---|---|
| 7/30/2007 | Amico, Marc | Consultant | 22 | 0.8 | Review cost of wind-down model to ensure amounts tie to latest company file. | |
| 7/30/2007 | Amico, Marc | Consultant | 22 | 0.6 | Analyze and compare recent retention motion filed with the amended amounts sent from the Debtor. | |
| 7/31/2007 | Amico, Marc | Consultant | 22 | 0.3 | Read various email correspondences re: the amounts proposed to be used for the wind-down retention bonuses. | |
| 7/31/2007 | Amico, Marc | Consultant | 22 | 0.6 | Call with E. Anderson re: the retention bonus for the nine officers. | |
| 7/31/2007 | Amico, Marc | Consultant | 22 | 0.8 | Calculate the retention bonus of the nine officers based on the Debtor's method. | |
| 7/31/2007 | Amico, Marc | Consultant | 22 | 1.9 | Create analysis for Committee showing original and actual KEIP payouts. | |
| 7/31/2007 | Amico, Marc | Consultant | 22 | 1.1 | Calculate actual KEIP payout amount based on Carrington sale holdback. | |
| 7/31/2007 | Ellis, Melissa | Director | 22 | 0.3 | Review revised draft report on wind down costs. | |
| 7/31/2007 | Ellis, Melissa | Director | 22 | 0.2 | Draft summary email to S. Star re: wind-down bonuses. | |
| 7/31/2007 | Ellis, Melissa | Director | 22 | 0.4 | Review of wind-down incentive related emails and descriptions. | |
| 7/31/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.4 | Discussions with M. Ellis and M. Amico re: wind-down incentives. | |
| 7/31/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.5 | Review correspondence from Debtors re: wind-down incentive proposal. | |
| | | | **22 Total** | 47.3 | | |
| 7/17/2007 | Ellis, Melissa | Director | 26 | 0.2 | Review invoice from DIP lenders and write/respond to emails with counsel. | |
| | | | **26 Total** | 0.2 | | |
| 7/26/2007 | Dragelin, Timothy | Sr Managing Dir | 29 | 1.0 | Participate on call with team re: litigation update. | |
| 7/26/2007 | Ellis, Melissa | Director | 29 | 1.0 | Discussion with litigation team re: status of work. | |
| 7/26/2007 | Star, Samuel | Sr Managing Dir | 29 | 1.0 | Meet with litigation team re: status of causes of action work. | |
| | | | **29 Total** | 3.0 | | |
| 7/2/2007 | Amico, Marc | Consultant | 33 | 1.5 | Make revisions to Carrington LP interest analysis based on S. Star's (FTI) comments. | |
| 7/2/2007 | Star, Samuel | Sr Managing Dir | 33 | 0.4 | Update asset sale analysis. | |
| 7/3/2007 | Amico, Marc | Consultant | 33 | 0.5 | Create final draft of the Carrington LP interest and distribute to counsel. | |
| 7/5/2007 | Amico, Marc | Consultant | 33 | 0.2 | Edit the Carrington sale proceeds chart per counsel's comments and distribute to Committee. | |
| 7/5/2007 | Star, Samuel | Sr Managing Dir | 33 | 0.2 | Telephone call with M. Amico re: asset sale summary. | |
| 7/6/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 1.2 | Prepare for and participate on call regarding DB settlement with Debtors and Committee advisors. | |
| 7/6/2007 | Greenspan, Ronald | Sr Managing Dir | 33 | 0.8 | Call with Debtor's counsel re: Deutsche Bank settlement proposal. | |
| 7/9/2007 | Ellis, Melissa | Director | 33 | 0.3 | Review of latest Access Lending report for June. | |
| 7/12/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 1.2 | Preparation for and participation on call with Access Lending, including pre-call with J. Lisac (AlixPartners). | |
| 7/17/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 1.1 | Coordinate with Carval regarding possible loan sale regarding DB issues. | |
| 7/18/2007 | Amico, Marc | Consultant | 33 | 0.2 | Read email correspondence regarding the remittance payment to Ellington. | |
| 7/18/2007 | Bryant, Kristin | Sr Consultant | 33 | 0.6 | Participate on conference call with E. Anderson from AlixPartners regarding the various asset sales. | |
| 7/18/2007 | Bryant, Kristin | Sr Consultant | 33 | 1.4 | Review documentation regarding the proposed asset sales and prepare questions. | |
| 7/18/2007 | Ellis, Melissa | Director | 33 | 0.5 | Review Ellington remittance files and related email exchanges. | |
| 7/18/2007 | Star, Samuel | Sr Managing Dir | 33 | 1.0 | Telephone call with T. Dragelin and M. Power re: Ellington adjustments, miscellaneous asset sales and Access Lending. | |
| 7/19/2007 | Amico, Marc | Consultant | 33 | 0.3 | Prepare for potential Carrington interest call with Lazard. | |
| 7/19/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 1.4 | Coordination of information to Carval regarding possible sale of loans. | |
| 7/20/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.8 | Call with Carval regarding possible asset/loan sales with Counsel. | |
