*PCD 1 – Planning, Supervision and Review*

Work plan development and related team discussions are included in this code. Given the fast paced nature of the case, developing and maintaining a work plan was critical to making sure all key areas were appropriately addressed in a timely and efficient manner.

*PCD 6/10 – Review & Analysis of Potential Avoidance Actions*

This code includes work performed in relation to forensic and potential litigation matters. FTI team members assisted Committee counsel in preparing document requests and performing relevant research related to preparing the Committee's Motion in support of the production of documents by KPMG, the Debtors independent auditors, pursuant to Bankruptcy Rules 2004 and 9016. This included reviewing the Debtors public filings and related financial documents produced to the Committee by the Debtors. FTI team members reviewed documents and participated in meetings with Heller Ehrman and PricewaterhouseCoopers to gain an understanding of the scope and work performed in connection with the Debtors' audit committee investigation. FTI team members participated in meetings with the Examiner and the Examiner's counsel, K&L Gates, and financial advisors, BDO Seidman, to discuss the production of documents requested from KPMG. In effort to avoid unnecessary duplication of services we met with the Examiner and the Examiner's advisors to coordinate our approaches to investigating issues related to the Debtors' accounting restatement and identifying other potential causes of action that may be pursued by the Committee. In addition, we reviewed and assessed the Debtor's analysis of cash activity with various warehouse lenders and other financial institutions, both pre and post petition, to help the Committee address the various claims asserted by such institutions for monies owed.

*PCD 7 – Analysis of Long-Term Business Plan/Wind-down Plan*

FTI team members participated in numerous conversations with the Debtor and Debtor professionals regarding the staffing wind-down plan. This included discussions regarding employee headcount needs and additional cost of retaining these employees. In addition, we prepared an analysis for the Committee of the projected remaining employee costs to the estate by department.

*PCD 19 – Prepare for/Participate in Meetings or Calls with the Debtors and Their Advisors*

FTI team members spent significant time meeting and speaking with the Debtors and their various legal and financial advisors regarding key case issues. Topics covered in the meetings/conversations included: state of affairs of the Debtors, cash flow forecasts, various asset sales and bid procedures, employee issues, employee incentive and bonus programs, status of the origination platform, consolidating financial statements and the staff wind-down plan.

*PCD 20 – Prepare for/Participate in Meetings or Calls with the Unsecured Creditors' Committee*

**EXHIBIT C**

FTI spent significant time meeting with or participating on conference calls with the Committee, addressing the numerous topics that arose in this fast-paced case. The development of materials and reports for the Committee is also included in this code when not specifically attributable to other project codes. In many situations it was necessary to have various FTI team members participating in meetings or on calls given the large number of topics and focus areas of the case and the division of labor required of the FTI team.

*PCD 22 – Analyze Employee Severance, Pension, Retention and Other Employee Related Matters*

The Debtors filed various motions to pay retention and sale-related incentive payments to management. Time included in this code represents the time spent by the FTI team reviewing the proposed payments associated with these motions as well as negotiating lower retention bonuses and salary increases for the remaining employees during the wind-down. FTI also spent time analyzing the Rabbi Trust and related issues.

*PCD 33 – Analyze Asset Sale Proposals*

Time spent in this project code relates to the evaluation and negotiation of the various sales processes and asset sale proposals, including the mortgage assets, servicing assets, origination platform assets, Carrington LP interest, UBS and Deutsche Bank portfolios and AccessLending. FTI professionals reviewed sale related documents and analyzed the potential proceeds from such sales and subsequent purchase price adjustments. It was important that FTI understood the process undertaken by the Debtors' financial advisors to sell these different assets and to negotiate post closing adjustments to ensure that all alternatives were explored, all potential interested parties were contacted and that the best deal was achieved for the estate.

*PCD 34 – Miscellaneous Financial Analysis*

Includes preparation of a proceeds tracking analysis for estimated recovery purposes.

*PCD 36 – Analysis of Short Term Cash Flow Forecast*

FTI spent time reviewing the updated forecast to understand how the forecast was developed and what assumptions were made. Weekly calls with AlixPartners were established to review weekly variances to the budget. In addition, FTI was involved in numerous discussions with the Debtor and Debtor professionals regarding the clearing account reconciliation.