**EXHIBIT D**

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JULY 1, 2007 THOUGH JULY 31, 2007**

| **Expense Type** | | **Amount** |
|---|---|---|
| Airfare/Train | $ | 1,389.10 |
| Electronic Subscriptions | | 431.28 |
| Internet Provider Charges | | 12.99 |
| Meals | | 367.30 |
| Mileage/Parking/Tolls | | 152.32 |
| Postage | | 6.79 |
| Taxi/Subway | | 571.01 |
| **Total:** | **$** | **2,930.79** |

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**EXPENSE DETAIL**
**FOR THE PERIOD JULY 1, 2007 THOUGH JULY 31, 2007**

| Date | Consultant | Expense Type | Amount | Description of Expense |
|---|---|---|---|---|
| 7/17/2007 | Collura, Richard | Airfare/Train | $ 648.80 | Roundtrip coach airfare from New York, NY to Washington, DC. |
| 7/17/2007 | Sloane, Raymond | Airfare/Train | 370.15 | Roundtrip coach airfare from New York, NY to Washington, DC. |
| 7/26/2007 | Ventricelli, Daniel | Airfare/Train | 370.15 | Roundtrip coach airfare from New York, NY to Washington, DC. |
|  |  | **Airfare/Train Total** | 1,389.10 |  |
| 7/10/2007 | Bellazain-Harris, | Electronic Subscriptions | 431.28 | Electronic subscription fees for Pacer. |
|  |  | **Electronic Subscriptions** | 431.28 |  |
| 7/15/2007 | Amico, Marc | Internet Provider Charges | 12.99 | Internet charges at hotel relating to client work |
|  |  | **Internet Provider Charges Total** | 12.99 |  |
| 7/16/2007 | Ventricelli, Daniel | Meals | 217.30 | Working meal/lunch for self, J. McCahey, M. Arnott, S. Wright, B. Fatell, R. Sloane and R. Collura. |
| 7/30/2007 | Sloane, Raymond | Meals | 150.00 | Working meal/lunch with self, J. McCahey, M. Arnott, D. Ventricelli and R. Collura. |
|  |  | **Meals Total** | 367.30 |  |
| 7/16/2007 | Sloane, Raymond | Mileage/Parking/Tolls | 27.16 | Roundtrip mileage to/from Long Island (56 miles) |
| 7/16/2007 | Sloane, Raymond | Mileage/Parking/Tolls | 37.00 | Parking charges. |
| 7/16/2007 | Sloane, Raymond | Mileage/Parking/Tolls | 8.00 | Toll charges from New York, NY to/from Long Island |
| 7/25/2007 | Sloane, Raymond | Mileage/Parking/Tolls | 27.16 | Roundtrip mileage to/from Long Island (56 miles) |
| 7/25/2007 | Sloane, Raymond | Mileage/Parking/Tolls | 45.00 | Parking charges. |
| 7/25/2007 | Sloane, Raymond | Mileage/Parking/Tolls | 8.00 | Toll charges from New York, NY to/from Long Island |
|  |  | **Mileage/Parking/Tolls Total** | 152.32 |  |
| 7/9/2007 | Romney, Aaron | Postage | 6.79 | Postage charges to FTI Consulting (New York). |
|  |  | **Postage Total** | 6.79 |  |
| 6/19/2007 | Collura, Richard | Taxi/Subway | 132.19 | Taxi from home to airport. |
| 6/19/2007 | Collura, Richard | Taxi/Subway | 111.28 | Taxi from airport to home. |
| 6/19/2007 | Ventricelli, Daniel | Taxi/Subway | 136.32 | Taxi from home to airport. |
| 6/19/2007 | Ventricelli, Daniel | Taxi/Subway | 131.22 | Taxi from airport to home. |
| 7/17/2007 | Collura, Richard | Taxi/Subway | 30.00 | Taxi from airport to Kirkpatrick and Lockhardt's offices. |
| 7/17/2007 | Collura, Richard | Taxi/Subway | 30.00 | Taxi from Kirkpatrick and Lockhardt's offices to airport. |
|  |  | **Taxi/Subway Total** | 571.01 |  |
|  |  | **Grand Total** | **$ 2,930.79** |  |