

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*, | Case No. 07-10416 (KJC) Jointly Administered |
| Debtors. | Related to Docket No. 2181 |

### ORDER APPROVING STIPULATION RESOLVING MOTION OF COREMETRICS, INC. FOR ENTRY OF AN ORDER THAT DIRECTS AND COMPELS THE DEBTORS TO COMPLY WITH POST-PETITION RENT OBLIGATIONS PURSUANT TO 11 U.S.C. § 365(d)(3)

Upon consideration of the *Stipulation Resolving Motion of Coremetrics, Inc. for Entry of an Order that Directs and Compels the Debtors to Comply with Post-Petition Rent Obligations Pursuant to 11 U.S.C. § 365(d)(3)* ("Stipulation"), and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Stipulation attached hereto as Exhibit 1 is APPROVED; and

2. The above-captioned Debtors are hereby authorized to take all actions reasonably necessary and appropriate to effectuate the terms of the Stipulation.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: August 21, 2007
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

#559336

RLF1-3191808-1