# EXHIBIT 1

RLF1-3191808-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, *et al.*, | : | Jointly Administered |
| | : | |
| Debtors. | : | |

**STIPULATION RESOLVING
MOTION OF COREMETRICS, INC. FOR ENTRY OF AN ORDER DIRECTING THE
DEBTORS TO IMMEDIATELY COMPLY WITH POST-PETITION RENT
OBLIGATIONS PURSUANT TO 11 U.S.C. § 365(d)(3)**

This Stipulation ("Stipulation") is made between Coremetrics, Inc. ("Coremetrics") and the above-captioned debtors ("Debtors") to consensually resolve the *Motion of Coremetrics, Inc. for Entry of an Order that Directs and Compels the Debtors to Comply with Post-Petition Rent Obligations Pursuant to 11 U.S.C. § 365(d)(3)* ("Motion").

WHEREAS, prior to April 2, 2007, Coremetrics and the Debtors entered into an office Sublease Agreement ("Sublease") for office space located at 11921 MoPac Expressway, Suite 420, Austin, Texas.

WHEREAS, the Sublease was rejected as of July 31, 2007.

WHEREAS, on or about August 6, 2007, Coremetrics filed the Motion seeking payment of post-petition rent and other costs due under the Sublease pursuant to *11 U.S.C. § 365(d)(3)*.

WHEREAS, Debtors opposed the relief sought in the Motion.

WHEREAS, Coremetrics and the Debtors (jointly, the "Parties") have negotiated and resolved their disputes concerning the Motion upon the terms and conditions herein, subject to Bankruptcy Court approval.

RLF1-3191808-1

NOW, THEREFORE, for good and valuable consideration, the sufficiency of which is hereby acknowledged, the parties hereto stipulate and agree as follows:

1. Within five (5) business days of the date of the Court's approval of this Stipulation, the Debtors shall pay to Coremetrics the sum of $8,827 in full and final satisfaction of all claims raised in the Motion.

2. Coremetrics hereby releases and forever discharges the Debtors, their estates, agents, officers, consultants, employees, legal counsel, accountants, financial advisors, and representatives of any kind, from each and every right, claim, debt cause of action, demand, suit for damages, liabilities, legal fees, acts or rights of action of any nature whatsoever, whether asserted or unasserted, known or unknown, arising from or relating to the Sublease and the Motion

3. The Debtors, on behalf of themselves and their estates, hereby release and forever discharge Coremetrics, its agents, officers, consultants, employees, legal counsel, accountants, financial advisors, and representatives of any kind, from each and every right, claim, debt cause of action, demand, suit for damages, liabilities, legal fees, acts or rights of action of any nature whatsoever, whether asserted or unasserted, known or unknown, arising from or relating to the Sublease and the Motion.

4. The Parties hereby acknowledge that this Stipulation is a compromise of disputed claims and neither party admits, and each party expressly denies, any liability on its part.

5. No amendment, waiver or modification of this Stipulation or any of its provisions shall be enforceable unless made in writing and signed by each of the Parties.

6. This Stipulation contains the entire understanding between the Parties with regard to the subject matter set forth herein, and this Stipulation, including, without limitation, the releases set forth hereinabove, shall be binding upon, and inure to the benefit of each and all of the Parties and their successors-in-interest.

7. The Parties understand and acknowledge that there are no representations, warranties, promises, covenants, agreements or undertakings, oral or written, other than those expressly set forth herein.

8. This Stipulation has been negotiated in good faith and at arms' length between the Debtors and Coremetrics, and each of them has had the opportunity to consult with separate and independent counsel with respect to the advisability of entering into this Stipulation.

9. This Stipulation shall be deemed to have been jointly drafted by the Parties, and, in construing and interpreting this Stipulation, no provision shall be construed and interpreted for or against any of the Parties because such provision, or any other provision, or the Stipulation as a whole, was purportedly prepared or requested by such party.

10. All costs and expenses incurred in connection with the Motion shall be paid by the party incurring such costs and expenses.

11. The Bankruptcy Court shall retain sole and exclusive jurisdiction with respect to the terms and conditions of this Stipulation and any disputes arising therefrom.

12. Each of the undersigned individuals represents and warrants that he or she is authorized to execute and deliver this Stipulation for and on behalf of the party for which he or she purports to act.

RLF1-3191808-1

Dated: August 20, 2007

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Jeffrey C. Wisler*

Jeffrey C. Wisler (No. 2795)
Marc J. Phillips (No. 4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Counsel for Coremetrics, Inc.

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Mark D. Collins*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
One Rodney Square
920 King Street
Wilmington, DE 19899

and

Suzzanne S. Uhland
Shannon Nagle
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Counsel for Debtors and Debtors in Possession

#559272