# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | New Century TRS Holdings, Inc. |
| **Case Number:** | 07-10416-KJC     **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, AUGUST 21, 2007 01:30 PM   CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | NICKITA BARKSDALE |

### Matter:

Omnibus

**R / M #:**   2,303 / 0

### Appearances:

See Sign in Sheet

### Proceedings:

Amended Agenda Item
#1 - Adjourned to 9/11/07
#2 - Adjourned to 10/2/07
#3 - Withdrawn
#4 - Stip Due
#5 - Order Signed
#6 - Order Signed
#7 - Order Due
#8 - Oracle Objection Moot
#9 - Adjourned to 9/11/07
#10 - Order Due
#11 - Order Due
#12 - Adjourned
#13 - Order Due
#14 - Order Due
#15 - Order Signed