# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.
**CASE NO.:** 07-10416-KJC
**COURTROOM LOCATION:** 5
**DATE:** August 21, 2007

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Ward | Klehr Harrison | Goldman Sachs |
| Sally Sobczyk | Margolis Edelstein | Claimants |
| Ken Enos | Young Conaway | DB Structured Products |
| Andrew Gello | Bijan Mehtebean | DB Structured Products |
| Norman Monhait | Rosenthal Monhait | Rodiale Funding |
| Marc Phillips | Connolly Bove Lodge & Hutz | Coremetrics |
| Guy Neal | Sidley Austin LLP | KPMG LLP |
| Mark Hurford | Campbell & Levine | KPMG LLP |
| Michael Wolin | | CSFB |
| Douglas Reeter | Cleghorne & Peck | " |
| Gabriel MacConaill | Potter Anderson Corroon | Bank of America |
| Bonnie Fatell | Blank Rome | Committee |
| Mark Power + Mark Inderlied | Hahn Hessen | |

# SIGN-IN-SHEET

CASE NAME: New Century TRS Holdings, Inc.  
CASE NO.: 07-10416-KJC  
COURTROOM LOCATION: 5  
DATE: August 21, 2007  
PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Elihu E. Allinson III | William D. Sullivan, LLC | Nabih + Esther Nansjenki; Tara Park Renaissance LLC |
| Christopher M. Samis | Richards, Layton & Finger, PA | Debtors |
| Michael J. Merchant | " | " |
| Robert J. Stearn, Jr. | " | " |
| Suzzanne Uhland | O'Melveny & Myers | " |
| Patricia Schrage | U.S. Securities & Exchange Commission | SEC |
| Joseph J. McMahon, Jr. | USDOJ | UST |
| Mark Minuti | Saul Ewing LLP | Examiner |
| E. Fox | K&L Gates | 4 |

# Court Conference

Calendar Date: 08/21/2007
Calendar Time: 01:30 PM

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1853101 | Michael C Kelley | Sidley Austin | Creditor, KPMG / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1853289 | Jose Sanchez | Sidley Austin | Creditor, KPMG / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1853526 | Kimberly Newmarch | Paul, Hastings, Janofsky & Walker | Creditor, UBS Real Estate Securities, Inc / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1855341 | Amish Doshi | Day Pitney, LLP | Creditor, Oracle USA, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1854344 | Angela Somers | Cadwalader Wickersham & Taft | Creditor, Natixis / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1852524 | Ben Logan | O'Melveny & Myers | Debtor, New Century TRS Holdings / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1851853 | Matt Wargin | Mayer Brown Rowe & Maw, LLP | Interested Party, Carrington Capital Management, LLC / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1851856 | Sean Scott | Mayer Brown Rowe & Maw, LLP | Interested Party, Carrington Capital Management, Inc / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1852014 | Nicholas Cremona | Kaye Scholer LLP | Creditor, Bank Of America / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1852103 | Douglas Deutsch | Chadbourne & Park, LLP | Creditor, Credit Suisse First Boston / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1852120 | Richard Agins | Bingham McCutchen, LLP | Interested Party, DB Structured Products, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1854257 | Mary Olsen | The Gardner Law Firm | Creditor, Class of Former Employers / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1854268 | Michael McCrary | The Gardner Law Firm | Representing, Former Employees / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1854316 | F. Curt Kirschner Jr | O'Melveny & Myers | Debtor, New Century TRS Holdings, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1854318 | Alexandra Diaz-Almaral | O'Melveny & Myers | Debtor, New Century TRS Holdings, Inc. / LIVE |

| Debtor | Case No. | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1854344 | Angela Somers | 212-504-6404 | Cadwalader Wickersham & Taft | Creditor, Natixis / LIVE |
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1853101 | Michael C Kelley | 213-896-6608 | Sidley Austin | Creditor, KPMG / LIVE |
| New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1853289 | Jose Sanchez | 213-896-6755 | Sidley Austin | Creditor, KPMG / LIVE |