IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** : | **Chapter 11** |
| : | |
| **NEW CENTURY TRS HOLDINGS,** : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] : | |
| : | **Jointly Administered** |
| **Debtors.** : | |
| : | **Re: Docket Nos. 2349 through 2366** |
| : | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE on August 21, 2007, that the above-captioned debtors and debtors-in-possession (the "Debtors") filed Rejection Notices (collectively, the "Rejection Notices"):

a) *Notice of Rejection of Executory Contract re:* Producer and Joint Marketing Agreement among ZC Sterling Insurance Agency, Inc. and its affiliate Bro Enterprises, LLC, New Century Mortgage Corporation and NC Insurance Serices, Inc. dated October 1, 2004 (Docket No. 2349)

b) *Notice of Rejection of Executory Contract re:* Producer and Joint Marketing Agreement among ZC Sterling Insurance Agency, Inc. and its affiliate Bro Enterprises, LLC, New Century Mortgage Corporation and NC Insurance Services, Inc. dated November 1, 2006 (Docket No. 2350)

c) *Notice of Rejection of Executory Contract re:* Letter Agreements between New Century Mortgage and iComply Incorporated dated March 21, 2005; January 23, 2006; and February 26, 2007 (Docket No. 2351)

d) *Notice of Rejection of Executory Contract re:* Web Access and Owners Term Agreement between New Century Mortgage Corporation and HSBC

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California Corporation.

Mortgage Services, Inc. dated July 3, 2006 (Docket No. 2352)

e) *Notice of Rejection of Executory Contract re:* Letter Agreement between New Century Mortgage Corporation and HR Solutions dated June 16, 2006 (Docket No. 2353)

f) *Notice of Rejection of Executory Contract re:* Services Agreement between New Century Mortgage Corporation and Harwood & Harwood dated February 22, 2006 (Docket No. 2354)

g) *Notice of Rejection of Executory Contract re:* Service Agreement between New Century Mortgage Corporation and Howroyd-Wright Employment Agency, Inc. dated April 1, 2005 (Docket No. 2355)

h) *Notice of Rejection of Executory Contract re:* IKON Office Solutions Inc. - Master Service Agreement dated September 6, 2005 (Docket No. 2356)

i) *Notice of Rejection of Executory Contract re:* Master Services Agreement between HOME123 Corporation and ChoicePoint Precision Marketing, Inc. dated as of August 9, 2006; and Statement of Work dated as of August 9, 2006 (Docket No. 2357)

j) *Notice of Rejection of Executory Contract re:* Online Subscription Agreement between New Century Mortgage Corporation and HumanConcepts, LLC - Orgplus dated February 27, 2007 (Docket No. 2358)

k) *Notice of Rejection of Executory Contract re:* Member Agreement between New Century Mortgage Corporation and Identity Theft Assistance Corporation dated October 24, 2006 (Docket No. 2359)

l) *Notice of Rejection of Executory Contract re:* Lead Aggregator Agreement between New Century Mortgage Corporation and iHomeowners, Inc. dated April 13, 2005 (Docket No. 2360)

m) *Notice of Rejection of Executory Contract re:* Consulting Agreement between New Century Financial Corporation and Iconium Management Inc. dated December 16, 2005 (Docket No. 2361)

n) *Notice of Rejection of Executory Contract re:* Consulting Services Agreement between New Century Mortgage Corporation and ILOG, Inc. dated August 12, 2003; Software License Agreement between New Century Mortgage Corporation and ILOG, INC. dated September 5, 2003; Maintenance Agreement between New Century Mortgage Corporation and ILOG, INC dated September 5, 2003; and Statement of Work between New Century Mortgage Corporation and ILOG, INC dated May 5, 2006 (Docket No. 2362)

o) *Notice of Rejection of Executory Contract re:* AIRS Oxygen Software License Agreement between New Century Mortgage Corporation and AIRS Human Capital Solutions, Inc. dated December 28, 2005 (Docket No. 2363)

p) *Notice of Rejection of Executory Contract re:* Marketing Services Agreement between Home123 Corporation and Assist to Sell Sellers & Buyers Realty, dated January 1, 2007 (Docket No. 2364)

q) Notice of Rejection of Unexpired Lease of Non-Residential Real Property re: Agreement for the Lease of the Non-residential Real Property located at 777 N. Rainbow, Suites 180 & 385, Las Vegas, NV 89102, commencing on January 1, 2006 (NV003) (Docket No. 2365)

r) *Notice of Rejection of Executory Contract re:* Work Order and Contract between New Century Mortgage Corporation and Beale's LLC, dated March 4, 2005 (Docket No. 2366)

PLEASE TAKE FURTHER NOTICE that the Debtors hereby withdraw the Rejection Notices.

Dated: August 22, 2007
Wilmington, Delaware

Respectfully submitted,

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION