FORM 104 (10/06)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** Landry, et al n/k/a Carol M. Wands | **DEFENDANTS** New Century Mort. 07-10419 |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) pro se | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only) ☒ Debtor  ☐ U.S. Trustee/Bankruptcy Admin  ☐ Creditor  ☐ Other  ☐ Trustee | **PARTY** (Check One Box Only) ☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin  ☒ Creditor  ☐ Other  ☐ Trustee |

FILED 2007 AUG 21 PM 12:02 US BANKRUPTCY COURT CLERK DISTRICT OF DELAWARE

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
New Century reported fraudulent info to proposed New Mortgage company during refin to remove New Century as mortgagor. New Century began charging excessive fees on Landry et al foreclosed & ruined credit rating

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☒ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – reinstatement of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☒ Check if this case involves a substantive issue of state law | ☒ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☒ Check if a jury trial is demanded in complaint | Demand $ 93,703.12 |

**Other Relief Sought** ANY OTHER EXCESSIVE FEES CHARGED BY LAWYER & LENDER, NEW CENTURY MORT. CORP.

FORM 104 (10/06), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR *New Century Mort. Corp* | | BANKRUPTCY CASE NO. *07-10419* | |
| DISTRICT IN WHICH CASE IS PENDING *Wilmington - Delaware* | DIVISIONAL OFFICE | NAME OF JUDGE *Kevin V. Carey* | |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. | |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE | |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | | |
| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) | | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, if it is required by the court. In some courts, the cover sheet is not required when the adversary proceeding is filed electronically through the court's Case Management/Electronic Case Files (CM/ECF) system. (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and the defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and in the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

Attachment to US Bankruptcy Case No.: 07-10419 Request for Adversary Proceeding

CAUSE OF ACTION: New Century Mortgage Corporation reported to my proposed new mortgage company, that I was 5 months behind on my mortgage. After I was dropped by the proposed new mortgage company; and after I scramble to the bank I was using, 8 hours away, to have them research my accounts for the cashed checks, and to make copies (front and back); I was charged by the court system a fine for not refinancing in a timely fashion. I was fined by the Nineteenth Judicial Circuit the amount of $1600.00 plus interest. In a panic I rushed and made a wire transfer in the amount of $3000.00 to New Century Mortgage, in November 2006. I also provided proof that I had paid the 5 months with copies (front and back) of the checks that had been cashed by them. I then received a mortgage statement in the mail for the amount of approximately $10,000.00, with still no reflection of the missing payments and the $3000.00 wire transfer. I was charged excessive fees and was placed into foreclosure. New Century Mortgage Corp. not only ruined my credit but inflated numbers that could never be recouped in dollars and I stand to lose my home of 11 years. I am sure that every single reflection of any number within the corporation of New Century Mortgage Corporation are what we layman call, "Tainted or Fruit of a Bad Seed". I would like to sue for the house itself. Additionally, the Law Firm hired by, I guess, New Century, Ben Ezra, charged $1400.00 and other excessive fees in advance for locating my ex-husband, Williams R. Landry, Jr. which Ben Ezra's firm said that he could not be found. William was served legal documents earlier this year of 2007 and the Clerk of the Court in St. Lucie has his mailing address. I found him in less than 15 minutes. Lastly, New Century Mortgage Corporation held in escrow my home owners insurance and my local property taxes. They paid them both and turned around and re-charged me them. That totaled almost $5000.00.