SPECIALIZED SECRETARIAL SERVICES OF FLORIDA, PSL, LLC
440 SE Sandia Drive, Port St. Lucie, Florida 34983
772-878-7444 or 772-332-7292
agentcm44@comcast.net
www.yoursecretary.us

FLORIDA LOCAL ADVOCACY COUNCIL
CERTIFIED PROCESS SERVER AND SUPREME COURT MEDIATOR
NINETEENTH JUDICIAL CIRCUIT

CERTIFIED IN THE SOUTHERN FEDERAL DISTRICT OF FLORIDA

U.S. Bankruptcy Court                                          August 16, 2007
of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Dear Clerk:

Enclosed find a check in the amount of $250.00, for filing fees necessary to file for an Adversary proceeding on Case No.: 07-10419, New Century Mortgage Corporation. I have sent the appropriate copies to the following:

New Century Claims Processing PO Box 8901 Marina Del Ray, CA 90295
c/o XRoads Case Management Services

O'Melveny & Myers, LLP 225 Battery Street San Francisco, CA 94111

Christopher M. Samis 920 N. King Street Wilmington, DE 19801
c/o Richards, Layton & Finger, P.A.

I would appreciate all correspondence regarding this request to be sent to: Carol M. Wands 440 SE Sandia Drive, Port St. Lucie, FL 34983, a telephone number to be reached is 772-332-7292. Thank you for your attention to this matter..

Yours truly,

Carol M. Wands

enclosures