# **<u>EXHIBIT B</u>**

JUL-11-07   09:15AM   FROM-                                              T-021   P.001/002   F-672

 **NEW CENTURY**
MORTGAGE CORPORATION    18400 Von Karman, Suite 1000, Irvine, CA 92612 (949) 440-7030

# FAX TRANSMITTAL

To  **Bank One Chicago N.A.**                         Fax Number **(847) 869-9630**

Company _____                      Date _____

From  **Debbie Saralegui**                            Fax Number **(949) 471-8203**

Re  **500 Peterson Road, Libertyville, IL**           Number of Pages (including cover)  **2**

cc _____

☐ Urgent     ☐ For Your Review     ☐ Please Comment     ☐ Reply ASAP

Message:
**PLEASE REVIEW THE ATTACHED LETTER, SIGN AND FAX BACK TO MY ATTENTION AT 949-471-8203
OR VIA EMAIL DSARALEGUI@NCEN.COM  IF YOU HAVE ANY QUESTIONS, I CAN BE REACHED AT
949-517-0645. THANK YOU**

**DEBBIE SARALEGUI
HOME 123/NEW CENTURY MORTGAGE**

*Confidentiality Notice*

This message is intended for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the address listed above via the United States Postal Service. Thank you.

ADMIN-58 (11/7/00)                                                          Official NCM Online Form

June 29, 2007

Bank One Chicago N.A.
800 Davis Street
Evanston, IL 60201

Re:  Lease by and between Home123 Corporation/New Century Mortgage Corporation ("Tenant") and Landlord for the premises located at 500 Peterson Road, Libertyville, IL (the "Premises")

Dear Sir or Madam:

Thank you for your cooperation and assistance in granting our vendors access to the Premises for purpose of removing Tenant's personal property. As this work is now complete, Tenant wishes to confirm the following items:

1. On June 30, 2007 (the "Delivery Date"), Tenant unequivocally relinquished control of the Premises to Landlord in broom clean condition and turned over to Landlord all keys and/or key cards to the Premises.

2. Tenant agrees that Landlord shall have the right to re-enter and take possession of the Premises as of the Delivery Date, as fully as it would or could have done if that were the date provided for the expiration or termination of the Lease.

3. Tenant acknowledges and agrees that any personal property or other items that may be considered personal property remaining on the Premises after the Delivery Date will belong to Landlord and this letter will constitute a bill of sale for them to Landlord. Any such personal property may be disposed of by Landlord, in Landlord's sole discretion, without obligation or liability to Tenant.

4. Landlord acknowledges and agrees that Tenant shall have no further obligation to make any repairs to the Premises and/or remove any of the furniture, fixtures, equipment or other improvements contained in the Premises.

Please indicate your acknowledgement and acceptance of the items above by signing in the space provided below and returning a copy of this letter to me.

Sincerely,

Elise Luckham
Vice President, Corporate Services
(949) 517-0407

UNDERSTOOD AND AGREED

Name: _____
Title: _____