# EXHIBIT C

# WATER AND SEWER BILL

2204
2130

**Village of Libertyville**
118 W. Cook Ave.
Libertyville, IL 60048-1874
(847) 362-2430

Libertyville
spirit of independence

| | |
|---|---|
| ACCOUNT NUMBER | 0109316100-02 |
| ACCOUNT NAME | OCCUPANT |
| SERVICE ADDRESS | 500 PETERSEN RD |
| SERVICE PERIOD | 04/30/07 - 06/07/07 |
| DUE DATE | 07/21/07 |

| BILL TYPE | DAYS OF SERVICE | CURRENT READING | PREVIOUS READING | USAGE IN 1000 GAL |
|---|---|---|---|---|
| Actual-Read | 38 | 893 | 893 | 0 |

MINIMUM BILL

CURRENT CHARGES:

| | |
|---|---|
| WATER | $14.06 |
| SEWER | $9.37 |

| | |
|---|---|
| TOTAL CURRENT CHARGES | $23.43 |
| TOTAL AMOUNT DUE BY 07/21/07 | $23.43 |
| AMOUNT DUE AFTER 07/21/07 | $25.78 |

10% Late Charge added to Current Charges if payment is not received by the Due Date. See reverse side for additional billing information.
IF MAILED PLEASE ALLOW SEVEN WORKING DAYS FOR POSTING TO YOUR ACCOUNT.

## VILLAGE BULLETIN BOARD

Vehicle stickers go on sale March 19th. Watch for applications in the mail.

Online Bill Payment is now available: www.libertyville.com

Libertyville E-news is a new e-mail newsletter with information about future events, services, and reminders. To subscribe, send your name, address, and e-mail address to: libinfo@libertyville.com

SHOP LIBERTYVILLE

Your Usage Over The Past 12 Months
(in 1000's of Gallons)




PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT

WATER AND SEWER BILL

Account # 0109316100-02

**Village of Libertyville**
118 W. Cook Ave.
Libertyville, IL 60048-1874
(847) 362-2430

Libertyville
spirit of independence

Return Service Requested

| | |
|---|---|
| CURRENT CHARGES | $23.43 |
| | |
| AMOUNT DUE BY 07/21/07 | $23.43 |
| AMOUNT DUE AFTER 07/21/07 | $25.78 |
| PAYMENT AMOUNT ENCLOSED | |

Make Checks Payable and Remit To:

**AUTO ***AUTO**5-DIGIT 60048
OCCUPANT
500 PETERSEN RD
LIBERTYVILLE IL 60048-1012

2150 8

Village of Libertyville
PO Box 4299
Carol Stream, IL 60197-4299

010931610000200000023435