# **EXHIBIT D**

# Invoice

*Elan Landscapes*

P.O. Box 6716
LIBERTYVILLE, IL 60048
OFFICE 847-362-1483
FAX 847-362-3673
WWW.ELANLANDSCAPES.COM

Bill To:
500 Peterson Rd.
Libertyville, IL 60048

| Date | Invoice No. | P.O. Number | Terms |
|---|---|---|---|
| 08/02/07 | 3877 | | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Lawn Care - Mowing | 2 | 70.00 | 140.00 |
| Lawn Maintenance: Weeding | 2 | 10.00 | 20.00 |
| | | Total | $160.00 |

FROM : ##### ####          PHONE NO. : 18472723466          Aug. 20 2007 01:56PM P2

# Elan Landscapes

**Invoice**

P.O. Box 6716
LIBERTYVILLE, IL 60048
OFFICE 847-362-1483
FAX 847-362-3673
WWW.ELANLANDSCAPES.COM

| Bill To: |
| --- |
| 500 Peterson Rd.<br>Libertyville, IL 60048 |

| Date | Invoice No. | P.O. Number | Terms |
| --- | --- | --- | --- |
| 07/02/07 | 419 | | |

| Description | Quantity | Rate | Amount |
| --- | --- | --- | --- |
| Weed Clean-up (6/28/07) | 1 | 200.00 | 200.00 |
| Lawn Care - Mowing/Weeding (6/28/07) | 1 | 80.00 | 80.00 |

| | |
| --- | --- |
| Total | $280.00 |