# **<u>EXHIBIT E</u>**

# J & R LOCK & SAFE, Inc.

## 24 Hour Emergency Service (866) 558-6484
940 N. Milwaukee Avenue
Libertyville, IL 60048
FAX (847) 680-8483

| Hickory Hills, IL | Elmhurst, IL | Chicago, IL | Libertyville, IL |
|---|---|---|---|
| (708) 598-0657 | (630) 530-8080 | (773) 955-2911 | (847) 680-6169 |

| CUSTOMER PO# | DATE | TECHNICIAN # | INVOICE # |
|---|---|---|---|
| | 7/31/07 | MJ | 15982 |

| CUSTOMER NAME | SERVICE ADDRESS | PAID BY |
|---|---|---|
| Old Home 123 Bldg. | 500 Peterson Rd. | ☐ CHECK ☐ CASH |

| BILLING ADDRESS | CITY, STATE, ZIP | CHECK # | VISA / DISC / M/C / AMEX |
|---|---|---|---|
| | Libertyville, IL | | |

| CITY, STATE, ZIP | SERVICE PHONE # | DL # |
|---|---|---|
| PHONE # | FAX # | D.O.B. |

| QTY | DESCRIPTION OF ITEM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|
| 4 | Keys | 24.00 | 96.00 |
| | | Trip Charge | 55.00 |
| | | Total Material | |
| | | Tax | |
| | | Labor | |
| | 844  C#-117090 | Total | 151.00 |

I HEREBY AUTHORIZE J & R Lock & Safe, Inc. to perform the following work and certify that I have complete authorization to do so.
I agree to absolve J & R Lock & Safe, Inc. from any and all claims arising from this work and agree to pay any and all legal fees to represent J & R Lock & Safe, Inc. from the performance of such work.

Customer Signature X _____