**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Related to Docket No. _____** |

**ORDER GRANTING MOTION OF NABIH AND ESTHER MANGOUBI FOR ENTRY
OF AN ORDER DIRECTING THE DEBTORS IMMEDIATELY TO COMPLY WITH
POST-PETITION LEASE OBLIGATIONS PURSUANT TO 11 U.S.C. § 365(d)(3)**

Upon consideration of the *Motion of Nabih and Esther Mangoubi for Entry of an Order
Directing the Debtors Immediately to Comply with Post-Petition Lease Obligations Pursuant to
11 U.S.C. § 365(d)(3)* (the "Motion"); and upon consideration of any and all objections and/or
responses that were filed with respect to the Motion; and notice of the Motion being adequate
and sufficient; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted.

2.      The above-captioned debtors (the "Debtors") are hereby directed to pay to the
Landlord the amount of $28,180.69, plus reasonable attorneys' fees and costs of $_____,
within five (5) business days of the date of this Order plus, when due, to perform all additional

---

[1] The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a
Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware
corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New
Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a
California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a
California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California
corporation; NC Asset Holding, L/P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC
Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New
Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New
Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort
Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage,
Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a

post-petition rent payment and other pecuniary obligations under the Lease that accrue until such

time as the Debtors have removed all of their leased personal property from the Premises and

then return the keys to the Landlord.


Dated: _____, 2007          _____

                                         Kevin J. Carey
                                         United States Bankruptcy Court Judge

---

Delaware limited liability company; NC Deltex, LLC a Delaware limited liability company; NCoral, L.P., a
Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.