IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>NEW CENTURY TRS HOLDINGS, INC.<br>    Debtor | Case No. 07-10416-KJC<br>(Chapter 11) |
| WILSHIRE CREDIT CORPORATION<br>PO BOX 105344<br>ATLANTA, GA 30348<br>    Movant | Docket Number _2407___ |

THOMAS D.H. BARNETT, ESQUIRE
NEIL F. DIGNON, ESQUIRE
DRAPER & GOLDBERG, P.L.L.C.
P.O. BOX 947
512 EAST MARKET STREET
GEORGETOWN, DE 19947
    Attorneys for the Movant
  v.

NEW CENTURY TRS HOLDINGS, INC
3121 MICHELSON DRIVE, SUITE 600
IRVINE, CA 92612
    (Debtor)
And

United States Trustee
844 King Street, Room 2207
LockBox# 35
Wilmington, DE 19899
    (U.S. Trustee)
    Respondent

### **MOTION FOR RELIEF FROM AUTOMATIC STAY**

Wilshire Credit Corporation ("WCC") by undersigned counsel, respectfully moves this Honorable Court to terminate the Automatic Stay and, as grounds therefore, states as follows:

1.    This proceeding seeking relief under Section 362 of the U.S. Bankruptcy Code is a contested matter within the meaning of 9014 and 4001 of the Federal Rules of Bankruptcy Procedure, and this court has jurisdiction over this matter pursuant to 28 U.S.C. Section 157.

2.	On April 2, 2007, the above named debtor, New Century TRS Holdings, Inc, ("Debtor"), filed in this court a Petition under Chapter 11 of the United States Bankruptcy Code.

3.	On or about August 24, 2004, Michael Gdovic executed and delivered to New Century Mortgage Corporation a Note in the amount of ONE HUNDRED NINEY-EIGHT THOUSAND, THREE HUNDRED SIXTY and 00/100 dollars ($198,360.00), plus interest at the rate of 6.275% per annum, attorneys' fees, costs and late charges to be paid over thirty (30) years. A copy of the Note is attached as Exhibit "A" and incorporated herein.

4.	To secure the repayment of the sums due under the Note, Michael Gdovic ("Obligor") executed and delivered to New Century Mortgage Corporation dated August 24, 2004 encumbering the real property ("Property") more particularly described in the Mortgage which has the address of 18018 Dewey Circle, Elkhorn, NE 68022. A copy of the Mortgage is attached as Exhibit "B" and incorporated herein.

5.	The Mortgage and Note were later transferred to WCC and WCC is the holder of the Mortgage and Note.

6.	Review of the Title to the property shows the Debtor, New Century TRS Holdings, Inc, holds a lien junior to the lien created by WCC by virtue of a Mortgage executed by the Obligor.

7.	The Obligor is in default under the WCC Note.

8.	The Lien created by the mortgage held by New Century TRS Holdings, Inc, referred to in paragraph 6, is not necessary for Debtor's reorginization, as said lien adds little or no value to the Bankruptcy Estate.

9.	A continued Stay of WCC's action against the Obligor will cause WCC significant prejudice.

10. Cause exists to terminate the Automatic Stay.

11. It is not economically feasible to attempt to recover the Judgement amount for the Bankruptcy Estate as the underlying real property is located out of state.

WHEREFORE, the premises considered, WCC respectfully requests that this Court enter an Order terminating the Automatic Stay allowing WCC to exercise its legal rights under applicable law as to the Property, including but not limited to foreclosure against the Property under the Mortgage, and for such other and further relief as this court deems just and proper.

Respectfully submitted,

Dated: 8/22/2007

/s/ Neil F. Dignon

Thomas D.H. Barnett  #0994
Neil F. Dignon #3625
Draper & Goldberg, P.L.L.C.
P.O. Box 947
512 East Market Street
Georgetown, Delaware 19947
(302) 855-9252

CERTIFICATION OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Motion for Relief from Automatic Stay and Proposed Order were mailed by first class mail, postage-paid, this __22nd__ day of _August_, 2007 to the following parties:

New Century TRS Holdings, Inc.
3121 Michelson Drive, Suite 600
Irvine, CA 92612
Debtor

Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joesph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorney for the Debtor

Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
Victoria Newmark, Esquire
Emily R. Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
Jeffrey L. Schwartz, Esquire
488 Madison Avenue
14th & 15th Floor
New York, NY 10022

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell
David W. Carickhoff, Jr.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for the Official Committee of Unsecured Creditors

Date: 8/22/2007                              /s/ Neil F. Dignon
                                             Thomas D.H. Barnett, Esquire
                                             Neil F. Dignon, Esquire