IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
NEW CENTURY TRS HOLDINGS, INC.                   Case No. 07-10416-KJC
    Debtor                                                      (Chapter 11)
WILSHIRE CREDIT CORPORATION                      Ref: Docket No.<u>2407</u>
    Movant

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
    Attorneys for the Movant
  v.
NEW CENTURY TRS HOLDINGS, INC, et al.
    Respondents

### ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by Wilshire Credit Corporation ("WCC"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Automatic Stay is terminated allowing WCC to exercise its rights under applicable law against the Debtor's Property more particularly described in the Mortgage which has the address of 18018 Dewey Circle, Elkhorn, NE 68022 ("Property"), including, but not limited to foreclosure against the Property under the Mortgage.

Date:_____                         BY THE COURT:

                                                                                                               _____
                                                                                                               U.S. Bankruptcy Court Judge