**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | **Re: Docket Nos. 630, 2103 and 2119** |

**CERTIFICATION OF COUNSEL RE: THIRD STIPULATION**
**REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF**
**GENERAL ELECTRIC CAPITAL CORPORATION AND ORDER THEREON**

On May 11, General Electric Capital Corporation ("GECC") filed a motion

requesting, among other things, relief from the automatic stay to recover possession of certain

personal property equipment leased by GECC to certain of the above-captioned debtors and

debtors in possession (the "Debtors") and/or owned by the Debtors and purportedly encumbered

by first priority liens on behalf of GECC ("Relief Stay Motion"). On June 7, 2007, the Debtors

filed an objection to the Relief Stay Motion. Also, on June 7, 2007, the Official Committee of

Unsecured Creditors (the "Creditors' Committee") filed an objection to the Relief Stay Motion.

The Examiner filed an objection on June 14, 2007.

On July 20, 2007, the Debtors and GECC entered into a stipulation relating to the

Relief Stay Motion ("First Stipulation") which provided, among other things, for a limited

---

[1]  The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a

modification of the automatic stay in the Debtors' bankruptcy cases so as to permit GECC to take possession of certain of its collateral from the Debtors pursuant to and as is more specifically described in the First Stipulation. The First Stipulation specifically indicated that except as expressly provided for therein, the parties thereto specifically reserved and preserved all of their respective rights and any and all issues and disputes related to or arising in connection with the Relief Stay Motion including, without limitation, (i) the validity and priority of any security interest or lien; and (ii) any and all claims, remedies, defenses and other rights of any party (including the Debtors, their estates, GECC and the Creditors' Committee).

On August 1, 2007, the Debtors and GECC entered into a second stipulation (the "Second Stipulation") agreeing to continue the hearing scheduled on GECC's Relief Stay Motion from July 31, 2007 at 1:30 p.m. to and until August 21, 2007 at 1:30 p.m. In exchange for GECC's agreement to continue the hearing, and as compensation to GECC for the Debtors' continued use of the equipment which GECC is leasing to the Debtors and the equipment of the Debtors against which GECC allegedly holds liens, the Debtors agreed to make certain payments to GECC as are more specifically described in the Second Stipulation.

The Debtors and GECC are still attempting to reach a global resolution of the issues raised in the Relief Stay Motion. The Debtors and GECC, however, need additional time within which to negotiate such a global resolution. Accordingly, the Debtors and GECC have entered the stipulation attached hereto as Exhibit A (the "Third Stipulation") agreeing to continue the hearing scheduled on GECC's Relief Stay Motion from August 21, 2007 at 1:30 p.m. to and until October 2, 2007 at 1:30 p.m. In exchange for GECC's agreement to continue the hearing, and as compensation to GECC for the Debtors' continued use of the equipment which GECC is leasing to the Debtors and the equipment of the Debtors against which GECC

allegedly holds liens, the Debtors agreed to make certain payments to GECC as are more specifically described in the Third Stipulation.

WHEREFORE, the Debtors respectfully request that the Court enter an order, in substantially the form attached hereto as Exhibit B, approving the Third Stipulation.

Dated: August 22, 2007
      Wilmington, Delaware

                    Mark D. Collins (No. 2981)
                    Michael J. Merchant (No. 3854)
                    Christopher M. Samis (No. 4909)
                    RICHARDS, LAYTON & FINGER, P.A.
                    One Rodney Square
                    920 North King Street
                    Wilmington, Delaware  19801
                    Telephone:  (302) 651-7700
                    Facsimile:  (302) 651-7701

                    - and -

                    Suzzanne S. Uhland
                    Ben H. Logan
                    Victoria Newmark
                    Emily R. Culler
                    O'MELVENY & MYERS LLP
                    275 Battery Street
                    San Francisco, California 94111
                    Telephone:  (415) 984-8700
                    Facsimile:  (415) 984-8701

                    ATTORNEYS FOR DEBTORS
                    AND DEBTORS IN POSSESSION