## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*,[1] | Case No. 07-10416 (KJC) (Jointly Administered) |
| | Obj. Deadline: September 4, 2007 at 4:00 p.m. |
| Debtors. | Hr'g Date: September 11, 2007 at 1:30 p.m. |

### NOTICE OF MOTION

TO:   All parties on the attached list

PLEASE TAKE NOTICE that on August 23, 2007, Town Park Renaissance, LLC (the "Landlord") filed the attached *Motion of Town Park Renaissance, LLC for Entry of an Order Directing the Debtors Immediately to Comply with Post-Petition Lease Obligations Pursuant to 11 U.S.C. § 365(d)(3)* (the "Motion").

PLEASE TAKE FURTHER NOTICE that responses to the Motion (the "Response"), if any, must be filed with the Court on or before **September 4, 2007 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that at the same time you file a Response to the Motion, you must also serve a copy of the Response upon the undersigned counsel so that it is received by the undersigned counsel on or before **September 4, 2007 at 4:00 p.m.**

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L/P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801 on **September 11, 2007 at 1:30 p.m.**

PLEASE TAKE FURTHER NOTICE that **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 23, 2007
Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

*/s/ E.E. Allinson III*

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

- and -

Stephanie Friese, Esq.
FRIESE LEGAL, LLC
1100 Spring Street NW
Suite 410
Atlanta, GA 30309
Tel: (404) 876-4880

*Counsel for Town Park Renaissance, LLC*

2