# EXHIBIT B

06/19/2007 17:36 FAX                                                                           ☒002/003

# O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
NEWPORT BEACH

400 South Hope Street
Los Angeles, California 90071-2899

TELEPHONE (213) 430-6000
FACSIMILE (213) 430-6407
www.omm.com

NEW YORK
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TOKYO
WASHINGTON, D.C.

June 18, 2007

OUR FILE NUMBER
619,481-093

**VIA FACSIMILE (770) 438-6424**

WRITER'S DIRECT DIAL
(213) 430-6649

Meredith Whitt
Town Park Renaissance LLC
Building 114
New Orleans LA  70154-4812

WRITER'S E-MAIL ADDRESS
jdeneve@omm.com

Re:   *New Century Financial Corporation*
      *114 Town Park Drive, Suite 150, Kennesaw, GA  30144*

Dear Meredith Whitt:

As you may be aware, on April 2, 2007, New Century Financial Corporation, New Century TRS Holdings, Inc., and certain of their direct and indirect subsidiaries (collectively, the "Debtors"), filed voluntary petitions in the United States Bankruptcy Court for the District of Delaware under chapter 11 of the United States Bankruptcy Code. The Debtors include the Lessee on 114 Town Park Drive, Suite 150, Kennesaw, GA  30144 (the "Lease Location"). O'Melveny & Myers LLP serves as co-counsel in connection with the Debtors' chapter 11 cases. In addition, O'Melveny & Myers LLP represents the Debtors in connection with the previously announced investigations by the Securities & Exchange Commission ("SEC") and the United States Department of Justice ("DOJ").

Please note that under the Bankruptcy Court's relevant order, you *may not* deem the Lease Location and any property located therein abandoned until the Lessee expressly rejects the lease. A lease is not rejected until such time as the Lessee unequivocally relinquishes possession by turning over the keys and/or the key codes. With respect to the Lease Location, the Lessee has not rejected the lease. As such, the Debtors' personnel should be accorded access to the Lease Location and no efforts should be made to remove or destroy property located in the Lease Location.

Additionally, 11 U.S.C. § 362 provides that the filing of the petitions by Debtors "operates as a stay, applicable to all entities, of-- …

> "(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the

LA2:834601.1

O'MELVENY & MYERS LLP
Town Park Renaissance LLC, June 18, 2007 - Page 2

>  estate; [or]
>  "(4) any act to create, perfect, or enforce any lien against property of the estate[.]"

Anyone who wilfully violates the bankruptcy automatic stay can be subject to actual and punitive damages, costs, attorneys' fees, and sanctions. *See, e.g.,* 11 U.S.C. § 362(k); *Krystal Cadillac-Oldsmobile GMC Truck, Inc. v. General Motors Corp.*, 337 F.3d 214 (3d Cir. 2005) ("willful" for these purposes only requires that the violative act be intentional, not that the party know that the act violated the automatic stay); *In re Atlantic Business and Community Corp.*, 901 F.2d 325 (3d Cir. 1991) (sanctions under the Bankruptcy Code are available to a corporate debtor; bad faith is not necessary for a violation of the automatic stay to be willful and subject to sanctions).

The SEC and the DOJ have also requested that New Century and its subsidiaries preserve and not destroy, conceal, or alter any paper or electronic files and other data generated by and/or stored on New Century's computers and storage media (e.g., hard disks, floppy diskettes, backup tapes), or any other electronic data. The SEC further points out that "[s]ections 802 and 1102 of the Sarbanes-Oxley Act of 2002 (18 U.S.C. §§ 1512, 1519-20) amend or establish criminal sanctions for altering documents in an investigation or for impeding an official proceeding." Accordingly, any destruction or disposal of the data maintained at the Lease Location by you or anyone else may contravene the request made by the government agencies as part of their ongoing investigations and may result in criminal sanctions pursuant to the provisions identified by the SEC.

If you have any further questions on this issue, feel free to call me at 213-430-6649.

Sincerely,

*J. de Neve NO*

J. Jorge deNeve
Counsel
for O'MELVENY & MYERS LLP

LA2:834601.1