# <u>EXHIBIT C</u>



**NEW CENTURY** MORTGAGE CORPORATION   *18400 Von Karman, Suite 1000, Irvine, CA 92612 (949) 440-7030*

# FAX TRANSMITTAL

To  Town Park Renaissance LLC                    Fax Number (770) 438-6424

Company _____                 Date _____

From  Debbie Saralegui _____           Fax Number (949) 471-8203

Re  114 Town Park _____                Number of Pages (including cover) __2__

cc _____

☐ Urgent     ☐ For Your Review     ☐ Please Comment     ☐ Reply ASAP

Message:

PLEASE REVIEW THE ATTACHED LETTER, SIGN AND FAX BACK TO MY ATTENTION AT 949-471-8203
OR VIA EMAIL DSARALEGUI@NCEN.COM. IF YOU HAVE ANY QUESTIONS, I CAN BE REACHED AT
949-517-0645.  THANK YOU

DEBBIE SARALEGUI
HOME123/NEW CENTURY MORTGAGE

**Confidentiality Notice**

This message is intended for the use of the individual or entity to whom it is addressed.  If the reader of this message is not the intended recipient,
or the employee or agent responsible for delivering the message to the intended recipient, any dissemination, distribution, or copying of this
communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the
original message to us at the address listed above via the United States Postal Service.  Thank you.

ADMIN-58 (11/7/00)                                         Official NCM Online Form

June 29, 2007

Town Park Renaissance LLC
2303 Cumberland Parkway
Atlanta, GA 30339

Re:    Lease by and between Home123 Corporation/New Century Mortgage Corporation
       ("Tenant") and Landlord for the premises located at 114 Town Park Drive,
       Kennesaw, GA (the "Premises")

Dear Sir or Madam:

Thank you for your cooperation and assistance in granting our vendors access to the
Premises for purpose of removing Tenant's personal property. As this work is now
complete, Tenant wishes to confirm the following items:

1. On June 30, 2007 (the "Delivery Date"), Tenant unequivocally relinquished
   control of the Premises to Landlord in broom clean condition and turned over to
   Landlord all keys and/or key cards to the Premises.

2. Tenant agrees that Landlord shall have the right to re-enter and take possession of
   the Premises as of the Delivery Date, as fully as it would or could have done if
   that were the date provided for the expiration or termination of the Lease.

3. Tenant acknowledges and agrees that any personal property or other items that
   may be considered personal property remaining on the Premises after the Delivery
   Date will belong to Landlord and this letter will constitute a bill of sale for them
   to Landlord. Any such personal property may be disposed of by Landlord, in
   Landlord's sole discretion, without obligation or liability to Tenant.

4. Landlord acknowledges and agrees that Tenant shall have no further obligation to
   make any repairs to the Premises and/or remove any of the furniture, fixtures,
   equipment or other improvements contained in the Premises.

Please indicate your acknowledgement and acceptance of the items above by signing in
the space provided below and returning a copy of this letter to me.

Sincerely,                                          UNDERSTOOD AND AGREED

Elise Luckham
Vice President, Corporate Services                  Name: _____
(949) 517-0407                                      Title: _____