# **EXHIBIT D**

RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION

ONE RODNEY SQUARE

920 NORTH KING STREET

MARIS J FINNEGAN
ADMITTED IN PENNSYLVANIA. NEW
JERSEY ONLY

WILMINGTON, DELAWARE 19801

(302) 651-7700

FAX (302) 651-7701

WWW.RLF.COM

DIRECT DIAL NUMBER
302-651-7881
MFINNEGAN@RLF COM

June 28, 2007

**VIA ELECTRONIC MAIL**

Elihu Ezekiel Allinson, III
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Email: zeke@williamdsullivanllc.com

> Re:   In re New Century TRS Holdings, Inc., *et al.*, Case No.
> 07-10416 (KJC) - Letter Authorizing Access to Premises

Dear Zeke:

As you are aware, on April 2, 2007, New Century Financial Corporation, New Century TRS Holdings, and certain of their direct and indirect subsidiaries (collectively, the "Debtors") commenced cases under chapter 11 of the United States Bankruptcy Code by filing voluntary petitions in the United States Bankruptcy Court for the District of Delaware. My firm serves as co-counsel to the Debtors, along with O'Melveny & Myers LLP, in connection with the Debtors' chapter 11 cases.

I have been corresponding with Andrew D. Wagner at AlixPartners LLP, crisis managers for the Debtors, regarding the retrieval of certain records, equipment and FF&E located at a property currently under your client's control: 114 Town Park Drive, Suite 150, Kennesaw, Georgia (the "Property"). The personal property located at the Property includes assets that are being liquidated by the Debtors in connection with their chapter 11 cases and assets that are relevant to the ongoing investigation by the SEC. Accordingly, it is imperative that the Debtors and their authorized representatives be given full access to the Property.

I understand from Mr. Wagner that Bekins Moving and Storage needs to be granted immediate access to the Property to retrieve the property discussed above. As counsel for the Debtors, we request that such entities be granted access to the Property. We agree that the landlord is not responsible for any items that are lost or damaged as a result of the activities of Bekins Moving and Storage at the Property. Additionally, the Debtors do not have keys to the Property, and it is the Debtors' understanding that a locksmith must be employed to facilitate entry into the Property. Bekins Moving and Storage is authorized to take possession of the key

RLF1-3172337-1

Elihu Ezekiel Allinson, III
June 28, 2007
Page 2


from the locksmith.  To the extent that you need additional information regarding the parties to be granted access, please feel free to contact Mr. Wagner directly at (213) 422-8093. Additionally, I understand that certain additional representatives of the Debtors will need to gain access to the Property from time to time.  I ask that such individuals also be granted access to the Property upon request from Mr. Wagner or his colleagues.

        To the extent that you would like to discuss this matter with me, please feel free to contact me at your convenience.


                                        Very truly yours,


                                        Maris J. Finnegan


MJF/lma
cc:  Andrew D. Wagner (via Electronic Mail)

RLF1-3172337-1