# EXHIBIT A

Firm: Howrey, LLP
Report: sp031.R
From: 04/01/07  thru 06/30/07

Page: 1
Produced: 08/08/2007

List fees, disbursements entries
Selected matter: 03472.0002.000000  Internal Investigation  (Client: Special Investigation)
Billed Only

| Control Group.Entry | Timekeeper Xreq (Category) | Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit | Value | Statement Time/Unit | amount | Entry Type | State | Prebill Number | /line | Posted | Warn flag | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 668352.3 | Handzlik,J | 04/01/07 | Exchange of emails with Mr. Mayorkas; telephone call to Mr. Forster of New Century; telephone conference with Mr. Shepard re bankruptcy filing; review of related documents. | 695.00 | 2.00 | 1,390.00 | 2.00 | 1,390.00 | Billable | 905365 | 1246285 | / 1 | 06/25/07 | YES | Yes |
| 668352.11 | Handzlik,J | 04/02/07 | Telephone call to Mr. Shepard; exchange of emails with Mr. Shepard; telephone call to Mr. Mayorkas; email to Mr. Mayorkas; review of related documents. | 695.00 | 1.25 | 868.75 | 0.50 | 347.50 | Billable | 905365 | 1246285 | / 2 | 06/25/07 | YES | Yes |
| 668352.17 | Handzlik,J | 04/03/07 | Telephone conference with Mr. Shepard; exchange of emails with Mr. Mayorkas; review of documents re investigation. | 695.00 | 0.75 | 521.25 | 0.75 | 521.25 | Billable | 905365 | 1246285 | / 3 | 06/25/07 | YES | Yes |
| 668352.31 | Handzlik,J | 04/05/07 | Review of retention application documents received from Ms. Dixon; review of related documents. | 695.00 | 0.25 | 173.75 | 0.25 | 173.75 | Billable | 905365 | 1246285 | / 4 | 06/25/07 | YES | Yes |
| 668352.49 | Handzlik,J | 04/09/07 | Exchange of voicemails with Mr. Mayorkas; review of related documents. | 695.00 | 0.50 | 347.50 | 0.25 | 173.75 | Billable | 905365 | 1246285 | / 5 | 06/25/07 | YES | Yes |
| 668352.74 | Handzlik,J | 04/13/07 | Exchange of emails with Mr. Shepard and Ms. Dixon; review of materials related to internal investigation. | 695.00 | 0.50 | 347.50 | 0.50 | 347.50 | Billable | 905365 | 1246285 | / 6 | 06/25/07 | YES | Yes |
| 668352.78 | Handzlik,J | 04/14/07 | Exchange of emails with Ms. Chaney re bankruptcy filings; review of related documents. | 695.00 | 0.25 | 173.75 | 0.25 | 173.75 | Billable | 905365 | 1246285 | / 7 | 06/25/07 | YES | Yes |
| 668352.80 | Handzlik,J | 04/15/07 | Telephone conference with Mr. Shepard; exchange of emails with Ms. Chaney re bankruptcy petition; review of petition. | 695.00 | 0.25 | 173.75 | 0.25 | 173.75 | Billable | 905365 | 1246285 | / 8 | 06/25/07 | YES | Yes |
| 668352.90 | Handzlik,J | 04/17/07 | Telephone conference with Mr. Forster; telephone conference with Mr. Shepard; email to Mr. Sachs; emails to Mr. Forster and Mr. Shepard; review of related documents. | 695.00 | 1.25 | 868.75 | 0.75 | 521.25 | Billable | 905365 | 1246285 | / 12 | 06/25/07 | YES | Yes |
| 668352.95 | Handzlik,J | 04/18/07 | Telephone conference with Mr. Sachs; telephone conference with Mr. Rosen of SEC; exchange of emails with Mr. Resch; preparation of file memo; review of related documents. | 695.00 | 1.25 | 868.75 | 1.25 | 868.75 | Billable | 905365 | 1246285 | / 16 | 06/25/07 | YES | Yes |
| 668352.101 | Handzlik,J | 04/19/07 | Review of materials re Mr. Sachs; telephone conference with Mr. deNeve at O'Melveny & Myers. | 695.00 | 1.25 | 868.75 | 1.25 | 868.75 | Billable | 905365 | 1246285 | / 17 | 06/25/07 | YES | Yes |
| 668352.111 | Handzlik,J | 04/23/07 | Review of documents relating to margin calls. | 695.00 | 1.00 | 695.00 | 1.00 | 695.00 | Billable | 905365 | 1246285 | / 19 | 06/25/07 | YES | Yes |
| 668352.116 | Handzlik,J | 04/24/07 | Conference with Mr. deNeve of O'Melveny & Myers; exchange of emails with Ms. Chaney and Mr. Resch; review of related materials with Ms. deNeve re internal investigation. | 695.00 | 2.00 | 1,390.00 | 2.00 | 1,390.00 | Billable | 905365 | 1246285 | / 20 | 06/25/07 | YES | Yes |
| 668352.121 | Handzlik,J | 04/25/07 | Telephone conference with Mr. deNeve; exchange of emails with Mr. Resch and Ms. Chaney re documents from O'Melveny & Myers; exchange of emails with Mr. deNeve; review of related documents. | 695.00 | 1.50 | 1,042.50 | 1.50 | 1,042.50 | Billable | 905365 | 1246285 | / 22 | 06/25/07 | YES | Yes |

```
Firm: Howrey, LLP                                    List fee, disbursements entries                                              Page: 2
Report: ap0031.R                          Selected matter: 03472.0002.000000  Internal Investigation                              Produced: 08/08/2007
From: 04/01/07    thru 06/30/07                                               Billed Only
                                                                              (Client: Special Investigation)

Control   Timekeeper Xran                                       Hourly   Actual                Statement            Entry                              Warn Print
Group.Entry (Category) Date    Description of service, disbursements   Rate    Time/Unit  Value    Time/Unit  amount    Type    State_ Number_ /Line_ Posted    Flag Flag_

668352.129  Handzlik,J 04/26/07  Conferences with Mr. Resch and other team members; telephone   695.00   4.25   2,953.75   4.25   2,953.75 Billable   905365 1246285 /   25 06/25/07 YES   Yes
                                 conference call with Mr. Sachs and Mr. Resch; telephone
                                 conference with Mr. Hanna and Mr. Resch; voicemail to Mr.
                                 Forster; review of documents from O'Melveny & Myers; telephone
                                 conference with Mr. Forster; exchange of emails with Mr. Resch.

668352.136  Handzlik,J 04/27/07  Telephone conference with Mr. Hanna re e-mail and other issues; 695.00  3.25   2,258.75   3.25   2,258.75 Billable   905365 1246285 /   28 06/25/07 YES   Yes
                                 exchange of emails with Ms. Kowalski and Mr. Resch re follow-up
                                 with Ms. Jewett; review of documents; email to Mr. Severin;
                                 review of related documents; conference call with Mr. Jewett,
                                 Ms. Kowalski, Mr. Resch.

668352.148  Handzlik,J 04/29/07  Exchange of emails with Mr. Hanna; review of materials          695.00   1.00     695.00   1.00     695.00 Billable   905365 1246285 /   32 06/25/07 YES   Yes
                                 concerning Mr. Sachs' margin calls.

668352.150  Handzlik,J 04/30/07  Exchange of emails and telephone conference with Mr. Resch;     695.00   3.25   2,258.75   3.25   2,258.75 Billable   905365 1246285 /   34 06/25/07 YES   Yes
                                 telephone conference with Mr. Sachs and Mr. Resch; review of
                                 related materials; exchange of emails with Ms. Young re Mr.
                                 Sachs; exchange of emails with Ms. Kowalski and Mr. Resch;
                                 telephone conference with Mr. Resch re Mr. Hansen; evaluate
                                 role of Gibson, Dunn.

669157.1    Handzlik,J 05/01/07  Discuss Merrill Lynch margin call with Mr. Severin and in-house 695.00  3.50   2,432.50   3.50   2,432.50 Billable   905492 1246676 /    1 06/29/07 YES   Yes
                                 lawyers; preparation of preliminary report of findings to date;
                                 review and revision of report; exchange of emails with Mr.
                                 Forster; exchange of emails with Mr. Sachs; telephone
                                 conference with Mr. Forster providing oral report; exchange of
                                 emails with Mr. Resch and Ms. Kowalski.

669157.8    Handzlik,J 05/02/07  Exchange of emails with Mr. Forster; telephone conference with  695.00  3.50   2,432.50   3.50   2,432.50 Billable   905492 1246676 /    4 06/29/07 YES   Yes
                                 Mr. Hanna; telephone conference with Mr. Forster; conference
                                 call with Special Investigation Committee, Mr. Forster and Mr.
                                 Pitt; subsequent telephone conference with Mr. Resch and Ms.
                                 Kowalski; telephone call to Merrill Lynch attorney Mr.
                                 Goldfried; exchange of emails with Mr. Resch and Ms. Kowalski;
                                 exchange of emails with Mr. Severin

669157.15   Handzlik,J 05/03/07  Telephone conference with Delaware bankruptcy counsel;          695.00   1.00     695.00   1.00     695.00 Billable   905492 1246676 /    7 06/29/07 YES   Yes
                                 telephone conference with Merrill Lynch counsel Mr. Goldfried;
                                 exchange of emails with Mr. Pitt; exchange of emails with Ms.
                                 Dixon; exchange of emails with Mr. Chaney;
```

