# EXHIBIT B

Firm: Howrey, LLP
Report: ap0031.R
From: 04/01/07    thru 06/30/07

List fee, disbursements entries
MATTER RECAP
Billed Only

Page: 1
Produced: 08/08/2007

| Matter Code | Description | Fee Entries | Actual Time | Actual Value | Statement Time | Statement Value | Disb Entries | Actual Units | Actual Value | Statement Units | Statement Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03472.0002.000000 | Internal Investigation | 139 | 255.50 | 130,367.50 | 252.00 | 127,726.25 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| Report Total: | | 139 | 255.50 | 130,367.50 | 252.00 | 127,726.25 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |

Firm: Howrey, LLP  
Report: Ap0031.R  
From: 04/01/07 thru 06/30/07

List fee, disbursements entries  
RECAP  
Billed Only

| Timekeeper | Number of Entries | Actual Time | Actual Value | Statement Time | Statement Value |
|---|---|---|---|---|---|
| Jan L. Handzlik | | | | | |
| 03472.0002.000000 Internal Investig | 57 | 86.00 | 59,770.00 | 84.50 | 58,727.50 |
| Terree Bowers | | | | | |
| 03472.0002.000000 Internal Investig | 3 | 1.50 | 1,027.50 | 1.50 | 1,027.50 |
| Fiona A. Philip | | | | | |
| 03472.0002.000000 Internal Investig | 3 | 2.00 | 1,020.00 | 2.00 | 1,020.00 |
| Michael L. Resch | | | | | |
| 03472.0002.000000 Internal Investig | 22 | 34.25 | 17,467.50 | 33.25 | 16,957.50 |
| Tara Kowalski | | | | | |
| 03472.0002.000000 Internal Investig | 22 | 34.25 | 17,467.50 | 33.25 | 16,957.50 |
| Fiona A. Chaney | | | | | |
| 03472.0002.000000 Internal Investig | 41 | 115.25 | 46,676.25 | 115.25 | 45,967.50 |
| Yvonne A. Kubicek | | | | | |
| 03472.0002.000000 Internal Investig | 3 | 3.25 | 1,235.00 | 2.25 | 855.00 |
| John K. Fitzpatrick | | | | | |
| 03472.0002.000000 Internal Investig | 4 | 5.00 | 1,150.00 | 5.00 | 1,150.00 |
| 03472.0002.000000 Internal Investig | 6 | 8.25 | 2,021.25 | 8.25 | 2,021.25 |
| **Report Fee Total:** | 139 | 255.50 | 130,367.50 | 252.00 | 127,726.25 |

| Timekeeper | Number of Entries | Actual Time | Actual Value | Statement Time | Statement Value |
|---|---|---|---|---|---|
| Jan L. Handzlik | 57 | 86.00 | 59,770.00 | 84.50 | 58,727.50 |
| Terree Bowers | 3 | 1.50 | 1,027.50 | 1.50 | 1,027.50 |
| Fiona A. Philip | 3 | 2.00 | 1,020.00 | 2.00 | 1,020.00 |
| Michael L. Resch | 22 | 34.25 | 17,467.50 | 33.25 | 16,957.50 |
| Tara Kowalski | 41 | 115.25 | 46,676.25 | 115.25 | 45,967.50 |
| Fiona A. Chaney | 3 | 3.25 | 1,235.00 | 2.25 | 855.00 |
| Yvonne A. Kubicek | 4 | 5.00 | 1,150.00 | 5.00 | 1,150.00 |
| John K. Fitzpatrick | 6 | 8.25 | 2,021.25 | 8.25 | 2,021.25 |

Page: 1  
Produced: 08/08/2007

Firm: Howrey, LLP
Report: ap0031.R
From: 04/01/07 thru 06/30/07

List fee, disbursements entries
RECAP
Billed only

| | | | | |
|---|---|---|---|---|
| 135 | 255.50 | 130,367.50 | 252.00 | 127,726.25 |

Report Fee Total:

Firm: Howrey, LLP
Report: ap0031.R
From: 04/01/07 thru 06/30/07

List fee, disbursements entries
Selected matter: 03472.0002.000000 Internal Investigation (Client: Special Investigation)
Billed Only

