IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | **Re: Docket No. 2194** |

## CERTIFICATION OF COUNSEL REGARDING ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 363 ESTABLISHING EXPANDED PROCEDURES GOVERNING MISCELLANEOUS ASSET SALES

The undersigned hereby certifies as follows:

1.      We are counsel to the above-captioned debtors and debtors-in-possession (the "Debtors").

2.      On August 7, 2007, the Debtors filed the *Amended Motion to Expand Scope of Order Establishing Miscellaneous Asset Sale Procedures (Docket No. 704)* [Docket No. 2194] (the "Motion").

3.      On August 21, 2007, the Court held a hearing to consider the Motion and the Debtors' request for the entry of a form of order (the "Order"). At the hearing, the Court heard argument from each of the objecting parties and instructed that certain changes be made to the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L P (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R E O Corp , a California corporation; New Century R E O II Corp., a California corporation; New Century R E O III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L P , a Delaware limited partnership; New Century Warehouse Corporation, a California corporation

Order.  A comparison which shows the changes to the revised Order made after the hearing is attached hereto as Exhibit 1.  A clean version of the Order, inclusive of all of the changes to the Order made after the hearing, is attached hereto as Exhibit 2.

4.      After the hearing, the Debtors distributed the attached Order to each of the parties in interest, including the objecting parties, the United States Trustee and the Official Committee of Unsecured Creditors.  As of the time of the filing of this certification, each such party has either approved of or not objected to the form of the Order attached hereto as Exhibit 2.

RLF1-3192581-1

2

WHEREFORE, the Debtors respectfully request that the Court enter the revised Order

attached hereto as Exhibit 2 at the Court's earliest convenience.


Dated: August 23, 2007                           Respectfully submitted,
        Wilmington, Delaware

                                                 _____
                                                 Mark D. Collins (No. 2981)
                                                 Michael J. Merchant (No. 3854)
                                                 Christopher M. Samis (No. 4909)
                                                 RICHARDS, LAYTON & FINGER, P.A.
                                                 One Rodney Square
                                                 920 North King Street
                                                 Wilmington, Delaware  19801
                                                 Telephone:  (302) 651-7700
                                                 Facsimile:  (302) 651-7701

                                                 - and -

                                                 Suzanne S. Uhland
                                                 Ben H. Logan
                                                 Victoria Newmark
                                                 Emily R. Culler
                                                 O'MELVENY & MYERS LLP
                                                 275 Battery Street
                                                 San Francisco, California 94111
                                                 Telephone:  (415) 984-8700
                                                 Facsimile:  (415) 984-8701

                                                 ATTORNEYS FOR DEBTORS
                                                 AND DEBTORS IN POSSESSION