# EXHIBIT 1

**EXHIBIT 1**

| Professional | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Mette H. Kurth | $475.00 | 5.90 | 2,802.50 |
| Greg S. Labate | $480.00 | 3.90 | 1,872.00 |
| Jason Kearnaghan | $395.00 | 1.40 | 553.00 |
| Sherwin F. Root | $445.00 | .50 | 222.50 |
| Michele E. Mason | $195.00 | 3.10 | 604.50 |
| | | | |
| Grand Total –<br>Before Discount: | | | $6,054.50 |
| Total Attorney<br>Hours | | | 14.80 |
| Blended Rate | | | $  409.09 |

| Project Category | Total Hours | Total Fees Before Discount |
|---|---|---|
| **Litigation** | | |
| Fee/Employment Applications | 8.3 | 3,074.50 |
| Claim Objections | 6.0 | 2,757.50 |
| **Corporate** | | |
| Asset Disposition | .5 | 222.50 |
| Totals | 14.8 | 6,054.50 |

W02-WEST:1MHK1\400395387.1
081407

0100-092307

| Expense Category | Expenses |
|---|---|
| Copy Costs | $ 6.30 |
| Messenger | $ 40.12 |
| Total | $46.42 |

W02-WEST:1MHK1\400395387.1
081407

0100-092307