# EXHIBIT 2



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

August 7, 2007
Invoice 222491580
Page 3 of 4

*Timekeeper Summary of: Fee/Employment Applications*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Michele E. Mason | 3.10 | $ 195.00 | $ 604.50 |
| Totals | 3.10 | $ 195.00 | $ 604.50 |

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Sherwin F. Root | .50 | $ 445.00 | $ 222.50 |
| Michele E. Mason | 3.10 | $ 195.00 | $ 604.50 |

| | |
|---|---|
| Current Fees | $ 827.00 |
| Fee Discount | $ (82.70) |
| **Total Fees for Professional Services** | **$ 744.30** |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

Daniel Paik
Billing Coordinator, Legal Department
New Century Mortgage Corporation
Suite 1000
18400 Von Karman
Irvine, CA 92612

SMRH Tax ID 95-1463164
August 7, 2007
Invoice 222491580

Our Matter No.   05CV-116401
                 New Century Mortgage - Misc. Corporate Matters
Billing Atty:    David H. Sands

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2007

| | |
|---|---|
| Current Fees | $ 827.00 |
| Total Current Activity | $ 827.00 |
| Fee Discount | $ (82.70) |
| Total Due for This Invoice | $ 744.30 |

Payment Terms: Balance due upon receipt of this statement.



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

05CV-116401: New Century Mortgage - Misc. Corporate Matters
David H. Sands

August 7, 2007
Invoice 222491580
Page 2 of 4

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2007

## FEE DETAIL

### Asset Dispositon

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/11/07 | Sent emails to Kathryn Richman re rescission inquiry. | Sherwin F. Root | .20 hrs. | $ 445.00/hr. | $ 89.00 |
| 07/12/07 | Conferred re rescission question relating to bankruptcy of lender. Sent emails to Kathryn Richman re same. | Sherwin F. Root | .30 hrs. | $ 445.00/hr. | $ 133.50 |

*Timekeeper Summary of: Asset Dispositon*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Sherwin F. Root | 0.50 | $ 445.00 | $ 222.50 |
| Totals | 0.50 | $ 445.00 | $ 222.50 |

### Fee/Employment Applications

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/18/07 | Work on fee application. | Michele E. Mason | .60 hrs. | $ 195.00/hr. | $ 117.00 |
| 07/20/07 | Proofread and complete fee application; obtain backup invoices and comparisons. | Michele E. Mason | 2.50 hrs. | $ 195.00/hr. | $ 487.50 |