# EXHIBIT 3



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

Daniel Paik
Billing Coordinator, Legal Department
New Century Mortgage Corporation
Suite 1000
18400 Von Karman
Irvine, CA 92612

SMRH Tax ID 95-1463164
August 3, 2007
Invoice 222494058

Our Matter No.   05CV-116988
                 New Century Mortgage adv. Rubio
Billing Atty:    Greg S. Labate

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2007

| | |
|---|---:|
| Current Fees | $ 5,227.50 |
| Current Disbursements | $ 46.42 |
| Total Current Activity | $ 5,273.92 |
| Fee Discount | $ (627.30) |
| Total Due for This Invoice | $ 4,646.62 |

Payment Terms: Balance due upon receipt of this statement.



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

05CV-116988: New Century Mortgage adv. Rubio
Greg S. Labate

August 3, 2007
Invoice 222494058
Page 2 of 5

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2007

### FEE DETAIL

**Fee/Employment Applications**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/17/07 | Reviewed and revised billing statements for Rubio litigation and reviewed and finalized interim fee application. | Mette H. Kurth | .70 hrs. | $ 475.00/hr. | $ 332.50 |
| 07/19/07 | Conferred with C.Santis re interim fee application. | Mette H. Kurth | .20 hrs. | $ 475.00/hr. | $ 95.00 |
| 07/20/07 | Prepared monthly interim fee application and notice. | Mette H. Kurth | 3.90 hrs. | $ 475.00/hr. | $ 1,852.50 |
| 07/21/07 | Review and finalize fee application. | Mette H. Kurth | .40 hrs. | $ 475.00/hr. | $ 190.00 |

*Timekeeper Summary of: Fee/Employment Applications*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Mette H. Kurth | 5.20 | $ 475.00 | $ 2,470.00 |
| Totals | 5.20 | $ 475.00 | $ 2,470.00 |

**Claims Administration/Objections**



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

05CV-116988: New Century Mortgage adv. Rubio
Greg S. Labate

August 3, 2007
Invoice 222494058
Page 3 of 5

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/04/07 | Reviewed issues and conferred with client re relief from stay, amended complaint. | Greg S. Labate | 1.30 hrs. | $ 480.00/hr. | $ 624.00 |
| 06/12/07 | Reviewed plaintiff's reply re motion to lift stay. | Greg S. Labate | .90 hrs. | $ 480.00/hr. | $ 432.00 |
| 07/02/07 | Reviewed issues re stipulation re amended complaint. Reviewed stipulaton. | Greg S. Labate | .60 hrs. | $ 480.00/hr. | $ 288.00 |
| 07/02/07 | Reviewed stipulation re filing of amended complaint and prepared correspondence to G.Labate re response to same and response to motion for leave to file class claim. | Mette H. Kurth | .70 hrs. | $ 475.00/hr. | $ 332.50 |
| 07/02/07 | Reviewed and analyzed e-mail exchange between Trush and BK counsel regarding the stipulation regarding the fifth amended complaint. Provided advice to BK counsel regarding same. | Jason Kearnaghan | .20 hrs. | $ 395.00/hr. | $ 79.00 |
| 07/03/07 | Reviewed and revised stipulation re amended complaint. Conferred with plaintiff's counsel re same. | Greg S. Labate | 1.10 hrs. | $ 480.00/hr. | $ 528.00 |
| 07/03/07 | Reviewed and analyzed the proposed stipulation regarding the filing of the fifth amended complaint. Drafted revisions regarding same. | Jason Kearnaghan | .60 hrs. | $ 395.00/hr. | $ 237.00 |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

05CV-116988: New Century Mortgage adv. Rubio
Greg S. Labate

August 3, 2007
Invoice 222494058
Page 4 of 5

| | | | | |
|---|---|---|---|---|
| 07/10/07 | Reviewed and analyzed the Rubio stipulation regarding the filing of the Fifth Amended Complaint. Reviewed and analyzed the Fifth Amended Complaint regarding same. | | | |
| | Jason Kearnaghan | .40 hrs. | $ 395.00/hr. | $ 158.00 |
| 07/10/07 | Exchanged e-mail correspondence with R. Silberglied regarding Fifth Amended complaint. | | | |
| | Jason Kearnaghan | .20 hrs. | $ 395.00/hr. | $ 79.00 |

*Timekeeper Summary of: Claims Administration/Objections*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| *Mette H. Kurth* | *0.70* | *$ 475.00* | *$ 332.50* |
| *Greg S. Labate* | *3.90* | *$ 480.00* | *$ 1,872.00* |
| *Jason Kearnaghan* | *1.40* | *$ 395.00* | *$ 553.00* |
| *Totals* | *6.00* | *$ 459.58* | *$ 2,757.50* |

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Greg S. Labate | 3.90 | $ 480.00 | $ 1,872.00 |
| Mette H. Kurth | 5.90 | $ 475.00 | $ 2,802.50 |
| Jason Kearnaghan | 1.40 | $ 395.00 | $ 553.00 |

| | |
|---|---|
| Current Fees | $ 5,227.50 |
| Fee Discount | $ (627.30) |
| **Total Fees for Professional Services** | **$ 4,600.20** |


**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

05CV-116988: New Century Mortgage adv. Rubio
Greg S. Labate

August 3, 2007
Invoice 222494058
Page 5 of 5

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 02/27/07 | OverniteExpress Delivery Service on 02/27/07 By Jeason Kearnaghan To James M. Trush Esq., Trush Law Office, Costa Mesa, CA 92626. Job# 10397-000034-V10. Invoice# 835406. | 20.87 |
| 03/12/07 | OverniteExpress Delivery Service on 03/12/07 By Greg Labate To James M. Trush Esq., Trush Law Office, Costa Mesa, CA 92626. Job# 10397-000036-V10. Invoice# 835406. | 14.34 |
| 03/28/07 | Pro Courier on 03/28/07 | 4.91 |
| | Duplication | 6.30 |

**Total Disbursements**         $ 46.42

**Cumulative Totals (Including This Invoice):**

| | |
|---:|---:|
| Life-To-Date Fees | $ 430,994.92 |
| Life-to-Date Disbursements | $ 30,276.44 |
| Life-to-Date Totals | $ 461,271.36 |