IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re | |
|---|---|
| New Century Financial Corporation, et al | Case No. 07-10419-KJC<br>Chapter 11 |
| Debtors | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of David G. Baker, Esq., of Boston, Massachusetts, to represent Diane Oliveira in this action. Ms. Oliveira is a creditor of one or more debtors in this case.

Respectfully submitted,

/S/ Vivian A. Houghton

Vivian A. Houghton, Esquire
800 West Street
Wilmington, DE 19801
(302) 658-0518

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted to practice before all of the state and federal courts situated in Massachusetts and to the United States Supreme Court, and am practicing and in good standing therein, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Respectfully submitted,

/s/   David G. Baker

David G. Baker
105 Union Wharf
Boston, MA  02109
BBO # 634889
(617) 340-3680

ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ of _____, 2007 counsel's motion for admission pro hac vice is granted.

_____
The Honorable Kevin J. Carey