# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
New Century TRS Holdings, Inc.  
3121 Michelson Drive  
Suite 600  
Irvine, CA 92612  
  **EIN:** 33−0683629  
New Century Financial Corporation

**Chapter:** 11

**Case No.:** 07−10416−KJC

## NOTICE OF HEARING

W. Barry Rank has filed a Motion For Relief From Stay.

A hearing regarding the Motion is scheduled for 9/11/07 at 01:30 PM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, DE 19801 .

                                              David D. Bird  
                                              Clerk of Court

Dated: 8/23/07

(VAN−401a)