# Intended Notice Recipients – Method of Notice

District/Off: 0311−1  User: Anissa  Date Created: 8/23/2007
Case: 07−10416−KJC  Form ID: van401a  Total: 35

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Christopher M. Samis | samis@rlf.com, rbgroup@rlf.com |
| aty | Christopher M. Samis | samis@rlf.com, rbgroup@rlf.com |
| aty | Christopher M. Samis | samis@rlf.com, rbgroup@rlf.com |
| aty | Christopher M. Samis | samis@rlf.com, rbgroup@rlf.com |
| aty | Christopher M. Samis | samis@rlf.com, rbgroup@rlf.com |
| aty | Ivan Lerer Kallick | ikallick@manatt.com |

TOTAL: 7

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*

| | | |
|---|---|---|
| db | New Century TRS Holdings, Inc.   3121 Michelson Drive   Suite 600   Irvine, CA 92612 | |
| aty | Christopher M. Samis   Richards, Layton &Finger, P.A.   920 N. King Street   One Rodney Square   Wilmington, De 19801 | |
| aty | Chun I. Jang   Richards, Layton &Finger, P.A.   920 North King Street   P.O. Box 551   Wilmington, DE 19899 | |
| aty | Marcos Alexis Ramos   Richards Layton &Finger, PA   One Rodney Square   PO Box 551   Wilmington, DE 19899 | |
| aty | Mark D. Collins   Richards Layton &Finger   One Rodney Square   PO Box 551   Wilmington, DE 19899 | |
| aty | Michael Joseph Merchant   Richards Layton &Finger, P.A.   One Rodney Square   P.O. Box 551   Wilmington, DE 19899 | |
| aty | Paul Noble Heath   Richards, Layton &Finger   One Rodney Square   P. O. Box 551   Wilmington, DE 19899 | |
| aty | Russell C. Silberglied   Richards, Layton &Finger   One Rodney Square   P.O. BOX 551   Wilmington, DE 19899 | |
| 2243531 | Adfitech, Inc   3001 Technology Drive   Edmond, OK 74014 | |
| 2243532 | Adfitech, Inc.   3001 Technology Drive   Edmond, OK 74014 | |
| 2161513 | Bexar County   c/o David G. Aelvoet   711 Navarro Suite 300   San Antonio, TX 78205 | |
| 2161514 | City of El Paso   c/o David G. Aelvoet   711 Navarro Suite 300   San Antonio, TX 78205 | |
| 2216785 | Cybersearch   800 E. Northwest Highway   Suite 950   Palatine, IL 60067 | |
| 2218927 | Home Loan Services, Inc.   P. O. Box 1838   Pittsburgh, PA 15230 | |
| 2207776 | Iron Mountain Information Management, Inc.   c/o Frank F. McGinn, Esq   Bartlett Hackett Feinberg P.C.   155 Federal Street   Boston, MA 02110 | |
| 2207744 | Iron Mountain Information Management, Inc.   c/o Frank F. McGinn, Esq.   Bartlett Hackett Feinberg P.C.   155 Federal Street   Boston, MA 02110 | |
| 2208737 | KW Properties, LTD   c/o Nancy Hotchkiss, Esquire   Trainor Fairbrook   980 Fulton Avenue   Sacramento, California 95825 | |
| 2207888 | KW Properties, LTD.   c/o Nancy Hotchkiss, Esquire   Trainor Fairbrook   980 Fulton Avenue   Sacramento, California 95825 | |
| 2207890 | KW Properties, LTD.   c/o Nancy Hotckiss, Esquire   Trainor Fairbrook   980 Fulton Avenue   Sacramento, California 95825 | |
| 2209041 | Law Offices of David J. Stern, PA   801 S. University Dr.   Suite 500   Plantation, FL 33324 | |
| 2209042 | Law Offices of David J. Stern, PA   801 S. University Dr.   Suite 500   Plantation, FL 33324 | |
| 2209043 | Law Offices of David J. Stern, PA   801 S. University Dr.   Suite 500   Plantation, FL 33324 | |
| 2248463 | PFS Marketwyse   409 Minnisink Road, Ste 2   Totowa, NJ 07512 | |
| 2216786 | Riverside Claims LLC   P.O. Box 626   Planetarium Station   New York, NY 10024−0540 | |
| 2216792 | Riverside Claims LLC   P.O. Box 626   Planetarium Station   New York, NY 10024−0540 | |
| 2216795 | Riverside Claims LLC   P.O. Box 626   Planetarium Station   New York, NY 10024−0540 | |
| 2248448 | The Financial Services Roundtable   1001 Pennsylvania Avenue, N.W.   Suite 500 South   Washington, DC 20004 | |
| 2218940 | Wilshire Credit Corporation   Attn: Jodi Seits   P. O. Box 1650   Portland, OR 97207 | |

TOTAL: 28