# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| **In Re:**<br>New Century TRS Holdings, Inc.<br>3121 Michelson Drive<br>Suite 600<br>Irvine, CA 92612<br>　**EIN:** 33–0683629<br>New Century Financial Corporation | **Chapter:** 11<br><br><br><br><br>**Case No.:** 07–10416–KJC |

## NOTICE OF HEARING

W. Barry Rank has filed a Motion For Relief From Stay.

A hearing regarding the Motion is scheduled for 9/11/07 at 01:30 PM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, DE 19801 .

　　　　　　　　　　　　　　　　　　　　　　　　　　David D. Bird
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Dated: 8/23/07

(VAN–401a)