## Intended Notice Recipients – Method of Notice

District/Off: 0311−1        User: Anissa              Date Created: 8/23/2007
Case: 07−10416−KJC          Form ID: pdfgen           Total: 2

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*
aty        Christopher M. Samis        samis@rlf.com, rbgroup@rlf.com

TOTAL: 1

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*
            W. Barry Rank        100 Nassau Park Blvd., Ste. 111        Princeton, NJ 08543

TOTAL: 1