IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | CASE NO. 07-10416-KJC |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC., | § | Chapter 11 |
| *ET. AL.,* | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |

## NOTICE OF APPEAL (DOCKET NUMBER 2265)

Positive Software Solutions, Inc. ("Positive Software") hereby appeals, pursuant to section 158(a)(1) of title 28 of the United States Code and Rule 8001(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Order (I) Denying the Motion of Positive Software Solutions, Inc. for Relief from the Stay Regarding Copyright Infringement Litigation and (II) Granting the Debtors' Cross-Motion for Sanctions for Violation of the Automatic Stay (Docket Number 2265) (the "Order", attached hereto as Exhibit A) entered by this Court on August 15, 2007 to the extent the Order granted the Debtors' Cross-Motion for Sanctions for Violation of the Automatic Stay.

The names of all parties to the Order and the names, addresses and telephone numbers of their respective attorneys are as follows:

**The Debtors:**
New Century TRS Holdings, Inc., *et al.*
3121 Michelson Drive
Suite 600
Irvine, CA 92612
Tax id: 33-0683629

**Counsel to the Debtors:**

| | |
|---|---|
| Christopher M. Samis, Esq. | Ben H. Logan, Esq. |
| Mark D. Collins, Esq. | Suzzanne S. Uhland, Esq. |
| Russell C. Silberglied, Esq. | Victoria A. Newmark, Esq. |
| Richards, Layton & Finger, P.A. | Emily R. Culler, Esq. |
| 920 N. King Street | O'Melveney & Meyers LLP |
| Wilmington, DE 19801 | 275 Battery Street |
| Tel: (302) 651-7845 | San Francisco, CA 94111 |
| Fax : 302-651-7701 | Tel: (415) 984-8700 |

WM1A 104973v1 08/23/07

**Counsel to the Official**
**Committee of Unsecured Creditors:**

| | |
|---|---|
| Bonnie Glantz Fatell, Esq. | Mark S. Indelicato, Esq. |
| Regina Stango Kelbon, Esq. | Mark T. Power, Esq. |
| Blank Rome LLP | Janine M. Cerbone, Esq. |
| 1201 Market Street, Suite 800 | Hahn & Hessen LLP |
| Wilmington, DE 19801 | 488 Madison Avenue, 15th Floor |
| Tel: (302) 425-6400 | New York, NY 10022 |
| Fax: (302) 425-6464 | Tel: (212) 478-7200 |
| | Fax: (212) 478-7400 |

**The United States Trustee:**
Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE 19801
Tel: (302) 573-6491


Dated: August 24, 2007
      Wilmington, Delaware      FOX ROTHSCHILD LLP


      By:   /s/ Carl D. Neff
      Daniel K. Astin (Del. No. 4068)
      Anthony M. Saccullo (Del. No. 4141)
      Carl D. Neff (Del. No. 4895)
      Citizens Bank Center, Suite 1300
      919 N. Market Street, P.O. Box 2323
      Wilmington, Delaware 19899-2323
      Tel (302) 654-7444/Fax (302) 656-892
      dastin@foxrothschild.com
      asaccullo@foxrothschild.com
      cneff@foxrothschild.com

      -and-

      Mark H. Ralston, Esq.
      Texas Bar No. 16489460
      THE RALSTON LAW FIRM
      2603 Oak Lawn Avenue
      Suite 230, LB 2
      Dallas, Texas 75219-9109
      Telephone: (214) 295-6416
      ralstonlaw@gmail.com

      Counsel to Positive Software Solutions, Inc.