IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., et al., | ) | Case No. 07-10416 (KJC) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF
## LOIZIDES, P.A. AS COUNSEL FOR SUNTRUST LEASING CORPORATION

LOIZIDES, P.A. hereby withdraws as counsel for SunTrust Leasing Corporation, a party in interest in the above-referenced matter, effective as of August 24, 2007.

DATED: August 24, 2007

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:         loizides@loizides.com

070824140500.DOCX