# EXHIBIT A

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Hours and Fees Incurred by Professional**
**July 1, 2007 through July 31, 2007**

| Level | Name | Hourly Rate | Hours Incurred | Fees |
|---|---|---:|---:|---:|
| *Tax Compliance* | | | | |
| *Partners/Principals* | Grush, Gary | 600.00 | 49.7 | $ 29,790.00 |
| *Senior Managers/Directors* | Divers, Dale | 515.00 | 7.1 | 3,656.50 |
| | Farrell, Elijah | 475.00 | 3.0 | 1,425.00 |
| | Hughes, James | 490.00 | 42.7 | 20,898.50 |
| | Pomis, Brian | 515.00 | 0.4 | 206.00 |
| | Van Denburg, Pearl | 500.00 | 11.8 | 5,875.00 |
| *Senior Associates* | Kraft, Jon | 390.00 | 45.8 | 17,842.50 |
| | Partridge, Ryan | 325.00 | 116.7 | 37,927.50 |
| | Park, Robin | 325.00 | 6.5 | 2,112.50 |
| *Associates* | Conklin, Katie | 245.00 | 42.6 | 10,437.00 |
| | Crowe, John | 245.00 | 54.6 | 13,365.00 |
| | Furlow, Brian | 225.00 | 163.4 | 36,765.00 |
| | Gamez, Martin | 245.00 | 129.2 | 31,654.00 |
| | Leuthold, Erica (Intern) | 170.00 | 12.0 | 2,040.00 |
| | Maestas, Kristin | 225.00 | 17.0 | 3,825.00 |
| | Meskell, Brian | 170.00 | 12.0 | 2,040.00 |
| | Miller, Lindsay | 170.00 | 47.2 | 8,024.00 |
| | Mistry, Krupa | 170.00 | 52.2 | 8,874.00 |
| | Wang, Jen Chih | 225.00 | 30.9 | 6,952.50 |
| | Wong, Ryan (Intern) | 175.00 | 24.1 | 4,217.50 |
| | **Total Tax Compliance** | | **868.7** | **247,927.50** |

| | |
|---|---:|
| Net Fees | 247,927.50 |
| Less: 20% Hold-Back | (49,585.50) |
| Net Fees | 198,342.00 |
| Plus: Out-of-Pocket Expenses | 518.61 |
| Total Net Fees and Expenses | $ 198,860.61 |
| Blended Hourly Rate | $ 285 |

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Hours and Fees Incurred by Professional**
**July 1, 2007 through July 31, 2007**

| Level | Name | Hourly Rate | Hours Incurred | Fees |
|---|---|---:|---:|---:|
| **Tax Consulting** | | | | |
| Partners/Principals | Auclair, David | $715.00 | 1.0 | $ 715.00 |
| | Cole, Dick | $510.00 | 3.0 | $ 1,530.00 |
| | Cordonnier, Andrew | 715.00 | 6.5 | 4,647.50 |
| | Dahl, Don | 600.00 | 0.9 | 540.00 |
| | Grush, Gary | 600.00 | 13.8 | 8,298.00 |
| | Ryan, Steve | 600.00 | 8.6 | 5,160.00 |
| Senior Managers/Directors | Divers, Dale | 515.00 | 5.2 | 2,678.00 |
| | Hughes, James | 490.00 | 16.7 | 8,183.00 |
| | Pomis, Brian | 515.00 | 20.1 | 10,351.50 |
| | Schram, Timothy | 515.00 | 0.9 | 463.50 |
| | Van Denburg, Pearl | 500.00 | 11.0 | 5,475.00 |
| | Wagner, Rick | 605.00 | 4.0 | 2,420.00 |
| | Wong, James | 535.00 | 39.5 | 21,132.50 |
| Senior Associates | Partridge, Ryan | 325.00 | 8.4 | 2,730.00 |
| | Kraft, Jon | 390.00 | 2.2 | 858.00 |
| | Ratanjee, Hiten | 350.00 | 0.1 | 35.00 |
| Associates | Amin, Nirav | 245.00 | 6.9 | 1,678.25 |
| | Arquette, Paul (Intern) | 170.00 | 0.3 | 42.50 |
| | Conklin, Katie | 245.00 | 19.4 | 4,753.00 |
| | Furlow, Brian | 225.00 | 12.9 | 2,902.50 |
| | Heideman, Eric | 245.00 | 0.4 | 98.00 |
| | Leuthold, Erica (Intern) | 170.00 | 0.6 | 93.50 |
| | Maestas, Kristin | 225.00 | 0.7 | 157.50 |
| | Wang, Jen Chi | 225.00 | 0.8 | 180.00 |
| | Wong, Ryan (Intern) | 175.00 | 7.4 | 1,295.00 |
| Administration | Cochrum, Crystal | 75.00 | 30.2 | 2,267.25 |
| | Gutierrez, Patricia | 75.00 | 0.9 | 67.50 |
| | **Total Tax Consulting** | | **222.3** | **$ 88,752.00** |
| | Less: 20% Hold-Back | | | (17,750.40) |
| | Net Fees | | | 71,001.60 |
| | Plus: Out-of-Pocket Expenses | | | - |
| | Total Net Fees and Expenses | | | $ 71,001.60 |
| | Blended Hourly Rate | | | $ 399 |

| | | | |
|---|---|---:|---:|
| **Grand Total Hours and Fees** | | **1090.9** | **$ 336,679.50** |
| Net Fees | | | $ 336,679.50 |
| Less: 20% Hold-Back | | | $ (67,335.90) |
| Net Fees | | | $ 269,343.60 |
| Plus: Out-of-Pocket Expenses | | | $ 518.61 |
| Total Net Fees and Expenses | | | $ 269,862.21 |
| Blended Hourly Rate | | | $ 309 |