**EXHIBIT B**

**Grant Thornton LLP**
**New Century Financial Corporation**
**SUMMARY OF HOURS AND FEES INCURRED BY MATTER**
**July 1, 2007 through July 31, 2007**

| Code | Matter Description | Hours | Net Fees | Out-of-Pocket Expenses |
|---|---|---|---|---|
| | **Tax Compliance** | | | |
| 1 | Preparation of 2006 federal tax returns | 450.6 | $ 147,230.50 | $60.20 |
| 2 | Preparation of 2006 state tax returns | 418.2 | 100,697.00 | 458.41 |
| | Subtotal | 868.7 | 247,927.50 | 518.61 |
| | Total Net Fees | | | 247,927.50 |
| | Less: 20% Hold-Back | | | (49,585.50) |
| | Net Fees | | | 198,342.00 |
| | Plus: Out-of-Pocket Expenses | | | 518.61 |
| | Total Net Fees and Expenses | | | $ 198,860.61 |
| | Blended Hourly Rate | | | $ 276 |
| | **Tax Consulting** | | | |
| 10 | Preparation of 2007 estimated federal and state tax payments | 7.4 | 1,295.00 | - |
| 11 | General case administration | 95.8 | 31,142.25 | - |
| 12 | Assist with federal and state tax audits | 56.8 | 23,373.25 | - |
| 13 | Provide general corporate tax consulting, including potential bankruptcy tax related issues | 62.3 | 32,941.50 | - |
| | Subtotal | 222.2 | 88,752.00 | - |
| | Total Net Fees | | | 88,752.00 |
| | Less: 20% Hold-Back | | | (17,750.40) |
| | Net Fees | | | 71,001.60 |
| | Plus: Out-of-Pocket Expenses | | | - |
| | Total Net Fees and Expenses | | | $ 71,001.60 |
| | Blended Hourly Rate | | | $ 414 |
| | **Grand Totals** | 1,090.9 | $ 336,679.50 | $ 518.61 |
| | Net Fees | | | $ 336,679.50 |
| | Less: 20% Hold-Back | | | $ (67,335.90) |
| | Net Fees | | | $ 269,343.60 |
| | Plus: Out-of-Pocket Expenses | | | $ 518.61 |
| | Total Net Fees and Expenses | | | $ 269,862.21 |
| | Blended Hourly Rate | | | $ 309 |