**EXHIBIT C**

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Out-of-Pocket Expenses**
**Billing Period: July 1, 2007 - July 31, 2007**

|  | July 1 - 31 | Total |
|---|---:|---:|
| **Transportation, Parking & Mileage** | 468.61 | 468.61 |
| **Out-of Town Meals** | 50.00 | 50.00 |
| **Total** | $ 518.61 | $ 518.61 |

EXHIBIT C