IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS,<br>INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC) |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Buchanan Ingersoll & Rooney PC hereby withdraws its appearance as Delaware counsel for Residential Funding Company, LLC and Dorsey & Whitney (Delaware) LLP hereby enters its appearance as Delaware counsel for Residential Funding Company, LLC.

| DORSEY & WHITNEY (DELAWARE) LLP | BUCHANAN INGERSOLL & ROONEY PC |
|---|---|
| By: _[signature]_<br>Eric Lopez Schnabel (No. 3672)<br>1105 North Market Street (16th Floor)<br>Wilmington, DE 19801<br>Telephone: (302) 425-7162<br>Facsimile: (302) 355-0830<br><br>- and -<br><br>**DORSEY & WHITNEY LLP**<br>Diane Malfeld<br>Chris Lenhart<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br>Telephone: (612) 340-2600<br>Facsimile: (612) 340-2643 | By: _[signature]_<br>Teresa K. D. Currier (No. 3080)<br>Mary F. Caloway (No. 3059)<br>Peter J. Duhig (No. 4024)<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 552-4200<br>Facsimile: (302) 552-4295 |

DATED: August 24, 2007

4813-4342-8865\1