# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC) |

## AMENDED NOTICE OF APPEARANCE AND DEMAND
## FOR SERVICE OF NOTICES AND DOCUMENTS

PLEASE TAKE NOTICE that Residential Funding Company, LLC, pursuant to Section 1109 of title 11 of the United States Code, and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, hereby appears through its undersigned counsel, and requests services of all notices and documents herein upon:

Eric Lopez Schnabel, Esq.
DORSEY & WHITNEY (DELAWARE) LLP
1105 North Market Street (16th Floor)
Wilmington, DE 19801
Telephone: (302) 425-7162
Facsimile: (302) 355-0830
Email: schnabel.eric@dorsey.com

-and-

Chris Lenhart, Esq.
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2643

PLEASE TAKE FURTHER NOTICE, that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned Debtors, their property, or their estates.

PLEASE TAKE FURTHER NOTICE, that neither this Amended Notice of Appearance and Demand for Service of Notices and Documents (the "Notice") nor any later appearance, pleading, proof of claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purposes other than with respect to this Notice; (v) an election of remedy; or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 24, 2007

DORSEY & WHITNEY (DELAWARE) LLP

/s/    Eric Lopez Schnabel
Eric Lopez Schnabel (No. 3672)
1105 North Market Street (16th Floor)
Wilmington, DE 19801
Telephone: (302) 425-7162
Facsimile: (302) 355-0830

- and –

DORSEY & WHITNEY LLP
Chris Lenhart
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2643

Attorneys for Residential Funding Company, LLC

4826-9569-8689\1