# EXHIBIT A

August 22, 2007

Michael J. Missal
1601 K Street, NW
Washington, DC  20036

Our File Number  :   0309077.00100
Invoice          :   1688275
Services Through :   July 31, 2007

**New Century Examiner**

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/05/07 | M. J. Missal | 3.20 | Various telephone calls with US Trustee's office (1.2); finalize application (2.0) | 2,320.00 |
| 06/06/07 | M. J. Missal | 2.40 | Review various documents and filings (1.4); prepare workplan (1.0) | 1,740.00 |
| 06/07/07 | M. J. Missal | 5.90 | Review court filings (.9); telephone call with Creditors Committee (.4); review various documents and other administrative tasks (4.6) | 4,277.50 |
| 06/08/07 | M. J. Missal | 6.70 | Telephone conference with counsel to Creditors Committee and counsel to Debtors (1.0); revise workplan (1.8); review various documents (1.5); meeting with various team members (2.4) | 4,857.50 |
| 06/09/07 | M. J. Missal | 2.50 | Review court pleadings and other documents | 1,812.50 |
| 06/10/07 | M. J. Missal | 4.50 | Continue review of court pleadings (2.0); revise workplan (2.5) | 3,262.50 |
| 06/11/07 | M. J. Missal | 9.50 | Meeting with team (1.5); review various proposals from forensic accountants (2.0); various conferences with teams (4.2); review various documents (1.8) | 6,887.50 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/12/07 | M. J. Missal | 8.90 | Meetings with various teams (2.6); review presentations from forensic accountants (3.0); telephone call with counsel for Debtors (.4); review documents from Debtors (1.7); review outline of report and other documents (1.2) | 6,452.50 |
| 06/13/07 | M. J. Missal | 9.90 | Various meetings with forensic accountants (4.0): prepare e-mails to team (1.0); telephone call with US Trustee's office (.5); telephone call with counsel to Creditors Committee (.5); e-mail with counsel to Audit Committee (.4); review requests and other documents (3.5) | 7,177.50 |
| 06/14/07 | M. J. Missal | 10.50 | Various conferences with US Trustee (1.0); meeting with Debtor and Creditors Committee counsel (4.0); review various filings and other documents (2.5); attention to workplan (3.0) | 7,612.50 |
| 06/15/07 | M. J. Missal | 8.90 | Prepare for and attend court hearing (2.8); telephone call with counsel for Special Investigations Committee (.5); review documents and attention to workplan (5.6) | 6,452.50 |
| 06/16/07 | M. J. Missal | 3.50 | Review various filings and other documents (3.5) | 2,537.50 |
| 06/18/07 | M. J. Missal | 10.90 | Background briefing on industry (2.4); various conferences with team (2.2); prepare e-mails to Creditors Committee and Debtors (1.1); review document requests (1.7); review various documents (3.5) | 7,902.50 |
| 06/19/07 | M. J. Missal | 9.90 | Briefing from counsel to Special Investigations Committee (2.5); various conferences on workplan with team (2.2); various telephone calls with counsel to Debtors (.8); review filings and other documents (4.4) | 7,177.50 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/20/07 | M. J. Missal | 6.80 | Various conferences with team on workplan (3.1); telephone call with SEC (.6); telephone call with financial advisor (.5); review documents and revise workplan (2.6) | 4,930.00 |
| 06/21/07 | M. J. Missal | 9.90 | Meeting with counsel for independent directors (1.8); telephone call with accountants (.8); various e-mails and phone calls with team (1.5); conferences with working groups on status (2.3); review documents (3.5) | 7,177.50 |
| 06/22/07 | M. J. Missal | 6.60 | Various conferences with group on workplan (2.1); prepare memo on status (.4); telephone call with accountants for Special Investigations Committee (.5); various telephone calls with Debtors (1.1); telephone call with office of US trustee (.5); review documents (2.0) | 4,785.00 |
| 06/24/07 | M. J. Missal | 2.20 | Review memo on cash collateral issue (1.0); revise workplan (1.2) | 1,595.00 |
| 06/25/07 | M. J. Missal | 7.80 | Telephone call with accountants to Special Investigations Committee (.4); telephone call with Creditors Committee (.3); conferences with team on workplan and various issues (3.7); review memos and other documents (3.4) | 5,655.00 |
| 06/26/07 | M. J. Missal | 6.30 | Various telephone calls with Debtors (.8); various telephone calls with US Trustee's office (.9); telephone call with counsel for KPMG (.6); telephone call with Creditors Committee (.4); review various documents (2.1); conferences with team members on status and workplan (1.5) | 4,567.50 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/27/07 | M. J. Missal | 5.70 | Various conferences with team on status (2.1); review documents on cash collateral and other issues (2.2); review issues related to auditor (1.4) | 4,132.50 |
| 06/28/07 | M. J. Missal | 7.90 | Various telephone calls with Creditors Committee (1.0); various telephone calls with O'Melveny (1.1); revise workplan (1.4); meetings with team members (1.8); telephone call with US Trustee (.5); review documents (2.1) | 5,727.50 |
| 06/29/07 | M. J. Missal | 6.10 | Meeting on document production (1.3); attention to workplan (1.6); review various documents (3.2) | 4,422.50 |
| 06/30/07 | M. J. Missal | 3.70 | Review various documents (2.5); prepare e-mails with various team members (1.2) | 2,682.50 |
| 07/02/07 | M. J. Missal | 7.10 | Telephone call with accountants (.6); telephone call with creditors committee (.3); various meetings and conferences with team on status and workplan (4.6); review subpoena (.6); review filings (1.) | 5,147.50 |
| 07/03/07 | M. J. Missal | 8.20 | Various conferences with team (2.8); review and revise pleadings and subpoena (1.1); prepare various e-mails on status (.8): review documents to prepare for meetings at New Century (3.5) | 5,945.00 |
| 07/04/07 | M. J. Missal | 4.50 | Prepare for meetings at New Century | 3,262.50 |
| 07/05/07 | M. J. Missal | 13.30 | Prepare for meetings at New Century (6.3); meeting with New Century counsel and employees (4.5); various meetings with team regarding workplan (2.5) | 9,642.50 |
| 07/06/07 | M. J. Missal | 11.60 | Various meetings with New Century personnel (4.0): review various interview notes and other documents (6.9); prepare e-mails on status (.7) | 8,410.00 |

