IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
```
In re:                                   : Chapter 11
                                         :
NEW CENTURY TRS HOLDINGS, INC.,          : Case No. 07-10416 (KJC)
a Delaware Corporation, et al.,          :
                                         : Jointly Administered
                    Debtors.             :
                                         : Objection Deadline:
                                         : September 13, 2007 at 4:00 p.m.
```
-----------------------------------------------------------x
```

### FIRST MONTHLY APPLICATION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP, COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FROM JUNE 1, 2007 THROUGH JULY 31, 2007

Name of Applicant: **Kirkpatrick & Lockhart Preston Gates Ellis LLP**

Authorized to Provide Professional Services to: **Michael J. Missal, Examiner**

Date of Retention: **July 25, 2007, *nunc pro tunc* to June 1, 2007**

Period for Which Compensation and Reimbursement is Sought: **June 1, 2007 through July 31, 2007**

Amount of Compensation Sought as Actual, Reasonable and Necessary:
**$1,378,689.66 (80% of $1,723,362.08)[1]**

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: **$58,126.01**

This is a:     **X** monthly     __ interim     __ final application.

The total time expended for fee application preparation is approximately 0 hours and the corresponding compensation requested is approximately $0.00.

Prior Applications:     **None.**

---

[1] Reflects K&L Gates' voluntary ten percent (10%) reduction of its fees in this matter.

**ATTACHMENT B**
**TO FEE APPLICATION**

The following is a summary of the fees incurred by K&L Gates during the period covered by this First Monthly Fee Application:

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Jeffrey L. Bornstein | Partner; Joined K&L Gates in 2005; Practice Area(s): White Collar Crime, Commercial Litigation | Member of the CA Bar since 1981 | $525.00 | 148.4 | $77,910.00 |
| Melanie H. Brody | Partner; Joined K&L Gates in 1995; Practice Area(s): Mortgage Banking & Consumer Credit | Member of the DC Bar since 1994 | $500.00 | 2.5 | $1,250.00 |
| David T. Case | Partner; Joined K&L Gates in 1984; Practice Area(s): Commercial Litigation | Member of the MI Bar since 1979 | $625.00 | 31.6 | $19,750.00 |
| Edward J. Fishman | Partner; Joined K&L Gates in 2001; Practice Area(s): Transportation, Internal Investigations | Member of the MD Bar since1996 and the DC Bar since 1998 | $475.00 | 80.1 | $38,047.50 |
| Edward M. Fox | Partner; Joined K&L Gates in 2004; Practice Area(s): Bankruptcy/ Insolvency | Member of the MA Bar since 1985 and the NY Bar since 1986 | $775.00 | 258.6 | $200,415.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Fred D. Heather | Partner; Joined K&L Gates in 2007; Practice Area(s): White Collar Crime, Commercial Litigation | Member of the NY Bar since 1978 and the CA Bar since 1983 | $630.00 | 7.7 | $4,851.00 |
| Phillip J. Kardis III | Partner; Joined K&L Gates in 2004; Practice Area(s): Corporate/Mergers & Acquisitions, Mortgage Banking and Consumer Credit | Member of the VA and DC Bars since 1996 | $625.00 | 61.7 | $38,562.50 |
| Rebecca L. Kline Dubill | Partner; Joined K&L Gates in 1998; Practice Area(s): Securities Enforcement | Member of the MD Bar since 1998 and the DC Bar since 1999 | $455.00 | 307.3 | $139,821.50 |
| Stavroula E. Lambrakopoulos | Partner; Joined K&L Gates in 1995; Practice Area(s): Commercial Litigation, Securities Enforcement | Member of the MD Bar since 1995 and the DC Bar since 1996 | $525.00 | 225.1 | $118,177.50 |
| Lawrence C. Lanpher | Partner; Joined K&L Gates in 1975; Practice Area(s): Commercial Litigation, Internal Investigations | Member of the DC Bar since 1975 | $625.00 | 342.8 | $214,250.00 |
