IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x

In re:

NEW CENTURY TRS HOLDINGS, INC.,
a Delaware Corporation, et al.,

Debtors.

: Chapter 11
:
: Case No. 07-10416 (KJC)
:
: Jointly Administered
:

----------------------------------------------------------x

## VERIFICATION

DISTRICT OF COLUMBIA ) ss.:

Stephen G. Topetzes, having been duly sworn according to law, deposes and says as follows:

1. I am a partner of the applicant law firm, Kirkpatrick & Lockhart Preston Gates Ellis LLP ("K&L Gates"). I have been admitted *pro hac vice* to appear before this Court in the above-captioned Chapter 11 cases.

2. I am familiar with the work performed on behalf of the Examiner by K&L Gates professionals and paraprofessionals during the First Monthly Period.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the requirements of Del. Bankr. L. R. 2016-2 and the Fee Procedures Order, and I believe that the Application is in compliance therewith.

_____
Stephen G. Topetzes

SWORN AND SUBSCRIBED before me
this 24th day of August, 2007.

_____
Notary Public

CAROL L. MICHAELSEN
NOTARY PUBLIC
District of Columbia
My Commission Expires April 14, 2010

NY-546993 v4