## UNITED STATES BANKRUPTCY COURT
### District of Delaware

| | |
|---|---|
| **In Re:**<br>New Century TRS Holdings, Inc.<br>3121 Michelson Drive<br>Suite 600<br>Irvine, CA 92612<br>  EIN: 33–0683629<br>New Century Financial Corporation | **Chapter:** 11<br><br><br><br><br>**Case No.:** 07–10416–KJC |

### NOTICE OF HEARING

W. Barry Rank has filed a Motion For Relief From Stay.

A hearing regarding the Motion is scheduled for 9/11/07 at 01:30 PM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, DE 19801 .

David D. Bird<br>Clerk of Court

Dated: 8/23/07

(VAN–401a)

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0311-1          User: Anissa              Page 1 of 1              Date Rcvd: Aug 23, 2007
Case: 07-10416                Form ID: pdfgen           Total Served: 1
```

The following entities were served by first class mail on Aug 25, 2007.
       +W. Barry Rank,   100 Nassau Park Blvd., Ste. 111,   Princeton, NJ 08540-5932

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2007**                          **Signature:** *Joseph Speetjens*