# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| **In Re:**<br>New Century TRS Holdings, Inc.<br>3121 Michelson Drive<br>Suite 600<br>Irvine, CA 92612<br>  EIN: 33–0683629<br>New Century Financial Corporation | **Chapter:** 11<br><br><br><br><br>**Case No.:** 07–10416–KJC |

## NOTICE OF HEARING

W. Barry Rank has filed a Motion For Relief From Stay.

A hearing regarding the Motion is scheduled for 9/11/07 at 01:30 PM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, DE 19801 .

David D. Bird<br>Clerk of Court

Dated: 8/23/07

(VAN–401a)

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0311-1            User: Anissa              Page 1 of 1              Date Rcvd: Aug 23, 2007
Case: 07-10416                  Form ID: van401a          Total Served: 21

The following entities were served by first class mail on Aug 25, 2007.
 db          +New Century TRS Holdings, Inc.,    3121 Michelson Drive,     Suite 600,    Irvine, CA 92612-5656
 aty         +Christopher M. Samis,    Richards, Layton & Finger, P.A.,    920 N. King Street,
               One Rodney Square,    Wilmington, De 19801-1299
 aty         +Chun I. Jang,    Richards, Layton & Finger, P.A.,    920 North King Street,    P.O. Box 551,
               Wilmington, DE 19899-0551
 aty         +Marcos Alexis Ramos,    Richards Layton & Finger, PA,    One Rodney Square,    PO Box 551,
               Wilmington, DE 19899-0551
 aty         +Mark D. Collins,    Richards Layton & Finger,    One Rodney Square,    PO Box 551,
               Wilmington, DE 19899-0551
 aty         +Michael Joseph Merchant,    Richards Layton & Finger, P.A.,    One Rodney Square,    P.O. Box 551,
               Wilmington, DE 19899-0551
 aty         +Paul Noble Heath,    Richards, Layton & Finger,    One Rodney Square,    P. O. Box 551,
               Wilmington, DE 19899-0551
 aty         +Russell C. Silberglied,    Richards, Layton & Finger,    One Rodney Square,    P.O. BOX 551,
               Wilmington, DE 19899-0551
2243531      +Adfitech, Inc,    3001 Technology Drive,    Edmond, OK 73013-3734
2161513      +Bexar County,    c/o David G. Aelvoet,    711 Navarro Suite 300,    San Antonio, TX 78205-1749
2161514      +City of El Paso,    c/o David G. Aelvoet,    711 Navarro Suite 300,    San Antonio, TX 78205-1749
2216785      +Cybersearch,    800 E. Northwest Highway,    Suite 950,    Palatine, IL 60074-6508
2218927      +Home Loan Services, Inc.,    P. O. Box 1838,    Pittsburgh, PA 15230-1838
2207744      +Iron Mountain Information Management, Inc.,    c/o Frank F. McGinn, Esq.,
               Bartlett Hackett Feinberg P.C.,    155 Federal Street,    Boston, MA 02110-1610
2207888      +KW Properties, LTD.,    c/o Nancy Hotchkiss, Esquire,    Trainor Fairbrook,    980 Fulton Avenue,
               Sacramento, California 95825-4558
2207890      +KW Properties, LTD.,    c/o Nancy Hotckiss, Esquire,    Trainor Fairbrook,    980 Fulton Avenue,
               Sacramento, California 95825-4558
2209041      +Law Offices of David J. Stern, PA,    801 S. University Dr.,    Suite 500,
               Plantation, FL 33324-3367
2248463      +PFS Marketwyse,    409 Minnisink Road, Ste 2,    Totowa, NJ 07512-1808
2216786      +Riverside Claims LLC,    P.O. Box 626,    Planetarium Station,    New York, NY 10024-0626
2248448      +The Financial Services Roundtable,    1001 Pennsylvania Avenue, N.W.,    Suite 500 South,
               Washington, DC 20004-2508
2218940      +Wilshire Credit Corporation,    Attn: Jodi Seits,    P. O. Box 1650,    Portland, OR 97207-1650

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2243532*     +Adfitech, Inc.,    3001 Technology Drive,    Edmond, OK 73013-3734
2207776*     +Iron Mountain Information Management, Inc.,    c/o Frank F. McGinn, Esq,
               Bartlett Hackett Feinberg P.C.,    155 Federal Street,    Boston, MA 02110-1610
2208737*     +KW Properties, LTD,    c/o Nancy Hotchkiss, Esquire,    Trainor Fairbrook,    980 Fulton Avenue,
               Sacramento, California 95825-4558
2209042*     +Law Offices of David J. Stern, PA,    801 S. University Dr.,    Suite 500,
               Plantation, FL 33324-3367
2209043*     +Law Offices of David J. Stern, PA,    801 S. University Dr.,    Suite 500,
               Plantation, FL 33324-3367
2216792*     +Riverside Claims LLC,    P.O. Box 626,    Planetarium Station,    New York, NY 10024-0626
2216795*     +Riverside Claims LLC,    P.O. Box 626,    Planetarium Station,    New York, NY 10024-0626
                                                                                              TOTALS: 0, * 7

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 25, 2007**          **Signature:** *Joseph Speetjens*