**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | CASE NO. 07-10416-KJC |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC., | § | Chapter 11 |
| *ET. AL.,* | § | |
| | § | Jointly Administered |
| Debtors. | § | |

`

**AFFIDAVIT OF SERVICE OF NOTICE OF CHANGE IN DATE**
**OF INITIAL PRETRIAL SCHEDULING CONFERENCE**

    I, Joseph G. DiStanislao, of full age, hereby certify that true and correct copies of the Notice of Appeal (Docket Number 2265) was served, on August 24, 2007, via United States Postal Service, First Class Mail, postage prepaid, and via electronic mail where indicated, to the parties on the attached Service List..

    I hereby further certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                           */s/ Joseph G. DiStanislao*
                                           Joseph G. DiStanislao, Paralegal

Sworn to and subscribed
before me this  27$^h$
day of August, 2007.

*/s/ Kimberly Haines*
Kimberly Haines, Notary Public
City of Philadelphia, Philadelphia County

PH1 1159005v1 08/27/07

**Service List**

New Century TRS Holdings, Inc., *et al.*
3121 Michelson Drive
Suite 600
Irvine, CA 92612

Christopher M. Samis, Esq.
Mark D. Collins, Esq.
Russell C. Silberglied, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
samis@rlf.com
Collins@rlf.com
silbergleid@rlf.com

Ben H. Logan, Esq.
Suzzanne S. Uhland, Esq.
Victoria A. Newmark, Esq.
Emily R. Culler, Esq.
O'Melveney & Meyers LLP
275 Battery Street
San Francisco, CA 94111
Tel: (415) 984-8700
BLogan@omm.com
SUhland@omm.com
VNewmark@omm.com

Bonnie Glantz Fatell, Esq.
Regina Stango Kelbon, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
fatell@blankrome.com
carickhoff@blankrome.com

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Janine M. Cerbone, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 15th Floor
New York, NY 10022
Tel: (212) 478-7200
Fax: (212) 478-7400
MIndelicato@hahnhessen.com
MPower@hahnhessen.com
JCerbone@hahnhessen.com

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE 19801
Tel: (302) 573-6491
Joseph.McMahon@usdoj.gov

PH1 1159005v1 08/27/07