New Century Financial Corporation and New Century Mortgage C  
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel  
New Century Financial Corporation  
18400 Von Karman Ave, Ste 1000  
Irvine CA  92612

August 24, 2007  
Invoice 274252  
Page 80  

Client #  727440

Matter #  157422

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/16/07 | Efile and coordinate service of supplemental affidavit of R. Magnuson in support of Ernst & Young retention application | | | | |
| | Paralegal   Cathy M. Greer | | 0.20 hrs. | 175.00 | $35.00 |
| 07/16/07 | Conference call with M. Indelicato, M. McCarthy and others re: E&Y retention (.5); Call to M. Correa at Heller re: fee caps in retention order (.1); Draft Heller retention order certificate of counsel (.8); Draft E&Y retention order certification of counsel (.8); E-mails to M. Correa re: committee cap request (.1 x 2). | | | | |
| | Associate   Christopher M. Samis | | 2.40 hrs. | 235.00 | $564.00 |
| 07/16/07 | Call with M. Indelicato re: Ernst & Young retention (.1); Discussion with C. Samis re: same (x3) (.3)E-mails with M. Power re: appointment of fee examiner (.2) | | | | |
| | Director   Michael J. Merchant | | 0.60 hrs. | 420.00 | $252.00 |
| 07/16/07 | E-mails with S. Uhland re: status of Heller Ehrman retention | | | | |
| | Director   Michael J. Merchant | | 0.20 hrs. | 420.00 | $84.00 |
| 07/17/07 | Call to D. Savino at ICP re: ICP retention order (.1); Call to B. Barnes re: Allen Matkins retention order (.1);  E-mail to B. Barnes re: same (.2). | | | | |
| | Associate   Christopher M. Samis | | 0.40 hrs. | 235.00 | $94.00 |
| 07/17/07 | E-mails with J. Reisner re: status of Irell & Manella retention order | | | | |
| | Director   Michael J. Merchant | | 0.30 hrs. | 420.00 | $126.00 |
| 07/18/07 | Efile supplemental affidavit in support of Pricewaterhouse Coopers retention application | | | | |
| | Paralegal   Cathy M. Greer | | 0.20 hrs. | 175.00 | $35.00 |
| 07/18/07 | E-mail to M. Idelicato at Hahn re: E&Y retention (.1); E-mail to P. Benvenutti at Heller re: fee caps (.2); E-mail to J. Boyle at PWC re: supplemental affidavit for retention application (.1). | | | | |
| | Associate   Christopher M. Samis | | 0.40 hrs. | 235.00 | $94.00 |

New Century Financial Corporation and New Century Mortgage C  
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel  
New Century Financial Corporation  
18400 Von Karman Ave, Ste 1000  
Irvine CA  92612

August 24, 2007  
Invoice 274252  
Page 81  
Client # 727440

Matter # 157422

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/18/07 | E-mails with S. Uhland re: request for Lazard retention order (.1); E-mails with J. Reisner and M. McCarthy re: Irell & Manella order and issues re: new retention (.5); Attention to request from H. Etlin re: sample notice of staffing (.4); Call with H. Etlin re: same (.1); E-mail to H. Etlin re: same (.1) | Director — Michael J. Merchant | 1.20 hrs. | 420.00 | $504.00 |
| 07/19/07 | Update ordinary course professionals list per request of M. Laureno (.3); E-mail same to M. Laureno (.1) | Paralegal — Aja E. McDowell | 0.40 hrs. | 175.00 | $70.00 |
| 07/19/07 | Finalize, efile and send to chambers the Certification of Counsel regarding Ernst & Young retention application | Paralegal — Cathy M. Greer | 0.20 hrs. | 175.00 | $35.00 |
| 07/19/07 | Send Lazard order to S. Uhland | Paralegal — Cathy M. Greer | 0.10 hrs. | 175.00 | $17.50 |
| 07/19/07 | Review/revise certification of counsel re: E&Y retention order. | Associate — Christopher M. Samis | 0.30 hrs. | 235.00 | $70.50 |
| 07/19/07 | Call with M. Indelicato re: Irell and Morella order and ordinary course professional issues | Director — Michael J. Merchant | 0.20 hrs. | 420.00 | $84.00 |
| 07/20/07 | Retrieve affidavit regarding Lazard retention application and send to B. Logan | Paralegal — Cathy M. Greer | 0.10 hrs. | 175.00 | $17.50 |
| 07/20/07 | Retrieve miscellaneous OCP affidavits for M. Merchant | Paralegal — Cathy M. Greer | 0.20 hrs. | 175.00 | $35.00 |
| 07/20/07 | Review OCP chart and respond to email from M. Laureno regarding M. Cisneros and Fein, Such, Kahn & Shepard | Paralegal — Cathy M. Greer | 0.20 hrs. | 175.00 | $35.00 |

