# EXHIBIT B



# RICHARDS LAYTON & FINGER
A PROFESSIONAL ASSOCIATION

One Rodney Square
P.O. Box 551
Wilmington, DE   19899
Telephone:  (302) 651-7700
Fax:       (302) 651-7701
Tax I.D. No.:  51-0226371

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252

Page 1

Client #  727440

Matter # 157422

For disbursements incurred through July 31, 2007
relating to  Representation of Debtor in Chapter 11 Bankruptcy

OTHER CHARGES:

| | |
|---|---:|
| Binding | $8.00 |
| Business Meals | $272.22 |
| Court Reporter Services | $505.51 |
| Document Retrieval | $901.68 |
| Filing Fees | $306.50 |
| Lexis/Westlaw | $842.48 |
| Long distance telephone charges | $1,069.22 |
| Messenger and delivery service | $655.78 |
| Overtime | n/c |
| Photocopies/Printing<br>9,410 @ $.10/pg./ 7,807 @ $.05/pg. | $1,331.35 |
| Postage | $6.75 |
| Telecopier | $1,054.00 |
| Travel Expenses | $376.96 |
| | |
| Other Charges | $7,330.45 |

TOTAL DUE FOR THIS INVOICE                                    **$7,330.45**

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252

Page 2

Client #  727440

Matter # 157422

---

BALANCE BROUGHT FORWARD                                          $13,001.01

**TOTAL DUE FOR THIS MATTER**                                    **$20,331.46**

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252
Page 96

Client #  727440

Client: New Century Financial Corporation and New Century

Matter: Representation of Debtor in Chapter 11 Bankruptcy
Case Administration
Creditor Inquiries
Meetings
Executory Contracts/Unexpired Leases
Automatic Stay/Adequate Protection
Plan of Reorganization/Disclosure Statement
Use, Sale of Assets
Cash Collateral/DIP Financing
Claims Administration
Court Hearings
Schedules/SOFA/U.S. Trustee Reports
Employee Issues
Litigation/Adversary Proceedings
Retention of Others
RLF Fee Applications
Fee Applications of Others
Insurance

| Date | Description | | Summary Phrase |
|------|-------------|--|----------------|
| 06/04/07 | ALL PACER | | DOCRETRI |
| | | Amount = $9.44 | |
| 06/19/07 | ALL PACER | | DOCRETRI |
| | | Amount = $2.40 | |
| 06/22/07 | ALL PACER | | DOCRETRI |
| | | Amount = $4.00 | |
| 06/25/07 | ALL PACER | | DOCRETRI |
| | | Amount = $13.68 | |
| 07/01/07 | ALL PACER | | DOCRETRI |
| | | Amount = $22.32 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252
Page 97

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 07/01/07 | Printing | | DUP.10CC |
| | Amount = | $8.15 | |
| 07/01/07 | Printing | | DUP.10CC |
| | Amount = | $8.15 | |
| 07/02/07 | Photocopies | | DUP.10CC |
| | Amount = | $2.70 | |
| 07/02/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.90 | |
| 07/02/07 | 18054953405 Telecopier Charges | | TELC |
| | Amount = | $3.00 | |
| 07/02/07 | 7037777101 Long Distance | | LD |
| | Amount = | $4.76 | |
| 07/02/07 | 9497243392 Long Distance | | LD |
| | Amount = | $4.76 | |
| 07/02/07 | 8287882823 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/02/07 | 8054953405 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/02/07 | ALL PACER | | DOCRETRI |
| | Amount = | $15.76 | |
| 07/02/07 | Postage | | POST |
| | Amount = | $0.41 | |
| 07/02/07 | Printing | | DUP.10CC |
| | Amount = | $7.60 | |
| 07/02/07 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 07/02/07 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 07/02/07 | Printing | | DUP.10CC |
| | Amount = | $6.95 | |
| 07/02/07 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |
| 07/02/07 | Printing | | DUP.10CC |
| | Amount = | $2.05 | |
| 07/02/07 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252

Page 98

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 07/02/07 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |
| 07/02/07 | Westlaw | | LEXIS |
| | | Amount =  $64.90 | |
| 07/03/07 | COURTCALL LLC: CCDA-05-1619/SERVICES 6/6-6/28 | | FLFEE |
| | | Amount =  $31.50 | |
| 07/03/07 | Photocopies | | DUP.10CC |
| | | Amount =  $11.70 | |
| 07/03/07 | TCOPY  6/4-6/10 | | TELC |
| | | Amount =  $49.00 | |
| 07/03/07 | 2134228093 Long Distance | | LD |
| | | Amount =  $2.38 | |
| 07/03/07 | 4143028445 Long Distance | | LD |
| | | Amount =  $4.76 | |
| 07/03/07 | 4062525611 Long Distance | | LD |
| | | Amount =  $2.38 | |
| 07/03/07 | 2134228093 Long Distance | | LD |
| | | Amount =  $3.57 | |
| 07/03/07 | 2138922527 Long Distance | | LD |
| | | Amount =  $2.38 | |
| 07/03/07 | 9497243392 Long Distance | | LD |
| | | Amount =  $2.38 | |
| 07/03/07 | 8055580658 Long Distance | | LD |
| | | Amount =  $2.38 | |
| 07/03/07 | 9497243392 Long Distance | | LD |
| | | Amount =  $1.19 | |
| 07/03/07 | 2136839195 Long Distance | | LD |
| | | Amount =  $1.19 | |
| 07/03/07 | 9497243392 Long Distance | | LD |
| | | Amount =  $11.90 | |
| 07/03/07 | 3128613041 Long Distance | | LD |
| | | Amount =  $8.33 | |
| 07/03/07 | DELIVERY EXPENSE 7/2/07 | | MESS |
| | | Amount =  $6.40 | |
| 07/03/07 | ALL PACER | | DOCRETRI |
| | | Amount =  $8.40 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252
Page 99
Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 07/03/07 | Printing | | DUP.10CC |
| | | Amount =  $1.25 | |
| 07/03/07 | Printing | | DUP.10CC |
| | | Amount =  $3.05 | |
| 07/03/07 | Printing | | DUP.10CC |
| | | Amount =  $2.45 | |
| 07/03/07 | Printing | | DUP.10CC |
| | | Amount =  $2.05 | |
| 07/03/07 | Printing | | DUP.10CC |
| | | Amount =  $5.75 | |
| 07/05/07 | MARK D COLLINS: NY TRAVEL REIMB ON 5/30 FOR ATTENDANCE AT MEETING WITH HELLER EHRMAN AND COMMITTEE RE: INDEPENDENT INVESTIGATION/157422 | | MEALSCL |
| | | Amount =  $21.80 | |
| 07/05/07 | MARK D COLLINS: NY TRAVEL REIMB ON 5/30 FOR ATTENDANCE AT MEETING WITH HELLER EHRMAN AND COMMITTEE RE: INDEPENDENT INVESTIGATION/157422 | | TRAV |
| | | Amount =  $7.00 | |
| 07/05/07 | Messenger and delivery, 7/3/07, CA, MJM | | MESS |
| | | Amount =  $26.47 | |
| 07/05/07 | Photocopies | | DUP.10CC |
| | | Amount =  $0.20 | |
| 07/05/07 | TCOPY RECD 7/3/07 | | TELC |
| | | Amount =  $0.00 | |
| 07/05/07 | 9513472531 Long Distance | | LD |
| | | Amount =  $7.14 | |
| 07/05/07 | 5182367035 Long Distance | | LD |
| | | Amount =  $4.76 | |
| 07/05/07 | 2134307594 Long Distance | | LD |
| | | Amount =  $14.28 | |
| 07/05/07 | 2134307594 Long Distance | | LD |
| | | Amount =  $2.38 | |
| 07/05/07 | 2134228093 Long Distance | | LD |
| | | Amount =  $9.52 | |

