# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-10416 (KJC) |
|  | Jointly Administered |
| Debtors | Re: Docket No. 2299 |

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on or before August 21, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A and the parties listed on the Master Mailing Matrix as set forth on a list maintained by Debtors' counsel and available upon request by United States Postal Service First Class Mail:

- **Notice of Change of Address of Debtors New Century TRS Holdings, Inc., a Delaware Corporation, et al.** [Docket No. 2299]

Dated: August 28, 2007

_____
Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California  92705
Telephone: (949) 567-1600

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

# Exhibit A

Exhibit A
Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| 500 Eagles Landing LLC | David A Meskan Manager | 2100 Green St Apt 404 | | San Francisco | CA | 94123 | | Creditor |
| Akin Gump Strauss Hauer & Feld LLP | James R Savin Esq David M Dunn Esq & Joanna F Newdeck Esq | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | Counsel for ChoicePoint Inc |
| Aldine Independent School District | Susan R Fuertes | 14910 Aldine Westfield Rd | | Houston | TX | 77032 | | Counsel for Aldine Independent School District |
| Allen & Overy LLP | Ken Coleman Esq | 1221 Avenue of the Americas | | New York | NY | 10020 | | Counsel for Barclays Bank PLC and Barclays Capital |
| Angelo Gordon & Co | Jed A Hart | 245 Park Ave 26th Fl | | New York | NY | 10167 | | Counsel for Angelo Gordon & Co |
| Arnold & Porter | Richard M Lucas Esq & Charles A Malloy Esq | 555 Twelfth St NW | | Washington | DC | 20004 | | Counsel for Tamares Real Estate Holdings Inc Plaza Americas Office Development LLC and Plaza Office Realty II LLC |
| Ashby & Geddes PA | Don A Beskrone Esq | 500 Delaware Ave | 8th Fl PO Box 1150 | Wilmington | DE | 19899 | | Counsel for Safeco Financial Insitutition Solutions Inc |
| Ashby & Geddes PA | William P Bowden & Gregory A Taylor | 500 Delaware Ave | 8th Fl PO Box 1150 | Wilmington | DE | 19899 | | Counsel for USB Real Estate Securities Inc |
| Ashcroft Wiles Ammann LLP | Anna S Raman Esq | 1000 SW Broadway | Ste 1500 | Portland | OR | 97205 | | Counsel for Directors Mortgage Inc |
| Attorney for SIRVA Relocation | Glenn M Reisman Esq | Two Corporate Dr Ste 234 | | Shelton | CT | 06484 | | Counsel for SIRVA Relocation |
| Attorney Generals Office | Bankruptcy Department | Carvel State Office Bldg 820 N French St 8th Fl | | Wilmington | DE | 19801 | | Governmental Agency |
| Attorney General's Office | Bankruptcy Department | Capitol Station PO Box 12548 | | Austin | TX | 78711-2548 | | Governmental Agency |
| Attorney General's Office | Bankruptcy Department | 1300 I St Ste 1740 | | Sacramento | CA | 95814 | | Governmental Agency |
| Attorney General's Office | Bankruptcy Department | 200 St Paul Place | | Baltimore | MD | 21202-2202 | | Governmental Agency |
| Baker & Hostetler LLP | Donald A Workman Esq | 1050 Connecticut Ave NW Ste 1100 | | Washington | DC | 20036 | | Counsel for Fidelity National Information Services |
| Barclays Bank PLC | Mark Manski Esq | 200 Park Ave | | New York | NY | 10166 | | Creditor |
| Bartlett Hackett Feinberg PC | Frank F McGinn Esq | 155 Federal St 9th Fl | | Boston | MA | 02110 | | Counsel for Iron Mountain Information Management Inc |
| Becket and Lee LLP | Gilbert B Weisman | PO Box 3001 | | Malvern | PA | 19355-0701 | | Counsel for American Express Travel Related Svcs Co |
| Bernstein Litowitz Berger & Grossman LLP | Blair A Nicholas Esq | 12481 High Bluff Dr Ste 300 | | San Diego | CA | 92130 | | Counsel for New York State Teachers Retirement System |
| Bernstein Litowitz Berger & Grossman LLP | Salvator J Graziano Esq | 1285 Avenue of the Americas | | New York | NY | 10019 | | Counsel for New York State Teachers Retirement System |
| Bifferato Gentilotti LLC | Ian Connor Bifferato Esq & Garvan F McDaniel Esq | 800 N King St Plz Level | | Wilmington | DE | 19801 | | Counsel for CB Richard Ellis Corporate Facilities Management Inc |
| Bingham McCutchen LLP | Andrew J Gallo Esq | 150 Federal St | | Boston | MA | 02110 | | Counsel for DB Stuctured Products Inc |
| Bingham McCutchen LLP | Richard H Agins Esq | One State St | | Hartford | CT | 06103-3178 | | Counsel for DB Stuctured Products Inc |
| Bingham McCutchen LLP | Robert M Dombroff Esq & Steven Wilamowsky Esq | 399 Park Ave | | New York | NY | 10022-4689 | | Counsel for DB Stuctured Products Inc |
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Broward County Revenue Collection Division | Jeffrey J Newton | Bankruptcy and Litigation Section | Government Center Annex 115 S Andrews Ave | Fort Lauderdale | FL | 33301 | | Creditor |
