**EXHIBIT A**



| | |
|---|---|
| | REMIT TO ADDRESS:<br>222 S. MAIN STREET<br>AKRON, OHIO 44308-2098<br>(330) 376-2700<br>FAX (330) 376-4577<br>ramail@ralaw.com |

FEDERAL TAX ID #34-1245415

| | |
|---|---|
| NEW CENTURY FINANCIAL CORP.<br>18400 VON KARMAN AVE.<br>SUITE 1000<br>IRVINE, CA 90017 | Invoice: 723203<br>Client/Matter: 117805.0001<br>August 17, 2007 |

For Professional Services Rendered
For The Period Through July 31, 2007

**Total Due This Invoice    $ 34,104.88**

Re: <u>LITIGATION RE TRO</u>

| Date | Initials | Hours | Description |
|---|---|---|---|
| 07/02/07 | GWR JR | 4.30 | Email exchange with Mr. Gallo re: DBSP loans service release status (0.1); analyze Gallo spreadsheet re: loans to be released vis-a-vis 1090 list (0.8); email exchange re: proposed email to Mr. Hart, including suggested revisions (0.3); email to Mr. Richman re: universe of Ohio loans (0.2); telephone conference with Mr. Moon re: loans to be released (0.3); analyze Berate Moon spreadsheet re: universe of loans (0.6); email to Ms. Richman and Mr. Moon re: spreadsheet questions (0.2); extended telephone conference with Carrion and New Century (1.1); follow-up strategy telephone conference with Ms. Richman re: transfer of service (0.4); email exchange with Mr. Moon re: spreadsheet issues; follow-up email to Ms. Richman and Mr. Moon with additional spreadsheet questions (0.3). |
| 07/02/07 | DSS | 2.30 | Review numerous e-mails from K. Richman, G. Rooney and B. Moon regarding transfer of service of loans formerly serviced by New Century (.4); Review several e-mails with New Servicers and Warehouse lenders regarding status of Ohio litigation (.3); Prepared for and participate in conference call with K. Richman, G. Rooney, J. Schriner and counsel for Carrington regarding transfer of servicing and status of Ohio litigation (1.1); Exchange e-mails with G. Rooney regarding notice to Ohio Attorney General's office regarding transfer of servicing (.3); Exchange e-mails with Ohio Foreclosure counsel regarding status of Ohio litigation (.2) |
| 07/02/07 | JS | 4.40 | Analyze Mr. Gallo's list of 46 DB-owned loans for which servicing is to be transferred, Mr. Moon's newly revised list of 1,090 loans, including likely servicer information, and Mr. Moon's revised portfolio of 3,766 Ohio loans (0.5 hours); conference with Mr. Rooney re: related issues and concerns (0.4); receive and review multiple e-mails from Mr. Rooney, Ms. Richman and Mr. Moon re: related issues and explanations of various apparent inconsistencies (0.3); attention to related issues (0.1); receive and review e-mail exchanges between Mr. Rooney |

"THIS IS A CONFIDENTIAL ATTORNEY/CLIENT COMMUNICATION"

Akron   Cincinnati   Cleveland   Columbus   Toledo   Fort Myers   Naples   Orlando   Tallahassee   Washington D.C.

www.ralaw.com



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 723203
August 17, 2007
Page 2

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | and counsel for various warehouse lenders re: how best to handle requesting the transfer of servicing for warehoused loans (0.2); attention to related issues and conference with Mr. Rooney re: same (0.3); receive and review multiple e-mails from Mr. Rooney, Ms. Richman, Mr. Moon and counsel for warehouse lenders re: related issues (0.2); prepare for and participate in conference call with Ms. Richman, Ms. Citron, Mr. Houston, Ms. McShane, Mr. Siegel, Mr. O'Donnell, Mr. Scherzer and Mr. Rooney re: status of matter and potential alternatives for proceeding (1.2); follow-up conference call with Ms. Richman, Mr. Scherzer and Mr. Rooney re: related issues and plan for notifying the Court re: transfer of servicing and notifying loan owners re: status of case (0.4); follow-up conference with Mr. Rooney re: related issues (0.2); receive and review e-mail from Mr. Rooney to Mr. O'Donnell and Mr. Siegel re: AG-related documents (0.1); receive and review e-mail from Mr. Scherzer to Mr. Chernek re: AG's 572 list (0.1); receive and review e-mails from Mr. Scherzer and Mr. Rooney re: proposed e-mail to Mr. Hart (0.2); receive and review Court Order rescheduling hearing and briefing schedule (0.1). |
| 07/03/07 | GWR JR | 5.30 | Review relevant portions of Bankruptcy Court Order and Agreement re: transfer of servicing to Carrington (1.1); draft Notice of Transfer of Service, with revision input from Mr. Scherzer (1.3); review draft of notice letter to cervices, making revision suggestions (0.2); email exchange with Mr. Gallo re: disputed loans (0.2); email exchange with Ms. Richman re: disputed loans and DBSP loan discrepancies (0.2); email exchange with Ms. Richman re: LNFA list discrepancies, including review of discrepant lists (0.4); review email and attachments from Mr. Logan re: notice of transfer of servicing (0.3); telephone conference with Ms. Richman re: status of disputed loan transfer (0.2); email exchange with Mr. Logan re: follow-up on transfer of servicing issue (0.2); email exchanges with Mr. Guyder re: detailed background of case and current OAG position (0.9); email exchange with Mr. Logan re: proposed revisions to Notices, including review of same, and parties to servicing sale (0.4). |
| 07/03/07 | DSS | 2.20 | Prepared Notice to Replacement Servicing companies; Review and revise Notice to Court (1.1); Confer with G. Rooney regarding status of matter (.5); Telephone call with T. Manley, counsel for Credit Suisse's servicing company regarding status of matter (.3); Review several e-mails regarding status of matter (.3) |
| 07/03/07 | JS | 2.00 | Receive and review draft Notice of Transfer of Service (0.2 hours); attention to unresolved issues raised therein (0.2); conference with Mr. Rooney re: related issues (0.2); receive and review multiple e-mails from Mr. Rooney and Ms. Richman re: LNFA files made available for AG review and discrepancies in client documents re: the number of LNFAs at issue (0.2); attention to related issues and cross-reference spreadsheets re: same (0.3); receive, review and revise updated drafts of Notice of Transfer of Service and Notice to be proved to loan servicers (0.3); conference with Mr. Rooney re: suggested revisions to the same (0.2); receive and review e-mail from Ms. Richman to Mr. Dwyer and Mr. Logan re: same (0.2); receive and review e-mails from Mr. Rooney and Ms. Richman re: |

PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE
PLEASE REMIT PAYMENT UPON RECEIPT



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 723203
August 17, 2007
Page 3

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | servicing and subservicing issues and attention to related issues (0.2). |
| 07/04/07 | JS | 1.00 | Receive and review Mr. Logan's revised versions of the Notice to be sent to servicers and the Notice of Transfer of Service (0.4); receive and review follow-up e-mails from Mr. Rooney and Mr. Logan re: related issues, questions and concerns (0.2); attention to related issues (0.2); receive and review e-mails from Mr. Rooney, Mr. Logan and Mr. Guyder re: status of case and its effect on the Barclays-owned loan (0.2). |
| 07/05/07 | GWR JR | 1.40 | Revise draft Notice of Transfer of Servicing (0.4); email to Messrs. Scherzer and Schriner re: loose ends regarding Notice (0.3); email exchange with Mr. Daywere re: parties to servicing sale agreement (0.1); email exchange with client re: loan ownership issues (0.4); email exchange with Ms. Richman re: pending loan ownership issues (0.2). |
| 07/05/07 | DSS | 0.80 | Exchange e-mails with K. Richman regarding status of matter (.2); Revise proposed notice to servicing companies that assumed New Century's mortgage servicing responsibilities (.3); Review several other related e-mails (.3) |
| 07/05/07 | JS | 1.00 | Receive, review and edit updated Notice of Transfer of Service and conference with Mr. Rooney re: suggested revisions thereto (0.3 hours); receive and review e-mails from Mr. Rooney and Mr. Guyder re: status of case and very limited number of filings to date (0.1); receive and review e-mails from Mr. Dwyer and Mr. Rooney re: role of NC Financial in servicing and attention to related issues (0.2); receive and review detailed e-mail from Mr. Rooney re: pending unresolved matters and attention to related issues (0.2); receive and review e-mails from Ms. Richman and Mr. Scherzer re: discussions with Mr. Hart (0.2). |
| 07/06/07 | GWR JR | 2.10 | Email exchange with Ms. Richman re: various open issues re: transfer of servicing and notices (0.3); telephone conference with Mr. Deutsche re: need for list and designee (0.2); email to CS counsel re: need for list and designee (0.1); email exchanges with Messrs. Moon and Logan re: warehouse lender issues (0.8); voicemail to GMAC counsel re: transfer of servicing issues (0.1); email exchange with Mr. Dwyer re: GMAC (0.2); email exchanges with client and client counsel re: warehouse and other loan issues (0.4). |
| 07/06/07 | DSS | 1.20 | Review, and comment as necessary on, numerous e-mails regarding status of matter |
| 07/06/07 | JS | 1.30 | Receive and review multiple e-mails from Mr. Rooney and Ms. Richman re: revisions to notices (one to send to servicers and one to file with Court), status of transfer of servicing for various warehoused loans, and related unresolved issues (0.3); e-mail exchange with Mr. Rooney re: same (0.1); receive and review e-mails from Ms. Barson, Mr. Moon and Ms. Richman re: GMAC loan issues (0.2); receive and review e-mails from Mr. Rooney, Mr. Logan, Mr. Dwyer and Mr. Moon re: additional issues re: transfer of servicing of warehoused loans (0.3); attention to related unresolved issues and interplay of the same with the requirements of the Stipulated Preliminary Injunction (0.2); conference with Mr. |

PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE
PLEASE REMIT PAYMENT UPON RECEIPT



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 723203
August 17, 2007
Page 4

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | Rooney re: status of case and strategy for proceeding (0.2). |
| 07/07/07 | GWRJR | 1.40 | Email to Mr. Demeutskiy at GMAC/RFC re: transfer of servicing (0.1); comprehensive email recapping status, open items, going-forward strategy and questions for resolution (1.1); email re: warehouse lender contacts (0.2). |
| 07/09/07 | GWRJR | 0.50 | Email exchange re: available information to OAG for workout loan purposes (.3); email exchange re: GMAC and BOA (0.2). |
| 07/09/07 | DSS | 0.70 | Exchange e-mails with K. Richman regarding status of matter (.2); Review several e-mails regarding status of matter (.3); Confer with J. Schriner regarding same (.2) |
| 07/09/07 | JS | 1.50 | Receive and review detailed e-mail memorandum from Mr. Rooney re: status of case and multiple pending unresolved issues (0.1 hours); attention to related issues (0.3); receive and review e-mail from Mr. Rooney re: counsel for warehouse lenders (0.1); talk to Mr. Cremona (counsel for Bank of America) re: status of case and related release and servicing issues (0.3); attention to issues raised by Mr. Cremona and follow-up e-mail exchanges with Mr. Cremona, Mr. Rooney and Ms. Richman re: same (0.5); conference with Mr. Scherzer re: related issues (0.2). |
| 07/10/07 | GWRJR | 0.10 | Email re: GMAC and need for Notice revision. |
| 07/10/07 | DSS | 1.30 | Prepared for and participate in conference call with K. Richman, B. Moon and J. Schriner regarding status of loans (.7); Confer with J. Schriner regarding same (.3); Exchange several e-mails regarding same (.3) |
| 07/10/07 | JS | 1.40 | Receive and review e-mail from Mr. Hart re: request to share loan file information with MRA participants and related confidentiality provisions under the Stipulated Preliminary Injunction (0.1 hours); e-mail exchange with Mr. Rooney re: related issues and agreement that it would be acceptable to share the information for purposes of workout agreements (0.1); review correspondence re: the Attorney General's changed approach to the Stipulated Preliminary Injunction, New Century's approach for proceeding in light of the same and the status of service transferring (0.5); draft and edit detailed e-mail to Mr. Cremona re: status of case and need to receive Bank of America's list of loans for which service needs to be transferred (0.5); e-mail exchange with Mr. Rooney re: related issues (0.1); follow-up e-mail exchange with Mr. Cremona re: servicing (0.1). |
| 07/10/07 | JS | 2.90 | Receive and review Notice of Bar Dates for Filing Proofs of Claim from the Bankruptcy Court (0.2 hours); outline issues related to the various warehouse lenders who own loans potentially at issue (0.3); prepare for and participate in conference call with Ms. Richman, Mr. Moon and Mr. Scherzer re: status of case and strategy for proceeding (0.7); review and revise letter notice to be sent to new loan servicers and e-mail exchange with Ms. Richman re: related issues (0.4); review and revise Notice of Transfer of Servicing to be filed with the Court (0.3); |

PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE
PLEASE REMIT PAYMENT UPON RECEIPT



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 723203
August 17, 2007
Page 5

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | e-mail to Mr. Rooney re: both revised notices (0.1); e-mail to Mr. Coleman and Mr. Guyder re: need for a loan list nd transferee designation from Barclays (0.1); talk to Mr. Guyder re: related issues and follow-up e-mail exchange with him (0.3); e-mail to Mr. Deutsch re: need for a loan list and transferee designation from Credit Suisse (0.1); receive and review e-mail from Mr. Cremona re: status of loan release for other warehouse lenders and indication that servicing for Bank of America's Ohio loans has already been transferred (0.1); attention to related issues and e-mail to Mr. Richman, Mr. Scherzer and Mr. Rooney re: same (0.3). |
| 07/11/07 | GWR JR | 0.40 | Review assorted emails re: servicing transfer issues and status. |
| 07/11/07 | DSS | 1.70 | Review and respond as necessary to several e-mails regarding status of servicing issues (.3); Telephone call with T. O'Donnell, counsel for Carrington, regarding same (.3); Prepared for and participate in conference call with K. Richman and J. Schriner regarding same (.7); Telephone call with K. Richman regarding logistical issues (.4) |
| 07/11/07 | JS | 0.90 | E-mail exchange with Ms. Richman re: Bank of America related issues (0.2 hours); attention to related issues and talk to Mr. Cremona re: same (0.3); e-mail to Mr. Cremona, Mr. Hawkins and Mr. Gallo re: issues pertaining to the potential release of warehoused loans from the Stipulated Preliminary Injunction (0.2); conference with Mr. Scherzer re: servicer notice issues (0.2). |
| 07/11/07 | JS | 1.10 | Receive and review e-mails from Mr. Hawkins and Ms. Richman re: whether Morgan Stanley-owned loans have been presented to the Attorney General, and attention to related issues (0.2); conference with Mr. Scherzer re: transfer of servicing issues for warehoused loans (0.2); receive and review e-mail from Mr. Scherzer to Ms. Richman re: related issues (0.1); prepare for and participate in conference call with Ms. Richman and Mr. Scherzer re: related issues (0.4); detailed e-mail to Mr. Rooney re: results of the call and potential plan for proceeding (0.2). |
| 07/12/07 | GWR JR | 0.30 | Email to Ms. Richman re: status of GMAC (1); email exchange with Mr. Schriner re: same (0.2). |
| 07/12/07 | DSS | 1.50 | Telephone call with R. Hart regarding status of matter; Prepared several e-mails to K. Richman regarding same (.3); Review list of servicers to whom notice of the Ohio lawsuit shall be sent (.4); Revise Notice Letter (.2); Prepared for and participate in conference call with K. Richman regarding status of matter (.6) |
| 07/12/07 | JS | 0.50 | E-mail exchanges with Mr. Rooney re: status of GMAC-owned loans (0.2 hours); attention to related issues and e-mail exchange with Ms. Richman re: same (0.3). |
| 07/12/07 | JS | 2.30 | Receive and review updated servicer list from Mr. Moon (0.3 hours); conference with Mr. Scherzer re: related issues (0.2); review e-mails from Mr. Logan re: warehoused loan owner information (0.2); e-mail exchanges with Ms. Richman and Mr. Scherzer re: related issues and need for more detailed information (0.2); |

PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE
PLEASE REMIT PAYMENT UPON RECEIPT



A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 723203
August 17, 2007
Page 6

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | prepare for and participate in conference call with Ms. Richman, Mr. Moon and Mr. Scherzer re: Mr. Scherzer's discussion with Mr. Hart and the plan for addressing the transfer of servicing for warehoused loans (0.6); attention to related issues and follow-up conversation with Ms. Richman re: same (0.3); detailed e-mail to Ms. Richman, Mr. Moon, Mr. Scherzer and Mr. Rooney re: agreed-upon plan for notifying lenders and servicers about the Ohio litigation (0.3); e-mail exchanges with Ms. Richman re: contacts to be provided with notice (0.2). |
| 07/13/07 | GWR JR | 0.90 | Email exchange re: notice to servicers/owners (0.3); review revised draft notice letter and related email exchange (0.4); multiple email exchanges re: select Credit Suisse loans, including related attachments (0.6); email exchange re: Carrington request (0.2). |
| 07/13/07 | DSS | 1.30 | Review and revise proposed notice to the owners or new servicers of the former New Century mortgage loan service platform (0.4); Review several e-mails regarding status of the various loan portfolios (0.6); Telephone call with K. Richman regarding status of matter (0.3) |
| 07/13/07 | JS | 2.60 | Receive and review e-mail from Mr. Moon re: C-Bass loan issues (0.1 hours); attention to impact of the same on the draft notice to be sent to servicers and warehouse lenders and e-mail exchange with Mr. Rooney re: same (0.2); receive and review Mr. Scherzer's suggested revisions to the letter notice to be sent to new servicers and/or warehouse loan owners (0.2); revise the same accordingly (0.1); e-mail exchange with Mr. Rooney re: same (0.1); e-mail to Mr. Richman re: same (0.1); receive and review e-mail from Ms. Richman re: suggested revisions to the same and conference with Mr. Scherzer re: related issues (0.2); revise the same and e-mail to Ms. Richman re: same (0.1); receive and review e-mail from Mr. Deutsch re: issues pertaining to CSFB-owned loans (0.1); receive client documents to determine entire "universe" of CSFB-owned loans for which servicing must be transferred, and attention to apparent discrepancies between Mr. Deutsch's e-mail and client documents (0.5); detailed e-mail exchanges with Mr. Moon re: related issues and reconciling inconsistencies (0.3); follow-up e-mail exchanges with Mr. Deutsch re: related issues and confirmation of CSFB's request to transfer servicing for 8 loans (0.3); e-mail exchange with Mr. Scherzer re: Carrington's request that New Century provide the State with information re: all loans that have gone into default since 3/14/07 (0.1); attention to related issues and the impracticality of Carrington's request (0.2). |
| 07/16/07 | JS | 1.00 | Conference with Mr. Scherzer re: results of 7/13 discussions with Carrington's counsel and Ms. Richman and status of case (0.2 hours); receive and review Attorney General's recent comments re: New Century and related issues (0.3); attention to the likely impact of the same on the amended approach that the Attorney General has taken to this case (0.2); receive and review e-mail from Mr. Scherzer re: related issues (0.1); attention to transfer of servicing issues and issues to address in briefing prior to 8/8 hearing (0.2). |
| 07/17/07 | GWR | 0.60 | Multiple email exchanges re: status and sale of LNFSs (0.4); email exchange re: |

PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE
PLEASE REMIT PAYMENT UPON RECEIPT



