EXHIBIT "C"  1

**Itemization of Hahn + Hessen LLP's Expenses
in Representation of The Official Committee of Unsecured Creditors
of New Century TRS Holdings, Inc. (07-10416-KJC)
(APRIL 2007)**

| Date | Tkpr | TKPR Name | Matter | Bill Num | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|---|---|---|
| **CAR SERVICE** | | | | | | | |
| 4/1/2007 | 364 | Power, Mark | 1 | 130681 | CAR | $152.49 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 81305; DATE: 4/24/2007 |
| 4/3/2007 | 364 | Power, Mark | 2 | 130681 | CAR | $7.00 | |
| 4/6/2007 | 364 | Power, Mark | 1 | 130681 | CAR | $100.98 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 80720; DATE: 4/10/2007 |
| 4/9/2007 | 364 | Power, Mark | 2 | 130681 | CAR | $10.00 | |
| 4/9/2007 | 493 | Zawadzki, Jeffrey | 1 | 130681 | CAR | $38.25 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 506316; DATE: 4/30/2007 |
| 4/10/2007 | 477 | Cerbone, Janine M. | 1 | 130681 | CAR | $70.38 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 504504; DATE: 4/15/2007 |
| 4/10/2007 | 260 | Indelicato, Mark S | 1 | 130681 | CAR | $118.42 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 506316; DATE: 4/30/2007 |
| 4/11/2007 | 972 | Janice O'Kane | 1 | 130681 | CAR | $53.04 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 81613; DATE: 5/1/2007 |
| 4/11/2007 | 477 | Cerbone, Janine M. | 1 | 130681 | CAR | $77.52 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 506316; DATE: 4/30/2007 |
| 4/12/2007 | 364 | Power, Mark | 1 | 130681 | CAR | $130.05 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 80998; DATE: 4/17/2007 |
| 4/12/2007 | 364 | Power, Mark | 2 | 130681 | CAR | $50.00 | |
| 4/12/2007 | 364 | Power, Mark | 2 | 130681 | CAR | $7.00 | |
| 4/12/2007 | 260 | Indelicato, Mark S | 1 | 130681 | CAR | $118.42 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 506316; DATE: 4/30/2007 |
| 4/12/2007 | 493 | Zawadzki, Jeffrey | 1 | 130681 | CAR | $38.25 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 506316; DATE: 4/30/2007 |
| 4/12/2007 | 477 | Cerbone, Janine M. | 1 | 130681 | CAR | $70.38 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 506316; DATE: 4/30/2007 |
| 4/13/2007 | 364 | Power, Mark | 2 | 130681 | CAR | $11.00 | |
| 4/16/2007 | 260 | Indelicato, Mark S | 1 | 130681 | CAR | $116.28 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 506316; DATE: 4/30/2007 |
| 4/17/2007 | 334 | Arnott, Maria | 1 | 130681 | CAR | $104.75 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 81305; DATE: 4/24/2007 |
| 4/17/2007 | 486 | Schnitzer, Edward L. | 1 | 130681 | CAR | $11.00 | VENDOR: PETTY CASH; INVOICE: 052307; DATE: 5/23/2007 |
| 4/17/2007 | 486 | Schnitzer, Edward L. | 1 | 130681 | CAR | $10.00 | VENDOR: PETTY CASH; INVOICE: 052307; DATE: 5/23/2007 |
| 4/17/2007 | 260 | Indelicato, Mark S | 1 | 130681 | CAR | $116.79 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 506316; DATE: 4/30/2007 |
| 4/17/2007 | 477 | Cerbone, Janine M. | 1 | 130681 | CAR | $70.38 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 506316; DATE: 4/30/2007 |
| 4/18/2007 | 426 | Grubman, Don. D. | 6 | 130681 | CAR | $24.00 | VENDOR: PETTY CASH; INVOICE#: 041807; DATE: 4/18/2007 |
| 4/18/2007 | 364 | Power, Mark | 1 | 130681 | CAR | $35.70 | don workman VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 81305; DATE: 4/24/2007 |
| 4/18/2007 | 364 | Power, Mark | 2 | 130681 | CAR | $8.00 | |
| 4/18/2007 | 364 | Power, Mark | 2 | 130681 | CAR | $11.00 | |
| 4/18/2007 | 477 | Cerbone, Janine M. | 1 | 130681 | CAR | $92.31 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 506316; DATE: 4/30/2007 |
| 4/19/2007 | 364 | Power, Mark | 2 | 130681 | CAR | $10.00 | |
| 4/19/2007 | 426 | Grubman, Don. D. | 6 | 130681 | CAR | $11.00 | VENDOR: PETTY CASH; INVOICE#: 052307; DATE: 5/23/2007 |
| 4/19/2007 | 477 | Cerbone, Janine M. | 1 | 130681 | CAR | $72.68 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 506316; DATE: 4/30/2007 |
| 4/19/2007 | 477 | Cerbone, Janine M. | 1 | 130681 | CAR | $25.50 | mellis VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 506316; DATE: 4/30/2007 |
| 4/19/2007 | 477 | Cerbone, Janine M. | 1 | 130681 | CAR | $144.84 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 506316; DATE: 4/30/2007 |
| 4/19/2007 | 260 | Indelicato, Mark S | 1 | 130681 | CAR | $77.91 | |
| 4/19/2007 | 260 | Indelicato, Mark S | 1 | 130681 | CAR | $145.10 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 508136; DATE: 5/15/2007 |
| 4/19/2007 | 477 | Cerbone, Janine M. | 1 | 130681 | CAR | $70.38 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 508136; DATE: 5/15/2007 |
| 4/20/2007 | 477 | Cerbone, Janine M. | 1 | 130681 | CAR | $70.38 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 506316; DATE: 4/30/2007 |
| 4/23/2007 | 493 | Zawadzki, Jeffrey | 2 | 130681 | CAR | $18.72 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 196475; DATE: 4/29/2007 |
| 4/23/2007 | 364 | Power, Mark | 1 | 130681 | CAR | $98.94 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 81613; DATE: 5/1/2007 |
| 4/23/2007 | 426 | Grubman, Don. D. | 6 | 130681 | CAR | $11.50 | VENDOR: PETTY CASH; INVOICE#: 052307; DATE: 5/23/2007 |
| 4/24/2007 | 364 | Power, Mark | 2 | 130681 | CAR | $8.00 | |
| 4/24/2007 | 364 | Power, Mark | 2 | 130681 | CAR | $7.00 | |
| 4/25/2007 | 364 | Power, Mark | 1 | 130681 | CAR | $99.96 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 81942; DATE: 5/8/2007 |
| 4/25/2007 | 226 | McCahey, John P | 14 | 130681 | CAR | $8.00 | VENDOR: PETTY CASH; INVOICE#: 052307; DATE: 5/23/2007 |
| 4/25/2007 | 426 | Grubman, Don. D. | 6 | 130681 | CAR | $11.50 | VENDOR: PETTY CASH; INVOICE#: 052307; DATE: 5/23/2007 |
| 4/25/2007 | 260 | Indelicato, Mark S | 1 | 130681 | CAR | $118.32 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 508136; DATE: 5/15/2007 |
| 4/26/2007 | 334 | Arnott, Maria | 1 | 130681 | CAR | $100.67 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 81613; DATE: 5/1/2007 |
| 4/26/2007 | 960 | Grewal, Preetpal | 12 | 130681 | CAR | $26.52 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 508136; DATE: 5/15/2007 |
| 4/28/2007 | 919 | Chari, Roger S. | 1 | 130681 | CAR | $139.23 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 81613; DATE: 5/1/2007 |
| 4/28/2007 | 428 | Newman, Zachary G. | 6 | 130681 | CAR | $20.00 | VENDOR: PETTY CASH; INVOICE#: 052307; DATE: 5/23/2007 |
| 4/30/2007 | 972 | Janice O'Kane | 2 | 130681 | CAR | $53.04 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 81613; DATE: 5/1/2007 |
| **Total Car Service:** | | | | | | **$3,002.58** | |

