### Notice of Unpaid Real Property Taxes
### Lee County, Florida

August 30, 2007

| Assessed Owner | Account Number |
|---|---|
| NEW CENTURY MORTGAGE CORP | 18-43-24-C2-05733.0340 |

| Site Address / Legal Description |
|---|
| 4425 NE 15TH AVE CAPE CORAL 33909 |
| CAPE CORAL UNIT 87 BLK 5733 PB 24 PG 87 LOTS 34 + 35 |

See reverse side of this notice for important payment instructions and information.

| | | If payment is received in: | |
|---|---|---|---|
| Item Id | Tax Year | August 2007 | September 2007 |
| 07-030657 | 2006 | $1,533.07 | $1,533.07 |
| **TOTAL AMOUNT DUE:** | | **$1,533.07** | **$1,533.07** |

Payment must be made by a cashier's check, certified check or money order in U.S. funds drawn on a U.S. bank. The amount due for delinquent taxes is determined by the date received by the Tax Collector, not the date postmarked. See reverse side for additional payment options.
** Personal and business checks are not accepted. **

---

### Notice of Unpaid Real Property Taxes
Lee County, Florida

August 30, 2007

Pay only one amount

| Account Number | August 2007 | September 2007 |
|---|---|---|
| 18-43-24-C2-05733.0340 | $1,533.07 | $1,533.07 |

Remit cashier's check, certified check or money order in U.S. funds drawn on a U.S. bank payable to:

**LEE COUNTY TAX COLLECTOR**
**P.O. BOX 630**
**FORT MYERS FL 33902-0630**



NEW CENTURY MORTGAGE CORP
1610 ST ANDREWS PL
SANTA ANA CA 92705

| Indicate which item(s) you are paying. | ✓ |
|---|---|
| 07-030657    2006 | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Personal or business checks are not accepted.

**PLEASE RETURN THIS PORTION WITH PAYMENT**

## IMPORTANT INSTRUCTIONS AND INFORMATION - PLEASE READ

1. The attached notice reflects the amount of outstanding taxes associated with your property for the year(s) indicated. The amount due is subject to change without notice due to statutory compliance.

2. Please **verify the legal description** associated with this notice. Report discrepancies to the Property Appraiser immediately. If you no longer **own this real property,** please forward this notice to the new owner(s). If you **owned assets associated with this tangible notice** as of January 1, or purchased the assets, you are responsible for payment of the tangible taxes. Contact the Property Appraiser at P.O. Box 1546, Fort Myers, Florida 33902, www.leepa.org , or (239) 533-6100 for information regarding tangible assets.

3. Any unpaid taxes may result in a tax certificate or warrant being issued against the property. Failure to pay delinquent taxes could result in the loss of the property or tangible assets. Florida law imposes the following charges once taxes become delinquent:

   **Real Estate Property Taxes:**    A minimum 3% mandatory charge is imposed on April 1, plus advertising costs. Tax certificates are sold on unpaid accounts on or before June 1 resulting in additional charges.

   **Tangible Personal Property Taxes:**    Interest accrues at 18% annually plus advertising costs and fees. Tax warrants are issued on unpaid tangible personal property taxes.

4. **Paying by CREDIT CARD -**   use our website www.leetc.com  to pay by credit card, or contact our Customer Support Department at (239) 533-6000. You will need your account number located on the front of this notice. We accept Visa, MasterCard, Discover, and American Express. A 2% fee is charged on the total amount due. No portion of this fee is retained by the Tax Collector's office. Credit cards are not accepted at office locations.

5. **Paying by MAIL -**   please mail the bottom portion of this notice with your payment and keep the top portion for your records. Payment for delinquent taxes must be made in the form of cashier's check, certified check or money order in U.S. funds drawn on a U.S. bank. Cash or debit cards are accepted at all office locations.    **Personal and business checks are not accepted**  for delinquent taxes and will be returned, possibly resulting in additional fees. Please include your account number, located on the front of this notice, on your payment. To avoid additional interest and/or costs, the amount due must be received on or before the last working day of the month stated.

6. **Paying in PERSON -**   Cash, debit card, money order, cashier's check or certified check are accepted at all office locations. Credit cards are only accepted via internet and by telephone.

7. **Governmental office responsibilities:**

   **Property Appraiser -**    prepares the ad valorem tax roll, which includes the assessed and taxable values, applies exemptions, maintains owner(s) name and address, and legal description. Questions or concerns regarding these issues should be directed to the Lee County Property Appraiser, at P. O. Box 1546, Fort Myers, Florida 33902,   www.leepa.org , or (239) 533-6100. Office hours are 8:30 AM to 5:00 PM Monday through Friday, except for holiday closings. For your convenience, you may complete the form below to change your mailing address when remitting payment to the Tax Collector's office. The information will be forwarded to the Property Appraiser's office.

   **Tax Collector -**    mails tax notices, and collects taxes and assessments based on the information provided by the Property Appraiser and certain levying authorities. Questions concerning payment of taxes should be directed to the Lee County Tax Collector, at P. O. Box 630, Fort Myers, Florida 33902-0630,   www.leetc.com , or (239) 533-6000. Office hours are 8:30 AM to 5:00 PM Monday through Friday, except for holiday closings.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# Change of Mailing Address

To change your mailing address, complete this form and return it with your payment. Your request will be forwarded to the Property Appraiser who is responsible for all address changes to the tax roll. Allow 3-4 weeks to process an address change.

We recommend you contact the Property Appraiser at P.O. Box 1546, Fort Myers, Florida 33902, (239) 533-6100 or visit their website, www.leepa.org  to confirm completion of your request. Failure to receive a tax notice does not extend discounts offered.
**PLEASE PRINT BELOW.**

Name: |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   | Phone: (     ) _____ - _____

Street or PO Box Number: |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

City: |   |   |   |   |   |   |   |   |   |   |   |   | State: |   |   | Zip Code: |   |   |   |   |   |

Signature: _____ Date: _____/_____/_____