IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | CASE NO. 07-10416 (KJC) |
| INC., a Delaware corporation, <u>et</u>. <u>al</u>., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## REQUEST FOR NOTICES

Please take notice that pursuant to §1109(b) of the United States Bankruptcy Code, if

applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests

that all notices given or required to be given in this case, and all pleadings and notices of all matters

of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules,

and Local Bankruptcy Rules with respect to the administration of this case be given to and served

upon the following:

> Gwinnett Center, LLC
> c/o Heather D. Dawson, Esq.
> Kitchens Kelley Gaynes, P.C.
> Suite 900, 11 Piedmont Center
> 3495 Piedmont Road, N.E.
> Atlanta, Georgia 30305
> Telephone:  (404) 237-4100
> Facsimile:  (404) 364-0126
> email: hdawson@kkgpc.com

Please take further notice that pursuant to §1109(b) of the United States Bankruptcy

Code, if applicable, the foregoing request includes the notices and papers referred to in Rule

2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization

and objections thereto, notices of any orders, pleadings, motions, applications, complaints,

demands, hearings, requests or petitions, disclosure statements, answering or reply papers,

memoranda and briefs in support of any of the foregoing and any other document brought before

this Court with respect to these proceedings, whether formal or informal, whether written or oral,

and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

Respectfully submitted,

KITCHENS KELLEY GAYNES, P.C.

By: _____

Heather D. Dawson
Georgia Bar No. 100169

Attorneys for Gwinnett Center, LLC

Eleven Piedmont Center, Suite 900
3495 Piedmont Road, N.E.
Atlanta, Georgia 30305
(404) 237-4100

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above REQUEST FOR NOTICES has been served upon the parties listed below, via first class mail, postage prepaid, and addressed as follows:

**Christopher M. Samis**
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**Bonnie Glantz Fatell**
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

This 24th day of August 2007.

_____
Heather D. Dawson

2