<u>Exhibit A</u>

Executory Contracts

| Contract | Date of Agreement | Monthly Obligation | Expiration Date |
|---|---|---|---|
| Commercial Sales Proposals/Agreements, dated as of February 2, 2007, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 2/2/2007 | $45.42 | 2/2/2012 |
| Commercial Sales Proposals/Agreements, dated as of December 13, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 12/13/2004 | $68.83 | 12/13/2009 |
| Commercial Sales Proposals/Agreements, dated as of December 21, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 12/21/2004 | $136.83 | 12/21/2009 |
| Commercial Sales Proposals/Agreements, dated as of November 5, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 11/5/2003 | $47.30 | 11/5/2008 |
| Commercial Sales Proposals/Agreements, dated as of September 10, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 9/10/2004 | $177.85 | 9/10/2009 |

1

| Contract | Date of Agreement | Monthly Obligation | Expiration Date |
|---|---|---|---|
| Commercial Sales Proposals/Agreements, dated as of March 17, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 3/17/2003 | $48.79 | 3/17/2008 |
| Commercial Sales Proposals/Agreements, dated as of February 17, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 2/17/2004 | $228.76 | 2/17/2009 |
| Commercial Sales Proposals/Agreements, dated as of November 20, 2002, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 11/20/2002 | $150.26 | 11/20/2007 |
| Commercial Sales Proposals/Agreements, dated as of January 16, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 1/16/2003 | $72.67 | 1/16/2008 |
| Commercial Sales Proposals/Agreements, dated as of April 29, 2005, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 4/29/2005 | $343.93 | 4/29/2010 |
| Commercial Sales Proposals/Agreements, dated as of April 25, 2006, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 4/25/2006 | $49.00 | 4/25/2011 |

2

| Contract | Date of Agreement | Monthly Obligation | Expiration Date |
|---|---|---|---|
| Commercial Sales Proposals/Agreements, dated as of January 16, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 1/16/2003 | $322.72 | 1/16/2008 |
| Commercial Sales Proposals/Agreements, dated as of April 21, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 4/21/2004 | $179.46 | 4/21/2009 |
| Commercial Sales Proposals/Agreements, dated as of December 22, 2006, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 12/22/2006 | $121.25 | 12/22/2011 |
| Commercial Sales Proposals/Agreements, dated as of May 4, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 5/4/2004 | $68.56 | 5/4/2009 |
| Commercial Sales Proposals/Agreements, dated as of June 2, 2006, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 6/2/2006 | $220.17 | 6/2/2011 |
| Commercial Sales Proposals/Agreements, dated as of July 21, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 7/21/2004 | $52.33 | 7/21/2009 |

LA3:1137969.1
RLF1-3196037-1

| Contract | Date of Agreement | Monthly Obligation | Expiration Date |
|---|---|---|---|
| Commercial Sales Proposals/Agreements, dated as of February 2, 2007, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 2/2/2007 | $51.00 | 2/2/2012 |
| Commercial Sales Proposals/Agreements, dated as of March 28, 2005, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 3/28/2005 | $264.67 | 3/28/2010 |
| Commercial Sales Proposals/Agreements, dated as of February 12, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 2/12/2003 | $42.82 | 2/12/2008 |
| Commercial Sales Proposals/Agreements, dated as of January 21, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 1/21/2003 | $106.74 | 1/21/2008 |
| Commercial Sales Proposals/Agreements, dated as of September 8, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 9/8/2003 | $124.86 | 9/8/2008 |
| Commercial Sales Proposals/Agreements, dated as of July 22, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 7/22/2004 | $57.92 | 7/22/2009 |

4

| Contract | Date of Agreement | Monthly Obligation | Expiration Date |
|---|---|---|---|
| Commercial Sales Proposals/Agreements, dated as of February 2, 2007, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 2/2/2007 | $45.42 | 2/2/2012 |
| Commercial Sales Proposals/Agreements, dated as of December 18, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 12/18/2003 | $278.27 | 12/18/2008 |
| Commercial Sales Proposals/Agreements, dated as of July 22, 2006, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 7/22/2006 | $69.42 | 7/22/2011 |
| Commercial Sales Proposals/Agreements, dated as of July 27, 2006, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 7/27/2006 | $183.08 | 7/27/2011 |
| Commercial Sales Proposals/Agreements, dated as of February 21, 2006, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 2/21/2006 | $47.08 | 2/21/2011 |
| Commercial Sales Proposals/Agreements, dated as of November 23, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 11/23/2004 | $110.60 | 11/23/2009 |

