## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| NEW CENTURY TRS HOLDINGS, INC., ET. AL., | § § § | CASE NO. 07-10416-KJC |
| | § | Chapter 11 |
| Debtors. | § § | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, the undersigned moves the admission *pro hac vice* of **Michael Shore, Esquire** to represent Positive Software Solutions, Inc., in this action.

**FOX ROTHSCHILD LLP**

/s/ Carl D. Neff
Daniel K. Astin (Del. No. 4068)
Anthony M. Saccullo (Del. No. 4141)
Carl D. Neff (Del No. 4895)
Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444
asaccullo@foxrothschild.com

Dated: August 31, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, the United States District Court for the Northern, Eastern, Western and Southern Districts of Texas, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Federal Circuit, and the United States Supreme Court and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court*

Michael Shore, Esquire
Shore Chan Bragalone LLP
325 North Saint Paul Street-Suite 4450
Dallas, Texas 75201
214.593.9110 Telephone
214.593.9111 Facsimile
shore@shorechan.com

* Receipt No. 148750

WMIA 1051461 08 28 07

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

BY THE COURT:

Dated: _____

_____
The Honorable Kevin J. Carey
United States Bankruptcy Court

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) copies of the attached pleading were served this 31th day of August, 2007 on the following individuals, in the manner indicated:

**VIA HAND DELIVERY**
Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street
Room 2207, Lockbox 35
Wilmington, Delaware 19801

**VIA HAND DELIVERY**
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Marcus A. Ramos, Esquire
Christopher M. Samis, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19899
*Counsel to the Debtors*

**VIA FIRST CLASS MAIL**
Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
Emily R. Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
*Counsel to the Debtors*

**VIA HAND DELIVERY**
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market St., Suite 800
Wilmington, DE 19801
*Counsel to the Official Committee of Unsecured Creditors*

**VIA FIRST CLASS MAIL**
Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen LLP
448 Madison Avenue
New York, NY 10022
*Counsel to the Official Committee of Unsecured Creditors*

/s/ Carl D. Neff
Carl D. Neff (Del. No. 4895)