# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*,[1] | : | Case No. 07-10416 (KJC) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | Re: Dkt. Nos. 1946 & 2121 |

## CERTIFICATION OF COUNSEL

The undersigned hereby certifies as follows:

1. On July 16, 2007, the Official Committee of Unsecured Creditors (the "Committee") filed a Motion for an Order directing the production of documents from KPMG pursuant to Bankruptcy Rules 2004 and 9016 (Docket No. 1946);

2. On August 1, 2007, KPMG filed its Opposition to the Committee's Rule 2004 Motion (Docket No. 2121);

3. The Court heard the Motion and Objection thereto at a hearing on August 7, 2007. Subsequent to the hearing and in accordance with the representations on the record and the Court's direction on the record during the hearing, the parties have consented to the submission of the following attached Orders: (1) Order Granting Motion of the Official Committee of

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

127340.01600/40170971v.1

Unsecured Creditors for an Order Directing the Production of Documents from KPMG Pursuant to Bankruptcy Rules 2004 and 9016; and (2) Protective Order Relating to Order Granting Motion of the Official Committee of Unsecured Creditors for Order Directing the Production of Documents from KPMG Pursuant to Bankruptcy Rules 2004 and 9016;

4. Accordingly, the Parties and the Committee respectfully request entry of the attached Orders.

Dated: August 31, 2007                              **BLANK ROME LLP**

*[signature]*
Bonnie Glantz Fatell
Blank Rome LLP
Chase Manhattan Centre
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Phone: 302-425-6423
Email: Fatell@BlankRome.com

*Co-Counsel to the Official Committee of
Unsecured Creditors of New Century TRS
Holdings, Inc., et al.*

127340.01600/40170971v.1