**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In the Matter of: | Chapter 11 Case |
| New Century TRS Holdings, Inc. , a Delaware corporation, et al., | Case No. 07-10416 |
| Debtors. _____/ | Jointly Administered |

**WITHDRAWAL OF LEE COUNTY**
**TAX COLLECTOR'S SECURED CLAIM**

COMES NOW the LEE COUNTY TAX COLLECTOR, by undersigned designee, and withdraws the Lee County Tax Collector's secured claim filed herein for the reason that the Delaware Bankruptcy Court does not accept electronically filed claims.  This claim has been re-filed in paper form and sent to the court.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by electronic notice, if registered in the Electronic Case Filing System; otherwise by U. S. mail, postage prepaid, this 31st day of August, 2007 to: Christopher M. Samis, Esq., Richards, Layton & Finger, P.A., 920 N. King Street, Wilmington, DE 19801, U. S. Trustee, 844 King Street, Room 2207, Lockbox #35, Wilmington, DE 19899-0035 and to New Century TRS Holdings, Inc., 3121 Michelson Drive, Suite 600, Irvine, CA 92612.

/s/Toni McNaughton
Toni McNaughton
Legal Specialist for the
LEE COUNTY TAX COLLECTOR
Post Office Box 850
Fort Myers, FL 33902-0280
239-533-6067