

CT
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

August 29, 2007

Christopher M. Samis
Richards, Layton & Finger, P.A.
One Rodney Square,
920 North King Street,
Wilmington, DE  19801

Re:  In re: New Century TRS Holdings, Inc., etc., et al., Debtors // To: Verizon

Case No.  07-10416

Dear Sir/Madam:

We are herewith returning the Notice which we received regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name: **Verizon**. In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the document(s) to us and we will be glad to forward it on.

Very truly yours,

Amy Carmenucci
Process Specialist

Log# 512541671

FedEx Tracking # 7908 1631 2310

cc:  Delaware U.S. District Court
     J. Caleb Boggs Fed. Bldg.,
     Lockbox 18,
     844 N King St., Rm. 4209,
     Wilmington, DE  19801-3570