

CT
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

August 29, 2007

Christopher M. Samis
Richards, Layton & Finger, P.A.
One Rodney Square,
920 North King Street,
Wilmington, DE  19801

Re:  In re: New Century TRS Holdings, Inc., etc., et al., Debtors // To: Reliance National Ins Co

Case No.  07-10416

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for Reliance National Insurance Company

Reliance National Insurance Company is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain a record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Amy Carmenucci
Process Specialist

Log# 512541753

FedEx Tracking # 7908 1631 2310

cc:  Delaware U.S. District Court
     J. Caleb Boggs Fed. Bldg.,
     Lockbox 18,
     844 N King St., Rm. 4209,
     Wilmington, DE  19801-3570