# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)
Motion filed by The Bank of New York, as Trust Administrator c/o Ocwen Loan Servicing, LLC

| Note Date | Obligors | Original Obligee | Principal Note Amount | Interest Rate (in %) | Property Address |
|---|---|---|---|---|---|
| April 9, 1999 | Deborah A. Crable | Heartland Home Finance Inc. | $72,000 | 10.400 | 2117 Blake Avenue NW, Canton, OH 44708 |
| June 6, 2002 | Clifford Darnell and Melissa Darnell | New Century Mortgage Corporation | $71,920.00 | 7.50 | 5415 Haven Circle, Hixon, TN 37345 |