# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)
Motion filed by Deutsche Bank National Trust Company, as Trustee c/o Ocwen Loan Servicing, LLC

| Note Date | Obligors | Original Obligee | Principal Note Amount | Interest Rate (in %) | Property Address |
|---|---|---|---|---|---|
| July 20, 2005 | Alejandra Pimentel | New Century Mortgage Corporation | $213,920.00 | 6.525 | 3900 Prospect Street, Las Vegas, NV 89108 |
| August 23, 2005 | Alejandra R. Balboa | New Century Mortgage Corporation | $604,000 | 7.0 | 2521 Topaz Court, Oxnard, CA 93030 |
| August 24, 2005 | Alexander Orlov and Raisa Orlov | New Century Mortgage Corporation | $348,397.00 | 7.950 | 877 Devonshire Lane, Lincoln, CA 95648 |
| August 25, 2005 | Amy M. Bailey and Grant J. Bailey | New Century Mortgage Corporation | $152,000.00 | 6.6 | 1415 West 8th Street, Medford, OR 97501 |
| August 25, 2006 | Ana M. Sorto | New Century Mortgage Corporation | $99,000.00 | 9.990 | 6400 Lindley Ave., Reseda Area, CA 91335 |
| February 24, 2006 | Angelina Medina | New Century Mortgage Corporation | $280,000.00 | 8.975 | 693 Balfour Drive, San Jose, CA 95111 |
| April 13, 2006 | Antonio Torres | New Century Mortgage Corporation | $212,000 | 8.675 | 718 Edgar Ave., Beaumont, CA 92223 |
| March 4, 2006 | Ayeshia Rivera | New Century Mortgage Corporation | $327,200 | 6.375 | 27 Beverly Drive, Vallejo, CA 94591 |
| April 17, 2006 | Carl and Glenda Arwood | New Century Mortgage Corporation | $97,200.00 | 7.725 | 158 Whitson Dr., Elizabethton, TN 37643 |
| March 13, 2006 | Christopher Forbes | New Century Mortgage Corporation | $280,000.00 | 9.275 | 2S161 Ivy Lane, Lombard, IL 60148 |
| April 13, 2006 | Christos Laware | New Century Mortgage Corporation | $448,000.00 | 9.150 | 2428 Kacie Lane, St. Augustine, FL 32084 |
| April 14, 2006 | Cleotilde Chavez | New Century Mortgage Corporation | $464,000.00 | 7.500 | 9151 Orion Avenue, North Hills Area, CA 91343 |
| August 8, 2005 | Daniel Sanchez and Beverly Sanchez | New Century Mortgage Corporation | $391,200.00 | 6.825 | 149 West Hillsdale Street, Inglewood, CA 90302 |

| Note Date | Obligors | Original Obligee | Principal Note Amount | Interest Rate (in %) | Property Address |
|---|---|---|---|---|---|
| July 29, 2005 | Donether Barnes | New Century Mortgage Corporation | $110,320.00 | 7.425 | 6656 Vanburn Place, Merrillville, IN 46410 |
| March 10, 2006 | Fred E. Sams, Sr. and Rose L. Sams | New Century Mortgage Corporation | $616,000.00 | 8.30 | 3799 Dawsonia Street, Bonita, CA 91902 |
| August 25, 2005 | Hector Riega | New Century Mortgage Corporation | $556,000.00 | 6.125 | 1827 Sea Spring Drive, Hacienda Heights, CA 91745 |
| March 17, 2006 | Jacqueline Watson | New Century Mortgage Corporation | $23,400.00 | 13.3 | 139 Mickler Drive, Ladson, SC 29456 |
| June 27, 2005 | Jason C. Benoit | New Century Mortgage Corporation | $89,600.00 | 6.325 | 235 State Street #223, Springfield, MA 01103 |
| August 30, 2005 | Javier Martinez | New Century Mortgage Corporation | $288,000.00 | 6.850 | 1 Winchester Drive, Lindenhurst, NY 11757 |
| April 17, 2006 | Jeffrey Desler and Lisa Desler | New Century Mortgage Corporation | $169,600.00 | 7.70 | 3159 North Brook Street, Kingman, AZ 86401 |
| February 28, 2006 | Jerome Tillman and Brenda Tillman | New Century Mortgage Corporation | $152,000.00 | 7.625 | 7769 Enderby Avenue E, Jacksonville, FL 32244 |
| September 6, 2005 | Joseph X. Pranckevicus | New Century Mortgage Corporation | $127,200.00 | 7.100 | 5643/5645 Sixth Avenue, Fort Myers, FL 33907 |
| July 27, 2005 | Joshua K. Glazier | New Century Mortgage Corporation | $168,920.00 | 6.175 | 357 North 3220 West, Hurricane, UT 84737 |
| July 29, 2005 | Juan Borbon | New Century Mortgage Corporation | $86,999.80 | 10.100 | 2468 Hysler Street, East Meadow, NY 11554 |
| August 25, 2005 | Juan Borbon | New Century Mortgage Corporation | $347,999.00 | 6.725 | 2468 Hysler Street, East Meadow, New York, NY 11554 |
| April 11, 2006 | Justin Suesse | New Century Mortgage Corporation | $21,000.00 | 10.100 | 3248 West 88th Street, Cleveland, OH 44102 |
| April 11, 2006 | Karen Anderson | New Century Mortgage Corporation | $448,000.00 | 7.450 | 3400 West 85th Street, Inglewood, CA 90305 |

