# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)
Motion filed by DLJ Mortgage Capital, Inc. c/o Ocwen Loan Servicing, LLC

| Note Date | Obligors | Original Obligee | Principal Note Amount | Interest Rate (in %) | Property Address |
|---|---|---|---|---|---|
| July 25, 2002 | Archie Sanders and Juanita Sanders | New Century Mortgage Corporation | $70,400.00 | 8.25 | 102 Bridlewood Trail, Warner Robins, GA 31088 |