# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)
Motion filed by HSBC Bank USA, N.A. as Trustee c/o Ocwen Loan Servicing, LLC

| Note Date | Obligors | Original Obligee | Principal Note Amount | Interest Rate (in %) | Property Address |
|---|---|---|---|---|---|
| February 11, 2005 | Crystal Lewallen | New Century Mortgage Corporation | $103,600 | 5.95 | 1122 West Helena Drive, Phoenix, AZ 85023 |
| May 25, 2005 | Jesse Allen Mann | New Century Mortgage Corporation | $300,000.00 | 6.000 | 16517 Necatrine Way, Lake Elsinore, CA 92530 |