# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)
Motion filed by MTGLQ Investors, L.P. c/o Ocwen Loan Servicing, LLC

| Note Date | Obligors | Original Obligee | Principal Note Amount | Interest Rate (in %) | Property Address |
|---|---|---|---|---|---|
| January 26, 2006 | Anthony Jones | New Century Mortgage Corporation | $528,000 | 9.425 | 708 West Macarthur Blvd., Oakland, CA 94609 |
| May 4, 2006 | Paul Cruikshanks | New Century Mortgage Corporation | $95,200.00 | 9.475 | 15 East Sable Court, Greenville, SC 29617 |