# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)
Motion filed by REO Properties Corporation c/o Ocwen Loan Servicing, LLC

| Note Date | Obligors | Original Obligee | Principal Note Amount | Interest Rate (in %) | Property Address |
|---|---|---|---|---|---|
| July 5, 2006 | Abdul Chowdhury | New Century Mortgage Corporation | $576,800.00 | 7.600 | 72-22 Calamus Avenue, Woodside, NY 11377 |
| November 22, 2005 | Alfredo Ferrales | New Century Mortgage Corporation | $295,200.00 | 7.650 | 8800 Burnet Avenue #18, North Hills, CA 91343 |
| July 14, 2006 | Artan Vokshi | New Century Mortgage Corporation | $640,000.00 | 9.450 | 16991 Nandia Avenue, Riverside CA 92504 |
| June 13, 2006 | Christina G. Zainos | Golden Empire Mortgage, Inc. | $344,000.00 | 8.425 | 1866 Wright Street, Pomona, CA 91766 |
| April 27, 2006 | Daniel Savedra | New Century Mortgage Corporation | $384,000.00 | 6.25 | 900 Brookwood Drive, Corona, CA 92880 |
| June 21, 2006 | Deborah J. Leonard | New Century Mortgage Corporation | $196,800.00 | 7.99 | 1301 Bayne CT, Bakersfield, CA 93307 |
| July 28, 2006 | Emmanuel Thomas and Deborah Thomas | New Century Mortgage Corporation | $359,200.00 | 8.775 | 111 North Main Street, Unit #208, Royal Oak, MI 48067 |
| May 3, 2006 | Erika Davis | New Century Mortgage Corporation | $232,000.00 | 7.825 | 4614 S. Calumot Avenue 3s, Chicago, IL 60653 |
| June 2, 2006 | Errol Joseph | New Century Mortgage Corporation | $512,000.00 | 7.55 | 45 Weirfield Street, Brooklyn, NY 11221 |
| May 4, 2006 | Glenn R. Huertas | New Century Mortgage Corporation | $180,000.00 | 8.425 | 2501 Binz Street, Houston, TX 77004 |
| May 31, 2006 | Hadia Seddiqi | New Century Mortgage Corporation | $648,811.00 | 8.7 | 2090 Wisteria Place, Manteca, CA 95337 |
| June 21, 2006 | Hilario Jimenez | New Century Mortgage Corporation | $261,600.00 | 8.775 | 44015 Higbee Avenue, Lancaster, CA 93534 |

| Note Date | Obligors | Original Obligee | Principal Note Amount | Interest Rate (in %) | Property Address |
|---|---|---|---|---|---|
| May 5, 2006 | Israel Perez | New Century Mortgage Corporation | $681,600.00 | 8.675 | 22845 Calcutta Drive, Canyon Lake, CA 92587 |
| April 19, 2006 | James Cedric Friend and Phyllis Marie Friend | New Century Mortgage Corporation | $412,000.00 | 7.050 | 91-3059 Makalea Ln. #47, Ewa Beach, HI 96706 |
| May 5, 2006 | Jorge Rincon | New Century Mortgage Corporation | $472,000.00 | 6.975 | 102-32 86th Road, Richmond, NY 11368 |
| June 28, 2006 | Juanita Smith | New Century Mortgage Corporation | $308,000.00 | 7.525 | 132 Martin Luther King Drive, Hempstead, NY 11550 |
| May 17, 2006 | Kamini Ramharack | New Century Mortgage Corporation | $436,720.00 | 9.150 | 67-47 211th Street, Bayside, NY 11364 |
| May 9, 2006 | Kathleen Haines | New Century Mortgage Corporation | $296,800.00 | 8.350 | 6571 Paseo Del Norte Unit A, Carlsbad, CA 92627 |
| September 24, 2004 | Manik Chowdhury | New Century Mortgage Corporation | $588,000.00 | 8.45 | 1 Armory Place, Irvine, CA 92602 |
| April 28, 2006 | Mukta Hasan | New Century Mortgage Corporation | $440,000.00 | 8.050 | 1515 Dumont Avenue, Brooklyn, NY 11208 |
| December 15, 2005 | Omar Dawson | New Century Mortgage Corporation | $528,000.00 | 7.90 | 737 Quincy Street, Brooklyn, NY 11221 |
| April 24, 2006 | Patina Butler | New Century Mortgage Corporation | $348,000 | 8.525 | 6026 Morse Drive, Oakland, CA 94605 |
| July 28, 2006 | Richard Gonzalez | New Century Mortgage Corporation | $457,600.00 | 8.300 | 1628 Clayhill Avenue, Hacienda Heights, CA 91745 |
| May 10, 2006 | Sadiki Drayton | New Century Mortgage Corporation | $466,400.00 | 7.80 | 453 Decatur Street, Brooklyn, NY 11223 |
| July 11, 2006 | Teddy A. Anderson, Jr. | New Century Mortgage Corporation | $432,000.00 | 8.575 | 1747 Dean Street, Brooklyn, NY 11233 |
| June 8, 2006 | Tia Wroten | New Century Mortgage Corporation | $284,000.00 | 7.750 | 2332 Stephen Way, Yuba City, CA 95991 |

| Note Date | Obligors | Original Obligee | Principal Note Amount | Interest Rate (in %) | Property Address |
|---|---|---|---|---|---|
| May 11, 2006 | Vincent Buffilino | New Century Mortgage Corporation | $472,000.00 | 6.8 | 1587 Anita Lane, Seaford, NY 11783 |