# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)
Motion filed by U.S. Bank N.A. as Trustee c/o Ocwen Loan Servicing, LLC

| Note Date | Obligors | Original Obligee | Principal Note Amount | Interest Rate (in %) | Property Address |
|---|---|---|---|---|---|
| August 11, 2005 | Alinne Caldeira | New Century Mortgage Corporation | $226,400.00 | 7.250 | 1776 Falmouth Road, Centerville, MA 02632 |
| August 3, 2005 | Sandra Aguilar | New Century Mortgage Corporation | $277,015.00 | 6.8 | 7422 Flores Way, Sacramento, CA 95822 |
| August 4, 2005 | Volodya Zalyan | New Century Mortgage Corporation | $424,000.00 | 6.5 | 14220 Hatteras Street, Los Angeles, CA 91401 |
| July 28, 2005 | Andres Ibanez | New Century Mortgage Corporation | $412,000.00 | 6.250 | 927 Sandra Street, Los Banos, CA 93635 |
| August 2, 2005 | Arianna Chavarin | New Century Mortgage Corporation | $80,599.00 | 9.99 | 2308 Richard Ct., Henderson, NV 89014 |
| September 16, 2004 | Baldemar Gonzalez and Berenice Gonzalez | New Century Mortgage Corporation | $232,000.00 | 6.775 | 1462 Sunswept Drive, San Jacinto, CA 92582 |
| August 3, 2005 | Cherryln G. Salvador and Rommel Salvador | New Century Mortgage Corporation | $468,000.00 | 6.600 | 11101 Gardenaire Lane, Garden Grove, CA 92841 |
| February 27, 2003 | Deborah Herrera and Anthony Herrera | New Century Mortgage Corporation | $66,400.00 | 7.05 | 115 Darlene Road SE, Rio Rancho, NM 87124 |
| July 21, 2005 | Eslie Rozier | New Century Mortgage Corporation | $348,000.00 | 6.750 | 8011 Jamacha Road, San Diego, CA 92114 |
| July 29, 2005 | Gertrude Bertiz | New Century Mortgage Corporation | $383,200.00 | 6.575 | 9555 Castleshore Court, Elk Grove, CA 95758 |
| July 21, 2005 | Helen Cerrillo and Manny Torres | New Century Mortgage Corporation | $408,000.00 | 6.125 | 3540 South "B" Street, Oxnard, CA 93033 |
| September 24, 2004 | Jacqueline Sripramong | New Century Mortgage Corporation | $236,000.00 | 6.775 | 7054 Azure Beach Street, Las Vegas, Nevada 89148 |

| Note Date | Obligors | Original Obligee | Principal Note Amount | Interest Rate (in %) | Property Address |
|---|---|---|---|---|---|
| September 30, 2004 | Jimmy D. Sample and Linda M. Sample | New Century Mortgage Corporation | $92,400.00 | 7.20 | 3706 Juan Aldama Ct. SE, Rio Rancho, NM 87124 |
| August 3, 2005 | John Bischler | New Century Mortgage Corporation | $244,000.00 | 6.990 | 3511 Elm Avenue #413, Long Beach, CA 90807 |
| July 26, 2005 | Jorge de La Torre and Dina Leija | New Century Mortgage Corporation | $231,200.00 | 6.800 | 1127 Emerald Avenue, El Cajon, CA 92020 |
| July 28, 2005 | Jose Luis Pagoada and Blanca Calix | New Century Mortgage Corporation | $199,580.00 | 6.875 | 855 NE 6th Place, Cape Coral, Fl 33909 |
| July 27, 2005 | Joseph Anderson and Arlinda Anderson | New Century Mortgage Corporation | $206,800.00 | 5.550 | 4957 West Onyx Avenue, Glendale, AZ 85302 |
| June 15, 2005 | Kristina Maria Alonso | New Century Mortgage Corporation | $89,600.00 | 7.350 | 308 Normandale Avenue North, Orlando, FL 32835 |
| September 21, 1999 | Leroy M. Quintana | New Century Mortgage Corporation | $150,000.00 | 8.40 | Lot 10 Ponderosa Street, Pecos, NM 87552 |
| September 24, 2004 | Lourdes Minier | New Century Mortgage Corporation | $301,040.00 | 6.50 | 152 Beech Street, Yonkers, NY 10701 |
| July 29, 2005 | Luther Miller Sr. and Chandra N. Miller | New Century Mortgage Corporation | $448,000.00 | 6.50 | 4404 Viceroy Place, White Plains, MD 20695 |
| August 2, 2005 | Luz Del Carman Salas | New Century Mortgage Corporation | $388,000.00 | 6.285 | 743 Andrea Way, Pittsburg, CA 94565 |
| June 4, 2005 | Mario Dollero | New Century Mortgage Corporation | 229,600.00 | 8.750 | 1224 R Tamayo Street, Calexico, CA 92231 |
| June 30, 2004 | Michael Kelley and Edith Kelley | New Century Mortgage Corporation | $201,000.00 | 5.95 | 241 Clough Pond Road, Loudon, NH 03307 |
| July 2, 2004 | Ruth Clark | Gateway Business Bank d/b/a, Mission Hills Mortgage Bankers | $117,320.00 | 6.750 | 2314 NW Meadows Drive, McMinnville, OR 97128 |

-3-

| Note Date | Obligors | Original Obligee | Principal Note Amount | Interest Rate (in %) | Property Address |
|---|---|---|---|---|---|
| August 2, 2005 | Saundra Richardson | New Century Mortgage Corporation | $345,600.00 | 6.775 | 270 South 18th Street, Richmond, VA 94804 |
| July 23, 2005 | Sharon Elaine Heard-Love and Clarence Lindsey Love | New Century Mortgage Corporation | $432,000.00 | 5.750 | 810 Pohl Place, Vista, CA 92083 |
| August 5, 2005 | Theresa Y. Castillo | New Century Mortgage Corporation | $340,000.00 | 7.225 | 648 Broadview Street, Spring Valley, CA 91977 |
| October 21, 1999 | Tu'Ineau and Toiata Havili | New Century Mortgage Corporation | $153,000.00 | 10.5 | 129 E. Kuhuoi Street, Kahului, Hawaii 96732 |
| September 23, 2004 | Yolanda Rodas | New Century Mortgage Corporation | $100,000.00 | 7.25 | 22325 SW 119 Avenue, Miami, FL 33170 |
| August 3, 2005 | Dennis Bagwell | New Century Mortgage Corporation | $332,000.00 | 6.450 | 1786 Noble Lane, Turlock, CA 95380 |
| September 24, 2004 | Lourdes Minier | New Century Mortgage Corporation | $301,040.00 | 6.5 | 152 Beech Street, Yonkers, NY 10701 |