# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)
Motion filed by Wells Fargo Bank, N.A., as Trustee c/o Ocwen Loan Servicing, LLC

| Note Date | Obligors | Original Obligee | Principal Note Amount | Interest Rate (in %) | Property Address |
|---|---|---|---|---|---|
| March 12, 2003 | Scott P. Cahill and Amber J. Cahill | Regent Financial Group Inc. | $26,800.00 | 11.99 | 310 NE 6th Street, Ankeny, IA 50021 |
| March 12, 2003 | Scott P. Cahill and Amber J. Cahill | Regent Financial Group Inc. | $107,200.00 | 6.750 | 310 NE 6th St., Ankeny, IA 50021 |