# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)
Motion filed by Wachovia Bank, N.A. c/o Ocwen Loan Servicing, LLC

| Note Date | Obligors | Original Obligee | Principal Note Amount | Interest Rate (in %) | Property Address |
|---|---|---|---|---|---|
| February 2, 2000 | Steven J. Scherle Jr. and Carla Scherle | Bank One, N.A. | $84,125.00 | 9.68 | 362 Thompson Street, Morrow, OH 45152 |