BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
By: German Yusufov
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
Arizona State Bar No. 023544
Attorney for Creditor Pima County, Arizona

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*,[1] | Case No. 07-10416 (KJC) |
| Debtor(s). | Jointly Administered |

### MOTION AND ORDER FOR *PRO HAC VICE*

Pursuant to Local Rule 83.5, Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, and the attached certification, undersigned counsel moves for the admission *pro hac vice* to represent the Pima County Treasurer ("Pima County") in this action. In addition, because Pima County is an agency of

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REILT, Inc.), a Maryland corporation; New Century TR Holdings, Inc., (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, LP (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, AD Astra Mortgage, Midwest Home Mortgage, Trats Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; and NCORAL, L.P., a Delaware limited partnership.

-1-

the State of Arizona, undersigned counsel moves that the requirement to associate with local counsel be waived under Del. Bankr. L.R. 9010-1(c)(ii).

**RESPECTFULLY SUBMITTED** this ____ day of August, 2007.

By: /s/ German Yusufov
German Yusufov, Deputy County Attorney
Arizona State Bar No. 023544
PIMA COUNTY ATTORNEY'S OFFICE
32 N. Stone Ave., Ste. 2100
Tucson, AZ 85701
Telephone: (520) 740-5750
Facsimile No. (520) 620-6556
Email: german.yusufov@pcao.pima.gov

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, Local Rules of Civil Practice and Procedure for the United States District Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Arizona and pursuant to Local Rule 83.6 D. De.L.R. submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

By: /s/ German Yusufov
German Yusufov, Deputy County Attorney
Arizona State Bar No. 023544
PIMA COUNTY ATTORNEY'S OFFICE
32 N. Stone Ave., Ste. 2100
Tucson, AZ 85701
Telephone: (520) 740-5750

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is Granted.

DATED: 8/31/07

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge