## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC., | |
| a Delaware Corporation, *et al.*, | Jointly Administered |
| | |
| Debtors. | **Objection Deadline: September 24, 2007 at 4:00 p.m.** |
| | **Hearing Date: Only if Objection(s) are filed** |

## FIRST MONTHLY FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2007 THROUGH JULY 31, 2007

Name of Applicant:                **SAUL EWING LLP**

Authorized to Provide Professional
Services to:                      **Michael J. Missal, Examiner**

Date of Retention:                **July 27, 2007 *nunc pro tunc* to June 8, 2007**

Period for which Compensation
and Reimbursement is sought:      **June 1, 2007 through July 31, 2007**

Amount of Compensation sought as
actual, reasonable and necessary:  **$15,948.00**

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary:                        **$5,544.86**

Prior Applications:

| Application | Date Filed | Period Covered | Requested Fees/Expenses | Approved/Authorized Fees (80%) and Expenses (100%) |
|---|---|---|---|---|
| First | 9/4/07 | 6/1/07 - 7/31/07 | $15,948/$5,544.86 | *pending* |

## SUMMARY OF BILLING BY ATTORNEY
## JUNE 1, 2007 THROUGH JULY 31, 2007

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate (including changes and 10% discount)* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Mark Minuti[1] | 1988 | Partner (since 1997) | $459.00 | 12.8 | $5,875.20 |
| | | | $427.50 | 11.6 | $4,959.00 |
| J. Kate Stickles[2] | 1990 | Partner (since 2001) | $414.00 | 3.6 | $1,490.40 |
| Patrick J. Reilley[3] | 2003 | Associate (since 2003) | $261.00 | 0.3 | $78.30 |
| Renee L. Lowder[4] | N/A | Paralegal (since 2005) | $144.00 | 15.9 | $2,289.60 |
| | | | $135.00 | 9.3 | $1,255.50 |
| **TOTAL** | | | | **53.50** | **$15,948.00** |

Blended Rate: $298.09

[1]  Total reflects a 10% reduction of $1,203.80 of fees.
[2]  Total reflects a 10% reduction of $165.60 of fees.
[3]  Total reflects a 10% reduction of $87 of fees.
[4]  Total reflects a 10% reduction of $393.90 of fees.

\*    This rate is Saul Ewing LLP's regular hourly rate for legal services. All hourly rates are adjusted by Saul Ewing LLP on a periodic basis (the last such adjustments occurred on July 1, 2007 with respect to the Bankruptcy and Reorganization Department, and on January 1, 2006 with respect to all other firm departments).

**COMPENSATION BY PROJECT CATEGORY**

**JUNE 1, 2007 THROUGH JULY 31, 2007**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 2.4 | $985.05 |
| Other Litigation, Including Stay Relief | 8.2 | $3,757.50 |
| Preparation for and Attendance at Hearing | 20.5 | $5,218.65 |
| Retention Matters | 22.3 | $5,940.90 |
| UST Reports and Meetings | 0.1 | $45.90 |
| **TOTAL** | **53.50** | **$15,948.00** |

## EXPENSE SUMMARY

## JUNE 1, 2007 THROUGH JULY 31, 2007

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (331 pages @ $0.10/page | | $33.10 |
| Telephone | | $16.21 |
| Postage | | $102.28 |
| Messenger Service | *Parcels, Inc.; Tri-State Courier & Carriage* | $57.00 |
| Working Meals (breakfast re: 6/14/07 hearing) | *Funari's Catering* | $22.70 |
| Outside Photocopying | *Digital Legal Services* | $5,313.57 |
| **TOTAL** | | **$5,544.86** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC., | ) | |
| a Delaware Corporation, *et al.*,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Objection Deadline: September 24, 2007 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objection(s) are filed** |

## FIRST MONTHLY FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2007 THROUGH JULY 31, 2007

Saul Ewing LLP (the "Applicant"), co-counsel to Michael J. Missel, the Court-Appointed

Examiner (the "Examiner") of New Century TRS Holdings, Inc., *et al.*, (collectively, the

"Debtors") in the above-captioned chapter 11 cases, hereby applies to the Court for monthly

allowance of compensation for the period June 1, 2007 through July 31, 2007, and reimbursement

of expenses for the same period of time, and respectfully represents as follows:

1.      On April 2, 2007, the Debtors filed voluntary petitions for relief under Chapter 11

of the Bankruptcy Code.  Since the Petition Date, the Debtors have continued to operate their

---

[1]      The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

businesses and manage their affairs as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2.      On June 1, 2007, the Court Entered an Order Denying in Part and Granting in Part Motion of the United States Trustee (the "UST") for an Order Directing Appointment of a Chapter 11 Trustee, or in the Alternative, an Examiner (the "Examiner Order").

3.      On July 25, 2007, this Court authorized the Examiner to retain Kirkpatrick & Lockhart Preston Gates Ellis LLP ("K&L Gates"), *nunc pro tunc* to June 1, 2007.

4.      On July 27, 2007, this Court authorized the Examiner to retain Applicant, *nunc pro tunc* to June 8, 2007, to serve as co-counsel with K&L Gates to the Examiner in these proceedings pursuant to 11 U.S.C. §§ 327 and 105(a).

5.      On April 24, 2007, this Court entered an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Interim Fee Order"). Pursuant to the Interim Fee Order and section 331 of the Bankruptcy Code, 11 U.S.C. § 331, Applicant makes this Application for interim allowance of compensation for professional services rendered and for reimbursement of expenses necessarily incurred by Applicant in serving as co-counsel to the Examiner. By this procedure, in the absence of any objection to the monthly fee application within twenty (20) days of the submission thereof, Debtors are authorized to pay 80% of the fees requested and 100% of the disbursements requested. Pursuant to the Interim Fee Order, Applicant submits this Application for the period from June 1, 2007 through July 31, 2007.

6.      Attached hereto as Exhibit "A" is the Affidavit of Applicant with respect to the compensation requested.

2

7.      Attached as Exhibit "B" is a detailed, chronological itemization covering all the services performed by Applicant with respect to these matters from June 1, 2007 through July 31, 2007. This detailed itemization complies with Del.Bankr.LR 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified. Applicant's charges for professional services have been billed at Applicant's standard hourly rates, less a 10% discount on fees. Attached hereto as Exhibit "C" is a detailed itemization, by project category, of all services performed by Applicant with respect to these matters from June 1, 2007 through July 31, 2007. Non-working travel time (to the extent applicable) is billed at 50% of normal rates.

8.      Attached hereto as Exhibit "D" is a description of the costs actually expended by the Applicant in the performance of services rendered as co-counsel to the Examiner. These costs for which reimbursement is requested total $5,544.86. The breakdown of costs includes the rate for copying charges ($.10/page) and the basis for each rate, telephone charges, facsimile charges ($1.00/page – outgoing transmission only), postage, messenger service, working meals and outside photocopying. By this Application, the Applicant does not seek expenses for incoming facsimile transmissions.

WHEREFORE, Saul Ewing LLP respectfully requests that the Court enter an Order: (i) granting the Application and authorizing allowance of compensation in the amount of $15,948 for professional services rendered and $5,544.86 for reimbursement for actual and necessary costs; (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as this Court deems necessary and just.

Dated: September 4, 2007

SAUL EWING LLP

By:

Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6840

*Co-Counsel to Michael J. Missel, as Examiner*