# EXHIBIT "A"

551416 1 9/4/07

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|                                                           |     |                          |
| --------------------------------------------------------- | --- | ------------------------ |
| In re                                                     | )   | Chapter 11               |
|                                                           | )   | Case No. 07-10416 (KJC)  |
| NEW CENTURY TRS HOLDINGS, INC.,                           | )   |                          |
| a Delaware Corporation, *et al.*,                         | )   | Jointly Administered     |
|                                                           | )   |                          |
| Debtors.                                                  | )   |                          |

## AFFIDAVIT OF MARK MINUTI

|                      |   |     |
| -------------------- | - | --- |
| STATE OF DELAWARE    | ) |     |
|                      | ) | SS. |
| NEW CASTLE COUNTY    | ) |     |

BE IT REMEMBERED, that on this 4th day of September, A.D. 2007, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, **MARK MINUTI**, and being duly sworn according to law, deposes and says as follows:

1.      I am a Partner in the firm of Saul Ewing LLP ("Saul Ewing"), which serves as co-counsel to Michael J. Missel, as Examiner (the "Examiner") of New Century TRS Holdings, Inc., *et al.*, (collectively, the "Debtors") in the above-captioned chapter 11 cases.

2.      I have read the foregoing Application of Saul Ewing for allowance of compensation and reimbursement of expenses and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      There is no agreement or understanding between Saul Ewing and any other person for a division of compensation as co-counsel to the Examiner.

4.      No division prohibited by the Bankruptcy Code will be made by Saul Ewing.

5.     No agreement prohibited by Title 18, Section 155 has been made.

**MARK MINUTI**

SWORN TO AND SUBSCRIBED before me the day and year first above written.

NOTARY PUBLIC

**JENNIFER R. FITZGERALD**
Notary Public - State of Delaware
My Comm. Expires May 14, 2009

# EXHIBIT "B"

## EXHIBIT "B"

### SUMMARY OF BILLING BY ATTORNEY
### JUNE 1, 2007 THROUGH JULY 31, 2007

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate (including changes and 10% discount)* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Mark Minuti[1] | 1988 | Partner (since 1997) | $459.00 | 12.8 | $5,875.20 |
| | | | $427.50 | 11.6 | $4,959.00 |
| J. Kate Stickles[2] | 1990 | Partner (since 2001) | $414.00 | 3.6 | $1,490.40 |
| Patrick J. Reilley[3] | 2003 | Associate (since 2003) | $261.00 | 0.3 | $78.30 |
| Renee L. Lowder[4] | N/A | Paralegal (since 2005) | $144.00 | 15.9 | $2,289.60 |
| | | | $135.00 | 9.3 | $1,255.50 |
| **TOTAL** | | | | **53.50** | **$15,948.00** |

Blended Rate: $298.09

[1] Total reflects a 10% reduction of $1,203.80 of fees.
[2] Total reflects a 10% reduction of $165.60 of fees.
[3] Total reflects a 10% reduction of $87 of fees.
[4] Total reflects a 10% reduction of $393.90 of fees.

* This rate is Saul Ewing LLP's regular hourly rate for legal services. All hourly rates are adjusted by Saul Ewing LLP on a periodic basis (the last such adjustments occurred on July 1, 2007 with respect to the Bankruptcy and Reorganization Department, and on January 1, 2006 with respect to all other firm departments).

## Attorney Biographies

**Mark Minuti**, *Partner.*  Mark Minuti is a Partner in Saul Ewing's Bankruptcy and Restructuring Department, and Managing Partner of the Firm's Wilmington, Delaware office. He concentrates his practice in bankruptcy law.  Having practiced bankruptcy law in Delaware since 1989, Mr. Minuti has seen his practice grow from a small local practice to a sophisticated national practice.  Along the way, Mr. Minuti has been involved in almost every major bankruptcy case filed in Delaware.

Mr. Minuti's practice includes the representation of debtors, unsecured creditors committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and Chapter 11 proceedings, both in and out of Delaware.  Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions.  Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

Mr. Minuti received his B.S. degree from the University of Delaware and his law degree from the Widener University School of Law in 1988.  He is admitted to practice law before the United States District Court for the District of Delaware and the United States Court of Appeals for the Third Circuit.

***J. Kate Stickles, Partner.***  Ms. Stickles is a partner in Saul Ewing's Bankruptcy and Reorganization Department in its Wilmington office. She concentrates her practice in business bankruptcy and reorganization and represents debtors, creditors' committees, and secured and unsecured creditors.

Ms. Stickles received her B.A. degree, *cum laude,* from Western Maryland College and her law degree from Temple University School of Law in 1989. Ms. Stickles is admitted to practice law before the Supreme Courts of Delaware and Pennsylvania, the United States District Court for the District of Delaware, and the United States Court of Appeals for the Third Circuit. She is a member of the American Bar Association, Delaware State Bar Association, Pennsylvania Bar Association, and the American Bankruptcy Institute.

