## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 |
| | ) | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC., | ) | |
| a Delaware Corporation, _et al._, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

## ORDER APPROVING FIRST MONTHLY FEE APPLICATION OF
## SAUL EWING LLP, CO-COUNSEL TO THE EXAMINER, FOR ALLOWANCE
## OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
## THE PERIOD JUNE 1, 2007 THROUGH JULY 31, 2007

Upon the First Monthly Fee Application of Saul Ewing LLP ("Saul Ewing"), co-counsel to Michael J. Missel, as Examiner of New Century TRS Holdings, Inc., _et al._, (collectively, the "Debtors") in the above-captioned chapter 11 cases, for interim allowance of compensation and for reimbursement of expenses, for the period June 1, 2007 through July 31, 2007, pursuant to 11 U.S.C. § 331, and adequate notice of such application having been given, **IT IS ORDERED**:

1.      Saul Ewing is allowed compensation for professional services rendered in the amount of $15,948 for the period from June 1, 2007 through July 31, 2007.

2.      Saul Ewing is allowed reimbursement of its actual and necessary expenses in the amount of $5,544.86 for the period from June 1, 2007 through July 31, 2007.

3.      The Debtors are authorized and directed to promptly pay the foregoing amounts to Saul Ewing.

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

Dated: ____ _____, 2007

551416 1 9/4/07