# EXHIBIT A

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number          10462077

Page 1

Jennifer Jewett, Esq.,
VP, Corporate Counsel and Secretary
New Century Financial Corporation
18400 Von Karman, Ste. 1000
Irvine, CA 92612

Invoice Date:          August 17, 2007

For Professional Services Through June 30, 2007

Client:      New Century Financial Corporation
Matter:      Investigation - Interviews & Document Review
Our Matter #:   25126-0004

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 02-Apr-2007 | Telephone discussion with Mr. Landry (.2); review e-mails and leave message for Ms. Dixon (.2). | N H Brockmeyer | 0.40 | 635.00 | 254.00 |
| 02-Apr-2007 | Conferences re status and possible next steps (.2); review email correspondence re scheduling interview (.1); draft email correspondence re same (.1); draft email correspondence re interview (.6). | J M Landry | 1.00 | 595.00 | 595.00 |
| 03-Apr-2007 | Review notes re Bankruptcy impact on investigation (.1); telephone with Mr. Shepard re same(.2). | L W Keeshan | 0.30 | 750.00 | 225.00 |
| 03-Apr-2007 | Review email correspondence re scheduling of interviews (.3); attend interview (.8); follow-up conferences and draft email correspondence re same (.3). | J M Landry | 1.40 | 595.00 | 833.00 |
| 04-Apr-2007 | Call with PwC re going forward action plan (.2); call with bankruptcy counsel re application and with team | M Dixon | 4.90 | 580.00 | 2,842.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462077

Page 2

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | re same (.4); correspond with OMM D&O insurance issue (.3); supervise fact development/ongoing projects (3.5); gather reports and summarize for Mr. Shepard for AC call tomorrow (.5). | | | | |
| 04-Apr-2007 | Conference call re outstanding tasks and identification of objectives (1.0); review e-mail re various follow-up items (.8); draft correspondence re same (.8). | J M Landry | 2.60 | 595.00 | 1,547.00 |
| 04-Apr-2007 | Exchange e-mails with Mr. Shepard and Ms. Dixon (.2); telephone discussion with Mr. Landry (.8); conference call re investigation (.5); telephone discussion (.2). | N H Brockmeyer | 1.70 | 635.00 | 1,079.50 |
| 04-Apr-2007 | Preparation for next steps of investigation and to discuss upcoming conference call with client (1.5); draft master checklist for team re same (.3). | M A Zwibelman | 1.80 | 515.00 | 927.00 |
| 05-Apr-2007 | Supervise and assist in drafting streamlined investigation outline, search terms, etc. | M Dixon | 2.10 | 580.00 | 1,218.00 |
| 05-Apr-2007 | Conference re document review approach. | K Hornbeck | 0.30 | 335.00 | 100.50 |
| 05-Apr-2007 | Conference with Jeff Boyle re LOCOM analysis email (.9); draft correspondence re same (.3); various conferences re status and insider trading project (.5); review and draft search terms re same (.5). | J M Landry | 2.20 | 595.00 | 1,309.00 |
| 05-Apr-2007 | Correspond with Mr. Shepard re interviews (.1); create summary of each interview and distribute to case team (.4); correspond with Mr. Zwibelman re | B Diggs | 0.80 | 285.00 | 228.00 |

## REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

**TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.**

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462077

Page 3

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 05-Apr-2007 | documents Heller Ehrman has in possession (.2); review news story re New Century's bankruptcy (.1). Exchange voicemails | M A Zwibelman | 1.20 | 515.00 | 618.00 |
| 06-Apr-2007 | interviews (.3); draft and review email correspondence re same (.2); finalize chart summarizing witness interviews and status of memoranda (.4); draft master checklist re next steps of investigation (.3). Conference with Mr. Hornbeck re insider trading issue, LOCOM analysis document and search terms (.7); draft list of search terms (.4); conference re status (.5); draft email correspondence re declaration (.5); review email correspondence re multiple issues (.4). | J M Landry | 2.50 | 595.00 | 1,487.50 |
| 06-Apr-2007 | Draft search strings for insider trading issues (1.5); conference re document review approach (.5). | K Hornbeck | 2.00 | 335.00 | 670.00 |
| 06-Apr-2007 | Draft proposed task list for investigation in preparation for client conference call (.2); draft and review email correspondence re same (.2); exchange voicemails upcoming interview of his client (.1); update chart summarizing status of insider trading component of investigation (.7). | M A Zwibelman | 1.20 | 515.00 | 618.00 |
| 06-Apr-2007 | Work on streamlined investigation outline. | M Dixon | 0.90 | 580.00 | 522.00 |
| 09-Apr-2007 | Leave voicemails for re | M A Zwibelman | 3.20 | 515.00 | 1,648.00 |

**REDACTED**

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462077

Page 4

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | interviews (.3); telephone calls re document review searches (.4); draft and review email correspondence re same (1.2); draft, edit and finalize memoranda (1.3). | | | | |
| 09-Apr-2007 | Address misc. issues (e.g., Paul Zalle, discussion with BK attorneys re info. for application) (.4); update Messrs. Landry, Hornbeck, Zwibelman on going forward orders (.5); supervise searches on insider trading (.5); supervise production of insider trading witness interview outlines (.5); telephone interview (.2). | M Dixon | 2.10 | 580.00 | 1,218.00 |
| 09-Apr-2007 | Coordinate with vendor and team in preparing for document review (1.5); conference re approach to insider trading issues (.3). | K Hornbeck | 1.80 | 335.00 | 603.00 |
| 09-Apr-2007 | Meet with Ms Dixon re interview outlines project (.6); review public folder emails for follow up interview topics and create outlines for (3.2); produce hard cover documents from brokerage statements (.8); correspond with Mr. Zwibelman re additional documents needed from company (.2). | B Diggs | 4.80 | 285.00 | 1,368.00 |
| 09-Apr-2007 | Conference re status, scope and document vendor issues (.5); conference re organizing review team (.5); review materials re same (.1). | J M Landry | 1.10 | 595.00 | 654.50 |
| 09-Apr-2007 | Meet with Mike Zwibelman re | J Barth | 3.00 | 180.00 | 540.00 |

**REDACTED**

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number        10462077

Page 5

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | data searches (.3); coordinate data searches        (2.7). | | | | |
| 10-Apr-2007 | Talk to Mr. Zwibelman re project re insider trading. | A S Gordon | 0.20 | 415.00 | 83.00 |
| 10-Apr-2007 | Meet with Mr. Zwibelman, Mr. Liftik, Ms. Dixon, and Ms. Barth re new projects in preparation for interviews,                (.7); telephone and email            re follow up document requests (.2); create interview outlines for interviews (3.5). | B Diggs | 4.40 | 285.00 | 1,254.00 |
| 10-Apr-2007 | Prepare Mr. Zwibleman's documents and files for transfer              n (1.0); coordinate new search requests ·             (.9); organize inventory chart (3.3). | A J Barth | 5.20 | 180.00 | 936.00 |
| 10-Apr-2007 | Follow up re internal investigation and retention issues (.8); calls with team and O'Melveny re same (.2). | M J Shepard | 1.00 | 750.00 | 750.00 |
| 10-Apr-2007 | Review insider information documents (1.5); create chart, summaries (.9). | B L Little | 2.40 | 330.00 | 792.00 |
| 10-Apr-2007 | Witness interview preparation (3.2); assist bankruptcy attorneys with application information (.3); team meeting with and supervise associates and paralegals re pending projects, document review, timelines, interview outlines (1.2); discussion with Messrs. Shepard and Keeshan re retention plan issue (.5); discuss          issue with team (.5); update call with Mr. Shepard and Landry (.5); communicate with counsel for individuals re interviews | M Dixon | 6.70 | 580.00 | 3,886.00 |

REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043

Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462077

Page 6

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 10-Apr-2007 | (.5). Conferences re assembling review team (1.0); conference re logistics of review (.7); conference call re status and tasks (.4); further calls re planning and tasks (.6). | J M Landry | 2.70 | 595.00 | 1,606.50 |
| 10-Apr-2007 | Participate in team meetings re next steps of investigation (1.0); draft and finalize outlines/checklists re same (.9); draft and review email correspondence with third-party vendor re document review (.2). | M A Zwibelman | 2.10 | 515.00 | 1,081.50 |
| 10-Apr-2007 | Coordinate with vendor and team members re document review (3.2); conferences re review strategy and technical issues (1.0). | K Hornbeck | 4.20 | 335.00 | 1,407.00 |
| 10-Apr-2007 | Conference re case transition. | M E Liftik | 1.00 | 505.00 | 505.00 |
| 10-Apr-2007 | Planning and preparation for attorney review of electronic discovery material. | B Suess | 2.00 | 310.00 | 620.00 |
| 11-Apr-2007 | Update and organize inventory (1.0); meet with Mr. Zwibelman re interpreting search reports (.2); coordinate new searches (.7). | A J Barth | 1.90 | 180.00 | 342.00 |
| 11-Apr-2007 | Review public information documents. | D Kaufman | 5.30 | 285.00 | 1,510.50 |
| 11-Apr-2007 | Attend conference re strategy for document review. | C J Jackson | 0.60 | 285.00 | 171.00 |
| 11-Apr-2007 | Review disclosure schedules and draft purchase agreement (3.5); participate on conference call with third-party vendor re document searches for insider trading component of investigation (.3); participate in internal team meetings re same (1.0); review, edit and draft outlines, chronologies and summary | M A Zwibelman | 6.20 | 515.00 | 3,193.00 |

**REDACTED**

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043

Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number      10462077

Page 7

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | charts re insider trading component of investigation (1.0); review, edit, draft and finalize memoranda (.4). | | | | |
| 11-Apr-2007 | Review documents (.6);  calls with USAO and SEC (.2). | M J Shepard | 0.80 | 750.00 | 600.00 |
| 11-Apr-2007 | Telephone conference          re document review status (1.5); conference re document review protocols on insider trading issues (.8). | M E Liftik | 2.30 | 505.00 | 1,161.50 |
| 11-Apr-2007 | Conference re upcoming document review. | J Richlin | 0.80 | 285.00 | 228.00 |
| 11-Apr-2007 | Review insider information documents to create chart, summaries. | B L Little | 8.30 | 330.00 | 2,739.00 |
| 11-Apr-2007 | Review documents for investigation. | A S Gordon | 5.80 | 415.00 | 2,407.00 |
| 11-Apr-2007 | Conference re insider trading document review. | B Marvin | 0.70 | 285.00 | 199.50 |
| 11-Apr-2007 | Review documents          (2.0); review PWC comments          (.3); draft notes          (.4); conference with Mr. Brockmeyer          (.2); conferences re logistics of email review (.5); conference with review team (.5); review prior emails in connection with project (1.4); review and draft correspondence re general status (.5). | J M Landry | 5.80 | 595.00 | 3,451.00 |
| 11-Apr-2007 | Review documents and put together chart re public information | D M Keller | 7.50 | 330.00 | 2,475.00 |
| 11-Apr-2007 | Correspond re training for most recent review of New Century documents. | A B Millar | 0.20 | 375.00 | 75.00 |
| 11-Apr-2007 | Review          memoranda and | B Diggs | 1.00 | 285.00 | 285.00 |

**REDACTED**

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043

Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462077

Page 8

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | · notes for follow up issues for , interviews. | | | | |
| 11-Apr-2007 | Coordinate with vendor re insider trading document review (5.4); conference re review strategy (.8); train document reviewers (1.0); analyze search string hit report (1.2). | K Hornbeck | 8.40 | 335.00 | 2,814.00 |
| 11-Apr-2007 | Meet re document review. | C Y Tcheng | 0.60 | 415.00 | 249.00 |
| 11-Apr-2007 | Attend team meeting re email review for insider trading investigation. | H Bradley | 0.80 | 375.00 | 300.00 |
| 11-Apr-2007 | Planning and preparation for attorney review | B Suess | 1.00 | 310.00 | 310.00 |
| 12-Apr-2007 | Correspond with various team members re pending issues (comments on OMM drafts; document loading and review status; interview outlines and schedules, etc.). | M Dixon | 2.80 | 580.00 | 1,624.00 |
| 12-Apr-2007 | Conference call re email review. | J Richlin | 1.00 | 285.00 | 285.00 |
| 12-Apr-2007 | Analyze case materials. | B A Overholser | 0.50 | 235.00 | 117.50 |
| 12-Apr-2007 | Review insider information documents (6.0); create chart, summaries (5.1). | B L Little | 11.10 | 330.00 | 3,663.00 |
| 12-Apr-2007 | Review documents for internal investigation (1.2); draft list of findings from review (1.0). | A S Gordon | 2.20 | 415.00 | 913.00 |
| 12-Apr-2007 | Attend conference re strategy for document review. | C J Jackson | 0.90 | 285.00 | 256.50 |
| 12-Apr-2007 | Attend conference to discuss the substance of the insider trading review (1.0); attend conference call re insider trading issues (1.9). | A B Millar | 2.90 | 375.00 | 1,087.50 |
| 12-Apr-2007 | Review revisions to documents (1.0); draft e-mail correspondence re same (.8); conference re document review logistics and organizing document | J M Landry | 6.30 | 595.00 | 3,748.50 |

## REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462077

Page 9

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| | review teams; conference re search parameters (1.3); draft correspondence re status (.4); review documents related to insider trading issue (2.0); conferences re vendor issues (.8). | | | | |
| 12-Apr-2007 | Attend and follow up re conference call re insider trading review. | H Bradley | 0.70 | 375.00 | 262.50 |
| 12-Apr-2007 | Review          memoranda and notes and inside information chart for information for outlines for          · interviews (5.5); meet with document review team re next steps in document review (.9); correspond with Mr. Rhinehart re document follow up (.1); telephone with Ms. Little re missing information (.2). | B Diggs | 6.70 | 285.00 | 1,909.50 |
| 12-Apr-2007 | Conference re insider trading document review (1.0); review memo and correspondence re same (.2). | B Marvin | 1.20 | 285.00 | 342.00 |
| 12-Apr-2007 | Coordinate with vendor re insider trading document review (6.0); train document review team (1.0); analyze database workflow to develop efficiences (1.8). | K Hornbeck | 8.80 | 335.00 | 2,948.00 |
| 12-Apr-2007 | Meet re document review (1.0); review background memos (.2); read and respond to team e-mail correspondence re document review (.5). | C Y Tcheng | 1.70 | 415.00 | 705.50 |
| 12-Apr-2007 | Supervise investigation (.6); call with client (.2); respond to O'Melveny requests (.2). | M J Shepard | 1.00 | 750.00 | 750.00 |
| 12-Apr-2007 | Conference re insider trading document review project (2.2); telephone          to arrange | M E Liftik | 6.60 | 505.00 | 3,333.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462077

