# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number      10462078

Page 7

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| | tasks; conference re assembling investigation material; review document gathering and searching information; prepare CD of presentation materials. | | | | |
| 02-May-2007 | Draft interview memorandum | K Hornbeck | 2.40 | 335.00 | 804.00 |
| 02-May-2007 | Follow up tasks from presentation (3.1); supervise gathering of all data requested by client (3.3). | M Dixon | 6.40 | 580.00 | 3,712.00 |
| 03-May-2007 | Conference re , to do list (.4); assemble information on document reviews (1.8) | M E Liftik | 2.20 | 505.00 | 1,111.00 |
| 03-May-2007 | Correspond with Ms. Dixon, Mr. Liftik, and Mr. Hornbeck (.2); revise interview memoranda (1.4). | B Diggs | 1.60 | 285.00 | 456.00 |
| 04-May-2007 | Review email memoranda regarding case status. | A J Barth | 0.20 | 180.00 | 36.00 |
| 04-May-2007 | Collect documents and e-mails re memorandum (1.0); conference all with counsel (.9); review interview memoranda (3.1). | J M Landry | 5.00 | 595.00 | 2,975.00 |
| 04-May-2007 | Draft outline section of review parameters; revise interview memoranda; conference re same. | K Hornbeck | 10.40 | 335.00 | 3,484.00 |
| 04-May-2007 | Call with SEC (1.0); follow up re open tasks (1.0); calls with other counsel (2.4). | M J Shepard | 4.40 | 750.00 | 3,300.00 |
| 04-May-2007 | Gather information on document review metrics (.1); review interview memorandum (.2). | M E Liftik | 0.30 | 505.00 | 151.50 |
| 05-May-2007 | Telephone with Jan and email Shepard re same (.4); update team to | M Dixon | 2.70 | 580.00 | 1,566.00 |

**REDACTED**

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462078

Page 8

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| | dos (.3); create chart of meetings and email Mr. Shepard and Ms. Jewett re same (2.0). | | | | |
| 05-May-2007 | Continue review and revise interview memoranda. | J M Landry | 1.00 | 595.00 | 595.00 |
| 05-May-2007 | Draft outline section of document review parameters. | K Hornbeck | 3.50 | 335.00 | 1,172.50 |
| 06-May-2007 | Review investigation history for purposes of drafting scope memorandum for government (5.0); continue review of interview memoranda (1.9). | J M Landry | 6.90 | 595.00 | 4,105.50 |
| 06-May-2007 | Review emails from team. | K Hornbeck | 0.30 | 335.00 | 100.50 |
| 07-May-2007 | Prepare cover letters, organize and FedEx CD, index, and organization chart re          presentation (2.6); prepare new correspondences for entry into hardcopy files and network database (1.1). | A J Barth | 3.70 | 180.00 | 666.00 |
| 07-May-2007 | Draft          outline of investigation | K Hornbeck | 13.90 | 335.00 | 4,656.50 |
| 07-May-2007 | Draft          outline (3.7); conference with PwC re same (.9); conferences with Mr. Hornbeck re same (.5); review data to be reported in same (2.0). | J M Landry | 7.10 | 595.00 | 4,224.50 |
| 07-May-2007 | Complete and forward chart re          meetings (.7); discuss report with Mr. Landry (.4); oversee ongoing projects (1.2). | M Dixon | 2.30 | 580.00 | 1,334.00 |
| 07-May-2007 | Email with Mr. Hornbeck re content and who was present at certain interviews | B Diggs | 0.10 | 285.00 | 28.50 |
| 08-May-2007 | Revise          memoranda (1.8); correspond with Mr. Hornbeck re | B Diggs | 2.10 | 285.00 | 598.50 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462078

Page 9

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 08-May-2007 | interview attendance and re review of 10b5-1 plans and          filings (.3). Continue drafting outline (5.5); conferences re same (.5); conference with PwC (.1); draft revision to outline (.2); review source documents and notes re same (.6). | J M Landry | 6.90 | 595.00 | 4,105.50 |
| 08-May-2007 | Draft outline of investigation's scope | K Hornbeck | 12.60 | 335.00 | 4,221.00 |
| 08-May-2007 | Gather list of documents reviewed to be included in memorandum. | B L Little | 0.20 | 330.00 | 66.00 |
| 08-May-2007 | Organize Inventory and 10b5-1 plan information per Kirk Hornbeck's request. | A J Barth | 2.80 | 180.00 | 504.00 |
| 09-May-2007 | Supervise ongoing projects (document searches, scope document, trading summaries,          memo write ups) (1.9); review and comment on materials forwarded by BK team (1.4). | M Dixon | 3.30 | 580.00 | 1,914.00 |
| 09-May-2007 | Conference re document review and chronology issues. | M E Liftik | 0.40 | 505.00 | 202.00 |
| 09-May-2007 | Revise outline ·          (5.5); develop investigation metrics (2.2). | K Hornbeck | 7.70 | 335.00 | 2,579.50 |
| 09-May-2007 | Draft          memoranda          (3.6); review updated list of tasks needing to be completed (.2). | B Diggs | 3.80 | 285.00 | 1,083.00 |
| 09-May-2007 | Discussion with Ms. Dixon re case issues. | A S Gordon | 0.10 | 415.00 | 41.50 |
| 09-May-2007 | Conference call re          · memo (.8); conferences various follow-up tasks (.5); revise draft          memo (1.7). | J M Landry | 3.00 | 595.00 | 1,785.00 |
| 10-May-2007 | Conference re outstanding issues and scope of investigation (.5); | J M Landry | 3.20 | 595.00 | 1,904.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number          10462078

Page 10

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | conference call re same (.4); revise memo (2.1); draft correspondence (.2). | | | | |
| 10-May-2007 | Draft          memoranda for interviews | B Diggs | 5.50 | 285.00 | 1,567.50 |
| 10-May-2007 | Review/edit       document and discuss during team meeting (.5); supervise ongoing projects      (1.2);  contact independent counsel re status (.1); review/edit draft of summary (.7). | M Dixon | 2.50 | 580.00 | 1,450.00 |
| 10-May-2007 | Conference call with SEC (1.0); call _ (.3); draft possible summary        (2.0); review creditor committee filing (.3); revise        document (2.0); call with          (.6). | M J Shepard | 6.20 | 750.00 | 4,650.00 |
| 11-May-2007 | Calls with Committee and follow up re same (1.6); memorandum re same; follow up re possible summary (1.6). | M J Shepard | 3.20 | 750.00 | 2,400.00 |
| 11-May-2007 | Review correspondence from team on various (.5); team call to discuss scope document and RI searches/review (.8). | M Dixon | 1.30 | 580.00 | 754.00 |
| 11-May-2007 | Draft          memoranda for interviews | B Diggs | 3.20 | 285.00 | 912.00 |
| 12-May-2007 | Correspondence with Committee and team re status and strategy (.6); follow up re possible summary (.4). | M J Shepard | 1.00 | 750.00 | 750.00 |
| 12-May-2007 | Review correspondence from PwC and various at NC re work (.3); review correspondence re CC | M Dixon | 0.60 | 580.00 | 348.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462078

Page 11

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 13-May-2007 | presentation, (.3). Draft memoranda for interviews | B Diggs | 1.40 | 285.00 | 399.00 |
| 14-May-2007 | Prepare key documents for binders | A J Barth | 1.40 | 180.00 | 252.00 |
| 14-May-2007 | Review emails re issue of preparing report (.2); draft email to Mr. Shepard re same (.1). | L W Keeshan | 0.30 | 750.00 | 225.00 |
| 14-May-2007 | Conference re status, staffing and document review issues (.8); revise memo (.8). | J M Landry | 1.60 | 595.00 | 952.00 |
| 14-May-2007 | Draft memoranda for interviews (3.4); circulate same to Mr. Liftik and Ms. Dixon (.1). | B Diggs | 3.50 | 285.00 | 997.50 |
| 14-May-2007 | Continue work on document searches, nemos, supervision of ongoing projects (.8); communicate with counsel (.3); communicate with Mr. Brockmeyer re bankruptcy (.2); communicate with company and co. counsel (.4). | M Dixon | 1.70 | 580.00 | 986.00 |
| 15-May-2007 | Follow up re summary report issues (3.8); correspondence with O'Melveny (.2); telephone with lawyers re status and strategy (1.0). | M J Shepard | 5.00 | 750.00 | 3,750.00 |
| 15-May-2007 | Conference with Mr. Landry re committee structure. | N H Brockmeyer | 0.20 | 635.00 | 127.00 |
| 15-May-2007 | Edit summary (.6); review and edit document and | M Dixon | 2.60 | 580.00 | 1,508.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043

Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308

Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number     10462078

Page 12

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 15-May-2007 | conduct fact research re gaps (2.0). Meetings re follow-up and document review (1.0); conference re document review metrics (1.0); draft revisions to          memo (3.0); review email correspondence (.7). | J M Landry | 5.70 | 595.00 | 3,391.50 |
| 15-May-2007 | Create time line index of facts and documents | B Suess | 1.00 | 310.00 | 310.00 |
| 16-May-2007 | Review correspondence from Committee (.2); participate in team call          (.6); call with Mr. Brockmeyer re bankruptcy (.3); drafting and revising     report (4.3); begin drafting minutes for meetings (1.9). | M Dixon | 7.30 | 580.00 | 4,234.00 |
| 16-May-2007 | QC copies of         personal brokerage statements. | A J Barth | 2.40 | 180.00 | 432.00 |
| 16-May-2007 | Draft and revise description of investigation (7.0); develop investigation metrics (2.8); conference call re status (.5). | K Hornbeck | 10.30 | 335.00 | 3,450.50 |
| 16-May-2007 | Prepare draft          report (5.8); calls with                         client (2.0); meet with team re preparation (.2). | M J Shepard | 8.00 | 750.00 | 6,000.00 |
| 16-May-2007 | Draft          memoranda for      interviews | B Diggs | 2.80 | 285.00 | 798.00 |
| 16-May-2007 | Telephone discussion with Ms. Dixon (.3); conference with Mr. Landry re dates (.2). | N H Brockmeyer | 0.50 | 635.00 | 317.50 |
| 16-May-2007 | Conference call among team members re draft          memo (.7); conferences re same (.5); draft sections and inserts re same (2.3); | J M Landry | 7.00 | 595.00 | 4,165.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614 1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462078

Page 13

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 16-May-2007 | review investigation metrics (.5); revise and comment on drafts (2.5); draft email correspondence (.5). Revise and edit section of ⎯⎯⎯⎯ report (2.0); review and edit ⎯⎯⎯⎯ summary (1.2); review complete draft (.8); conference re outstanding items (.4); gather additional information (2.9); conference and review chronology (.5). | M E Liftik | 7.80 | 505.00 | 3,939.00 |
| 17-May-2007 | Draft ⎯⎯⎯⎯ memoranda for ⎯⎯⎯⎯ interviews | B Diggs | 4.00 | 285.00 | 1,140.00 |
| 17-May-2007 | Revise and fine tune ⎯⎯⎯⎯ memo (3.1); conferences re finalizing memoranda (.7); conference re outstanding tasks (1.0); conferences with counsel ⎯⎯⎯⎯ (.2); draft letter to same (.5). | J M Landry | 5.50 | 595.00 | 3,272.50 |
| 17-May-2007 | Review and edit investigation report (.5); draft and revise chronology (5.0); conference re ⎯⎯⎯⎯ same (.4); review memoranda (.5). | M E Liftik | 6.40 | 505.00 | 3,232.00 |
| 18-May-2007 | Revise and edit chronology ⎯⎯⎯⎯ (1.0); correspond re cite check of same (.2); conference re ⎯⎯⎯⎯ memoranda (.1). | M E Liftik | 1.30 | 505.00 | 656.50 |
| 18-May-2007 | Review email correspondence (.2); draft same (.2); conference re upcoming ⎯⎯⎯⎯ meeting (.4); review questions re ⎯⎯⎯⎯ investigation (.7). | J M Landry | 1.50 | 595.00 | 892.50 |
| 19-May-2007 | Review correspondence re report | M Dixon | 0.70 | 580.00 | 406.00 |

