**EXHIBIT B**

| EXHIBIT B | | | |
|---|---|---|---|
| ATTORNEY/PARALEGAL BILLING SUMMARY BY MONTH | | | |
| (April 2, 2007 - June 30, 2007) | | | |
| **Investigation - Interviews & Document Review (0004)** | | | |
| **Attorneys** | | | |
| Lawrence Keeshan | 750 | 0.30 | 225.00 |
| Michael Shepard | 750 | 84.00 | 63,000.00 |
| Neal Brockmeyer | 635 | 2.90 | 1,841.50 |
| John Landry | 595 | 96.20 | 57,239.00 |
| Megan Dixon | 580 | 97.50 | 56,550.00 |
| Michael Zwibelman | 515 | 19.00 | 9,785.00 |
| Michael Liftik | 505 | 76.40 | 38,582.00 |
| Monica Patel | 460 | 0.60 | 276.00 |
| A. S. Gordon | 415 | 20.00 | 8,300.00 |
| Connie Tcheng | 415 | 10.30 | 4,274.50 |
| Heidi Bradley | 375 | 10.20 | 3,825.00 |
| Aaron Millar | 375 | 30.10 | 11,287.50 |
| Erin McMurray | 360 | 20.60 | 7,416.00 |
| Oona Peterson | 355 | 23.50 | 8,342.50 |
| Kirk Hornbeck | 335 | 114.20 | 38,257.00 |
| Doug Keller | 330 | 10.20 | 3,366.00 |
| Brittany Little | 330 | 39.40 | 13,002.00 |
| Benjamin Diggs | 285 | 83.20 | 23,712.00 |
| Centrina Jackson | 285 | 8.80 | 2,508.00 |
| Daniel Kaufman | 285 | 5.70 | 1,624.50 |
| Bethany Marvin | 285 | 12.30 | 3,505.50 |
| Joel Richlin | 285 | 10.70 | 3,049.50 |
| Roy Rosenthal | 285 | 5.50 | 1,567.50 |
| **Paralegals** | | | |
| Benjamin Suess | 310 | 4.00 | 1,240.00 |
| Beth Overholser | 235 | 13.20 | 3,102.00 |
| Elsa Jimenez | 185 | 10.50 | 1,942.50 |
| Amy Barth | 180 | 38.50 | 6,930.00 |
| **Total** | | 847.80 | 374,750.50 |
| **Reporting - Memoranda & Presentations (0005)** | | | |
| **Attorneys** | | | |
| Lawrence Keeshan | 750 | 0.60 | 450.00 |
| Michael Shepard | 750 | 133.00 | 99,750.00 |
| Peter Benvenutti | 695 | 0.30 | 208.50 |
| Neal Brockmeyer | 635 | 3.50 | 2,222.50 |
| John Landry | 595 | 103.30 | 61,463.50 |
| Megan Dixon | 580 | 145.40 | 84,332.00 |
| Michael Liftik | 505 | 110.80 | 55,954.00 |
| A.S. Gordon | 415 | 0.80 | 332.00 |

| | | | |
|---|---|---|---|
| Kirk Hornbeck | 335 | 165.10 | 55,308.50 |
| Doug Keller | 330 | 42.60 | 14,058.00 |
| Brittany Little | 330 | 14.80 | 4,884.00 |
| Benjamin Diggs | 285 | 76.10 | 21,688.50 |
| **Paralegals** | | | |
| Benjamin Suess | 310 | 1.00 | 310.00 |
| Beth Overholser | 235 | 0.50 | 117.50 |
| Jane Skoler | 230 | 5.50 | 1,265.00 |
| Amy Barth | 180 | 23.80 | 4,284.00 |
| **Total** | | 827.10 | 406,628.00 |
| **Audit Committee Meetings - Preparation & Communication (0006)** | | | |
| **Attorneys** | | | |
| Michael Shepard | 750 | 41.20 | 30,900.00 |
| Michael Charlson | 695 | 0.30 | 208.50 |
| Neal Brockmeyer | 635 | 18.10 | 11,493.50 |
| John Landry | 595 | 10.20 | 6,069.00 |
| Megan Dixon | 580 | 48.80 | 28,304.00 |
| Michael Liftik | 505 | 1.00 | 505.00 |
| Monica Patel | 460 | 1.30 | 598.00 |
| **Paralegals** | | | |
| Amy Barth | 180 | 2.90 | 522.00 |
| **Total** | | 123.80 | 78,600.00 |
| **Retention and Fee Applications (Heller Ehrman) (0007)** | | | |
| **Attorneys** | | | |
| Michael Shepard | 750 | 3.40 | 2,550.00 |
| Peter Benvenutti | 695 | 10.90 | 7,575.50 |
| Neal Brockmeyer | 635 | 9.00 | 5,715.00 |
| Fred Corbit | 595 | 5.00 | 2,975.00 |
| Megan Dixon | 580 | 9.80 | 5,684.00 |
| Robert Trodella, Jr. | 520 | 5.20 | 2,704.00 |
| Michael Liftik | 505 | 8.20 | 4,141.00 |
| Michaeline Correa | 485 | 50.50 | 24,492.50 |
| **Total** | | 102.00 | 55,837.00 |
| **Administrative Matters (0008)** | | | |
| | 2007 Rate | Total Hours | Total Value |
| **Attorneys** | | | |
| Peter Benvenutti | 695 | 0.30 | 208.50 |
| Michael Charlson | 695 | 0.70 | 486.50 |
| Neal Brockmeyer | 635 | 1.20 | 762.00 |
| John Landry | 595 | 1.70 | 1,011.50 |
| Megan Dixon | 580 | 6.30 | 3,654.00 |
| Michael Liftik | 505 | 0.30 | 151.50 |
| | | | |
| **Paralegals** | | | |

| Beth Overholser | 235 | 3.00 | 705.00 |
|---|---|---|---|
| Amy Barth | 180 | 9.00 | 1,620.00 |
| Total | | 22.50 | 8,599.00 |
| | | | |
| Grand Total | | 1,923.20 | 924,414.50 |