# EXHIBIT C

| **EXHIBIT C** | | | | |
|---|---|---|---|---|
| **Name of Professional Individual** | **Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Michael Shepard | Joined firm as Shareholder in 1984 and 1994. Bar Admissions: CA Bar 1979 and | 750.00 | 261.6 | $196,200.00 |
| Lawrence Keeshan | Joined firm as Shareholder in 2007. Member of CA Bar since 1972. | 750.00 | 0.9 | $675.00 |
| Peter Benvenutti | Joined firm as Shareholder in 1988. Member of CA Bar since 1974. | 695.00 | 11.5 | $7,992.50 |
| Michael Charlson | Joined firm as an Associate in 1986. Promoted to Shareholder in 1992. Bar Admissions: CA Bar 1985, DC Bar 2002 and NY Bar 2003. | 695.00 | 1 | $695.00 |
| Neal Brockmeyer | Joined firm as Shareholder in 1996. Became Senior Of Counsel in 2003. Member of CA Bar since 1964. | 635.00 | 34.7 | $22,034.50 |
| Fred Corbit | Joined firm as an Associate in 1989. Promoted to Shareholder in 1991. Member of WA Bar since 1980. | 595.00 | 5 | $2,975.00 |
| John Landry | Joined firm in 1998 as Special Counsel and became a Shareholder in 1998. Member of CA Bar since 1998 and NY Bar since 1991. | 595.00 | 211.4 | $125,783.00 |
| Megan Dixon | Joined firm in 2004. Promoted to Shareholder in 2007. Member of CA Bar since 1992. | 580.00 | 307.8 | $178,524.00 |
| Robert Trodella, Jr. | Joined firm as Associate in 2002. Member of CA Bar since 1997. | 520.00 | 5.2 | $2,704.00 |
| Michael Zwibelman | No longer with the Firm. | 515.00 | 19 | $9,785.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael Liftik | Joined firm as Associate in 2004. Member of CA Bar since 2004. Member of MA Bar since 2001. | 505.00 | 196.7 | $99,333.50 |
| Michaeline Correa | Joined firm as Associate in 2001. Member of CA Bar since 2001. | 485.00 | 50.5 | $24,492.50 |
| Monica Patel | Joined firm as Associate in 2003. Member of CA Bar since 2002. | 460.00 | 1.9 | $874.00 |
| A.S. Gordon | No longer with the Firm. | 415.00 | 20.8 | $8,632.00 |
| Connie Tcheng | Joined firm as Associate in 2003. Member of CA Bar since 2003. | 415.00 | 10.3 | $4,274.50 |
| Heidi Bradley | Joined firm as Associate in 2004. Member of WA Bar since 2004. Member of CA Bar since 2006. | 375.00 | 10.2 | $3,825.00 |
| Aaron Millar | Joined firm as Associate in 2004. Member of CA Bar since 2004. | 375.00 | 30.1 | $11,287.50 |
| Erin McMurray | Joined firm as Associate in 2005. Member of NY Bar since 2005. Member of CT Bar since 2006. | 360.00 | 20.6 | $7,416.00 |
| Oona Peterson | Joined firm as Associate in October 2005. Member of NY Bar since 2006. | 355.00 | 23.5 | $8,342.50 |
| Kirk Hornbeck | Joined firm as Associate in 2005. Member of CA Bar since 2006. | 335.00 | 279.3 | $93,565.50 |
| Doug Keller | No longer with the Firm. | 330.00 | 52.8 | $17,424.00 |
| Brittany Little | Joined firm as Associate in October 2005. Member of CA Bar since 2005. | 330.00 | 54.2 | $17,886.00 |
| Benjamin Suess | Joined firm as Practice Support Manager 1996. | 310.00 | 5 | $1,550.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Benjamin Diggs | Joined firm as Associate in 2006. Member of CA Bar since 2006. | 285.00 | 159.3 | $45,400.50 |
| Centrina Jackson | Joined firm as Associate in 2006. Member of CA Bar since 2007. | 285.00 | 8.8 | $2,508.00 |
| Daniel Kaufman | Joined firm as Associate in 2006. Member of CA Bar since 2006. | 285.00 | 5.7 | $1,624.50 |
| Bethany Marvin | Joined firm as Associate in October 2006. Member of CA Bar since 2006. | 285.00 | 12.3 | $3,505.50 |
| Joel Richlin | Joined firm as Associate in October of 2006. Member of CA Bar since 2006. No longer with the firm. | 285.00 | 10.7 | $3,049.50 |
| Roy Rosenthal | Joined firm as Associate in 2006. Member of CA Bar since 2006. | 285.00 | 5.5 | $1,567.50 |
| Beth Overholser | Joined firm as Practice Support Analyst in 2004. | 235.00 | 16.7 | $3,924.50 |
| Jane Skoler | Joined firm as Graphics Specialist in 1994. | 230.00 | 5.5 | $1,265.00 |
| Elsa Jimenez | Joined firm as Case Assistant in 1998. | 185.00 | 10.5 | $1,942.50 |
| Amy Barth | Joined firm as Case Assistant in 2006. | 180.00 | 74.2 | $13,356.00 |
| | | Grand Total | | $924,414.50 |
| | | Total Hours | | 1,923.20 |
| | | Blended Rate | | $480.66 |