# EXHIBIT D

## EXHIBIT D

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile ($1.00/page) | | 164.00 |
| Long Distance Telephone | | 176.91 |
| Telephone Conferencing | Premier Conferencing Service | 330.91 |
| In-House Reproduction (Duplication/Printing) ($0.10/page) | | 684.10 |
| Outside Reproduction | Golden State Legal and Williams Lea | 1,306.95 |
| Legal Research (at cost) | Lexis, West and Alcara, Inc. | 1,055.33 |
| Filing/Court Fees | | |
| Transportation | | 760.17 |
| Travel Expenses | | 14252.18 |
| Inside Courier & Expense Carriers | | |
| Outside Courier & Expense Carriers | First Legal, Federal Express, Network Global Logistics, U.S. Legal Management Services, Inc. | 575.32 |
| Postage | | |
| Binding | | |
| Business Meals | | 285.37 |
| Document Retrieval | | |
| Record Retrieval | | |
| Word Processing and Desktop Publishing | | 1,034.20 |
| Overtime | | 2997.38 |
| TOTAL | | $23,622.82 |