IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re | Case No. 07-10416-KJC |
|---|---|
| New Century Financial Corporation, et al | Chapter 11 |
| Debtors | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOW COMES Diane Oliveira, a creditor of one or more debtors in this case, and hereby appears in this matter by and through her undersigned attorney, and requests that all papers and pleadings filed in this case be served upon her attorney until further notice.

Respectfully submitted,
Diana Oliveira,
By her attorney,


/s/    *David G. Baker*
David G. Baker, Esq.
105 Union Wharf
Boston, MA 02109
617-340-3680