IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, *et al.*,[1] | Case No. 07-10416 (KJC) |
| Debtors. | Jointly Administered<br>Related to Docket No. ___ |

ORDER GRANTING MOTION OF THE OFFICIAL
COMMITTTEE OF UNSECURED CREDITORS FOR ORDER
DIRECTING THE PRODUCTION OF DOCUMENTS FROM KPMG
PURSUANT TO BANKRUPTCY RULES 2004 AND 9016

UPON the motion of The Official Committee of Unsecured Creditors (the "Committee") of New Century TRS Holdings, Inc., *et al.* (the "Debtors"), for the entry of an order pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), directing the production of documents by KPMG LLP ("KPMG") and the examination of current and former KPMG employees concerning the accounting, auditing and other professional services rendered by KPMG to the Debtors (as modified on the record at

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporation), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

1

pages 79-80 of the August 7, 2007 hearing (D.I. 2451), the "Motion"); and the Motion having been served upon counsel for KPMG, parties required to be served under Local Rule 2004-1, and all parties requesting service pursuant to Bankruptcy Rule 2002; and a hearing on the Motion having been held on August 7, 2007 ("August 7, 2007 Hearing"); and good and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the Motion is GRANTED in accordance with the Court's direction on the record during the August 7, 2007 Hearing; and it is further

**ORDERED**, that the Committee is authorized, pursuant to Bankruptcy Rule 2004, to conduct an examination of KPMG and its current and former partners and employees with respect to the issues to be inquired into by the Committee as set forth in the Motion; and it is further

**ORDERED**, that the Committee is authorized, pursuant to Bankruptcy Rule 9016, to issue such subpoenas as may be necessary to compel the production of documents and the testimony of witness in connection with its examination of KPMG and its current and former partners and employees; and it is further

**ORDERED**, that this Order is entered without prejudice to the Committee's right to file further motions seeking additional documents and testimony, pursuant to Bankruptcy Rule 2004.

Dated: _Sept 4_, 2007
Wilmington, Delaware

BY THE COURT

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

2