# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | CASE NO. 07-10416-KJC |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC., | § | Chapter 11 |
| *ET. AL.*, | § | Jointly Administered |
| | § | |
| Debtors. | § | **Objection Deadline:   September 27, 2007 at 4:00 pm** |
| | § | **Hearing Date: October 2, 2007 at 1:30 p.m.** |

### NOTICE OF MOTION OF CONSTANCE L. ESPOSITO FOR RELIEF FROM THE STAY REGARDING COPYRIGHT INFRINGEMENT LITIGATION

PLEASE TAKE NOTICE that on September 5, 2007, Constance L Esposito filed her **Motion for Relief from the Stay** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served upon, so as to actually be received by the undersigned counsel, on or before **September 27, 2007 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if an objection to the Motion is timely filed in accordance with the procedure enumerated above, a hearing before the Honorable Kevin J. Carey may be held at the Bankruptcy Court, 824 Market Street, 5th Floor, Wilmington, Delaware 19801, on **October 2, 2007 at 1:30 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if no objection or other response to the Motion is filed, the Bankruptcy Court may grant the relief sought in the Motion without further notice or a hearing.

WM1A 105437v1 09/05/07

**FOX ROTHSCHILD LLP**

/s/ Neal J. Levitsky, Esquire
Neal J. Levitsky, Esquire (No. 2092)
Seth A. Niederman, Esquire (No. 4588)
919 North Market Street, Suite 1300
P. O. Box 2323
Wilmington, Delaware 19899-2323
Telephone:  (302) 654-7444
Facsimile:    (302) 656-8920

*Attorneys for Movant Constance L. Esposito*

Dated:  September 5, 2007