# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | CASE NO. 07-10416-KJC |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC., | § | Chapter 11 |
| *ET. AL.*, | § | Jointly Administered |
| | § | |
| Debtors. | § | **Objection Deadline:** September 27, 2007 at 4:00 pm |
| | § | **Hearing Date: October 2, 2007 at 1:30 p.m.** |

## ORDER GRANTING MOTION OF CONSTANCE L. ESPOSITO
## FOR RELIEF FROM THE STAY

Upon the Motion of Constance L. Esposito for Relief from the Stay (the "Motion"); and upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and notice of the Motion being adequate and sufficient; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED THAT:

1. The Motion is granted.

2. The automatic stay is modified to permit the Nevada Action to proceed to a final adjudication, including any future injunctive, arbitration, or appellate proceedings that may be involved.

3. Constance L. Esposito is permitted to seek recovery on any monetary judgment granted in her favor from non-Debtor sources of recovery, including but not limited to any non-Debtor third-parties that may be co-liable with the Debtors.

Dated: October ___, 2007

                                                    The Honorable Kevin J. Carey
                                                  United States Bankruptcy Judge