# EXHIBIT B

**COMP**
R. Clay Hendrix, Esq.
Nevada Bar No. 3735
Aaron D. Christensen, Esq.
Nevada Bar No. 9529
R. CLAY HENDRIX, P. C.
6900 Westcliff Drive, Suite 515
Las Vegas, Nevada 89145-0198
Telephone: (702) 944-5600
Facsimile: (702) 944-5602
*Attorneys for Intervenor*

**ORIGINAL**

CLERK OF THE COURT

FEB 7 3 58 PM '07

**FILED**

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

CONSTANCE L. ESPOSITO f/k/a
CONSTANCE L. STAFKO,

      Plaintiff,

v.

TOOK IT, LLC, a Nevada Limited Liability
Company; PETER VILENCIA, an individual;
DOES I through X; et al.,

      Defendants.

_____/

NEW CENTURY MORTGAGE CORP., a
California corporation;

      Intervening Defendant,

v.

TOOK IT, LLC, a Nevada Limited Liability
Company; PETER VILENCIA, and
individual; DOES I through X and ROES XI
through XX,

      Defendants.

CASE NO.: A525505

DEPT. NO.: III

### THIRD PARTY COMPLAINT IN INTERVENTION

    COMES NOW Intervenor, New Century Mortgage Corp. (hereinafter "New Century"), by

and through its attorneys R. Clay Hendrix, P. C., and complains and alleges as follows:

**RECEIVED**

FEB 0 7 2007

CLERK OF THE COURT

W:\2006\0624\UGTIC,Vilencia\Pleading\ComplaintIntervention

Page 1 of 7

R. CLAY HENDRIX
A PROFESSIONAL CORPORATION
6900 WESTCLIFF DRIVE • SUITE 515
LAS VEGAS, NEVADA 89145-0198
TELEPHONE: (702) 944-5600 • FACSIMILE: (702) 944-5602

## PARTIES AND OTHER ENTITIES

1.      New Century is a corporation organized under the laws of California, and licensed to do business in Nevada.

2.      On information and belief, Plaintiff Constance L. Esposito, f/k/a Constance L. Stafko (hereinafter "Plaintiff"), is and at all times relevant hereto was a resident of Clark County, Nevada.

3.      On information and belief, Defendant Took It, LLC (hereinafter "Took It") is a limited liability company organized under the laws of Nevada.

4.      On information and belief, Defendant Peter Vilencia (hereinafter "Vilencia") is and at times relevant hereto was a resident of Clark County, Nevada.

5.      Defendants ROE XI through XX are unknown to New Century, who therefore sues said Defendants by fictitious names. New Century is informed and believes and thereupon alleges that each of the Defendants designated herein as DOE XI through XX are individuals, corporations, partnerships, limited liability companies or other business entities, whether organized under the laws of Nevada or of any other state, which have or now claim an interest in the Property, whether or not on behalf of any other party hereto; or which in any way contributed to, knew of, participated in, facilitated, or conspired to effect any and all fraudulent activities alleged herein; or who took part in the preparation, execution, or acquiescence of any allegedly forged power of attorney  New Century reserves the right to substitute the real names of said Defendants as they become known through discovery or otherwise.

## GENERAL ALLEGATIONS

6.      On or about July 11, 2003, Plaintiff (then known as Constance Stafko Vilencia) took title to the property commonly known as 7400 Cedar Rae Ave., Las Vegas, Nevada 89033, APN 125-15-314-033 (the "Property"), as a married woman, as her sole and separate property.

7.      On or about July 25, 2005, Plaintiff caused to be recorded a Grant, Bargain Sale Deed conveying the Property to Constance Stafko, an unmarried woman.

8.      On or about October 19, 2005, Vilencia caused to be recorded a Grant, Bargain Sale Deed (hereinafter the "Deed"), conveying the Property from Constance Stafko to himself, as

R. CLAY HENDRIX
A PROFESSIONAL CORPORATION
6900 WESTCLIFF DRIVE · SUITE 515
LAS VEGAS, NEVADA 89145-0198
TELEPHONE: (702) 944.5600 · FACSIMILE: (702) 944.5602

1    document number 20051019-0004745.  A copy the Deed is attached hereto as Exhibit 1.

