## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the attached pleading was served this 5th day of September, 2007 on all parties by electronic filing and two (2) copies on the individuals listed below by First Class Mail, postage prepaid:

| | |
|---|---|
| Christopher M. Samis<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>Wilmington, DE 19801 | Bonnie Glantz Fatell<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 |
| Office of the United States Trustee<br>844 North King Street<br>Room 2207 -   Lockbox 35<br>Wilmington, Delaware 19801 | Ivan Lerer Kallick<br>Manatt Phelps & Phillips, LLP<br>11344 West Olympic Boulevard<br>Los Angeles, CA 90064 |

      /s/ Neal J. Levitsky, Esquire
      Neal J. Levitsky, Esquire (No. 2092)