THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| Debtors. | : Jointly Administered |
| | : Related to Docket No.____ |

## ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF MOTION OF MICHAEL J. MISSAL, EXAMINER, FOR AN EXTENSION OF TIME TO FILE HIS REPORT WITH THE COURT

The Court having considered the motion (the "Motion"), pursuant to Del.Bankr.LR 9006-1(b) for expedited consideration of the Motion of Michael J. Missal, Examiner, for an Extension of Time to File His Report with the Court (the "Motion to Extend"); and no adverse interest being affected; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the Motion is GRANTED; and it is further

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership. The Debtors are referred to collectively below as "New Century."

ORDERED, that a hearing on the Motion to Extend shall be held on September 11, 2007 at 1:30 p.m.; and it is further

ORDERED, that objections, if any, to the Motion to Extend must be served and filed on or before 12:00 noon on September 10, 2007.

                                                                                   _____
                                                                                    Kevin J. Carey
                                                                                    United States Bankruptcy Judge

Dated: September \_\_\_\_, 2007