

# TOWN OF NEW WINDSOR

555 UNION AVENUE
NEW WINDSOR, NEW YORK 12553
TELEPHONE: (845) 563-4630
FAX: (845) 563-4692

**TOWN ATTORNEY**
MICHAEL D. BLYTHE, ESQ.



August 22, 2007

Hon. Kevin J. Carey
US Bankruptcy Court
824 North Market Street, 3rd Floor
Wilmington, DE 19801-3024

Re:   New Century TRS Holdings, Inc.
      Chapter 11 Case No.: 07-10416 (KJC)

Dear Judge Carey:

I am the attorney for the Town of New Windsor. We have received a Proof of Claim listing the Town of New Windsor as a creditor of the above Petitioner in bankruptcy. I have no information on the claim or any debt owed to the Town.

Enclosed is a copy of my letter of July 17, 2007 to Ms. Edwards at XRoads Case Management Services. To date, I have not received any response.

Many of the claims that I received similar to the above are either minimal or do not have any significant impact on Town finances. However, in order to protect the interest of the Town, I must have the information which gave rise to the Town being names a creditor. By copy of this letter, I am again requesting that Ms. Edwards provide me the relevant information; but in the interim, I would object to any proceedings going forward which would be prejudicial to the Town of New Windsor until I have received sufficient details to advise either Ms. Edwards or the Court of the Town's position.

Very truly yours,

Michael D. Blythe
Attorney for the Town of New Windsor

MDB/jtm
Enc.