

# TOWN OF NEW WINDSOR

555 UNION AVENUE
NEW WINDSOR, NEW YORK 12553
TELEPHONE: (845) 563-4630
FAX: (845) 563-4692

**TOWN ATTORNEY**
MICHAEL D. BLYTHE, ESQ.

July 17, 2007

XRoads Case Management Services
1821 East Dyer Road, Suite 225
Santa Ana, CA 92705

Re: New Century TRS Holdings, Inc.
    Chapter 11 Case No.: 07-10416 (KJC)

Dear Ms. Edwards:

This letter is to confirm your conversation with my office of today. We have received a Proof of Claim listing the Town of New Windsor, New York as a creditor of the Petitioner in Bankruptcy - New Century Holdings, Inc. Your company is listed as the Claims Manager for this case. In the various conversations I have had with your office or a representative of Richards, Layton & Finger, I have been able to determine that the Petitioner has listed the Town of New Windsor as a creditor, but I am unable to obtain any other information on the debt. With this limited information, I am unable to determine the relationship between New Century TRS Holdings, Inc., and the Town of New Windsor.

Please be advised that I wish to protect the Town of New Windsor's interest to the fullest in this bankruptcy proceeding. To that end, I ask that either you or the Court provide me with all details related to the debt ascribed to the Town of New Windsor or, in the alternative, provide me with that information as soon as it becomes available.

Very truly yours,

Michael D. Blythe
Attorney for the Town of New Windsor

MDB/jtm
cc: J. Todd Wiley, Assessor
    Hon. Kevin J. Carey
    Richards, Layton & Finger, P.A.