# EXHIBIT A

**NEW CENTURY TRS HOLDINGS, INC., a DELAWARE CORPORATION, et al.**
**ORDINARY COURSE PROFESSIONAL STATEMENT**
**FOR PERIOD ENDING JULY 31, 2007**

| Ordinary Course Professional | Services Provided | Amount Paid 4/2/ 2007 thru 7/31/2007 |
|---|---|---|
| 3 Arch Financial Services | Foreclosure Professional | 0 |
| 3 Arch Financial Services | Foreclosure Professional | 0 |
| Ablitt & Charlton, P.C. | Foreclosure Professional | 0 |
| Ackerson & Yann, P.S.C | Foreclosure Professional | 0 |
| Ackerson & Yann, PLLC | Foreclosure Professional | 0 |
| Alliance Default Services, Inc. | Foreclosure Professional | 0 |
| Aronowitz & Ford, L.L.P. | Foreclosure Professional | 0 |
| Attorney's Equity Law Group, LLP | Foreclosure Professional | 0 |
| Attorney's Equity National Corp. | Foreclosure Professional | 0 |
| Baer, Timberlake, Coulson & Cates, P.C. | Foreclosure Professional | 0 |
| Ballard Spahr Andrews & Ingersoll | Company's Maryland counsel; provides advice and counsel regard specialized knowledge re: MD. | 0 |
| Barrett, Burke (Houston Office) | Foreclosure Professional | 0 |
| Barrett, Burke, Wilson, Castle, Daffin & Frappier, LLP | Foreclosure Professional | 0 |
| Bass & Moglowsky, SC | Foreclosure Professional | 0 |
| Baxter & Schwartz | Foreclosure Professional | 0 |
| Belin Lamson McCormick Zumback Flynn, P. C. | Foreclosure Professional | 0 |
| Ben-Ezra & Katz, P.A. | Foreclosure Professional | 0 |
| Berkman, Henoch. Peterson & Peddy, P.C. | Foreclosure Professional | 0 |
| Brice, Vander Linden & Wernick, P.C. | Foreclosure Professional | 0 |
| Broad & Cassel | 123 Home Loans Matter | 0 |
| Brown & Shapiro , LLP | Foreclosure Professional | 0 |
| Brown, Drew & Massey | Foreclosure Professional | 0 |
| Butler & Hosch, P.A. | Foreclosure Professional | 0 |
| Cal-Western Reconveyance Corporation | Foreclosure Professional | 0 |
| Campbell and Brannon | Foreclosure Professional | 0 |
| Carlton, DiSante & Freudenberger | Labor & Employment Specialist | 294.75 |
| Castle, Barrett, Daffin & Frappier, LLC | Foreclosure Professional | 0 |
| Castle, Meinhold & Stawiarski, LLC | Foreclosure Professional | 0 |
| Castle, Meinhold & Stawiarski, LLC (DTC) | Foreclosure Professional | 0 |
| Certilman, Balin, Adler & Hyman, LLP | Foreclosure Professional | 0 |
| Codilis & Associates, P.C. | Foreclosure Professional | 0 |
| Cohn, Goldberg, Deutsch, LLC | Foreclosure Professional | 0 |
| Conmy Feste, Ltd. | Foreclosure Professional | 0 |
| CoreSouth Legal Services | Foreclosure Professional | 0 |
| CoreSouth Property Services | Foreclosure Professional | 0 |
| Crain, Caton & James | General Regulatory advice for TX | 4,053.48 |
| Curran & O'Sullivan, P.C. | Foreclosure Professional | 0 |

