IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | CASE NO. 07-10416-KJC |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC., | § | Chapter 11 |
| ET. AL., | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |

### AFFIDAVIT OF SERVICE OF SERVICE OF AMENDED OBJECTION OF POSITIVE SOFTWARE SOLUTIONS, INC., TO DEBTORS' MOTION FOR ADDITIONAL SANCTIONS AGAINST POSITIVE SOFTWARE SOLUTIONS, INC. FOR FURTHER VIOLATION OF THE AUTOMATIC STAY

Jennifer L. Barnett, of full age, hereby certifies as follows:

1. I am a legal secretary with the law firm of Fox Rothschild LLP, attorneys for George L. Miller, the Chapter 7 Trustee in the above proceedings.

2. On August 31, 2007, a true and correct copy of the *Affidavit Of Service Of Service Of Amended Objection Of Positive Software Solutions, Inc., To Debtors' Motion For Additional Sanctions Against Positive Software Solutions, Inc. For Further Violation Of The Automatic Stay* was served, via first class mail and in the manner indicated, on the interested persons and counsel listed on the attached Service List.

3. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Jennifer L. Barnett
Jennifer L. Barnett, Legal Secretary

Dated: September 5, 2007

Sworn to and subscribed
before me this 5th
day of September, 2007.

/s/ Barbara A. Lewis
Barbara A. Lewis, Notary Public
City of Wilmington, New Castle County
My commission expires: September 30, 2009

WM1A 105475v1 09/05/07

## Service List

New Century TRS Holdings, Inc., *et al.*
3121 Michelson Drive
Suite 600
Irvine, CA 92612

Christopher M. Samis, Esq.
Mark D. Collins, Esq.
Russell C. Silberglied, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
By Hand Delivery

Ben H. Logan, Esq.
Suzzanne S. Uhland, Esq.
Victoria A. Newmark, Esq.
Emily R. Culler, Esq.
O'Melveney & Meyers LLP
275 Battery Street
San Francisco, CA 94111
Fax: (415) 984-8701

Bonnie Glantz Fatell, Esq.
Regina Stango Kelbon, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
By Hand Delivery

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Janine M. Cerbone, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 15th Floor
New York, NY 10022
Fax: (212) 478-7400

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE 19801
Tel: (302) 573-6491
Courtesy Copy by e-mail:
Joseph.McMahon@usdoj.gov