THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: : Chapter 11
:
NEW CENTURY TRS HOLDINGS, INC., : Case No. 07-10416 (KJC)
a Delaware Corporation, et al.,[1] :
: Jointly Administered
Debtors. :
: Related to Docket No. 2666

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF MOTION OF MICHAEL J. MISSAL, EXAMINER, FOR AN EXTENSION OF TIME TO FILE HIS REPORT WITH THE COURT**

The Court having considered the motion (the "Motion"), pursuant to Del.Bankr.LR 9006-1(b) for expedited consideration of the Motion of Michael J. Missal, Examiner, for an Extension of Time to File His Report with the Court (the "Motion to Extend"); and no adverse interest being affected; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the Motion is GRANTED; and it is further

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership. The Debtors are referred to collectively below as "New Century."

ORDERED, that a hearing on the Motion to Extend shall be held on September 11, 2007 at 1:30 p.m.; and it is further

ORDERED, that objections, if any, to the Motion to Extend ~~must be served and filed on or before 12:00 noon on September 10, 2007.~~ may be presented orally at the hearing.

Kevin J. Carey
United States Bankruptcy Judge

Dated: September 6, 2007