R. Gibson Pagter, Jr., SBN 116450
Harlene Miller, SBN 146651
Misty Perry Isaacson, SBN 193240
**PAGTER AND MILLER**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701

Telephone: (714) 541-6072
Facsimile:  (714) 541-6897

*Attorneys for American Contractors Indemnity Co.*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| In re: | ) Case No. 07-10416 (KJC) |
|---|---|
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al. | ) Chapter 11 |
| | ) **NOTICE OF ATTORNEY'S CHANGE OF ADDRESS** |
| | ) [NO HEARING REQUIRED] |
| Debtors. | ) |

TO THE UNITED STATES BANKRUPTCY COURT AND ALL OTHER PARTIES IN INTEREST HEREIN:

YOU ARE HEREBY NOTIFIED OF THE ATTORNEY'S NEW MAILING ADDRESS:

**PAGTER AND MILLER**
**525 N. Cabrillo Park Drive, Suite 104**
**Santa Ana, CA  92701**
Telephone:  (714) 541-6072
Facsimile:  (714) 541-6897
Email: gibson@pagterandmiller.com

This change of address is effective immediately.

Dated: 24 August 2007

R. Gibson Pagter, Jr.
Attorneys for Creditor

N-chg of add

-1-

## PROOF OF SERVICE

**STATE OF CALIFORNIA COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is:

**PAGTER AND MILLER
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, California 92701**

On 27 August 2007 I served the foregoing document described as:

**NOTICE OF ATTORNEY'S CHANGE OF ADDRESS**

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Joseph J. McMahon, Jr.
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE  19899

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with First Class postage thereon fully prepaid at **Santa Ana, California** in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made. **Executed on 27 August 2007 at Santa Ana, California by Imelda Bynog.**

_____
IMELDA BYNOG

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

N-chg of add

-2-