

**R·M·S**

RECEIVABLE MANAGEMENT SERVICES

307 International Circle, Suite 270
Hunt Valley, MD 21030
Tel: 410-773-4089
Fax: 410-773-4057
Email: Phyllis.Hayes@rmsna.com
www.rmsna.com

Phyllis A. Hayes
Paralegal – Bankruptcy Services

August 29, 2007

Clerk
U.S. Bankruptcy Court
District of Delaware
824 Market St., 3rd Fl.
Wilmington, DE  19801

        In re:  New Century Mortgage ("Debtor")
        Case No. 07-10419-KJC, Chapter 11
        Creditor: EMC Corporation @ $144,205.06

Dear Clerk:

    We are acting as the agent for the creditor EMC Corporation ("EMC") as it relates to the above referenced case. EMC has not transferred or assigned its proof of claim to Receivable Management Services ("RMS").

    We would like to be added to the mailing list to receive all documents, etc. relating to the creditor EMC. Our mailing address is shown below.

        EMC Corporation
        c/o Receivable Management Services
        P.O. Box 5126
        Timonium, MD  21094

    If any additional information is needed, please do not hesitate to contact me.

Sincerely,

Phyllis A. Hayes
Receivable Management Services
Agent for Creditor, EMC Corporation

cc:
Suzzanne S. Uhland, Esq.
Ben H. Logan, Esq.
Victoria Newmark, Esq.
Emily R. Culler, Esq.
O'Melveny & Myers LLP
275 Battery St.
San Francisco, CA  94111

*Counsel for the Debtor*

New Century Claims Processing
c/o XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA  90295

*Claims Agent*