IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
                                         :
In re:                                   :
                                         : Chapter 11
                                         :
NEW CENTURY TRS HOLDINGS, INC.,          :
a Delaware Corporation, et al.,[1]       : Case No. 07-10416 (KJC)
                                         :
                 Debtors.                : Jointly Administered
                                         : Related to Docket No. 2211
                                         :
                                         : Hearing Date: September 11, 2007 at 1:30 p.m.
                                         :
                                         :
-------------------------------------------------------x
```

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF THE EXAMINER FOR AN ORDER AUTHORIZING THE RETENTION OF BDO SEIDMAN, LLP AS ACCOUNTANTS AND FINANCIAL ADVISOR TO THE EXAMINER *NUNC PRO TUNC* TO JUNE 29, 2007

I, Kathleen P. Makowski, counsel for Michael J. Missal, the Court appointed examiner

(the "Examiner") in the above-captioned jointly administered chapter 11 cases, hereby certify as

follows:

1.      On August 8, 2007, the Examiner filed the **Notice of Application** (the "Notice")

and **Application of the Examiner for an Order Authorizing the Retention of BDO Seidman,**

---

[1]     The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

**LLP as Accountants and Financial Advisor to the Examiner** *Nunc Pro Tunc* **to June 29, 2007** [Docket No. 2211] (the "Application").

2.    Pursuant to the Notice, objections, if any, to the Application were required to have been filed with the Court and served on the undersigned so as to be received on or before September 4, 2007 (the "Objection Deadline").

3.    The Objection Deadline has passed and no objections or responses were served upon the undersigned counsel or were entered on the Court's docket.    Accordingly, the Application may be granted.    It is hereby requested that the Order attached to the Application be entered at the earliest convenience of the Court.

Dated: September 6, 2007

**SAUL EWING LLP**

By: _____
    Mark Minuti (DE No. 2659)
    Kathleen P. Makowski (DE No. 3648)
    222 Delaware Avenue, Suite 1200
    P.O. Box 1266
    Wilmington, DE  19899-1266
    (302) 421-6840

    Counsel to the Examiner