UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                            : Chapter 11
                                                  :
NEW CENTURY TRS HOLDINGS, INC.,                   : Case No. 07-10416 (KJC)
a Delaware Corporation, et al.,                   :
                                                  : Jointly Administered
                    Debtors.                      :
                                                  :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Kathleen P. Makowski of Saul Ewing LLP hereby certify that on September 6, 2007, service of the foregoing **Certification of No Objection Regarding Application of the Examiner for an Order Authorizing the Retention of BDO Seidman, LLP as Accountants and Financial Advisor to the Examiner *Nunc Pro Tunc* to June 29, 2007** was made by First Class Mail on the parties identified on the attached Service List.

Kathleen P. Makowski (DE No. 3648)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6400

551510.1 9/6/07

**NEW CENTURY TRS HOLDINGS, INC.,** *et al.*
**Service List** – *Certification of No Objection Regarding the Application of the Examiner for an Order Authorizing the Retention of BDO Seidman, LLP as Accountants and Financial Advisor to the Examiner Nunc Pro Tunc to June 29, 2007*

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square, 920 King Street
P.O. Box 551
Wilmington, DE 19899

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl Young
  Jones & Weintraub LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Suzzanne S. Uhland, Esquire
Emily Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Monika L. McCarthy, Esquire
New Century Mortgage Corporation
18400 Von Karman Avenue, Suite 1000
Irvine, CA 92612

Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

Bennett L. Spiegel, Esquire
Shirley S. Cho, Esquire
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

Holly Felder Etlin
AP Services, LLC
9 West 57th Street, Suite 3420
New York, NY  10019

551510 1 9/6/07