IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
In re:                                          :
                                                : Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,                 :
a Delaware Corporation, *et al.*,[1]            : Case No. 07-10416 (KJC)
                                                :
                   Debtors.                     : Jointly Administered
                                                : Related to Docket No. 2665
                                                :
                                                : **Hearing Date: September 11, 2007 at 1:30 p.m.**
                                                : **Objection Deadline: At the Hearing**
                                                :
-----------------------------------------------------------x

## NOTICE OF HEARING ON MOTION OF MICHAEL J. MISSAL, EXAMINER, FOR AN EXTENSION OF TIME TO FILE HIS REPORT WITH THE COURT

PLEASE TAKE NOTICE that on September 5, 2007, Michael J. Missal, the Examiner (the "Examiner") appointed in the above-captioned jointly administered chapter 11 cases, by and through his undersigned counsel, filed the **Motion of Michael J. Missal, Examiner, for an Extension of Time to File His Report With the Court** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE a hearing with respect to the Motion will be held on **September 11, 2007 at 1:30 p.m.** before the Honorable Kevin J. Carey, United States

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Bankruptcy Judge, at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion will be presented orally to the Court at the hearing.

Dated: Wilmington, Delaware
September 6, 2007

**SAUL EWING LLP**

By: /s/ Kelly Nash
Mark Minuti (DE No. 2659)
Kathleen P. Makowski (DE No. 3648)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6840

and

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
Edward M. Fox, Esq.
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Counsel to the Examiner