06-58793

In re: New Century TRS Holdings, Inc.
Case No. 07-10416-KJC

Litton Loan Servicing Mortgages

| ORIG NO. | DJS FILE NUMBER | CLIENT LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | COUNTY | MORTGAGE BOOK/PAGE | NC MORTGAGE BOOK/PAGE | NEW CENT. LOAN NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7 | 06-58793 | 15609506 | 1818 SW 40TH TERR | CAPE CORAL | FL | 33914 | LEE | 20050001139628 | 20050001139629 | 1004973336 |
| 2 | 18 | 06-62476 | 15430424 | 3113 S. CANAL DR | PALM HARBOR | FL | 34684 | PINELLAS | 14475/475 | 14475/492 | 1002568545 |
| 3 | 22 | 06-63607 | 14402101 | 322 SE 23RD AVE | BOYNTON BEACH | FL | 33435 | PALM BEACH | 18219/1648 | 18219/1672 | 1000974173 |
| 4 | 35 | 06-66128 | 15920101 | 13412 SW 255TH TERR | MIAMI | FL | 33032 | MIAMI-DADE | 24405/4292 | 24405/4314 | 1007007623 |
| 5 | 41 | 06-67102 | 15614100 | 1520 NE 17TH PL | CAPE CORAL | FL | 33909 | LEE | 20050001177474 | 20050001177475 | 1004895769 |
| 6 | 81 | 07-68590 | 30054126 | 4608 BEACON DR | SARASOTA | FL | 34232 | SARASOTA | 2006135817 | 2006135819 | 1008675187 |
| 7 | 118 | 07-75016 | 15504327 | 4712 SW 143RD AVE | MIAMI | FL | 33175 | MIAMI-DADE | 23800/503 | 23800/525 | 1003624297 |
| 8 | 155 | 07-78034 | 15506918 | 1717 DESTINO CT | PORT ORANGE | FL | 32128 | VOLUSIA | 5667/2552 | 5667/2577 | 1003724296 |
| 9 | 156 | 07-78049 | 15979107 | 3297 COMMODORE CT | ROYAL PALM BEACH | FL | 33411 | PALM BEACH | 20306/773 | 20306/794 | 1007621120 |
| 10 | 164 | 07-78880 | 15562127 | 270 LAYNE BLVD | HALLANDALE BEACH | FL | 33009 | BROWARD | 40599/660 | 40599/685 | 1003243029 |
| 11 | 178 | 07-81202 | 14412423 | 6107 GARDEN AVE | WEST PALM BEACH | FL | 33405 | PALM BEACH | 18441/1557 | 18441/1580 | 1001460519 |
| 12 | 206 | 07-85590 | 15983109 | 150 BENTLEY OAKS BLVD | DAVENPORT | FL | 33896 | POLK | 6816/401 | 6816/422 | 1007896315 |
| 13 | 72 | 07-66370 | 15507502 | 3806 SE 4TH AVE | CAPE CORAL | FL | 33904 | LEE | 20050001147002 | 20050001147053 | 1003746833 |
| 14 | 73 | 07-66384 | 15987217 | 801 BRICKELL KEY BLVD, #703 | MIAMI | FL | 33131 | MIAMI-DADE | 24635/2111 | 24635/2135 | 1008075076 |
| 15 | 87 | 07-70272 | 15988223 | 3406 PERCHING RD | SAINT CLOUD | FL | 34772 | OSCEOLA | 3188/1388 | 3188/1412 | 1008126333 |