IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | * | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC.* <br> A Delaware Corporation, et al | | Case No.: 07-10416(KJC) |
| | * | Jointly Administered |
| Debtors | | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of **Gerard William Wittstadt, Jr.** of the law firm of WITTSTADT & WITTSTADT, P.A., 6 Nashua Court, Suite B, Baltimore, Maryland 21221, to represent Select Portfolio Servicing, Inc. in this action.

Dated: September 6, 2007    Buchanan Ingersoll & Rooney

_____
Mary F. Caloway (No. 3059)
1000 West Street
Suite 1410
Wilmington, DE 19801
(302) 552-4209 (direct)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com

**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | * | **Chapter 11** |
| **NEW CENTURY TRS HOLDINGS, INC.** * | | Case No.: 07-10416(KJC) |
| A Delaware Corporation, et al | | |
| | * | Jointly Administered |
| **Debtors** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court. I am admitted, practicing in good standing as a member of the Bars of the United States Supreme Court, State of Maryland, State of West Virginia and District of Columbia, and pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: August 30, 2007

                                          Gerard Wm. Wittstadt, Jr.
                                          WITTSTADT & WITTSTADT, P.A.
                                          6 Nashua Court, Suite B
                                          Baltimore, Maryland 21221
                                          (410) 284-9600
                                          (410) 282-1677-facsimile
                                          gwwittstadt@wittstadtlaw.com

**ORDER GRANTING MOTION FOR ADMISSION OF**
**GERARD WM. WITTSTADT, JR., ESQUIRE _PRO HAC VICE_**

      **IT IS HEREBY ORDERED** counsel's motion for admission _pro hac vice_ is granted.

Date: September ____, 2007

                                          The Honorable Kevin J. Carey
                                          United States Bankruptcy Judge