IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., ) | |
| a Delaware Corporation, et al., ) | Case No. 07-10416 (KJC) |
| ) | |
| Debtors. ) | Joint Administration |
| ) | |

**AFFIDAVIT OF WILLIAM WELLER, PARALEGAL**

STATE OF DELAWARE        :
                         : SS:
NEW CASTLE COUNTY        :

    I, William Weller, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on September 6, 2007, I caused service of the following:

**ENTRY OF APPEARANCE**

    Service was completed upon the parties on the attached list via hand delivery for local counsel, and first-class mail, postage prepaid, for all other listed parties.

Date:  September 6, 2007

_____
William Weller

SWORN TO AND SUBSCRIBED before me this 6th of September, 2007.

_____
NOTARY
My commission expires:_____

**S. STACI HUDSON**
**Notary Public - State of Delaware**
**My Comm. Expires Dec. 11, 2008**

WWW/112908-0001/1607568/1

Mark D. Collins
Michael J. Merchant
Chun I. Jang
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899
[Counsel for Debtors]

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily Culler
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
[Counsel for Debtors]

Bonnie Glantz Fatell
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
[Counsel for The Official Committee of Unsecured Creditors]

Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801
[United States Trustee]

William P. Bowden
Gregory A. Taylor
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
[Counsel for UBS Real Estate Securities, Inc.]

Robert S. Brady
Michael R. Nestor
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
[Counsel for DB Structured Products, Inc.]
[Counsel for Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc.

Megan E. Cleghorn
Skadden, Arps, Slate, Meagher & Flom LLP
P.O. Box 636
One Rodney Square
Wilmington, DE 19899-0636
[Counsel for Maguire Properties-Park Place]

Richard S. Cobb
Matthew B. McGuire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
Counsel for Stoney Point East

Michael Busenkell
Eckert, Seamans, Cherin & Mellot, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Counsel for Credit-Based Asset Servicing and Securitization and Wells Fargo Bank, N.A.

Mary F. Caloway
Eric Lopez Schnabel
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Counsel for Residential Funding Company, LLC

William E. Chipman, Jr.
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801
Counsel for GMAC Commercial Finance LLC and Countrywide Home Loans

Charlene D. Davis
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Counsel for International Business Machines Corporation

Robert J. Dehney
Gregory W. Werkheiser
Daniel B. Butz
Morris, Nichols, Arsht & Tunnell LLP
P.O. Box 1347
1201 N. Market Street, 18th Floor
Wilmington, DE 19899-1347
Counsel for Morgan Stanley Mortgage Capital Inc.

Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
Counsel for Citigroup Global Markets Realty Corp.

Neil B. Glassman
Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Counsel for Natixis Real Estate Capital, Inc.

Joseph Grey
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Counsel for Premier Print and Services Group, Inc.

Michael G. Gallerizzo
David V. Fontana
Gebhart & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801
Counsel for General Electric Capital Corporation

Corporation
Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Counsel for IndyMac Bank, F.S.B. and Qwest

James E. Huggett
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, De 19801
Counsel for Richard S. Austin, Lauren V. Liva, Michael Vandall, Scott Rasmussen, Martha F. Moreland and Carla Lyes

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl & Jones LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Counsel for Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.

Christopher D. Loizides
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Counsel for SunTrust Leasing Corporation

Andrew C. Kassner
Howard A. Cohen
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Counsel for HSBC Bank USA, National Association, HSBC Mortgage Corporation USA

David M. Fournier; David B. Stratton
Evelyn J. Meltzer
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street, Suite 5100
Wilmington, DE 19801
Counsel for Union Bank of California
Counsel for Deutsche Bank National Trust Company
Counsel for Adfitech, Inc.

