# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : |
| | : Jointly Administered |
| | : |
| Debtors. | : Objection Deadline: September 25, 2007 |
| | . Hearing Date: October 2, 2007 at 1:30 p.m. |
| | : |

## DECLARATION OF RUSSELL C. SILBERGLIED IN SUPPORT OF DAMAGES PURSUANT TO 11 U.S.C. § 362(k) INCURRED BY THE DEBTORS DUE TO POSITIVE SOFTWARE SOLUTIONS, INC.'S VIOLATIONS OF THE AUTOMATIC STAY

STATE OF DELAWARE    )
                     ) SS:
COUNTY OF NEW CASTLE )

Russell C. Silberglied, after being duly sworn according to law, deposes and says:

1.  I am a director with the firm, Richards, Layton & Finger, P.A. ("RL&F"), and have been admitted to appear before this Court.

2.  I am familiar with the work performed on behalf of the Debtors by the lawyers in RL&F.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

3.    On August 14, 2007, the Court entered an order directing the Debtors to produce one or more affidavits or declarations setting forth the damages they seek to prove at the evidentiary hearing scheduled for October 2, 2007 at 1:30 p.m. in connection with Positive Software Solutions, Inc.'s ("PSSI") violations of the automatic stay. Attached hereto as <u>Exhibit A</u> are detailed RL&F time records setting forth descriptions of the services provided by each professional or paraprofessional, as well as an aggregate dollar value of the time spent by RL&F attorneys and paraprofessionals, in connection with PSSI's violations of the automatic stay. RL&F respectfully submits that this aggregate dollar value constitutes the appropriate amount of damages to be awarded to the Debtors solely with respect to RL&F's work in responding to PSSI's stay violations. RL&F also understands that Susman Godfrey, defense counsel in the underlying lawsuit, is producing an affidavit today. The Debtors respectfully request that damages be awarded in the amount of the sum of the totals listed in the RL&F and Susman affidavits.

4.    The aggregate dollar value provided on <u>Exhibit A</u> is exclusive of amounts that will be sought by the Debtors in the *Debtors' Motion for Additional Sanctions Against Positive Software Solutions, Inc. for Further Violation of the Automatic Stay* [Docket No. 2566] filed on August 24, 2007.

5. The estates were further harmed by the fees and expenses that Positive Software forced Hahn & Hesson, counsel to the creditors committee, to incur (and ultimately charge to the estates) when Hahn & Hesson also objected to the motion. Moreover, the estates were harmed by the fees and expenses that Positive Software forced O'Melveny & Myers, LLP, which is RL&F's co-counsel, to incur (and ultimately charge to the estates). RL&F is also billing the estates for significant expenses associated with document preparation and circulation, including photocopying, binding, and service costs in connection with the Positive Software matter. However, the Debtors are not seeking damages for any of the fees and costs described in this paragraph. This further supports the award sought by the Debtors of the full amount of the RL&F and Susman Godfrey fees.

_____
Russell C. Silberglied (No. 3462)

SWORN AND SUBSCRIBED before me
this 6th day of September, 2007.

