IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br><br>Debtor. | Case No. 07-10416-KJC<br>(Chapter 11)<br><br>**Objections due by: 09/04/07**<br>**Hearing Date: 09/11/07**<br><br>*Property Address:  18416 Shallowford*<br>*                                   Louisville, KY.  40245*<br>*Movant's Loan No.: 0123462046* |

**CERTIFICATE OF NO OBJECTION**
*(relates to Docket No. 2287)*

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on 08/08/07 (Docket No. 2287).  The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than 09/04/07.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.


Dated: September 6, 2007                    Respectfully submitted,
           Wilmington, Delaware
                                                              DRAPER & GOLDBERG, PLLC


                                                               /s/ Adam Hiller
                                                              Adam Hiller (DE No. 4105)
                                                              1500 North French Street, 2nd Floor
                                                              Wilmington, Delaware 19801
                                                              (302) 339-8776 telephone
                                                              (302) 213-0043 facsimile

                                                              and

Thomas D.H. Barnett (DE No. 994)
Draper & Goldberg, PLLC
P.O. Box 947
512 East Market Street
Georgetown, Delaware 19947

*Attorneys for Movant*