August 26, 2007

To the Honorable Kevin J. Carey,

Sir, I am re-sending my original claim dated April18, 2007, per your request, against Home123, a wholly owned subsidiary of New Century Mortgage as per the general bar date of August 31, 2007, with the following amended "date in which the debt was incurred" to that of 2/27/2007. As I am doing the work myself here, please excuse my earlier mistake. Also, Judge Corey, as I am partially disabled, with a neurological disorder, please also show leniency in the courts interpretation of how I set this up as one claim, when it could be viewed as two, (2) whole teams which I had recruited for Home123, as they are two separate transactions and represents nine months of work. I set up exhibits A, and B, in order to reflect these two separate transactions, in which there were actually whole offices placed, and am hoping you will see the way I broke these down into unsecured, and priority amounts, as to not be limited to the amount I could be awarded. I desperately need this money for survival and medical care, and performed the work in advance of being paid, IN GOOD FAITH. My work was completed when both separate teams were offered the positions, and they accepted those offers. Please see both attached invoices, Exhibit, A, and Exhibit B, which were both approved for payment by a Senior Vice President, Dick Austin, of Home123, who was over all the Builder business for the Company, nationwide, and a legal representative of the Company.

Thank you for your very careful consideration here, Judge, I wish I could be there and state my claim personally. However, please feel free to call me with any questions you may have, and I beg you Sir, to order payment of these amounts. To have had all the work I performed for them over nine months, as I was working for them exclusively, result in no income at all, is criminal in my mind. Not only did I recruit these individuals, whom I was only billing them for the Manager and one other Mortgage Banker, but hundreds of others for which after moving to new Companies, the Home 123 Executives have gone after my candidates directly, without any consideration for my services, and the hours and months and in some cases years that it took me to recruit these people for them. My business has been severely affected by this bankruptcy not only because I didn't get paid for these two invoices, but also all the other searches I was performing for them throughout the Western States. They have taken my "stable" of referrals as their own at these new Companies, basically putting me out of business when you combine that with other market factors. Truly it must be criminal, please make them pay me at least for that which was successfully completed.

Leslie K. Hill, dba Farallon Enterprises
7756 Dos Palos Lane,
Sebastopol, California 95472
(707) 824 8707

*Leslie K. Hill*

SEP - 5 2007