New Century Claims Processing
c/o XRoads Case Management Services
2 Park Plaza Main Street # 438
El Segundo, CA 90245

KIM HILL
FARALLON ENTERPRISES
7756 DOS PALOS LN
SEBASTOPOL, CA 95472

FIRST CLASS MAIL
U.S. POSTAGE
PAID
LOS ANGELES, CA
PERMIT #3828

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
NEW CENTURY TRS HOLDINGS, INC., A DELAWARE CORPORATION, ET AL.
NEW CENTURY CLAIMS PROCESSING
C/O XROADS CASE MANAGEMENT SERVICES
1821 EAST DYER ROAD, SUITE 225
SANTA ANA, CA 92705
T: (888) 784-9571

**PROOF OF CLAIM**

In Re: New Century TRS Holdings, Inc., a Delaware corporation, et al.
Chapter 11 Case No. 07-10416 (KJC) (Jointly Administered)

**Name of Debtor:** HOME 123
**Case Numbers:** 07-10416 KJC

**Name of Creditor** (The person or other entity to whom the debtor owes money or property)
Kim Hill

**Name and Address Where Notices Should be Sent:** 3088983

Kim Hill
Farallon Enterprises
7756 Dos Palos Ln
Sebastopol CA 95472

Telephone No: 707-824-8707

THIS SPACE IS FOR COURT USE ONLY

☑ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if this address differs from the address on the envelope sent to you by the court.

**Account or other number by which creditor identifies debtor:** 07-10421

CHECK HERE IF THIS CLAIM: ☐ REPLACES ☑ AMENDS a previously filed claim, dated 4/18/2007

I had put 2006 erroneously in item (2 months storm) when the debt was due on MARCH 2, 2007 IN BOTH INVOICES EXHIBITS A + B.

**1. BASIS FOR CLAIM**
☑ Goods sold
☑ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☑ Wages, salaries, and compensation (Fill out below)
Last four digits of SS #: 2074
Unpaid compensation for services performed
from 06/01/06 to 03/02/07

**2. DATE DEBT WAS INCURRED:** MARCH 2, 2007

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case was filed included in secured claim above, if any: $ _____

**Unsecured Nonpriority Claim $ 28,100**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority.
Amount entitled to priority $ 21,900
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☑ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( ).
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 28,100 (Unsecured Nonpriority) + $ _____ (Secured) + $ 21,900 (Unsecured Priority) = $ 50,000.00 (Total)

☐ If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below. (Complete box 6 if applicable.)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
☑ **7. SUPPORTING DOCUMENTS:** Attach legible copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**DATE:** 8/26/07
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
KIM HILL dba FARALLON ENTERPRISES

RECEIVED / FILED
SEP 05 2007
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBITS A: 0171763
B: 0171762


0710416070515171902054880

B 10 (Official Form 10) (04/07)

**PROOF OF CLAIM**

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF Delaware | |
|---|---|
| Name of Debtor: NEW CENTURY TRS HOLDINGS, INC, ET AL | Case Number: 07-10416 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): **Leslie K. Hill, dba. Farallon Enterprises** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent: Leslie K. Hill<br>7756 Dos Palos Lane<br>Sebastopol, California 95472-5315 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. | THIS SPACE IS FOR COURT USE ONLY |
| Telephone number: (707) 824-8707 | ☐ Check box if the address differs from the address on the envelope sent to you by the court. | |
| Last four digits of account or other number by which creditor identifies debtor: 07-10421 | Check here ☐ replaces<br>if this claim ☐ amends    a previously filed claim, dated: | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Taxes
- ☐ Personal injury/wrongful death
- ☑ Services performed
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Money loaned
- ☑ Other: I EXTENDED CREDIT TO THEM WHILE PERFORMING FULL TIME RECRUITING SERVICES FOR THEIR WESTERN DIVISION AND I AM P[...] EXECUTIVE

☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS # 5 [...]
Unpaid compensation for services performed
From 6/1/06 to 2/27/2007
PLEASE SEE ATTACHED [...]

