IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC., : | (Jointly Administered) |
| : | |
| Debtors. : | **Related to Docket No. 2301** |
| : | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND TO ANNUL THE AUTOMATIC STAY NUNC PRO TUNC

The undersigned hereby certifies that he has received no answer, objection, or other responsive pleading to the **Motion for Relief from the Automatic Stay and to Annul the Automatic Stay Nunc Pro Tunc** ("Motion"), which was filed with the Court on August 20, 2007. Objections to the Motion were to be filed and served no later than September 4, 2007, at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court at its earliest convenience.

Dated: September 7, 2007

_____
Jeffrey C. Wisler (No. 2795)
Marc J. Phillips (No. 4445)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Phone (302) 884-6581
Fax (302) 255-4282

-and-

Jeremy E. Bob, Esq.
STERN, LAVINTHAL, FRANKENBERG & NORGAARD, LLC
184 Grand Ave.
Englewood, NJ 07631
Tel: (201) 871-1333
Fax: (201) 871-3161

Counsel for Approved Financial Corp.

#562725v1