## CERTIFICATE OF SERVICE

I, Marc J. Phillips, hereby certify that on the 7th day of September, 2007, I caused a copy of the foregoing to be served in the manner indicated on the following parties.

*[signature]*
Marc J. Phillips (No. 4445)

---

**BY HAND DELIVERY**
Mark D. Collins, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Jr., Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**BY FIRST CLASS U.S. MAIL**
New Century TRS Holdings
18400 Von Karman Ave.
Irvine, CA 92612

Suzanne S. Uhland, Esq.
Ben H. Logan, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Mark T. Power, Esq.
Mark S. Indelicato, Esq.
488 Madison Avenue
14th & 15th Floor
New York, NY 10022

#562736