UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC., | § | CASE NO. 07-10416-KJC |
| ET. AL., | § | |
| | § | Chapter 11 |
| Debtors. | § | |
| | § | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, the undersigned moves the admission *pro hac vice* of **Michael Shore, Esquire** to represent Positive Software Solutions, Inc., in this action.

FOX ROTHSCHILD LLP

/s/ Carl D. Neff
Daniel K. Astin (Del. No. 4068)
Anthony M. Saccullo (Del. No. 4141)
Carl D. Neff (Del No. 4895)
Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444
asaccullo@foxrothschild.com

Dated: August 31, 2007

SEP - 5 2007

# 2625
8/31/07

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, the United States District Court for the Northern, Eastern, Western and Southern Districts of Texas, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Federal Circuit, and the United States Supreme Court and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court*



Michael Shore, Esquire
Shore Chan Bragalone LLP
325 North Saint Paul Street-Suite 4450
Dallas, Texas 75201
214.593.9110 Telephone
214.593.9111 Facsimile
shore@shorechan.com

\* Receipt No. 148750

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: September 5, 2007

BY THE COURT:

The Honorable Kevin J. Carey
United States Bankruptcy Court