## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON SEPTEMBER 11 AT 1:30 P.M.

## I.    CONTINUED MATTERS:

1.    Motion of Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, All Others Similarly Situated, and the General Public, for an Order Granting Relief from the Automatic Stay [Docket No. 635; filed 5/110/7]

Objection Deadline:    May 23, 2007 at 4:00 p.m.; extended to May 30, 2007 at 4:00 p.m. for Debtors

Objections/Responses Received:

A.    Debtors' Response to Motion of Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, all Others Similarly Situated, and the General Public, for an Order Granting Relief from the Automatic Stay [Docket No. 945; filed 5/30/07]

B.    Reply of Movants Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, all Others Similarly Situated and the General

---

[1]    The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

Public, in Support of Motion for an Order Granting Relief from the Automatic Stay [Docket No. 1195; filed 6/12/07]

C.    Response of the Official Committee of Unsecured Creditors in Support of the Debtors' Response to Motion of Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, all Others Similarly Situated, and the General Public, for an Order Granting Relief from the Automatic Stay [Docket No. 1229; filed 6/13/07]

Related Documents:

i.    Stipulation for Limited Relief from the Automatic Stay Between Debtors and Daniel J. Rubio, John Hicks and David Vizcarra, Individuals on Behalf of Themselves, All Others Similarly Situated and the General Public [D.I. 1685; filed 6/27/07]

ii.    Certification of Counsel Regarding Order Granting "Stipulation for Limited Relief from the Automatic Stay Between Debtors and Daniel J. Rubio, John Hicks and Vizarra, Individuals on Behalf of Themselves All Others Similarly Situated and the General Public" [D.I. 1686; filed 6/27/07]

iii.    Order Approving Stipulation Between Debtors and Daniel J. Rubio, John Hicks and David Vizcarra, Individuals on Behalf of Themselves, All Others Similarly Situated and the General Public for Limited Relief from the Automatic Stay [D.I. 1722; filed 6/28/07]

iv.    Motion of Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, All Others Similarly Situated, and the General Public, for an Order Granting Leave to File a Class Proof of Claim [D.I. 1723; filed 6/28/07]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for October 2, 2007.

2.    Request of CSHV Denver Tech Center, LLC for Allowance and Payment of Administrative Expense Claim [D.I. 2068; filed 7/27/07]

Objection Deadline:  August 20, 2007

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for October 2, 2007.

3.      Application of Debtors and Debtors in Possession for an Order Authorizing the
        Retention and Employment of Susman Godfrey LLP as Special Litigation Counsel
        to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e),
        328, 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and
        5002 [D.I. 2073; filed 7/27/07]

        Objection Deadline:  August 16, 2007 at 4:00 p.m.; extended indefinitely for the
                             United States Trustee

        Objections/Responses Received:  None to date

        Related Documents:  None to date

        Status:  The hearing on this matter has been continued to the omnibus hearing
                 scheduled for October 2, 2007.

4.      Motion of Lead Plaintiff (New York State Teachers' Retirement System) for
        Limited Modification of the Automatic Stay [D.I. 2274; filed 8/16/07]

        Objection Deadline:  September 4, 2007; extended to September 18, 2007

        Objections/Responses Received:  None at this time.

        Related Documents:  None at this time.

        Status:  The hearing on this matter has been continued to the omnibus hearing
                 scheduled for October 2, 2007.

## II.    UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION:

5.      Deutsche Bank National Trust Company as Trustee c/o Countrywide Home
        Loans' Motion for Relief from Automatic Stay as to 23726 Carlington Street,
        Clinton Township, MI 48036 [D.I. 1962; filed 7/18/07]

        Objection Deadline:  September 3, 2007

        Objections/Responses Received:  None at this time.

        Related Documents:

        i.      Notice of Hearing [D.I. 1963; filed 7/18/07]

        ii.     Certification of No Objection [D.I. 2686; filed 9/6/07]

        Status:  On September 6, 2007, a certificate of no objection was filed with respect
                 to this matter.  Accordingly, a hearing on this matter is only necessary to
                 the extent the Court has any questions or concerns.

