# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **NEW CENTURY TRS HOLDINGS,** | ) | Case No. 07-10416 (KJC) |
| **INC., a Delaware corporation, et al.,** | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned case on behalf of Lehman Brothers Bank, FSB, Lehman Brothers Holdings Inc. and Aurora Loan Services LLC, and pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given in this case be given to and served upon the parties identified below at the following address, telephone and telecopier numbers:

> Michael J. Riela
> Latham & Watkins LLP
> 53rd at Third, Suite 1000
> 885 Third Avenue
> New York, New York 10022-4068
> Telephone No.: (212) 906-1200
> Telecopier No.: (212) 751-4864
> Email: michael.riela@lw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, plan, disclosure statement, complaint, demand,

answers or reply papers, made by any of the debtors or any third party in the bankruptcy case or any adversary proceedings or contested matters therein.

Dated: September 4, 2007
New York, New York

LATHAM & WATKINS LLP

By: _____
Michael J. Riela
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone: (212) 906-1200

Attorneys for Lehman Brothers Bank, FSB, Lehman Brothers Holdings Inc. and Aurora Loan Services LLC

NY\1322569.1

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the Notice of Appearance and Request for Service were served upon the attached Service List by the method specified below this 4th day of September, 2007.

_____
Michael J. Riela

NY\1322569.1

## Service List

**VIA FIRST CLASS MAIL**

O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
Attn: Suzzanne S. Uhland, Esq.
    Ben H. Logan, Esq.
    Victoria Newmark, Esq.
    Emily R. Culler, Esq.

Office of the United States Trustee
J Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801
Attn: Joseph J. McMahon Jr., Esq.

Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
Attn: Mark T. Power
    Mark S. Indelicato
    Jeffrey L. Schwartz

Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attn: Mark D. Collins, Esq.
    Michael J. Merchant, Esq.

Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Attn: Donnie Glantz Fatell