**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered<br>) Ref. No. 2228 |
| Debtors, | ) **Hearing Date:  September 11, 2007** |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to HSBC Bank USA's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) filed on August 10, 2007.

The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to HSBC Bank USA's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) appears thereon. Pursuant to the Notice of HSBC Bank USA's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1), objections were to be filed and served no later than September 4, 2007.

It is hereby respectfully requested that the Order attached to HSBC Bank USA's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) and (2) be entered at the earliest convenience of the Court.

                      WHITTINGTON & AULGUR

            By:  /s/ Kristi J. Doughty
                 Robert T. Aulgur, Jr. (No. 165)
                 Kristi J. Doughty (No. 3826)
                 651 N. Broad Street, Suite 206
                 P.O. Box 1040
                 Middletown, DE  19709-1040
                 (302) 378-1661

Date:   September 7, 2007

**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered<br>) |
| Debtors, | ) |

### CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify this 7th day of September, A.D. 2007, that one true copy of the **Certificate of No Objection** was delivered electronically and (via) first class mail to the following:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA  92612
*Debtor*

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Bonne Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
*Attorney for Official Committee*
*of Unsecured Creditors*

Martha Torres
139 Morris Avenue
Englewood, NJ  07631
*Borrower*

                        By:   /s/ Kristi J. Doughty
                              Robert T. Aulgur, Jr. (No. 165)
                              Kristi J. Doughty (No. 3826)
                              651 N. Broad Street, Suite 206
                              P.O. Box 1040
                              Middletown, DE  19709-1040
                              (302) 378-1661