EXHIBIT 1

## SUSMAN GODFREY L.L.P.

# Barry C. Barnett
# Partner

Dallas, Texas
Phone: 214.754.1903
Fax: 214.665.0832
bbarnett@susmangodfrey.com*

BARRY BARNETT, born January 19, 1959, Corsicana, Texas; admitted to bar, 1985, Texas. Member, Bar of the Supreme Court of the United States of America; United States Courts of Appeals, Fifth and Tenth Circuits; United States District Courts for the Northern, Eastern, Southern, and Western Districts of Texas, the District of Arizona, and the District of Colorado.



### Education and Clerkship

Yale University (B.A., Economics and History (honors), magna cum laude, 1981); legal education, Harvard Law School (J.D., cum laude, 1984). Law Clerk to The Honorable Jerre S. Williams, United States Court of Appeals, Fifth Circuit (1984-85).

### Professional Honors

Member, American Law Institute. *Chambers USA: America's Leading Lawyers for Business* in Antitrust and General Commercial Litigation (2007). *The Best Lawyers in America*, Commercial Litigation (2003-2007). *Texas Super Lawyer* in Business Litigation (2003-2007). Recognized in *Who's Who Legal: Texas 2007* as a pre-eminent lawyer in the area of competition.

### Publications and Presentations

Co-author, "Techniques for Expediting and Streamlining Litigation" for American Bar Association Section of Litigation's second edition of Business and Commercial Litigation in Federal Courts (2005). Creator and blogger-in-chief, *Blawgletter*. Editor, *Barnett's Notes on Commercial Litigation*, winner of Advocatus Diaboli Grand Prize award for law firm newsletters (2006).

Author and speaker at continuing legal education seminars, including "Class Action Settlements: Procedures, Methods, and Attorneys' Fees" for the Cuyahoga County (Cleveland), Ohio Bar Ass'n and as panel moderator on "Effective Management and Trial of a Patent Case: The Symbiotic Relationship of In-House and Trial Counsel" for the State Bar of Texas Intellectual Property Law Section seminar at the Bar's annual meeting.

### Business and Professional Affiliations

Trustee, Greenhill School. Alumnus member, Texas Lyceum. Member, State Bar of Texas;

American Bar Association; American Association for Justice; Dallas Bar Association; Houston Bar Association; Yale Club of Dallas; Harvard Club of Dallas; Yale Club of New York City. Fellow, Dallas Legal Foundation and Houston Legal Foundation.

### Experience

My experience in commercial trial law has involved lawsuits and arbitrations regarding:

- **Antitrust**
- **Patents, copyrights, trademarks, and trade secrets**
- **Securities fraud**
- **Insurance coverage**
- **Oil and gas**
- **Fiduciary duties**
- **Minority shareholders**
- **Corporate control**
- **Stock purchase and shareholder agreements**
- **Golden parachute agreements**
- **Employee Retirement Income Security Act**
- **Partnerships**
- **Sexual harassment and discrimination**
- **Lender liability**
- **Covenants not to compete**

Cases have ranged from two-party lawsuits to class actions involving millions.

### Clients

Clients who have honored me with their business range from public companies like Cisco Systems, EMC, ENSCO, New Century Financial, and Belo Corp.; private companies such as Wagner & Brown, Ltd., and Morris & Dickson Co.; governmental entities including the Provinces of British Columbia, Manitoba, New Brunswick, and Ontario and the Ector County, Midland, and Nacogdoches Independent School Districts; trustees; and individuals.

### Fee Arrangements

Prospective clients often may choose among several fee options. I work on an hourly basis, a contingent fee basis, a periodic flat fee basis, or any other arrangement that makes sense, meets ethical requirements, and aligns our interests in a favorable outcome. More than half of my time has historically gone to non-hourly cases.

I enjoy sharing the risks of litigation with my clients. I believe that it increases trust, enhances performance, and improves results.

### Some References

The names, titles, and telephone numbers of several people who personally know my recent work appear below. Please feel free to call or write them for frank evaluations. **

| NAME & TITLE | FIRM & LOCATION | PHONE NO. | RELATIONSHIP |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Mark Malovos,** Vice President – Litigation and Intellectual Property | New Century Financial Corp., Irvine, CA | 949-517-1670 | Client |
| **Guy Kerr,** Senior Vice President / Law and Government | Belo Corp., Dallas, Texas | 214-977-6692 | Client |
| **Gary D. Douglas,** General Counsel | Wagner & Brown, Ltd., Midland, Texas | 915-686-5908 | Client |
| **Elizabeth McCarron,** Counsel | EMC Corporation, Hopkinton, MA | 508-293-7198 | Client |
| **Chris Kirk,** General Counsel | CB Ellis, Dallas, Texas | 214-863-3000 | Client |
| **Senator Robert Duncan,** Partner | Crenshaw, Dupree & Milam, Lubbock, Texas | 806-762-5281 | Co-counsel |

*Internet mail is not fully secure or private. Therefore, please do not transmit confidential information via Internet mail. Transmission of information is not intended to and does not create an attorney-client relationship. Please do not assume that your communications sent using Internet mail is privileged or confidential. Please do not send Susman Godfrey any confidential information via the Internet without previously consulting one of our attorneys.

3