# EXHIBIT 5

## SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 5100
1000 LOUISIANA
HOUSTON, TEXAS 77002-5096
(713)651-9366
FAX (713)654-6666
WWW.SUSMANGODFREY.COM

| SUITE 950 | SUITE 5100 | SUITE 3800 | 8TH FLOOR |
|---|---|---|---|
| 1901 AVENUES OF THE STARS | 901 MAIN STREET | 1201 THIRD AVENUE | 590 MADISON AVENUE |
| LOS ANGELES, CALIFORNIA 90067-6029 | DALLAS, TEXAS 75202-3775 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10022-8521 |
| (310)789-3100 | (214)754-1900 | (206) 516-3880 | (212)336-8330 |

New Century Mortgage Corporation
c/o Daniel Paik
Billing Coordinator
18400 Von Karmen Avenue, Suite 1000
Irvine, CA 92612

August 7, 2007
Invoice No. 227766

## **FEES**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 07/06/07 | | | | |
| 07/07/07 | B. C. Barnett | | 0.25 | $137.50 |
| 07/10/07 | O. F. Camina | | 1.50 | $675.00 |
| 07/10/07 | K. E. Gardner | | 0.30 | $90.00 |
| 07/11/07 | B. C. Barnett | | 0.50 | $275.00 |
| 07/11/07 | O. F. Camina | | 0.50 | $225.00 |
| 07/11/07 | | | | |
| 07/11/07 | K. E. Gardner | | 0.20 | $60.00 |
| 07/12/07 | O. F. Camina | | 0.75 | $337.50 |

07/12/07

## SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 5100
1000 LOUISIANA
HOUSTON, TEXAS 77002-5096

(713)651-9366
FAX (713)654-6666
WWW.SUSMANGODFREY.COM

| SUITE 950 | SUITE 5100 | SUITE 3800 | 8TH FLOOR |
|---|---|---|---|
| 1901 AVENUES OF THE STARS | 901 MAIN STREET | 1201 THIRD AVENUE | 590 MADISON AVENUE |
| LOS ANGELES, CALIFORNIA 90067-6029 | DALLAS, TEXAS 75202-3775 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10022-8521 |
| (310)789-3100 | (214)754-1900 | (206) 516-3880 | (212)336-8330 |

New Century Mortgage Corporation  
c/o Daniel Paik  
Billing Coordinator  
18400 Von Karmen Avenue, Suite 1000  
Irvine, CA  92612  

August 7, 2007  
Invoice 227766  
Matter 006313  
Page 2  

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 07/12/07 | K. E. Gardner | | 0.10 | $30.00 |
| 07/13/07 | | | | |
| 07/13/07 | | | | |
| 07/16/07 | B. C. Barnett | | 2.75 | $1,512.50 |
| 07/16/07 | O. F. Camina | | 2.00 | $900.00 |
| 07/16/07 | K. E. Gardner | | 0.10 | $30.00 |
| 07/16/07 | | | | |
| 07/16/07 | | | | |

Tax I.D. #: 74-2138615

769126v1/006313

**SUSMAN GODFREY L.L.P.**
A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 5100
1000 LOUISIANA
HOUSTON, TEXAS 77002-5096
(713)651-9366
FAX (713)654-6666
WWW.SUSMANGODFREY.COM

| SUITE 950 | SUITE 5100 | SUITE 3800 | 8TH FLOOR |
|---|---|---|---|
| 1901 AVENUES OF THE STARS | 901 MAIN STREET | 1201 THIRD AVENUE | 590 MADISON AVENUE |
| LOS ANGELES, CALIFORNIA 90067-6029 | DALLAS, TEXAS 75202-3775 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10022-8521 |
| (310)789-3100 | (214)754-1900 | (206)516-3880 | (212)336-8330 |

New Century Mortgage Corporation
c/o Daniel Paik
Billing Coordinator
18400 Von Karmen Avenue, Suite 1000
Irvine, CA  92612

August 7, 2007
Invoice 227766
Matter 006313
Page 3

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 07/16/07 | K. E. Gardner | | 2.50 | $750.00 |
| 07/16/07 | K. E. Gardner | | 4.50 | $1,350.00 |
| 07/16/07 | M. L. Anderson | | 0.50 | $75.00 |
| 07/17/07 | B. C. Barnett | | 0.25 | $137.50 |
| 07/17/07 | K. E. Gardner | | 8.25 | $2,475.00 |
| 07/18/07 | B. C. Barnett | | 0.50 | $275.00 |
| 07/18/07 | O. F. Camina | | 2.50 | $1,125.00 |

Tax I.D. #: 74-2138615

769126v1/006313

## SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 5100
1000 LOUISIANA
HOUSTON, TEXAS 77002-5096
(713)651-9366
FAX (713)654-6666
WWW.SUSMANGODFREY.COM

| SUITE 950 | SUITE 5100 | SUITE 3800 | 8TH FLOOR |
|---|---|---|---|
| 1901 AVENUES OF THE STARS | 901 MAIN STREET | 1201 THIRD AVENUE | 590 MADISON AVENUE |
| LOS ANGELES, CALIFORNIA 90067-6029 | DALLAS, TEXAS 75202-3775 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10022-8521 |
| (310)789-3100 | (214)754-1900 | (206) 516-3880 | (212)336-8330 |

