IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[3] | : | Case No. 07-10416 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No. 2277 |

ORDER GRANTING DEBTORS' MOTION FOR ORDER APPROVING
STIPULATION BETWEEN DEBTORS AND RYAN DESERT RIDGE II, LLC
RELATING TO THE ABANDONMENT OF CERTAIN PERSONAL
PROPERTY REMAINING AT LEASED PREMISES

Upon review and consideration of the Debtors' Motion For Order Approving the Stipulation between the Debtors and Ryan Desert Ridge II, LLC Relating to the Abandonment of Certain Personal Property Remaining at Leased Premises (the "Motion")[4], filed by New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc, ("New Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor-in-possession (collectively, the "Debtors"); the Court having reviewed the Motion; and the Court finding that (a) The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (c)

---

[3] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation

[4] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to such terms in the Motion

RLF1-3190496-1

notice of the Motion was due and sufficient; and the Court having determined that the bases set forth in the Motion establish just cause for the relief granted herein;

**NOW, THEREFORE IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The Stipulation attached hereto as Exhibit 1 is hereby approved.

Dated: _____, 2007
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE