IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

STIPULATION BETWEEN DEBTORS AND RYAN DESERT
RIDGE II, LLC RELATING TO THE ABANDONMENT OF CERTAIN
PERSONAL PROPERTY REMAINING AT LEASED PREMISES

WHEREAS, on May 25, 2006, Ryan Desert Ridge II, LLC (the "Landlord") and Home 123 Corporation, one of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), entered into a lease agreement (the "Lease") for nonresidential real property located at 20860 North Tatum Boulevard Suite 175, Phoenix, Arizona 85050 (the "Premises");

WHEREAS, on April 2, 2007, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT Inc.) a Maryland corporation; New Century TRS Holdings Inc (f/k/a New Century Financial Corporation) a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation New Century Mortgage Ventures LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O Corp, a California corporation; New Century R.E.O II Corp, a California corporation; New Century R.E.O. III Corp. a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC a Delaware limited liability company; NCoral L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation

{0710?|STIP|00029644.DOC}
RLF1-3173??4-1

WHEREAS, on April 25, 2007, the Bankruptcy Court entered an order, which, among other things, authorized and approved procedures for the rejection of executory contracts and unexpired leases of personal and non-residential real property (the "Rejection Procedures");

WHEREAS, the Rejection Procedures authorized, among other things, the Debtors to abandon certain personal property pursuant to section 554 of the Bankruptcy Code where the property is of _de minimus_ value or the cost of removing the property exceeds the value of such property;

WHEREAS, on July 20, 2007, the Debtors filed and served a notice of rejection with respect to the Lease (the "Rejection Notice");

WHEREAS, the Debtors contend that, in accordance with the Rejection Procedures, the Lease was deemed rejected effective as of July 30, 2007;

WHEREAS, on July 31, 2007, the Court entered the "Order Granting Ryan Desert Ridge II, LLC's Motion For An Order: (1) Clarifying, Confirming And/Or Modifying The Court's May 21 2007 'Order Authorizing And Approving Assumption And Assignment Of Real Property Leases'; (2) Compelling The Debtor To Comply With Its Obligations Under 11 U.S.C § 365(d)(3) Pending Rejection Of Lease; And (3) Compelling The Debtor To Reject Lease Of Non-Residential Real Property" which Order provides that '[t]he Debtor is authorized to reject the Lease and the Lease is deemed rejected effective immediately';

WHEREAS, the Landlord agrees that the Lease was rejected on or before July 31 2007;

WHEREAS, the Landlord has requested clarification that certain personal property remaining at the Premises after the Effective Date of Rejection including all office furniture and equipment, has been abandoned by the Debtors; and

WHEREAS, the Debtors are willing to enter into this stipulation clarifying that all office furniture and equipment remaining at the premises after the Effective Date of Rejection has been abandoned by the Debtors, provided that nothing in this Stipulation will modify the Effective Date of Rejection;

NOW THEREFORE, the Debtors and Landlord, subject to Bankruptcy Court approval agree as follows:

1. Pursuant to section 554 of the Bankruptcy Code, any personal property of the Debtors including, without limitation, furniture, fixtures and equipment remaining on the Premises after the Effective Date of Rejection shall be deemed abandoned to the Landlord free and clear of any competing interest, and the Landlord shall be entitled to remove or dispose of the same in its sole discretion

2. The Debtors shall not be responsible for the removal of any furniture, fixtures and equipment from the Premises or any costs, expenses or claims associated therewith.

3. Notwithstanding anything herein to the contrary, nothing in the Stipulation shall change or modify the effective date of Rejection

4. This Stipulation is subject to the approval of the Bankruptcy Court, and the terms and provisions of this Stipulation shall be void and of no further force and effect if such approval is not given

5. Each of the undersigned counsel represents that he/she is authorized to execute this Stipulation on behalf of his/her respective client.

6. This Stipulation may be executed in multiple counterparts, any of which may be transmitted by facsimile or electronic mail (in pdf format), and each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

Dated: August 10, 2007
Wilmington, Delaware

Kathleen M. Miller (No. 2898)
Etta R. Wolfe (No. 4164)
SMITH KATZENSTEIN & FURLOW LLP
800 Delaware Avenue, 10th Floor
P O Box 410
Wilmington, Delaware
Telephone: (302) 652-8400
Facsimile:  (302) 652-8405

-and-

Dewain D. Fox
FENNEMORE CRAIG, P.C.
3003 North Central Avenue, Suite 2600
Phoenix, Arizona 85012-2913
Telephone: (602) 916-5475
Facsimile: (602) 916-5675

ATTORNEYS FOR RYAN DESERT RIDGE II LLC

Dated: August 10, 2007
Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M Samis (No 4909)
RICHARDS, LAYTON & FINGER, P A
One Rodney Square
P.O. Box 551
Wilmington Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Ben H Logan
Suzzanne S. Uhland
Victoria A. Newmark
Emily R Culler
O MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION