IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF DELAWARE

New Century TRS Holdings, Inc., )
et al., )
Debtors, )
)

**Re: Docket No. 2111**

ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO 561 DOWNING LAKE DRIVE, HIGH SPRINGS, FLORIDA, 32643

AND NOW, TO WIT, this 7th day of Sept A.D., 2007, Chase Home Finance, LLC formerly known as Chase Manhattan Mortgage Corporation's Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause so as to permit the Movant and/or holder of the first mortgage, as recorded in the Public Records in Book 0923, Page 1345 in Columbia County, State of Florida for 561 Downing Lake Drive, High Springs, Florida, 32643 to enforce its security interest in the aforesaid real property through foreclosure proceedings, Sheriff's Sale of the property and any other legal remedies against the property which may be available to Chase Home Finance, LLC formerly known as Chase Manhattan Mortgage Corporation under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that Chase Home Finance, LLC formerly known as Chase Manhattan Mortgage Corporation may immediately enforce and implement this Order granting relief from the automatic stay.

Dated: September __, 2007
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE