IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | |
| NEW CENTURY TRS HOLDINGS, INC. | Case No. 07-10416-KJC |
| Debtor | (Chapter 11) |
| AURORA LOAN SERVICES LLC | Ref: Docket No.2230 |
| Movant | |

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
    Attorneys for the Movant
v.
NEW CENTURY TRS HOLDINGS, INC, et al.
    Respondents

### ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by Aurora Loan Services LLC ("AURORA"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED**, that the Motion be, and the same is hereby **GRANTED**; and it is further

**ORDERED**, that the Automatic Stay is terminated allowing AURORA to exercise its rights under applicable law against the Debtor's Property more particularly described in the Mortgage which has the address of 1284 Kensington Drive, Plumas Lake, CA 95901 ("Property"), including, but not limited to foreclosure against the Property under the Mortgage.

Date: Sept 7, 2007

BY THE COURT:

_[signature]_
U.S. Bankruptcy Court Judge