IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
NEW CENTURY TRS HOLDINGS, INC.
    Debtor
COUNTRYWIDE HOME LOANS
    Movant

Case No. 07-10416-KJC
(Chapter 11)
Ref: Docket No. <u>1964</u>

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
ADAM HILLER, ESQUIRE
BAR NUMBER 4105
    Attorneys for the Movant
  v.
NEW CENTURY TRS HOLDINGS, INC, et al.
    Respondents

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by Countrywide Home Loans ("CHL"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED**, that the Motion be, and the same is hereby **GRANTED**; and it is further

**ORDERED**, that the Automatic Stay is terminated allowing CHL to exercise its rights under applicable law against the Debtor's Property more particularly described in the Mortgage which has the address of 210 Hazelton Street, Cranston, RI 02920 ("Property"), including, but not limited to foreclosure against the Property under the Mortgage.

Date: Sept 7, 2007

BY THE COURT:

_____
U.S. Bankruptcy Court Judge