## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In the Matter of: | Chapter 11 Case |
| New Century TRS Holdings, Inc. ,<br>a Delaware corporation, et al., | Case No. 07-10416 |
| Debtors. | Jointly Administered |

_____/

### WITHDRAWAL OF LEE COUNTY
### TAX COLLECTOR'S SECURED CLAIM

COMES NOW the LEE COUNTY TAX COLLECTOR, by undersigned designee, and withdraws the Lee County Tax Collector's secured claim filed herein for the reason that this office has been notified that the asset on which this office has a lien, identified as STRAP Number 18-43-24-C2-05733.0340 and being real estate in Cape Coral, Florida, is not a part of this bankruptcy estate.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by electronic notice, if registered in the Electronic Case Filing System; otherwise by U. S. mail, postage prepaid, this 10th day of September, 2007 to: Christopher M. Samis, Esq., Richards, Layton & Finger, P.A., 920 N. King Street, Wilmington, DE 19801, U. S. Trustee, 844 King Street, Room 2207, Lockbox #35, Wilmington, DE 19899-0035 and to New Century TRS Holdings, Inc., 3121 Michelson Drive, Suite 600, Irvine, CA 92612.

/s/Toni McNaughton
Toni McNaughton
Legal Specialist for the
LEE COUNTY TAX COLLECTOR
Post Office Box 850
Fort Myers, FL 33902-0280
239-533-6067