# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, et al, | Case No. 07-10416 (KJC) |
| Debtors. | Jointly Administered |
| NEW FALLS CORPORATION | |
| Movant, | |
| v. | **Hearing Date: September 11, 2007 at 1:30 p.m.** |
| NEW CENTURY MORTGAGE CORPORATION | **Objection Deadline: September 6, 2007** |

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 2248

The undersigned, counsel for New Falls Corporation, filed its Motion for Relief from Automatic Stay on August 14, 2007.

The undersigned certifies that the Court docket has been reviewed in this case and no formal answer, objection or other responsive pleading to the Motion for Relief from Automatic Stay appears thereon. Objections to the Motion were to be filed and served by September 6, 2007 (for Docket 2248).

LAW OFFICES OF JAMES F. BAILEY, P.A.

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR., I.D. #336
Law Offices of James F. Bailey, P.A.
Three Mill Road, Suite 306A
Wilmington, DE 19806
(302) 658-5686
*Counsel for New Falls Corporation*

Dated: September 10, 2007