# EXHIBIT 1

## CURRENT CLIENTS[1]

- New Century Mortgage Corporation and certain affiliates thereof

- Goldman Sachs Mortgage Company and certain affiliates thereof

- IXIS Real Estate Capital Inc. and certain affiliates thereof

---

[1] Parties that are both current clients and former clients of RL&F are only listed on Exhibit 1, Current Clients. Due to the similarity of names of certain entities, RL&F was not able to determine if all entities listed herein actually are affiliates of current clients. However, in exercising an abundance of caution, RL&F has listed those entities which it reasonably believes may be affiliates of current clients.

RLF1-3195735-1