# EXHIBIT 2

## FORMER CLIENTS[1]

- Vinson & Elkins LLP

---

[1] Due to the similarity of names of certain entities, RL&F was not able to determine if all entities listed herein actually are affiliates of former clients. However, in exercising an abundance of caution, RL&F has listed those entities which it reasonably believes may be affiliates of former clients.

RLF1-3195735-1