# EXHIBIT 3

## ACCOUNTING SUMMARY OF PAYMENTS

| Date | Transaction | Amount | Retainer Balance |
|---|---|---|---|
| 7/23/07 | NCW Retainer received by RL&F via wire transfer from New Century Warehouse | $25,000.00 | $25,000.00 |
| 8/3/07 | NCW Retainer amount drawn down based on services performed and anticipated to be performed from 8/23/07 through the filing of the petition on 8/3/07. This amount represented a good faith estimate of the fees and expenses associated with all such services, including fees and expenses already recorded in RL&F's billing system and those not yet recorded in the system. RL&F will submit a reconciliation of the actual prepetition fees and expenses in the near future. | ($25,000.00) | $0 |
| 8/31/07 | Reconciliation of amount drawn down on 8/3/07 versus actual fees and expenses incurred through NCW Petition Date ($8,049.00 in actual fees and expenses were incurred prior to the filing of the New Century Warehouse petition - the balance of the amount drawn down on 8/3/07 was returned to the NCW Rretainer) | $16,951.00 | $16,951.00 |
|  | Current Amount Held in NCW Retainer |  | $16,951.00 |

RLF1-3195735-1