# EXHIBIT

# A

## EXHIBIT A

## FEE STATEMENT

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.01.07 | Revising opinion; email to Ellen R. Marshall regarding same. | Monte A. Lehmann | 1.30 |
| 06.01.07 | Call with S. Thompson at MGIC regarding approval for servicing transfer in 2003-3 transaction and follow-up emails explaining transaction and documentation, and requesting Carrington provide its information; send materials to Ocwen regarding approval for amendment of Purchase and Sale Agreement in 2003-2 transaction. | Ellen R. Marshall | 1.10 |
| 06.01.07 | Emails regarding transition Services Agreement. | Ellen R. Marshall | 0.20 |
| 06.01.07 | Review and revise draft opinion; prepare backup officer certificate regarding same. | Matthew A. Portnoff | 2.40 |
| 06.02.07 | Work on amendments to Servicing Agreements and Pooling and Servicing Agreements. | Ellen R. Marshall | 1.70 |
| 06.04.07 | Call with representative of Moody's regarding proposed servicing transfer; send background documents to Moody's representatives; additional call responding to questions. | Ellen R. Marshall | 1.00 |
| 06.04.07 | Participate in status conference call. | Ellen R. Marshall | 0.50 |
| 06.04.07 | Review draft of REMIC tax opinion and provide comments. | Ellen R. Marshall | 0.60 |
| 06.04.07 | Review additional amendments to four Servicing Agreements previously adopted and edit draft amendments with reference to same. | Ellen R. Marshall | 0.30 |
| 06.0r.07 | Exchange memoranda with Lehman regarding Officer Certificates; prepare further revisions regarding same. | Matthew A. Portnoff | 1.00 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.04.07 | Research Indentures and Pooling and Servicing Agreements. | Valarie Dennis | 0.50 |
| 06.05.07 | Review mark-up of tax opinion; email to M. Portnoff regarding certificates. | Monte A. Lehmann | 0.30 |
| 06.05.07 | Emails with representatives of Carrington regarding rating agencies, review and provide comments on drafts of rating agency No-Downgrade letters; calls and emails with other third parties regarding approval of Carrington transfer and related amendments to 16 transactions; work on amendments. | Ellen R. Marshall | 3.90 |
| 06.05.07 | Review new chart furnished by Carrington regarding state licensing status and emails regarding timing. | Ellen R. Marshall | 0.20 |
| 06.05.07 | Review E. Marshall comments to opinion; revise Officer Certificate regarding same; exchange memoranda regarding same; conference call with M. Lehmann regarding same. | Matthew A. Portnoff | 1.50 |
| 06.05.07 | Revise 16 amendments to incorporate comments. | Deniz Haupt | 2.00 |
| 06.05.07 | Prepare table of Carrington Mortgage Loan Servicing Applications. | Valarie Dennis | 1.00 |
| 06.06.07 | Emails and conference call with representatives of Carrington regarding their comments to draft amendments, rating agency approvals. | Ellen R. Marshall | 1.10 |
| 06.06.07 | Review comments to application for representation and confer with I. Kallick regarding same. | Ellen R. Marshall | 0.02 |
| 06.06.07 | Revise 16 amendments to incorporate comments and review amendments for 2005-1 series | Deniz Haupt | 2.40 |
| 06.07.07 | Conference calls with Debtor's lawyers regarding OUST issues and response to OUST/support for same. | Ivan L. Kallick | 1.50 |
| 06.07.07 | Calls with Delaware counsel regarding approval to be counsel, and issues raised with respect to scope of our representation. | Ellen R. Marshall | 0.50 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.07.07 | Call with representatives of Carrington regarding amendments to Servicing Agreements and other documentation and procedures to transfer servicing, and regarding Freddie Mac approval of Carrington. | Ellen R. Marshall | 1.20 |
| 06.07.07 | Review drafts of revisions to Asset Purchase Agreement and proposed Transition Services Agreement. | Ellen R. Marshall | 0.70 |
| 06.08.07 | Revise tax opinions. | Monte A. Lehmann | 0.70 |
| 06.08.07 | Conference call with representatives of Carrington regarding comments to draft amendments. | Ellen R. Marshall | 0.60 |
