# EXHIBIT

# B

370046143.1

## EXHIBIT B

## EXPENSE STATEMENT

| DATE | DESCRIPTION | MANTT PERSONNEL | AMOUNT |
|---|---|---|---|
| 05.31.07 | Computer Research: Lexis-Nexis | Tara Herman | 47.00 |
| 05.31.07 | Computer Research: WestLaw | Tara Herman | 1,287.72 |
| 05.31.07 | Computer Research: WestLaw | Tara Herman | 102.14 |
| 04.23.07 | Document Production | Valarie Dennis | 180.00 |
| 06.21.07 | Document Production | Valarie Dennis | 18.00 |
| 06.21.07 | Document Production | Valarie Dennis | 18.00 |
| 06.05.07 | Federal Express | Ellen R. Marshall | 13.02 |
| 06.05.07 | Federal Express | Ellen R. Marshall | 13.02 |
| 06.18.07 | Reproduction | Valarie Dennis | .40 |
| 06.28.07 | Reproduction | Valarie Dennis | 172.60 |
| 06.28.07 | Reproduction | Valarie Dennis | 60.80 |
| 06.28.07 | Reproduction | Valarie Dennis | 127.60 |
| 06.04.07 | Telephone Charge | Ellen R. Marshall | .83 |
| 06.04.07 | Telephone Charge | Ellen R. Marshall | .06 |
| 06.05.07 | Telephone Charge | Ellen R. Marshall | .06 |
| 06.05.07 | Telephone Charge | Ellen R. Marshall | .15 |
| 06.06.07 | Telephone Charge | Ellen R. Marshall | .06 |
| 06.06.07 | Telephone Charge | Ellen R. Marshall | .06 |
| 06.11.07 | Telephone Charge | Ellen R. Marshall | .06 |
| 06.13.07 | Telephone Charge | Ellen R. Marshall | .87 |
| 06.14.07 | Telephone Charge | Ellen R. Marshall | .06 |
| 06.14.07 | Telephone Charge | Ellen R. Marshall | .06 |
| 06.14.07 | Telephone Charge | Ellen R. Marshall | .06 |
| 06.15.07 | Telephone Charge | Ellen R. Marshall | .11 |
| 06.18.07 | Telephone Charge | Deniz Haupt | .11 |
| 06.19.07 | Telephone Charges | Deniz Haupt | .15 |
| 06.19.07 | Telephone Charge | Ellen R. Marshall | .15 |

370046143.1

| DATE | DESCRIPTION | MANTT PERSONNEL | AMOUNT |
|---|---|---|---|
| 06.19.07 | Telephone Charge | Ellen R. Marshall | .11 |
| 06.19.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.19.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.20.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.20.07 | Telephone Charge | Deniz Haupt | .48 |
| 06.20.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.20.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.21.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.21.07 | Telephone Charge | Deniz Haupt | .11 |
| 06.21.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.21.07 | Telephone Charge | Deniz Haupt | .54 |
| 06.21.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.22.07 | Telephone Charge | Deniz Haupt | .44 |
| 06.22.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.22.07 | Telephone Charge | Deniz Haupt | .24 |
| 06.22.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.22.07 | Telephone Charge | Deniz Haupt | .39 |
| 06.22.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.25.07 | Telephone Charge | Deniz Haupt | .11 |
| 06.25.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.25.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.25.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.26.07 | Telephone Charge | Valarie Dennis | .96 |
| 06.26.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.26.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.26.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.26.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.26.07 | Telephone Charge | Valarie Dennis | .48 |
| 06.26.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.26.07 | Telephone Charge | Deniz Haupt | .11 |
| 06.26.07 | Telephone Charge | Deniz Haupt | .20 |
| 06.26.07 | Telephone Charge | Deniz Haupt | .15 |

370046143.1

| DATE | DESCRIPTION | MANTT PERSONNEL | AMOUNT |
|---|---|---|---|
| 06.26.07 | Telephone Charge | Deniz Haupt | .11 |
| 06.27.07 | Telephone Charge | Deniz Haupt | .11 |
| 06.27.07 | Telephone Charge | Deniz Haupt | .44 |
| 06.27.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.27.07 | Telephone Charge | Deniz Haupt | .11 |
| 06.28.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.28.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.28.07 | Telephone Charge | Deniz Haupt | 1.07 |
| 06.28.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.28.07 | Telephone Charge | Valarie Dennis | .20 |
| 06.28.07 | Telephone Charge | Deniz Haupt | .20 |
| 06.28.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.28.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.28.07 | Telephone Charge | Deniz Haupt | .11 |