# ATTACHMENT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| | Objection Deadline:  October 1, 2007 |

SECOND MONTHLY APPLICATION OF MANATT, PHELPS &
PHILLIPS, LLP, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES
AS SPECIAL SECURITIZATION COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION FOR THE PERIOD JUNE 1, 2007
THROUGH JUNE 30, 2007

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy

Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

the Court's Administrative Order Establishing Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals, dated April 24, 2007 [Docket No. 389] (the

"Administrative Order"), Manatt, Phelps & Phillips, LLP ("Manatt") hereby files this Second

Monthly Application for Allowance of Compensation for Services Rendered and for

Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period

from June 1, 2007 through and including June 30, 2007 (the "Application").  By this

---

[1] The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage)(d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware Corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Application, Manatt seeks a monthly allowance pursuant to the Administrative Order with respect to the sums of $111,992.40 (80% of $139,990.50) as compensation and $2,048.32 for reimbursement of actual and necessary expenses for the period June 1, 2007 through and including June 30, 2007 for a total of $114,040.72 (the "Compensation Period"). In support of this Application, Manatt respectfully represents as follows:

### Background

1.      On April 2, 2007 (the "Petition Date"), New Century Financial Corporation, New Century TRS Holdings, Inc., New Century Mortgage Corporation, NC Capital Corporation, Home 123 Corporation, new Century Credit Corporation, NC Asset Holding, L.P., NC Residual III Corporation, NC Residual IV Corporation, New Century R.E.O. Corp., New Century R.E.O. II Corp., New Century R.E.O. III Corp., New Century Mortgage Ventures, LLC, NC Deltex, LLC and NCoral, L.P., (collectively, the "Debtors') filed voluntary petitioners for relief under chapter 11 of the Bankruptcy Code.

2.      The Debtors' retention of Manatt was approved effective as of the petition Date by this Court's Order dated April 24, 2007 (the "Retention Order"). The Retention Order authorized Manatt to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### Compensation Paid and Its Source

3.      All services for which compensation is requested by Manatt were performed for or on behalf of the Debtors.

4.      Except to the extent of the retainer paid to Manatt as described in the application seeking approval of Manatt's employment by the Debtors during the period covered by this Application, Manatt has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the

matters covered by this Application. There is no agreement or understanding between Manatt and any other person other than the directors of Manatt for the sharing of compensation to be received for services rendered in these cases.

## Fee Statement

5.     The fee statement for the Compensation Period is attached hereto as Exhibit A. This statement contains daily time logs describing the time spent by each attorney and paraprofessional for this period. To the best of Manatt's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr.L.R. 2016-2, and the Administrative Order.

## Actual and Necessary Expenses

6.     A summary of actual and necessary expenses and daily logs of expenses incurred by Manatt during the Compensation Period is attached hereto as Exhibit B.

## Summary of Services Rendered

7.     The partners and associates of Manatt who have rendered professional services in these cases are as follows: Ellen R. Marshall, Harold R. Reichwald, Monte. A. Lehmann, Ivan L. Kallick, David W. Herbst, Donald J. Fitzgerald, Matthew A. Portnoff, Deniz Haupt and Jennifer M. Haft. The paraprofessional of Manatt who has provided services to these attorneys in this case is Valarie Dennis.

8.     Manatt, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in

connection with these cases, and has performed all necessary professional services which are
described and narrated in detail hereinafter.

## Valuation of Services

9.      Attorneys and paraprofessionals of Manatt have expended a total of
348.00 hours in connection wit this matter during the Compensation Period, as follows:

| Name of Attorney | Hourly Billing Rate | Total Hours Billed |
|---|---|---|
| Ellen R. Marshall | 650.00 | 45.80 |
| Harold P. Reichwald | 690.00 | 15.30 |
| Monte A. Lehmann | 620.00 | 6.70 |
| Ivan L. Kallick | 590.00 | 10.10 |
| David W. Herbst | 620.00 | .50 |
| Donald J. Fitzgerald | 620.00 | 2.10 |
| Matthew A. Portnoff | 415.00 | 9.40 |
| Deniz Haupt | 435.00 | 117.30 |
| Jennifer M. Haft | 305.00 | 64.40 |
| Name of Paraprofessional | | |
| Valarie Dennis | 175.00 | 76.40 |

The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto.
These are Manatt's normal hourly rates for the work of this character. The reasonable value of
the services rendered by Manatt to the Debtors during the Compensation Period is $139,990.50.

10.      In accordance with the factors enumerated in section 330 of the
Bankruptcy Code, it is respectfully submitted that the amount requested by Manatt is fair and

reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.  Moreover, Manatt has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, Manatt respectfully requests that the Court enter an order providing that for the Compensation Period, an allowance be made to Manatt in the sum of $111, 992.40 (80% of $139,990.50) as compensation for necessary professional services rendered, and the sum of $2,048.32 for reimbursement of actual necessary costs and expenses, for a total of $114,040.72, and that such sums be authorized for payment less what has been paid previously to Manatt pursuant to the Administrative Order, and for such other and further relief as this Court may deem just and proper.

