## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, | : | (Jointly Administered) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Objections Due By:  September 4, 2007 @ 4:00 p.m. |
| Debtors. | : | Extended for Debtors to:  September 7, 2007 @ 4:00 p.m. |
| | : | Hearing Date:  September 11, 2007 @ 1:30 P.M. |

### CERTIFICATE OF NO OBJECTION
### REGARDING DOCKET ITEM 2377

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection, or other responsive pleading to the *Motion for Entry of an Order Directing the*

*Debtors Immediately to Comply with Post-Petition Lease Obligations Pursuant to 11 U.S.C. §*

*365(d)(3)* (the "Motion") filed by Nabih and Esther Mangoubi, as sole beneficiaries of Illinois

Land Trust No. R-3679, on August 22, 2007.

The undersigned further certifies that he has reviewed the Court's docket in this case and

no answer, objection or other responsive pleading to the Motion appears thereon.

Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no

later than September 4, 2007 at 4:00 p.m. prevailing Eastern Time, extended by agreement for

the Debtors only until September 7, 2007 at 4:00 p.m. prevailing Eastern Time.

---

[1] The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court, with the attorneys' fees requested in the Motion to be submitted to the Court at the hearing originally scheduled for this matter on September 11, 2007 at 1:30 p.m. prevailing Eastern Time.

DATED:  September 10, 2007

By:    WILLIAM D. SULLIVAN, LLC

*S.G. Allinson III*

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Tel: (302) 428-8191
Fax: (302) 428-8195

*Counsel for Nabih and Esther Mangoubi, as sole beneficiaries of Illinois Land Trust No. R-3679*