## CERTIFICATE OF SERVICE

I, Elihu E. Allinson, III, certify that I am not less than 18 years of age, and that on this 10th day of September 2007, I caused a copy of the foregoing *Certificate of No Objection Regarding Docket Item 2535* to be served upon the following in the manner indicated:

<u>By Electronic Mail</u>:

Michael J. Merchant, Esquire
Merchant@RLF.com
Christopher M. Samis, Esquire
Samis@RLF.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Shannon Nagle, Esquire
snagle@OMM.com
Ana Acevedo, Esquire
aacevedo@OMM.com
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

Under penalty of perjury, I hereby certify that the foregoing is true and correct.

9/10/07
Dated

E.E. Allinson III
Elihu E. Allinson, III