**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:  Chapter 11
In re:  :
:  Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,  :
a Delaware corporation, et al.,[1]  :  Jointly Administered
:
Debtors  :
:  Re: Docket No. 2396 to 2530 (various)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**<u>DECLARATION OF SERVICE</u>**

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on August 22, 2007, I caused true and correct copies of the following to be served upon the parties listed by individual docket number on the attached Exhibit A by Overnight Mail:

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Brandimensions Inc.** [Docket No. 2396]

- **Notice of Rejection of Executory Contract Between BR Search, Inc. and Home123 Corporation** [Docket No. 2397]

- **Notice of Rejection of Executory Contract Between Bottom Line Leads, LLC and Home123 Corporation** [Docket No. 2398]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and The Boston Consulting Group** [Docket No. 2400]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and The Bohan Group, Inc.** [Docket No. 2402]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Blake & Associates Employment Systems** [Docket No. 2403]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Bind View Corporation** [Docket No. 2404]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Bien Quach** [Docket No. 2405]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and BF Consultants** [Docket No. 2406]

- **Notice of Rejection of Executory Contract Between Home123 and Best Western International, Inc.** [Docket No. 2407]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Best Western International, Inc.** [Docket No. 2408]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and BMS Holdings Co., LLC** [Docket No. 2410]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and BAK, Inc.** [Docket No. 2412]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Axis Technical Group, Inc.** [Docket No. 2413]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Avalon Technical Services, Inc.** [Docket No. 2414]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Avalon Trading Company, LLC** [Docket No. 2415]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Aurema Pty Limited** [Docket No. 2416]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Athas Consulting, LLC** [Docket No. 2417]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Astera Software, Inc.** [Docket No. 2418]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Ascential Software Corporation** [Docket No. 2419]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Ascential Software Corporation** [Docket No. 2420]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Armorpoint, Inc.** [Docket No. 2422]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Arkin & Associates, Inc.** [Docket No. 2427]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Apropos Personnel Service** [Docket No. 2428]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Applied Computer Solutions** [Docket No. 2429]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Apple One Texas Inc. d/b/a AppleOne Employment Services** [Docket No. 2430]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Appintelligence, Inc.** [Docket No. 2431]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Apollo Interactive, Inc.** [Docket No. 2432]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Apex Systems, Inc.** [Docket No. 2433]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Anthony Taylor** [Docket No. 2434]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Anthony H Addington** [Docket No. 2435]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Angoss Software Corporation** [Docket No. 2436]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Ampco System Parking** [Docket No. 2437]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Amie Topete** [Docket No. 2438]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and America's Lead Source** [Docket No. 2439]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and American Money Network LLC** [Docket No. 2440]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation, NC Insurance Services, Inc. d/b/a Home123 Insurance Services and American Home Shield Corporation** [Docket No. 2441]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Alwin Springer** [Docket No. 2442]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Alvarez & Marsal LLC** [Docket No. 2443]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Altus Recruiting Solutions, LLC** [Docket No. 2444]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation and Alexus International, Inc.** [Docket No. 2445]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Alegis Group LP** [Docket No. 2446]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation, New Century Financial Corporation and Akerman Senterfitt** [Docket No. 2447]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Agile360** [Docket No. 2448]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Agent HR** [Docket No. 2449]

- **Notice of Rejection of Executory Contract Between Advantage Recruiting LLC and Home123 Corporation** [Docket No. 2450]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation and Advanced Mortgage Resources** [Docket No. 2452]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Advanced Integration Solutions, Inc.** [Docket No. 2453]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Adteractive, Inc.** [Docket No. 2454]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and PCI Services, Inc.** [Docket No. 2455]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and ADI Compliance Consulting, Inc.** [Docket No. 2456]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and ADI Compliance Consulting, Inc.** [Docket No. 2457]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Adfitech, Inc.** [Docket No. 2458]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Adams and Martin Group** [Docket No. 2459]

