IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC. | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Related to Docket No.** _____ |
| | : | |

## ORDER TERMINATING THE STAY AND ANNULING THE STAY NUNC PRO TUNC

UPON CONSIDERATION of the Motion for Relief from the Automatic Stay and for Annulment of the Stay Nunc Pro Tunc (the "Motion") filed by Approved Financial Corp., and any response thereto, and good cause having been shown, it is hereby:

**ORDERED** that the Motion be, and the same is hereby **GRANTED; and it is further**

**ORDERED** that the Automatic Stay is terminated allowing Approved Financial Corp. to exercise its rights under applicable law against the Debtor's Property more particularly described in the mortgage which has the address of 500 Berlin Road North, Lindenwold, New Jersey (the "Property'), including, but not limited to foreclosure against the Property under the Mortgage; **and it is further**

**ORDERED** that the Automatic Stay in annulled nunc pro tunc, such that any actions taken by Approved Financial Corp. prior to having knowledge of the bankruptcy shall be considered valid and enforceable, including, but not limited to, the filing of the complaint, the filing of the amended complaint, the service of the amended complaint on the Debtor, the expiration of the Debtor's time to answer, and such that Approved Financial Corp. may immediately request entry of default judgment to the extent permitted by applicable New Jersey law.

Dated: Sept 11, 2007

_____
United States Bankruptcy Judge

#559287v1