IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

SEP 1 1 2007

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| NEW CENTURY TRS HOLDINGS INC., a Delaware corporation, et al.,[1] | : : | Case No. 07-10416 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | Re: Docket Nos. 1729 and 2367 |

## SUPPLEMENT (SECOND) TO ORDER GRANTING ADEQUATE PROTECTION PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a), 361, 362 AND 363(b)(1) AND ESTABLISHING PROCEDURES FOR RESOLVING CERTAIN CLAIMS

This matter coming before the Court on the Debtors' Motion For Order to Provide Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362 and 363(b)(1) (the "Motion") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), and the Court having entered on June 28, 2007 its "Order Granting Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362 and 363(b)(1) (the "Adequate Protection Order"), and the Court having entered on August 22, 2007 its "Supplement to Order Granting Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362 and 363(b)(1) and Establishing Procedures for Resolving Certain Claims" (the "First Supplement"), and the Debtors, the Committee, the Affected Repurchase Counterparties and the Affected Loan

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (Okla JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LW (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

Purchasers having met and conferred and having agreed that the First Supplement should be amended as set forth herein; and after due deliberation thereon; and good and sufficient case appearing therefore;[2]

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The deadline to distribute the materials set forth in paragraph 3 of the First Supplement (e.g., the Global Report, the report showing amounts at issue compared to the Escrow Funds, and settlement proposals) to the Affected Repurchase Counterparties and Affected Loan Purchasers shall be extended through and including September 21, 2007.

2. The bar date for submitting any and all proofs of claim with respect to claims of any kind against any of the Debtors is extended for the Affected Repurchase Counterparties and the Affected Loan Purchasers, their affiliates, and their affiliates' partners, directors, and officers, to 5:00 p.m. Pacific Time on October 5, 2007.

3. The Outside Date set forth in paragraph 8 of the Adequate Protection Order is extended to 5:00 p.m. Eastern Time on September 28, 2007. The Stay period set forth in paragraph 8 of the Adequate Protection Order is, accordingly, extended to this revised Outside Date.

---

[2] Capitalized terms not defined herein shall have the meanings given to them in the Motion, the Adequate Protection Order and the First Supplement. In order to avoid doubt, Goldman Sachs Mortgage Company will be deemed an Affected Repurchase Counterparty with respect to its repurchase agreement with New Century Warehouse Corporation, for the purposes of this Order, the Adequate Protection Order and the First Supplement.

4. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

SO ORDERED,

this 11 day of September, 2007

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

3

RLF1-3198983-1