IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF DELAWARE

New Century TRS Holdings, Inc., ) Case No. 07-10416 KJC
    et al., ) Chapter 11
                Debtors, ) Jointly Administered
                       ) Ref. No. 2228

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO 139 MORRIS AVENUE, ENGLEWOOD, NEW JERSEY, 07631**

AND NOW, TO WIT, this 11th day of Sept A.D., 2007, HSBC Bank USA's Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause so as to permit HSBC Bank USA and/or the holder of the second mortgage, as recorded in the Office of the County Clerk in Book 13098, Page 1 in Bergen County, State of New Jersey for 139 Morris Avenue, Englewood, New Jersey, 07631 to enforce its security interest in the aforesaid real property through foreclosure proceedings, Sheriff's Sale of the property and any other legal remedies against the property which may be available to HSBC Bank USA under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that HSBC Bank USA may immediately enforce and implement this Order granting relief from the automatic stay.

_____
J.