# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | New Century TRS Holdings, Inc. |
| **Case Number:** | 07-10416-KJC    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 11, 2007 01:30 PM   CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | NICKITA BARKSDALE |

### Matter:

Omnibus
**R / M #:**   2,725 / 0

### Appearances:

See Sign in Sheet

### Proceedings:

Amended Agenda Item
#1 through 4 - Continued to 10/2/07
#5 through 20 - Orders Signed on CNO
#21 - Order Due
#22 - Order Signed
#23 - Order Due
#24 and 25 - Order Signed
#26 and 27 - Order Due
#28 - Adjourned to 10/2/07
#29 - 10/2/07
#30 - Order Signed
#31 - Adjourned to 10/2/07