# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.  **COURTROOM LOCATION:** 5
**CASE NO.:** 07-10416-KJC  **DATE:** September 11, 2007
PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bob Stein | RLF | Debtors |
| WBarry Blank | Self | Self |
| S. Jason Teele | Lowenstein Sandler | Securities Law Plaintiffs |
| D. Hurst | Skadden, Arps | Ellington Management |
| Marc Phillips | Connolly Bove Lodge & Hutz | Approved Financial Corp. |
| Mike Merchant | RLF | Debtors |
| Chris Samis | RLF | " |
| Alejandro Mankas | OMM | " |
| Brian Metcalf | OMM | " |
| Ben Logan | OMM | " |
| Carl Neff | Fox Rothschild | Positive Software |
| Mark Ralston | Mark Ralston Law Firm | " |
| Michael Shore | " | " |



**SIGN-IN-SHEET**

**CASE NAME:** New Century TRS Holdings, Inc.  **COURTROOM LOCATION: 5**
**CASE NO.: 07-10416-KJC**  **DATE:** September 11, 2007
**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ed Fox | K&L Gates | Examiner |
| Steu Topetzis | " " | Examiner |
| Mark Minuti | Saul Ewing LLP | " |
| Russell C. Silberglied | Richards, Layton & Finger | Debtors |
| Joseph J McMahon, Jr. | USDOJ | UST |
| Etinne Esther Silvestri | Blake Andresen Gannon(?) | Bank of America, N.A. |
| Mark T. Hurford | Campbell + Levine | KPMG |
| Elihu E. Allinson, II | William D. Sullivan, LLC | Nisbit + Fisher Mangochi Toren Perkimpouski(?) LLC |
| Bonnie Fatell | Blank Rome | Committee |
| Mark Power | Hahn & Hessen | |
| Mark Indelicato | | |
| | | |

# Court Conference
## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 09/11/2007
Calendar Time: 01:30 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1879209 | Andrew Gallo | 617-951-8117 | Bingham McCutchen, LLP | Creditor, Deutsche Bank Structured Products / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 (07-50962) | Hearing | 1875204 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Interested Party, Credit Suisse First Boston Mortgage Capital LLC / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1876768 | Kimberly Newmarch | 312-499-6057 | Paul, Hastings, Janofsky & Walker | Creditor, UBS Real Estate Securities, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1876522 | Ben Logan | 213-430-7704 | O'Melveny & Myers | Debtor, New Century TRS Holdings, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1875097 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP | Creditor, Bank of America / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1876465 | Guy S. Neal | 202-736-8041 | Sidley Austin | Creditor, KPMG, LLP / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1876532 | Alejandro Mayorkas | 213-430-6363 | O'Melveny & Myers | Debtor, New Century TRS Holdings, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1877313 | Bill Lenhart | 212-885-8438 | BDO Seidman, LLP | Examiner, Missal / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1875209 | Richard Agins | 860-240-2840 | Bingham McCutchen, LLP | Interested Party, DB Structured Products, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1873656 | Michael McCrary | 251-433-8100 | The Gardner Law Firm | Creditor, Class of Former Employees / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1873652 | Mary Olsen | 251-433-8100 | The Gardner Law Firm | Creditor, Class of Former Employees / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1876520 | Suzzane S. Uhland | 415-984-8941 | O'Melveny & Myers | Debtor, New Century TRS Holdings, Inc. / LIVE |