IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DELAWARE DIVISION

| | |
|---|---|
| IN RE:<br><br>SILVESTE BUENDIA | CASE NO. 07-10416<br>CHAPTER 11<br>JUDGE KEVIN J. CAREY |

### REQUEST FOR SERVICE OF NOTICE PURSUANT TO F.R.B.P. 2002(g)

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that McCALLA RAYMER, LLC has been appointed by Litton Loan Servicing, L.P., to serve as its authorized agent to, <u>inter alia</u>, receive and review all notices that may affect its interests in this matter. Accordingly, you are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to, notices required by Bankruptcy Rules 2002 (g) and 9010(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the addresses indicated below.

Respectfully submitted,

McCALLA RAYMER, LLC

/s/ A. Michelle Hart

_____
A. Michelle Hart, Esq. Georgia Bar No. 334291
1544 Old Alabama Road
Roswell, Georgia 30076-2102
770-643-7200/770-643-4176 Fax

*Authorized Agent for Litton Loan Servicing, L.P.*

File Number LITT-07-14045 /
Request for Service of Notice

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DELAWARE DIVISION

| | |
|---|---|
| IN RE:<br><br>SILVESTE BUENDIA | CASE NO. 07-10416<br>CHAPTER 11<br>JUDGE KEVIN J. CAREY |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served by First Class Mail, postage pre-paid, upon the following parties in interest on the 12 day of September, 2007.

Debtor's Attorney

Christopher M. Samis., Esq.
920 North King Street
Wilmington, DE  19801

Chapter 11 Trustee

United States Trustee
844 King Street
Room 2207
Wilmington, DE  19801

          Respectfully submitted,
          McCALLA RAYMER, LLC

          /s/ A. Michelle Hart
          _____
          A. Michelle Hart, Esq. Georgia Bar No. 334291
          1544 Old Alabama Road
          Roswell, Georgia  30076-2102

770-643-7200/770-643-4176 Fax

File Number LITT-07-14045 /
Request for Service of Notice