IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
In re:                              :    Chapter 11
                                    :
                                    :    Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,     :
a Delaware corporation, et al.,[1]  :    Jointly Administered
                                    :
          Debtors                   :
                                    :    Re: Docket No. 2378 to 2395
------------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on August 22, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by Overnight Mail:

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Beale's LLC** [Docket No. 2378]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at 777 N Rainbow, Suites 180 & 385, Las Vegas, NV 89102** [Docket No. 2379]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Assist to Sell Sellers & Buyers Realty** [Docket No. 2380]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and AIRS Human Capital Solutions, Inc.** [Docket No. 2381]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and ILOG, Inc.** [Docket No. 2382]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- Notice of Rejection of Executory Contract Between New Century Financial Corporation and Iconium Management Inc. [Docket No. 2383]

- Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and iHomeowners, Inc. [Docket No. 2384]

- Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Identity Theft Assistance Corporation [Docket No. 2385]

- Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and HumanConcepts, LLC - Orgplus [Docket No. 2386]

- Notice of Rejection of Executory Contract Between HOME123 Corporation and ChoicePoint Precision Marketing, Inc. [Docket No. 2387]

- Notice of Rejection of Executory Contract Between New Century TRS Holdings, Inc. and IKON Office Solutions Inc. [Docket No. 2388]

- Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Howroyd-Wright Employment Agency, Inc. [Docket No. 2389]

- Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Harwood & Harwood [Docket No. 2390]

- Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and HR Solutions [Docket No. 2391]

- Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and HSBC Mortgage Services, Inc. [Docket No. 2392]

- Notice of Rejection of Executory Contract Between New Century Mortgage and iComply Incorporated [Docket No. 2393]

- Notice of Rejection of Executory Contract Between ZC Sterling Insurance Agency, Inc. and its affiliate Bro Enterprises, LLC, New Century Mortgage Corporation and NC Insurance Services, Inc. [Docket No. 2394]

- Notice of Rejection of Executory Contract Between ZC Sterling Insurance Agency, Inc. and its affiliate Bro Enterprises, LLC, New Century Mortgage Corporation and NC Insurance Services, Inc. [Docket No. 2395]

Dated: September 5, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Exhibit A
Committee UST List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street  Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | Wilmington | DE | 19801 | | US Trustee |