## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
                                        :    Chapter 11
                                        :
In re:                                  :
                                        :    Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,         :
a Delaware corporation, et al., [1]     :    Jointly Administered
                                        :
                                        :
            Debtors                     :
                                        :    Re: Docket No. 2382
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a

member of the bar of this Court, hereby declare that on August 22, 2007, I caused true and

correct copies of the following to be served upon the parties listed on the attached Exhibit A by

Overnight Mail:

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and ILOG, Inc.** [Docket No. 2382]

Dated:  September 5, 2007

                               Jamie L. Edmonson (No. 4247)
                               XROADS CASE MANAGEMENT
                               SERVICES, LLC
                               1821 E. Dyer Road, Suite 225
                               Santa Ana, California  92705
                               Telephone:  (949) 567-1600

---

[1]     The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

# Exhibit A

Exhibit A
Notice Party List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---------|---------|----------|----------|------|-------|-----|---------|------------------|
| ILOG Inc | | 1080 Linda Vista Ave | | Mountain View | CA | 94043 | | Notice Party |