# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :    Chapter 11
In re:                                                  :
                                                        :    Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,                         :
a Delaware corporation, et al.,¹                        :    Jointly Administered
                                                        :
              Debtors                                   :
                                                        :    Re: Docket No. 2387
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on August 22, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by Overnight Mail:

- **Notice of Rejection of Executory Contract Between HOME123 Corporation and ChoicePoint Precision Marketing, Inc.** [Docket No. 2387]

Dated: September 5, 2007

                                                                Jamie L. Edmonson (No. 4247)
                                                                XROADS CASE MANAGEMENT
                                                                   SERVICES, LLC
                                                                   1821 E. Dyer Road, Suite 225
                                                                   Santa Ana, California 92705
                                                                   Telephone: (949) 567-1600

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

# Exhibit A

Exhibit A
Notice Party List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer | J Savin D Dunn J Newdeck | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | Notice Party |
| Choicepoint Percision | General Counsel | 1100 Alderman Dr | | Alpharetta | GA | 30005 | | Notice Party |
| Choicepoint Percision | Scott Watkins | 2525 Meridian Pkwy | Ste 125 | Durham | NC | 27713 | | Notice Party |

In re New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)
United States Bankruptcy Court, District of Delaware

8/22/2007