IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NEW CENTURY TRS HOLDINGS; | ) Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | ) |
| | ) Regarding Docket Item: _____ |
| | ) |
| Debtors. | ) Jointly Administered |

**ORDER GRANTING MOTION OF PLAZA AMERICA OFFICE DEVELOPMENT II, LLC FOR (1) ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES AND (2) AN ORDER REQUIRING DEBTORS' PERFORMANCE OF POSTPETITION LEASE OBLIGATIONS UNDER 11 U.S.C. § 365(d)(3)**

Upon the Motion of Plaza America Office Development II, LLC ("Plaza America") for (1) Allowance and Payment of Administrative Expenses and (2) an Order Requiring Debtors' Performance of Postpetition Lease Obligations under 11 U.S.C. § 365(d)(3) (the "Motion"), and having determined, based on the Motion, any timely-filed opposition thereto, and the record in this case, that the Motion should be granted,

IT IS ORDERED as follows:

1. The Motion is GRANTED.

2. Plaza America's claim of $194,664.18 for postpetition obligations of the Debtors arising under a lease of nonresidential real property (the "Lease") between Plaza America, as lessor, and certain the Debtors, as lessees, is hereby allowed as a priority administrative expense pursuant to 11 U.S.C. § 503(b)(1).

3. Within five (5) days after entry of this Order, the Debtors shall pay the sum of $194,664.18 to Plaza America, in satisfaction of Plaza America's priority administrative expense claim allowed under paragraph 2 above.

2

4. The Debtors are further ordered to comply with all of their obligations under the Lease in accordance with 11 U.S.C. § 365(d)(3) until such time as the Debtors unequivocally relinquish possession of the leased premises by, among other things, disabling any security systems maintained by the Debtors at the premises.

Dated: _____, 2007
Wilmington, DE

_____
United States Bankruptcy Judge