IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NEW CENTURY TRS HOLDINGS; | ) Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | ) |
| | ) |
| | ) Hearing: October 2, 2007 @ 1:30 p.m. |
| | ) Objections: September 25, 2007 @ 4:00 p.m. |
| | ) |
| Debtors. | ) Jointly Administered |

### NOTICE OF MOTION

On September 12, 2007, Plaza America Office Development II, LLC ("Plaza America") filed a Motion for (1) Allowance and Payment of Administrative Expenses and (2) an Order Requiring the Debtors' Performance of Postpetition Lease Obligations under 11 U.S.C. § 365(d)(3) (the "Motion"). You are required to file a response to the Motion on or before September 25, 2007 at 4:00 p.m. At the same time, you must also serve a copy of the response upon movant's attorney, at the address listed below, so that it is received by 4:00 p.m. on September 25, 2007. A HEARING ON THE MOTION WILL BE HELD, ONLY IF A TIMELY OBJECTION IS FILED, ON OCTOBER 2, 2007 at 1:30 P.M. BEFORE THE HONORABLE KEVIN CAREY, U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, WILMINGTON, DE 19801. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

MCCARTER & ENGLISH, LLP

By: _____
William F. Taylor, Jr. (#2936)
405 N. King St., 8th Floor
Wilmington, DE 19801

-and-

ARNOLD & PORTER LLP
   Richard M. Lucas
   Charles A. Malloy
   555 Twelfth Street, N.W.
   Washington D.C. 20004
*Counsel to Plaza America Office Development, LLC*