IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| | Objection Deadline: October 2, 2007 |

NOTICE OF THIRD MONTHLY APPLICATION AND THIRD
MONTHLY APPLLICATION OF MANATT, PHELPS & PHILLIPS, LLP,
AS SPECIAL SECURITZATION COUNSEL TO THE DEBTORS AND
THIRD INTERIM FEE APPLICATION REQUEST, FOR THE PERIOD
JULY 1, 2007 THROUGH JULY 31, 2007

| | |
|---|---|
| Name of Applicant: | Manatt, Phelps & Phillips, LLP |
| Authorized to provide Professional Services to: | The above-captioned debtors and debtors-in-possession. |
| Date of Retention: | June 15, 2007, *nunc pro tunc* to April 2, 2007 |
| Period for which Compensation and Reimbursement are sought: | July 1, 2007 through July 31, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary: | $5,212.00 (80% of $6,515.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $1,207.91 |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage)(d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware Corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

This is (a)n: __X__ interim _____ final application.

Summary of Fee Applications for Compensation Period:

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| September 12, 2007 | July 1, 2007 through July 31, 2007 | $6,515.00 | $1,207.91 |  |  |

Summary of Any Objections to Fee Applications:

| Date of Fee Application | Date of Objection | Total Fees Subject to Objection | Total Expenses Subject to Objection |
| --- | --- | --- | --- |
| July 13, 2007 | n/a | n/a | n/a |
| September 10, 2007 | n/a | n/a | n/a |

PLEASE TAKE NOTICE that, pursuant to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Interim Compensation Order"), objections, if any, to the Interim Fee Application request must be filed with the court and served on the Applicant at the address set forth below and the Notice Parties (as defined in the Interim Compensation Order) so as to be received by October 2, 2007. If no timely objections are filed to the Interim Fee Application Request, the court may enter an order granting the Interim Fee Application Request without a hearing.

Dated: September 12,. 2007

MANATT, PHELPS & PHILLIPS, LLP

By: _____
Ellen R. Marshall [CA Bar No.666715]
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
(714) 371-2508

Attorneys for Debtors

## VERIFICATION

STATE OF CALIFORNIA        )
                                           ) SS:
COUNTY OF ORANGE          )

       Ellen R. Marshall, after being duly sworn according to law, deposes and says:

       1.     I am a partner with the applicant firm, Manatt, Phelps & Phillips, LLP, and been admitted to appear before this Court.

       2.     I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

       3.     I have reviewed the foregoing Notice Of Third Monthly Fee Application And Third Monthly Application Of Manatt, Phelps & Phillips, LLP, As Special Securitization Counsel To The Debtors And Third Interim Fee Application Request For The Period July 1, 2007 Through July 31, 2007 and the facts set forth therein are true and correct to the best of my knowledge, informtion and belief.  Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

                                                                   Ellen R. Marshall [CA Bar No. 66715]

SWORN AND SUBSCRIBED before me
this 12th day of September, 2007.

_____
Notary Public
My Commission Expires: December 11, 2008

GRETCHEN R. CLARK
Commission # 1533870
Notary Public - California
Orange County
My Comm. Expires Dec 11, 2008

4

## PROOF OF SERVICE

I, Tracey J. Dunn, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 695 Town Center Drive, 14th Floor, Costa Mesa, CA 92626. On September 12, 2007, I served the within documents:

**NOTICE OF THIRD MONTHLY FEE APPLICATION AND THIRD MONTHLY APPLICATION OF MANATT, PHELPS & PHILLIPS, LLP, AS SPECIAL SECURITIZATION COUNSEL TO THE DEBTORS AND THIRD INTERIM FEE APPLLICATION REQUEST FOR THE PERIOD JULY 1, 2007 THROUGH JULY 31, 2007**

☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. from (310) 312-4000, the transmission was reported as complete and without error, and a true copy of the transmission report was properly issued by the transmitting facsimile machine and is annexed to this proof of service.

☐   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☒   by placing the document(s) listed above in a sealed FedEx Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx Express agent for delivery.

☐   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

*Please see attached Service List*

I am readily familiar with the Manatt, Phelps & Phillips, LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 12, 2007, at Costa Mesa, California.

*/s/ Tracey J. Dunn*
Tracey J. Dunn

## PROOF OF SERVICE MAILING LIST

New Century Mortgage Corporation
Attn: Monika L. McCarthy, Esq.
3121 Michelson Drive, Sixth Floor
Irvine, CA 92612

O'Melveny & Myers LLP
Attn: Suzzanne Uhland, Esq.
    Emily Culler, Esq.
400 South Hope Street
Los Angeles, CA 90071

Richards, Layton & Finger, P.A.
Attn: Mark D. Collins, Esq.
    Michael J. Merchant, Esq.
920 North King Street
Wilmington, DE 19801

AP Services, LLC
Attn: Holly Feder Etlin
Nine West 57th Street, Suite 3420
New York, NY 10019

Office of the U.S. Trustee
Attn: Joseph McMahon, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801

Kirkland & Ellis
Attn: Bennett L. Spiegel, Esq.
    Shirley S. Cho, Esq.
777 South Figueroa Street
Los Angeles, CA 90017-5800

Blank Rom eLLP
Attn: Bonnie Glantz Fatell
1201 Market Street, Suite 800
Wilmington, DE 19801

Hahn & Hessen LLP
Attn: Mark S. Indelicato
488 Madison Avenue
New York, NY 10022