## CERTIFICATE OF SERVICE

I, William F. Taylor, Jr., hereby certify that on the 12th day of September 2007, I caused a

copy of the foregoing *Motion of Plaza America Office Development II, LLC for (1) Allowance*

*and Payment of Administrative Expenses and (2) an Order Requiring Debtors' Performance of*

*PostPetition Lease Obligations Under 11 U.S.C. §365(d)(3)* to be served via U.S. Mail, First

Class, postage prepaid upon the parties on the attached service list.

Under penalty of perjury, I declare the foregoing to be true and correct.

_____

William F. Taylor, Jr. (DE Bar ID 2936)

Date:  September 12, 2007

MEI 6714205v.1

*New Century TRS Holdings, Inc.*
*Bankruptcy Rule 2002 Service List*

*Representing Government Agency*
Division of Unemployment Insurance
Department of Labor
4425 N. Market Street
Wilmington, DE 19802

*Representing Positive Software Solutions, Inc.*
Daniel K. Astin
Anthony M. Saccullo
Fox Rothschild LLP
P.O. Box 2323
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, DE 19899-2323
dastin@foxrothschild.com
asaccullo@foxrothschild.com

*Representing SN Servicing Corp. as Agent for Alaska Seaboard Partners Limited Partnership*
Richard M. Beck
Michael W. Yurkewicz
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

*Representing KST Data, Inc.*
Richard M. Beck
Christopher A. Ward
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
rbeck@klehr.com
cward@klehr.com

*Representing Safeco Financial Institution Solutions, Inc.*
Don A. Beskrone
Ashby & Geddes, P.A.
P.O. Box 1150
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
dbeskrone@ashby-geddes.com

*Representing Washington Mutual*
Karen C. Bifferato
Marc J. Phillips
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
kbifferato@cblh.com
mphillips@cblh.com

*Representing CB Richard Ellis Corporate Facilities Management, Inc.*
Ian Connor Bifferato
Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
icb@bgbde.com
gfm@bgbde.com

*Representing UBS Real Estate Securities, Inc.*
William P. Bowden
Gregory A. Taylor
Ashby & Geddes, P.A.
P.O. Box 1150
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
wbowden@ashby-geddes.com
gtaylor@ashby-geddes.com

*Representing DB Structured Products, Inc.*
Robert S. Brady
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
rbrady@ycst.com

*Representing Credit-Based Asset Servicing and Securitization and Wells Fargo Bank, N.A.*
Michael Busenkell
Eckert, Seamans, Cherin & Mellot, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
mbusenkell@eckertscamans.com

*Representing Residential Funding Company, LLC*
Mary F. Caloway
Eric Lopez Schnabel
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
mary.caloway@bipc.com
eric.schnabel@bipc.com

*Representing GMAC Commercial Finance LLC and Countrywide Home Loans*
William E. Chipman, Jr.
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801
wchipman@eapdlaw.com

*Representing Maguire Properties-Park Place*
Megan E. Cleghorn
Skadden, Arps, Slate, Meagher & Flom LLP
P.O. Box 636
One Rodney Square
Wilmington, DE 19899-0636
mcleghor@skadden.com

*Representing Stoney Point East*
Richard S. Cobb
Matthew B. McGuire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
cobb@lrclaw.com
mcguire@lrclaw.com

*Representing Debtors*
Mark D. Collins
Michael J. Merchant
Chun I. Jang
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899
Collins@RLF.com
merchant@rlf.com
jang@rlf.com

*Representing CSHV Denver Tech Center,*
*LLC*
Victoria Watson Counihan
Dennis A. Meloro
Greenberg Traurig, LLP
The Nemours Building, 1007 North Orange
Street, Suite 1200
Wilmington, DE 19801
counihanv@gtlaw.com
melorod@gtlaw.com

*Representing International Business*
*Machines Corporation*
Charlene D. Davis
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Representing Morgan Stanley Mortgage*
*Capital Inc.*
Robert J. Dehney
Gregory W. Werkheiser
Daniel B. Butz
Morris, Nichols, Arsht & Tunnell LLP
P.O. Box 1347
1201 N. Market Street, 18th Floor
Wilmington, DE 1347
rdehney@mnat.com
gwerkheiser@mnat.com
dbutz@mnat.com

