## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC., | : |  |
| a Delaware corporation, et al., [1] | : | Jointly Administered |
|  | : |  |
| Debtors | : |  |
|  | : | Re: Docket No. 2327 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on August 21, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by Overnight Mail:

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Brilliant Applications, Inc.** [Docket No. 2327]

Dated: September 5, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

---

[1]      The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

# Exhibit A

Exhibit A
Notice Party List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---------|---------|----------|----------|------|-------|-----|---------|------------------|
| Brilliant Applications Inc | | 1106 2nd St | Ste 269 | Encinitas | CA | 92024 | | Notice Party |

In re New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)
United States Bankruptcy Court, District of Delaware

8/21/2007