# EXHIBIT

# A

# EXHIBIT A

## FEE STATEMENT

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 07.02.07 | Prepare and distribute copies of all 16 amendments with exhibits to Moody's Investors Services. | Valarie Dennis | 1.00 |
| 07.09.07 | Participate in legal status update call. | Ellen R. Marshall | 0.50 |
| 07.10.07 | Review paperwork for filings regarding legal fees and related emails. | Ellen R. Marshall | 0.20 |
| 07.10.07 | Coordinate document distribution with O'Melveny. | Deniz Haupt | 0.30 |
| 07.10.07 | Provide executed copy of Interim Subservicing Agreement to Mayer Brown. | Valarie Dennis | 0.50 |
| 07.11.07 | Discuss and ecide upon fee process inssues with Ellen R. Marshall. | Ivan L. Kallick | 1.50 |
| 07.13.07 | Prepare and circulate draft of amendment to Interim Subservicing Agreement. | Ellen R. Marshall | 0.70 |
| 07.13.07 | E-file multiple documents in United States Bankruptcy court, District of Delaware for Ellen R. Marshall. | Barbara Gasik | 2.00 |
| 07.16.07 | Participate in legal status call. | Ellen R. Marshall | 0.30 |
| 07.17.07 | Speak with Mayer Brown regarding Deutsche Bank. | Deniz Haupt | 0.20 |
| 07.18.07 | Calls and emails on revisions to amendment to Interim Servicing Agreement; send to counsel for Carrington; calls regarding same. | Ellen R. Marshall | 0.80 |
| 07.18.07 | Draft emails to Ellen R. Marshall; review Interim Subservicing Agreement. | Deniz Haupt | 0.20 |
| 07.18.07 | Revise amendment to Interim Subservicing Agreement. | Valarie Dennis | 1.70 |
| 07.19.07 | Review docket in Delaware regarding fee applications and payments. | Ivan L. Kallick | 0.90 |
| 07.19.07 | Emails regarding concerns raised by Carrington's counsel on amendment to extend Interim Subservicing Agreement. | Ellen R. Marshall | 0.20 |
| 07.19.07 | Review emails and draft emails regarding bar membership. | Deniz Haupt | .20 |
| 07.20.07 | Revise monthly fee application. | Ivan L. Kallick | 2.0 |
| 07.23.07 | Participate in legal update conference call. | Ellen R. Marshall | 0.50 |

6

| DATE | DESCRIPTION | ATTORNEYS AND PARAPROFESSIONAL | HOURS |
|---|---|---|---|
| 07.26.07 | Participate in legal update conference call. | Ellen R. Marshall | 0.50 |
| 07.31.07 | Draft emails regarding Wilmington Trust's request and Nixon Peabody's request; review Amendment 2005-4 and speak with Valarie Dennis regarding Amendment 2005-4. | Deniz Haupt | 0.50 |
| 07.31.07 | Research 2005-4 Amendment; provide materials to John Rosenthal at Nixon Peabody. | Valarie Dennis | 0.60 |

# EXHIBIT

# B

## EXHIBIT B

## EXPENSE STATEMENT

| DATE | DESCRIPTION | MANTT PERSONNEL | AMOUNT |
|---|---|---|---|
| 07.13.07 | Federal Express | Ellen R. Marshall | 13.02 |
| 07.13.07 | Federal Express | Ellen R. Marshall | 8.91 |
| 07.13.07 | Federal Express | Ellen R. Marshall | 8.91 |
| 07.13.07 | Federal Express | Ellen R. Marshall | 13.02 |
| 07.13.07 | Federal Express | Ellen R. Marshall | 8.91 |
| 07.13.07 | Federal Express | Ellen R. Marshall | 13.02 |
| 07.13.07 | Federal Express | Ellen R. Marshall | 13.02 |
| 07.13.07 | Federal Express | Ellen R. Marshall | 13.02 |
| 07.25.07 | Postage | n/a | 2.40 |
| 07.03.07 | Reproduction | n/a | .40 |
| 07.13.07 | Reproduction | n/a | 39.60 |
| 07.13.07 | Reproduction | n/a | 53.00 |
| 07.13.07 | Reproduction | n/a | 34.20 |
| 07.13.07 | Reproduction | n/a | 33.60 |
| 07.25.07 | Reproduction | n/a | 2.80 |
| 07.18.07 | Telephone charges – Long Distance | Ellen R. Marshall | .06 |
| 07.19.07 | Telephone charges – Long Distance | Ellen R. Marshall | .06 |
| 07.15.07 | Telephone charges – Conference Link | Deniz Haupt | 8.49 |
| 07.15.07 | Telephone charges – Conference Link | Ellen R. Marshall | 9.61 |
| 07.15.07 | Telephone charges – Conference Link | Harold Reichwald | 8.39 |
| 07.02.07 | Travel – Airplane fare | Deniz Haupt | 278.41 |
| 07.02.07 | Travel – Airplane fare | Deniz Haupt | 278.40 |
| 07.09.07 | Travel – Mileage expense | Jennifer Haft | 33.95 |
| 07.09.07 | Travel – Mileage expense | Jennifer Haft | 33.95 |
| 07.09.07 | Travel - Hotel | Jennifer Haft | 298.76 |

8