## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **In re:** | : **Chapter 11** |
|  | : |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : |
|  | : **Jointly Administered** |
|  | : |
| **Debtors.** | : **Objection Deadline: October 4, 2007 at 4:00 p.m.** |
|  | : **Hearing Date: To be determined** |

## NOTICE OF FIRST INTERIM FEE APPLICATION REQUEST

Name of Applicant:                          FTI CONSULTING, INC.

Authorized to Provide
Professional Services to:                   The Official Committee of Unsecured Creditors

Effective Date of Retention:                April 9, 2007

Period for which compensation
and reimbursement is sought:                April 9, 2007 through July 31, 2007[2]

Amount of Compensation sought as
actual, reasonable and necessary:           $788,013

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:        $40,399.56

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California Corporation.

[2] FTI Consulting Inc.'s April, May, June and July 2007 monthly fee applications are incorporated herein by reference.

This is (a)n: __X__ interim _____ final application

Summary of Fee Applications for Compensation Period:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed<br>Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees<br>(80%)** | **Expenses<br>(100%)** |
| Date Filed: 6/4/07<br>Docket No. 1083 | 4/9/07 - 4/30/07 | $127,765.00 | $8,022.40 | $102,212.00 | $8,022.40 |
| Date Filed: 6/26/07<br>Docket No. 1666 | 5/1/07 - 5/31/07 | $228,776.00 | $21,047.69 | $183,020.80 | $21,047.69 |
| Date Filed: 7/24/07<br>Docket No. 2041 | 6/1/07 - 6/30/07 | $249,531.00 | $8,398.68 | $199,624.80 | $8,398.68 |
| Date Filed: 8/21/07<br>Docket No. 2325 | 7/1/07 - 7/31/07 | $181,941.00 | $2,930.79 | Obj deadline<br>9/11/07 | Obj deadline<br>9/11/07 |

Summary of Any Objections to Fee Applications: No objections have been filed to FTI Consulting, Inc.'s monthly fee applications to date.

PLEASE TAKE NOTICE that, pursuant to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007 (the "Interim Compensation Order"), objections, if any, to the Interim Fee Application Request must be filed with the Court and served on the Applicant at the address set forth below and the notice parties, identified on Exhibit A attached hereto so as to be received by **October 4, 2007 at 4:00 p.m. (Eastern Time).** If no timely objections are filed to the Interim Fee Application Request, the Court may enter an order granting the Interim Fee Application Request without a hearing.

RLF1-3197183-1

Dated: September 12, 2007

FTI Consulting, Inc.

By: _____

Samuel Star
Three Times Square
New York, NY 10036
Telephone: 212.841.9368
E-mail: samuel.star@fticonsulting.com

Financial Advisors to the Official Committee of Unsecured Creditors' of New Century TRS Holdings, Inc., et al.

3

## EXHIBIT A
## NOTICE PARTIES

*(Debtor)*
Monika McCarthy, Esq.
New Century Mortgage Corporation
18400 Von Karman Avenue
Suite 1000
Irvine, CA 92612

*(Counsel for Debtor)*
Suzzanne Uhland, Esq.
Emily Culler, Esq.
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*(Counsel for Debtor)*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*(Crisis Managers)*
Holly Felder Etlin
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019

*(United States Trustee)*
Joseph McMahan, Esq.
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

4

RLF1-3197183-1

## CERTIFICATE OF SERVICE

I, David W. Carickhoff, hereby certify that on September 12, 2007, I caused a
copy of the following document to be served on the individuals on the attached service list in the
manner indicated.

**Notice of First Interim Fee Application Request**

_____
David W. Carickhoff (Bar No. 3715)

## Service List
*(Via Hand Delivery (Local) & First Class Mail (Non-Local))*

*(Debtor)*
Monika McCarthy, Esq.
New Century Mortgage Corporation
18400 Von Karman Avenue
Suite 1000
Irvine, CA 92612

*(Counsel for Debtor)*
Suzzanne Uhland, Esq.
Emily Culler, Esq.
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*(Counsel for Debtor)*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*(Counsel for Crisis Managers)*
*Holly Felder Etlin*
*AP Services, LLC*
9 West 57th Street
Suite 3420
New York, NY 10019

*(United States Trustee)*
Joseph McMahan, Esq.
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

127340.01600/40171151v.1