## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :    Chapter 11
                                        :
In re:                                  :
                                        :    Case No. 07-10416 (KJC)
                                        :
NEW CENTURY TRS HOLDINGS, INC.,         :
a Delaware corporation, et al., [1]     :    Jointly Administered
                                        :
                                        :
        Debtors                         :
                                        :    Re: Docket No. 2345
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a

member of the bar of this Court, hereby declare that on August 21, 2007, I caused true and

correct copies of the following to be served upon the parties listed on the attached Exhibit A by

Overnight Mail:

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Business Information Group, Inc.** [Docket No. 2345]

Dated: September 5, 2007

                             Jamie L. Edmonson (No. 4247)
                             XROADS CASE MANAGEMENT
                             SERVICES, LLC
                             1821 E. Dyer Road, Suite 225
                             Santa Ana, California 92705
                             Telephone:  (949) 567-1600

---

[1]     The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

# Exhibit A

Exhibit A
Notice Party List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| Business Info Group | | 1105 Industrial Hwy | Ste 200 | Southhampton | PA | 18966 | | Notice Party |

In re New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)
United States Bankruptcy Court, District of Delaware

8/21/2007