IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
: Chapter 11
In re: :
: Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC., :
a Delaware corporation, et al.,[1] : Jointly Administered
:
Debtors :
: Re: Docket No. 2304-2310 and 2312-2314
------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on August 20, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by Overnight Mail:

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at 2713 West Morton Street, Denison, TX, 75020** [Docket No. 2304]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Click2learn, Inc.** [Docket No. 2305]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Webex Communications, Inc.** [Docket No. 2306]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at 22-28 South Main Street, Ste 2B/2D, Doylestown, PA 18901** [Docket No. 2307]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at 1300 E Woodfield Rd, Ste 210, Schaumburg, IL 60173** [Docket No. 2308]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at 64 Fairfield Drive, Villa Rica, GA 30180** [Docket No. 2309]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at 9665 Granite Ridge Dr., Suite 550, San Diego, CA 92123** [Docket No. 2310]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at 18400 Von Karman, Rooftop, Irvine, CA 92612** [Docket No. 2312]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at 1955 Commerce Center Circle, Suite D, Prescott, AZ 86305** [Docket No. 2313]

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at 303 Griffing Ave, Riverhead, NY 11901** [Docket No. 2314]

Dated: September 5, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
  SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Exhibit A
Committee UST List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | Wilmington | DE | 19801 | | US Trustee |