**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Jointly Administered |
| Debtors | : | |
| | : | Re: Docket No. 2334 |

**DECLARATION OF SERVICE**

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on August 21, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by Overnight Mail:

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and CBDI Forum Ltd** [Docket No. 2334]

Dated: September 5, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

# Exhibit A

Exhibit A
Notice Party List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| CDBI Forum Ltd | David Spratt | PO Box 7867 | | Crowthorne | Berkshire | RG45 6WD | UK | Notice Party |

## Miscellaneous:

07-10416-KJC New Century TRS Holdings, Inc.

Type: bk | Chapter: 11 v | Office: 1 (Delaware)
Judge: KJC | Assets: y
Case Flag: PlnDue, DsclsDue, APPEAL, MEGA, LEAD, CLMSAGNT

**U.S. Bankruptcy Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Samis, Christopher M. entered on 9/13/2007 at 12:16 PM EDT and filed on 9/13/2007

**Case Name:** New Century TRS Holdings, Inc.
**Case Number:** 07-10416-KJC
**Document Number:** 2781

**Docket Text:**
Affidavit/Declaration of Service *of Jamie L. Edmonson Regarding Notice of Rejection of Leases re CBDI Forum Consulting Agreement dated October 2005* (related document(s)[2334] ) Filed by New Century TRS Holdings, Inc.. (Samis, Christopher)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** W:\CXG\NC DOs.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=9/13/2007] [FileNumber=5866469-0] [0460041293206e0eeca5134c0f22e37b5a78e1a5b338aa854956510055efb746b9ec d9d13d2ee5ccf342820f2103a1a4dc9d0732d8e86582f1390f9fc8252c59]]

**07-10416-KJC Notice will be electronically mailed to:**

Kenneth E. Aaron DE_BANKRUPTCY@weirpartners.com, smazur@weirpartners.com

David G. Aelvoet davida@publicans.com

Elihu Ezekiel Allinson, III ecf@williamdsullivanllc.com

Heather Lynn Anderson heather.anderson@dol.lps.state.nj.us

Daniel K. Astin dastin@foxrothschild.com, dastin@foxrothschild.com;jkittinger@foxrothschild.com;jbarnett@foxrothschild.com

James F. Bailey jbailey@jfbailey.com, jtravers@jfbailey.com