**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :    Chapter 11
In re:                                    :
                                          :    Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,           :
a Delaware corporation, et al., ¹         :    Jointly Administered
                                          :
           Debtors                        :
                                          :    Re: Docket No. 2396 to 2530 (various)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on August 22, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by Overnight Mail:

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Brandimensions Inc.** [Docket No. 2396]

- **Notice of Rejection of Executory Contract Between BR Search, Inc. and Home123 Corporation** [Docket No. 2397]

- **Notice of Rejection of Executory Contract Between Bottom Line Leads, LLC and Home123 Corporation** [Docket No. 2398]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and The Boston Consulting Group** [Docket No. 2400]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and The Bohan Group, Inc.** [Docket No. 2402]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Blake & Associates Employment Systems** [Docket No. 2403]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Bind View Corporation** [Docket No. 2404]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Bien Quach** [Docket No. 2405]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and BF Consultants** [Docket No. 2406]

- **Notice of Rejection of Executory Contract Between Home123 and Best Western International, Inc.** [Docket No. 2407]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Best Western International, Inc.** [Docket No. 2408]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and BMS Holdings Co., LLC** [Docket No. 2410]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and BAK, Inc.** [Docket No. 2412]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Axis Technical Group, Inc.** [Docket No. 2413]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Avalon Technical Services, Inc.** [Docket No. 2414]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Avalon Trading Company, LLC** [Docket No. 2415]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Aurema Pty Limited** [Docket No. 2416]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Athas Consulting, LLC** [Docket No. 2417]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Astera Software, Inc.** [Docket No. 2418]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Ascential Software Corporation** [Docket No. 2419]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Ascential Software Corporation** [Docket No. 2420]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Armorpoint, Inc.** [Docket No. 2422]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Arkin & Associates, Inc.** [Docket No. 2427]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Apropos Personnel Service** [Docket No. 2428]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Applied Computer Solutions** [Docket No. 2429]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Apple One Texas Inc. d/b/a AppleOne Employment Services** [Docket No. 2430]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Appintelligence, Inc.** [Docket No. 2431]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Apollo Interactive, Inc.** [Docket No. 2432]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Apex Systems, Inc.** [Docket No. 2433]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Anthony Taylor** [Docket No. 2434]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Anthony H Addington** [Docket No. 2435]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Angoss Software Corporation** [Docket No. 2436]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Ampco System Parking** [Docket No. 2437]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Amie Topete** [Docket No. 2438]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and America's Lead Source** [Docket No. 2439]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and American Money Network LLC** [Docket No. 2440]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation, NC Insurance Services, Inc. d/b/a Home123 Insurance Services and American Home Shield Corporation** [Docket No. 2441]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Alwin Springer** [Docket No. 2442]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Alvarez & Marsal LLC** [Docket No. 2443]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Altus Recruiting Solutions, LLC** [Docket No. 2444]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation and Alexus International, Inc.** [Docket No. 2445]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Alegis Group LP** [Docket No. 2446]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation, New Century Financial Corporation and Akerman Senterfitt** [Docket No. 2447]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Agile360** [Docket No. 2448]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Agent HR** [Docket No. 2449]

- **Notice of Rejection of Executory Contract Between Advantage Recruiting LLC and Home123 Corporation** [Docket No. 2450]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation and Advanced Mortgage Resources** [Docket No. 2452]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Advanced Integration Solutions, Inc.** [Docket No. 2453]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Adteractive, Inc.** [Docket No. 2454]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and PCI Services, Inc.** [Docket No. 2455]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and ADI Compliance Consulting, Inc.** [Docket No. 2456]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and ADI Compliance Consulting, Inc.** [Docket No. 2457]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Adfitech, Inc.** [Docket No. 2458]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Adams and Martin Group** [Docket No. 2459]

