IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., a | : Case No. 07-10416 (KJC) |
| Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Objection Deadline: October 3, 2007 at 4:00 p.m. |
| | : Hearing Date: To be determined |

## NOTICE OF FIRST INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | **SAUL EWING LLP** |
| Authorized to Provide Professional Services to: | **Michael J. Missal, Examiner** |
| Date of Retention: | **July 27, 2007 *nunc pro tunc* to June 8, 2007** |
| Period for which Compensation and Reimbursement is sought: | **June 8, 2007 through July 31, 2007** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$15,948.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$5,544.86** |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California Corporation.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%)* | Expenses (100%)* |
| Date Filed: 9/4/07 Docket No. 2645/2646 | 6/1/07 - 7/31/07 | $15,948.00 | $5,544.86 | Obj. deadline 9/24/07 | Obj. deadline 9/24/07 |

PLEASE TAKE NOTICE that, pursuant to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007 (the "Interim Compensation Order"), objections, if any, to the First Interim Fee Application Request must be filed with the Court and served on the Applicant at the address set forth below and the notice parties, identified on Exhibit "A" attached hereto so as to be received by **October 3, 2007 at 4:00 p.m. (Eastern Time).** If no timely objections are filed to the First Interim Fee Application Request, the Court may enter an order granting the First Interim Fee Application Request without a hearing.

Dated: September 13, 2007

SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840 (telephone)
(302) 421-5873 (fax)

*Co-Counsel to Michael J. Missal, as Examiner*

---

\*    In the event no timely objections are received by September 24, 2007, Saul Ewing anticipates receipt of an additional $12,758.40 in fees and $5,544.86 in expenses in connection with its first monthly fee request.

2

551665.1 9/13/07