UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

In re:                                              :
                                                    :   Chapter 11
                                                    :
NEW CENTURY TRS HOLDINGS, INC.,                     :
a Delaware Corporation, et al.,                     :   Case No. 07-10416 (KJC)
                                                    :
                                    Debtors.        :   Jointly Administered
                                                    :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Pauline Z. Ratkowiak, Paralegal, of Saul Ewing LLP, hereby certify that on September 13, 2007, I caused a copy of the foregoing **Notice of First Interim Fee Application Request** of Saul Ewing LLP to be served on the parties on the attached service list in the manner indicated.

                                                SAUL EWING LLP

                            By:    _____
                                                Pauline Z. Ratkowiak
                                                Paralegal
                                                222 Delaware Avenue, Suite 1200
                                                Wilmington, DE  19801
                                                (302) 421-6800


Subscribed and sworn to me before
this ___ day of September, 2007


_____
Notary Public


KATHLEEN L. DIROCCO
Notary Public - State of Delaware
My Comm. Expires Oct. 21, 2008

551665.1 9/13/07

**NEW CENTURY TRS HOLDINGS, INC.,** *et al.*
**Service List – Notice of First Interim Fee Application Request**

**Via First Class Mail:**
Monika McCarthy, Esquire
New Century Mortgage Corporation
18400 Von Karman Avenue, Suite 1000
Irvine, CA 92612

Suzzanne Uhland, Esquire
Emily Culler, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Holly Felder Etlin
AP Services, LLC
9 West 57th Street, Suite 3420
New York, NY 10019

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Bennett L. Spiegel, Esquire
Shirley S. Cho, Esquire
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017