IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :    Chapter 11
In re:                                      :
                                            :    Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,             :
a Delaware corporation, et al., ¹           :    Jointly Administered
                                            :
            Debtors                         :
                                            :    Re: Docket No. 2540-2558
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on August 23, 2007, I caused true and correct copies of the following to be served upon the parties listed by individual docket number on the attached Exhibit A by Overnight Mail:

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Lead Transfer LLC** [Docket No. 2540]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation and Cornerstone Benefits** [Docket No. 2541]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Corestaff Services, LP** [Docket No. 2542]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Compass Marketing Group, Inc.** [Docket No. 2543]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and The Murrayhill Company** [Docket No. 2545]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Davox Corporation** [Docket No. 2546]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Corporate Express Office Products, Inc.** [Docket No. 2547]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and The Murrayhill Company** [Docket No. 2548]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Click Commerce, Inc.** [Docket No. 2549]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Clear Capital.com, Inc.** [Docket No. 2550]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Clayton Service, Inc.** [Docket No. 2551]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Clarity USA, Inc.** [Docket No. 2552]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Clarity USA, Inc.** [Docket No. 2553]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Edge Resource Partners, LLC** [Docket No. 2554]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Land America Default Services** [Docket No. 2555]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Iron Mountain** [Docket No. 2556]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Control Point Solutions, Inc.** [Docket No. 2557]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Federal Home Loan Mortgage Corporation** [Docket No. 2558]

Dated: September 11, 2007

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Exhibit A
Notice Party List
Overnight Mail Service List

| Docket No. | Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| 2540 | Lead Transfer LLC | Gerhard Oevermann | 525 High St | | Petersburg | VA | 23803 | | Notice Party |
| 2541 | Cornerstone Benefits | Eldon Thompson | 500 S Kraemer Ave | Ste 225 | Brea | CA | 92821 | | Notice Party |
| 2542 | Corestaff Services | JC Carrison | 24422 Avenida de la Carlota | Ste 360 | Laguna Hills | CA | 92653 | | Notice Party |
| 2543 | Compass Marketing Group Inc | Rob Calcutt VP of Sales | 35 Windsormere Way | | Oviedo | FL | 32765 | | Notice Party |
| 2545 | Dorsey & Whitney LLP | Kevin Kanouff | 370 17th St | Ste 4700 | Denver | CO | 80202 | | Notice Party |
| 2545 | The Murrayhill Co | Director of Compliance | 1670 Broadway | Ste 3450 | Denver | CO | 80202 | | Notice Party |
| 2545 | The Murrayhill Co | General Counsel | 1700 Lincoln St | Ste 1600 | Denver | CO | 80203 | | Notice Party |
| 2546 | Davox Corporation | | 6 Technology Park Dr | | Westford | MA | 01886 | | Notice Party |
| 2547 | Corporate Express Office Products Inc | | 1 Enviromental Way | | Broomfield | CO | 30005 | | Notice Party |
| 2548 | Dorsey & Whitney LLP | Kevin Kanouff | 370 17th St | Ste 4700 | Denver | CO | 80202 | | Notice Party |
| 2548 | The Murrayhill Co | Director of Compliance | 1670 Broadway | Ste 3450 | Denver | CO | 80202 | | Notice Party |
| 2548 | The Murrayhill Co | General Counsel | 1700 Lincoln St | Ste 1600 | Denver | CO | 80203 | | Notice Party |
| 2549 | Click Commerce Inc | | 200 E Randolph St | 52nd Fl | Chicago | IL | 60601 | | Notice Party |
| 2550 | Clear Capital | Duane Andrews & Kevin Marshall | 10875 Pioneer Trail | | Truckee | CA | 96161 | | Notice Party |
| 2551 | Clayton Services Inc | Brian Newman | 2 Corporate Dr | 3rd Fl | Shelton | CT | 06484 | | Notice Party |
| 2551 | Clayton Services Inc | David White | 105 Decker Dr | Ste 100 | Irving | TX | 75062 | | Notice Party |
| 2552 | Clarity USA Inc | | 6123 234 | Hudson Ave | Albany | NY | 12210 | | Notice Party |
| 2553 | Clarity USA Inc | | 6123 234 | Hudson Ave | Albany | NY | 12210 | | Notice Party |
| 2554 | Edge Resource Partners LLC | Christi Haley Stover | 134 Crescent Bay Dr | | Laguna Beach | CA | 92651 | | Notice Party |
| 2555 | Land America | Carl Brown | 6 Executive Cir | Ste 100 | Irvine | CA | 92614 | | Notice Party |
| 2555 | Land America Financial Group | Corporate Counsel | 101 Gateway Centre Pkwy | | Richmond | VA | 23235 | | Notice Party |
| 2556 | Iron Mountain | | 5249 Glenmont | | Houston | TX | 77081 | | Notice Party |
| 2557 | CPS Control Point Solutions MSA SOW | General Counsel | 201 Rt 17 North | | Rutherford | NJ | 07070 | | Notice Party |
| 2558 | Freddie Mac | Leslie Meaux MS A62 | 8250 Jones Branch Dr | | McLean | VA | 22102 | | Notice Party |