Case 07-10416-BLS    Doc 2811    Filed 09/13/07    Page 1 of 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------x
                          :    Chapter 11

In re:                     :

                          :    Case No. 07-10416 (KJC)

NEW CENTURY TRS HOLDINGS, INC.,  :
a Delaware corporation, et al.,[1]     :    Jointly Administered

                Debtors    :

                          :    Re: Docket No. 2540-2558
---------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on August 23, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by Overnight Mail:

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Lead Transfer LLC** [Docket No. 2540]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation and Cornerstone Benefits** [Docket No. 2541]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Corestaff Services, LP** [Docket No. 2542]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Compass Marketing Group, Inc.** [Docket No. 2543]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and The Murrayhill Company** [Docket No. 2545]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Davox Corporation** [Docket No. 2546]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Corporate Express Office Products, Inc.** [Docket No. 2547]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and The Murrayhill Company** [Docket No. 2548]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Click Commerce, Inc.** [Docket No. 2549]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Clear Capital.com, Inc.** [Docket No. 2550]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Clayton Service, Inc.** [Docket No. 2551]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Clarity USA, Inc.** [Docket No. 2552]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Clarity USA, Inc.** [Docket No. 2553]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Edge Resource Partners, LLC** [Docket No. 2554]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Land America Default Services** [Docket No. 2555]

- **Notice of Rejection of Executory Contract Between Home123 Corporation and Iron Mountain** [Docket No. 2556]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Control Point Solutions, Inc.** [Docket No. 2557]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Federal Home Loan Mortgage Corporation** [Docket No. 2558]

Dated:  September 7, 2007

_____
Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Exhibit A
Committee UST List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | Wilmington | DE | 19801 | | US Trustee |