IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
: Chapter 11
In re: :
: Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC., :
a Delaware corporation, et al., [1] : Jointly Administered
:
Debtors :
: Re: Docket No. 2574 to 2591
------------------------------- x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on August 24, 2007, I caused true and correct copies of the following to be served upon the parties listed by individual docket number on the attached Exhibit A by Overnight Mail:

- **Notice of Withdrawal re: Notice of Rejection of Executory Contract [re: Aspect Software] [Docket No. 2419]** [Docket No. 2574]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Valley Couriers, Inc.** [Docket No. 2575]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Systems Source, Inc** [Docket No. 2576]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Software House International** [Docket No. 2577]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Norco Delivery Service, Inc** [Docket No. 2578]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Moody's Investor Services, Inc** [Docket No. 2579]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Norco Delivery Service, Inc** [Docket No. 2580]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Land America Default Service** [Docket No. 2581]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Fort Knox National Company and Fort Knox National Bank** [Docket No. 2582]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Fort Knox National Company** [Docket No. 2583]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and First American Title National Default Title Services Division** [Docket No. 2584]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Equifax Information Services LLC** [Docket No. 2585]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Dolan Information** [Docket No. 2586]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation and Balanced Scorecard Collaborative** [Docket No. 2587]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Aspect Software Corporation** [Docket No. 2588]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and AmberLeaf Partners, Inc.** [Docket No. 2589]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Coast to Coast Mortgage Services, Inc.** [Docket No. 2590]

- **Notice of Rejection of Executory Contract Between Sterling Capital Corporation and Kronos, Inc.; Between Home123 Corporation and RBC Mortgage Corporation as Successor in Interest to Sterling Capital Mortgage** [Docket No. 2591]

Dated: September 11, 2007

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
  SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Exhibit A
Notice Party List
Overnight Mail Service List

| Docket No | Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| 2574 | Aspect Software Inc | | 6 Technology Park Drive | | Westford | MA | 01886 | | Notice Party |
| 2575 | Valley Couriers | | 646 San Fernando Way | | Los Angeles | CA | 91372 | | Notice Party |
| 2576 | Brook Hergesell | | 2100 Main Street | | Irvine | CA | 92614 | | Notice Party |
| 2577 | Software House International | | 2 Riverview Dr | | Somerset | NJ | 08873 | | Notice Party |
| 2578 | Norco Delivery Services Inc | | PO Box 4836 | | Anaheim | CA | 92803 | | Notice Party |
| 2579 | Moody's Investor Service | | PO Box 102597 | | Atlanta | GA | 30368-0597 | | Notice Party |
| 2580 | Norco Delivery Services Inc | | PO Box 4836 | | Anaheim | CA | 92803 | | Notice Party |
| 2581 | Land America | Carl Brown | 6 Executive Circle | Ste 100 | Irvine | CA | 92614 | | Notice Party |
| 2581 | Land America Financial Group | Corporate Counsel | 101 Gateway Centre Parkway | | Richmond | VA | 23235 | | Notice Party |
| 2582 | Fort Knox National Bank | Robert J Roberts | 601 W Lincoln Trail Blvd | | Radcliff | KY | 40160 | | Notice Party |
| 2582 | Fort Knox National Bank | Robert J Roberts | 601 W Lincoln Trail Blvd | | Radcliff | KY | 40160 | | Notice Party |
| 2583 | Fort Knox National Co | Chief Financial Officer | 400 Ring Road | | Elizabethtown | KY | 42702 | | Notice Party |
| 2583 | Fort Knox National Co | Chief Financial Officer | 400 Ring Road | | Elizabethtown | KY | 42702 | | Notice Party |
| 2584 | National Default Title Services Division | First American Title | 3 First American Way | | Santa Ana | CA | 92707 | | Notice Party |
| 2585 | Equifax Information Services LLC | Anita Brown | 1550 Peachtree St NW | | Atlanta | GA | 30309 | | Notice Party |
| 2586 | Dolan Information | | 100 South 5th Street | Suite 300 | Minneapolis | MN | 55402 | | Notice Party |
| 2587 | Balanced Scorecard Collaborative | | 55 Old Bedford Road | | Lincoln | MA | 01773 | | Notice Party |
| 2588 | Aspect Software Inc | | 6 Technology Park Drive | | Westford | MA | 01886 | | Notice Party |
| 2589 | AmberLeaf Partners Inc | Legal Department: Larry Goldman President | 2052 W Cullom | | Chicago | IL | 60618 | | Notice Party |
| 2589 | AmberLeaf Partners Inc | Nic Tenwolde Asst VP Program Management | 2052 W Cullom | | Chicago | IL | 60618 | | Notice Party |
| 2590 | Coast to Coast Mortgage Services Inc | | 23461 South Pointe Drive | Ste 370 | Laguna Hills | CA | 92653 | | Notice Party |
| 2591 | Kronos Incorporated | | 297 Billerica Road | | Chelmsford | MA | 01824 | | Notice Party |

In re New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)
United States Bankruptcy Court, District of Delaware

8/24/2007