IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
In re:                            :   Chapter 11
                                  :
                                  :   Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,   :
a Delaware corporation, et al.,[1] :   Jointly Administered
                                  :
         Debtors                  :
                                  :   Re: Docket No. 2574 to 2591
---------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on August 24, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by Overnight Mail:

- **Notice of Withdrawal re: Notice of Rejection of Executory Contract [re: Aspect Software] [Docket No. 2419]** [Docket No. 2574]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Valley Couriers, Inc.** [Docket No. 2575]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Systems Source, Inc** [Docket No. 2576]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Software House International** [Docket No. 2577]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Norco Delivery Service, Inc** [Docket No. 2578]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Moody's Investor Services, Inc** [Docket No. 2579]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Norco Delivery Service, Inc** [Docket No. 2580]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Land America Default Service** [Docket No. 2581]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Fort Knox National Company and Fort Knox National Bank** [Docket No. 2582]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Fort Knox National Company** [Docket No. 2583]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and First American Title National Default Title Services Division** [Docket No. 2584]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Equifax Information Services LLC** [Docket No. 2585]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Dolan Information** [Docket No. 2586]

- **Notice of Rejection of Executory Contract Between New Century Financial Corporation and Balanced Scorecard Collaborative** [Docket No. 2587]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Aspect Software Corporation** [Docket No. 2588]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and AmberLeaf Partners, Inc.** [Docket No. 2589]

- **Notice of Rejection of Executory Contract Between New Century Mortgage Corporation and Coast to Coast Mortgage Services, Inc.** [Docket No. 2590]

- **Notice of Rejection of Executory Contract Between Sterling Capital Corporation and Kronos, Inc.; Between Home123 Corporation and RBC Mortgage Corporation as Successor in Interest to Sterling Capital Mortgage** [Docket No. 2591]

Dated: September 11, 2007

/s/ Jamie L. Edmonson
Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Exhibit A
Committee UST List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | Wilmington | DE | 19801 | | US Trustee |