IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416(KJC) |
| INC., a Delaware corporation, et al. | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: October 3, 2007 at 4:00 p.m |

**SECOND MONTHLY APPLICATION OF LAZARD FRERES & CO. LLC, FINANCIAL ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2007 THROUGH JULY 31, 2007**

To: The Notice Parties Listed on Exhibit A hereto

| | |
|---|---|
| Name of Applicant: | **Lazard Frères & Co. LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **April 25, 2007 *nunc pro tunc* April 2, 2007** |
| Period for which compensation and/or reimbursement is sought: | **May 1, 2007 through July 31, 2007** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$6,025,000.00** |
| Amount of Expenses sought as actual, reasonable, and necessary | **$68,273.95** |
| Total Compensation and Expense Reimbursement Requested: | **$6,093,273.95** |
| Less: Amounts Paid to Date: | **($1,200,000.00)** |
| Net Amount of Compensation Requested: | **$4,893,273.95** |

This is a: __X__ monthly    ___ interim    ___ final application

The total time expended for fee application preparation was approximately 7 hours.

Summary of Monthly Fee and Expense Invoices for the Compensation Period:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
| --- | --- | --- | --- | --- | --- |
| 7/12/2007 | 04/01/07-04/30/07 | n/a[1] | $3,876.88 | n/a[1] | $0.00 |
| Current | 05/01/07-07/31/07 | 6,025,000.00 | 68,273.95 | 1,200,000.00[2] | 0.00 |

PLEASE TAKE NOTICE that Lazard Frères & Co. LLC ("Lazard") has today filed this Notice of Monthly Fee and Expense Invoice for the months of May, June and July 2007 (this "Monthly Fee Application") pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Compensation Procedures").

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before October 3, 2007, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 5th Floor, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the list of Notice Parties attached hereto as **Exhibit A** so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court

---

1 As set forth in Lazard's Retention Order, Monthly Fees credit against Sale Transaction Fees.
2 Prior to the Petition Date, the Debtors paid Lazard an initial retainer and a financial advisory fee totaling $1,200,000.00 in connection with the pre-petition Engagement Letter. As set forth in that agreement, Lazard has fully credited such amounts against the fees sought under this application.

relative to the Monthly Fee Statement, whichever is applicable, after which the Debtors shall pay to Lazard an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of the expenses requested in this Monthly Fee Statement or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection. All fees and expenses in this Monthly Fee Statement, the detail for which is attached hereto and incorporated herein by reference as **Exhibit B**, will be included in the next interim application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date.

Dated:  September 13, 2007
        New York, New York

LAZARD FRÈRES & CO. LLC

_____
Ari Lefkovits
Director
Lazard Frères & Co. LLC
30 Rockefeller Plaza, 61st Floor
New York, NY 10020
(212/632-6000)
Financial Advisor to the Debtors and
Debtors-in-Possession

## VERIFICATION

ARI LEFKOVITS, being duly sworn, deposes and says:

1. I am a Director of Lazard Frères & Co. LLC ("Lazard"), which maintains offices for providing investment banking services at 30 Rockefeller Plaza, New York, New York 10020. Lazard has acted as a financial advisor to and rendered professional services on behalf of NEW CENTURY TRS HOLDINGS, INC., et al. (the "Debtors").

2. This affidavit is submitted pursuant to Bankruptcy Code Rule 2016 in connection with Lazard's application (the "Application") for Allowance of Compensation and Reimbursement of Expenses for the time period of May 1, 2007 through and including July 31, 2007 in the amount of **$6,025,000.00** and approval of reimbursement for actual and necessary expenses Lazard incurred in connection therewith in the sum of **$68,273.95** for a total of **$6,093,273.95.**

3. All of the services for which compensation is sought by Lazard were performed for and on behalf of the Debtors and not on behalf of any other person.

4. No agreement or understanding exists between Lazard and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

_____
Ari Lefkovits
Director

Sworn to before this 13 day of September 2007

_____
Notary Public, State of New York

HANNA MURNANE
Notary Public, State of New York
No. 41-4729327
Qualified in Queens County
Commission Expires March 30, 2010