# EXHIBIT B

# Details of Hours Expended

New Century Financial Corporation
Lazard Frères & Co. LLC
Summary of Services Rendered by Project

May 1, 2007 - July 31, 2007

| Project # | Project Description | May-Jul |
|---|---|---|
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 302.3 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 79.0 |
| 3 | Preparation and/or Review of Court Filings | 4.0 |
| 4 | Court Testimony/Deposition and Preparation | 44.0 |
| 5 | Valuation Analysis | 0.0 |
| 6 | Capital Structure Review and Analysis | 0.0 |
| 7 | Merger & Acquisition Activity | 875.0 |
| 8 | Financing Including DIP and Exit Financing | 1.5 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 71.5 |
| 10 | Fee Application, Engagement | 0.0 |
| 11 | Employee Retention Program | 0.0 |
| TOTAL | | 1,377.3 |

Summary of Services Rendered by Professional

| Name | May-Jul |
|---|---|
| David Kurtz, Managing Director | 55.5 |
| J. Blake O'Dowd, Managing Director | 0.0 |
| Ari Lefkovits, Director | 175.3 |
| Richard Puccio, Director | 0.0 |
| Suneel Mandava, Vice President | 40.5 |
| Pranav Popat, Vice President | 0.0 |
| Evan Geller, Associate | 344.5 |
| Sayles Braga, Financial Analyst | 335.5 |
| Brett Barna, Financial Analyst | 290.0 |
| Benjamin Skrodzki, Financial Analyst | 136.0 |
| TOTAL | 1,377.3 |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
David Kurtz - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 5/2/2007 | Board Meeting | 2.0 | 1 |
| 5/4/2007 | Board Meeting | 2.0 | 1 |
| 5/4/2007 | Participate in daily management call | 1.0 | 1 |
| 5/4/2007 | Conference with A. Lefkovits regarding confirmation hearing | 1.5 | 1 |
| 5/9/2007 | Participate in Board Meeting | 1.5 | 1 |
| 5/9/2007 | Participate in Management Call | 2.0 | 1 |
| 5/13/2007 | Board Meeting | 1.0 | 1 |
| 5/15/2007 | Prepare for Servicing Auction | 3.0 | 4 |
| 5/15/2007 | Meeting with B. Morrice, T. Theologides regarding servicing auction | 2.0 | 1 |
| 5/15/2007 | Travel to New York for Servicing Business Auction | 4.0 | 1 |
| 5/16/2007 | Attending Servicing Business Auction | 11.5 | 1 |
| 5/16/2007 | Return to Chicago | 3.5 | 1 |
| 5/23/2007 | Review board materials | 1.0 | 1 |
| 5/23/2007 | Board meeting | 1.0 | 1 |
| | MAY TOTAL | 37.0 | |
| 6/8/2007 | Review of Carrington documents | 2.5 | 1 |
| 6/13/2007 | Calls with management and counsel | 2.0 | 1 |
| 6/13/2007 | Board call | 2.0 | 1 |
| 6/20/2007 | Board call | 2.0 | 1 |
| 6/27/2007 | Board call | 2.0 | 1 |
| | JUNE TOTAL | 10.5 | |
| 7/11/2007 | Board call | 2.0 | 1 |
| 7/17/2007 | Review of board presentation | 2.0 | 1 |
| 7/18/2007 | Board call | 2.0 | 1 |
| 7/25/2007 | Board call | 2.0 | 1 |
| | JULY TOTAL | 8.0 | |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Ari Lefkovits - Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 5/2/2007 | Board meeting | 2.0 | 1 |
| 5/2/2007 | Calls with buyers | 2.0 | 7 |
| 5/3/2007 | Calls with company and advisors | 1.0 | 1 |
| 5/4/2007 | Calls with buyers | 2.0 | 7 |
| 5/4/2007 | Board meeting | 2.0 | 1 |
