IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No. 2213 |

### CERTIFICATION OF COUNSEL REGARDING ORDER (A) APPROVING ASSET PURCHASE AGREEMENT BY AND AMONG NEW CENTURY FINANCIAL CORPORATION AND RESIDENTIAL MORTGAGE SOLUTION L.L.C., (B) AUTHORIZING SALE OF CERTAIN LOANS TO PURCHASER FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS AND (C) GRANTING RELATED RELIEF

The undersigned hereby certifies as follows:

1. We are counsel to the above-captioned debtors and debtors-in-possession (the "Debtors").

2. On August 8, 2007, the Debtors filed the *Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures in Connection with Auction of Residential Mortgage Loans, (B) Scheduling Hearing to Consider Proposed Sale of Residential Mortgage Loans and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief* [Docket No. 2213] (the "Motion").

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

3. On September 11, 2007, the Court held a hearing to approve the Sale contemplated by the Motion. At the hearing, the Debtors informed the Court that they were in the process of finalizing the Amended and Restated Mortgage Loan Purchase Agreement (the "APA"). As such, the Debtors indicated they would be submitting a form of order and finalized APA under certification of counsel.

4. Attached hereto as <u>Exhibit 1</u> is the proposed order Approving Sale of Residential Mortgage Loans and Granted Related Relief (the "Sale Order"). Attached to the Sale Order as <u>Exhibit A</u> is a true and correct copy of the finalized APA. All of the parties in interest have reviewed and approved the Sale Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Sale Order attached hereto as Exhibit 1 at the Court's earliest convenience.

Dated: September 13, 2007
      Wilmington, Delaware

Respectfully submitted,

*/s/ Christopher M. Samis*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION