# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No. 2535 |

## CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION BETWEEN DEBTORS AND TOWN PARK RENAISSANCE, LLC PROVIDING FOR THE EFFECTIVE DATE OF REJECTION OF UNEXPIRED LEASE AND PAYMENT OF LEASE OBLIGATIONS AND RELATED RELIEF

The undersigned hereby certifies as follows:

1. We are counsel to the above-captioned debtors and debtors-in-possession (the "Debtors").

2. On August 23, 2007, Town Park Renaissance, LLC (the "Landlord," and collectively with the Debtors, the "Parties") filed the *Motion for Entry of an Order Directing the Debtors Immediately to Comply with Post-Petition Lease Obligations Pursuant to 11 U.S.C. Section 365(d)(3)* [Docket No. 2535] (the "Motion"), in connection with that certain non-residential lease (the "Lease") of premises located at 114 Town Park Drive, Kennesaw, Georgia (the "Premises").

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

3. On September 11, 2007, the Court held a hearing on the Motion. At that time, the Parties indicated that they had reached an agreement in connection with the disputes related to the rejection of the Lease. To that end, on September 12, 2007, the Parties entered into the Stipulation Providing for the Effective Date of Rejection of Unexpired Lease and Payment of Lease Obligations and Related Relief (the "Stipulation"), providing for the rejection of the Lease. The parties now seek Court approval of the Stipulation. A proposed order is attached hereto as Exhibit 1 (the "Proposed Order"). A true and correct copy of the Stipulation is attached to the Proposed Order as Exhibit A. The Official Committee of Unsecured Creditors has reviewed and approved the Stipulation and Proposed Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached to the Stipulation as <u>Exhibit A</u>, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: September 13, 2007
Wilmington, Delaware

*/s/ Christy M. Jo*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION