IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., : | |
| a Delaware Corporation, et al, : | Case No. 07-10416 (KJC) |
| : | |
| Debtors. : | Jointly Administered |
| : | |
| _____ : _____ | |
| : | |
| NEW FALLS CORPORATION : | |
| : | |
| Movant, : | |
| : | |
| v. : | Hearing Date: September 11, 2007 at 1:30 p.m. |
| : | Objection Deadline: September 6, 2007 |
| NEW CENTURY MORTGAGE CORPORATION : | |

**ORDER**

AND NOW, TO-WIT, this 13th day of Sept, 2007, the Movant, New Falls Corporation's Motion for Relief from Automatic Stay having been duly presented, heard and considered;

**IT IS HEREBY ORDERED** that the Stay afforded by 11 U.S.C. Section 362 is hereby lifted so as to permit Movant to obtain possession and proceed with the North Carolina action entitled: *New Falls Corporation v. Brenda S. Sewell, et al. v. The Cadle Company II, Inc., et al.*, fully and without limitation.

Dated: _____    _____
J., U. S. Bankruptcy Court