# Exhibit A

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
PO Box 60000
San Francisco  CA 94160-3536

Invoice
Number          10464303

Page 1

Jennifer Jewett, Esq.,
VP, Corporate Counsel and Secretary
New Century Financial Corporation
18400 Von Karman, Ste  1000
Irvine, CA 92612

Invoice Date:          September 7, 2007

For Professional Services Through July 31, 2007

Client:          New Century Financial Corporation
Matter:          Investigation - Interviews & Document Review
Our Matter #:    25126-0004

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 02-Jul-2007 | Correspond with O'Melveny re subpoena response | M E Liftik | 0.30 | 505.00 | 151.50 |
| 09-Jul-2007 | Supervise preparation of documents to return to company counsel for subpoena privilege review and discuss same with team members. | M Dixon | 0.80 | 580.00 | 464.00 |
| 09-Jul-2007 | Telephone with          and correspond re same. | M E Liftik | 0.60 | 505.00 | 303.00 |
| 10-Jul-2007 | Coordinate          meeting logistics with various counsel. | M Dixon | 0.50 | 580.00 | 290.00 |
| 13-Jul-2007 | Review documents for          letter and Master Interview List (2.0); review and respond to email re          subpoena ( 3). | A J Barth | 2.30 | 180.00 | 414.00 |
| 13-Jul-2007 | Finalize process memorandum ( 6); distribute same and update          ( 2 2); conference with PwC and SIC re          requests ( 4) | M E Liftik | 3.20 | 505.00 | 1,616.00 |
| 13-Jul-2007 | Supervise distribution of work product materials to all relevant | M Dixon | 0.80 | 580.00 | 464.00 |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No : 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of  83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213.689.0200
Facsimile 213.614.1868

Tax I D # 94-1217308
Please Remit Payment To:
File No 73536
P.O. Box 60000
San Francisco CA 94160-3536

Invoice
Number          10464303

Page 2

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | parties. | | | | |
| 18-Jul-2007 | Telephone      're document requests ( 2); respond to various correspondence re document requests (.6). | M E Liftik | 0 80 | 505.00 | 404.00 |
| 19-Jul-2007 | Attention to document requests and draft correspondence re same ( 8); telephone            re document requests ( 3). | M E Liftik | 1 10 | 505.00 | 555 50 |
| 20-Jul-2007 | Correspond re document requests from various parties. | M E Liftik | 0 30 | 505.00 | 151.50 |
| 20-Jul-2007 | Correspondence re requests from examiner and company. | M J Shepard | 0.40 | 750 00 | 300.00 |
| 30-Jul-2007 | Telephone      |re interview and discuss with team and supervise ongoing distribution of material to various parties. | M Dixon | 0.50 | 580.00 | 290 00 |

| Timekeeper | Hours | Rate/Hr | Value |
|------------|-------|---------|-------|
| M J Shepard | 0.40 | 750 00 | 300 00 |
| M Dixon | 2.60 | 580 00 | 1,508 00 |
| M E Liftik | 6 30 | 505.00 | 3,181.50 |
| A J Barth | 2.30 | 180 00 | 414.00 |
| Total | 11.60 | | $5,403.50 |

Total Fees for Professional Services ........................................................ $     5,403 50

Total for this Matter ..................................................................... $     5,403.50



**Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No. 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit**

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

**TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of  83% per month**

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I.D. # 94-1217308
Please Remit Payment To
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number   10464304

Page 1

Jennifer Jewett, Esq.,
VP, Corporate Counsel and Secretary
New Century Financial Corporation
18400 Von Karman, Ste. 1000
Irvine, CA 92612

Invoice Date:    September 7, 2007

For Professional Services Through July 31, 2007

Client:        New Century Financial Corporation
Matter:        Reporting - Memoranda & Presentations
Our Matter #:  25126-0005

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 02-Jul-2007 | Review and organize documents | A J Barth | 0.60 | 180.00 | 108.00 |
| 03-Jul-2007 | Organize, file, and prepare for entry into network database, public/private documents | A J Barth | 1.30 | 180.00 | 234.00 |
| 05-Jul-2007 | Revise Chronology of disclosure events | M E Liftik | 1.00 | 505.00 | 505.00 |
| 06-Jul-2007 | Prepare client documents for production | A J Barth | 0.70 | 180.00 | 126.00 |
| 06-Jul-2007 | Plan for meeting | M J Shepard | 3.20 | 750.00 | 2,400.00 |
| 06-Jul-2007 | Telephone with          Mr. Mayorkas re      ' subpoena ( 3); correspond          i re same ( 1) | M E Liftik | 0.40 | 505.00 | 202.00 |
| 09-Jul-2007 | QC document production of company documents and mailing to O'Melveny & Myers. | A J Barth | 2.10 | 180.00 | 378.00 |
| 10-Jul-2007 | Review and edit and discuss with team various drafts of paperwork and collect/provide input on facts for same. | M Dixon | 1.70 | 580.00 | 986.00 |
| 10-Jul-2007 | Correspond re status of distributions | M E Liftik | 0.30 | 505.00 | 151.50 |

