| | | | |
|---|---|---|---|
| **EXHIBIT B** | | | |
| | | | |
| ATTORNEY/PARALEGAL BILLING SUMMARY BY MONTH<br>(July 1, 2007 - July 31, 2007) | | | |
| **Investigation - Interviews & Document Review (0004)** | | | |
| **Attorneys** | | | |
| Michael Shepard | 750 | 0.40 | 300.00 |
| Megan Dixon | 580 | 2.60 | 1,508.00 |
| Michael Liftik | 505 | 6.30 | 3,181.50 |
| **Paralegals** | | | |
| Amy Barth | 180 | 2.30 | 414.00 |
| **Total** | | **11.60** | **5,403.50** |
| **Reporting - Memoranda & Presentations (0005)** | | | |
| **Attorneys** | | | |
| Michael Shepard | 750 | 17.80 | 13,350.00 |
| Megan Dixon | 580 | 9.20 | 5,336.00 |
| Michael Liftik | 505 | 25.40 | 12,827.00 |
| **Paralegals** | | | |
| Amy Barth | 180 | 12.40 | 2,232.00 |
| **Total** | | **64.80** | **33,745.00** |
| **Audit Committee Meetings - Preparation & Communication (0006)** | | | |
| **Attorneys** | | | |
| Neal Brockmeyer | 635 | 2.20 | 1,397.00 |
| Megan Dixon | 580 | 0.20 | 116.00 |
| **Paralegals** | | | |
| Amy Barth | 180 | 2.40 | 432.00 |
| **Total** | | **4.80** | **1,945.00** |
| **Retention and Fee Applications (Heller Ehrman) (0007)** | | | |
| **Attorneys** | | | |
| Michael Shepard | 750 | 22.60 | 16,950.00 |
| Peter Benvenutti | 695 | 65.20 | 45,314.00 |
| Neal Brockmeyer | 635 | 5.00 | 3,175.00 |
| Megan Dixon | 580 | 6.10 | 3,538.00 |
| Michael Liftik | 505 | 7.10 | 3,585.50 |
| Michaeline Correa | 485 | 46.80 | 22,698.00 |
| **Total** | | **152.80** | **95,260.50** |
| **Grand Total** | | **234.00** | **136,354.00** |