| EXHIBIT C |
|---|---|---|---|---|
| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
| Michael Shepard | Joined firm as Shareholder in 1984 and 1994. Bar Admissions: CA Bar 1979 and IL Bar 1977. | 750.00 | 40.8 | $30,600.00 |
| Peter Benvenutti | Joined firm as Shareholder in 1988. Member of CA Bar since 1974. | 695.00 | 65.2 | $45,314.00 |
| Neal Brockmeyer | Joined firm as Shareholder in 1996. Became Senior Of Counsel in 2003. Member of CA Bar since 1964. | 635.00 | 7.2 | $4,572.00 |
| Megan Dixon | Joined firm in 2004. Promoted to Shareholder in 2007. Member of CA Bar since 1992. | 580.00 | 18.1 | $10,498.00 |
| Michael Liftik | Joined firm as Associate in 2004. Member of CA Bar since 2004. Member of MA Bar since 2001. | 505.00 | 38.8 | $19,594.00 |
| Michaeline Correa | Joined firm as Associate in 2001. Member of CA Bar since 2001. | 485.00 | 46.8 | $22,698.00 |
| Amy Barth | Joined firm as Case Assistant in 2006. | 180.00 | 17.1 | $3,078.00 |
| | | Grand Total | | $136,354.00 |
| | | Total Hours | | 234.00 |
| | | Blended Rate | | $582.71 |