## EXHIBIT D

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile ($1.00/page) | | |
| Long Distance Telephone | | 207.41 |
| Telephone Conferencing | Premier Conferencing Service | 11.37 |
| In-House Reproduction (Duplication/Printing) ($0.10/page) | | 58.40 |
| Outside Reproduction | Golden State Legal and Williams Lea | 1692.70 |
| Legal Research (at cost) | Lexis, West and Alcara, Inc. | 188.23 |
| Filing/Court Fees | | |
| Transportation | | 468.39 |
| Travel Expenses | | 1340.83 |
| Inside Courier & Expense Carriers | | |
| Outside Courier & Expense Carriers | First Legal, Federal Express, Network Global Logistics, U.S. Legal Management Services, Inc. | 176.17 |
| Postage | | |
| Binding | | |
| Business Meals | | |
| Document Production | | 74.80 |
| Record Retrieval | | |
| Word Processing and Desktop Publishing | | 27.50 |
| Overtime | | |
| **TOTAL** | | **$4,245.80** |