EXHIBIT E

| Date | Act Tkpr Name | Base Hrs | Bill Hrs | Base Amt | Bill Amt | Narrative |
|---|---|---|---|---|---|---|
| 6/24/2007 | Benvenutti, Peter | 1.2 | 0 | $834.00 | $0.00 | E-mail to Mr. Shepard re response to UST inquiry re cooperation with examiner (.50); review e-mails |
| 7/1/2007 | Corbit, Fred | 3 | 0 | $1,785.00 | $0.00 | Incorporate facts into Response to UST's limited objection (2.0); revise legal analysis section in R |
| 7/2/2007 | Correa, Michaeline | 2.5 | 0 | $1,212.50 | $0.00 | Review and revise response, case law re same. |
| 7/3/2007 | Liftik, Michael | 1.7 | 0 | $858.50 | $0.00 | RETENTION: conference re Shepard declaration and other fact gathering needed(.5); review bills for d |
| 7/9/2007 | Brockmeyer, Neal | 3.2 | 0 | $2,032.00 | $0.00 | Review and comment on affidavits and response; exchange e-mails re same. |
| 7/11/2007 | Shepard, Michael | 5.1 | 0 | $3,825.00 | $0.00 | Meet with Mr. Benvenutti (.7); final revisions to filings (2.4); prepare for Delaware hearing (2.0) |
| 7/11/2007 | Brockmeyer, Neal | 1.8 | 0 | $1,143.00 | $0.00 | Review revised response and declarations and send comments on same; review final response and declar |
| 7/11/2007 | Correa, Michaeline | 4.5 | 0 | $2,182.50 | $0.00 | Finalized declarations and response for filing. |
| 7/12/2007 | Liftik, Michael | 0.7 | 0 | $353.50 | $0.00 | RETENTION: Conference re bill review project for objection hearing. |
| 7/17/2007 | Brockmeyer, Neal | 0.6 | 0 | $381.00 | $0.00 | RETENTION/COMPENSATION: Telephone discussions with Mr. Benvenutti and Ms. Correa re fees and new fi |
| 7/17/2007 | Diggs, Benjamin | 0.1 | 0 | $28.50 | $0.00 | Update personal billing information as a billing attorney on the case. |
| 7/25/2007 | Correa, Michaeline | 1.4 | 0 | $679.00 | $0.00 | Prepare fee application. |
| 7/26/2007 | Peterson, Oona | 0.2 | 0 | $71.00 | $0.00 | Review past bills; add detail to same. |
| 7/26/2007 | Diggs, Benjamin | 0.7 | 0 | $199.50 | $0.00 | Review bills sent by Ms. Correa to add specificity for itemized billing. |
| 7/30/2007 | Correa, Michaeline | 1.2 | 0 | $582.00 | $0.00 | Draft fee application. |
| 7/27/2007 | Diggs, Benjamin | 0.7 | 0 | $199.50 | $0.00 | Review New Century bills to specify time spent on each task recorded. |
| | TOTAL WRITE OFF: | 28.6 | | $16,366.50 | | |