# EXHIBIT B-1

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**TIME SUMMARY**
**(APRIL 16, 2007 – MAY 31, 2007)**

**Bill No: 1159301**

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Eric M. Davis | 1992 | $775 | 10.90 | $ 8,447.50 |
| Benjamin B. Klubes | 1990 | 790 | 32.70 | 25,833.00 |
| Matthew J. Matule | 1994 | 775 | 2.80 | 2,170.00 |
| Andrew L. Sandler | 1983 | 810 | 4.20 | 3,402.00 |
| | | | | |
| **TOTAL PARTNERS** | | | **50.60** | **$39,852.50** |
| | | | | |
| **ASSOCIATES** | | | | |
| Valerie L. Hletko | 2002 | $535 | 131.70 | $70,459.50 |
| Kimberly A. LaMaina | 2001 | 535 | 38.90 | 20,811.50 |
| Amy E. Moses | 2004 | 435 | 1.20 | 522.00 |
| | | | | |
| **TOTAL ASSOCIATES** | | | **171.80** | **$91,793.00** |
| | | | | |
| **PARAPROFESSIONALS** | | | | |
| Phyllis N. Bentovim | N/A | $65 | 11.50 | $ 747.50 |
| Nancy E. Bretsch | N/A | 65 | 11.50 | 747.50 |
| Cecilia Curran | N/A | 250 | 1.50 | 375.00 |
| Thinley Dorjee | N/A | 95 | 1.20 | 114.00 |
| Jason N. Froehlich | N/A | 225 | 59.00 | 13,275.00 |
| Renee B. Johnson | N/A | 65 | 3.00 | 195.00 |
| Larry S. Morton | N/A | 250 | 8.90 | 2,225.00 |
| | | | | |
| **TOTAL PARAPROFESSIONALS** | | | **96.60** | **$17,679.00** |
| | | | | |
| | | **TOTAL** | **319.00** | **$149,324.50** |
| | | | | |
| | | **BLENDED HOURLY RATE** | | **$468.10** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**PROJECT CATEGORY SUMMARY**
**(APRIL 16, 2007 - MAY 31, 2007)**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Litigation (General) | 9.90 | $5,978.00 |
| Nonworking Travel Time | 3.80 | $3,002.00 |
| Regulatory and SEC Matters | 256.10 | $113,943.00 |
| Retention/Fee Matters (SASM&F) | 49.20 | $26,401.50 |
| **TOTAL** | **319.00** | **$149,324.50** |

\*  Hours billed for nonworking travel time represent 50% of the actual time spent traveling.

```
New Century Financial Corporation (DIP)              Bill Date: 09/11/07
Litigation (General)                                 Bill Number: 1159301
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| KLUBES BB | 05/24/07 | 0.30 | TELEPHONE CONFERENCE WITH V. HLETKO RE: OHIO AND REVIEW E-MAILS RE: SAME (.3). |
| | | **0.30** | |
| SANDLER AL | 04/19/07 | 2.20 | TELEPHONE CONFERENCES WITH M. MCCARTHY ET AL. RE: PRIORITIZING STATE RESPONSES AND RESPONSE STRATEGIES (.8);  REVIEW ORDERS AND MATERIALS IN CONNECTION WITH SAME (1.4). |
| | | **2.20** | |
| **Total Partner** | | **2.50** | |
| HLETKO VL | 04/19/07 | 4.90 | TELEPHONE CONFERENCES WITH K. RICHMAN RE: OHIO AND REGULATORY ROAD MAP (2.5); REVIEW STATE-SPECIFIC REQUIREMENTS (2.4). |
| HLETKO VL | 04/24/07 | 0.40 | REVIEW OHIO ORDER IMPLICATIONS (.4). |
| HLETKO VL | 05/25/07 | 1.20 | REVIEW OHIO FILING (1.2). |
| | | **6.50** | |
