# EXHIBIT B-2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(APRIL 16, 2007 - MAY 31, 2007)**

| Expense Category | Total Expenses |
|---|---:|
| Computer Legal Research | $1,970.84 |
| Long Distance Telephone | $12.02 |
| In-House Reproduction | $580.10 |
| Outside Reproduction | $25.47 |
| Courier & Express Carriers (e.g., Federal Express) | $614.14 |
| Postage | $162.38 |
| Electronic Document Management | $50.08 |
| **TOTAL** | **$3,415.03** |

```
New Century Financial Corporation (DIP)          Bill Date: 09/11/07
Regulatory and SEC Matters                       Bill Number: 1159301
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| In-house Reproduction | 04/17/07 | Copy Center, D | 1.30 |
| In-house Reproduction | 05/04/07 | Copy Center, D | 312.40 |
| In-house Reproduction | 05/04/07 | Copy Center, D | 6.40 |
| In-house Reproduction | 05/08/07 | Copy Center, D | 72.70 |
| In-house Reproduction | 05/08/07 | Copy Center, D | 4.70 |
| In-house Reproduction | 05/11/07 | Copy Center, D | 28.80 |
| In-house Reproduction | 05/15/07 | Copy Center, D | 35.00 |
| In-house Reproduction | 05/15/07 | Copy Center, D | 0.40 |
| In-house Reproduction | 05/18/07 | Copy Center, D | 116.90 |
| In-house Reproduction | 05/18/07 | Copy Center, D | 0.80 |
| In-house Reproduction | 05/22/07 | Copy Center, D | 0.10 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$579.50** |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.37 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.19 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$0.56** |
| Postage | 04/18/07 | Office Admin, D | 0.39 |
| | | **TOTAL POSTAGE** | **$0.39** |
| Non-standard/Outside Reproduction | 05/09/07 | Clicks Professional Copy Service | 25.47 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$25.47** |
| Lexis/Nexis | 04/27/07 | Curran C | 186.78 |
| | | **TOTAL LEXIS/NEXIS** | **$186.78** |
| Westlaw | 04/26/07 | Hletko VL | 1,143.99 |
| Westlaw | 05/21/07 | Hletko VL | 433.61 |
| Westlaw | 05/25/07 | Hletko VL | 159.65 |
| | | **TOTAL WESTLAW** | **$1,737.25** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 05/04/07 | Teleconferencing Services, LLC | 2.52 |
| Vendor Hosted Teleconferencing | 05/10/07 | Teleconferencing Services, LLC | 4.38 |
| Vendor Hosted Teleconferencing | 05/15/07 | Teleconferencing Services, LLC | 2.10 |
| Vendor Hosted Teleconferencing | 05/16/07 | Teleconferencing Services, LLC | 2.46 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$11.46** |
| Messengers/ Courier | 04/26/07 | Dist Serv/Mail/Page, D | 11.00 |
| Messengers/ Courier | 05/03/07 | Dist Serv/Mail/Page, D | 22.43 |
| Messengers/ Courier | 05/03/07 | Dist Serv/Mail/Page, D | 19.94 |
| Messengers/ Courier | 05/03/07 | Dist Serv/Mail/Page, D | 11.00 |
| Messengers/ Courier | 05/03/07 | Dist Serv/Mail/Page, D | 10.67 |
| Messengers/ Courier | 05/03/07 | Dist Serv/Mail/Page, D | 11.00 |
| Messengers/ Courier | 05/03/07 | Dist Serv/Mail/Page, D | 9.53 |
| Messengers/ Courier | 05/03/07 | Dist Serv/Mail/Page, D | 20.11 |
| Messengers/ Courier | 05/03/07 | Dist Serv/Mail/Page, D | 14.58 |
| Messengers/ Courier | 05/03/07 | Dist Serv/Mail/Page, D | 15.82 |
| Messengers/ Courier | 05/03/07 | Dist Serv/Mail/Page, D | 16.32 |
| Messengers/ Courier | 05/03/07 | Dist Serv/Mail/Page, D | 15.82 |
| Messengers/ Courier | 05/03/07 | Dist Serv/Mail/Page, D | 18.65 |
| Messengers/ Courier | 05/03/07 | Dist Serv/Mail/Page, D | 18.50 |
| Messengers/ Courier | 05/03/07 | Dist Serv/Mail/Page, D | 15.82 |
| Messengers/ Courier | 05/03/07 | Dist Serv/Mail/Page, D | 15.82 |
| Messengers/ Courier | 05/03/07 | Dist Serv/Mail/Page, D | 15.82 |
| Messengers/ Courier | 05/03/07 | Dist Serv/Mail/Page, D | 15.82 |
| Messengers/ Courier | 05/03/07 | Dist Serv/Mail/Page, D | 26.40 |
| Messengers/ Courier | 05/03/07 | Dist Serv/Mail/Page, D | 26.55 |
| Messengers/ Courier | 05/04/07 | Dist Serv/Mail/Page, D | 43.31 |
| Messengers/ Courier | 05/10/07 | Dist Serv/Mail/Page, D | 10.77 |
| Messengers/ Courier | 05/10/07 | Dist Serv/Mail/Page, D | 15.96 |
| Messengers/ Courier | 05/16/07 | Dist Serv/Mail/Page, D | 20.29 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 05/17/07 | Dist Serv/Mail/Page, D | 15.96 |
| Messengers/ Courier | 05/17/07 | Dist Serv/Mail/Page, D | 15.96 |
| Messengers/ Courier | 05/17/07 | Dist Serv/Mail/Page, D | 15.96 |
| Messengers/ Courier | 05/17/07 | Dist Serv/Mail/Page, D | 14.71 |
| Messengers/ Courier | 05/17/07 | Dist Serv/Mail/Page, D | 15.96 |
| Messengers/ Courier | 05/17/07 | Dist Serv/Mail/Page, D | 26.64 |
| Messengers/ Courier | 05/17/07 | Dist Serv/Mail/Page, D | 15.96 |
| Messengers/ Courier | 05/17/07 | Dist Serv/Mail/Page, D | 15.96 |
| Messengers/ Courier | 05/17/07 | Dist Serv/Mail/Page, D | 15.96 |
| Messengers/ Courier | 05/17/07 | Dist Serv/Mail/Page, D | 16.47 |
| Messengers/ Courier | 05/17/07 | Dist Serv/Mail/Page, D | 18.67 |
| | | **TOTAL MESSENGERS/ COURIER** | **$610.14** |
| Print Images to Paper (from Electronic Media) | 05/04/07 | Copy Center, D | 50.08 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$50.08** |
| | | **TOTAL MATTER** | **$3,201.63** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**New Century Financial Corporation (DIP)**　　　　　　　　　　　　　**Bill Date: 09/11/07**
**Retention/Fee Matters (SASM&F)**　　　　　　　　　　　　　　　　　　**Bill Number: 1159301**

| **Disbursement** | **Date** | **Vendor/Employee/Dept.** | **Amount** |
|---|---|---|---:|
| In-house Reproduction | 05/25/07 | Copy Center, D | 0.60 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$0.60** |
| Postage | 05/30/07 | Office Admin, D | 161.99 |
| | | **TOTAL POSTAGE** | **$161.99** |
| Messengers/ Courier | 05/31/07 | Office Admin, D | 4.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$4.00** |
| CLR/Disclosure | 05/01/07 | Global Securities | 46.81 |
| | | **TOTAL CLR/DISCLOSURE** | **$46.81** |
| | | **TOTAL MATTER** | **$213.40** |
| | | **TOTAL CLIENT** | **$3,415.03** |

4