# EXHIBIT C-1

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**TIME SUMMARY**
**(JUNE 1, 2007 – JUNE 30, 2007)**

**Bill No: 1165452**

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Eric M. Davis | 1992 | $775 | 10.40 | $ 8,060.00 |
| Benjamin B. Klubes | 1990 | 790 | 9.70 | 7,663.00 |
| Andrew L. Sandler | 1983 | 810 | 0.50 | 405.00 |
| | **TOTAL PARTNERS** | | **20.60** | **$16,128.00** |
| **ASSOCIATES** | | | | |
| Jonice Gray Tucker | 2000 | $565 | 0.30 | $ 169.50 |
| Valerie L. Hletko | 2002 | 535 | 26.00 | 13,910.00 |
| Kimberly A. LaMaina | 2001 | 535 | 28.40 | 15,194.00 |
| | **TOTAL ASSOCIATES** | | **54.70** | **$29,273.50** |
| **PARAPROFESSIONALS** | | | | |
| Thinley Dorjee | N/A | $95 | 0.80 | $ 76.00 |
| Jason N. Froehlich | N/A | 225 | 5.80 | 1,305.00 |
| Lauren C. Lankford | N/A | 190 | 1.10 | 209.00 |
| Larry S. Morton | N/A | 250 | 29.00 | 7,250.00 |
| Puja Murgai | N/A | 160 | 5.30 | 848.00 |
| | **TOTAL PARAPROFESSIONALS** | | **42.00** | **$9,688.00** |
| | | **TOTAL** | **117.30** | **$55,089.50** |
| | | **BLENDED HOURLY RATE** | | **$469.65** |

507479-Wilmington Server 1A - MSW

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

### PROJECT CATEGORY SUMMARY
### (JUNE 1, 2007 - JUNE 30, 2007)

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Regulatory and SEC Matters | 67.00 | $33,219.00 |
| Retention/Fee Matters (SASM&F) | 50.30 | $21,870.50 |
| **TOTAL** | **117.30** | **$55,089.50** |

```
New Century Financial Corporation (DIP)                Bill Date: 09/11/07
Regulatory and SEC Matters                             Bill Number: 1165452


NAME              DATE        HOURS    DESCRIPTION

KLUBES BB         06/04/07    1.00     TELEPHONE CALL TO B. GOTTFRIED (DC AG)
                                       RE: SUBPOENA AND E-MAIL RE: SAME (.3);
                                       REVIEW AND RESPOND TO E-MAILS (.4);
                                       DAILY TELEPHONE CONFERENCE WITH CLIENT
                                       RE: STATUS AND STRATEGY (.3).

KLUBES BB         06/05/07    1.30     TELEPHONE CALL FROM B. GOTTFRIED RE:
                                       SUBPOENA AND E-MAIL RE: SAME (.3);
                                       TELEPHONE CONFERENCE WITH M. MALAVOS ET
                                       AL. RE: SERVICING RETENTION ISSUES
                                       (1.0).

KLUBES BB         06/06/07    0.40     TELEPHONE CONFERENCE WITH M. MALAVOS
                                       RE: SERVICING PRESERVATION ISSUES (.4).

KLUBES BB         06/07/07    0.50     TELEPHONE CONFERENCE WITH M. MALAVOS
                                       RE: DOCUMENT RETENTION (.2); REVIEW
                                       BILLING ISSUES (.3).

KLUBES BB         06/12/07    1.70     TELEPHONE CONFERENCE WITH CLIENT RE: DC
                                       AG (.4); TELEPHONE CALL TO A. MAYORKAS
                                       RE: SUBPOENA (.2); TELEPHONE CALL TO B.
                                       GOTTFRIED RE: SUBPOENA (.1); TELEPHONE
                                       CONFERENCE WITH M. MALAVOS RE: DOCUMENT
                                       PRESERVATION (.5); DAILY TELEPHONE
                                       CONFERENCE WITH CLIENT RE: STATUS AND
                                       STRATEGY (.5).

KLUBES BB         06/13/07    0.80     REVIEW AND RESPOND TO E-MAILS FROM
                                       CLIENT RE: DOCUMENT RETENTION (.4);
                                       TELEPHONE CALL FROM MASSACHUSETTS AG
                                       AND E-MAIL RE: MASSACHUSETTS ATTORNEY
                                       GENERAL (.1); REVIEW REGULATORY
                                       SERVICES (.3).

KLUBES BB         06/14/07    0.10     TELEPHONE CALL TO B. GOTTFRIED (DC AG)
                                       RE: SUBPOENA.

KLUBES BB         06/15/07    0.60     TELEPHONE CONFERENCE WITH M. MALAVOS,
                                       J. DENEVE AND M. LOWENTHAL RE: DOCUMENT
                                       PRESERVATION (.3); DRAFT LETTER TO B.
                                       GOTTFRIED DC AG RE: SUBPOENA (.3).

KLUBES BB         06/21/07    0.20     CONFERENCE WITH V. HLETKO RE:
                                       REGULATORS (.2).

KLUBES BB         06/22/07    0.20     REVIEW AND RESPOND TO E-MAILS FROM
                                       CLIENT RE: STATUS (.2).

KLUBES BB         06/23/07    0.20     REVISE LETTER TO R. RICKETTS (NEW YORK
                                       STATE BANKING DEPARTMENT) RE: STATUS
                                       (.2).

KLUBES BB         06/28/07    0.20     CONFERENCE WITH V. HLETKO RE: DC
                                       ATTORNEY GENERAL AND MASSACHUSETTS
                                       ATTORNEY GENERAL RESPONSES (.2).

KLUBES BB         06/29/07    0.20     DRAFT PRODUCTION LETTER TO DC ATTORNEY
                                       GENERAL (.2).
```

