# EXHIBIT C-2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(JUNE 1, 2007 - JUNE 30, 2007)**

| Expense Category | Total Expenses |
|---|---:|
| Computer Legal Research | $674.63 |
| Long Distance Telephone | $12.36 |
| In-House Reproduction | $113.70 |
| Courier & Express Carriers (e.g., Federal Express) | $148.68 |
| Postage | $0.41 |
| Electronic Document Management | $134.88 |
| **TOTAL** | **$1,084.66** |

**New Century Financial Corporation (DIP)**  Bill Date: 09/11/07
**Regulatory and SEC Matters**  Bill Number: 1165452

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/12/07 | Copy Center, D | 0.10 |
| In-house Reproduction | 06/19/07 | Copy Center, D | 5.40 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$5.50** |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.06 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$0.06** |
| Postage | 06/27/07 | Office Admin, D | 0.41 |
| | | **TOTAL POSTAGE** | **$0.41** |
| Westlaw | 06/28/07 | Hletko VL | 605.83 |
| | | **TOTAL WESTLAW** | **$605.83** |
| Vendor Hosted Teleconferencing | 06/12/07 | Teleconferencing Services, LLC | 3.78 |
| Vendor Hosted Teleconferencing | 06/21/07 | Teleconferencing Services, LLC | 1.08 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$4.86** |
| CD Creation | 06/28/07 | Venegas BG | 8.00 |
| | | **TOTAL CD CREATION** | **$8.00** |
| Print Images to Paper (from Electronic Media) | 06/28/07 | Copy Center, D | 35.68 |
| Print Images to Paper (from Electronic Media) | 06/28/07 | Copy Center, D | 91.20 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$126.88** |
| CLR/Disclosure | 06/01/07 | Global Securities | 43.93 |
| CLR/Disclosure | 06/01/07 | Global Securities | 24.87 |
| | | **TOTAL CLR/DISCLOSURE** | **$68.80** |
| | | **TOTAL MATTER** | **$820.34** |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**New Century Financial Corporation (DIP)**         **Bill Date: 09/11/07**
**Retention/Fee Matters (SASM&F)**                  **Bill Number: 1165452**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/01/07 | Copy Center, D | 66.80 |
| In-house Reproduction | 06/05/07 | Copy Center, D | 0.10 |
| In-house Reproduction | 06/22/07 | Copy Center, D | 41.30 |
|  |  | **TOTAL IN-HOUSE REPRODUCTION** | **$108.20** |
| Vendor Hosted Teleconferencing | 06/27/07 | Teleconferencing Services, LLC | 7.44 |
|  |  | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$7.44** |
| Messengers/ Courier | 06/20/07 | Dist Serv/Mail/Page, D | 16.32 |
| Messengers/ Courier | 06/20/07 | Dist Serv/Mail/Page, D | 16.32 |
| Messengers/ Courier | 06/20/07 | Dist Serv/Mail/Page, D | 20.75 |
| Messengers/ Courier | 06/20/07 | Dist Serv/Mail/Page, D | 16.32 |
| Messengers/ Courier | 06/20/07 | Dist Serv/Mail/Page, D | 27.24 |
| Messengers/ Courier | 06/20/07 | Dist Serv/Mail/Page, D | 16.32 |
| Messengers/ Courier | 06/20/07 | Dist Serv/Mail/Page, D | 16.32 |
| Messengers/ Courier | 06/20/07 | Dist Serv/Mail/Page, D | 19.09 |
|  |  | **TOTAL MESSENGERS/ COURIER** | **$148.68** |
|  |  | **TOTAL MATTER** | **$264.32** |
|  |  | **TOTAL CLIENT** | **$1,084.66** |