# EXHIBIT D-1

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**TIME SUMMARY**
**(JULY 1, 2007 – JULY 31, 2007)**

Bill No: 1170387

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Benjamin B. Klubes | 1990 | $790 | 6.00 | $4,740.00 |
| | **TOTAL PARTNERS** | | **6.00** | **$4,740.00** |
| **ASSOCIATES** | | | | |
| Valerie L. Hletko | 2002 | $535 | 33.10 | $17,708.50 |
| Kimberly A. LaMaina | 2001 | 535 | 9.30 | 4,975.50 |
| | **TOTAL ASSOCIATES** | | **42.40** | **$22,684.00** |
| **PARAPROFESSIONALS** | | | | |
| Cecilia M. Bisher | N/A | $225 | 0.90 | $ 202.50 |
| Thinley Dorjee | N/A | 95 | 0.50 | 47.50 |
| Jason N. Froehlich | N/A | 225 | 2.00 | 450.00 |
| Meghan K. Glancy | N/A | 65 | 1.20 | 78.00 |
| Larry S. Morton | N/A | 250 | 5.50 | 1,375.00 |
| Puja Murgai | N/A | 160 | 25.50 | 4,080.00 |
| Ari J. Senders | N/A | 225 | 1.30 | 292.50 |
| Christopher T. Speedie | N/A | 160 | 0.80 | 128.00 |
| Tihomir N. Yankov | N/A | 190 | 3.50 | 665.00 |
| | **TOTAL PARAPROFESSIONALS** | | **41.20** | **$7,318.50** |
| | | **TOTAL** | **89.60** | **$34,742.50** |
| | | **BLENDED HOURLY RATE** | | **$387.75** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**PROJECT CATEGORY SUMMARY**
**(JULY 1, 2007 - JULY 31, 2007)**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Regulatory and SEC Matters | 76.50 | $29,301.50 |
| Retention/Fee Matters (SASM&F) | 13.10 | $5,441.00 |
| **TOTAL** | **89.60** | **$34,742.50** |

**New Century Financial Corporation (DIP)**  **Bill Date: 09/11/07**
**Regulatory and SEC Matters**  **Bill Number: 1170387**

