# EXHIBIT D-2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(JULY 1, 2007 - JULY 31, 2007)**

| Expense Category | Total Expenses |
|---|---:|
| Long Distance Telephone | $3.25 |
| In-House Reproduction | $197.30 |
| Reproduction-Color | $138.00 |
| Outside Reproduction | $117.87 |
| Outside Research | $290.80 |
| Courier & Express Carriers (e.g., Federal Express) | $39.50 |
| Postage | $2.39 |
| Electronic Document Management | $51.15 |
| **TOTAL** | **$840.26** |

507484-Wilmington Server 1A - MSW

**New Century Financial Corporation (DIP)**          **Bill Date: 09/11/07**
**Regulatory and SEC Matters**                        **Bill Number: 1170387**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 07/03/07 | Copy Center, D | 172.80 |
| In-house Reproduction | 07/13/07 | Copy Center, D | 0.70 |
| In-house Reproduction | 07/17/07 | Copy Center, D | 21.20 |
| In-house Reproduction | 07/20/07 | Copy Center, D | 0.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$194.90** |
| Postage | 07/06/07 | Office Admin, D | 0.41 |
| Postage | 07/10/07 | Office Admin, D | 0.41 |
| Postage | 07/11/07 | Office Admin, D | 0.58 |
| Postage | 07/12/07 | Office Admin, D | 0.41 |
| Postage | 07/18/07 | Office Admin, D | 0.58 |
| | | **TOTAL POSTAGE** | **$2.39** |
| Non-standard/Outside Reproduction | 07/18/07 | Clicks Professional Copy Service | 117.87 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$117.87** |
| Reproduction - color | 07/20/07 | Copy Center, D | 138.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$138.00** |
| Messengers/ Courier | 07/13/07 | Dist Serv/Mail/Page, D | 9.83 |
| Messengers/ Courier | 07/15/07 | Real Courier | 13.89 |
| Messengers/ Courier | 07/19/07 | Dist Serv/Mail/Page, D | 6.64 |
| | | **TOTAL MESSENGERS/ COURIER** | **$30.36** |
| Telco-Non Astra | 07/09/07 | Telecommunications, D | 3.25 |
| | | **TOTAL TELCO-NON ASTRA** | **$3.25** |
| CD Creation | 07/18/07 | Sinclair SO | 8.00 |
| | | **TOTAL CD CREATION** | **$8.00** |

2

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Electronic Database Export (TIF Process) | 07/19/07 | Sinclair SO | 43.15 |
| | | **TOTAL ELECTRONIC DATABASE EXPORT (TIF PROCESS)** | **$43.15** |
| | | **TOTAL MATTER** | **$537.92** |

2

DD01

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**New Century Financial Corporation (DIP)**  Bill Date: 09/11/07
**Retention/Fee Matters (SASM&F)**  Bill Number: 1170387

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 07/27/07 | Copy Center, D | 2.40 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2.40** |
| Messengers/ Courier | 07/26/07 | Dist Serv/Mail/Page, D | 9.14 |
| | | **TOTAL MESSENGERS/ COURIER** | **$9.14** |
| Outside Research/Internet Services | 07/10/07 | Pacer Service Center | 11.84 |
| Outside Research/Internet Services | 07/10/07 | Pacer Service Center | 4.32 |
| Outside Research/Internet Services | 07/10/07 | Pacer Service Center | 112.32 |
| Outside Research/Internet Services | 07/10/07 | Pacer Service Center | 162.32 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$290.80** |
| | | **TOTAL MATTER** | **$302.34** |
| | | **TOTAL CLIENT** | **$840.26** |

3