# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | **Related to Docket Nos. 389, 2822** |

### ORDER GRANTING PAYMENT OF FEES AND EXPENSES REQUESTED IN FIRST INTERIM APPLICATION REQUEST OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (APRIL 16, 2007 THROUGH JULY 31, 2007)

This Court having entered the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Docket No. 389) (the "Administrative Order"); and this Court having previously authorized the employment of Skadden, Arps, Slate, Meagher & Flom LLP and affiliated law offices ("Skadden, Arps") in the cases of the above captioned debtors and debtors in possession (collectively, the "Debtors") as special regulatory counsel for the Debtors; and the First Interim Application Request of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps") for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred (April 16, 2007 Through July 31, 2007) (the "First Interim Application Request") having been filed and served pursuant to the Administrative Order and no other or further notice being necessary; this Court having fully considered the record before it; and it appearing that the relief requested by the First Interim Application Request is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The First Interim Application Request is GRANTED.

2. The requested compensation is allowed as reasonable interim compensation for actual, necessary services rendered by Skadden, Arps, and the requested reimbursement of expenses is allowed as interim reimbursement for actual, necessary expenses incurred by Skadden, Arps.

3. The Debtors are hereby authorized to promptly pay Skadden, Arps interim compensation and reimbursement of expenses in the amounts set forth in Exhibit A, to the extent not previously paid.

4. This Order is without prejudice to the right of Skadden, Arps to seek further allowance and payment of compensation and reimbursement of expenses upon application to this Court for the period covered by the First Interim Application Request and for future interim periods.

5. This Court shall retain exclusive jurisdiction to construe and enforce the terms of this Order.

Dated: _____, 2007
       Wilmington, Delaware

                                        _____
                                        HONORABLE KEVIN J. CAREY
                                        UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Date Filed: 9/14/07 Docket No. 2822 | 4/16/07 – 7/31/07 | $239,156.50 | $5,339.95 | $239,156.50 | $5,339.95 |

3