## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 11** |
| **NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,** | **Case No. 07-10416 (KJC)** |
| Debtors.[1] | **Jointly Administered** |
| | Objection Deadline: October 5, 2007 at 4:00 p.m. Hearing: To Be Determined |

## NOTICE OF INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Sheppard, Mullin, Richter & Hampton, LLP |
| Authorized to Provide Professional Services to: | New Century TRS Holdings, Inc., et al. |
| Date of Retention: | April 2, 2007 |
| Period for which compensation and reimbursement is sought: | April 2, 2007 – July 31, 2007[2] |
| Amount of compensation sought as actual, reasonable and necessary: | $158,893 23 |
| Amount of expense reimbursement sought as actual, reasonable and necessary | $ 2,107.43 |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a/ JBE Mortgage) (d/b/a NCMC Mortgage Corporation; New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Sheppard Mullin Richter & Hampton LLP's first and second monthly fee applications for the period from April 2, 2007 through July 31, 2007 are incorporated herein by reference.

This is (a)n: __X__ Interim _____ final application.

## Summary of Fee Applications for Compensation Period:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) |
| 8/23/07 | 7/1/07 to 7/31/07 | $5,534.50 | $46.42 | $4,275.60[3] | $46.42[3] |
| 7/23/07 | 4/2/07 to 6/30/07 | $153,548.73 | $2,061.01 | $122,838.98 | $2,061.01 |

## Summary of Any Objections to Fee Applications:

| Date of Fee Application | Date of Objection | Total Fees Subject to Objection | Total Expenses Subject to Objection |
|---|---|---|---|
| 07/23/07 | 8/13/07 | -0- | -0-[3] |

**PLEASE TAKE NOTICE** that, pursuant to the Court's *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated April 24, 2007 (the "Interim Compensation Order"), objections, if any, to the Interim Fee Application Request must be filed with the Court and served on the Applicant at the address set forth below and the Notice Parties (as defined in the Interim Compensation Order) so as to be received by October 5, 2007. If no timely

---

[3]    The *Limited Objection of the Official Committee of Unsecured Creditors to the First Monthly Interim Fee Application Request of Sheppard, Mullin, Richter & Hampton LLP, as Special Corporate and Litigation Counsel to the Debtors*, did not raise any objection to the amount or reasonableness of SMRH's fees and only questioned the source of payment of these fees.

objections are filed to the Interim Fee Application Request, the Court may enter an order granting the Interim Fee Application Request without a hearing.

Dated: September 13, 2007     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                           */s/ Mette H. Kurth*

                        Mette H. Kurth (CA Bar No. 187100)
                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
                        333 South Hope Street, 48th Floor
                        Los Angeles, California  90071-1448
                        (213) 617-5501

                        *Attorneys for the Debtors and Debtors in Possession*