IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

Objection Deadline:  October 4, 2007 at 4:00 p.m.

**NOTICE OF SECOND MONTHLY FEE APPLICATION OF
BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF NEW CENTURY TRS HOLDINGS, INC.,
*ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
<u>FOR THE PERIOD OF MAY 1, 2007 THROUGH MAY 31, 2007</u>**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On September 14, 2007, the Second Monthly Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of April 9, 2007 through April 30, 2007 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware  19801 (the *"Bankruptcy Court"*).  By the Fee Application, Blank Rome LLP (*"Blank Rome"*) seeks the allowance and payment of interim compensation in the amount of $257,646.00 (80% of $322,057.50) and reimbursement of expenses in the amount of $12,004.58 incurred in representation of the Official

---

[1] The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage

1

127340.01600/6556400v.1

Committee of Unsecured Creditors (the *"Committee"*) of New Century TRS Holdings, Inc., *et al.* (the *"Debtors"*) during the period of May 1, 2007 through May 31, 2007 (the *"Application Period"*).

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **October 4, 2007 at 4:00 p.m. (EST)**. Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Fee Application shall be held only in the event timely objections are filed.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, in the absence of any objection or responsive pleading to the Fee Application, Blank Rome is authorized to file a Certificate of No Objection with the Bankruptcy Court, after which the Debtors are authorized to pay Blank Rome an amount equal to 80% of the fees ($257,646.00) and 100% of the expenses ($12,004.58) requested in the Fee Application. If an objection to the Fee Application is timely filed and served, the Debtors shall

---

Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

be authorized to pay Blank Rome 80% of the fees and 100% of the expenses not subject to the objection.

Dated:   September 14, 2007

BLANK ROME LLP

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
Regina Stango Kelbon
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:     (302) 425-6464

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Mark T. Power
488 Madison Avenue
New York, New York 10022
Telephone:    (212) 478-7200
Facsimile:     (212) 478-7400

*Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**Objection Deadline: October 4, 2007 at 4:00 p.m.**

# SECOND MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2007 THROUGH MAY 31, 2007

| | |
|---|---|
| *Name of Applicant*: | Blank Rome LLP |
| *Authorized to Provide Professional Services to*: | Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.* |
| *Date of Retention*: | May 31, 2007, *nunc pro tunc* to April 9, 2007 |
| *Period for which Compensation and Reimbursement is Sought*: | May 1, 2007 through May 31, 2007 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $ 257,646.00 (80% of $322,057.50) |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $12,004.58 |

This is a:    ✓  Monthly    _____ Quarterly    _____ Final Application

No prior applications have been filed.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

Objection Deadline:  October 4, 2007 at 4:00 p.m.

**SECOND MONTHLY FEE APPLICATION OF
BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF NEW CENTURY TRS HOLDINGS, INC.,
*ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OF MAY 1, 2007 THROUGH MAY 31, 2007**

This second monthly fee application for compensation and reimbursement of expenses (the *"Fee Application"*) is filed by Blank Rome LLP (*"Blank Rome"*) requesting payment for services rendered and reimbursement of costs expended as co-counsel for the Official Committee of Unsecured Creditors (the "*Committee*") of New Century TRS Holdings, Inc., *et al.* (the *"Debtors"*) for the period of May 1, 2007 through May 31, 2007 (the *"Application Period"*).  In support of this Fee Application, Blank Rome respectfully states as follows:

**Jurisdiction**

1.    The Court has jurisdiction over this matter under 28 U.S.C. § 1334.  This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2).  Venue of these chapter 11 cases in

---

[1] The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage

1

this district is proper under 28 U.S.C. §§ 1408 and 1409.

## Background

2.     On April 2, 2007 (the *"Petition Date"*), the Debtors commenced with this Court voluntary cases (the *"Chapter 11 Cases"*) under chapter 11 of title 11 of the United States Code (the *"Bankruptcy Code"*), which Chapter 11 Cases are being jointly administered pursuant to an order of this Court.  The Debtors are continuing their businesses and managing their affairs as debtors and debtors in possession.

3.     On April 9, 2007, the Office of the United States Trustee for the District of Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the Official Committee of Unsecured Creditors (the *"Committee"*): Credit Suisse First Boston Mortgage Capital LLC, Credit-Based Asset Servicing and Securitization LLC, Residential Funding Company, LLC, Deutsche Bank National Trust Co., Wells Fargo Bank, N.A. as Indenture Trustee, Fidelity National Information Services, Inc., and Maguire Properties – Park Place, LLC.  Since its formation, the Committee has appointed Kodiak Funding LP as an *ex officio* member of the Committee.

