# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC.**, a Delaware corporation, et al.,[1] | : | Case No. 07-10416 (KJC) |
| | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | Objection Deadline: October 4, 2007 at 4:00 p.m. |
| | : | Hearing Date: To be determined |

## NOTICE OF FIRST INTERIM FEE APPLICATION REQUEST OF
## KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Name of Applicant:            Kirkpatrick & Lockhart Preston Gates Ellis LLP

Authorized to Provide
Professional Services to:            Michael J. Missal, Examiner

Date of Retention:            July 25, 2007, *Nunc Pro Tunc* to June 1, 2007

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California Corporation.

| Period for which compensation and reimbursement is sought: | June 1, 2007 through July 31, 2007[2] |
|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $1,723,362.08[3] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $54,844.68[4] |

This is (a)n: _X_ interim  ____ final application.

Summary of Fee Applications for Compensation Period:

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| Date Filed: 8/24/07 Docket No. 2572 | 6/1/07 - 7/31/07 | $1,378,689.66 (80% of $1,723,362.08) | $54,844.68 | Objection deadline extended for the Office of the United States Trustee | Objection deadline extended for the Office of the United States Trustee |

Summary of Any Objections to Fee Applications:

As of the date hereof, no objections have been filed to K&L Gates' First Monthly Fee Application. K&L Gates has, however, agreed to extend the objection deadline for the Office of the United States Trustee (the "UST").

PLEASE TAKE NOTICE that, pursuant to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007 (the "Interim Compensation Order"), objections, if any, to the Interim Fee

---

[2] Kirkpatrick & Lockhart Preston Gates Ellis LLP's ("K&L Gates") First Monthly Application for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred from June 1, 2007 through July 31, 2007 (the "First Monthly Fee Application") is incorporated herein by reference.

[3] Reflects K&L Gates' voluntary ten percent (10%) reduction of its fees in this matter.

[4] Reflects the withdrawal of K&L Gates' request in the First Monthly Fee Application for reimbursement of word processing services totaling $3,281.33.

Application Request must be filed with the Court and served on the Applicant at the address set forth below and the notice parties, identified on Exhibit A attached hereto so as to be received by **October 4, 2007 at 4:00 p.m. (Eastern Time).** If no timely objections are filed to the Interim Fee Application Request, the Court may enter an order granting the Interim Fee Application Request without a hearing.

Dated: Wilmington, Delaware
September 5, 2007

                                        SAUL EWING LLP

                                        By: _____
                                        Mark Minuti (DE No. 2659)
                                        222 Delaware Avenue, Suite 1200
                                        P.O. Box 1266
                                        Wilmington, DE  19899-1266
                                        (302) 421-6840

                                            -and-

                                        KIRKPATRICK & LOCKHART PRESTON
                                         GATES ELLIS LLP
                                        Edward M. Fox, Esq.
                                        599 Lexington Avenue
                                        New York, NY  10022
                                        (212) 536-3900

                                        Attorneys for Michael J. Missal, Examiner

# EXHIBIT A
## NOTICE PARTIES

*(Debtor)*
Monika McCarthy, Esquire
New Century Mortgage Corporation
18400 Von Karman Avenue, Suite 1000
Irvine, CA 92612

*(Counsel for Debtor)*
Suzzanne Uhland, Esquire
Emily Culler, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*(Counsel for Debtor)*
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*(Counsel for Crisis Managers)*
Holly Felder Etlin
AP Services, LLC
9 West 57th Street, Suite 3420
New York, NY 10019

*(United States Trustee)*
Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

*(Counsel to Lender)*
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801

*(Counsel to Lender)*
Bennett L. Spiegel, Esquire
Shirley S. Cho, Esquire
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017