IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*, [1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**Objection Deadline:  October 4, 2007 at 4:00 p.m.**

**NOTICE OF COMBINED THIRD AND FOURTH MONTHLY FEE APPLICATION OF
BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF NEW CENTURY TRS HOLDINGS, INC.,
*ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OF JUNE 1, 2007 THROUGH JULY 31, 2007**

TO:    Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On September 14, 2007, the Combined Third and Fourth Monthly Fee Application of

Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of New

Century TRS Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the

Period of June 1, 2007 through July 31, 2007 (*"Fee Application"*) was filed with the United

States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington,

Delaware  19801 (the *"Bankruptcy Court"*).  By the Fee Application, Blank Rome LLP (*"Blank*

*Rome"*) seeks the allowance and payment of interim compensation in the amount of $193,092.80

(80% of $241,366.00) and reimbursement of expenses in the amount of $13,864.00 incurred in

---

[1]  The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a
Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware
corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New
Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a
California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a
California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California
corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC
Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New
Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation;
New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a
Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad
Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage

representation of the Official Committee of Unsecured Creditors (the *"Committee"*) of New Century TRS Holdings, Inc., *et al.* (the *"Debtors"*) during the period of June 1, 2007 through July 31, 2007 (the *"Application Period"*).

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **October 4, 2007 at 4:00 p.m. (EST)**.  Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Fee Application shall be held only in the event timely objections are filed.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, in the absence of any objection or responsive pleading to the Fee Application, Blank Rome is authorized to file a Certificate of No Objection with the Bankruptcy Court, after which the Debtors are authorized to pay Blank Rome an amount equal to 80% of the fees ($193,092.80) and 100% of the expenses ($13,864.00) requested in the Fee Application.  If an objection to the Fee Application is timely filed and served, the Debtors

---

Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

shall be authorized to pay Blank Rome 80% of the fees and 100% of the expenses not subject to the objection.

Dated:   September 14, 2007

BLANK ROME LLP

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
Regina Stango Kelbon
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:     (302) 425-6400
Facsimile:     (302) 425-6464

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Mark T. Power
488 Madison Avenue
New York, New York 10022
Telephone:     (212) 478-7200
Facsimile:     (212) 478-7400

*Co-Counsel to the Official Committee of Unsecured
Creditors of New Century TRS Holdings, Inc., et al.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*, | : |  |
|  | : | Jointly Administered |
| Debtors. | : |  |

Objection Deadline:  October 4, 2007 at 4:00 p.m.

**COMBINED THIRD AND FOURTH MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JUNE 1, 2007 THROUGH JULY 31, 2007**

| | |
|---|---|
| *Name of Applicant*: | Blank Rome LLP |
| *Authorized to Provide Professional Services to*: | Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.* |
| *Date of Retention*: | May 31, 2007, *nunc pro tunc* to April 9, 2007 |
| *Period for which Compensation and Reimbursement is Sought*: | June 1, 2007 through July 31, 2007 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $193,092.80  (80% of $241,366.00) |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $13,864.00 |

This is a:  ___✓___ Monthly  _____ Quarterly  _____ Final Application

No prior applications have been filed.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*, [1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

Objection Deadline:  October 4, 2007 at 4:00 p.m.

**COMBINED THIRD AND FOURTH MONTHLY FEE APPLICATION OF
BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF NEW CENTURY TRS HOLDINGS, INC.,
*ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OF JUNE 1, 2007 THROUGH JULY 31, 2007**

This combined third and fourth monthly fee application for compensation and
reimbursement of expenses (the *"Fee Application"*) is filed by Blank Rome LLP (*"Blank
Rome"*) requesting payment for services rendered and reimbursement of costs expended as co-
counsel for the Official Committee of Unsecured Creditors (the *"Committee"*) of New Century
TRS Holdings, Inc., *et al.* (the *"Debtors"*) for the period of June 1, 2007 through July 31, 2007
(the *"Application Period"*).  In support of this Fee Application, Blank Rome respectfully states
as follows:

---

[1]  The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a
Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware
corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New
Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a
California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a
California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California
corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC
Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New
Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation;
New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a
Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad
Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage
Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral,
L.P., a Delaware limited partnership.

## Jurisdiction

1.    The Court has jurisdiction over this matter under 28 U.S.C. § 1334.  This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2).  Venue of these chapter 11 cases in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## Background

2.    On April 2, 2007 (the *"Petition Date"*), the Debtors commenced with this Court voluntary cases (the *"Chapter 11 Cases"*) under chapter 11 of title 11 of the United States Code (the *"Bankruptcy Code"*), which Chapter 11 Cases are being jointly administered pursuant to an Order of this Court.  The Debtors are continuing their businesses and managing their affairs as debtors and debtors in possession.

