## CERTIFICATE OF SERVICE

I, Bonnie Glantz Fatell, hereby certify that on September 14, 2007, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated.

**Notice Of First Interim Fee Application Request**

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell

127340.01600/40171178v.1

## "Notice Parties"

### Service List

**VIA HAND DELIVERY**
Representing Debtors
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

Representing United States Trustee
Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

**VIA OVERNIGHT MAIL**
Representing Debtors
Suzzanne S. Uhland
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Representing Debtors
Emily Culler
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

New Century Mortgage Corporation
18400 Von Karman Avenue
Suite 1000
Irvin, CA 92612
Attn: Monika L. McCarthy, Esq.

Representing Debtors' Crisis Managers
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019
Attn: Holly Felder Etlin

Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.
Bennett L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

Representing The Official Committee of Unsecured Creditors
Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022