# EXHIBIT B

2239 S. Grand Ave
Santa Ana, CA 92705
714 545 4500
714 545 8500
todd@goglobal1.com

| Description of Furniture Assets | Count | Build-out Date | Approximate Remaining Value | Estimated Economics | Allocation of Purchase Price |
|---|---|---|---|---|---|
| **Private Offices / Conference Rooms** | | 2004-2006 | | | |
| Executive desks | | | | | |
| chairs, file cabinets, bookcases | | | | | |
| conference room tables | | | | | |
| **Work Station Furniture** | 121 | 2004-2006 | | | |
| desks, chairs, lateral file cabinets | | | | | |
| bookcases, 2 TV screens | | | | | |
| **Total Furniture** | | | | | 39,650 |
| **Misc. air handling equipment** | | | | | 2,015 |
| | | subtotal | $ 100,149 | | $ 41,665 |

Lienholder: GECC