**United States Bankruptcy Court**
**For the District of Delaware**

In re:   New Century Warehouse Corporation                                              Case No.    07-11043
                Debtor

### NOTES TO SCHEDULES OF ASSETS AND LIABILITIES
### AND STATEMENT OF FINANCIAL AFFAIRS

New Century Warehouse Corporation (the "Debtor") submits its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statements") pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007.

The Schedules and Statements have been prepared by the Debtor's management and are unaudited.  While management of the Debtor has made every effort to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, the subsequent receipt of information may result in material changes in data contained in the Schedules and Statements which would warrant amendment of same.  Except as noted, the assets and liability data contained in the Schedules and Statements are reflected at net book value as of August 3, 2007, the date the Debtor commenced its Chapter 11 case (the "Commencement Date").

The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules and/or Statements as to amount, liability or classification.

While every effort has been made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. Accordingly, the Debtor reserves the right to amend its Schedules and Statements as necessary or appropriate and expects it will do so as information becomes available.

Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated".  The Debtor reserves the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on its Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated".

The dollar amounts of claims listed may be exclusive of contingent and unliquidated amounts.

The claims of individual creditors for, among other things, merchandise, goods, services, or taxes are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights with respect to any such credits and allowances.

It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtor's property interests. Accordingly, unless otherwise noted, the carrying value on the Debtor's books, rather than the current market values, of the Debtor's interest in property is reflected on the Debtor's Schedules and Statements.

Form 6 - Summary
(10/06)

# United States Bankruptcy Court
### District of Delaware

In re:  New Century Warehouse Corporation                                    Case No.    07-11043
        Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 2 | $0.00 | | |
| B - Personal Property | Yes | 7 | $5,155,183.33 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $3,974,874.86 | |
| G - Executory Contracts and Unexpired Leases | Yes | 8 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $0.00 |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $0.00 |
| Total Number of sheets in all schedules | | 25 | | | |
| Total Assets | | | $5,155,183.33 | | |
| Total Liabilities | | | | $3,974,874.86 | |

Form B6A
(10/05)

In re:   New Century Warehouse Corporation                                          Case No.    07-11043
                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

X    Check this box if debtor has no real property to report on this Schedule.

In re:   New Century Warehouse Corporation                                        Case No.    07-11043

          Debtor

# SCHEDULE A - REAL PROPERTY
## (Continuation Sheet)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |

|  | Schedule A Total | $0.00 |
|---|---|---|

Form B6B
(10/05)

In re:   New Century Warehouse Corporation                                      Case No.    07-11043
                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

## SCHEDULE B NOTES

**UNLESS OTHERWISE NOTED, SCHEDULE B LISTS THE NET BOOK VALUE FOR EACH OF THE DEBTOR'S ASSETS AS OF AUGUST 3, 2007 AS REFLECTED ON THE DEBTOR'S BOOKS AND RECORDS.**

**THE DEBTOR RESERVES ALL RIGHTS WITH RESPECT TO THE CHARACTERIZATION OF THE ASSETS LISTED ON SCHEDULE B.**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See Attached Exhibit B2 | | $2,355,183.33 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |

| Page Total | $2,355,183.33 |
|---|---|

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See Attached Exhibit B9 | | UNKNOWN |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keough, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Page Total    $0.00

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | Receivable from sale of loan portfolio as of 7/31/2007<br><br>See footnote  1 | | $2,800,000.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Miscellaneous Tax Receivable<br><br>See footnote  2 | | UNKNOWN |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and right to set off claims. Give estimated value of each. | X | | | |

Page Total    $2,800,000.00

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Page 5 of  7

Page Total                $0.00

In re:   New Century Warehouse Corporation                                                    Case No.   07-11043
              Debtor

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crop-growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page Total        $0.00

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | | Schedule B Total | $5,155,183.33 |

Footnotes:

1. This amount reflects the minimum guaranteed gross receipt from the Access Holdings Corporation of 60% of the net proceeds from the sale of the loans subject to repurchase agreements transferred to Access Holdings Corporation on April 27, 2007 ($4,500,000), less amount received as of the petition date, August 3, 2007 ($1,700,000). The actual amount received will depend on the actual amount realized from the liquidation of the loans subject to repurchase agreements.
2. The Debtor has estimated the tax refunds due from the taxing agencies. However, due to the contingent nature of the tax refunds, the amounts will be listed as unknown.

# EXHIBIT B-2

## ACCOUNT NUMBER, TYPE, AND LOCATION OF ALL FINANCIAL ACCOUNTS

New Century Warehouse Corporation                                        Case Number 07-11043

**Exhibit B2**
**Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings**

| Description | Account Type | Balance at 8/3/07 |
|---|---|---|
| Deutsche Bank National Trust Company<br>Global Transaction Banking<br>Trust & Securities Services<br>Structured Finance Services<br>1761 East St. Andrew Place<br>Santa Ana, CA 92705-4934<br>Account# 051199 | Operating Account | $0.00 |
| La Salle bank National Association<br>135 South LaSalle St, Suite 1625<br>Chicago, IL 60603<br>Account# 723431.1 | Operating Account | $0.00 |
| Guaranty Bank<br>8333 Douglas Avenue<br>Dallas, TX 75225<br>Account# 3804622789 | Operating Account | $0.00 |
| Washington Mutual<br>Guaranty Bank<br>8333 Douglas Avenue<br>Dallas, TX 75225<br>Account# 1883379901 | Operating Account | $0.00 |
| Union Bank of California<br>445 S. Figueroa St., MC G08-470<br>Los Angeles, CA 90071-1655<br>Account# 7930002377 | Operating Account | $2,355,183.33 |
| Union Bank of California<br>445 S. Figueroa St., MC G08-470<br>Los Angeles, CA 90071-1655<br>Account# 2110105595 | Operating Account | $0.00 |
| Union Bank of California<br>445 S. Figueroa St., MC G08-470<br>Los Angeles, CA 90071-1655<br>Account# 7930002342 | Payroll Account | $0.00 |
| Union Bank of California<br>445 S. Figueroa St., MC G08-470<br>Los Angeles, CA 90071-1655<br>Account# 7930002350 | Payroll Account | $0.00 |
| | **Total** | **$2,355,183.33** |