| 7/20/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.7 | Coordination with Carval and counsel on various information for possible loan sales. | |
| 7/20/2007 | Ellis, Melissa | Director | 33 | 0.3 | Review Carrington adjustment materials. | |
| 7/20/2007 | Ellis, Melissa | Director | 33 | 0.7 | Participate on call re: Deutsche Bank settlement. | |
| 7/20/2007 | Ellis, Melissa | Director | 33 | 0.6 | Review materials re: Deutsche Bank settlement. | |
| 7/20/2007 | Star, Samuel | Sr Managing Dir | 33 | 1.0 | Conference call with Debtor re: Carrington PPA and other sales issues. | |
| 7/20/2007 | Star, Samuel | Sr Managing Dir | 33 | 0.2 | Call with M. Ellis re: Ellington adjustments. | |
| 7/23/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 1.6 | Calls with M. Ellis (FTI) and D. Grubman (HH) regarding Carrington settlement. | |
| 7/23/2007 | Ellis, Melissa | Director | 33 | 1.2 | Review and summarize Carrington closing adjustment related emails, letters and exhibits and respond to emails re: same. | |
| 7/23/2007 | Ellis, Melissa | Director | 33 | 0.5 | Call with T. Dragelin; Call with D. Grubman (HH) re: Carrington closing adjustments. | |
| 7/23/2007 | Ellis, Melissa | Director | 33 | 0.2 | Review of second revised version of Carrington letter and exhibits from OMM. | |
| 7/23/2007 | Star, Samuel | Sr Managing Dir | 33 | 0.2 | Discussions with M. Ellis re: Carrington adjustments. | |
| 7/24/2007 | Amico, Marc | Consultant | 33 | 1.2 | Read recent documents relating to the Carrington LP interests sent from Company counsel. | |
| 7/27/2007 | Ellis, Melissa | Director | 33 | 1.4 | Participate on call re: Carrington interest. | |
| 7/27/2007 | Star, Samuel | Sr Managing Dir | 33 | 1.4 | Conference call with Debtor and Committee counsel re: Carrington interests. | |
| 7/31/2007 | Ellis, Melissa | Director | 33 | 0.9 | Carrington call with AlixPartners, OMM, H&H and others. | |
| 7/31/2007 | Greenspan, Ronald | Sr Managing Dir | 33 | 1.0 | Call w/ debtor's advisors regarding Carrington interest and claims. | |
| 7/31/2007 | Star, Samuel | Sr Managing Dir | 33 | 0.7 | Conference call with Debtors and Committee counsel re: Carrington interests. | |
| | | | **33 Total** | 27.4 | | |
| 7/2/2007 | Amico, Marc | Consultant | 34 | 0.3 | Make edits to the draft recovery analysis of actual and anticipated proceeds to potential claimants. | |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|---|---|---|---|---|---|---|
| 7/16/2007 | Amico, Marc | Consultant | 34 | 0.8 | Review the draft recovery analysis of anticipated proceeds to creditors and incorporate in Committee presentation. | |
| 7/16/2007 | Amico, Marc | Consultant | 34 | 0.3 | Edit the draft recovery analysis portion of the Committee presentation. | |
| 7/16/2007 | Ellis, Melissa | Director | 34 | 0.4 | Prepare update of proceeds tracking for professionals call. | |
| 7/16/2007 | Ellis, Melissa | Director | 34 | 1.9 | Analyze proceeds collected to date and preliminary estimate of wind down costs. | |
| 7/16/2007 | Ellis, Melissa | Director | 34 | 1.6 | Prepare additional analysis re: preliminary recovery and proceeds. | |
| 7/16/2007 | Star, Samuel | Sr Managing Dir | 34 | 0.8 | Review projected draft recovery analysis and discuss with M. Ellis. | |
| 7/17/2007 | Star, Samuel | Sr Managing Dir | 34 | 0.4 | Discussions with counsel re: draft recovery analysis. | |
| 7/20/2007 | Ellis, Melissa | Director | 34 | 0.3 | Update adjustments for proceeds tracking re: claims. | |
| 7/23/2007 | Amico, Marc | Consultant | 34 | 0.6 | Update the proceeds tracking analysis. | |
| 7/26/2007 | Amico, Marc | Consultant | 34 | 0.3 | Update draft recovery analysis. | |
| | | | **34 Total** | 7.7 | | |
| 7/2/2007 | Amico, Marc | Consultant | 36 | 0.4 | Review notes and prepare for upcoming call with Debtor professionals re: the most recent budget to actuals results. | |
| 7/3/2007 | Amico, Marc | Consultant | 36 | 0.7 | Participate on call with Debtor professionals to discuss budget to actual results and other various matters. | |
| 7/3/2007 | Amico, Marc | Consultant | 36 | 0.4 | Summarize and draft email explaining the main points and resolutions reached on the recent call with Debtor professionals. | |
| 7/3/2007 | Star, Samuel | Sr Managing Dir | 36 | 0.3 | Conference call with team re: upcoming cash call and open items. | |
| 7/3/2007 | Star, Samuel | Sr Managing Dir | 36 | 0.1 | Review cash call summary. | |
| 7/11/2007 | Amico, Marc | Consultant | 36 | 0.8 | Prepare for weekly call with Debtor to discuss the recent 13 week cash flow. | |
| 7/11/2007 | Amico, Marc | Consultant | 36 | 0.9 | Participate on weekly call with Debtor and M. Ellis to discuss the recent 13 week cash flow and other outstanding issues. | |