Firm: Howrey, LLP
Report: ap0033.R
From: 04/01/07  thru 06/30/07

Page: 3
Produced: 08/08/2007

List fee, disbursements entries
Selected matter: 03472.0002.000000 Internal Investigation (Client: Special Investigation)
Billed Only

| Control Group.Entry | Timekeeper (category) | Xran Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit | Value | Statement Time/Unit | amount | Entry Type | State | Prebill Number | /line | Posted | Warn Flag | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 669157.20 | Handzlik,J | 05/04/07 | Exchange of emails with Mr. Resch re report; exchange of emails with Mr. Pitt; exchange of emails with Mr. Shepard; telephone conference with Mr. Goldfried of Merrill Lynch; exchange of voicemails with Mr. Forster; telephone conference with Mr. Goldfried; telephone conference with Delaware bankruptcy lawyer; exchange of emails with Ms. Kowalski re application to bankruptcy court. | 695.00 | 1.25 | 868.75 | 1.25 | 868.75 | Billable | 905492 | 1246676 | / 10 | 06/29/07 | YES | Yes |
| 669157.28 | Handzlik,J | 05/05/07 | Preparation of memorandum of telephone conference with Merrill Lynch lawyer; exchange of emails with Mr. Resch and Ms. Kowalski re same; telephone conference with Ms. Dixon re actions of Heller concerning audit committee; telephone conference with Delaware bankruptcy lawyer; conference call; exchange of emails with Mr. Forster. | 695.00 | 2.25 | 1,563.75 | 2.25 | 1,563.75 | Billable | 905492 | 1246676 | / 11 | 06/29/07 | YES | Yes |
| 669157.39 | Handzlik,J | 05/07/07 | Exchange of emails with Mr. Forster; conference with Mr. Resch re New Century Financial employee; review and complete application in bankruptcy; exchange of emails with Ms. Kowalski re Mr. Samis; exchange of emails with Mr. Resch re outstanding tasks; review of documents. | 695.00 | 2.25 | 1,563.75 | 2.25 | 1,563.75 | Billable | 905492 | 1246676 | / 12 | 06/29/07 | YES | Yes |
| 669157.46 | Handzlik,J | 05/08/07 | Telephone conference with Mr. Forster; review of message from Mr. Rosen; telephone conference with Mr. Rosen; exchange of emails with Mr. Mayorkas; exchange of emails with Mr. Shepard re SEC. | 695.00 | 1.25 | 868.75 | 1.25 | 868.75 | Billable | 905492 | 1246676 | / 13 | 06/29/07 | YES | Yes |
| 669157.53 | Handzlik,J | 05/09/07 | Telephone conference with Mr. Shepard; exchange of emails with Mr. Mayorkas; exchange of emails with Mr. Resch re New Century documents; preparation of task list for investigation; exchange of emails with Ms. Kowalski re task list and bankruptcy; review of documents. | 695.00 | 2.00 | 1,390.00 | 2.00 | 1,390.00 | Billable | 905492 | 1246676 | / 15 | 06/29/07 | YES | Yes |
| 669157.60 | Handzlik,J | 05/10/07 | Telephone conference with SEC attorney Mr. Rosen; telephone conferences with Mr. Mayorkas; email to Mr. Forster; exchange of emails with Mr. Kowalski re application for employment; exchange of emails with Mr. Resch and Ms. Kowalski re potential outstanding tasks; exchange of emails with Mr. Forster; review of task list and related documents. | 695.00 | 1.25 | 868.75 | 1.25 | 868.75 | Billable | 905492 | 1246676 | / 18 | 06/29/07 | YES | Yes |
| 669158.2 | Handzlik,J | 05/11/07 | Conference at O'Melveny & Myers with Mr. Mayorkas, Mr. deNeve, Mr. Resch and Ms. Kowalski; exchange of emails with Mr. Forster; exchange of emails with Ms. Philip re written report; review of related documents. | 695.00 | 3.25 | 2,258.75 | 3.25 | 2,258.75 | Billable | 905492 | 1246676 | / 20 | 06/29/07 | YES | Yes |

Firm: Howrey, LLP
Report: ap0031.R
From: 04/01/07    thru 06/30/07

List fee, disbursements entries
Selected matter: 03472.0002.000000    Internal Investigation    (Client: Special Investigation)
Billed Only