Page: 1
Produced: 08/08/2007

| Control Group.Entry | (category) | TimeKeeper Xran Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit | Billed Value | Statement Time/Unit | amount | Entry Type | Prebill State Number /Line Posted | Warn Print Flag Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 663079.459 | Repro ExpRec | 05/18/07 | Repro charges - Billback for 04-25-07 thru 04-27-07 - 2000 copie | | 2,000.00 | 320.00 | 2,000.00 | 320.00 | | 905492 1246676 / 60 06/29/07 | YES Yes |
| 664247.223 | Repro ExpRec | 05/25/07 | Repro charges - Billback for 05-17-07 thru 05-17-07 - 1 copies | | 1.00 | 0.16 | 1.00 | 0.16 | | 905492 1246676 / 61 06/29/07 | YES Yes |
| 667172.342 | Repro ExpRec | 06/14/07 | Repro charges - Billback for 06-07-07 thru 06-07-07 - 66 copies | | 66.00 | 10.56 | 66.00 | 10.56 | | 911070 1252654 / 44 07/20/07 | YES Yes |
| 656780.247 | Telephone ExpRec | 04/11/07 | Telephone Charges- Billback for 04-02-07 to 04-02-07 | | 0.18 | 0.18 | 0.18 | 0.18 | | 905365 1246285 / 39 06/25/07 | YES Yes |
| 659007.188 | Telephone ExpRec | 04/25/07 | Telephone Charges- Billback for 04-17-07 to 04-17-07 | | 0.63 | 0.63 | 0.63 | 0.63 | | 905365 1246285 / 39 06/25/07 | YES Yes |
| 663081.352 | Telephone ExpRec | 05/18/07 | Telephone Charges- Billback for 04-24-07 to 05-11-07 | | 6.75 | 6.75 | 6.75 | 6.75 | | 905492 1246676 / 62 06/29/07 | YES Yes |
| 664249.204 | Telephone ExpRec | 05/25/07 | Telephone Charges- Billback for 05-14-07 to 05-18-07 | | 0.99 | 0.99 | 0.99 | 0.99 | | 905492 1246676 / 63 06/29/07 | YES Yes |
| 664720.202 | Telephone ExpRec | 05/30/07 | Telephone Charges- Billback for 05-21-07 to 05-24-07 | | 0.72 | 0.72 | 0.72 | 0.72 | | 905492 1246676 / 64 06/29/07 | YES Yes |
| 666292.65 | Telephone Martenso,R | 06/11/07 | PREMIERE GLOBAL SERVICES Audio Conferencing charges Voucher: 714937 Vendor: PREMIERE GLOBAL SERVICES | | 19.18 | 19.18 | 19.18 | 19.18 | | 911070 1252654 / 46 07/20/07 | YES Yes |
| 666292.66 | Telephone Barnes,V | 06/11/07 | PREMIERE GLOBAL SERVICES Audio Conferencing Charges Voucher: 714937 Vendor: PREMIERE GLOBAL SERVICES | | 9.04 | 9.04 | 9.04 | 9.04 | | 911070 1252654 / 45 07/20/07 | YES Yes |
| 667175.163 | Telephone ExpRec | 06/14/07 | Telephone Charges- Billback for 06-08-07 to 06-08-07 | | 0.45 | 0.45 | 0.45 | 0.45 | | 911070 1252654 / 47 07/20/07 | YES Yes |
| 668583.182 | Telephone ExpRec | 06/22/07 | Telephone Charges- Billback for 06-13-07 to 06-15-07 | | 1.71 | 1.71 | 1.71 | 1.71 | | 911070 1252654 / 48 07/20/07 | YES Yes |
| 669425.180 | Telephone ExpRec | 06/27/07 | Telephone Charges- Billback for 06-18-07 to 06-18-07 | | 0.09 | 0.09 | 0.09 | 0.09 | | 911070 1252654 / 49 07/20/07 | YES Yes |
| 664831.446 | Courier ExpRec | 05/30/07 | Federal Express expense on 05-17-07; FedEx Tracking #790741965410 Shipped To: Chris Samis Richards, Layton & Finger, P.A. 920 North King Street, WILMINGTON, DE 19801 US. | | 13.76 | 13.76 | 13.76 | 13.76 | | 905492 1246676 / 65 06/29/07 | YES Yes |
| 657963.176 | Westlaw Kubicek,Y | 04/17/07 | Westlaw, Date: 04-16-07; WESTLAW SEARCHED BY: YVONNE, 03472.0002.000000; TRANSACTIONS = 103.67; PRINTING = 474.62. | | 577.29 | 577.29 | 577.29 | 519.56 | | 905365 1246285 / 40 06/25/07 | YES Yes |

```
Firm: Howrey, LLP                                                                                          Page: 2
Report: ap0031.R                              List fee, disbursements entries                              Produced: 08/08/2007
From: 04/01/07  thru 06/30/07         Selected matter: 03472.0002.000000 Internal Investigation (Client: Special Investigation)
                                                        Billed Only

Control  Timekeeper Kran                                                  Hourly  Actual             Fees, Statement      Statement                      Probill
Group.Entry (Category) Date      Description of service, disbursements    Rate    Time/Unit  Value   Time/Unit  Value    Time/Unit  amount  Entry  State  Number  /Line  Posted  Warn Print Flag Flag

661180.35   Westlaw   04/30/07  Westlaw, Date: 04-30-07                           383.84    383.84              383.84              344.56                905385 1246285 / 41 06/25/07 YES Yes
            Kowalski,T           WESTLAW SEARCHED BY: TARA, 03472.0002.000000; TRANSACTIONS =
                                 336.39; PRINTING = 48.45.

664257.199  Westlaw   05/25/07  Westlaw, Date: 05-15-07                           332.96    332.96              332.96              299.65                905492 1246676 / 66 06/29/07 YES Yes
            Kowalski,T           WESTLAW SEARCHED BY: TARA, 03472.0002.000000; TRANSACTIONS =
                                 332.96.

                                    On posted statements, 17 cost entries
                                                          Fees, Actual                Fees, Statement              Disbursements
                                    Number of       Time         Value       Time        Value          Actual          Value
                                    Entries
                                                    0.00         0.00        0.00        0.00           3,413.59        1,677.31        3,413.59      1,677.31

                          Disbursement Category      Actual                    Statement
                                                     Units                      Units

                          Reproduction                 3    2,067.00          330.72    2,067.00        330.72
                          Telephone                   10       39.74           39.74       39.74         39.74
                          Out-of-Town Couriers         1       13.76           13.76       13.76         13.76
                          Westlaw Research             3    1,293.09        1,293.09    1,293.09      1,293.09

                          Matter Disb. Total:         17    3,413.59        1,677.31    3,413.59      1,548.00

                                                                                            ⟨1,677.31⟩ - 113.53.78
```