-4-

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/08/07 | M. J. Missal | 3.50 | Prepare various e-mails on status (1.1); review documents on issues (2.4) | 2,537.50 |
| 07/09/07 | M. J. Missal | 9.80 | Various conferences with team on status and workplan (4.6); various telephone calls with Debtors' counsel on requests (.8) telephone call with Audit Committee counsel (.4); review various documents related to accounting and cash collateral (4.0) | 7,105.00 |
| 07/10/07 | M. J. Missal | 7.90 | Various telephone calls with counsel for Debtors (1.0); revise workplan (2.9); prepare various requests to Debtor and third party (2.4); review documents (1.6) | 5,727.50 |
| 07/11/07 | M. J. Missal | 10.20 | Meeting with accountants (3.7); continue to revise workplan (1.4); various conferences with team members on status (2.0); various communications with Debtors (1.2); telephone call to US Trustee (.4); revise memos (1.5) | 7,395.00 |
| 07/12/07 | M. J. Missal | 7.30 | Various conferences with team (2.3); various communications with Debtors (1.3); revise workplan (2.2); revise memos (1.5) | 5,292.50 |
| 07/13/07 | M. J. Missal | 11.80 | Various meetings and conferences with team on document issues (3.5); various communications with Debtors' counsel (1.6); review various memos and other documents (6.3) | 8,555.00 |
| 07/14/07 | M. J. Missal | 2.00 | Review various memos and other documents (2.0) | 1,450.00 |
| 07/15/07 | M. J. Missal | 3.50 | Review and revise various memos (3.5) | 2,537.50 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/16/07 | M. J. Missal | 12.90 | Meeting with group on status (1.2); revise various memos (2.0): various conferences and communications with team (3.5); review pleadings and other documents (2.4); communications with Debtors (.6); prepare for meeting with Heller Ehrmann (3.2) | 9,352.50 |
| 07/17/07 | M. J. Missal | 12.20 | Meeting with Special Committee (4.8); meeting with Creditors Committee (.7); meeting with internal group on workplan (1.4); meeting with team leaders (.8); review various documents and pleadings (2.0); prepare for meetings with Special Investigations Committee and Creditors Committee (2.5) | 8,845.00 |
| 07/18/07 | M. J. Missal | 10.80 | Various telephone calls with Debtors' counsel (.8); telephone call with US Trustee's office (.4); telephone call with BDO Seidman on workplan (.6); review various court filings (1.1); conferences with team on status and workplan (4.5); review memos and other documents (3.5) | 7,830.00 |
| 07/19/07 | M. J. Missal | 12.20 | Review various memos (3.4); numerous meetings with team members on workplan (5.5); various communications with Debtors counsel on documents (1.3); various communications with US Trustee's office (.5); review pleadings and other documents (1.5) | 8,845.00 |
| 07/20/07 | M. J. Missal | 10.20 | Meeting with team on status (.9); various telephone calls with counsel for Debtors (.7); various conferences with team members on status and workplan (2.5); revise memos (3.6); review pleadings and other documents (2.5) | 7,395.00 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/22/07 | M. J. Missal | 5.10 | Review workplan (2.4); review interview notes (2.0); send various e-mails (.7) | 3,697.50 |
| 07/23/07 | M. J. Missal | 5.50 | Telephone call with counsel for Creditors Committee (.4); telephone call with counsel for KPMG (.5); review interview memos (1.8); various communications with team members on status and workplan (2.8) | 3,987.50 |
| 07/24/07 | M. J. Missal | 6.40 | Various communications with counsel for KPMG (1.3); various communications with counsel for Debtors (1.2); various communications with US Trustee's office (.5); various communications with counsel for Creditors Committee (.6); various communications with team members on status and workplan (1.5); review documents on interviews (1.3) | 4,640.00 |
| 07/25/07 | M. J. Missal | 8.50 | Various communications with counsel for KPMG (2.3); various communications with counsel for Debtors (1.6); various communications with counsel for Creditors Committee (1.0); various communications with team on workplan (2.1); review memos of interviews (1.5) | 6,162.50 |
| 07/26/07 | M. J. Missal | 4.70 | Various conferences with US Trustee office (.8); various communications with counsel for Creditors Committee (.7); various communications with counsel for KPMG (1.1); various communications with team on status (1.2); various communications with counsel for Debtors (.9) | 3,407.50 |