| Walter P. Loughlin | Partner; Joined K&L Gates in 2006; Practice Area(s): Commercial Litigation, Securities Enforcement | Member of the CT Bar since 1977 and the NY Bar since 1999 | $750.00 | 45.1 | $33,825.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Bruce H. Nielson | Partner; Joined K&L Gates in 1987; Practice Area(s): Corporate, Commercial Technology, E-Commerce | Member of the VA Bar since 1987 and the DC Bar since 1988 | $525.00 | 81.0 | $42,525.00 |
| Brian Ochs | Partner; Joined K&L Gates in 1984; Practice Area(s): Securities Enforcement | Member of the DC Bar since 1988 | $625.00 | 102.0 | $63,750.00 |
| Kathleen O. Peterson | Partner; Joined K&L Gates in 1997; Practice Area(s): Commercial Litigation | Member of the CA Bar since 1986 | $460.00 | 14.1 | $6,486.00 |
| Laurence E. Platt | Partner; Joined K&L Gates in 1995; Practice Area(s): Mortgage Banking & Consumer Credit | Member of the DC Bar since 1982 | $650.00 | 3.2 | $2,080.00 |
| Michael J. Quinn | Partner; Joined K&L Gates in 2000; Practice Area(s): Securities Enforcement, Commercial Litigation | Member of the CA Bar since 1998 | $460.00 | 68.9 | $31,694.00 |
| Glenn R. Reichardt | Partner; Joined K&L Gates in 1984; Practice Area(s): Securities Enforcement, Internal Investigations | Member of the DC Bar since 1977 | $650.00 | 39.5 | $25,675.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Thomas C. Russler | Partner; Joined K&L Gates in 1999; Practice Area(s): Finance | Member of the NY Bar since 1975 | $700.00 | 15.2 | $10,640.00 |
| John Steele | Partner; Joined K&L Gates in 2003; Practice Area(s): Finance, Corporate, Mortgage Banking & Consumer Credit | Member of the NY and DC Bars since 1981 | $600.00 | 4.3 | $2,580.00 |
| Stephen G. Topetzes | Partner; Joined K&L Gates in 1988; Practice Area(s): Securities Enforcement, Internal Investigations | Member of the WI Bar since 1988 and the DC Bar since 1990 | $650.00 | 212.4 | $138,060.00 |
| | | **PARTNER TOTALS** | | **2,051.5** | **$1,210,350.00** |
| Kevin S. Asfour | Associate; Joined K&L Gates in 2003; Practice Area(s): Commercial Litigation | Member of the CA Bar since 2003 | $365.00 | 43.6 | $15,914.00 |
| Scott T. Baker | Summer Associate | N/A | $235.00 | 30.4 | $7,144.00 |
| Johnathan D. Borrowman | Associate; Joined K&L Gates in 2002; Practice Area(s): Commercial Litigation | Member of the DC and MI Bars since 2002 | $360.00 | 45.9 | $18,360.00 |
| Michelle D. Bradbury | Summer Associate | | $235.00 | 42.9 | $10,081.50 |
| Ashley J. Camron | Associate; Joined K&L Gates in 2003; Practice Area(s): Commercial Litigation | Member of the CA Bar since 2001 | $415.00 | 33.5 | $13,902.50 |
| Amy L. Eldridge | Summer Associate | | $235.00 | 56.1 | $13,183.50 |

5

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Kristin S. Elliott | Associate; Joined K&L Gates in 2006; Practice Area(s): Bankruptcy/ Insolvency | Member of the NJ Bar since 2002 and the NY Bar since 2004 | $450.00 | 145.8 | $65,610.00 |
| Andrew H. Feller | Associate; No longer employed by K&L Gates; Practice Area(s): Securities Enforcement | Member of the DC Bar since 2004 | $410.00 | 95.1 | $38,991.00 |
| Timothy W. Fredricks | Associate; Joined K&L Gates in 2005; Practice Area(s): Commercial Litigation | Member of the CA Bar since 2005 | $310.00 | 14.9 | $4,619.00 |
| Anthony C. Green | Associate; Joined K&L Gates in 2004; Practice Area(s): Corporate/Mergers & Acquisitions | Member of the MD Bar since 1999 and the CD Bar since 2001 | $475.00 | 17.3 | $8,217.50 |
| Suzanne M. Henry | Associate; Joined K&L Gates in 2003; Practice Area(s): Commercial Litigation | Member of the CA Bar since 1999 | $450.00 | 23.4 | $10,530.00 |
| Jennifer L. Hieb | Associate; Joined K&L Gates in 2001; Practice Area(s): Commercial Litigation, Securities Enforcement | Member of the MD Bar since 2001 and the DC Bar since 2002 | $395.00 | 25.5 | $10,072.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Erika Kane | Associate; No longer employed by K&L Gates; Practice Area(s): Commercial Litigation | Member of the TX Bar since 2005 | $275.00 | 68.5 | $18,837.50 |