New Century Financial Corporation and New Century Mortgage C  
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel  
New Century Financial Corporation  
18400 Von Karman Ave, Ste 1000  
Irvine CA 92612

August 24, 2007  
Invoice 274252  
Page 82  
Client # 727440  

Matter # 157422

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/20/07 | Attention to issues re: ordinary course professionals affidavits (.5); E-mails with J. Reisner and M. McCarthy re: status of Irell order (.2) | | | | |
| Director | | Michael J. Merchant | 0.70 hrs. | 420.00 | $294.00 |
| 07/23/07 | Coordinate service of Ernst & Young order | | | | |
| Paralegal | | Cathy M. Greer | 0.10 hrs. | 175.00 | $17.50 |
| 07/23/07 | Finalize, file and send to chambers certification of counsel regarding order authorizing retention of Heller Ehrman | | | | |
| Paralegal | | Cathy M. Greer | 0.30 hrs. | 175.00 | $52.50 |
| 07/23/07 | E-mail to P. Benvenutti re: Heller retention order (.1); Call to J. McMahon Office of United States Trustee re: informal comments to Baute and Tidus retention application (.1); Review/revise April APS notice of staffing (.1); Review May APS notice of staffing (.1); Review/revise/finalize certification of counsel re: E&Y retention order (.3). | | | | |
| Associate | | Christopher M. Samis | 0.70 hrs. | 235.00 | $164.50 |
| 07/23/07 | E-mail to S. Uhland re: Lazard orders | | | | |
| Director | | Michael J. Merchant | 0.10 hrs. | 420.00 | $42.00 |
| 07/23/07 | Follow up on Haynes & Boone retention (.1); E-mail from, to Susman Godfrey re: retention application (.1) | | | | |
| Director | | Russell Silberglied | 0.20 hrs. | 490.00 | $98.00 |
| 07/24/07 | Efile declaration of service of J. Edmonson regarding authorizing employment and retention of Ernst & Young | | | | |
| Paralegal | | Cathy M. Greer | 0.10 hrs. | 175.00 | $17.50 |
| 07/24/07 | E-mail to M. Indelicato at Hahn re: Baute & Tidus fee caps (.1); Review Susman Godfrey retention application (.3); E-mail to J. McMahon at Office of the United States Trustee re: questions on Baute & Tidus retention application (.2). | | | | |
| Associate | | Christopher M. Samis | 0.60 hrs. | 235.00 | $141.00 |
| 07/24/07 | E-mail from, to M. Indelicato re: Baute & Tidus | | | | |
| Director | | Russell Silberglied | 0.10 hrs. | 490.00 | $49.00 |

New Century Financial Corporation and New Century Mortgage C  
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel  
New Century Financial Corporation  
18400 Von Karman Ave, Ste 1000  
Irvine CA  92612  