.

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252

Page 100

Client #  727440

| 07/05/07 | 2134306049 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/05/07 | 8052303040 Long Distance | | LD |
| | Amount = | $4.76 | |
| 07/05/07 | 9495171690 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/05/07 | ALL PACER | | DOCRETRI |
| | Amount = | $12.16 | |
| 07/05/07 | Printing | | DUP.10CC |
| | Amount = | $5.75 | |
| 07/06/07 | 2134228093 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/06/07 | 9496799596 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/06/07 | 9492505102 Long Distance | | LD |
| | Amount = | $3.57 | |
| 07/06/07 | 2035226390 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/06/07 | 2035226390 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/06/07 | 2134307704 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/06/07 | 3176363551 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/06/07 | 6029165475 Long Distance | | LD |
| | Amount = | $4.76 | |
| 07/06/07 | 6029165475 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/06/07 | 2134306049 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/06/07 | 4159848810 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/06/07 | 3176363551 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/06/07 | 4159848941 Long Distance | | LD |
| | Amount = | $1.19 | |

New Century Financial Corporation and New Century Mortgage C  
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel  
New Century Financial Corporation  
18400 Von Karman Ave, Ste 1000  
Irvine CA  92612

August 24, 2007  
Invoice 274252  
Page 101  
Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 07/06/07 | 2134307594 Long Distance | | LD |
| | Amount = $8.33 | | |
| 07/06/07 | 3523688274 Long Distance | | LD |
| | Amount = $2.38 | | |
| 07/06/07 | ALL PACER | | DOCRETRI |
| | Amount = $16.88 | | |
| 07/06/07 | Printing | | DUP.10CC |
| | Amount = $2.70 | | |
| 07/06/07 | Printing | | DUP.10CC |
| | Amount = $2.80 | | |
| 07/09/07 | Messenger and delivery, 7/3/07, FROM WRITER'S CRAMP, AJ | | MESS |
| | Amount = $12.04 | | |
| 07/09/07 | Photocopies | | DUP.10CC |
| | Amount = $0.40 | | |
| 07/09/07 | TCOPY RECD 7/6/07 | | TELC |
| | Amount = $0.00 | | |
| 07/09/07 | 2485945403 Long Distance | | LD |
| | Amount = $7.14 | | |
| 07/09/07 | 2147349774 Long Distance | | LD |
| | Amount = $3.57 | | |
| 07/09/07 | 8569854041 Long Distance | | LD |
| | Amount = $1.19 | | |
| 07/09/07 | 3103099003 Long Distance | | LD |
| | Amount = $2.38 | | |
| 07/09/07 | 6027493213 Long Distance | | LD |
| | Amount = $4.76 | | |
| 07/09/07 | 2128555121 Long Distance | | LD |
| | Amount = $1.19 | | |
| 07/09/07 | 7325422236 Long Distance | | LD |
| | Amount = $1.19 | | |
| 07/09/07 | 2127745929 Long Distance | | LD |
| | Amount = $3.57 | | |
| 07/09/07 | 2155974411 Long Distance | | LD |
| | Amount = $2.38 | | |
| 07/09/07 | 7344622171 Long Distance | | LD |
| | Amount = $2.38 | | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

August 24, 2007
Invoice 274252
Page 102

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 07/09/07 | 2134306049 Long Distance | | LD |
| | Amount = | $26.18 | |
| 07/09/07 | 3132347117 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/09/07 | 2134306686 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/09/07 | 2134306686 Long Distance | | LD |
| | Amount = | $3.57 | |
| 07/09/07 | ALL PACER | | DOCRETRI |
| | Amount = | $23.68 | |
| 07/09/07 | Printing | | DUP.10CC |
| | Amount = | $1.15 | |
| 07/09/07 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 07/10/07 | Messenger and delivery, 7/9/07, CA, BJW | | MESS |
| | Amount = | $14.58 | |
| 07/10/07 | Photocopies | | DUP.10CC |
| | Amount = | $1.20 | |
| 07/10/07 | TCOPY RECD 6/6-7/9 | | TELC |
| | Amount = | $0.00 | |
| 07/10/07 | TELEA 6/25-159377 | | LD |
| | Amount = | $11.90 | |
| 07/10/07 | 3025399797 Long Distance | | LD |
| | Amount = | $0.26 | |
| 07/10/07 | 8566783089 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/10/07 | 8566783089 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/10/07 | 6467471980 Long Distance | | LD |
| | Amount = | $7.14 | |
| 07/10/07 | 8602515613 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/10/07 | 8037982112 Long Distance | | LD |
| | Amount = | $3.57 | |
| 07/10/07 | 9049620777 Long Distance | | LD |
| | Amount = | $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252