| Brown McCarroll LLP | Patricia B Tomasco | 111 Congress Ave Ste 1400 | | Austin | TX | 78701 | | Counsel for Ellington Management Group Inc |
| Bryan Cave LLP | Katherine M Windler Esq | 120 Broadway Ste 300 | | Santa Monica | CA | 90401-2386 | | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Bryan Cave LLP | Lawrence P Gottesman Esq & Sukyoung Suh Esq | 1290 Ave of the Americas | | New York | NY | 10104 | | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| Buchanan Ingersoll & Rooney PC | Mary F Caloway Esq & Eric Lopez Schnabel Esq | 1000 West St Ste 1410 | | Wilmington | DE | 19801 | | Counsel for Residential Funding Company LLC |
| Cadwalader Wickersham & Taft LLP | Gregory M Petrick Esq & Angela Somers Esq | One World Financial Center | | New York | NY | 10281 | | Counsel for Natixis Real Estate Capital Inc |
| Cadwalader Wickersham & Taft LLP | Howard R Hawkins Jr Esq | One World Financial Center | | New York | NY | 10281 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| Cairncross & Hempelmann PS | John R Knapp Jr | 524 2nd Ave Ste 500 | | Seattle | WA | 98104-2323 | | Counsel for Microsoft Corporation and Microsoft Licensing GP |
| California Franchise Tax Board | Bankruptcy Division Chapter 11 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | Governmental Agency |
| Campbell & Levine LLC | Marla R Eskin Mark T Hurford | 800 North King Street | Suite 300 | Wilmington | DE | 19801 | | Counsel for Citigroup Global Markets Realty Group |

Exhibit A
Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Celina ISD Princeton ISD City of Princeton Richardson ISD Cedar Hill ISD City of Cedar Hill Whitewright ISD City of Whitewright City of Hurst Arlington ISD Castleberry ISD and Mansfield ISD | Perdue Brandon Fielder Collins & Mott LLP Elizabeth Banda | | PO Box 13430 | Arlington | TX | 76094-0430 | | Counsel for Celina ISD Princeton ISD City of Princeton Richardson ISD Cedar Hill ISD City of Cedar Hill Whitewright ISD City of Whitewright City of Hurst Arlington ISD Castleberry ISD and Mansfield ISD |
| Chadbourne & Parke LLP | Joseph H Smolinsky & Douglas E Deutsch | 30 Rockefeller Plaza | | New York | NY | 10112 | | Counsel for Credit Suisse First Boston Capital LLC and DLJ Mortgage Capital Inc |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 | | Creditor |
| Citigroup Global Markets Realty Corp | Susan Mills & Bobbie Theivakumaran | 390 Greenwich Street | 6th Fl | New York | NY | 10013 | | Creditor |
| Clear Capital | Cy Epstein | 6030 Orchard Ave | | Richmond | CA | 94804 | | Counsel for Clear Capital.com, Inc |
| Cohen & Grigsby PC | Thomas D Maxson Esq | 11 Stanwix St 15th Fl | | Pittsburgh | PA | 15222-1319 | | Counsel for National Field Representatives Inc |
| Comptroller of Public Accounts | Bankruptcy Department | Lyndon B Johnson State Office Building | 111 E 17th St | Austin | TX | 78774 | | Governmental Agency |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C Wisler Esq & Marc J Phillips Esq | The Nemours Bldg | 1007 N Orange St PO Box 2207 | Wilmington | DE | 19899 | | Counsel for Coremetrics Inc |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq & Marc J Phillips Esq | The Nemours Bldg | 1007 N Orange St PO Box 2207 | Wilmington | DE | 19899 | | Counsel for Washington Mutual |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq & Marc J Phillips Esq | 1007 N Orange St | | Wilmington | DE | 19801 | | Counsel for Plaintiffs in the action entitled Rubio, et. al. v. New Century Mortgage Corporation |
| Contrarian Capital Management LLC | Mark Lee | 411 W Putnam Ave Ste 225 | | Greenwich | CT | 06830 | | Creditor |
| Cooley Godward Kronish LLP | Gregg S Kleiner | 101 California St 5th Fl | | San Francisco | CA | 94111-2222 | | Creditor |
| Coremetrics Inc | Seth R Weissman Esq VP & General Counsel | 1840 Gateway Dr Ste 320 | | San Mateo | CA | 94404 | | Creditor |
| Countrywide Home Loans Inc | Paul T Liu Esq & John Guerry Esq | 5220 Las Virgenes Rd | MS AC 11 | Calabasas | CA | 91302 | | Counsel for Countrywide Home Loans Inc |
| Cross & Simon LLC | Christopher P Simon & Kevin S Mann | 913 N Market St 11th Fl | | Wilmington | DE | 19899-1380 | | Counsel for PC Associates |
| Day Pitney LLP | Amish R Doshi Esq | 7 Times Sq | | New York | NY | 10036-7311 | | Counsel for Day Pitney LLP |
| Deckelbaum Ogens & Raftery Chtd | Bryn H Sherman Esq | 3 Bethesda Metro Center Ste 200 | | Bethesda | MD | 20814 | | Counsel for 816 Connecticut Ave LP |
| Delaware Department Of Justice | Bankruptcy Department | Division Of Securities | 820 N French St 5th Fl | Wilmington | DE | 19801 | | Governmental Agency |