A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 723203
August 17, 2007
Page 7

| Date | Initials | Hours | Description |
|---|---|---|---|
| | JR | | final letter notice re: transfer of servicing (0.2). |
| 07/17/07 | DSS | 1.80 | Review numerous inquiries from Ohio foreclosure counsel, Reisenfeld and Associates, regarding the status of pending foreclosure cases impacted by Stipulated Preliminary Injunction (0.7); Prepared e-mails to K. Richman regarding same (0.4); Telephone call with Ohio foreclosure counsel R. Taylor of Lerner Sampson, regarding status of foreclosure cases impacted by Stipulated Preliminary Injunction (0.3); Review exchange of e-mails regarding sale of New Century LNFA loans (0.2) |
| 07/17/07 | JS | 1.60 | Receive and review e-mails from Ms. Cacchione (paralegal for Reisenfeld & Associates) to Mr. Rooney re: requests related to multiple loans (0.2 hours); receive and review e-mail between Mr. Scherzer and Ms. Richman re: related issues (0.1); conference with Mr. Scherzer re: related issues and suggested course of action (0.2); attention to issues re: letter notice to servicers and warehoused loan owners and receive and review e-mail from Ms. Richman re: related issues (0.2); receive and review e-mails from Mr. Logan, Mr. Scherzer, Ms. Richman and Mr. Rooney re: LNFA-related loans and attention to related issues (0.4); receive and review letter notice signed by Mr. Theologides and attention to potential necessary revisions thereto (0.3); e-mail exchanges with Ms. Richman re: suggested revisions and plan to serve letter notice on 7/18 (0.2). |
| 07/18/07 | DT | 1.70 | Conference with D. Scherzer re: recent communications from Debtor's counsel concerning new billing requirements and background on state court litigation (.80); receipt and review e-mails to and from D. Scherzer requesting copies of all bills and bankruptcy pleadings (.40); receipt and review requested pleadings (.50). |
| 07/18/07 | GWR JR | 0.50 | Email exchanges re: final letter notice issues and transmittal information (0.3); email exchanges re: court Notice to be filed (0.2). |
| 07/18/07 | DSS | 1.10 | Exchange numerous e-mails with K. Richman and J. Schriner regarding notices to be sent to the owners or servicers of the former New Century loans (0.6); Exchange e-mails with K. Richman and J. Schriner regarding additional notices to be sent (0.2); Review e-mails sent to the owners or servicers of former New Century loans (0.2); Confer with J. Schriner regarding same (0.1); |
| 07/18/07 | JS | 3.00 | Revise the letter notice to servicers and warehoused loan owners and assemble the attachments thereto (0.5 hours); e-mail exchanges with Mr. Scherzer and Ms. Richman re: various related issues, including notifying the Attorney General and the Court about the same (0.5); conference with Mr. Scherzer re: related issues (0.3); finalize the letter notice and enclosures for transmittal (0.3); e-mails to Mr. Hawkins, Mr. Gallo, Mr. Deutsch, Mr. Coleman, Mr. Guyder, Mr. Cremona, Ms. Citron and Ms. Petree re: same (0.7); conference with Mr. Scherzer re: Notice of Transfer of Servicing, to be filed with the Court (0.2); revise the same (0.2); multiple e-mail exchanges with Ms. Richman and Mr. Scherzer e: related issues (0.3). |

PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE
PLEASE REMIT PAYMENT UPON RECEIPT



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 723203
August 17, 2007
Page 8