EXHIBIT "C"  2

**Itemization of Hahn + Hessen LLP's Expenses**
**in Representation of The Official Committee of Unsecured Creditors**
**of New Century TRS Holdings, Inc. (07-10416-KJC)**
**(APRIL 2007)**

**COURIER/MESSENGER SERVICE**

| Date | Ref | Name | Qty | Code | Type | Amount | Details |
|---|---|---|---|---|---|---|---|
| 4/20/2007 | 478 | Craner, Katherine G. | 1 | 130681 | COUR | $6.89 | VENDOR: DELUXE DELIVERY SYSTEMS, INC.; INVOICE#: 043257; DATE: 4/30/2007 |
| 4/30/2007 | 364 | Power, Mark | 1 | 130681 | COUR | $19.08 | VENDOR: DELUXE DELIVERY SYSTEMS, INC.; INVOICE#: 043257; DATE: 4/30/2007 |
| | | **Total Courier/Messenger Service:** | | | | **$25.97** | |

**DUPLICATING (In-House @ 10 cents per page)**

| Date | Qty | Code | Type | Amount |
|---|---|---|---|---|
| 4/6/2007 | 2 | 130681 | DUPL | $0.10 |
| 4/10/2007 | 2 | 130681 | DUPL | $14.60 |
| 4/10/2007 | 2 | 130681 | DUPL | $6.30 |
| 4/10/2007 | 2 | 130681 | DUPL | $6.30 |
| 4/10/2007 | 2 | 130681 | DUPL | $32.30 |
| 4/10/2007 | 10 | 130681 | DUPL | $0.20 |
| 4/10/2007 | 10 | 130681 | DUPL | $0.20 |
| 4/10/2007 | 10 | 130681 | DUPL | $0.20 |
| 4/10/2007 | 10 | 130681 | DUPL | $0.20 |
| 4/10/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/10/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/10/2007 | 10 | 130681 | DUPL | $0.20 |
| 4/10/2007 | 10 | 130681 | DUPL | $0.20 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.20 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.20 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.20 |
| 4/11/2007 | 2 | 130681 | DUPL | $2.60 |
| 4/11/2007 | 2 | 130681 | DUPL | $4.80 |
| 4/11/2007 | 2 | 130681 | DUPL | $4.40 |
| 4/11/2007 | 2 | 130681 | DUPL | $2.20 |
| 4/11/2007 | 2 | 130681 | DUPL | $0.10 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.20 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.40 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.40 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.40 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.30 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.30 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.30 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.90 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.20 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.30 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.30 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.30 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.30 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.30 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.30 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.20 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.20 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.90 |
| 4/11/2007 | 10 | 130681 | DUPL | $1.00 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.90 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.40 |
| 4/11/2007 | 10 | 130681 | DUPL | $1.00 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.30 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.30 |

EXHIBIT "C" unused

EXHIBIT "C"

3

**Itemization of Hahn + Hessen LLP's Expenses**
**in Representation of The Official Committee of Unsecured Creditors**
**of New Century TRS Holdings, Inc. (07-10416-KJC)**
**(APRIL 2007)**

| Date | Qty | Code | Description | Amount |
|---|---|---|---|---|
| 4/11/2007 | 10 | 130681 | DUPL | $0.20 |
| 4/11/2007 | 10 | 130681 | DUPL | $1.50 |
| 4/11/2007 | 10 | 130681 | DUPL | $1.50 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.60 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.20 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/11/2007 | 10 | 130681 | DUPL | $1.00 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.40 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.90 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.20 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.20 |
| 4/11/2007 | 10 | 130681 | DUPL | $24.20 |
| 4/11/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/12/2007 | 10 | 130681 | DUPL | $1.00 |
| 4/12/2007 | 10 | 130681 | DUPL | $1.30 |
| 4/13/2007 | 10 | 130681 | DUPL | $0.80 |
| 4/13/2007 | 10 | 130681 | DUPL | $29.60 |
| 4/13/2007 | 10 | 130681 | DUPL | $0.30 |
| 4/13/2007 | 10 | 130681 | DUPL | $0.20 |
| 4/16/2007 | 1 | 130681 | DUPL | $4.10 |
| 4/17/2007 | 2 | 130681 | DUPL | $22.00 |
| 4/17/2007 | 2 | 130681 | DUPL | $80.00 |
| 4/17/2007 | 2 | 130681 | DUPL | $8.00 |
| 4/17/2007 | 2 | 130681 | DUPL | $36.00 |
| 4/17/2007 | 2 | 130681 | DUPL | $44.70 |
| 4/17/2007 | 2 | 130681 | DUPL | $20.00 |
| 4/17/2007 | 10 | 130681 | DUPL | $1.50 |
| 4/17/2007 | 10 | 130681 | DUPL | $0.20 |
| 4/17/2007 | 10 | 130681 | DUPL | $1.40 |
| 4/17/2007 | 10 | 130681 | DUPL | $1.30 |
| 4/17/2007 | 10 | 130681 | DUPL | $1.10 |
| 4/17/2007 | 10 | 130681 | DUPL | $0.30 |
| 4/18/2007 | 10 | 130681 | DUPL | $60.20 |
| 4/18/2007 | 2 | 130681 | DUPL | $16.00 |
| 4/18/2007 | 1 | 130681 | DUPL | $35.00 |
| 4/18/2007 | 1 | 130681 | DUPL | $38.50 |
| 4/18/2007 | 1 | 130681 | DUPL | $11.00 |
| 4/18/2007 | 2 | 130681 | DUPL | $30.00 |
| 4/18/2007 | 10 | 130681 | DUPL | $0.30 |
| 4/18/2007 | 10 | 130681 | DUPL | $0.50 |
| 4/18/2007 | 10 | 130681 | DUPL | $1.50 |
| 4/18/2007 | 10 | 130681 | DUPL | $0.50 |
| 4/18/2007 | 10 | 130681 | DUPL | $0.50 |
| 4/18/2007 | 10 | 130681 | DUPL | $0.50 |
| 4/18/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/18/2007 | 12 | 130681 | DUPL | $0.10 |
| 4/18/2007 | 10 | 130681 | DUPL | $0.10 |

EXHIBIT "C"                                                                                                                          4