5

| Contract | Date of Agreement | Monthly Obligation | Expiration Date |
|---|---|---|---|
| Commercial Sales Proposals/Agreements, dated as of February 16, 2005, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 2/16/2005 | $61.00 | 2/16/2010 |
| Commercial Sales Proposals/Agreements, dated as of December 23, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 12/23/2003 | $206.87 | 12/23/2008 |
| Commercial Sales Proposals/Agreements, dated as of June 12, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 6/12/2003 | $54.07 | 6/12/2008 |
| Commercial Sales Proposals/Agreements, dated as of July 18, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 7/18/2003 | $9.23 | 7/18/2008 |
| Commercial Sales Proposals/Agreements, dated as of January 6, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 1/6/2004 | $5.54 | 1/6/2009 |
| Commercial Sales Proposals/Agreements, dated as of January 16, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 1/16/2004 | $18.99 | 1/16/2009 |

LA3:1137969.1
RLF1-3196037-1

| Contract | Date of Agreement | Monthly Obligation | Expiration Date |
|---|---|---|---|
| Commercial Sales Proposals/Agreements, dated as of January 29, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 1/29/2004 | $27.25 | 1/29/2009 |
| Commercial Sales Proposals/Agreements, dated as of August 7, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 8/7/2003 | $121.50 | 8/7/2008 |
| Commercial Sales Proposals/Agreements, dated as of March 18, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 3/18/2004 | $11.87 | 3/18/2009 |
| Commercial Sales Proposals/Agreements, dated as of September 17, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 9/17/2003 | $27.25 | 9/17/2008 |
| Commercial Sales Proposals/Agreements, dated as of September 27, 2002, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 9/27/2002 | $1,086.50 | 9/27/2007 |

7

| Contract | Date of Agreement | Monthly Obligation | Expiration Date |
|---|---|---|---|
| Commercial Sales Proposals/Agreements, dated as of February 21, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 2/21/2003 | $83.96 | 2/21/2008 |
| Commercial Sales Proposals/Agreements, dated as of July 18, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 7/18/2003 | $7.83 | 7/18/2008 |
| Commercial Sales Proposals/Agreements, dated as of January 6, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 1/6/2004 | $88.36 | 1/6/2009 |
| Commercial Sales Proposals/Agreements, dated as of March 23, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 3/23/2004 | $100.67 | 3/23/2009 |
| Commercial Sales Proposals/Agreements, dated as of June 3, 2005, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 6/3/2005 | $223.33 | 6/3/2010 |
| Commercial Sales Proposals/Agreements, dated as of July 1, 2005, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 7/1/2005 | $214.08 | 7/1/2010 |

8

| Contract | Date of Agreement | Monthly Obligation | Expiration Date |
|---|---|---|---|
| Commercial Sales Proposals/Agreements, dated as of June 3, 2005, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 6/3/2005 | $227.17 | 6/3/2010 |
| Commercial Sales Proposals/Agreements, dated as of July 1, 2005, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 7/1/2005 | $172.67 | 7/1/2010 |
| Commercial Sales Proposals/Agreements, dated as of June 20, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 6/20/2003 | $95.83 | 6/20/2008 |
| Commercial Sales Proposals/Agreements, dated as of January 13, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 1/13/2004 | $67.08 | 1/13/2009 |
| Commercial Sales Proposals/Agreements, dated as of September 28, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 9/28/2004 | $4.04 | 9/28/2009 |
| Commercial Sales Proposals/Agreements, dated as of March 11, 2005, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 3/11/2005 | $184.50 | 3/11/2010 |