| Note Date | Obligors | Original Obligee | Principal Note Amount | Interest Rate (in %) | Property Address |
|---|---|---|---|---|---|
| April 5, 2006 | Khristene Guadalupe | New Century Mortgage Corporation | $331,200.00 | 9.625 | 2111 North 94th Glen, Phoenix, AZ 85037 |
| March 24, 2006 | Lorre McAninch | New Century Mortgage Corporation | $536,000.00 | 7.970 | 471 & 473 Ocean View Avenue, Pismo Beach, CA 93449 |
| July 18, 2005 | Luis Colon and Methabel Colon | New Century Mortgage Corporation | $208,000.00 | 6.850 | 23 Tyson Lane, Jersey City, NJ 07304 |
| April 6, 2006 | Maria Navarro | New Century Mortgage Corporation | $240,000.00 | 7.70 | 168 Majorca Circle, Sacramento, CA 95823 |
| August 13, 2005 | Meena Vu and Malina Vu | New Century Mortgage Corporation | $340,082 | 6.775 | 876 Lily Avenue, Sanger, CA 93657 |
| March 6, 2001 | Michael McCann and Gayla McCann | New Century Mortgage Corporation | $100,000.00 | 10.25 | 15611 Meigs Boulevard, Brookpark, OH 44142 |
| March 16, 2006 | Michalyn Jacobs | New Century Mortgage Corporation | $488,000.00 | 7.225 | 2139 Yellowstone Avenue, Tracy, CA 95377 |
| April 21, 2006 | Nyasha Bralock | New Century Mortgage Corporation | $200,000.00 | 9.275 | 2890 East Artesia 25, Long Beach, CA 90805 |
| August 31, 2005 | Omar H. Abushamma | New Century Mortgage Corporation | $124,000.00 | 7.550 | 9327 Helmsley Drive, Cordova, TN 38106 |
| April 7, 2006 | Paul Johnson | New Century Mortgage Corporation | $264,000.00 | 9.225 | 581 East 1st Street, Lowell, OR 97452 |
| April 27, 2006 | Porter Randle, Jr. | New Century Mortgage Corporation | $148,800.00 | 8.575 | 512 West 57th Street, Chicago, IL 60621 |
| April 4, 2006 | Richard A. Davidson | New Century Mortgage Corporation | $156,000.00 | 8.625 | 100 Walter Hill Road, Naples, ME 04055 |
| March 31, 2006 | Richard L. Willits and Jana K. Willits | New Century Mortgage Corporation | $228,000.00 | 8.950 | 553 Fork Mesa Court, Henderson, NV 89015 |
| March 30, 2006 | Ricky Maraj | New Century Mortgage Corporation | $320,000 | 8.700 | 353 Shepherd Ave., Brooklyn, NY 11208 |

| Note Date | Obligors | Original Obligee | Principal Note Amount | Interest Rate (in %) | Property Address |
|---|---|---|---|---|---|
| August 24, 2005 | Ricky Wetherspoon | New Century Mortgage Corporation | $112,000 | 7.8 | 347 W. 109th Street, Chicago IL 60628 |
| April 7, 2006 | Romel Erazo and Sandra E. Erazo | New Century Mortgage Corporation | $127,200.00 | 8.175 | 461 Hunter Circle, Kissimmee, FL 34758 |
| April 3, 2006 | Roxana A. Dorestes | New Century Mortgage Corporation | $263,200.00 | 7.125 | 12430 SW 217 St., Miami, FL 33170 |
| April 19, 2006 | Savita Trivedi | New Century Mortgage Corporation | $608,000.00 | 8.750 | 35978 Meriwether Way, Murrieta, CA 92562 |
| August 17, 2005 | Shannon Shuck | New Century Mortgage Corporation | $104,000.00 | 6.7 | 14929 Fisher Road, Tampa, Fl 33613 |
| April 13, 2006 | Sharon L. Stuebi Williams | New Century Mortgage Corporation | $93,524.00 | 7.950 | 1240 South Missouri Avenue #413, Clearwater, FL 33756 |
| September 1, 2005 | Stephenie R. Prowell | New Century Mortgage Corporation | $148,800.00 | 6.50 | 8700 SW Curry Drive, Unit B, Wilsonville, OR 97070 |
| August 24, 2005 | Tomesha Marshea Jefferson | New Century Mortgage Corporation | $93,600.00 | 7.300 | 381 Cedarcliff Road, Antioch, TN 37013 |
| August 22, 2005 | Willie Johnson | New Century Mortgage Corporation | $472,000.00 | 7.9 | 24061 Safiro Court, Wildomar, CA 92595 |