***Patrick J. Reilley, Associate.***  Patrick Reilley is an Associate in Saul Ewing's Bankruptcy and Restructuring Department in the Wilmington office.  Mr. Reilley concentrates his practice in bankruptcy, representing creditors' committees, debtors, secured and unsecured creditors, and parties to leases and other executory contracts, as well as parties in adversary proceedings.

Mr. Reilley received his B.A. degree from Bucknell University and his law degree from Boston University in 2002.  He is admitted to practice law in Pennsylvania, Delaware and New Jersey.

| DATE | ATTY | DESCRIPTION | TIME | VALUE |
|------|------|-------------|------|-------|
| 6/8/2007 | MM | Telephone calls and e-mails re: K&L Gates Pro Hac Vice Motions | 0.40 | $171.00 |
| 6/8/2007 | MM | Telephone calls and e-mails re: filing K&L Gates Retention Application | 0.50 | $213.75 |
| 6/8/2007 | MM | Review, comment upon and file K&L Gates Retention Application | 1.20 | $513.00 |
| 6/11/2007 | MM | E-mails re: new Pro Hac Vice Motions | 0.20 | $85.50 |
| 6/11/2007 | MM | Review of new Pro Hac Vice Motions | 0.20 | $85.50 |
| 6/11/2007 | MM | E-mails re: Entry of Appearance | 0.20 | $85.50 |
| 6/11/2007 | MM | Draft Entry of Appearance | 0.30 | $128.25 |
| 6/13/2007 | MM | Finalize and execute Entry of Appearance and Certificate of Service | 0.20 | $85.50 |
| 6/14/2007 | MM | Review of Amended Agenda for 6/15/07 hearing | 0.20 | $85.50 |
| 6/14/2007 | MM | Review of and revisions to Saul Ewing's Retention Application | 1.00 | $427.50 |
| 6/14/2007 | MM | E-mails with E. Fox re: Saul Ewing's Retention Application and 6/15/07 hearing | 0.40 | $171.00 |
| 6/15/2007 | MM | E-mails re: availability of hearing transcripts | 0.20 | $85.50 |
| 6/15/2007 | MM | Prepare for and attend hearing on miscellaneous issues, including report on meeting with Examiner | 1.70 | $726.75 |
| 6/15/2007 | MM | Review of and further revisions to Saul Ewing's Retention Application | 0.50 | $213.75 |
| 6/15/2007 | MM | E-mail revised Saul Ewing's Retention Application | 0.20 | $85.50 |
| 6/21/2007 | MM | E-mails with E. Fox re: Saul Ewing's Retention Application | 0.20 | $85.50 |
| 6/22/2007 | MM | Review of Bank of America's Response to K&L Gates' Retention Application | 0.10 | $42.75 |
| 6/22/2007 | MM | E-mail re: Bank of America's Response to K&L Gates' Retention Application | 0.20 | $85.50 |
| 6/22/2007 | MM | Telephone call with E. Fox re: Bank of America's Response to K&L Gates' Retention Application | 0.20 | $85.50 |
| 6/25/2007 | MM | Review of ERISA Class Action Complaint | 0.20 | $85.50 |
| 6/25/2007 | MM | Review of Morgan Stanley's Objection to K&L Gates' Retention Application | 0.20 | $85.50 |
| 6/25/2007 | MM | E-mail with E. Fox: Morgan Stanley's Objection to K&L Gates' Retention Application | 0.10 | $42.75 |
| 6/27/2007 | MM | Prepare for and attend omnibus hearing, including K&L Gates' Retention Application | 3.00 | $1,282.50 |
| 7/2/2007 | MM | Telephone call with E. Fox re: 2004 motion procedures | 0.20 | $91.80 |
| 7/3/2007 | MM | E-mail re: transcript of 6/27/07 hearing | 0.10 | $45.90 |
| 7/9/2007 | MM | Review of application for private investigator | 0.10 | $45.90 |
| 7/10/2007 | MM | Review of draft 2004 Motion against KPMG | 0.70 | $321.30 |
| 7/10/2007 | MM | E-mails with K&L Gates re: comments to and scheduling of 2004 Motion | 0.40 | $183.60 |
| 7/10/2007 | MM | Review of 6/27/07 hearing transcript | 0.30 | $137.70 |
| 7/10/2007 | MM | Telephone call with K&L Gates re: revised retention order | 0.20 | $91.80 |
| 7/11/2007 | MM | E-mails re: filing of 2004 Motion (KPMG) | 0.30 | $137.70 |
| 7/11/2007 | MM | Review and execute 2004 Motion (KPMG) | 0.30 | $137.70 |
| 7/11/2007 | MM | Coordinate service of 2004 Motion (KPMG) | 0.20 | $91.80 |
| 7/12/2007 | MM | E-mail to/from E. Fox re: responding to press inquiries about 2004 Motion | 0.20 | $91.80 |
| 7/12/2007 | MM | E-mails and telephone calls re: KPMG's request to continue objection deadline to 2004 Motion and hearing date | 0.40 | $183.60 |
| 7/12/2007 | MM | E-mails with K. Stickles re: coverage at 7/16/07 hearing | 0.20 | $91.80 |
| 7/13/2007 | MM | Telephone calls and e-mails with KPMG's counsel re: continuance of 2004 Motion | 0.60 | $275.40 |
| 7/13/2007 | MM | E-mails with K&L Gates re: KPMG's request for continuance of 2004 Motion | 0.20 | $91.80 |
| 7/13/2007 | MM | Review of Supplemental K&L Gates Affidavits | 0.50 | $229.50 |
| 7/13/2007 | MM | Telephone calls and e-mails re: filing Supplemental K&L Gates Affidavits | 0.30 | $137.70 |
| 7/16/2007 | MM | Telephone calls with E. Fox and G. Neal re: KPMG's response to subpoena and continuance of hearing and response deadlines for 2004 Motion | 0.40 | $183.60 |