Page 10

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | document review (2.2); coordinate document review for insider trading (2.2). | | | | |
| 12-Apr-2007 | Review documents and put together chart re public information | D M Keller | 2.70 | 330.00 | 891.00 |
| | (2.2); conference re case status and impending document review (.5). | | | | |
| 12-Apr-2007 | Prepare for and conference call re document review training. | O M Peterson | 1.30 | 355.00 | 461.50 |
| 12-Apr-2007 | Conference call re review (1.0); review correspondence and instructions for review (.4). | E E McMurray | 1.40 | 360.00 | 504.00 |
| 12-Apr-2007 | Attend training re document review software and strategy (1.0); research re case background (.1). | S R Rosenthal | 1.10 | 285.00 | 313.50 |
| 12-Apr-2007 | Participate in team meetings and conference calls re document review in preparation for upcoming witness interviews (1.0); review and edit memoranda (2.3). | M A Zwibelman | 3.30 | 515.00 | 1,699.50 |
| 12-Apr-2007 | Review Mike Zwibelman memo for future projects and deadlines | A J Barth | 0.60 | 180.00 | 108.00 |
| 13-Apr-2007 | Conference re insider trading document review (.5); attend training re same (1.0); review insider trading documents (3.6). | B Marvin | 5.10 | 285.00 | 1,453.50 |
| 13-Apr-2007 | Review emails for insider trading investigation. | H Bradley | 2.70 | 375.00 | 1,012.50 |
| 13-Apr-2007 | Attend training re document review program; conduct document review. | C J Jackson | 4.50 | 285.00 | 1,282.50 |
| 13-Apr-2007 | Meet with LA review team (.6); conferences re status (.4); review insider-trading related materials (1.9); draft correspondence re scheduling issues (.2). | J M Landry | 3.10 | 595.00 | 1,844.50 |
| 13-Apr-2007 | Coordinate insider trading document | K Hornbeck | 10.20 | 335.00 | 3,417.00 |



REDACTED

**Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit**

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

**TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
charge of .83% per month.**

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462077

Page 11

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | review (6.2); train reviewers (1.0); troubleshoot review problems with reviewers (1.5); conferences re review strategy (1.5). | | | | |
| 13-Apr-2007 | Review protocol for document review (.3); review documents re allegations of insider trading (6.9). | E E McMurray | 7.20 | 360.00 | 2,592.00 |
| 13-Apr-2007 | Attend training meeting for document review (.5); review documents (5.2). | C Y Tcheng | 5.70 | 415.00 | 2,365.50 |
| 13-Apr-2007 | Attend training re case background and strategy in preparation for document review project. | S R Rosenthal | 0.80 | 285.00 | 228.00 |
| 13-Apr-2007 | Conference call with team (.7); document review system set-up (.5); document review (5.0). | O M Peterson | 6.20 | 355.00 | 2,201.00 |
| 13-Apr-2007 | Review materials in preparation for document review project; review documents. | A S Gordon | 3.50 | 415.00 | 1,452.50 |
| 13-Apr-2007 | Review documents concerning insider trading issues. | A B Millar | 5.30 | 375.00 | 1,987.50 |
| 13-Apr-2007 | Analyze case materials (3.1); consult with team re project management (1.0). | B A Overholser | 4.10 | 235.00 | 963.50 |
| 13-Apr-2007 | Review insider information documents (1.0); create chart, draft summaries (2.9). | B L Little | 3.90 | 330.00 | 1,287.00 |
| 13-Apr-2007 | Coordinate document review (6.0); telephone      re document review and technical issues (3.0); conference re witness interview outlines (1.7). | M E Liftik | 10.70 | 505.00 | 5,403.50 |
| 13-Apr-2007 | Telephone with Ali Mayorkas      re status (.4); correspond      · re interviews (.5); supervise team on training and document review issues (.9); meet with | M Dixon | 2.30 | 580.00 | 1,334.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462077

Page 12

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 13-Apr-2007 | associates re outlines (.5). Telephone re searching the database and document review strategy and techniques (.2); telephone with Ms. Dixon re interview outlines and what needs to be included (.4); meet with Mr. Liftik re secondary review of documents pulled by reviewers and strategy for culling relevant documents for witness interviews (.4); review of emails, notes, memoranda for outlines (1.5). | B Diggs | 2.50 | 285.00 | 712.50 |
| 13-Apr-2007 | Coordinate with O'Melveny (.1); prepare for interviews (.3). | M J Shepard | 0.40 | 750.00 | 300.00 |
| 13-Apr-2007 | Conference re email review strategy (.7); attend training for email review program (.5); review emails (6.0). | J Richlin | 7.20 | 285.00 | 2,052.00 |
| 13-Apr-2007 | Review online document collection (.3); discuss review and training protocols (.7). | B Suess | 1.00 | 310.00 | 310.00 |
| 14-Apr-2007 | Review emails for insider trading investigation. | H Bradley | 2.80 | 375.00 | 1,050.00 |
| 14-Apr-2007 | Review documents for internal investigation. | A S Gordon | 1.50 | 415.00 | 622.50 |
| 14-Apr-2007 | Analyze results of insider trading review (1.2); review documents (1.8). | K Hornbeck | 3.00 | 335.00 | 1,005.00 |
| 14-Apr-2007 | Review e-mails re document review. | E E McMurray | 1.10 | 360.00 | 396.00 |
| 14-Apr-2007 | Review documents. | C Y Tcheng | 0.90 | 415.00 | 373.50 |
| 14-Apr-2007 | Review documents. | O M Peterson | 2.70 | 355.00 | 958.50 |
| 14-Apr-2007 | Review and code documents in preparation for company officer interviews. | S R Rosenthal | 0.90 | 285.00 | 256.50 |
| 14-Apr-2007 | Review updates on documents issues and information gathered for trading interviews (.5); supervise ongoing | M Dixon | 1.10 | 580.00 | 638.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462077

Page 13

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | projects (.6). | | | | |
| 14-Apr-2007 | Review insider information documents (3.0); create chart, draft summaries (4.4). | B L Little | 7.40 | 330.00 | 2,442.00 |
| 15-Apr-2007 | Calls and prepare draft re contact | M J Shepard | 2.60 | 750.00 | 1,950.00 |
| 15-Apr-2007 | Review insider information documents (1.0); create chart, draft summaries (2.7). | B L Little | 3.70 | 330.00 | 1,221.00 |
| 15-Apr-2007 | Review documents pulled by the review team for relevance to the witness interviews. | B Diggs | 0.30 | 285.00 | 85.50 |
| 15-Apr-2007 | Call with independent counsel re scheduling interviews (.2); status update from team on interview preparation (.5). | M Dixon | 0.70 | 580.00 | 406.00 |
| 16-Apr-2007 | Review email for insider trading investigation. | H Bradley | 1.10 | 375.00 | 412.50 |
| 16-Apr-2007 | Review documents for internal investigation re alleged insider trading. | E E McMurray | 1.60 | 360.00 | 576.00 |
| 16-Apr-2007 | Review documents re insider trading issues. | C Y Tcheng | 1.40 | 415.00 | 581.00 |
| 16-Apr-2007 | Organize and update chart of document and exhibit inventory for review. | A J Barth | 1.90 | 180.00 | 342.00 |
| 16-Apr-2007 | Conduct document review. | C J Jackson | 0.80 | 285.00 | 228.00 |
| 16-Apr-2007 | Review and code documents (1.9); conference re review strategy (.6). | S R Rosenthal | 2.50 | 285.00 | 712.50 |
| 16-Apr-2007 | Review documents pulled by review team for relevance to witness interviews (3.1); create interview outlines (3.1); review insider emails, financial presentations, and news articles for relevance (1.5); meet with Mr. Liftik re interview outlines (.6). | B Diggs | 8.30 | 285.00 | 2,365.50 |
| 16-Apr-2007 | Decide strategy re                     and | M J Shepard | 6.60 | 750.00 | 4,950.00 |