# REDACTED

**Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14592-03552 / Reference: Please indicate our invoice number or client number for proper credit**

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

**TERMS:** Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043

Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462078

Page 14

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | and minutes and respond to same (.3); oversee chronology and interview memo projects (.4). | | | | |
| 20-May-2007 | Review draft memoranda and correspond re same. | M E Liftik | 2.40 | 505.00 | 1,212.00 |
| 21-May-2007 | Create graphics for Ms. Dixon. | J Skoler | 2.00 | 230.00 | 460.00 |
| 21-May-2007 | Telephone          (.2); revise materials, provide to Mr. Shepard for review and discuss same (1.5); review and revise          memoranda drafted by others (.8). | M Dixon | 2.50 | 580.00 | 1,450.00 |
| 21-May-2007 | Revise          memoranda. | K Hornbeck | 5.30 | 335.00 | 1,775.50 |
| 21-May-2007 | Draft          memoranda | B Diggs | 1.00 | 285.00 | 285.00 |
| 22-May-2007 | Correspondence re          presentation (.2); review          memoranda (1.4). | M J Shepard | 1.60 | 750.00 | 1,200.00 |
| 22-May-2007 | Revise          chronology. | K Hornbeck | 7.40 | 335.00 | 2,479.00 |
| 22-May-2007 | Create graphics for Ms. Dixon. | J Skoler | 2.50 | 230.00 | 575.00 |
| 23-May-2007 | Distribute          key document presentation per attorney request. | A J Barth | 0.20 | 180.00 | 36.00 |
| 23-May-2007 | Follow up re report (1.0); review draft minutes (.6); call with lawyer for memorandum re same (.2); prepare re          meeting (1.0); review and revise draft chronology and memorandum re same (1.0). | M J Shepard | 3.80 | 750.00 | 2,850.00 |
| 23-May-2007 | Review and respond to correspondence re          meeting and misc. | M Dixon | 0.30 | 580.00 | 174.00 |
| 23-May-2007 | Revise          chronology (7.7); review documents (.5). | K Hornbeck | 8.20 | 335.00 | 2,747.00 |
| 23-May-2007 | Review chronology          . and fact check information about trading and 10b5-1 plans          (2.1); edit chronology (.5); correspond with | B Diggs | 2.70 | 285.00 | 769.50 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462078

Page 15

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| 23-May-2007 | Mr. Hornbeck re same (.1). Conference · re comments (.2); review correspondence (.2). | J M Landry | 0.40 | 595.00 | 238.00 |
| 24-May-2007 | Revisions to memos and chronology (6.2); review correspondence (.4); follow up re minutes (.4); call with SEC (.2). | M J Shepard | 7.20 | 750.00 | 5,400.00 |
| 24-May-2007 | Review and respond to correspondence (.4); interview (.7); report on same (.5); revise memos (.3). | M Dixon | 1.90 | 580.00 | 1,102.00 |
| 24-May-2007 | Revise · memoranda (3.5); review chronology (2.0); review documents re same (1.5); review formal description (.5); conference re status and strategy (.5). | K Hornbeck | 8.00 | 335.00 | 2,680.00 |
| 25-May-2007 | Telephone · re report (.8); logistical and arrangements for · meeting(.4) ; team meeting; discuss status with Mr. Shepard (.8); work on nemoranda (.6); update presentation (1.2). | M Dixon | 4.20 | 580.00 | 2,436.00 |
| 25-May-2007 | Draft emails to re document preservatioı (.5); revise memorandum (3.0); review report (1.0). | K Hornbeck | 4.50 | 335.00 | 1,507.50 |
| 25-May-2007 | Team call re outstanding tasks (.8); conferences re same (1.2); review | J M Landry | 4.00 | 595.00 | 2,380.00 |

## REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
charge of .83% per month.

# HellerEhrman LLP

· 333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043

Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462078

Page 16

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | correspondence (.3); review report (.5); conference re follow-up ᴠ (.9); review ᴀ comments (.3). | | | | |
| 25-May-2007 | Call with        counsel (.2); edit report and meeting re same (2.0); edit       interview (1.0); prepare for        : meeting (1.2); calls with press and client (.6). | M J Shepard | 5.00 | 750.00 | 3,750.00 |
| 26-May-2007 | Edits memoranda. | M J Shepard | 2.80 | 750.00 | 2,100.00 |
| 27-May-2007 | Edits memoranda (2.2); call with counsel (.4). | M J Shepard | 2.60 | 750.00 | 1,950.00 |
| 28-May-2007 | Analyze list of ᴢ custodians (1.3); revise chronology (2.5). | K Hornbeck | 3.80 | 335.00 | 1,273.00 |
| 28-May-2007 | Prepare for presentation. | M J Shepard | 0.40 | 750.00 | 300.00 |
| 28-May-2007 | Review and respond to email correspondence (.3); conference with Mr. Hornbeck re tasks and draft report (.5); review notes (.5). | J M Landry | 1.30 | 595.00 | 773.50 |
| 29-May-2007 | Telephone          re report (.5); review and respond to correspondence (.5); discuss       document issue (.3); prepare for presentation       1.2); travel to NY (redeye) (no charge) for presentation (1.5). | M Dixon | 4.00 | 580.00 | 2,320.00 |
| 29-May-2007 | Revise          chronology (4.5); draft       memoranda (3.5); correspond with auditors and document vendor (.5); revise report re document preservation and | K Hornbeck | 11.00 | 335.00 | 3,685.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number  10462078

Page 17

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| 29-May-2007 | collection        (1.5); analyze contours of email databases (1.0). Search for documents             (.1); telephone re Ms. Barth re same (.1); review Mr. Shepard's comments re draft memoranda (.2). | B Diggs | 0.40 | 285.00 | 114.00 |
| 29-May-2007 | Call from SEC          (.2); (travel no charges) prepare for               presentation (2.5); revise report and review edits made to same (3.9). | M J Shepard | 6.60 | 750.00 | 4,950.00 |
| 29-May-2007 | Review investigation metrics (.6); conferences re same (.6); draft correspondence re same (.4); review correspondence (.4). | J M Landry | 2.00 | 595.00 | 1,190.00 |
| 30-May-2007 | Review correspondence re data request (.2); conference re same (.2); review and revise             memorandum (.5). | J M Landry | 0.90 | 595.00 | 535.50 |
| 30-May-2007 | Revise               chronology (2.5); conference re revisions to report (.3). | K Hornbeck | 2.80 | 335.00 | 938.00 |
| 30-May-2007 | Prepare for, travel (no charge) and meet             (7.6); memorandum re follow up items (2.0); create agenda for meeting        (.6). | M J Shepard | 10.20 | 750.00 | 7,650.00 |
| 30-May-2007 | Complete travel (redeye) to NY for presentation (billed @ 50%) (3.4); attend presentation (5.0); return to SF billed @ 50%) (3.6). | M Dixon | 12.00 | 580.00 | 6,960.00 |
| 31-May-2007 | Revise               chronology (2.1). | K Hornbeck | 2.10 | 335.00 | 703.50 |
| 31-May-2007 | Prepare for and call with client and follow up re same (1.6); correspondence        (.2); edit report        (1.8). | M J Shepard | 3.60 | 750.00 | 2,700.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043

Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number        10462078

Page 18

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 31-May-2007 | Review and revise e-mails and drafts of committee minutes and charts (2.6); telephone discussion re minutes (.2). | N H Brockmeyer | 2.80 | 635.00 | 1,778.00 |
| 31-May-2007 | Telephone (.4); telephone re report (.4); call (.9). | M Dixon | 1.70 | 580.00 | 986.00 |
| 01-Jun-2007 | Call with SEC and follow-up re same. | M J Shepard | 0.60 | 750.00 | 450.00 |
| 01-Jun-2007 | Revise chronology. | K Hornbeck | 1.20 | 335.00 | 402.00 |
| 04-Jun-2007 | Locate and distribute material re Presentation | A J Barth | 0.90 | 180.00 | 162.00 |
| 04-Jun-2007 | Conference re chronology and interviews (.5); review interviews for discussion (.5). | M E Liftik | 1.00 | 505.00 | 505.00 |
| 04-Jun-2007 | Team meeting (.8); review and revise report (1.0); discuss pending projects with Mr. Liftik, Mr. Diggs (.4); review notes of meeting and draft email re same (.4). | M Dixon | 2.60 | 580.00 | 1,508.00 |
| 04-Jun-2007 | Revise memoranda to incorporate Mr. Shepard's comments (1.6); meet with Ms. Dixon re reviewing documents produced by counsel (.4); review documents (1.0); search for documents for Mr. Hornbeck to fill out chronology .3); correspond with Mr. Hornbeck and Ms. Barth re same (.1). | B Diggs | 3.40 | 285.00 | 969.00 |
| 04-Jun-2007 | Revise chronology. | K Hornbeck | 7.70 | 335.00 | 2,579.50 |
| 05-Jun-2007 | Edit report and draft correspondence | M Dixon | 5.80 | 580.00 | 3,364.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462078

Page 19

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | re edits (2.8); telephone : re suggested edits, status, etc (1.0); review documents : (1.5); quality check document review and discuss additional document with team (.5). | | | | |
| 05-Jun-2007 | Review documents (1.1); track down documents . | B Diggs | 5.30 | 285.00 | 1,510.50 |
| | (.7); revise memoranda to incorporate Mr. Shepard's comments (3.5). | | | | |
| 05-Jun-2007 | Follow-up re        issues and proposed revisions of report (1.6); correspondence with counsel (.4). | M J Shepard | 2.00 | 750.00 | 1,500.00 |
| 05-Jun-2007 | Conference re proposed edits to Report (.2); review additional . documents (.6); review         notes and sample minutes (.5). | J M Landry | 1.30 | 595.00 | 773.50 |
| 05-Jun-2007 | Revise             chronology (3.4); revise report (.3). | K Hornbeck | 3.70 | 335.00 | 1,239.50 |
| 05-Jun-2007 | Conference re documents . (.2); review same (.2); review edited chronology (.8). | M E Liftik | 1.20 | 505.00 | 606.00 |
| 06-Jun-2007 | Revise             memoranda to incorporate Mr. Shepard's comments. | B Diggs | 4.50 | 285.00 | 1,282.50 |
| 06-Jun-2007 | Revise       / memorandum (1.5); review       documents       (2.0); review       notes (.6). | K Hornbeck | 4.10 | 335.00 | 1,373.50 |
| 06-Jun-2007 | Review       · nemos and | M E Liftik | 1.70 | 505.00 | 858.50 |