2         9.    Exhibit 1 purports to have been signed pursuant to Plaintiff's Power of Attorney.

3         10.   Attached hereto as Exhibit 2 is a document that purports to be a Power of Attorney

4    signed by Plaintiff.

5         11.   On information and belief, Plaintiff denies that she executed a Power of Attorney to

6    convey the Property, and/or that any executed Power of Attorney was and is a forgery, and of no

7    legal force or effect.

8         12.   On or about September 13, 2006, Vilencia executed a Promissory Note in the amount

9    of TWO HUNDRED EIGHTY-TWO THOUSAND, SIX HUNDRED FIFTY-NINE AND 88/100

10   DOLLARS ($282,659.88), secured by a Deed of Trust recorded as Instrument No. 20060913-02170

11   with New Century as the beneficiary.

12        13.   On or about October 27, 2005, Vilencia caused to be recorded a Grant, Bargain Sale

13   Deed conveying the Property to Took It, LLC.  On information and belief, Took It, LLC is entirely

14   owned and/or controlled by Vilencia, or by entities owned and/or controlled by Vilencia.

15        14.   New Century was unaware of any allegations of forgery at the time it completed the

16   loan or recorded the Deed of Trust.

17        15.   New Century has been forced to intervene in this matter to secure a judgment on the

18   Promissory Note signed by Vilencia

19        16.   In the alternative, if the Court finds that the conveyance to Vilencia is valid, binding

20   and enforceable, New Century is entitled to a declaration of its interest in the Property by virtue of

21   the Deed of Trust.

22        17.   New Century has been forced to retain counsel to defend its rights in the instant

23   action, and is therefore entitled to recover their attorneys fees reasonably incurred in connection with

24   this action.

25                              **FIRST CLAIM FOR RELIEF**

26        18.   New Century incorporates Paragraphs 1 through 17 of this Complaint as though fully

27   set forth herein and by this reference made a part hereof.

28   W:\2006\0624UGTIC\Vilencia\Pleading\ComplaintIntervention          Page 3 of 7

R. CLAY HENDRIX
A PROFESSIONAL CORPORATION
6900 WESTCLIFF DRIVE · SUITE 515
LAS VEGAS, NEVADA 89145-0198
TELEPHONE: (702) 944.5800 · FACSIMILE: (702) 944.5802

19.    If the Court determines that the conveyance from Plaintiff to Vilencia is invalid for whatever reason, New Century is entitled to judgment on the Promissory Note executed by Vilencia in connection with the refinance.

20.    New Century has been forced to retain counsel to defend its rights in the instant action, and is therefore entitled to recover their attorneys fees reasonably incurred in connection with this action.

### SECOND CLAIM FOR RELIEF

21.    New Century incorporates Paragraphs 1 through 20 of this Complaint as though fully set forth herein and by this reference made a part hereof.

22.    If the Court determines that the conveyance from Plaintiff to Vilencia is invalid by reason of a forged instrument or otherwise, New Century is entitled to judgment against Vilencia for fraudulent misrepresentation.

23.    On or about May 24, 2006, Vilencia executed a Uniform Residential Loan Application, a copy of which is attached hereto as Exhibit 3.

24.    If this Court determines that the conveyance from Plaintiff to Vilencia is invalid by reason of a forged instrument or otherwise, then on information and belief, Vilencia knew at the time that his representations to New Century were false.

25.    On information and belief, Vilencia intended to induce the New Century, its successors, assigns and subrogees to act on the false representations.

26.    New Century its successors, assigns and subrogees did in fact act on any false representations by Vilencia.

27.    Vilencia's fraudulent misrepresentation has proximately caused New Century damages in an amount exceeding TEN THOUSAND AND NO/100 DOLLARS ($10,000.00).

28.    Vilencia's actions were intentional, and were wilful and malicious and done with the specific intent to harm the New Century, its successors, assigns and subrogees.

29.    New Century is therefore entitled to punitive damages in an amount exceeding TEN THOUSAND AND NO/100 DOLLARS ($10,000.00).

R. CLAY HENDRIX
A PROFESSIONAL CORPORATION
6900 WESTCLIFF DRIVE • SUITE 515
LAS VEGAS, NEVADA 89145-0198
TELEPHONE: (702) 944.5600 • FACSIMILE: (702) 944.5602

30. New Century has been forced to retain counsel to defend its rights in the instant action, and is therefore entitled to recover their attorneys fees reasonably incurred in connection with this action.