| | | |
|---|---|---|
| Curtis Law Group | Counsel for uninsured loan-related recovery | 0 |
| David H. Anderson | Foreclosure Professional | 0 |
| David J. Stern, Law Office | Foreclosure Professional | 0 |
| Davidson. Fink. Cook, Kelly and Galbraith. LLP | Foreclosure Professional | 0 |
| Dean Morris, L.L.P. | Foreclosure Professional | 0 |
| Deutsch Kerrigan & Stiles, L.L.P. | Labor & Employment Specialist | 0 |
| Doonan, Graves & Longoria | Foreclosure Professional | 0 |
| Doyle & Friedmeyer PC | Foreclosure Professional | 0 |
| Draper & Goldberg | Foreclosure Professional | 0 |
| Druckman & Sinel, LLP (NYC) | Foreclosure Professional | 0 |
| Druckman & Sinel, L.L.P. - Westbury | Foreclosure Professional | 0 |
| Dutton & Dutton | Foreclosure Professional | 0 |
| Elizabeth Mason, P.C. | Foreclosure Professional | 0 |
| Executive Trustee Services, Inc. | Foreclosure Professional | 0 |
| Faber & Gitlitz, P.A. | Foreclosure Professional | 0 |
| Fabrizio & Brook, P.C. | Foreclosure Professional | 0 |
| Fein, Such & Crane, L.L.P. | Foreclosure Professional | 0 |
| Fein, Such, Kahn & Shepard, P.C. | Foreclosure Professional | 0 |
| Feiwell & Hannoy, P.C. | Foreclosure Professional | 0 |
| Fidelity National Field Services, Inc. | Foreclosure Professional | 70,947.75 |
| First American LoanStar Trustee Services, L.L.C. | Foreclosure Professional | 0 |
| First Coast Attorneys At Law | Foreclosure Professional | 0 |
| Fisher & Fisher, Attorneys At Law, P.C. | Foreclosure Professional | 0 |
| Fisher & Shapiro, LLC | Foreclosure Professional | 0 |
| Fitzgerald, Schorr Barmettler & Brennan, P.C., LLO | Foreclosure Professional | 0 |
| Fleming & Whitt, P.A. | Foreclosure Professional | 0 |
| Florida Default Law Grp PL DBA Echevarria, Codilis et al | Foreclosure Professional | 0 |
| Foreclosure Consultants, DBA F C I Trustee Service | Foreclosure Professional | 0 |
| Foreclosurelink, Inc. | Foreclosure Professional | 0 |
| Foutty & Foutty, L.L.P. | Foreclosure Professional | 0 |
| Frascona, Joiner. Goodman, and Greenstein, P.C. | Foreclosure Professional | 0 |
| Freedman, Anselmo, Lindberg & Rappe | Foreclosure Professional | 0 |
| Friedman & MacFadyen, P. A. (MD) | Foreclosure Professional | 0 |
| Gardere Wynn Sewell LLP* | Positive Software Matter | 0 |
| George Cretella, Esq. | Foreclosure Professional | 0 |
| Gibson, Dunn & Crutcher* | Securities Litigation Counsel, representing the independent directors. | 0 |
| Goldbeck, McCafferty & McKeever | Foreclosure Professional | 0 |
| Golden & Amos, PLLC | Foreclosure Professional | 0 |
| Goldman, Gruder & Woods, LLC | Foreclosure Professional | 0 |
| Graham, Arceneaux, & Allen, L.L.C. | Foreclosure Professional | 0 |
| Grant C. Rees, Attorney at Law | Foreclosure Professional | 0 |