William F. Taylor, Jr.
Katherine L. Mayer
McCarter & English LLP
P.O. Box 111
919 Market Street, Suite 1800
Wilmington, DE 19899
Counsel for LandAmerica Default Services Company
Counsel for LandAmerica Default Services Company

Steven K. Kortanek
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Counsel for Carrington Mortgage Services, LLC and Carrington Capital Management, LLC

Lisa C. McLaughlin
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
Counsel for Mack-Cali Realty Corporation

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
Counsel for JPMorgan Chase Bank, NA

Francis A. Monaco, Jr.
Monzack and Monaco, P.A.
P.O. Box 2031
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Counsel for RBC Mortgage Company, Royal Bank of Canada and RBC Centura Bank

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19899
Counsel for Bank of America, N.A.

Norman M. Monhait
Rosenthal, Monhait & Goddess, P.A.
P.O. Box 1070
919 Market Street, Suite 1401
Wilmington, DE 19899-1070
Counsel for Kodiak Funding LP and Kodiak CDO I, Ltd.

Ellen W. Slights  
U.S. Attorney's Office  
P.O. Box 2046  
1007 Orange Street, 7th Floor  
Wilmington, DE 19899-2046  

Brian A. Sullivan  
Amy D. Brown  
Werb & Sullivan  
300 Delaware Avenue, 13th Floor  
Wilmington, DE 19899  
Counsel for Mills Enterprises  

Joanne B. Wills  
Michael W. Yurkewicz  
Klehr, Harrison, Harvey, Branzburg & Ellers LLP  
919 Market Street, Suite 1000  
Wilmington, DE 19801  
Counsel for ABN AMRO Bank N.V.  

Jeffrey C. Wisler  
Connolly Bove Lodge & Hutz LLP  
The Nemours Building  
P.O. Box 2207  
1007 N. Orange Street  
Wilmington, DE 19899  
Counsel for Coremetrics, Inc.  

Elihu E. Allinson, III  
William D. Sullivan  
William D. Sullivan, LLC  
4 East 8th Street, Suite 400  
Wilmington, DE 19801  
Counsel for Nabih Mangoubi and Esther Mangoubi  

Michael R. Lastowski  
Christopher M. Lastowski  
Duane Morris LLP  
1100 N. Market Street, Suite 1200  
Wilmington, DE 19801  
Counsel for Hartford Fire Insurance Company  

Victoria W. Counihan, Esq.  
Dennis A. Meloro, Esq.  
Greenberg Traurig, LLP  
The Nemours Building  
1007 N. Orange St., Suite 1200  
Wilmington, DE 19801  
Counsel for CSHV Denver Tech Center, LLC  

Bayard J. Snyder, Esq.  
Snyder & Associates, P.A.  
300 Delaware Ave., Suite 1014  
P.O. Box 90  
Wilmington, DE 19899  
Counsel for National Field Representatives, Inc.  

Douglas D. Herrmann  
Skadden, Arps, Slate, Meagher & Flom LLP  
One Rodney Square  
P.O. Box 636  
Wilmington, DE 19899-0636  
Counsel for Ellington Management Group, L.L.C.  

William A. Hazeltine, Esq.  
Law Offices of William A. Hazeltine LLC  
110 West 9th St., PMB 345  
Wilmington, DE 19801  
Counsel for Walz Postal Solutions, Inc.

Henry Jaffe, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Counsel for Barclays Bank PLC and Barclays Capital

Saul Ewing LLP
Mark Minuti, Esq.
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Kathleen M. Miller, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Ave., 10th Floor
P.O. Box 410
Wilmington, DE 19899
Counsel for BasePoint Analytics LLC

Joseph H. Huston, Jr., Esq.
Stevens & Lee, P.C.
1105 N. Market St., Suite 700
Wilmington, DE 19801
Counsel for The Ad Hoc Committee

Richard D. Becker, Esq.
Becker & Becker, P.A.
2702 Capitol Trail
Newark, DE 19711
Counsel for Regions Bank d/b/a Regions Mortgage

Frederic J. DiSpigna, Esq.
Law Offices of David DiSpigna, P.A.
801 S. University Dr., Suite 500
Plantation, FL 33324
Counsel for Regions Bank d/b/a Regions Mortgage

IKON Office Solutions
Recovery & Bankruptcy
3920 Ark Wright Road, Suite 400
Macon, GA 31210

XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA 90295

Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, DC 20020

Delaware Secretary of State
Division of Corporations
Franchise Tax Division
P.O. Box 7040
Dover, DE 19903

David G. Aelvoet
Linebarger Goggan Blair & Sampson LLP
Travis Building, 711 Navarro, Suite 300
San Antonio, TX 78205
Counsel for Bexar County and City of El Paso

Secretary of the Treasury
P.O. Box 7040
Dover, DE 19903

Richard H. Agins
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178
Counsel for DB Structured Products, Inc.