_____
Notary Public
My Commission Expires: 4/17/09

**Exhibit A**

| Date | Timekeeper | Hours | Rate | Charge | Description |
|---|---|---|---|---|---|
| 07/11/07 | MXR | 0.9 | $365.00 | $328.50 | Review motion for relief from stay re: litigation matter (.5); review e-mail re: relief from stay motion and rebuttal legal issues (.4) |
| 07/11/07 | RCS | 1.5 | $490.00 | $735.00 | Review Positive Software motion (.5); e-mail recommendation of strategy on same to client, co-counsel and defense counsel (.2); e-mails with T. Peles-Gray re: Positive Software (.1); e-mails with Susman Godfrey attorneys re: Positive Software (.1); read three Susman Godfrey e-mails and respond (.3); read Positive Software's renewed District Court motion (.2) |
| 07/12/07 | RCS | 0.5 | $490.00 | $245.00 | Review Positive Software documents (.1); read Positive Software documents (.1); exchange multiple messages with O. Camina re: Positive Software (.1); call with T. Peles-Gray re: Positive Software (.2) |
| 07/13/07 | RCS | 0.3 | $490.00 | $147.00 | Call with O. Camina re: Positive Software |
| 07/16/07 | RCS | 0.7 | $490.00 | $343.00 | E-mail to client, co-counsel re: Positive Software (.1); call with T. Peles-Gray, B. Barnett and O. Camina re: Positive Software (.4); review Texas court Positive Software draft pleading (.1); suggest changes (.1) |
| 07/17/07 | RCS | 3.2 | $490.00 | $1,568.00 | Read new stay relief opinion (.2); e-mail to T. Peles-Gray and B. Barnett re: same (.1); Read Positive Software motion (.3); draft objection to Positive Software motion (1.1); continue drafting Positive Software objection 91.4); e-mail to B. Barnett re: Positive Software issues (.1) |
| 07/18/07 | RCS | 4.9 | $490.00 | $2,401.00 | Continue drafting objection to Positive Software motion (4.7); e-mail to Susman Godfrey attorneys, client and O'Melveny re: Positive Software objection (.1); finalize draft (.1) |
| 07/18/07 | JF1 | 0.2 | $150.00 | $30.00 | Meetings with R. Silberglied to discuss issue |
| 07/19/07 | CMS | 1.1 | $235.00 | $258.50 | Meet with R. Silberglied re: Positive Software relief from stay motion (.1); research case cites for response to Positive Software stay relief motion (1.0) |
| 07/19/07 | MXR | 1.6 | $365.00 | $584.00 | Review response to Positive Software motion (.5); review Positive Software motion for relief from stay (.9) meeting with R. Silberglied (.2) |
| 07/19/07 | RCS | 2.2 | $490.00 | $1,078.00 | Conference with M. Ramos re: Positive Software cross motion (.1); read Susman Godfrey draft responses to motion to amend (.1); e-mail to O. Camina re: same (.1); review Susman Godfrey comments to stay relief objection (.1); read and revise Susman Godfrey comments to brief (.2); assign research to C. Samis (.1); conference with M. Ramos re: Positive Software (.2); e-mail with O. Camina re: same (.1); revise objection (1.0); finalize second draft of Positive Software objection and e-mail to team re: same (.1); e-mail to S. Younglove re: insurance on same (.1) |
| 07/19/07 | RCS | 0.1 | $490.00 | $49.00 | Provide Positive Software April pleading to Susman Godfrey paralegal |
| 07/19/07 | JF1 | 2.9 | $150.00 | $435.00 | Research re: 11 U.S.C. 362 |
| 07/20/07 | CMS | 2.0 | $235.00 | $470.00 | Review/revise Positive Software stay relief response (2.0) |

3195071_1.XLS

| Date | Timekeeper | Hours | Rate | Charge | Description |
|---|---|---|---|---|---|
| 07/20/07 | RCS | 0.4 | $490.00 | $196.00 | E-mails from/to S. Younglove re: Positive Software (.1); review revised Positive Software pleading (.1); e-mail from/to O. Camina re: Positive Software subpoenas and review same (.1); conference with C. Samis and conference with M. Ramos re: use of same on cross motion (.1) |
| 07/20/07 | JF1 | 4.4 | $150.00 | $660.00 | Research section 362 "probability of success on merits requirement" |
| 07/21/07 | CMS | 1.3 | $235.00 | $305.50 | Review/revise response to Positive Software stay relief motion |
| 07/23/07 | CMS | 1.9 | $235.00 | $446.50 | Meet with R. Silberglied re: response to Positive Software stay relief motion (.2); research on subpoenas against non-debtor parties violating the automatic stay (1.5); review/revise response to Positive Software stay relief motion (.2) |
| 07/23/07 | RCS | 0.5 | $490.00 | $245.00 | Conference with J. Finocchiaro re: Positive Software research (.1); revise brief (.3); attention to Positive Software stay violation (.1) |
| 07/23/07 | JF1 | 3.3 | $150.00 | $495.00 | Research on section 362 - probability of success on the mertis (3.0); Conference with R. Silberglied re: same (.3) |
| 07/24/07 | CMS | 0.1 | $235.00 | $23.50 | Call from M. Ralston re: Positive Software stay relief |
| 07/24/07 | MXR | 0.1 | $365.00 | $36.50 | Review e-mail re: Positive Software motion and disclosure |
| 07/24/07 | RCS | 1.0 | $490.00 | $490.00 | Review Positive Software subpoenas (.1); discuss effect of Positive Software subpoenas with C. Samis (.1); call from M. Ralston re: Positive Software (.1); e-mail to client, co-counsel re: same (.1); two e-mails from O. Camina (.2); review local rule re: stay relief motions (.1); e-mails with Ralston, O. Camina and D. Astin re: Positive Software issues (.2) |
| 07/24/07 | CMS | 0.5 | $235.00 | $117.50 | Research service of subpoena on nondebtor parties violating automatic stay (.4); meet with R. Silberglied re: research assignment on service of subpoenas violating the automatic stay (.1) |
| 07/25/07 | RCS | 0.3 | $490.00 | $147.00 | Call from D. Astin re: Positive Software (.3) |
| 07/26/07 | RCS | 0.2 | $490.00 | $98.00 | Review Positive Software state court pleading (.1); e-mails from/to O. Camina re: same (.1) |
| 07/27/07 | RCS | 0.2 | $490.00 | $98.00 | Call from M. Indelicato re: Positive Software (.1); e-mails to M. Indelicato and to T.P. Gray re: same (.1) |
| 07/28/07 | RCS | 0.1 | $490.00 | $49.00 | E-mails from/to D. Astin re: Positive Software |
| 07/30/07 | AJ | 0.2 | $175.00 | $35.00 | Prepare exhibit to response to Positive Software's stay relief motion |
| 07/30/07 | CXG | 0.2 | $175.00 | $35.00 | Revise objection to Positive Software automatic stay |
| 07/30/07 | RCS | 0.1 | $490.00 | $49.00 | Finalize Positive Software objections (.1) |
| 07/31/07 | CXG | 0.3 | $175.00 | $52.50 | E-file and coordinate service of response to Positive Software motion regarding automatic stay |
| 07/31/07 | RCS | 0.1 | $490.00 | $49.00 | Attend to Positive Software issues |