**2. Date debt was incurred:** 02/27/2006    **3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ **$28,100**

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Other
☐ Motor Vehicle

Value of Collateral: $

Amount of arrearage and other charges at time case filed included in secured claim, if any: $

**Unsecured Priority Claim**

☑ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $ **$21,900**

CREDITOR PLACED TWO WHOLE MORTGAGE TEAMS WITH HOME 123, DENVER 07/04/2, WHICH SERVICES WERE COMPLETED, OFFERS ACCEPTED, WORK TOOK OVER NINE MONTHS,
INVOICE # 0171763, SEE ATTACHED WERE APPROVED BY MANAGERS, AND LEGAL REPRESENTATIVE OF COMPANY, FURTHERMORE
INVOICE # 0171762 and THEY WERE PROTECTED IN MARCH 2[...] RECEIVED MAILED 3/24

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ **$28,100** (unsecured)  **$21,900** (secured)  (priority)  **$50,000** (total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

APR 20 [2007]

[...] Claims
[...] Services

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 04/18/2007 | Leslie K. Hill, dba Farallon Enterprises /s/ Leslie K. Hill, dba Farallon Enterprises |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBITS A: 0171763
         B: 0171762

**Farallon Enterprises**
**7756 Dos Palos Lane**
**Sebastopol, California 95472**
**707-824-8707**
<u>myswancat@comcast.net</u>

To: Dick Austin/ Sr. Vice President/Builder Division
3353 Michaelson Drive #100
Irvine, California   92612

Date: March 2, 2007

Invoice# 0171762
Tax ID# 527042174

---

For the marketing, and accepted offer with of the Search activities involved in locating Steve Smith, Sales Manager for the Benicia office, and an entire team to run that office as well as a satellite in Napa, the fee is now due and payable to Farallon Enterprises even in lieu of the unfortunate circumstances facing the parent Company, New Century Financial. These services were conducted in good faith, and offered "on credit." Services were provided and completed when offers were made and accepted. The fee is now due for Steve Smith, who would have reported to Dick Austin in Benicia. The sum of                              **$15,000** is now due and payable.              $15,000
Also, the fee for one of the loan officers on his team is due and payable as well $10,000.
                                                                    due now           $25,000.

Kim Hill
Farallon Enterprises
707-824-8707

*approved:*
*Dick Austin* (signature)

DICK AUSTIN
SENIOR VICE PRESIDENT

Dick Austin
Senior Vice President
3353 Michelson Dr., # 100
Irvine, CA 92612
cell 714-473-1544
fax 949-517-4246
dick.austin@home123.com

EXHIBIT B

*Farallon Enterprises*
*7756 Dos Palos Lane*
*Sebastopol, California 95472*
*707-824-8707*
*myswancat@comcast.net*

To: Dick Austin/Sr Vice President/Builder Div.
3353 Michaelson Drive, Suite 100
Irvine, California 92612

Date: March 2, 2007

Invoice# 0171763
Tax ID# 527042174

---

For the accepted offer of **Ed Ortega** in the Sacramento Office reporting to **Dick Austin**
In the position of: **Sales Manager and for an entire sales team**
Start Date: April 2, 2007
The placement fee of: **$15,000,**              is now due and payable.
And additional       **$10, 000** for the fee for one additional Loan officer is due per
contractual arrangement              Totalling: **$25,000 now due and payable**
                                                   Thank You,

Kim Hill
Farallon Enterprises

*approved*
*Dick Austin*
DICK AUSTIN
SENIOR VICE PRESIDENT

Dick Austin
Senior Vice President
3353 Michelson Dr., # 100
Irvine, CA 92612
cell 714-473-1544
fax 949-517-4246
dick.austin@home123.com

EXHIBIT A