3

6.      Countrywide Home Loans' Motion for Relief from Automatic Stay as to 210 Hazelton Street, Cranston, RI 02920 [D.I. 1964; filed 7/18/07]

Objection Deadline:  September 3, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.      Notice of Hearing [D.I. 1967; filed 7/18/07]

ii.     Certification of No Objection [D.I. 2688; filed 9/6/07]

Status: On September 6, 2007, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

7.      Deutsche Bank National Trust Company as Trustee c/o Countrywide Home Loans' Motion for Relief from Automatic Stay as to 4302 Knapp Street, NE, Grand Rapids, MI 49525 [D.I. 2031; filed 7/24/07]

Objection Deadline:  September 4, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.      Notice of Hearing [D.I. 2032; filed 7/24/07]

ii.     Certification of No Objection [D.I. 2689; filed 9/6/07]

Status: On September 6, 2007, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

8.      Wells Fargo, N.A. Motion for Relief from Automatic Stay as to 91 Summer Street 1, Lawrence, MA 01841 [D.I. 2035; filed 7/24/07]

Objection Deadline:  September 3, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.      Notice of Hearing [D.I. 2039; filed 7/24/07]

ii.     Certification of No Objection [D.I. 2690; filed 9/6/07]

Status: On September 6, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

9.      Chase Home Finance, LLC formerly known as Chase Manhattan Mortgage Corporation's Motion for Relief from Automatic Stay as to 561 Downing Lake Drive, High Springs, Florida 32643 [D.I. 2111; filed 8/1/07]

Objection Deadline: September 4, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.      Certification of No Objection [D.I. 2659; filed 9/5/07]

Status: On September 5, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

10.     Motion of New Century Warehouse Corporation for an Order Granting Extension of Time to File Schedules and Statements [D.I. 2154; filed 8/3/07]

Objection deadline: September 4, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.      Notice of Motion and Hearing [D.I. 2193; filed 8/7/07]

ii.     Certification of No Objection [D.I. 2680; filed 9/6/07]

Status: On September 6, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

11.     Deutsche Bank National Trust Company as Trustee c/o Countrywide Home Loans' Motion for Relief from Automatic Stay as to 661 Delaware Street SE, Grand Rapids, MI 49506 [D.I. 2203; filed 8/8/07]

Objection Deadline: September 3, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.      Notice of Hearing [D.I. 2204; filed 8/8/07]

ii.        Certification of No Objection [D.I. 2684; filed 9/6/07]

Status: On September 6, 2007, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

12.    Application of the Examiner for an Order Authorizing the Retention of BDO Seidman, LLP as Accountants and Financial Advisor to the Examiner Nunc Pro Tunc to June 29, 2007 [D.I. 2211; filed 8/8/07]

Objection Deadline:  September 4, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.        Certification of No Objection [D.I. 2675; filed 9/6/07]

Status: On September 6, 2007, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

13.    Auroa Loan Services LLC's Motion for Relief from Automatic Stay as to 9834 Sepulveda Boulevard #106, North Hills, CA 91343 [D.I. 2223; filed 8/10/07]

Objection Deadline:  September 4, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.        Notice of Hearing [D.I. 2225; filed 8/10/07]

ii.        Certification of No Objection [D.I. 2687; filed 9/6/07]

Status: On September 6, 2007, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

14.    Auroa Loan Services LLC's Motion for Relief from Automatic Stay as to 28 Rainbow Drive, Woodbury, NY 10930 [D.I. 2226; filed 8/10/07]

Objection Deadline:  September 4, 2007

Objections/Responses Received:  None at this time.
Related Documents:

i.        Notice of Hearing [D.I. 2227; filed 8/10/07]

      ii.      Certification of No Objection [D.I. 2694; filed 9/6/07]

<u>Status</u>: On September 6, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

15.      Auroa Loan Services LLC's Motion for Relief from Automatic Stay as to 1284 Kensington Drive, Plumas Lake, CA 95901 [D.I. 2230; filed 8/10/07]

      <u>Objection Deadline</u>:  September 4, 2007

      <u>Objections/Responses Received</u>:  None at this time.