New Century Mortgage Corporation  
c/o Daniel Paik  
Billing Coordinator  
18400 Von Karmen Avenue, Suite 1000  
Irvine, CA  92612

August 7, 2007  
Invoice 227766  
Matter 006313  
Page 4

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 07/18/07 | K. E. Gardner | | 0.75 | $225.00 |
| 07/18/07 | K. E. Gardner | | 4.50 | $1,350.00 |
| 07/18/07 | M. L. Anderson | | 0.50 | $75.00 |
| 07/19/07 | O. F. Camina | | 1.25 | $562.50 |
| 07/19/07 | K. E. Gardner | | 0.20 | $60.00 |
| 07/19/07 | K. E. Gardner | | 0.30 | $90.00 |
| 07/19/07 | M. L. Anderson | | 0.75 | $112.50 |

Tax I.D. #: 74-2138615

769126v1/006313

## SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 5100
1000 LOUISIANA
HOUSTON, TEXAS 77002-5096

(713)651-9366
FAX (713)654-6666
WWW.SUSMANGODFREY.COM

| SUITE 950<br>1901 AVENUES OF THE STARS<br>LOS ANGELES, CALIFORNIA 90067-6029<br>(310)789-3100 | SUITE 5100<br>901 MAIN STREET<br>DALLAS, TEXAS 75202-3775<br>(214)754-1900 | SUITE 3800<br>1201 THIRD AVENUE<br>SEATTLE, WASHINGTON 98101-3000<br>(206) 516-3880 | 8TH FLOOR<br>590 MADISON AVENUE<br>NEW YORK, NEW YORK 10022-8521<br>(212)336-8330 |

New Century Mortgage Corporation
c/o Daniel Paik
Billing Coordinator
18400 Von Karmen Avenue, Suite 1000
Irvine, CA  92612

August 7, 2007
Invoice 227766
Matter 006313
Page 5

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 07/20/07 | B. C. Barnett | | 0.25 | $137.50 |
| 07/20/07 | | | | |
| 07/20/07 | K. E. Gardner | | 0.25 | $75.00 |
| 07/23/07 | O. F. Camina | | 0.25 | $112.50 |
| 07/23/07 | K. E. Gardner | | 0.30 | $90.00 |
| 07/23/07 | K. E. Gardner | | 0.20 | $60.00 |
| 07/24/07 | O. F. Camina | | 0.25 | $112.50 |
| 07/24/07 | | | | |
| 07/24/07 | | | | |
| 07/25/07 | B. C. Barnett | | 0.50 | $275.00 |

Tax I.D. #: 74-2138615

769126v1/006313

## SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 5100
1000 LOUISIANA
HOUSTON, TEXAS 77002-5096
(713)651-9366
FAX (713)654-6666
WWW.SUSMANGODFREY.COM

| SUITE 950 | SUITE 5100 | SUITE 3800 | 8TH FLOOR |
|---|---|---|---|
| 1901 AVENUES OF THE STARS | 901 MAIN STREET | 1201 THIRD AVENUE | 590 MADISON AVENUE |
| LOS ANGELES, CALIFORNIA 90067-6029 | DALLAS, TEXAS 75202-3775 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10022-8521 |
| (310)789-3100 | (214)754-1900 | (206) 516-3880 | (212)336-8330 |

New Century Mortgage Corporation  
c/o Daniel Paik  
Billing Coordinator  
18400 Von Karmen Avenue, Suite 1000  
Irvine, CA  92612  

August 7, 2007  
Invoice 227766  
Matter 006313  
Page 6  

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 07/25/07 | K. E. Gardner | | 1.50 | $450.00 |
| 07/26/07 | | | 0.25 | $137.50 |
| 07/26/07 | | | | |
| 07/27/07 | O. F. Camina | | 1.00 | $450.00 |
| 07/27/07 | M. L. Anderson | | 0.50 | $75.00 |
| 07/30/07 | O. F. Camina | | 0.15 | $67.50 |
| 07/30/07 | K. E. Gardner | Researching points of law, preparing and revising objections to subpoenas. | 6.50 | $1,950.00 |
| 07/30/07 | K. E. Gardner | Researching factual matters and preparing memorandum to B. Barnett re history of Positive's subpoenas against Susman Godfrey. Reviewing various motions and orders re same. | 3.00 | $900.00 |

Tax I.D. #: 74-2138615

769126v1/006313

## SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 5100
1000 LOUISIANA
HOUSTON, TEXAS 77002-5096
(713)651-9366
FAX (713)654-6666
WWW.SUSMANGODFREY.COM

| SUITE 950 | SUITE 5100 | SUITE 3800 | 8TH FLOOR |
|---|---|---|---|
| 1901 AVENUES OF THE STARS | 901 MAIN STREET | 1201 THIRD AVENUE | 590 MADISON AVENUE |
| LOS ANGELES, CALIFORNIA 90067-6029 | DALLAS, TEXAS 75202-3775 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10022-8521 |
| (310)789-3100 | (214)754-1900 | (206) 516-3880 | (212)336-8330 |