| 06.08.07 | Call with A. Mostafavipour regarding servicing. | Ellen R. Marshall | 0.50 |
| 06.08.07 | Emails with representatives of Carrington regarding amendments, possession of documents by Custodian, and related issues in structuring Transition Services Agreement. | Ellen R. Marshall | 1.20 |
| 06.08.07 | Review draft Transition Services Agreement and provide comments. | Ellen R. Marshall | 0.50 |
| 06.08.07 | Send court order to Moody's, as requested. | Ellen R. Marshall | 0.10 |
| 06.08.07 | Prepare for and participate in conference call with Mayer Brown; speak with Ellen R. Marshall about 16 amendments. | Deniz Haupt | 1.30 |
| 06.07.07 | Send electronic copies of several compilations of information on servicing agreements and Carrington licensing status to A. Mostafavipour. | Ellen R. Marshall | 0.20 |
| 06.11.07 | Follow-up on employment of Manatt firm. | Ivan L. Kallick | 1.80 |
| 06.11.07 | Review and revise proposed REMIC tax opinion. | David W. Herbst | 0.50 |
| 06.11.07 | Revising opinions. | Monte A. Lehmann | 0.90 |
| 06.11.07 | Emails on Standard & Poor's No-Downgrade letter. | Ellen R. Marshall | 0.10 |
| 06.11.07 | Review and provide comments to final form of opinion; exchange memoranda with Lehmann regarding same. | Matthew A. Portnoff | 1.50 |
| 06.11.07 | Revise 16 amendments to incorporate comments. | Deniz Haupt | 2.50 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.12.07 | Telephone conference with Ellen R. Marshall regarding transfer of servicing to Carrington. | Harold P.Reichwald | 0.20 |
| 06.12.07 | Calls to and from M. Finnegan at Richard Layton & Finger regarding OUST issues on Manatt fees and retention. | Ivan L. Kallick | 0.90 |
| 06.12.067 | Review back-up certificates. | Monte A. Lehmann | 0.70 |
| 06.12.07 | Emails regarding missing prior amendments to several servicing agreements. | Ellen R. Marshall | 0.30 |
| 06.12.07 | Prepare and send correspondence with Ambac, MGIC, Ocwen and Litton seeking third-party approvals. | Ellen R. Marshall | 1.70 |
| 06.12.07 | Review drafts of back-up certificates for REMIC opinions and provide comments. | Ellen R. Marshall | 0.30 |
| 06.12.07 | Finalize drafts of officer certificates regarding New Century Mortgage opinions regarding transfer of pooling and servicing of assets. | Matthew A. Portnoff | 1.90 |
| 06.12.07 | Revise 16 amendments and create redlines. | Deniz Haupt | 5.00 |
| 06.13.07 | Calls and emails about issues related to retention approval; review proposed revised order. | Ellen R. Marshall | 0.50 |
| 06.13.07 | Work on documentation for amendments to 16 servicing agreements, including emails on tax opinions and back-up certificates and conference with V. Dennis and emails regarding document control and closing mechanics; distribution of revised drafts of amendments and tax opinion. | Ellen R. Marshall | 3.60 |
| 06.13.07 | Preparation of memo summarizing status of pre-closing matters and tasks. | Ellen R. Marshall | 1.00 |
| 06.13.07 | Review and provide comments on revised form of Assignment and Assumption. | Ellen R. Marshall | 0.30 |
| 06.13.07 | Commence drafting form for Interim Subservicing Agreement; calls and emails regarding same. | Ellen R. Marshall | 1.40 |
| 06.13.07 | Review voicemail from Ellen R. Marshall regarding client comments; further revise Officer Certificates regarding draft opinions as to same; exchange memoranda regarding same. | Matthew A. Portnoff | 1.10 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.13.07 | Revise amendments; prepare Closing Checklist; conference with Ellen R. Marshall regarding closing responsibilities. | Valarie Dennis | 5.70 |
| 06.14.07 | Review form of opinion to be delivered at closing and email comments to Ellen R. Marshall | Harold P.Reichwald | 0.30 |
| 06.14.07 | Review tax opinion. | Donald J. Fitzgerald | 0.50 |
| 06.14.07 | Calls with Ellen R. Marshall regarding supplemental declaration and draft same for OUST and several calls and emails with Richard Layton & Finger. | Ivan L. Kallick | 2.00 |
| 06.14.07 | Revising tax opinion. | Monte A. Lehmann | 0.80 |
| 06.14.07 | Continue drafting Interim Subservicing Agreement and distribute same. | Ellen R. Marshall | 1.20 |