Dated: September 10, 2007

MANATT, PHELPS & PHILLIPS, LLP

By: _____
Ellen R. Marshall [CA Bar No.666715]
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
(714) 371-2508

Attorneys for Debtors

# EXHIBIT

# A

## EXHIBIT A

## FEE STATEMENT

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.01.07 | Revising opinion; email to Ellen R. Marshall regarding same. | Monte A. Lehmann | 1.30 |
| 06.01.07 | Call with S. Thompson at MGIC regarding approval for servicing transfer in 2003-3 transaction and follow-up emails explaining transaction and documentation, and requesting Carrington provide its information; send materials to Ocwen regarding approval for amendment of Purchase and Sale Agreement in 2003-2 transaction. | Ellen R. Marshall | 1.10 |
| 06.01.07 | Emails regarding transition Services Agreement. | Ellen R. Marshall | 0.20 |
| 06.01.07 | Review and revise draft opinion; prepare backup officer certificate regarding same. | Matthew A. Portnoff | 2.40 |
| 06.02.07 | Work on amendments to Servicing Agreements and Pooling and Servicing Agreements. | Ellen R. Marshall | 1.70 |
| 06.04.07 | Call with representative of Moody's regarding proposed servicing transfer; send background documents to Moody's representatives; additional call responding to questions. | Ellen R. Marshall | 1.00 |
| 06.04.07 | Participate in status conference call. | Ellen R. Marshall | 0.50 |
| 06.04.07 | Review draft of REMIC tax opinion and provide comments. | Ellen R. Marshall | 0.60 |
| 06.04.07 | Review additional amendments to four Servicing Agreements previously adopted and edit draft amendments with reference to same. | Ellen R. Marshall | 0.30 |
| 06.0r.07 | Exchange memoranda with Lehman regarding Officer Certificates; prepare further revisions regarding same. | Matthew A. Portnoff | 1.00 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.04.07 | Research Indentures and Pooling and Servicing Agreements. | Valarie Dennis | 0.50 |
| 06.05.07 | Review mark-up of tax opinion; email to M. Portnoff regarding certificates. | Monte A. Lehmann | 0.30 |
| 06.05.07 | Emails with representatives of Carrington regarding rating agencies, review and provide comments on drafts of rating agency No-Downgrade letters; calls and emails with other third parties regarding approval of Carrington transfer and related amendments to 16 transactions; work on amendments. | Ellen R. Marshall | 3.90 |
| 06.05.07 | Review new chart furnished by Carrington regarding state licensing status and emails regarding timing. | Ellen R. Marshall | 0.20 |
| 06.05.07 | Review E. Marshall comments to opinion; revise Officer Certificate regarding same; exchange memoranda regarding same; conference call with M. Lehmann regarding same. | Matthew A. Portnoff | 1.50 |
| 06.05.07 | Revise 16 amendments to incorporate comments. | Deniz Haupt | 2.00 |
| 06.05.07 | Prepare table of Carrington Mortgage Loan Servicing Applications. | Valarie Dennis | 1.00 |
| 06.06.07 | Emails and conference call with representatives of Carrington regarding their comments to draft amendments, rating agency approvals. | Ellen R. Marshall | 1.10 |
| 06.06.07 | Review comments to application for representation and confer with I. Kallick regarding same. | Ellen R. Marshall | 0.02 |
| 06.06.07 | Revise 16 amendments to incorporate comments and review amendments for 2005-1 series | Deniz Haupt | 2.40 |
| 06.07.07 | Conference calls with Debtor's lawyers regarding OUST issues and response to OUST/support for same. | Ivan L. Kallick | 1.50 |
| 06.07.07 | Calls with Delaware counsel regarding approval to be counsel, and issues raised with respect to scope of our representation. | Ellen R. Marshall | 0.50 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|------|-------------|-------------------------------|-------|
| 06.07.07 | Call with representatives of Carrington regarding amendments to Servicing Agreements and other documentation and procedures to transfer servicing, and regarding Freddie Mac approval of Carrington. | Ellen R. Marshall | 1.20 |
| 06.07.07 | Review drafts of revisions to Asset Purchase Agreement and proposed Transition Services Agreement. | Ellen R. Marshall | 0.70 |
| 06.08.07 | Revise tax opinions. | Monte A. Lehmann | 0.70 |
| 06.08.07 | Conference call with representatives of Carrington regarding comments to draft amendments. | Ellen R. Marshall | 0.60 |
| 06.08.07 | Call with A. Mostafavipour regarding servicing. | Ellen R. Marshall | 0.50 |
| 06.08.07 | Emails with representatives of Carrington regarding amendments, possession of documents by Custodian, and related issues in structuring Transition Services Agreement. | Ellen R. Marshall | 1.20 |
| 06.08.07 | Review draft Transition Services Agreement and provide comments. | Ellen R. Marshall | 0.50 |
| 06.08.07 | Send court order to Moody's, as requested. | Ellen R. Marshall | 0.10 |
| 06.08.07 | Prepare for and participate in conference call with Mayer Brown; speak with Ellen R. Marshall about 16 amendments. | Deniz Haupt | 1.30 |
| 06.07.07 | Send electronic copies of several compilations of information on servicing agreements and Carrington licensing status to A. Mostafavipour. | Ellen R. Marshall | 0.20 |