- **Notice of Rejection of Executory Contract Between New Century Warehouse Corporation and John L. Sullivan** [Docket No. 2462]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Ipass Inc.** [Docket No. 2463]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Innovient LLC** [Docket No. 2464]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Irvine Technology Corporation** [Docket No. 2465]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Information Systems Support Group** [Docket No. 2466]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Client Services Customer Care, LLC** [Docket No. 2467]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Imagine Search Solutions Inc.** [Docket No. 2468]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Kelly Services, Inc.** [Docket No. 2469]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Keane Inc.** [Docket No. 2470]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and K&G Recruiting LLC** [Docket No. 2471]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Jill Reza** [Docket No. 2472]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation and Institutional Shareholder Services Inc.** [Docket No. 2473]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Jboss, Inc.** [Docket No. 2474]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and ITStaffResources, Inc.** [Docket No. 2475]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Internap Network Services Corporation** [Docket No. 2476]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Chordiant Software, Inc.** [Docket No. 2477]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Chordiant Software, Inc.** [Docket No. 2478]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and BasePoint Analytics Inc** [Docket No. 2479]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and ConsumerTrack, Inc.** [Docket No. 2480]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and BasePoint Analytics LLC** [Docket No. 2481]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and CoStar Realty Information, Inc.** [Docket No. 2482]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Merchants & Professional Credit Bureau, Inc.** [Docket No. 2483]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Corporate Solutions, Inc.** [Docket No. 2484]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Mentor 4** [Docket No. 2485]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation and Concerto Software** [Docket No. 2486]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Corporate Solutions, Inc.** [Docket No. 2487]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Melissa Data Corporation** [Docket No. 2488]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and CoreLink Staffing Services, Inc** [Docket No. 2489]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Compuware Corporation** [Docket No. 2490]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Management Advisors International** [Docket No. 2491]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Coraxis Corporation** [Docket No. 2492]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Man, Inc.** [Docket No. 2493]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and ComNet Communications, LLC** [Docket No. 2494]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Mortgage & Credit Center** [Docket No. 2495]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and LowerMyBills, Inc.** [Docket No. 2496]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and LoanPerformance** [Docket No. 2497]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation and Copyright Clearance Center, Inc.** [Docket No. 2499]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Ledgent** [Docket No. 2500]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation and Colby and Partners, Inc.** [Docket No. 2501]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Landsafe** [Docket No. 2502]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Contemporary Services, Inc.** [Docket No. 2503]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Mortgage Alternatives** [Docket No. 2504]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation and Kristiyan Assouri** [Docket No. 2505]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation and Morrie R. Goldman** [Docket No. 2506]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation & Morgan Stanley & Co. Incorporated** [Docket No. 2507]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Kiernan & Associates, dba Home Run Realty** [Docket No. 2508]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and MHC Software, Inc.** [Docket No. 2509]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Kforce Onstaff Group** [Docket No. 2510]

- **Notice of Rejection of Executory Contract Between Home123 Corporation/New Century Mortgage Corporation and MGIC Investor Services Corporation** [Docket No. 2511]

- **Notice of Rejection of Executory Contract Among NC INsurance Services, Inc., New Century Mortgage Corporation, New Century Credit Corporation and Assurant Solutions, Inc.** [Docket No. 2512]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Kforce.com** [Docket No. 2513]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and MG Rentals, Inc.** [Docket No. 2514]

- **Notice of Rejection of Executory Contract Among New Century Mortgage Corporation, NC Insurance Services Inc dba Home 123 Insurance Services, Monumental Life Insurance COmpany and Aegon Direct Marketing Services, Inc.** [Docket No. 2515]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Key Leads** [Docket No. 2516]

- **Notice of Rejection of Executory Contract Among New Century Mortgage Corporation, NC Insurance Services Inc dba Home 123 Insurance Services, Monumental Life Insurance Company and Aegon Direct Marketing Services, Inc.** [Docket No. 2517]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated** [Docket No. 2518]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Brandimensions Inc.** [Docket No. 2519]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Besserman Realty** [Docket No. 2520]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Adbrokerz.com** [Docket No. 2521]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Mortgage Rates 4 Less, Inc.** [Docket No. 2522]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Adbrokerz.com** [Docket No. 2523]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and MSTD Inc.** [Docket No. 2524]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and ADI Compliance Consulting, Inc.** [Docket No. 2525]