*Representing Citigroup Global Markets*
*Realty Corp.*
Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
meskin@camlev.com
mhurford@camlev.com

*Representing Sprint Communications*
*Company L.P. d/b/a Sprint Nextel*
*Corporation and ADT Security Services,*
*Inc.*
Brett D. Fallon
Morris James LLP
P.O. Box 2306
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
bfallon@morrisjames.com

*Representing The Official Committee of*
*Unsecured Creditors*
Bonnie Glantz Fatell
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
fatell@blankrome.com

*Representing General Electric Capital*
*Corporation*
Michael G. Gallerizzo
David V. Fontana
Gebhart & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801
mgall@gebsmith.com

*Representing Natixis Real Estate Capital,*
*Inc.*
Neil B. Glassman
Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Representing Premier Print and Services Group, Inc.*
Joseph Grey
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
jg@stevenslee.com

*Representing IndyMac Bank, F.S.B. and Qwest Corporation*
Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
kgwynne@reedsmith.com

*Representing Richard S. Austin, Lauren V. Liva, Michael Vandall, Scott Rasmussen, Martha F. Moreland and Carla Lyes*
James E. Huggett
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, De 19801
jhuggett@margolisedelstein.com

*Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.*
Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl Young Jones & Weintraub LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801
ljones@pszyjw.com
tcairns@pszyjw.com

*Representing HSBC Bank USA, National Association, HSBC Mortgage Corporation USA*
Andrew C. Kassner
Howard A. Cohen
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

*Representing Carrington Mortgage Services, LLC and Carrington Capital Management, LLC*
Steven K. Kortanek
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
skortanek@wcsr.com

*Representing JP Morgan Chase Bank, NA*
Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
landis@lrclaw.com

*Representing SunTrust Leasing Corporation*
Christopher D. Loizides
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
loizides@loizides.com

*Representing Union Bank of California*
David M. Fournier
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street,  Suite 5100
Wilmington, DE 19801

*Representing LandAmerica Default Services*
*Company*
Katherine L. Mayer
McCarter & English LLP
P.O. Box 111
919 Market Street, Suite 1800
Wilmington, DE 19899

*Representing Mack-Cali Realty Corporation*
Lisa C. McLaughlin
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
lcm@pgslaw.com

*Representing United States Trustee*
Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801
Joseph.McMahon@usdoj.gov

*Representing Adfitech, Inc.*
Evelyn J. Meltzer
Pepper Hamilton LLP
P.O. Box 1709
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

*Representing Village at Camp Bowie I, L.P.*
Stephen M. Miller
Morris James LLP
P.O. Box 2306
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
smiller@morrisjames.com

*Representing RBC Mortgage Company,*
*Royal Bank of Canada and RBC Centura*
*Bank*
Francis A. Monaco, Jr.
Monzack and Monaco, P.A.
P.O. Box 2031
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
fmonaco@monlaw.com

*Representing Kodiak Funding LP and*
*Kodiak CDO I, Ltd.*
Norman M. Monhait
Rosenthal, Monhait & Goddess, P.A.
P.O. Box 1070
919 Market Street, Suite 1401
Wilmington, DE 19899-1070
nmonhait@rmgglaw.com

*Representing Credit Suisse First Boston*
*Mortgage Capital LLC and DLJ Mortgage*
*Capital, Inc.*
Michael R. Nestor
Young Conaway Stargatt & Taylor, LLP
P.O. Box 391
The Brandywine Bldg
1000 West Street, 17th Floor
Wilmington, DE 19801
mnestor@ycst.com

*Representing Coremetrics, Inc.*
Marc J. Phillips
Connolly Bove Lodge & Hutz LLP
The Nemours Building
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
mphillips@cblh.com

*Representing Bank of America, N.A.*
Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19899
lsilverstein@potteranderson.com

*Representing Government Agency*
Ellen W. Slights
U.S. Attorney's Office
P.O. Box 2046
1007 Orange Street, 7th Floor
Wilmington, DE 2046
USADE.ecfbankruptcy@usdoj.gov

*Representing Deutsche Bank National Trust Company*
David B. Stratton
Pepper Hamilton LLP
P.O. Box 1709
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899
strattond@pepperlaw.com

*Representing Mills Enterprises*
Brian A. Sullivan
Amy D. Brown
Werb & Sullivan
Thirteenth Floor, 300 Delaware Avenue
Wilmington, DE