- **Notice of Rejection of Executory Contract Between New Century Warehouse Corporation and John L. Sullivan** [Docket No. 2462]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Ipass Inc.** [Docket No. 2463]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Innovient LLC** [Docket No. 2464]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Irvine Technology Corporation** [Docket No. 2465]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Information Systems Support Group** [Docket No. 2466]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Client Services Customer Care, LLC** [Docket No. 2467]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Imagine Search Solutions Inc.** [Docket No. 2468]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Kelly Services, Inc.** [Docket No. 2469]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Keane Inc.** [Docket No. 2470]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and K&G Recruiting LLC** [Docket No. 2471]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Jill Reza** [Docket No. 2472]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation and Institutional Shareholder Services Inc.** [Docket No. 2473]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Jboss, Inc.** [Docket No. 2474]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and ITStaffResources, Inc.** [Docket No. 2475]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Internap Network Services Corporation** [Docket No. 2476]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Chordiant Software, Inc.** [Docket No. 2477]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Chordiant Software, Inc.** [Docket No. 2478]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and BasePoint Analytics Inc** [Docket No. 2479]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and ConsumerTrack, Inc.** [Docket No. 2480]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and BasePoint Analytics LLC** [Docket No. 2481]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and CoStar Realty Information, Inc.** [Docket No. 2482]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Merchants & Professional Credit Bureau, Inc.** [Docket No. 2483]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Corporate Solutions, Inc.** [Docket No. 2484]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Mentor 4** [Docket No. 2485]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation and Concerto Software** [Docket No. 2486]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Corporate Solutions, Inc.** [Docket No. 2487]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Melissa Data Corporation** [Docket No. 2488]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and CoreLink Staffing Services, Inc** [Docket No. 2489]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Compuware Corporation** [Docket No. 2490]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Management Advisors International** [Docket No. 2491]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Coraxis Corporation** [Docket No. 2492]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Man, Inc.** [Docket No. 2493]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and ComNet Communications, LLC** [Docket No. 2494]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Mortgage & Credit Center** [Docket No. 2495]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and LowerMyBills, Inc.** [Docket No. 2496]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and LoanPerformance** [Docket No. 2497]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation and Copyright Clearance Center, Inc.** [Docket No. 2499]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Ledgent** [Docket No. 2500]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation and Colby and Partners, Inc.** [Docket No. 2501]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Landsafe** [Docket No. 2502]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Contemporary Services, Inc.** [Docket No. 2503]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Mortgage Alternatives** [Docket No. 2504]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation and Kristiyan Assouri** [Docket No. 2505]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation and Morrie R. Goldman** [Docket No. 2506]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation & Morgan Stanley & Co. Incorporated** [Docket No. 2507]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Kiernan & Associates, dba Home Run Realty** [Docket No. 2508]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and MHC Software, Inc.** [Docket No. 2509]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Kforce Onstaff Group** [Docket No. 2510]

- **Notice of Rejection of Executory Contract Between Home123 Corporation/New Century Mortgage Corporation and MGIC Investor Services Corporation** [Docket No. 2511]

- **Notice of Rejection of Executory Contract Among NC INsurance Services, Inc., New Century Mortgage Corporation, New Century Credit Corporation and Assurant Solutions, Inc.** [Docket No. 2512]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Kforce.com** [Docket No. 2513]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and MG Rentals, Inc.** [Docket No. 2514]

- **Notice of Rejection of Executory Contract Among New Century Mortgage Corporation, NC Insurance Services Inc dba Home 123 Insurance Services, Monumental Life Insurance COmpany and Aegon Direct Marketing Services, Inc.** [Docket No. 2515]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Key Leads** [Docket No. 2516]

- **Notice of Rejection of Executory Contract Among New Century Mortgage Corporation, NC Insurance Services Inc dba Home 123 Insurance Services, Monumental Life Insurance Company and Aegon Direct Marketing Services, Inc.** [Docket No. 2517]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated** [Docket No. 2518]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Brandimensions Inc.** [Docket No. 2519]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Besserman Realty** [Docket No. 2520]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Adbrokerz.com** [Docket No. 2521]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Mortgage Rates 4 Less, Inc.** [Docket No. 2522]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Adbrokerz.com** [Docket No. 2523]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and MSTD Inc.** [Docket No. 2524]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and ADI Compliance Consulting, Inc.** [Docket No. 2525]

- **Notice of Rejection of Executory Contract Between New Century TRS Holdings, Inc. and International Speedway Corporation** [Docket No. 2526]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Mystic Coders, LLC** [Docket No. 2527]

- **Notice of Rejection of Executory Contract Between New Century TRS Holdings, Inc. and Internet Security Systems Inc.** [Docket No. 2528]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Interthinx/Sysdome** [Docket No. 2529]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Intex Solutions, Inc.** [Docket No. 2530]

Dated: September 7, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Exhibit A
Committee UST List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | Wilmington | DE | 19801 | | US Trustee |