| 5/4/2007 | Calls with warehouse lenders | 2.0 | 1 |
| 5/5/2007 | Internal calls | 1.0 | 2 |
| 5/5/2007 | Calls with buyers | 0.5 | 7 |
| 5/6/2007 | Internal calls | 1.0 | 2 |
| 5/6/2007 | Call with FTI | 0.3 | 1 |
| 5/7/2007 | Calls with buyers | 2.5 | 7 |
| 5/8/2007 | Calls with warehouse lenders | 2.0 | 1 |
| 5/8/2007 | Calls with company and advisors | 1.0 | 1 |
| 5/8/2007 | Calls with buyers | 2.5 | 7 |
| 5/9/2007 | Calls with warehouse lenders | 2.0 | 1 |
| 5/9/2007 | Prepare board materials | 2.0 | 4 |
| 5/9/2007 | Board meeting | 1.5 | 1 |
| 5/9/2007 | Prepare auction analysis | 3.0 | 2 |
| 5/10/2007 | Calls with buyers | 2.5 | 7 |
| 5/10/2007 | Review of bids | 5.0 | 7 |
| 5/11/2007 | Review of bids | 4.0 | 7 |
| 5/11/2007 | Calls with buyers | 2.0 | 7 |
| 5/11/2007 | Prepare auction analysis | 3.0 | 2 |
| 5/12/2007 | Calls with buyers | 1.0 | 7 |
| 5/13/2007 | Calls with buyers | 1.0 | 7 |
| 5/13/2007 | Calls with company and advisors | 1.0 | 1 |
| 5/14/2007 | Calls with buyers | 5.0 | 7 |
| 5/14/2007 | Calls with company and advisors | 2.0 | 1 |
| 5/14/2007 | Prepare auction analysis | 2.0 | 2 |
| 5/15/2007 | Calls with buyers | 3.0 | 7 |
| 5/15/2007 | Prepare auction analysis | 3.0 | 2 |
| 5/15/2007 | Calls and meeetings with company and advisors | 3.5 | 1 |
| 5/16/2007 | Attend auction | 10.0 | 1 |
| 5/17/2007 | Attend auction | 2.0 | 1 |
| 5/17/2007 | Calls with warehouse lenders | 1.0 | 1 |
| 5/17/2007 | Meetings with company and advisors | 2.0 | 1 |
| 5/18/2007 | Attend auction | 2.0 | 1 |
| 5/18/2007 | Meetings with company and advisors | 2.0 | 1 |
| 5/18/2007 | Calls with warehouse lenders | 1.0 | 1 |
| 5/18/2007 | Prepare for court hearing | 1.5 | 4 |
| 5/20/2007 | Prepare for court hearing | 1.0 | 4 |
| 5/21/2007 | Travel to Delaware | 1.5 | 4 |
| 5/21/2007 | Prepare for court hearing | 2.0 | 4 |
| 5/21/2007 | Attend court hearing | 4.0 | 4 |
| 5/21/2007 | Return travel to New York | 1.5 | 4 |
| 5/22/2007 | Calls with warehouse lenders | 1.0 | 1 |
| 5/22/2007 | Review board materials | 1.5 | 7 |
| 5/23/2007 | Review board materials | 1.0 | 7 |
| 5/23/2007 | Board meeting | 1.0 | 1 |
| 5/24/2007 | Call with board member | 0.8 | 1 |
| 5/24/2007 | Call with company and advisors | 0.5 | 1 |
| 5/30/2007 | Technology calls w Company and Counel | 1.5 | 7 |
| 5/30/2007 | Review origination APA | 2.0 | 7 |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Ari Lefkovits - Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 5/30/2007 | Review origination bids analysis | 1.0 | 7 |
| 5/31/2007 | Review contact log | 1.5 | 7 |
|  | MAY TOTAL | 111.5 |  |
|  |  |  |  |
| 6/1/2007 | Call to discuss APA | 1.0 | 1 |
| 6/4/2007 | Management update call | 1.5 | 1 |
| 6/6/2007 | Management update call | 1.0 | 1 |
| 6/6/2007 | Call with management | 0.5 | 1 |
| 6/8/2007 | Review of Carrington documents | 2.5 | 7 |
| 6/11/2007 | Management update call | 1.0 | 1 |
| 6/12/2007 | Calls with management and counsel | 3.0 | 1 |
| 6/13/2007 | Calls with management and counsel | 2.0 | 1 |
| 6/13/2007 | Board call | 2.0 | 1 |