**REDACTED**

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month

# HellerEhrman LLP

333 South Hope Street Suite 3900
Los Angeles CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
PO Box 60000
San Francisco CA 94160-3536

Invoice Number    10464304

Page 2

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 11-Jul-2007 | to governmental bodies. Create chart of distribution of relevant work product, final edit of chronology and          report. | M Dixon | 2.40 | 580.00 | 1,392.00 |
| 11-Jul-2007 | Review process memorandum. | M E Liftik | 3 10 | 505 00 | 1,565.50 |
| 12-Jul-2007 | Organize files re Docs reviewed | A J Barth | 0.10 | 180.00 | 18.00 |
| 12-Jul-2007 | Follow-up re report, etc          and supervise distribution of same. | M Dixon | 1.30 | 580.00 | 754.00 |
| 16-Jul-2007 | Discuss            responses to various requests from the Examiner and government. | M Dixon | 0 70 | 580.00 | 406.00 |
| 16-Jul-2007 | Travel to and prepare for meeting | M J Shepard | 4.30 | 750 00 | 3,225.00 |
| 16-Jul-2007 | Organize and prepare bates labels and confidentiality designations for document production    ( 6) | A J Barth | 0 60 | 180 00 | 108 00 |
| 16-Jul-2007 | Prepare for subpoena production ( 6); telephone               re presentation ( 7); assist in preparation for presentation (1 9) | M E Liftik | 3 20 | 505 00 | 1,616 00 |
| 17-Jul-2007 | Respond to requests for factual information from Mr. Shepard for presentation (.5); review Mr. Shepard's notes of meeting            (.3); review and edit letter to               re additional requests (.7) | M Dixon | 1.50 | 580 00 | 870.00 |
| 17-Jul-2007 | Prepare            letter for production | A J Barth | 1.10 | 180.00 | 198.00 |
| 17-Jul-2007 | Assist with and correspond re presentation            (2.4); prepare production to      (.9) | M E Liftik | 3.30 | 505 00 | 1,666.50 |
| 17-Jul-2007 | Prepare for meeting and meet with            (7.3); unusable travel time following meeting | M J Shepard | 9 80 | 750.00 | 7,350.00 |

REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles  CA 90071-3043
Telephone  213 689 0200
Facsimile  213 614 1868

|  | Invoice Number | 10464304 |
|---|---|---|

Tax I D # 94-1217308
Please Remit Payment To:
File No 73536
P.O. Box 60000
San Francisco  CA 94160-3536

Page 3

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| 19-Jul-2007 | (billed @ 50%) (2 5). Supervise distribution of materials to various per request (0.3); discuss follow up    !with Messrs  Shepard, Liftik (0.2). | M Dixon | 0.50 | 580.00 | 290.00 |
| 23-Jul-2007 | Research status of interview memos and correspond with PwC re same ( 6); telephone with Mr. Keenan           re document requests and interview memos ( 9); correspond re document requests and meeting scheduling ( 3). | M E Liftik | 1.80 | 505.00 | 909.00 |
| 24-Jul-2007 | Gather and review witness interview memoranda for distribution (.7); revise and edit        : interview memorandum (1 0). | M E Liftik | 1.70 | 505.00 | 858.50 |
| 24-Jul-2007 | Prepare and distribute to vendor 4 box set of private and public documents for copying. | A J Barth | 0.90 | 180.00 | 162.00 |
| 25-Jul-2007 | Correspondence with examiner ( 1); meet with Ms. Dixon about request (.2). | M J Shepard | 0.30 | 750.00 | 225.00 |
| 25-Jul-2007 | Telephone          re work product issues and discuss same with Mr. Liftik. | M Dixon | 0.60 | 580.00 | 348.00 |
| 25-Jul-2007 | Revise and edit          interview memo ( 8); review interview memoranda for distribution (.4); correspond re requests from bankruptcy examiner (1 1); telephone with Mr. Keenan re gathering documents ( 6). | M E Liftik | 2.90 | 505.00 | 1,464.50 |
| 25-Jul-2007 | QC documents for production (1 1) | A J Barth | 1.10 | 180.00 | 198.00 |
| 26-Jul-2007 | Prepare interview memoranda for distribution (1 2); review documents re charts in presentation | M E Liftik | 3.00 | 505.00 | 1,515.00 |

**REDACTED**

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS: Payments due upon receipt  Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of  83% per month.