| LAMAINA KA | 05/04/07 | 0.90 | REVIEW OHIO LITIGATION (.9). |
| | | **0.90** | |
| **Total Associate** | | **7.40** | |
| **TOTAL TIME** | | **9.90** | |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**New Century Financial Corporation (DIP)**  **Bill Date: 09/11/07**
**Nonworking Travel Time**  **Bill Number: 1159301**

| **NAME** | **DATE** | **HOURS** | **DESCRIPTION** |
|---|---|---|---|
| KLUBES BB | 04/26/07 | 1.80 | TRAVEL TO SAN FRANCISCO, CA (3.50). |
| KLUBES BB | 04/27/07 | 2.00 | RETURN TRAVEL TO WASHINGTON, DC (4.0). |
| | | **3.80** | |
| **Total Partner** | | **3.80** | |
| **TOTAL TIME** | | **3.80** | |

2

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**New Century Financial Corporation (DIP)**          Bill Date: 09/11/07
**Regulatory and SEC Matters**                        Bill Number: 1159301

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| KLUBES BB | 04/16/07 | 1.50 | TELEPHONE CONFERENCE WITH J. NEVE AND M. MALAVOS RE: STATUS OF CONSENT ORDER (.5); DAILY TELEPHONE CONFERENCE WITH NEW CENTURY PERSONNEL RE: REGULATORY MATTERS (.5); REVIEW AND RESPOND TO E-MAILS FROM CLIENT RE: REGULATORY MATTERS (.5). |
| KLUBES BB | 04/17/07 | 0.50 | CONFERENCE WITH V. HLETKO RE: STATUS AND STRATEGY (.2); REVIEW AND RESPOND TO EMAIL FROM CLIENT RE: REGULATORY MATTERS (.3). |
| KLUBES BB | 04/18/07 | 0.40 | TELEPHONE CONFERENCE WITH V. HLETKO RE: STATUS AND STRATEGY ON REGULATORY ACTIONS. |
| KLUBES BB | 04/19/07 | 2.10 | CONFERENCE WITH V. HLETKO RE: STATUS AND STRATEGY ON REGULATORY ACTIONS (.4); REVIEW CONSENT ORDERS (.5); TELEPHONE CONFERENCE WITH CLIENT RE: REGULATORY APPROACH (.5); DAILY TELEPHONE CONFERENCE RE: REGULATORY MATTERS (.5); TELEPHONE CALL TO REGULATORS RE: REGULATORY MATTERS (.2). |
| KLUBES BB | 04/20/07 | 0.30 | TELEPHONE CONFERENCE WITH CLIENT RE: REGULATORY ISSUES (.3). |
| KLUBES BB | 04/23/07 | 1.80 | REVIEW AND RESPOND TO EMAIL FROM CLIENT RE: REGULATORY MATTERS (.2); TELEPHONE CALL TO L. OBERHELMAN RE: PRESS (.3); EMAIL TO L. WILLIAMS RE: TENNESSEE PROCEEDING (.1); CONFERENCE WITH V. HLETKO RE: TENNESSEE PROCEEDING (.2); REVIEW MASSACHUSETTS LETTER RE: SAME (.2); DAILY TELEPHONE CONFERENCE WITH CLIENT RE: REGULATORY MATTERS (.8). |
| KLUBES BB | 04/24/07 | 1.80 | TELEPHONE CALL FROM A. MAYORKIS RE: REGULATORY MATTERS (.2); DAILY TELEPHONE CONFERENCE WITH CLIENT RE: REGULATORY MATTERS (.5); REVIEW REGULATORY PRESENTATION AND E-MAIL V. HTLETKO RE: SAME (.5); TELEPHONE CALL AND E-MAIL FROM MARYLAND ATTORNEY GENERAL RE: PROCEEDING (.2); REVIEW AND RESPOND TO E-MAIL FROM MARYLAND ATTORNEY GENERAL RE: PROCEEDING (.4). |