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

|  |  |  |  |
|---|---|---|---|
|  |  | **7.40** |  |
| SANDLER AL | 06/04/07 | 0.50 | ANALYSIS AND STRATREGY RE: STATE INQUIRIES. |
|  |  | **0.50** |  |
| **Total Partner** |  | **7.90** |  |
| GRAY TUCKER J | 06/04/07 | 0.20 | ANALYSIS RE: CONNECTICUT ACTION. |
| GRAY TUCKER J | 06/05/07 | 0.10 | CASE ANALYSIS RE: CONNECTICUT ACTION. |
|  |  | **0.30** |  |
| HLETKO VL | 06/01/07 | 1.30 | TELEPHONE CONFERENCE WITH E. WILLIAMS RE: TENNESSEE STATUS (.6); PREPARE DC TALKING POINTS (.7). |
| HLETKO VL | 06/04/07 | 1.00 | TELEPHONE CONFERENCE WITH D. KITT RE: CONTINUANCE (.6); TELEPHONE CONFERENCE WITH J. GRAY TUCKER RE: CONNECTICUT STATUS (.2); E-MAIL K. RICHMAN RE: CONNECTICUT (.2). |
| HLETKO VL | 06/05/07 | 0.40 | REVIEW AND RESPOND TO E-MAILS FROM H. ETLIN AND K. RICHMAN RE: ESCROW LOGISTICS (.4). |
| HLETKO VL | 06/06/07 | 1.00 | REVIEW TENNESSEE CONSENT ORDER. |
| HLETKO VL | 06/07/07 | 3.50 | MANAGE LOGISTICS OF TENNESSEE CONSENT ORDER (1.1); UPDATE CMS LICENSING CHART (.9); MANAGE ESCROW LOGISTICS (.5); TELEPHONE CONFERENCE WITH K. LAMAINA RE: REGULATORY SERVICES (.3); REVIEW REGULATORY SERVICES (.7). |
| HLETKO VL | 06/08/07 | 1.10 | MANAGE ESCROW LOGISTICS. |
| HLETKO VL | 06/12/07 | 1.10 | PREPARE FEE PROJECTION CHART (.7); TELEPHONE CONFERENCE WITH K. LAMAINA RE: FILING (.4). |
| HLETKO VL | 06/13/07 | 1.30 | REVIEW MASSACHUSETTS CONSENT ORDER REVISIONS (1.3). |
| HLETKO VL | 06/14/07 | 1.10 | MANAGE LOGISTICS RE: ESCROW AGREEMENT (1.1). |
| HLETKO VL | 06/15/07 | 0.60 | CONFERENCE WITH K. RICHMAN RE: MASSACHUSETTS CONSENT AGREEMENT REVISIONS (.4); CONFERENCE WITH G. SHORT RE: CONSENT AGREEMENT (.2). |
| HLETKO VL | 06/18/07 | 0.80 | REVIEW MEMORANDA. |
| HLETKO VL | 06/19/07 | 0.90 | REVIEW TSA SERVICING SCHEDULE (.6); MANAGE ESCROW LOGISTICS (.3). |
| HLETKO VL | 06/20/07 | 1.30 | TELEPHONE CONFERENCE WITH CLIENT RE: OHIO HEARING (.8); PREPARE LETTER RE: NEW YORK ADMINISTRATIVE PROCEEDING (.3); CONFERENCE WITH K. RICHMAN RE: REGULATORY MATTERS (.2). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| HLETKO VL | 06/22/07 | 1.10 | CONFERENCE WITH D. KITT RE: CONNECTICUT CONSENT ORDER (.4); DRAFT E-MAIL TO B. KLUBES AND K. RICHMAN RE: SAME (.2); REVIEW CORRESPONDENCE RE: REGULATORY MATTERS (.4); CONFERENCE WITH K. RICHMAN RE: NEW HAMPSHIRE CONSENT AGREEMENT (.1). |