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| KLUBES BB | 07/02/07 | 0.50 | DAILY TELEPHONE CONFERENCE WITH CLIENT RE: STATUS AND STRATEGY (.5). |
| KLUBES BB | 07/03/07 | 0.20 | REVIEW LETTER FROM DC AG RE: CID (.1); TELEPHONE CALL TO B. GOTTFRIED RE: SAME (.1). |
| KLUBES BB | 07/05/07 | 0.50 | TELEPHONE CONFERENCE WITH CLIENT RE: WASHINGTON, DC AND MASSACHUSETTS AG RESPONSES (.3); REVISE LETTER TO NEW YORK STATE BANKING DEPARTMENT (.2). |
| KLUBES BB | 07/09/07 | 1.00 | REVISE LETTER TO DC AG (.7); CONFERENCE WITH V. HLETKO RE: SAME (.3). |
| KLUBES BB | 07/10/07 | 0.40 | CONFERENCE WITH V. HLETKO RE: MASSACHUSETTS AG RESPONSE (.1); LETTER TO WASHINGTON STATE RE: ASSESSMENT (.2); REVIEW AND RESPOND TO CLIENT E-MAIL RE: STATUS AND STRATEGY (.1). |
| KLUBES BB | 07/11/07 | 1.10 | REVISE DC AG AND MASSACHUSETTS AG LETTER (.7); TELEPHONE CALL TO R. RICKETTS RE: ASSESSMENT (.1); CONFERENCE WITH V. HLETKO RE: DC AND MASSACHUSETTS (.2); TELEPHONE CONFERENCE WITH M. LOWENTHAL RE: ABA (.1). |
| KLUBES BB | 07/12/07 | 0.30 | REVIEW DC AG LETTER (.2); TELEPHONE CALL TO V. HLETKO RE: SAME (.1). |
| KLUBES BB | 07/18/07 | 0.90 | CONFERENCES WITH V. HLETKO RE: WASHINGTON, DC, MASSACHUSETTS AND NEW YORK AG LETTERS (.5); REVIEW WASHINGTON, DC, MASSACHUSETTS AG LETTERS (.4). |
| KLUBES BB | 07/20/07 | 0.20 | REVISE MASSACHUSETTS AG LETTER (.1); TELEPHONE CONFERENCE WITH V. HLETKO RE: STATUS (.1). |
| KLUBES BB | 07/24/07 | 0.50 | TELEPHONE CONFERENCE WITH CLIENT RE: LAPTOP ISSUES. |
| KLUBES BB | 07/25/07 | 0.40 | CONFERENCE WITH V. HLETKO RE: VARIOUS MATTERS (.3); TELEPHONE CALL TO MASSACHUSETTS AG RE: REINSURANCE (.1). |
| | | **6.00** | |
| **Total Partner** | | **6.00** | |
| HLETKO VL | 07/02/07 | 0.60 | TELEPHONE CONFERENCE WITH K. RICHMAN RE: MASSACHUSETTS AND DC SUBPOENAS. |
| HLETKO VL | 07/03/07 | 0.50 | DRAFT LETTER TO R. RICKETTS RE: QUARTERLY ASSESSMENT FEES. |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| HLETKO VL | 07/05/07 | 1.50 | TELEPHONE CONFERENCE WITH D. KITT RE: CONNECTICUT CONSENT AGREEMENT (.4); TELEPHONE CONFERENCE WITH K. RICHMAN AND L. MCDERMOTT RE: RESPONSES TO MASSACHUSETTS AND DC SUBPOENAS (1.1). |
| HLETKO VL | 07/09/07 | 3.30 | DRAFT LETTER RE: WASHINGTON FEES (.7); REVIEW SPREADSHEETS AND MATERIALS FOR MASSACHUSETTS PRODUCTION (2.3); PREPARE LETTER RE: DC SUBPOENA (.3). |
| HLETKO VL | 07/10/07 | 1.80 | TELEPHONE CONFERENCES WITH B. KLUBES RE: SUBPOENAS (.2); DRAFT LETTER RE: WASHINGTON FEES (.6); DRAFT LETTER RE: MASSACHUSETTS PRODUCTION (.2); DRAFT LETTER RE: WASHINGTON, DC SUBPOENA (.8). |
| HLETKO VL | 07/11/07 | 1.40 | TELEPHONE CONFERENCE WITH K. RICHMAN RE: ELECTRONIC PRODUCTION (.3); DRAFT LETTER RE: NEW YORK ASSESSMENT FEES (.7); DRAFT LETTER RE: CHANGES IN UNDERWRITING GUIDELINES (.4). |
| HLETKO VL | 07/12/07 | 0.80 | PREPARE PRODUCTION LETTERS FOR WASHINGTON, DC AND MA (.8). |
| HLETKO VL | 07/13/07 | 0.50 | PREPARE MASSACHUSETTS PRODUCTION (.5). |
| HLETKO VL | 07/17/07 | 3.60 | REVIEW CORRESPONDENCE FROM A. GABRIEL RE: SURETY BOND (.3); PREPARE RESPONSE TO WASHINGTON, DC SUBPOENA (3.3). |
| HLETKO VL | 07/18/07 | 3.50 | CONFERENCE WITH K. RICHMAN RE: WASHINGTON, DC SUBPOENA (.2); PREPARE RESPONSE TO SAME (.8); CONFERENCE WITH M. DENEGRI AND R. CONNERS RE: NEW YORK SURETY BOND (.6); PREPARE DOCUMENT PRODUCTION IN RESPONSE TO MASSACHUSETTS CID (1.9). |
| HLETKO VL | 07/19/07 | 2.10 | UPDATE REGULATORY DISCLOSURES (1.1); TELEPHONE CONFERENCE WITH K. RICHMAN RE: WASHINGTON, DC SUBPOENA (.6); TELEPHONE CONFERENCE WITH B. GOTTFRIED RE: WASHINGTON, DC SUBPOENA (.4). |
| HLETKO VL | 07/25/07 | 3.10 | REVIEW MASSACHUSETTS CD (1.2); PREPARE PRODUCTIONS TO MASSACHUSETTS AND WASHINGTON, DC (1.9). |