4.     Hahn & Hessen LLP ("*Hahn & Hessen*") and Blank Rome were selected by the Committee to serve as co-counsel to the Committee, and FTI Consulting, Inc. ("*FTI*") was selected by the Committee to serve as financial advisor to the Committee.

5.     On April 25, 2007, the Court entered the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the *"Administrative Order"*) (Docket No. 389).

6.     On May 4, 2007, the Committee filed the Application of the Official Committee

---

Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

127340.01600/6556400v.1

of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.*, for an Order Authorizing the Committee to Employ Blank Rome LLP as Its Co-Counsel Pursuant 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014 *Nunc Pro Tunc* as of April 9, 2007 (the *"Blank Rome Retention Application"*) (Docket No. 550) with the Court.  On May 31, 2007, the Court entered an order approving the Blank Rome Retention Application (Docket No. 973).

7. Blank Rome is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors and creditors' committees.

8. Presently, the attorneys at Blank Rome having the day-to-day responsibility for representation of the Committee in the Chapter 11 Cases are Bonnie Glantz Fatell, Regina Stango Kelbon, and David Carickhoff.  Blank Rome has drawn and will draw upon the knowledge and skills of other firm attorneys to provide services as the need arises.

### Relief Requested

9. Blank Rome submits this Fee Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), the Administrative Order, and Del. Bankr. LR 2016-2.  By this Fee Application, Blank Rome seeks interim allowance of compensation for actual and necessary professional services rendered in the amount of $322,057.50 for the Application Period, and seeks payment of 80% of this amount, $257,646.00, and seeks the allowance and payment of 100% of its actual and necessary expenses in the amount of $12,004.58, in accordance with the terms of the Administrative Order.

### Summary of Fees

10. The total number of hours expended by Blank Rome professionals and paraprofessionals in performing professional services for the Committee during the Application

3

Period was 735.60 hours at a blended billing rate of $437.82 per hour. The value of these services has been computed at the rates Blank Rome customarily charges for similar services provided other clients.

11. A detailed chronological itemization of the services rendered by each attorney and paraprofessional during the Application Period, calculated by tenths of an hour and categorized in accordance with the appropriate project code, is attached hereto as **Exhibit "A"**. Every effort has been made by Blank Rome to categorize daily time entries in accordance with the correct project code. However, in some instances, services overlap between project codes. Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once.

12. Specifically, the services rendered by Blank Rome to the Committee during the Application Period included the following:

(Project Code 1)    Blank Rome Fee/Employment Applications:

Blank Rome revised and finalized its retention application and corresponding Bankruptcy Rule 2014 disclosure statement. Such work required additional review of the results of database searches for parties identified by the Debtors as being creditors or parties in interest, and discussions with the U.S. Trustee regarding disclosure issues. Blank Rome also prepared a motion to admit counsel *pro hac vice*.

**Total Hours: 16.00    Total Fees: $6,571.50**

(Project Code 2)    Other Professionals' Fee/Employment Application:

Blank Rome reviewed, and provided comments to the terms of the retention applications of FTI Consulting Inc. and co-counsel Hahn & Hessen, revised the applications as necessary and filed them. Blank Rome also reviewed the applications for retention and compensation of the

4

Debtors' counsel. Further, Blank Rome reviewed and analyzed objections to the Debtors' applications to retain ordinary course professionals, numerous special counsel, and other specialized professionals. Blank Rome communicated with the U.S. Trustee and Debtors to address the Committee's concerns, and ultimately prepared objections to several of the Debtors' retention applications.

**Total Hours:** 73.40    **Total Fees:** $28,880.00

(Project Code 3)    <u>Executory Contracts and Unexpired Leases</u>:

Blank Rome reviewed matters relating to the Debtors' motions to assume and reject unexpired leases of real property.

**Total Hours:** .30    **Total Fees:** $172.50

(Project Code 4)    <u>Claims Analysis and Objections</u>:

Blank Rome reviewed and analyzed the pleadings and documents filed in adversary proceedings initiated by DB Structured Products, Inc. and UBS Real Estates Securities Inc..