3.    On April 9, 2007, the Office of the United States Trustee for the District of Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the Official Committee of Unsecured Creditors (the *"Committee"*): Credit Suisse First Boston Mortgage Capital LLC, Credit-Based Asset Servicing and Securitization LLC, Residential Funding Company, LLC, Deutsche Bank National Trust Co., Wells Fargo Bank, N.A. as Indenture Trustee, Fidelity National Information Services, Inc., and Maguire Properties – Park Place, LLC.  Since its formation, the Committee has appointed Kodiak Funding LP as an *ex officio* member of the Committee.

4.    Hahn & Hessen LLP (*"Hahn & Hessen"*) and Blank Rome were selected by the Committee to serve as co-counsel to the Committee, and FTI Consulting, Inc. (*"FTI"*) was selected by the Committee to serve as financial advisor to the Committee.

5.      On April 25, 2007, the Court entered the Administrative Order Establishing

Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the

*"Administrative Order"*) (Docket No. 389).

6.      On May 4, 2007, the Committee filed the Application of the Official Committee

of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.*, for an Order Authorizing the

Committee to Employ Blank Rome LLP as Its Co-Counsel Pursuant 11 U.S.C. §§ 328 and 1103

and Fed. R. Bankr. P. 2014 *Nunc Pro Tunc* as of April 9, 2007 (the *"Blank Rome Retention*

*Application"*) (Docket No. 550) with the Court.  On May 31, 2007, the Court entered an order

approving the Blank Rome Retention Application (Docket No. 973).

7.      Blank Rome is a nationally recognized law firm with extensive experience and

expertise in bankruptcy and reorganization proceedings, particularly with respect to the

representation of debtors and creditors' committees.

8.      Presently, the attorneys at Blank Rome having the day-to-day responsibility for

representation of the Committee in the Chapter 11 Cases are Bonnie Glantz Fatell, Regina

Stango Kelbon, and David Carickhoff.  Blank Rome has drawn and will draw upon the

knowledge and skills of other firm attorneys to provide services as the need arises.

### Relief Requested

9.      Blank Rome submits this Fee Application pursuant to sections 330 and 331 of the

Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), the

Administrative Order, and Del. Bankr. LR 2016-2.  By this Fee Application, Blank Rome seeks

interim allowance of compensation for actual and necessary professional services rendered in the

amount of $241,366.00 for the Application Period, and seeks payment of 80% of this amount,

$193,092.080, and seeks the allowance and payment of 100% of its actual and necessary expenses in the amount of $13,864.00, in accordance with the terms of the Administrative Order.

10.     Blank Rome has made all reasonable efforts to avoid duplication of work with co-counsel, Hahn & Hessen.

### Summary of Fees

11.     The total number of hours expended by Blank Rome professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 643.20 hours at a blended billing rate of $375.26 per hour.  The value of these services has been computed at the rates Blank Rome customarily charges for similar services provided other clients.

12.     A detailed chronological itemization of the services rendered by each attorney and paraprofessional during the Application Period, calculated by tenths of an hour and categorized in accordance with the appropriate project code, is attached hereto as **Exhibit "A"**.  Every effort has been made by Blank Rome to categorize daily time entries in accordance with the correct project code.  However, in some instances, services overlap between project codes.  Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once.

13.     Specifically, the services rendered by Blank Rome to the Committee during the Application Period included the following:

(Project Code 1)        Blank Rome Fee/Employment Applications:

Blank Rome prepared, revised, and finalized its first monthly fee applications for the periods of April 9, 2007 through April 30, 2007, and prepared its second monthly fee application for the period May 1, 2007 through May 30, 2007.  Such work required coordination between

and among the Accounting Department, paralegals, and attorneys, for retrieval and review of billing statements, and drafting and revising the fee applications. Blank Rome also corresponded with the U.S. Trustee regarding the first monthly application.

**Total Hours: 33.40        Total Fees: $11,022.50**

(Project Code 2)        Other Professionals' Fee/Employment Application:

Blank Rome prepared, revised, and filed the first, second, and third monthly fee applications of FTI Consulting Inc.. Further, Blank Rome reviewed and analyzed objections to the Debtors' applications to retain ordinary course professionals, numerous special counsel, and other specialized professionals. Blank Rome communicated with the Debtors to address the Committee's concerns, and finalized and filed objections to several of the Debtors' retention applications and resolved issued regarding same.