# EXHIBIT B-9

## INTERESTS IN INSURANCE POLICIES

New Century Warehouse Corporation

Case No. 07-11043

**EXHIBIT B9**
**INSURANCE**

| INSURANCE POLICIES[i] | | | | |
|---|---|---|---|---|
| Coverage Type | Policy # | Carriers | Annualized Premiums | Policy Effective Dates |
| **Commercial Package** Property | FIA 1003282 | Fidelity & Deposit Co. of Maryland | $268,373 | 3/17/07 - 3/17/08 |
| General Liability | FIA 1003282 | | $150,178 | 3/17/07 - 3/17/08 |
| | | | | |
| **Commercial Auto** Auto Liability | CAP0016872 | Fidelity & Deposit Co. of Maryland | $12,999 | 3/17/07 - 3/17/08 |
| | | | | |
| **Commercial Umbrella Policy** Excess Liability | UMB9137352 | Fidelity & Deposit C. of Maryland | $104,135 | 3/17/07 - 3/17/08 |
| | | | | |
| **Difference in Conditions (Earth Quake)** Primary $10M | 306912JF1 | Empire Indemnity Ins Co | $330,155 | 3/17/07 -3/17/08 |
| | | | | |
| $10MM excess - $10MM | CPN 10000356001 | Endurance | $100,000 | 3/17/07 -3/17/08 |
| | | | | |
| **Directors & Officers Liability** Primary | 6724385 | AISLIC    American International Specialty Lines Insurance Company  (AIG) | $522,917 | 06/08/06 - 04/02/07 |
| | | | | |
| 2nd | G2166120A002 | ACE USA | $385,370 | 06/08/06 - 04/02/07 |
| 3rd | FD064467 | Lloyds (Aon) Syndicate | $400,456 | 06/08/06 - 04/02/07 |
| 4th | RNN727183 | AXIS | $109,480 | 06/08/06 - 04/02/07 |
| 5th | 4121907 | Starr Excess Liability Insurance Company, Ltd. | $206,350 | 06/08/06 - 04/02/07 |
| 6th | ELU09290606 | XL EU | $325,000 | 06/08/06 - 06/08/07 |
| 7th | FD0604994 | Loyd's(Aon) Syndicate | $172,283 | 06/08/06 - 06/08/07 |
| 8th | DOXG21661338001 | ACE | $103,393 | 06/08/06 - 06/08/07 |
| 9th | RNN727184 | Axis | $99,726 | 06/08/06 - 06/08/07 |
| 10th | 73551016 | Liberty | $93,282 | 06/08/06 - 06/08/07 |
| 11th | NY06DOL149577NV | Navigators | $45,427 | 06/08/06 - 06/08/07 |
| | | | | |
| | | | | |
| IDL | 00DA023401506 | Twin City Fire Insurance Co | $60,000 | 06/08/06 - 06/08/07 |
| | | | | |
| | | | | |
| IDL | AID001606800 | ARCH | $220,000 | 06/08/06 - 06/08/07 |
| IDL | 287036031 | Continental Casualty Co | $110,000 | 06/08/06 - 06/08/07 |
| IDL | NY06DOL149583NV | Navigators | $50,000 | 06/08/06 - 06/08/07 |
| **Directors & Officers Liability** Pre- petittionTail coverage | 672-43-85 | American International Specialty Lines Ins Com | $653,329 | 04/02/07 - 6/8/2013 |
| | G2166120A-002 | ACE American Ins Co | $481,712 | 04/02/07 - 6/8/2013 |
| | FD0604467 | Lloyds of London | $564,506 | 04/02/07 - 6/8/2013 |
| | RNN727183 | Axis Reinsureance Co | $136,850 | 04/02/07 - 6/8/2013 |
| | 4121907 | Starr Excess Liability Ins Company Ltd | $257,813 | 04/02/07 - 6/8/2013 |
| | ELU092906-06 | American International Specialty Lines Ins Com | $589,286 | 6/8/07 - 6/8/2013 |
| | FD0604994 | Lloyds of London | $342,891 | 6/8/07 - 6/8/2013 |
| | DOXG21661338001 | ACE American Ins Co | $186,534 | 6/8/07 - 6/8/2013 |
| | RNN727184 | Axis Reinsureance Co | $178,995 | 6/8/07 - 6/8/2013 |
| | 073551-016 | Liberty Mutual Ins Co | $170,046 | 6/8/07 - 6/8/2013 |
| | NY06DOL149577NV | Navigators Ins Co | $85,024 | 6/8/07 - 6/8/2013 |
| IDL | AID0016068-00 | Arch Ins Co | $385,000 | 6/8/07 - 6/8/2013 |
| IDL | 287036031 | Continental Casualty Co | $192,500 | 6/8/07 - 6/8/2013 |
| IDL | NY06DOL149583NV | Navigators Ins Co | $87,500 | 6/8/07 - 6/8/2013 |
| | | | | |
| IDL | 00DA023401506 | Twin City Fire Ins Co | $90,000 | 06/08/07 - 06/07/08 |
| | 713-35-92 | American International Companies | $458,000 | 4/2/2007 - 4/2/2008 |
| | 14-MGU-07-A14285 | HCC Global Financial Products | $640,000 | 4/2/2007 - 4/2/2008 |
| | | | | |
| **Directors & Officers Liability** Post Petition Coverage | 7133592 | National Union Fire Ins. Co of Pittsburgh, Pa (AIG) | $458,000 | 04/02/07 - 04/02/08 |
| | 14-MGU-07-A14285 | U.S. Specialty Ins. Co. (HCC) | $640,000 | 04/02/07 - 04/02/08 |
| | | | | |
| **Fire & Liability** Forced Place | MSH7710548B | Safeco | | 10/01/02 UTC |
| | | | | |
| **Fiduciary Liability** Benefit Compensation Plans sponsored by NCFC | PHSD219056 | Philadelphia Indemnity Insurance Company | $25,228 | 11/01/06 - 11/01/07 |
| | | | | |
| **Mortgage Bankers Bond** Fideltiy &Crime | MBB-05-00071 | Lloyd's of London Syndicates | $426,889 | 02/28/07 - 02/28/08 |
| | | | | |