| 7/11/2007 | Amico, Marc | Consultant | 36 | 1.2 | Review and analyze the updated 13 week cash flow. | |
| 7/11/2007 | Ellis, Melissa | Director | 36 | 0.4 | Review trial balance and materials from AlixPartners re: reconciliation of payment clearing account. | |
| 7/11/2007 | Star, Samuel | Sr Managing Dir | 36 | 0.6 | Discussions with M. Amico re: cash flow analysis. | |
| 7/12/2007 | Dragelin, Timothy | Sr Managing Dir | 36 | 0.5 | Call with H. Etlin (AlixPartners) and S. Star (FTI) regarding the clearing account reconciliation. | |
| 7/12/2007 | Ellis, Melissa | Director | 36 | 0.6 | Team call re: clearing account deficit payment made last week. | |
| 7/12/2007 | Star, Samuel | Sr Managing Dir | 36 | 0.7 | Conference call with team re: cash forecast and reconciliations. | |
| 7/16/2007 | Dragelin, Timothy | Sr Managing Dir | 36 | 1.0 | Call with Counsel regarding clearing account issue and DB matters. | |
| 7/16/2007 | Dragelin, Timothy | Sr Managing Dir | 36 | 1.0 | Call with Debtor regarding clearing account issue. | |
| 7/16/2007 | Ellis, Melissa | Director | 36 | 0.9 | Call with H. Etlin, B. Logan, S. Uhland, Hahn & Hessen and FTI re: payment to deficit in clearing account. | |
| 7/17/2007 | Dragelin, Timothy | Sr Managing Dir | 36 | 2.8 | Review and analyze the clearing account issue. | |
| 7/17/2007 | Dragelin, Timothy | Sr Managing Dir | 36 | 1.4 | Discuss the clearing account issue with AlixPartners. | |
| 7/17/2007 | Dragelin, Timothy | Sr Managing Dir | 36 | 1.3 | Working session with M. Ellis re: the clearing account issue. | |
| 7/18/2007 | Amico, Marc | Consultant | 36 | 0.4 | Analyze the recent 13 week cash flow. | |
| 7/18/2007 | Dragelin, Timothy | Sr Managing Dir | 36 | 1.5 | Working session call with S. Star (FTI) and M. Power (HH). | |
| 7/18/2007 | Dragelin, Timothy | Sr Managing Dir | 36 | 1.1 | Review of documents relating to the clearing account issue. | |
| 7/18/2007 | Star, Samuel | Sr Managing Dir | 36 | 0.6 | Telephone call with T. Dragelin re: clearing account shortfall. | |
| 7/24/2007 | Dragelin, Timothy | Sr Managing Dir | 36 | 1.1 | Prepare and participate on call with Debtor and Counsel regarding the clearing account issue. | |
| 7/24/2007 | Ellis, Melissa | Director | 36 | 0.2 | Respond to cash related question. | |
| 7/25/2007 | Dragelin, Timothy | Sr Managing Dir | 36 | 2.0 | Review documents and participate on call with Debtor CEO regarding the clearing account issue. | |
| 7/25/2007 | Ellis, Melissa | Director | 36 | 1.5 | Participate on call with AlixPartners and counsel re: payment clearing account. | |
| 7/25/2007 | Ellis, Melissa | Director | 36 | 0.5 | Review report on payment clearing account deficit. | |
| 7/25/2007 | Star, Samuel | Sr Managing Dir | 36 | 1.7 | Conference call with Debtors re: clearing account deficit. | |
| 7/25/2007 | Star, Samuel | Sr Managing Dir | 36 | 0.3 | Conference call with Committee re: clearing account deficit. | |
| 7/25/2007 | Star, Samuel | Sr Managing Dir | 36 | 0.5 | Conference call with T. Kossman re: clearing account deficit. | |
| 7/26/2007 | Amico, Marc | Consultant | 36 | 0.4 | Read clearing account documentation received from company counsel. | |
| | | | **36 Total** | 27.8 | | |
| 7/2/2007 | Pearson, Linda | Administrative | 39 | 0.2 | Preparation of documents and printing/binding. | |
| 7/3/2007 | Pearson, Linda | Administrative | 39 | 0.1 | Preparation of documents and printing/binding. | |
| 7/5/2007 | Amico, Marc | Consultant | 39 | 0.4 | Analyze WIP and draft email to S. Star (FTI) explaining what has been billed to the WIP. | |
| 7/12/2007 | Amico, Marc | Consultant | 39 | 1.6 | Read and analyze time detail for the June fee statement. | |
| 7/12/2007 | Pearson, Linda | Administrative | 39 | 0.2 | Preparation of documents and printing/binding. | |
| 7/13/2007 | Amico, Marc | Consultant | 39 | 1.3 | Read and analyze time detail for the June fee statement. | |
| 7/13/2007 | Amico, Marc | Consultant | 39 | 1.1 | Ensure all time for the June fee statement is recorded to the correct task code. | |
| 7/15/2007 | Amico, Marc | Consultant | 39 | 0.5 | Read and analyze time detail for the June fee statement. | |
| 7/16/2007 | Amico, Marc | Consultant | 39 | 1.0 | Read and analyze time detail for the June fee statement. | |
| 7/17/2007 | Amico, Marc | Consultant | 39 | 0.8 | Read and analyze time detail for the June fee statement. | |
| 7/18/2007 | Amico, Marc | Consultant | 39 | 2.4 | Read and analyze time and expense detail for the June fee statement. | |
| 7/18/2007 | Amico, Marc | Consultant | 39 | 0.9 | Call with J. Meyer (FTI) regarding billing fees for Ringtail related services. | |