Page: 4
Produced: 08/08/2007

| Control Group.Entry | Timekeeper (Category) | Kran Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit | Value | Statement Time/Unit | amount | Entry Type | State | Prebill Number | /Line | Posted | Warn Flag | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 669158.11 | Handzlik,J | 05/14/07 | Telephone conference with Mr. Rosen of SEC; continuing review of documents re Mr. Sachs; review of related documents. | 695.00 | 1.50 | 1,042.50 | 1.50 | 1,042.50 | Billable | 905492 | 1246676 | / 23 | 06/29/07 | YES | Yes |
| 669158.20 | Handzlik,J | 05/15/07 | Exchange of emails with Mr. Rosen of SEC; file memoranda; exchange of emails with Mr. Hanna re Mr. Sachs; telephone conference with Mr. Mazmelstein re Mr. Sachs; exchange of emails with Mr. Beck re Mr. Sachs; review of brokerage documents; exchange of emails with Ms. Philip re written report; exchange of emails with Mr. Resch and Ms. Kowalski; review of timeline. | 695.00 | 3.50 | 2,432.50 | 3.50 | 2,432.50 | Billable | 905492 | 1246676 | / 26 | 06/29/07 | YES | Yes |
| 669158.25 | Handzlik,J | 05/16/07 | Exchange of emails with Ms. Chaney re written report; exchange of emails with Ms. Philip; review of memoranda of interviews; research of law re insider trading. | 695.00 | 2.00 | 1,390.00 | 2.00 | 1,390.00 | Billable | 905492 | 1246676 | / 30 | 06/29/07 | YES | Yes |
| 669158.30 | Handzlik,J | 05/17/07 | Telephone conference with Mr. Mazmelstein re Mr. Sachs information; telephone conference with Mr. Rosen; exchange of emails with Mr. Kowalski; exchange of emails with Mr. Forster. | 695.00 | 2.00 | 1,390.00 | 2.00 | 1,390.00 | Billable | 905492 | 1246676 | / 33 | 06/29/07 | YES | Yes |
| 669159.11 | Handzlik,J | 05/19/07 | Exchange of emails with Mr. Resch and Ms. Kowalski re Mr. Sachs and Mr. Beck; review of documents re margin calls. | 695.00 | 0.50 | 347.50 | 0.50 | 347.50 | Billable | 905492 | 1246676 | / 37 | 06/29/07 | YES | Yes |
| 669159.18 | Handzlik,J | 05/21/07 | Exchange of voicemails with Mr. Rosen of SEC; review of article re retention of Howrey; exchange of emails with Ms. Kowalski re Mr. Li. | 695.00 | 2.00 | 1,390.00 | 2.00 | 1,390.00 | Billable | 905492 | 1246676 | / 38 | 06/29/07 | YES | Yes |
| 669159.27 | Handzlik,J | 05/22/07 | Telephone conference with Mr. Rosen of SEC; preparation of summary of conversation with Mr. Rosen; exchange of emails with Ms. Chaney; exchange of emails with Mr. Mayorkas. | 695.00 | 0.50 | 347.50 | 0.50 | 347.50 | Billable | 905492 | 1246676 | / 41 | 06/29/07 | YES | Yes |
| 669159.32 | Handzlik,J | 05/23/07 | Two telephone conferences with Mr. Rosen; email to Mr. Forster, O'Melveny & Myers and Howrey team with report of telephone conferences with Mr. Rosen; exchange of emails with Ms. Chaney re written report; exchange of emails with Mr. Mazmelstein. | 695.00 | 3.00 | 2,085.00 | 3.00 | 2,085.00 | Billable | 905492 | 1246676 | / 42 | 06/29/07 | YES | Yes |
| 669159.37 | Handzlik,J | 05/24/07 | Exchange of voicemails with Mr. Lang; email to Mr. Forster; exchange of emails with Mr. Forster; review of memorandum of report to SEC. | 695.00 | 1.25 | 868.75 | 1.25 | 868.75 | Billable | 905492 | 1246676 | / 45 | 06/29/07 | YES | Yes |
| 669159.44 | Handzlik,J | 05/25/07 | Telephone conference with Mr. Lang of SEC; telephone conference with Mr. Forster; revise memorandum re February 23 call; telephone conference with Mr. Zona; conference with Ms. Kowalski re timeline; review of February 7th press release. | 695.00 | 2.75 | 1,911.25 | 2.75 | 1,911.25 | Billable | 905492 | 1246676 | / 48 | 06/29/07 | YES | Yes |
| 669159.52 | Handzlik,J | 05/26/07 | Review draft of May 23rd memorandum; forward same to Mr. Forster; review of comments provided by Mr. Forster. | 695.00 | 0.75 | 521.25 | 0.75 | 521.25 | Billable | 905492 | 1246676 | / 50 | 06/29/07 | YES | Yes |

Firm: Howrey, LLP
Report: ap0031.R
From: 04/01/07  thru 06/30/07

Page: 5
Produced: 08/08/2007

List fee, disbursements entries
Selected matter: 03472.0002.000000 Internal Investigation   (Client: Special Investigation)
Billed Only

| Control Group.Entry | Timekeeper (Category) | Xran Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit | Value | Statement Time/Unit | amount | Entry Type | State | Prebill Number | /Line | Posted | Warn Flag | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 669159.59 | Handzlik,J | 05/28/07 | Review and revision of memorandum re call with Mr. Rosen of SEC; review of Mr. Forster's comments; email to directors attaching memorandum. | 695.00 | 1.25 | 868.75 | 1.25 | 868.75 | Billable | 905492 | 1246676 | 51 | 06/29/07 | YES | Yes |
| 669159.66 | Handzlik,J | 05/29/07 | Review of comments from Mr. Zona; research insider trading issue; review of related documents. | 695.00 | 2.00 | 1,390.00 | 2.00 | 1,390.00 | Billable | 905492 | 1246676 | 54 | 06/29/07 | YES | Yes |
| 672045.15 | Handzlik,J | 06/05/07 | Exchange of emails with Mr. Resch and Ms. Kowaleki re Mr. Sachs regarding report; email to Mr. Shepard; exchange of emails with Mr. Rosen; discuss search terms. | 695.00 | 0.25 | 173.75 | 0.25 | 173.75 | Billable | 911070 | 1252654 | 3 | 07/20/07 | YES | Yes |
| 672045.22 | Handzlik,J | 06/06/07 | Review of email from Ms. Kowaleki; review of related documents. | 695.00 | 0.25 | 173.75 | 0.25 | 173.75 | Billable | 911070 | 1252654 | 6 | 07/20/07 | YES | Yes |
| 672045.26 | Handzlik,J | 06/07/07 | Exchange of emails with Mr. Shepard; exchange of emails with Mr. Rosen of SEC; review of draft chronology and related documents. | 695.00 | 1.00 | 695.00 | 1.00 | 695.00 | Billable | 911070 | 1252654 | 8 | 07/20/07 | YES | Yes |
| 672045.28 | Handzlik,J | 06/08/07 | Preparation of draft chronology and report; review of related docs. | 695.00 | 2.50 | 1,737.50 | 2.50 | 1,737.50 | Billable | 911070 | 1252654 | 10 | 07/20/07 | YES | Yes |
| 672045.38 | Handzlik,J | 06/12/07 | Review of email from Mr. Forster; review of draft chronology; revisions and review of memoranda from investigation. | 695.00 | 2.00 | 1,390.00 | 2.00 | 1,390.00 | Billable | 911070 | 1252654 | 14 | 07/20/07 | YES | Yes |
| 672045.41 | Handzlik,J | 06/13/07 | Email to Special Investigation Committee re chronology; further review and revision. | 695.00 | 0.75 | 521.25 | 0.75 | 521.25 | Billable | 911070 | 1252654 | 17 | 07/20/07 | YES | Yes |
| 672045.46 | Handzlik,J | 06/15/07 | Telephone conference with Special Investigation Committee and Mr. Resch; conference with Mr. Resch; exchange of emails with Mr. Shepard and Ms. Dixon; exchange of emails with members of the Special Investigation Committee. | 695.00 | 2.50 | 1,737.50 | 2.50 | 1,737.50 | Billable | 911070 | 1252654 | 19 | 07/20/07 | YES | Yes |
| 672045.51 | Handzlik,J | 06/17/07 | Review of message from Mr. Mayorkas; telephone call to Mr. Mayorkas; review of documents to chronology. | 695.00 | 1.00 | 695.00 | 1.00 | 695.00 | Billable | 911070 | 1252654 | 22 | 07/20/07 | YES | Yes |
| 672045.53 | Handzlik,J | 06/18/07 | Telephone conference with Mr. Mayorkas; review of draft documents. | 695.00 | 0.25 | 173.75 | 0.25 | 173.75 | Billable | 911070 | 1252654 | 23 | 07/20/07 | YES | Yes |
| 672045.59 | Handzlik,J | 06/19/07 | Exchange of emails with Ms. Kowaleki re chronology; review of revised chronology and message to Mr. Forster. | 695.00 | 0.25 | 173.75 | 0.25 | 173.75 | Billable | 911070 | 1252654 | 25 | 07/20/07 | YES | Yes |
| 672045.65 | Handzlik,J | 06/20/07 | Email to Special Investigation Committee attaching draft chronology; exchange of emails with Mr. Forster; exchange of emails with Mr. Mayorkas; email to Mr. Shepard. | 695.00 | 0.50 | 347.50 | 0.50 | 347.50 | Billable | 911070 | 1252654 | 28 | 07/20/07 | YES | Yes |
| 672045.68 | Handzlik,J | 06/21/07 | Telephone conference with Mayorkas. | 695.00 | 0.25 | 173.75 | 0.25 | 173.75 | Billable | 911070 | 1252654 | 30 | 07/20/07 | YES | Yes |
| 672045.75 | Handzlik,J | 06/22/07 | Review of email from Ms. Kowaleki; review of voicemail to from lawyer for receiver, Mr. Missal; email to Mr. Missal to schedule conference call; review of work product. | 695.00 | 0.50 | 347.50 | 0.50 | 347.50 | Billable | 911070 | 1252654 | 31 | 07/20/07 | YES | Yes |