Firm: Howrey, LLP
Report: ap0031.R
From: 04/01/07 thru 06/30/07

List fee, disbursements entries
MATTER RECAP
Billed Only

Page: 1
Produced: 08/08/2007

| Matter Code | Description | Fee Entries | Actual Time | Actual Value | Statement Time | Statement Value | Disb Entries | Actual Units | Actual Value | Statement Units | Statement Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03472.0002.000000 | Internal Investigation | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 17 | 3,413.59 | 1,677.31 | 3,413.59 | 1,548.00 |
| Report Total: | | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 17 | 3,413.59 | 1,677.31 | 3,413.59 | 1,548.00 |

Firm: Howrey, LLP
Report: ap0031.R
From: 04/01/07 thru 06/30/07

List fee, disbursements entries
RECAP
Billed Only

| Disbursement Category | Number of Entries | Actual Units | Value | Statement Units | Value |
|---|---|---|---|---|---|
| Reproduction | 3 | 2,067.00 | 330.72 | 2,067.00 | 330.72 |
| Telephone | 10 | 39.74 | 39.74 | 39.74 | 39.74 |
| Out-of-Town Couriers | 1 | 13.76 | 13.76 | 13.76 | 13.76 |
| Westlaw Research | 3 | 1,293.09 | 1,293.09 | 1,293.09 | 1,163.78 |
| Report Disb. Total: | 17 | 3,413.59 | 1,677.31 | 3,413.59 | 1,548.00 |