-7-

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/27/07 | M. J. Missal | 5.60 | Telephone call with counsel for US Trustee (.5); various communications with counsel for KPMG (1.3); telephone call with counsel for Creditors Committee (.4); various telephone calls with counsel for Debtors (.9) various communications with team on status and workplan (2.5) | 4,060.00 |
| 07/28/07 | M. J. Missal | 2.80 | Various communications with team on workplan (1.1); review memos on interviews (1.7) | 2,030.00 |
| 07/28/07 | M. J. Missal | 3.00 | Review various memos of interviews (1.8); numerous communications with team (1.2) | 2,175.00 |
| 07/30/07 | M. J. Missal | 10.00 | Meeting with team on update (1.0); meeting with KPMG counsel on 2004 motion (1.0); various conferences with team on workplan and updates (3.7); review interview memos (3.4); various e-mails with counsel for Debtors (.9) | 7,250.00 |
| 07/31/07 | M. J. Missal | 9.80 | Meeting with lawyers (.8); various communications with team on status and updates (4.2); review numerous memos, e-mails and other documents (4.3); telephone call with counsel for Debtors on document production (.5) | 7,105.00 |
| | | TOTAL FEES | | $  275,935.00 |

| M. J. Missal | | 380.60 hrs at $ 725 / hr | $275,935.00 |
|---|---|---|---|
| | TOTAL FEES | 380.60 hrs | $ 275,935.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | | AMOUNT |
|-------------|---|--------|
| Lexis Research | | 302.04 |
| Westlaw Research | | 52.58 |
| | DISBURSEMENTS & OTHER CHARGES | $ 354.62 |

-8-

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 275,935.00 |
| Fee Discount | $ | (27,593.50) |
| Total Fees | $ | 248,341.50 |
| | | |
| Disbursements and Other Charges | $ | 354.62 |
| | | |
| **CURRENT INVOICE DUE** | **$** | **248,696.12** |

# EXHIBIT B

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (11) 11

Proforma Number: 1161390
Invoice Number: 1688275
Client: New Century Examiner, Michael J. Missal
Matter Description: New Century Examiner

22 Aug 2007
Batch #: 1354683
Inventory Manager: Missal, M. J
Matter Number: 0309077.00100

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 13989523 | 14 | 36057 | 30 Jun 2007 | Lexis - JWC - 06/01/2007 - 06/30/2007<br>USER DEFINED 1:  CHAFFIN, WALKER | 302.04 | 302.04 | 1 |
| | | | | Subtotal Lexis Research | 302.04 | 302.04 | |
| 13996947 | 15 | 32026 | 25 Jul 2007 | Westlaw - 07/25/2007 - 07/25/2007<br>USER DEFINED 1:  FELLER,ANDREW H<br>USER DEFINED 2:  0309077.00100/32026 | 52.58 | 52.58 | 1 |
| | | | | Subtotal Westlaw Research | 52.58 | 52.58 | |
| | | | | TOTAL DISBURSEMENTS AND OTHER CHARGES | 354.62 | 354.62 | |