| Erin A. Koeppel | Associate; Joined K&L Gates in 2000; Practice Area(s): Commercial Litigation, Securities Enforcement | Member of the NY and DC Bars since 2001 | $425.00 | 98.6 | $41,905.00 |
| Amanda B. Kostner | Associate; Joined K&L Gates in 2006; Practice Area(s): Commercial Litigation | Member of the CA Bar since 2006 | $265.00 | 87.4 | $23,161.00 |
| Seba P. Kurian | Associate; Joined K&L Gates in 2006; Practice Area(s): Securities Enforcement | Member of the MD Bar since 2006 and the DC Bar since 2007 | $275.00 | 96.6 | $26,564.75 |
| Robert A. Lawton | Associate; Joined K&L Gates in 2002; Practice Area(s): Commercial Litigation | Member of the PA Bar since 2003 | $220.00 | 68.0 | $14,960 |
| Drew A. Malakoff | Associate; Joined K&L Gates in 2004; Practice Area(s): Corporate, Finance, Mortgage Banking & Consumer Credit | Member of the CT Bar since 1998 and the NY Bar since 1999 | $500.00 | 7.3 | $3,650.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Andrew R. McFall | Associate; Joined K&L Gates in 2005; Practice Area(s): Securities Enforcement | Member of the IL Bar since 2005 and the DC Bar since 2006 | $325.00 | 137.4 | $44,654.00 |
| Eric T. Moser | Associate; Joined K&L Gates in 1999; Practice Area(s): Bankruptcy/ Insolvency | Member of the PA Bar since 1999 and the NY Bar since 2006 | $500.00 | 109.0 | $54,500.00 |
| Bethany M. Nikfar | Associate; Joined K&L Gates in 2005; Practice Area(s): Securities Enforcement | Member of the NY Bar since 2006 and the DC Bar since 2007 | $300.00 | 11.9 | $3,570.00 |
| Andrew Porter | Associate; Joined K&L Gates in 2006; Practice Area(s): Securities Enforcement | Member of the NY Bar since 2007 | $275.00 | 17.6 | $4,840.00 |
| Lisa M. Richman | Associate; Joined K&L Gates in 2003; Practice Area(s): Commercial Litigation, Securities Enforcement | Member of the CA Bar since 2003 and the DC Bar since 2004 | $385.00 | 61.6 | $23,716.00 |
| Eunice Rim | Associate; Joined K&L Gates in 2006; Practice Area(s): Bankruptcy/ Insolvency | Not yet admitted | $325.00 | 76.8 | $24,960.00 |

- -

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin H. Roeber | Associate; Joined K&L Gates in 2006; Practice Area(s): Commercial Litigation | Member of the NY Bar since 2007 | $325.00 | 60.0 | $19,500.00 |
| Leah G. Shough | Associate; Joined K&L Gates in 2005; Practice Area(s): Commercial Litigation | Member of the CA Bar since 2005 | $280.00 | 228.9 | $64,092.00 |
| Jennifer L. Wayne | Associate; Joined K&L Gates in 2002; Practice Area(s): Commercial Litigation | Member of the CA Bar since 2002 | $390.00 | 22.0 | $8,580.00 |
| | | **ASSOCIATE TOTALS** | | **1,726.0** | **$594,115.75** |
| Francella H. Ashby | Paralegal; Joined K&L Gates in 2005 | N/A | $180.00 | 5.4 | $972.00 |
| Matthew B. Bowman | Paralegal; Joined K&L Gates in 2005 | N/A | $240.00 | 292.7 | $70,248.00 |
| James V. Catano | Paralegal; Joined K&L Gates in 2006 | N/A | $185.00 | 63.5 | $11,747.50 |
| Felicia Dell'Olio | Paralegal; Joined K&L Gates in 1999 | N/A | $275.00 | 3.3 | $907.50 |
| JoAnne E. Holmes | Paralegal; Joined K&L Gates in 1987 | N/A | $200.00 | 48.2 | $9,640.00 |
| Lisette Howells | Paralegal; Joined K&L Gates in 2003 | N/A | $240.00 | 10.9 | $2,616.00 |
| Nathanael F. Meyers | Paralegal; Joined K&L Gates in 2006 | N/A | $215.00 | 20.8 | $4,472.00 |
| Jane E. Nilan | Paralegal; Joined K&L Gates in 1998 | N/A | $260.00 | 3.6 | $936.00 |
| Patricia L. Novak | Paralegal; Joined K&L Gates in 1993 | N/A | $215.00 | 66.2 | $14,233.00 |

9

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Joanne B. Pflugh | Paralegal; Joined K&L Gates in 1988 | N/A | $200.00 | 6.3 | $1,260.00 |
| Justin M. Resti | Library Assistant; Joined K&L Gates in 2003 | N/A | $155.00 | 3.1 | $480.50 |
| Ralph A. Rogers | Litigation Support Tech; Joined K&L Gates in 2006 | N/A | $175.00 | 13.5 | $2,362.50 |
| Troy Rohrbaugh | Paralegal; Joined K&L Gates in 1997 | N/A | $160.00 | 3.4 | $544.00 |
| Jennifer Shuttleworth | Legal Secretary | N/A | $165.00 | 40.3 | $6,649.50 |