August 24, 2007  
Invoice 274252  
Page 83  
Client # 727440  

Matter # 157422  

| Date / Role | Description / Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/25/07<br>Paralegal | Coordinate service of Order to retain Heller Ehrman<br>Cathy M. Greer | 0.10 hrs. | 175.00 | $17.50 |
| 07/25/07<br>Paralegal | Prepare notice for OCP for Franzen & Salzano<br>Cathy M. Greer | 0.20 hrs. | 175.00 | $35.00 |
| 07/25/07<br>Paralegal | Finalize, efile and coordinate service of OCP for Franzen & Salzano<br>Cathy M. Greer | 0.30 hrs. | 175.00 | $52.50 |
| 07/25/07<br>Paralegal | Coordinate service of order authorizing employment of Kirkpatrick & Lockhart<br>Cathy M. Greer | 0.10 hrs. | 175.00 | $17.50 |
| 07/25/07<br><br>Associate | E-mail to J. Goodchild at Morgan Lewis re: PWC retention order (.1); E-mail to J. McMahon at Office of United States Trustee re: same (.1); Review/revise Franzen OCP affidavit for filing (.2); Call to M. Hoke re: PWC retention order (.1); E-mail to S. Johnson at Franzen re: OCP affidavit procedures (.2); E-mail to H. King at New Century re: review of Susman Godfrey retention application (.1); E-mail to B. Barnes at Allen Matkins re: status of committee cap negotiations (.1); E-mails to J. McMahon re: PWC retention order (.2); E-mails to J. Boyle at PWC re PWC retention order (.2).<br>Christopher M. Samis | 1.30 hrs. | 235.00 | $305.50 |
| 07/26/07<br><br>Associate | Call to M. Indelicato at Hahn re: committee position on PWC retention application (.1); E-mail to M. Indelicato re: PWC retention order (.1); E-mail to J. Boyle at PWC re: clearance of form of retention order (.1); E-mail to M. McCarthy at New Century re: Susman Godfrey retention application (.1); E-mail to H. King at New Century re: OCP billing addess (.1); Review/revise certification of counsel re: PWC retention order (.4); E-mail to H. Etlin re: APS 2014 statement (.1); E-mail to C. Greer re: APS 2014 statement (.1); E-mail to J. Tidus at Baute re: United States Trustee comments to retention application (.2); Call from J. McMahon at Office of United States Trustee re: Irell retention order (.1); E-mail to J. Boyle at PWC re: retention order (.1).<br>Christopher M. Samis | 1.60 hrs. | 235.00 | $376.00 |

New Century Financial Corporation and New Century Mortgage C  
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel  
New Century Financial Corporation  
18400 Von Karman Ave, Ste 1000  
Irvine CA   92612  

August 24, 2007  
Invoice 274252  
Page 84  
Client # 727440  

Matter # 157422  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/27/07 | Revise re: Susman Godfrey retention application (.1); Prepare notice of application re: same (.2); Finalize and file retention application re: same (.2); E-mail to D. Wymore re: service of same (.1); E-mail to distribution re: same (.1) | | | | |
| | Paralegal   Barbara J. Witters | | 0.70 hrs. | 175.00 | $122.50 |
| 07/27/07 | Finalize, efile and forward to chambers certification of counsel regarding Pricewaterhousecoopers retention application | | | | |
| | Paralegal   Cathy M. Greer | | 0.30 hrs. | 175.00 | $52.50 |
| 07/27/07 | Efile declaration of service of J. Edmonson regarding order authorizing employment of Ernst & Young | | | | |
| | Paralegal   Cathy M. Greer | | 0.20 hrs. | 175.00 | $35.00 |
| 07/27/07 | Efile declaration of service of J. Edmonson regarding 2019 statement disclosure of C. Kangas as an independent contractor of AP Services, LLC | | | | |
| | Paralegal   Cathy M. Greer | | 0.20 hrs. | 175.00 | $35.00 |
| 07/27/07 | E-mail to M. McCarthy at New Century re: Susman Godfrey retention application (.1); Review/revise/finalize Susman Godfrey retention application (.5). | | | | |
| | Associate   Christopher M. Samis | | 0.60 hrs. | 235.00 | $141.00 |
| 07/30/07 | Attend to email from M. Laureno re: chart of OCP affidavits (.2); Attend to email from C. Greer re: same (.2) | | | | |
| | Paralegal   Aja E. McDowell | | 0.40 hrs. | 175.00 | $70.00 |
| 07/30/07 | Coordinate service of order regarding retention of Pricewaterhousecoopers | | | | |
| | Paralegal   Cathy M. Greer | | 0.10 hrs. | 175.00 | $17.50 |
| 07/30/07 | Call from B. Malcolm re: ordinary course professional issues | | | | |
| | Director   Michael J. Merchant | | 0.10 hrs. | 420.00 | $42.00 |
| 07/31/07 | E-mail to M. Merchant re: status of Baute & Tidus retention application. | | | | |
| | Associate   Christopher M. Samis | | 0.10 hrs. | 235.00 | $23.50 |