Page 103

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 07/10/07 | 8604366793 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/10/07 | 8052303040 Long Distance | | LD |
| | Amount = | $15.47 | |
| 07/10/07 | 2136305033 Long Distance | | LD |
| | Amount = | $7.14 | |
| 07/10/07 | 9723805533 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/10/07 | 7728787764 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/10/07 | 3039211415 Long Distance | | LD |
| | Amount = | $3.57 | |
| 07/10/07 | 6108698931 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/10/07 | 4159848810 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/10/07 | 2134306049 Long Distance | | LD |
| | Amount = | $3.57 | |
| 07/10/07 | 2134306049 Long Distance | | LD |
| | Amount = | $8.33 | |
| 07/10/07 | 5177686872 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/10/07 | 2134307594 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/10/07 | 7328928920 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/10/07 | 9203394046 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/10/07 | 6123333673 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/10/07 | 8039271927 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/10/07 | 9102813124 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/10/07 | 3863291903 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/10/07 | 7322228179 Long Distance | | LD |
| | Amount = | $1.19 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252
Page 104

Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 07/10/07 | 3133861800 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/10/07 | 2024342083 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/10/07 | ALL PACER | | DOCRETRI |
| | Amount = | $58.88 | |
| 07/10/07 | Printing | | DUP.10CC |
| | Amount = | $16.10 | |
| 07/10/07 | Printing | | DUP.10CC |
| | Amount = | $3.80 | |
| 07/11/07 | GALLUCIO'S CAFE: FOOD SERVICE 6/25-7/11/SEE ENCLOSED | | MEALSCL |
| | Amount = | $37.27 | |
| 07/11/07 | Photocopies | | DUP.10CC |
| | Amount = | $122.00 | |
| 07/11/07 | Photocopies | | DUP.10CC |
| | Amount = | $78.80 | |
| 07/11/07 | 3176363551 Long Distance | | LD |
| | Amount = | $3.57 | |
| 07/11/07 | 2134228093 Long Distance | | LD |
| | Amount = | $11.90 | |
| 07/11/07 | 3148639100 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/11/07 | 6103537543 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/11/07 | 3132347117 Long Distance | | LD |
| | Amount = | $3.57 | |
| 07/11/07 | 2152952274 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/11/07 | 4157726421 Long Distance | | LD |
| | Amount = | $3.57 | |
| 07/11/07 | 2134306049 Long Distance | | LD |
| | Amount = | $35.70 | |
| 07/11/07 | 2134307594 Long Distance | | LD |
| | Amount = | $4.76 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252
Page 105

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 07/11/07 | Messenger and delivery, 7/10/07, FROM HARRY'S SEAFOOD GRILL, CXG | | MESS |
| | | Amount =   $59.35 | |
| 07/11/07 | ALL PACER | | DOCRETRI |
| | | Amount =   $52.88 | |
| 07/11/07 | Printing | | DUP.10CC |
| | | Amount =   $1.10 | |
| 07/11/07 | Printing | | DUP.10CC |
| | | Amount =   $73.15 | |
| 07/11/07 | Printing | | DUP.10CC |
| | | Amount =   $1.15 | |
| 07/12/07 | INTERCALL: INVOICE B1-9330833/ACCT 483887/JUNE SERVICES | | LD |
| | | Amount =   $220.49 | |
| 07/12/07 | U.S. DISTRICT COURT CLERK: PRO HAC VICE FEES FOR CURT KIRSCHNER/ALEXANDRA DIAZ-ALMARAL AND LAINE MERVIS/157422 | | FLFEE |
| | | Amount =   $75.00 | |
| 07/12/07 | U.S. DISTRICT COURT CLERK: PRO HAC FILING FEES FOR P. BENVENUTTI/157422 | | FLFEE |
| | | Amount =   $25.00 | |
| 07/12/07 | U.S. DISTRICT COURT CLERK: PRO HAC FILING FEES FOR M. SHEPARD/157422 | | FLFEE |
| | | Amount =   $25.00 | |
| 07/12/07 | Photocopies | | DUP.10CC |
| | | Amount =   $4.20 | |
| 07/12/07 | Photocopies | | DUP.10CC |
| | | Amount =   $1.10 | |
| 07/12/07 | Photocopies | | DUP.10CC |
| | | Amount =   $1.00 | |
| 07/12/07 | Photocopies | | DUP.10CC |
| | | Amount =   $0.10 | |
| 07/12/07 | Photocopies | | DUP.10CC |
| | | Amount =   $0.10 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252
Page 106

Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 07/12/07 | Photocopies | | DUP.10CC |
| | Amount = $13.60 | | |
| 07/12/07 | Photocopies | | DUP.10CC |
| | Amount = $1.50 | | |
| 07/12/07 | Photocopies | | DUP.10CC |
| | Amount = $116.00 | | |
| 07/12/07 | TCOPY RECD 7/11/07 | | TELC |
| | Amount = $0.00 | | |
| 07/12/07 | 3132347117 Long Distance | | LD |
| | Amount = $1.19 | | |
| 07/12/07 | 9897423401 Long Distance | | LD |
| | Amount = $1.19 | | |
| 07/12/07 | 6609091647 Long Distance | | LD |
| | Amount = $3.57 | | |
| 07/12/07 | 2134307594 Long Distance | | LD |
| | Amount = $3.57 | | |
| 07/12/07 | 2146954147 Long Distance | | LD |
| | Amount = $1.19 | | |
| 07/12/07 | 3172059912 Long Distance | | LD |
| | Amount = $2.38 | | |
| 07/12/07 | 4122974706 Long Distance | | LD |
| | Amount = $5.95 | | |
| 07/12/07 | 4157726403 Long Distance | | LD |
| | Amount = $2.38 | | |
| 07/12/07 | 4159848828 Long Distance | | LD |
| | Amount = $26.18 | | |
| 07/12/07 | 9497243392 Long Distance | | LD |
| | Amount = $1.19 | | |
| 07/12/07 | ALL PACER | | DOCRETRI |
| | Amount = $46.24 | | |
| 07/12/07 | Postage | | POST |
| | Amount = $1.74 | | |
| 07/12/07 | Printing | | DUP.10CC |
| | Amount = $17.10 | | |
| 07/12/07 | Printing | | DUP.10CC |
| | Amount = $3.70 | | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252
Page 107