| Delaware Dept Of Labor | Secretary | 4425 N Market St | 4th Fl | Wilmington | DE | 19802 | | Governmental Agency |
| Delaware Dept Of Natural Resources & Environmental Control | Bankruptcy Department | John A Hughes Secretary | 89 Kings Hwy | Dover | DE | 19901 | | Governmental Agency |
| Delaware Sec of State | Division of Corporations | Franchise Tax Division | PO Box 7040 | Dover | DE | 19903 | | Governmental Agency |
| Division of Unemployment Ins | Department of Labor | 4425 N Market St | | Wilmington | DE | 19802 | | Governmental Agency |
| Dorsey & Whitney LLP | Chris Lenhart Esq | 50 S Sixth St Ste 1500 | | Minneapolis | MN | 55402-1498 | | Counsel for Residential Funding Company LLC |
| Drinker Biddle & Reath LLP | Andrew C Kassner Esq & Howard A Cohen Esq | 1100 N Market St Ste 1000 | | Wilmington | DE | 19801 | | Counsel for HSBC Bank USA NA HSBC Mortgage Corporation USA |
| Duane Morris LLP | Michael R Lastowski and Christopher M Lastowski | 1100 N Market St Ste 1200 | | Wilmington | DE | 19801 | | Counsel for Hartford Fire Insurance Company |
| Eckert Seamans Cherin & Mellot LLC | Michael Busenkell | 300 Delaware Ave Ste 1210 | | Wilmington | DE | 19801 | | Counsel for Credit-Based Asset Servicing and Securitization (C-BASS), Wells Fargo Bank NA and The Irvine Company |
| Edwards Angell Palmer & Dodge LLP | William E Chipman Jr Esq | 919 Market St Ste 1500 | | Wilmington | DE | 19801 | | Counsel for Countrywide Home Loans Inc and GMAC Commercial Finance LLC |
| eMortgage Logic LLC | Gene O Bannon Exce VP | 8317 Whitley Rd | | Fort Worth | TX | 76148 | | Creditor |
| Employee Benefits Security Administration Philadelphia Regional Office | Mabel Capolongo Director | Curtis Ctr | 170 S Independence Mall West Ste 870 West | Philadelphia | PA | 19106-3317 | | Governmental Agency |
| Erskine & Tulley A Professional Corporation | Robert P Gates Esq | 220 Montgomery St Ste 303 | | San Francisco | CA | 94104 | | Counsel for 500 Eagles Landing LLC |
| Ervin Cohen & Jessup LLP | Randall S Leff Esq & Eric M Heller Esq | 9401 Wilshire Blvd 9th Fl | | Beverly Hills | CA | 90212-2974 | | Counsel for KST Data Inc |
| Eschelon Telecom Inc | Dennis D Ahlers | 730 Second Ave S Ste 900 | | Minneapolis | MN | 55402 | | Creditor |
| Farrell Frtiz PC | Ted A Berkowitz | 1320 Reckson Plaza | | Uniondale | NY | 11556-1320 | | Counsel for American Home Mortgage Corp |
| Filardi Law Offices LLC | Charles J Filardi Jr | 65 Trumbull St | Second Floor | New Haven | CT | 06510 | | Counsel for Federal Express Corporation |
| Finlayson Augustini & Williams LLP | Jesse S Finlayson & Michael R Williams | 110 Newport Center Dr | Ste 100 | Newport Beach | CA | 92660 | | Counsel for The Irvine Company |
| Fox Rothschild LLP | Daniel K Astin & Anthony M Saccullo & Carl D Neff Esq | Citizens Bank Center | 919 N Market St Ste 1300 PO Box 2323 | Wilmington | DE | 19899-2323 | | Counsel for Positive Software Solutions Inc |

Exhibit A
Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Frank Gecker LLP | Joseph D Frank | 325 N LaSalle St Ste 625 | | Chicago | IL | 60610 | | Counsel for Speedpay Inc |
| Friedlander Misler Sloan Kletzkin & Ochsman PLLC | Robert E Greenberg Esq | 1101 Seventeenth St NW Ste 700 | | Washington | DC | 20036-4704 | | Counsel for the Realty Associates Fund VII LP |
| Gay McCall Isaacls Gordon & Roberts PC | David McCall | 777 E 15th St | | Plano | TX | 75074 | | Counsel for Collin County Tax Assessor/Collector |
| Gebhardt & Smith LLP | Michael G Gallerizzo Esq | 901 Market St Ste 451 | | Wilmington | DE | 19801 | | Counsel for General Electric Capital Corporation |
| Gerard Singer Levick PC | Larry A Levick Esq & Michelle E Shriro Esq | 16200 Addison Rd Ste 140 | | Addison | TX | 75001 | | Counsel for Affiliated Computer Services Inc and ACS Commercial Solutions Inc |
| GMAC Commercial Finance LLC | Hernando Azarcon | Senior Legal Coordinator | 3000 Town Center Ste 280 | Southfield | MI | 48075 | | Counsel for GMAC Commercial Finance LLC |
| Goldberg Kamin & Garvin | John J Arminas Esq | 1806 Frick Bldg | 437 Grant St | Pittsburgh | PA | 15219 | | Counsel for Pennsbury Village Borough |
| Graham Vaage & Cisneros | Susan L Vaage | 500 N Brand Blvd Ste 1030 | | Glendale | CA | 91203 | | Counsel for Bank of the West |
| Grant & Morasse | Steven R Morasse & Desmond J Collins | 4921 Birch St | Ste 120 | Newport Beach | CA | 92660 | | Counsel for Pacifica Paradise Valley LLC |
| Greenberg Traurig LLP | Daniel Ansell & Kenneth Philbin | MetLife Building | 200 Park Ave | New York | NY | 10166 | | Counsel for CSHV Denver Tech Center LLC |
| Greenberg Traurig LLP | Victoria W Counihan & Dennis A Meloro | The Nemours Bldg | 1007 N Orange St Ste 1200 | Wilmington | DE | 19801 | | Counsel for CSHV Denver Tech Center LLC |