| Date | Initials | Hours | Description |
|---|---|---|---|
| 07/19/07 | DSS | 0.80 | Review and revise Notice to be filed in Cuyahoga County Court of Common Pleas (.3); Confer with J. Schriner regarding same (.1); Exchange e-mails with K. Richman regarding same (.2); Conference call with M. Richman regarding same (.2); |
| 07/19/07 | JS | 1.50 | Receive and review Mr. Logan's suggested revisions to the Notice of Transfer of Servicing (.2); conference with Mr. Scherzer regarding related issues and his additional suggested revisions (.3); email exchanges with Ms. Richman regarding her suggested revisions to the same (.2); conference call with Mr. Scherzer and Ms. Richman regarding related issues (.2); revise and finalize Notice of Transfer of Servicing for filing and service (.3); letter to opposing counsel regarding same (.1); email to Mr. Scherzer regarding same (.1); attention to notifying additional interested parties (.1). |
| 07/19/07 | JK | 0.40 | Notice of Transfer of Servicing filed at CCCP/time stamped copies returned. |
| 07/20/07 | GWR JR | 0.20 | Email exchange re: hearing strategy (0.2). |
| 07/20/07 | DSS | 0.40 | Exchange e-mails with Ohio Foreclosure counsel regarding status of matter (.2); Review several e-mails on servicing issues (.2); |
| 07/20/07 | JS | 1.00 | Receive and review email from Mr. Abdo and attached letter from Mr. Hawkins (.2); attention to the issues raised therein (.2); receive and review emails from Mr. Scherzer, Ms. Richman and Mr. Rooney regarding proposed response to Plaintiffs' Motion to Clarify (.2); consider additional issues to address in the same (.2); receive and review email from Mr. Guyder regarding Barclays-owned loans (.1); receive and review email from Mr. Guyder regarding 7/27 briefing deadline (.1). |
| 07/21/07 | DSS | 0.40 | Review e-mail from counsel for Barclay's bank regarding status of matter (.1); Prepared e-mail to K. Richman and G. Rooney suggesting a response to counsel for Barclay's Bank (.3) |
| 07/23/07 | DT | 2.30 | Work on First and Second Fee Applications. |
| 07/23/07 | GWR JR | 2.00 | Email exchange re: advice to Barclays counsel (0.2); voicemail from Mr. Hart re: status and possible continuance (0.1); telephone conference with Mr. Gallo re: stats and possible continuance (0.2); email exchange with Ms. Richman re: above message and discussion and possible continuance (0.2); email exchanges with Ms. Richman and Mr. Logan re: possible LNFA sale opportunities and strategy (0.3); email exchange with Mr. Gallo (0.2); telephone conference with Mr. Hart re: continuance and LNFA issues (0.3); email to client re: same (0.1); email from Mr. Logan re: desire for OAG sale approval (0.1); email to Mr. Hart re: same (0.1); telephone conference with Mr. Kraus re: 7/24 court appearance (0.2). |
| 07/23/07 | JS | 4.10 | Receive, review and revise Mr. Scherzer's proposed email response to Mr. Guyder and attention to related issues(.4); email exchange with Ms. Richman and conference with Mr. Rooney regarding related issues and their thought on the |

PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE
PLEASE REMIT PAYMENT UPON RECEIPT



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 723203
August 17, 2007
Page 9

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | proposed response (.3); email response to Mr. Guyder's request regarding the 8/9 hearing and 7/27 briefing deadline (.1); follow-up email exchanges with Mr. Guyder regarding related issues, including his discussions with Mr. Hart, potential continuance of hearing/briefing deadline and the fact that New Century will no longer be submitting or supplementing lists of loans that it does not own to the Attorney General (.4); email exchanges with Ms. Richman and conference with Mr. Rooney regarding decision to no longer submit/supplement lists of loans and the desire of the State and warehouse lenders to continue the hearing (.5); attention to related issues and potential impact of the newly-revealed developments (.3); receive and review emails from Mr. Guyder, Ms. Richman and Mr. Moon regarding Barclay's request to transfer servicing of loans to Homes and the plan to transfer servicing for those loans on 8/1 (.3); receive and review multiple emails from Mr. Lowenthal, Ms. Richman, Mr. Logan and Mr. Rooney regarding potential sale of LNFAs and related concerns stemming from the bankruptcy proceeding (.6); receive and review emails from Mr. Gallo and Mr. Rooney regarding potential continuance of the hearing and briefing deadline (.2); receive follow-up email from Ms. Richman regarding possible impact of the same on the potential sale of the LNFAs and attention to related issues (.2); receive and review follow-up emails from Mr. Rooney, Ms. Richman and Mr. Logan regarding related issues in light of Mr. Rooney's discussion with Mr. Hart and attention to related issues, |
| 07/24/07 | DT | 3.50 | Finalize First and Second Applications for Filing (.90) Preparation of Third Monthly Application of Roetzel & Andress for Allowance of Compensation for Services Rendered and For Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period from June 1, 2007 through June 30, 2007(1.7) Receipt and review from J. Simpkins CM/ECF registration information for Delaware electronic filing (.10); follow up with Accounting on timing and application of payments received from Debtors; e-mails to and from D. Scherzer and e-mail from D. Scherzer to K. Richman re: same (.80). |
| 07/24/07 | GWR JR | 3.30 | Email exchanges with Ms. Richman and Mr. Schriner re: LNFA and other Bob Hart loan issues (0.4); email exchange with Mr. Hart re: same (0.2); preparation for court appearance for further continuance (0.5); appear and participate in successful hearing on further continuance (1.8); email to warehouse counsel re: further continuance (0.2); email exchanges with Mr. Moon and Mr. Schriner re: miscellaneous loan issues (0.2). |
| 07/24/07 | DSS | 0.60 | Exchange e-mails with K. Richman, G. Rooney and J. Schriner regarding postponement of Court Hearing on Motions for Preliminary Injunction and Clarification (.3); Review numerous e-mails regarding LNFA loans and continuation of Hearing date (.3) |
| 07/24/07 | JS | 3.20 | Conference with Mr. Rooney regarding meeting later today with the Attorney General and the Court (.2); email exchange with Mr. Rooney regarding Notice of Transfer of Servicing (.1); receive and review email from Mr. Hart regarding |

PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE
PLEASE REMIT PAYMENT UPON RECEIPT



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 723203
August 17, 2007
Page 10