**Itemization of Hahn + Hessen LLP's Expenses
in Representation of The Official Committee of Unsecured Creditors
of New Century TRS Holdings, Inc. (07-10416-KJC)**
(APRIL 2007)

| Date | Qty | Code | Description | Amount |
|---|---|---|---|---|
| 4/18/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/18/2007 | 10 | 130681 | DUPL | $1.30 |
| 4/18/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/18/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/18/2007 | 10 | 130681 | DUPL | $0.30 |
| 4/18/2007 | 10 | 130681 | DUPL | $0.70 |
| 4/18/2007 | 10 | 130681 | DUPL | $0.70 |
| 4/18/2007 | 2 | 130681 | DUPL | $1.10 |
| 4/18/2007 | 10 | 130681 | DUPL | $1.60 |
| 4/18/2007 | 10 | 130681 | DUPL | $3.70 |
| 4/18/2007 | 10 | 130681 | DUPL | $0.90 |
| 4/18/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/18/2007 | 2 | 130681 | DUPL | $0.90 |
| 4/18/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/18/2007 | 2 | 130681 | DUPL | $1.20 |
| 4/19/2007 | 1 | 130681 | DUPL | $0.50 |
| 4/19/2007 | 1 | 130681 | DUPL | $1.20 |
| 4/19/2007 | 1 | 130681 | DUPL | $1.10 |
| 4/19/2007 | 1 | 130681 | DUPL | $0.40 |
| 4/19/2007 | 10 | 130681 | DUPL | $1.20 |
| 4/19/2007 | 10 | 130681 | DUPL | $1.20 |
| 4/19/2007 | 12 | 130681 | DUPL | $1.30 |
| 4/19/2007 | 12 | 130681 | DUPL | $0.50 |
| 4/19/2007 | 12 | 130681 | DUPL | $0.80 |
| 4/19/2007 | 12 | 130681 | DUPL | $1.20 |
| 4/19/2007 | 12 | 130681 | DUPL | $1.10 |
| 4/19/2007 | 12 | 130681 | DUPL | $0.60 |
| 4/19/2007 | 12 | 130681 | DUPL | $2.10 |
| 4/19/2007 | 12 | 130681 | DUPL | $0.60 |
| 4/19/2007 | 12 | 130681 | DUPL | $0.40 |
| 4/19/2007 | 12 | 130681 | DUPL | $0.70 |
| 4/19/2007 | 12 | 130681 | DUPL | $0.60 |
| 4/19/2007 | 12 | 130681 | DUPL | $0.50 |
| 4/19/2007 | 12 | 130681 | DUPL | $0.50 |
| 4/19/2007 | 2 | 130681 | DUPL | $0.30 |
| 4/19/2007 | 2 | 130681 | DUPL | $0.20 |
| 4/19/2007 | 2 | 130681 | DUPL | $0.20 |
| 4/19/2007 | 12 | 130681 | DUPL | $0.20 |
| 4/19/2007 | 12 | 130681 | DUPL | $0.70 |
| 4/19/2007 | 12 | 130681 | DUPL | $2.00 |
| 4/19/2007 | 12 | 130681 | DUPL | $0.40 |
| 4/19/2007 | 12 | 130681 | DUPL | $0.90 |
| 4/19/2007 | 2 | 130681 | DUPL | $0.20 |
| 4/19/2007 | 1 | 130681 | DUPL | $1.00 |
| 4/19/2007 | 1 | 130681 | DUPL | $0.40 |
| 4/19/2007 | 1 | 130681 | DUPL | $1.00 |
| 4/19/2007 | 1 | 130681 | DUPL | $4.40 |
| 4/19/2007 | 1 | 130681 | DUPL | $1.00 |
| 4/19/2007 | 1 | 130681 | DUPL | $0.60 |
| 4/19/2007 | 1 | 130681 | DUPL | $3.90 |
| 4/19/2007 | 1 | 130681 | DUPL | $4.70 |
| 4/19/2007 | 1 | 130681 | DUPL | $4.60 |
| 4/19/2007 | 1 | 130681 | DUPL | $0.60 |
| 4/19/2007 | 1 | 130681 | DUPL | $0.50 |
| 4/19/2007 | 1 | 130681 | DUPL | $1.20 |
| 4/19/2007 | 1 | 130681 | DUPL | $1.30 |

**EXHIBIT "C"**

**Itemization of Hahn + Hessen LLP's Expenses**
**in Representation of The Official Committee of Unsecured Creditors**
**of New Century TRS Holdings, Inc. (07-10416-KJC)**
**(APRIL 2007)**

| Date | Qty | Code | Type | Amount |
|---|---|---|---|---|
| 4/19/2007 | 1 | 130681 | DUPL | $0.50 |
| 4/19/2007 | 12 | 130681 | DUPL | $0.90 |
| 4/19/2007 | 12 | 130681 | DUPL | $1.80 |
| 4/19/2007 | 12 | 130681 | DUPL | $1.00 |
| 4/19/2007 | 12 | 130681 | DUPL | $1.40 |
| 4/20/2007 | 6 | 130681 | DUPL | $7.40 |
| 4/20/2007 | 6 | 130681 | DUPL | $6.10 |
| 4/20/2007 | 2 | 130681 | DUPL | $0.10 |
| 4/20/2007 | 2 | 130681 | DUPL | $4.60 |
| 4/20/2007 | 12 | 130681 | DUPL | $0.10 |
| 4/20/2007 | 2 | 130681 | DUPL | $6.80 |
| 4/20/2007 | 2 | 130681 | DUPL | $0.40 |
| 4/20/2007 | 2 | 130681 | DUPL | $10.80 |
| 4/20/2007 | 2 | 130681 | DUPL | $6.70 |
| 4/20/2007 | 2 | 130681 | DUPL | $0.60 |
| 4/20/2007 | 2 | 130681 | DUPL | $0.60 |
| 4/20/2007 | 2 | 130681 | DUPL | $0.50 |
| 4/20/2007 | 2 | 130681 | DUPL | $0.50 |
| 4/20/2007 | 2 | 130681 | DUPL | $5.00 |
| 4/20/2007 | 2 | 130681 | DUPL | $2.70 |
| 4/20/2007 | 2 | 130681 | DUPL | $0.30 |
| 4/20/2007 | 2 | 130681 | DUPL | $0.50 |
| 4/20/2007 | 12 | 130681 | DUPL | $1.20 |
| 4/23/2007 | 10 | 130681 | DUPL | $6.00 |
| 4/23/2007 | 1 | 130681 | DUPL | $0.90 |
| 4/23/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/23/2007 | 10 | 130681 | DUPL | $0.80 |
| 4/23/2007 | 10 | 130681 | DUPL | $0.90 |
| 4/23/2007 | 10 | 130681 | DUPL | $2.10 |
| 4/23/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/23/2007 | 10 | 130681 | DUPL | $3.00 |
| 4/23/2007 | 10 | 130681 | DUPL | $0.50 |
| 4/23/2007 | 10 | 130681 | DUPL | $0.40 |
| 4/23/2007 | 10 | 130681 | DUPL | $0.40 |
| 4/23/2007 | 10 | 130681 | DUPL | $0.30 |
| 4/23/2007 | 10 | 130681 | DUPL | $2.60 |
| 4/23/2007 | 10 | 130681 | DUPL | $0.40 |
| 4/23/2007 | 10 | 130681 | DUPL | $1.50 |
| 4/23/2007 | 1 | 130681 | DUPL | $0.10 |
| 4/23/2007 | 1 | 130681 | DUPL | $0.10 |
| 4/23/2007 | 1 | 130681 | DUPL | $0.20 |
| 4/23/2007 | 12 | 130681 | DUPL | $0.80 |
| 4/23/2007 | 1 | 130681 | DUPL | $2.40 |
| 4/23/2007 | 1 | 130681 | DUPL | $0.40 |
| 4/23/2007 | 1 | 130681 | DUPL | $0.40 |
| 4/23/2007 | 1 | 130681 | DUPL | $0.40 |
| 4/23/2007 | 12 | 130681 | DUPL | $0.50 |
| 4/23/2007 | 12 | 130681 | DUPL | $0.50 |
| 4/23/2007 | 10 | 130681 | DUPL | $1.80 |
| 4/23/2007 | 10 | 130681 | DUPL | $0.20 |
| 4/23/2007 | 10 | 130681 | DUPL | $3.10 |
| 4/23/2007 | 10 | 130681 | DUPL | $2.60 |
| 4/23/2007 | 10 | 130681 | DUPL | $0.30 |
| 4/23/2007 | 10 | 130681 | DUPL | $0.50 |
| 4/23/2007 | 1 | 130681 | DUPL | $2.40 |
| 4/23/2007 | 1 | 130681 | DUPL | $0.10 |