| Contract | Date of Agreement | Monthly Obligation | Expiration Date |
|---|---|---|---|
| Commercial Sales Proposals/Agreements, dated as of August 1, 2005, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 8/1/2005 | $48.50 | 8/1/2010 |
| Commercial Sales Proposals/Agreements, dated as of June 15, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 6/15/2004 | $51.52 | 6/15/2009 |
| Commercial Sales Proposals/Agreements, dated as of September 18, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 9/18/2003 | $47.04 | 9/18/2008 |
| Commercial Sales Proposals/Agreements, dated as of June 15, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 6/15/2004 | $50.84 | 6/15/2009 |
| Commercial Sales Proposals/Agreements, dated as of February 13, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 2/13/2004 | $206.87 | 2/13/2009 |
| Commercial Sales Proposals/Agreements, dated as of Feburary 17, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 2/17/2004 | $129.74 | 2/17/2009 |

10

| Contract | Date of Agreement | Monthly Obligation | Expiration Date |
|---|---|---|---|
| Commercial Sales Proposals/Agreements, dated as of May 12, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 5/12/2004 | $51.58 | 5/12/2009 |
| Commercial Sales Proposals/Agreements, dated as of June 6, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 6/6/2003 | $206.78 | 6/6/2008 |
| Commercial Sales Proposals/Agreements, dated as of May 17, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 5/17/2004 | $93.08 | 5/17/2009 |
| Commercial Sales Proposals/Agreements, dated as of May 5, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 5/5/2004 | $38.25 | 5/5/2009 |
| Commercial Sales Proposals/Agreements, dated as of December 20, 2006, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 12/20/2006 | $47.58 | 12/20/2011 |
| Commercial Sales Proposals/Agreements, dated as of August 1, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 8/1/2003 | $48.09 | 8/1/2008 |

11

| Contract | Date of Agreement | Monthly Obligation | Expiration Date |
|---|---|---|---|
| Commercial Sales Proposals/Agreements, dated as of January 27, 2005, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 1/27/2005 | $187.83 | 1/27/2010 |
| Commercial Sales Proposals/Agreements, dated as of December 23, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 12/23/2003 | $41.67 | 12/23/2008 |
| Commercial Sales Proposals/Agreements, dated as of October 21, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 10/21/2004 | $236.06 | 10/21/2009 |
| Commercial Sales Proposals/Agreements, dated as of June 14, 2005, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 6/14/2005 | $48.33 | 6/14/2010 |
| Commercial Sales Proposals/Agreements, dated as of November 21, 2002, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 11/21/2002 | $443.84 | 11/21/2007 |
| Commercial Sales Proposals/Agreements, dated as of August 10, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 8/10/2004 | $83.35 | 8/10/2009 |

LA3:1137969.1
RLF1-3196037-1

| Contract | Date of Agreement | Monthly Obligation | Expiration Date |
|---|---|---|---|
| Commercial Sales Proposals/Agreements, dated as of September 29, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 9/29/2004 | $49.23 | 9/29/2009 |
| Commercial Sales Proposals/Agreements, dated as of January 25, 2007, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 1/25/2007 | $47.42 | 1/25/2012 |
| Commercial Sales Proposals/Agreements, dated as of January 13, 2005, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 1/13/2005 | $168.42 | 1/13/2010 |
| Commercial Sales Proposals/Agreements, dated as of January 18, 2005, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 1/18/2005 | $74.33 | 1/18/2010 |
| Commercial Sales Proposals/Agreements, dated as of November 6, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 11/6/2003 | $50.09 | 11/6/2008 |

13

| Contract | Date of Agreement | Monthly Obligation | Expiration Date |
|---|---|---|---|
| Commercial Sales Proposals/Agreements, dated as of October 21, 2005, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 10/21/2005 | $256.25 | 10/21/2010 |
| Commercial Sales Proposals/Agreements, dated as of June 20, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 6/20/2003 | $45.48 | 6/20/2008 |
| Commercial Sales Proposals/Agreements, dated as of October 25, 2006, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 10/26/2006 | $237.67 | 10/25/2011 |
| Commercial Sales Proposals/Agreements, dated as of March 21, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 3/21/2003 | $49.50 | 3/21/2008 |
| Commercial Sales Proposals/Agreements, dated as of June 25, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 6/25/2004 | $148.00 | 6/25/2009 |
| Commercial Sales Proposals/Agreements, dated as of June 2, 2005, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 6/2/2005 | $51.33 | 6/2/2010 |