| DATE | ATTY | DESCRIPTION | TIME | VALUE |
|---|---|---|---|---|
| 7/16/2007 | MM | Telephone calls with E. Fox re: filing of Supplemental K&L Gates Affidavits | 0.20 | $91.80 |
| 7/16/2007 | MM | E-mails re: outcome of Heller Ehrmann Retention | 0.20 | $91.80 |
| 7/16/2007 | MM | Coordinate filing of Supplemental Affidavits for K&L Gates | 0.20 | $91.80 |
| 7/17/2007 | MM | Telephone calls and e-mails re: scheduling of call with KPMG to discuss 2004 Motion | 0.30 | $137.70 |
| 7/17/2007 | MM | E-mail re: Committee's 2004 Motion directed to KPMG | 0.10 | $45.90 |
| 7/17/2007 | MM | Review of Committee's 2004 Motion directed to KPMG | 0.20 | $91.80 |
| 7/18/2007 | MM | E-mails re: Re-Notice of 2004 Motion | 0.20 | $91.80 |
| 7/19/2007 | MM | E-mails re: scheduling call with KPMG | 0.20 | $91.80 |
| 7/19/2007 | MM | Draft Re-Notice of Hearing on 2004 Motion | 0.40 | $183.60 |
| 7/20/2007 | MM | E-mails to/from E. Fox re: circulate proposed K&L Gates' retention order | 0.30 | $137.70 |
| 7/20/2007 | MM | E-mail circulating proposed K&L Gates' retention order | 0.20 | $91.80 |
| 7/23/2007 | MM | Telephone call with E. Fox re: KPMG's request for additional time | 0.20 | $91.80 |
| 7/23/2007 | MM | Draft certification for K&L Gates' retention order | 0.50 | $229.50 |
| 7/23/2007 | MM | E-mails and telephone calls with E. Fox re: K&L Gates' retention order | 0.30 | $137.70 |
| 7/23/2007 | MM | Finalize and file certification and proposed K&L Gates' retention order | 0.20 | $91.80 |
| 7/23/2007 | MM | Review of Notice of continued 341 meeting | 0.10 | $45.90 |
| 7/25/2007 | MM | E-mail re: transcript | 0.10 | $45.90 |
| 7/25/2007 | MM | E-mail re: K&L Gates' Retention Order | 0.10 | $45.90 |
| 7/25/2007 | MM | Review and execute Certification of No Objection for Saul Ewing's retention | 0.20 | $91.80 |
| 7/26/2007 | MM | Telephone calls and e-mails re: possible continuance of 2004 Motion | 0.50 | $229.50 |
| 7/26/2007 | MM | Review and execute revised Certification of No Objection for Saul Ewing's Retention Application | 0.20 | $91.80 |
| 7/27/2007 | MM | E-mail re: possible resolution of 2004 motion/possible continuance of 2004 motion | 0.50 | $229.50 |
| 7/30/2007 | MM | Telephone calls and e-mails with E. Fox re: status of KPMG 2004 Motion | 0.50 | $229.50 |
| 7/30/2007 | MM | Review of 2004 case law | 0.20 | $91.80 |
| 7/31/2007 | MM | E-mails re: ordering expedited transcript | 0.20 | $91.80 |
| 7/31/2007 | MM | Review of 2004 Motion, responses and subject case law | 0.90 | $413.10 |
| MM Total | | | 24.40 | $10,834.20 |

#551423

CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S JUNE - JULY 2007 TIME ENTRIES

| DATE | ATTY | DESCRIPTION | TIME | VALUE |
|------|------|-------------|------|-------|
| 7/16/2007 | JKS | Attend omnibus hearing | 2.40 | $993.60 |
| 7/16/2007 | JKS | E-mail to E. Fox re: hearing outcome | 0.20 | $82.80 |
| 7/16/2007 | JKS | E-mail to E. Fox re: hearing transcript | 0.20 | $82.80 |
| 7/16/2007 | JKS | Review of application to retain Heller Ehrmann; Trustee's objection and reply | 0.80 | $331.20 |
| | JKS Total | | 3.60 | $1,490.40 |