**REDACTED**

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462077

Page 14

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | discuss with client and O'Meleny (6.2); call to SEC re status (.1); memorandum to file re same (.2); call with Mr. Handzlik (.1). | | | | |
| 16-Apr-2007 | Analyze case materials (1.7); consult with team re project management (.5). | B A Overholser | 2.20 | 235.00 | 517.00 |
| 16-Apr-2007 | Supervise ongoing document and interview outline projects (1.7); contact   re interviews (.7); discuss interview (.8); telephone   (.1). | M Dixon | 3.30 | 580.00 | 1,914.00 |
| 16-Apr-2007 | Document review. | O M Peterson | 2.10 | 355.00 | 745.50 |
| 16-Apr-2007 | Review correspondence re review of documents pertaining to insider trading issue. | A B Millar | 0.40 | 375.00 | 150.00 |
| 16-Apr-2007 | Coordinate document review (3.0); telephone   re document review and technical issues (1.0); conference re witness interview outlines (.6); review   documents (1.4). | M E Liftik | 6.00 | 505.00 | 3,030.00 |
| 16-Apr-2007 | Coordinate insider trading review (1.5); coordinate production of relevant documents (1.4). | K Hornbeck | 2.90 | 335.00 | 971.50 |
| 16-Apr-2007 | Implement production of responsive documents from insider trading review for use in interviews. | E Jimenez | 5.00 | 185.00 | 925.00 |
| 16-Apr-2007 | Review documents for witness interviews. | A S Gordon | 1.20 | 415.00 | 498.00 |
| 17-Apr-2007 | Review correspondence re review of documents pertaining to insider trading. | A B Millar | 0.30 | 375.00 | 112.50 |
| 17-Apr-2007 | Organize and create binder sets of document exhibits   to   (5.1); create | A J Barth | 6.80 | 180.00 | 1,224.00 |

**REDACTED**

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462077

Page 15

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| | index of document and exhibit material (1.7). | | | | |
| 17-Apr-2007 | Review documents selected by PwC for          interviews (.7); correspond re          interview outlines (.4); correspond re document review progress (.6); conference re gathering personal brokerage statements (.6). | M E Liftik | 2.30 | 505.00 | 1,161.50 |
| 17-Apr-2007 | Implement production of responsive documents from insider trading review for use in interviews. | E Jimenez | 5.50 | 185.00 | 1,017.50 |
| 17-Apr-2007 | Work on          outlines (2.9); team meeting (.6); telephone          re interview (.2); telephone          re interview (.3); telephone          re interview (.3); telephone with          (.3); contact          (.2); follow up on factual issues for interviews (.7). | M Dixon | 5.50 | 580.00 | 3,190.00 |
| 17-Apr-2007 | Coordinate with vendor (3.0); supervise document review (2.2); coordinate production of relevant documents (1.0); review documents (1.5). | K Hornbeck | 7.70 | 335.00 | 2,579.50 |
| 17-Apr-2007 | Analyze case materials (3.5); prepare insider trading materials for interviews (1.4). | B A Overholser | 4.90 | 235.00 | 1,151.50 |
| 17-Apr-2007 | Draft interview outline (5.5); correspond with Mr. Liftik and Ms. Dixon re same (.3); correspond with Messrs. Keller and Hornbeck re additional documents needed to be included (.4); review documents pulled as hot for incorporation and meet with Ms. Dixon re outline (.7); revise same (2.7). | B Diggs | 9.40 | 285.00 | 2,679.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number        10462077

Page 16

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 17-Apr-2007 | Discussion with Mr. Liftik re internal investigation issues (.8); call employees of company to obtain documents (.7). | A S Gordon | 1.50 | 415.00 | 622.50 |
| 17-Apr-2007 | Review analyst call transcripts (1.5); draft email correspondence re same (.8). | J M Landry | 2.30 | 595.00 | 1,368.50 |
| 18-Apr-2007 | Review documents for timeline. | D Kaufman | 0.40 | 285.00 | 114.00 |
| 18-Apr-2007 | Review folder for witness preparation. | E E McMurray | 1.10 | 360.00 | 396.00 |
| 18-Apr-2007 | Update stock transaction dates with Code information and blackout dates. | A J Barth | 5.80 | 180.00 | 1,044.00 |
| 18-Apr-2007 | Supervise ongoing projects (.2); prepare outline and documents for interview (8.9); communicate with counsel for individuals re other interviews (.9). | M Dixon | 10.00 | 580.00 | 5,800.00 |
| 18-Apr-2007 | Review insider trading documents. | B Marvin | 0.90 | 285.00 | 256.50 |
| 18-Apr-2007 | Review emails. | J Richlin | 1.70 | 285.00 | 484.50 |
| 18-Apr-2007 | Review documents for evidence of possible insider trading. | A B Millar | 2.20 | 375.00 | 825.00 |
| 18-Apr-2007 | Review emails for insider trading investigation. | H Bradley | 2.10 | 375.00 | 787.50 |
| 18-Apr-2007 | Review materials re investigation (.3); draft e-mail to Ms. Dixon re same (.2); review documents (.6); discussions with employees of company to obtain documents (.8). | A S Gordon | 1.90 | 415.00 | 788.50 |
| 18-Apr-2007 | Review documents. | O M Peterson | 3.10 | 355.00 | 1,100.50 |
| 18-Apr-2007 | Review witness interview (.3); conference re SEC and USAO (.9); coordinate document review and witness outline creation (1.0). | M E Liftik | 2.20 | 505.00 | 1,111.00 |
| 18-Apr-2007 | Review and code documents for internal investigation. | S R Rosenthal | 0.20 | 285.00 | 57.00 |
| 18-Apr-2007 | Call with SEC and memorandum re | M J Shepard | 7.70 | 750.00 | 5,775.00 |

**REDACTED**

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number      10462077

Page 17

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | same (.3); prepare for witness interviews (7.0); call re retention plan (.4). | | | | |
| 18-Apr-2007 | Coordinate document review (2.0); review documents (1.4). | K Hornbeck | 3.40 | 335.00 | 1,139.00 |
| 18-Apr-2007 | Find timeline document (2.0); review insider memos (1.0). | B L Little | 1.20 | 330.00 | 396.00 |
| 18-Apr-2007 | Conduct document review. | C J Jackson | 2.00 | 285.00 | 570.00 |
| 18-Apr-2007 | Prepare insider trading materials for interviews. | B A Overholser | 0.90 | 235.00 | 211.50 |
| 18-Apr-2007 | Correspond with Ms. Dixon re draft interview outline (.2); correspond with other members of the case team re documents still needed to be incorporated into the outline (.3); locate and organize all necessary materials for outline and incorporate all documents into same (7.5); correspond with Mr. Hornbeck and Mr. Liftik re final document review (.5); create binders for Ms. Dixon and Mr. Shepard (3.1). | B Diggs | 11.60 | 285.00 | 3,306.00 |
| 19-Apr-2007 | Conference re 10b5-1 (.1); review 10b5-1 forms re witness interview preparation (.5). | M Patel | 0.60 | 460.00 | 276.00 |
| 19-Apr-2007 | Review and gather documents for witness interview (4.5); coordinate trading records review (.7); draft outline for interviews (7.0); conference re same (1.5). | M E Liftik | 13.70 | 505.00 | 6,918.50 |
| 19-Apr-2007 | Prepare for and interview (6.0); prepare for presentation (2.5); prepare for interviews and supervise team re same (2.5). | M J Shepard | 11.00 | 750.00 | 8,250.00 |
| 19-Apr-2007 | Review brokerage | E E McMurray | 6.70 | 360.00 | 2,412.00 |

REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number      10462077

Page 18

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 19-Apr-2007 | records (.7); compile data for Mr. Liftik and Ms. Dixon (6.0). interview binder (.6); correspond with Mr. Liftik re contents of the binder (.1); database search for missing documents (.6); compile information for trading outlines (2.6); review Form 4s, brokerage statements, 10b5-1 trading plans and summarize for outlines (5.0); correspond with Mr. Liftik and Mr. Keller re same (.2); compile materials to be sent to Mr. Landry for interview prep (.9). | B Diggs | 10.00 | 285.00 | 2,850.00 |
| 19-Apr-2007 | Review documents pertaining to insider trading inquiry. | K Hornbeck | 0.50 | 335.00 | 167.50 |
| 19-Apr-2007 | Review and prepare materials to send to Ms. Dixon and Mr. Liftik for witness interviews. | A S Gordon | 0.70 | 415.00 | 290.50 |
| 19-Apr-2007 | Review documents (5.0); create charts (.4); conference with attorneys (.9); coordinate sending of materials (.3). | O M Peterson | 6.60 | 355.00 | 2,343.00 |
| 19-Apr-2007 | Travel to NC (billed at 50%) (1.0); conduct interviews (9.5); supervise ongoing projects (1.5). | M Dixon | 12.00 | 580.00 | 6,960.00 |
| 19-Apr-2007 | Follow up phone call (.2); organize public documents (.2). | A J Barth | 0.40 | 180.00 | 72.00 |
| 20-Apr-2007 | Conference re document collection strategy and outline creation. | K Hornbeck | 0.70 | 335.00 | 234.50 |
| 20-Apr-2007 | Retrieve documents cited in spreadsheet for Mr. Liftik and Ms. Dixon, PDF documents for review. | E E McMurray | 1.10 | 360.00 | 396.00 |
| 20-Apr-2007 | Organize and send documents for witness preparation. | O M Peterson | 1.50 | 355.00 | 532.50 |
| 20-Apr-2007 | Prepare documents         : and | M E Liftik | 6.70 | 505.00 | 3,383.50 |