**REDACTED**

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043

Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462078

Page 20

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|---|---|---|---|---|---|
| | coordinate finalizing same (1.0); review chronology (.7). | | | | |
| 06-Jun-2007 | Work on ʹ memoranda (1.4); review correspondence re edits to report and edit same (1.1); review correspondence re meeting (.2); supervise document review quality check (.5). | M Dixon | 3.20 | 580.00 | 1,856.00 |
| 06-Jun-2007 | Correspondence re report (.2); prepare re        interview (.8). | M J Shepard | 1.00 | 750.00 | 750.00 |
| 06-Jun-2007 | Conference re memorandum (.2); revise memorandum (.8); review and draft email correspondence (.2). | J M Landry | 2.20 | 595.00 | 1,309.00 |
| 07-Jun-2007 | Review e-mail correspondence (.3); conference re status (.4). | J M Landry | 0.70 | 595.00 | 416.50 |
| 07-Jun-2007 | Revise        ʹ memorandum (1.2); conference re chronology and other tasks (.1). | J M Landry | 1.30 | 595.00 | 773.50 |
| 07-Jun-2007 | Draft        memorandum ⟨3.1); revise memorandum        t (1.3). | K Hornbeck | 4.40 | 335.00 | 1,474.00 |
| 07-Jun-2007 | Revising report, chronology, memos (2.0); telephone with company counsel (.3); supervise team projects and document QC (1.5). | M Dixon | 3.80 | 580.00 | 2,204.00 |
| 07-Jun-2007 | Revise draft        memoranda to incorporate Mr. Shepard's comments (5.8); meet with Mr. Liftik re same (.4). | B Diggs | 6.20 | 285.00 | 1,767.00 |
| 07-Jun-2007 | Review        nemoranda comments and edits (1.0); review finalized memoranda (.9). | M E Liftik | 1.90 | 505.00 | 959.50 |
| 08-Jun-2007 | Revise        memoranda (1.5); correspond with Mr. Liftik re same (.1). | B Diggs | 1.60 | 285.00 | 456.00 |
| 08-Jun-2007 | Prepare for and interview (.8); follow up on production | M J Shepard | 1.60 | 750.00 | 1,200.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No..: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number          10462078

Page 21

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 08-Jun-2007 | new (.4); follow up on materials (.4). Revise ,  memoranda (.6); telephone  (1.2). | M E Liftik | 1.80 | 505.00 | 909.00 |
| 08-Jun-2007 | Respond to Mr. Shepard re interview, status (.3); supervise ongoing projects (.7); edit memos and report (2.1). | M Dixon | 3.10 | 580.00 | 1,798.00 |
| 09-Jun-2007 | Draft list of relevant personnel | K Hornbeck | 1.30 | 335.00 | 435.50 |
| 10-Jun-2007 | Review draft chronology and comment re same. | M J Shepard | 1.00 | 750.00 | 750.00 |
| 11-Jun-2007 | Draft list of relevant personnel for chronology. | K Hornbeck | 1.60 | 335.00 | 536.00 |
| 11-Jun-2007 | Revise and edit memoranda | M E Liftik | 6.50 | 505.00 | 3,282.50 |
| 11-Jun-2007 | Finalize          memoranda (3.2); supervise ongoing projects (.3). | M Dixon | 3.50 | 580.00 | 2,030.00 |
| 11-Jun-2007 | Organize        Memos on electronic database. | A J Barth | 1.30 | 180.00 | 234.00 |
| 11-Jun-2007 | Conference with Mr. Brockmeyer re status (.2); draft email correspondence re document       and LA document review procedures (.4); conference re       ' memorandum (.4). | J M Landry | 1.00 | 595.00 | 595.00 |
| 12-Jun-2007 | Revise and edit chronology (3.8); prepare       nemoranda (2.0); research status of bankruptcy proceeding (.4). | M E Liftik | 6.20 | 505.00 | 3,131.00 |
| 12-Jun-2007 | Draft       ' memoranda | K Hornbeck | 1.70 | 335.00 | 569.50 |
| 12-Jun-2007 | Review :       r notes (.3); review     notes re same (.3); conference re same (.3). | J M Landry | 0.90 | 595.00 | 535.50 |
| 12-Jun-2007 | Continue preparation/editing of | M Dixon | 5.60 | 580.00 | 3,248.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number     10462078

Page 22

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| | materials . | | | | |
| | . (4.5); telephone with Mr. Mayorkas re same (.3); review suggested changes email from OMM re report (.4); deal with trustee issue (.4). | | | | |
| 13-Jun-2007 | Follow up re Trustee issues and chronology. | M J Shepard | 1.20 | 750.00 | 900.00 |
| 14-Jun-2007 | Revise          memorandum | K Hornbeck | 0.70 | 335.00 | 234.50 |
| 14-Jun-2007 | Revise draft          memorandum (.3); review notes and related materials re same (.4); review draft       minutes (.3). | J M Landry | 1.00 | 595.00 | 595.00 |
| 15-Jun-2007 | Conference re presentation       · (.4); review prior tables and edit same (.8). | M E Liftik | 1.20 | 505.00 | 606.00 |
| 15-Jun-2007 | Research issues trustee reports on fees, update presentation, revise interview memoranda. | M Dixon | 2.00 | 580.00 | 1,160.00 |
| 18-Jun-2007 | Telephone with Trustee(.3); coordinate       for tomorrow (.3); meet with Mr. Shepard and Mr. Liftik to update presentation and arrange logistics for tomorrow (1.5); continue work on memoranda (.8). | M Dixon | 2.90 | 580.00 | 1,682.00 |
| 18-Jun-2007 | Calls with Trustee's office and with examiner (.6); prepare for presentation             2.0). | M J Shepard | 2.60 | 750.00 | 1,950.00 |
| 18-Jun-2007 | Revise and edit presentation (3.0); organize materials for same (.9). | M E Liftik | 3.90 | 505.00 | 1,969.50 |
| 19-Jun-2007 | Finalize preparation for and attend presentation             (3.5); follow up  ·· | M Dixon | 4.50 | 580.00 | 2,610.00 |

REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles. CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number        10462078

Page 23

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| | (1.0). | | | | |
| 19-Jun-2007 | E-mails re UST and examiner request and telephone and e-mails with Mr. Shepard re same. | P J Benvenutti | 0.30 | 695.00 | 208.50 |
| 19-Jun-2007 | Prepare for and assist presentation to · (3.3); revise and edit presentation (.3); conference re preserving and producing same (.7). | M E Liftik | 4.30 | 505.00 | 2,171.50 |
| 19-Jun-2007 | Prepare for and presentation (.5); call with S.E.C (3.5). | M J Shepard | 4.00 | 750.00 | 3,000.00 |
| 20-Jun-2007 | Create graphics for Mr. Liftik. | J Skoler | 1.00 | 230.00 | 230.00 |
| 20-Jun-2007 | Call with Mr. Mayorkas re meeting (.1); follow up re issues · (.5); receive call from SEC and follow up re same (.2). | M J Shepard | 0.80 | 750.00 | 600.00 |
| 21-Jun-2007 | Correspond with team and client re status (.2); continue editing memoranda (1.3); discuss status (.2). | M Dixon | 1.70 | 580.00 | 986.00 |
| 21-Jun-2007 | Draft and edit memorandum (1.7). | M E Liftik | 1.70 | 505.00 | 858.50 |
| 25-Jun-2007 | Telephone · ·      ls. | M Dixon | 1.70 | 580.00 | 986.00 |
| | :. (.7); telephone with and forward materials (1.0). | | | | |
| 25-Jun-2007 | Calls with Messrs. Benvenutti and Mayorkas re strategy (0.2); correspondence with Ms. Dixon re production      and follow up re same (0.2). | M J Shepard | 0.40 | 750.00 | 300.00 |

REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number          10462078

Page 24

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| 26-Jun-2007 | Telephone . re status and report same to team (.4); correspond re status, resignations, etc. (.4); communicate with team members re same (.4). | M Dixon | 1.20 | 580.00 | 696.00 |
| 28-Jun-2007 | Correspond re documents, work product | M Dixon | 0.40 | 580.00 | 232.00 |
| 28-Jun-2007 | Call (0.2); meet with team re response to various document requests (0.2). | M J Shepard | 0.40 | 750.00 | 300.00 |
| 28-Jun-2007 | Conference re SEC subpoena (.4); review and edit chronology (.7). | M E Liftik | 1.10 | 505.00 | 555.50 |
| 29-Jun-2007 | Call with SEC and follow up on response to same. | M J Shepard | 0.80 | 750.00 | 600.00 |
| 30-Jun-2007 | Scheduling PwC meeting | M Dixon | 0.30 | 580.00 | 174.00 |

| Timekeeper | Hours | Rate/Hr | Value |
|-----------|-------|---------|-------|
| L W Keeshan | 0.60 | 750.00 | 450.00 |
| M J Shepard | 133.00 | 750.00 | 99,750.00 |
| P J Benvenutti | 0.30 | 695.00 | 208.50 |
| N H Brockmeyer | 3.50 | 635.00 | 2,222.50 |
| J M Landry | 103.30 | 595.00 | 61,463.50 |
| M Dixon | 145.40 | 580.00 | 84,332.00 |
| M E Liftik | 110.80 | 505.00 | 55,954.00 |
| A S Gordon | 0.80 | 415.00 | 332.00 |
| K Hornbeck | 165.10 | 335.00 | 55,308.50 |
| B L Little | 14.80 | 330.00 | 4,884.00 |
| D M Keller | 42.60 | 330.00 | 14,058.00 |
| B Diggs | 76.10 | 285.00 | 21,688.50 |
| A J Barth | 23.80 | 180.00 | 4,284.00 |
| B Suess | 1.00 | 310.00 | 310.00 |
| B A Overholser | 0.50 | 235.00 | 117.50 |
| J Skoler | 5.50 | 230.00 | 1,265.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number          10462078

Page 25

| Timekeeper | Hours | Rate/Hr | Value |
|---|---|---|---|
| Total | 827.10 | | $406,628.00 |

Total Fees for Professional Services ................................................. $    406,628.00

Total for this Matter .......................................................................... $    406,628.00

## Matter Summary

| | | |
|---|---|---|
| Fees for Professional Services ......................................................... | $ | 406,628.00 |
| Disbursements ................................................................................. | $ | 0.00 |

Total (Net) Current Billing (Inv. 10462078) .......................................... $    406,628.00

Total Due ............................................................................................... $    406,628.00

## Aging of Accounts Receivable

| Current | 31 to 60 Days | 61 to 90 Days | 91 to 120 Days | Over 120 Days | Total Due |
|---|---|---|---|---|---|
| 406,628.00 | 0.00 | 0.00 | 0.00 | 0.00 | 406,628.00 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

· Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462078

Jennifer Jewett, Esq.,
VP, Corporate Counsel and Secretary
New Century Financial Corporation
18400 Von Karman, Ste. 1000
Irvine, CA 92612

August 17, 2007

## REMITTANCE COPY

---

### PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

---

Client:      New Century Financial Corporation
Matter:      Reporting - Memoranda & Presentations
Our Matter #:   25126-0005

| | | |
|---|---|---|
| Fees for Professional Services ...................................................... | $ | 406,628.00 |
| Disbursements............................................................................. | $ | 0.00 |
| Total (Net) Current Billing (Inv. 10462078) | $ | 406,628.00 |
| Previous Balance Due....................................................................... | $ | 0.00 |
| Total Due ......................................................................................... | $ | 406,628.00 |

**Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit**

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

**TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
charge of .83% per month.**

# HellerEhrman LLP

<table>
<tr><td>333 South Hope Street, Suite 3900<br>Los Angeles, CA 90071-3043<br>Telephone 213.689.0200<br>Facsimile 213.614.1868</td><td>Tax I.D. # 94-1217308<br>Please Remit Payment To:<br>File No. 73536<br>P.O. Box 60000<br>San Francisco, CA 94160-3536</td><td>Invoice Number 10462079<br><br>Page 1</td></tr>
</table>

Jennifer Jewett, Esq.,
VP, Corporate Counsel and Secretary
New Century Financial Corporation
18400 Von Karman, Ste. 1000
Irvine, CA 92612

Invoice Date:        August 17, 2007

For Professional Services Through June 30, 2007

Client:     New Century Financial Corporation
Matter:     Audit Committee Meetings - Preparation & Communication
Our Matter #:   25126-0006