### THIRD CLAIM FOR RELIEF

31.    New Century incorporates Paragraphs 1 through 30 of this Complaint as though fully set forth herein and by this reference made a part hereof.

32.    This Court has power to declare that the October 19, 2005 conveyance from Plaintiff to Vilencia is valid and binding, pursuant to NRS §§ 30.010 *et seq.*

33.    As the beneficiary of a Deed of Trust on the Property, New Century is an interested person under the various deeds at issue in this action, for purposes of NRS § 30.040.

34.    As an interested person, New Century is entitled to a declaration that the conveyance from Plaintiff to Vilencia is valid and binding, and of full force and effect.

35.    New Century has been forced to retain counsel to defend its rights in the instant action, and is therefore entitled to recover their attorneys fees reasonably incurred in connection with this action.

**WHEREFORE,** New Century prays for relief as follows:

1.    For judgment on the note and compensatory damages from Vilencia in an amount exceeding $10,000.00;

2.    For punitive damages from Vilencia in an amount exceeding $10,000.00;

3.    In the alternative, for a declaration that the conveyance from Plaintiff to Vilencia was and is valid and binding;

4.    For costs of suit herein;

5.    For attorney's fees; and

///
///
///
///

R. CLAY HENDRIX
A PROFESSIONAL CORPORATION
6900 WESTCLIFF DRIVE • SUITE 515
LAS VEGAS, NEVADA 89145-0198
TELEPHONE: (702) 944.5600 • FACSIMILE: (702) 944.5602

**R. CLAY HENDRIX**
A PROFESSIONAL CORPORATION
6900 WESTCLIFF DRIVE · SUITE 515
LAS VEGAS, NEVADA 89145-0198
TELEPHONE: (702) 944.5600 · FACSIMILE: (702) 944.5602

6.    For such other and further relief that the Court deems just and proper.

DATED this _____5th_____ day of February, 2007.

R. CLAY HENDRIX, P.C.

R. Clay Hendrix, Esq.
Nevada Bar No. 3735
Aaron D. Christensen, Esq.
Nevada Bar No. 9529
6900 Westcliff Drive, Suite 515
Las Vegas, Nevada 89145-0198
*Attorneys for Intervenor*

W:\2006\062AUG\TIC\Valencia Pending\Complaint\Intervention

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of R. Clay Hendrix, P.C. and on this 5th day of February , 2007, I sent a true and correct copy of the foregoing **THIRD PARTY COMPLAINT IN INTERVENTION,** via U.S. Mail, postage pre-paid, to the following:

Anthony Ciulla, Esq.
DEANER, DEANER, SCANN,
MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

Allen K. Lichtenstein, Esq.
3315 Russell Road, #222
Las Vegas, Nevada 89120
*Attorney for Defendants*

_Pepe Hernandez_
An Employee of R. Clay Hendrix, P.C.

**R. CLAY HENDRIX**
A PROFESSIONAL CORPORATION
6900 WESTCLIFF DRIVE · SUITE 515
LAS VEGAS, NEVADA 89145-0198
TELEPHONE: (702) 944.5600 · FACSIMILE: (702) 944.5602

W:\2006\0624\UGTIC.Villencia\Pleading\ComplaintIntervention

Page 7 of 7

1

EXHIBIT 1

APN: 125-15-314-033

|||||||||||||||||||||||||||||||||||||
**20051019-0004745**

Fee: $16.00      RPTT: EX#003
N/C Fee: $0.00

10/19/2005              16:40:19
T20050192866
Requestor:
   PETER VILENCIA

Frances Deane              JKR
Clark County Recorder    Pgs: 3

MAIL TAX STATEMENT TO AND
WHEN RECORDED RETURN TO:

PETER VILENCIA
P.O. 335747
NORTH LAS VEGAS, NV 89033

## GRANT, BARGAIN, SALE DEED

R.P.T.T. $

THIS INDENTURE WITNESSETH:  That CONTANCE STAFKO, AN UNMARRIED
WOMAN, FOR A VALUABLE CONSIDERATION, the receipt of which is hereby
acknowledged, does hereby Grant, Bargain, Sell and Convey to PETER VILENCIA, all
that real property situated in the County of CLARK, State of Nevada, bounded and
described as follows:

PARCEL NO. 1:

LOT 94, BLOCK 2 OF PRESERVE AT ELKHORN SPRINGS UNIT 2 PHASE 2, AS
SHOWN BY MAP THEREOF ON FILE IN BOOK 97 OF PLATS, PAGE 65, IN THE
OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL NO. 2:

A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND RECREATIONAL
USE, APPURTENANT TO PARCEL NO. 1 DESCRIBED HEREIN, ON AND OVER
THE COMMON AREA AS SET FORTH IN THE MASTER DECLARATION OF
COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF
EASEMENTS FOR ELKHORN, RECORDED MARCH 22, 1995 IN BOOK 950322 AS
DOCUMENT NO. 000346, AS THE SAME MAY FROM TIME TO TIME BE
AMENDED AND/OR SUPPLEMENTED IN THE OFFICE OF THE COUNTY
RECORDER OF CLARK COUNTY, NEVADA.

WHICH HAS AN ADDRESS PURPORTED TO BE:

7400 CEDAR RAE AVENUE
LAS VEGAS, NV 89131

Page 1 of 2

SUBJECT TO:    1. Taxes for fiscal year 2004-2005.
                2. Rights of way, reservations, restrictions, easements and
                conditions of record.

Together with all and singular tenements, hereditaments and appurtenances thereunto
belonging or in anywise appertaining.

WITNESS my hand this ___ day of _oct._, _2005_.

_____
Constance Stafko
By Power of Attorney

_____
Peter Vilencia

STATE OF NEVADA      )
                     )ss:
COUNTY OF CLARK   )

On this _19_ day of _October_, 20_05_, personally appeared before me, a Notary
Public in and for said County and State, PETER VILENCIA, who acknowledged that HE
executed the above instrument.

WITNESS my hand and official seal.

_____
NOTARY PUBLIC in and for said
County and State.

Notary Public - State of Nevada
PATRICIA L. PINOTTI
No. 03-1944-1
My Appointment Expires May 4, 2006

Page 2 of 2

**STATE OF NEVADA**
**DECLARATION OF VALUE FORM**
1. Assessor Parcel Number(s)
   a) 125-15-314-033
   b)_____
   c)_____
   d)_____
2. Type of Property:
   a) [ ] Vacant Land      b) [X] Single Fam. Res.
   c) [ ] Condo/Twnhse    d) [ ] 2-4 Plex
   e) [ ] Apt. Bldg       f) [ ] Comm'l/Ind'l
   g) [ ] Agricultural    h) [ ] Mobile Home
      [ ] Other

   FOR RECORDER'S OPTIONAL USE ONLY
   Book:_____ Page:_____
   Date of Recording:_____
   Notes:

3. Total Value/Sales Price of Property          $_____
   Deed in Lieu of Foreclosure Only (value of property)  (_____)
   Transfer Tax Value:                          $_____
   Real Property Transfer Tax Due               $_____
4. If Exemption Claimed:
   a. Transfer Tax Exemption per NRS 375.090, Section ( 3 )
   b. Explain Reason for Exemption: _Re-recording correct Signature_
      _2003/011-0002 (?) Re Recorders Allen Argens office_
5. Partial Interest: Percentage being transferred: _100_ %
      The undersigned declares and acknowledges, under penalty of perjury, pursuant to
   NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their
   information and belief, and can be supported by documentation if called upon to substantiate the
   information provided herein. Furthermore, the parties agree that disallowance of any claimed
   exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax
   due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be
   jointly and severally liable for any additional amount owed.