2

| | | |
|---|---|---|
| Gray & Associates, L.L.P. | Foreclosure Professional | 0 |
| Guaetta and Benson | Foreclosure Professional | 0 |
| Harmon Law Offices, P.C. | Foreclosure Professional | 0 |
| Haynes and Boone, LLP* | Positive Software Matter | 0 |
| Hecker, Colasurdo & Segall, P.C. | Foreclosure Professional | 0 |
| Hersh Law Offices | Foreclosure Professional | 0 |
| Hopp & Shore, LLC | Foreclosure Professional | 0 |
| Houser & Allison, APC | Foreclosure Professional | 0 |
| Hunt, Leibert P.C. | Foreclosure Professional | 0 |
| Jack O'Boyle & Associates | Foreclosure Professional | 0 |
| Jackson & McPherson, L.L.C. | Foreclosure Professional | 0 |
| John D. Clunk Co., LPA, Law Offices of | Foreclosure Professional | 0 |
| Joshua B. Lobe, Law Offices | Foreclosure Professional | 0 |
| Just Law Office | Foreclosure Professional | 0 |
| Kleinsmith and Associates, P.C. | Foreclosure Professional | 0 |
| Kluever & Platt, L.L.C. | Foreclosure Professional | 0 |
| Knuckles & Komosinski, P.C. | Foreclosure Professional | 0 |
| Korn Law Firm | Foreclosure Professional | 0 |
| Lamun, Mock, Featherly. Kuehling & Cunningham | Foreclosure Professional | 0 |
| LandAmerica Default Services Co. | Foreclosure Professional | 0 |
| Laurito & Laurito LLC | Foreclosure Professional | 0 |
| Leeuw & Doyle, P.C. | Foreclosure Professional | 0 |
| Leonard, O'Brien, Spencer, Gale & Sayre | Foreclosure Professional | 125.00 |
| Lerner, Sampson and Rothfuss, Co., LPA | Foreclosure Professional | 0 |
| Little & Dranttel, P.C. | Foreclosure Professional | 0 |
| Littler Mendelson, P.C. | Labor & employment counsel providing advice regard WARN Act, severance, benefits, etc. Offices in key states nationwide. | 0 |
| Lobe & Fortin | Foreclosure Professional | 0 |
| Locher, Pavelka. Dostal, Braddy & Hammes, L.L.C. | Foreclosure Professional | 0 |
| LOGS Financial Services, Inc. | Foreclosure Professional | 0 |
| Lundberg & Associates | Foreclosure Professional | 0 |
| Mackie, Wolf & Zientz, P.C. | Foreclosure Professional | 0 |
| Mackoff, Kellogg, Kirby & Kloster, P.C. | Foreclosure Professional | 0 |
| Malcolm & Cisneros | National counsel responsible for filing  proofs of claim in borrower's bankruptcy cases | 0 |
| Mancini, Daniel J. & Associates | Foreclosure Professional | 0 |
| Manley, Deas & Kochalski, L.L.C. | Foreclosure Professional | 0 |
| Mann & Stevens | Foreclosure Professional | 0 |
| Marshall C. Watson, P.A. | Foreclosure Professional | 0 |
| Martha Croog, LLC | Foreclosure Professional | 0 |
| Martin & Brunavs Law Office | Foreclosure Professional | 0 |
| Martin, Leigh, Laws & Fritzlen, P.C. | Foreclosure Professional | 0 |
| Mattleman, Weinroth & Miller | Foreclosure Professional | 0 |
| Mayer, Brown, Rowe & Maw LLP | FCRA Counsel | 0 |