D.J. Baker
Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522
Counsel for Maguire Properties-Park Place

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430
Counsel for Celina ISD, et al.

John J. Arminas
Goldberg, Kamin & Garvin
1806 Frick Building, 437 Grant Street
Pittsburgh, PA 15219
Counsel for Pennsbury Village Borough

Hernando Azarcon
Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI 48075
Counsel for GMAC Commercial Finance LLC

Paul M. Basta
Joshua A. Sussberg
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Counsel for Citigroup Global Markets Realty Corp.

Hernando Azarcon
Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI 48075
Counsel for GMAC Commercial Finance LLC

Mark N. Berman
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-1832
Counsel for Deutsche Bank National Trust Company

Matthew Botica
David Wirt
Grayson Walter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Counsel for Kodiak Funding LP and Kodiak CDO I, Ltd.

Richard A. Chesley
Kimberly D. Newmarch
Paul, Hastings, Janofsy & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
Counsel for UBS Real Estate Securities, Inc.

Frank G. Burt
Raul A. Cuervo
W. Glenn Merten
Jorden Burt LLP
1025 Thomas Jefferson Street, NW- Suite 400 East
Washington, DC 20007-5208
Counsel for Safeco Financial Institution Solutions, Inc.

Robert P. Cocco
Robert P. Cocco, P.C.
437 Chestnut Street, Suite 1006
Philadelphia, PA 19106
Counsel for Theresa A. Davis

Kenneth P. Coleman
Daniel Guyder
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020
Counsel for Barclays Bank PLC and Barclays Capital

James S. Carr
David Retter
Christena A. Lambrianakos
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Counsel for Wells Fargo Bank, N.A., As Indenture Trustee and Property Trustee

Gretchen Crawford
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102

Raniero D'Aversa, Jr.
Laura D. Metzger
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820
Counsel for ABN AMRO Bank N.V.

Luc A. Despins
Wilbur F. Foster
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Counsel for Morgan Stanley Mortgage Capital Inc.

Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
Counsel for Deutsche Bank National Trust Company

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
Counsel for Harris County, Montgomery County,
Cypress-Fairbanks ISD and Fort Bend County

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
Counsel for New York State Teachers' Retirement System

Robert M. Dombroff
Steven Wilamowsky
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
Counsel for DB Structured Products, Inc.

Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510
Counsel for Federal Express Corporation

Amish R. Doshi
Day Pitney LLP
7 Times Square
New York, NY 10036-7311
Counsel for Oracle USA

T. Robert Finlay
Donna L. La Porte
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660

Scot Freeman
Account Resolution
Travelers
National Accounts
1 Tower Square - 5MN
Hartford, CT 06183-4044
Counsel for Travelers

Barry Freeman
Jeffer Mangels Butler & Marmaro, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Counsel for Union Bank of California

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Nathan Fuchs
Securities & Exchange Commission
233 Broadway
New York, NY 10279

Robert Goodrich
Stites& Harison, PLLC
1800 Fifth Third Center
424 Church Street
Nashville, TN 37219-2376
Counsel for SunTrust Leasing Corporation

Andrew J. Gallo
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
Counsel for DB Structured Products, Inc.