3195071_1.XLS

| Date | Timekeeper | Hours | Rate | Charge | Description |
|---|---|---|---|---|---|
| 08/01/07 | RCS | 0.2 | $490.00 | $98.00 | E-mails from/to O. Camina re: Positive Software; prepare for Positive Software hearing |
| 08/02/07 | CXG | 0.1 | $175.00 | $17.50 | E-file declaration of service of J. Edmonson regarding debtors' response to motion of Positive Software |
| 08/02/07 | RCS | 0.9 | $490.00 | $441.00 | Revise objection to Positive Software subpoena (.5); review motion to strike Positive Software motion (.2); call with S. Younglove re: Positive Software insurance issues (.2) |
| 08/02/07 | RCS | 0.2 | $490.00 | $98.00 | E-mails from/to S. Younglove and L. McDermott re: Positive Software documents (.1); review Liberty Surplus complaint for Positive Software hearing (.1) |
| 08/02/07 | RCS | 1.0 | $490.00 | $490.00 | Preparation for Positive Software hearing |
| 08/02/07 | RCS | 2.2 | $490.00 | $1,078.00 | Preparation for Positive Software hearing (1.6); conference with M. Merchant re: evidence for same (.3); call with T.P. Gray re: evidence for Positive Software hearing (.2); read arbitration award for same (.1) |
| 08/06/07 | RVC | 2.1 | $175.00 | $367.50 | Preparation of hearing binder for R. Silberglied re: Positive Software relief stay motion (.6); preparation of exhibit binders (4 sets) for Positive Software relief stay motion (1.5) |
| 08/06/07 | RCS | 2.6 | $490.00 | $1,274.00 | Review committee's objection to Positive Software (.1); e-mail to Susman Godfrey attorneys re: Positive Software (.1); review Positive Software reply brief (.2); commence drafting e-mail to client, defense counsel re: same (.1); finish e-mail to Susman Godfrey re: Positive Software's reply brief (.1); review K. Gardner e-mail re: Positive Software issues (.1); e-mail to D. Astin re: Positive Software hearing evidence (.1); call from O. Camina and K. Gardner re: Positive Software (.4); four e-mails with M. Ralston re: hearing documents (.2); two e-mails to Susman Godfrey re: same (.1); call from C. Neff re: motion for leave to file under seal (.1); e-mail from opposing counsel to Susman Godfrey attorneys re: Positive Software reply papers (.1); read Positive Software's reply and seal motion (.3); multiple e-mails with Susman Godfrey re: same (.3); two e-mails with M. Indelicato re: same (.2); e-mail to C. Neff re: same (.1) |
| 08/06/07 | RCS | 4.7 | $490.00 | $2,303.00 | Draft Positive Software argument outline (2.4); prepare for Positive Software hearing (1.1); instructions to C. Greer and R. Speaker re: hearing binders (.1); discuss hearing with M. Merchant (.1); attention to hearing evidence (.1); review and revise hearing agenda (.1); further instructions to R. Speaker re: hearing documents (.1); hearing preparation (7) |
| 08/07/07 | RCS | 0.2 | $490.00 | $98.00 | E-mails from/to M. McCarthy re: Positive Software (.1); additional e-mails re: same (.1) |

3195071_1.XLS

| Date | Timekeeper | Hours | Rate | Charge | Description |
|---|---|---|---|---|---|
| 08/07/07 | RCS | 3.9 | $490.00 | $1,911.00 | Prepare for Positive Software hearing (.7); call from M. Ralston re: hearing exhibits (.1); attend Positive Software hearing (2.4); Report results of Positive Software hearing to client, defense counsel (.2); e-mails with B. Barnett re: evidentiary hearing (.1); e-mails with O. Camina re: hearing (.1); e-mails with B. Metcalf re: hearing (.1); instructions to C. Samis re: order and RL&F evidence for evidentiary hearing (.2) |
| 08/08/07 | CMS | 0.8 | $235.00 | $188.00 | Draft order granting Postitive Software cross motion |
| 08/27/07 | CMS | 1.1 | $235.00 | $258.50 | Review time records to perform damages calculation for Positive Software damages declaration |

**TOTAL DAMAGES $20,922.50**

3195071_1.XLS