      <u>Related Documents</u>:

      i.      Notice of Hearing [D.I. 2231; filed 8/10/07]

      ii.      Certification of No Objection [D.I. 2691; filed 9/6/07]

      <u>Status</u>: On September 6, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

16.      Debtors' Motion for Order Approving Stipulation Between Debtors and Ryan Desert Ridge II, LLC Relating to the Abandonment of Certain Personal Property Remaining at Leased Premises [D.I. 2277; filed 8/16/07]

      <u>Objection Deadline</u>:  September 4, 2007

      <u>Objections/Responses Received</u>:  None at this time.

      <u>Related Documents</u>:

      i.      Certification of No Objection [D.I. 2681; filed 9/6/07]

      <u>Status</u>: On September 6, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

17.      Auroa Loan Services LLC's Motion for Relief from Automatic Stay as to 18416 Shallowford Lane, Louisville, KY 40245 [D.I. 2287; filed 8/17/07]

      <u>Objection Deadline</u>:  September 4, 2007

      <u>Objections/Responses Received</u>:  None at this time.
      <u>Related Documents</u>:

      i.      Notice of Hearing [D.I. 2288; filed 8/17/07]

ii.      Certification of No Objection [D.I. 2685; filed 9/6/07]

Status: On September 6, 2007, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

18.      Countrywide Home Loans, Inc.'s Motion for Relief from Automatic Stay as to 20 Vanderbilt Ave., Leonardo, NJ 07737 [D.I. 2289; filed 8/17/07]

Objection Deadline:  September 4, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.      Notice of Hearing [D.I. 2292; filed 8/17/07]

ii.      Certification of No Objection [D.I. 2692; filed 9/6/07]

Status: On September 6, 2007, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

19.      Motion for Relief from the Automatic Stay and to Annul the Automatic Stay Nun Pro Tunc [D.I. 2301; filed 8/20/07]

Objection Deadline:  September 4, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.      Certification of No Objectino Regarding Motion for Relief from the Automatic Stay and to Annul the Automatic Stay Nunc Pro Tunc [D.I. 2697; filed 9/7/07]

Status: On September 7, 2007, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

20.      Motion for Order Approving Settlement and Release Agreement Re: New Century Mortgage Corporation v. Chase Home Finance, LLC and F Flats, LLC (Eighth Judicial District Court of Nevada for Clark County, Case No. A524294) [D.I. 2460; filed 8/22/07]

Objection Deadline:  September 4, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.      Certification of No Objection [D.I. 2682; filed 9/6/07]

Status: On September 6, 2007, a certificate of no objection was filed with respect
        to this matter.  Accordingly, a hearing on this matter is only necessary to
        the extent the Court has any questions or concerns.

## III.    UNCONTESTED MATTERS GOING FORWARD:

21.    Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving
       Bidding Procedures in Connection with Auction of Residential Mortgage Loans,
       (B) Scheduling Hearing to Consider Proposed Sale of Residential Mortgage Loans
       and Approving Form and Manner of Notice Thereof and (C) Granting Related
       Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting
       Related Relief [D.I. 2213; filed 8/8/07]

       Objection Deadline:  August 20, 2007 at 12:00 p.m.

       Objections/Responses Received:  None at this time.

       Related Documents:

       i.      Order (A) Approving Bidding Procedures in Connection with Auction of
               Residential Mortgage Loans, (B) Scheduling Hearing to Consider
               Proposed Sale of Residential Mortgage Loans and Approving Form and
               Manner of Notice Thereof and (C) Granting Related Relief [D.I. 2595;
               filed 8/27/07]

       Status:  On August 27, 2007, the Court entered an order approving Bidding
                Procedures with respect to the sale of the Loans[2].  Pursuant to the Bidding
                Procedures, an auction is scheduled for September 10, 2007.  At the
                hearing, the debtors expect to seek the entry of an order approving the sale
                of the Loans to the Successful Bidder.