New Century Mortgage Corporation
c/o Daniel Paik
Billing Coordinator
18400 Von Karmen Avenue, Suite 1000
Irvine, CA  92612

August 7, 2007
Invoice 227766
Matter 006313
Page 7

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 07/31/07 | K. E. Gardner | | 0.30 | $90.00 |
| 07/31/07 | K. E. Gardner | | 7.50 | $2,250.00 |
| 07/31/07 | M. L. Anderson | | 0.25 | $37.50 |

Total..................................................................................................$20,205.00

Tax I.D. #: 74-2138615

769126v1/006313

## SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 5100
1000 LOUISIANA
HOUSTON, TEXAS 77002-5096

(713)651-9366
FAX (713)654-6666
WWW.SUSMANGODFREY.COM

| SUITE 950 | SUITE 5100 | SUITE 3800 | 8TH FLOOR |
|---|---|---|---|
| 1901 AVENUES OF THE STARS | 901 MAIN STREET | 1201 THIRD AVENUE | 590 MADISON AVENUE |
| LOS ANGELES, CALIFORNIA 90067-6029 | DALLAS, TEXAS 75202-3775 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10022-8521 |
| (310)789-3100 | (214)754-1900 | (206) 516-3880 | (212)336-8330 |

New Century Mortgage Corporation
c/o Daniel Paik
Billing Coordinator
18400 Von Karmen Avenue, Suite 1000
Irvine, CA   92612

September 6, 2007
Invoice 228054

## **FEES**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 07/30/07 | | | | |
| 08/01/07 | | | | |
| 08/01/07 | O. F. Camina | | 0.75 | $337.50 |
| 08/01/07 | K. E. Gardner | | 2.50 | $750.00 |
| 08/02/07 | K. E. Gardner | | 3.50 | $1,050.00 |
| 08/06/07 | O. F. Camina | | 5.30 | $2,385.00 |

Tax I.D. #: 74-2138615

# SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 5100
1000 LOUISIANA
HOUSTON, TEXAS 77002-5096
(713)651-9366
FAX (713)654-6666
WWW.SUSMANGODFREY.COM

| SUITE 950 | SUITE 5100 | SUITE 3800 | 8TH FLOOR |
|---|---|---|---|
| 1901 AVENUES OF THE STARS | 901 MAIN STREET | 1201 THIRD AVENUE | 590 MADISON AVENUE |
| LOS ANGELES, CALIFORNIA 90067-6029 | DALLAS, TEXAS 75202-3775 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10022-8521 |
| (310)789-3100 | (214)754-1900 | (206) 516-3880 | (212)336-8330 |

New Century Mortgage Corporation  
c/o Daniel Paik  
Billing Coordinator  
18400 Von Karmen Avenue, Suite 1000  
Irvine, CA   92612

September 6, 2007  
Invoice 228054  
Matter 006313  
Page 2

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 08/06/07 | K. E. Gardner | | 5.00 | $1,500.00 |
| 08/07/07 | | | | |
| 08/07/07 | O. F. Camina | | 0.30 | $135.00 |
| 08/07/07 | K. E. Gardner | | 0.25 | $75.00 |
| 08/09/07 | | | | |
| 08/09/07 | O. F. Camina | | 0.25 | $112.50 |
| 08/10/07 | | | | |

**SUSMAN GODFREY L.L.P.**
A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 5100
1000 LOUISIANA
HOUSTON, TEXAS 77002-5096
(713)651-9366
FAX (713)654-6666
WWW.SUSMANGODFREY.COM

| SUITE 950 | SUITE 5100 | SUITE 3800 | 8TH FLOOR |
|---|---|---|---|
| 1901 AVENUES OF THE STARS | 901 MAIN STREET | 1201 THIRD AVENUE | 590 MADISON AVENUE |
| LOS ANGELES, CALIFORNIA 90067-6029 | DALLAS, TEXAS 75202-3775 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10022-6521 |
| (310)789-3100 | (214)754-1900 | (206) 516-3880 | (212)336-8330 |

New Century Mortgage Corporation
c/o Daniel Paik
Billing Coordinator
18400 Von Karmen Avenue, Suite 1000
Irvine, CA  92612

September 6, 2007
Invoice 228054
Matter 006313
Page 3

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 08/10/07 | O. F. Camina | | 0.50 | $225.00 |
| 08/10/07 | K. E. Gardner | | 0.25 | $75.00 |
| 08/13/07 | | | | |
| 08/13/07 | | | | |
| 08/13/07 | K. E. Gardner | | 2.00 | $600.00 |
| 08/14/07 | K. E. Gardner | | 3.00 | $900.00 |
| 08/15/07 | | | | |
| 08/16/07 | | | | |

Total............................................................................................$8,145.00

Tax I.D. #: 74-2138615