| 06.14.07 | Continue work on revisions to amendment documents and supporting opinion letters. | Ellen R. Marshall | 1.80 |
| 06.14.07 | Advise regarding reporting requirements under Regulation AB and significance of Lewtan contract for meeting those obligations; research on Regulation AB. | Ellen R. Marshall | 1.30 |
| 06.14.07 | Review and execute supplemental affidavit regarding retention order; calls and emails regarding same. | Ellen R. Marshall | 0.30 |
| 06.14.07 | Prepare stand-alone signature pages for all amendments; revise Closing Checklist. | Valarie Dennis | 6.00 |
| 06.15.07 | Exchange emails with E. Marshall regarding opinions to be delivered in connection with Sale of Servicing to Carrington. | Harold P.Reichwald | 0.20 |
| 06.15.07 | Review tax opinion. | Donald J. Fitzgerald | 0.50 |
| 06.15.07 | Review and revise order on fee processors with Ms. Nikengroll. | Ivan L. Kallick | 0.90 |
| 06.15.07 | Emails to E. Marshall, D. Fitzgerald and D. Herbst regarding tax opinion; review Mayer Brown comments. | Monte A. Lehmann | 0.70 |
| 06.15.07 | Call with A. Mostafavipour, K. Dwyer and J. Laubauch on Lewtan contract and Regulation AB concerns if website ceases to be operative. | Ellen R. Marshall | 0.40 |
| 06.15.07 | Review servicing portions of Transition Services Agreement and advise J. Laubauch on selected issues. | Ellen R. Marshall | 0.20 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.15.07 | Calls and emails with counsel to Carrington on tax opinions, prior amendments to four servicing agreements, proposed Interim Subservicing Agreement; and owner trust certificate holder. | Ellen R. Marshall | 1.10 |
| 06.15.07 | Review transaction documents with reference to identity of Depositor in different deals, with reference to SEC reporting burdens retained by New Century entities, and review Lewtan contract. | Ellen R. Marshall | 0.50 |
| 06.15.07 | Review tax opinion comments and confer regarding response; review and distribute revised back-up certificates for tax opinion. | Ellen R. Marshall | 0.50 |
| 06.15.07 | Review additional comments to amendments received from counsel to Carrington. | Ellen R. Marshall | 0.20 |
| 06.15.07 | Revise 16 amendments; review emails; revise opinion; speak with Ellen R. Marshall regarding opinion and amendments; speak with counsel from Thatcher Proffitt and Wood regarding executed amendments. | Deniz Haupt | 3.00 |
| 06.16.07 | Emails and calls regarding ownership of Owner Trust Certificates and authority to direct Owner Trust with reference to amendments; related review and analysis of court order in consultation with bankruptcy counsel. | Ellen R. Marshall | 0.50 |
| 06.16.07 | Revise and circulate amendments and prepare form of direction letter to Owner Trustee. | Ellen R. Marshall | 1.40 |
| 06.16.07 | Email exchange with counsel to Carrington regarding REMIC tax opinion. | Ellen R. Marshall | 0.20 |
| 06.17.07 | Review various emails from E. Marshall regarding closing documents (.5); review and consider memorandum from E. Marshall with respect to serving rights and the matter not yet agreed (.5). | Harold P.Reichwald | 1.00 |
| 06.17.07 | Emails with bankruptcy counsel concerning execution of amendments; prepare redlines and circulate revised amendment documents and direction letter to parties. | Ellen R. Marshall | 1.70 |

70046143.1

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.17.07 | Email advice to K. Cloyd regarding Lewtan contract. | Ellen R. Marshall | 0.10 |
| 06.17.07 | Review emails from O'Melveny and Manatt regarding Wilmington Trust. | Deniz Haupt | 0.40 |
| 06.18.07 | Conference call with E. Marshall, D. Haupt and V. Dennis regarding open items for closing and the preparation of closing checklist (1.0); exchange emails on closing items such as requirements of Deutsche Bank and Wilmington Trust Co. (.2). | Harold P.Reichwald | 1.20 |
| 06.18.07 | Revising tax opinion. | Monte A. Lehmann | 1.30 |
| 06.18.07 | Meet with internal group regarding documentation required and mechanics for closing, exchange of documentation and follow-up phone calls regarding same. | Ellen R. Marshall | 1.40 |