| 06.11.07 | Follow-up on employment of Manatt firm. | Ivan L. Kallick | 1.80 |
| 06.11.07 | Review and revise proposed REMIC tax opinion. | David W. Herbst | 0.50 |
| 06.11.07 | Revising opinions. | Monte A. Lehmann | 0.90 |
| 06.11.07 | Emails on Standard & Poor's No-Downgrade letter. | Ellen R. Marshall | 0.10 |
| 06.11.07 | Review and provide comments to final form of opinion; exchange memoranda with Lehmann regarding same. | Matthew A. Portnoff | 1.50 |
| 06.11.07 | Revise 16 amendments to incorporate comments. | Deniz Haupt | 2.50 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.12.07 | Telephone conference with Ellen R. Marshall regarding transfer of servicing to Carrington. | Harold P.Reichwald | 0.20 |
| 06.12.07 | Calls to and from M. Finnegan at Richard Layton & Finger regarding OUST issues on Manatt fees and retention. | Ivan L. Kallick | 0.90 |
| 06.12.067 | Review back-up certificates. | Monte A. Lehmann | 0.70 |
| 06.12.07 | Emails regarding missing prior amendments to several servicing agreements. | Ellen R. Marshall | 0.30 |
| 06.12.07 | Prepare and send correspondence with Ambac, MGIC, Ocwen and Litton seeking third-party approvals. | Ellen R. Marshall | 1.70 |
| 06.12.07 | Review drafts of back-up certificates for REMIC opinions and provide comments. | Ellen R. Marshall | 0.30 |
| 06.12.07 | Finalize drafts of officer certificates regarding New Century Mortgage opinions regarding transfer of pooling and servicing of assets. | Matthew A. Portnoff | 1.90 |
| 06.12.07 | Revise 16 amendments and create redlines. | Deniz Haupt | 5.00 |
| 06.13.07 | Calls and emails about issues related to retention approval; review proposed revised order. | Ellen R. Marshall | 0.50 |
| 06.13.07 | Work on documentation for amendments to 16 servicing agreements, including emails on tax opinions and back-up certificates and conference with V. Dennis and emails regarding document control and closing mechanics; distribution of revised drafts of amendments and tax opinion. | Ellen R. Marshall | 3.60 |
| 06.13.07 | Preparation of memo summarizing status of pre-closing matters and tasks. | Ellen R. Marshall | 1.00 |
| 06.13.07 | Review and provide comments on revised form of Assignment and Assumption. | Ellen R. Marshall | 0.30 |
| 06.13.07 | Commence drafting form for Interim Subservicing Agreement; calls and emails regarding same. | Ellen R. Marshall | 1.40 |
| 06.13.07 | Review voicemail from Ellen R. Marshall regarding client comments; further revise Officer Certificates regarding draft opinions as to same; exchange memoranda regarding same. | Matthew A. Portnoff | 1.10 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|------|-------------|-------------------------------|-------|
| 06.13.07 | Revise amendments; prepare Closing Checklist; conference with Ellen R. Marshall regarding closing responsibilities. | Valarie Dennis | 5.70 |
| 06.14.07 | Review form of opinion to be delivered at closing and email comments to Ellen R. Marshall | Harold P.Reichwald | 0.30 |
| 06.14.07 | Review tax opinion. | Donald J. Fitzgerald | 0.50 |
| 06.14.07 | Calls with Ellen R. Marshall regarding supplemental declaration and draft same for OUST and several calls and emails with Richard Layton & Finger. | Ivan L. Kallick | 2.00 |
| 06.14.07 | Revising tax opinion. | Monte A. Lehmann | 0.80 |
| 06.14.07 | Continue drafting Interim Subservicing Agreement and distribute same. | Ellen R. Marshall | 1.20 |
| 06.14.07 | Continue work on revisions to amendment documents and supporting opinion letters. | Ellen R. Marshall | 1.80 |
| 06.14.07 | Advise regarding reporting requirements under Regulation AB and significance of Lewtan contract for meeting those obligations; research on Regulation AB. | Ellen R. Marshall | 1.30 |
| 06.14.07 | Review and execute supplemental affidavit regarding retention order; calls and emails regarding same. | Ellen R. Marshall | 0.30 |
| 06.14.07 | Prepare stand-alone signature pages for all amendments; revise Closing Checklist. | Valarie Dennis | 6.00 |
| 06.15.07 | Exchange emails with E. Marshall regarding opinions to be delivered in connection with Sale of Servicing to Carrington. | Harold P.Reichwald | 0.20 |
| 06.15.07 | Review tax opinion. | Donald J. Fitzgerald | 0.50 |
| 06.15.07 | Review and revise order on fee processors with Ms. Nikengroll. | Ivan L. Kallick | 0.90 |
| 06.15.07 | Emails to E. Marshall, D. Fitzgerald and D. Herbst regarding tax opinion; review Mayer Brown comments. | Monte A. Lehmann | 0.70 |
| 06.15.07 | Call with A. Mostafavipour, K. Dwyer and J. Laubauch on Lewtan contract and Regulation AB concerns if website ceases to be operative. | Ellen R. Marshall | 0.40 |
| 06.15.07 | Review servicing portions of Transition Services Agreement and advise J. Laubauch on selected issues. | Ellen R. Marshall | 0.20 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.15.07 | Calls and emails with counsel to Carrington on tax opinions, prior amendments to four servicing agreements, proposed Interim Subservicing Agreement; and owner trust certificate holder. | Ellen R. Marshall | 1.10 |