- **Notice of Rejection of Executory Contract Between New Century TRS Holdings, Inc. and International Speedway Corporation** [Docket No. 2526]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Mystic Coders, LLC** [Docket No. 2527]

- **Notice of Rejection of Executory Contract Between New Century TRS Holdings, Inc. and Internet Security Systems Inc.** [Docket No. 2528]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Interthinx/Sysdome** [Docket No. 2529]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Intex Solutions, Inc.** [Docket No. 2530]

Dated: September 7, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Exhibit A
Notice Party List
Overnight Mail Service List

| Docket No. | Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| 2396 | Brandimensions Inc | | 1599 Hurontario St | Ste 302 | Mississauga | Ontario | L5G 4S1 | Canada | Notice Party |
| 2397 | BR Search Inc | Bob Richards | 49 Wild Flower Court | | Copperopolis | CA | 95228 | | Notice Party |
| 2398 | Bottom Line Leads LLC | Mark Mancino | 45 E Main Street | Ste 202 | Freehold | NJ | 07728 | | Notice Party |
| 2400 | The Boston Consulting Group | General Counsel | Exchange Place - 6th Floor | | Boston | MA | 2109 | | Notice Party |
| 2402 | The Bohan Group Inc | | 703 Market Street | Ste 800 | San Francisco | CA | 94103 | | Notice Party |
| 2403 | Blake Associates Employment Systems | Ed Blake | Heritage Square | 927 N Main St Ste B2 | Pleasantville | NJ | 08232 | | Notice Party |
| 2404 | Bind View Corporation | | 5151 San Felipe | 25th Floor | Houston | TX | 77056 | | Notice Party |
| 2405 | Bien Quach | | 7336 Beckford Avenue | | Reseda | CA | 91335 | | Notice Party |
| 2406 | BF Consultants | Craig Albin | 7700 Irvine Center Drive | Ste 950 | Irvine | CA | 92618 | | Notice Party |
| 2407 | Best Western International Inc | Thomas Johnson Director | 6201 N 24th Parkway | | Phoenix | AZ | 85016 | | Notice Party |
| 2408 | Best Western International Inc | | 6201 N 24th Parkway | | Phoenix | AZ | 85016 | | Notice Party |
| 2410 | BMS Holdings Co LLC | | 717 E Artesia Blvd | | Carson | CA | 90746 | | Notice Party |
| 2412 | BAK Inc | Karen Papalia | 3412 Archdale Drive | | Raleigh | NC | 27614 | | Notice Party |
| 2413 | Axis Technical Group Inc | Michael Valdes | 300 S Harbor Blvd | Ste 250 | Anaheim | CA | 92805 | | Notice Party |
| 2414 | Avalon Technical Services Inc | | 4877 East La Palma Ave | Ste 708 | Anaheim | CA | 92807 | | Notice Party |
| 2415 | Avalon Trading Company LLC | Harly Losey VP of Marketing | 3711 Long Beach Blvd | Ste 1001 | Long Beach | CA | 90807 | | Notice Party |
| 2416 | Aurema | Contracts Administrator | 19925 Stevens Creek Blvd | | Cupertino | CA | 95014 | | Notice Party |
| 2417 | Athas Consulting LLC | | 7206 Quincy Ave | | Falls Church | VA | 22042 | | Notice Party |
| 2418 | Astera Software Inc | | 40 West Cochran Street | Ste 200 | Simi Valley | CA | 93065 | | Notice Party |
| 2419 | Ascential Software Corporation | | 50 Washington Street | | Westboro | MA | 01581 | | Notice Party |
| 2420 | Ascential Software Corporation | | 50 Washington Street | | Westboro | MA | 01581 | | Notice Party |
| 2422 | Armorpoint Inc | Sheldon Owen President | 967 Stoneridge Way | | San Marcos | CA | 92078 | | Notice Party |
| 2427 | Arkin Associates | Barbara Arkin | 12428 Berkely Square Drive | | Tampa | FL | 33626 | | Notice Party |
| 2428 | Apropos Personnel Service | Dori Val | 1661 Botelho Drive | | Walnut Creek | CA | 94596 | | Notice Party |
| 2429 | Applied Computer Solutions | | 15461 Springdale Street | | Huntington Beach | CA | 92612 | | Notice Party |
| 2430 | Apple One Texas Inc | Penni Rich | 327 West Broadway | AppleOne Employment Services | Glendale | CA | 91209 | | Notice Party |