*Representing LandAmerica Default Services Company; Tamares Real Estate Holdings, Inc., Plaza America Office Development, LLC and Plaza Office Realty II, LLC*
William F. Taylor, Jr.
Katherine L. Mayer
McCarter & English, LLP
P.O. Box 111
919 N. Market Street, Suite 1800
Wilmington, DE 19899

*Representing ABN AMRO Bank N.V.*
Joanne B. Wills
Michael W. Yurkewicz
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
jwills@klehr.com
myurkewicz@klehr.com

*Representing Coremetrics, Inc.*
Jeffrey C. Wisler
Connolly Bove Lodge & Hutz LLP
The Nemours Building
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
jwisler@cblh.com

IKON Office Solutions
Recovery & Bankruptcy
3920 Ark Wright Road, Suite 400
Macon, GA 31210

*Representing Government Agency*
Delaware Secretary of State
Division of Corporations
Franchise Tax Division
P.O. Box 7040
Dover, DE 19903

*Representing Government Agency*
Secretary of the Treasury
P.O. Box 7040
Dover, DE 19903

*Representing Government Agency*
Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA 90295

*Representing Government Agency*
Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, DC 20020

*Representing Bexar County and City of El Paso*
David G. Aelvoet
Linebarger Goggan Blair & Sampson LLP
Travis Building, 711 Navarro, Suite 300
San Antonio, TX 78205

*Representing DB Structured Products, Inc.*
Richard H. Agins
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178
richard.agins@bingham.com

*Representing Eschelon Telecom, Inc.*
Dennis Ahlers
Eschelon Telecom, Inc.
c/o Dennis D. Ahlers, 730 Second Ave.
South Suite 900
Minneapolis, MN 55402
ddahlers@eschelon.com

*Representing Nabih Mangoubi and Esther Mangoubi, as beneficiaries of Illinois Land Trust No. R-3679 that is landlord of premises located at 500 Peterson Road, Libertyville, IL 60048*
Elihu E. Allinson, III
William D. Sullivan
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
zeke@williamdsullivanllc.com

*Representing CSHV Denver Tech Center, LLC*
Daniel Ansell
Kenneth Philbin
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
anselld@gtlaw.com
philbink@gtlaw.com

*Representing Pennsbury Village Borough*
John J. Arminas
Goldberg, Kamin & Garvin
1806 Frick Building, 437 Grant Street
Pittsburgh, PA 15219
johna@gkgattorneys.com

*Representing GMAC Commercial Finance LLC*
Hernando Azarcon
Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI 48075
hazarcon@gmaccf.com

*Representing Maguire Properties-Park Place*
D.J. Baker
Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

*Representing Celina ISD, Princeton ISD, City of Princeton, Richardson ISD, Cedar Hill ISD, City of Cedar Hill, Whitewright ISD, City of Whitewright, City of Hurst, Arlington ISD, Castleberry ISD and Mansfield ISD*
Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430
arlbank@pbfcm.com

*Representing Citigroup Global Markets Realty Corp.*
Paul M. Basta
Joshua A. Sussberg
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
pbasta@kirkland.com
jsussberg@kirkland.com

*Representing Deutsche Bank National Trust Company*
Mark N. Berman
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-1832
mberman@nixonpeabody.com

*Representing Kodiak Funding LP and Kodiak CDO I, Ltd.*
Matthew Botica
David Wirt
Grayson Walter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Mbotica@winston.com
Dwirt@winston.com
Gwalter@winston.com

*Representing QKC Maui Owner, LLC*
Mark Browning
Assistant Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

*Representing Safeco Financial Institution
Solutions, Inc.*
Frank G. Burt
Raul A. Cuervo
W. Glenn Merten
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-5208
fgb@jordenusa.com
rac@jordenusa.com
wgm@jordenusa.com

*Representing UBS Real Estate Securities,
Inc.*
Richard A. Chesley
Kimberly D. Newmarch
Paul, Hastings, Janofsy & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
richardchesley@paulhastings.com
kimberlynewmarch@paulhastings.com

*Representing Theresa A. Davis*
Robert P. Cocco
Robert P. Cocco, P.C.
437 Chestnut Street, Suite 1006
Philadelphia, PA 19106
rcocco@rcn.com

*Representing Barclays Bank PLC and
Barclays Capital*
Ken Coleman
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY

*Representing Oklahoma County Treasurer*
Gretchen Crawford
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102

*Representing ABN AMRO Bank N.V.*
Raniero D'Aversa, Jr.
Laura D. Metzger
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820
rdaversa@mayerbrown.com
ldmetzger@mayerbrown.com

*Representing Morgan Stanley Mortgage
Capital Inc.*
Luc A. Despins
Wilbur F. Foster
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
ldespins@milbank.com
wfoster@milbank.com

*Representing Harris County, Montgomery
County, Cypress-Fairbanks ISD and Fort
Bend County*
John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

*Representing DB Structured Products, Inc.*
Robert M. Dombroff
Steven Wilamowsky
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
robert.dombroff@bingham.com
steven.wilamowsky@bingham.com

*Representing IKON Financial Services*
Rosa Dominy
IKON Financial Services
Bankruptcy Administration
P.O. Box 13708
1738 Bass Road
Macon, GA 31208-3708

*Representing Oracle USA*
Amish R. Doshi
Day Pitney LLP
7 Times Square
New York, NY 10036-7311
adoshi@daypitney.com

*Representing Deutsche Bank National Trust Company*
Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
ddrebsky@nixonpeabody.com

*Representing ADT Security Services, Inc.*
Sally E. Edison
McGuire Woods LLP
Dominion Tower
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222-3142

*Representing New York State Teachers' Retirement System*
Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
metkin@lowenstein.com
ilevee@lowenstein.com

*Representing Federal Express Corporation*
Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510
charles@filardi-law.com

*Representing Party-in-Interest*
T. Robert Finlay
Donna L. La Porte
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
rfinlay@wrightlegal.net
dlaporte@wrightlegal.net

*Representing Speedpay, Inc.*
Joseph D. Frank
Frank/Gecker LLP
325 North LaSalle Street, Ste 625
Chicago, Illinois 60610
jfrank@fgllp.com

*Representing Travelers*
Scot Freeman
Account Resolution
Travelers
National Accounts
1 Tower Square - 5MN
Hartford, CT 06183-4044

*Representing Union Bank of California*
Barry Freeman
Jeffer Mangels Butler & Marmaro, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

*Representing Government Agency*
Nathan Fuchs
Securities & Exchange Commission
233 Broadway
New York, NY 10279

*Representing DB Structured Products, Inc.*
Andrew J. Gallo
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
andrew.gallo@bingham.com

*Representing The County of Imperial,*
*California*
Flora Garcia
Imperial County Treasurer - Tax Collector
940 West Main Street, Suite 106
El Centro, CA 92243

*Representing 500 Eagles Landing, LLC*
Robert P. Gates
Erskine & Tulley
220 Montgomery Street, Suite 303
San Francisco, CA 94104
bob@erskinetulley.com

*Representing eMortgage Logic LLC*
Jeffrey I. Golden
Hutchison B. Meltzer
Weiland, Golden, Smiley, Wang Ekvall &
Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
Jgolden@wgllp.com

*Representing Government Agency*
Alberto P. Gonzalez
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

*Representing SunTrust Leasing Corporation*
Robert Goodrich
Stites& Harison, PLLC
1800 Fifth Third Center
424 Church Street
Nashville, TN 37219-2376
robert.goodrich@stites.com

Bruce Gordon
IBM Credit LLC
Special Handling Group-MD NC322
North Castle Dr
Armonk, NY 10504

*Representing GMAC Commercial Finance*
*LLC and Countrywide Home Loans*
Lawrence P. Gottesman
Sukyong Suh
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
lawrence.gottesman@bryancave.com
sukyong.suh@bryancave.com

*Representing New York State Teachers'*
*Retirement System*
Salvatore J. Graziano
Bernstein Litowitz Berger & Grossmann
LLP
1285 Avenue of the Americas
New York, NY 10019
sgraziano@blbglaw.com

*Representing The Realty Associates Fund*
*VII, LP*
Robert E. Greenberg
Friedlander, Misler, Sloan, Kletzkin &
Ochsman, PLLC
1101 Seventeenth Street, N.W. Suite 700
Washington, DC 20036-4704

*Representing Alireza Nazmi and Golden Key*
*Mortgage*
Charles A. Hansen
Mark S. Bostick
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
chansen@wendel.com
bankruptcy@wendel.com

Jed Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167
jhart@angelogordon.com