| 6/14/2007 | Calls with management and counsel | 4.0 | 1 |
| 6/18/2007 | Management update call | 1.0 | 1 |
| 6/18/2007 | Calls with potential buyers | 1.0 | 1 |
| 6/19/2007 | Calls with potential buyers and counsel | 5.0 | 1 |
| 6/20/2007 | Board call | 2.0 | 1 |
| 6/21/2007 | Preparation for auction | 6.0 | 2 |
| 6/22/2007 | Attend auction | 12.0 | 1 |
| 6/25/2007 | Management update call | 1.0 | 1 |
|  | JUNE TOTAL | 46.5 |  |
|  |  |  |  |
| 7/9/2007 | Management update call | 1.0 | 1 |
| 7/10/2007 | Calls with management and cousnel | 2.0 | 1 |
| 7/11/2007 | Board call | 2.0 | 1 |
| 7/16/2007 | Draft board presentation | 3.0 | 4 |
| 7/17/2007 | Draft board presentation | 2.5 | 4 |
| 7/18/2007 | Board call | 2.0 | 1 |
| 7/19/2007 | Calls with UCC advisors | 1.0 | 1 |
| 7/20/2007 | Calls with management and cousnel | 0.5 | 1 |
| 7/25/2007 | Board call | 2.0 | 1 |
| 7/31/2007 | Call with management and cousnel | 1.3 | 1 |
|  | JULY TOTAL | 17.3 |  |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Suneel Manadava - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/01/07 | Out bound calls to bidders re bids and auction | 12.0 | 7 |
| 05/02/07 | Auction for LNFA and resids | 12.5 | 7 |
| 05/03/07 | Travel time NYC to CHI | 5.0 | 1 |
| 05/04/07 | Follow up calls with FTI, GCM and Alix re DIP and cash flows | 1.0 | 8 |
| 05/04/07 | Call with OMM and mgmt re liquidity and claims | 1.0 | 1 |
| 05/06/07 | Travel time to Wilmington | 4.0 | 4 |
| 05/07/07 | Prep for hearing and hearing on DIP and asset sale | 4.0 | 4 |
| 05/07/07 | Call re closing of sale to Ellington | 0.5 | 7 |
| 05/21/07 | Review of borrowing base + liquidity forecast with Alix Partners | 0.5 | 8 |
| | MAY TOTAL | 40.5 | |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Evan Geller - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/01/07 | Review BOD book | 3.5 | 2 |
| 05/01/07 | Prepare bid analysis | 4.5 | 7 |
| 05/02/07 | Attend auction | 13.0 | 7 |
| 05/03/07 | Calls with company and advisors | 1.0 | 1 |
| 05/03/07 | Update contact log | 1.0 | 7 |
| 05/03/07 | Diligence work | 2.0 | 7 |
| 05/04/07 | Calls with buyers | 3.0 | 7 |
| 05/04/07 | Board meeting | 1.0 | 1 |
| 05/05/07 | Internal calls | 2.5 | 2 |
| 05/05/07 | Calls with buyers | 0.5 | 7 |
| 05/06/07 | Internal calls | 3.0 | 2 |
| 05/07/07 | Calls with buyers | 2.0 | 7 |
| 05/08/07 | Calls with warehouse lenders | 1.0 | 1 |
| 05/11/07 | Calls with buyers | 7.0 | 7 |
| 05/14/07 | Review auction analysis | 2.0 | 2 |
| 05/15/07 | Calls with buyers | 3.0 | 7 |
| 05/15/07 | Prepare auction analysis | 3.0 | 2 |
| 05/15/07 | Calls and meeetings with company and advisors | 3.5 | 1 |
| 05/16/07 | Attend auction | 10.0 | 1 |
| 05/17/07 | Prepare BOD summary | 3.0 | 1 |
| 05/18/07 | Calls with buyers | 9.0 | 7 |
| 05/18/07 | Facilitate buyer diligence | 2.0 | 7 |
| 05/22/07 | Review board materials | 1.5 | 7 |
| 05/23/07 | BOD call | 1.0 | 7 |
| 05/24/07 | Call with company and advisors | 0.5 | 1 |
| 05/24/07 | Calls with buyers | 7.0 | 7 |
| 05/29/07 | Technology calls | 3.0 | 7 |