# HellerEhrman LLP

333 South Hope Street  Suite 3900
Los Angeles  CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco  CA 94160-3536

Invoice
Number    10464304

Page 4

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | (.3); correspond re various distributions to : 1 ( 8); telephone re document collections (.2); telephone and coordinate distribution of hard copy documents (.5). | | | | |
| 26-Jul-2007 | Prepare 10b5-1 documents for production to . . | A J Barth | 2.50 | 180.00 | 450.00 |
| | (1.6); organize interview memos per attorney request (.9). | | | | |
| 27-Jul-2007 | Correspond re and coordinate interview memoranda distribution (1.0); correspond and coordinate re request for documents (1.1). | M E Liftik | 2.10 | 505.00 | 1,060.50 |
| 30-Jul-2007 | Cross check Interview Memos for production (.7). | A J Barth | 0.70 | 180.00 | 126.00 |
| 30-Jul-2007 | Correspond re requests for meeting and documents (1.0); conference re interview memoranda inventory project (.7). | M E Liftik | 1.70 | 505.00 | 858.50 |
| 31-Jul-2007 | Cross check interview memos for production to | A J Barth | 0.70 | 180.00 | 126.00 |
| 31-Jul-2007 | Correspond re document requests and meeting (.4); review interview memoranda inventory (.3); telephone   re documents (.2) | M E Liftik | 0.90 | 505.00 | 454.50 |
| 31-Jul-2007 | Follow up re _ request | M J Shepard | 0.20 | 750.00 | 150.00 |
| 31-Jul-2007 | Discuss ᶠ -presentation with team and follow up · | M Dixon | 0.50 | 580.00 | 290.00 |

| Timekeeper | Hours | Rate/Hr | Value |
|------------|-------|---------|-------|
| M J Shepard | 17.80 | 750.00 | 13,350.00 |
| M Dixon | 9.20 | 580.00 | 5,336.00 |

REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No : 14992-03552 / Reference: Please Indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS:  Payments due upon receipt  Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of  83% per month

# HellerEhrman LLP

333 South Hope Street  Suite 3900
Los Angeles  CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I D # 94-1217308
Please Remit Payment To:
File No 73536
PO Box 60000
San Francisco  CA 94160-3536

Invoice Number    10464304

Page 5

| Timekeeper | Hours | Rate/Hr | Value |
|---|---|---|---|
| M E Liftik | 25 40 | 505.00 | 12,827.00 |
| A J Barth | 12 40 | 180.00 | 2,232.00 |
| Total | 64 80 | | $33,745.00 |

Total Fees for Professional Services ..........................................     $     33,745.00

Total for this Matter .............................................................     $     33,745.00

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles. CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax ID # 94-1217308
Please Remit Payment To:
File No 73536
PO Box 60000
San Francisco. CA 94160-3536

Invoice
Number       10464305

Page 1

Jennifer Jewett. Esq.,
VP. Corporate Counsel and Secretary
New Century Financial Corporation
18400 Von Karman, Ste. 1000
Irvine, CA 92612

Invoice Date:       September 7, 2007

For Professional Services Through July 31, 2007

Client:       New Century Financial Corporation
Matter:       Audit Committee Meetings - Preparation & Communication
Our Matter #:   25126-0006

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 05-Jul-2007 | Scan, organize and distribute Board of Directors meeting material from January 2007- present per attorney request. | A J Barth | 2.40 | 180.00 | 432.00 |
| 06-Jul-2007 | Review and revise minutes and distribute to committee members. | N H Brockmeyer | 1.40 | 635.00 | 889.00 |
| 21-Jul-2007 | Distribute minutes of audit committee meetings to counsel. | N H Brockmeyer | 0.40 | 635.00 | 254.00 |
| 24-Jul-2007 | Telephone discussion re minutes (.2); exchange e-mails re same (.2) | N H Brockmeyer | 0.40 | 635.00 | 254.00 |
| 25-Jul-2007 | Respond to client requests for information about SIC meetings, etc. | M Dixon | 0.20 | 580.00 | 116.00 |

| Timekeeper | Hours | Rate/Hr | Value |
|------------|-------|---------|-------|
| N H Brockmeyer | 2.20 | 635.00 | 1,397.00 |
| M Dixon | 0.20 | 580.00 | 116.00 |
| A J Barth | 2.40 | 180.00 | 432.00 |
| Total | 4.80 | | $1,945.00 |

Total Fees for Professional Services ......................................    $    1,945.00



Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
charge of  83% per month



333 South Hope Street  Suite 3900
Los Angeles  CA 90071-3043

Telephone 213 689 0200
Facsimile 213 614 1868

Tax I D # 94-1217308

Please Remit Payment To
File No  73536
PO  Box 60000
San Francisco  CA 94160-3536

Invoice
Number            10464305

Page 2

Total for this Matter .......... .. .. .. ............ ... .... . ... ........... ..          $        1,945.00