| KLUBES BB | 04/25/07 | 1.60 | REVISE REGULATOR PRESENTATION (.5); TELEPHONE CONFERENCE RE: PRESERVATION ISSUES (.5); REVIEW PRESENTATION TALKING POINTS AND CONFERENCE WITH V. HLETKO RE: SAME (.4); TELEPHONE CALL FROM G. SHORT (MASSACHUSETTS) RE: ORDER (.2). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| KLUBES BB | 04/26/07 | 1.90 | REVIEW CALIFORNIA REGULATOR PRESENTATION TALKING POINTS (1.0); TELEPHONE CONFERENCE WITH CLIENT RE: PRESENTATION (.5); PREPARE FOR AND ATTEND TELEPHONE CONFERENCES WITH V. HLETKO RE: REGULATORY PRESENTATION (.4). |
| KLUBES BB | 04/27/07 | 2.00 | CONFERENCE WITH T. THEOLODIGIS RE: MEETING WITH CALIFORNIA CORPORATIONS DEPARTMENT (1.0); MEET WITH CALIFORNIA CORPORATIONS DEPARTMENT (1.0). |
| KLUBES BB | 04/30/07 | 1.10 | PREPARE FOR AND ATTEND TELEPHONE CALLS TO REGULATORS RE: STATUS (.3); CONFERENCE WITH V. HLETKO RE: STATUS (.2); DAILY TELEPHONE CONFERENCE WITH CLIENT RE: REGULATORY MATTERS (.6). |
| KLUBES BB | 05/01/07 | 1.90 | EMAIL FROM CLIENT RE: REGULATOR MEETINGS (.3); DAILY TELEPHONE CONFERENCE WITH NEW CENTURY PERSONNEL RE: REGULATORY MATTERS (.8); TELEPHONE CONFERENCE WITH K. RICHMAN AND T. THEOLOGIDES RE: OHIO ORDER (.8). |
| KLUBES BB | 05/02/07 | 0.80 | TELEPHONE CONFERENCE WITH M. MALAVOS AND OTHERS RE: OHIO ISSUES(.3); REVIEW OHIO ISSUES RE: SAME (.5). |
| KLUBES BB | 05/03/07 | 0.50 | TELEPHONE CALL FROM R. RICKETTS RE: REGULATORY STATUS AND EMAIL FROM CLIENT RE: SAME (.2); REVIEW AND RESPOND TO EMAIL RE: REGULATORY MATTERS (.3). |
| KLUBES BB | 05/04/07 | 1.20 | PREPARE FOR TELEPHONE CALL TO MARYLAND REGULATOR RE: STATUS OF ORDER (.5); TELEPHONE CALL TO E. WILLIAMS RE: TENNESSEE CONSENT DECREE (.3); TELEPHONE CONFERENCE WITH ALJ RE: TENNESSEE ORDER (.2); TELEPHONE CALL TO K. RICHMAN RE: SAME (.2). |
| KLUBES BB | 05/07/07 | 0.40 | TELEPHONE CALL TO MASSACHUSETTS REGULATOR RE: SUBPOENA (.2); TELEPHONE CALL TO E. WILLIAMS RE: TENNESSEE CONSENT DECREE (.2). |
| KLUBES BB | 05/08/07 | 1.00 | REVIEW DRAFT CONSENT ORDER AND MASSACHUSETTS PRODUCTION LETTER (.3); TELEPHONE CONFERENCE WITH V. HLETKO RE: SAME (.2); DAILY TELEPHONE CONFERENCE WITH NEW CENTURY PERSONNEL RE: REGULATORY STATUS (.5). |
| KLUBES BB | 05/10/07 | 1.50 | TELEPHONE CALL TO RHODE ISLAND REGULATOR RE: ORDER (.4); CONFERENCE WITH V. HLETKO AND K. RICHMAN RE: REGULATORY MATTER (.3); CONFERENCE WITH E. DAVIS RE: BANKRUPTCY STATUS (.4); REVIEW AND RESPOND TO E-MAILS FROM CLIENT RE: REGULATORY MATTERS (.4). |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| KLUBES BB | 05/11/07 | 0.60 | TELEPHONE CALL TO C. YOUNG (MARYLAND) RE: CONSENT ORDER (.2); CONFERENCE WITH V. HLETKO RE: CONSENT ORDER (.2); REVIEW RHODE ISLAND DRAFT CONSENT ORDER (.1); TELEPHONE CALL FROM MASSACHUSETTS ATTORNEY GENERAL'S OFFICE RE: SUBPOENA (.1). |
| KLUBES BB | 05/14/07 | 0.60 | CONFERENCE WITH V. HLETKO RE: STATUS AND STRATEGY (.2); REVIEW MARYLAND ORDERS AND CONFERENCE WITH V. HLETKO RE: SAME (.2); REVIEW AND RESPOND TO EMAIL FROM CLIENT RE: REGULATORY MATTERS (.2). |