| HLETKO VL | 06/27/07 | 1.60 | TELEPHONE CONFERENCE WITH B. KLUBES AND K. RICHMAN RE: SUBPOENAS (.4); REVIEW DOCUMENTS RE: SAME (1.2). |
| HLETKO VL | 06/28/07 | 5.50 | REVIEW MASSACHUSETTS PRODUCTION SET (1.2); DRAFT LETTER TO MASSACHUSETTS ATTORNEY GENERAL'S OFFICE RE: SUBPOENA (.3); REVIEW MASSACHUSETTS DOCUMENT REQUESTS (.8); PREPARE DOCUMENTS FOR DC PRODUCTION (3.2). |
| HLETKO VL | 06/29/07 | 2.40 | PREPARE DC ATTORNEY GENERAL PRODUCTION (1.8); REVIEW MASSACHUSETTS SUBPOENA AND PRODUCTION (.6). |
| | | **26.00** | |
| LAMAINA KA | 06/01/07 | 2.80 | REVIEW ESCROW ARRANGEMENT AND ENTERED ORDER FOR COMPLIANCE WITH ESCROW PROGRAM (2.8). |
| LAMAINA KA | 06/12/07 | 5.50 | REVIEW REGULATORY SERVICES RE: NEW CENTURY TO DRAFT RESPONSIVE PAPERS FOR US TRUSTEE TO FOSTER SETTLEMENT ON SERVICES (4.3); DRAFT MEMORANDUM TO J. MCMAHON ON SAME (.4); DRAFT PROJECTED FEES AND SERVICES AT REQUEST OF CLIENT AND FOR CREDITORS' COMMITTEE (.8). |
| LAMAINA KA | 06/14/07 | 10.10 | PREPARE FOR HEARING - REVISE/NEGOTIATE ORDER FOR REGULATORY SERVICES (3.5); DRAFT RESPONSE TO INQUIRIES FROM PARTIES IN INTEREST - DEBTORS, US TRUSTEE, CREDITORS' COMMITTEE RE: BUDGETS & REGULATORY SERVICES (4.3); REVIEW REGULATORY SERVICES (2.3). |
| LAMAINA KA | 06/18/07 | 0.10 | REVIEW ENTERED ESCROW ORDER AND PREPARE AND DISTRIBUTE MEMORANDUM TO ACCOUNTING ON SAME FOR COMPLIANCE WITH COURT (.1). |
| LAMAINA KA | 06/21/07 | 0.80 | REVIEW STATUS OF REGULATORY SERVICES (.8). |
| | | **19.30** | |
| **Total Associate** | | **45.60** | |
| FROEHLICH JN | 06/13/07 | 3.50 | SCAN AND LOG REGULATORY CORRESPONDENCE INTO DATABASE FOR POTENTIAL DISCLOSURE. |
| FROEHLICH JN | 06/20/07 | 2.30 | SCAN AND LOG REGULATORY CORRESPONDENCE INTO DATABASE FOR POTENTIAL DISCLOSURE. |
| | | **5.80** | |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| LANKFORD LC | 06/28/07 | 1.10 | ASSEMBLE FOR ATTORNEY REVIEW THE NEW CENTURY PRODUCTION CD. |
| | | **1.10** | |
| MORTON LS | 06/08/07 | 0.50 | SEARCH FOR ORDINARY COURSE PROFESSIONALS MOTION AND SIGNED ORDER (.3); FORWARD SAME TO ATTORNEY FOR REVIEW (.2). |
| | | **0.50** | |
| MURGAI P | 06/29/07 | 5.30 | ASSIST WITH NEW CENTURY DOCUMENT PRODUCTION. |
| | | **5.30** | |
| **Total Legal Assistant** | | **12.70** | |
| DORJEE T | 06/01/07 | 0.80 | MAINTAIN DATABASE FOR REVIEW CORRESPONDENCE AND CONDUCT DOCUMATRIX CASE FILE UPDATES PER V. HLETKO. |
| | | **0.80** | |
| **Total Legal Assistant Specialist** | | **0.80** | |