| HLETKO VL | 07/26/07 | 3.80 | PREPARE BORROWER SPREADSHEET FOR WASHINGTON, DC AG (1.1); TELEPHONE CONFERENCE WITH B. GOTTFRIED RE: SUBPOENA REQUESTS (.3); TELEPHONE CONFERENCE WITH K. RICHMAN RE: WASHINGTON, DC SUBPOENA (.2); REVIEW MASSACHUSETTS CD (2.2). |
| HLETKO VL | 07/27/07 | 1.80 | DRAFT LETTER TO G. KAPLAN RE: MASSACHUSETTS SUBPOENA (.6); REVIEW CALIFORNIA CONSUMER REIMBURSEMENT FIGURES (1.2). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| HLETKO VL | 07/30/07 | 2.30 | CREATE SPREADSHEETS FOR B. GOTTFRIED'S PURCHASER REVIEW (.4); TELEPHONE CONFERENCE WITH K. RICHMAN RE: SUBPOENAS (.3); REVIEW DOCUMENTS FOR MASSACHUSETTS RESPONSE (1.6). |
| HLETKO VL | 07/31/07 | 2.50 | REVIEW ISSUE RE: UNDERWRITING COMMUNICATIONS (2.1); TELEPHONE CONFERENCE WITH E. BACHELOR RE: SAME (.4). |
| | | **33.10** | |
| LAMAINA KA | 07/02/07 | 0.80 | REVIEW REGULATORY SERVICES (.8). |
| LAMAINA KA | 07/12/07 | 0.90 | RESEARCH BANKRUPTCY COURT NOTICE RE: REGULATORY SERVICES (.5); REVIEW ONGOING SERVICES FOR JULY (.4). |
| | | **1.70** | |
| **Total Associate** | | **34.80** | |
| FROEHLICH JN | 07/06/07 | 2.00 | INDEX/CHRON CORRESPONDENCE. |
| | | **2.00** | |
| MURGAI P | 07/02/07 | 1.60 | MAINTAIN FILES FOR WORKING SET OF NCDC-001 PRODUCTION. |
| MURGAI P | 07/09/07 | 1.30 | ASSEMBLE FOR ATTORNEY REVIEW THE APPRAISERS AND TITLE SPREADSHEETS (1.0); MAINTAIN FILES FOR NCDC 001-000483 TO NDC 001-000494 (.3). |
| MURGAI P | 07/11/07 | 0.70 | ASSEMBLE FOR ATTORNEY REVIEW THE CORRESPONDENCE (.2); ATTEND MEETING WITH J. FROEHLICH RE: STATUS OF CASE (.5). |
| MURGAI P | 07/12/07 | 2.10 | DC DOCUMENT PRODUCTION. |
| MURGAI P | 07/13/07 | 3.20 | MA DOCUMENT PRODUCTION. |
| MURGAI P | 07/16/07 | 0.20 | ASSEMBLE FOR ATTORNEY REVIEW THE 7/12 AND 7/13 TRANSMITTAL LETTERS. |
| MURGAI P | 07/17/07 | 3.20 | MA DOCUMENT PRODUCTION (.5); FURTHER MA DOCUMENT PRODUCTION (2.7). |
| MURGAI P | 07/18/07 | 6.90 | MA DOCUMENT PRODUCTION (2.1); MEETING WITH INTERNAL TEAM RE: MA DOCUMENT PRODUCTION (.3); DC DOCUMENT PRODUCTION - ASSEMBLE FOR ATTORNEY REVIEW THE NCDC-001-000580 TO ---593 PRODUCTION (4.5). |
| MURGAI P | 07/19/07 | 1.00 | MA DOCUMENT PRODUCTION. |
| MURGAI P | 07/20/07 | 0.70 | MAINTAIN FILES FOR NEW CENTURY PRODUCTIONS. |
| MURGAI P | 07/26/07 | 3.90 | DC DOCUMENT PRODUCTION (.5); MA DOCUMENT PRODUCTION (3.4). |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| MURGAI P | 07/27/07 | 0.70 | ASSEMBLE FOR ATTORNEY REVIEW THE STIPULATED PRELIMINARY INJUNCTION (.7). |
| | | **25.50** | |
| SPEEDIE CT | 07/18/07 | 0.60 | ASSIST W/ ASSEMBLY OF DOC PRODUCTION. |
| SPEEDIE CT | 07/25/07 | 0.20 | ASSIST W/ ASSEMBLY OF DOC PRODUCTION. |
| | | **0.80** | |
| YANKOV TN | 07/18/07 | 2.40 | COMMUNICATE W/ VALERIE HLETKO, PUJA MURGAI, CECILIA BISHER, ARI SENDERS RE: NCMA ELECTRONIC PRODUCTION (.3); ASSEMBLE FOR ATTORNEY REVIEW THE THUY CURE ELECTRONIC DATA (2.1). |
| YANKOV TN | 07/19/07 | 1.10 | ASSIST W/ ASSEMBLY OF DOC PRODUCTION. |
| | | **3.50** | |
| **Total Legal Assistant** | | **31.80** | |
| BISHER CM | 07/18/07 | 0.20 | ASSIST CASE TEAM WITH DATA LOAD OF 97 DOCS / 863 PAGES. |
| BISHER CM | 07/19/07 | 0.70 | OVERSEE PRODUCTION REQUEST OF 92 DOCS / 863 IMAGES. |
| | | **0.90** | |
| DORJEE T | 07/09/07 | 0.50 | MAINTAIN DATABASE FOR: CORRESPONDENCE AND CONDUCT DOCUMATRIX CASE FILE UPDATE PER J. GRAY TUCKER. |
| | | **0.50** | |
| GLANCY MK | 07/18/07 | 1.20 | ASSIST CASE TEAM WITH CREATION OF CONCORDANCE DATABASE NEW CENTURY E-PRODUCTIONS (.3); LOAD DATA INTO NEW CENTURY E PRODUCTIONS (.9). |
| | | **1.20** | |
| SENDERS AJ | 07/18/07 | 1.30 | DRAFT PROJECT SPECS FOR VENDOR PROCESSING OF NATIVE DATA FOR PRODUCTION (1.0); CONFER WITH T. YANKOV AND C. BISHER RE SAME (.3). |
| | | **1.30** | |
| **Total Legal Assistant Specialist** | | **3.90** | |
| **TOTAL TIME** | | **76.50** | |