**Total Hours:** 10.70    **Total Fees:** $5,489.50

(Project Code 5)    <u>Committee Business and Meetings</u>:

As co-counsel to the Committee, Blank Rome participated in all aspects of Committee business, including, without limitation, attendance at Committee meetings (in person and via teleconference), procedural matters of import to the case, and in the general provision of information regarding case status. Blank Rome also participated in meetings and teleconferences with co-counsel on a host of issues to coordinate and share analysis on matters affecting the estate. Among the matters on which Blank Rome performed services during this Application Period, Blank Rome reviewed and provided comments to the Committee's motion for an order

5

allowing Committee members to trade in securities of the Debtors and to participate in the Debtors' loan sales and related transactions upon the establishment of an ethical wall. Blank Rome also reviewed and provided final comments to the proposed Confidentiality Agreement by and among the Committee members and the Debtors. Further, Blank Rome conducted a factual and legal analysis of the motion for appointment of a committee of plan beneficiaries, and worked with co-counsel to prepare an objection on behalf of the Committee. Blank Rome also considered correspondence regarding, and efforts made towards, the appointment of an equity committee. Finally, Blank Rome attended the 341 meeting of creditors, and reported to the Committee regarding the same.

**Total Hours:** 57.60    **Total Fees:** $27,339.50

(Project Code 6)    <u>Case Administration</u>:

The time billed to this category includes services of a more administrative nature and includes time that otherwise would not comport with an identified project code.

**Total Hours:** 80.10    **Total Fees:** $22,613.50

(Project Code 7)    <u>Debtor's Business Operations</u>:

Blank Rome participated in frequent telephonic meetings with the Debtors, the Debtors' professionals, and the Committee's professionals regarding the Debtors' operations and related issues. Blank Rome reviewed and analyzed information provided by the Debtors and the Committee's advisor, FTI Consulting Inc., and also reviewed and analyzed information publicly available concerning the Debtors. Blank Rome also conducted legal and factual analysis, reviewed interested parties' responses, and coordinated with the Debtors and co-counsel, in responding to the motion of the U.S. Trustee for the appointment of a chapter 11 trustee or examiner. Blank Rome participated in the preparation of a proposed order appointing an

6

examiner. Additionally, Blank Rome reviewed issues in connection with purported pre-petition termination of certain surety bonds. Finally, Blank Rome reviewed and analyzed the Debtors' motion for an order approving investment guidelines.

**Total Hours:** 28.70    **Total Fees:** $13,982.00

(Project Code 8)    Employee Benefits / General Labor:

Blank Rome researched various WARN Act and labor issues and provided advice and legal analysis from attorneys in its labor group with respect to various issues. Additionally, Blank Rome reviewed and analyzed various benefit plans and arrangements, including the Debtors' non-qualified deferred compensation plan or Rabbi Trust, and researched related issues, calling on attorneys from its Tax and ERISA group. Blank Rome also reviewed the draft releases for the Debtors' "Key Employee Incentive Plan" (KEIP) and "Key Employee Incentive and Retention Plan" (KEIRP).

**Total Hours:** 23.80    **Total Fees:** $10,806.50

(Project Code 10)    Financing Issues:

Blank Rome reviewed and analyzed the proposed DIP financing order and related documents. Blank Rome worked closely with FTI Consulting and co-counsel to evaluate the business case for the DIP financing and to prepare an objection to the Debtors' motion seeking approval of DIP financing on a final basis. Blank Rome also reviewed and negotiated the terms of the proposed cash collateral stipulation among the Debtors and Citgroup. Further, Blank Rome reviewed and analyzed the Debtors' motion for approval of a surety arrangement with Hartford Fire Insurance, conducted legal and factual analyses, and prepared an objection to the motion, in collaboration with co-counsel.

**Total Hours:** 107.80    **Total Fees:** $42,222.50

(Project Code 11)    Regulatory Matters:

Blank Rome has a banking regulatory practice and has provided valuable research, analysis, and advice with respect to various regulatory matters. Blank Rome reviewed various licenses and analyzed regulatory and licensing issues to assist the Committee in its analysis of the proposed sale of the loan servicing platform to Carrington and with respect to the Debtors' surety bonding requirements.

**Total Hours:** 41.30    **Total Fees:** $14,864.50

(Project Code 12)    Sale of Assets/Asset Purchase Agreement:

The time billed to this matter relates to the sale of the Debtors' assets and includes negotiations in connection with the same. Blank Rome reviewed and analyzed the sale documents concerning the sale to Greenwich Capital, and the sale of the loan servicing platform to Carrington. Blank Rome worked with co-counsel and FTI Consulting Inc. to formulate the Committee's objection to the proposed sale of LNFA loans and other interests to Greenwich Capital, and attended the auction of the LNFA loans. Blank Rome also worked with co-counsel and FTI Consulting Inc. to negotiate various changes to the asset purchase agreement regarding the proposed $139 million sale of the loan servicing platform to Carrington, to negotiate changes to the proposed bidding procedures, to review the revised sale order, and to be in attendance at the sale hearing on behalf of the Committee.