**Total Hours: 19.60        Total Fees: $6,306.50**

(Project Code 4)        Claims Analysis and Objections:

Blank Rome reviewed and analyzed pleadings and documents filed in several adversary proceedings. With respect to the adversary proceeding initiated by UBS Real Estates Securities Inc., Blank Rome investigated issues related to the repurchase facility, including the Debtors' potential defenses against the plaintiff's allegations, and communicated with Debtors' counsel regarding the same. Blank Rome also coordinated with co-counsel Hahn & Hessen regarding various issues related to the intellectual property litigation proceedings initiated against the Debtors. In the adversary proceeding brought by the plan beneficiaries against the Debtors and the Committee, Blank Rome reviewed pleadings, corresponded with co-counsel, and conducted

legal research of procedural issues.  Finally, Blank Rome reviewed and analyzed various creditors' claims, payments, and class action litigation proceedings.

**Total Hours: 8.60          Total Fees: $4,125.50**

(Project Code 5)          <u>Committee Business and Meetings</u>:

Blank Rome participated in all aspects of Committee business, including, without limitation, attendance at Committee meetings (in person and via teleconference), procedural matters of import to the case, and in the general provision of information regarding case status. Blank Rome also participated in meetings and teleconferences with co-counsel on a host of issues to coordinate and share analysis on matters affecting the estate.

**Total Hours: 16.90          Total Fees: $9,662.50**

(Project Code 6)          <u>Case Administration</u>:

The time billed to this category includes services of a more administrative nature, including, but not limited to, filing pleadings, calendaring hearings, reviewing orders, reviewing the docket, and circulating pertinent pleadings.  This category includes time that otherwise would not comport with an identified project code.

**Total Hours: 97.00          Total Fees: $28,824.50**

(Project Code 7)          <u>Debtor's Business Operations</u>:

Blank Rome reviewed and analyzed information on the Debtors' business operations provided by the Debtor and the Committee's advisor, FTI Consulting Inc..  Blank Rome also reviewed and analyzed the Debtors' motion for an order approving investment guidelines.

**Total Hours: 1.20          Total Fees: $460.00**

(Project Code 8)        <u>Employee Benefits / General Labor</u>:

Blank Rome researched various WARN Act and labor issues and provided advice and legal analysis from attorneys in its labor group with respect to various issues.  Blank Rome reviewed and analyzed various benefit plans and arrangements, including the Debtors' non-qualified deferred compensation plan or Rabbi Trust, and researched related issues, calling on attorneys from its Tax and ERISA group.  As a result of such research and on behalf of the Committee, Blank Rome prepared a joinder to the Debtors' motion to dismiss the adversary proceeding filed by the plan beneficiaries against the Debtors and the Committee, and communicated with co-counsel Hahn & Hessen to finalize the joinder.

**Total Hours: 94.80        Total Fees: $38,297.00**

(Project Code 10)        <u>Financing Issues</u>:

Blank Rome worked closely with FTI Consulting and co-counsel Hahn & Hessen to analyze and negotiate the terms of the adequate protection stipulation.  Blank Rome reviewed the final adequate protection order.   Blank Rome also reviewed FTI Consulting's draft of Debtors' cash projections.

**Total Hours: 6.50        Total Fees: $3,900.00**

(Project Code 11)        <u>Regulatory Matters</u>:

Blank Rome has a banking regulatory practice and has provided research, analysis, and advice with respect to various regulatory matters.  Blank Rome conducted legal research regarding licensing requirements for mortgage lenders and brokers, reviewed various licenses, analyzed regulatory and licensing issues, and communicated with various regulators to assist the

Committee in its analysis with respect to the Debtors' service licensing and surety bonding requirements.

**Total Hours: 8.60        Total Fees: $3,316.00**

(Project Code 12)        <u>Sale of Assets/Asset Purchase Agreement</u>:

The time billed to this matter relates to the sale of the Debtors' assets and includes negotiations in connection with the same.  Blank Rome reviewed and analyzed sale documents and pleadings, including notices, motions, and various objections, concerning the sale of Debtors' technology assets.  Blank Rome communicated with co-counsel, Debtors' counsel, and Committee members in negotiating procedures and other issues related to the auction and sale of the technology assets.  Blank Rome also worked with co-counsel to analyze matters concerning UBS' negotiations and the purchase of the LNFA loans, and communicated with Debtors' counsel regarding the same.  Finally, Blank Rome reviewed and provided comments on the draft of Debtors' Transition Services Agreement with Carrington and other related documents.