New Century Warehouse Corporation

Case No. 07-11043

| INSURANCE POLICIES[1] | | | | | |
|---|---|---|---|---|---|
| Coverage Type | | Policy # | Carriers | Annualized Premiums | Policy Effective Dates |
| Workers' Compensation | Ca-Deductible All Other Retro | WC 249221914 | National Fire Ins Co of Hartford (CNA) | $583,891 | 02/25/04- 02/25/05 |
| | All States except CA & HI | WC 249221928 | Valley Forge Insurance Co (CNA) | $417,630 | 02/25/04- 02/25/05 |
| | Hawaii | WC 249221900 | Transportation Ins. Co | $4,045 | 02/25/04- 02/25/05 |
| | Stop Gap-ND, W Virg., OH, & Wy. | GL249221931 | Valley Forge Insurance Co (CNA) | $100 | 02/25/04- 02/25/05 |
| | | | | | |
| | Workers' Compensation  (AOS) | WLR C43981547 | ACE AMERICAN INSURANCE COMPANY | $843,440 | 02/25/05 - 2006 |
| | Workers' Compensation  (Wisc) | SCFC4  3981031 | ACE AMERICAN INSURANCE COMPANY | INC | 02/25/05 - 2006 |
| | | | | | |
| | Workers' Compensation  (AOS) | WLRC44438124 | ACE AMERICAN INSURANCE COMPANY | $617,450.00 | 02/25/06 - 2007 |
| | Workers' Compensation  (Wisc) | SCFC44438136 | ACE AMERICAN INSURANCE COMPANY | INC | 02/25/06 - 2007 |
| | Workers' Compensation  (AOS) | TRJUB1761B465 | Travelers | $326,689 | 02/25/07 - 2008 |
| | Workers' Compensation  (Wisc) | TC2JUB1761B361 | Travelers | INC | 02/25/07 - 2008 |
| | | | | | |
| Access Lending Only - Subsidiary coverage | Nortary Errors & Omissions Liability | DRS1003541 | RLI Surety | $77 | 11/15/2006 TO 11/15/2007 |
| **TOTALS** | | | | $13,712,947 | |

Notes:
(1) On a consolidated basis in the ordinary course of business, the Debtor maintains various types of insurance coverage, including liability and casualty insurance, with various
 insurers for all the Debtors, as noted on Schedule B-9 for New Century Financial Corporation (Case no. 07-10417) as primary named insured and all other Debtors as a secondary named insured.
 In addition to any insurance policies identified in response to item 9, the Debtor may have rights to coverage under certain other insurance  polices listed in Schedule G for this
 Debtor, as well as Schedule G for all other Debtors in the consolidated case New Century TRS Holdings, Inc.  The agents for all such insurance policies are set forth on the Debtor's Schedule G.

Form B6D
(10/05)

In re:   New Century Warehouse Corporation                                                    Case No.   07-11043
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

## SCHEDULE D NOTES

**THE DEBTOR RESERVES THE RIGHT TO DISPUTE OR CHALLENGE THE VALIDITY, PERFECTION OR IMMUNITY FROM AVOIDANCE OF ANY LIEN PURPORTED TO BE GRANTED OR PERFECTED IN ANY SPECIFIC ASSET TO A SECURED CREDITOR LISTED ON SCHEDULE D. MOREOVER, ALTHOUGH THE DEBTOR HAS SCHEDULED CLAIMS OF VARIOUS CREDITORS AS SECURED CLAIMS, THE DEBTOR RESERVES ALL RIGHTS TO DISPUTE OR CHALLENGE THE SECURED NATURE OF ANY SUCH CREDITOR'S CLAIM OR THE CHARACTERIZATION OF THE STRUCTURE OF ANY SUCH TRANSACTION, OR ANY DOCUMENT OR INSTRUMENT (INCLUDING, WITHOUT LIMITATION, ANY INTERCOMPANY AGREEMENT), RELATED TO SUCH CREDITOR'S CLAIM.**

**CERTAIN OF THE DEBTOR'S AGREEMENTS LISTED ON SCHEDULE G MAY BE IN THE NATURE OF CONDITIONAL SALES AGREEMENTS OR SECURED FINANCINGS. NO ATTEMPT HAS BEEN MADE TO IDENTIFY SUCH AGREEMENTS FOR PURPOSES OF SCHEDULE D. IN CERTAIN INSTANCES, THE DEBTOR MAY BE A CO-OBLIGOR, CO-MORTGAGOR OR GUARANTOR WITH RESPECT TO SCHEDULED CLAIMS OF THE DEBTOR AND ITS AFFILIATES, AND NO CLAIM SCHEDULED ON SCHEDULE D IS INTENDED TO ACKNOWLEDGE CLAIMS OF CREDITORS THAT ARE OTHERWISE SATISFIED OR DISCHARGED BY OTHER ENTITIES.**

**THE DESCRIPTIONS PROVIDED ARE INTENDED ONLY TO BE A SUMMARY. REFERENCE TO THE APPLICABLE CREDIT AGREEMENTS AND RELATED DOCUMENTS IS NECESSARY FOR A COMPLETE DESCRIPTION OF THE COLLATERAL AND THE NATURE, EXTENT AND PRIORITY OF ANY LIENS. NOTHING HEREIN SHALL BE DEEMED A MODIFICATION OR INTERPRETATION OF THE TERMS OF SUCH AGREEMENTS.**

**SCHEDULE D ALSO CONTAINS THE NAMES AND ADDRESSES OF CERTAIN PARTIES WHO HAVE FILED UCC-1 FILING STATEMENTS WITH THE SECRETARY OF STATE OF VARIOUS JURISDICTIONS IN WHICH THE DEBTOR, OR ITS SUBSIDIARIES, ARE ENGAGED IN BUSINESS.**