| 7/19/2007 | Amico, Marc | Consultant | 39 | 1.6 | Read and analyze time detail for the June fee statement. | |
| 7/19/2007 | Amico, Marc | Consultant | 39 | 0.4 | Revise task code descriptions for the June fee statement. | |
| 7/19/2007 | Ellis, Melissa | Director | 39 | 0.9 | Review June invoice. | |
| 7/19/2007 | Pearson, Linda | Administrative | 39 | 0.1 | Preparation of documents and printing/binding. | |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|---|---|---|---|---|---|---|
| 7/20/2007 | Amico, Marc | Consultant | 39 | 1.1 | Read and analyze time detail for the June fee statement. | |
| 7/20/2007 | Amico, Marc | Consultant | 39 | 2.7 | Prepare June fee statement exhibits in exhibit format and send to S. Star for review. | |
| 7/20/2007 | Ellis, Melissa | Director | 39 | 0.3 | Discuss modifications to June bill with M. Amico. | |
| 7/23/2007 | Amico, Marc | Consultant | 39 | 0.4 | Read the Administrative Order to determine when the fee application should be filed. | |
| 7/23/2007 | Amico, Marc | Consultant | 39 | 0.2 | Correspond with J. Meyer regarding preparing the Ringtail portion of the monthly bills. | |
| 7/23/2007 | Star, Samuel | Sr Managing Dir | 39 | 1.1 | Review June bill. | |
| 7/24/2007 | Amico, Marc | Consultant | 39 | 2.6 | Make final edits to the June fee application and send to counsel for court filing. | |
| 7/24/2007 | Pearson, Linda | Administrative | 39 | 0.3 | Preparation of documents and printing/binding. | |
| 7/24/2007 | Star, Samuel | Sr Managing Dir | 39 | 0.2 | Review June bill with M. Amico. | |
| 7/25/2007 | Amico, Marc | Consultant | 39 | 0.4 | Draft email to billing explaining what has been billed for the month compared to the initial WIP. | |
| 7/26/2007 | Amico, Marc | Consultant | 39 | 1.8 | Construct exhibits for the July fee statement for better efficiency. | |
| 7/27/2007 | Pearson, Linda | Administrative | 39 | 0.1 | Preparation of documents and printing/binding. | |
| | | | **39 Total** | **24.7** | | |
| | | | **Sub-Total** | **260.6** | | |

**Hourly Scope Projects**

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | |
|---|---|---|---|---|---|---|
| 7/2/2007 | Collura, Richard | Director | 6 | 0.7 | Call with J. McCahey (Hahn & Hessen) to discuss the status of the Debtors' 2004 document productions. | |
| 7/2/2007 | Collura, Richard | Director | 6 | 0.6 | Review correspondence received from counsel related to the Debtors' 2004 document productions. | |
| 7/2/2007 | Ventricelli, Daniel | Sr Managing Dir | 6 | 1.0 | Process electronic data from Debtors. | |
| 7/5/2007 | Collura, Richard | Director | 6 | 0.2 | Communications with counsel regarding Debtors' Attenex databases. | |
| 7/5/2007 | Collura, Richard | Director | 6 | 0.4 | Communications with team regarding status of electronic databases to be provided by the Debtors. | |
| 7/5/2007 | Ventricelli, Daniel | Sr Managing Dir | 6 | 0.5 | Plan and coordinate meetings with Examiner and his professionals. | |
| 7/6/2007 | Collura, Richard | Director | 6 | 0.8 | Review memo describing the process of the investigation performed by Heller Ehrman on behalf of New Century's Audit Committee. | |
| 7/6/2007 | Collura, Richard | Director | 6 | 0.3 | Review documents describing the Debtors' preservation procedures. | |
| 7/6/2007 | Collura, Richard | Director | 6 | 1.2 | Review accounting documents related to the valuation of residual interests. | |
| 7/6/2007 | Collura, Richard | Director | 6 | 1.3 | Review accounting documents related to the repurchase reserves. | |
| 7/6/2007 | Ventricelli, Daniel | Sr Managing Dir | 6 | 3.3 | Review interview and process memos received from Heller Ehrman. | |
| 7/9/2007 | Collura, Richard | Director | 6 | 0.3 | Review Heller Ehrman's investigations memo. | |
| 7/9/2007 | Collura, Richard | Director | 6 | 0.2 | Communication with SPI regarding questions about the data in the Debtors' Attenex databases. | |
| 7/9/2007 | Collura, Richard | Director | 6 | 0.6 | Review interview memos prepared in connection with the Audit Committee investigation. | |
| 7/9/2007 | Collura, Richard | Director | 6 | 0.7 | Review financial documents related to residual interest valuations. | |
| 7/9/2007 | Collura, Richard | Director | 6 | 0.8 | Review financial documents related to the allowance for losses on loan repurchases. | |
| 7/9/2007 | Levenberg, Hal | Project Asst | 6 | 1.2 | Create an index for the CD's and DVD's received. | |
| 7/9/2007 | Levenberg, Hal | Project Asst | 6 | 1.8 | Prepare relevant accounting document support binder. | |
| 7/9/2007 | Levenberg, Hal | Project Asst | 6 | 2.1 | Continue preparing relevant accounting documents support binder. | |