Firm: Hourey, LLP
Report: ap0031.R
From: 04/02/07   thru 06/30/07

Selected matter: 03472.0002.000000   List fees, disbursements entries
Internal Investigation
Billed Only
(Client: Special Investigation)

Page: 6
Produced: 08/08/2007

| Control Group.Entry | Timekeeper Xxxx (Category) | Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit | Value | Statement Time/Unit | amount | Entry Type | State | Prebill Number | /Line | Posted | Warn Flag | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 672045.87 | Handzlik,J | 06/25/07 | Telephone conference with Mr. Missal; telephone conference with Mr. Mayorkas; review of redlined timeline draft; exchange of emails with Ms. Kowalski; exchange of emails re electronic documents from Mr. Sachs's attorney; email to Mr. Rosen of SEC; review of memoranda. | 695.00 | 2.00 | 1,390.00 | 2.00 | 1,390.00 | Billable | 911070 | 1252654 | 33 | 07/30/07 | YES | Yes |
| 672045.92 | Handzlik,J | 06/26/07 | Exchange of emails with Mr. Missal's lawyer for bankruptcy examiner; exchange of emails with Mr. Forster; exchange of emails with Ms. Kubicek; review of timeline draft. | 695.00 | 1.25 | 868.75 | 1.25 | 868.75 | Billable | 911070 | 1252654 | 35 | 07/30/07 | YES | Yes |
| 672045.98 | Handzlik,J | 06/28/07 | Conference with Mr. Resch; telephone conference with Mr. Mermelstein re Mr. Sachs. | 695.00 | 0.50 | 347.50 | 0.50 | 347.50 | Billable | 911070 | 1252654 | 38 | 07/30/07 | YES | Yes |
| 658101.30 | Bowers, T | 04/17/07 | Review Notice of Sale and related documents. | 685.00 | 0.25 | 171.25 | 0.25 | 171.25 | Billable | 905365 | 1246285 | 13 | 06/25/07 | YES | Yes |
| 659593.26 | Bowers, T | 04/25/07 | Write off * | 685.00 | 0.25 | 171.25 | 0.25 | 171.25 | Billable | 905365 | 1246285 | 23 | 06/25/07 | YES | No |
| 660155.381 | Bowers, T | 04/30/07 | Review Mr. Sachs' trading documents and related materials. | 685.00 | 1.00 | 685.00 | 1.00 | 685.00 | Billable | 905365 | 1246285 | 35 | 06/25/07 | YES | Yes |
| 664459.53 | Philip, P | 05/15/07 | Review of issues and analysis of issues. | 510.00 | 0.50 | 255.00 | 0.50 | 255.00 | Billable | 905492 | 1246676 | 27 | 06/29/07 | YES | Yes |
| 668325.165 | Philip, P | 05/16/07 | Analysis of legal issues. | 510.00 | 0.50 | 255.00 | 0.50 | 255.00 | Billable | 905492 | 1246676 | 31 | 06/29/07 | YES | Yes |
| 665529.2 | Philip, P | 05/28/07 | New Century - Review of legal research re insider trading. | 510.00 | 1.00 | 510.00 | 1.00 | 510.00 | Billable | 905492 | 1246676 | 52 | 06/29/07 | YES | Yes |
| 659936.16 | Resch,M | 04/16/07 | Office conference with Mr. Handzlik re investigation; review background documents. | 510.00 | 1.25 | 637.50 | 1.25 | 637.50 | Billable | 905365 | 1246285 | 10 | 06/25/07 | YES | Yes |
| 659936.51 | Resch,M | 04/24/07 | Further review of background documents and notes of previous conferences; schedule call with Mr. Sachs. | 510.00 | 1.75 | 892.50 | 0.75 | 382.50 | Billable | 905365 | 1246285 | 21 | 06/25/07 | YES | Yes |
| 659936.56 | Resch,M | 04/25/07 | Write off * | 510.00 | 0.25 | 127.50 | 0.25 | 127.50 | Billable | 905365 | 1246285 | 24 | 06/25/07 | YES | No |
| 659936.63 | Resch,M | 04/26/07 | Telephone conference with Mr. Sachs' February 8, 2007 transaction; investigation of Mr. Sachs' February 8, 2007 transaction; telephone conference with Mr. Sachs and Mr. Handzlik re same; review of documents re same; telephone conference with Ms. Kenworthy re documents. | 510.00 | 5.25 | 2,677.50 | 5.25 | 2,677.50 | Billable | 905365 | 1246285 | 26 | 06/25/07 | YES | Yes |
| 659936.78 | Resch,M | 04/27/07 | Telephone conference with Ms. Jewett, Mr. Handzlik and Ms. Kowalski re investigation of Mr. Sachs' February 8, 2007 transaction; subsequent correspondence re same; review documents sent by Mr. Sachs. | 510.00 | 2.50 | 1,275.00 | 2.50 | 1,275.00 | Billable | 905365 | 1246285 | 29 | 06/25/07 | YES | Yes |
| 660167.183 | Resch,M | 04/30/07 | Telephone conference with Mr. Hansen, Mr. Hanna, Ms. Young and Ms. Kowalski re Mr. Sachs' February 8, 2007 transaction; telephone conference with Mr. Sachs, Mr. Hanna, Ms. Young and Mr. Kowalski re same; further review of documents re same. | 510.00 | 2.75 | 1,402.50 | 2.75 | 1,402.50 | Billable | 905365 | 1246285 | 36 | 06/25/07 | YES | Yes |

Firm: Howrey, LLP
Report: sp0031.R
From: 04/01/07    thru 06/30/07

Selected matter: 03472.0002.000000    List fees, disbursements entries
Internal Investigation Billed Only    (Client: Special Investigation)