| Linda H. Woo | Paralegal | N/A | $220.50 | 130.8 | $32,046.00 |
| PARAPROFESSIONAL TOTALS | | | | 712.0 | $159,114.50 |
| TOTAL PROFESSIONAL HOURS | | | | 4,489.5 | $1,963,580.25 |
| VOLUNTARY 10% REDUCTION | | | | | ($196,358.02) |
| REDUCTION FOR NON-WORKING TRAVEL | | | | | ($43,860.15) |
| DISCOUNTED TOTAL | | | | | $1,723,362.08 |
| TOTAL BLENDED HOURLY RATE (excluding paraprofessionals) | | | | | $477.69 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Investigation | 3983.8 | $1,704,960.50 |
| Retention of Professionals | 269.4 | $146,580.00 |
| Court Hearings | 13.8 | $9,261.50 |
| Billing, Compensation & Fee Applications | 7.4 | $5,312.50 |
| Non-Working Travel | 215.1 | $97,467.00 |
| **TOTAL** | **4,489.5** | **$1,963,581.50** |
| **VOLUNTARY 10 % REDUCTION** | | **($196,358.15)** |
| **REDUCTION FOR NON-WORKING TRAVEL** | | **($43,860.15)** |
| **DISCOUNTED TOTAL** | | **$1,723,363.20** |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Telephone | | $11.15 |
| Telephone/Conference Calls | Chorus Call, Inc. | $46.49 |
| Copying Expense (Billed at $0.10/page) | | $4,840.60 |
| Computer Research | Livedgar | $312.24 |
| Computer Research | Lexis | $12,962.00 |
| Computer Research | Westlaw | $11,901.06 |
| Word Processing | | $3,281.33 |
| Employee Overtime | | $300.00 |
| Long Distance Courier | | $8.09 |
| OT Dinner/Parking | | $54.77 |
| Travel Expenses | | $13,922.49 |
| Transportation Expenses | | $356.00 |
| Taxi/Car Service | | $1,525.78 |
| Air Fare | | $7,812.33 |
| Business Meal | | $45.76 |
| Travel Related Meals | | $565.92 |
| Miscellaneous | Boston Properties Ltd. | $180.00 |
| **TOTAL** | | **$58,126.01** |

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., | : Case No. 07-10416 (KJC) |
| a Delaware Corporation, et al., | : |
| | : Jointly Administered |
| Debtors.[2] | : |
| | : Objection Deadline: |
| | : September 13, 2007 at 4:00 p.m. |
| | : |
| | : |
| | : |
| | : |

------------------------------------------------------------x

## FIRST MONTHLY APPLICATION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP, COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FROM JUNE 1, 2007 THROUGH JULY 31, 2007

Pursuant to Sections 330 and 331 of Chapter 11, Title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), Local Bankruptcy Rule 2016-2 and the Administrative Order Establishing Procedures

for Interim Compensation and Reimbursement of Expenses of Professionals entered herein on

April 24, 2007 (the "Fee Procedures Order"), Kirkpatrick & Lockhart Preston Gates Ellis LLP

---

[2] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

13

("K&L Gates") hereby submits its first monthly application (the "Application") for allowance of compensation and reimbursement of expenses as counsel to the Examiner for the period from June 1, 2007 through July 31, 2007 (the "First Monthly Period"). For the First Monthly Period, K&L Gates seeks allowance of interim compensation in the amount of $1,378,689.66 (80% of $1,723,362.08), and reimbursement of actual and necessary expenses in the amount of $58,126.01, for a total of $1,436,815.67. In support of the Application, K&L Gates respectfully states:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.

2.      This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

3.      Venue of this proceeding and the Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The statutory predicates for the relief requested herein are 11 U.S.C. §§ 105(a), 330 and 331, and Fed R. Bankr. P. 2016.

## BACKGROUND

5.      On April 2, 2007 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. Since the Petition Date, the Debtors have continued to operate their businesses and manage their affairs as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

6.      On June 1, 2007, the Court Entered an Order Denying in Part and Granting in Part Motion of the United States Trustee (the "UST") for an Order Directing Appointment of a Chapter 11 Trustee, or in the Alternative, an Examiner (the "Examiner Order").