| | |
|---|---|
| New Century Financial Corporation and New Century Mortgage C<br>Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel<br>New Century Financial Corporation<br>18400 Von Karman Ave, Ste 1000<br>Irvine CA   92612 | August 24, 2007<br>Invoice 274252<br>Page 85<br>Client #  727440<br><br>Matter # 157422 |

| | |
|---|---:|
| Total Fees for Professional Services | $10,678.00 |
| TOTAL DUE FOR THIS INVOICE | **$10,678.00** |
| BALANCE BROUGHT FORWARD | $50,194.71 |
| **TOTAL DUE FOR THIS MATTER** | **$60,872.71** |

New Century Financial Corporation and New Century Mortgage C  
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel  
New Century Financial Corporation  
18400 Von Karman Ave, Ste 1000  
Irvine CA  92612

August 24, 2007  
Invoice 274252  
Page 86  
Client # 727440

Matter # 157422

For services through July 31, 2007  
relating to  RLF Fee Applications

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/12/07 | Review RL&F June billing memo | Paralegal — Barbara J. Witters | 1.20 hrs. | 175.00 | $210.00 |
| 07/13/07 | Prepare certification of no objection re: RL&F May monthly fee application | Paralegal — Barbara J. Witters | 0.20 hrs. | 175.00 | $35.00 |
| 07/16/07 | E-mail correspondence with C. Greer re: RLF fee application certification of no objection issues | Paralegal — Ann Jerominski | 0.10 hrs. | 175.00 | $17.50 |
| 07/16/07 | Efile and circulate certificate of no objection regarding monthly fee application | Paralegal — Cathy M. Greer | 0.20 hrs. | 175.00 | $35.00 |
| 07/19/07 | Send wire instructions to D. DeBassio regarding RLF compensation application | Paralegal — Cathy M. Greer | 0.10 hrs. | 175.00 | $17.50 |
| 07/20/07 | Review/revise June bill memo. | Associate — Christopher M. Samis | 3.00 hrs. | 235.00 | $705.00 |
| 07/23/07 | Meet with B. Witters re: June bill memo issues. | Associate — Christopher M. Samis | 0.10 hrs. | 235.00 | $23.50 |
| 07/24/07 | E-mail to M. Collins re: June bill memo | Associate — Christopher M. Samis | 0.10 hrs. | 235.00 | $23.50 |
| 07/30/07 | Review and revise RL&F June monthly fee application (.5); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2); E-mail to distribution re: same (.1) | Paralegal — Barbara J. Witters | 1.20 hrs. | 175.00 | $210.00 |

New Century Financial Corporation and New Century Mortgage C  
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel  
New Century Financial Corporation  
18400 Von Karman Ave, Ste 1000  
Irvine CA  92612

August 24, 2007  
Invoice 274252  
Page 87  
Client #  727440

Matter #  157422

|  |  |
|---|---:|
| Total Fees for Professional Services | $1,277.00 |
| TOTAL DUE FOR THIS INVOICE | **$1,277.00** |
| BALANCE BROUGHT FORWARD | $1,766.41 |
| **TOTAL DUE FOR THIS MATTER** | **$3,043.41** |

New Century Financial Corporation and New Century Mortgage C  
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel  
New Century Financial Corporation  
18400 Von Karman Ave, Ste 1000  
Irvine CA   92612  