Client #  727440

| Date | Description | | Code |
|------|-------------|--|------|
| 07/12/07 | Printing | | DUP.10CC |
| | Amount = $1.05 | | |
| 07/12/07 | Printing | | DUP.10CC |
| | Amount = $1.30 | | |
| 07/12/07 | Printing | | DUP.10CC |
| | Amount = $1.15 | | |
| 07/13/07 | GALLUCIO'S CAFE: FOOD SERVICE 7/13-7/26/SEE ENCLOSED | | MEALSCL |
| | Amount = $31.89 | | |
| 07/13/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07070143/07070093/07070113/07070144 / 07070126/FAX BROADCASTS/ 129910/139845/157422/ 156223 | | TELC |
| | Amount = $252.00 | | |
| 07/13/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07070143/07070093/07070113/07070144 / 07070126/FAX BROADCASTS/ 129910/139845/157422/ 156223 | | TELC |
| | Amount = $238.00 | | |
| 07/13/07 | Photocopies | | DUP.10CC |
| | Amount = $15.10 | | |
| 07/13/07 | Photocopies | | DUP.10CC |
| | Amount = $0.60 | | |
| 07/13/07 | Photocopies | | DUP.10CC |
| | Amount = $0.60 | | |
| 07/13/07 | Photocopies | | DUP.10CC |
| | Amount = $0.40 | | |
| 07/13/07 | PARALEGAL OT THRU 7/15/07 | | OT |
| | Amount = $0.00 | | |
| 07/13/07 | 3036066408 Long Distance | | LD |
| | Amount = $2.38 | | |
| 07/13/07 | 4157726403 Long Distance | | LD |
| | Amount = $3.57 | | |
| 07/13/07 | 8052303040 Long Distance | | LD |
| | Amount = $1.19 | | |
| 07/13/07 | 2134307594 Long Distance | | LD |
| | Amount = $11.90 | | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252
Page 108
Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 07/13/07 | 3102311191 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/13/07 | 2127163235 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/13/07 | 2134306686 Long Distance | | LD |
| | Amount = | $3.57 | |
| 07/13/07 | 2134307594 Long Distance | | LD |
| | Amount = | $3.57 | |
| 07/13/07 | 2127163235 Long Distance | | LD |
| | Amount = | $8.33 | |
| 07/13/07 | 3107707109 Long Distance | | LD |
| | Amount = | $8.33 | |
| 07/13/07 | 8165501546 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/13/07 | 2134307594 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/13/07 | Messenger and delivery, 7/12/07, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 07/13/07 | Messenger and delivery, 7/12/07, BANKRUPTCY COURT CHAMBERS, CXG | | MESS |
| | Amount = | $4.50 | |
| 07/13/07 | ALL PACER | | DOCRETRI |
| | Amount = | $27.12 | |
| 07/13/07 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 07/13/07 | Printing | | DUP.10CC |
| | Amount = | $15.75 | |
| 07/13/07 | Printing | | DUP.10CC |
| | Amount = | $1.15 | |
| 07/14/07 | 7203041175 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/14/07 | ALL PACER | | DOCRETRI |
| | Amount = | $8.32 | |
| 07/16/07 | THE GREENERY CATERERS: INVOICES RS424-RS429/FOOD SERVICE 7/2-7/16 | | MEALSCL |
| | Amount = | $41.32 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252
Page 109
Client #  727440

| Date | Description | | Code |
|------|-------------|--|------|
| 07/16/07 | CAVANAUGH'S RESTAURANT: INVOICES 518-528/FOOD SERVICE 7/11-7/18 | | MEALSCL |
| | Amount = | $101.00 | |
| 07/16/07 | WRITER'S CRAMP, INC.: INVOICE 07-205/TRANSCRIPT OF 7/16/07 BANKRUPTCY HEARING/157422 | | CTRPT |
| | Amount = | $399.95 | |
| 07/16/07 | EAGLE TRANSPORTATION SERVICES: INVOICE 13617/ACCT RICH/LAYT/JUNE 13-16 TRAVEL | | TRAV |
| | Amount = | $94.77 | |
| 07/16/07 | EAGLE TRANSPORTATION SERVICES: INVOICE 13617/ACCT RICH/LAYT/JUNE 13-16 TRAVEL | | TRAV |
| | Amount = | $57.19 | |
| 07/16/07 | BINDING 7/9-7/15 | | BIND |
| | Amount = | $6.00 | |
| 07/16/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.20 | |
| 07/16/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.40 | |
| 07/16/07 | Photocopies | | DUP.10CC |
| | Amount = | $4.00 | |
| 07/16/07 | Photocopies | | DUP.10CC |
| | Amount = | $1.20 | |
| 07/16/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.20 | |
| 07/16/07 | TCOPY RECD 7/13/07 | | TELC |
| | Amount = | $0.00 | |
| 07/16/07 | 3132347117 Long Distance | | LD |
| | Amount = | $4.76 | |
| 07/16/07 | 2134307594 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/16/07 | 3132347117 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/16/07 | 9497243392 Long Distance | | LD |
| | Amount = | $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252
Page 110