| Greenwich Capital Financial Products | General Counsel & Frank Skibo | 600 Steamboat Rd | | Greenwich | CT | 06830 | | Counsel to DIP Lenders |
| Gust Rosenfeld PLC | Madeleine C Wanslee | 210 E Washington Ste 800 | | Phoenix | AZ | 85004-2327 | | Creditor |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Harvey Pennington Ltd | Charles J Brown III & J Jackson Shrum | 913 Market St Ste 702 | | Wilmington | DE | 19801 | | Counsel for Countrywide Home Loans Inc dba Americas Wholesale Lender |
| Honigman Miller Schwartz & Cohn LLP | Bruce L Segal | 38500 Woodward Ave Ste 100 | | Bloomfield Hills | MI | 48304 | | Counsel for QKC Maui Owner LLC |
| Hunton & Williams LLP | JR Smith & Jason W Harbour | Riverfront Plaza E Tower | 951 E Byrd St | Richmond | VA | 23219 | | Counsel for Credit-Based Asset Servicing, Securitization (C-BASS) and Wells Fargo Bank NA |
| IBM Corporation | Vicky Namken | 13800 Diplomat Dr | | Dallas | TX | 75234 | | Creditor |
| IBM Credit LLC | Bruce Gordon | Special Handling Group MD NC322 | North Castle Dr | Armonk | NY | 10504 | | Creditor |
| IKON Financial Services | Rosa Dominy | 1738 Bass Rd | P.O. Box 13708 | Macon | GA | 31208-3708 | | Creditor |
| Ikon Office Solutions Recovery & Bankruptcy | Keith Clements | 3920 Arkwright Rd Ste 400 | | Macon | GA | 31210 | | Counsel for IOS Capital Inc / Creditor |
| Imperial County Treasurer - Tax Collector | Flora Garcia | 940 West Main Street | Suite 106 | El Centro | CA | 92243 | | Governmental Agency |
| Integrated Payment Systems Inc | Larry Thomas | Meridian Bldg | 12500 E Belford Ave Mail Stop M12B | Englewood | CO | 80112 | | Counsel for Speedpay Inc |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz | Rm 1150 | Baltimore | MD | 21201 | | Governmental Agency |
| Irs Local Office | | 844 King St | | Wilmington | DE | 19801 | | Governmental Agency |
| Jeffer Mangels Butler & Marmaro LLP | Barry Freeman Esq & David Poitras Esq | 1900 Ave of the Stars 7th Fl | | Los Angeles | CA | 90067 | | Counsel for Union Bank of California |
| Jorden Burt LLP | Frank G Burt Esq Raul A Cuervo Esq & W Glenn Merten Esq | 1025 Thomas Jefferson St NW | Ste 400 E | Washington | DC | 20007-5208 | | Counsel for Safeco Financial Insitutition Solutions Inc |
| Katsky Korins LLP | Steven H Newman | 605 Third Ave 16Th Floor | | New York | NY | 10158 | | Counsel for Broadway Center Associates LP |
| Kaye Scholer LLP | Margot B Schonholtz & Mark F Liscio | 425 Park Ave | | New York | NY | 10022 | | Counsel for Bank of America NA |
| Kelley Drye & Warren LLP | David E Retter Esq & Christen A Lambrianakos Esq | 101 Park Ave | | New York | NY | 10178 | | Counsel for Wells Fargo Bank NA |
| Kirkland & Ellis LLP | Paul M Basta & Joshua A Sussberg | Citigroup Center | 153 East 53rd Street | New York | NY | 10022-4611 | | Counsel for Citigroup Global Markets Realty Group |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Edward M Fox Esq | 599 Lexington Ave | | New York | NY | 10022-6030 | | Counsel for Examiner Michael J Missal Esq |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Michael J Missal | 1601 K Street NW | | Washington | DC | 20006 | | Examiner |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Rebecca L Kline Dubill Esq & Stephen G Topetzes Esq | 1601 K Street NW | | Washington | DC | 20006-1600 | | Counsel for Examiner Michael J Missal Esq |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Joanne B Wills Esq & Michael W Yurkewicz Esq | 919 Market St Ste 1000 | | Wilmington | DE | 19801 | | Counsel for ABN AMRO Bank N.V. |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Richard M Beck Esq & Christopher A Ward Esq | 919 Market St Ste 1000 | | Wilmington | DE | 19801 | | Counsel for KST Data Inc |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Richard M Beck Esq & Michael W Yurkewicz Esq | 919 Market St Ste 1000 | | Wilmington | DE | 19801 | | Counsel for SN Servicing Corp as Agent for Alaska Seaboard Partners LP |

Exhibit A
Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Lamm Rubenstone Lesavoy Butz & David LLC | Sherry D Lowe Esq | 3600 Horizon Blvd Ste 200 | | Trevose | PA | 19053 | | Counsel for National City Commercial Capital Company LLC, National City Vendor Finance LLC fka Charter One Vendor Finance LLC; National City Commercial Capital Company LLC, National City Vendor Finance LLC dba Dank Office Imaging Commercial Finance Group |
| Landis Rath & Cobb LLP | Adam G Landis Esq | 919 Market St Ste 600 | | Wilmington | DE | 19801 | | Counsel for JP Morgan Chase Bank NA |
| Landis Rath & Cobb LLP | Richard S Cobb Esq & Matthew B McGuire Esq | 919 Market St Ste 600 | | Wilmington | DE | 19801 | | Counsel for Stony Point East LP |