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | outstanding issues related LNFAs and ownership concerns regarding additional loans (.1); attention to related issues and receive and review emails from Mr. Rooney and Ms. Richman regarding same (.3); review client documents in an effort to resolve the ownership issues raised in Mr. Hart's email (.8); detailed email to Ms. Richman regarding same, and receive and review emails from Ms. Richman, Mr. Rooney and Ms. Denney regarding related issues (.5); receive and review email from Mr. Rooney regarding Court's decision to continue the hearing until 9/20 and to extend the briefing deadline until 9/10 (.1); emails to multiple loan owners and servicers regarding same (.2); multiple email exchanges with Mr. Moon regarding outstanding issues (.3); follow-up email to Ms. Richman, Mr. Moon, Mr. Rooney and Mr. Scherzer regarding same(.2); receive and review emails from Mr. Tortorelli, Ms. Richman and Ms. Hletko regarding need to update Form 10-Ks (.1); receive and review Ohio Section of the same and email to Ms. Richman regarding same (.3) |
| 07/25/07 | DT | 2.30 | Finalize First, Second and Third Monthly Applications for Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period April 2, 2007 through April 30, 2007; May 1, 2007 through May 31, 2007and, June 1, 2007 through June 30, 2007; attention to filing same; telephone call with attorney from Latham & Watkins re: questions concerning monthly cap. |
| 07/25/07 | GWR JR | 0.70 | Email exchange with Mr. Moon re: 36 LNFAs (0.2); email exchange with Mr. Moon re: specific loan issues (0.3); email exchange with Mr. Hart re: additional information needed (0.2). |
| 07/25/07 | DSS | 0.60 | Exchange e-mails with K. Richman regarding description in Form 10 k filing regarding Ohio litigation (.3); Review numerous e-mails regarding status of Ohio's potential release of LNFA loans (.3) |
| 07/25/07 | JS | 1.50 | Email exchange with Mr. Scherzer regarding Ohio section of draft Form 10K (.2); email exchanges and conversations with Mr. Moon and Mr. Rooney regarding outstanding issues raised in Mr. Hart's 7/24 email (.7) review client documents regarding related issues (.2); email exchange with Mr. Hart regarding information in response to his request for note holder information (.2) receive and review emails from Mr. Rooney and Ms. Richman regarding LNFA issues (.2). |
| 07/27/07 | GWR JR | 1.40 | Email exchanges with Ms. Richman and Mr. Logan re: LNFA status (0.2); telephone conference with Mr. Hart re: LNFA issues (0.3); analysis of LNFA list vis-a-vis prior release lists (0.3); email to Mr. Richman and Mr. Logan re: OAG position re: LNFAs and individual loan issues (0.4); email to Mr. Hart re: LNFA issues (0.2). |
| 07/27/07 | DSS | 0.30 | Review exchange of e-mails between G. Rooney, B. Logan, R. Hart and K. Richman regarding LNFA loans |
| 07/27/07 | JS | 0.90 | Receive and review emails from Mr. Logan, Ms. Richman and Mr. Rooney re: status of discussions with Mr. Hart re: potential sale of 36 LNFA's (.2); Receive |

PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE
PLEASE REMIT PAYMENT UPON RECEIPT



**ROETZEL & ANDRESS**

A LEGAL PROFESSIONAL ASSOCIATION

117805.0001  
LITIGATION RE TRO

Invoice: 723203  
August 17, 2007  
Page 11

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | and review detailed email from Mr. Rooney re: new discussion with Mr. Hart, the state's position on the sale of the LNFAs, the status of those loans and various related issues (.2); Receive and review spreadsheet re: updated status of LNFAs (.1); Receive and review email exchange between Mr. Rooney and Mr. Hart re: related issues and release of three additional Lanais (.2); Receive and review email from Mr. Logan re: various related issues and attention thereto (.2). |
| 07/30/07 | DT | 0.60 | Brief conference with D. Scherzer re: filed applications; receipt, review and respond to e-mails from G. Rooney and D. Scherzer re: additional forms required for special counsel. |
| 07/30/07 | GWR JR | 1.80 | Email exchanges re: Carrington ownership issue (0.3); analysis and discussion re: specific Carrington loan issues (0.4); email exchanges with Mr. Hart and Ms. Richman re: stand-alone second mortgages (0.2); email exchange with Ms. Richman and Mr. Schriner re: Hart questions and recommended response (0.3); email exchange with Ms. Richman re: need to research stand-alone second issue (0.2); email exchange with Mr. Hart re: Carrington issue (0.2); email exchange re: open Carrington-related strategy matters (0.2). |
| 07/30/07 | DSS | 2.20 | Exchange e-mails with K. Richman regarding status of Ohio Stipulated Preliminary Injunction in view of bankruptcy filing (.4); Telephone call with K. Richman regarding status of matter (.3); Review numerous e-mails between K. Richman, G. Rooney and J. Schriner, and comment as necessary, regarding status of LNFA loans (.6), Review e-mails from R. Hart regarding same (.2); Forward news article regarding M. Dann to K. Richman (.2); Exchange e-mails with K. Richman regarding terms of possible release for sale of LNFA loans by State of Ohio (.3); Exchange e-mails with G. Rooney regarding same (.2) |
| 07/30/07 | JS | 3.80 | Receive and review scheduling Order from the Court (.1); Receive and review email from Mr. Hart re: ownership of 17 loans at issues (.1); Email exchanges with Ms. Richman and conference with Mr. Rooney re: related issues (.4); Review client documents to verify loan ownership information for the 17 loans and multiple email exchanges with Ms. Richman and Mr. Rooney re: related issues and proposed response to Mr. Hart (1.5); Email exchange with Mr. Hart re: related issues (.2); Received and review additional email from Mr. Rooney to Mr. Hart re: same and subsequent email exchanges with Mr. Rooney re: related issues (.5); Receive and review multiple emails from Mr. Hart, Mr. Rooney and Ms. Richman re: potential sale of LNFAs, the state's concerns about the same, additional information needed to address the state's concerns, and the scheduled 7/31 conference call with Mr. Logan and Mr. Hart, and attention to related issues (.7); Receive and review multiple follow-up emails from Ms. Richman and Mr. Scherzer re: potential sale of LNFAs, the interplay between this litigation and the bankruptcy proceedings, and alternative courses of action (.3) |
| 07/31/07 | GWR JR | 2.40 | Email exchange re: scope of telephone conversation with OAG (0.4); telephone conference with Mr. Logan and OAG re: LNFA loans and related issues (0.6); email to Ms. Richman re: status (0.2); email exchange with Mr. Hart re: additional |

PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE  
PLEASE REMIT PAYMENT UPON RECEIPT



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 723203
August 17, 2007
Page 12

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | LNFA releases (0.1); preparation for telephone conference with Messrs. Hart and Logan (0.4); telephone conference with Messrs. Hart and Logan (0.6); email to Ms. Richman and others recapping telephone conference with Mr. Hart, including follow-up issues (0.3). |
| 07/31/07 | DSS | 0.80 | Review numerous e-mails regarding status of LNFA loans and continuing discussions with R. Hart of the Ohio Attorney General's office regarding same (.5); Exchange e-mails with New Century's former Ohio Foreclosure Counsel regarding status of hearing date on Stipulated Preliminary Injunction (.3); |
| 07/31/07 | JS | 1.00 | Conference with Mr. Rooney re: various issues, including this afternoon's conference call with Mr. Logan and Mr. Hart and information needed to resolve pending loan ownership and LNFA sale issues (.3); Receive and review email from Mr. Hart re: the State's willingness to release of two additional LNFAs (.1); Update spreadsheet of 36 LNFAs at issue and email to Ms. Richman, Mr. Rooney and Mr. Scherzer re: related issues, including the fact that 14 of the 36 LNFAs have now been released or will be released (3); Email exchange with Mr. Rooney re: results of conference call with Mr. Hart and Mr. Logan and attention to related issues (.3) |

Professional Services                                                               $   33,917.00

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| George W Rooney, Jr. | 29.60 | 375.00 | 11,100.00 |
| Donald S Scherzer | 22.00 | 400.00 | 8,800.00 |
| Diana Thimmig | 10.40 | 340.00 | 3,536.00 |
| John Schriner | 45.50 | 230.00 | 10,465.00 |
| Justin Krumm | 0.40 | 40.00 | 16.00 |
| Totals | 107.90 | | 33,917.00 |

**Costs Advanced**

| Date | Description | Amount |
|---|---|---|
| | Copy Charges | 178.60 |
| 06/30/07 | Other Online services | 9.28 |

Total Costs Advanced                                                                       187.88

PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE
PLEASE REMIT PAYMENT UPON RECEIPT



A LEGAL PROFESSIONAL ASSOCIATION

117805.0001  
LITIGATION RE TRO

Invoice: 723203  
August 17, 2007  
Page 13

**Invoice Total**      $   34,104.88



REMIT TO ADDRESS:
222 S. MAIN STREET
AKRON, OHIO 44308-2098
(330) 376-2700
FAX (330) 376-4577
ramail@ralaw.com

FEDERAL TAX ID #34-1245415

# REMITTANCE PAGE
For Professional Services Rendered

NEW CENTURY FINANCIAL CORP.
18400 VON KARMAN AVE.
SUITE 1000
IRVINE, CA 90017

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice: 723203
Client/Matter: 117805.0001
Billing Atty: DSS
August 17, 2007

Invoice Total                                                          $   34,104.88

Remit To Address:
222 S. Main Street
Akron, OH 44308-2098

Wire/ACH Instructions:
Chase Bank
50 S. Main Street
Akron, OH 44308
ACH Routing Number 044000037
Wire Routing Number 021000021
Account Number 872113898
Swift Code CHASUS33

# EXHIBIT B

343589 v_01 \ 117805.0001
347574 v_01 \ 117805.0001

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Copies | | $178.60 |
| On-line services (PACER) | | 9.28 |
| **TOTAL** | | **187.88** |