**Itemization of Hahn + Hessen LLP's Expenses**
**in Representation of The Official Committee of Unsecured Creditors**
**of New Century TRS Holdings, Inc. (07-10416-KJC)**
**(APRIL 2007)**

| Date | Qty | Code | Desc | Amount |
|---|---|---|---|---|
| 4/23/2007 | 1 | 130681 | DUPL | $0.10 |
| 4/23/2007 | 1 | 130681 | DUPL | $0.10 |
| 4/23/2007 | 1 | 130681 | DUPL | $0.70 |
| 4/23/2007 | 1 | 130681 | DUPL | $0.30 |
| 4/24/2007 | 1 | 130681 | DUPL | $1.20 |
| 4/24/2007 | 1 | 130681 | DUPL | $0.40 |
| 4/24/2007 | 1 | 130681 | DUPL | $0.30 |
| 4/24/2007 | 12 | 130681 | DUPL | $0.10 |
| 4/24/2007 | 3 | 130681 | DUPL | $0.40 |
| 4/24/2007 | 1 | 130681 | DUPL | $0.10 |
| 4/24/2007 | 12 | 130681 | DUPL | $2.00 |
| 4/24/2007 | 12 | 130681 | DUPL | $1.40 |
| 4/24/2007 | 2 | 130681 | DUPL | $0.40 |
| 4/24/2007 | 10 | 130681 | DUPL | $0.30 |
| 4/24/2007 | 2 | 130681 | DUPL | $0.20 |
| 4/24/2007 | 10 | 130681 | DUPL | $0.30 |
| 4/24/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/24/2007 | 10 | 130681 | DUPL | $0.30 |
| 4/24/2007 | 1 | 130681 | DUPL | $0.20 |
| 4/24/2007 | 1 | 130681 | DUPL | $0.30 |
| 4/24/2007 | 1 | 130681 | DUPL | $0.20 |
| 4/24/2007 | 1 | 130681 | DUPL | $0.80 |
| 4/24/2007 | 1 | 130681 | DUPL | $0.10 |
| 4/24/2007 | 1 | 130681 | DUPL | $0.70 |
| 4/24/2007 | 1 | 130681 | DUPL | $1.00 |
| 4/24/2007 | 12 | 130681 | DUPL | $0.30 |
| 4/24/2007 | 1 | 130681 | DUPL | $0.40 |
| 4/24/2007 | 1 | 130681 | DUPL | $0.20 |
| 4/24/2007 | 1 | 130681 | DUPL | $0.20 |
| 4/24/2007 | 10 | 130681 | DUPL | $1.60 |
| 4/24/2007 | 10 | 130681 | DUPL | $0.20 |
| 4/24/2007 | 10 | 130681 | DUPL | $0.20 |
| 4/24/2007 | 10 | 130681 | DUPL | $1.60 |
| 4/24/2007 | 10 | 130681 | DUPL | $0.50 |
| 4/24/2007 | 10 | 130681 | DUPL | $0.10 |
| 4/24/2007 | 12 | 130681 | DUPL | $2.40 |
| 4/24/2007 | 12 | 130681 | DUPL | $1.60 |
| 4/24/2007 | 12 | 130681 | DUPL | $0.30 |
| 4/24/2007 | 12 | 130681 | DUPL | $0.40 |
| 4/24/2007 | 12 | 130681 | DUPL | $1.00 |
| 4/25/2007 | 14 | 130681 | DUPL | $3.40 |
| 4/25/2007 | 14 | 130681 | DUPL | $4.90 |
| 4/25/2007 | 2 | 130681 | DUPL | $0.70 |
| 4/25/2007 | 3 | 130681 | DUPL | $0.50 |
| 4/25/2007 | 3 | 130681 | DUPL | $0.50 |
| 4/25/2007 | 3 | 130681 | DUPL | $0.50 |
| 4/25/2007 | 3 | 130681 | DUPL | $0.10 |
| 4/25/2007 | 3 | 130681 | DUPL | $0.40 |
| 4/25/2007 | 2 | 130681 | DUPL | $0.70 |
| 4/25/2007 | 10 | 130681 | DUPL | $1.60 |
| 4/25/2007 | 3 | 130681 | DUPL | $0.20 |
| 4/25/2007 | 10 | 130681 | DUPL | $1.50 |
| 4/25/2007 | 3 | 130681 | DUPL | $0.50 |
| 4/25/2007 | 3 | 130681 | DUPL | $0.10 |
| 4/25/2007 | 3 | 130681 | DUPL | $0.20 |
| 4/25/2007 | 1 | 130681 | DUPL | $0.20 |

**Itemization of Hahn + Hessen LLP's Expenses
in Representation of The Official Committee of Unsecured Creditors
of New Century TRS Holdings, Inc. (07-10416-KJC)**
**(APRIL 2007)**