| Contract | Date of Agreement | Monthly Obligation | Expiration Date |
|---|---|---|---|
| Commercial Sales Proposals/Agreements, dated as of April 8, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 4/8/2003 | $50.10 | 4/8/2008 |
| Commercial Sales Proposals/Agreements, dated as of August 27, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 8/27/2004 | $96.38 | 8/27/2009 |
| Commercial Sales Proposals/Agreements, dated as of September 1, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 9/1/2004 | $66.98 | 9/1/2009 |
| Commercial Sales Proposals/Agreements, dated as of August 18, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 8/18/2004 | $193.06 | 8/18/2009 |
| Commercial Sales Proposals/Agreements, dated as of April 28, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 4/28/2003 | $161.77 | 4/28/2008 |
| Commercial Sales Proposals/Agreements, dated as of October 15, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 10/15/2003 | $230.87 | 10/15/2008 |

| Contract | Date of Agreement | Monthly Obligation | Expiration Date |
|---|---|---|---|
| Commercial Sales Proposals/Agreements, dated as of November 18, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 11/18/2003 | $129.94 | 11/18/2008 |
| Commercial Sales Proposals/Agreements, dated as of August 2, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 8/2/2004 | $34.99 | 8/2/2009 |
| Commercial Sales Proposals/Agreements, dated as of April 25, 2006, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 4/25/2006 | $46.92 | 4/25/2011 |
| Commercial Sales Proposals/Agreements, dated as of February 2, 2007, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 2/2/2007 | $48.92 | 2/2/2012 |
| Commercial Sales Proposals/Agreements, dated as of June 4, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 6/4/2004 | $49.50 | 6/4/2009 |
| Commercial Sales Proposals/Agreements, dated as of July 15, 2005, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 7/15/2005 | $47.75 | 7/15/2010 |

16

| Contract | Date of Agreement | Monthly Obligation | Expiration Date |
|---|---|---|---|
| Commercial Sales Proposals/Agreements, dated as of April 6, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 4/6/2004 | $48.25 | 4/6/2009 |
| Commercial Sales Proposals/Agreements, dated as of May 5, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 5/5/2004 | $283.92 | 5/5/2009 |
| Commercial Sales Proposals/Agreements, dated as of February 19, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 2/19/2003 | $48.62 | 2/19/2008 |
| Commercial Sales Proposals/Agreements, dated as of June 22, 2005, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 6/22/2005 | $49.00 | 6/22/2010 |
| Commercial Sales Proposals/Agreements, dated as of December 20, 2006, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 12/20/2006 | $47.58 | 12/20/2011 |
| Commercial Sales Proposals/Agreements, dated as of February 2, 2007, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 2/2/2007 | $46.25 | 2/2/2012 |

17

| Contract | Date of Agreement | Monthly Obligation | Expiration Date |
|---|---|---|---|
| Commercial Sales Proposals/Agreements, dated as of February 2, 2007, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 2/2/2007 | $45.42 | 2/2/2012 |
| Commercial Sales Proposals/Agreements, dated as of March 10, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 3/10/2003 | $179.35 | 3/10/2008 |
| Commercial Sales Proposals/Agreements, dated as of September 1, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 9/1/2004 | $36.75 | 9/1/2009 |
| Commercial Sales Proposals/Agreements, dated as of April 4, 2003, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 4/4/2003 | $217.87 | 4/4/2008 |
| Commercial Sales Proposals/Agreements, dated as of November 1, 2004, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 11/1/2004 | $205.20 | 11/1/2009 |
| Commercial Sales Proposals/Agreements, dated as of April 1, 2005, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 4/1/05 | $528.67 | 4/1/2010 |

18

| Contract | Date of Agreement | Monthly Obligation | Expiration Date |
|---|---|---|---|
| Commercial Sales Proposals/Agreements, dated as of March 4, 2005, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 3/4/05 | $482.42 | 3/4/2010 |
| Commercial Sales Proposals/Agreements, dated as of July 1, 2005, by and between New Century Mortgage Corporation and ADT Security Services, Inc. | 7/1/05 | $179.17 | 7/1/2010 |

19