#551423

## CASE NO. 07-10416 (KJC)
### SAUL EWING LLP'S JUNE - JULY 2007 TIME ENTRIES

| DATE | ATTY | DESCRIPTION | TIME | VALUE |
|------|------|-------------|------|-------|
| 7/2/2007 | PJR | Review of Saul Ewing's Retention Application | 0.20 | $52.20 |
| 7/2/2007 | PJR | Review and execute Notice of Hearing on Saul Ewing's Retention Application | 0.10 | $26.10 |
| | PJR Total | | 0.30 | $78.30 |

| DATE | ATTY | DESCRIPTION | TIME | VALUE |
|---|---|---|---|---|
| 6/13/2007 | RLL | Draft and revise Saul Ewing's Retention Application | 1.80 | $243.00 |
| 6/25/2007 | RLL | Review of Notice of Agenda and gather documents for hearing notebook | 1.90 | $256.50 |
| 6/26/2007 | RLL | Update proposed Order; print pleadings and prepare hearing binders | 5.60 | $756.00 |
| 7/2/2007 | RLL | Revisions to Saul Ewing's Retention Application | 2.00 | $288.00 |
| 7/2/2007 | RLL | Finalize and E-file Saul Ewing's Retention Application | 0.90 | $129.60 |
| 7/3/2007 | RLL | E-file Affidavit of Service for Saul Ewing's Retention Application | 0.40 | $57.60 |
| 7/12/2007 | RLL | Prepare hearing binder for 7/16/07 hearing | 2.20 | $316.80 |
| 7/13/2007 | RLL | Finalize hearing binder for 7/16/07 hearing | 0.50 | $72.00 |
| 7/23/2007 | RLL | E-file and serve Certification of Counsel for proposed order for K&L Gates' Retention | 1.30 | $187.20 |
| 7/24/2007 | RLL | Send chambers copies of Supplemental Affidavits in Support of Application to Retain K&L Gates | 0.30 | $43.20 |
| 7/25/2007 | RLL | Check dockets for objections to Application to Retain Saul Ewing LLP | 0.30 | $43.20 |
| 7/25/2007 | RLL | Prepare Affidavit of Service for Order Authorizing Employment of K&L Gates as Counsel to Examiner | 1.90 | $273.60 |
| 7/25/2007 | RLL | Prepare/revise Certification of No Objection for Application to Retain Saul Ewing LLP | 0.70 | $100.80 |
| 7/26/2007 | RLL | E-file and serve Certification of No Objection for Saul Ewing retention | 0.60 | $86.40 |
| 7/26/2007 | RLL | E-file Affidavit of Service (Order Authorizing Retention of Kirkpatrick) | 0.30 | $43.20 |
| 7/26/2007 | RLL | Edits to Certification of No Objection for Saul Ewing retention | 1.00 | $144.00 |
| 7/26/2007 | RLL | Edits to Affidavit of Service (Order Authorizing Retention of Kirkpatrick) | 0.30 | $43.20 |
| 7/27/2007 | RLL | Prepare hearing binder for omnibus hearing | 2.00 | $288.00 |
| 7/30/2007 | RLL | Prepare Affidavit of Service for Order Authorizing Saul Ewing | 0.60 | $86.40 |
| 7/31/2007 | RLL | Review of docket for Administrative Order | 0.20 | $28.80 |
| 7/31/2007 | RLL | E-file Affidavit of Service re: Order Retaining Saul Ewing LLP as Delaware Counsel | 0.40 | $57.60 |
| **RLL Total** | | | **25.20** | **$3,545.10** |

#551423

# EXHIBIT "C"

**EXHIBIT "C"**

**COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD
JUNE 1, 2007 THROUGH JULY 31, 2007**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 2.4 | $985.05 |
| Other Litigation, Including Stay Relief | 8.2 | $3,757.50 |
| Preparation for and Attendance at Hearing | 20.5 | $5,218.65 |
| Retention Matters | 22.3 | $5,940.90 |
| UST Reports and Meetings | 0.1 | $45.90 |
| **TOTAL** | **53.50** | **$15,948.00** |

SAUL
EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| Michael J. Missel (EXAMINER) | Invoice Number | 2004905 |
|---|---|---|
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date | 08/23/07 |
| 1601 K Street, NW | Client Number | 355619 |
| Washington, DC 20006 | Matter Number | 00003 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/08/07 | MM | Telephone calls and e-mails re: K&L Gates Pro Hac Vice Motions | 0.4 | 171.00 |
| 06/11/07 | MM | E-mails re: new Pro Hac Vice Motions | 0.2 | 85.50 |
| 06/11/07 | MM | Review of new Pro Hac Vice Motions | 0.2 | 85.50 |
| 06/11/07 | MM | E-mails re: Entry of Appearance | 0.2 | 85.50 |
| 06/11/07 | MM | Draft Entry of Appearance | 0.3 | 128.25 |
| 06/13/07 | MM | Finalize and execute Entry of Appearance and Certificate of Service | 0.2 | 85.50 |
| 06/15/07 | MM | E-mails re: availability of hearing transcripts | 0.2 | 85.50 |
| 07/12/07 | MM | E-mail to/from E. Fox re: responding to press inquiries about 2004 Motion | 0.2 | 91.80 |
| 07/25/07 | MM | E-mail re: transcript | 0.1 | 45.90 |
| 07/31/07 | RLL | Review of docket for Administrative Order | 0.2 | 28.80 |
| 07/31/07 | MM | E-mails re: ordering expedited transcript | 0.2 | 91.80 |