**REDACTED**

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043

Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462077

Page 19

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | interviews (2.7); review trading records for same (.5); conference re chronology project (.5); review draft outlines (3.0). | | | | |
| 20-Apr-2007 | Prepare for interviews (1.2); calls to O'Melveny & Myers (.2); prepare presentation (1.2). | M J Shepard | 2.60 | 750.00 | 1,950.00 |
| 20-Apr-2007 | Create interview binder (2.9); correspond with Mr. Liftik re same (.3); prepare materials for shipment to Santa Barbara (1.6). | B Diggs | 4.80 | 285.00 | 1,368.00 |
| 20-Apr-2007 | Prepare and organize binders per Michael Liftik's request (1.7); organize incoming documents (2.2). | A J Barth | 3.90 | 180.00 | 702.00 |
| 20-Apr-2007 | Place calls to employees of company for internal investigation. | A S Gordon | 0.20 | 415.00 | 83.00 |
| 20-Apr-2007 | Supervise ongoing projects (1.1); telephone with individual's counsel re interviews (.5). | M Dixon | 1.60 | 580.00 | 928.00 |
| 20-Apr-2007 | Review and draft email correspondence re collection of materials for interviews (.5); conference with Neil Keenan (.6); conferences re status (.4). | J M Landry | 1.50 | 595.00 | 892.50 |
| 21-Apr-2007 | Draft outline for interview. | M E Liftik | 4.90 | 505.00 | 2,474.50 |
| 21-Apr-2007 | Telephone independent counsel (.5); supervise team on outline preparation for witness interviews (.7). | M Dixon | 1.20 | 580.00 | 696.00 |
| 22-Apr-2007 | Prepare for interviews. | M J Shepard | 2.60 | 750.00 | 1,950.00 |
| 22-Apr-2007 | Draft interview outline (3.0); revise and edit same (1.0); gather additional materials for interview (.7); draft outline (1.5). | M E Liftik | 6.20 | 505.00 | 3,131.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462077

Page 20

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 22-Apr-2007 | Review email correspondence; review memos re insider trading issues; review interview notes (1.0); review draft         interview outline (.8); draft comments and revisions to same (.6); review materials re same and additional issues (.5); review document binder (2.1). | J M Landry | 5.00 | 595.00 | 2,975.00 |
| 22-Apr-2007 | Travel to Orange County (from Santa Barbara) for interviews (billed @ 50%) (1.0); review binders and outlines and prepare for interviews (4.5). | M Dixon | 5.50 | 580.00 | 3,190.00 |
| 23-Apr-2007 | Review materials for internal investigation (.2); draft e-mail re same (.1); discussion with employee of company re requesting materials (.2). | A S Gordon | 0.50 | 415.00 | 207.50 |
| 23-Apr-2007 | Review and organize files re draft outline (2.2); review and draft correspondence re preparation for       interview (.3); review access letter file (.5). | J M Landry | 3.00 | 595.00 | 1,785.00 |
| 23-Apr-2007 | Travel to NC (billed @ 50%) (1.5); conduct interviews (12.0); calls to clients and SEC (1.0). | M J Shepard | 14.50 | 750.00 | 10,875.00 |
| 23-Apr-2007 | Draft interview outline       (1.5); compile all relevant documents for same (.8); meet with Mr. Liftik re same (.2); create trading history from Form 4s and 10b5-1 plans (3.1); correspond with Mr. Keller re same (.1). | B Diggs | 5.70 | 285.00 | 1,624.50 |
| 23-Apr-2007 | Organize personal brokerage statements (.4); organize       Meeting material (.6). | A J Barth | 1.00 | 180.00 | 180.00 |
| 23-Apr-2007 | Prepare for | M E Liftik | 8.90 | 505.00 | 4,494.50 |

**REDACTED**

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number   10462077

Page 21

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | interviews (4.5); review . meeting minutes (2.0); review materials (.2); telephone ; re materials needed for interviews and investigation (.2); conference re interviews (.8); review emails (1.2). | | | | |
| 23-Apr-2007 | Telephone discussion with Mr. Landry (.2); review file (.2). | N H Brockmeyer | 0.40 | 635.00 | 254.00 |
| 23-Apr-2007 | Finalize preparation for and participate in witness interviews. | M Dixon | 14.00 | 580.00 | 8,120.00 |
| 23-Apr-2007 | Arrange for delivery of documents to Mr. Liftik re          trades. | E E McMurray | 0.40 | 360.00 | 144.00 |
| 24-Apr-2007 | Travel back from Orange County (partial time) (3.0); supervise team projects (1.0); communicate with independent counsel and company counsel re various issues (.5). | M Dixon | 4.50 | 580.00 | 2,610.00 |
| 24-Apr-2007 | Calls with counsel for various individuals (.6); call with client re status and strategy (.6); prepare for interviews and presentation (5.0). | M J Shepard | 6.20 | 750.00 | 4,650.00 |
| 24-Apr-2007 | Draft outline of findings and conclusions (.2); review interview notes and memoranda re same (6.7); conferences with Niel Keenan re same (.3); review documents re same (1.8). | J M Landry | 9.00 | 595.00 | 5,355.00 |
| 24-Apr-2007 | Organize personal brokerage statements (.8); organize private information material (.8). | A J Barth | 1.60 | 180.00 | 288.00 |
| 25-Apr-2007 | Create interview outlines for          (4.5); create interview summary in preparation for Mr. Shepard's meeting with          (.8); create binders of | B Diggs | 8.00 | 285.00 | 2,280.00 |

## REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number        10462077

Page 22

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| | relevant documents for Mr. Shepard re same (.6); summarize residual interest valuation responsibilities and transition of duties at company (1.0); summarize progress of the power point presentation (1.0); correspond with Mr. Hornbeck, Mr. Liftik, and Ms. Dixon re same (.1). | | | | |
| 25-Apr-2007 | Compile investigation metrics (5.0); review documents (3.4); compile interview memoranda and other documentation (.5). | K Hornbeck | 8.90 | 335.00 | 2,981.50 |
| 25-Apr-2007 | Continue fact investigation and preparation for presentations. | M Dixon | 11.10 | 580.00 | 6,438.00 |
| 25-Apr-2007 | Conferences with Mr. Landry (.2); e-mails and telephone discussion (.2). | N H Brockmeyer | 0.40 | 635.00 | 254.00 |
| 26-Apr-2007 | Review materials for internal investigation (.5); draft e-mail writeup re same (.3). | A S Gordon | 0.80 | 415.00 | 332.00 |
| 26-Apr-2007 | Prepare for, meet with and calls with client and follow up re same (11.5); calls with lawyers for witnesses (.4); review company confidentiality letter (.5). | M J Shepard | 12.40 | 750.00 | 9,300.00 |
| 26-Apr-2007 | Organize and prepare for filing meeting material and Interview documents. | A J Barth | 0.60 | 180.00 | 108.00 |
| 27-Apr-2007 | Interview draft and circulate notes re same (3.1); correspond re upcoming interviews on Monday (.1). | B Diggs | 3.20 | 285.00 | 912.00 |
| 28-Apr-2007 | Review financial statements and other documents. | K Hornbeck | 3.20 | 335.00 | 1,072.00 |
| 28-Apr-2007 | Review email correspondence re interviews and interview | B Diggs | 0.50 | 285.00 | 142.50 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462077