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|---|---|---|---|---|---|
| 02-Apr-2007 | Work on      update (.8); correspond with team re developments      (.7); draft outline for      :pdate (1.0); instruct team members re essential tasks (1.0). | M Dixon | 3.50 | 580.00 | 2,030.00 |
| 02-Apr-2007 | Prepare for      call and address bankruptcy issues. | M J Shepard | 1.60 | 750.00 | 1,200.00 |
| 02-Apr-2007 | Follow up re issues from 4/1 discussions with client. | M L Charlson | 0.30 | 695.00 | 208.50 |
| 03-Apr-2007 | Telephone with      (.9); telephone with OMM re bankruptcy issues (.3); discuss      interview questions, pending projects, and bankruptcy procedure with team (1.5). | M Dixon | 2.70 | 580.00 | 1,566.00 |
| 03-Apr-2007 | Prepare for and participate in      call (3.0) Follow-up with PWC and O'Melveny re same (.6). | M J Shepard | 3.60 | 750.00 | 2,700.00 |
| 04-Apr-2007 | Correspondence and telephone call with Don Lange (1.8) telephone call | M J Shepard | 3.20 | 750.00 | 2,400.00 |

REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number   10462079

Page 2

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 05-Apr-2007 | with PWC and team re status (1.4). Prepare for, participate in and follow up from ___ meeting. | M J Shepard | 2.60 | 750.00 | 1,950.00 |
| 05-Apr-2007 | Help Mr. Shepard prepare for and participate in ___ call. | M Dixon | 1.70 | 580.00 | 986.00 |
| 06-Apr-2007 | Prepare for and attend conference call. | M Dixon | 1.30 | 580.00 | 754.00 |
| 06-Apr-2007 | Prepare for and participate in ___ call. | M J Shepard | 2.50 | 750.00 | 1,875.00 |
| 08-Apr-2007 | Calls with client and O'Melveny. | M J Shepard | 1.30 | 750.00 | 975.00 |
| 16-Apr-2007 | Outline update for Mr. Shepard for ___ call on interviews, document review and participate in ___ call. | M Dixon | 0.70 | 580.00 | 406.00 |
| 17-Apr-2007 | Call with client (.2); meeting to prepare for interviews (2.0); follow up re ___ interview (.7). | M J Shepard | 2.90 | 750.00 | 2,175.00 |
| 25-Apr-2007 | Assemble witness interviews re ___ | M Patel | 1.30 | 460.00 | 598.00 |
| 25-Apr-2007 | Organize documents and arrange binder production for Mike Shepard's meeting | A J Barth | 2.90 | 180.00 | 522.00 |
| 25-Apr-2007 | Telephone with PwC re residual interest and status/prep for meeting. | M Dixon | 1.90 | 580.00 | 1,102.00 |
| 26-Apr-2007 | Write up draft notes of the ___ interviews (8.4); continue preparation of materials for Mr. Shepard's presentation (2.8); follow-up items ___ (1.6). | M Dixon | 12.80 | 580.00 | 7,424.00 |
| 30-Apr-2007 | Conferences with Mr. Landry re documents (.4); conference call re Form 8-K (.5); review draft Form 8-K and legal research re same (2.0). | N H Brockmeyer | 2.90 | 635.00 | 1,841.50 |
| 03-May-2007 | Review correspondence (2.2); call | M J Shepard | 3.60 | 750.00 | 2,700.00 |

**REDACTED**

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number   10462079

Page 3

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| 04-May-2007 | with team to follow up on       tasks (.4); call with company and client re employment issues (1.0). Telephone with       1.5); telephone with       (.8); communicate re meeting dates (.4); telephone with Mr. Mayorkas re       call, status (.4). | M Dixon | 3.10 | 580.00 | 1,798.00 |
| 05-May-2007 | Call with Don Lange re status (.3); follow up re outstanding tasks and minutes (.3). | M J Shepard | 0.60 | 750.00 | 450.00 |
| 06-May-2007 | Call with Mr. Forster re status (.3); follow up re same (.2). | M J Shepard | 0.50 | 750.00 | 375.00 |
| 07-May-2007 | Review draft 8-K and 12b-25 (.3); conference with Mr. Landry re same (.3). | N H Brockmeyer | 0.60 | 635.00 | 381.00 |
| 09-May-2007 | Prepare for call (1.0); call with Mr. Forster (.3); call with       (.4). | M J Shepard | 1.70 | 750.00 | 1,275.00 |
| 10-May-2007 | Update Mr. Shepard for and participate in       call. | M Dixon | 1.70 | 580.00 | 986.00 |
| 17-May-2007 | Teleconference       (1.5); fact finding and editing report and chronology (5.5); drafting meeting minutes for       meetings (2.4). | M Dixon | 9.40 | 580.00 | 5,452.00 |
| 17-May-2007 | Edits to draft scope and report (2.1); call with       (1.0); follow up with O'Melveny and Myers, issues raised in call with       (1.0). | M J Shepard | 4.10 | 750.00 | 3,075.00 |
| 18-May-2007 | Review notes and draft minutes (1.1); e-mails re minutes and telephone discussion with Ms. Dixon re same (.8). | N H Brockmeyer | 1.90 | 635.00 | 1,206.50 |
| 18-May-2007 | Call with Mr. Zona and follow up re report, minutes and investigation. | M J Shepard | 1.10 | 750.00 | 825.00 |
| 18-May-2007 | Editing report | M Dixon | 3.70 | 580.00 | 2,146.00 |

REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462079

Page 4

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| | (1.7); revise and finalize meeting minutes (1.2); telephone with Mr. Brockmeyer re status (.8). | | | | |
| 21-May-2007 | Follow up re       minutes and upcoming meeting (.8); review PwC comments on report draft (.6); memorandum re same (1.7). | M J Shepard | 3.10 | 750.00 | 2,325.00 |
| 21-May-2007 | Review e-mails re        meeting (.1); telephone discussion with Mr. Landry (.3). | N H Brockmeyer | 0.40 | 635.00 | 254.00 |
| 22-May-2007 | Coordinate with Mr. Mayorkas, re various (1.0); correspond with team re ongoing projects (.2). | M Dixon | 1.20 | 580.00 | 696.00 |
| 22-May-2007 | Attend       meeting (1.0); review materials re same (2.5); draft email correspondence (.5); conference with            (.3); conference re tasks (.2). | J M Landry | 4.50 | 595.00 | 2,677.50 |
| 22-May-2007 | Review minutes               s (1.2); prepare list of minutes and allocate time (.6); participate in meeting (1.0); conferences with Mr. Landry (.4). | N H Brockmeyer | 3.20 | 635.00 | 2,032.00 |
| 23-May-2007 | Prepare and revise minutes of meetings (1.8); conference with Mr. Landry re same (.2); send to Messrs. Lange and Zona (.2); review questions (.2); telephone discussions re retention agreement and send copy to her (.3). | N H Brockmeyer | 2.70 | 635.00 | 1,714.50 |
| 23-May-2007 | Review draft minutes (1.0); draft comments to same (1.0). | J M Landry | 2.00 | 595.00 | 1,190.00 |
| 26-May-2007 | Exchange e-mails with Mr. Zona re | N H Brockmeyer | 0.50 | 635.00 | 317.50 |

REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462079

Page 5

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | minutes (.4); send e-mail re same (.1). | | | | |
| 29-May-2007 | Telephone discussion with Mr. Zona re minutes (.3); review e-mails re minutes (.1). | N H Brockmeyer | 0.40 | 635.00 | 254.00 |
| 30-May-2007 | Exchange e-mails with          . re minutes (.2); review minutes (.7). | N H Brockmeyer | 0.90 | 635.00 | 571.50 |
| 04-Jun-2007 | Review revised        Report (.3); conference re PwC questions about residual interest document (.4); draft memorandum (2.1); team conference call re issues and tasks (.1); review Rick Zona's comments (.1) | J M Landry | 3.00 | 595.00 | 1,785.00 |
| 04-Jun-2007 | Exchange e-mails              (.2); exchange e-mails re committee structure (.3); revise minutes              (.3); review e-mails and minutes re requested changes (.8); prepare minutes (.7). | N H Brockmeyer | 2.30 | 635.00 | 1,460.50 |
| 06-Jun-2007 | Draft      meeting minutes. | J M Landry | 0.70 | 595.00 | 416.50 |
| 11-Jun-2007 | Prepare for and talk to       (.9); call from .        and follow up re same (.7). | M J Shepard | 1.60 | 750.00 | 1,200.00 |
| 11-Jun-2007 |       conference call. | M Dixon | 0.80 | 580.00 | 464.00 |
| 12-Jun-2007 | Prepare re next      meeting (.4); follow up re contacts (.1). | M J Shepard | 0.50 | 750.00 | 375.00 |
| 13-Jun-2007 | E-mail Mr. Zona with minutes and telephone discussion re same (.3); e-mail          re minutes (.1); telephone discussion          re chart (.4); revise chart      (1.5). | N H Brockmeyer | 2.30 | 635.00 | 1,460.50 |
| 14-Jun-2007 | Draft minutes          (1.0); organize and | M Dixon | 2.40 | 580.00 | 1,392.00 |

# REDACTED

**Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499**
**ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit**

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

**TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.**

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462079

Page 6

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| | participate in call with company counsel (1.2); review and respond to correspondence on examiner, trustee, budget, and other issues (.2). | | | | |
| 14-Jun-2007 | Conference re email from Zona and status of bankruptcy. | M E Liftik | 0.30 | 505.00 | 151.50 |
| 14-Jun-2007 | Review chronology and prepare for call (1.6); correspondence re examiner (.2); correspondence re chronology (.1); call with O'Melveny and Myers re meeting (.1); correspondence with Mr. Zona re chronology (.6). | M J Shepard | 2.60 | 750.00 | 1,950.00 |
| 15-Jun-2007 | Prepare for and stand by for call (.5); follow up re meeting with examiner (.5); prepare re same (1.0). | M J Shepard | 2.00 | 750.00 | 1,500.00 |
| 15-Jun-2007 | Prepare for call. | M Dixon | 0.50 | 580.00 | 290.00 |
| 16-Jun-2007 | Prepare for, follow up from, and call with client re status and strategy. | M J Shepard | 1.40 | 750.00 | 1,050.00 |
| 16-Jun-2007 | call (1.0); review correspondence re (.4). | M Dixon | 1.40 | 580.00 | 812.00 |
| 21-Jun-2007 | Correspondence with client and follow up re same. | M J Shepard | 0.30 | 750.00 | 225.00 |
| 22-Jun-2007 | Calls re (.2); correspondence re (.2). | M J Shepard | 0.40 | 750.00 | 300.00 |
| 29-Jun-2007 | Correspond with O'Melveny and Mr. Forster re response | M E Liftik | 0.70 | 505.00 | 353.50 |

| Timekeeper | Hours | Rate/Hr | Value |
|-----------|-------|---------|-------|
| M J Shepard | 41.20 | 750.00 | 30,900.00 |
| M L Charlson | 0.30 | 695.00 | 208.50 |
| N H Brockmeyer | 18.10 | 635.00 | 11,493.50 |
| J M Landry | 10.20 | 595.00 | 6,069.00 |
| M Dixon | 48.80 | 580.00 | 28,304.00 |
| M E Liftik | 1.00 | 505.00 | 505.00 |
| M Patel | 1.30 | 460.00 | 598.00 |
| A J Barth | 2.90 | 180.00 | 522.00 |

REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462079

Page 7

| Timekeeper | Hours | Rate/Hr | Value |
|------------|-------|---------|-------|
| Total | 123.80 | | $78,600.00 |

Total Fees for Professional Services .................................................. $    78,600.00

Total for this Matter ......................................................................... $    78,600.00

## Matter Summary

| | | |
|---|---|---|
| Fees for Professional Services ...................................................... | $ | 78,600.00 |
| Disbursements ............................................................................. | $ | 0.00 |

Total (Net) Current Billing (Inv. 10462079) ........................................ $    78,600.00

Total Due ............................................................................................ $    78,600.00

## Aging of Accounts Receivable

| Current | 31 to 60 Days | 61 to 90 Days | 91 to 120 Days | Over 120 Days | Total Due |
|---------|---------------|---------------|----------------|---------------|-----------|
| 78,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 78,600.00 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
        charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043

Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462079

Jennifer Jewett, Esq.,
VP, Corporate Counsel and Secretary
New Century Financial Corporation
18400 Von Karman, Ste. 1000
Irvine, CA 92612

August 17, 2007

## REMITTANCE COPY

## PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

Client:      New Century Financial Corporation
Matter:      Audit Committee Meetings - Preparation & Communication
Our Matter #:  25126-0006

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 78,600.00 |
| Disbursements | $ | 0.00 |
| Total (Net) Current Billing (Inv. 10462079) | $ | 78,600.00 |
| Previous Balance Due | $ | 0.00 |
| Total Due | $ | 78,600.00 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462080

Page 1

Jennifer Jewett, Esq.,
VP, Corporate Counsel and Secretary
New Century Financial Corporation
18400 Von Karman, Ste. 1000
Irvine, CA 92612

Invoice Date:        August 17, 2007

For Professional Services Through June 30, 2007

Client:        New Century Financial Corporation
Matter:        Retention & Fee Applications (Heller Ehrman)
Our Matter #:  25126-0007

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| 05-Apr-2007 | Telephone and correspondence with Ms. Mann re retention (0.3); draft retention agreement (0.3); telephone with Mr. Pazelt re same (0.2). | M Correa | 0.80 | 485.00 | 388.00 |
| 05-Apr-2007 | Provide information to HE BK team for BK application (.3); coordinate with RLF re BK issues(.4). | M Dixon | 0.70 | 580.00 | 406.00 |
| 06-Apr-2007 | Draft retention application. | M Correa | 3.60 | 485.00 | 1,746.00 |
| 07-Apr-2007 | Gather and send materials re application. | N H Brockmeyer | 0.70 | 635.00 | 444.50 |
| 09-Apr-2007 | Follow up re retention issues (.1). | M J Shepard | 0.10 | 750.00 | 75.00 |
| 09-Apr-2007 | Draft engagement letter, 2014 and 2016 disclosures. | M Correa | 4.50 | 485.00 | 2,182.50 |
| 11-Apr-2007 | Review additional conflicts (.6); draft retention application, declaration and order (3.1). | M Correa | 3.70 | 485.00 | 1,794.50 |
| 15-Apr-2007 | Telephone calls with Messrs. Forster, Mayorkas and Bindra re US trustee motion (1.3); review correspondence from various re US Trustee issue (.2). | M Dixon | 1.50 | 580.00 | 870.00 |
| 16-Apr-2007 | Draft Brockmeyer declaration re | M Correa | 4.50 | 485.00 | 2,182.50 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number        10462080

Page 2

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | conflicts. | | | | |
| 16-Apr-2007 | Review additional correspondence re US Trustee issue. | M Dixon | 0.10 | 580.00 | 58.00 |
| 17-Apr-2007 | Review motion to appoint chapter 11 trustee (.2); review motion to employ ordinary course professionals (.5); telephone with Mr. Brockmeyer re same (.3). | M Correa | 1.00 | 485.00 | 485.00 |
| 18-Apr-2007 | Conference call with Ms. Correa and Ms. Dixon (.3); exchange e-mails (.1). | N H Brockmeyer | 0.40 | 635.00 | 254.00 |
| 18-Apr-2007 | Telephone with Mr. Brockmeyer re 327(e) retention papers (.2); telephone calls with debtors' counsel re same (.2); review and revise papers (.4). | M Correa | 0.80 | 485.00 | 388.00 |
| 18-Apr-2007 | Telephone with Mr. Brockmeyer and Ms. Correa re bankruptcy issues. | M Dixon | 0.30 | 580.00 | 174.00 |
| 20-Apr-2007 | Prepare application and declaration. | M Correa | 0.30 | 485.00 | 145.50 |
| 25-Apr-2007 | Telephone with BK team, individual counsel. | M Dixon | 0.30 | 580.00 | 174.00 |
| 26-Apr-2007 | Review and revise application to employ, declaration. | M Correa | 2.50 | 485.00 | 1,212.50 |
| 27-Apr-2007 | Review and revise application for engagement and affidavit (2.0); telephone discussion with Ms. Correa re same (.2); revise application and send to Ms. Correa and Ms. Dixon (.2). | N H Brockmeyer | 2.40 | 635.00 | 1,524.00 |
| 27-Apr-2007 | Revise application and declaration. | M Correa | 0.40 | 485.00 | 194.00 |
| 28-Apr-2007 | Revise application and affidavit (1.8); exchange e-mails with Ms. Correa and Ms. Dixon (.7). | N H Brockmeyer | 2.50 | 635.00 | 1,587.50 |
| 30-Apr-2007 | Finalize application and declaration. | M Correa | 1.50 | 485.00 | 727.50 |
| 01-May-2007 | Correspondence with Delaware counsel (.2); revise declaration and application re comments (.3). | M Correa | 0.50 | 485.00 | 242.50 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number     10462080

Page 3

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 01-May-2007 | Review affidavit and application and exchange e-mails re changes. | N H Brockmeyer | 1.40 | 635.00 | 889.00 |
| 07-May-2007 | Review docket for hearing schedule, objections. | M Correa | 0.20 | 485.00 | 97.00 |
| 08-May-2007 | Correspondence with Mr. Samis re court appearance and proof of claim bar date (0.1); follow up with Mr. Brockmeyer and Ms. Dixon re hearing coverage, pro hac vice (0.1). | M Correa | 0.20 | 485.00 | 97.00 |
| 14-May-2007 | Correspondence re employment application. | M Correa | 0.20 | 485.00 | 97.00 |
| 24-May-2007 | Prepare schedule for U.S. Trustee inquiry (.4); e-mail and telephone discussion with Ms. Correa re same (.3). | N H Brockmeyer | 0.70 | 635.00 | 444.50 |
| 24-May-2007 | Review US trustee's concerns (.1); telephone with Mr. Brockmeyer re same (.1); telephone with Mr. Samis re same (.1); prepare response for US trustee (.5) | M Correa | 0.80 | 485.00 | 388.00 |
| 25-May-2007 | Prepare response to US trustee. | M Correa | 1.00 | 485.00 | 485.00 |
| 29-May-2007 | Follow up re response to US Trustee. | M Correa | 0.30 | 485.00 | 145.50 |
| 12-Jun-2007 | Telephone with Mr. Benvenutti and Ms. Correa, Mr. Shepard, Mr. Jargiello, | M Dixon | 2.00 | 580.00 | 1,160.00 |
| 12-Jun-2007 | Confer with Ms. Correa re UST proposed objection to Heller Ehrman retention (.10); review e-mails from Ms. Correa, Ms. Dixon and Mr. Shepard re same (.30); conference calls with Ms. Correa, Ms. Dixon and Mr. Shepard re same, strategy re response (.70 ); telephone discussions and e-mails with Ms. Correa, Mr. Samis re same (.30); | P J Benvenutti | 2.50 | 695.00 | 1,737.50 |

REDACTED

**Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit**

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number        10462080

Page 4

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | conference call with colleagues, Mr. McMahon (UST) re basis for objection, response to same, possible continuance (.40); telephone with Mr. Mayorkas (company's counsel) re same, suggested response (.20); e-mails to colleagues re developments re UST objection, rescheduling hearing, next steps (.30); follow-up calls and e-mails with Mr. Samis re continuance of hearing (.20). | | | | |
| 12-Jun-2007 | Address issues re US Trustee's potential objection to Heller's employment, including calls with Mr. Samis and Mr. McMahon. | M Correa | 2.00 | 485.00 | 970.00 |
| 12-Jun-2007 | Telephone conference and exchange e-mails re appointment application. | N H Brockmeyer | 0.90 | 635.00 | 571.50 |
| 12-Jun-2007 | Calls re anticipated trustee filing. | M J Shepard | 2.00 | 750.00 | 1,500.00 |
| 13-Jun-2007 | Review correspondence re status (.2); discuss BK petition description of ongoing work with Mr. Brockmeyer (.6). | M Dixon | 0.80 | 580.00 | 464.00 |
| 13-Jun-2007 | Telephone with Mr. Brockmeyer re engagement. | M Correa | 0.10 | 485.00 | 48.50 |
| 13-Jun-2007 | Review, respond to e-mail from Mr. Shepard re response to examiner's request for briefing. | P J Benvenutti | 0.20 | 695.00 | 139.00 |
| 14-Jun-2007 | E-mails with Mr. Shepard, Ms. Dixon re retention issues (.20); prepare for and conference call with company's counsel re same (.30). | P J Benvenutti | 0.50 | 695.00 | 347.50 |
| 15-Jun-2007 | E-mails re arrange call with UST. | P J Benvenutti | 0.10 | 695.00 | 69.50 |
| 15-Jun-2007 | Correspondence re US Trustee meeting. | M Correa | 0.10 | 485.00 | 48.50 |
| 16-Jun-2007 | E-mails with Mr. Shepard re prepare for conference call with UST. | P J Benvenutti | 0.20 | 695.00 | 139.00 |
| 18-Jun-2007 | Telephone with Mr. Samis re | M Correa | 0.20 | 485.00 | 97.00 |

REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462080

Page 5

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | professional fee caps per committee (0.1); correspondence with Messrs. Benvenutti and Brockmeyer re same (0.1). | | | | |
| 18-Jun-2007 | Prepare for and conference call with Mr. McMahon (UST) re Heller Ehrman application for employment (.50); review Ms. Dixon's e-mail re same (.10); follow-up e-mails (.10); e-mails re committee's proposal to cap future fees (.10). | P J Benvenutti | 0.80 | 695.00 | 556.00 |
| 20-Jun-2007 | Budgeting for caps re BK issues/compensation. | M Dixon | 0.70 | 580.00 | 406.00 |
| 20-Jun-2007 | Research case law re 327(e) scope (6.5); correspondence with Mr. Benvneutti re same (1.5). | M Correa | 8.00 | 485.00 | 3,880.00 |
| 20-Jun-2007 | Conduct legal research and analysis re 327(e) standards of employment in light of UST objection to employment application. | R A Trodella, Jr. | 3.90 | 520.00 | 2,028.00 |
| 20-Jun-2007 | Telephone discussions with Mr. McMahon (UST) re possible objection to Heller Ehrman application for retention, extension of time to file objection (.50); e-mails with colleagues re same (.20); telephone discussions with Ms. Correa re same, research re Sec. 327(e) standards (.40); review e-mail, excerpts of cases from Ms. Correa re same (.30); e-mails re possible SEC subpoena (.10). | P J Benvenutti | 1.50 | 695.00 | 1,042.50 |
| 21-Jun-2007 | Review and analyze authorities re UST's possible challenge to retention (.80); telephone with Mr. Samis re UST position (.10); e-mails with colleagues re same (.30); review application for retention, | P J Benvenutti | 2.20 | 695.00 | 1,529.00 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number        10462080