   Signature _____  Capacity _Owner_

   Signature _____  Capacity _____

   **SELLER (GRANTOR) INFORMATION**          **BUYER (GRANTEE) INFORMATION**
   **(REQUIRED)**                            **(REQUIRED)**
   Print Name: _Peter Vilencia_              Print Name: _Peter Vilencia_
   Address: _PO Box 335747 740 Veterans blvd_  Address: _P.O. Box 335747_
   City: _L V_                               City: _L L V_
   State: _NV_  Zip: _89133_                 State: _NV_  Zip: _89033_

   **COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**
   Print Name: _____  Escrow #: _____
   Address: _____
   City: _____  State: _____ Zip: _____

   **AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED**

2

# EXHIBIT 2

## General Power Of Attorney

I, Constance Stafko-Vilencia residing at 7400 Cedar Rae Ave, Las Vegas, NV. 89131. Do hereby Appoint Peter Vilencia residing at 7400 Cedar Rae Ave. Las Vegas, NV. 89131 as my Attorney-in-Fact ("AGENT").

My Agent shall have full Power and authority to act on my behalf. This Power and authority shall authorize my agent to manage and conduct my affairs and to exercise all of my legal rights and powers, including all rights and powers that I may acquire in the future. My Agents powers shall include, but not to be limited to, the Power to:

1. Act as my Agent and to conduct business with Rhodes Homes, Elkhorn Partners, FCCMI, and the Preserves at Elkhorn Springs Homeowners Association.
2. To vote or act as my Proxy on all and every matter with all the People or Parties involved in Subsection 1.
3. To act on my behalf to all real estate matters.
4. I authorize my Agent to indemnify and hold harmless any third party Who accepts and acts under this Document.

This Power of Attorney shall become effective immediately, and shall not Be affected by my disability or lack of mental competence, except as may Be provided otherwise by an applicable State Statute. This is a durable Power of Attorney, and shall stay in affect until my death. This Power of Attorney may be revoked by Me at any Time.

Dated September 1st 2003, at Las Vegas, Nevada

_Constance Stafko-Vilencia_
Constance Stafko-Vilencia
**State of Nevada, County of Clark**
This instrument was acknowledged before me on September 1st 2003
By Constance Stafko-Vilencia

_Erin Poston_
**NOTARY PUBLIC**

_Erin Poston_
**Notary**
My Commission Expires Oct. 9, 2005

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
ERIN POSTON
Appt. No. 01-71686-1
My Appt. Expires Oct. 9, 2005

3

# EXHIBIT 3

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

Borrower _____    Co-Borrower _____

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA ☑ Conventional ☐ Other (explain): ☐ FHA ☐ USDA/Rural Housing Service | | Agency Case Number | Lender Case Number |
|---|---|---|---|---|

| Amount | Interest Rate | No. of Months | Amortization Type: | |
|---|---|---|---|---|
| $ 300,000 | 7.500 % | 360/360 | ☑ Fixed Rate ☐ GPM | ☐ Other (explain): ☐ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, & ZIP) | No. of Units |
|---|---|
| 7400 Cedar Rae Ave, Las Vegas, NV 89131   County: Clark | 1 |
| Legal Description of Subject Property (attach description if necessary) | Year Built 2002 |

| Purpose of Loan | ☐ Purchase ☐ Construction ☐ Other (explain): ☑ Refinance ☐ Construction-Permanent | Property will be: ☑ Primary Residence ☐ Secondary Residence ☐ Investment |
|---|---|---|

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements | ☐ made ☐ to be made |
|---|---|---|---|---|---|
| 2003 | $ 335,000 | $ 0 | Cash-Out/Debt Consolidation | Cost: $ | |

| Title will be held in what Name(s) | Manner in which Title will be held | Estate will be held in: |
|---|---|---|
| Peter Vilencia | Single man | ☑ Fee Simple ☐ Leasehold (show expiration date) |

| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) |
|---|

## III. BORROWER INFORMATION / CO-BORROWER

| Borrower's Name (include Jr. or Sr. if applicable) | Co-Borrower's Name (include Jr. or Sr. if applicable) |
|---|---|
| Peter Vilencia | |

| Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School |
|---|---|---|---|---|---|---|---|
| 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 | 702-985-8478 | 10/14/1948 | 14 | | | | |

| ☐ Married ☑ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Co-Borrower) no. 0   ages | ☐ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Borrower) no.   ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP) ☑ Own ☐ Rent __8__ No. Yrs. | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent ____ No. Yrs. |
|---|---|
| 7400 Cedar Rae Ave Las Vegas, NV 89131 | |

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) ☐ Own ☑ Rent __2__ No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ____ No. Yrs. |
|---|---|
| 9409 Garnet Crown Ave Las Vegas, NV 89145 | |

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ____ No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ____ No. Yrs. |
|---|---|

Fannie Mae Form 1003  07/05
CALYX Form Loanapp1.frm 09/05

Page 1 of 5    Borrower _____    Co-Borrower _____

Freddie Mac Form 65  07/05

## IV. EMPLOYMENT INFORMATION

| Borrower | | | Co-Borrower | | |
|---|---|---|---|---|---|
| Name & Address of Employer <br> Fugitive Investigative Team <br> 850 South Rancho <br> Las Vegas, NV 89106 | ☐ Self Employed | Yrs. on this job <br> 9 yr(s) <br> Yrs. employed in this line of work/profession <br> 9 | Name & Address of Employer | ☐ Self Employed | Yrs. on this job <br><br> Yrs. employed in this line of work/profession |
| Position/Title/Type of Business <br> Private Investigator | | Business Phone (incl. area code) <br> 702-283-2469 | Position/Title/Type of Business | | Business Phone (incl. area code) |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| | | | | | |
|---|---|---|---|---|---|
| Name & Address of Employer <br> Took it, LLC <br> 1005 Terminal Way, Ste 110 <br> Reno, NV 89502 | ☐ Self Employed | Dates (from-to) <br> 02/04 - Current <br> Monthly Income <br> $    4,500.00 | Name & Address of Employer | ☐ Self Employed | Dates (from-to) <br><br> Monthly Income <br> $ |
| Position/Title/Type of Business <br> Bounty Hunter | | Business Phone (incl. area code) <br> 702-493-0221 | Position/Title/Type of Business | | Business Phone (incl. area code) |
| Name & Address of Employer | ☐ Self Employed | Dates (from-to) <br><br> Monthly Income <br> $ | Name & Address of Employer | ☐ Self Employed | Dates (from-to) <br><br> Monthly Income <br> $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |
| Name & Address of Employer | ☐ Self Employed | Dates (from-to) <br><br> Monthly Income <br> $ | Name & Address of Employer | ☐ Self Employed | Dates (from-to) <br><br> Monthly Income <br> $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |
| Name & Address of Employer | ☐ Self Employed | Dates (from-to) <br><br> Monthly Income <br> $ | Name & Address of Employer | ☐ Self Employed | Dates (from-to) <br><br> Monthly Income <br> $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $    10,000.00 | $ | $    10,000.00 | Rent | | |
| Overtime | | | | First Mortgage (P&I) | 0.00 | $    2,097.64 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | | |
| Dividends/Interest | | | | Real Estate Taxes | 313.65 | |
| Net Rental Income | | | | Mortgage Insurance | 85.00 | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $    10,000.00 | $ | $    10,000.00 | Total | $    398.65 | $    2,097.64 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income    Notice:  Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |

Fannie Mae Form 1003   07/05 <br> CALYX Form Loanapp2.frm 09/05

Page 2 of 5

Borrower _____ <br> Co-Borrower _____

Freddie Mac Form 65   07/05

**ASSETS AND LIABILITIES**

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed by that spouse or other person also.

Completed [✓] Jointly  [ ] Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | | | |
| | | **LIABILITIES** | Monthly Payment & Months Left to Pay | Unpaid Balance |
| *List checking and savings accounts below* | | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | GMAC | | |
| | | | | |
| | | Acct. no. 021902783078 | * 314 | 7,621 |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | CBUSASEARS PO BOX 6189 SIOUX FALLS, SD 57117 | | |
| | | Acct. no. 512107971694 | 66 | 2,894 |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | WAMU/PRVDN PO BOX 9180 PLEASANTON, CA 94566 | | |
| | | Acct. no. 1655228223 | 30 | 975 |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | $ |
| Stocks & Bonds (Company name/number description) | $ | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Life insurance net cash value | $ | | | |
| Face amount $ | | | | |
| Subtotal Liquid Assets | $ | Acct. no. | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 700,000 | Name and address of Company | $ Payment/Months | $ |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | Acct. no. | | |
| Automobiles owned (make and year) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 96 | |
| **Total Assets a.** | $ 700,000 | **Net Worth (a minus b) →** $ 688,510 | **Total Liabilities b.** | $ 11,490 |

**Schedule of Real Estate Owned** (if additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 7400 Cedar Rae Ave Las Vegas, NV 89131 | Primary Residence SFR | $ 700,000 | $ 0 | $ | $ 0 | $ 399 | $ |
| | | | | | | | |
| | | | | | | | |
| **Totals** | | $ 700,000 | $ | $ | $ | $ 399 | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

Borrower _____

Co-Borrower _____

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase price | $ |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | 7,621.00 |
| e. Estimated prepaid items | |
| f. Estimated closing costs | 10,088.00 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 17,709.00 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 300,000.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 300,000.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | -282,291.00 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| a. Are there any outstanding judgments against you? | ☐ | ☑ | ☐ | ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ | ☑ | ☐ | ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☑ | ☐ | ☐ |
| d. Are you a party to a lawsuit? | ☐ | ☑ | ☐ | ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ | ☑ | ☐ | ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ | ☑ | ☐ | ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☑ | ☐ | ☐ |
| h. Is any part of the down payment borrowed? | ☐ | ☑ | ☐ | ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ | ☑ | ☐ | ☐ |
| j. Are you a U. S. citizen? | ☑ | ☐ | ☐ | ☐ |
| k. Are you a permanent resident alien? | ☑ | ☐ | ☐ | ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☑ | ☐ | ☐ | ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☑ | ☐ | ☐ | ☐ |
| (1) What type of property did you own—principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| (2) How did you hold title to the home—solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

**Acknowledgement.** Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | 5/24/06 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | | CO-BORROWER | ☐ I do not wish to furnish this information | |
|---|---|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino | ☑ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native | ☐ Asian    ☐ Black or African American | Race: | ☐ American Indian or Alaska Native | ☐ Asian    ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | ☑ White | | ☐ Native Hawaiian or Other Pacific Islander | ☐ White |
| Sex: | ☐ Female | ☑ Male | Sex: | ☐ Female | ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) | | Name and Address of Interviewer's Employer |
|---|---|---|---|
| This application was taken by: | Steven Zellers | | Western Thrift and Loan |
| ☐ Face-to-face interview | Interviewer's Signature | Date | 680 East Plumb Lane |
| ☐ Mail | | | Reno, NV 89502 |
| ☑ Telephone | Interviewer's Phone Number (incl. area code) | | (P) 877-310-5072 |
| ☐ Internet | 877-310-5072 | | |

Fannie Mae Form 1003   07/05
CALYX Form Loanapp4.frm 09/05

Page 4 of 5

Freddie Mac Form 65   07/05

# Borrower Signature Authorization

**Privacy Act Notice:** This information is to be used by the agency collecting it or its assignees in determining whether you qualify as a prospective mortgagor under its program. It will not be disclosed outside the agency except as required and permitted by law. You do not have to provide this information, but if you do not your application for approval as a prospective mortgagor or borrower may be delayed or rejected. The information requested in this form is authorized by Title 38, USC, Chapter 37 (if VA); by 12 USC, Section 1701 et. seq. (if HUD/FHA); by 42 USC, Section 1452b (if HUD/CPD); and Title 42 USC, 1471 et. seq., or 7 USC, 1921 et. seq. (if USDA/FmHA).

**Part I. General Information**

| 1. Borrower(s) | 2. Name and address of Lender/Broker |
|---|---|
| Peter Vilencia | Western Thrift and Loan |
| | 580 East Plumb Lane |
| 7400 Cedar Rae Ave | Reno, NV 89502 |
| Las Vegas, NV 89131 | TEL: 877-310-5072 |

| 3. Date | 4. Loan Number | |
|---|---|---|
| 05/02/2006 | VILENCIA | |

**Part II. Borrower Authorization**

I hereby authorize the Lender/Broker to verify my past and present employment earnings records, bank accounts, stock holdings, and any other asset balances that are needed to process my mortgage loan application. I further authorize the Lender/Broker to order a consumer credit report and verify other credit information, including past and present mortgage and landlord references. It is understood that a copy of this form will also serve as authorization.

The information the Lender/Broker obtains is only to be used in the processing of my application for a mortgage loan.

Borrower    Peter Vilencia / SSN: 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          Date  5/24/06

Borrower          Date

CALYX Form Bsa.hp 10/98