3

RLF1-3196940-1

| | | |
|---|---|---|
| McCabe, Weisberg & Conway, P.C. (PA) | Foreclosure Professional | 0 |
| McCaffrey Professional Association | Foreclosure Professional | 0 |
| McCalla. Raymer. Padrick. Cobb, Nichols & Clark, LLC | Foreclosure Professional | 0 |
| McCarthy & Holthus, L.L.P. | Foreclosure Professional | 0 |
| McDonald, McKenzie, Rubin, Miller & Lybrand, L.L.P. | Foreclosure Professional | 0 |
| McHenry, Dancigers & Lake, P.C. | Foreclosure Professional | 0 |
| McKenry, Dancigers, Dawson & Lake, P.C. | Foreclosure Professional | 0 |
| Metcalf, Conlon & Siering, PLC | Foreclosure Professional | 0 |
| Mickel Law Firm, PA | Foreclosure Professional | 0 |
| Miles, Bauer, Bergstrom & Winters NV f/k/a Miles & Bergstrom | Foreclosure Professional | 0 |
| Miles, Bauer, Bergstrom & Winters, LLP | Foreclosure Professional | 0 |
| Miller & Clark, PC | Foreclosure Professional | 0 |
| Millsap & Singer, P.C. | Foreclosure Professional | 0 |
| Milstead & Associates, LLC | Foreclosure Professional | |
| Morris & Associates | Foreclosure Professional | 0 |
| Morris, Schneider & Prior, L.L.C. | Foreclosure Professional | 0 |
| National Default Servicing Corp. | Foreclosure Professional | 0 |
| National Field Representatives Inc. | Foreclosure Professional | 440,948.50 |
| Neal, Gerber & Eisenberg LLP | Insurance Specialist | 0 |
| New Invoice | Foreclosure Professional | 0 |
| NewInvoice, LLC | Foreclosure Professional | 0 |
| North & Nash | Labor & employment counsel providing advice regard WARN Act, severance, benefits. etc . specialized CA counsel | 0 |
| Northwest Trustee Services, Inc. | Foreclosure Professional | 0 |
| Orlans Associates, P.C. | Foreclosure Professional | 0 |
| Partridge, Snow & Hahn | Foreclosure Professional | 0 |
| Peter T. Roach & Associates | Foreclosure Professional | 0 |
| Phelan, Hallinan & Schmieg, LLP (PA) | Foreclosure Professional | 0 |
| Phelan, Hallinan & Schmieg, PC (NJ) | Foreclosure Professional | 0 |
| Phillips, Olore, Dunlavey & York, P.A. | Foreclosure Professional | 0 |
| Pierce & Associates, P.C. | Foreclosure Professional | 0 |
| Pite, Duncan & Melmet, LLP | Foreclosure Professional | 0 |
| Pluese, Becker & Saltzman, LLC | Foreclosure Professional | 0 |
| Powers Kirn, LLC | Foreclosure Professional | 0 |
| Preston, Gates & Ellis | Foreclosure Professional | 0 |
| Professional Foreclosure Corp. | Foreclosure Professional | 0 |
| Quality Loan Service Corporation | Foreclosure Professional | 0 |
| Randall S. Miller & Associates, P.C. | Foreclosure Professional | 0 |
| Recon Trust Company, N.A. | Foreclosure Professional | 0 |
| Reed Smith LLP | Insurance Specialist | 0 |
| Regional Trustee Services | Foreclosure Professional | 0 |
| Reimer, Lorber & Arnovitz, Co., L.P.A. | Foreclosure Professional | 0 |
| Richard M. Squire & Associates, LLC | Foreclosure Professional | 0 |