Bruce Gordon
IBM Credit LLC
Special Handling Group-MD NC322
North Castle Dr
Armonk, NY 10504

Robert P. Gates
Erskine & Tulley
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Counsel for 500 Eagles Landing, LLC

Lawrence P. Gottesman
Sukyong Suh
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
Counsel for GMAC Commercial Finance LLC and Countrywide Home Loans

Jeffrey I. Golden
Hutchison B. Meltzer
Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
Counsel for eMortgage Logic LLC

Salvatore J. Graziano
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
Counsel for New York State Teachers' Retirement System

Robert E. Greenberg
Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC
1101 Seventeenth Street, N.W. Suite 700
Washington, DC 20036-4704
Counsel for The Realty Associates Fund VII, LP

Sheldon I. Hirshon
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
Counsel for Huntington Quadrangle 2 LLC

Charles A. Hansen
Mark S. Bostick
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Counsel for Alireza Nazmi and Golden Key Mortgage

Nancy Hotchkiss
Trainor Fairbrook
P.O. Box 255824
980 Fulton Avenue
Sacramento, CA 95865
Counsel for KW Properties Ltd.

Jed Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022
Counsel for The Official Committee of Unsecured Creditors

A. Michelle Hart
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102
Counsel for America's Servicing Company

Mitchell W. Katz
Qwest Legal Department
1801 California Street, Suite 900
Denver, CO 80202
Counsel for Qwest Corporation

Howard R. Hawkins, Jr.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Counsel for Morgan Stanley Mortgage Capital Inc.

Thomas S. Kiriakos
Sean T. Scott
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
Counsel for Carrington Mortgage Services, LLC and Carrington Capital Management, LLC

Gregg S. Kleiner
Cooley Godward Kronish LLP
101 California Street, 5th F.
San Francisco, CA 94111-2222

Mark Lee
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830
Counsel for Contrarian Capital Management, L.L.C.

Thomas M. Korsman
Vice President
Wells Fargo Bank, N.A.
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN 55479
Counsel for Wells Fargo Bank, N.A. as Indenture Trustee and Property Trustee

Randall S. Leff
Eric M. Heller
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212-2974
Counsel for KST Data, Inc.

Matthew J. Lampke
Assistant Chief
Ohio Attorney General's Office
Executive Agencies Section
30 E. Broad Street, 26th Floor
Columbus, OH 43215-4200

Chris Lenhart
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Counsel for Residential Funding Company, LLC

Paul T. Liu
John Guerry
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA 91302
Counsel for Countrywide Home Loans, Inc.

Richard F. Martin
8109 Santa Luz Village Green south
San Diego, CA 92127

Frank F McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Fl.
Boston, MA 02110
Counsel for Iron Mountain Information Management, Inc.

William G. Malcolm
Malcolm & Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612

Sari E. Meador
Delinquency and Enforcement
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, FL 33831-2016

Carlos G. Manalansan
Wolff & Samson, PC
The Offices of Crystal Lake, One Boland Drive
West Orange, NJ 07052
Counsel for Mack-Cali Realty Corporation

David A. Meskan
500 Eagles Landing, LLC
2100 Green Street, Apt. 404
San Francisco, CA 94123

Julie A. Manning
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Counsel for United HealthCare Insurance Company

Keith W. Miller
James R. Bliss
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, NY 10022
Counsel for UBS Real Estate Securities, Inc.

John E. Mitchell
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Counsel for CB Richard Ellis Corporate Facilities Management, Inc.

Mary E. Olsen
M. Vance McCrary
J. Cecil Gardner
The Gardner Firm, P.C.
1119 Government Street
Mobile, AL 36652
Counsel for Richard D. Austin, et al.

Sheryl L. Moreau
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
P.O. Box 475
301 W. High Street, Room 670
Jefferson City, MO 65105-0475

Gregory M. Petrick
Angela Somers
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Counsel for Natixis Real Estate Capital, Inc.

Steven H. Newman
Katsy Korins LLP
605 Third Avenue, 16th Floor
New York, NY 10158
Counsel for Broadway Center Associates, L.P.

Leo D. Plotkin
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049-1633
Counsel for International Business Machines Corporation

Blair A. Nicholas
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Counsel for New York State Teachers' Retirement System

David M. Poitras
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Counsel for Union Bank of California

Daniel T. Powers
Chatham County Tax Commissioner
P.O. Box 8321
Savannah, GA 31412

Mark H. Ralston
Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201
Counsel for Positive Software Solutions, Inc.