22.    HSBC Bank USA, by and through its attorney Whittington & Aulgur's  Motion
       for Relief from Automatic Stay as to 139 Morris Avenue, Englewood, New Jersey
       07631 [D.I. 2228; filed 8/10/07]

       Objection Deadline:  September 4, 2007

       Objections/Responses Received:  None at this time.

       Related Documents:  None at this time.

---

[2] Capitalized terms not otherwise defined herein have the meaning given to them in the Motion.

Status: The hearing on this matter is going forward.

23.     New Falls Corporation's Motion for Relief from Automatic Stay as to  [D.I. 2248; filed 8/10/07]

Objection Deadline:  September 6, 2007

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status: The hearing on this matter is going forward.

24.     Certification of W. Barry Rank, in Support of Motion for Relief from the Automatic Stay [D.I. 2324; filed 8/20/07]

Objection Deadline:  September 4, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.      Notice of Hearing on Barry Rank's Motion for Relief from Stay [D.I. 2559; filed 8/23/07]

ii.     BNC Notice of Hearing [D.I. 2560; filed 8/23/07]

Status: The hearing on this matter is going forward.

25.     Motion of Nabih and Esther Mangoubi for Entry of an Order Directing the Debtors Immediately to Comply with Post-Petition Lease Obligations Pursuant to 11 U.S.C. Section 365(d)(3) [D.I. 2377; filed 8/22/07]

Objection Deadline:  September 4, 2007

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status: The hearing on this matter is going forward.  The parties are attempting to resolve this matter by stipulation in advance of the hearing.

26.     Motion of Town Park Renaissance, LLC for Entry of an Order Directing the Debtors Immediately to Comply with Post-Petition Lease Obligations Pursuant to 11 U.S.C. Section 365(d)(3) [D.I. 2535; filed 8/23/07]

Objection Deadline:  September 4, 2007

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status: The hearing on this matter is going forward.  The parties are attempting to resolve this matter by stipulation in advance of the hearing.

27.     Motion of Michael J. Missal, Examiner, for an Extension of Time to File His Report with the Court [D.I. 2665; filed 9/5/07]

Objection Deadline:  TBD

Objections/Responses Received:  None at this time.

Related Documents:

i.      Motion for Expedited Consideration of Motion of Michael J. Missal, Examiner, for an Extension of Time to File His Report with the Court [D.I. 2666; filed 9/5/07]

ii.     Order Granting Motion for Expedited Consideration of Motion of Michael J. Missal, Examiner, for an Extension of Time to File His Report with the Court [D.I. 2672; filed 9/6/07]

iii.    Notice of Hearing on Motion of Michael J. Missal, Examiner, for an Extension of Time to File His Report with the Court [D.I. 2676; filed 9/6/07]

Status: The hearing on this matter is going forward.  The debtors intend to file a statement in response to the Motion in advance of the hearing.

## IV.    CONTESTED MATTERS GOING FORWARD:

28.     Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting its Members to Engage in Securities Trading, Loan Sales and Other Transactions Involving the Debtors and Their Respective Assets [D.I. 409; filed 4/26/07]

Objection Deadline:    May 8, 2007 at 4:00 p.m.; extended for the U.S. Trustee and SEC to July 9, 2007 at 4:00 p.m.

Objections/Responses Received:

A.      Objection of the United States Trustee to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting its Members to Engage in Securities Trading, Loan Sales and Other Transactions Involving the Debtors and Their Respective Assets [D.I. 2128; filed 8/2/07]

Related Documents:  None at this time.

Status: The hearing on this matter is going forward.

29.     Debtors' Motion for Additional Sanctions Against Positive Software Solutions, Inc. for Further Violation of the Automatic Stay [D.I. 2566; filed 8/24/07]

Objection Deadline:  September 4, 2007

Objections/Responses Received:

A.     Objection of Positive Software Solutions, Inc., to Debtors' Motion for Additional Sanctions Against Positive Software Solutions, Inc. for Further Violation of the Automatic Stay [D.I. 2656; filed 9/4/07]