| 06.18.07 | Respond to questions regarding meaning of certain provision of Asset Purchase Agreement with reference to closing conditions and documents. | Ellen R. Marshall | 0.20 |
| 06.18.07 | Participate in call with Carrington and their representatives regarding closing conditions. | Ellen R. Marshall | 1.00 |
| 06.18.07 | Prepare documents regarding approvals by third parties and rating agencies and circulate to appropriate parties by email. | Ellen R. Marshall | 0.90 |
| 06.18.07 | Calls with representatives of Moody's regarding conditions for g rant of No-Downgrade Letter. | Ellen R. Marshall | 0.20 |
| 06.18.07 | Participate in legal update conference call. | Ellen R. Marshall | 0.50 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.18.07 | Participate in Manatt status conference call with E. Marshall, J. Haft and H. Reichwald; speak with E. Marshall regarding amendments, process of obtaining signatures and other required deliveries; speak with A. Clark regarding amendments and respond to Mayer Brown's requests; speak with J. Laubauch regarding amendments and respond to O'Melveny requests; update O'Melveny closing checklist; draft Manatt document checklist; review schedule; review emails; draft emails; review Bankruptcy Court order; review Purchase Agreement; coordinate revisions of amendments; review Ambac documents and Litton documents; review draft rating agency letters. | Deniz Haupt | 9.80 |
| 06.18.07 | Conference with E. Marshall regarding closing issues; revise amendments and distribute; research parties' addresses; telephone conference with H. Reichwald, E. Marshall and D. Haupt regarding outstanding issues; organize closing documents; revise closing checklist. | Valarie Dennis | 7.50 |
| 06.19.07 | Conference call regarding closing items with team members relating to sale of servicing to Carrington (.5); exchange emails with D. Haupt concerning letters from rating agencies (.2). | Harold P.Reichwald | 0.70 |
| 06.19.07 | Conference call with team regarding preparations for closing. | Ellen R. Marshall | 0.50 |
| 06.19.07 | Calls to counsel to Deutsche Bank and Wilmington Trust regarding amendments. | Ellen R. Marshall | 0.40 |
| 06.19.07 | Participate in Manatt status conference call; review emails; review draft opinion; speak with H. Reichwald regarding amendments; speak with O'Melveny regarding status; review emails; speak with New Century general counsel regarding Lewtan contract and subservicing agreement. | Deniz Haupt | 4.00 |
| 06.19.07 | Conference call with H.Reichwald, E. Marshall and D. Haupt regarding closing; review closing documents. | Jennifer M. Haft | 2.50 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.19.07 | Telephone conference with E. Marshall, H. Reichwald, D. Haupt and J. Haft regarding outstanding issues and status; continue organization of closing documents. | Valarie Dennis | 4.50 |
| 06.20.07 | Telephone conference with D. Haupt regarding further open issues regarding consents from trustees (.2); exchange emails with E. Marshall and D. Haupt regarding question of lack of endorsements in blank (.2). | Harold P.Reichwald | 0.40 |
| 06.20.07 | Drafting fee notice and application as special securitization counsel. | Ivan L. Kallick | 3.00 |
| 06.20.07 | Emails with D. Haupt regarding Interim Subservicing Agreement and extent to which trustee fee letters are to be included in assignment. | Ellen R. Marshall | 0.40 |
| 06.20.07 | Speak with New Century/A. Mostafavipour regarding Subservicing Agreement and Lewtan contract; speak with K. Dwyer regarding Subservicing Agreement; speak with J. Laubauch of O'Melveny regarding amendments; speak with A. Clark to update status and respond to Mayer Brown's requests; coordinate rating agency letter with Moody's and officer's certificate; speak with V. Dennis regarding amendment revisions and option revisions; review schedules; draft emails; review court order and application for court order. | Deniz Haupt | 6.40 |
| 06.20.07 | Review Mayer Brown comments to Manatt opinion; review form of opinion prepared by E. Marshall; review closing checklist. | Jennifer M. Haft | 1.10 |
| 06.20.07 | Research Fee Letters; telephone conference with H. Reichwald, D. Haupt and J. Haft regarding open issues; update closing documents. | Valarie Dennis | 5.00 |
| 06.21.07 | Review revisions to Asset Purchase Agreement amendment proposed by Carrington (.2); conference call with D. Haupt, J. Haft and V. Dennis regarding open closing items on sale to Carrington (.5); telephone conference with D. Haupt regarding request of counsel for Creditors' Committee (.1). | Harold P.Reichwald | 0.80 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.21.07 | Conference call with Manatt team (J. Haft, H. Reichwald, V. Dennis); review emails; draft emails to Mayer Brown, Manatt team and A. Clark; review REMIC opinions; speak with Deutsche Bank counsel regarding REMIC opinions and opinions for 16 amendments; speak with Wilmington Trust counsel regarding opinions for 12 amendments; speak with J. Laubauch regarding amendment to Asset Purchase Agreement; speak with Ambac counsel; speak with A. Clark to update status and respond to Mayer Brown's requests; review Asset Purchase Agreement; review officer's certificate; speak with A. Weil of Moody's; participate in New Century conference call. | Deniz Haupt | 6.60 |
| 06.21.07 | Phone call to D. Haupt regarding incorporating Mayer Brown comments to our opinion template; revise opinions per comments; conference call with D. Haupt and H. Reichwald regarding outstanding closing items; redline opinions and send to D. Haupt for review. | Jennifer M. Haft | 6.20 |
| 06.21.07 | Create checklist for each amendment; revise Master Closing checklist; telephone conference with D. Haupt regarding REMIC opinions; telephone conference with D. Haupt, H. Reichwald and J. Haft regarding status of closing; revise 2004-3 amendment; revise all signature pages to reflect two signatures for Deutsche Bank; review Mayer Brown's comments to REMIC opinion. | Valarie Dennis | 8.50 |
| 06.22.07 | Conference call with J. Haft and D. Haupt regarding issues under transition Subservicing Agreement, Moody's consent letter and requirement by Wilmington Trust for consent of creditors committee (.5). | Harold P.Reichwald | 0.50 |
| 06.22.07 | Review REMIC opinion. | Donald J. Fitzgerald | 0.30 |
| 06.22.07 | Emails regarding possibility of separate Interim Subservicing Agreements for non-Carrington loans. | Ellen R. Marshall | 0.20 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.22.07 | Conference call with Manatt team regarding status; speak with V. Dennis regarding amendments, retain agency letters, review subservicing agreement; speak with J. Laubauch and S. Lugino regarding Ellington transaction; review Ellington purchase agreement and closing checklist; speak with A. Clark to update status and respond to Mayer Brown's requests; ;speak with Ocwen contact regarding Ocwen consent and Ocwen Collection Advisory Agreement; review amendment to Asset Purchase Agreement; draft emails to E. Marshall; draft emails to Moody's; review Transition Services Agreement and Schedule. | Deniz Haupt | 9.70 |
| 006.22.07 | Review Transition Services Agreement, Asset Purchase Agreement and Mayer Brown comments to Schedule A; conference call with O'Melveny and New Century regarding Schedule A to the Transition Service Agreement; provide comments to O'Melveny regarding Mayer Brown changes to the Transition Services Agreement; conference call with J. Laubauch and D. Haupt regarding closing documents and open issues; revise REMIC opinion per Mayer Brown comments; revise closing checklist and second to O'Melveny. | Jennifer M. Haft | 7.10 |
| 06.23.07 | Emails on request for representation about compliance and about correction of document exceptions. | Ellen R. Marshall | 0.50 |
| 06.23.07 | Prepare for and participate in conference call with Carrington, New Century, O'Melveny, Mayer Brown and Manatt; speak with J. Laubauch and B. Christensen regarding conference call; speak with J. Haft regarding follow-up matters related to conference call; review emails; review Mayer Brown comments to Subservicing Agreement. | Deniz Haupt | 4.80 |
| 06.23.07 | Revise REMIC opinion (2003.2) and send to A. Clark at Mayer Brown for comments; all-hands conference call with Carrington, O'Melveny and Manatt, New Century to discuss outstanding issues; follow-up phone call with D. Haupt. | Jennifer M. Haft | 4.50 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.24.07 | Exchange emails and telephone conference with D. Haupt regarding revisions to REMIC opinion; issues relating to original documents and Subservicing Agreement (.7); consider possible solutions (.3). | Harold P.Reichwald | 1.00 |
| 06.24.07 | Emails on REMIC opinion and execution of assignments. | Ellen R. Marshall | 0.20 |
| 06.24.07 | Review Mayer Brown comments to Subservicing Agreement; review Ellington purchase agreement and closing checklist; speak with H. Reichwald regarding Subservicing Agreement. | Deniz Haupt | 3.20 |
| 06.25.07 | Review comments of counsel to Carrington to Assumption and Assignment Agreement, REMIC opinion and Subservicing Agreement (.8); conference call with J. Van Gort, counsel to Carrington regarding issues under Subservicing Agreement (.5); telephone conference with E. Marshall regarding industry standards for economic issues (.4); conference with J. Haft regarding comparing obligations under Pooling & Servicing Agreements (.1); conference call with D. Haupt and J. Haft regarding opinion and amendment to trust documents.(.2). | Harold P.Reichwald | 2.00 |
| 06.25.07 | Review tax opinion for REMIC; telephone conference with J. Haft. | Donald J. Fitzgerald | 0.80 |
| 06.25.07 | Call with D. Haupt and H. Reichwald regarding Interim Subservicing Agreement, correction of documentary exceptions and other outstanding issues for closing emails on requested representation, opinions and related questions. | Ellen R. Marshall | 0.80 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.25.07 | Conference call with Mayer Brown to discuss Subservicing Agreement; prepare for conference call; review Asset Purchase Agreement; review comments to Manatt opinions regarding amendments; review Ellington purchase agreement and closing checklist; speak with A. Clark and respond to Mayer Brown's requests; speak with A. Weil of Moody's regarding officer's certificate; review emails; draft emails to O'Melveny regarding amendment to Asset Purchase Agreement; draft emails to Wilmington. | Deniz Haupt | 9.40 |
| 06.25.07 | Revise opinions per Mayer Brown comments; conference call with Mayer Brown regarding Interim Subservicing Agreement; conference call with D. Haupt and V. Dennis regarding closing items; review Carrington and Ellington Asset Purchase Agreement as it relates to the Interim Subservicing Agreement; revise REMIC pinion per Mayer Brown comments; revise authorization and conditions precedent opinion per Mayer Brown's comments; conference call with J.Laubauch at O'Melveny regarding closing items. | Jennifer M. Haft | 11.10 |
| 06.25.07 | Revise amendments and stand-alone signature pages; revise exhibit to form of Moody's No-Downgrade letter; provide Trust Agreements, Servicing, Indentures and Pooling and Servicing Agreements to counsel for Unsecured Creditors; telephone conference with D. Haupt and J. Haft regarding outstanding issues; organize closing documents. | Valarie Dennis | 7.50 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.26.07 | Review issue relating to amendments to Asset Purchase Agreement and trailing documents (Section 6.14 of Draft)(.3); telephone conference with D. Haupt regarding developments concerning subservicing agreement (.2); exchange emails with E. Marshall regarding custodial arrangements (.2); telephone conference with J. Haft and D. Haupt regarding opinions (.3); review issue regarding issuance of certificate to Wilmington Trust (.2); telephone conference with D. Haupt regarding Moody's downgrade letter (.2); telephone conference with D. Haupt regarding Interim Subservicing Agreement regarding client lack of comments. | Harold P. Reichwald | 1.60 |
| 06.26.07 | Emails with D. Haupt on Custodial Account Transfer and ownership of owner trust certificates. | Ellen R. Marshall | 0.50 |
| 06.26.07 | Prepare for and participate in conference call with Carrington, New Century, O'Melveny, Mayer Brown and Manatt; conference call with J. Laubauch, S. Hightower and M. Power regarding direction letter to bank; draft emails to O'Melveny; speak with Wilmington counsel regarding opinions to 12 amendments; review Bankrupcty Court order; speak with Deutsche Bank counsel regarding opinions. | Deniz Haupt | 12.30 |
| 06.26.07 | Conference call with New Century, O'Melveny, Manatt regarding open issues; email Interim Subservicing Agreement to S. Hightower; prepare signature page and send to Ambac for execution; conference call with Mayer Brown to discuss opinions; send 2003-5 Amendment to Moody's for review; revise Manatt opinions and send to A. Clark at Mayer Brown; conference call with V. Dennis and D. Haupt regarding closing items. | Jennifer M. Haft | 7.40 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|------|-------------|-------------------------------|-------|
| 06.26.07 | Revise Manatt opinions regarding the amendments; provide additional documents to counsel for the unsecured creditors; review trust agreements regarding identity of certificate holder; organize closing documents; ;revise closing checklist. | Valarie Dennis | 7.50 |
| 06.27.07 | Review issues relating to opinion for Wilmington Trust (.2); consider comments regarding Section 6.14 proposed for Asset Purchase Agreement (.2); telephone conferences with J. Haft regarding opinion for Wilmington Trust (.2); telephone conference with J. Haft regarding need for incumbency certificates (.2); telephone conference with J. Haft and D. Haupt regarding Subservicing Agreement and other closing items (.3); telephone conference with D. Haupt regarding instruction letters to Wilmington Trust (.2). | Harold P.Reichwald | 1.30 |
| 06.27.07 | Emails on exception documents and on direction letter to Wilmington Trust Company. | Ellen R. Marshall | 0.40 |
| 06.27.07 | Travel to Orange County for closing. | Deniz Haupt | 3.50 |
| 06.27.p7 | Speak with H. Reichwald regarding status of transaction; speak with J. Haft regarding incumbency certificates; contact Mayer Brown regarding incumbency certificates; draft emails to client; draft emails to Mayer Brown; draft emails to O'Melveny; speak with Wilmington Trust counsel regarding opinions and ownership of trust certificates; speak with V. Dennis regarding trust certificates; review trust agreements; review direction letters; speak with K. Dwyer regarding Subservicing Agreement and trust certificates; review revised Transition Servicing Agreement; coordinate execution of New Century amendments; review Moody's rating agency letter; review execution copies of certain closing documents, including incumbency certificate; discuss Manatt opinions with Deutsche Bank counsel. | Deniz Haupt | 5.00 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.27.07 | Review Manatt opinions to add Wilmington Trust as a beneficiary of the opinion; phone call to H. Reichwald to discuss Manatt opinion; send opinions to B. Lasher at Wilmington Trust; phone call to N. Flax regarding incumbency certificates; send revised opinion to J. Rosenthal at Nixon Peabody to review; phone call to O'Melveny regarding incumbency certificate; prepare incumbency certificate; phone call to M. David regarding incumbency for New Century Mortgage Securities, LLC; send incumbency certificate to New Century for execution. | Jennifer M. Haft | 5.50 |
| 06.27.07 | Prepare and compile closing documents; revise closing checklist; provide additional documents to counsel for the unsecured creditors. | Valarie Dennis | 7.50 |
| 06.28.07 | Telephone conferences with D. Haupt regarding issue of registered ownership of certificates issued by Wilmington Trust Company as Trustee (.3); telephone conference with J. Haft regarding opinion for Deutsche Bank (.1); telephone conferences with D. Haupt regarding interim subservicing issue(.3); review comments from client (.2); conference call with client regarding Interim Subservicing Agreement comments; review final opinions and execute same (.5); review draft powers of attorney (.2); review comments by Carrington's counsel to Interim Subservicing Agreement (.3); telephone conferences with D. Haupt regarding revisions to Interim Subservicing Agreement made by Carrington's counsel (.3); address further revisions to Interim Subservicing Agreement (.5). | Harold P.Reichwald | 2.60 |
| 06.28.07 | Call with D. Haupt on pre-closing issues. | Ellen R. Marshall | 0.20 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.28.07 | Revise Interim Subservicing Agreement and turn around revisions; speak with New Century regarding business E. Marshalls of Interim Subservicing Agreement; draft emails with respect to Interim Subservicing Agreement; speak with A. Clark regarding Moody's ; speak with Wilmington Trust counsel regarding identity of certificate holders; speak with K. Dwyer regarding Wilmington Trust and the identity of the registered certificate holders; speak with Deutsche Bank regarding registered ownership of the certificates; speak with H. Reichwald regarding Interim Subservicing Agreement and identity of registered certificate holders; review Ocwen Collection Advisory Agreement; review certificates and trust agreements; review documents for closing room and revise folders; coordinate closing with J. Haft and V. Dennis; speak with New Century CEO; speak with E. Marshall regarding committee comments to the Interim Subservicing Agreement; speak with committee counsel. | Deniz Haupt | 14.00 |
| 06.28.07 | Review S. Hightower comments to the Interim Subservicing Agreement; phone call to J. Rosenthal regarding Manatt opinion; conference call with New Century and Afix Partners regarding Interim Subservicing Agreement; phone call from M. David regarding incumbency certificates; prepare Manatt opinions for signature; review schedules to Interim Subservicing Agreement; review limited power of attorney; phone call to K. Dwyer regarding power of attorney; review all closing documents in preparation for closing; review Interim Subservicing Agreement; send signature page to Interim Subservicing Agreement to New Century for execution; prepare documents for closing; pre-closing at O'Melveny's offices; call to B. Christensen regarding D. Grubman's comments to Subservicing Agreement; review Transition Servicing Agreement indemnification section per D. Grubman's comments to the Interim Subservicing Agreement. | Jennifer M. Haft | 15.50 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|------|-------------|-------------------------------|-------|
| 06.28.07 | Organize closing documents; revise closing checklist; deliver closing documents to O'Melveny's Newport Beach office. | Valarie Dennis | 8.00 |
| 06.28.07 | Review Interim Servicing Agreement for requested business changes; prepare for and attend transaction pre-closing. | Valarie Dennis | 4.00 |
| 06.29.07 | Consider issues relating to need for approval of Creditors' Committee to Interim Subservicing Agreement (.3); telephone conferences with D. Haupt and J. Haft relating to same (.3); telephone conference with B. Christensen regarding Creditors' Committee issues (.2); review final revisions to Interim Subservicing Agreement(.2); review Bankruptcy Court order regarding Interim Subservicing Agreement (.3); exchange emails with D. Haupt regarding closing (.2). | Harold P. Reichwald | 1.50 |
| 06.29.07 | Call with D. Haupt on creditors' committee issues pertaining to Interim Subservicing Agreement and emails regarding same. | Ellen R. Marshall | 0.60 |
| 06.29.07 | Negotiate Interim Subservicing Agreement with committee counsel; draft emails regarding Interim Subservicing Agreement and exhibits to Subservicing Agreement; speak with B. Christensen regarding committee counsel comments to Interim Subservicing Agreement; review exhibits to Subservicing Agreement; speak with S. Hightower regarding exhibits to Subservicing Agreement; prepare for closing; attend closing. | Deniz Haupt | 9.00 |
| 06.29.07 | Travel from Orange County to San Francisco. | Deniz Haupt | 3.00 |
| 06.29.07 | Participate in the closing at O'Melveny in Newport Beach. | Jennifer M. Haft | 3.50 |
| 06.29.07 | Provide support for New Century transaction closing. | Valarie Dennis | 3.20 |