| 06.15.07 | Review transaction documents with reference to identity of Depositor in different deals, with reference to SEC reporting burdens retained by New Century entities, and review Lewtan contract. | Ellen R. Marshall | 0.50 |
| 06.15.07 | Review tax opinion comments and confer regarding response; review and distribute revised back-up certificates for tax opinion. | Ellen R. Marshall | 0.50 |
| 06.15.07 | Review additional comments to amendments received from counsel to Carrington. | Ellen R. Marshall | 0.20 |
| 06.15.07 | Revise 16 amendments; review emails; revise opinion; speak with Ellen R. Marshall regarding opinion and amendments; speak with counsel from Thatcher Proffitt and Wood regarding executed amendments. | Deniz Haupt | 3.00 |
| 06.16.07 | Emails and calls regarding ownership of Owner Trust Certificates and authority to direct Owner Trust with reference to amendments; related review and analysis of court order in consultation with bankruptcy counsel. | Ellen R. Marshall | 0.50 |
| 06.16.07 | Revise and circulate amendments and prepare form of direction letter to Owner Trustee. | Ellen R. Marshall | 1.40 |
| 06.16.07 | Email exchange with counsel to Carrington regarding REMIC tax opinion. | Ellen R. Marshall | 0.20 |
| 06.17.07 | Review various emails from E. Marshall regarding closing documents (.5); review and consider memorandum from E. Marshall with respect to serving rights and the matter not yet agreed (.5). | Harold P.Reichwald | 1.00 |
| 06.17.07 | Emails with bankruptcy counsel concerning execution of amendments; prepare redlines and circulate revised amendment documents and direction letter to parties. | Ellen R. Marshall | 1.70 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.17.07 | Email advice to K. Cloyd regarding Lewtan contract. | Ellen R. Marshall | 0.10 |
| 06.17.07 | Review emails from O'Melveny and Manatt regarding Wilmington Trust. | Deniz Haupt | 0.40 |
| 06.18.07 | Conference call with E. Marshall, D. Haupt and V. Dennis regarding open items for closing and the preparation of closing checklist (1.0); exchange emails on closing items such as requirements of Deutsche Bank and Wilmington Trust Co. (.2). | Harold P.Reichwald | 1.20 |
| 06.18.07 | Revising tax opinion. | Monte A. Lehmann | 1.30 |
| 06.18.07 | Meet with internal group regarding documentation required and mechanics for closing, exchange of documentation and follow-up phone calls regarding same. | Ellen R. Marshall | 1.40 |
| 06.18.07 | Respond to questions regarding meaning of certain provision of Asset Purchase Agreement with reference to closing conditions and documents. | Ellen R. Marshall | 0.20 |
| 06.18.07 | Participate in call with Carrington and their representatives regarding closing conditions. | Ellen R. Marshall | 1.00 |
| 06.18.07 | Prepare documents regarding approvals by third parties and rating agencies and circulate to appropriate parties by email. | Ellen R. Marshall | 0.90 |
| 06.18.07 | Calls with representatives of Moody's regarding conditions for g rant of No-Downgrade Letter. | Ellen R. Marshall | 0.20 |
| 06.18.07 | Participate in legal update conference call. | Ellen R. Marshall | 0.50 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.18.07 | Participate in Manatt status conference call with E. Marshall, J. Haft and H. Reichwald; speak with E. Marshall regarding amendments, process of obtaining signatures and other required deliveries; speak with A. Clark regarding amendments and respond to Mayer Brown's requests; speak with J. Laubauch regarding amendments and respond to O'Melveny requests; update O'Melveny closing checklist; draft Manatt document checklist; review schedule; review emails; draft emails; review Bankruptcy Court order; review Purchase Agreement; coordinate revisions of amendments; review Ambac documents and Litton documents; review draft rating agency letters. | Deniz Haupt | 9.80 |
| 06.18.07 | Conference with E. Marshall regarding closing issues; revise amendments and distribute; research parties' addresses; telephone conference with H. Reichwald, E. Marshall and D. Haupt regarding outstanding issues; organize closing documents; revise closing checklist. | Valarie Dennis | 7.50 |
| 06.19.07 | Conference call regarding closing items with team members relating to sale of servicing to Carrington (.5); exchange emails with D. Haupt concerning letters from rating agencies (.2). | Harold P.Reichwald | 0.70 |
| 06.19.07 | Conference call with team regarding preparations for closing. | Ellen R. Marshall | 0.50 |
| 06.19.07 | Calls to counsel to Deutsche Bank and Wilmington Trust regarding amendments. | Ellen R. Marshall | 0.40 |
| 06.19.07 | Participate in Manatt status conference call; review emails; review draft opinion; speak with H. Reichwald regarding amendments; speak with O'Melveny regarding status; review emails; speak with New Century general counsel regarding Lewtan contract and subservicing agreement. | Deniz Haupt | 4.00 |
| 06.19.07 | Conference call with H.Reichwald, E. Marshall and D. Haupt regarding closing; review closing documents. | Jennifer M. Haft | 2.50 |

13

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.19.07 | Telephone conference with E. Marshall, H. Reichwald, D. Haupt and J. Haft regarding outstanding issues and status; continue organization of closing documents. | Valarie Dennis | 4.50 |
| 06.20.07 | Telephone conference with D. Haupt regarding further open issues regarding consents from trustees (.2); exchange emails with E. Marshall and D. Haupt regarding question of lack of endorsements in blank (.2). | Harold P.Reichwald | 0.40 |
| 06.20.07 | Drafting fee notice and application as special securitization counsel. | Ivan L. Kallick | 3.00 |
| 06.20.07 | Emails with D. Haupt regarding Interim Subservicing Agreement and extent to which trustee fee letters are to be included in assignment. | Ellen R. Marshall | 0.40 |
| 06.20.07 | Speak with New Century/A. Mostafavipour regarding Subservicing Agreement and Lewtan contract; speak with K. Dwyer regarding Subservicing Agreement; speak with J. Laubauch of O'Melveny regarding amendments; speak with A. Clark to update status and respond to Mayer Brown's requests; coordinate rating agency letter with Moody's and officer's certificate; speak with V. Dennis regarding amendment revisions and option revisions; review schedules; draft emails; review court order and application for court order. | Deniz Haupt | 6.40 |
| 06.20.07 | Review Mayer Brown comments to Manatt opinion; review form of opinion prepared by E. Marshall; review closing checklist. | Jennifer M. Haft | 1.10 |
| 06.20.07 | Research Fee Letters; telephone conference with H. Reichwald, D. Haupt and J. Haft regarding open issues; update closing documents. | Valarie Dennis | 5.00 |
| 06.21.07 | Review revisions to Asset Purchase Agreement amendment proposed by Carrington (.2); conference call with D. Haupt, J. Haft and V. Dennis regarding open closing items on sale to Carrington (.5); telephone conference with D. Haupt regarding request of counsel for Creditors' Committee (.1). | Harold P.Reichwald | 0.80 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|------|-------------|-------------------------------|-------|
| 06.21.07 | Conference call with Manatt team (J. Haft, H. Reichwald, V. Dennis); review emails; draft emails to Mayer Brown, Manatt team and A. Clark; review REMIC opinions; speak with Deutsche Bank counsel regarding REMIC opinions and opinions for 16 amendments; speak with Wilmington Trust counsel regarding opinions for 12 amendments; speak with J. Laubauch regarding amendment to Asset Purchase Agreement; speak with Ambac counsel; speak with A. Clark to update status and respond to Mayer Brown's requests; review Asset Purchase Agreement; review officer's certificate; speak with A. Weil of Moody's; participate in New Century conference call. | Deniz Haupt | 6.60 |
| 06.21.07 | Phone call to D. Haupt regarding incorporating Mayer Brown comments to our opinion template; revise opinions per comments; conference call with D. Haupt and H. Reichwald regarding outstanding closing items; redline opinions and send to D. Haupt for review. | Jennifer M. Haft | 6.20 |
| 06.21.07 | Create checklist for each amendment; revise Master Closing checklist; telephone conference with D. Haupt regarding REMIC opinions; telephone conference with D. Haupt, H. Reichwald and J. Haft regarding status of closing; revise 2004-3 amendment; revise all signature pages to reflect two signatures for Deutsche Bank; review Mayer Brown's comments to REMIC opinion. | Valarie Dennis | 8.50 |
| 06.22.07 | Conference call with J. Haft and D. Haupt regarding issues under transition Subservicing Agreement, Moody's consent letter and requirement by Wilmington Trust for consent of creditors committee (.5). | Harold P.Reichwald | 0.50 |
| 06.22.07 | Review REMIC opinion. | Donald J. Fitzgerald | 0.30 |
| 06.22.07 | Emails regarding possibility of separate Interim Subservicing Agreements for non-Carrington loans. | Ellen R. Marshall | 0.20 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|------|-------------|-------------------------------|-------|
| 06.22.07 | Conference call with Manatt team regarding status; speak with V. Dennis regarding amendments, retain agency letters, review subservicing agreement; speak with J. Laubauch and S. Lugino regarding Ellington transaction; review Ellington purchase agreement and closing checklist; speak with A. Clark to update status and respond to Mayer Brown's requests; ;speak with Ocwen contact regarding Ocwen consent and Ocwen Collection Advisory Agreement; review amendment to Asset Purchase Agreement; draft emails to E. Marshall; draft emails to Moody's; review Transition Services Agreement and Schedule. | Deniz Haupt | 9.70 |
| 006.22.07 | Review Transition Services Agreement, Asset Purchase Agreement and Mayer Brown comments to Schedule A; conference call with O'Melveny and New Century regarding Schedule A to the Transition Service Agreement; provide comments to O'Melveny regarding Mayer Brown changes to the Transition Services Agreement; conference call with J. Laubauch and D. Haupt regarding closing documents and open issues; revise REMIC opinion per Mayer Brown comments; revise closing checklist and second to O'Melveny. | Jennifer M. Haft | 7.10 |
| 06.23.07 | Emails on request for representation about compliance and about correction of document exceptions. | Ellen R. Marshall | 0.50 |
| 06.23.07 | Prepare for and participate in conference call with Carrington, New Century, O'Melveny, Mayer Brown and Manatt; speak with J. Laubauch and B. Christensen regarding conference call; speak with J. Haft regarding follow-up matters related to conference call; review emails; review Mayer Brown comments to Subservicing Agreement. | Deniz Haupt | 4.80 |
| 06.23.07 | Revise REMIC opinion (2003.2) and send to A. Clark at Mayer Brown for comments; all-hands conference call with Carrington, O'Melveny and Manatt, New Century to discuss outstanding issues; follow-up phone call with D. Haupt. | Jennifer M. Haft | 4.50 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.24.07 | Exchange emails and telephone conference with D. Haupt regarding revisions to REMIC opinion; issues relating to original documents and Subservicing Agreement (.7); consider possible solutions (.3). | Harold P.Reichwald | 1.00 |
| 06.24.07 | Emails on REMIC opinion and execution of assignments. | Ellen R. Marshall | 0.20 |
| 06.24.07 | Review Mayer Brown comments to Subservicing Agreement; review Ellington purchase agreement and closing checklist; speak with H. Reichwald regarding Subservicing Agreement. | Deniz Haupt | 3.20 |
| 06.25.07 | Review comments of counsel to Carrington to Assumption and Assignment Agreement, REMIC opinion and Subservicing Agreement (.8); conference call with J. Van Gort, counsel to Carrington regarding issues under Subservicing Agreement (.5); telephone conference with E. Marshall regarding industry standards for economic issues (.4); conference with J. Haft regarding comparing obligations under Pooling & Servicing Agreements (.1); conference call with D. Haupt and J. Haft regarding opinion and amendment to trust documents.(.2). | Harold P.Reichwald | 2.00 |
| 06.25.07 | Review tax opinion for REMIC; telephone conference with J. Haft. | Donald J. Fitzgerald | 0.80 |
| 06.25.07 | Call with D. Haupt and H. Reichwald regarding Interim Subservicing Agreement, correction of documentary exceptions and other outstanding issues for closing emails on requested representation, opinions and related questions. | Ellen R. Marshall | 0.80 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.25.07 | Conference call with Mayer Brown to discuss Subservicing Agreement; prepare for conference call; review Asset Purchase Agreement; review comments to Manatt opinions regarding amendments; review Ellington purchase agreement and closing checklist; speak with A. Clark and respond to Mayer Brown's requests; speak with A. Weil of Moody's regarding officer's certificate; review emails; draft emails to O'Melveny regarding amendment to Asset Purchase Agreement; draft emails to Wilmington. | Deniz Haupt | 9.40 |
| 06.25.07 | Revise opinions per Mayer Brown comments; conference call with Mayer Brown regarding Interim Subservicing Agreement; conference call with D. Haupt and V. Dennis regarding closing items; review Carrington and Ellington Asset Purchase Agreement as it relates to the Interim Subservicing Agreement; revise REMIC pinion per Mayer Brown comments; revise authorization and conditions precedent opinion per Mayer Brown's comments; conference call with J.Laubauch at O'Melveny regarding closing items. | Jennifer M. Haft | 11.10 |
| 06.25.07 | Revise amendments and stand-alone signature pages; revise exhibit to form of Moody's No-Downgrade letter; provide Trust Agreements, Servicing, Indentures and Pooling and Servicing Agreements to counsel for Unsecured Creditors; telephone conference with D. Haupt and J. Haft regarding outstanding issues; organize closing documents. | Valarie Dennis | 7.50 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|------|-------------|-------------------------------|-------|
| 06.26.07 | Review issue relating to amendments to Asset Purchase Agreement and trailing documents (Section 6.14 of Draft)(.3); telephone conference with D. Haupt regarding developments concerning subservicing agreement (.2); exchange emails with E. Marshall regarding custodial arrangements (.2); telephone conference with J. Haft and D. Haupt regarding opinions (.3); review issue regarding issuance of certificate to Wilmington Trust (.2); telephone conference with D. Haupt regarding Moody's downgrade letter (.2); telephone conference with D. Haupt regarding Interim Subservicing Agreement regarding client lack of comments. | Harold P.Reichwald | 1.60 |
| 06.26.07 | Emails with D. Haupt on Custodial Account Transfer and ownership of owner trust certificates. | Ellen R. Marshall | 0.50 |
| 06.26.07 | Prepare for and participate in conference call with Carrington, New Century, O'Melveny, Mayer Brown and Manatt; conference call with J. Laubauch, S. Hightower and M. Power regarding direction letter to bank; draft emails to O'Melveny; speak with Wilmington counsel regarding opinions to 12 amendments; review Bankrupcty Court order; speak with Deutsche Bank counsel regarding opinions. | Deniz Haupt | 12.30 |
| 06.26.07 | Conference call with New Century, O'Melveny, Manatt regarding open issues; email Interim Subservicing Agreement to S. Hightower; prepare signature page and send to Ambac for execution; conference call with Mayer Brown to discuss opinions; send 2003-5 Amendment to Moody's for review; revise Manatt opinions and send to A. Clark at Mayer Brown; conference call with V. Dennis and D. Haupt regarding closing items. | Jennifer M. Haft | 7.40 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.26.07 | Revise Manatt opinions regarding the amendments; provide additional documents to counsel for the unsecured creditors; review trust agreements regarding identity of certificate holder; organize closing documents; ;revise closing checklist. | Valarie Dennis | 7.50 |
| 06.27.07 | Review issues relating to opinion for Wilmington Trust (.2); consider comments regarding Section 6.14 proposed for Asset Purchase Agreement (.2); telephone conferences with J. Haft regarding opinion for Wilmington Trust (.2); telephone conference with J. Haft regarding need for incumbency certificates (.2); telephone conference with J. Haft and D. Haupt regarding Subservicing Agreement and other closing items (.3); telephone conference with D. Haupt regarding instruction letters to Wilmington Trust (.2). | Harold P.Reichwald | 1.30 |
| 06.27.07 | Emails on exception documents and on direction letter to Wilmington Trust Company. | Ellen R. Marshall | 0.40 |
| 06.27.07 | Travel to Orange County for closing. | Deniz Haupt | 3.50 |
| 06.27.p7 | Speak with H. Reichwald regarding status of transaction; speak with J. Haft regarding incumbency certificates; contact Mayer Brown regarding incumbency certificates; draft emails to client; draft emails to Mayer Brown; draft emails to O'Melveny; speak with Wilmington Trust counsel regarding opinions and ownership of trust certificates; speak with V. Dennis regarding trust certificates; review trust agreements; review direction letters; speak with K. Dwyer regarding Subservicing Agreement and trust certificates; review revised Transition Servicing Agreement; coordinate execution of New Century amendments; review Moody's rating agency letter; review execution copies of certain closing documents, including incumbency certificate; discuss Manatt opinions with Deutsche Bank counsel. | Deniz Haupt | 5.00 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.27.07 | Review Manatt opinions to add Wilmington Trust as a beneficiary of the opinion; phone call to H. Reichwald to discuss Manatt opinion; send opinions to B. Lasher at Wilmington Trust; phone call to N. Flax regarding incumbency certificates; send revised opinion to J. Rosenthal at Nixon Peabody to review; phone call to O'Melveny regarding incumbency certificate; prepare incumbency certificate; phone call to M. David regarding incumbency for New Century Mortgage Securities, LLC; send incumbency certificate to New Century for execution. | Jennifer M. Haft | 5.50 |
| 06.27.07 | Prepare and compile closing documents; revise closing checklist; provide additional documents to counsel for the unsecured creditors. | Valarie Dennis | 7.50 |
| 06.28.07 | Telephone conferences with D. Haupt regarding issue of registered ownership of certificates issued by Wilmington Trust Company as Trustee (.3); telephone conference with J. Haft regarding opinion for Deutsche Bank (.1); telephone conferences with D. Haupt regarding interim subservicing issue(.3); review comments from client (.2); conference call with client regarding Interim Subservicing Agreement comments; review final opinions and execute same (.5); review draft powers of attorney (.2); review comments by Carrington's counsel to Interim Subservicing Agreement (.3); telephone conferences with D. Haupt regarding revisions to Interim Subservicing Agreement made by Carrington's counsel (.3); address further revisions to Interim Subservicing Agreement (.5). | Harold P.Reichwald | 2.60 |
| 06.28.07 | Call with D. Haupt on pre-closing issues. | Ellen R. Marshall | 0.20 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.28.07 | Revise Interim Subservicing Agreement and turn around revisions; speak with New Century regarding business E. Marshalls of Interim Subservicing Agreement; draft emails with respect to Interim Subservicing Agreement; speak with A. Clark regarding Moody's ; speak with Wilmington Trust counsel regarding identity of certificate holders; speak with K. Dwyer regarding Wilmington Trust and the identity of the registered certificate holders; speak with Deutsche Bank regarding registered ownership of the certificates; speak with H. Reichwald regarding Interim Subservicing Agreement and identity of registered certificate holders; review Ocwen Collection Advisory Agreement; review certificates and trust agreements; review documents for closing room and revise folders; coordinate closing with J. Haft and V. Dennis; speak with New Century CEO; speak with E. Marshall regarding committee comments to the Interim Subservicing Agreement; speak with committee counsel. | Deniz Haupt | 14.00 |
| 06.28.07 | Review S. Hightower comments to the Interim Subservicing Agreement; phone call to J. Rosenthal regarding Manatt opinion; conference call with New Century and Afix Partners regarding Interim Subservicing Agreement; phone call from M. David regarding incumbency certificates; prepare Manatt opinions for signature; review schedules to Interim Subservicing Agreement; review limited power of attorney; phone call to K. Dwyer regarding power of attorney; review all closing documents in preparation for closing; review Interim Subservicing Agreement; send signature page to Interim Subservicing Agreement to New Century for execution; prepare documents for closing; pre-closing at O'Melveny's offices; call to B. Christensen regarding D. Grubman's comments to Subservicing Agreement; review Transition Servicing Agreement indemnification section per D. Grubman's comments to the Interim Subservicing Agreement. | Jennifer M. Haft | 15.50 |

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 06.28.07 | Organize closing documents; revise closing checklist; deliver closing documents to O'Melveny's Newport Beach office. | Valarie Dennis | 8.00 |
| 06.28.07 | Review Interim Servicing Agreement for requested business changes; prepare for and attend transaction pre-closing. | Valarie Dennis | 4.00 |
| 06.29.07 | Consider issues relating to need for approval of Creditors' Committee to Interim Subservicing Agreement (.3); telephone conferences with D. Haupt and J. Haft relating to same (.3); telephone conference with B. Christensen regarding Creditors' Committee issues (.2); review final revisions to Interim Subservicing Agreement(.2); review Bankrupty Court order regarding Interim Subservicing Agreement (.3); exchange emails with D. Haupt regarding closing (.2). | Harold P. Reichwald | 1.50 |
| 06.29.07 | Call with D. Haupt on creditors' committee issues pertaining to Interim Subservicing Agreement and emails regarding same. | Ellen R. Marshall | 0.60 |
| 06.29.07 | Negotiate Interim Subservicing Agreement with committee counsel; draft emails regarding Interim Subservicing Agreement and exhibits to Subservicing Agreement; speak with B. Christensen regarding committee counsel comments to Interim Subservicing Agreement; review exhibits to Subservicing Agreement; speak with S. Hightower regarding exhibits to Subservicing Agreement; prepare for closing; attend closing. | Deniz Haupt | 9.00 |
| 06.29.07 | Travel from Orange County to San Francisco. | Deniz Haupt | 3.00 |
| 06.29.07 | Participate in the closing at O'Melveny in Newport Beach. | Jennifer M. Haft | 3.50 |
| 06.29.07 | Provide support for New Century transaction closing. | Valarie Dennis | 3.20 |

# EXHIBIT

# B

## EXHIBIT B

## EXPENSE STATEMENT

| DATE | DESCRIPTION | MANTT PERSONNEL | AMOUNT |
|---|---|---|---|
| 05.31.07 | Computer Research: Lexis-Nexis | Tara Herman | 47.00 |
| 05.31.07 | Computer Research: WestLaw | Tara Herman | 1,287.72 |
| 05.31.07 | Computer Research: WestLaw | Tara Herman | 102.14 |
| 04.23.07 | Document Production | Valarie Dennis | 180.00 |
| 06.21.07 | Document Production | Valarie Dennis | 18.00 |
| 06.21.07 | Document Production | Valarie Dennis | 18.00 |
| 06.05.07 | Federal Express | Ellen R. Marshall | 13.02 |
| 06.05.07 | Federal Express | Ellen R. Marshall | 13.02 |
| 06.18.07 | Reproduction | Valarie Dennis | .40 |
| 06.28.07 | Reproduction | Valarie Dennis | 172.60 |
| 06.28.07 | Reproduction | Valarie Dennis | 60.80 |
| 06.28.07 | Reproduction | Valarie Dennis | 127.60 |
| 06.04.07 | Telephone Charge | Ellen R. Marshall | .83 |
| 06.04.07 | Telephone Charge | Ellen R. Marshall | .06 |
| 06.05.07 | Telephone Charge | Ellen R. Marshall | .06 |
| 06.05.07 | Telephone Charge | Ellen R. Marshall | .15 |
| 06.06.07 | Telephone Charge | Ellen R. Marshall | .06 |
| 06.06.07 | Telephone Charge | Ellen R. Marshall | .06 |
| 06.11.07 | Telephone Charge | Ellen R. Marshall | .06 |
| 06.13.07 | Telephone Charge | Ellen R. Marshall | .87 |
| 06.14.07 | Telephone Charge | Ellen R. Marshall | .06 |
| 06.14.07 | Telephone Charge | Ellen R. Marshall | .06 |
| 06.14.07 | Telephone Charge | Ellen R. Marshall | .06 |
| 06.15.07 | Telephone Charge | Ellen R. Marshall | .11 |
| 06.18.07 | Telephone Charge | Deniz Haupt | .11 |
| 06.19.07 | Telephone Charges | Deniz Haupt | .15 |
| 06.19.07 | Telephone Charge | Ellen R. Marshall | .15 |

| DATE | DESCRIPTION | MANTT PERSONNEL | AMOUNT |
|---|---|---|---|
| 06.19.07 | Telephone Charge | Ellen R. Marshall | .11 |
| 06.19.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.19.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.20.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.20.07 | Telephone Charge | Deniz Haupt | .48 |
| 06.20.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.20.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.21.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.21.07 | Telephone Charge | Deniz Haupt | .11 |
| 06.21.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.21.07 | Telephone Charge | Deniz Haupt | .54 |
| 06.21.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.22.07 | Telephone Charge | Deniz Haupt | .44 |
| 06.22.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.22.07 | Telephone Charge | Deniz Haupt | .24 |
| 06.22.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.22.07 | Telephone Charge | Deniz Haupt | .39 |
| 06.22.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.25.07 | Telephone Charge | Deniz Haupt | .11 |
| 06.25.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.25.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.25.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.26.07 | Telephone Charge | Valarie Dennis | .96 |
| 06.26.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.26.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.26.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.26.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.26.07 | Telephone Charge | Valarie Dennis | .48 |
| 06.26.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.26.07 | Telephone Charge | Deniz Haupt | .11 |
| 06.26.07 | Telephone Charge | Deniz Haupt | .20 |
| 06.26.07 | Telephone Charge | Deniz Haupt | .15 |

| DATE | DESCRIPTION | MANTT PERSONNEL | AMOUNT |
|---|---|---|---|
| 06.26.07 | Telephone Charge | Deniz Haupt | .11 |
| 06.27.07 | Telephone Charge | Deniz Haupt | .11 |
| 06.27.07 | Telephone Charge | Deniz Haupt | .44 |
| 06.27.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.27.07 | Telephone Charge | Deniz Haupt | .11 |
| 06.28.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.28.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.28.07 | Telephone Charge | Deniz Haupt | 1.07 |
| 06.28.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.28.07 | Telephone Charge | Valarie Dennis | .20 |
| 06.28.07 | Telephone Charge | Deniz Haupt | .20 |
| 06.28.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.28.07 | Telephone Charge | Deniz Haupt | .06 |
| 06.28.07 | Telephone Charge | Deniz Haupt | .11 |

## VERIFICATION

STATE OF CALIFORNIA       )
                                 ) SS:

COUNTY OF ORANGE        )

           Ellen R. Marshall, after being duly sworn according to law, deposes and says:

           1.        I am a partner with the applicant firm, Manatt, Phelps & Phillips, LLP, anDeniz Hauptave been admitted to appear before this Court.

           2.        I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

           3.        I have reviewed the foregoing Second Monthly Application Of Manatt, Phelps & Phillips, LLP, As Special Securitization Counsel To The Debtors, For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses For The Period June 1, 2007 Through June 30, 200 and the facts set forth therein are true and correct to the best of my knowledge, informtion and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

                                         Ellen R. Marshall [CA Bar No. 66715]

SWORN AND SUBSCRIBED before me
this 10th of September, 2007.

Notary Public
My Commission Expires: December 11, 2008

GRETCHEN R. CLARK
Commission # 1533870
Notary Public - California
Orange County
My Comm...

## PROOF OF SERVICE

I, Tracey J. Dunn, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 695 Town Center Drive, 14th Floor, Costa Mesa, CA 92626.  On September 10, 2007, I served the within documents:

**SECOND MONTHLY APPLICATION OF MANATT, PHELPS & PHILLIPS, LLP, AS SPECIAL SECURITIZATION COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2007 THROUGH JUNE 30, 2007**

☐     by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. from (310) 312-4000, the transmission was reported as complete and without error, and a true copy of the transmission report was properly issued by the transmitting facsimile machine and is annexed to this proof of service.

☐     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☒     by placing the document(s) listed above in a sealed FedEx Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx Express agent for delivery.

☐     by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

*Please see attached Service List*

I am readily familiar with the Manatt, Phelps & Phillips, LLP's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 10, 2007, at Costa Mesa, California.

_Tracey J. Dunn_
Tracey J. Dunn

## PROOF OF SERVICE MAILING LIST

New Century Mortgage Corporation
Attn:  Monika L. McCarthy, Esq.
3121 Michelson Drive, Sixth Floor
Irvine, CA 92612

O'Melveny & Myers LLP
Attn:  Suzzanne Uhland, Esq.
        Emily Culler, Esq.
400 South Hope Street
Los Angeles, CA 90071

Richards, Layton & Finger, P.A.
Attn:  Mark D. Collins, Esq.
        Michael J. Merchant, Esq.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

AP Services, LLC
Attn:  Holly Feder Etlin
Nine West 57th Street, Suite 3420
New York, NY 10019

Office of the U.S. Trustee
Attn:  Joseph McMahon, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Kirkland & Ellis
Attn:  Bennett L. Spiegel, Esq.
        Shirley S. Cho, Esq.
777 South Figueroa Street
Los Angeles, CA 90017-5800

Blank Rom eLLP
Attn:  Bonnie Glantz Fatell
1201 Market Street, Suite 800
Wilmington, DE 19801

Hahn & Hessen LLP
Attn:  Mark S. Indelicato
488 Madison Avenue
New York, NY 10022

370046143.1

# END OF ATTACHMENT