| 2431 | Appintelligence Inc | Contracts Department | 17 Research Park Drive | Ste 100 | Weldon Spring | MO | 63304 | | Notice Party |
| 2432 | Apollo Interactive Inc | | 8556 Hayden Place | | Culver City | CA | 90232 | | Notice Party |
| 2433 | Apex Systems Inc | Contracts Department | 4400 Cox Road | Ste 200 | Glenn Allen | VA | 23060 | | Notice Party |
| 2434 | Anthony Taylor | | 266 Veneto | | Irvine | CA | 92614 | | Notice Party |
| 2435 | Anthony H Addington | | 1146 East Wellgate Drive | | Oxford | MS | 38695 | | Notice Party |
| 2436 | Angoss Software Corporation | | 34 St Patrick Street | Ste 200 | Toronto | Ontario | M5T 1V1 | Canada | Notice Party |
| 2437 | Ampco System Parking | Kerry E Turner Regional Manager | 18662 MacArthur Blvd No 456 | | Irvine | CA | 92612 | | Notice Party |
| 2438 | Amie Topete | | 1720 Lancaster Lane | | Woodridge | IL | 60517 | | Notice Party |
| 2439 | Americas Lead Source | | 6331 Nancy Ridge Drive | Ste B | San Diego | CA | 92121 | | Notice Party |
| 2440 | American Money Network LLC | Dave Rosen Jeff Broderick | 437 Lombard Street | | San Francisco | CA | 94133 | | Notice Party |
| 2441 | American Home Shield Corporation | | 889 Ridge Lake Blvd | 3rd Floor | Memphis | TN | 38120 | | Notice Party |
| 2441 | NC Insurance Services Inc | Dan E Rivelli Jr VP and COO | 210 Commerce | Ste 100 | Irvine | CA | 92602 | | Notice Party |
| 2442 | Alwin Springer | | 24121 Via San Clemente | | Mission Viejo | CA | 92692 | | Notice Party |
| 2443 | Alvarez Marsal LLC | | 55 West Monroe | Ste 3700 | Chicago | IL | 60603 | | Notice Party |
| 2444 | Altus Recruiting Solutions LLC | Christina Converse | 2512 Chambers Road | Suite 101 | Tustin | CA | 92780 | | Notice Party |
| 2445 | Alexus International Inc | Contracts Manager | 555 Quince Orchard Road | | Gaithersburg | MD | 20878 | | Notice Party |
| 2446 | Alegis Group LP | | 9700 Richmond | Ste 160 | Houston | TX | 77042 | | Notice Party |
| 2447 | Akerman Senterfitt | | 350 East Las Olas Blvd | Ste 1600 | Fort Lauderdale | FL | 33301 | | Notice Party |
| 2448 | Agile 360 | | 2102 Business Center Drive | | Irvine | CA | 92612 | | Notice Party |
| 2449 | Agent HR | Becky Tedesco | 19321 N 68th Avenue | | Glendale | AZ | 85308 | | Notice Party |
| 2450 | Advantage Recruiting LLC | Lorraine P Bundi | Five Greentree Center | Route 73 S Ste 103 | Marlton | NJ | 08053 | | Notice Party |
| 2452 | Advanced Mortgage Resources | Larene Cole | 6700 Fallbrook Ave No 293 | | West Hills | CA | 91307 | | Notice Party |
| 2453 | Advanced Integration Solutions Inc | David R Stoddard | 5424 Katella Ave | Ste 205 | Los Alamitos | CA | 90720 | | Notice Party |
| 2454 | Adteractive Inc | Josh Peterson | 490 Second Street | | San Francisco | CA | 94107 | | Notice Party |
| 2455 | Pci Services Inc | | 30 Winter Street | | Boston | MA | 02108 | | Notice Party |
| 2456 | ADI Compliance Consulting Inc | Michael L Mitchell | 625 North Washington Street | Ste 303 | Alexandria | VA | 22314 | | Notice Party |
| 2456 | ADI Compliance Consulting Inc | Stephen D Marshall | 625 North Washington Drive | Ste 303 | Alexandria | VA | 22314 | | Notice Party |
| 2457 | ADI Compliance Consulting Inc | Michael L Mitchell | 625 North Washington Street | Ste 303 | Alexandria | VA | 22314 | | Notice Party |
| 2457 | ADI Compliance Consulting Inc | Stephen D Marshall | 625 North Washington Drive | Ste 303 | Alexandria | VA | 22314 | | Notice Party |
| 2458 | Adfitech Inc | | 3001 Technology Drive | | Edmund | OK | 73013 | | Notice Party |
| 2459 | Adams Martin Group Roth Staffing | Adam Roth | 500 N State College Blvd | Ste 1360 | Orange | CA | 92868 | | Notice Party |

Exhibit A
Notice Party List
Overnight Mail Service List

| Docket No. | Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| 2462 | John L Sullivan | | 407 Rockcrest Drive | Suite 100 | Coppell | TX | 75019 | | Notice Party |
| 2463 | Ipass Inc | | 3800 Bridge Parkway | | Redwood Shores | CA | 94065 | | Notice Party |
| 2464 | Innovient LLC | | 411 Cadence Hill | | San Antonio | TX | 78258 | | Notice Party |
| 2465 | Irvine Technology Corp | | 201 East Sandpointe | Suite 110 | Santa Ana | CA | 92707 | | Notice Party |
| 2466 | Information Systems Support Group | George Ferra | 300 E Magnolia Blvd | Suite 403 | Burbank | CA | 91502 | | Notice Party |
| 2467 | Client Services Customer Care LLC | Carrie Chitsey Executive Partner | 2415 South Austin Blvd | Ste 103 | Denison | TX | 75020 | | Notice Party |
| 2468 | Imagine Search Solutions Inc | Sheila Hyde | 2806 St George | | Garland | TX | 75044 | | Notice Party |
| 2469 | Kelly Services Inc | Kim Boddie | 7301 N State Highway 161 | Suite 170 | Irving | TX | 75039 | | Notice Party |
| 2470 | Keane Inc | Frederick Gigliotti | 100 City Square | | Boston | MA | 02129 | | Notice Party |
| 2471 | K G Recruiting LLC | | 5435 Sugarloaf Parkway | Suite 2200 | Lawrenceville | GA | 30043 | | Notice Party |
| 2472 | Jill Reza | | 18310 Santa Joanana Circle | | Fountain Valley | CA | 92708 | | Notice Party |
| 2473 | Institutional Shareholder Services | | 2099 Gaither Road | Suite 501 | Rockville | MD | 20850 | | Notice Party |
| 2474 | JBoss Inc | | 3340 Peachtree Road | NE | Atlanta | GA | 30326 | | Notice Party |
| 2475 | ITStaffResources Inc | Joe Viula | 17595 Harvard Blvd | Suite C527 | Irvine | CA | 92614 | | Notice Party |
| 2476 | Internap Network Services Corp | | 250 Williams Street | Suite E 100 | Atlanta | GA | 30303 | | Notice Party |
| 2477 | Chordiant Software Inc | | 20400 Stevens Creek Blvd Ste 400 | | Cupertino | CA | 95014 | | Notice Party |
| 2478 | Chordiant Software Inc | Accounts Receivable | 20400 Stevens Creek Blvd Ste 400 | | Cupertino | CA | 95014 | | Notice Party |
| 2479 | BasePoint Analytics Inc | Tim Grace President | 1900 Wright Place | Ste 110 | Carlsbad | CA | 92008 | | Notice Party |
| 2480 | ConsumerTrack Inc | Brett Rossman CEO | 2381 Rosecrans Ave | Ste 336 | El Segundo | CA | 90245 | | Notice Party |
| 2481 | BasePoint Analytics LLC | Tim Grace President | 1900 Wright Place | Ste 110 | Carlsbad | CA | 92008 | | Notice Party |
| 2482 | CoStar Realty Information Inc | | 2 Bethesda Metro Center | | Bethesda | MD | 20814 | | Notice Party |
| 2483 | Merchants Prof Credit Bureau Inc | | 11921 North Mopac Expressway | Suite 210 | Austin | TX | 78758 | | Notice Party |
| 2484 | Corporate Solutions Inc | Robert C Tiller | 887 Johnnie Dodds Blvd | Ste 208 | Mt Pleasant | SC | 29494 | | Notice Party |
| 2484 | Corporate Solutions Inc | Robert C Tiller | 10880 Ocean Hwy 17 | Building 22 Box 4 | Pawleys Island | SC | 29585 | | Notice Party |
| 2485 | Mentor 4 | | 2424 SE Bristol | Suite 200 | Newport Beach | CA | 92660 | | Notice Party |
| 2486 | Concerto Software | | 6 Technology Park Drive | | Westford | MA | 01886 | | Notice Party |
| 2487 | Corporate Solutions Inc | Robert C Tiller | 887 Johnnie Dodds Blvd | Ste 208 | Mt Pleasant | SC | 29494 | | Notice Party |
| 2487 | Corporate Solutions Inc | Robert C Tiller | 10880 Ocean Hwy 17 | Building 22 Box 4 | Pawleys Island | SC | 29585 | | Notice Party |
| 2488 | Melissa Data Corp Mailers Software | | 22382 Avenida Empressa | | Rancho Santa Margarita | CA | 92688 | | Notice Party |
| 2489 | CoreLink Staffing Services Inc | Matthew Pirofalo | 19600 Fairchild Road | Ste 150 | Irvine | CA | 92612 | | Notice Party |
| 2490 | Compuware Corp | President | One Campus Martius | | Detroit | MI | 48226 | | Notice Party |
| 2491 | Management Advisors International | Ryan Hefti | 1333 2nd St NE | Suite 203 | Hickory | NC | 28601 | | Notice Party |
| 2492 | Coraxis Corp | | 18022 Cowan Suite 201D | | Irvine | CA | 92614 | | Notice Party |
| 2493 | Man Inc dba Remax Advantage Realty | Terry Melvin | 1503 Mithoeffer Road | | Indianapolis | IN | 46229 | | Notice Party |
| 2494 | ComNet Communications LLC | William Bielmyer Jr | 10475 Fortune Parkway | Ste 101 | Jacksonville | FL | 32256 | | Notice Party |
| 2495 | Mortgage Credit Center | Cora R Fulmore | 730 Ninth Street | | Winter Garden | FL | 34787 | | Notice Party |
| 2496 | LowerMyBills Inc | | 2401 Colorado Avenue | Suite 200 | Santa Monica | CA | 90404 | | Notice Party |
| 2497 | LoanPerformance | | 4 First American Way | | Santa Ana | CA | 92707 | | Notice Party |
| 2499 | Copyright Clearance Center Inc | | 222 Rosewood Drive | | Danvers | MA | 01923 | | Notice Party |
| 2500 | Ledgent a division of Roth Staffing | Heather Kwon | 4100 Newport Place | Suite 770 | Newport Beach | CA | 92660 | | Notice Party |
| 2501 | Colby Partners | Rick Colby | 2001 Wilshire Blvd | | Santa Monica | CA | 90403 | | Notice Party |
| 2502 | LandSafe Inc | General Counsel | 7105 Corporate Drive | MS B 84 | Plano | TX | 75024 | | Notice Party |
| 2503 | Contemporary Services Inc | Robyn Burke | 1701 East Woodfield Rd | Ste 1030 | Schaumburg | IL | 60173 | | Notice Party |
| 2504 | Mortgage Alternatives | Jeff Mason | 1800 West Loop South | Suite 1050 | Houston | TX | 77027 | | Notice Party |
| 2505 | Kristiyan Assouri | | 6220 Owensmouth Avenue | No105 | Woodland Hills | CA | 91367 | | Notice Party |
| 2506 | Morrie R Goldman | | 11857 Darby Avenue | | Northridge | CA | 91326 | | Notice Party |
| 2507 | Morgan Stanley Co Inc | | 1999 Avenue of the Stars | Suite 2400 | Los Angeles | CA | 90067 | | Notice Party |
| 2508 | Kiernan Associates Home Run Realty | David Stacy Kiernan | 11647 Fox Road | | Indianapolis | IN | 46236 | | Notice Party |
| 2509 | MHC Software Inc | Catherine Beattie | 11900 Portland Avenue South | | Burnsville | MN | 55337 | | Notice Party |
| 2510 | Kforce Onstaff Group | | 2603 Main Street | Suite 1100 | Irvine | CA | 92614 | | Notice Party |
| 2511 | MGIC Investor Services Corp | Senior Vice President Operations | 250 East Kilbourn Avenue | | Milwaukee | WI | 53202 | | Notice Party |
| 2512 | Assurant Solutions | Mortgage Solutions Channel Exec | 11222 Quail Roost Drive | | Miami | FL | 33157 | | Notice Party |
| 2512 | NC Insurance Services Inc | Dan E Rivelli Jr VP and COO | 210 Commerce | Ste 100 | Irvine | CA | 92602 | | Notice Party |
| 2513 | Kforce com | | 2603 Main Street | Suite 1100 | Irvine | CA | 92614 | | Notice Party |
| 2514 | MG Rentals Inc | | 1145 Dominguez Street | | Carson | CA | 90746 | | Notice Party |
| 2515 | Aegon Direct Marketing Services Inc | Vice President | 520 Park Avenue | | Baltimore | MD | 21201 | | Notice Party |
| 2515 | Monumental Life Insurance Company | Vice President | 520 Park Avenue | | Baltimore | MD | 21201 | | Notice Party |

Exhibit A
Notice Party List
Overnight Mail Service List

| Docket No. | Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| 2515 | NC Insurance Services Inc | Dan E Rivelli Jr VP and COO | 210 Commerce | Ste 100 | Irvine | CA | 92602 | | Notice Party |
| 2516 | Key Leads Inc | | 1688 Meridian Avenue | Suite 416 | Miami Beach | FL | 33139 | | Notice Party |
| 2517 | Aegon Direct Marketing Services Inc | Vice President | 520 Park Avenue | | Baltimore | MD | 21201 | | Notice Party |
| 2517 | Monumental Life Insurance Company | Vice President | 520 Park Avenue | | Baltimore | MD | 21201 | | Notice Party |
| 2517 | NC Insurance Services Inc | Dan E Rivelli Jr VP and COO | 210 Commerce | Ste 100 | Irvine | CA | 92602 | | Notice Party |
| 2518 | Merrill Lynch Pierce Fenner Smith | Executive Advisory Services | 1400 Merrill Lynch Drive | | Pennington | NJ | 08534 | | Notice Party |
| 2519 | Brandimensions Inc | | 1599 Hurontario St | Ste 302 | Mississauga | Ontario | L5G 4S1 | Canada | Notice Party |
| 2520 | Besserman Realty Inc | Tina Besserman | 2310 Pontoon Rd | | Granite City | IL | 62040 | | Notice Party |
| 2521 | Adbrokerz com | | 2698 Junipero Ave | Ste 101A | Signal Hill | CA | 90755 | | Notice Party |
| 2522 | Mortgage Rates 4 Less Inc | Kevin Benner | 6200 Stoneridge Mall Road | 3rd Floor | Pleasanton | CA | 94588 | | Notice Party |
| 2523 | Adbrokerz com | | 2698 Junipero Ave | Ste 101A | Signal Hill | CA | 90755 | | Notice Party |
| 2524 | MSTD Inc | Mark H Friedman | 210 East Redwood Street | Suite 100 | Baltimore | MD | 21202 | | Notice Party |
| 2525 | ADI Compliance Consulting Inc | Michael L Mitchell | 625 North Washington Street | Ste 303 | Alexandria | VA | 22314 | | Notice Party |
| 2526 | International Speedway Corp | | 1801 West Intl Speedway Blvd | | Daytona Beach | FL | 32114 | | Notice Party |
| 2527 | Mystic Coders LLC | | 2321 E 4th Street | Suite C 128 | Santa Ana | CA | 92705 | | Notice Party |
| 2528 | Internet Security System Inc | | 6303 Barfield Road | | Atlanta | GA | 30328 | | Notice Party |
| 2529 | Sysdome Inc | | 5230 Las Virgenes Road | Suite 275 | Calabasas | CA | 91032 | | Notice Party |
| 2530 | Intex Solutions Inc | | 110 A Street | | Needham | MA | 02494 | | Notice Party |