*Representing America's Servicing Company*
A. Michelle Hart
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

*Representing Morgan Stanley Mortgage*
*Capital Inc.*
Howard R. Hawkins, Jr.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
howard.hawkins@cwt.com

*Representing Walz Postal Solutions, Inc.,*
*also known as Walz Secured Outsourcing*
William A. Hazeltine
Law Offices of William A. Hazeltine LLC
110 West 9th St., PMB 345
Wilmington, DE 19801
wahazeltine@whazeltinelaw.com

*Representing Huntington Quadrangle 2 LLC*
Sheldon I. Hirshon
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
shirshon@proskauer.com

*Representing Wells Fargo Bank, N.A., As*
*Indenture Trustee and Property Trustee*
Jonathan Hook
David Retter
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
jhook@kelleydrye.com
dretter@kelleydrye.com

*Representing KW Properties Ltd.*
Nancy Hotchkiss
Trainor Fairbrook
P.O. Box 255824
980 Fulton Avenue
Sacramento, CA 95865
nhotchkiss@trainorfairbrook.com

*Representing The Official Committee of
Unsecured Creditors*
Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022
mindelicato@hahnhessen.com
mpower@hahnhessen.com
jschwartz@hahnhessen.com

*Representing Qwest Corporation*
Mitchell W. Katz
Qwest Legal Department
1801 California Street, Suite 900
Denver, CO 80202
mitchell.katz@qwest.com

*Representing Carrington Mortgage
Services, LLC and Carrington Capital
Management, LLC*
Thomas S. Kiriakos
Sean T. Scott
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
tkiriakos@mayerbrownrowe.com
stscott@mayerbrownrowe.com

Gregg S. Kleiner
Cooley Godward Kronish LLP
101 California Street, 5th F.
San Francisco, CA 94111-2222

*Representing Wells Fargo Bank, N.A. as
Indenture Trustee and Property Trustee*
Thomas M. Korsman
Vice President
Wells Fargo Bank, N.A.
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN 55479
thomas.m.korsman@wellsfargo.com

*Representing State of Ohio ex rel. Marc
Dann, Attorney General*
Matthew J. Lampke
Assistant Chief
Ohio Attorney General's Office
Executive Agencies Section
30 E. Broad Street, 26th Floor
Columbus, OH 43215-4200

*Representing Hartford Fire Insurance
Company*
Michael R. Lastowski
Christopher M. Lastowski
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
mlastowski@duanemorris.com
cmwinter@duanemorris.com

*Representing Contrarian Capital
Management, L.L.C.*
Mark Lee
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830
mlee@contrariancapital.com

*Representing KST Data, Inc.*
Randall S. Leff
Eric M. Heller
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212-2974
rleff@ecjlaw.com
eheller@ecjlaw.com

*Representing Residential Funding Company, LLC*
Chris Lenhart
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
lenhart.chris@dorsey.com

*Representing Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc.*
Larry A. Levick
Michelle E. Shriro
Gerard Singer Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001
levick@gsl-texas.com
mshriro@gsl-texas.com

*Representing Countrywide Home Loans, Inc.*
Paul T. Liu
John Guerry
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA 91302
paul_liu@countrywide.com
john_guerry@countrywide.com

*Representing National City Commercial Capital Company, LLC, successor by merger with National City Vendor Finance, LLC f/k/a Charter One Vendor Finance, LLC, Assignee of General Electric Capital Corporation; National City Commercial Capital Company, LLC,*
Sherry D. Lowe
Lamm Rubenstone Lesavoy Butz & David LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053
sdlowe@lammrubenstone.com

*Representing Tamares Real Estate Holdings, Inc., Plaza America Office Development, LLC and Plaza Office Realty II, LLC*
Richard M. Lucas
Charles A. Malloy
Arnold & Potter
555 Twelfth Street, NW
Washington, DC 20004

*Representing Party-in-Interest*
William G. Malcolm
Malcolm & Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612
bill@mclaw.org

*Representing Mack-Cali Realty Corporation*
Carlos G. Manalansan
Wolff & Samson, PC
The Offices of Crystal Lake, One Boland Drive
West Orange, NJ 07052
cmanalansan@wolffsamson.com

*Representing United HealthCare Insurance
Company*
Julie A. Manning
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
bankruptcy@goodwin.com

Mark Manski
Barclays Bank PLC
200 Park Avenue
New York, NY 10166

*Representing Pro Se*
Leslie Marks
3099 Sutter Street
Oakland, CA 94602
blaqrubi@yahoo.com

Richard F. Martin
8109 Santa Luz Village Green south
San Diego, CA 92127
richfmartin@gmail.com

*Representing The Collin County Tax
Assessor/Collector*
David McCall
Gay, McCall, Isaacks, Gordon
& Roberts, P.C.
777 East 15th Street
Plano, TX 75074

*Representing Iron Mountain Information
Management, Inc.*
Frank F McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Fl.
Boston, MA 02110
ffm@bostonbusinesslaw.com

Sari E. Meador
Delinquency and Enforcement
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, FL 33831-2016
sarimeador@polktaxes.com

David A. Meskan
500 Eagles Landing, LLC
2100 Green Street, Apt. 404
San Francisco, CA 94123
dmeskan@pacbell.net

*Representing UBS Real Estate Securities,
Inc.*
Keith W. Miller
James R. Bliss
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, NY 10022
keithmiller@paulhastings.com
jamesbliss@paulhastings.com

*Representing CB Richard Ellis Corporate
Facilities Management, Inc.*
John E. Mitchell
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
jmitchell@velaw.com

*Representing Missouri Department of
Revenue*
Sheryl L. Moreau
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
P.O. Box 475
301 W. High Street, Room 670
Jefferson City, MO 65105-0475

*Representing Village at Camp Bowie I, L.P.*
Fielder F Nelms
Smith, Stern, Friedman & Nelms, P.C.
6688 North Central Expressway, Suite 550,
L.B. 37
Dallas, TX 75206
fnelms@ssfnlaw.com

*Representing Broadway Center Associates,
L.P.*
Steven H. Newman
Katsy Korins LLP
605 Third Avenue, 16th Floor
New York, NY 10158
snewman@katskykorins.com

*Representing Broward County Revenue
Collection Division*
Jeffrey J. Newton
County Attorney for Broward County
Government Center
115 South Andrews Ave
Ft. Lauerdale, FL 33301

*Representing New York State Teachers'
Retirement System*
Blair A. Nicholas
Bernstein Litowitz Berger & Grossmann
LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
blairn@blbglaw.com

*Representing Richard D. Austin, Lauren V.
Liva, Michael Vandall, Scott Rasmussen,
Martha F. Moreland and Carla Lyles*
Mary E. Olsen
M. Vance McCrary
J. Cecil Gardner
The Gardner Firm, P.C.
1119 Government Street
Mobile, AL 36652

*Representing Natixis Real Estate Capital,
Inc.*
Gregory M. Petrick
Angela Somers
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

*Representing International Business
Machines Corporation*
Leo D. Plotkin
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049-1633
lplotkin@lsl-la.com

*Representing Union Bank of California*
David M. Poitras
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
dpoitras@jmbm.com

*Representing Creditor*
Daniel T. Powers
Chatham County Tax Commissioner
P.O. Box 8321
Savannah, GA 31412

*Representing Positive Software Solutions, Inc.*
Mark H. Ralston
Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201
mralston@munsch.com
drukavina@munsch.com

*Representing Claimants, Tax Appraisal District of Bell County, County of Denton, Mexia Independent School District, County of Williamson*
Michael Reed
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680

*Representing SRIVA Relocation*
Glenn M. Reisman
Two Corporate Drive, Suite 234
Shelton, CT 06484
glenn.reisman@ge.com

*Representing MTC Financial Inc., dba Trustee Corps*
Richard J. Reynolds
Turner, Reynolds, Greco & O'Hara
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618
rreynolds@trlawyers.com

*Representing Canpro Investments Ltd.*
Robert F. Reynolds
Slatkin & Reynolds, P.A.
One East Broward Boulevard, Suite 700
Fort Lauerdale, FL 33301

Diane J. Richey
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, CA 90071

*Representing City of Edinburg, Edcouch-Elsa ISD, Nueces County and South Texas College*
Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
1949 South I.H. 35
Austin, TX 78760

*Representing ChoicePoint Inc.*
James R. Savin
David M. Dunn
Joanna F. Newdeck
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., NW
Washington, DC 20036
jsavin@akingump.com
ddunn@akingump.com
jnewdeck@akingump.com

*Representing Bank of America, N.A.*
Margot B. Schonholtz
Mark F. Liscio
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
mschonholtz@kayescholer.com
mliscio@kayescholer.com

RLF1-3162745-1
127340.01600/40169287v.1

*Representing Scott Morris and Angela Morris*
Felix A. Seidler
Reeves & Seidler
2527 Santa Clara Avenue
Alameda, CA 94501-4633
attyseidler@netscape.net

*Representing Carrollton-Farmers Branch ISD, Garland ISD and Lewisville ISD*
Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 N. Central Expressway
Dallas, TX 75205
sheehan@txschoollaw.com

*Representing 816 Connecticut Avenue L.P.*
Bryn H. Sherman
Deckelbaum Ogens & Raftery, Chtd.
3 Bethesda Metro Center, Suite 200
Bethesda, MD 20814
bsherman@decklebaum.com

*Representing Douglas Emett 2000, LLC*
Don C. Sherwood
Sherwood and Hardgrove
11812 San Vicente Blvd., Suite 210
Los Angeles, CA 90049-6622

*Representing Credit-Based Asset Servicing and Securitization and Wells Fargo Bank, N.A.*
J.R. Smith
Jason W. Harbour
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

*Representing Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc.*
Joseph H. Smolinsky
Douglas E. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
jsmolinsky@chadbourne.com
ddeutsch@chadbourne.com

*Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.*
Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
bspiegel@kirkland.com
scho@kirkland.com

*Representing IndyMac Bank, F.S.B.*
Claudia Z. Springer
Reed Smith LLP
2500 One Liberty Place, 1650 Market St.
Philadelphia, PA 19103-7301
cspringer@reedsmith.com

*Representing Sprint Communications Company L.P. d/b/a Sprint Nextel Corporation*
David I. Swan
Kenneth M. Misken
McGuire Woods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215
dswan@mcguirewoods.com

*Representing Speedpay, Inc.*
Larry Thomas
Integrated Payment Systems, Inc.
Meridian Building, 12500 E Belford Ave.,
Mail Stop M12B
Englewood, CA 80112
larry.thomas@westernunion.com

*Representing Ellington Management Group, Inc.*
Patricia B. Tomasco
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701
ptomasco@mailbmc.com

*Representing Debtors*
Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily Culler
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
suhland@omm.com
blogan@omm.com
vnewmark@omm.com
eculler@omm.com

*Representing Creditor*
John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

Madeleine C. Wanslee
Gust Rosenfeld PLC
201 E. Washington, Suite 800
Phoenix, AZ 85004-2327

*Representing American Express Travel Related Svcs Co Inc Corp Card*
Gilbert B. Weisman
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701
notices@becket-lee.com

*Representing Coremetrics, Inc.*
Seth R. Weissman
V.P. & General Counsel
Coremetrics, Inc.
1840 Gateway Drive, Suite 320
San Mateo, CA 94404
sweissman@coremetrics.com

*Representing Dallas County*
Elizabeth Weller
Linebarger Googan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX 75201-2644
dallas.bankruptcy@publicans.com

*Representing GMAC Commercial Finance LLC and Countrywide Home Loans*
Katherine M. Windler
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
katherine.windler@bryancave.com

*Representing Wolfe & Wyman LLP*
Stuart B. Wolfe
Yaron Shaham
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

*Representing DRA CRT Post Oak, L.P.*
Brian D. Womac
Denise H. Mitchell
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, TX 77024
brianwomac@aol.com


*Representing Fidelity National Information
Services*
Donald A. Workman
Baker & Hostetler LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036
dworkman@bakerlaw.com


David H. Zielke
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, WMC 3501
Seattle, WA 98101
David.Zielke@wamu.net

*Examiner*
Michael J. Missal
K&L Gates
1601 K Street, N.W.
Washington, D.C. 20006-1600

*Counsel to Examiner*
Mark Minuti
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266

*Counsel to Examiner*
Edward M. Fox
Kirkpatrick & Lockhart Preston
  Gates Ellis LLP
599 Lexington, Avenue
New York, NY 10022

*Counsel to Examiner*
Stephen G. Topetzes
Stavroula E. Lambrakopoulos
1601 K Street, NW
Washington, DC 20006

KPMG LLP
2001 M Street, N.W.
Washington, D.C. 20036-3310