| 05/30/07 | Technology calls w Company and Counel | 1.5 | 7 |
| 05/30/07 | Calls with buyers | 5.0 | 7 |
| 05/30/07 | Review origination APA | 3.0 | 7 |
| 05/30/07 | Review origination bids analysis | 2.0 | 7 |
| 05/31/07 | Update contact log | 1.5 | 7 |
| | MAY TOTAL | 106.5 | |
| | | | |
| 06/01/07 | Call to discuss APA; call with company | 1.0 | 1 |
| 06/02/07 | Prepare diligence materials | 4.0 | 7 |
| 06/03/07 | Prepare diligence materials; coordinate diligence visits | 5.0 | 7 |
| 06/04/07 | Calls with buyers; facilitate diligence | 8.0 | 7 |
| 06/05/07 | Calls with buyers; prepare diligence materials | 5.5 | 7 |
| 06/06/07 | Calls with buyers; calls with professionals | 6.5 | 7 |
| 06/07/07 | Calls with buyers; coordinate diligence visits; update contact log | 12.0 | 7 |
| 06/08/07 | Calls with buyers; calls with professionals; respond to diligence requests | 11.0 | 7 |
| 06/09/07 | Prepare diligence materials | 2.5 | 7 |
| 06/11/07 | Calls with buyers; calls with professionals; Review APA | 4.0 | 7 |
| 06/12/07 | Calls with buyers; facilitate diligence; calls with professionals | 9.0 | 7 |
| 06/13/07 | Calls with buyers; calls with professionals; Review APA | 8.5 | 7 |
| 06/14/07 | Calls with buyers; facilitate diligence; update contact log | 11.0 | 7 |
| 06/15/07 | Calls with buyers; calls with professionals | 1.5 | 7 |
| 06/16/07 | Calls with professionals; respond to diligence requests | 2.5 | 1 |
| 06/17/07 | Calls with buyers; upate contact log | 2.0 | 7 |
| 06/18/07 | Calls with buyers; facilitate diligence; calls re: APA | 10.5 | 7 |
| 06/19/07 | Calls with buyers; calls with professionals; Review APA; analysis of bids | 13.5 | 7 |
| 06/20/07 | Calls with buyers; facilitate diligence; review of APA; update contact log | 15.0 | 7 |
| 06/21/07 | Calls with buyers; calls with professionals; review of APA; analysis of bids | 14.0 | 7 |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Evan Geller - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/22/07 | Attend auction | 11.0 | 7 |
| 06/23/07 | Calls with professionals | 6.0 | 1 |
| 06/25/07 | Calls with professionals; review of APA; prepare sale proffer | 5.0 | 1 |
| 06/26/07 | Travel to Delaware; prepare to give testimony | 8.0 | 1 |
| 06/27/07 | Calls with professionals; review of APA | 11.0 | 1 |
| 06/28/07 | Calls with buyers; respond to diligence requests | 12.0 | 7 |
| 06/29/07 | Calls with buyers; review of APA | 10.5 | 7 |
| | JUNE TOTAL | 210.5 | |
| 07/02/07 | Calls with professionals; review of APA | 2.5 | 1 |
| 07/03/07 | Calls with professionals; facilitate buyer diligence | 2.0 | 7 |
| 07/05/07 | Calls with professionals; calls with buyers; review of APA | 6.5 | 1 |
| 07/06/07 | Calls with professionals | 2.0 | 1 |
| 07/09/07 | Calls with buyers; facilitate buyer due diligence | 4.5 | 7 |
| 07/10/07 | Calls with professionals; calls with company | 1.5 | 1 |
| 07/11/07 | Calls with company | 1.5 | 7 |
| 07/12/07 | Calls with professionals; calls with buyers | 0.5 | 7 |
| 07/16/07 | Calls with professionals; calls with buyers; calls with the company | 1.0 | 1 |
| 07/17/07 | Calls with professionals; calls with buyers; facilitate buyer diligence | 3.0 | 1 |
| 07/18/07 | Calls with professionals; calls with buyers | 2.5 | 1 |
| | JULY TOTAL | 27.5 | |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Sayles Braga - Financial Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/01/07 | Prepare BOD book | 4.0 | 2 |
| 05/01/07 | Prepare bid analysis | 11.0 | 7 |
| 05/02/07 | Attend auction | 13.0 | 7 |
| 05/03/07 | Update contact log | 2.0 | 7 |
| 05/03/07 | Diligence work | 4.0 | 7 |
| 05/07/07 | Update contact log | 4.5 | 7 |
| 05/08/07 | Prepare servicing bids analysis | 8.0 | 7 |
| 05/08/07 | Update contact log | 2.0 | 7 |
| 05/08/07 | Call re: MS auctions | 1.0 | 7 |
| 05/08/07 | Prepare BOD book | 3.0 | 2 |
| 05/09/07 | Prepare servicing bids analysis | 6.0 | 7 |
| 05/09/07 | Prepare BOD book | 2.0 | 2 |
| 05/09/07 | BOD call | 2.0 | 1 |
| 05/10/07 | Prepare servicing bids analysis | 8.0 | 7 |
| 05/10/07 | Prepare side-by-side | 7.0 | 7 |
| 05/11/07 | Prepare servicing bids analysis | 12.0 | 7 |
| 05/12/07 | Prepare servicing bids analysis | 2.0 | 7 |
| 05/13/07 | Prepare servicing bids analysis | 4.0 | 7 |
| 05/14/07 | Prepare servicing bids analysis | 8.0 | 7 |
| 05/14/07 | Call re: servicing bids | 2.0 | 1 |
| 05/15/07 | Prepare servicing bids analysis | 11.0 | 7 |
| 05/15/07 | Calls re: servicing bids | 4.0 | 7 |
| 05/16/07 | Attend auction | 10.0 | 7 |
| 05/17/07 | Prepare BOD summary | 3.5 | 2 |
| 05/18/07 | Review servicing analysis | 2.0 | 2 |
| 05/18/07 | Prepare BOD summary | 3.0 | 2 |
| 05/19/07 | Prepare for testimony | 1.0 | 4 |
| 05/20/07 | Prepare for testimony | 3.0 | 4 |
| 05/21/07 | Attend court hearing | 6.0 | 4 |
| 05/22/07 | Return escrows | 5.5 | 7 |
| 05/22/07 | Prepare BOD presentation | 4.0 | 2 |
| 05/23/07 | Prepare BOD presentation | 6.0 | 2 |
| 05/23/07 | BOD call | 1.5 | 1 |
| 05/29/07 | Technology calls | 2.5 | 7 |
| 05/30/07 | Technology calls | 1.0 | 7 |
| 05/30/07 | Review origination APA | 1.5 | 7 |
| 05/30/07 | Prepare origination bids analysis | 2.0 | 7 |
| 05/30/07 | Review LNFA sale | 1.0 | 7 |
| 05/31/07 | Review contact log | 1.5 | 7 |
| | MAY TOTAL | 175.5 | |
| 06/01/07 | Review sale motion & APA | 1.5 | 3 |
| 06/01/07 | Call re: APA | 1.0 | 1 |
| 06/04/07 | Review sale motion & APA | 0.5 | 3 |
| 06/05/07 | Coordinate diligence | 5.5 | 7 |
| 06/06/07 | Diligence work | 11.0 | 7 |
| 06/06/07 | Call re: case status | 0.5 | 1 |
| 06/07/07 | Diligence work | 9.0 | 7 |
| 06/07/07 | Diligence calls | 1.0 | 7 |
| 06/07/07 | Preparation of case summary | 2.5 | 7 |
| 06/08/07 | Case review | 4.5 | 7 |
| 06/08/07 | Diligence calls | 3.0 | 7 |

New Century Financial Corporation  
Time Detail  
Lazard Frères & Co. LLC  
Sayles Braga - Financial Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/08/07 | Case review and analysis | 2.0 | 7 |
| 06/09/07 | Diligence work | 1.5 | 7 |
| 06/11/07 | Diligence work | 4.5 | 7 |
| 06/11/07 | Case review and analysis | 3.5 | 7 |
| 06/11/07 | Calls re: APA | 2.5 | 1 |
| 06/12/07 | Diligence work | 7.0 | 7 |
| 06/13/07 | Diligence work | 5.5 | 7 |
| 06/13/07 | Calls re: APA | 2.0 | 1 |
| 06/13/07 | Case review and analysis | 6.5 | 7 |
| 06/14/07 | Diligence work | 2.0 | 7 |
| 06/14/07 | Case review and analysis | 5.5 | 7 |
| 06/15/07 | Diligence work | 2.5 | 7 |
| 06/15/07 | Case review and analysis | 14.5 | 7 |
| 06/16/07 | Diligence work | 2.5 | 7 |
| 06/17/07 | Diligence work | 1.5 | 7 |
| 06/18/07 | Diligence work | 2.5 | 7 |
| 06/18/07 | Case review and analysis | 9.0 | 7 |
| 06/19/07 | Case review and analysis | 3.5 | 7 |
| 06/19/07 | Diligence work | 2.0 | 7 |
| 06/19/07 | Analysis of bids | 7.5 | 7 |
| 06/20/07 | Analysis of bids | 3.5 | 7 |
| 06/20/07 | Calls re: bids | 4.0 | 1 |
| 06/21/07 | Analysis of bids | 3.5 | 7 |
| 06/21/07 | Calls re: bids | 5.0 | 1 |
| 06/22/07 | Attend auction | 12.0 | 7 |
| 06/25/07 | Prepare sale proffer | 2.5 | 4 |
| 06/26/07 | Prepare sale proffer | 1.5 | 4 |
| | JUNE TOTAL | 160.0 | |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Brett Barna - Financial Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/01/07 | Diligence work | 5.0 | 7 |
| 05/01/07 | Prepare bid analysis | 3.0 | 7 |
| 05/02/07 | Diligence work | 4.0 | 7 |
| 05/03/07 | Diligence work | 5.0 | 7 |
| 05/07/07 | Diligence work | 4.5 | 7 |
| 05/08/07 | Prepare servicing bids analysis | 6.0 | 7 |
| 05/08/07 | Update contact log | 2.0 | 7 |
| 05/08/07 | Call re: MS auctions | 1.0 | 7 |
| 05/08/07 | Prepare BOD book | 2.0 | 2 |
| 05/09/07 | Prepare servicing bids analysis | 6.0 | 7 |
| 05/09/07 | Prepare BOD book | 2.0 | 2 |
| 05/09/07 | BOD call | 2.0 | 1 |
| 05/10/07 | Prepare servicing bids analysis | 8.0 | 7 |
| 05/10/07 | Prepare side-by-side | 7.0 | 7 |
| 05/11/07 | Diligence work | 6.0 | 7 |
| 05/12/07 | Diligence work | 3.0 | 7 |
| 05/13/07 | Diligence work | 3.0 | 7 |
| 05/14/07 | Diligence work | 5.0 | 7 |
| 05/14/07 | Call re: servicing bids | 2.0 | 1 |
| 05/15/07 | Diligence work | 4.0 | 7 |
| 05/15/07 | Calls re: servicing bids | 4.0 | 7 |
| 05/16/07 | Attend auction | 10.0 | 7 |
| 05/17/07 | Prepare BOD summary | 3.5 | 2 |
| 05/18/07 | Review servicing analysis | 2.0 | 2 |
| 05/18/07 | Prepare BOD summary | 3.0 | 2 |
| 05/19/07 | Diligence work | 1.0 | 7 |
| 05/20/07 | Diligence work | 3.0 | 7 |
| 05/21/07 | Diligence work | 4.0 | 7 |
| 05/22/07 | Diligence work | 5.5 | 7 |
| 05/22/07 | Diligence work | 4.0 | 7 |
| 05/23/07 | Prepare BOD presentation | 6.0 | 2 |
| 05/23/07 | BOD call | 1.5 | 1 |
| 05/29/07 | Technology calls | 2.5 | 7 |
| 05/30/07 | Technology calls | 1.0 | 7 |
| 05/30/07 | Review origination APA | 1.5 | 7 |
| 05/30/07 | Prepare origination bids analysis | 2.0 | 7 |
| 05/30/07 | Review LNFA sale | 1.0 | 7 |
| 05/31/07 | Diligence work | 2.0 | 7 |
| | MAY TOTAL | 138.0 | |
| 06/01/07 | Review sale motion & APA | 1.5 | 3 |
| 06/01/07 | Call re: APA | 1.0 | 1 |
| 06/04/07 | Review sale motion & APA | 0.5 | 3 |
| 06/05/07 | Coordinate diligence | 4.0 | 7 |
| 06/06/07 | Diligence work | 8.0 | 7 |
| 06/06/07 | Call re: case status | 0.5 | 1 |
| 06/07/07 | Diligence work | 9.0 | 7 |
| 06/07/07 | Diligence calls | 1.0 | 7 |
| 06/07/07 | Case review and analysis | 1.0 | 7 |
| 06/08/07 | Diligence work | 4.5 | 7 |
| 06/08/07 | Diligence calls | 3.0 | 7 |
| 06/09/07 | Diligence work | 1.5 | 7 |
| 06/11/07 | Diligence work | 4.5 | 7 |
| 06/11/07 | Case review and analysis | 3.5 | 7 |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Brett Barna - Financial Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/11/07 | Calls re: APA | 2.5 | 1 |
| 06/12/07 | Diligence work | 7.0 | 7 |
| 06/13/07 | Diligence work | 5.5 | 7 |
| 06/13/07 | Calls re: APA | 2.0 | 1 |
| 06/13/07 | Case review and analysis | 6.5 | 7 |
| 06/14/07 | Diligence work | 2.0 | 7 |
| 06/14/07 | Case review and analysis | 5.5 | 7 |
| 06/15/07 | Diligence work | 2.5 | 7 |
| 06/15/07 | Case review and analysis | 14.5 | 7 |
| 06/16/07 | Diligence work | 2.5 | 7 |
| 06/17/07 | Diligence work | 1.5 | 7 |
| 06/18/07 | Diligence work | 2.5 | 7 |
| 06/18/07 | Case review and analysis | 9.0 | 7 |
| 06/19/07 | Case review and analysis | 3.5 | 7 |
| 06/19/07 | Diligence work | 2.0 | 7 |
| 06/19/07 | Analysis of bids | 7.5 | 7 |
| 06/20/07 | Analysis of bids | 3.5 | 7 |
| 06/20/07 | Calls re: bids | 4.0 | 1 |
| 06/21/07 | Analysis of bids | 3.5 | 7 |
| 06/21/07 | Calls re: bids | 5.0 | 1 |
| 06/25/07 | Diligence work | 2.5 | 7 |
| 06/26/07 | Diligence work | 1.5 | 7 |
| 06/27/07 | Diligence work | 4.0 | 7 |
| 06/28/07 | Diligence work | 3.5 | 7 |
| 06/29/07 | Diligence work | 4.5 | 7 |
| | JUNE TOTAL | 152.0 | |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Benjamin Skrodzki - Financial Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/01/07 | Organized HR information compiled for data room | 2.5 | 9 |
| 05/01/07 | Responded to diligence requests for LNFA & residuals | 2.5 | 9 |
| 05/01/07 | Compiled materials for servicing platform diligence | 3.0 | 9 |
| 05/02/07 | Gathered diligence materials for servicing platform | 4.5 | 9 |
| 05/02/07 | Internal meetings & discussion on origination platform | 1.5 | 1 |
| 05/02/07 | Compiled materials relevant to LNFA/residuals auction | 2.0 | 7 |
| 05/03/07 | Diligence call with potential servicing business buyer | 1.5 | 1 |
| 05/03/07 | Responded to due diligence requests & data room issues | 3.0 | 9 |
| 05/03/07 | Compiled materials relevant to LNFA/residuals auction | 2.5 | 7 |
| 05/04/07 | Coordinated data requests for LNFA/residuals transaction | 3.0 | 9 |
| 05/04/07 | Updated data room for servicing auction materials | 3.5 | 9 |
| 05/05/07 | Reviewed due diligence list from potential bidder | 1.5 | 9 |
| 05/07/07 | Attended diligence meeting with potential bidder at servicing center | 6.0 | 1 |
| 05/07/07 | Collected servicing diligence materials for data room | 2.5 | 9 |
| 05/08/07 | Attended diligence meeting with potential bidder at servicing center | 7.5 | 1 |
| 05/08/07 | Constructed shell presentation for technology assets | 2.0 | 7 |
| 05/09/07 | Conference call to discuss technology asset sale process | 1.5 | 1 |
| 05/09/07 | Conference call with potential servicing bidder | 1.5 | 1 |
| 05/09/07 | Responded to due diligence requests & data room issues | 5.0 | 9 |
| 05/10/07 | Worked with management to discuss and revise technology sale plans | 3.5 | 7 |
| 05/10/07 | Discussed final servicing diligence questions with potential bidders | 5.0 | 9 |
| 05/11/07 | Worked through data room revisions with AlixPartners and management | 2.0 | 9 |
| 05/11/07 | Responded to diligence questions from servicing bidders | 3.0 | 9 |
| 05/12/07 | Reviewed and discussed management presentation for technology sale | 1.5 | 7 |
| 05/14/07 | Distributed final diligence materials to servicing bidders | 5.0 | 9 |
| 05/16/07 | Attended auction for servicing platform & assets | 10.0 | 1 |
| 05/17/07 | Reviewed status of LNFA/residuals transaction | 2.0 | 9 |
| 05/21/07 | Discussed process letter and timing for technology sale | 2.0 | 7 |
| 05/22/07 | Conference call with management & legal team to discuss technology process | 1.5 | 1 |
| 05/22/07 | Reviewed technology sale materials | 2.0 | 7 |
| 05/23/07 | Revised update materials for board meeting | 1.5 | 7 |
| 05/24/07 | Revised and reviewed technology marketing materials with management/advisors | 4.0 | 7 |
| 05/24/07 | Conference call with management & legal team to discuss technology process | 1.5 | 1 |
| 05/24/07 | Sent out letters & diligence material to potential technology bidders | 1.0 | 7 |
| 05/25/07 | Revised access to data room and added in new parties | 2.0 | 7 |
| 05/25/07 | Sent diligence materials and participated in calls with potential bidders | 1.5 | 1 |
| 05/29/07 | Maintained and updated data room with new materials | 2.0 | 7 |
| 05/30/07 | Participated in preparation calls with management & legal team | 3.0 | 1 |
| 05/30/07 | Updated and distributed contact information and diligence materials | 1.5 | 7 |
| | MAY TOTAL | 112.5 | |
| 06/01/07 | Maintained data room and responded to questions from potential bidders | 1.0 | 9 |
| 06/04/07 | Sent out marketing materials and responded to diligence questions | 1.5 | 9 |
| 06/05/07 | Responded to diligence questions and set up diligence sessions and conference calls | 4.0 | 9 |
| 06/06/07 | Coordinated due diligence efforts and calls | 2.0 | 9 |
| 06/06/07 | Maintained data room and sent marketing materials to potential bidders | 2.0 | 9 |
| 06/07/07 | Distributed marketing materials and spoke with potential bidders | 1.0 | 9 |
| 06/08/07 | Tracked outstanding diligence items and spoke with legal team | 1.5 | 9 |
| 06/11/07 | Distributed revised diligence items to potential bidders and maintained data room | 4.5 | 9 |
| 06/12/07 | Distributed revised diligence items to potential bidders and maintained data room | 1.5 | 9 |
| 06/13/07 | Conference calls with potential bidders and other diligence process items | 3.0 | 9 |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Benjamin Skrodzki - Financial Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/15/07 | Assisted with due diligence requests | 1.5 | 9 |
| | JUNE TOTAL | 23.5 | |