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles  CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I D  # 94-1217308
Please Remit Payment To
File No 73536
PO Box 60000
San Francisco  CA 94160-3536

Invoice
Number        10464306

Page 1

Jennifer Jewett, Esq ,
VP. Corporate Counsel and Secretary
New Century Financial Corporation
18400 Von Karman, Ste  1000
Irvine. CA 92612

Invoice Date:        September 7, 2007

For Professional Services Through July 31, 2007

Client:       New Century Financial Corporation
Matter:       Retention & Fee Applications (Heller Ehrman)
Our Matter #:  25126-0007

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| 01-Jul-2007 | Revise declaration. | M J Shepard | 0.40 | 750.00 | 300.00 |
| 01-Jul-2007 | Review comments to draft Shepard declaration. | M E Liftik | 0.50 | 505 00 | 252.50 |
| 01-Jul-2007 | E-mails re response to UST objection to Heller Ehrman retention | P J Benvenutti | 0.20 | 695 00 | 139 00 |
| 02-Jul-2007 | Edit declaration. | M J Shepard | 0.20 | 750.00 | 150 00 |
| 02-Jul-2007 | Review and revise draft response to UST objection. | P J Benvenutti | 0 40 | 695.00 | 278.00 |
| 02-Jul-2007 | Revise and edit Shepard declaration (2 7); conference re same (.7). | M E Liftik | 3 40 | 505 00 | 1,717.00 |
| 03-Jul-2007 | Review e-mails re response to UST objection ( 20); confer with Ms. Correa, telephone with Mr. Liftik re preparation of response (.30). | P J Benvenutti | 0.50 | 695 00 | 347 50 |
| 03-Jul-2007 | Review and revise response (0.6); confer with Mr. Benvenutti re same (0.4); telephone with Mr  Liftik re same (0 3); research re retroactive application of conflicts standards (0.7); correspondence with Mr. Merchant re hearing (0.1). | M Correa | 2 10 | 485.00 | 1,018.50 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No : 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
          charge of  83% per month

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone: 213 689 0200
Facsimile: 213 614 1868

Tax I.D. # 94-1217300
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number        10464306

Page 2

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 03-Jul-2007 | Edit declaration. | M J Shepard | 0.50 | 750.00 | 375.00 |
| 04-Jul-2007 | Review, revise and redraft response to UST objection to Heller Ehrman retention. | P J Benvenutti | 2.40 | 695.00 | 1,668.00 |
| 05-Jul-2007 | E-mails re. make arrangements for travel to Wilmington for hearing on Heller Ehrman application (.20); e-mails re revised response (.20); confer with Ms. Correa re same, declaration from audit committee representative (.10); e-mails re same (.10). | P J Benvenutti | 0.60 | 695.00 | 417.00 |
| 05-Jul-2007 | Review revised response. | M J Shepard | 0.20 | 750.00 | 150.00 |
| 05-Jul-2007 | Research factual background re audit committee representation. | M Correa | 1.20 | 485.00 | 582.00 |
| 05-Jul-2007 | Review bills for Shepard declaration (.4); correspond re declarations needed for response to US Trustee objection (.3). | M E Liftik | 0.70 | 505.00 | 353.50 |
| 06-Jul-2007 | Review audit committee minutes (1.5); telephone with Messrs. Liftik and Zona re declaration (.7); draft same (2.5); confer with Mr. Benvenutti re same (.1); telephone with Mr. Forster re background (.7); review and revise declaration (.8). | M Correa | 5.60 | 485.00 | 2,716.00 |
| 06-Jul-2007 | Confer with Ms. Correa re supporting declarations (.10); review draft response to UST objections, draft Shepard declaration re same (.50); review Shepard e-mail re revisions to response and declaration (.20); confer with Mr Shepard re declaration, revisions to same (.60); review and revise draft Forster declaration and confer with Ms. Correa re same, additional areas to cover with Mr. Forster and other | P J Benvenutti | 2.30 | 695.00 | 1,598.50 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
charge of 83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No 73536
PO Box 60000
San Francisco, CA 94160-3536

Invoice
Number       10464306

Page 3

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| | NCF Audit Committee declarants ( 60); review e-mails re NCF affidavits ( 10); review revised Forster affidavit (.20). | | | | |
| 06-Jul-2007 | Revise and edit Shepard declaration (1.7); Telephone with Mr. Zona re Lange declaration ( 5 | M E Liftik | 2.20 | 505 00 | 1,111 00 |
| 07-Jul-2007 | Review and comment on Shepard affidavit | N H Brockmeyer | 0 80 | 635 00 | 508 00 |
| 07-Jul-2007 | Review, revise and redraft Shepard declaration for response to UST objection (2.30); redraft and revise response to UST objection (2.60). | P J Benvenutti | 4 90 | 695 00 | 3,405 50 |
| 07-Jul-2007 | Edits and comments on draft declaration | M J Shepard | 1 80 | 750.00 | 1,350 00 |
| 08-Jul-2007 | Redraft, review and revise response to UST objection to Heller Ehrman retention as special counsel (4.20); review Shepard revisions to declaration ( 20); e-mails re revised response and declarations ( 30). | P J Benvenutti | 4 70 | 695.00 | 3,266 50 |
| 08-Jul-2007 | Research 327(e) standards. | M Correa | 3.50 | 485.00 | 1,697 50 |
| 08-Jul-2007 | Correspondence and continued revisions re Response and Declaration. | M J Shepard | 0.80 | 750.00 | 600.00 |
| 09-Jul-2007 | Review declaration and correspond re same | M E Liftik | 0.30 | 505.00 | 151.50 |
| 09-Jul-2007 | Continued revisions to declaration, Lang declaration, and response (2.6); call with Mr. Benvenutti and correspondence re same (0.5). | M J Shepard | 3.10 | 750.00 | 2,325.00 |
| 09-Jul-2007 | Review e-mails re response to UST objection to retention (.10); review and revise draft response (.60); review and revise Shepard declaration (2.20); review and revise Lange declaration (.30); confer with Ms. Correa re declarations, | P J Benvenutti | 5.50 | 695.00 | 3,822 50 |

**Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit**

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

**TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.**

# HellerEhrman LLP

333 South Hope Street Suite 3900
Los Angeles CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I D # 94-1217308
Please Remit Payment To:
File No 73536
PO Box 60000
San Francisco CA 94160-3536

Invoice
Number      10464306

Page 4

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| | response, legal research ( 30); telephone discussions with Mr. Shepard re declaration and response ( 50); e-mails with Mr. Shepard, Mr. Brockmeyer and Ms Dixon re same ( 60); conference call with Mr. Shepard and Ms. Dixon re response and declarations ( 30); e-mails to and telephone with counsel for Mr Lange re declaration ( 40); telephone with debtor's general counsel re response ( 10); telephone with Mr. McLaughlin re KPMG consent ( 10). | | | | |
| 09-Jul-2007 | Review and revise Lange declaration (0 7); review and research re Shepard declaration (2 7); prepare case summaries for hearing (4 5); review Shepard's internal investigation book (1 3) | M Correa | 9.20 | 485 00 | 4,462.00 |
| 09-Jul-2007 | Review correspondence regarding, review and edit drafts, and fact-find for response to trustee declarations (2 6); discuss same with Mr. Benvenutti and Mr. Shepard (0.3). | M Dixon | 2.90 | 580 00 | 1,682.00 |
| 10-Jul-2007 | Review, respond to e-mail from Mr. McLaughlin re KPMG consent ( 20); e-mails to colleagues re same, possible need for McLaughlin declaration ( 10); confer and e-mails with Mr Shepard re revisions to declaration, response to UST (1 10); review and revise Shepard declaration (2 40); confer with Mr. Keeshan re Shepard declaration ( 30); e-mails, confer with Ms Dixon re same, response ( 40); e-mails with Mr Brockmeyer re revisions to declarations, response to | P J Benvenutti | 10.50 | 695 00 | 7,297.50 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No : 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of 83% per month

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I D # 94-1217308
Please Remit Payment To:
File No 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number 10464306

Page 5

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | UST ( 40); telephone discussions and e-mails with counsel for Mr. Lange re Lange declaration (.60); review and revise Lange declaration (1.00); telephone and e-mails with Mr. Lange re declaration (.30); e-mails with other Audit Committee members re same (.20); review and revise response to UST objection to Heller Ehrman retention (2.80); telephone, e-mails with debtors' counsel re response to UST objection, transmit draft response (.20); e-mails, confer with Ms. Correa re response, supporting declarations (.50). | | | | |
| 10-Jul-2007 | Meet with Mr. Benvenutti (1.0); revise Response, Declaration and Lange Declaration (3.3); call with Gibson Dunn re same (.3). | M J Shepard | 4.60 | 750.00 | 3,450.00 |
| 10-Jul-2007 | Review and revise Lange declaration (2.9); draft Correa declaration (3.5) telephone calls with Mr. Lange, Ms. Dixon and Mr. Benvenutti (1.1) | M Correa | 7.50 | 485.00 | 3,637.50 |
| 10-Jul-2007 | Review and comment on declarations and response (1.7); exchange e-mails re factual background and statements in the declarations and response (0.6). | N H Brockmeyer | 2.30 | 635.00 | 1,460.50 |
| 11-Jul-2007 | Review, revise and finalize response to UST objection to Heller Ehrman retention, including: finalize response and declarations of Michael Shepard, Don Lange and Miki Correa; e-mails with Mr. Lange, his counsel, debtor's counsel, colleagues re same; and confer with Mr. Shepard and Ms. Correa re | P J Benvenutti | 6.00 | 695.00 | 4,170.00 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No : 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month

# HellerEhrman llp

333 South Hope Street. Suite 3900
Los Angeles. CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I D # 94-1217308
Please Remit Payment To:
File No 73536
PO Box 60000
San Francisco CA 94160-3536

Invoice
Number        10464306

Page 6

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 12-Jul-2007 | same; e-mails re filing and service. E-mail to local counsel re preparation for hearing, process re same (.10); telephone discussions with local counsel re same (.40); review local rules, pro hac admission form, hearing agenda (.40); attend to pro hac vice form for self and Mr. Shepard, including e-mails re same (.20); telephone discussions and e-mails with Mr. Shepard re pro hac vice admission, preparation for hearing (.50). | P J Benvenutti | 1.60 | 695.00 | 1,112.00 |
| 13-Jul-2007 | Telephone with Mr. Samis re preparation for hearing, witness availability (.10). | P J Benvenutti | 0.10 | 695 00 | 69.50 |
| 14-Jul-2007 | Prepare for hearing | M J Shepard | 0.40 | 750.00 | 300.00 |
| 14-Jul-2007 | Prepare for hearing on application to employ Heller Ehrman as special counsel, including review of pleadings and cases. | P J Benvenutti | 2.50 | 695.00 | 1,737.50 |
| 15-Jul-2007 | Review and respond to correspondence re factual support for hearing tomorrow. | M Dixon | 0 50 | 580.00 | 290.00 |
| 15-Jul-2007 | Prepare for court hearing (2.3); unusable travel time to same (2.1) (billed at 50%). | M J Shepard | 4.40 | 750.00 | 3,300 00 |
| 15-Jul-2007 | Travel to Delaware for hearing on motion re Heller Ehrman's retention as special counsel, including preparation for hearing in route (review pleadings, review and analyze case authority, outline argument and testimony at hearing) (9.00); e-mails to Mr. Shepard re areas for testimony (.80). | P J Benvenutti | 9 80 | 695.00 | 6,811.00 |
| 16-Jul-2007 | Prepare for hearing on Heller Ehrman employment, including | P J Benvenutti | 10.20 | 695.00 | 7,089 00 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS: Payments due upon receipt Unless otherwise agreed. any amounts not paid within 30 days will be subject to a late payment
charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street Suite 3900
Los Angeles, CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I D # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number   10464306

Page 7

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | outline argument and testimony and pre-hearing conference with Mr. Shepard re same (3 50); attend hearing, including local travel to and from courthouse (2 20); post-hearing e-mails and conference with Mr. Shepard ( 30); telephone and e-mails with Ms. Correa re order (.20); return travel from Delaware (4 00) | | | | |
| 16-Jul-2007 | Send e-mails re payments and examiner's action re KPMG; telephone discussion with Ms. Correa re billings. | N H Brockmeyer | 1.10 | 635 00 | 698.50 |
| 16-Jul-2007 | Correspondence re investigation summaries, billing, committee caps (0 3); telephone with Mr. Benvenutti re hearing results (0 1); telephone with Mr. Brockmeyer re fee applications (0.2); telephone with Mr. Samis re retention order, fee caps (0 2); review interim compensation order (0.1); telephone with Mr. Liftik re task categories for billing statements (0.3); prepare monthly fee statements, including review and revision of prebills (3.2). | M Correa | 4.40 | 485.00 | 2,134 00 |
| 16-Jul-2007 | Local travel to and prepare for bankruptcy appearance. | M J Shepard | 5.70 | 750.00 | 4,275 00 |
| 17-Jul-2007 | Telephone with Mr. Benvenutti and Ms. Dixon re committee caps (0.2); telephone with billing re bankruptcy format (0.3); telephone with Mr. Brockmeyer re fees (0.2); revise bills (0.5); draft monthly fee application (3.5) | M Correa | 4 70 | 485.00 | 2,279.50 |
| 17-Jul-2007 | Review e-mails re retention order, Committee's request for fee cap, order re interim fee procedure (.30); | P J Benvenutti | 0.80 | 695.00 | 556.00 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month

# HellerEhrman LLP

333 South Hope Street  Suite 3900
Los Angeles  CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I D # 94-1217308
Please Remit Payment To
File No 73536
P.O. Box 60000
San Francisco  CA 94160-3536

Invoice
Number          1046430b

Page 8

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | confer with Ms. Correa, Ms. Dixon re same, prior communications re fee amounts ( 20); telephone with Mr. Brockmeyer re same ( 10); review fee data ( 20) | | | | |
| 17-Jul-2007 | Telephone with Mr. Benvenutti re status, fee caps, etc ( 2); discuss same with Mr. Shepard, Mr. Liftik ( 3); prepare budget estimate for same ( 7) | M Dixon | 1.20 | 580.00 | 696.00 |
| 18-Jul-2007 | E-mails re approval of Heller Ehrman retention ( 10); review e-mails re Committee request for fee cap, fee estimate ( 20); telephone with Mr. Samis re same, status of retention order ( 10); review proposed order ( 10); review and analyze fee information, and telephone to Committee counsel re same (voicemail) ( 30) | P J Benvenutti | 0.80 | 695.00 | 556.00 |
| 19-Jul-2007 | Prepare for and telephone calls to Committee counsel re retention order, fee cap ( 10) | P J Benvenutti | 0.10 | 695.00 | 69.50 |
| 21-Jul-2007 | E-mail to Committee counsel re fee cap issue, and e-mail to Mr. Samis re revisions to form of order for Heller Ehrman retention. | P J Benvenutti | 0.40 | 695.00 | 278.00 |
| 23-Jul-2007 | E-mails with Committee counsel re retention order ( 10); revise draft retention order and transmittal e-mail re same ( 60). | P J Benvenutti | 0.70 | 695.00 | 486.50 |
| 23-Jul-2007 | Prepare fee application. | M Correa | 0.40 | 485.00 | 194.00 |
| 24-Jul-2007 | Draft fee application. | M Correa | 0.20 | 485.00 | 97.00 |
| 26-Jul-2007 | Correspondence re billing entries for fee application, revise same. | M Correa | 1.50 | 485.00 | 727.50 |
| 27-Jul-2007 | Review materials for submission on fees. | M Dixon | 0.50 | 580.00 | 290.00 |
| 27-Jul-2007 | Draft fee application. | M Correa | 3.00 | 485.00 | 1,455.00 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No : 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS: Payments due upon receipt  Unless otherwise agreed. any amounts not paid within 30 days will be subject to a late payment
charge of  83% per month

# HellerEhrman LLP

333 South Hope Street  Suite 3900
Los Angeles  CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
PO. Box 60000
San Francisco  CA 94160-3536

Invoice
Number    10464306

Page 9

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| 27-Jul-2007 | Review order for retention and e-mail to colleagues re same, fee caps ( 10); confer with Ms. Correa re preparation of fee application ( 10) | P J Benvenutti | 0.20 | 695.00 | 139.00 |
| 27-Jul-2007 | Review New Century bills to specify time spent on each task recorded. | B Diggs | 0.00 | 0.00 | 0.00 |
| 28-Jul-2007 | Review fee statement. | M J Shepard | 0.50 | 750.00 | 375.00 |
| 30-Jul-2007 | Revise fee application and transmit to Ms. Correa | N H Brockmeyer | 0.80 | 635.00 | 508.00 |
| 30-Jul-2007 | Review, research, and edit time entries for bankruptcy action | M Dixon | 1.00 | 580.00 | 580.00 |
| 31-Jul-2007 | Draft fee application | M Correa | 3.50 | 485.00 | 1,697.50 |

| Timekeeper | Hours | Rate/Hr | Value |
|-----------|-------|---------|-------|
| M J Shepard | 22.60 | 750.00 | 16,950.00 |
| P J Benvenutti | 65.20 | 695.00 | 45,314.00 |
| N H Brockmeyer | 5.00 | 635.00 | 3,175.00 |
| M Dixon | 6.10 | 580.00 | 3,538.00 |
| M E Liftik | 7.10 | 505.00 | 3,585.50 |
| M Correa | 46.80 | 485.00 | 22,698.00 |
| B Diggs | 0.00 | 0.00 | 0.00 |
| Total | 152.80 | | $95,260.50 |

Total Fees for Professional Services .......... $    95,260.50

Total for this Matter ............ $    95,260.50

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS:  Payments due upon receipt. Unless otherwise agreed  any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles  CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I D # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco  CA 94160-3536

Invoice
Number        10464307

Page 1

Jennifer Jewett, Esq.,
VP, Corporate Counsel and Secretary
New Century Financial Corporation
18400 Von Karman, Ste. 1000
Irvine, CA 92612

Invoice Date:          September 7, 2007

For Professional Services Through July 31, 2007

Client:       New Century Financial Corporation
Matter:       Administrative Matters
Our Matter #:  25126-0008

| Date | Disbursement | Amount |
|---|---|---|
| 18-May-2007 | Air Freight/Special Postage - Fx - Mail Room - Amy Barth , Case Assistant 05/10/07 | 28.93 |
| 29-May-2007 | VENDOR: DAV-EL RESERVATIONS SYSTEM,INC.; INVOICE#: AR963774; DATE: 05/29/07  -  Car service from JFK Airport to W Hotel 1567 Broadway, NY, M.Shepard 5/29/07 | 173.76 |
| 05-Jul-2007 | Vendor: Lawyers Travel Service Name:PETER BENVENUTTI Ticket No: 7056418620 Depart Date: 7/15/2007 Route: SFO/PHL/SFO | 816.75 |
| 06-Jul-2007 | VENDOR: Golden State Legal Copy; INVOICE#: 18184; DATE: 07/06/07  - Client documents for production to O'Melveny & Myers | 1,692.70 |
| 09-Jul-2007 | VENDOR: PETTY CASH CUSTODIAN; INVOICE#: 70907; DATE: 7/9/2007 M. Shepard - 3/21/07 Parking for interviews | 98.00 |
| 10-Jul-2007 | Air Freight/Special Postage - Fx - S. Williams Lea - S. Mail Room 06/25/07 | 40.02 |
| 10-Jul-2007 | Air Freight/Special Postage - Fx - S. Williams Lea - S. Mail Room 06/25/07 | 40.02 |
| 10-Jul-2007 | Air Freight/Special Postage - Fx - S. Williams Lea - S. Mail Room 06/25/07 | 40.02 |
| 11-Jul-2007 | VENDOR: PETTY CASH CUSTODIAN; INVOICE#: 71107; DATE: 7/11/2007 M. Shepard - 3/15/07 Parking for                      meeting | 63.00 |
| 11-Jul-2007 | Vendor: Lawyers Travel Service Name:MICHAEL SHEPARD Ticket No: 7056418691 Depart Date: 7/16/2007 Route: WIL/WAS | 90.00 |
| 11-Jul-2007 | Vendor: Lawyers Travel Service Name:MICHAEL SHEPARD Ticket No: 7056418692 Depart Date: 7/15/2007 Route: SFO/PHL_IAD/SFO Re-Issue Fee | 1,705.90 |
| 17-Jul-2007 | Vendor: Lawyers Travel Service Name:MICHAEL SHEPARD Ticket No: 7056418578 Depart Date: 7/15/2007 Route: SFO/PHL/SFO | (2,042.40) |

# REDACTED

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt  Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
charge of 83% per month.

# HellerEhrman LLP

333 South Hope Street  Suite 3900
Los Angeles  CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I.D # 94-1217308
Please Remit Payment To:
File No 73536
PO Box 60000
San Francisco  CA 94160-3536

Invoice Number    10464307

Page 2

| Date | Description | Amount |
|---|---|---|
| 20-Jul-2007 | VENDOR: MICHAEL J. SHEPARD; INVOICE#: 70207; DATE: 7/20/2007 - M Shepard, lodging/cabfare/parking/telephone on 7/15-17/07 trip from San Francisco, CA to Wilmington, DE to Washington DC to attend court hearing, | 770.58 |
| 20-Jul-2007 | VENDOR: MICHAEL J. SHEPARD; INVOICE#: 70207; DATE: 7/20/2007 - M Shepard, meals on 7/15-17/07 trip from San Francisco, CA to Wilmington, DE to Washington DC to attend court hearing, | 70.63 |
| 22-Jul-2007 | VENDOR: BOSTON COACH; INVOICE#: 185038; DATE: 7/22/2007 - Car service from United Airlines, PA to 11th and Market St, DE - M Shepard 7/16/07 | 63.00 |
| 23-Jul-2007 | PAYEE: Client Cost Reclass; REQUEST#: 545550; DATE: 7/23/2007 Vendor: Premier Conferencing Invoice# 5601805-MAR2607 Date: 3/26/2007 Name: Mr. John Landry Conference call - Call Date: 3/16/2007 minutes:140 Type - CH  Number - 1011-325737  Date - 6/6/2007  Session - 17834 | 11.37 |
| 27-Jul-2007 | Air Freight/Special Postage - Fx - P  Autio - Jorge Deneve, Esq. 07/17/07 | 8.50 |
| 27-Jul-2007 | Air Freight/Special Postage - Fx - P  Autio - 07/17/07 | 10.18 |
| 27-Jul-2007 | Air Freight/Special Postage - Fx - P. Autio - David Rosen, Esq. 07/17/07 | 8.50 |
| 27-Jul-2007 | SF Pacers usage for June 2007 | 21.92 |
| | Desktop Publishing Services | 27.50 |
| | Document Production | 74.80 |
| | Photocopy Expense. 584 pages @ $ 0.10/pg | 58.40 |
| | Research Support Services | 166.31 |
| | Telephone Expense | 207.41 |

Total Disbursements ........................................ $   4,245.80

Total for this Matter .................................... $   4,245.80



Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed  any amounts not paid within 30 days will be subject to a late payment
charge of 83% per month