| KLUBES BB | 05/15/07 | 0.60 | DAILY TELEPHONE CONFERENCE WITH NEW CENTURY PERSONNEL RE: REGULATORY MATTERS (.5); REVIEW CONNECTICUT PROPOSED ORDER (.1). |
| KLUBES BB | 05/16/07 | 0.50 | CONFERENCE WITH V. HLETKO RE: REGULATORY STATUS (.2); REVIEW AND RESPOND TO EMAIL FROM CLIENT RE: REGULATORY MATTERS (.3). |
| KLUBES BB | 05/17/07 | 0.40 | CONFERENCE WITH V. HLETKO RE: CONSENT AGREEMENTS (.1); REVIEW AND RESPOND TO EMAIL FROM CLIENT RE: REGULATORY STATUS (.3). |
| KLUBES BB | 05/22/07 | 0.20 | REVIEW EMAIL AND TELEPHONE CALL TO V. HLETKO RE: SAME (.2). |
| KLUBES BB | 05/23/07 | 0.90 | TELEPHONE CONFERENCE WITH E. DAVIS RE: STATUS (.3); DAILY TELEPHONE CONFERENCE WITH NEW CENTURY PERSONNEL RE: REGULATORY MATTERS (.6). |
| KLUBES BB | 05/24/07 | 0.30 | TELEPHONE CONFERENCE WITH M. MALAVOS AND J. DENEVE RE: DOCUMENT PRODUCTION (.3). |
| KLUBES BB | 05/25/07 | 0.50 | REVIEW AND RESPOND TO EMAIL FROM CLIENT RE: REGULATORY STATUS. |
| KLUBES BB | 05/29/07 | 0.30 | REVIEW AND RESPOND TO EMAIL FROM CLIENT RE: REGULATORY MATTERS. |
| KLUBES BB | 05/31/07 | 1.40 | CONFERENCE WITH V. HLETKO AND REVIEW AND RESPOND TO EMAILS FROM CLIENT RE: REGULATORY MATTERS (.3); DAILY TELEPHONE CONFERENCE WITH NEW CENTURY PERSONNEL RE: REGULATORY MATTERS (.5); REVIEW DC ATTORNEY GENERAL SUBPOENA (.6). |
| | | **28.60** | |
| MATULE MJ | 04/18/07 | 2.80 | TELEPHONE CONFERENCES WITH NEW HAMPSHIRE BANKING DEPT. RE: HEARING NOTICE AND CONTINUANCE (.6); REVISIONS TO MOTION TO CONTINUE (2.2). |
| | | **2.80** | |
| SANDLER AL | 04/16/07 | 0.50 | ANALYZE STATE RESPONSE REQUIREMENTS. |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| SANDLER AL | 04/21/07 | 1.00 | WORK ON STATE ENFORCEMENT PLAN. |
| SANDLER AL | 05/31/07 | 0.50 | REVIEW WASHINGTON, DC INFORMATION REQUEST (.5). |
| | | **2.00** | |
| **Total Partner** | | **33.40** | |
| HLETKO VL | 04/17/07 | 4.20 | CLIENT TELEPHONE CONFERENCES RE: LICENSING STRATEGY (1.0); REVIEW NEW JERSEY CONSENT AGREEMENT (2.0); PREPARE AGENDA (1.2). |
| HLETKO VL | 04/18/07 | 6.90 | TELEPHONE CONFERENCE WITH NEW HAMPSHIRE REGULATOR RE: ORDER (.5); PREPARE MOTION TO CONTINUE (4.0); REVIEW STATE-SPECIFIC REQUIREMENTS FOR REGULATORY ROAD MAP (2.0); LITIGATION UPDATE TELEPHONE CONFERENCE WITH B. KLUBES (.4). |
| HLETKO VL | 04/20/07 | 4.00 | PREPARE REGULATORY ROAD MAP SLIDESHOW (1.5); REVIEW ESCROW SPREADSHEET (1.0); TELEPHONE CONFERENCE WITH DAILY UPDATE PARTICIPANTS (CLIENT) RE: REGULATORY MATTERS (1.5). |
| HLETKO VL | 04/23/07 | 4.50 | REVIEW AND REVISE STATE ENFORCEMENT DISCLOSURES (1.5); REVIEW AND REVISE ESCROW SPREADSHEET (2.0); REVIEW DOCUMENTS FOR PRODUCTION (1.0). |
| HLETKO VL | 04/24/07 | 10.30 | PREPARE REGULATORY TALKING POINTS (5.7); REVIEW REINSTATEMENT ACTION PLAN (1.1); MONITOR ESCROW FUND DISBURSEMENT (1.0); REVIEW NEW HAMPSHIRE ORDERS (1.0); DRAFT REGULATORY DISCLOSURES (1.5). |
| HLETKO VL | 04/25/07 | 3.20 | REVIEW COMPLAINT SUMMARIES AND EXAMINATION HISTORIES (3.2). |
| HLETKO VL | 04/26/07 | 4.20 | REVISE POWERPOINT PRESENTATION (3.1); DRAFT REGULATOR TALKING POINTS (1.1). |
| HLETKO VL | 04/27/07 | 6.10 | MANAGE LOGISTICS RE: ESCROW FUND DISBURSEMENT (2.1); REVISE POWERPOINT AND REGULATOR TALKING POINTS CONTEMPORANEOUSLY (4.0). |
| HLETKO VL | 04/30/07 | 2.70 | PREPARE REGULATOR TALKING POINTS (2.7). |
| HLETKO VL | 05/02/07 | 2.70 | REVISE REGULATORY DISCLOSURES (.7); PREPARE TALKING POINTS FOR REGULATOR MEETINGS (2.0). |
| HLETKO VL | 05/03/07 | 4.40 | REVISE DISCLOSURES (1.3); REVIEW STATE LICENSING STATUTES (3.1). |
| HLETKO VL | 05/04/07 | 4.10 | TELEPHONE CONFERENCES WITH K. RICHMAN AND OTHERS RE: REGULATORY MATTERS (2.1); AUDIT ESCROW SPREADSHEET (.5); PREPARE DRAFT CONSENT AGREEMENTS (1.5). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| HLETKO VL | 05/07/07 | 3.80 | REVIEW CONNECTICUT HISTORY (1.2); AUDIT ESCROW SPREADSHEET (1.0); TELEPHONE CONFERENCES WITH REGULATORS IN MASSACHUSETTS AND MARYLAND RE: ORDERS (1.3); TELEPHONE CONFERENCE WITH J. GRAY TUCKER RE: ORDERS(.3). |
| HLETKO VL | 05/08/07 | 7.30 | RESEARCH CALIFORNIA ORDER (2.7); REVIEW POTENTIAL RESPONSIVE DOCUMENTS FOR MASSACHUSETTS PRODUCTION (4.6). |
| HLETKO VL | 05/09/07 | 5.90 | PREPARE TELEPHONE CONFERENCE TALKING POINTS (1.2); REVIEW NEW HAMPSHIRE HISTORY (1.2); DRAFT DISCLOSURE LANGUAGE (1.5); PREPARE TENNESSEE CONSENT (1.0); PREPARE MASSACHUSETTS CONSENT (1.0). |
| HLETKO VL | 05/10/07 | 4.80 | CONFERENCE WITH K. RICHMAN RE: MASSACHUSETTS PRODUCTION (.5); PREPARE SAME (1.1); PREPARE DRAFT CONSENT AGREEMENTS (2.3); TELEPHONE CONFERENCE WITH RHODE ISLAND REGULATORS RE: ORDER (.5); MEET WITH B. KLUBES RE: REGULATORY MATTERS (.4). |
| HLETKO VL | 05/11/07 | 4.90 | REVIEW DRAFT ORDERS (1.2); PREPARE MASSACHUSETTS PRODUCTION (2.2); REVIEW OUTSTANDING WASHINGTON, DC LOANS (1.0); TELEPHONE CONFERENCE WITH K. RICHMAN RE: REGULATORY MATTERS(.5). |
| HLETKO VL | 05/14/07 | 7.00 | MANAGE LOGISTICS RE: ESCROW ACCOUNT (3.2); DRAFT CONSENT AGREEMENTS (2.7); DRAFT LETTER TO WASHINGTON, DC ATTORNEY GENERAL RE: INVESTIGATION (1.1). |
| HLETKO VL | 05/15/07 | 4.20 | PREPARE CONSENT ORDERS (1.3); TELEPHONE CONFERENCES WITH REGULATORS RE: CD ORDERS (2.2); MANAGE ESCROW LOGISTICS (.7). |
| HLETKO VL | 05/16/07 | 7.60 | TELEPHONE CONFERENCES WITH REGULATORS RE: REGULATORY MATTERS (2.1); PREPARE CONSENT AGREEMENTS (2.4); PREPARE CASE SUMMARY (3.1). |
| HLETKO VL | 05/17/07 | 3.30 | REVISE CONSENT ORDERS (2.1); PREPARE CASE SUMMARY (1.2). |
| HLETKO VL | 05/21/07 | 4.00 | REVISE DISCLOSURES (1.3); TELEPHONE CONFERENCE WITH REGULATORS RE: REGULATORY MATTERS (.5); REVISE CONSENT AGREEMENTS (2.2). |
| HLETKO VL | 05/22/07 | 3.40 | MANAGE ESCROW LOGISTICS (1.2); TELEPHONE CONFERENCE WITH K. RICHMAN RE: CARRINGTON LICENSES (1.0); PREPARE CASE SUMMARIES (1.2). |
| HLETKO VL | 05/23/07 | 2.50 | PREPARE CONSENT ORDERS (1.5); REVISE CARRINGTON ADDENDUM (.5); TELEPHONE CONFERENCE WITH C. YOUNG RE: REGULATORY MATTERS (.5). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| HLETKO VL | 05/24/07 | 3.80 | MANAGE LOGISTICS RE: ESCROW ACCOUNT (1.4); DRAFT DISCLOSURE EDITS (1.2); RESEARCH RE: QUARTERLY ASSESSMENT FEES (1.2). |
| HLETKO VL | 05/25/07 | 2.60 | PREPARE SUMMARY UPDATE (.5); REVIEW AND UPDATE CALIFORNIA DISCLOSURE STATEMENT (2.1). |
| HLETKO VL | 05/31/07 | 2.80 | UPDATE SUMMARIES (2.1); TELEPHONE CALL TO R. RICKETS RE: ORDER (.2); DRAFT MEMORANDUM TO CLIENT RE: ESCROW (.5). |
| | | **125.20** | |
| LAMAINA KA | 04/16/07 | 0.50 | REVIEW BANKRUPTCY COURT FILINGS RE: REGULATORY ACTIONS (.5). |
| LAMAINA KA | 04/20/07 | 1.20 | REVIEW SEC FILINGS ON REGULATORY ACTIONS (1.2). |
| LAMAINA KA | 04/27/07 | 3.30 | REVIEW REGULATORY ACTIONS AND STATUS (3.3). |
| LAMAINA KA | 05/04/07 | 2.30 | REVIEW REGULATORY ACTIONS (2.3). |
| LAMAINA KA | 05/29/07 | 1.30 | REVIEW ESCROW ARRANGEMENT (1.3). |
| | | **8.60** | |
| MOSES AE | 05/10/07 | 1.20 | REVIEW FILING AND TALKING POINTS FOR CONFERENCE WITH REGULATIONS (1.0); TELEPHONE CONFERENCE WITH RHODE ISLAND REGULATORS RE: REQUEST FOR HEARING AND PROPOSED CONSENT ORDER (.20). |
| | | **1.20** | |
| **Total Associate** | | **135.00** | |
| FROEHLICH JN | 04/16/07 | 5.00 | SCAN AND LOG REGULATORY CORRESPONDENCE INTO DATABASE FOR POTENTIAL DISCLOSURE. |
| FROEHLICH JN | 04/17/07 | 1.00 | SCAN AND LOG REGULATORY CORRESPONDENCE INTO DATABASE FOR POTENTIAL DISCLOSURE. |
| FROEHLICH JN | 04/18/07 | 4.00 | SCAN AND LOG REGULATORY CORRESPONDENCE INTO DATABASE FOR POTENTIAL DISCLOSURE. |
| FROEHLICH JN | 04/19/07 | 1.80 | SCAN AND LOG REGULATORY CORRESPONDENCE INTO DATABASE FOR POTENTIAL DISCLOSURE. |
| FROEHLICH JN | 04/24/07 | 2.20 | SCAN AND LOG REGULATORY CORRESPONDENCE INTO DATABASE FOR POTENTIAL DISCLOSURE. |
| FROEHLICH JN | 04/25/07 | 2.60 | SCAN AND LOG REGULATORY CORRESPONDENCE INTO DATABASE FOR POTENTIAL DISCLOSURE. |
| FROEHLICH JN | 04/26/07 | 1.00 | SCAN AND LOG REGULATORY CORRESPONDENCE INTO DATABASE FOR POTENTIAL DISCLOSURE. |
| FROEHLICH JN | 04/27/07 | 2.00 | SCAN AND LOG REGULATORY CORRESPONDENCE INTO DATABASE FOR POTENTIAL DISCLOSURE. |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| FROEHLICH JN | 05/01/07 | 1.00 | ASSEMBLE FOR ATTORNEY REVIEW THE CORRESPONDENCE FROM TN, MD, AND MA. |
| FROEHLICH JN | 05/02/07 | 3.00 | ASSEMBLE FOR ATTORNEY REVIEW THE CORRESPONDENCE FROM TN, MA, AND MD. |
| FROEHLICH JN | 05/08/07 | 2.00 | ASSIST WITH ASSEMBLY OF DOCUMENT PRODUCTION. |
| FROEHLICH JN | 05/11/07 | 3.00 | ASSIST WITH ASSEMBLY OF DOCUMENT PRODUCTION. |
| FROEHLICH JN | 05/14/07 | 1.50 | ASSIST WITH ASSEMBLY OF DOCUMENT PRODUCTION. |
| FROEHLICH JN | 05/15/07 | 0.50 | ASSIST WITH ASSEMBLY OF DOCUMENT PRODUCTION. |
| FROEHLICH JN | 05/18/07 | 5.00 | ASSIST WITH ASSEMBLY OF DOCUMENT PRODUCTION. |
| FROEHLICH JN | 05/22/07 | 5.00 | SCAN AND LOG REGULATORY CORRESPONDENCE INTO DATABASE FOR POTENTIAL DISCLOSURE. |
| FROEHLICH JN | 05/23/07 | 3.00 | DRAFT DOCUMENT PRODUCTION LOG. |
| FROEHLICH JN | 05/24/07 | 5.00 | DRAFT DOCUMENT PRODUCTION LOG. |
| FROEHLICH JN | 05/29/07 | 5.20 | DRAFT DOCUMENT PRODUCTION LOG. |
| FROEHLICH JN | 05/30/07 | 0.50 | SCAN AND LOG REGULATORY CORRESPONDENCE INTO DATABASE FOR POTENTIAL DISCLOSURE. |
| FROEHLICH JN | 05/31/07 | 4.70 | SCAN AND LOG REGULATORY CORRESPONDENCE INTO DATABASE FOR POTENTIAL DISCLOSURE. |
| | | **59.00** | |
| **Total Legal Assistant** | | **59.00** | |
| BENTOVIM PN | 04/24/07 | 3.50 | PREPARE CHECKS FOR CLIENT TRUST ACCOUNT. |
| BENTOVIM PN | 04/26/07 | 2.50 | PREPARE CHECKS FOR CLIENT TRUST ACCOUNT. |
| BENTOVIM PN | 05/07/07 | 1.50 | PREPARE CHECKS FOR CLIENT TRUST ACCOUNT. |
| BENTOVIM PN | 05/08/07 | 1.50 | PREPARE CHECKS FOR CLIENT TRUST ACCOUNT. |
| BENTOVIM PN | 05/09/07 | 1.50 | PREPARE CHECKS FOR CLIENT TRUST ACCOUNT. |
| BENTOVIM PN | 05/10/07 | 1.00 | PREPARE CHECKS FOR CLIENT TRUST ACCOUNT. |
| | | **11.50** | |
| BRETSCH NE | 04/24/07 | 3.50 | CHECK PREPARATION FOR CLIENT TRUST ESCROW ACCOUNT. |
| BRETSCH NE | 04/25/07 | 2.00 | CHECK PREPARATION FOR CLIENT TRUST ESCROW ACCOUNT. |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| BRETSCH NE | 04/26/07 | 1.50 | REVIEW CHECKS FOR CLIENT TRUST ESCROW ACCOUNT. |
| BRETSCH NE | 05/07/07 | 1.50 | PREPARE ESCROW CHECKS. |
| BRETSCH NE | 05/08/07 | 1.50 | PREPARE ESCROW CHECKS. |
| BRETSCH NE | 05/09/07 | 1.50 | PREPARE ESCROW CHECKS. |
| | | **11.50** | |
| CURRAN C | 04/27/07 | 1.50 | RESEARCH CORPORATE INVESTIGATIONS. |
| | | **1.50** | |
| DORJEE T | 05/01/07 | 1.20 | SCAN AND LOG REGULATORY CORRESPONDENCE INTO DATABASE FOR POTENTIAL DISCLOSURE. |
| | | **1.20** | |
| JOHNSON RB | 04/24/07 | 0.50 | REVIEW ESCROW CHECK. |
| JOHNSON RB | 04/25/07 | 1.50 | ASSIST WITH ESCROW CHECK PRODUCTION. |
| JOHNSON RB | 04/26/07 | 1.00 | PREPARE MEMORANDUM FOR CLIENT RE: ESCROW CHECKS. |
| | | **3.00** | |
| **Total Legal Assistant Specialist** | | **28.70** | |
| **TOTAL TIME** | | **256.10** | |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**New Century Financial Corporation (DIP)**                  **Bill Date: 09/11/07**
**Retention/Fee Matters (SASM&F)**                         **Bill Number: 1159301**

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DAVIS EM | 05/01/07 | 2.10 | REVIEW AND REVISE APPLICATION AND DECLARATION (1.2); READ AND ANALYZE DISCLOSURE OF CONFLICTS PER EMAIL RESPONSES AND NEED TO ADD TO DECLARATION (.9). |
| DAVIS EM | 05/02/07 | 1.00 | REVIEW LATEST CONNECTED PARTIES AND 2002 ENTRIES AS SAME RELATE TO RETENTION (.8); TELEPHONE CALL TO B. KLUBES RE: STATUS (.2). |
| DAVIS EM | 05/04/07 | 2.30 | CONTINUE REVIEWING DISCLOSURE ISSUES (.5); RE-REVISE THE DECLARATION AND UPDATE SAME (1.8). |
| DAVIS EM | 05/08/07 | 2.20 | REVIEW TRUSTEE MOTION AND RESPONSE AND HOW SAME MIGHT EFFECT RETENTION (.8); REVISE DECLARATION AND HAVE SAME CIRCULATED TO DEBTOR (.9); READ LATEST EMAIL CHART ON CONNECTIONS AS SAME RELATE TO DISCLOSURE (.5). |
| DAVIS EM | 05/15/07 | 0.70 | COMMUNICATE WITH J. KNIGHT RE: TRUSTEE ISSUES AND STATUS OF MOTION AS SAME RELATES TO RETENTION (.5); RECEIVE STATUS UPDATE ON AMOUNT OF DISCLOSURE RESPONSES (.2). |
| DAVIS EM | 05/29/07 | 0.90 | TELEPHONE CALL FROM J. MCMAHON RE: STATEMENT FROM US TRUSTEE (.3); REVIEW AND REVISE 2019 STATEMENT (.6). |
| DAVIS EM | 05/31/07 | 1.70 | REVIEW EMAIL AND OUTLINE FORWARDED BY US TRUSTEE (.8); FOLLOWUP ON ISSUES RAISED BY US TRUSTEE, INCLUDING EXAMINING SCOPE OF REPRESENTATION AND INQUIRY TO DEBTOR RE: BEST INTERESTS TEST(.3); COUNSEL WITH K. LAMAINA RE: STRATEGY GOING FORWARD (.6). |
| | | **10.90** | |
| **Total Partner** | | **10.90** | |
| LAMAINA KA | 04/16/07 | 3.20 | CONNECTIONS AND DISCLOSURE RESEARCH (3.2). |
| LAMAINA KA | 04/26/07 | 5.20 | DRAFT APPLICATION (5.2). |
| LAMAINA KA | 04/27/07 | 6.00 | DRAFT APPLICATION (2.3); DRAFT DECLARATION (2.8); DRAFT ORDER (.9). |
| LAMAINA KA | 04/30/07 | 9.00 | CONNECTIONS AND DISCLOSURE RESEARCH (8.2); REVISE DECLARATION (.8). |
| LAMAINA KA | 05/02/07 | 1.80 | REVISE APPLICATION AND ORDER (1.8). |
| LAMAINA KA | 05/11/07 | 4.20 | FINALIZE RETENTION PAPERS (4.2). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

|  |  |  |  |
|---|---|---|---|
|  |  | **29.40** |  |
| **Total Associate** |  | **29.40** |  |
| MORTON LS | 04/16/07 | 3.30 | ASSIST ATTORNEY WITH CONFLICT CHECK RE: REVIEW VARIOUS LIST OF DEBTORS (2.7); DISCUSSION AND MEETING WITH ATTORNEY RE: SAME (.6). |
| MORTON LS | 04/26/07 | 2.70 | ASSIST WITH RETENTION APPLICATION (.9); RESEARCH ALL PROFESSIONALS RETAINED IN CASE (.7); COMPILE BRSQ PRECEDENT FORMS AND FORWARD TO ATTORNEY (.5); REVIEW ALL CONFLICT LIST (.6). |
| MORTON LS | 04/27/07 | 2.90 | REVISE CONFLICTS LIST WITH ADDITIONAL PARTIES RE: 2002 LIST (2.9). |
|  |  | **8.90** |  |
| **Total Legal Assistant** |  | **8.90** |  |
| **TOTAL TIME** |  | **49.20** |  |
|  |  |  |  |
| **CLIENT TOTAL** |  | **319.00** |  |