| **TOTAL TIME** | | <u>**67.00**</u> | |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

```
New Century Financial Corporation (DIP)              Bill Date: 09/11/07
Retention/Fee Matters (SASM&F)                       Bill Number: 1165452
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DAVIS EM | 06/01/07 | 0.90 | REVIEW RETENTION APPLICATION STATEMENT OF US TRUSTEE AND ASSESS SAME. |
| DAVIS EM | 06/04/07 | 1.20 | CONTINUE ASSESSMENT OF US TRUSTEE POSITION ON SKADDEN APPLICATION (.7); COMMUNICATE WITH DEBTOR ON SAME (.2); FORMULATE A RESPONSE (.3). |
| DAVIS EM | 06/05/07 | 1.20 | PREPARE FOR AND PARTICIPATE IN TELEPHONE CONFERENCE WITH J. MCMAHON AND B. KLUBES (.9); REVIEW INFORMATION IN RESPONSE TO TELEPHONE CONFERENCE WITH J. MCMAHON (.3). |
| DAVIS EM | 06/08/07 | 0.80 | REVIEW OPEN ISSUES AND ADDRESS COMMITTEE CONCERNS RE: SKADDEN ETHICAL WALLS ON TELEPHONE CONFERENCE WITH COZEN. |
| DAVIS EM | 06/11/07 | 0.70 | PREPARE FOR AND PARTICIPATE IN TELEPHONE CONFERENCE WITH J. MCMAHON RE RETENTION APPLICATION. |
| DAVIS EM | 06/12/07 | 0.90 | REVIEW INFORMATION FOR US TRUSTEE RE: RETENTION OBJECTION AND RESOLUTION OF SAME. |
| DAVIS EM | 06/13/07 | 1.10 | FINALIZE RESOLUTION OF US TRUSTEE OBJECTION TO APPLICATION (.5); REVIEW AND RESPOND TO REQUEST OF COMMITTEE RE: BUDGET ON WORK POST-PETITION (.6). |
| DAVIS EM | 06/15/07 | 3.60 | PREPARE FOR AND ATTEND RETENTION HEARING. |
| | | **10.40** | |
| KLUBES BB | 06/05/07 | 0.50 | REVIEW TRUSTEE COMMENTS ON RETENTION (.5). |
| KLUBES BB | 06/06/07 | 0.50 | TELEPHONE CONFERENCE WITH E. DAVIS RE: FILING (.5). |
| KLUBES BB | 06/08/07 | 0.50 | CONFERENCE WITH E. DAVIS AND G. MILMOE RE: US TRUSTEE (.4); TELEPHONE CALL TO M. MCCARTHY RE: US TRUSTEE (.1). |
| KLUBES BB | 06/11/07 | 0.30 | TELEPHONE CONFERENCE WITH E. DAVIS RE: APPLICATION (.2); TELEPHONE CALL TO M. MCCARTHY RE: SAME (.1). |
| KLUBES BB | 06/12/07 | 0.50 | CONFERENCE WITH E. DAVIS RE: TRUSTEE ISSUES (.5). |
| | | **2.30** | |
| **Total Partner** | | **12.70** | |

5                                                                D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| LAMAINA KA | 06/01/07 | 3.10 | REVIEW BANKRUPTCY SERVICES FOR RESOLUTION ON RETENTION (2.4); REVIEW APRIL BILL (.7). |
| LAMAINA KA | 06/13/07 | 6.00 | TELEPHONE CONFERENCE J. MCMAHON ON RESOLUTION ON RETENTION (.2); REVISE RETENTION ORDER (.2); MEMORANDUM TO DEBTOR COUNSEL ON STATUS OF RETENTION (.2); REVIEW AGENDA (.1); FINALIZE STATEMENT FOR U.S. TRUSTEE SETTLEMENT (4.5); REVIEW MAY BILL (.8). |
| | | **9.10** | |
| **Total Associate** | | **9.10** | |
| MORTON LS | 06/01/07 | 2.70 | REVIEW AND SORT BRSQ RESPONSES AND UPDATE CHART (2.5); REVIEW DOCKET AND COMPILE/REVIEW SIGNED ORDER RE: SECOND CUSTOMER PROGRAM MOTION (.2). |
| MORTON LS | 06/04/07 | 1.70 | REVIEW AND SORT BRSQ RESPONSES (1.7). |
| MORTON LS | 06/05/07 | 2.00 | REVIEW/SORT BRSQ RESPONSES AND UPDATE BRSQ CHART (1.6); DISCUSSION WITH ATTORNEY RE: SAME (.2); REVIEW DOCKET (.2). |
| MORTON LS | 06/06/07 | 0.60 | REVIEW AND SORT BRSQ RESPONSES AND UPDATE BRSQ CHART. |
| MORTON LS | 06/08/07 | 1.80 | REVIEW AND SORT BRSQ RESPONSES AND UPDATE CHART (1.8). |
| MORTON LS | 06/11/07 | 2.30 | RESEARCH HEARING DATES IN CASE (.8); REVIEW DOCKET (.2); DISCUSSION WITH ATTORNEY RE: RETENTION APPLICATION RE: SKADDEN (.1); REVIEW AND SORT BRSQ RESPONSES AND UPDATE CHART (1.2). |
| MORTON LS | 06/12/07 | 0.90 | REVIEW AND SORT BRSQ RESPONSES. |
| MORTON LS | 06/13/07 | 1.90 | COMPILE OBJECTIONS TO PROFESSIONALS RETENTION APPLICATION (1.4); MONITOR DOCKET FOR ADDITIONAL OBJECTIONS TO RETENTION APPLICATION (.3); DISCUSSION WITH ATTORNEY RE: SAME (.2). |
| MORTON LS | 06/14/07 | 0.70 | MONITOR DOCKET FOR OBJECTIONS TO PROFESSIONAL RETENTION APPLICATIONS (.4); DISCUSSION WITH ATTORNEY RE: JUNE 15TH HEARING (.3). |
| MORTON LS | 06/19/07 | 1.90 | DISCUSSION WITH ATTORNEY RE: RETENTION APPLICATION SIGNED ORDER AND RELATED MATTERS (.4); REVIEW AND SORT BRSQ RESPONSE AND UPDATE CHART (1.5). |
| MORTON LS | 06/20/07 | 3.90 | PREPARE THIRD BRSQ REQUEST FORM (2.3); ASSIST WITH DISTRIBUTION OF SAME (.7); REVIEW AND SORT BRSQ RESPONSES AND UPDATE CHART (.9). |
| MORTON LS | 06/21/07 | 0.70 | UPDATE BRSQ CHART (.7). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| MORTON LS | 06/22/07 | 2.70 | REVIEW AND SORT BRSQ RESPONSE FROM THIRD REQUEST (1.8); UPDATE BRSQ CHART (.9). |
| MORTON LS | 06/25/07 | 1.50 | REVIEW AND SORT BRSQ RESPONSES (.9); UPDATE BRSQ CHART (.6). |
| MORTON LS | 06/26/07 | 0.60 | COMPILE BRSQ RESPONSES (.6). |
| MORTON LS | 06/27/07 | 0.90 | REVIEW AND SORT BRSQ RESPONSES (.9). |
| MORTON LS | 06/28/07 | 0.70 | REVIEW AND SORT BRSQ RESPONSES (.7). |
| MORTON LS | 06/29/07 | 1.00 | REVIEW AND SORT BRSQ RESPONSES (.3); UPDATE BRSQ CHART (.7). |
| | | **28.50** | |
| **Total Legal Assistant** | | **28.50** | |
| **TOTAL TIME** | | **50.30** | |
| **CLIENT TOTAL** | | **117.30** | |