4

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

```
New Century Financial Corporation (DIP)                    Bill Date: 09/11/07
Retention/Fee Matters (SASM&F)                             Bill Number: 1170387
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LAMAINA KA | 07/02/07 | 3.70 | REVIEW FEE STATEMENT FOR US TRUSTEE COMPLIANCE (3.7). |
| LAMAINA KA | 07/05/07 | 2.20 | REVISE FEE STATEMENT (2.2). |
| LAMAINA KA | 07/18/07 | 0.80 | PREPARE APRIL/MAY BILLS (.8). |
| LAMAINA KA | 07/31/07 | 0.90 | REVIEW/REVISE JUNE BILL (.9). |
| | | **7.60** | |
| **Total Associate** | | **7.60** | |
| MORTON LS | 07/02/07 | 0.60 | REVIEW AND SORT BRSQ RESPONSES. |
| MORTON LS | 07/03/07 | 0.50 | REVIEW AND SORT BRSQ RESPONSES. |
| MORTON LS | 07/05/07 | 2.20 | REVIEW AND SORT BRSQ RESPONSES (.6); UPDATE BRSQ CHART AND CALCULATE NON-RESPONDENT TOTAL (1.3); FORWARD RESULTS TO ATTORNEY AND DISCUSSION REGARDING SAME (.3). |
| MORTON LS | 07/06/07 | 1.10 | REVIEW AND SORT BRSQ RESPONSES (.6); UPDATE BRSQ CHART (.5). |
| MORTON LS | 07/16/07 | 0.60 | REVIEW AND SORT BRSQ RESPONSES AND UPDATE CHART. |
| MORTON LS | 07/23/07 | 0.50 | REVIEW AND SORT BRSQ AND UPDATE CHART. |
| | | **5.50** | |
| **Total Legal Assistant** | | **5.50** | |
| **TOTAL TIME** | | **13.10** | |
| **CLIENT TOTAL** | | **89.60** | |