**Total Hours:** 78.40    **Total Fees:** $41,704.00

(Project Code 13)    Stay Relief Issues:

Blank Rome reviewed and analyzed numerous motions for stay relief with respect to real

8

property and pending litigation in other forums. Blank Rome communicated with the Debtors' counsel and, in coordination with co-counsel, drafted several joinders to debtors' response to such motions.

**Total Hours:** 13.20    **Total Fees:** $4,578.00

(Project Code 14)    Secured Creditor / Equipment Lessors:

The time billed to this matter relates to the investigation and analysis of asserted liens against and security interests in the Debtors' assets. Blank Rome reviewed and analyzed documents relating to various prepetition debt facilities and repurchase facilities. Blank Rome participated in discussions with co-counsel and professionals regarding warehouse lenders' liens and related issues. Finally, Blank Rome reviewed and analyzed the Debtors' motion to provide adequate protection to repurchase counterparties and loan purchasers, and related documents.

**Total Hours:** 24.60    **Total Fees:** $11,900.50

(Project Code 16)    Asset Analysis / Recovery:

The time billed to this matter relates to the investigation and analysis performed regarding assets, including potential causes of action for the estates. Blank Rome conducted an in-depth review and analysis of various information provided by the Debtors and various public information, including the Debtors' SEC filings. Further, Blank Rome worked with co-counsel to develop the Committee's Bankruptcy Rule 2004 examination request of the Debtors and to strategize regarding the Committee's investigation of potential causes of action. Blank Rome participated in the preparation of a confidentiality agreement with respect to sensitive information to be disclosed in the document production. Blank Rome also met with counsel for the Audit Committee to review the findings of the Audit Committee's independent investigation,

9

and reviewed SEC filings and related documents. Finally, Blank Rome began mobilizing its litigation team, in preparation for conducting an extensive electronic document review.

**Total Hours:** 95.10    **Total Fees:** $51,473.50

(Project Code 17)    <u>Hearings - Attendance / Preparation</u>:

The time billed to this matter relates to the attendance of hearings and related proceedings and includes time spent in preparation of the same. Typically time billed to this matter involves hearings on multiple matters that cannot be efficiently segregated.

**Total Hours:** 76.60    **Total Fees:** $34,934.50

(Project Code 20)    <u>Non-Working Travel</u>:

The time billed to this matter relates to non-working travel. In accordance with Del. Bankr. LR 2016-2(d)(viii), only half of the actual non-working travel time was billed.

**Total Hours:** 8.00    **Total Fees:** $4,525.00

### Actual and Necessary Costs and Expenses Incurred

13.     Reimbursement of expenses in the amount of $12,004.58 is sought herein. A categorized summary of the actual and necessary costs and expenses incurred by Blank Rome during the Application Period, and an itemization of each expense within each category, is attached as **Exhibit "B"**. Blank Rome reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such expenses may not have been captured to date in Blank Rome's billing system.

### Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules

14.     In accordance with Del. Bankr. LR 2016-2, a summary schedule of hours and fees

10

for each attorney and paraprofessional, and a summary of hours and fees categorized by project code follow the cover sheet to this Fee Application. The undersigned submits that this Fee Application complies with Del. Bankr. LR 2016-2.

15. Blank Rome submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of section 330 of the Bankruptcy Code.

16. No agreement or understanding exists between Blank Rome and any other entity (other than members or employees of Blank Rome) for the sharing of compensation received or to be received for services rendered in or in connection with the Chapter 11 Cases.

**Notice**

17. As required by the Administrative Order, a copy of this Fee Application has been served upon: (a) the Debtors; (b) Debtors' Counsel; (c) the Office of the United States Trustee; and (d) counsel to the DIP Lender. Notice of this Fee Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, Blank Rome respectfully requests an award of compensation for professional services rendered as co-counsel to the Committee during the Application Period in the sum of $257,646.00 (80% of $322,057.50), together with the reimbursement of disbursements in the amount of $12,004.58; and such other and further relief that the Court

11

deems just and proper.

Dated:   September 14, 2007

BLANK ROME LLP

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
Regina Stango Kelbon
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
Facsimile:   (302) 425-6464

*Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al.*