**Total Hours: 16.60        Total Fees: $9,283.50**

(Project Code 13)        <u>Stay Relief Issues</u>:

Blank Rome reviewed and analyzed several motions for stay relief with respect to real property and pending litigation in other forums.  Blank Rome reviewed the stay relief motions of the Rubio class plaintiffs, GECC, Asurion, and Monita.  Also, Blank Rome communicated with the Debtors' counsel and finalized responses and joinders to debtors' response to such motions.

**Total Hours: 4.50        Total Fees: $1,697.00**

(Project Code 14)        <u>Secured Creditor / Equipment Lessors</u>:

The time billed to this matter relates to the investigation and analysis of asserted liens

against and security interests in the Debtors' assets.  Blank Rome participated in discussions with co-counsel and professionals regarding warehouse lenders' liens and related issues.

**Total Hours: .10          Total Fees: $60.00**

(Project Code 16)          Asset Analysis / Recovery:

The time billed to this matter relates to the investigation and analysis performed regarding assets, including potential causes of action for the estates.  In coordination with co-counsel, and FTI Consulting, and utilizing the Ringtail Program, Blank Rome mobilized its litigation team and began conducting an extensive electronic document review of hundreds of thousands of documents produced by the Debtors.  Members of the team attended regular teleconference and in-person meetings regarding the document review.  Blank Rome also met with the Examiner on several occasions, in order to coordinate the Committee's efforts with the Examiner's investigation, and executed a Common Interest Agreement.  In addition, Blank Rome reviewed and revised the Examiner's Rule 2004 motions for examination of KPMG and PWC, and communicated with the Examiner regarding the same.

**Total Hours: 311.80          Total Fees: $113,182.00**

(Project Code 17)          Hearings - Attendance / Preparation:

The time billed to this matter relates to the attendance of hearings and related proceedings and includes time spent in preparation of the same.  Typically time billed to this matter involves hearings on multiple matters that cannot be efficiently segregated.

**Total Hours: 14.80          Total Fees: $7,066.50**

(Project Code 19)    <u>D & O Issues / E & O Issues</u>

Blank Rome reviewed and analyzed the Debtors' motion for approval of the stipulation for an order enforcing the insurance policy, with respect to the liability insurance of the Debtors' directors and officers, and communicated with Debtors' counsel regarding the same.

**Total Hours: 1.30        Total Fees: $742.50**


(Project Code 20)    <u>Non-Working Travel</u>:

The time billed to this matter relates to non-working travel.  In accordance with Del. Bankr. LR 2016-2(d)(viii), only half of the actual non-working travel time was billed.

**Total Hours: 7.50        Total Fees: $3,420.00**


**<u>Actual and Necessary Costs and Expenses Incurred</u>**

14.    Reimbursement of expenses in the amount of $13,864.00 is sought herein.  A categorized summary of the actual and necessary costs and expenses incurred by Blank Rome during the Application Period, and an itemization of each expense within each category, is attached as **Exhibit "B"**.  Blank Rome reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such expenses may not have been captured to date in Blank Rome's billing system.


**<u>Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules</u>**

15.    In accordance with Del. Bankr. LR 2016-2, a summary schedule of hours and fees for each attorney and paraprofessional, and a summary of hours and fees categorized by project code follow the cover sheet to this Fee Application.  The undersigned submits that this Fee Application complies with Del. Bankr. LR 2016-2.

16.     Blank Rome submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of section 330 of the Bankruptcy Code.

17.     No agreement or understanding exists between Blank Rome and any other entity (other than members or employees of Blank Rome) for the sharing of compensation received or to be received for services rendered in or in connection with the Chapter 11 Cases.

**Notice**

18.     As required by the Administrative Order, a copy of this Fee Application has been served upon: (a) the Debtors; (b) Debtors' Counsel; (c) the Office of the United States Trustee; and (d) counsel to the DIP Lender.  Notice of this Fee Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, Blank Rome respectfully requests an award of compensation for professional services rendered as co-counsel to the Committee during the Application Period in the sum of **$193,092.80** (80% of **$241,366.00**), together with the reimbursement of expenses in the amount of **$13,864.00**; and such other and further relief that the Court  deems just and proper.

Dated:   September 14, 2007

BLANK ROME LLP

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
Regina Stango Kelbon
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:     (302) 425-6400
Facsimile:     (302) 425-6464

*Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al.*

127340.01600/6574200v.2