**AS PROVIDED BY GAAP, THE DEBTORS' BOOKS, RECORDS AND PRIOR FILINGS HAVE CHARACTERIZED THE LOAN REPURCHASE AGREEMENTS AS SECURED FINANCING ARRANGEMENTS, INCLUDING THE ESTIMATED TOTAL LIABILITY AS A SECURED CLAIM AND THE UNDERLYING MORTGAGE LOANS AND RESIDUAL INTERESTS AS ASSETS OF THE DEBTORS. THIS TREATMENT IS ALSO REFLECTED IN THESE SCHEDULES. THE LOAN REPURCHASE AGREEMENTS, HOWEVER, GENERALLY PROVIDE THAT THE DEBTORS SOLD MORTGAGE LOANS (OR RESIDUAL INTERESTS) TO THE COUNTERPARTIES SUBJECT TO A RIGHT AND OBLIGATION TO REPURCHASE THESE MORTGAGE LOANS OR RESIDUAL INTERESTS AT A SUBSEQUENT DATE OR UPON THE OCCURRENCE OF CERTAIN EVENTS. THE DEBTORS RESERVE ALL RIGHTS WITH RESPECT TO THE LOAN REPURCHASE AGREEMENTS, INCLUDING THE PROPER CHARACTERIZATION, THE UNDERLYING ASSETS AND OUTSTANDING AMOUNTS.**

In re:   New Century Warehouse Corporation        Case No.   07-11043
         Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Galleon Capital Corporation<br>R Douglas Donaldson<br>PO Box 4024<br>Boston, MA  02101 | X | | Warehouse Lender | | | | $0.00 | $0.00 |
| Goldman Sachs Mortgage Company<br>Attn: Marc Flamino<br>85 Broad Street<br>New York, NY  10004 | X | | Warehouse Lender | X | X | X | Unliquidated | Unliquidated |
| Guaranty Bank<br>Jenny Ray Stilwell<br>8333 Douglas Ave<br>Dallas, TX  75225 | X | | Warehouse Lender | | | | $0.00 | $0.00 |

Schedule D Total     | $0.00 |

In re:    New Century Warehouse Corporation                                              Case No.    07-11043

        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

Form B6F
(10/05)

In re:  New Century Warehouse Corporation                                    Case No.    07-11043
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not inlcude claims listed in Schedules D and E.  If all creditors will not fit on the page, use the continuation sheet provided.   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors.

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.  Report the total of all claims listed in this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding general unsecured claims to report on this Schedule.

## SCHEDULE F NOTES

**CERTAIN CLAIMS LISTED IN THIS SCHEDULE MAY BE DESIGNATED AS CONTINGENT, UNLIQUIDATED AND/OR DISPUTED.  A FAILURE TO DESIGNATE A CLAIM ON THIS SCHEDULE F AS CONTINGENT, UNLIQUIDATED AND/OR DISPUTED DOES NOT CONSTITUTE AN ADMISSION THAT SUCH CLAIM IS NOT SUBJECT TO OBJECTION.  THE DEBTOR RESERVES THE RIGHT TO DISPUTE OR ASSERT OFFSETS OR DEFENSES TO ANY CLAIM REFLECTED ON THE SCHEDULE F AS TO NATURE, AMOUNT, LIABILITY OR STATUS.**

**AS PROVIDED BY GAAP, THE DEBTORS' BOOKS, RECORDS AND PRIOR FILINGS HAVE CHARACTERIZED THE LOAN REPURCHASE AGREEMENTS AS SECURED FINANCING ARRANGEMENTS, INCLUDING THE ESTIMATED TOTAL LIABILITY AS A SECURED CLAIM AND THE UNDERLYING MORTGAGE LOANS AND RESIDUAL INTERESTS AS ASSETS OF THE DEBTORS. THIS TREATMENT IS ALSO REFLECTED IN THESE SCHEDULES.  THE LOAN REPURCHASE AGREEMENTS, HOWEVER, GENERALLY PROVIDE THAT THE DEBTORS SOLD MORTGAGE LOANS (OR RESIDUAL INTERESTS) TO THE COUNTERPARTIES SUBJECT TO A RIGHT AND OBLIGATION TO REPURCHASE THESE MORTGAGE LOANS OR RESIDUAL INTERESTS AT A SUBSEQUENT DATE OR UPON THE OCCURRENCE OF CERTAIN EVENTS.  THE DEBTORS RESERVE ALL RIGHTS WITH RESPECT TO THE LOAN REPURCHASE AGREEMENTS, INCLUDING THE PROPER CHARACTERIZATION, THE UNDERLYING ASSETS AND OUTSTANDING AMOUNTS.**

In re:  New Century Warehouse Corporation

Case No.  07-11043

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Vinson & Elkins LLP<br>T Mark Kelly<br>First City Bank<br>1001 Fannin St, Ste 2300<br>Houston, TX  77002-6760 | | | Acquisition Agreement | | | | $0.00 |
| State Street Global Markets, LLC<br>Attn: Todd Meringoff   Attn. Galleon Funds<br>225 Franklin St<br>Boston, MA  02110 | X | | Administrator and Liquidity Agent for Galleon Capital Corp. | | | | $0.00 |
| State Street Global Mrkts LLC<br>One Lincoln Street<br>5th Floor<br>Boston, MA  02111 | X | | Administrator and Liquidity Agent for Galleon Capital Corp. | | | | $0.00 |
| Washington Mutual Bank, FA<br>Attn: Michael McCauley<br>3200 Southwest Freeway<br>Houston, TX  77027 | X | | Disbursement agent for Galleon CP Conduit | | | | $0.00 |
| Deutsche Bank<br>Attn: Ryan Stark<br>31 West 52nd Street<br>3rd Floor NYC01-0304<br>New York, NY  10019 | X | | Disbursement Agent for Goldman Sachs Facility | X | X | X | Unliquidated |
| New Century Mortgage Corporation<br>18400 Von Karman, Ste 1000<br>Irvine, CA  92612 | | | Intercompany<br>See footnote  1 | | | | $3,973,199.86 |
| LaSalle Bank<br>Attn: GSTS/CCM<br>135 South LaSalle St., Suite 1625<br>Chicago, IL  60603 | X | | Settlement Agent for Goldman Sachs Facility | X | X | X | Unliquidated |
| Street Resource Group<br>6160 Peachtree Dunwoody Rd.<br>Suite B-220<br>Atlanta, GA  30328-6047 | | | Trade Creditor | | | | $1,675.00 |
| Galleon Capital Corporation<br>Attn: R Douglas Donaldson<br>PO Box 4024<br>Boston, MA  02101 | X | | Warehouse Line | | | | $0.00 |
| Goldman Sachs Mortgage Company<br>Attn: Marc Flamino<br>85 Broad Street<br>New York, NY  10004 | X | | Warehouse Line | X | X | X | Unliquidated |
| Guaranty Bank<br>Attn: Jenny Ray Stilwell<br>8333 Douglas Ave<br>Dallas, TX  75225 | X | | Warehouse Line | | | | $0.00 |

Schedule F Total    $3,974,874.86

Page Total    $3,974,874.86

In re:  New Century Warehouse Corporation

Case No.  07-11043

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

Footnotes:

1. The amount of this claim is currently under review.

Page Total  $0.00

Form B6G
(10/05)

In re:    New Century Warehouse Corporation                                    Case No.    07-11043
                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

　　　Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e ., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐　Check this box if debtor has no executory contracts or unexpired leases.

## SCHEDULE G NOTES

**WHILE EVERY EFFORT HAS BEEN MADE TO ENSURE THE ACCURACY OF THE STATEMENT OF EXECUTORY CONTRACTS, INADVERTENT ERRORS OR OMISSIONS MAY HAVE OCCURRED.  THE DEBTOR DOES NOT MAKE, AND SPECIFICALLY DISCLAIMS, ANY REPRESENTATION OR WARRANTY AS TO THE COMPLETENESS OR ACCURACY OF THE INFORMATION SET FORTH HEREIN, OR THE VALIDITY OR ENFORCEABILITY OF ANY CONTRACTS, AGREEMENTS OR DOCUMENTS LISTED HEREIN.  THE DEBTOR HEREBY RESERVES THE RIGHT TO DISPUTE THE VALIDITY, STATUS OR ENFORCEABILITY OF ANY CONTRACTS, AGREEMENTS OR LEASES SET FORTH HEREIN AND TO AMEND OR SUPPLEMENT THIS STATEMENT.**

**THE CONTRACTS, AGREEMENTS AND LEASES LISTED ON SCHEDULE G MAY HAVE EXPIRED OR MAY HAVE BEEN MODIFIED, AMENDED AND SUPPLEMENTED FROM TIME TO TIME BY VARIOUS AMENDMENTS, RESTATEMENTS, WAIVERS, ESTOPPEL CERTIFICATES, LETTERS AND OTHER DOCUMENTS, INSTRUMENTS AND AGREEMENTS WHICH MAY NOT BE LISTED HEREIN.  CERTAIN OF THE REAL PROPERTY LEASES LISTED ON THIS SCHEDULE G MAY CONTAIN RENEWAL OPTIONS, GUARANTEES OF PAYMENT, OPTIONS TO PURCHASE,  RIGHTS OF THE FIRST REFUSAL, RIGHTS TO LEASE ADDITIONAL SPACE AND OTHER MISCELLANEOUS RIGHTS.  SUCH RIGHTS, POWERS, DUTIES AND OBLIGATIONS ARE NOT SET FORTH ON THIS SCHEDULE G.  CERTAIN OF THE EXECUTORY AGREEMENTS MAY NOT HAVE BEEN MEMORIALIZED AND COULD BE SUBJECT TO DISPUTE.  SCHEDULE G DOES NOT INCLUDE ALL EQUIPMENT PURCHASE ORDERS.  ADDITIONALLY, THE DEBTOR MAY BE A PARTY TO VARIOUS OTHER AGREEMENTS CONCERNING REAL PROPERTY, SUCH AS EASEMENTS, RIGHTS OF WAY, SUBORDINATION, NON-DISTURBANCE AND ATTORNMENT AGREEMENTS, SUPPLEMENTAL AGREEMENTS, AMENDMENTS/LETTER AGREEMENTS, TITLE DOCUMENTS, CONSENTS, SITE PLANS, MAPS AND OTHER MISCELLANEOUS AGREEMENTS.  SUCH AGREEMENTS ARE NOT SET FORTH ON THIS SCHEDULE G.**

**ON A CONSOLIDATED BASIS IN THE ORDINARY COURSE OF BUSINESS, THE DEBTOR MAINTAINS VARIOUS TYPES OF INSURANCE COVERAGE, INCLUDING LIABILITY AND CASUALTY INSURANCE, WITH VARIOUS INSURERS FOR ALL THE DEBTORS, AS NOTED ON SCHEDULE B-9 FOR NEW CENTURY FINANCIAL CORPORATION AS PRIMARY NAMED INSURED AND ALL OTHER DEBTORS AS A SECONDARY NAMED INSURED. IN ADDITION TO ANY INSURANCE POLICIES IDENTIFIED IN RESPONSE TO ITEM 9, THE DEBTOR MAY HAVE RIGHTS TO COVERAGE UNDER CERTAIN OTHER INSURANCE POLICES LISTED IN SCHEDULE G FOR ALL DEBTORS. THE AGENTS FOR ALL SUCH INSURANCE POLICIES ARE SET FORTH ON THE DEBTOR'S SCHEDULE G.**

**CERTAIN OF THE AGREEMENTS LISTED ON SCHEDULE G MAY BE IN THE NATURE OF CONDITIONAL SALES AGREEMENTS OR SECURED FINANCINGS.  THE DEBTORS RESERVE THE RIGHT TO DISPUTE OR CHALLENGE THE CHARACTERIZATION OF PERSONAL PROPERTY LEASES.  THE DEBTOR RESERVES ALL OF ITS RIGHTS TO DISPUTE OR CHALLENGE THE CHARACTERIZATION OF THE STRUCTURE OF ANY TRANSACTION, OR ANY DOCUMENT OR INSTRUMENT (INCLUDING, WITHOUT LIMITATION, ANY INTER-COMPANY AGREEMENT) RELATED TO A CREDITOR'S CLAIM.**

**LISTING A CONTRACT OR AGREEMENT ON THIS SCHEDULE DOES NOT CONSTITUTE AN ADMISSION THAT SUCH CONTRACT OR AGREEMENT IS AN EXECUTORY CONTRACT OR UNEXPIRED LEASE OR THAT SUCH CONTRACT OR AGREEMENT WAS IN EFFECT ON THE PETITION DATE OR IS VALID OR ENFORCEABLE.  ANY AND ALL OF THE DEBTOR'S RIGHTS, CLAIMS AND CAUSES OF ACTION WITH RESPECT TO THE CONTRACTS AND AGREEMENTS LISTED ON THIS SCHEDULE ARE HEREBY RESERVED AND PRESERVED.**

**OMISSION OF A CONTRACT OR AGREEMENT FROM THIS SCHEDULE DOES NOT CONSTITUTE AN ADMISSION THAT SUCH OMITTED CONTRACT OR AGREEMENT IS NOT AN EXECUTORY CONTRACT OR UNEXPIRED LEASE. THE DEBTOR'S RIGHTS UNDER THE BANKRUPTCY CODE WITH RESPECT TO ANY SUCH OMITTED CONTRACTS OR AGREEMENTS ARE NOT IMPAIRED BY THE OMISSION.  THIS SCHEDULE MAY BE AMENDED AT ANY TIME TO ADD ANY OMITTED CONTRACT OR AGREEMENT.**

In re:   New Century Warehouse Corporation

Case No.    07-11043

        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| Access Holdings Corporation<br>David Fleig<br>77 Sugar Creek Center Blvd.<br>Sugar Land, TX  77478 | Asset Purchase Agreement dated April 26, 2007 |
| Deutsche Bank<br>Ryan Stark<br>31 West 52nd Street<br>3rd Floor NYC01-0304<br>New York, NY  10019 | Disbursement Agent Agreement |
| Ace American Insurance Company<br>Todd Shanholtzer, VP<br>725 South Figueroa<br>Ste 2050<br>Los Angeles, CA  90017 | Insurance Contract |
| Ace USA<br>Dept Ch 14089<br>Palatine, IL  60055 | Insurance Contract |
| Ace USA Professional Risk<br>Att Chief Underwriter Officer<br>140 Broadway<br>41st Floor<br>New York, NY  10005 | Insurance Contract |
| American International Group<br>Insurance Co State fof Pennsylvannia/AIG,<br>Sun Trust Bank as Trustee of the AIG Group Insurance Trust<br>1445 New York Avenue, N.W.<br>Washington, DC  20005-2105 | Insurance Contract |
| American International Specialty Lines Insurance Company  (AIG)<br>175 Water Street<br>New York, NY  10038 | Insurance Contract |
| American International Specialty Lines Insurance Company  (AIG)<br>A.I. Management and Professional Liability Claims Adjusters<br>P.O.Box 1000<br>New York, NY  10270 | Insurance Contract |
| American International Specialty Lines Insurance Company  (AIG)<br>AIG Group / Ins Payment Process<br>PO Box 15482<br>Wilmington, DE  19885 | Insurance Contract |
| Aon Professional Risk (Lloyds)<br>London<br>8 Devonshire Square<br>London,  EC2M 4PL<br>England | Insurance Contract |

In re:   New Century Warehouse Corporation                                          Case No.    07-11043
                        Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| Aon Risk Services of Colorado<br>Eric Boyum<br>4100 E. Mississippi Avenue, Suite 1300<br>Denver, CO  80246 | Insurance Contract |
| Arch Insurance Company<br>ARCH Insurance Group<br>3100 Broadway, Suite 511<br>Kansas City, MO  64111 | Insurance Contract |
| Arch Insurance Company<br>One Liberty Plaza, 53rd Floor<br>New York, NY  10006 | Insurance Contract |
| Axis Finance Company LLC<br>1108 Kane Concourse Ste 308<br>Bay Harbor Islands, FL  33154 | Insurance Contract |
| Axis Financial Group Inc<br>7002 Engle Rd Ste 102<br>Middleburg Heights, OH  44130 | Insurance Contract |
| Axis Financial LLC<br>100 W Harrison North Tower Ste 270<br>Seattle, WA  98119 | Insurance Contract |
| Axis Financial Insurance Solutions<br>Att: Financial Insurance Solutions<br>Connell Corporate Pk<br>Three Connell Dr<br>Berkeley Heights, NJ  07922-0357 | Insurance Contract |
| Axis Reinsurance Co<br>430 Park Avenue, 4th Floor<br>New York, NY  10022 | Insurance Contract |
| Continental Casualty Co<br>PO Box 660679<br>Dallas, TX  75266 | Insurance Contract |
| Empire Indemnity Ins Co<br>13810 Fnb Pkwy<br>Omaha, NE  68154-5202 | Insurance Contract |
| Empire Indemnity Ins Co<br>1624 Douglas St<br>Omaha, NE  68102 | Insurance Contract |
| Endurance<br>767 Third Avenue, 5th floor<br>New York, NY  10017 | Insurance Contract |
| Fidelity & Deposit Co. of Maryland<br>The Fidelity and Deposit Companies<br>P.O. Box 12277<br>Baltimore, MD  21203 | Insurance Contract |
| Fidelity & Deposit Co. of Maryland<br>Flood Ins Processing Ctr<br>PO Box 75107<br>Baltimore, MD  21275 | Insurance Contract |

In re:   New Century Warehouse Corporation                                                    Case No.    07-11043
                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| Fidelity & Deposit Co. of Maryland<br>PO Box 673397<br>Marietta, GA  30006 | Insurance Contract |
| Fidelity & Deposit Co. of Maryland<br>Adminstration Office<br>1400 American Lane<br>Shaumburg, IL  60196 | Insurance Contract |
| Hartford Flood Proc Ctr<br>PO Box 75107<br>Baltimore, MD  21275 | Insurance Contract |
| Hartford Flood Proc Ctr<br>727170<br>PO Box 4579<br>Deerfield Beach, FL  33442 | Insurance Contract |
| Hartford Flood Proc Ctr<br>PO Box 2057<br>Kalispell, MT  59903 | Insurance Contract |
| Hartford Ins Co Of Midwest<br>PO Box 2902<br>Hartford, CT  06104 | Insurance Contract |
| Hartford Ins Co Of Midwest<br>PO Box 5556<br>Hartford, CT  06102 | Insurance Contract |
| Hartford Insurance Group<br>Hartford Plaza<br>Hartford, CT  06115 | Insurance Contract |
| Hartford Lloyds Ins Co<br>PO Box 5556<br>Hartford, CT  06102 | Insurance Contract |
| Liberty Mut Flood Ins<br>Flood Ins Program<br>PO Box 2057<br>Kalispell, MT  59903 | Insurance Contract |
| Liberty Mut Flood Ins<br>PO Box 7500<br>Rockville, MD  20849 | Insurance Contract |
| Liberty Mut Ins Co<br>Remittance Proc Cntr<br>PO Box 530004<br>Atalnta, GA  30353 | Insurance Contract |
| Liberty Mut Ins Co<br>Flood Ins Program<br>PO Box 650346<br>Dallas, TX  75265 | Insurance Contract |
| Liberty Mut Ins Co<br>100 Liberty Way PO Box 7<br>Dover, NH  03822 | Insurance Contract |

In re:   New Century Warehouse Corporation                                     Case No.   07-11043

                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| Liberty Mutual Flood Ins Co<br>Flood Ins Program<br>PO Box 8437<br>Philadelphia, PA  19101 | Insurance Contract |
| Liberty Mutual Holding Company Inc<br>175 Berkeley St<br>Boston, MA  02117 | Insurance Contract |
| Liberty Mutual Insurance<br>Remittance Processing Service<br>2875 Browns Bridge Rd<br>Gainesville, GA  30504 | Insurance Contract |
| Lloyd's<br>Mendes and Mount LLP.<br>Citicorp Plaza   725 South Figueroa Street<br>Los Angeles, CA  90017-5419 | Insurance Contract |
| Lloyds (Aon) Syndicate<br>Boundas, Skarzynski, Walsh & Black LLC   Att: David T. Burowes<br>200 East Randolph Drive, Suite 7200<br>Chicago, IL  60601 6969 | Insurance Contract |
| Lloyds of London<br>The Museum Office Building<br>25 West 53rd Street<br>14th Floor<br>New York, NY  10019 | Insurance Contract |
| Lloyd's of London Syndicates<br>Financial & Professional Risk Solutions Insurance Agency Inc.<br>Bankers Insurance Services<br>200 E. Randolf Street, Suite 700<br>Chicago, IL  60602 | Insurance Contract |
| National Fire Ins Co of Hartford (CNA)<br>CNA Plaza<br>Chicago, IL  60685 | Insurance Contract |
| National Union Fire Ins. Co of Pittsburgh, Pa (AIG)<br>175 Water Street, 11th Floor<br>New York, NY  10038 | Insurance Contract |
| Navigators<br>Navigators Pro - A Division of Navigators Management Compnay, Inc<br>One Penn Plaza<br>New York, NY  10119 | Insurance Contract |
| Navigators Ins Co<br>123 William St<br>New York, NY  10038 | Insurance Contract |
| Navigators Ins Co<br>Reckson Executive Park<br>6 International Drive<br>Rye Brook, NY  10573 | Insurance Contract |

In re:  New Century Warehouse Corporation                                    Case No.    07-11043
                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| Philadelphia Indemnity Insurance Company<br>One Bala Plaza, Suite 100<br>Bala Cynwyd, PA  19004 | Insurance Contract |
| Philadelphia Indemnity Insurance Company<br>Flood Processing Ctr<br>PO Box 4609<br>Deerfield Beach, FL  33442 | Insurance Contract |
| Philadelphia Indemnity Insurance Company<br>Flood Ins Program<br>PO Box 2057<br>Kalispell, MT  59903 | Insurance Contract |
| Philadelphia Indemnity Insurance Company<br>Flood Ins Program<br>PO Box 33003<br>St Petersburg, FL  33733 | Insurance Contract |
| Philadelphia Indemnity Insurance Company<br>PO Box 33011<br>St Petersburg, FL  33733 | Insurance Contract |
| RLI Surety, A Divisioin of RLI Insurance Company<br>PO Box 3967<br>Peoria, IL  61612-3967 | Insurance Contract |
| Safeco<br>Safeco Surplus Lines Insurance Company<br>4333 Brookly Ave. N.E.<br>Seattle, WA  98185 | Insurance Contract |
| Safeco<br>First National Insurance Company of America<br>4333 Brookly Ave. N.E.<br>Seattle, WA  98185 | Insurance Contract |
| Safeco<br>Safeco Surplus Lines Insurance Company<br>4333 Brookly Ave. N.E.<br>Seattle, WA  98185 | Insurance Contract |
| Safeco<br>General Insurance Company of America<br>4333 Brookly Ave. N.E.<br>Seattle, WA  98185 | Insurance Contract |
| Safeco C/o Security Insurance Agency<br>290 North Main<br>PO Box 640<br>Spanish Fork, UT  84660 | Insurance Contract |
| Safeco Co Ins Co Of America<br>PO Box 66750<br>St Louis, MO  63166 | Insurance Contract |
| Safeco Ins Co of America<br>PO Box 34691<br>Seattle, WA  98124 | Insurance Contract |

In re:   New Century Warehouse Corporation                                    Case No.    07-11043
          Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| Safeco Ins Co of Illinois<br>PO Box 66768<br>St Louis, MO  63166 | Insurance Contract |
| Safeco Lloyds Ins Co<br>PO Box 34691<br>Seattle, WA  98124 | Insurance Contract |
| Safeco Lloyds Ins Co<br>PO Box 66750<br>St Louis, MO  63166 | Insurance Contract |
| Safeco National Ins Co<br>Safeco Plaza<br>4333 Brookly Ave. N.E.<br>Seattle, WA  98185 | Insurance Contract |
| Safeco Select Insurance Serivices<br>2677 N. Main Street, Suite 600<br>Santa Ana, CA  92705-6629 | Insurance Contract |
| Starr Excess Liability Insurance Company, Ltd.<br>Administrative Offices<br>175 Water St<br>New York, NY  10038 | Insurance Contract |
| Stateside Insurance<br>Stateside Underwriting Agency   MA for Lloyds<br>29 S. LaSalle, Suite 530<br>Chicago, IL  60603 | Insurance Contract |
| Stateside Insurance<br>PO Box 2070<br>Milwaukee, WI  53201 | Insurance Contract |
| Transportation Ins. Co<br>PO Box 371305<br>Pittsburgh, PA  15250 | Insurance Contract |
| Travelers<br>Scot Freeman Case Manager<br>National Accounts   1 Tower Sq 5mn<br>Hartford, CT  06183-4044 | Insurance Contract |
| Travelers Cas And Surety Amer<br>One Tower Square<br>Hartford, CT  06183 | Insurance Contract |
| Travelers Flood Ins<br>PO Box 70302<br>Charlotte, NC  28272 | Insurance Contract |
| Travelers Flood Ins<br>Renewal Flood<br>PO Box 2874<br>Omaha, NE  68103 | Insurance Contract |
| Travelers Property Casualty Company of America<br>Att Alex Tiefel Mgg Director National Accts West<br>6060 So Willow Dr<br>Greenwood Village, CO  80111 | Insurance Contract |

In re:   New Century Warehouse Corporation                                                    Case No.    07-11043
                        Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| Twin City Fire Insurance Co<br>690 Asylum Ave<br>Hartford, CT  06115 | Insurance Contract |
| U.S. Specialty Ins. Co. (HCC)<br>13403 Northwest Freeway<br>Houston, TX  77040 | Insurance Contract |
| Valley Forge Insurance Co (CNA)<br>PO Box 660676<br>Dallas, TX  75266 | Insurance Contract |
| XL Specialty Insurance Company<br>Executive Offices<br>70 Seaview Ave<br>Stamford, CT  06902-6040 | Insurance Contract |
| Zurich USA<br>1400 American Lane<br>Shaumburg, IL  60196 | Insurance Contract |
| LaSalle Bank<br>Attn: GSTS/CCM<br>135 South LaSalle St., Suite 1625<br>Chicago, IL  60603 | Settlement Agent Agreement |
| Goldman Sachs Mortgage Company<br>Attn: Marc Flamino<br>85 Broad Street<br>New York, NY  10004 | Warehouse Agreement |

Form B6H
(10/05)

In re:  New Century Warehouse Corporation                                          Case No.    07-11043
                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's s pouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

In re:   New Century Warehouse Corporation        Case No.   07-11043
        Debtor

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| New Century Financial Corporation<br>3121 Michelson Drive, 5th Floor<br>Irvine, CA  92612 | Deutsche Bank<br>Attn: Ryan Stark<br>31 West 52nd Street<br>3rd Floor NYC01-0304<br>New York, NY  10019 |
| New Century Financial Corporation<br>3121 Michelson Drive, 5th Floor<br>Irvine, CA  92612 | Galleon Capital Corporation<br>Attn: R Douglas Donaldson<br>PO Box 4024<br>Boston, MA  02101 |
| New Century Financial Corporation<br>3121 Michelson Drive, 5th Floor<br>Irvine, CA  92612 | Goldman Sachs Mortgage Company<br>Attn: Marc Flamino<br>85 Broad Street<br>New York, NY  10004 |
| New Century Financial Corporation<br>3121 Michelson Drive, 5th Floor<br>Irvine, CA  92612 | Guaranty Bank<br>Attn: Jenny Ray Stilwell<br>8333 Douglas Ave<br>Dallas, TX  75225 |
| New Century Financial Corporation<br>3121 Michelson Drive, 5th Floor<br>Irvine, CA  92612 | LaSalle Bank<br>Attn: GSTS/CCM<br>135 South LaSalle St., Suite 1625<br>Chicago, IL  60603 |
| New Century Financial Corporation<br>3121 Michelson Drive, 5th Floor<br>Irvine, CA  92612 | State Street Global Markets, LLC<br>Attn: Todd Meringoff   Attn. Galleon Funds<br>225 Franklin St<br>Boston, MA  02110 |
| New Century Financial Corporation<br>3121 Michelson Drive, 5th Floor<br>Irvine, CA  92612 | State Street Global Mrkts LLC<br>One Lincoln Street<br>5th Floor<br>Boston, MA  02111 |
| New Century Financial Corporation<br>3121 Michelson Drive, 5th Floor<br>Irvine, CA  92612 | Washington Mutual Bank, FA<br>Attn: Michael McCauley<br>3200 Southwest Freeway<br>Houston, TX  77027 |
| New Century Mortgage Corporation<br>3121 Michelson Drive, 5th Floor<br>Irvine, CA  92612 | Deutsche Bank<br>Attn: Ryan Stark<br>31 West 52nd Street<br>3rd Floor NYC01-0304<br>New York, NY  10019 |
| New Century Mortgage Corporation<br>3121 Michelson Drive, 5th Floor<br>Irvine, CA  92612 | Goldman Sachs Mortgage Company<br>Attn: Marc Flamino<br>85 Broad Street<br>New York, NY  10004 |
| New Century Mortgage Corporation<br>3121 Michelson Drive, 5th Floor<br>Irvine, CA  92612 | LaSalle Bank<br>Attn: GSTS/CCM<br>135 South LaSalle St., Suite 1625<br>Chicago, IL  60603 |

In re:   New Century Warehouse Corporation                                        Case No.    07-11043
                    Debtor

### Declaration Under Penalty of Perjury
### On Behalf of a Corporation or Partnership

I, Michael G. Tinsley, Chief Financial Officer of New Century Warehouse

Corporation, named as the debtor in this case, declare under penalty of perjury that I

have read the foregoing Summary and Schedules and any attachments thereto and that

they are true and correct to the best of my knowledge, information, and belief.


Date:    September 17, 2007                       _/s/ Michael G. Tinsley_
                                                               Michael G. Tinsley
                                                               Chief Financial Officer