| 7/9/2007 | Levenberg, Hal | Project Asst | 6 | 1.6 | Prepare index of electronic data produced by Debtors. | |
| 7/9/2007 | Levenberg, Hal | Project Asst | 6 | 1.3 | Continue work preparing index of electronic data produced by Debtors. | |
| 7/9/2007 | Ventricelli, Daniel | Sr Managing Dir | 6 | 1.3 | Communications with counsel re: Examiner's document request to KPMG and documents to be received from Debtors through SPI. | |
| 7/10/2007 | Collura, Richard | Director | 6 | 1.2 | Review the Examiner's document requests from KPMG. | |
| 7/10/2007 | Collura, Richard | Director | 6 | 0.8 | Prepare and provide comments to counsel regarding the Examiner's document requests from KPMG. | |
| 7/10/2007 | Collura, Richard | Director | 6 | 0.6 | Compile accounting documents provided by Debtors' counsel for further review and analysis. | |
| 7/10/2007 | Collura, Richard | Director | 6 | 0.2 | Communications with counsel and FTI team regarding the coordination of meetings with the Examiner, BDO Seidman and PwC. | |
| 7/10/2007 | Levenberg, Hal | Project Asst | 6 | 2.2 | Prepare support binder including interview memos. | |
| 7/10/2007 | Levenberg, Hal | Project Asst | 6 | 1.8 | Create duplicate support binder of interview memos. | |
| 7/10/2007 | Levenberg, Hal | Project Asst | 6 | 1.5 | Prepare support binder including interview memos. | |
| 7/10/2007 | Levenberg, Hal | Project Asst | 6 | 1.0 | Continue to prepare accounting document support binders. | |
| 7/10/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 0.8 | Meet with R. Collura with respect to current status and available documents. | |
| 7/10/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 0.6 | Review and analyze new documents provided. | |
| 7/10/2007 | Ventricelli, Daniel | Sr Managing Dir | 6 | 0.8 | Communications with counsel regarding meeting with Examiner and PwC and establish protocol for meeting. | |
| 7/11/2007 | Collura, Richard | Director | 6 | 0.4 | Review additional documents produced by the Debtors in response to the SEC's information requests. | |
| 7/11/2007 | Collura, Richard | Director | 6 | 0.3 | Supervise staff in connection with preparing document support binders. | |
| 7/12/2007 | Collura, Richard | Director | 6 | 0.6 | Review information provided by SPi in connection with the Debtors Attenex databases. | |
| 7/12/2007 | Collura, Richard | Director | 6 | 0.1 | Communications with counsel regarding the Debtors' Attenex databases. | |
| 7/12/2007 | Collura, Richard | Director | 6 | 1.2 | Review accounting documents related to repurchase reserves. | |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|---|---|---|---|---|---|---|
| 7/12/2007 | Levenberg, Hal | Project Asst | 6 | 1.4 | Prepare Heller Ehrmans' process memo and interview notes support binder. | |
| 7/12/2007 | Levenberg, Hal | Project Asst | 6 | 2.2 | Continue to work on Heller Ehrman's process memo and interview notes support binder. | |
| 7/12/2007 | Ventricelli, Daniel | Sr Managing Dir | 6 | 1.2 | Follow-up on status of documents received from the Debtors and communicate with team re: same. | |
| 7/13/2007 | Collura, Richard | Director | 6 | 1.7 | Review interview memos prepared by the Special Investigations Committee. | |
| 7/13/2007 | Collura, Richard | Director | 6 | 2.1 | Continue to review interview memos prepared by the Special Investigations Committee in preparation for meeting with PwC. | |
| 7/13/2007 | Collura, Richard | Director | 6 | 1.4 | Review finance / accounting documents provided by counsel in preparation for meeting with PwC. | |
| 7/13/2007 | Collura, Richard | Director | 6 | 0.7 | Review Attenex database information provided by SPi. | |
| 7/13/2007 | Collura, Richard | Director | 6 | 0.3 | Reconcile custodial information between Debtors' universal list and information provided by SPi. | |
| 7/13/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.5 | Discussions with R. Collura and D. Ventricelli re: the analysis of documents provided by Counsel. | |
| 7/14/2007 | Collura, Richard | Director | 6 | 0.3 | Communications with counsel regarding reconciling custodial information between Debtors' universal list and lists provided by SPi. | |
| 7/16/2007 | Collura, Richard | Director | 6 | 2.0 | Prep for and meeting with J. McCahey and M. Arnott (Hahn & Hessen) and S. Wright and B. Fatell (Blank Rome) by phone to prepare for meetings with the Examiner, PwC and BDO Seidman. | |
| 7/16/2007 | Collura, Richard | Director | 6 | 0.4 | Review securitization documents in preparation for meeting with PwC and the Examiner. | |
| 7/16/2007 | Collura, Richard | Director | 6 | 1.3 | Review additional interview notes in preparation for meeting with PwC. | |
| 7/16/2007 | Collura, Richard | Director | 6 | 1.6 | Continue to review New Century accounting documents related to repurchase reserve accounting. | |
| 7/16/2007 | Collura, Richard | Director | 6 | 1.4 | Review New Century documents related to the valuation of residual interests. | |
| 7/16/2007 | Collura, Richard | Director | 6 | 0.8 | Review New Century accounting policy information in preparation for meetings with PwC, the Examiner and BDO Seidman. | |
| 7/16/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 3.1 | Review and analyze documents provided by Counsel in preparation for meetings today and tomorrow. | |
| 7/16/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 2.1 | Preparation for and participation in meeting with Counsel from Hahn & Hessen to discuss documents received and status of electronic databases. | |
| 7/17/2007 | Collura, Richard | Director | 6 | 1.8 | Review accounting information in preparation for meeting with the Examiner, Kirkpatrick & Lockhart, BDO Seidman, PwC and Heller Ehrman. | |
| 7/17/2007 | Collura, Richard | Director | 6 | 3.3 | Attend meeting in Washington, DC with the Examiner, Kirkpatrick & Lockhart, BDO Seidman, PwC and Heller Ehrman to discuss PwC's work performed in connection with the Audit Committee investigation. | |
| 7/17/2007 | Collura, Richard | Director | 6 | 1.4 | Continue meeting in Washington, DC with the Examiner, Kirkpatrick & Lockhart, BDO Seidman, PwC and Heller Ehrman to discuss PwC's work performed in connection with the Audit Committee investigation. | |
| 7/17/2007 | Collura, Richard | Director | 6 | 1.3 | Attend meeting in Washington, DC with the Examiner and BDO Seidman to coordinate efforts and discuss status of information received from the Debtors. | |
| 7/17/2007 | Collura, Richard | Director | 6 | 0.7 | Review Heller Ehrman process memo and interview notes. | |
| 7/17/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 2.3 | Continue review of accounting documents and interview notes in preparation for meeting with Examiner, Counsel and other professionals. | |
| 7/17/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 3.3 | Participation in meeting with Examiner, K&L / Gates, Hahn & Hessen, BDO Seidman, PwC and Heller Ehrman to receive current status report. | |
| 7/17/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.4 | Continuation of meeting with Examiner, K&L / Gates, Hahn & Hessen, BDO Seidman, PwC, and Heller Ehrman. | |
| 7/17/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.3 | Participation in meeting with Examiner, BDO Seidman, and Hahn & Hessen to discuss status of work performed and to coordinate approach in order to avoid duplication of services. | |
| 7/17/2007 | Ventricelli, Daniel | Sr Managing Dir | 6 | 1.5 | Prepare for meeting with Examiner and PwC by reviewing accounting documents received from the company and interview memos. | |
| 7/17/2007 | Ventricelli, Daniel | Sr Managing Dir | 6 | 3.3 | Meet at Examiner's office for presentation by PwC and group discussion. | |
| 7/17/2007 | Ventricelli, Daniel | Sr Managing Dir | 6 | 1.4 | Continue meeting at Examiner's offices for presentation by PwC of results from SEC investigation. | |
| 7/17/2007 | Ventricelli, Daniel | Sr Managing Dir | 6 | 1.3 | Follow-up meeting with Examiner and his counsel with BDO representatives to discuss approach and ways to coordinate efforts. | |
| 7/18/2007 | Collura, Richard | Director | 6 | 2.2 | Review PwC's estimated impact of New Century's accounting methodology changes for 12/31/2005, 3/31/2006, 6/30/2006 and 9/30/2006. | |
| 7/18/2007 | Collura, Richard | Director | 6 | 0.2 | Organize accounting documents provided by counsel. | |
| 7/18/2007 | Collura, Richard | Director | 6 | 1.3 | Review documents related to residual interests for pre-2003 securitizations. | |
| 7/18/2007 | Collura, Richard | Director | 6 | 0.7 | Continue to review documents relating to PwC's estimated impact of New Century accounting methodology changes. | |
| 7/18/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.2 | Review and analyze documents received and follow-up with respect to meeting with the Examiner. | |
| 7/19/2007 | Levenberg, Hal | Project Asst | 6 | 1.6 | Organize documents into chronological order and then create binders for review and analysis. | |
| 7/19/2007 | Levenberg, Hal | Project Asst | 6 | 1.1 | Create duplicate binder for review and analysis. | |
| 7/19/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 0.7 | Review and analyze documents recently received and discuss with R. Collura. | |
| 7/20/2007 | Levenberg, Hal | Project Asst | 6 | 1.4 | Organize documents into chronological order and organize for review. | |
| 7/23/2007 | Collura, Richard | Director | 6 | 1.7 | Review securitization documents and information related to the valuation of residual interests. | |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|---|---|---|---|---|---|---|
| 7/23/2007 | Collura, Richard | Director | 6 | 0.1 | Review correspondence from counsel regarding additional document productions provided by the Debtors. | |
| 7/23/2007 | Collura, Richard | Director | 6 | 1.2 | Continue to review information provided by counsel related to the valuation of residual interests. | |
| 7/23/2007 | Levenberg, Hal | Project Asst | 6 | 1.5 | Create duplicate binder for analysis and review. | |
| 7/23/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.2 | Review and analyze documents received from Hahn & Hessen and discuss with D. Ventricelli and R. Collura. | |
| 7/24/2007 | Collura, Richard | Director | 6 | 1.3 | Review additional electronic document productions provided by the Debtors and coordinate Ringtail processing. | |
| 7/24/2007 | Collura, Richard | Director | 6 | 1.6 | Review documents provided by counsel specifically related to New Century's accounting restatement adjustments. | |
| 7/24/2007 | Levenberg, Hal | Project Asst | 6 | 1.2 | Update the CD index spreadsheet. | |
| 7/24/2007 | Levenberg, Hal | Project Asst | 6 | 1.4 | Update the CD index and list of interviews spreadsheet to include new data. | |
| 7/24/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 0.5 | Review emails received from Counsel and discuss with D. Ventricelli and R. Collura with respect to discovery demands of KPMG. | |
| 7/25/2007 | Collura, Richard | Director | 6 | 0.2 | Call with J. McCahey (Hahn & Hessen) to discuss KPMG 2004 document requests. | |
| 7/25/2007 | Collura, Richard | Director | 6 | 1.3 | Review accounting restatement documents related to the loan repurchase reserve. | |
| 7/26/2007 | Collura, Richard | Director | 6 | 1.6 | Review documents provided by counsel in connection with New Century's accounting restatement issues. | |
| 7/26/2007 | Collura, Richard | Director | 6 | 1.0 | Prepare for and meeting with FTI restructuring team to discuss litigation status update and next steps. | |
| 7/26/2007 | Collura, Richard | Director | 6 | 0.2 | Update list of electronic data provided by the Debtors. | |
| 7/26/2007 | Greenspan, Ronald | Sr Managing Dir | 6 | 0.7 | FTI call regarding status of forensics and litigation analysis. | |
| 7/26/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 0.8 | Meetings with R. Collura and D. Ventricelli to get update with respect to 7/25 meeting with J. McCahey. | |
| 7/26/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.2 | Meeting with S. Star and Corporate Finance team to discuss report results of last week's meeting, progress to date and coordination of work to avoid duplication. | |
| 7/27/2007 | Collura, Richard | Director | 6 | 1.2 | Prepare work plan and develop nine-week budget related to forensic accounting and litigation consulting tasks. | |
| 7/27/2007 | Collura, Richard | Director | 6 | 0.8 | Review case documents to develop work plan. | |
| 7/27/2007 | Collura, Richard | Director | 6 | 0.7 | Review electronic information produced by counsel to develop forensic accounting and litigation consulting work plan. | |
| 7/30/2007 | Collura, Richard | Director | 6 | 1.5 | Meeting with counsel to discuss forensic accounting work plan and related estimated fees. | |
| 7/30/2007 | Collura, Richard | Director | 6 | 0.2 | Continue to develop forensic accounting work plan based on discussions with counsel. | |
| 7/30/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 0.4 | Meeting with R. Collura with respect to estimated budget for 9 weeks through September 30th and tasks going forward. | |
| 7/30/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.9 | Meeting with J. McCahey and M. Arnott of Hahn & Hessen to discuss current status and work going forward, including obtaining documents from KPMG. | |
| 7/31/2007 | Collura, Richard | Director | 6 | 0.7 | Prepare summary of proposed work plan and related estimated fees. | |
| 7/31/2007 | Levenberg, Hal | Project Asst | 6 | 1.8 | Update the CD's index spreadsheet for review and analysis. | |
| | | | **6 Total** | **124.4** | | |
| 7/2/2007 | Bryant, Kristin | Sr Consultant | 10 | 1.5 | Review and download the new reconciliation files provided by the Debtor. | |
| 7/2/2007 | Bryant, Kristin | Sr Consultant | 10 | 2.4 | Review newly received reconciliation files comparing totals and dates for each lender. | |
| 7/2/2007 | Bryant, Kristin | Sr Consultant | 10 | 1.6 | Continue to review the warehouse lender documentation and pull together questions and issues. | |
| 7/2/2007 | Bryant, Kristin | Sr Consultant | 10 | 0.8 | Prepare summary of the new reconciliations and associated questions. | |
| 7/2/2007 | Bryant, Kristin | Sr Consultant | 10 | 0.3 | Discuss newly received warehouse lender documents with T. Dragelin. | |
| 7/2/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 2.1 | Reconciliation analysis and review of documents sent by Debtor. | |
| 7/3/2007 | Bryant, Kristin | Sr Consultant | 10 | 1.3 | Continue reviewing the reconciliations and correspond with S. Hightower and R. Collins. | |
| 7/3/2007 | Bryant, Kristin | Sr Consultant | 10 | 1.3 | Review warehouse lender reconciliation questions with T. Dragelin and update summary spreadsheet for discussion with S. Hightower. | |
| 7/3/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 2.0 | Working session with K. Bryant (FTI) regarding reconciliations analysis and open questions. | |
| 7/5/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 1.8 | Prepare and participate on call with S. Hightower (Alix) regarding reconciliation questions and review of information. | |
| 7/5/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 0.3 | Call with M. Power (HH) regarding reconciliations. | |
| 7/9/2007 | Bryant, Kristin | Sr Consultant | 10 | 0.9 | Participate on conference call regarding IXIS/CDC reconciliations. | |
| 7/9/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 0.9 | Prepare for and participate on call re: Ixis Warehouse Lender. | |
| 7/10/2007 | Bryant, Kristin | Sr Consultant | 10 | 0.3 | Prepare for call with CSFB re: reconciliations. | |
| 7/10/2007 | Bryant, Kristin | Sr Consultant | 10 | 0.6 | Participate on conference call regarding CSFB reconciliations. | |
| 7/10/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 0.9 | Prepare for and participate on call re: CSFB reconciliation. | |
| 7/11/2007 | Bryant, Kristin | Sr Consultant | 10 | 0.5 | Participate on conference call with Barclays regarding reconciliations. | |
| 7/11/2007 | Bryant, Kristin | Sr Consultant | 10 | 0.2 | Prepare for conference call with Barclays to discuss the status of the reconciliations. | |
| 7/11/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 0.6 | Prepare for and participate on call re: Barclays reconciliations. | |
| 7/11/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 1.2 | Email correspondences re: warehouse lender reconciliations and other matters. | |
| 7/16/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 0.7 | Call with Debtor and counsel regarding DB settlement. | |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|---|---|---|---|---|---|---|
| 7/19/2007 | Bryant, Kristin | Sr Consultant | 10 | 0.8 | Review the reconciliation provided by Bank of America and compare with the reconciliation provided by AlixPartners. | |
| 7/20/2007 | Bryant, Kristin | Sr Consultant | 10 | 0.9 | Review responses from the accounting department re: warehouse lenders and whole loan purchasers. | |
| 7/20/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 0.6 | Review and response of information requests on warehouse lender reconciliations. | |
| 7/24/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 0.5 | Calls with counsel and S. Star regarding warehouse lender issues. | |
| 7/26/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 0.3 | Email correspondence and review of warehouse lender issues and updates. | |
| 7/30/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 1.4 | Calls with Debtor counsel B. Logan (OMM), M. Power (HH) and S. Star (FTI) regarding the warehouse lender reconciliations. | |
| | | | **10 Total** | 26.7 | | |
| 7/17/2007 | Collura, Richard | Director | 40 | 0.8 | Travel time related to trip to Washington, DC for meeting with the Examiner, Kirkpatrick & Lockhart, BDO Seidman, PwC and Heller Ehrman. | |
| 7/17/2007 | Collura, Richard | Director | 40 | 1.2 | Travel time related to return trip from meeting with the Examiner, Kirkpatrick & Lockhart, BDO Seidman, PwC and Heller Ehrman. | |
| 7/17/2007 | Sloane, Raymond | Sr Managing Dir | 40 | 1.3 | Travel time from New York, NY to meeting in Washington, DC. | |
| 7/17/2007 | Sloane, Raymond | Sr Managing Dir | 40 | 0.9 | Travel time from Washington, DC to New York, NY after meeting with Examiner. | |
| 7/17/2007 | Ventricelli, Daniel | Sr Managing Dir | 40 | 1.0 | Travel time from New York, NY to Washington, DC for meeting with Examiner and PwC. | |
| 7/17/2007 | Ventricelli, Daniel | Sr Managing Dir | 40 | 1.0 | Travel time from Washington, DC to New York, NY after meeting with Examiner and PwC. | |
| | | | **40 Total** | 6.2 | | |
| | | | **Sub-Total** | **157.3** | | |
| | | | **Grand Total** | **417.9** | | |