Page: 7
Produced: 08/08/2007

| Control Group.Entry | Timekeeper (Category) | Xran Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit | Value | Statement Time/Unit | amount | Entry Type | State | Prebill Number | /Line | Posted | Warn Print Flag Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 661853.7 | Resch,M | 05/01/07 | Revise memorandum re preliminary findings; separate telephone conferences with Mr. Hansen, Mr. Sachs, Mr. Hanna, Ms. Young, Mr. Handzlik and Ms. Kowalski; review documents re Mr. Sachs' February 8 communications and Merrill Lynch transactions. | 510.00 | 2.75 | 1,402.50 | 2.75 | 1,402.50 | Billable | 905492 | 1246676 | / | 2 06/29/07 | YES Yes |
| 661853.19 | Resch,M | 05/02/07 | Telephone conference with Mr. Pitt, Mr. Handzlik and the special investigation committee re the investigation of Mr. Sachs' February 8, 2007 transactions; telephone conference with Mr. Hanna and Ms. Young re same; review documents and e-mail correspondence re same; internal discussion with Mr. Handzlik and Ms. Kowalski re same. | 510.00 | 3.50 | 1,785.00 | 3.50 | 1,785.00 | Billable | 905492 | 1246676 | / | 5 06/29/07 | YES Yes |
| 661853.24 | Resch,M | 05/03/07 | Attention to matters re investigation of Mr. Sachs' February 8, 2007 transaction and related conflict of interest issues; e-mail correspondence with Mr. Handzlik re same. | 510.00 | 1.25 | 637.50 | 1.25 | 637.50 | Billable | 905492 | 1246676 | / | 8 06/29/07 | YES Yes |
| 662905.6 | Resch,M | 05/09/07 | Prepare list of outstanding tasks; review documents re same. | 510.00 | 0.75 | 382.50 | 0.75 | 382.50 | Billable | 905492 | 1246676 | / | 16 06/29/07 | YES Yes |
| 662905.14 | Resch,M | 05/11/07 | Prepare for and attend meeting with Mr. Mayorkas, Mr. de Neve, Mr. Handzlik and Ms. Kowalski re investigation into Mr. Sachs' February 8, 2007 transaction; subsequent office conference with Mr. Handzlik and Ms. Kowalski re same; review documents re same; research re SEC rules re same. | 510.00 | 3.75 | 1,912.50 | 3.75 | 1,912.50 | Billable | 905492 | 1246676 | / | 21 06/29/07 | YES Yes |
| 662905.25 | Resch,M | 05/15/07 | Revise correspondence to Mr. Mezmelstein and Mr. Theologides re requests for information; telephone call to Mr. Mezmelstein re same; review documents in response to requests for information by Mr. Rosen; office conference with Ms. Kowalski re same. | 510.00 | 1.25 | 637.50 | 1.25 | 637.50 | Billable | 905492 | 1246676 | / | 28 06/29/07 | YES Yes |
| 663325.446 | Resch,M | 05/29/07 | Review e-mail correspondence re status of requests for information from Mr. Sachs' counsel; review previously produced documents re same. | 510.00 | 0.75 | 382.50 | 0.75 | 382.50 | Billable | 905492 | 1246676 | / | 55 06/29/07 | YES Yes |
| 665325.541 | Resch,M | 05/31/07 | Review proposed electronic search terms drafted by Ms. Kowalski; telephone conference with Ms. Kowalski re same. | 510.00 | 0.50 | 255.00 | 0.50 | 255.00 | Billable | 905492 | 1246676 | / | 58 06/29/07 | YES Yes |
| 666706.1 | Resch,M | 06/01/07 | Attention to matters re search for relevant electronic documents. | 510.00 | 0.25 | 127.50 | 0.25 | 127.50 | Billable | 911070 | 1252654 | / | 1 07/30/07 | YES Yes |
| 666706.17 | Resch,M | 06/05/07 | Revise list of search terms for search of electronic documents; telephone conference with Ms. Kowalski re same. | 510.00 | 0.50 | 255.00 | 0.50 | 255.00 | Billable | 911070 | 1252654 | / | 4 07/30/07 | YES Yes |
| 666706.31 | Resch,M | 06/08/07 | Revise draft chronology and report of findings; review documents re same; e-mail correspondence with Mr. Shepard re same. | 510.00 | 1.25 | 637.50 | 1.25 | 637.50 | Billable | 911070 | 1252654 | / | 11 07/30/07 | YES Yes |
| 666706.47 | Resch,M | 06/11/07 | Review Heller's draft chronology and report; revise chronology re Mr. Sachs. | 510.00 | 1.50 | 765.00 | 1.50 | 765.00 | Billable | 911070 | 1252654 | / | 13 07/30/07 | YES Yes |

Firm: Howrey, LLP
Report: ap0031.R
From: 04/01/07 thru 06/30/07

List fees, disbursements entries
Selected matter: 03472.0002.000000 Internal Investigation [Client: Special Investigation]
Billed Only

Page: 8
Produced: 08/08/2007

| Control Group.Entry | Timekeeper (Category) | Xrsn Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit | Value | Statement Time/Unit | amount | Entry Type | State | Prebill Number | /Line | Posted | Warn Flag | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 667888.2 | Resch,M | 06/12/07 | Attention to matters re chronology for SEC. | 510.00 | 0.25 | 127.50 | 0.25 | 127.50 | Billable | 911070 | 1252654 | / 15 | 07/20/07 | YES | Yes |
| 667888.18 | Resch,M | 06/15/07 | Telephone conference with Mr. Handzlik and the Special Investigation Committee re sale of Mr. Sachs' New Century securities and related issues (not billable); subsequent discussion with Mr. Handzlik re same. | 510.00 | 1.25 | 637.50 | 1.25 | 637.50 | Billable | 911070 | 1252654 | / 20 | 07/20/07 | YES | Yes |
| 669130.39 | Resch,M | 06/19/07 | Attention to matters re revising chronology of events re sale of Mr. Sachs' securities; review e-mail correspondence re same. | 510.00 | 0.25 | 127.50 | 0.25 | 127.50 | Billable | 911070 | 1252654 | / 26 | 07/20/07 | YES | Yes |
| 670315.405 | Resch,M | 06/28/07 | Telephone conference with Mr. Missal, et al. re investigation of sale of Mr. Sachs' securities; subsequent discussions with Mr. Handzlik re same. | 510.00 | 0.75 | 382.50 | 0.75 | 382.50 | Billable | 911070 | 1252654 | / 39 | 07/20/07 | YES | Yes |
| 660257.292 | Chaney, F | 04/15/07 | Draft petition for retention; conduct research re same. | 380.00 | 1.75 | 665.00 | 1.00 | 380.00 | Billable | 905365 | 1246285 | / 9 | 06/25/07 | YES | Yes |
| 660257.355 | Chaney, F | 04/17/07 | Review and revise application for retention in bankruptcy court. | 380.00 | 1.25 | 475.00 | 1.00 | 380.00 | Billable | 905365 | 1246285 | / 15 | 06/25/07 | YES | Yes |
| 660257.451 | Chaney, F | 04/19/07 | Telephone conference with Ms. Culler re creditors and bankruptcy issues. | 380.00 | 0.25 | 95.00 | 0.25 | 95.00 | Billable | 905365 | 1246285 | / 18 | 06/25/07 | YES | Yes |
| 659860.34 | Kowalski,T | 04/26/07 | Office conference with Mr. Resch re case background; review and analyze documents provided by O'Melveny & Myers ; calls to Mr. Theoglides and Ms. Jewett to schedule interviews re stock sale. | 405.00 | 6.25 | 2,531.25 | 6.25 | 2,531.25 | Billable | 905365 | 1246285 | / 27 | 06/25/07 | YES | Yes |
| 659860.48 | Kowalski,T | 04/27/07 | Coordinate interviews with Mr. Theoglides and Ms. Jewett; interview Ms. Jewett by telephone; office conference with Mr. Handzlik and Mr. Resch re same; identify potential witnesses; draft e-mail to Mr. Forester re investigation update; exchange numerous e-mails with Mr. Handzlik and Mr. Resch re investigation strategy and interviews; review and analyze documents provided by Ms. Jewett and Mr. Sachs. | 405.00 | 8.00 | 3,240.00 | 8.00 | 3,240.00 | Billable | 905365 | 1246285 | / 30 | 06/25/07 | YES | Yes |
| 659860.62 | Kowalski,T | 04/28/07 | Prepare memo summarizing information learned through documents and interviews, and identifying additional information needed. | 405.00 | 4.00 | 1,620.00 | 4.00 | 1,620.00 | Billable | 905365 | 1246285 | / 31 | 06/25/07 | YES | Yes |
| 659860.68 | Kowalski,T | 04/29/07 | Review and analyze Mr. Sachs' brokerage account statements; review of related documents. | 405.00 | 2.75 | 1,113.75 | 2.75 | 1,113.75 | Billable | 905365 | 1246285 | / 33 | 06/25/07 | YES | Yes |

Firm: Howrey, LLP
Report: ap0031.R
From: 04/01/07   thru 06/30/07

Page: 9
Produced: 08/08/2007

List fee, disbursements entries
Selected matter: 03472.0002.000000 Internal Investigation
Billed Only
(Client: Special Investigation)

| Control Group.Entry | Timekeeper Xran (Category) Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit | Value | Statement Time/Unit | amount | Entry Type | State | Prebill Number | /Line | Posted | Warn Flag | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 560149.195 | Kowalski,T 04/30/07 | Review and analyze pledge agreements to determine the terms under which Merrill Lynch was permitted to sell pledged stock; interview Russ Hansen by telephone; conference call with Mr. Hanna and Ms. Young re request for phone records and timesheets; prepare e-mail summarizing interview of Russ Hansen; call with Ms. Young re production of phone records; research insider trader requirements and 10b5-1 affirmative defense; interview Mr. Sachs; confer with Mr. Handzlik and Mr. Rasch re preliminary determination; review historic stock prices surrounding trade. | 405.00 | 5.75 | 2,328.75 | 5.75 | 2,328.75 | Billable | 905385 | 1246285 | / 37 | 06/25/07 | YES | Yes |
| 560860.1 | Kowalski,T 05/01/07 | Review and revise draft report to Audit Committee re preliminary investigation findings (1); review and revise application to bankruptcy court for employment (1.5); review and analyze e-mail correspondence from Ms. Young re Mr. Hansen's telephone records (.25) | 405.00 | 2.75 | 1,113.75 | 2.75 | 1,113.75 | Billable | 905492 | 1246676 | / 3 | 06/29/07 | YES | Yes |
| 560860.5 | Kowalski,T 05/02/07 | Exchange e-mails with Mr. Handzlik and Mr. Rasch re whether facts currently known constitute insider trading (.25); conference call with Special Investigation Committee regarding preliminary investigation findings (1); office conference with Mr. Handzlik and Mr. Rasch re preliminary investigation findings and additional information needed (.5); identify and review key e-mails re notice of potential stock decline and warnings re margin calls (.75) | 405.00 | 3.25 | 1,316.25 | 3.25 | 1,316.25 | Billable | 905492 | 1246676 | / 6 | 06/29/07 | YES | Yes |
| 560860.9 | Kowalski,T 05/03/07 | Revise application to bankruptcy court for retention and employment of Howrey | 405.00 | 3.75 | 1,518.75 | 3.75 | 1,518.75 | Billable | 905492 | 1246676 | / 9 | 06/29/07 | YES | Yes |
| 562036.54 | Kowalski,T 05/08/07 | Calls with Mr. Samie re Application for Employment | 405.00 | 0.50 | 202.50 | 0.50 | 202.50 | Billable | 905492 | 1246676 | / 14 | 06/29/07 | YES | Yes |
| 562036.66 | Kowalski,T 05/09/07 | Draft application for employment | 405.00 | 3.50 | 1,417.50 | 3.50 | 1,417.50 | Billable | 905492 | 1246676 | / 17 | 06/29/07 | YES | Yes |
| 562036.82 | Kowalski,T 05/10/07 | Prepare Application for Employment and supporting documentation | 405.00 | 11.25 | 4,556.25 | 11.25 | 4,556.25 | Billable | 905492 | 1246676 | / 19 | 06/29/07 | YES | Yes |
| 563130.19 | Kowalski,T 05/11/07 | Meeting with Mr. Mayorkas re preliminary investigation findings (1); office conference with Mr. Handzlik and Rasch re additional areas to investigate (.75); calls to Mr. Hanna and DeNeve re access to Mr. Sachs' computer files (.25); prepare schedules to Mr. Handzlik's declaration re Interested Parties (.5) | 405.00 | 5.50 | 2,227.50 | 5.50 | 2,227.50 | Billable | 905492 | 1246676 | / 22 | 06/29/07 | YES | Yes |
| 563130.28 | Kowalski,T 05/14/07 | Revise Retention Application | 405.00 | 1.50 | 607.50 | 1.50 | 607.50 | Billable | 905492 | 1246676 | / 24 | 06/29/07 | YES | Yes |

Firm: Mowrey, LLP
Report: ap0031.R
From: 04/01/07  thru 06/30/07

Page: 10
Produced: 08/08/2007

List fee, disbursements entries
Selected matter: 03472.0002.000000  Internal Investigation  (Client: Special Investigation)
Billed Only

| Control Group.Entry | Timekeeper Xran (Category) Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit | Value | Statement Time/Unit | amount | Entry Type | State | Prebill Number | /Line | Posted | Warn Flag | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 663130.29 | Kowalski,T 05/14/07 | Prepare memoranda summarizing interview with Jennifer Jewett and conference call with members of the Special Investigation Committee | 405.00 | 2.50 | 1,012.50 | 2.50 | 1,012.50 | Billable | 905492 | 1246676 | / | 25 06/29/07 | YES | Yes |
| 663130.32 | Kowalski,T 05/15/07 | Identify outstanding issues to investigate (1.25); call and draft e-mails to Mr. Mermelstein, Mr. Theologides, and Ms. Jewett to obtain additional information regarding February 8 margin call and subsequent margin call (2.25); review and analyze documents for additional information regarding February 8 margin call and subsequent margin call (2.25); review and revise retention application (2) | 405.00 | 7.00 | 2,835.00 | 7.00 | 2,835.00 | Billable | 905492 | 1246676 | / | 29 06/29/07 | YES | Yes |
| 663130.35 | Kowalski,T 05/16/07 | Finalize retention application | 405.00 | 7.50 | 3,037.50 | 7.50 | 3,037.50 | Billable | 905492 | 1246676 | / | 33 06/29/07 | YES | Yes |
| 663130.38 | Kowalski,T 05/17/07 | Call with Mr. Mermelstein re additional information needed from Mr. Sachs | 405.00 | 0.25 | 101.25 | 0.25 | 101.25 | Billable | 905492 | 1246676 | / | 34 06/29/07 | YES | Yes |
| 664278.9 | Kowalski,T 05/21/07 | Call to Mr. Li re obtaining information from Mr. Theologides (.25); call to Mr. Samis re bankruptcy procedural issues (.25) | 405.00 | 0.50 | 202.50 | 0.50 | 202.50 | Billable | 905492 | 1246676 | / | 39 06/29/07 | YES | Yes |
| 664278.23 | Kowalski,T 05/23/07 | Review e-mails from Mr. Handzlik re meeting with Mr. Rosen of the SEC | 405.00 | 0.50 | 202.50 | 0.50 | 202.50 | Billable | 905492 | 1246676 | / | 43 06/29/07 | YES | Yes |
| 664278.30 | Kowalski,T 05/24/07 | Call with Mr. Li re obtaining information from Mr. Theologides (.5); call to bankruptcy counsel re status of application for employment and billing procedures (.25) | 405.00 | 0.75 | 303.75 | 0.75 | 303.75 | Billable | 905492 | 1246676 | / | 46 06/29/07 | YES | Yes |
| 664278.37 | Kowalski,T 05/25/07 | Call with Mr. Li re obtaining documents from Mr. Theologides | 405.00 | 0.25 | 101.25 | 0.25 | 101.25 | Billable | 905492 | 1246676 | / | 49 06/29/07 | YES | Yes |
| 665048.528 | Kowalski,T 05/28/07 | Prepare for and call Mr. Mermelstein re additional information needed from Mr. Sachs | 405.00 | 0.75 | 303.75 | 0.75 | 303.75 | Billable | 905492 | 1246676 | / | 53 06/29/07 | YES | Yes |
| 665048.826 | Kowalski,T 05/29/07 | Call with Ms. Jewett re Mr. Sachs' March 5 margin call (.25); draft e-mail to Mr. Handzlik and Mr. Resch re calls with Mr. Li and Mr. Mermelstein (.25) | 405.00 | 0.50 | 202.50 | 0.50 | 202.50 | Billable | 905492 | 1246676 | / | 56 06/29/07 | YES | Yes |
| 665049.861 | Kowalski,T 05/31/07 | Prepare chronology of events and identify search terms for Mr. Sachs' electronic documents | 405.00 | 1.50 | 607.50 | 1.50 | 607.50 | Billable | 905492 | 1246676 | / | 59 06/29/07 | YES | Yes |
| 666158.1 | Kowalski,T 06/01/07 | Review comments from Mr. Resch re search terms for Mr. Sachs' computer files | 405.00 | 0.25 | 101.25 | 0.25 | 101.25 | Billable | 911070 | 1252654 | / | 2 07/20/07 | YES | Yes |
| 666158.9 | Kowalski,T 06/05/07 | Exchange numerous e-mails and voicemails with Mr. Handzlik, Mr. Resch, and Mr. Mermelstein re obtaining Mr. Sachs' electronic documents and finalizing investigation | 405.00 | 1.75 | 708.75 | 1.75 | 708.75 | Billable | 911070 | 1252654 | / | 5 07/20/07 | YES | Yes |

Firm: Howrey, LLP
Report: ap0031.R
From: 04/01/07  thru 06/30/07

Selected matter: 03472.0002.000000   Internal Investigation   (Client: Special Investigation)
List fee, disbursements entries
Billed Only

Page: 11
Produced: 08/08/2007

| Control Group.Entry | Timekeeper (Category) | Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit | Value | Statement Time/Unit | Statement amount | Entry Type | State Number | Prebill /Line | Posted | Warn Flag | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 666158.11 | Kowalski,T | 06/06/07 | Call with Mr. Reach re strategy for obtaining Mr. Sachs' electronic documents; multiple calls with Mr. Mermelstein re obtaining additional information from Mr. Sachs; draft e-mail to Mr. Reach and Mr. Handzlik re same; review and analyze investigation file in preparation for drafting chronology and report. | 405.00 | 3.25 | 1,316.25 | 3.25 | 1,316.25 | Billable | 911070 | 1252654 / 7 | 07/20/07 | YES | Yes |
| 666158.14 | Kowalski,T | 06/07/07 | Prepare for and interview Ms. Daniels; review and analyze additional documents provided by Mr. Sachs re March 5 margin call; draft chronology of events and preliminary report. | 405.00 | 7.00 | 2,835.00 | 7.00 | 2,835.00 | Billable | 911070 | 1252654 / 9 | 07/20/07 | YES | Yes |
| 667420.3 | Kowalski,T | 06/08/07 | Revise preliminary report and chronology of events | 405.00 | 3.75 | 1,518.75 | 3.75 | 1,518.75 | Billable | 911070 | 1252654 / 12 | 07/20/07 | YES | Yes |
| 667420.9 | Kowalski,T | 06/12/07 | Call with Mr. Samis re status of application for retention and employment; review correspondence re chronology of events. | 405.00 | 0.75 | 303.75 | 0.75 | 303.75 | Billable | 911070 | 1252654 / 16 | 07/20/07 | YES | Yes |
| 667420.15 | Kowalski,T | 06/14/07 | Exchange numerous e-mails and phone calls with Mr. Samis re terms of proposed order for fee application. | 405.00 | 0.75 | 303.75 | 0.75 | 303.75 | Billable | 911070 | 1252654 / 18 | 07/20/07 | YES | Yes |
| 668681.1 | Kowalski,T | 06/15/07 | Conference call with Special Investigation Committee re investigation findings (1.00 - NO CHARGE). | 405.00 | 1.00 | 405.00 | 1.00 | 0.00 | Billable | 911070 | 1252654 / 21 | 07/20/07 | YES | Yes |
| 668681.6 | Kowalski,T | 06/18/07 | Conference call with Mr. Samis re hearing on application for retention. | 405.00 | 0.25 | 101.25 | 0.25 | 101.25 | Billable | 911070 | 1252654 / 24 | 07/20/07 | YES | Yes |
| 668681.8 | Kowalski,T | 06/19/07 | Review and revise Chronology of Events and send to Mr. Forrester for review and approval to send to SEC. | 405.00 | 3.25 | 1,316.25 | 3.25 | 1,316.25 | Billable | 911070 | 1252654 / 27 | 07/20/07 | YES | Yes |
| 668681.10 | Kowalski,T | 06/20/07 | Review and analyze e-mails to and from Special Investigation Committee members re chronology | 405.00 | 0.25 | 101.25 | 0.25 | 101.25 | Billable | 911070 | 1252654 / 29 | 07/20/07 | YES | Yes |
| 670257.141 | Kowalski,T | 06/22/07 | Review and analyze documents retrieved from Mr. Sachs' electronic files; Call with Mr. Brockmeyer re timing of Mr. Sachs resignation from the Audit Committee; draft e-mail to Mr. Handzlik and Mr. Reach re call with Mr. Brockmeyer; review and analyze correspondence between Mr. Handzlik and Mr. Missel re Mr. Missel's request to discuss investigation. | 405.00 | 1.75 | 708.75 | 1.75 | 708.75 | Billable | 911070 | 1252654 / 32 | 07/20/07 | YES | Yes |
| 670257.181 | Kowalski,T | 06/25/07 | Call with Mr. Brockmeyer re timing of Mr. Sachs resignation from the Audit Committee; revise Chronology to reflect new information learned about timing of formation of the Special Investigation Committee and Mr. Sachs' involvement in the Audit Committee. | 405.00 | 2.00 | 810.00 | 2.00 | 810.00 | Billable | 911070 | 1252654 / 34 | 07/20/07 | YES | Yes |
| 670257.206 | Kowalski,T | 06/26/07 | Office conference with Ms. Kubicek re review of Mr. Sachs' electronic documents; review and analyze and finalize chronology of events to be sent to SEC; review and analyze numerous e-mails between Mr. Handzlik and Mr. Missel. | 405.00 | 3.25 | 1,316.25 | 3.25 | 1,316.25 | Billable | 911070 | 1252654 / 35 | 07/20/07 | YES | Yes |

Firm: Howrey, LLP
Report: ap031.R
From: 04/01/07   thru 06/30/07

List fees, disbursements entries
Selected matter: 03472.0002.000000   Internal investigation
Billed Only
(Client: Special Investigation)

Page: 12
Produced: 08/08/2007

| Control Group.Entry | Timekeeper (Category) | Xran Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit | Value | Statement Time/Unit | amount | Entry Type | State Number | Prebill / Line | Posted | Warn Flag | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 670257.265 | Kowalski,T | 06/28/07 | Draft Fee Application | 405.00 | 3.50 | 1,417.50 | 3.50 | 1,417.50 | Billable | 911070 1252654 | 40 | 07/20/07 | YES | Yes |
| 670257.269 | Kowalski,T | 06/28/07 | Conference call with Mr. Missal re summary of our investigation of Mr. Sachs' stock sales (not billable); review and analyze case file for documents and notes to provide to Mr. Missal (1.75 hr - NO CHANGE). | 405.00 | 0.75 | 303.75 | 0.75 | 0.00 | Billable | 911070 1252654 | 41 | 07/20/07 | YES | Yes |
| 670257.290 | Kowalski,T | 06/29/07 | Finalize chronology of events and review and revise Freedom of Information Act letter and cover letter to be sent to Mr. Rosen | 405.00 | 1.00 | 405.00 | 1.00 | 405.00 | Billable | 911070 1252654 | 43 | 07/20/07 | YES | Yes |
| 663403.214 | Fitzpatr,J | 05/17/07 | Office conference with Ms. Kowalski regarding conflict check against interested parties in bankruptcy proceeding; review application for appointed of special counsel to debtor; review and compare firm new matter list to list of interested parties; draft memorandum to file | 245.00 | 1.00 | 245.00 | 1.00 | 245.00 | Billable | 905492 1246676 | 35 | 06/29/07 | YES | Yes |
| 663403.266 | Fitzpatr,J | 05/18/07 | Review firm new matters listing and compare with list of potential parties in interest for New Century TRS Holdings, Inc. bankruptcy; draft memo for file re verification of conflict clearance. | 245.00 | 1.25 | 306.25 | 1.25 | 306.25 | Billable | 905492 1246676 | 36 | 06/29/07 | YES | Yes |
| 664534.16 | Fitzpatr,J | 05/21/07 | Review request for documents directed to Micrus and prepare documents related to status report | 245.00 | 1.75 | 428.75 | 1.75 | 428.75 | Billable | 905492 1246676 | 40 | 06/29/07 | YES | Yes |
| 664574.37 | Fitzpatr,J | 05/23/07 | Review and analysis of firm New Matter reports and compare with list of parties to bankruptcy proceeding for potential conflicts of interest; draft memo to file re same; review reports for May 18, 21, 22, and 23, 2007. | 245.00 | 2.75 | 673.75 | 2.75 | 673.75 | Billable | 905492 1246676 | 44 | 06/29/07 | YES | Yes |
| 664599.15 | Fitzpatr,J | 05/24/07 | Review and analysis of firm New Matter report for May 24, 2007 and compare with list of parties to bankruptcy proceeding for potential conflicts of interest; draft memo to file re same. | 245.00 | 0.50 | 122.50 | 0.50 | 122.50 | Billable | 905492 1246676 | 47 | 06/29/07 | YES | Yes |
| 665359.70 | Fitzpatr,J | 05/30/07 | Review and analysis of firm New Matter reports and compare with list of parties to bankruptcy proceeding for potential conflicts of interest; draft memo to file re same; review reports through May 30, 2007. | 245.00 | 1.00 | 245.00 | 1.00 | 245.00 | Billable | 905492 1246676 | 57 | 06/29/07 | YES | Yes |
| 657911.17 | Kubicek,Y | 04/16/07 | Write off | 230.00 | 1.00 | 230.00 | 1.00 | 230.00 | Billable | 905365 1246285 | 11 | 06/25/07 | YES | No |
| 658103.2 | Kubicek,Y | 04/17/07 | Review docket and news media for additional documents for background information for case attorneys. | 230.00 | 0.50 | 115.00 | 0.50 | 115.00 | Billable | 905365 1246285 | 14 | 06/25/07 | YES | Yes |
| 669153.8 | Kubicek,Y | 06/26/07 | Request from Mr. Handslik to assist with document review; consult with Ms. Kowalski re document review; request from Mr. Handslik to prepare draft of letter to Mr. Rosen; prepare draft of letter and FOIA letter; prepare edits to letter; review chronology and prepare document for Bates labeling. | 230.00 | 2.00 | 460.00 | 2.00 | 460.00 | Billable | 911070 1252654 | 37 | 07/20/07 | YES | Yes |

```
Firm: Howrey, LLP                                                                                                    Page: 13
Report: ap0031.R                                                                                                     Produced: 08/08/2007
From: 04/01/07   thru 06/30/07        List fees, disbursements entries
                              Selected matter: 03472.0002.000000  Internal Investigation   (Client: Special Investigation)
                                                                  Billed Only

Control____ Timekeeper Kran_____
Group.Entry (Category) Date_____ Description of service, disbursements_____       Hourly_  Actual                Statement                    Entry_____     Prebill                              Warn Print
                                                                                   Rate    Time/Unit  Value       Time/Unit  Amount          Type____  State__ Number___/Line__ Posted             Flag Flag

669962.16  Kubicek, V 06/28/07 Conduct review of hard copy documents; consult with Ms.   230.00   1.50    345.00    1.50    345.00 Billable   911070 1253694  /  42 07/10/07 YES   Yes
                               Kowalski re letters to SEC and Bates number document.

                                                                   Fees, Actual                     Fees, Statement                    Disbursements
                                                                   Time      Value                  Time          Value                Actual              Statement
                                   On posted statements, 139 fee entries   255.50   130,367.50     252.00       127,726.25             0.00       0.00     0.00      0.00

                                                       Number of    Actual                          Statement
                              Timekeeper                Entries    Time     Value                   Time         Value

                              Jan L. Handzlik             57       86.00   59,770.00                84.50       58,727.50  ⟨171.45⟩
                              Terree Bowers                3        1.50    1,037.50                 1.50⟨.04⟩   1,037.50
                              Fiona A. Philip              3        2.00    1,020.00                 2.00        1,020.00
                              Michael L. Resch            22       34.25   17,467.50                33.25⟨.45⟩16,957.50 ⟨42.50⟩
                              Tara Kowalski               41      115.25   46,676.25               115.25⟨.75⟩45,567.50 ⟨708.75⟩
                              Fiona A. Chaney              3        3.25    1,235.00                 2.25         855.00
                              Yvonne A. Kubicek            4        5.00    1,150.00                 5.00⟨.14⟩ 1,150.00 ⟨4.75⟩
                              John K. Fitzpatrick          6        8.25    2,021.25                 8.25        2,021.25

                              Matter Fee Total,          139      255.50   130,367.50              252.00       127,726.25
                                                                                                     ⟨3.05⟩      ⟨1637.50⟩
                                                                                                   948.75       186,458.75
```

Firm: Howrey, LLP
Report: sp0031.R
From: 04/01/07    thru 06/30/07

Page: 1
Produced: 08/08/2007

List fee, disbursements entries
RECAP
Billed only

| Timekeeper | Number of Entries | Actual Time | Value | Statement Time | Value | | |
|---|---|---|---|---|---|---|---|
| Jan L. Handzlik 03472.0002.000000 Internal Investig | 57 | 86.00 | 59,770.00 | ⟨1.5⟩ 84.50 | 58,727.50 | ⟨1440⟩ = $7,332.50 | |
| Terree Bowers 03472.0002.000000 Internal Investig | 3 | 1.50 | 1,027.50 | ⟨.05⟩ 1.50 | 1,027.50 | ⟨171.25⟩ = 856.25 | |
| Fiona A. Philip 03472.0002.000000 Internal Investig | 3 | 2.00 | 1,020.00 | 2.00 | 1,020.00 | | |
| Michael L. Resch 03472.0002.000000 Internal Investig | 22 | 34.25 | 17,467.50 | ⟨.95⟩ 33.25 | 16,357.50 | ⟨1547.50⟩ = 16,830.- | |
| Tara Kowalski 03472.0002.000000 Internal Investig | 41 | 115.25 | 46,676.25 | ⟨1.75⟩ 115.25 | 45,967.50 | | |
| Fiona A. Chaney 03472.0002.000000 Internal Investig | 3 | 3.25 | 1,235.00 | 2.25 | 855.00 | | |
| Yvonne A. Kubicek 03472.0002.000000 Internal Investig | 4 | 5.00 | 1,150.00 | ⟨1.0⟩ 5.00 | 1,150.00 | ⟨230⟩ = 920.- | |
| John K. Fitzpatrick 03472.0002.000000 Internal Investig | 6 | 8.25 | 2,021.25 | 8.25 | 2,021.25 | | |
| Report Fee Total: | 139 | 255.50 | 130,367.50 | ⟨5.25⟩252.00; 244.75 ⟨148.75⟩ | 137,726.25 | = 123,857.50 | |

| Timekeeper | Number of Entries | Actual Time | Value | Statement Time | Value |
|---|---|---|---|---|---|
| Jan L. Handzlik | 57 | 86.00 | 59,770.00 | 84.50 | 58,727.50 |
| Terree Bowers | 3 | 1.50 | 1,027.50 | 1.50 | 1,027.50 |
| Fiona A. Philip | 3 | 2.00 | 1,020.00 | 2.00 | 1,020.00 |
| Michael L. Resch | 22 | 34.25 | 17,467.50 | 33.25 | 16,357.50 |
| Tara Kowalski | 41 | 115.25 | 46,676.25 | 115.25 | 45,967.50 |
| Fiona A. Chaney | 3 | 3.25 | 1,235.00 | 2.25 | 855.00 |
| Yvonne A. Kubicek | 4 | 5.00 | 1,150.00 | 5.00 | 1,150.00 |
| John K. Fitzpatrick | 6 | 8.25 | 2,021.25 | 8.25 | 2,021.25 |