14

7.     Pursuant to the Examiner Order, the Court authorized and directed the

Examiner to, inter alia, "investigate any and all accounting and financial statement irregularities,

errors or misstatements, including but not limited to such irregularities, errors or misstatements

that (i) gave rise to the announced need to restate the Debtors' financial statements for the first

three quarters of 2006 and/or (ii) led the Debtors' management and Audit Committee to conclude

it was more likely than not that pre-tax earnings in the 2005 financial statements were materially

overstated, and identify and evaluate any claims or rights of action that the estates might have

arising from or relating to such irregularities, errors or misstatements." Examiner Order at ¶ 3.

The Court also authorized and directed the Examiner to investigate any possible unauthorized

post-petition use of cash collateral by the Debtors and to otherwise perform the duties of an

examiner pursuant to Section 1106(a)(3) and (a)(4) of the Bankruptcy Code, subject to the

provisions of the Examiner Order. Id.

8.     The Examiner Order further authorized the Examiner to "retain counsel

and other professionals if he . . . determines that such retention is necessary to discharge his . . .

duties, with such retention to be subject to Court approval under standards equivalent to those set

forth in 11 U.S.C. § 327[.]" Id. at ¶ 7.

9.     On June 8, 2007, the Examiner filed an Application for an Order

Authorizing the Retention of K&L Gates as Counsel to the Examiner *Nunc Pro Tunc* to June 1,

2007. On July 25, 2007, the Court entered an Order approving the Examiner's retention of K&L

Gates *nunc pro tunc* to June 1, 2007.

15

## COMPENSATION PAID AND ITS SOURCE

10.    All services for which K&L Gates requests compensation were performed for or on behalf of the Examiner.

11.    K&L Gates has received no payment and has received no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between K&L Gates and any other person, other than the partners of K&L Gates, for the sharing of compensation to be received for services rendered in this case.

12.    As this is K&L Gates' first monthly fee application, K&L Gates has not yet received any payment from the Debtors for attorneys' fees and expenses incurred in representing the Examiner.

13.    No retainer has been paid to K&L Gates for services rendered or to be rendered on behalf of the Examiner.

## FEE STATEMENTS

14.    The fee statement for the First Monthly Period is attached hereto as Exhibit A. The fee statement contains daily time logs describing the time spent by each K&L Gates attorney and paraprofessional during the First Monthly Period.

15.    To the best of K&L Gates' knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court, the Fee Guidelines prescribed by the UST and the Fee Procedures Order.

16.    K&L Gates notes that its time reports are organized and prepared on a daily basis, and its charges for professional services have been billed at K&L Gates' standard hourly rates, less a 10% discount on fees. K&L Gates' requested compensation is commensurate

16

with compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code.

17.     In accordance with the Local Rules of this Court, K&L Gates has also reduced its fees associated with non-working travel time by 50%.

## ACTUAL AND NECESSARY EXPENSES

18.     A summary of actual and necessary expenses incurred by K&L Gates during the First Monthly Period is attached as part of Attachment B to this Application, and a copy of K&L Gates' detailed expense records is attached hereto as Exhibit B.

19.     K&L Gates customarily charges $0.18 per page for photocopying expenses but, in accordance with the Local Rules of this Court, has charged $0.10 per page for photocopying expenses incurred in this matter.

20.     K&L Gates customarily charges $0.75 per page for out-going facsimile transmissions.  K&L Gates also customarily charges for long distance telephone calls on outgoing facsimile transmissions.  K&L Gates believes that its charges for outgoing facsimile transmissions do not exceed the $1.00 per page limitation imposed under the Local Rules of this Court.  K&L Gates did not incur any facsimile expenses during the First Monthly Period.

21.     Regarding providers of on-line legal research (e.g., Lexis, Westlaw and Pacer), K&L Gates charges the standard usage rates these providers charge for computerized legal research and case management.  K&L Gates bills its clients the actual amount charged by such services, with no premium.  Any volume discount received by K&L Gates is passed on to the client.

22.     K&L Gates believes the foregoing rates and expense charges are the market rates that the majority of law firms charge clients for such services.  In addition, K&L

17

Gates believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## SUMMARY OF SERVICES RENDERED

23. The names of the partners and associates of K&L Gates who have rendered professional services to the Examiner in these Chapter 11 cases during the First Monthly Period, and the K&L Gates paraprofessionals who provided services to these attorneys during the First Monthly Period, are set forth in Attachment B to this Application.

24. K&L Gates, by and through such persons, has advised and assisted the Examiner in his investigation of the Debtors, assisted the Examiner in preparing the Report he will deliver to the Court, prepared various applications and motions to retain professionals to assist the Examiner in carrying out his duties, attended Court hearings where matters of interest to the Examiner were addressed, and performed all necessary professional services which are described and narrated in detail below and on the time records attached as Exhibit A to this Application. K&L Gates' efforts on behalf of the Examiner have been particularly extensive due to the complexity of the issues the Examiner has been charged with investigating in a relatively short timeframe.

## SUMMARY OF SERVICES BY PROJECT

25. Pursuant to the UST's Fee Guidelines, K&L Gates classified services performed during the First Monthly Period into separate categories. K&L Gates attempted to place the services provided in the category that best relates to the services provided. However, because certain services may relate to one or more categories, services pertaining to one category may, in fact, be included in another category. These services performed, by categories, are

18

generally described below, with a more detailed identification of the actual services provided in Exhibit A. A summary of the categories identified, the amount of hours expended, and the total amount of fees for each category is also included as part of Attachment B to this Application.

A.    **Investigation**

26.    K&L Gates expended 3,983.8 hours with respect to services under this category, for which total compensation amounts to $1,534,464.45. Upon its retention, K&L Gates spent substantial time familiarizing itself with the Debtors and their businesses, and it organized teams of professionals to assist the Examiner in the various areas of his investigation. Among other things, K&L Gates reviewed and analyzed information regarding the Debtors' industry and the recent market conditions thereof, worked to understand the Debtors' corporate structure and management, evaluated key pleadings filed in the Debtors' bankruptcy cases, and reviewed news articles and SEC filings to gain information related to areas of the Examiner's investigation. K&L Gates used such information to gain a background understanding of the Debtors and to generate its strategy for assisting the Examiner in his investigation of the Debtors.

27.    Upon its retention, K&L Gates also established a document review database to effectively manage its review of documents requested from the Debtors and other parties. K&L Gates also prepared document requests, communicated with various counsel to obtain the voluntary production of documents, and drafted and prosecuted a contested motion to compel the production of documents by KPMG LLP, the Debtors' former outside auditors.

28.    K&L Gates ultimately received and has undertaken a review of over one million pages of documents, as well as additional email communications regarding issues related to the Examiner's investigation. In connection with its ongoing document review, K&L Gates communicated internally about the significance of key documents, and K&L Gates'

19

paraprofessionals devoted substantial time to maintaining and organizing all of the documents
that K&L Gates has received.

29.     During the First Monthly Period, K&L Gates performed legal research and
drafted memoranda discussing legal issues related to the Examiner's investigation. K&L Gates
also analyzed and prepared summaries of the Debtors' master repurchase agreements and
transactional documents related to whole loan sales.

30.     K&L Gates further assisted the Examiner by interviewing numerous
employees of the Debtors about the issues the Examiner has been directed to investigate. To
prepare for each interview, K&L Gates reviewed documents and correspondence related to
possible areas of inquiry and prepared detailed interview outlines. After each interview, K&L
Gates prepared detailed interview memoranda summarizing the substance of each interview and
highlighting areas for further inquiry and investigation. K&L Gates also had numerous
discussions and correspondence with the Debtors' counsel to arrange additional interviews and to
follow-up on questions and document requests made during interviews.

31.     During the First Monthly Period, K&L Gates also attended the "meet and
confer" session held at the Court's direction on June 14, 2007, and it thereafter met with various
other parties, including counsel for the Special Investigation Committee established by the
Debtors' Board of Directors, the Examiner's financial advisor and counsel for the Creditors'
Committee to gather additional documents and facts related to the issues the Examiner is
investigating. Additionally, K&L Gates devoted substantial time throughout the First Monthly
Period to assisting the Examiner in drafting various sections of the Report the Examiner will
deliver to the Court at the conclusion of his investigation.

## B.    Retention of Professionals

32.    K&L Gates expended 269.4 hours with respect to services under this category, for which total compensation amounts to $131,922.00. During the First Monthly Period, K&L Gates prepared the Examiner's affidavit supporting his appointment by the UST, and it also prepared the Examiner's application to retain K&L Gates as his counsel. In connection with its preparation of the Examiner's application to retain K&L Gates, K&L Gates conducted extensive research regarding possible connections between K&L Gates and the Debtors, and it drafted the appropriate affidavits disclosing all such connections to the Court. K&L Gates also devoted time to reviewing and addressing questions and/or objections raised with respect to K&L Gates' retention by the Court, the UST and various financial institutions.

33.    In addition to services related to the Examiner's retention of K&L Gates, K&L Gates also consulted with the Examiner regarding potential financial advisors, and it participated in the interviews the Examiner conducted of numerous prospective financial advisory firms. Upon the Examiner's selection of BDO Seidman, LLP ("BDO") as his financial advisors and accountants, K&L Gates prepared the Examiner's application to retain BDO in this matter that was filed with the Court on August 8, 2007.

## C.    Court Hearings

34.    K&L Gates expended 13.80 hours with respect to services under this category, for which total compensation amounts to $8,335.35. During the First Monthly Period, K&L Gates attended court hearings held in the Debtors' bankruptcy cases on the following dates: June 15, 2007, where the Court-ordered status conference with the Examiner was held; June 27, 2007, where K&L Gates prosecuted the Examiner's application to retain K&L Gates as his

21

counsel; and July 31, 2007, where K&L Gates prosecuted the Examiner's Motion for an Order
Authorizing the Examination of KPMG LLP.

### D.   Billing, Compensation and Fee Applications

35.    K&L Gates expended 7.4 hours with respect to services under this
category, for which total compensation is requested in the amount of $4,781.25. During the First
Monthly Period, K&L Gates reviewed this Court's Local Rules, the UST Guidelines governing
fee applications and the Fee Procedures Order. K&L Gates also corresponded internally to
ensure compliance with such procedures by all K&L Gates personnel.

### E.   Non-Working Travel

36.    During the First Monthly Period, K&L Gates expended 215.1 hours of
non-working travel time, for which total compensation is requested in the amount of $43,860.15.
K&L Gates' request for compensation of non-working travel time reflects a 50% reduction in
K&L Gates' standard hourly rates.

37.    During the First Monthly Period, K&L Gates attorneys and
paraprofessionals traveled to and from the Debtors' corporate offices in Irvine, California, the
offices of the Debtors' attorneys in Los Angeles, California, and to and from other locations to
interview various current and former employees of the Debtors and to review documents related
to the Examiner's investigation. K&L Gates attorneys also traveled to and from court hearings
and other meetings held in connection with the Examiner's investigation.

22

## **VALUATION OF SERVICES**

38.     Attorneys and paraprofessionals of K&L Gates expended a total of 4,489.5

hours in connection with these cases during the First Monthly Period, as follows:

| Name of Professional | Hourly Rate | Total Hours | Charge |
|---|---|---|---|
| **Partners** | | | |
| Jeffrey L. Bornstein | $525.00 | 148.4 | $77,910.00 |
| Melanie H. Brody | $500.00 | 2.5 | $1,250.00 |
| David T. Case | $625.00 | 31.6 | $19,750.00 |
| Edward J. Fishman | $475.00 | 80.1 | $38,047.50 |
| Edward M. Fox | $775.00 | 258.6 | $200,415.00 |
| Fred D. Heather | $630.00 | 7.7 | $4,851.00 |
| Phillip J. Kardis III | $625.00 | 61.7 | $38,562.50 |
| Rebecca L. Kline Dubill | $455.00 | 307.3 | $139,821.50 |
| Stavroula E. Lambrakopoulos | $525.00 | 225.1 | $118,177.50 |
| Lawrence C. Lanpher | $625.00 | 342.8 | $214,250.00 |
| Walter P. Loughlin | $750.00 | 45.1 | $33,825.00 |
| Bruce H. Nielson | $525.00 | 81.0 | $42,525.00 |
| Brian Ochs | $625.00 | 102.0 | $63,750.00 |
| Kathleen O. Peterson | $460.00 | 14.1 | $6,486.00 |
| Laurence E. Platt | $650.00 | 3.2 | $2,080.00 |
| Michael J. Quinn | $460.00 | 68.9 | $31,694.00 |
| Glenn R. Reichardt | $650.00 | 39.5 | $25,675.00 |
| Thomas C. Russler | $700.00 | 15.2 | $10,640.00 |
| John Steele | $600.00 | 4.3 | $2,580.00 |
| Stephen G. Topetzes | $650.00 | 212.4 | $138,060.00 |

| Associates | | | |
|---|---|---|---|
| Kevin S. Asfour | $365.00 | 43.6 | $15,914.00 |
| Scott T. Baker | $235.00 | 30.4 | $7,144.00 |
| Johnathan D. Borrowman | $360.00 | 45.9 | $18,360.00 |
| Michelle D. Bradbury | $235.00 | 42.9 | $10,081.50 |
| Ashley J. Camron | $415.00 | 33.5 | $13,902.50 |
| Amy J. Eldridge | $235.00 | 56.1 | $13,183.50 |
| Kristin S. Elliott | $450.00 | 145.8 | $65,610.00 |
| Andrew H. Feller | $410.00 | 95.1 | $38,991.00 |
| Timothy W. Fredricks | $310.00 | 14.9 | $4,619.00 |
| Anthony C. Green | $475.00 | 17.3 | $8,217.50 |
| Suzanne M. Henry | $450.00 | 23.4 | $10,530.00 |
| Jennifer L. Hieb | $395.00 | 25.5 | $10,072.50 |
| Erika Kane | $275.00 | 68.5 | $18,837.50 |
| Erin A. Koeppel | $425.00 | 98.6 | $41,905.00 |
| Amanda B. Kostner | $265.00 | 87.4 | $23,161.00 |
| Seba P. Kurian | $275.00 | 96.6 | $26,564.75 |
| Robert A. Lawton | $220.00 | 68.0 | $14,960 |
| Drew A. Malakoff | $500.00 | 7.3 | $3,650.00 |
| Andrew R. McFall | $325.00 | 137.4 | $44,654.00 |
| Eric T. Moser | $500.00 | 109.0 | $54,500.00 |
| Bethany M. Nikfar | $300.00 | 11.9 | $3,570.00 |
| Andrew Porter | $275.00 | 17.6 | $4,840.00 |
| Lisa M. Richman | $385.00 | 61.6 | $23,716.00 |
| Eunice Rim | $325.00 | 76.8 | $24,960.00 |

| | | | |
|---|---|---|---|
| Justin H. Roeber | $325.00 | 60.0 | $19,500.00 |
| Leah G. Shough | $280.00 | 228.9 | $64,092.00 |
| Jennifer L. Wayne | $390.00 | 22.0 | $8,580.00 |
| **Paraprofessionals** | | | |
| Francella H. Ashby | $180.00 | 5.4 | $972.00 |
| Matthew B. Bowman | $240.00 | 292.7 | $70,248.00 |
| James V. Catano | $185.00 | 63.5 | $11,747.50 |
| Felicia Dell'Olio | $275.00 | 3.3 | $907.50 |
| JoAnne E. Holmes | $200.00 | 48.2 | $9,640.00 |
| Lisette Howells | $240.00 | 10.9 | $2,616.00 |
| Nathanael F. Meyers | $215.00 | 20.8 | $4,472.00 |
| Jane E. Nilan | $260.00 | 3.6 | $936.00 |
| Patricia L. Novak | $215.00 | 66.2 | $14,233.00 |
| Joanne B. Pflugh | $200.00 | 6.3 | $1,260.00 |
| Justin M. Resti | $155.00 | 3.1 | $480.50 |
| Ralph A. Rogers | $175.00 | 13.5 | $2,362.50 |
| Troy Rohrbaugh | $160.00 | 3.4 | $544.00 |
| Jennifer Shuttleworth | $165.00 | 40.3 | $6,649.50 |
| Linda Woo | $220.50 | 130.8 | $32,046.00 |
| **TOTAL** | | **4,489.5** | **$1,963,580.25** |
| **VOLUNTARY 10% REDUCTION** | | | **($196,358.02)** |
| **REDUCTION FOR NON-WORKING TRAVEL** | | | **(43,860.15)** |
| **DISCOUNTED TOTAL** | | | **$1,723,362.08** |

39.     The nature of work performed by these persons is fully set forth in the monthly fee statement attached hereto as Exhibit A. As noted above, K&L Gates has voluntarily reduced its standard fees in this matter by ten percent (10%).

40.     The reasonable value of the services rendered by K&L Gates to the Examiner during the First Monthly Period is $1,723,362.08, of which eighty percent (80%) of such services are $1,378,689.66.[3] In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by K&L Gates is fair and reasonable given (a) the complexity of the issues the Examiner has been charged with investigating, (b) the timeframe within which the Examiner has been asked to complete his investigation and prepare his Report, (c) the time expended, (d) the nature and extent of the services rendered, (e) the value of such services, and (f) the costs of comparable services other than in a case under the Bankruptcy Code.

---

[3] It is possible that some professional time expended or expenses incurred by K&L Gates during the First Monthly Period are not reflected in the amounts set forth in this Application. K&L Gates reserves all rights to include such amounts in future fee applications to the Court.

WHEREFORE, K&L Gates respectfully requests that the Court enter an order (a)

awarding K&L Gates interim compensation for professional and paraprofessional services

rendered during the First Monthly Period in the amount of $1,378,689.66 (80% of

$1,723,362.08), and reimbursement of actual, reasonable and necessary expenses incurred in the

amount of $58,126.01 (b) authorizing and directing the Debtors to remit payment to K&L Gates

for such fees and expenses; and (c) granting such other and further relief as the Court deems just

and proper.

Dated: Washington, DC
        August 24, 2007

                    KIRKPATRICK & LOCKHART PRESTON
                    GATES ELLIS LLP

                    By: _____

                       Stephen G. Topetzes, Esq.
                       A Member of the Firm
                       1601 K Street, N.W.
                       Washington, DC 20006
                       (202) 778-9000