August 24, 2007  
Invoice 274252  
Page 88  
Client #  727440  

Matter # 157422  

For services through July 31, 2007  
relating to  Fee Applications of Others  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/07 | Update fee status chart (.3); E-mail to M. Tinsley & M. McCarthy re: fee status chart (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.40 hrs. | 175.00 | $70.00 |
| 07/02/07 | Call from K. LaMaina re: appointment of a fee examiner (.1); Call from T. Kowalski at Howrey re: fee application (.2); E-mail to T. Kowalski re: fee application materials (.2). | | | | |
| Associate | Christopher M. Samis | | 0.50 hrs. | 235.00 | $117.50 |
| 07/02/07 | Attention to fee application chart from B. Witters | | | | |
| Director | Michael J. Merchant | | 0.20 hrs. | 420.00 | $84.00 |
| 07/03/07 | Call to T. Kowalski at Howrey re: consolidated monthly fee application (.1); Call to M. Carthy at New Century re: fee application procedures (.2); Review interim compensation order in preparation of call to M. McCarthy re: professional fee applications (.2); Call to M. McCarthy re: same (.2). | | | | |
| Associate | Christopher M. Samis | | 0.70 hrs. | 235.00 | $164.50 |
| 07/05/07 | Update fee status chart | | | | |
| Paralegal | Barbara J. Witters | | 0.30 hrs. | 175.00 | $52.50 |
| 07/05/07 | E-mail to J. Vanderhooven at XRoads re: May bill statement (.1); Review XRoads May bill statement (.3). | | | | |
| Associate | Christopher M. Samis | | 0.40 hrs. | 235.00 | $94.00 |
| 07/05/07 | E-mails with S. Uhland re: comp procedures | | | | |
| Director | Michael J. Merchant | | 0.20 hrs. | 420.00 | $84.00 |
| 07/06/07 | Call to D. Savino at ICP re: fee procedures (.3); Review XRoads May bill statement (1.0). | | | | |
| Associate | Christopher M. Samis | | 1.30 hrs. | 235.00 | $305.50 |

New Century Financial Corporation and New Century Mortgage C  
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel  
New Century Financial Corporation  
18400 Von Karman Ave, Ste 1000  
Irvine CA   92612

August 24, 2007  
Invoice 274252  
Page 89  
Client #  727440

Matter # 157422

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/09/07 | Review fee status chart (.1); E-mail to M. Tinsley & M. McCarthy re: fee status chart (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.20 hrs. | 175.00 | $35.00 |
| 07/10/07 | Review e-mail from E. Marshall at Manatt re: fee overages. | | | | |
| Associate | Christopher M. Samis | | 0.20 hrs. | 235.00 | $47.00 |
| 07/10/07 | E-mails with S. Uhland and H. Etlin re: monitoring fees in bankruptcy cases (.3); Attention to e-mail from K. Richman re: special counsel fees (.2) | | | | |
| Director | Michael J. Merchant | | 0.50 hrs. | 420.00 | $210.00 |
| 07/12/07 | Attention to e-mail from B. Dunn re: Lazard Freres April monthly fee application (.1); Download re: same (.1); Discussion with M. Collins & C. Samis re: same (.2); Finalize and file re: same (.2); E-mail to B. Dunn re: same (.1); Update fee status chart (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.80 hrs. | 175.00 | $140.00 |
| 07/13/07 | E-mail to E. Culler re: filing time records under seal (.3); Call to K. LaMaina at Skadden re: status of fee examiner appointment (.1); Call from K. Maina re: appointment of a fee examiner (.1). | | | | |
| Associate | Christopher M. Samis | | 0.50 hrs. | 235.00 | $117.50 |
| 07/13/07 | E-mails with S. Uhland re: fee application issues | | | | |
| Director | Michael J. Merchant | | 0.20 hrs. | 420.00 | $84.00 |
| 07/16/07 | Call from M. Correa at Heller re: fee aplication process (.2); Call from G. Grush at Grant Thornton re: fee application process (.1) Call from G. Grush and J. Wong at Grant Thornton re: fee application process (.3); E-mail to G. Grush re: same (.2). | | | | |
| Associate | Christopher M. Samis | | 0.80 hrs. | 235.00 | $188.00 |
| 07/17/07 | Draft notice of OMM April fee application (.4); Prepare fee application for filing (.4); E-file fee application (.4); E-mail same to XRoads with service instructions (.5); Draft notice of motion to file portions of fee applications under seal (.3); Import and revise motion (.5); E-file motion (.5); E-mail motion to XRoads with service instructions (.5) | | | | |
| Paralegal | Aja E. McDowell | | 3.50 hrs. | 175.00 | $612.50 |

New Century Financial Corporation and New Century Mortgage C  
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel  
New Century Financial Corporation  
18400 Von Karman Ave, Ste 1000  
Irvine CA  92612

August 24, 2007  
Invoice 274252  
Page 90  
Client # 727440

Matter # 157422

| Date | Description | Timekeeper | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/17/07 | Call to E. Culler at OMM re: first OMM fee application (.1 x2); E-mail to E. Culler re: same (.1); E-mail to E. Marshall at Manatt re: first Manatt fee application (.1); Review first Manatt fee application (.3); E-mail to M. Merchant re: same (.1);  Review/revise/finalize first OMM fee application (1.5); Review/revise/finalize seal motion re: first OMM fee application (1.5). | | | | | |
| | Associate | Christopher M. Samis | 3.80 hrs. | 235.00 | $893.00 |
| 07/18/07 | Meet with M. Merchant re: OMM first fee application/seal motion (.1); Call from T. Kowalski re: Howrey fee application (.3); E-mail to M. Kurth at Sheppard re: first fee application (.1). | | | | | |
| | Associate | Christopher M. Samis | 0.50 hrs. | 235.00 | $117.50 |
| 07/18/07 | Factual case investigation of staffing reports of Jay Alix & Assoc. per M. Merchant | | | | | |
| | Paralegal | Heidi L. Parker | 0.50 hrs. | 175.00 | $87.50 |
| 07/20/07 | E-mails to M. Kurth re: first Sheppard Mullin fee application. | | | | | |
| | Associate | Christopher M. Samis | 0.20 hrs. | 235.00 | $47.00 |
| 07/23/07 | Attention to e-mail re: Sheppard Mullin monthly fee application (.1); Download re: same (.2); Review and prepare re: same (.3); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2); E-mail to M. Mason re: same (.1) | | | | | |
| | Paralegal | Barbara J. Witters | 1.10 hrs. | 175.00 | $192.50 |
| 07/23/07 | Call from M. Indelicato at Hahn re: OMM fee seal motion (.1);  Call from J. Wong at Grant Thornton re: fee application process (.2). | | | | | |
| | Associate | Christopher M. Samis | 0.30 hrs. | 235.00 | $70.50 |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252
Page 91

Client # 727440

Matter # 157422

| Date | Description | | | | |
|---|---|---|---|---|---|
| 07/24/07 | Review docket re: monthly fee applications and cnos (.2); Update fee status chart (.8); E-mail to distribution re: cnos for FTI Consulting & Blank Rome and Sheppard Mullin first monthly fee application (.1); E-mail to distribution re: fee status chart (.1); E-mail to distribution re: Lazard Freres monthly fee application objection deadline (.1); Prepare certification of no objection re: same (.2); Finalize and file certification of no objection re: same (.2); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | 1.80 hrs. | 175.00 | | $315.00 |
| 07/24/07 | Efile declaration of service of J. Edmonson regarding motion to seal time records for O'Melveny fee application | | | | |
| Paralegal | Cathy M. Greer | 0.10 hrs. | 175.00 | | $17.50 |
| 07/24/07 | E-mails to S. Uhland at OMM re: committee concerns about OMM fee application seal motion (.1 x 2); E-mail to H. King at New Century re: Susman Godfrey retention application (.1) | | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 235.00 | | $70.50 |
| 07/25/07 | Download re: FTI Consulting June and Roetzel April, May x2 & June monthly fee applications (.2); E-mail to fee application distribution re: same (1.); Update fee status chart (.7) | | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 175.00 | | $175.00 |
| 07/25/07 | Call to D. Thimmig at Roetzel re: first monthly fee application (.1); Review OCP payment schedule for M. Laveno at APS (.2); E-mail S. Uhland at OMM re: review of XRoads fee application (.3). | | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 235.00 | | $141.00 |
| 07/26/07 | Review/revise first fee application of Grant Thornton. | | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 235.00 | | $164.50 |
| 07/27/07 | Attention to e-mail re: Grant Thorton first monthly fee application (.1); Download and review re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2) | | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 175.00 | | $122.50 |

| | |
|---|---|
| New Century Financial Corporation and New Century Mortgage C<br>Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel<br>New Century Financial Corporation<br>18400 Von Karman Ave, Ste 1000<br>Irvine CA  92612 | August 24, 2007<br>Invoice 274252<br>Page 92<br>Client #  727440<br><br>Matter #  157422 |

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/30/07 | Revise notice of application re: Grant Thornton April to June first fee application (.1); Revise certificate of service re: same (.1); Finalize, file and coordinate service re: same (.2); E-mail to distribution re: same (.1) | | | | | |
| | | Paralegal | Barbara J. Witters | 0.50 hrs. | 175.00 | $87.50 |
| 07/31/07 | Review docket re: fee applications and cnos (.2); Update fee status chart (.4); E-mail to distribution re: same (.1) | | | | | |
| | | Paralegal | Barbara J. Witters | 0.70 hrs. | 175.00 | $122.50 |

Total Fees for Professional Services     $5,030.00

TOTAL DUE FOR THIS INVOICE      **$5,030.00**
BALANCE BROUGHT FORWARD      $1,982.64

**TOTAL DUE FOR THIS MATTER**      **$7,012.64**

| | |
|---|---|
| New Century Financial Corporation and New Century Mortgage C<br>Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel<br>New Century Financial Corporation<br>18400 Von Karman Ave, Ste 1000<br>Irvine CA  92612 | August 24, 2007<br>Invoice 274252<br>Page 93<br>Client #  727440<br><br>Matter # 157422 |

For services through July 31, 2007
relating to Insurance

| | | | | |
|---|---|---|---|---|
| 07/10/07 | Revise, efile and coordinate service of motion to approve stipulation for order granting relief from automatic stay to enforce insurance policy | | | |
| Paralegal | Cathy M. Greer | 1.00 hrs. | 175.00 | $175.00 |
| | | | | |
| 07/24/07 | E-mail from, to S. Younglove re: insurance captive and instructions to K. Stahl re: same | | | |
| Director | Russell Silberglied | 0.10 hrs. | 490.00 | $49.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $224.00 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$224.00** |
| BALANCE BROUGHT FORWARD | $926.34 |
| **TOTAL DUE FOR THIS MATTER** | **$1,150.34** |

New Century Financial Corporation and New Century Mortgage C  
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel  
New Century Financial Corporation  
18400 Von Karman Ave, Ste 1000  
Irvine CA   92612  

August 24, 2007  
Invoice 274252  
Page 94  
Client #   727440  

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Aja E. McDowell | 7.50 | 175.00 | 1,312.50 |
| Ann Jerominski | 46.00 | 175.00 | 8,050.00 |
| Ann Kashishian | 2.50 | 75.00 | 187.50 |
| Barbara J. Witters | 19.70 | 175.00 | 3,447.50 |
| Cathy M. Greer | 141.90 | 175.00 | 24,832.50 |
| Christopher M. Samis | 120.30 | 235.00 | 28,270.50 |
| Heidi L. Parker | 7.50 | 175.00 | 1,312.50 |
| Julie A. Finocchiaro | 15.70 | 150.00 | 2,355.00 |
| Kimberly A. Stahl | 3.20 | 170.00 | 544.00 |
| Lee Kaufman | 1.50 | 235.00 | 352.50 |
| Marcos A. Ramos | 12.90 | 365.00 | 4,708.50 |
| Mark D. Collins | 1.70 | 560.00 | 952.00 |
| Michael J. Merchant | 79.80 | 420.00 | 33,516.00 |
| Paul N. Heath | 1.00 | 400.00 | 400.00 |
| Rebecca V. Speaker | 3.40 | 175.00 | 595.00 |
| Robert J. Stearn, Jr | 23.60 | 500.00 | 11,800.00 |
| Russell Silberglied | 23.30 | 490.00 | 11,417.00 |
| Waverley L. Dewdney | 11.10 | 165.00 | 1,831.50 |
| TOTAL | 522.60 | $260.02 | 135,884.50 |

**TOTAL DUE FOR THIS INVOICE**                                                                      **$143,214.95**

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092.  Please indicate on wire transfer the invoice number stated above.

Photocopies are charged at $.10 per page and outgoing telecopies at $1 per page.  Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252
Page 95
Client #   727440

727440