Client #  727440

| Date | Description | | | Code |
|---|---|---|---|---|
| 07/16/07 | 2514338100 Long Distance | | | LD |
| | Amount = | $2.38 | | |
| 07/16/07 | 4157726421 Long Distance | | | LD |
| | Amount = | $2.38 | | |
| 07/16/07 | 2134307594 Long Distance | | | LD |
| | Amount = | $4.76 | | |
| 07/16/07 | DELIVERY EXPENSE 7/13/07 | | | MESS |
| | Amount = | $7.70 | | |
| 07/16/07 | Messenger and delivery, 7/13/07, BANKRUPTCY COURT, CXG | | | MESS |
| | Amount = | $4.50 | | |
| 07/16/07 | Messenger and delivery, 7/13/07, BANKRUPTCY COURT, CXS | | | MESS |
| | Amount = | $4.50 | | |
| 07/16/07 | Messenger and delivery, 7/13/07, BANKRUPTCY COURT, RVS | | | MESS |
| | Amount = | $4.50 | | |
| 07/16/07 | ALL PACER | | | DOCRETRI |
| | Amount = | $43.92 | | |
| 07/16/07 | Printing | | | DUP.10CC |
| | Amount = | $9.05 | | |
| 07/17/07 | TCOPY RECD 7/10-7/16 | | | TELC |
| | Amount = | $0.00 | | |
| 07/17/07 | 9085260707 Long Distance | | | LD |
| | Amount = | $7.14 | | |
| 07/17/07 | 6467471980 Long Distance | | | LD |
| | Amount = | $2.38 | | |
| 07/17/07 | 6192351501 Long Distance | | | LD |
| | Amount = | $2.38 | | |
| 07/17/07 | 8052303040 Long Distance | | | LD |
| | Amount = | $1.19 | | |
| 07/17/07 | 7344622171 Long Distance | | | LD |
| | Amount = | $4.76 | | |
| 07/17/07 | 2134228093 Long Distance | | | LD |
| | Amount = | $5.95 | | |
| 07/17/07 | 2128801334 Long Distance | | | LD |
| | Amount = | $1.19 | | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252
Page 111

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 07/17/07 | 5124725997 Long Distance | | LD |
| | Amount = | $4.76 | |
| 07/17/07 | 5124725997 Long Distance | | LD |
| | Amount = | $9.52 | |
| 07/17/07 | 9724480367 Long Distance | | LD |
| | Amount = | $9.52 | |
| 07/17/07 | 2134228093 Long Distance | | LD |
| | Amount = | $9.52 | |
| 07/17/07 | 5124725997 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/17/07 | 2134228093 Long Distance | | LD |
| | Amount = | $10.71 | |
| 07/17/07 | 5124725997 Long Distance | | LD |
| | Amount = | $3.57 | |
| 07/17/07 | 4086051781 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/17/07 | 4159848992 Long Distance | | LD |
| | Amount = | $8.33 | |
| 07/17/07 | 4159848992 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/17/07 | 2134307594 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/17/07 | 2126743408 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/17/07 | 2122604874 Long Distance | | LD |
| | Amount = | $8.33 | |
| 07/17/07 | 2134307594 Long Distance | | LD |
| | Amount = | $3.57 | |
| 07/17/07 | DELIVERY EXPENSE 7/16/07 | | MESS |
| | Amount = | $3.20 | |
| 07/17/07 | Messenger and delivery, 7/16/07, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 07/17/07 | ALL PACER | | DOCRETRI |
| | Amount = | $37.20 | |
| 07/17/07 | Printing | | DUP.10CC |
| | Amount = | $7.95 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252
Page 112

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 07/17/07 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 07/18/07 | Photocopies | | DUP.10CC |
| | Amount = | $7.70 | |
| 07/18/07 | TELEA  7/9-7/15 | | LD |
| | Amount = | $2.38 | |
| 07/18/07 | 2154259566 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/18/07 | 2134306686 Long Distance | | LD |
| | Amount = | $5.95 | |
| 07/18/07 | 2026596710 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/18/07 | 9494514229 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/18/07 | 4159848992 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/18/07 | 7344622171 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/18/07 | 9494514229 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/18/07 | 9494514229 Long Distance | | LD |
| | Amount = | $16.66 | |
| 07/18/07 | 2134306049 Long Distance | | LD |
| | Amount = | $3.57 | |
| 07/18/07 | ALL PACER | | DOCRETRI |
| | Amount = | $54.40 | |
| 07/18/07 | Printing | | DUP.10CC |
| | Amount = | $1.95 | |
| 07/18/07 | Printing | | DUP.10CC |
| | Amount = | $1.15 | |
| 07/18/07 | Printing | | DUP.10CC |
| | Amount = | $1.15 | |
| 07/19/07 | Photocopies | | DUP.10CC |
| | Amount = | $1.20 | |
| 07/19/07 | 2136175501 Long Distance | | LD |
| | Amount = | $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252
Page 113
Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 07/19/07 | 2134306493 Long Distance | | LD |
| | Amount = $1.19 | | |
| 07/19/07 | ALL PACER | | DOCRETRI |
| | Amount = $26.96 | | |
| 07/19/07 | Printing | | DUP.10CC |
| | Amount = $2.30 | | |
| 07/19/07 | Printing | | DUP.10CC |
| | Amount = $3.10 | | |
| 07/19/07 | Printing | | DUP.10CC |
| | Amount = $3.55 | | |
| 07/19/07 | Printing | | DUP.10CC |
| | Amount = $2.05 | | |
| 07/19/07 | Printing | | DUP.10CC |
| | Amount = $1.20 | | |
| 07/19/07 | Westlaw | | LEXIS |
| | Amount = $39.20 | | |
| 07/19/07 | Westlaw | | LEXIS |
| | Amount = $7.34 | | |
| 07/19/07 | Westlaw | | LEXIS |
| | Amount = $57.98 | | |
| 07/20/07 | GALLUCIO'S CAFE: FOOD SERVICE 7/13-7/26/SEE ENCLOSED | | MEALSCL |
| | Amount = $13.96 | | |
| 07/20/07 | Photocopies | | DUP.10CC |
| | Amount = $0.30 | | |
| 07/20/07 | Photocopies | | DUP.10CC |
| | Amount = $4.20 | | |
| 07/20/07 | Photocopies | | DUP.10CC |
| | Amount = $1.20 | | |
| 07/20/07 | 5124725997 Long Distance | | LD |
| | Amount = $2.38 | | |
| 07/20/07 | 2023835315 Long Distance | | LD |
| | Amount = $1.19 | | |
| 07/20/07 | 2134307594 Long Distance | | LD |
| | Amount = $2.38 | | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252
Page 114
Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 07/20/07 | ALL PACER | | DOCRETRI |
| | | Amount = $81.12 | |
| 07/20/07 | Printing | | DUP.10CC |
| | | Amount = $6.90 | |
| 07/20/07 | Printing | | DUP.10CC |
| | | Amount = $1.25 | |
| 07/20/07 | Printing | | DUP.10CC |
| | | Amount = $1.10 | |
| 07/20/07 | Printing | | DUP.10CC |
| | | Amount = $36.00 | |
| 07/20/07 | Westlaw | | LEXIS |
| | | Amount = $26.73 | |
| 07/20/07 | Westlaw | | LEXIS |
| | | Amount = $2.64 | |
| 07/21/07 | ALL PACER | | DOCRETRI |
| | | Amount = $3.84 | |
| 07/22/07 | Printing | | DUP.10CC |
| | | Amount = $3.25 | |
| 07/23/07 | AMERICAN EXPRESS: ACCT 3782 938224 21XXX/FIRM TRAVEL/FILINGS ETC. | | TRAV |
| | | Amount = $218.00 | |
| 07/23/07 | U.S. DISTRICT COURT CLERK: BANKRUPTCY PRO HAC VICE FEES FOR MATTHEW EASTUS/K. PHAN/GARY S. TELL/157422 | | FLFEE |
| | | Amount = $75.00 | |
| 07/23/07 | GALLUCIO'S CAFE: FOOD SERVICE 7/13-7/26/SEE ENCLOSED | | MEALSCL |
| | | Amount = $24.98 | |
| 07/23/07 | Photocopies | | DUP.10CC |
| | | Amount = $69.60 | |
| 07/23/07 | 2136201780 Long Distance | | LD |
| | | Amount = $1.19 | |
| 07/23/07 | 9498237948 Long Distance | | LD |
| | | Amount = $2.38 | |
| 07/23/07 | 2134307594 Long Distance | | LD |
| | | Amount = $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

August 24, 2007
Invoice 274252

Page 115

Client #  727440

| 07/23/07 | 2124082452 Long Distance | | LD |
| | | Amount = $2.38 | |
| 07/23/07 | 2084892560 Long Distance | | LD |
| | | Amount = $2.38 | |
| 07/23/07 | 2136201780 Long Distance | | LD |
| | | Amount = $2.38 | |
| 07/23/07 | 9498237948 Long Distance | | LD |
| | | Amount = $1.19 | |
| 07/23/07 | 2134306049 Long Distance | | LD |
| | | Amount = $4.76 | |
| 07/23/07 | Messenger and delivery, 7/19/07, BANKRUPTCY COURT, CXG | | MESS |
| | | Amount = $4.50 | |
| 07/23/07 | Messenger and delivery, 7/10/07, ADJ FOR DELIVERY FROM HARRY'S SEAFOOD, CXG | | MESS |
| | | Amount = ($5.90) | |
| 07/23/07 | ALL PACER | | DOCRETRI |
| | | Amount = $30.72 | |
| 07/23/07 | Printing | | DUP.10CC |
| | | Amount = $2.65 | |
| 07/23/07 | Printing | | DUP.10CC |
| | | Amount = $6.25 | |
| 07/23/07 | Printing | | DUP.10CC |
| | | Amount = $2.60 | |
| 07/23/07 | Printing | | DUP.10CC |
| | | Amount = $1.00 | |
| 07/23/07 | Printing | | DUP.10CC |
| | | Amount = $2.60 | |
| 07/23/07 | Westlaw | | LEXIS |
| | | Amount = $273.49 | |
| 07/23/07 | Westlaw | | LEXIS |
| | | Amount = $370.20 | |
| 07/24/07 | COURTCALL LLC: ACCT CCDA 05 1619/SERVICE THROUGH 7/20/07 | | FLFEE |
| | | Amount = $75.00 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252

Page 116

Client #  727440

| | | |
|---|---|---|
| 07/24/07 | Messenger and delivery, 7/23/07, CA, BJW | MESS |
| | Amount =   $23.77 | |
| 07/24/07 | Messenger and delivery, 7/23/07, CA, BJW | MESS |
| | Amount =   $23.77 | |
| 07/24/07 | Messenger and delivery, 7/23/07, DE, BJW | MESS |
| | Amount =   $11.45 | |
| 07/24/07 | Messenger and delivery, 7/23/07, NY, BJW | MESS |
| | Amount =   $11.45 | |
| 07/24/07 | Messenger and delivery, 7/23/07, DE, BJW | MESS |
| | Amount =   $11.45 | |
| 07/24/07 | Messenger and delivery, 7/23/07, NY, BJW | MESS |
| | Amount =   $11.45 | |
| 07/24/07 | Messenger and delivery, 7/23/07, CA, BJW | MESS |
| | Amount =   $23.77 | |
| 07/24/07 | Photocopies | DUP.10CC |
| | Amount =   $1.00 | |
| 07/24/07 | 2124787320 Long Distance | LD |
| | Amount =   $2.38 | |
| 07/24/07 | 2134307594 Long Distance | LD |
| | Amount =   $2.38 | |
| 07/24/07 | 2134306049 Long Distance | LD |
| | Amount =   $2.38 | |
| 07/24/07 | DELIVERY EXPENSE 7/23/07 | MESS |
| | Amount =   $3.20 | |
| 07/24/07 | Messenger and delivery, 7/23/07, BANKRUPTCY COURT, CXG | MESS |
| | Amount =   $4.50 | |
| 07/24/07 | Messenger and delivery, 7/23/07, DISTRICT COURT, CXS/RVS | MESS |
| | Amount =   $4.50 | |
| 07/24/07 | Messenger and delivery, 7/23/07, FED EX/CARGO CITY, BJW | MESS |
| | Amount =   $97.35 | |
| 07/24/07 | ALL PACER | DOCRETRI |
| | Amount =   $67.20 | |
| 07/24/07 | ALL PACER | DOCRETRI |
| | Amount =   $0.80 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252

Page 117

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 07/24/07 | Printing | | DUP.10CC |
| | Amount = | $1.65 | |
| 07/25/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.50 | |
| 07/25/07 | Photocopies | | DUP.10CC |
| | Amount = | $60.00 | |
| 07/25/07 | TCOPY RECD 7/24/07 | | TELC |
| | Amount = | $0.00 | |
| 07/25/07 | TCOPY RECD 7/23-7/24 | | TELC |
| | Amount = | $0.00 | |
| 07/25/07 | 5124725997 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/25/07 | 2166967078 Long Distance | | LD |
| | Amount = | $4.76 | |
| 07/25/07 | 9498237948 Long Distance | | LD |
| | Amount = | $4.76 | |
| 07/25/07 | 9498237948 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/25/07 | 2134306679 Long Distance | | LD |
| | Amount = | $3.57 | |
| 07/25/07 | 9498237948 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/25/07 | 4107525830 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/25/07 | 2134306049 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/25/07 | 2134306049 Long Distance | | LD |
| | Amount = | $4.76 | |
| 07/25/07 | Messenger and delivery, 7/24/07, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 07/25/07 | ALL PACER | | DOCRETRI |
| | Amount = | $59.20 | |
| 07/25/07 | ALL PACER | | DOCRETRI |
| | Amount = | $0.40 | |
| 07/25/07 | Postage | | POST |
| | Amount = | $4.60 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252
Page 118
Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 07/25/07 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 07/25/07 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 07/25/07 | Printing | | DUP.10CC |
| | Amount = | $1.55 | |
| 07/25/07 | Printing | | DUP.10CC |
| | Amount = | $2.70 | |
| 07/25/07 | Printing | | DUP.10CC |
| | Amount = | $5.45 | |
| 07/25/07 | Printing | | DUP.10CC |
| | Amount = | $5.45 | |
| 07/25/07 | Printing | | DUP.10CC |
| | Amount = | $5.70 | |
| 07/26/07 | Photocopies | | DUP.10CC |
| | Amount = | $176.40 | |
| 07/26/07 | Photocopies | | DUP.10CC |
| | Amount = | $39.20 | |
| 07/26/07 | 4107525830 Long Distance | | LD |
| | Amount = | $3.57 | |
| 07/26/07 | 2134307594 Long Distance | | LD |
| | Amount = | $3.57 | |
| 07/26/07 | 8052303040 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/26/07 | 2134307594 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/26/07 | 9496085275 Long Distance | | LD |
| | Amount = | $3.57 | |
| 07/26/07 | 2134306049 Long Distance | | LD |
| | Amount = | $4.76 | |
| 07/26/07 | Messenger and delivery, 7/25/07, 2 AFTER HOURS DELIVERIES, WLP | | MESS |
| | Amount = | $11.00 | |
| 07/26/07 | ALL PACER | | DOCRETRI |
| | Amount = | $42.48 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252
Page 119
Client #  727440

| Date | Description | Code |
|------|-------------|------|
| 07/26/07 | Printing | DUP.10CC |
| | Amount =  $5.60 | |
| 07/26/07 | Printing | DUP.10CC |
| | Amount =  $3.65 | |
| 07/27/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07070290/07070289/FAX BROADCASTS/139845/157422 | TELC |
| | Amount =  $247.50 | |
| 07/27/07 | Photocopies | DUP.10CC |
| | Amount =  $1.40 | |
| 07/27/07 | Photocopies | DUP.10CC |
| | Amount =  $3.00 | |
| 07/27/07 | Photocopies | DUP.10CC |
| | Amount =  $3.00 | |
| 07/27/07 | Photocopies | DUP.10CC |
| | Amount =  $21.30 | |
| 07/27/07 | PARALEGAL OT THRU 7/31/07 | OT |
| | Amount =  $0.00 | |
| 07/27/07 | 8059071990 Long Distance | LD |
| | Amount =  $2.38 | |
| 07/27/07 | 2077741200 Long Distance | LD |
| | Amount =  $27.37 | |
| 07/27/07 | 2128367475 Long Distance | LD |
| | Amount =  $1.19 | |
| 07/27/07 | 4159848941 Long Distance | LD |
| | Amount =  $1.19 | |
| 07/27/07 | 8059071990 Long Distance | LD |
| | Amount =  $2.38 | |
| 07/27/07 | 2128367377 Long Distance | LD |
| | Amount =  $1.19 | |
| 07/27/07 | 2124504236 Long Distance | LD |
| | Amount =  $1.19 | |
| 07/27/07 | 2134307594 Long Distance | LD |
| | Amount =  $10.71 | |
| 07/27/07 | 3105673383 Long Distance | LD |
| | Amount =  $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252
Page 120

Client #  727440

| | | | |
|---|---|---|---|
| 07/27/07 | 2134306049 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/27/07 | 3039943021 Long Distance | | LD |
| | Amount = | $1.19 | |
| 07/27/07 | 4159848992 Long Distance | | LD |
| | Amount = | $2.38 | |
| 07/27/07 | 4045841244 Long Distance | | LD |
| | Amount = | $5.95 | |
| 07/27/07 | ALL PACER | | DOCRETRI |
| | Amount = | $44.72 | |
| 07/27/07 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 07/27/07 | Printing | | DUP.10CC |
| | Amount = | $6.20 | |
| 07/29/07 | Printing | | DUP.10CC |
| | Amount = | $10.75 | |
| 07/30/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07070308/07080062/07080073/FAX BROADCAST/157422 | | TELC |
| | Amount = | $247.50 | |
| 07/30/07 | BINDING 7/24-7/29 | | BIND |
| | Amount = | $2.00 | |
| 07/30/07 | Photocopies | | DUP.10CC |
| | Amount = | $3.50 | |
| 07/30/07 | Photocopies | | DUP.10CC |
| | Amount = | $37.10 | |
| 07/30/07 | Photocopies | | DUP.10CC |
| | Amount = | $121.80 | |
| 07/30/07 | 13026568920 Telecopier Charges | | TELC |
| | Amount = | $17.00 | |
| 07/30/07 | TELEA  7/9-7/23 | | LD |
| | Amount = | $55.93 | |
| 07/30/07 | 3122148322 Long Distance | | LD |
| | Amount = | $4.76 | |
| 07/30/07 | 5164107766 Long Distance | | LD |
| | Amount = | $2.38 | |

New Century Financial Corporation and New Century Mortgage C  
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel  
New Century Financial Corporation  
18400 Von Karman Ave, Ste 1000  
Irvine CA   92612

August 24, 2007  
Invoice 274252  
Page 121

Client #  727440

| Date | Description | | Code |
|------|-------------|--|------|
| 07/30/07 | 6103489615 Long Distance | | LD |
| | Amount =   $2.38 | | |
| 07/30/07 | 3122148322 Long Distance | | LD |
| | Amount =   $2.38 | | |
| 07/30/07 | 2128367475 Long Distance | | LD |
| | Amount =   $4.76 | | |
| 07/30/07 | 7037901900 Long Distance | | LD |
| | Amount =   $1.19 | | |
| 07/30/07 | DELIVERY EXPENSE 7/27/07 | | MESS |
| | Amount =   $3.20 | | |
| 07/30/07 | Messenger and delivery, 7/27/07, BANKRUPTCY COURT, CXG | | MESS |
| | Amount =   $4.50 | | |
| 07/30/07 | Messenger and delivery, 7/27/07, BANKRUPTCY COURT, CXS/CXG | | MESS |
| | Amount =   $4.50 | | |
| 07/30/07 | ALL PACER | | DOCRETRI |
| | Amount =   $45.60 | | |
| 07/30/07 | Printing | | DUP.10CC |
| | Amount =   $30.30 | | |
| 07/30/07 | Printing | | DUP.10CC |
| | Amount =   $1.30 | | |
| 07/30/07 | Printing | | DUP.10CC |
| | Amount =   $1.05 | | |
| 07/31/07 | J&J COURT TRANSCRIBERS, INC.: INVOICE 2007-02300/TRANSCRIPT OF 7/31/07/157422 | | CTRPT |
| | Amount =   $105.56 | | |
| 07/31/07 | Messenger and delivery, 7/30/07, CA, BJW | | MESS |
| | Amount =   $28.67 | | |
| 07/31/07 | Messenger and delivery, 7/30/07, DE, BJW | | MESS |
| | Amount =   $13.43 | | |
| 07/31/07 | Messenger and delivery, 7/30/07, NY, BJW | | MESS |
| | Amount =   $13.43 | | |
| 07/31/07 | Messenger and delivery, 7/30/07, DE, BJW | | MESS |
| | Amount =   $13.43 | | |
| 07/31/07 | Messenger and delivery, 7/30/07, NY, BJW | | MESS |
| | Amount =   $13.43 | | |

.

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

August 24, 2007
Invoice 274252
Page 122

Client #  727440

| | | |
|---|---|---|
| 07/31/07 | Messenger and delivery, 7/30/07, CA, BJW | MESS |
| | Amount =   $28.67 | |
| 07/31/07 | Messenger and delivery, 7/30/07, CA, BJW | MESS |
| | Amount =   $28.67 | |
| 07/31/07 | Photocopies | DUP.10CC |
| | Amount =   $2.50 | |
| 07/31/07 | Photocopies | DUP.10CC |
| | Amount =   $2.10 | |
| 07/31/07 | Photocopies | DUP.10CC |
| | Amount =   $0.10 | |
| 07/31/07 | Photocopies | DUP.10CC |
| | Amount =   $2.40 | |
| 07/31/07 | Photocopies | DUP.10CC |
| | Amount =   $0.10 | |
| 07/31/07 | Photocopies | DUP.10CC |
| | Amount =   $3.20 | |
| 07/31/07 | TCOPY RECD 7/31/07 | TELC |
| | Amount =   $0.00 | |
| 07/31/07 | TCOPY RECD 7/31/07 | TELC |
| | Amount =   $0.00 | |
| 07/31/07 | TCOPY RECD 7/31/07 | TELC |
| | Amount =   $0.00 | |
| 07/31/07 | TCOPY RECD 7/30-7/31 | TELC |
| | Amount =   $0.00 | |
| 07/31/07 | TCOPY RECD 7/30-7/31 | TELC |
| | Amount =   $0.00 | |
| 07/31/07 | 9735497080 Long Distance | LD |
| | Amount =   $1.19 | |
| 07/31/07 | 5027798182 Long Distance | LD |
| | Amount =   $2.38 | |
| 07/31/07 | 4129213053 Long Distance | LD |
| | Amount =   $1.19 | |
| 07/31/07 | Messenger and delivery, 7/30/07, BANKRUPTCY COURT, CXG | MESS |
| | Amount =   $4.50 | |

| 07/31/07 | Messenger and delivery, 7/30/07, FED EXP/PHILA, BJW | | MESS |
| | | Amount = $97.35 | |
| 07/31/07 | Messenger and delivery, 7/31/07, BANKRUPTCY COURT, CXG | | MESS |
| | | Amount = $4.50 | |
| 07/31/07 | ALL PACER | | DOCRETRI |
| | | Amount = $40.96 | |
| 07/31/07 | Printing | | DUP.10CC |
| | | Amount = $1.90 | |

TOTALS FOR   727440          New Century Financial Corporation and New Century

Expenses     $7,330.45