| Lankenau & Miller LLP | Stuart J Miller | 1775 Broadway Ste 610 | | New York | NY | 10019 | | Counsel for Warn Act Claimants |
| Law Office of James F Bailey PA | James F Bailey Jr | Three Mill Rd | Ste 306A | Wilmington | DE | 19806 | | Counsel for New Falls Corporation |
| Law Office of John A Vos | John A Vos Esq | 1430 Lincoln Ave | | San Rafael | CA | 94901 | | Creditor |
| Law Offices of Michael McArdle | Michael McArdle Esq | 204 Lafayette St | | Salem | MA | 01970 | | Counsel for First Fidelity Appraisal Services of New England |
| Law Offices of Robert E Luna PC | Andrea Sheehan Esq | 4411 N Central Expressway | | Dallas | TX | 75205 | | Counsel for Carrollton-Farmers Branch Independent School District Garland Independent School District & Lewisville Independent School District |
| Law Offices of William A Hazeltine LLC | Willam A Hazeltine Esq | The Brandywine Bldg | 1000 N West St Ste 1200 | Wilmington | DE | 19801 | | Counsel for Walz Postal Solutions Inc aka Walz Secured Outsourcing |
| Leo & Weber PC | T Scott Leo Esq and Grace Winkler Cranley Esq | One N LaSalle St Ste 3600 | | Chicago | IL | 60602 | | Counsel for Hartford Fire Insurance Company |
| Leslie Marks | | 3099 Suter St | | Oakland | CA | 94602 | | Creditor |
| Levy Small & Iallas | Leo D Plotkin Esq | 815 Moraga Dr | | Los Angeles | CA | 90049-1633 | | Counsel for IBM |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | Travis Bldg 711 Navarro Ste 300 | | San Antonio | TX | 78205 | | Counsel for Bexar County City of El Paso |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | 1949 South IH 35 | PO Box 17428 | Austin | TX | 78760 | | Counsel for City of Edinburg Edcouch-Elsa ISD Nueces County & South Texas College |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | | Counsel for Dallas County |
| Linebarger Goggan Blair & Sampson LLP | John P. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | | Counsel for Harris County, Montgomery County, Cypress - Fairbanks ISD, and Fort Bend County |
| Loizides PA | Christopher D Loizides Esq | 1225 King St Ste 800 | | Wilmington | DE | 19801 | | Counsel for SunTrust Leasing Corporation |
| Lowenstein Sandler PC | Michael S Etkin Esq & Ira M Levee Esq | 65 Livingston Ave | | Roseland | NJ | 07068 | | Counsel for New York State Teachers Retirement System |
| Malolm & Cisneros A Law Corporation | William G Malcolm | 2112 Business Center Dr 2nd Fl | | Irvine | CA | 92612 | | Counsel for Malcolm & Cisneros A Law Corporation |
| Manatee County Tax Collector | Susan D. Profant and Ken Burton Jr. | PO Box 25300 | 819 US 301 Blvd W | Bradenton | FL | 34206-5300 | | Creditor |
| Margolis Edelstein | James E Huggett Esq | 750 S Madison St Ste 102 | | Wilmington | DE | 19801 | | Counsel for Warn Act Claimants |
| Maryland State Dept of Assessments and Taxation | Bankruptcy Department | 301 W Preston St | | Baltimore | MD | 21201 | | Governmental Agency |
| Mayer Brown Rowe & Maw LLP | Raniero D Aversa Jr Esq & Laura D Metzger Esq | 1675 Broadway | | New York | NY | 10019-5820 | | Counsel for ABN AMRO Bank N.V. |
| Mayer Brown Rowe & Maw LLP | Thomas S Kiriakos Esq & Sean T Scott Esq | 71 S Wacker Dr | | Chicago | IL | 60606 | | Counsel for Carrington Mortgage Services LLC and Carrington Capital Management LLC |
| McCalla Raymer LLC | A Michelle Hart | 1544 Old Alabama Road | | Roswell | GA | 30076-2102 | | Counsel for Americas Servicing Company Counsel for CitiMortgage Inc |
| McCarter & English LLP | William F Taylor Jr Esq & Katharine L Mayer Esq | 919 N Market Ste 1800 | PO Box 111 | Wilmington | DE | 19899 | | Counsel for LandAmerica default Services Company; Tamares Real Estate Holdings Inc Plaza Americas Office Development LLC and Plaza Office Realty II LLC |
| McCreary Veselkda Bragg & Allen PC | Michael Reed | PO Box 1269 | | Round Rock | TX | 78680 | | Counsel for Tax Appraisal District of Bell County County of Denton Mexia Independent School District & County of Williamson |
| McGuire Woods LLP | David I Swan Esq & Kenneth M Misken Esq | 1750 Tysons Blvd Ste 1800 | | McLean | VA | 22102-4215 | | Counsel for Sprint Nextel Corporation |
| McGuire Woods LLP | Sally E Edison Esq | Dominion Tower | 625 Liberty Ave 23rd Fl | Pittsburgh | PA | 15222-3142 | | Counsel for ADT Security Services Inc |

Exhibit A
Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Milbank Tweed Hadley & McCloy LLP | Luc A Despins Esq & Wilbur F Foster Esq | 1 Chase Manhattan Plaza | | New York | NY | 10005 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| Missouri Department of Revenue Bankruptcy Unit | Sheryl L Moreau | General Counsels Office | 301 W High St Room 670 PO Box 475 | Jefferson City | MO | 65105-0475 | | Counsel for Missouri Department of Revenue |
| Monzack & Monaco PA | Francis A Monaco Jr Esq | 1201 N Orange St Ste 400 | PO Box 2031 | Wilmington | DE | 19899-2031 | | Counsel for RBC Mortgage Company Royal Bank of Canada and RBC Centura Bank |
| Morris James LLP | Brett D Fallon Esq | 500 Delaware Ave Ste 1500 | PO Box 2306 | Wilmington | DE | 19899-2306 | | Counsel for ADT Security Services Inc; Sprint Communications Company LP dba Sprint Nextel Corporation |
| Morris James LLP | Stephen M Miller | 500 Delaware Ave Ste 1500 | PO Box 2306 | Wilmington | DE | 19899-2306 | | Counsel for Village at Camp Bowie I, LP |
| Morris Nichols Arsht & Tunnel LLP | Robert J Dehney Gregory W Werkheiser & Daniel B Butz | 1201 N Market St | PO Box 1347 | Wilmington | DE | 19899-1347 | | Counsel for Morgan Stanley Mortgage Capital Inc |
| Munsch Hardt Kopf & Harr PC | Mark H Ralston Esq & Davor Rukavina Esq | 3800 Lincoln Plz | 500 N Akard St | Dallas | TX | 75201 | | Counsel for Positive Software Solutions Inc |
| Nixon Peabody LLP | Dennis J Drebsky Esq | 437 Madison Ave | | New York | NY | 10022 | | Counsel for Deutsche Bank National Trust Company |
| Nixon Peabody LLP | Mark N Berman Esq | 100 Summer St | | Boston | MA | 02110-1832 | | Counsel for Deutsche Bank National Trust Company |
| Northeast Regional Office | Bankruptcy Department | Mark Schonfeld Regional Director | 3 World Financial Ctr Room 4300 | New York | NY | 10281 | | Governmental Agency |
| Office of Joe G Tedder CFC | Sari E Meador | Delinquency and Enforcement | Tax Collector for Polk County Florida PO Box 2016 | Bartow | FL | 33831-2016 | | Counsel for Polk County Florida |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | Wilmington | DE | 19801 | | US Trustee |
| Office of the US Trustee | | 844 King St | Ste 2313 Lockbox 35 | Wilmington | DE | 19801-3519 | | Governmental Agency |
| Ohio Attorney's General Office | Matthew J Lampke Assistant Chief | 30 E Broad St 26th Fl | | Columbus | OH | 43215-4200 | | Counsel for State of Ohio |
| Oklahoma County Treasurer | Gretchen Crawford | Assistant District Attorney | 320 Robert S Kerr Room 307 | Oklahoma City | OK | 73102 | | Counsel for Oklahoma County Treasurer |
| Paul Hastings Janofsky & Walker LLP | Keith W Miller & James R Bliss | Park Ave Tower | 75 E 55th St First Floor | New York | NY | 10022 | | Counsel for USB Real Estate Securities Inc |
| Paul Hastings Janofsky & Walker LLP | Richard A Chesley & Kimberly D Newmarch | 191 N Wacker Dr | 30th Fl | Chicago | IL | 60606 | | Counsel for USB Real Estate Securities Inc |
| Pepper Hamilton | David M. Fournier | 1313 Market Street | Suite 5100 | Wilmington | DE | 19801 | | Counsel for Union Bank of California |
| Pepper Hamilton | Evelyn Meltzer | 1313 Market Street | Suite 5100 | Wilmington | DE | 19801 | | Counsel for Adfitech, Inc. |
| Pepper Hamilton LLP | David B Stratton Esq | Hercules Plz Ste 5100 | 1313 Market St PO Box 1709 | Wilmington | DE | 19899-1709 | | Counsel for Deutsche Bank National Trust Company |
| Pepper Hamilton LLP | Henry Jaffe Esq | 1313 Market St | PO Box 1709 | Wilmington | DE | 19899-1709 | | Counsel for Barclays Bank PLC |
| Perdue Brandon Fielder Collins & Mott LLP | John Banks | 3301 Northland Dr Ste 505 | | Austin | TX | 78731 | | Counsel for Hidalgo County |
| Phelan Hallinan and Schmieg LLP | Judith T Romano Esq | 1617 John F Kennedy Blvd Ste 1400 | | Philadelphia | PA | 19103 | | Creditor |
| Phillips Goldman & Spence PA | Lisa C McLaughlin Esq | 1200 N Broom St | | Wilmington | DE | 19806 | | Counsel for Mack-Cali Realty Corporation |
| Potter Anderson & Corroon LLP | Laurie Selber Silverstein Esq | 1313 N Market St 6th Fl | | Wilmington | DE | 19801 | | Counsel for Bank of America NA |
| Property Management Professionals LLC | Kurt Henry | 1512 Royce Dr | | Locust Grove | GA | 30248 | | Creditor |
| Proskauer Rose LLP | Sheldon I Hirshon Esq | 1585 Broadway | | New York | NY | 10036-8299 | | Cousel for Huntington Quadrangle 2 LLC |
| Quadrangle Group LLC | Michael Weinstock | 375 Park Ave 14th Fl | | New York | NY | 10152 | | Creditor |
| Qwest Legal Department | Mitchell W Katz Esq | 1801 California St Ste 900 | | Denver | CO | 80202 | | Counsel for Qwest Corporation |
| Reed Smith LLP | Claudia Z Springer Esq | 2500 One Liberty Pl | 1650 Market St | Philadelphia | PA | 19103-7301 | | Counsel for IndyMac Bank FSB |
| Reed Smith LLP | Kurt F Gwynne Esq | 1201 Market St Ste 1500 | | Wilmington | DE | 19801 | | Counsel for IndyMac Bank FSB; Qwest Corporation |
| Reeves & Seidler | Felix A Seidler | 2527 Santa Clara Ave | | Alameda | CA | 94501-4633 | | Counsel for Scott Morris and Angela Morris |
| Rich F Martin | | 8109 Santa Luz Village Green S | | San Diego | CA | 92127 | | Creditor |
| Robert P Cocco PC | Robert P Cocco Esq | 437 Chestnut St Ste 1006 | | Philadelphia | PA | 19106 | | Counsel for Theresa A Davis |
| Rosenthal Monhait & Goddess PA | Norman M Monhait Esq | 919 Market St Ste 1401 | PO Box 1070 | Wilmington | DE | 19899-1070 | | Counsel for Kodiak Funding LP & Kodiak CDO I Ltd |
| Santoro Driggs Walch Kearney Johnson & Thompson | Victoria L Nelson Esq & Ogonna M Atamoh Esq | 400 S Fourth St Third Fl | | Las Vegas | NV | 89101 | | Counsel for United Insurance Company of America |

Exhibit A
Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Saul Eqing LLP | Mark Minuti Esq | 222 Delaware Ave Ste 1200 | PO Box 1266 | Wilmington | DE | 19899 | | Counsel for Examiner Michael J Missal Esq |
| SEC | | 15th & Pennsylvania Ave NW | | Washington | DC | 20020 | | Governmental Agency |
| SEC | Nathan Fuchs | 233 Broadway | | New York | NY | 10279 | | Governmental Agency |
| Sec Headquarters | Bankruptcy Department | Office Of Investor Education And Assistance | 100 F St Ne | Washington | DC | 20549 | | Governmental Agency |
| Secretary Of State | Division Of Corporations | Franchise Tax | PO Box 7040 | Dover | DE | 19903 | | Governmental Agency |
| Secretary Of Treasury | | PO Box 7040 | | Dover | DE | 19903 | | Governmental Agency |
| Securities & Exchange Commission | | 100 F St Ne | | Washington | DC | 20549 | | Governmental Agency |
| Sherwood and Hardgrove | Don C Sherwood Esq | 11812 San Vincente Blvd Ste 210 | | Los Angeles | CA | 90049-6622 | | Counsel for Douglas Emmett 2002, LLC, a Delaware limited liability company, successor-in-interest to Douglas Emmett Realty Fund 2000, a California limited partnership |
| Shipman & Goodwin LLP | Julie A Manning Esq | One Constitution Plaza | | Hartford | CT | 06103-1919 | | Counsel for United HealthCare Insurance Company |
| Skadden Arps Slate Meagher & Flom LLP | DJ Baker Esq & Rosalie W Gray Esq | Four Time Square | | New York | NY | 10036-6522 | | Counsel for Maguire Properties-Park Place LLC Maguire Properties 3121 Michelson LLC & Maguire Properties 3161 Michelson LLC |
| Skadden Arps Slate Meagher & Flom LLP | Megan E Cleghorn Esq | One Rodney Square | PO Box 636 | Wilmington | DE | 19899-0636 | | Counsel for Maguire Properties-Park Place LLC Maguire Properties 3121 Michelson LLC & Maguire Properties 3161 Michelson LLC |
| Slatkin & Reynolds, P.A. | Robert F. Reynolds | One East Broward Boulevard | Suite 700 | Fort Lauderdale | FL | 33301 | | Counsel for Canpro Investments Ltd. |
| Smith Stern Friedman & Nelms PC | Fielder F Nelms Esq | 6688 North Central Expressway | Suite 550 LB 37 | Dallas | TX | 75206 | | Counsel for Village at Camp Bowie I, LP |
| State Board of Equalization | Bankruptcy Department | PO Box 942879 | | Sacramento | CA | 94279-0001 | | Governmental Agency |
| State of Delaware | Randy Weller MS 25 | Div of Revenue | 820 N French St 8th Fl | Wilmington | DE | 19801-0820 | | Governmental Agency |
| State Of Delaware Division Of Revenue | Bankruptcy Department | Carvel State Office Bldg 820 N French St | | Wilmington | DE | 19801 | | Governmental Agency |
| State of New Jersey Division of Taxation & Department of Labor | Anne Milgram | 25 Market St PO Box 119 | Richard J Hughes Justice Complex | Trenton | NJ | 08625-0119 | | Counsel for State of New Jersey |
| State Treasurer's Office | Bankruptcy Department | 915 Capitol Mall Suite 110 | | Sacramento | CA | 95814 | | Governmental Agency |
| Stevens & Lee PC | Joseph Grey | 1105 N Market St | Seventh Fl | Wilmington | DE | 19801 | | Counsel for Premier Print and Services Group, Inc. |
| Stites & Harison PLLC | Robert Goodrich Esq | 1800 Fifth Third Center | 424 Church St | Nashville | TN | 37219-2376 | | Counsel for SunTrust Leasing Corporation |
| Tennessee Dept of Labor & Workforce Development | c/o TN Atty General Office | PO Box 20207 | | Nashville | TN | 37202-0207 | | Governmental Agency |
| The Bayard Firm | Charlene D Davis Esq | Charlene D Davie Esq | 222 Delaware Ave Ste 900 | Wilmington | DE | 19801 | | Counsel for IBM |
| The Bayard Firm | Neil B Glassman Esq & Steven M Yoder Esq | 222 Delaware Ave Ste 900 | | Wilmington | DE | 19801 | | Counsel for Natixis Real Estate Capital Inc |
| The CIT Group Business Credit Inc | Renee Singer | 505 Fifth Ave | 3rd Fl | New York | NY | 10017 | | Counsel to DIP Lenders |
| The Gardner Firm PC | Mary E Olsen M Vance McCrary & J Cecil Gardner | 1119 Government St | PO Drawer 3103 | Mobile | AL | 36652 | | Counsel for Warn Act Claimants |
| The Ralston Law Firm | Mark H Ralston Esq | 2603 Oak Lawn Ave Ste 230 LB 2 | | Dallas | TX | 75219-9109 | | Counsel for Positive Software Solutions Inc |
| Trainor Fairbrook | Nancy Hotchkiss Esq | PO Box 255824 | | Sacramento | CA | 95865 | | Counsel for KW Properties Ltd |
| Travelers | Scot Freeman Case Manager | National Accounts | 1 Tower Sq 5MN | Hartford | CT | 06183-4044 | | Creditor |
| Trush Law Office | James M Trush Esq | 695 Town Center Dr Ste 700 | | Costa Mesa | CA | 92626-7187 | | Counsel for Plaintiffs in the action entitled Rubio, et. al. v. New Century Mortgage Corporation |
| Turner Reynolds Greco & O'Hara | Richard J Reynolds | 16485 Laguna Canyon Rd Ste 250 | | Irvine | CA | 92618 | | Creditor |
| Union Bank of California | Diane J Richey Esq Vice President and Senior Counsel | 445 S Figueroa St | | Los Angeles | CA | 90071 | | Counsel for Union Bank of California |
| US Attorneys Office | Ellen W Slights | 1007 Orange St | 7th Fl | Wilmington | DE | 19899-2046 | | Governmental Agency |
| US Department of Justice | Alberto P Gonzales | US Attorney General | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 | | Governmental Agency |
| Us Dept Of Labor | Administrative Review Board | Frances Perkins Building | 200 Constitution Ave Nw | Washington | DC | 20210 | | Governmental Agency |
| Us Dept Of Labor | Benefits Review Board | Frances Perkins Building | 200 Constitution Ave Nw | Washington | DC | 20210 | | Governmental Agency |
| Us Dept Of Labor | Employee Benefits Security Administration | Frances Perkins Building | 200 Constitution Ave Nw Ste S 2524 | Washington | DC | 20210 | | Governmental Agency |
| Us Dept Of Labor | Secretary Elaine Chao | Frances Perkins Building | 200 Constitution Ave Nw | Washington | DC | 20210 | | Governmental Agency |

Exhibit A
Core / 2002 List
First Class Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Vinson & Elkins LLP | John E Mitchell Esq | Trammell Crow Center | 2001 Ross Ave Ste 3700 | Dallas | TX | 75201 | | Counsel for CB Richard Ellis Corporate Facilities Management Inc |
| Washington Mutual | David H Zielke Esq Vice President & Assitant General Counsel | 1301 Second Ave WMC 3501 | | Seattle | WA | 98101 | | Counsel for Washington Mutual |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Jeffrey I Golden Esq & Hutchinson B Meltzer Esq | 650 Town Center Dr Ste 950 | | Costa Mesa | CA | 92626 | | Creditor |
| Wells Fargo Bank NA | Thomas M Korsman Vice President | MAC N9303-120 | 608 2nd Ave S | Minneapolis | MN | 55479 | | Creditor |
| Wendel Rosen Black & Dean LLP | Charles A Hansen & Mark S Bostick | 1111 Broadway 24th Fl | | Oakland | CA | 94607-4036 | | Counsel for Alireza Nazmi & Golden Key Mortgage |
| Werb & Sullivan | Brian A. Sullivan & Amy D. Brown | 300 Delaware Avenue | 13th Floor | Wilmington | DE | 19801 | | Creditor |
| William D Sullivan LLC | Elihu E Allinson III Esq | 4 E 8th St Ste 400 | | Wilmington | DE | 19801 | | Counsel for Nabih and Esther Mangoubi |
| Wilshire Credit Corporation | | PO Box 1650 | | Portland | OR | 97207-1650 | | Creditor |
| Winston & Strawn LLP | Matthew Botica Esq David Wirt Esq & Grayson Walter Esq | 35 W Wacker Dr | | Chicago | IL | 60601 | | Counsel for Kodiak Funding LP & Kodiak CDO I Ltd |
| Wolfe & Wyman LLP | Stuart B Wolfe Esq & Yaron Shaham Esq | 5 Park Plz Ste 1100 | | Irvine | CA | 92614 | | Counsel for Wolfe & Wyman LLP |
| Wolff & Samson PC | Carlos G Manalansan Esq | The Offices of Crystal Lake | One Boland Dr | West Orange | NJ | 07052 | | Counsel for Mack-Cali Realty Corporation |
| Womac & Associates | Brian D Womac & Denise H Mitchell | Two Memorial City Plaza | 820 Gessner Ste 1540 | Houston | TX | 77024 | | Counsel for DRA CRT Post Oak LP |
| Womble Carlyle Sandridge & Rice PLLC | Steven K Kortanek | 222 Delaware Ave | Ste 1501 | Wilmington | DE | 19801 | | Counsel for Carrington Mortgage Services LLC and Carrington Capital Management LLC |
| Wright Finlay & Zak LLP | T Robert Finlay Esq & Donna L La Porte Esq | 4665 MacArthur Ct Ste 280 | | Newport Beach | CA | 92660 | | Creditor |
| Yellow Book USA | Philip Thompson | Collections Department | 2560 Renaissance Blvd | King of Prussia | PA | 19406 | | Creditor |
| Young Conaway Stargatt & Taylor LLP | Michael R Nestor | The Brandywine Bldg | 1000 West St 17th Fl PO Box 391 | Wilmington | DE | 19899-0391 | | Counsel for Credit Suisse First Boston Capital LLC and DLJ Mortgage Capital Inc |
| Young Conaway Stargatt & Taylor LLP | Robert S Brady | The Brandywine Bldg | 1000 West St 17th Fl PO Box 391 | Wilmington | DE | 19899-0391 | | Counsel for DB Stuctured Products Inc |
| Zachary Mosner | Assistant Attorney General | Bankruptcy & Collections Unit | 800 Fifth Ave Ste 2000 | Seattle | WA | 98104-3188 | | Counsel for State of Washington Department of Revenue |