| Date | Qty | Code | Amount |
|---|---|---|---|
| 4/25/2007 | 3 | 130681 DUPL | $0.20 |
| 4/25/2007 | 3 | 130681 DUPL | $0.20 |
| 4/25/2007 | 12 | 130681 DUPL | $1.30 |
| 4/25/2007 | 3 | 130681 DUPL | $0.40 |
| 4/25/2007 | 12 | 130681 DUPL | $0.30 |
| 4/25/2007 | 12 | 130681 DUPL | $0.80 |
| 4/25/2007 | 1 | 130681 DUPL | $0.20 |
| 4/25/2007 | 1 | 130681 DUPL | $3.30 |
| 4/25/2007 | 1 | 130681 DUPL | $1.20 |
| 4/25/2007 | 1 | 130681 DUPL | $0.90 |
| 4/25/2007 | 1 | 130681 DUPL | $0.60 |
| 4/25/2007 | 1 | 130681 DUPL | $1.10 |
| 4/25/2007 | 1 | 130681 DUPL | $0.20 |
| 4/25/2007 | 1 | 130681 DUPL | $0.20 |
| 4/25/2007 | 1 | 130681 DUPL | $1.40 |
| 4/25/2007 | 12 | 130681 DUPL | $0.30 |
| 4/25/2007 | 12 | 130681 DUPL | $0.70 |
| 4/26/2007 | 2 | 130681 DUPL | $0.20 |
| 4/26/2007 | 12 | 130681 DUPL | $1.20 |
| 4/26/2007 | 12 | 130681 DUPL | $0.20 |
| 4/26/2007 | 12 | 130681 DUPL | $0.30 |
| 4/26/2007 | 12 | 130681 DUPL | $1.70 |
| 4/26/2007 | 2 | 130681 DUPL | $0.20 |
| 4/26/2007 | 2 | 130681 DUPL | $2.50 |
| 4/26/2007 | 12 | 130681 DUPL | $0.90 |
| 4/26/2007 | 10 | 130681 DUPL | $2.40 |
| 4/26/2007 | 12 | 130681 DUPL | $1.30 |
| 4/26/2007 | 2 | 130681 DUPL | $1.30 |
| 4/26/2007 | 2 | 130681 DUPL | $0.30 |
| 4/26/2007 | 2 | 130681 DUPL | $0.60 |
| 4/26/2007 | 10 | 130681 DUPL | $1.00 |
| 4/26/2007 | 10 | 130681 DUPL | $0.10 |
| 4/26/2007 | 10 | 130681 DUPL | $1.90 |
| 4/26/2007 | 12 | 130681 DUPL | $0.20 |
| 4/26/2007 | 1 | 130681 DUPL | $0.50 |
| 4/26/2007 | 1 | 130681 DUPL | $0.30 |
| 4/26/2007 | 1 | 130681 DUPL | $0.60 |
| 4/26/2007 | 12 | 130681 DUPL | $0.30 |
| 4/26/2007 | 2 | 130681 DUPL | $0.90 |
| 4/26/2007 | 1 | 130681 DUPL | $1.20 |
| 4/26/2007 | 1 | 130681 DUPL | $0.60 |
| 4/26/2007 | 1 | 130681 DUPL | $0.80 |
| 4/26/2007 | 1 | 130681 DUPL | $0.30 |
| 4/26/2007 | 1 | 130681 DUPL | $0.50 |
| 4/26/2007 | 10 | 130681 DUPL | $9.60 |
| 4/26/2007 | 10 | 130681 DUPL | $9.60 |
| 4/26/2007 | 10 | 130681 DUPL | $18.70 |
| 4/26/2007 | 10 | 130681 DUPL | $33.00 |
| 4/26/2007 | 10 | 130681 DUPL | $17.90 |
| 4/26/2007 | 10 | 130681 DUPL | $5.00 |
| 4/26/2007 | 10 | 130681 DUPL | $1.70 |
| 4/26/2007 | 10 | 130681 DUPL | $2.00 |
| 4/26/2007 | 10 | 130681 DUPL | $2.40 |
| 4/26/2007 | 10 | 130681 DUPL | $1.00 |
| 4/26/2007 | 1 | 130681 DUPL | $0.80 |
| 4/26/2007 | 1 | 130681 DUPL | $0.80 |

**Itemization of Hahn + Hessen LLP's Expenses**
**in Representation of The Official Committee of Unsecured Creditors**
**of New Century TRS Holdings, Inc. (07-10416-KJC)**
**(APRIL 2007)**

| Date | Qty | Code | Desc | Amount |
|---|---|---|---|---|
| 4/26/2007 | 1 | 130681 | DUPL | $1.00 |
| 4/26/2007 | 1 | 130681 | DUPL | $0.80 |
| 4/26/2007 | 1 | 130681 | DUPL | $7.00 |
| 4/26/2007 | 1 | 130681 | DUPL | $1.10 |
| 4/26/2007 | 1 | 130681 | DUPL | $0.80 |
| 4/26/2007 | 1 | 130681 | DUPL | $0.20 |
| 4/26/2007 | 1 | 130681 | DUPL | $0.30 |
| 4/26/2007 | 1 | 130681 | DUPL | $0.20 |
| 4/26/2007 | 1 | 130681 | DUPL | $0.80 |
| 4/26/2007 | 1 | 130681 | DUPL | $0.50 |
| 4/26/2007 | 1 | 130681 | DUPL | $0.40 |
| 4/26/2007 | 1 | 130681 | DUPL | $1.20 |
| 4/26/2007 | 1 | 130681 | DUPL | $0.30 |
| 4/26/2007 | 1 | 130681 | DUPL | $0.20 |
| 4/26/2007 | 1 | 130681 | DUPL | $0.10 |
| 4/26/2007 | 1 | 130681 | DUPL | $0.10 |
| 4/26/2007 | 1 | 130681 | DUPL | $1.20 |
| 4/26/2007 | 1 | 130681 | DUPL | $5.40 |
| 4/26/2007 | 1 | 130681 | DUPL | $0.10 |
| 4/26/2007 | 1 | 130681 | DUPL | $0.70 |
| 4/26/2007 | 1 | 130681 | DUPL | $0.50 |
| 4/26/2007 | 1 | 130681 | DUPL | $0.20 |
| 4/26/2007 | 1 | 130681 | DUPL | $0.10 |
| 4/26/2007 | 1 | 130681 | DUPL | $0.20 |
| 4/26/2007 | 1 | 130681 | DUPL | $0.20 |
| 4/26/2007 | 2 | 130681 | DUPL | $52.00 |
| 4/26/2007 | 12 | 130681 | DUPL | $1.80 |
| 4/30/2007 | 12 | 130681 | DUPL | $67.90 |
| 4/30/2007 | 1 | 130681 | DUPL | $0.70 |
| 4/30/2007 | 1 | 130681 | DUPL | $2.00 |
| 4/30/2007 | 1 | 130681 | DUPL | $0.40 |
| 4/30/2007 | 2 | 130681 | DUPL | $0.40 |
| 4/30/2007 | 6 | 130681 | DUPL | $0.80 |
| 4/30/2007 | 2 | 130681 | DUPL | $1.20 |
| 4/30/2007 | 2 | 130681 | DUPL | $1.30 |
| 4/30/2007 | 2 | 130681 | DUPL | $1.90 |
| 4/30/2007 | 2 | 130681 | DUPL | $0.10 |
| 4/30/2007 | 2 | 130681 | DUPL | $0.20 |
| 4/30/2007 | 2 | 130681 | DUPL | $1.40 |
| 4/30/2007 | 2 | 130681 | DUPL | $1.80 |
| 4/30/2007 | 1 | 130681 | DUPL | $0.10 |
| 4/30/2007 | 2 | 130681 | DUPL | $1.00 |
| 4/30/2007 | 12 | 130681 | DUPL | $2.40 |
| 4/30/2007 | 12 | 130681 | DUPL | $1.60 |
| 4/30/2007 | 12 | 130681 | DUPL | $0.20 |
| 4/30/2007 | 12 | 130681 | DUPL | $0.20 |
| 4/30/2007 | 1 | 130681 | DUPL | $7.80 |
| 4/30/2007 | 1 | 130681 | DUPL | $3.20 |
| 4/30/2007 | 1 | 130681 | DUPL | $3.80 |
| 4/30/2007 | 1 | 130681 | DUPL | $0.40 |
| 4/30/2007 | 1 | 130681 | DUPL | $4.20 |
| 4/30/2007 | 1 | 130681 | DUPL | $0.30 |
| 4/30/2007 | 1 | 130681 | DUPL | $4.90 |
| 4/30/2007 | 1 | 130681 | DUPL | $0.40 |
| 4/30/2007 | 1 | 130681 | DUPL | $0.20 |
| 4/30/2007 | 1 | 130681 | DUPL | $0.40 |

EXHIBIT "C"

9

**Itemization of Hahn + Hessen LLP's Expenses
in Representation of The Official Committee of Unsecured Creditors
of New Century TRS Holdings, Inc. (07-10416-KJC)**
**(APRIL 2007)**

| Date | ID | Name | Qty | Code | Type | Amount | Description |
|---|---|---|---|---|---|---|---|
| 4/30/2007 | | | 1 | 130681 | DUPL | $0.40 | |
| 4/30/2007 | | | 1 | 130681 | DUPL | $2.30 | |
| 4/30/2007 | | | 1 | 130681 | DUPL | $0.50 | |
| 4/30/2007 | | | 1 | 130681 | DUPL | $0.20 | |
| 4/30/2007 | | | 1 | 130681 | DUPL | $1.10 | |
| 4/30/2007 | | | 1 | 130681 | DUPL | $0.20 | |
| | **Total In-House Duplicating:** | | | | | **$1,094.40** | |

**FACSIMILE (@ $1.00 per page)**

| Date | ID | Name | Qty | Code | Type | Amount |
|---|---|---|---|---|---|---|
| 4/18/2007 | 364 | Power, Mark | 1 | 130681 | FAX | $9.00 |
| 4/18/2007 | 364 | Power, Mark | 1 | 130681 | FAX | $8.00 |
| 4/18/2007 | 364 | Power, Mark | 1 | 130681 | FAX | $2.00 |
| 4/18/2007 | 364 | Power, Mark | 1 | 130681 | FAX | $2.00 |
| 4/18/2007 | 364 | Power, Mark | 1 | 130681 | FAX | $9.00 |
| 4/18/2007 | 364 | Power, Mark | 1 | 130681 | FAX | $8.00 |
| 4/18/2007 | 364 | Power, Mark | 1 | 130681 | FAX | $2.00 |
| 4/18/2007 | 364 | Power, Mark | 1 | 130681 | FAX | $2.00 |
| 4/23/2007 | 334 | Arnott, Maria | 10 | 130681 | FAX | $60.00 |
| | **Total Facsimile:** | | | | | **$102.00** |

**HOTEL**

| Date | ID | Name | Qty | Code | Type | Amount | Description |
|---|---|---|---|---|---|---|---|
| 4/11/2007 | 162 | Schwartz, Jeffrey L | 2 | 130681 | HOT | $293.65 | |
| 4/11/2007 | 162 | Schwartz, Jeffrey L | 2 | 130681 | HOT | $218.90 | |
| 4/11/2007 | 162 | Schwartz, Jeffrey L | 2 | 130681 | HOT | $234.64 | |
| 4/18/2007 | 162 | Schwartz, Jeffrey L | 2 | 130681 | HOT | $249.52 | FOR CORNELL CLUB NY VENDOR: SCHWARTZ, JEFFREY; INVOICE#: 041807; DATE: 6/21/2007 |
| | **Total Hotel Charges:** | | | | | **$996.71** | |

**COMPUTER RESEARCH**

| Date | ID | Name | Qty | Code | Type | Amount | Description |
|---|---|---|---|---|---|---|---|
| 4/17/2007 | 477 | Cerbone, Janine M. | 1 | 130681 | LEXI | $30.83 | VENDOR: LEXIS - NEXIS; INVOICE#: 0704052511; DATE: 4/30/2007 - LEXIS RESEARCH DURING THE MONTH OF APRIL |
| 4/20/2007 | 477 | Cerbone, Janine M. | 1 | 130681 | LEXI | $9.65 | VENDOR: LEXIS - NEXIS; INVOICE#: 0704052511; DATE: 4/30/2007 - LEXIS RESEARCH DURING THE MONTH OF APRIL |
| 4/23/2007 | 493 | Zawadzki, Jeffrey | 2 | 130681 | LEXI | $75.34 | VENDOR: LEXIS - NEXIS; INVOICE#: 0704052511; DATE: 4/30/2007 - LEXIS RESEARCH DURING THE MONTH OF APRIL |
| 4/25/2007 | 952 | Malatak, Robert J. | 12 | 130681 | LEXI | $2.71 | VENDOR: LEXIS - NEXIS; INVOICE#: 0704052511; DATE: 4/30/2007 - LEXIS RESEARCH DURING THE MONTH OF APRIL |
| 4/30/2007 | 478 | Craner, Katherine G. | 1 | 130681 | LEXI | $47.47 | VENDOR: LEXIS - NEXIS; INVOICE#: 0704052511; DATE: 4/30/2007 - LEXIS RESEARCH DURING THE MONTH OF APRIL |
| 4/30/2007 | 922 | Loesner, Chuck | 2 | 130681 | LEXI | $9.17 | VENDOR: LEXIS - NEXIS; INVOICE#: 0704052511; DATE: 4/30/2007 - LEXIS RESEARCH DURING THE MONTH OF APRIL |
| 4/30/2007 | 960 | Grewal, Preetpal | 12 | 130681 | LEXI | $135.11 | VENDOR: LEXIS - NEXIS; INVOICE#: 0704052511; DATE: 4/30/2007 - LEXIS RESEARCH DURING THE MONTH OF APRIL |
| 4/30/2007 | 162 | Schwartz, Jeffrey L | 1 | 130681 | LEXI | $54.19 | VENDOR: LEXIS NEXIS COURT LINK; INVOICE#: EA278464; DATE: 5/1/2007 |
| | **Total Computer Research:** | | | | | **$364.47** | |

**MEALS**

| Date | ID | Name | Qty | Code | Type | Amount | Description |
|---|---|---|---|---|---|---|---|
| 4/4/2007 | 493 | Zawadzki, Jeffrey | 2 | 130681 | MEAL | $14.73 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 186753; DATE: 4/8/2007 |
| 4/4/2007 | 478 | Craner, Katherine G. | 2 | 130681 | MEAL | $14.73 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 186753; DATE: 4/8/2007 |
| 4/9/2007 | 477 | Cerbone, Janine M. | 6 | 130681 | MEAL | $115.02 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 192795; DATE: 4/15/2007 |
| 4/10/2007 | 477 | Cerbone, Janine M. | 1 | 130681 | MEAL | $20.96 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 192795; DATE: 4/15/2007 |

**Itemization of Hahn + Hessen LLP's Expenses**
**in Representation of The Official Committee of Unsecured Creditors**
**of New Century TRS Holdings, Inc. (07-10416-KJC)**
**(APRIL 2007)**

| Date | Timekeeper | Qty | Code | Type | Amount | Description |
|---|---|---|---|---|---|---|
| 4/10/2007 | 260 Indelicato, Mark S | 1 | 130681 | MEAL | $20.96 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 192795; DATE: 4/15/2007 |
| 4/10/2007 | 478 Craner, Katherine G. | 2 | 130681 | MEAL | $16.85 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 192795; DATE: 4/15/2007 |
| 4/10/2007 | 477 Cerbone, Janine M. | 1 | 130681 | MEAL | $16.86 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 192795; DATE: 4/15/2007 |
| 4/11/2007 | 477 Cerbone, Janine M. | 1 | 130681 | MEAL | $22.95 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 192795; DATE: 4/15/2007 |
| 4/11/2007 | 486 Schnitzer, Edward L. | 1 | 130681 | MEAL | $20.37 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 192795; DATE: 4/15/2007 |
| 4/11/2007 | 477 Cerbone, Janine M. | 1 | 130681 | MEAL | $28.47 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 192795; DATE: 4/15/2007 |
| 4/11/2007 | 162 Schwartz, Jeffrey L | 2 | 130681 | MEAL | $15.71 | |
| 4/12/2007 | 478 Craner, Katherine G. | 2 | 130681 | MEAL | $15.82 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 192795; DATE: 4/15/2007 |
| 4/12/2007 | 477 Cerbone, Janine M. | 1 | 130681 | MEAL | $15.81 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 192795; DATE: 4/15/2007 |
| 4/12/2007 | 162 Schwartz, Jeffrey L | 2 | 130681 | MEAL | $17.88 | |
| 4/13/2007 | 426 Grubman, Don. D. | 6 | 130681 | MEAL | $10.71 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 192795; DATE: 4/15/2007 |
| 4/13/2007 | 426 Grubman, Don. D. | 6 | 130681 | MEAL | $21.19 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 192795; DATE: 4/15/2007 |
| 4/13/2007 | 162 Schwartz, Jeffrey L | 2 | 130681 | MEAL | $17.88 | |
| 4/16/2007 | 162 Schwartz, Jeffrey L | 1 | 130681 | MEAL | $17.07 | |
| 4/16/2007 | 260 Indelicato, Mark S | 1 | 130681 | MEAL | $15.27 | |
| 4/16/2007 | 486 Schnitzer, Edward L. | 2 | 130681 | MEAL | $21.45 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/16/2007 | 972 Janice O'Kane | 2 | 130681 | MEAL | $23.03 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/16/2007 | 426 Grubman, Don. D. | 6 | 130681 | MEAL | $13.26 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/16/2007 | 478 Craner, Katherine G. | 2 | 130681 | MEAL | $13.68 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/16/2007 | 477 Cerbone, Janine M. | 1 | 130681 | MEAL | $13.68 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/16/2007 | 162 Schwartz, Jeffrey L | 2 | 130681 | MEAL | $17.07 | |
| 4/17/2007 | 874 Graziano, Marlena N. | 2 | 130681 | MEAL | $18.75 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/17/2007 | 493 Zawadzki, Jeffrey | 2 | 130681 | MEAL | $81.07 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/17/2007 | 364 Power, Mark | 2 | 130681 | MEAL | $32.38 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/17/2007 | 477 Cerbone, Janine M. | 1 | 130681 | MEAL | $45.93 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/17/2007 | 285 Divack, Joshua I | 5 | 130681 | MEAL | $13.81 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/17/2007 | 486 Schnitzer, Edward L. | 1 | 130681 | MEAL | $11.00 | VENDOR: PETTY CASH; INVOICE#: 052307; DATE: 5/23/2007 |
| 4/17/2007 | 162 Schwartz, Jeffrey L | 2 | 130681 | MEAL | $493.82 | |
| 4/18/2007 | 477 Cerbone, Janine M. | 1 | 130681 | MEAL | $89.16 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/18/2007 | 260 Indelicato, Mark S | 1 | 130681 | MEAL | $19.93 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/18/2007 | 477 Cerbone, Janine M. | 1 | 130681 | MEAL | $19.92 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/18/2007 | 514 Fine, Joselyn | 1 | 130681 | MEAL | $13.18 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |

**Itemization of Hahn + Hessen LLP's Expenses**
**in Representation of The Official Committee of Unsecured Creditors**
**of New Century TRS Holdings, Inc. (07-10416-KJC)**
**(APRIL 2007)**

| Date | ID | Name | Qty | Code | Type | Amount | Vendor |
|---|---|---|---|---|---|---|---|
| 4/18/2007 | 493 | Zawadzki, Jeffrey | 2 | 130681 | MEAL | $18.72 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/18/2007 | 478 | Craner, Katherine G. | 1 | 130681 | MEAL | $16.98 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/18/2007 | 514 | Fine, Joselyn | 2 | 130681 | MEAL | $16.62 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/18/2007 | 285 | Divack, Joshua I | 5 | 130681 | MEAL | $15.15 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/18/2007 | 364 | Power, Mark | 2 | 130681 | MEAL | $743.69 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/18/2007 | 364 | Power, Mark | 2 | 130681 | MEAL | $384.19 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/19/2007 | 514 | Fine, Joselyn | 2 | 130681 | MEAL | $15.97 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/19/2007 | 478 | Craner, Katherine G. | 2 | 130681 | MEAL | $15.35 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/19/2007 | 477 | Cerbone, Janine M. | 2 | 130681 | MEAL | $15.34 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/19/2007 | 285 | Divack, Joshua I | 5 | 130681 | MEAL | $13.30 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/19/2007 | 493 | Zawadzki, Jeffrey | 2 | 130681 | MEAL | $12.37 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/19/2007 | 162 | Schwartz, Jeffrey L | 2 | 130681 | MEAL | $17.34 | |
| 4/19/2007 | 260 | Indelicato, Mark S | 6 | 130681 | MEAL | $20.04 | |
| 4/20/2007 | 493 | Zawadzki, Jeffrey | 2 | 130681 | MEAL | $9.59 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/20/2007 | 972 | Janice O'Kane | 1 | 130681 | MEAL | $25.61 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 194153; DATE: 4/22/2007 |
| 4/20/2007 | 162 | Schwartz, Jeffrey L | 2 | 130681 | MEAL | $18.42 | |
| 4/20/2007 | 477 | Cerbone, Janine M. | 1 | 130681 | MEAL | $10.37 | VENDOR: PETTY CASH; INVOICE#: 052307; DATE: 5/23/2007 |
| 4/20/2007 | 260 | Indelicato, Mark S | 6 | 130681 | MEAL | $12.59 | |
| 4/23/2007 | 972 | Janice O'Kane | 1 | 130681 | MEAL | $20.61 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 196475; DATE: 4/29/2007 |
| 4/23/2007 | 260 | Indelicato, Mark S | 1 | 130681 | MEAL | $20.44 | |
| 4/25/2007 | 162 | Schwartz, Jeffrey L | 2 | 130681 | MEAL | $14.90 | |
| 4/26/2007 | 972 | Janice O'Kane | 2 | 130681 | MEAL | $20.10 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 196475; DATE: 4/29/2007 |
| 4/27/2007 | 162 | Schwartz, Jeffrey L | 2 | 130681 | MEAL | $20.05 | |
| 4/30/2007 | 162 | Schwartz, Jeffrey L | 2 | 130681 | MEAL | $20.05 | |
| 4/30/2007 | 972 | Janice O'Kane | 2 | 130681 | MEAL | $47.59 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 201595; DATE: 5/6/2007 |
| 4/30/2007 | 493 | Zawadzki, Jeffrey | 2 | 130681 | MEAL | $18.72 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 201595; DATE: 5/6/2007 |
| 4/30/2007 | 285 | Divack, Joshua I | 5 | 130681 | MEAL | $14.03 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 201595; DATE: 5/6/2007 |
| | | **Total Meals:** | | | | **$2,958.49** | |

**OVERNIGHT DELIVERY**

| Date | ID | Name | Qty | Code | Type | Amount | Vendor |
|---|---|---|---|---|---|---|---|
| 4/20/2007 | 334 | Arnott, Maria | 10 | 130681 | ODEL | $30.26 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 2-008-72259; DATE: 4/30/2007 |
| 4/20/2007 | 334 | Arnott, Maria | 14 | 130681 | ODEL | $30.26 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 2-008-72259; DATE: 4/30/2007 |
| 4/20/2007 | 226 | McCahey, John P | 14 | 130681 | ODEL | $33.50 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 2-008-72259; DATE: 4/30/2007 |
| 4/27/2007 | 226 | McCahey, John P | 1 | 130681 | ODEL | $14.93 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 2-021-59626; DATE: 5/7/2007 |
| | | | | | | **$108.95** | |
| | | **Total Overnight Delivery:** | | | | | |

**Itemization of Hahn + Hessen LLP's Expenses**
**in Representation of The Official Committee of Unsecured Creditors**
**of New Century TRS Holdings, Inc. (07-10416-KJC)**
**(APRIL 2007)**

**OUTSIDE PRINTING**

| Date | | | | | Amount | Description |
|---|---|---|---|---|---|---|
| 4/24/2007 | 226 | McCahey, John P | 14 | 130681 OSPRTG | $496.98 | VENDOR: DDS LEGAL SUPPORT; INVOICE#: 149718; DATE: 6/19/2007 |
| 4/30/2007 | 226 | McCahey, John P | 14 | 130681 OSPRTG | $204.05 | VENDOR: DDS LEGAL SUPPORT; INVOICE#: 150603; DATE: 4/30/2007 |
| | **Total Outside Printing:** | | | | **$701.03** | |

**POSTAGE**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/17/2007 | 486 | Schnitzer, Edward L. | 1 | 130681 POST | $0.39 | |
| 4/18/2007 | 486 | Schnitzer, Edward L. | 1 | 130681 POST | $0.39 | |
| | **Total Postage:** | | | | **$0.78** | |

**LONG DISTANCE TELEPHONE**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/12/2007 | 874 | Graziano, Marlena N. | 2 | 130681 TELE | $0.50 | 13024261900; 2 Mins. |
| | **Total Long Distance Charges:** | | | | **$0.50** | |

**TRAIN FARE**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/4/2007 | 364 | Power, Mark | 2 | 130681 TRAIN | $250.00 | TRAINFARE |
| 4/11/2007 | 260 | Indelicato, Mark S | 1 | 130681 TRAIN | $368.00 | TRAINFARE |
| 4/19/2007 | 364 | Power, Mark | 2 | 130681 TRAIN | $616.00 | TRAINFARE |
| 4/19/2007 | 364 | Power, Mark | 2 | 130681 TRAIN | $71.00 | TRAINFARE |
| 4/24/2007 | 364 | Power, Mark | 2 | 130681 TRAIN | $432.00 | TRAINFARE |
| 4/25/2007 | 364 | Power, Mark | 2 | 130681 TRAIN | $30.00 | TRAINFARE |
| 4/26/2007 | 260 | Indelicato, Mark S | 1 | 130681 TRAIN | $232.00 | TRAINFARE |
| | **Total Train Fare:** | | | | **$1,999.00** | |

**SEARCH FEES (UCC)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/12/2007 | 493 | Zawadzki, Jeffrey | 1 | 130681 UCC | $39.50 | VENDOR: CSC; INVOICE#: 49659155; DATE: 4/12/2007 |
| 4/12/2007 | 493 | Zawadzki, Jeffrey | 1 | 130681 UCC | $39.50 | VENDOR: CSC; INVOICE#: 49659143; DATE: 4/12/2007 |
| 4/12/2007 | 493 | Zawadzki, Jeffrey | 1 | 130681 UCC | $52.00 | VENDOR: CSC; INVOICE#: 49659115; DATE: 4/12/2007 |
| 4/12/2007 | 514 | Fine, Joselyn | 2 | 130681 UCC | $161.50 | VENDOR: CSC; INVOICE#: 49662376; DATE: 4/13/2007 |
| 4/12/2007 | 514 | Fine, Joselyn | 2 | 130681 UCC | $203.50 | VENDOR: CSC; INVOICE#: 49662320; DATE: 4/13/2007 |
| 4/12/2007 | 514 | Fine, Joselyn | 2 | 130681 UCC | $473.50 | VENDOR: CSC; INVOICE#: 49662256; DATE: 4/13/2007 |
| 4/12/2007 | 514 | Fine, Joselyn | 2 | 130681 UCC | $133.50 | VENDOR: CSC; INVOICE#: 49662434; DATE: 4/13/2007 |
| 4/12/2007 | 514 | Fine, Joselyn | 2 | 130681 UCC | $72.50 | VENDOR: CSC; INVOICE#: 49662536; DATE: 4/13/2007 |
| 4/12/2007 | 514 | Fine, Joselyn | 2 | 130681 UCC | $72.50 | VENDOR: CSC; INVOICE#: 49662530; DATE: 4/13/2007 |
| 4/12/2007 | 514 | Fine, Joselyn | 2 | 130681 UCC | $139.50 | VENDOR: CSC; INVOICE#: 49662522; DATE: 4/13/2007 |
| 4/12/2007 | 514 | Fine, Joselyn | 2 | 130681 UCC | $2,412.50 | VENDOR: CSC; INVOICE#: 49675801; DATE: 4/17/2007 |
| 4/12/2007 | 514 | Fine, Joselyn | 2 | 130681 UCC | $318.50 | VENDOR: CSC; INVOICE#: 49675664; DATE: 4/17/2007 |
| 4/12/2007 | 514 | Fine, Joselyn | 2 | 130681 UCC | $240.50 | VENDOR: CSC; INVOICE#: 49674439; DATE: 4/17/2007 |
| 4/12/2007 | 514 | Fine, Joselyn | 2 | 130681 UCC | $344.00 | VENDOR: CSC; INVOICE#: 49674438; DATE: 4/17/2007 |
| 4/12/2007 | 514 | Fine, Joselyn | 2 | 130681 UCC | $312.50 | VENDOR: CSC; INVOICE#: 49675605; DATE: 4/17/2007 |
| | **Total UCC Search Fees:** | | | | **$5,015.50** | |

**WORD PROCESSING OVERTIME**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/17/2007 | 874 | Graziano, Marlena N. | 2 | 130681 WPOT | $195.00 | |
| 4/30/2007 | 972 | Janice O'Kane | 2 | 130681 WPOT | $175.50 | |
| | **Total Word Processing Overtime:** | | | | **$370.50** | |

| | **TOTAL APRIL EXPENSES:** | | | | **$16,740.88** | |