TOTAL HOURS          2.4

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ◆ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

355619          Missel, Michael J. (EXAMINER)                    Invoice Number 2004905
00003           Case Administration                               Page 2
08/23/07

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Renee L. Lowder | 0.2 | at | $144.00 | = | 28.80 |
| Mark Minuti | 0.5 | at | $459.00 | = | 229.50 |
| Mark Minuti | 1.7 | at | $427.50 | = | 726.75 |

### CURRENT FEES                                           985.05

### **TOTAL AMOUNT OF THIS INVOICE**            985.05

551263 1 9/4/07

SAUL
EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| Michael J. Missel (EXAMINER) | Invoice Number | 2004906 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date | 08/23/07 |
| 1601 K Street, NW | Client Number | 355619 |
| Washington, DC 20006 | Matter Number | 00013 |

Re:   Other Litigation, Including Stay Relief

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/07:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/25/07 | MM | Review of ERISA Class Action Complaint | 0.2 | 85.50 |
| 07/02/07 | MM | Telephone call with E. Fox re: 2004 motion procedures | 0.2 | 91.80 |
| 07/09/07 | MM | Review of application for private investigator | 0.1 | 45.90 |
| 07/10/07 | MM | Review of draft 2004 Motion against KPMG | 0.7 | 321.30 |
| 07/10/07 | MM | E-mails with K&L Gates re: comments to and scheduling of 2004 Motion | 0.4 | 183.60 |
| 07/11/07 | MM | E-mails re: filing of 2004 Motion (KPMG) | 0.3 | 137.70 |
| 07/11/07 | MM | Review and execute 2004 Motion (KPMG) | 0.3 | 137.70 |
| 07/11/07 | MM | Coordinate service of 2004 Motion (KPMG) | 0.2 | 91.80 |
| 07/12/07 | MM | E-mails and telephone calls re: KPMG's request to continue objection deadline to 2004 Motion and hearing date | 0.4 | 183.60 |
| 07/13/07 | MM | Telephone calls and e-mails with KPMG's counsel re: continuance of 2004 Motion | 0.6 | 275.40 |
| 07/13/07 | MM | E-mails with K&L Gates re: KPMG's request for continuance of 2004 Motion | 0.2 | 91.80 |
| 07/16/07 | MM | Telephone calls with E. Fox and G. Neal re: KPMG's response to subpoena and continuance of hearing and response deadlines for 2004 Motion | 0.4 | 183.60 |
| 07/17/07 | MM | Telephone calls and e-mails re: scheduling of call with KPMG to discuss 2004 Motion | 0.3 | 137.70 |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

551263 1 9/4/07

355619
00013
08/23/07

Missel, Michael J. (EXAMINER)
Other Litigation, Including Stay Relief

Invoice Number 2004906
Page 2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/17/07 | MM | E-mail re: Committee's 2004 Motion directed to KPMG | 0.1 | 45.90 |
| 07/17/07 | MM | Review of Committee's 2004 Motion directed to KPMG | 0.2 | 91.80 |
| 07/18/07 | MM | E-mails re: Re-Notice of 2004 Motion | 0.2 | 91.80 |
| 07/19/07 | MM | E-mails re: scheduling call with KPMG | 0.2 | 91.80 |
| 07/19/07 | MM | Draft Re-Notice of Hearing on 2004 Motion | 0.4 | 183.60 |
| 07/23/07 | MM | Telephone call with E. Fox re: KPMG's request for additional time | 0.2 | 91.80 |
| 07/26/07 | MM | Telephone calls and e-mails re: possible continuance of 2004 Motion | 0.5 | 229.50 |
| 07/27/07 | MM | E-mail re: possible resolution of 2004 motion/possible continuance of 2004 motion | 0.5 | 229.50 |
| 07/30/07 | MM | Telephone calls and e-mails with E. Fox re: status of KPMG 2004 Motion | 0.5 | 229.50 |
| 07/30/07 | MM | Review of 2004 case law | 0.2 | 91.80 |
| 07/31/07 | MM | Review of 2004 Motion, responses and subject case law | 0.9 | 413.10 |

TOTAL HOURS          8.2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Mark Minuti | 8.0 | at | $459.00 | = | 3,672.00 |
| Mark Minuti | 0.2 | at | $427.50 | = | 85.50 |

CURRENT FEES          3,757.50

**TOTAL AMOUNT OF THIS INVOICE**          3,757.50

Case 07-10416-BLS   Doc 2645-1   Filed 09/04/07   Page 18 of 28

SAUL
EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2004907 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 08/23/07 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00015 |

Re: Preparation For And Attendance At Hearing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/07:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/14/07 | MM | Review of Amended Agenda for 6/15/07 hearing | 0.2 | 85.50 |
| 06/15/07 | MM | Prepare for and attend hearing on miscellaneous issues, including report on meeting with Examiner | 1.7 | 726.75 |
| 06/25/07 | RLL | Review of Notice of Agenda and gather documents for hearing notebook | 1.9 | 256.50 |
| 06/26/07 | RLL | Update proposed Order; print pleadings and prepare hearing binders | 5.6 | 756.00 |
| 06/27/07 | MM | Prepare for and attend omnibus hearing, including K&L Gates' Retention Application | 3.0 | 1,282.50 |
| 07/03/07 | MM | E-mail re: transcript of 6/27/07 hearing | 0.1 | 45.90 |
| 07/10/07 | MM | Review of 6/27/07 hearing transcript | 0.3 | 137.70 |
| 07/12/07 | RLL | Prepare hearing binder for 7/16/07 hearing | 2.2 | 316.80 |
| 07/12/07 | MM | E-mails with K. Stickles re: coverage at 7/16/07 hearing | 0.2 | 91.80 |
| 07/13/07 | RLL | Finalize hearing binder for 7/16/07 hearing | 0.5 | 72.00 |
| 07/16/07 | JKS | Attend omnibus hearing | 2.4 | 993.60 |
| 07/16/07 | JKS | E-mail to E. Fox re: hearing outcome | 0.2 | 82.80 |
| 07/16/07 | JKS | E-mail to E. Fox re: hearing transcript | 0.2 | 82.80 |
| 07/27/07 | RLL | Prepare hearing binder for omnibus hearing | 2.0 | 288.00 |

TOTAL HOURS     20.5

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

551263 1 9/4/07

355619          Missel, Michael J. (EXAMINER)                    Invoice Number  2004907
00015           Preparation For And Attendance At Hearing        Page 2
08/23/07

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Renee L. Lowder | 4.7 | at | $144.00 $=$ | | 676.80 |
| Renee L. Lowder | 7.5 | at | $135.00 $=$ | | 1,012.50 |
| J. Kate Stickles | 2.8 | at | $414.00 $=$ | | 1,159.20 |
| Mark Minuti | 0.6 | at | $459.00 $=$ | | 275.40 |
| Mark Minuti | 4.9 | at | $427.50 $=$ | | 2,094.75 |

                    CURRENT FEES                                    5,218.65

                **TOTAL AMOUNT OF THIS INVOICE**              5,218.65

SAUL
EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | | |
|---|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number | 2004908 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date | 08/23/07 |
| 1601 K Street, NW | Client Number | 355619 |
| Washington, DC 20006 | Matter Number | 00016 |

Re:   Retention Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/08/07 | MM | Telephone calls and e-mails re: filing K&L Gates Retention Application | 0.5 | 213.75 |
| 06/08/07 | MM | Review, comment upon and file K&L Gates Retention Application | 1.2 | 513.00 |
| 06/13/07 | RLL | Draft and revise Saul Ewing's Retention Application | 1.8 | 243.00 |
| 06/14/07 | MM | Review of and revisions to Saul Ewing's Retention Application | 1.0 | 427.50 |
| 06/14/07 | MM | E-mails with E. Fox re: Saul Ewing's Retention Application and 6/15/07 hearing | 0.4 | 171.00 |
| 06/15/07 | MM | Review of and further revisions to Saul Ewing's Retention Application | 0.5 | 213.75 |
| 06/15/07 | MM | E-mail revised Saul Ewing's Retention Application | 0.2 | 85.50 |
| 06/21/07 | MM | E-mails with E. Fox re: Saul Ewing's Retention Application | 0.2 | 85.50 |
| 06/22/07 | MM | Review of Bank of America's Response to K&L Gates' Retention Application | 0.1 | 42.75 |
| 06/22/07 | MM | E-mail re: Bank of America's Response to K&L Gates' Retention Application | 0.2 | 85.50 |
| 06/22/07 | MM | Telephone call with E. Fox re: Bank of America's Response to K&L Gates' Retention Application | 0.2 | 85.50 |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

551263.1 9/4/07

355619
00019
08/23/07

Missel, Michael J. (EXAMINER)
Retention Matters

Invoice Number 2004908
Page 2

| 06/25/07 | MM | Review of Morgan Stanley's Objection to K&L Gates' Retention Application | 0.2 | 85.50 |
| 06/25/07 | MM | E-mail with E. Fox: Morgan Stanley's Objection to K&L Gates' Retention Application | 0.1 | 42.75 |
| 07/02/07 | PJR | Review of Saul Ewing's Retention Application | 0.2 | 52.20 |
| 07/02/07 | PJR | Review and execute Notice of Hearing on Saul Ewing's Retention Application | 0.1 | 26.10 |
| 07/02/07 | RLL | Revisions to Saul Ewing's Retention Application | 2.0 | 288.00 |
| 07/02/07 | RLL | Finalize and E-file Saul Ewing's Retention Application | 0.9 | 129.60 |
| 07/03/07 | RLL | E-file Affidavit of Service for Saul Ewing's Retention Application | 0.4 | 57.60 |
| 07/10/07 | MM | Telephone call with K&L Gates re: revised retention order | 0.2 | 91.80 |
| 07/13/07 | MM | Review of Supplemental K&L Gates Affidavits | 0.5 | 229.50 |
| 07/13/07 | MM | Telephone calls and e-mails re: filing Supplemental K&L Gates Affidavits | 0.3 | 137.70 |
| 07/16/07 | MM | Telephone calls with E. Fox re: filing of Supplemental K&L Gates Affidavits | 0.2 | 91.80 |
| 07/16/07 | MM | E-mails re: outcome of Heller Ehrmann Retention | 0.2 | 91.80 |
| 07/16/07 | MM | Coordinate filing of Supplemental Affidavits for K&L Gates | 0.2 | 91.80 |
| 07/16/07 | JKS | Review of application to retain Heller Ehrmann; Trustee's objection and reply | 0.8 | 331.20 |
| 07/20/07 | MM | E-mails to/from E. Fox re: circulate proposed K&L Gates' retention order | 0.3 | 137.70 |
| 07/20/07 | MM | E-mail circulating proposed K&L Gates' retention order | 0.2 | 91.80 |
| 07/23/07 | MM | Draft certification for K&L Gates' retention order | 0.5 | 229.50 |
| 07/23/07 | MM | E-mails and telephone calls with E. Fox re: K&L Gates' retention order | 0.3 | 137.70 |

355619
00019
08/23/07

Missel, Michael J. (EXAMINER)
Retention Matters

Invoice Number 2004908
Page 3

| 07/23/07 | MM | Finalize and file certification and proposed K&L Gates' retention order | 0.2 | 91.80 |
|---|---|---|---|---|
| 07/23/07 | RLL | E-file and serve Certification of Counsel for proposed order for K&L Gates' Retention | 1.3 | 187.20 |
| 07/24/07 | RLL | Send chambers copies of Supplemental Affidavits in Support of Application to Retain K&L Gates | 0.3 | 43.20 |
| 07/25/07 | RLL | Check dockets for objections to Application to Retain Saul Ewing LLP | 0.3 | 43.20 |
| 07/25/07 | RLL | Prepare Affidavit of Service for Order Authorizing Employment of K&L Gates as Counsel to Examiner | 1.9 | 273.60 |
| 07/25/07 | RLL | Prepare/revise Certification of No Objection for Application to Retain Saul Ewing LLP | 0.7 | 100.80 |
| 07/25/07 | MM | E-mail re: K&L Gates' Retention Order | 0.1 | 45.90 |
| 07/25/07 | MM | Review and execute Certification of No Objection for Saul Ewing's retention | 0.2 | 91.80 |
| 07/26/07 | MM | Review and execute revised Certification of No Objection for Saul Ewing's Retention Application | 0.2 | 91.80 |
| 07/26/07 | RLL | E-file and serve Certification of No Objection for Saul Ewing retention | 0.6 | 86.40 |
| 07/26/07 | RLL | E-file Affidavit of Service (Order Authorizing Retention of Kirkpatrick) | 0.3 | 43.20 |
| 07/26/07 | RLL | Edits to Certification of No Objection for Saul Ewing retention | 1.0 | 144.00 |
| 07/26/07 | RLL | Edits to Affidavit of Service (Order Authorizing Retention of Kirkpatrick) | 0.3 | 43.20 |
| 07/30/07 | RLL | Prepare Affidavit of Service for Order Authorizing Saul Ewing | 0.6 | 86.40 |

355619                  Missel, Michael J. (EXAMINER)                    Invoice Number 2004908
00019                   Retention Matters                                Page 4
08/23/07

| 07/31/07 | RLL | E-file Affidavit of Service re: Order Retaining Saul Ewing LLP as Delaware Counsel | 0.4 | 57.60 |

TOTAL HOURS          22.3

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Patrick J. Reilley | 0.3 | at | $261.00 | = | 78.30 |
| Renee L. Lowder | 11.0 | at | $144.00 | = | 1,584.00 |
| Renee L. Lowder | 1.8 | at | $135.00 | = | 243.00 |
| J. Kate Stickles | 0.8 | at | $414.00 | = | 331.20 |
| Mark Minuti | 3.6 | at | $459.00 | = | 1,652.40 |
| Mark Minuti | 4.8 | at | $427.50 | = | 2,052.00 |

CURRENT FEES                                          5,940.90

**TOTAL AMOUNT OF THIS INVOICE**                      5,940.90

# SAUL EWING
## Attorneys at Law
###### A Delaware LLP

Federal Identification Number: 23-1416352

Accounting Phone:  215-972-7708

www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2004909 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 08/23/07 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00019 |

Re:   UST Reports and Meetings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/23/07 | MM | Review of Notice of continued 341 meeting | 0.1 | 45.90 |
| | | TOTAL HOURS | 0.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Mark Minuti | 0.1 | at | $459.00 | = | 45.90 |

CURRENT FEES                                                                      45.90

**TOTAL AMOUNT OF THIS INVOICE**                                45.90

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ◆ Wilmington, DE 19801-1611

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON

A DELAWARE LIMITED LIABILITY PARTNERSHIP

551263 1 9/4/07

# EXHIBIT "D"

## EXPENSE SUMMARY FOR THE PERIOD
## JUNE 1, 2007 THROUGH JULY 31, 2007

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (331 pages @ $0.10/page | | $33.10 |
| Telephone | | $16.21 |
| Postage | | $102.28 |
| Messenger Service | *Parcels, Inc.; Tri-State Courier & Carriage* | $57.00 |
| Working Meals (breakfast re: 6/14/07 hearing) | *Funari's Catering* | $22.70 |
| Outside Photocopying | *Digital Legal Services* | $5,313.57 |
| **TOTAL** | | **$5,544.86** |

*EXHIBIT "D"*

SAUL
EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2004904 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 08/23/07 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00002 |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 07/12/07 | Photocopying | 33.10 | |
| | Total Photocopying | | 33.10 |
| 06/08/07 | Telephone | 0.22 | |
| 06/08/07 | Telephone | 2.31 | |
| 07/05/07 | Telephone | 0.22 | |
| 07/05/07 | Telephone | 0.59 | |
| 07/05/07 | Telephone | 1.25 | |
| 07/05/07 | Telephone | 2.31 | |
| 07/31/07 | Telephone | 0.18 | |
| 07/31/07 | Telephone | 0.22 | |
| 07/31/07 | Telephone | 0.29 | |
| 07/31/07 | Telephone | 0.40 | |
| 07/31/07 | Telephone | 0.46 | |
| 07/31/07 | Telephone | 0.68 | |
| 07/31/07 | Telephone | 0.70 | |
| 07/31/07 | Telephone | 0.73 | |
| 07/31/07 | Telephone | 0.73 | |
| 07/31/07 | Telephone | 1.25 | |
| 07/31/07 | Telephone | 1.58 | |
| 07/31/07 | Telephone | 2.09 | |
| | Total Telephone | | 16.21 |
| 06/13/07 | Postage | 31.35 | |
| 07/10/07 | Postage | 70.93 | |
| | Total Postage | | 102.28 |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

551263 1 9/4/07

355619                       Missel, Michael J. (EXAMINER)                              Invoice Number 2004904
00002                        Expenses                                                   Page 2
08/23/07

| | | | |
|---|---|---:|---:|
| 07/13/07 | Messenger Service - - VENDOR: Tristate Courier & Carriage Order no. 446905 / D. Frawley Bank ID: 14 Check Number: 99736 | 19.50 | |
| 07/13/07 | Messenger Service - - VENDOR: Parcels, Inc Various deliveries on 6/14/07 / F. Pouncy Bank ID: 14 Check Number: 99730 | 37.50 | |
| | Total Messenger Service | | 57.00 |
| 07/13/07 | Meals - - VENDOR: Funari's Catering Breakfast prior to hearing 6/14/07 / M. Minuti Bank ID: 14 Check Number: 99724 | 22.70 | |
| | Total Meals | | 22.70 |
| 07/13/07 | Copies - - VENDOR: Writer's Cramp, Inc. of hearing transcript / M. Minuti Bank ID: 14 Check Number: 99737 | 585.76 | |
| 07/13/07 | Copies - - VENDOR: Digital Legal, LLC Copy, postage, delivery of Kirkpatrick Lockhart's Retention Application / M. Minuti Bank ID: 14 Check Number: 99721 | 1,355.39 | |
| 07/23/07 | Copies - - VENDOR: Digital Legal, LLC of Examiner's 2004 Motion / M. Minuti Bank ID: 14 Check Number: 100112 | 960.39 | |
| 07/23/07 | Copies - - VENDOR: Digital Legal, LLC of Saul Ewing's Retention Application / M. Minuti Bank ID: 14 Check Number: 100112 | 1,334.25 | |
| 07/26/07 | Copies - - VENDOR: Writer's Cramp, Inc. of 7/16/07 hearing transcript / M. Minuti Bank ID: 14 Check Number: 100384 | 107.90 | |
| 07/26/07 | Copies - - VENDOR: Digital Legal, LLC and postage of Re-Notice of Motion / M. Minuti Bank ID: 14 Check Number: 100361 | 343.62 | |
| 07/26/07 | Copies - - VENDOR: Digital Legal, LLC and postage of Supplemental Affidavits of Michael Missal and Edward Fox and Affidavits of Dennis Potter and Kelly Villalpando / M. Minuti Bank ID: 14 Check Number: 100361 | 626.26 | |
| | Total Copies | | 5,313.57 |
| | CURRENT EXPENSES | | 5,544.86 |

**TOTAL AMOUNT OF THIS INVOICE**                                   5,544.86