Page 23

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 29-Apr-2007 | outlines and necessary documents. Draft interview outline (3.0); review documents re same (.5); conference with PwC re residual interest issue (.4); draft correspondence re tasks and follow-up on same (.3); prepare for additional interviews based on new document (3.5); conferences re interview logistics (.3). | J M Landry | 8.00 | 595.00 | 4,760.00 |
| 29-Apr-2007 | Prepare for interviews of | K Hornbeck | 0.50 | 335.00 | 167.50 |
| 30-Apr-2007 | Prepare for and conduct interview (4.2); schedule interviews (.4) draft interview outlines re same (1.2); travel to and from Irvine(billed at 50%) (1.0); conduct interview (2.3); conference with Fred Forster re cooperation issue (.3); draft repurchase reserve component analysis (.8); review and revise interview notes (.9); prepare for meeting (.2). | J M Landry | 11.30 | 595.00 | 6,723.50 |
| 30-Apr-2007 | Review documents from late 2005 early 2006. | B L Little | 0.80 | 330.00 | 264.00 |
| 30-Apr-2007 | Travel to Irvine billed @ 50% (1.0); interview (5.9). | K Hornbeck | 6.90 | 335.00 | 2,311.50 |
| 02-May-2007 | Call with client and O'Melveny re status; supervise investigation tasks. | M J Shepard | 4.20 | 750.00 | 3,150.00 |
| 02-May-2007 | Review email correspondence. | J M Landry | 0.20 | 595.00 | 119.00 |
| 03-May-2007 | Draft master interview list (3.0); draft outline of document review parameters in response to government request (4.6). | K Hornbeck | 7.60 | 335.00 | 2,546.00 |

REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462077

Page 24

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 03-May-2007 | Conference call with investigation team re status and tasks (.4); conference ' trading records (.5); review materials re outline of scope memorandum (1.8); conferences re finalizing memoranda and collecting information (.7). | J M Landry | 3.00 | 595.00 | 1,785.00 |
| 03-May-2007 | Create and organize correspondence file for entry into network database. | A J Barth | 2.80 | 180.00 | 504.00 |
| 07-May-2007 | Follow up re open items in investigation. | M J Shepard | 0.40 | 750.00 | 300.00 |
| 07-May-2007 | Conference re document review issues. | M E Liftik | 0.20 | 505.00 | 101.00 |
| 08-May-2007 | Call with Messrs. Mayorkas and Young re status and strategy (.3); call ⟨ ⟩ (.2); call with Mr. Lange (.2); supervise ongoing tasks (.6); telephone calls with PWC and team re status and strategy (.2). | M J Shepard | 1.50 | 750.00 | 1,125.00 |
| 10-May-2007 | Develop investigation metrics (2.5); review documents within tagged-privileged population (4.2). | K Hornbeck | 6.70 | 335.00 | 2,244.50 |
| 10-May-2007 | Review and maintain new personal brokerage statement and attorney work file information (1.0); prepare new documents for files and entry into network database (.4). | A J Barth | 1.40 | 180.00 | 252.00 |
| 11-May-2007 | Review material in Messrs. Zwibelman and Gordon's files (1.0); prepare hardcopy files for entry into network database (.2). | A J Barth | 1.20 | 180.00 | 216.00 |
| 11-May-2007 | Develop investigation metrics re document reviews (3.0); conference re same (.5). | K Hornbeck | 3.50 | 335.00 | 1,172.50 |
| 11-May-2007 | Conference residual interest document issue. | M E Liftik | 0.30 | 505.00 | 151.50 |
| 11-May-2007 | Conferences with Mr. Hornbeck re | J M Landry | 3.90 | 595.00 | 2,320.50 |

REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street. Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462077

Page 25

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | additional search terms and document review issues (.8); review correspondence re same (.4); team conference call re same (.6); review correspondence re scope issues (2.1). | | | | |
| 12-May-2007 | Analyze residual interest document population. | K Hornbeck | 3.20 | 335.00 | 1,072.00 |
| 13-May-2007 | Correspond with team re document issues. | M Dixon | 0.40 | 580.00 | 232.00 |
| 14-May-2007 | Follow up re open investigation tasks (1.8); call with Mr. Forster (.4); correspondence with O'Melveny re various issues (.2). | M J Shepard | 2.40 | 750.00 | 1,800.00 |
| 14-May-2007 | Correspond re residual interest document review. | M E Liftik | 0.40 | 505.00 | 202.00 |
| 14-May-2007 | Develop investigation review metrics. | K Hornbeck | 5.50 | 335.00 | 1,842.50 |
| 14-May-2007 | Correspond re new document review project. | A B Millar | 0.20 | 375.00 | 75.00 |
| 15-May-2007 | Review documents relating to residual interest. | A B Millar | 9.40 | 375.00 | 3,525.00 |
| 15-May-2007 | Coordinate residual interest review (2.5); coordinate with vendor re metrics (3.5); compile investigation review metrics; conference re status (.5); revise outline (1.5); review documents (.5). | K Hornbeck | 8.50 | 335.00 | 2,847.50 |
| 16-May-2007 | Review documents related to residual interest. | A B Millar | 7.80 | 375.00 | 2,925.00 |
| 16-May-2007 | Prepare documents from hosted database for attorney review. | B A Overholser | 0.60 | 235.00 | 141.00 |
| 16-May-2007 | Review documents re residual interest valuation. | B Marvin | 4.40 | 285.00 | 1,254.00 |
| 17-May-2007 | Revise description of investigation document (1.7); conference re same | K Hornbeck | 2.20 | 335.00 | 737.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462077

Page 26

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 17-May-2007 | (.5). Review documents re residual interest and ' | A B Millar | 1.40 | 375.00 | 525.00 |
| 21-May-2007 | Review privileged documents identified as potentially relevant (.5); review residual interest-related documents re same (.4); draft email correspondence          (.8); review correspondence in preparation for upcoming      call (1.1); conference with Mr. Brockmeyer re issues (.4); review      refusal to cooperate issue (1.0). | J M Landry | 4.20 | 595.00 | 2,499.00 |
| 22-May-2007 | Review 10b5-1 trading plans to double-check factual information in timeline to be turned over to government. | B Diggs | 1.20 | 285.00 | 342.00 |
| 24-May-2007 | Revise table in draft report (.4); draft notes from conference           (.8); review          notes (.7); conferences re PwC comments to report (1.3);  review residual interest documents (2.3). | J M Landry | 5.50 | 595.00 | 3,272.50 |
| 26-May-2007 | Review description of investigation document (1.6); analyze residual interest custodian list (.4). | K Hornbeck | 2.00 | 335.00 | 670.00 |
| 26-May-2007 | Review          comments (.7); review PwC comments (.2); analyze same (3.5); review Gibson Dunn comments (.5); revise Report; conference re additional fact research(1.0); conference re additional edits (.7); review additional residual interest documents (2.0). | J M Landry | 8.60 | 595.00 | 5,117.00 |
| 29-May-2007 | Gather relevant insider trading | B L Little | 0.60 | 330.00 | 198.00 |

## REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462077

Page 27

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | documents for Kirk Hornbeck's fact checking assignment. | | | | |
| 04-Jun-2007 | Follow-up re        interview (.5); revise and circulate report in draft form (3.5); meet re responding to      requests (.4); call with Mr. Forster and follow up re same (.4). | M J Shepard | 4.80 | 750.00 | 3,600.00 |
| 07-Jun-2007 | Prepare for        interview (.8); correspondence  (.2); supervise preparation of materials        (.2). | M J Shepard | 1.20 | 750.00 | 900.00 |
| 07-Jun-2007 | Review and distribute information re Chronology request. | A J Barth | 0.40 | 180.00 | 72.00 |
| 08-Jun-2007 | Conferences re          document (.9); collect information re document review process in LA (.5); draft meeting minutes (.4). | J M Landry | 1.80 | 595.00 | 1,071.00 |
| 08-Jun-2007 | Analyze document review procedures (1.0); conference re same (.6). | K Hornbeck | 1.60 | 335.00 | 536.00 |
| 13-Jun-2007 | Review database for additional documents        (.7); conference re chronology (.4). | M E Liftik | 1.10 | 505.00 | 555.50 |
| 13-Jun-2007 | Edit chronology and report | M Dixon | 3.40 | 580.00 | 1,972.00 |
| 20-Jun-2007 | Conference re status, possible subpoena and other issues. | J M Landry | 0.20 | 595.00 | 119.00 |
| 20-Jun-2007 | Draft        memorandum for      exit interview (1.1); coordinate gathering of interview memoranda and confirming interview dates (.4). | M E Liftik | 1.50 | 505.00 | 757.50 |
| 22-Jun-2007 | Research     subpoena policies and procedures. | M E Liftik | 1.40 | 505.00 | 707.00 |
| 22-Jun-2007 | Correspond with client, team re resignations, providing work product | M Dixon | 0.70 | 580.00 | 406.00 |
| 27-Jun-2007 | Follow up re subpoena | M J Shepard | 0.10 | 750.00 | 75.00 |

REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

**TERMS: Payments due upon receipt.** Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number        10462077

Page 28

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 27-Jun-2007 | Review subpoena (.2); discuss how to respond with team (.2). | M Dixon | 0.40 | 580.00 | 232.00 |
| 29-Jun-2007 | Correspond with        and team re PwC interview issues. | M Dixon | 0.30 | 580.00 | 174.00 |

| Timekeeper | Hours | Rate/Hr | Value |
|------------|-------|---------|-------|
| L W Keeshan | 0.30 | 750.00 | 225.00 |
| M J Shepard | 84.00 | 750.00 | 63,000.00 |
| N H Brockmeyer | 2.90 | 635.00 | 1,841.50 |
| J M Landry | 96.20 | 595.00 | 57,239.00 |
| M Dixon | 97.50 | 580.00 | 56,550.00 |
| M A Zwibelman | 19.00 | 515.00 | 9,785.00 |
| M E Liftik | 76.40 | 505.00 | 38,582.00 |
| M Patel | 0.60 | 460.00 | 276.00 |
| A S Gordon | 20.00 | 415.00 | 8,300.00 |
| C Y Tcheng | 10.30 | 415.00 | 4,274.50 |
| A B Millar | 30.10 | 375.00 | 11,287.50 |
| H Bradley | 10.20 | 375.00 | 3,825.00 |
| E E McMurray | 20.60 | 360.00 | 7,416.00 |
| O M Peterson | 23.50 | 355.00 | 8,342.50 |
| K Hornbeck | 114.20 | 335.00 | 38,257.00 |
| B L Little | 39.40 | 330.00 | 13,002.00 |
| D M Keller | 10.20 | 330.00 | 3,366.00 |
| J Richlin | 10.70 | 285.00 | 3,049.50 |
| B Diggs | 83.20 | 285.00 | 23,712.00 |
| B Marvin | 12.30 | 285.00 | 3,505.50 |
| C J Jackson | 8.80 | 285.00 | 2,508.00 |
| D Kaufman | 5.70 | 285.00 | 1,624.50 |
| S R Rosenthal | 5.50 | 285.00 | 1,567.50 |
| E Jimenez | 10.50 | 185.00 | 1,942.50 |
| A J Barth | 38.50 | 180.00 | 6,930.00 |
| B Suess | 4.00 | 310.00 | 1,240.00 |
| B A Overholser | 13.20 | 235.00 | 3,102.00 |
| Total | 847.80 | | $374,750.50 |

Total Fees for Professional Services ............................................... $    374,750.50

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number     10462077

Page 29

Total for this Matter .......................................................................... $    374,750.50

## Matter Summary

| | | |
|---|---|---|
| Fees for Professional Services ...................................................... | $ | 374,750.50 |
| Disbursements................................................................................ | $ | 0.00 |
| Total (Net) Current Billing (Inv. 10462077) ...................................... | $ | 374,750.50 |
| Total Due ......................................................................................... | $ | 374,750.50 |

## Aging of Accounts Receivable

| Current | 31 to 60 Days | 61 to 90 Days | 91 to 120 Days | Over 120 Days | Total Due |
|---|---|---|---|---|---|
| 374,750.50 | 0.00 | 0.00 | 0.00 | 0.00 | 374,750.50 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
      charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462077

Jennifer Jewett, Esq.,
VP, Corporate Counsel and Secretary
New Century Financial Corporation
18400 Von Karman, Ste. 1000
Irvine, CA 92612

August 17, 2007

## REMITTANCE COPY

---

### PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

---

Client:         New Century Financial Corporation
Matter:         Investigation - Interviews & Document Review
Our Matter #:   25126-0004

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 374,750.50 |
| Disbursements | $ | 0.00 |
| Total (Net) Current Billing (Inv. 10462077) | $ | 374,750.50 |
| Previous Balance Due | $ | 0.00 |
| Total Due | $ | 374,750.50 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462078

Page 1

Jennifer Jewett, Esq.,
VP, Corporate Counsel and Secretary
New Century Financial Corporation
18400 Von Karman, Ste. 1000
Irvine, CA 92612

Invoice Date:    August 17, 2007

For Professional Services Through June 30, 2007

Client:     New Century Financial Corporation
Matter:     Reporting - Memoranda & Presentations
Our Matter #:     25126-0005

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 16-Apr-2007 | Draft summaries. | B L Little | 4.70 | 330.00 | 1,551.00 |
| 16-Apr-2007 | Draft memorandum (4.0); review documents (1.0); teleconference with PWC (.3). | D M Keller | 5.30 | 330.00 | 1,749.00 |
| 17-Apr-2007 | Draft summaries. | B L Little | 4.10 | 330.00 | 1,353.00 |
| 17-Apr-2007 | Draft memorandum (3.2); review documents (.7). | D M Keller | 3.90 | 330.00 | 1,287.00 |
| 18-Apr-2007 | Draft memorandum (2.0); review documents (.8). | D M Keller | 2.80 | 330.00 | 924.00 |
| 19-Apr-2007 | Finish timeline document (1.8); review memos (1.5). | B L Little | 3.30 | 330.00 | 1,089.00 |
| 19-Apr-2007 | Draft memorandum (2.9); review documents (4.5). | D M Keller | 7.40 | 330.00 | 2,442.00 |
| 20-Apr-2007 | Finalize timeline. | B L Little | 2.50 | 330.00 | 825.00 |
| 20-Apr-2007 | Draft memorandum ; (.7); review documents (2.0). | D M Keller | 2.70 | 330.00 | 891.00 |

**REDACTED**

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043

Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number      10462078

Page 2

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 21-Apr-2007 | Write memorandum analyzing public and private knowledge surrounding several key trading dates (2.9); create insert covering trading activity for incorporation into outlines (.9). | B Diggs | 3.80 | 285.00 | 1,083.00 |
| 23-Apr-2007 | Draft          memoranda (2.5); review documents (2.5); coordinate document collection with Mr. Keenan (.5). | K Hornbeck | 5.50 | 335.00 | 1,842.50 |
| 24-Apr-2007 | Revise chart | D M Keller | 1.20 | 330.00 | 396.00 |
| 24-Apr-2007 | Draft          memorandum | K Hornbeck | 4.70 | 335.00 | 1,574.50 |
| 24-Apr-2007 | Draft          memorandum          (4.0); prepare materials for Mr. Shepard to take to Audit Committee meeting on Thursday morning (.4); finalize          trading history for inclusion into overall timeline (.5). | B Diggs | 4.90 | 285.00 | 1,396.50 |
| 24-Apr-2007 | Revise drafted documents for internal investigation (.6); e-mail transmittal re same to Ms. Dixon (.1). | A S Gordon | 0.70 | 415.00 | 290.50 |
| 24-Apr-2007 | Analyze chronology of events (4.6); review and gather relevant documents for Audit Committee presentation (.7); amend and revise chronology (.9). | M E Liftik | 6.20 | 505.00 | 3,131.00 |
| 25-Apr-2007 | Prepare chronology for audit committee          (7.6); review and compile documents for same (3.0); draft outline of key disclosure events          (.9); coordinate assembly of materials (.1). | M E Liftik | 11.60 | 505.00 | 5,858.00 |
| 25-Apr-2007 | Calls with various counsel (1.7) | M J Shepard | 9.70 | 750.00 | 7,275.00 |

REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462078

Page 3

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| 25-Apr-2007 | prepare for presentation to SEC (8.0). Review and analyze materials re preparation for audit committee presentation (7.5); attend team call (1.0); conferences with PwC re issues and information (.8); draft outline and draft correspondence (.7); conduct fact research (3.5). | J M Landry | 13.50 | 595.00 | 8,032.50 |
| 25-Apr-2007 | Revise chart | D M Keller | 2.40 | 330.00 | 792.00 |
| 26-Apr-2007 | Continue to assist in preparation for presentation. | J M Landry | 4.00 | 595.00 | 2,380.00 |
| 26-Apr-2007 | Revise chart | D M Keller | 1.90 | 330.00 | 627.00 |
| 26-Apr-2007 | Review correspondence from Mr. Shepard (.1); telephone with Mr. Shepard (.2). | L W Keeshan | 0.30 | 750.00 | 225.00 |
| 27-Apr-2007 | Review and prepare hardcopy stacks of public information documents for database entry, files. | A J Barth | 2.70 | 180.00 | 486.00 |
| 27-Apr-2007 | Preparation for presentation (5.1); interview (1.3); supervise ongoing projects (2.0); contact various re follow-up interviews, additional information (.8). | M Dixon | 9.20 | 580.00 | 5,336.00 |
| 27-Apr-2007 | Research re duty to disclose information to the public (2.3); draft memorandum re chronology of key issues (2.0). | D M Keller | 4.30 | 330.00 | 1,419.00 |
| 27-Apr-2007 | Prepare for meeting (7.0); calls with client and with lawyers for others (1.0). | M J Shepard | 8.00 | 750.00 | 6,000.00 |
| 27-Apr-2007 | Create investigation metrics (2.4); analyze interview memoranda (2.1); review documents (3.4); conference with Mr. Keenan re : calculation | K Hornbeck | 8.40 | 335.00 | 2,814.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462078

Page 4

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| 27-Apr-2007 | (.5). Review and gather documents for presentation (2.4); conference re same and re outline and strategy (1.4). | M E Liftik | 3.80 | 505.00 | 1,919.00 |
| 27-Apr-2007 | Conference call re preparation for meeting (.4); conference with PwC re tasks and deadlines (1.2); conferences re residual interest issues (.8); draft memoranda (3.1). | J M Landry | 5.50 | 595.00 | 3,272.50 |
| 27-Apr-2007 | Internal conference re presentation and e-docs. | B A Overholser | 0.50 | 235.00 | 117.50 |
| 27-Apr-2007 | Meet with Mr. Liftik and Ms. Dixon re responsibilities to prepare for meeting (.7); correspond with Mr. Keller and Ms. Little re trading memos and update same (.4). | B Diggs | 1.10 | 285.00 | 313.50 |
| 28-Apr-2007 | Draft memorandum f | D M Keller | 5.00 | 330.00 | 1,650.00 |
| 28-Apr-2007 | Prepare for presentation | M J Shepard | 1.40 | 750.00 | 1,050.00 |
| 28-Apr-2007 | Correspond re strategy for government presentation (.8); review documents for same (2.4). | M E Liftik | 3.20 | 505.00 | 1,616.00 |
| 28-Apr-2007 | Compete various tasks in preparation for meeting (1.2); conferences with PwC re same (1.3); revise memoranda (3.0); review materials (.4); negotiate re document (.8). | J M Landry | 6.70 | 595.00 | 3,986.50 |
| 28-Apr-2007 | Telephone re trading records, follow-up interview | M Dixon | 8.20 | 580.00 | 4,756.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462078

Page 5

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| | (1.1); continue preparation for presentation (7.1). | | | | |
| 29-Apr-2007 | Draft memorandum | D M Keller | 2.90 | 330.00 | 957.00 |
| 29-Apr-2007 | Prepare for presentation | M J Shepard | 3.40 | 750.00 | 2,550.00 |
| 29-Apr-2007 | Review and gather documents for presentation            (4.1); conference re same and logistics (1.0). | M E Liftik | 5.10 | 505.00 | 2,575.50 |
| 29-Apr-2007 | Continue preparation for presentation. | M Dixon | 4.60 | 580.00 | 2,668.00 |
| 29-Apr-2007 | Revise trading summaries | B Diggs | 3.30 | 285.00 | 940.50 |
| | (.3); draft memorandum comparing trading plans            (3.0). | | | | |
| 30-Apr-2007 | Review and gather documents for presentation            (6.0); interview            (3.8); prepare presentation and preparation materials (4.4). | M E Liftik | 14.20 | 505.00 | 7,171.00 |
| 30-Apr-2007 | Prepare for meeting            (11.0); travel to LA (billed @ 50%) (1.0) | M J Shepard | 12.00 | 750.00 | 9,000.00 |
| 30-Apr-2007 | Continue preparation presentation (9.2); travel to LA for same (billed @ 50%) (1.7). | M Dixon | 10.90 | 580.00 | 6,322.00 |
| 30-Apr-2007 | Research re duty to disclose (1.8); draft memorandum re same (1.0). | D M Keller | 2.80 | 330.00 | 924.00 |
| 30-Apr-2007 | Draft memoranda re interview            (4.5); prepare for meeting            (.6). | K Hornbeck | 5.10 | 335.00 | 1,708.50 |
| 30-Apr-2007 | Finish memorandum | B Diggs | 9.80 | 285.00 | 2,793.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles. CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614 1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462078

Page 6

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | (3.0); telephone with Mr. Landry (.9); review financial statements (1.5); travel to and from (billed @ 50%) (.3); telephone (.7); telephone (.7); create notes for each of the interviews and distribute (2.7). | | | | |
| 30-Apr-2007 | Prepare binders and slides for presentation per Michael Liftik's request. | A J Barth | 6.50 | 180.00 | 1,170.00 |
| 01-May-2007 | Meeting at hotel in preparation for presentation. | J M Landry | 2.20 | 595.00 | 1,309.00 |
| 01-May-2007 | Finalize preparation for and participate in presentation | M Dixon | 12.20 | 580.00 | 7,076.00 |
| 01-May-2007 | Prepare for and present (9.5); return travel from LA to SF re same. (billed @ 50%) (1.0). | M J Shepard | 10.50 | 750.00 | 7,875.00 |
| 01-May-2007 | Prepare for presentation. | K Hornbeck | 0.80 | 335.00 | 268.00 |
| 01-May-2007 | Prepare for presentation (1.2); research remaining issues on issues (2.0); review and prepare A/V materials (2.0); attend and assist with presentation (5.0); travel from Los Angeles to SF (billed @ 50%) (1.0). | M E Liftik | 11.20 | 505.00 | 5,656.00 |
| 02-May-2007 | Prepare binder of Presentation for scanning to CDs. | A J Barth | 1.70 | 180.00 | 306.00 |
| 02-May-2007 | Review list of follow-up tasks to be completed in the wake of presentation | B Diggs | 0.10 | 285.00 | 28.50 |
| 02-May-2007 | Telephone re outstanding | M E Liftik | 2.20 | 505.00 | 1,111.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.