Page 6

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | supporting papers (.40); telephone with UST re same (.40); review and respond to e-mail from Mr. Shepard re status, strategy (.20). | | | | |
| 21-Jun-2007 | Follow up re retention issues (0.2); draft memo to timekeepers re billing rules (0.2). | M Correa | 0.40 | 485.00 | 194.00 |
| 22-Jun-2007 | Discuss UST issue with counsel, HE team. | M Dixon | 0.40 | 580.00 | 232.00 |
| 22-Jun-2007 | Telephone with Mr. McMahon re UST objection to application for retention (.10); e-mails with colleagues re same, response (.30); telephone with Mr. Shepard re same (.50). | P J Benvenutti | 0.90 | 695.00 | 625.50 |
| 24-Jun-2007 | Review correspondence on pending issues with examiner, UST. | M Dixon | 0.40 | 580.00 | 232.00 |
| 25-Jun-2007 | Telephone with Ms. Dixon re committee caps. | M Correa | 0.20 | 485.00 | 97.00 |
| 25-Jun-2007 | Review e-mails from UST, Mr. Merchant (Richards Layton), Mr. Mayorkas (OMM) re response to UST objection, scheduling of hearing on Heller Ehrman retention application (.20); review and respond to e-mail from Ms. Correa re same (.10). | P J Benvenutti | 0.30 | 695.00 | 208.50 |
| 25-Jun-2007 | Discuss caps issue strategy with Ms. Correa and review correspondence re UST motion, conversations with others re our position, etc. | M Dixon | 0.90 | 580.00 | 522.00 |
| 26-Jun-2007 | Review UST objection to employment application (.3); conduct legal research re same (1.0). | R A Trodella, Jr. | 1.30 | 520.00 | 676.00 |
| 26-Jun-2007 | Review and analyze UST's objection to retention application (0.2); telephone with Ms. Dixon re same (0.3); telephone with Mr. Benvenutti | M Correa | 4.70 | 485.00 | 2,279.50 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462080

Page 7

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| 26-Jun-2007 | re same (0.2); research 327(e) standards and initiate draft response to objection (4.0). E-mail to colleagues re UST objection, approach to responding to same (.20); review e-mails from colleagues re same, arranging for supporting declarations (.20). | P J Benvenutti | 0.40 | 695.00 | 278.00 |
| 26-Jun-2007 | Review and provide comments on Trustee's objection and discuss same with Ms. Correa. | M Dixon | 0.90 | 580.00 | 522.00 |
| 27-Jun-2007 | Draft response to UST's objection (5.2); confer with Messrs. Corbit and Liftik re same (1.0). | M Correa | 6.20 | 485.00 | 3,007.00 |
| 27-Jun-2007 | Outline subjects to be covered in responsive declarations (.8); research re applicable Delaware law (1.0); revise portions of Heller response (.6). | F P Corbit | 2.40 | 595.00 | 1,428.00 |
| 27-Jun-2007 | Conference re declaration in support of response to U.S. Trustee objection (.4); review pleadings re same (.8). | M E Liftik | 1.20 | 505.00 | 606.00 |
| 27-Jun-2007 | Discuss response to UST motion with BK team. | M Dixon | 0.40 | 580.00 | 232.00 |
| 27-Jun-2007 | Review Trustee's objection. | M J Shepard | 0.10 | 750.00 | 75.00 |
| 28-Jun-2007 | Revise sections of Response to UST's Limited Objection (1.0); write new sections to Response (1.0); make inquiries re declarations (.6). | F P Corbit | 2.60 | 595.00 | 1,547.00 |
| 28-Jun-2007 | Review response. | M Correa | 0.20 | 485.00 | 97.00 |
| 28-Jun-2007 | E-mails re response to UST objection. | P J Benvenutti | 0.10 | 695.00 | 69.50 |
| 28-Jun-2007 | Discuss BK pleadings with Mr. Liftik, team. | M Dixon | 0.40 | 580.00 | 232.00 |
| 28-Jun-2007 | Draft declaration in support of response to U.S. Trustee objection (1.4); conference re same (.2). | M E Liftik | 1.60 | 505.00 | 808.00 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number    10462080

Page 8

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| 29-Jun-2007 | Draft Shepard declaration in support of response to US Trustee objection (4); research re same (1.4). | M E Liftik | 5.40 | 505.00 | 2,727.00 |
| 29-Jun-2007 | Review and respond to e-mails re response to UST objection (.20); review draft response (.80); telephone with Ms. Correa re same (.20). | P J Benvenutti | 1.20 | 695.00 | 834.00 |
| 30-Jun-2007 | Revise declaration. | M J Shepard | 1.20 | 750.00 | 900.00 |
| 30-Jun-2007 | Review and revise declaration, response (1.2); research re standards (1.3); telephone with Mr. Corbit re same (0.1). | M Correa | 1.60 | 485.00 | 776.00 |

| Timekeeper | Hours | Rate/Hr | Value |
|-----------|-------|---------|-------|
| M J Shepard | 3.40 | 750.00 | 2,550.00 |
| P J Benvenutti | 10.90 | 695.00 | 7,575.50 |
| N H Brockmeyer | 9.00 | 635.00 | 5,715.00 |
| F P Corbit | 5.00 | 595.00 | 2,975.00 |
| M Dixon | 9.80 | 580.00 | 5,684.00 |
| R A Trodella, Jr. | 5.20 | 520.00 | 2,704.00 |
| M E Liftik | 8.20 | 505.00 | 4,141.00 |
| M Correa | 50.50 | 485.00 | 24,492.50 |
| Total | 102.00 | | $55,837.00 |

Total Fees for Professional Services ................................................. $    55,837.00

Total for this Matter ...................................................................... $    55,837.00

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
        charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number       10462080

Page 9

## Matter Summary

| | | |
|---|---|---|
| Fees for Professional Services ........................................................ | $ | 55,837.00 |
| Disbursements ................................................................................... | $ | 0.00 |
| Total (Net) Current Billing (Inv. 10462080) ........................................................................ | $ | 55,837.00 |
| Total Due ............................................................................................................................ | $ | 55,837.00 |

## Aging of Accounts Receivable

| Current | 31 to 60 Days | 61 to 90 Days | 91 to 120 Days | Over 120 Days | Total Due |
|---|---|---|---|---|---|
| 55,837.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55,837.00 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
        charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number      10462080

Jennifer Jewett, Esq.,
VP, Corporate Counsel and Secretary
New Century Financial Corporation
18400 Von Karman, Ste. 1000
Irvine, CA 92612

August 17, 2007

## REMITTANCE COPY

## PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

Client:        New Century Financial Corporation
Matter:        Retention & Fee Applications (Heller Ehrman)
Our Matter #:  25126-0007

| | | |
|---|---|---|
| Fees for Professional Services | $ | 55,837.00 |
| Disbursements | $ | 0.00 |
| **Total (Net) Current Billing (Inv. 10462080)** | $ | 55,837.00 |
| Previous Balance Due | $ | 0.00 |
| Total Due | $ | 55,837.00 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number          10462081

Page 1

Jennifer Jewett, Esq.,
VP, Corporate Counsel and Secretary
New Century Financial Corporation
18400 Von Karman, Ste. 1000
Irvine, CA 92612

Invoice Date:          August 17, 2007

For Professional Services Through June 30, 2007

Client:          New Century Financial Corporation
Matter:          Administrative Matters
Our Matter #:    25126-0008

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| 02-Apr-2007 | Meet with Mike Zwibelman re clean up and projects on hold. | A J Barth | 0.20 | 180.00 | 36.00 |
| 02-Apr-2007 | Exchange e-mails re employment agreement. | N H Brockmeyer | 0.30 | 635.00 | 190.50 |
| 05-Apr-2007 | Organize and distribute list of all Meeting material. | A J Barth | 0.30 | 180.00 | 54.00 |
| 05-Apr-2007 | Conference with Mr. Shepard re bankruptcy-related issues. | M L Charlson | 0.40 | 695.00 | 278.00 |
| 06-Apr-2007 | Organize Form 4 information (.3); organize inventory material per Mike Zwibelman's request (.6). | A J Barth | 0.90 | 180.00 | 162.00 |
| 12-Apr-2007 | Conferences Mr. Landry re status. | N H Brockmeyer | 0.40 | 635.00 | 254.00 |
| 16-Apr-2007 | Review e-mail traffic and conference with Mr. Shepard re issues surrounding possible action by t | M L Charlson | 0.30 | 695.00 | 208.50 |
| 16-Apr-2007 | Review, respond to e-mails re response to possible UST motion to appoint trustee. | P J Benvenutti | 0.30 | 695.00 | 208.50 |
| 01-May-2007 | Telephone discussion and e-mail with Messrs. Yagana and Lange re | N H Brockmeyer | 0.50 | 635.00 | 317.50 |

REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
        charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462081

Page 2

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 03-May-2007 | PwC engagement letter. Update Team to do list and assign tasks and discuss follow-ups with Mr. Shepard (.5); discuss status with Mr. Brockmeyer (.1); continue work on materials (5.1); telephone with Mr. Mayorkas (.4); review correspondence from client re additional tasks, etc. (.2) | M Dixon | 6.30 | 580.00 | 3,654.00 |
| 09-May-2007 | Review emailed information re attorney documents and work file. | A J Barth | 0.30 | 180.00 | 54.00 |
| 15-May-2007 | Correspondence with Messrs. Mayorkas (.4); prepare statements and work files (3.1) | A J Barth | 3.50 | 180.00 | 630.00 |
| 17-May-2007 | Prepare hardcopy files for entry into legal key (.1); draft letter re files (.1). | A J Barth | 0.20 | 180.00 | 36.00 |
| 17-May-2007 | Print documents from database for attorney review. | B A Overholser | 3.00 | 235.00 | 705.00 |
| 27-May-2007 | Review and respond to email correspondence. | J M Landry | 1.00 | 595.00 | 595.00 |
| 29-May-2007 | File and prepare documents for entry into network database. | A J Barth | 2.80 | 180.00 | 504.00 |
| 31-May-2007 | Conference re status and outstanding tasks. | J M Landry | 0.70 | 595.00 | 416.50 |
| 20-Jun-2007 | Review final CD of presentation for transmittal to | M E Liftik | 0.30 | 505.00 | 151.50 |
| 28-Jun-2007 | Discuss file storage issue with records. | A J Barth | 0.20 | 180.00 | 36.00 |
| 29-Jun-2007 | Organize documents from San Diego office. | A J Barth | 0.60 | 180.00 | 108.00 |

| Timekeeper | Hours | Rate/Hr | Value |
|------------|-------|---------|-------|
| M L Charlson | 0.70 | 695.00 | 486.50 |
| P J Benvenutti | 0.30 | 695.00 | 208.50 |
| N H Brockmeyer | 1.20 | 635.00 | 762.00 |
| J M Landry | 1.70 | 595.00 | 1,011.50 |
| M Dixon | 6.30 | 580.00 | 3,654.00 |

**REDACTED**

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462081

Page 3

| Timekeeper | Hours | Rate/Hr | Value |
|---|---|---|---|
| M E Liftik | 0.30 | 505.00 | 151.50 |
| A J Barth | 9.00 | 180.00 | 1,620.00 |
| B A Overholser | 3.00 | 235.00 | 705.00 |
| Total | 22.50 | | $8,599.00 |

Total Fees for Professional Services ............................................. $    8,599.00

| Date | Disbursement | Amount |
|---|---|---|
| 02-Apr-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00829570 DATE: 4/26/2007 Name: Ms. Megan Dixon Conference call - Call Date: 4/2/2007 minutes:305 | 10.55 |
| 03-Apr-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00829570 DATE: 4/26/2007 Name: Ms. Megan Dixon Conference call - Call Date: 4/3/2007 minutes:849 | 29.27 |
| 04-Apr-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00829570 DATE: 4/26/2007 Name: Ms. Megan Dixon Conference call - Call Date: 4/4/2007 minutes:132 | 4.57 |
| 04-Apr-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00829570 DATE: 4/26/2007 Name: Ms. Megan Dixon Conference call - Call Date: 4/4/2007 minutes:397 | 13.70 |
| 05-Apr-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00829570 DATE: 4/26/2007 Name: Ms. Megan Dixon Conference call - Call Date: 4/5/2007 minutes:844 | 29.08 |
| 06-Apr-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00829570 DATE: 4/26/2007 Name: Ms. Megan Dixon Conference call - Call Date: 4/6/2007 minutes:1088 | 37.53 |
| 10-Apr-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00829570 DATE: 4/26/2007 Name: Ms. Megan Dixon Conference call - Call Date: 4/10/2007 minutes:82 | 2.83 |
| 11-Apr-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00829570 DATE: 4/26/2007 Name: Ms. Megan Dixon Conference call - Call Date: 4/11/2007 minutes:51 | 1.76 |
| 12-Apr-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00829570 DATE: 4/26/2007 Name: Mr. Michael Liftik Conference call - Call Date: 4/12/2007 minutes:745 | 25.73 |
| 17-Apr-2007 | VENDOR: Golden State Legal Copy; INVOICE#: 17049; DATE: 4/17/2007 - | 298.72 |

**Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit**

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

**TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
charge of .83% per month.**

# HellerEhrman LLP

| | |
|---|---|
| 333 South Hope Street, Suite 3900<br>Los Angeles, CA 90071-3043<br>Telephone 213.689.0200<br>Facsimile 213.614.1868 | Tax I.D. # 94-1217308<br>Please Remit Payment To:<br>File No. 73536<br>P.O. Box 60000<br>San Francisco, CA 94160-3536 |

Invoice Number     10462081

Page 4

| | | |
|---|---|---|
| | Binders of Private Public info re:Cole, Gotschall, Dodge, Theologides per Doug Keller's request. | |
| 18-Apr-2007 | Vendor: Lawyers Travel Service Name:MICHAEL SHEPARD Ticker No: 7040227259 Depart Date: 4/23/2007 Route: SBA/LAX/SNA/SFO | 769.89 |
| 18-Apr-2007 | Vendor: Lawyers Travel Service Name:MICHAEL SHEPARD Ticker No: 7040227265 Depart Date: 4/19/2007 Route: SFO/SNA/SFO | 566.90 |
| 18-Apr-2007 | Vendor: Lawyers Travel Service Name:MEGAN DIXON Ticker No: 7040227275 Depart Date: 4/19/2007 Route: SFO/SNA/SFO | 566.90 |
| 18-Apr-2007 | Vendor: Lawyers Travel Service Name:MEGAN DIXON Ticker No: 7040227276 Depart Date: 4/23/2007 Route: SFO/SNA/SFO | 566.90 |
| 18-Apr-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00829570 DATE: 4/26/2007 | 2.37 |
| 18-Apr-2007 | Name: Ms. Megan Dixon Conference call - Call Date: 4/18/2007 minutes:69<br>VENDOR: PREMIERE CONFERENCING INVOICE#: 00829570 DATE: 4/26/2007 | 4.75 |
| 19-Apr-2007 | Name: Mr. Micheal Shepard Conference call - Call Date: 4/18/2007 minutes:138<br>VENDOR: PREMIERE CONFERENCING INVOICE#: 00829570 DATE: 4/26/2007 | 1.66 |
| 20-Apr-2007 | Name: Ms. Megan Dixon Conference call - Call Date: 4/19/2007 minutes:48<br>VENDOR: Golden State Legal Copy; INVOICE#: 17131; DATE: 4/20/2007 - Cole/Gotschall document binders for Mike Shepard, Megan Dixon, and John Landry per Michael Liftik's request. | 339.40 |
| 20-Apr-2007 | Air Freight/Special Postage - Fx - A. Barth - Alex Gordon 04/10/07 | 45.91 |
| 20-Apr-2007 | Vendor: Lawyers Travel Service Name:MICHAEL SHEPARD Ticker No: 7040227340 Depart Date: 4/29/2007 Route: SFO/IAD/LAX/SFO | 1,791.98 |
| 20-Apr-2007 | Vendor: Lawyers Travel Service Name:MICHAEL SHEPARD Ticker No: 7040227356 Depart Date: 4/25/2007 Route: SFO/SNA/SFO | 566.90 |
| 22-Apr-2007 | VENDOR: Network Global Logistics; INVOICE#: 1069602; DATE: 04/22/07 - Servie 4/20/07 from SF Heller - Bacar Resort and Spa, 8301 Hollister Ave, El Encanto Heights, CA 93117 Attn: Megan Dixon VOUCHER NO SFO053947934 | 254.24 |
| 23-Apr-2007 | Vendor: Lawyers Travel Service Name:MEGAN DIXON Ticker No: 7040227276 Depart Date: 4/23/2007 Route: SFO/SNA/SFO | (531.90) |
| 23-Apr-2007 | Vendor: Lawyers Travel Service Name:MICHAEL SHEPARD Ticker No: 7041463925 Depart Date: 4/23/2007 Route: SNA/SFO | 274.02 |
| 25-Apr-2007 | Vendor: Lawyers Travel Service Name:MICHAEL SHEPARD Ticker No: 7040227259 Depart Date: 4/23/2007 Route: SNA/SFO | (261.45) |
| 25-Apr-2007 | Vendor: Lawyers Travel Service Name:MICHAEL SHEPARD Ticker No: 7040227426 Depart Date: 4/25/2007 Route: SFO/SNA/SFO | 566.90 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462081

Page 5

| Date | Description | Amount |
|---|---|---|
| 25-Apr-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00829570 DATE: 4/26/2007 | 15.94 |
| | Name: Ms. Megan Dixon Conference call - Call Date: 4/25/2007 minutes:462 | |
| 26-Apr-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00829570 DATE: 4/26/2007 | 1.18 |
| | Name: Ms. Megan Dixon Conference call - Call Date: 4/26/2007 minutes:34 | |
| 26-Apr-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00829570 DATE: 4/26/2007 | 4.50 |
| | Name: Ms. Megan Dixon Conference call - Call Date: 4/26/2007 minutes:130 | |
| 26-Apr-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00829570 DATE: 4/26/2007 | 60.25 |
| | Name: Ms. Megan Dixon Conference call - Call Date: 4/26/2007 minutes:1746 | |
| 30-Apr-2007 | VENDOR: U.S. Legal Management Services, Inc.; INVOICE#: 34101; DATE: 4/30/2007 Job #3801300/To John Landry, Los Angeles 4/20/07 | 50.88 |
| 30-Apr-2007 | VENDOR: U.S. Legal Management Services, Inc.; INVOICE#: 34101; DATE: 4/30/2007 Job #3807635/To Le Meridian Hotel, Los Angeles 4/30/07 | 41.53 |
| 30-Apr-2007 | VENDOR: LUXOR CABS; INVOICE#: 43007; DATE: 4/30/2007 - Ben Diggs 4/30/07 | 11.85 |
| 30-Apr-2007 | VENDOR: LUXOR CABS; INVOICE#: 43007; DATE: 4/30/2007 - Liftik/ Dixon 4/30/07 | 41.85 |
| 30-Apr-2007 | VENDOR: LUXOR CABS; INVOICE#: 43007; DATE: 4/30/2007 - Megan Dixon 4/27/07 | 16.00 |
| 30-Apr-2007 | VENDOR: LUXOR CABS; INVOICE#: 43007; DATE: 4/30/2007 - M. Liftik 4/19/07 | 15.50 |
| 30-Apr-2007 | VENDOR: LUXOR CABS; INVOICE#: 43007; DATE: 4/30/2007 - Ben Diggs 4/18/07 | 12.00 |
| 30-Apr-2007 | VENDOR: YELLOW CAB COOPERATIVE, INC.; INVOICE#: 43007; DATE: 4/30/2007 - M. Dixon 4/10/06 | 12.00 |
| 30-Apr-2007 | VENDOR: YELLOW CAB COOPERATIVE, INC.; INVOICE#: 43007; DATE: 4/30/2007 - M. Dixon 4/17/07 | 14.00 |
| 30-Apr-2007 | VENDOR: YELLOW CAB COOPERATIVE, INC.; INVOICE#: 43007; DATE: 4/30/2007 - Megan Dixon 4/3/07 | 12.00 |
| 30-Apr-2007 | VENDOR: ADMINISTRATIVE SERVICES CO-OP; INVOICE#: 206307; DATE: 4/30/2007 Voucher #230352/R. Garza to Rowland Heights, CA 4/25/07 | 69.00 |
| 30-Apr-2007 | VENDOR: ADMINISTRATIVE SERVICES CO-OP; INVOICE#: 206307; DATE: 4/30/2007 Voucher #230351/R. Garza to Rowland Heights, CA 4/24/07 | 70.00 |
| 30-Apr-2007 | VENDOR: ADMINISTRATIVE SERVICES CO-OP; INVOICE#: 206307; DATE: 4/30/2007 Voucher #230337/A. Milla to La Crescenta, CA 4/13/07 | 49.40 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number          10462081

Page 6

| Date | Description | Amount |
|------|-------------|--------|
| 30-Apr-2007 | VENDOR: Hornbeck, Kirk A.; INVOICE#: KAH043007; DATE: 4/30/2007 - Xrpt/Mileage trip to Irvine, CA re client meeting 4/30/07 | 36.56 |
| 30-Apr-2007 | Vendor: Lawyers Travel Service Name:MICHAEL LIFTIK Ticker No: 7042562112 Depart Date: 4/30/2007 Route: SFO/LAX/SFO | 302.77 |
| 30-Apr-2007 | Vendor: Lawyers Travel Service Name:MEGAN DIXON Ticker No: 7042562111 Depart Date: 4/30/2007 Route: SFO/LAX/SFO | 302.77 |
| 30-Apr-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00869116 DATE: 053007   Name: Mr. John Landry Conference call - Call Date: 4/30/2007 minutes:183 | 14.87 |
| 30-Apr-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00869116 DATE: 053007   Name: Ms. Megan Dixon Conference call - Call Date: 4/30/2007 minutes:77 | 2.64 |
| 30-Apr-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00869116 DATE: 053007   Name: Ms. Megan Dixon Conference call - Call Date: 4/30/2007 minutes:121 | 4.18 |
| 01-May-2007 | VENDOR: PETTY CASH CUSTODIAN; INVOICE#: 50107; DATE: 5/1/2007 M. Shepard - 4/19/07 Airport parking and taxis in Orange County for client meeting | 71.04 |
| 01-May-2007 | VENDOR: Williams Lea Inc.; INVOICE#: I07050317; DATE: 5/1/2007 - SF: Expense allocation of William Lea Monthly Summary Billing for April 2007 Outside Production charges 4/20/07 per Ben Diggs re Imaging | 120.64 |
| 02-May-2007 | VENDOR: PETTY CASH CUSTODIAN; INVOICE#: 50207; DATE: 5/2/2007 M. Shepard - 4/23/07 Mileage, airport parking and meal services for client meeting in Santa Ana | 103.67 |
| 02-May-2007 | Vendor: Lawyers Travel Service Name:MICHAEL SHEPARD Ticker No: 7040272356 Depart Date: 4/25/2007 Route: SFO/SNA/SFO | (531.90) |
| 03-May-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00869116 DATE: 053007   Name: Mr. Michael Liftik Conference call - Call Date: 5/3/2007 minutes:129 | 4.42 |
| 04-May-2007 | VENDOR: PETTY CASH CUSTODIAN; INVOICE#: 50407; DATE: 5/4/2007 M. Shepard - 4/25/07 Overtime parking and trip to airport | 30.00 |
| 04-May-2007 | VENDOR: PETTY CASH CUSTODIAN; INVOICE#: 50407; DATE: 5/4/2007 M. Shepard - 4/26/07 Mileage and airport parking | 59.04 |
| 04-May-2007 | VENDOR: Liftik, Michael E.; INVOICE#: 50407; DATE: 5/4/2007 - M Liftik, late night parking on 4/29/07 re client matter | 7.50 |
| 04-May-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00869116 DATE: 053007   Name: Ms. Megan Dixon Conference call - Call Date: 5/4/2007 minutes:613 | 21.17 |
| 07-May-2007 | VENDOR: ROSA NELLY GARZA; INVOICE#: RNG050707; DATE: 5/7/2007 - Xrpt/Working meals with J. Landry 5/7/07 | 24.88 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10462081

Page 7

| Date | Description | Amount |
|------|-------------|--------|
| 07-May-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00869116 DATE: 053007  Name: Mr. John Landry Conference call - Call Date: 5/7/2007 minutes:106 | 8.60 |
| 08-May-2007 | VENDOR: Dixon, Megan; INVOICE#: 50807; DATE: 5/8/2007 - M Dixon, mileage on 4/22-24/07 from Santa Barbara, CA to Orange County and surrounding to Los Angeles to San Francisco, CA for meetings with New Century | 291.00 |
| 08-May-2007 | VENDOR: Liftik, Michael E.; INVOICE#: 50507; DATE: 5/8/2007 - M Liftik, lodging/cabfare/internet/computer expense on 4/30-5/1/07 trip from San Francisco to Los Angeles, CA | 343.17 |
| 08-May-2007 | VENDOR: Liftik, Michael E.; INVOICE#: 50507; DATE: 5/8/2007 - M Liftik, meals on 4/30-5/1/07 trip from San Francisco to Los Angeles, CA | 33.29 |
| 09-May-2007 | VENDOR: PETTY CASH CUSTODIAN; INVOICE#: 50907; DATE: 5/9/2007 M. Dixon - 4/19/07 Mileage, tolls, airport parking and taxi in Orange County re New Century wintess interviews | 57.40 |
| 09-May-2007 | VENDOR: Dixon, Megan; INVOICE#: 50207; DATE: 5/9/2007 - M Dixon, lodging/cabfare on 4/30-5/1/07 trip from San Francisco to Los Angeles, CA re SEC/USAO Presentation for New Century | 448.24 |
| 09-May-2007 | VENDOR: Dixon, Megan; INVOICE#: 42807; DATE: 5/9/2007 - M Dixon, lodging/parking/photocopying on 4/22-23/07 trp from San Francisco, CA to Orange County re investigation - New Century | 637.58 |
| 09-May-2007 | VENDOR: Dixon, Megan; INVOICE#: 42807; DATE: 5/9/2007 - M Dixon, meals on 4/22-23/07 trp from San Francisco, CA to Orange County re investigation - New Century | 103.12 |
| 10-May-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00869116 DATE: 053007   Name: Ms. Megan Dixon Conference call - Call Date: 5/10/2007 minutes:77 | 2.65 |
| 11-May-2007 | Air Freight/Special Postage - Fx - M. Dixon - Steve Skalak 04/27/07 | 32.69 |
| 11-May-2007 | Air Freight/Special Postage - Fx - M. Dixon - Don Lange 04/27/07 | 19.02 |
| 11-May-2007 | Air Freight/Special Postage - Fx - M. Dixon - Harold A. Black 04/27/07 | 32.69 |
| 11-May-2007 | Air Freight/Special Postage - Fx - M. Dixon - Don Lange 04/27/07 | 31.17 |
| 12-May-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00869116 DATE: 053007   Name: Mr. Michael Liftik Conference call - Call Date: 5/12/2007 minutes:57 | 1.97 |
| 14-May-2007 | VENDOR: Golden State Legal Copy; INVOICE#: 17495; DATE: 5/14/2007 - Production of Bates numbered Key Documents (x4 binders blown back from CD). | 92.79 |
| 15-May-2007 | VENDOR: U.S. Legal Management Services, Inc.; INVOICE#: 34613; DATE: 5/15/2007 | 30.53 |



**Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499**
**ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit**

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

**TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.**

# HellerEhrman LLP

| | |
|---|---|
| 333 South Hope Street, Suite 3900 | |
| Los Angeles, CA 90071-3043 | |
| Telephone 213.689.0200 | |
| Facsimile 213.614.1868 | |

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    1046208I

Page 8

| | | |
|---|---|---:|
| | Job #3809078/From Pacific Region to Heller Ehrman, Los Angeles 5/2/07 | |
| 15-May-2007 | VENDOR: ADMINISTRATIVE SERVICES CO-OP; INVOICE#: 206820; DATE: 5/15/2007 Voucher #230367/R. Garza to Rowland Heights, CA 5/15/07 | 70.00 |
| 15-May-2007 | VENDOR: Golden State Legal Copy; INVOICE#: 17508; DATE: 05/15/07 - Copy set of personal brokerage statements for file | 455.40 |
| 17-May-2007 | Vendor: Lawyers Travel Service Name:MICHAEL SHEPARD Ticker No: 7047221330 Depart Date: 5/29/2007 Route: SFO/JFK/SFO | 2,435.44 |
| 17-May-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00869116 DATE: 053007   Name: Ms. Megan Dixon Conference call - Call Date: 5/17/2007 minutes:670 | 23.11 |
| 18-May-2007 | Vendor: Lawyers Travel Service Name:MEGAN DIXON Ticker No: 7047221347 Depart Date: 5/29/2007 Route: SFO/JFK/SFO | 1,459.90 |
| 24-May-2007 | Air Freight/Special Postage - Fx - A. Barth - David Rosen Esq 05/16/07 | 12.83 |
| 24-May-2007 | Air Freight/Special Postage - Fx - M. Broth - Alejandro Mayorkas 05/15/07 | 12.83 |
| 24-May-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 00869116 DATE: 053007   Name: Ms. Megan Dixon Conference call - Call Date: 5/24/2007 minutes:47 | 1.63 |
| 29-May-2007 | VENDOR: SEAMLESSWEB PROFESSIONAL INVOICE#: 210924 DATE: 6/3/2007 | 199.07 |
| | Name: Megan Dixon Caterer: Bistro New York Catering; Order Time:5/29/2007 17:16; Comment - Client Mtg | |
| 30-May-2007 | VENDOR: SEAMLESSWEB PROFESSIONAL INVOICE#: 210924 DATE: 6/3/2007 | 86.30 |
| | Name: Megan Dixon Caterer: Bistro New York Catering; Order Time:5/30/2007 12:39; Comment - Client Mtg | |
| 31-May-2007 | VENDOR: U.S. Legal Management Services, Inc.; INVOICE#: 35037; DATE: 5/31/2007 Job #3823892/From Lightfoot Vandevelde et al to Heller Ehrman, Los Angeles 5/22/07 | 11.00 |
| 31-May-2007 | VENDOR: YELLOW CAB COOPERATIVE, INC.; INVOICE#: 53107; DATE: 5/31/2007 - Megan Dixon 05/10/07 | 15.00 |
| 31-May-2007 | VENDOR: ADMINISTRATIVE SERVICES CO-OP; INVOICE#: 207091; DATE: 5/31/2007 Voucher #230361/R. Garza to Rowland Heights, CA 5/7/07 | 68.15 |
| 31-May-2007 | VENDOR: ADMINISTRATIVE SERVICES CO-OP; INVOICE#: 207091; DATE: 5/31/2007 Voucher #230373/R. Garza to Rowland Heights, CA 5/24/07 | 70.00 |
| 01-Jun-2007 | VENDOR: PETTY CASH CUSTODIAN; INVOICE#: 60107; DATE: 6/1/2007 M. Shepard - 3/28/07, 4/6/07 Parking for client meetings and witness interviews | 56.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

| 333 South Hope Street, Suite 3900 | Tax I.D. # 94-1217308 | Invoice Number | 10462081 |
|---|---|---|---|
| Los Angeles, CA 90071-3043 | Please Remit Payment To: | | |
| Telephone 213.689.0200 | File No. 73536 | | |
| Facsimile 213.614.1868 | P.O. Box 60000 | | |
| | San Francisco, CA 94160-3536 | | Page 9 |

| | | |
|---|---|---|
| 04-Jun-2007 | VENDOR: MICHAEL J. SHEPARD; INVOICE#: 42807; DATE: 06/04/07 - M Shepard, lodging on 4/25/07 trip from San Francisco to Orange County, CA to attend meeting with client | 362.10 |
| 04-Jun-2007 | VENDOR: MICHAEL J. SHEPARD; INVOICE#: 60207; DATE: 06/04/07 - M Shepard, lodging/parking/mileage on 5/29-30/07 trip from San Francisco to Los Angeles, CA to meet with Creditors Committee | 552.73 |
| 04-Jun-2007 | VENDOR: MICHAEL J. SHEPARD; INVOICE#: 50507B; DATE: 06/04/07 - M Shepard, lodging/cabfare/parking/mileage on 4/30-5/1/07 trip from San Francisco to Los Angeles, CA | 478.57 |
| 04-Jun-2007 | VENDOR: MICHAEL J. SHEPARD; INVOICE#: 60207; DATE: 06/04/07 - M Shepard, meals on 5/29-30/07 trip from San Francisco to Los Angeles, CA to meet with Creditors Committee | 29.47 |
| 04-Jun-2007 | VENDOR: MICHAEL J. SHEPARD; INVOICE#: 42807; DATE: 06/04/07 - M Shepard, meals on 4/25/07 trip from San Francisco to Orange County, CA to attend meeting with client | 40.08 |
| 05-Jun-2007 | VENDOR: Vital Transportation, Inc.; INVOICE#: 83151; DATE: 6/5/2007 - Car service - 05/30/07 - M. Dixon | 61.71 |
| 05-Jun-2007 | PAYEE: Garza, Rosa; REQUEST#: 539369; DATE: 6/5/2007. - Xrpt/Working meals with J. Landry 5/24/07 | 25.95 |
| 06-Jun-2007 | VENDOR: PETTY CASH CUSTODIAN; INVOICE#: 60607; DATE: 6/6/2007 M. Dixon - 5/29/07, 5/30/07 Airport parking, mileage and various taxis in New York for New Centruy Meetings | 112.25 |
| 12-Jun-2007 | VENDOR: Vital Transportation, Inc.; INVOICE#: 83461; DATE: 6/12/2007 - Car service - 05/30/07 - M. Shepard | 61.71 |
| 29-Jun-2007 | Vendor: Lawyers Travel Service Name:MICHAEL SHEPARD Ticket No: 7056418578 Depart Date: 7/15/2007 Route: SFO/PHL/SFO | 2,077.40 |
| | Desktop Publishing Services | 803.00 |
| | Color Photocopies, 74 pages @ $ 1.50/pg | 111.00 |
| | Document Production | 231.20 |
| | Facsimile, 164 pages @ $ 1.00/pg | 164.00 |
| | Additional Staff Expenses | 2,512.50 |
| | Photocopy Expense, 5731 pages @ $ 0.10/pg | 573.10 |
| | Research Support Services (40% Discount included) | 1,055.33 |
| | Telephone Expense | 176.91 |

Total Disbursements............................................................................ $    23,622.82

Total for this Matter ......................................................................... $    32,221.82

# REDACTED

**Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499**
**ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit**

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

**TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.**

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number        10462081

Page 10

## Matter Summary

| | | |
|---|---|---|
| Fees for Professional Services ............................................ | $ | 8,599.00 |
| Disbursements............................................................... | $ | 23,622.82 |
| Total (Net) Current Billing (Inv. 10462081) ........................... | $ | 32,221.82 |
| Total Due .................................................................... | $ | 32,221.82 |

## Aging of Accounts Receivable

| Current | 31 to 60 Days | 61 to 90 Days | 91 to 120 Days | Over 120 Days | Total Due |
|---|---|---|---|---|---|
| 32,221.82 | 0.00 | 0.00 | 0.00 | 0.00 | 32,221.82 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
          charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number     10462081

Jennifer Jewett, Esq.,
VP, Corporate Counsel and Secretary
New Century Financial Corporation
18400 Von Karman, Ste. 1000
Irvine, CA 92612

August 17, 2007

## REMITTANCE COPY

## PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

Client:         New Century Financial Corporation
Matter:         Administrative Matters
Our Matter #:   25126-0008

| | | |
|---|---|---|
| Fees for Professional Services | $ | 8,599.00 |
| Disbursements | $ | 23,622.82 |
| Total (Net) Current Billing (Inv. 10462081) | $ | 32,221.82 |
| Previous Balance Due | $ | 0.00 |
| Total Due | $ | 32,221.82 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
        charge of .83% per month.