4

RLF1-3196940-1

| | | |
|---|---|---|
| Ringert Clark Chartered | Foreclosure Professional | 0 |
| Robert E. Lastelic | Foreclosure Professional | 0 |
| Robert E. Weiss, Inc. | Foreclosure Professional | 0 |
| Robert J. Hopp & Associates, LLc | Foreclosure Professional | 0 |
| Robinson Tait, P.S. | Foreclosure Professional | 0 |
| Roetzel & Andress | Local counsel in Ohio handling regulatory issues and TRO filed by the Attorney General | 0 |
| Rosenberg & Associates, LLC | Foreclosure Professional | 0 |
| Rosicki, Rosicki & Associates, P.C. | Foreclosure Professional | 0 |
| Routh & Crabtree, APC | Foreclosure Professional | 0 |
| Routh, Crabtree & Olsen, PS | Foreclosure Professional | 0 |
| Rush Moore LLP | Foreclosure Professional | |
| Rutan & Tucker | Labor & employment counsel providing advice regard WARN Act, severance, benefits. etc , specialized CA counsel | 8,275.87 |
| Shain, Schaffer & Rafanello, P.C. | Foreclosure Professional | 0 |
| Samuel I. White, P. C. | Foreclosure Professional | 0 |
| Shapiro & Burson - Fairfax | Foreclosure Professional | 0 |
| Shapiro & Felty, L.L.P. | Foreclosure Professional | 0 |
| Shapiro & Ingle | Foreclosure Professional | 0 |
| Shapiro & Kreisman (IL)* | Foreclosure Professional | 0 |
| Shapiro & Massey | Foreclosure Professional | 0 |
| Shapiro & Mock, L.L.P. | Foreclosure Professional | 0 |
| Shapiro & Morley | Foreclosure Professional | 0 |
| Shapiro, Nordmeyer and Zielke, L.L.P. | Foreclosure Professional | 0 |
| Shechtman, Halperin & Savage | Foreclosure Professional | 0 |
| Sheldon May & Associates, P.C. | Foreclosure Professional | 0 |
| Shughart Thompson & Kilroy | Labor & Employment Specialist | 0 |
| Sirote & Permutt, P.C. | Foreclosure Professional | 0 |
| South & Associates, P.C. | Foreclosure Professional | 0 |
| Stanton & Davis | Foreclosure Professional | 0 |
| Steffi A. Swanson, P.C., L.L.O. | Foreclosure Professional | 0 |
| Stephens, Millirons, Harrison & Gammons, P.C. | Foreclosure Professional | 0 |
| Steven J. Baum, P.C. | Foreclosure Professional | 0 |
| Stitt, Klein, Daday & Aretos & Giampietro, LLC | Foreclosure Professional | 0 |
| Sughrue Mion PLLC | General Trademark advice | 0 |
| Susan C. Little & Associates, P.A. | Foreclosure Professional | 0 |
| T.D. Service Company | Foreclosure Professional | 190,513.40 |
| Thomas J. Noonan, Law Offices | Foreclosure Professional | 0 |
| Tiffany & Bosco, P.A. | Foreclosure Professional | 0 |
| Trott & Trott, P.C. | Foreclosure Professional | 0 |
| Udren Law Offices, P.C. | Foreclosure Professional | 0 |
| Underwood Law Firm | Foreclosure Professional | 0 |
| Usset & Weingarden P.L.L.P. | Foreclosure Professional | 0 |
| Van Ness Law Firm, P.A. | Foreclosure Professional | 0 |
| Vargas, Zion & Kahane, P.A. | Foreclosure Professional | 0 |

5

| | | |
|---|---|---|
| Wasser Associates | Foreclosure Professional | 0 |
| Weiss Spicer, PLLC | Foreclosure Professional | 0 |
| Weltman, Weinberg & Reis, Co., L.P.A. | Foreclosure Professional | 0 |
| Weston Adams Law Firm | Foreclosure Professional | 0 |
| Wildman Harrold* | Great Northern matter | 0 |
| William M  Golson & Associates, Attorneys at Law, Chartered | Foreclosure Professional | 0 |
| WILSON & ASSOCIATES, PA | Foreclosure Professional | 0 |
| Wolf Firm, A Law Corp., The | Foreclosure Professional | 0 |
| Wolfe & Wyman LLP | Counsel for title insurance recovery | 0 |
| Wood, Tuohy, Gleason, Mercer & Herrin | Foreclosure Professional | 0 |
| Wright, Finlay & Zak, L.L.P. | Foreclosure Professional | 0 |
| Wright, Lindsey & Jennings LLP | Foreclosure Professional | 0 |
| Zucker, Goldberg & Ackerman | Foreclosure Professional | 0 |

* Professionals marked with a "*" were retained or utilized after the Petition Date and were not listed on Exhibit A to the Order Authorizing Retention of Professionals Utilized in the Ordinary Course of Business Pursuant to Sections 327 and 328 of the Bankruptcy Code [Docket No. 569].

** To the extent professionals marked with a "**" were paid in excess of their monthly caps in a given month, the Debtors will be filing fee applications seeking approval of such amounts.