Diane J. Richey
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, CA 90071

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
1949 South I.H. 35
Austin, TX 78760
Counsel for City of Edinburg, Edcouch-Elsa ISD, Nueces County and South Texas College

Michael Reed
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680
Counsel for Claimants, Tax Appraisal District of Bell County, County of Denton, Mexia Independent School District, County of Williamson

James R. Savin
David M. Dunn
Joanna F. Newdeck
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., NW
Washington, DC 20036
Counsel for ChoicePoint Inc.

Glenn M. Reisman
Two Corporate Drive, Suite 234
Shelton, CT 06484
Counsel for SRIVA Relocation

Richard J. Reynolds
Turner, Reynolds, Greco & O'Hara
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618
Counsel for MTC Financial Inc., dba Trustee Corps

Margot B. Schonholtz
Mark F. Liscio
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
Counsel for Bank of America, N.A.

Robert F. Reynolds
Slatkin & Reynolds, P.A.
One East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33301
Counsel for Canpro Investments Ltd.

Felix A. Seidler
Reeves & Seidler
2527 Santa Clara Avenue
Alameda, CA 94501-4633
Counsel for Scott Morris and Angela Morris

Joseph H. Smolinsky
Douglas E. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Counsel for Credit Suisse First Boston Mortgage
Capital LLC and DLJ Mortgage Capital, Inc.

Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 N. Central Expressway
Dallas, TX 75205
Counsel for Carrollton-Farmers Branch ISD, Garland
ISD and Lewisville ISD

Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Counsel for Greenwich Capital Financial Products, Inc.
and The CIT Group/Business Credit, Inc.

Bryn H. Sherman
Deckelbaum Ogens & Raftery, Chtd.
3 Bethesda Metro Center, Suite 200
Bethesda, MD 20814
Counsel for 816 Connecticut Avenue L.P.

Claudia Z. Springer
Reed Smith LLP
2500 One Liberty Place, 1650 Market St.
Philadelphia, PA 19103-7301
Counsel for IndyMac Bank, F.S.B.

Don C. Sherwood
Sherwood and Hardgrove
11812 San Vicente Blvd., Suite 210
Los Angeles, CA 90049-6622
Counsel for Douglas Emett 2000, LLC

J.R. Smith
Jason W. Harbour
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
Counsel for Credit-Based Asset Servicing and
Securitization LLC and Wells Fargo Bank, N.A.

David I. Swan
Kenneth M. Misken
McGuire Woods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215
Counsel for Sprint Nextel Corporation

Patricia B. Tomasco
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701
Counsel for Ellington Management Group, Inc.

Seth R. Weissman
V.P. & General Counsel
Coremetrics, Inc.
1840 Gateway Drive, Suite 320
San Mateo, CA 94404
Counsel for Coremetrics, Inc.

Elizabeth Weller
Linebarger Googan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX 75201-2644
Counsel for Dallas County

Katherine M. Windler
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Counsel for GMAC Commercial Finance LLC and
Countrywide Home Loans

John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

Madeleine C. Wanslee
Gust Rosenfeld PLC
201 E. Washington, Suite 800
Phoenix, AZ 85004-2327
Counsel for Maricopa County Treasurer

Stuart B. Wolfe
Yaron Shaham
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614
Counsel for Wolfe & Wyman LLP

Gilbert B. Weisman
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701
Counsel for American Express Travel Related Svcs Co
Inc Corp Card

Brian D. Womac
Denise H. Mitchell
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, TX 77024
Counsel for DRA CRT Post Oak, L.P.

Donald A. Workman
Baker & Hostetler LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036
Counsel for Fidelity National Information Services

David H. Zielke
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, WMC 3501
Seattle, WA 98101

IKON Financial Services  
1738 Bass Road  
P.O. Box 13708  
Macon, GA 31208-3708  

David McCall  
Gay, McCall, Isaacks, Gordon & Roberts, P.C.  
777 East 15th Street  
Plano, TX 75074  
Counsel for Collin County Tax Assessor/Collector  

Daniel Ansell, Esq.  
Kenneth Philbin, Esq.  
Greenberg Traurig, LLP  
MetLife Building  
200 Park Avenue  
New York, NY 10166  
Counsel for CSHV Denver Tech Center, LLC  

Larry A. Levick, Esq.  
Michelle E. Shriro, Esq.  
Gerard Singer Levick, P.C.  
16200 Addison Rd., Suite 140  
Addison, TX 75001  
Counsel for Afffiliated Computer Services, Inc. and ACS Commercial Solutions, Inc.  

Jonathan Hook  
Kelley Drye & Warren LLP  
101 Park Avenue  
New York, NY 10178  
Counsel for Wells Fargo Bank, N.A.  

James M. Trush, Esq.  
Trush Law Office  
695 Town Center Drive, Suite 700  
Costa Mesa, CA 92626  
Counsel for Daniel J. Rubio, John Hicks, David Vizcara, et al.,  

Sherry D. Lowe, Esq.  
Lamm Rubenstone Lesavoy Butz & David LLC  
3600 Horizon Blvd., Suite 200  
Trevose, PA 19053  
Counsel for National City Commercial Capital Company, LLC  

Bruce L. Segal, Esq.  
Honigman Miller Schwartz & Cohn LLP  
38500 Woodward Ave., Suite 100  
Bloomfield Hills, MI 48304  
Counsel for QKC Maui Owner, LLC  

Richard M. Lucas, Esq.  
Charles A. Malloy, Esq.  
Arnold & Porter LLP  
555 Twelfth St., N.W.  
Washington, D.C. 20004  
Counsel for Tamares Real Estate Holdings, Inc., Plaza America Office Development, LLC and Plaza Office Realty II, LLC  

Thomas D. Maxson  
Cohen & Grigsby, P.C.  
11 Stanwix St., 15th Floor  
Pittsburgh, PA 15222-1319  
Counsel for National Field Representatives, Inc.

Joseph D. Frank
Frank/Gecker LLP
325 N. LaSalle St., Suite 625
Chicago, IL 60610
Counsel for Speedpay, Inc.

Mark A. McDermott
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Counsel for Ellington Management Group, L.L.C.

Leslie Marks
3099 Suter Street
Oakland, CA 94602

Judith T. Romano, Esq.
Phelan, Hallinan & Schmieg, LLP
1717 John F. Kennedy Blvd.
Suite 1400
Philadelphia, PA 19103

Victoria L. Nelson, Esq.
Ogonna M. Atamoh, Esq.
Santoro, Driggs, Walch, Kearney, Johnson & Thompson
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101
Counsel for United Insurance Company of America, an Illinois corporation

Eric T. Moser, Esq.
Edward M. Fox, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022-6030

Rebecca L. Kline Dubill, Esq.
Stephen G. Topetzes, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006-1600

John T. Banks, Esq.
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
3301 Northland Drive, Suite 505
Austin, TX 78731
Counsel for Hidalgo County

Susan L. Vaage
Graham Vaage & Cisneros
500 North Brand Blvd., Suite 1030
Glendale, CA 91203
Counsel for Bank of the West

Susan R. Fuertes, Esq.
14910 Aldine-Westfield Road
Houston, TX 77032
Counsel for Aldine Independent School District

Gina Brown
2303 18 Mile Road, NE
Cedar Springs, MI 49319

Richard J. Bernard, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Counsel for BasePoint Analytics LLC

Daniel J. Mitchell, Esq.
Bernstein, Shur, Sawyer & Nelson
100 Middle Street, West Tower
P.O. Box 9729
Portland, MN 04104-5029
Counsel for The Ad Hoc Committee

Andrew A. Nicely, Esq.
Mayer, Brown, Rowe & Maw LLP
1909 K Street N.W.
Washington, DC 20008
Counsel for Wells Fargo Bank N.A.
a/k/a Wells Fargo ITS