Related Documents:

i.     Motion of Positive Software Solutions, Inc. for Relief from the Stay Regarding Copyright Infringement Litigation [D.I. 1877; filed 7/10/07]

ii.     Notice of Filing Exhibits [D.I. 1969; filed 7/18/07]

iii.     Debtors' Response to the Motion of Positive Software Solutions, Inc. for Relief from the Stay Regarding Copyright Infringement Litigation, and Cross-Motion for Sanctions for Violation of the Automatic Stay [D.I. 2101; filed 7/31/07]

iv.     Objection of the Official Committee of Unsecured Creditors to the Motion of Positive Software Solutions, Inc. for Relief from the Stay Regarding Copyright Infringement Litigation [D.I. 2146; filed 8/3/07]

v.     Order (I) Denying the Motion of Positive Software Solutions, Inc. for Relief from the Automatic Stay Regarding Copyright Infringement Litigation and (II) Granting the Debtors' Cross-Motion for Sanctions for Violation of the Automatic Stay [D.I. 2265; filed 8/15/07

vi.     Notice of Appeal [D.I. 2561; filed 8/24/07]

vii.     Appellee's Counterdesign of Additional Items to be Included in Record on Appeal [D.I. 2693; filed 9/6/07]

Status:  The hearing on this matter is going forward.

## V.     ADVERSARY MATTER:

30.     Austin v. New Century TRS Holdings, et al., Adv. Pro. No. 07-50970 Plaintiffs' Motion for Class Certification and Other Relief (D.I. 23; Filed 8/15/07)

Objection Deadline:  August 29, 2007

Objections/Responses Received:  None to date.

Status:  The parties have reached an agreement in principle on class certification. The parties are preparing a mutually acceptable form of order providing for class certification, and intend to present that order to the Court at the hearing.

31.   The New Century Defendants' Motion to Dismiss (Schroeder. v. New Century TRS Holdings, Inc., et al., Adv. Pro. No. 07-51598, D.I. 15; filed 7/25/07)

Objection Deadline:  August 8, 2007

Related Documents:

A.   Opening Brief in Support of the New Century Defendants' Motion to Dismiss [D.I. 16; filed 7/25/07]

B.   Declaration of Catherine Vo in Support of the New Century Defendants' Motion to Dismiss [D.I. 17; filed 7/25/07]

C.   Joinder to the New Century Defendants' Motion to Dismiss [D.I. 18; filed 8/6/07]

D.   Scheduling Order [D.I. 20; filed 8/7/07]

E.   Answering Brief in Opposition to Motions to Dismiss filed by the Debtors and the Official Committee of Unsecured Creditors [D.I. 21; filed 8/20/07]

F.   Appendix to Answering Brief [D.I. 22; filed 8/20/07]

G.   Motion to Dismiss Adversary Proceeding file by Wells Fargo Bank N.A. [D.I. 23; filed 8/27/07]

H.   Opening Brief in Support of Defendant Wells Fargo Bank N.A.'s Motion to Dismiss [D.I. 24; filed 8/27/07]

I.   Joinder to (A) the New Century Defendants' Reply Brief in Support of Defendants' Motion to Dismiss and (B) Wells Fargo Bank N.A.'s Opening Brief in Support of Motion to Dismiss [D.I. 26; filed 9/6/07]

J.   Reply Brief in Support of the New Century Defendants' Motion to Dismiss [D.I. 27; filed 9/6/07]

Status:  By Scheduling Order entered August 7, 2007, oral argument on the New Century Defendants' and the Committee's Motions to Dismiss was scheduled for this omnibus hearing.  On August 23, 2007, Wells Fargo also filed a motion to dismiss; briefing on that motion is not yet complete. The New Century Defendants, the Committee and Wells Fargo believe that it would be more efficient to consolidate oral argument on all of the motions to dismiss and to hear argument on a date in the near future.  The

Plaintiffs disagree and desire to go forward with argument on the New Century Defendants' and the Committee's Motions to Dismiss at the omnibus hearing. The New Century Defendants and the Committee intend to raise this issue with the Court at the omnibus hearing.

Dated:  September 7, 2007
      Wilmington, Delaware

                    */s/ Michael J. Merchant*
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:   (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION