# NEW CENTURY MORTGAGE CORPORATION
# UNION BANK 2110106052
# ACCOUNT RECONCILIATION - 1074
# CREDIT REPORT FEE REFUND
**June 30, 2007**

| | |
|---|---:|
| **BALANCE PER BANK** | $232,574.82 |
| 7/31/07 OUTSTANDING CHECKS | ($232,129.82) |
| **ADJ BANK BALANCE** | $445.00 |
| **BALANCE PER G/L** | $445.00 |
| ADJ G/L BALANCE | $445.00 |
| | ($0.00) |

Note:
**Outstanding Checks should be Escheated to the State of CA**

PREPARED BY:      Nikki Bui                                         8/23/07

APPROVED BY:

M:\accounting\Recons 2007\07 - July 2007 Recons\[NCMC 1074-0000 Credit Report Fee Refund.xls]Jul 07


**STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES    CA  90071

Page 1 of 1
NEW  CENTURY  MORTGAGE
CORPORATION
**Statement Number: 2110106052**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NEW CENTURY MORTGAGE CORPORATION
CREDIT REPORT FEE REFUND ACCOUNT
CASE #07-10417
18400 VON KARMAN STE 1000
IRVINE CA 92612**

■

## Analyzed Business Checking Summary

Account Number: 2110106052

Days in statement period: Days in statement period: 32

| | | | |
|---|---|---:|---:|
| **Balance on 6/30** | $ | | 232,574.82 |
| **Total Credits** | | | 55.00 |
| Account recon cr (1) | | 55.00 | |
| **Total Debits** | | | -55.00 |
| Account recon dr (1) | | -55.00 | |
| **Balance on 7/31** | $ | | 232,574.82 ✓ |

## CREDITS

**Account reconciliation credits**

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 7/6 | *ACCOUNT RECON CHECK ADJUSTMENT # 0000015436 | 99890052 | $ | 55.00 |

## DEBITS

**Account reconciliation debits**

| Date | Description | Reference | | Amount |
|---|---|---|---|---:|
| 7/5 | ACCOUNT RECONCILIATION LIST POST | 99977354 | $ | 55.00 |

## Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---:|---|---|---:|
| 7/2-7/4 | $ | 232,574.82 | 7/6-7/31 | $ | 232,574.82 |
| 7/5 | | 232,519.82 | | | |

NEW CENTURY MORTGAGE CORP.
UBS BLOCKED ACCOUNT RECONCILIATION
GL ACCOUNT # 1085-0000
Deutsche Bank Account #35071
07/31/07

| Date | Reference | Description | Amount | Comment |
|------|-----------|-------------|--------|---------|
| 07/31/07 | | Bank Account Balance | - | |
| 07/31/07 | | GL Balance | (3,385,996.25) | |
| 10/18/06 | | | 1,913.14 | in bank but not in gl |
| 11/03/06 | | | (131,013.93) | in bank but not in gl |
| 11/03/06 | | | 103,228.92 | in bank but not in gl |
| 12/26/06 | JRNL200148626 | | (11,089.86) | UBS Block 400 Principal -MS not reflected on bank account |
| 01/03/07 | | | 10,598.86 | in bank but not in gl; Move to GL Feb |
| 02/02/07 | JRNL200151976 | | (225,239.52) | UBS Block 400 Principal -MS not reflected on bank account |
| 02/03/07 | JRNL200151977 | | (418.21) | UBS Block 400 Principal -MS not reflected on bank account |
| 02/05/07 | | | (22,390.59) | in bank but not in gl |
| 02/08/07 | | | 225,491.05 | in bank but not in gl |
| 02/09/07 | JRNL200152663 | | (1,001.11) | UBS Block 400 Principal -MS not reflected on bank account |
| 02/10/07 | JRNL200152667 | | (827.56) | UBS Block 400 Principal -MS not reflected on bank account |
| 02/22/07 | JRNL200152696 | | 444.04 | UBS Block 400 Principal -MS not reflected on bank account |
| 02/27/07 | | | 4,992.69 | in bank but not in gl |
| 02/28/07 | JRNL200153513 | | 1,062.08 | UBS Block 400 Principal -MS not reflected on bank account |
| 03/01/07 | JRNL200154027 | | (5,815.14) | UBS Block 400 Principal -MS not reflected on bank account |
| 03/05/07 | | | (21,772.44) | in bank but not in gl |
| 03/08/07 | JRNL200155248 | | (690.11) | UBS Block 400 Principal -MS not reflected on bank account |
| 03/12/07 | | | (806,500.77) | in bank but not in gl, Nikki researched New BK acc 9301035581 with JP Morgan, no GL code yet assigned |
| 03/14/07 | JRNL200155520 | | (935,755.98) | UBS Block 400 Principal -MS not reflected on bank account |
| 03/16/07 | JRNL200155478 | | (9,526.45) | UBS Block 400 Principal -MS not reflected on bank account |
| 03/17/07 | JRNL200155480 | | 19,657.14 | UBS Block 400 Principal -MS not reflected on bank account |
| 03/23/07 | | | 842,178.00 | in bank but not in gl, block or Inv cannot be identified on report 62-3 |
| 03/23/07 | | | 488,258.59 | in bank but not in gl, block or Inv cannot be identified on report 62-3 |
| 03/23/07 | | | 422,870.57 | in bank but not in gl, report 62-3, 3/19/07 shows to Inv 16 instead block 400 |
| 03/23/07 | | | 5,442.57 | in bank but not in gl, block or Inv cannot be identified on report 62-3 |
| 03/27/07 | JRNL200155511 | | (52.75) | UBS Block 400 Principal -MS, in bank on 4/12/07 added to $111479.63 |
| 03/29/07 | | | 601,152.27 | in bank but not in gl, report 62-3, 3/22/07 shows to Inv 16 instead block 400 |
| 03/30/07 | | | 234,711.10 | in bank but not in gl, report 62-3, 3/26/07 shows to Inv 16 instead block 400 |
| 04/09/07 | | | 948,878.71 | in bank but not in gl, report 62-3, 3/30/07 shows to Inv 16 instead block 400 |
| 04/12/07 | | | 2,615.03 | in bank but not in gl, block or Inv cannot be identified on report 62-3 |
| 04/12/07 | | | 379,699.24 | in bank but not in gl, report 62-3, 3/20/07 shows to Inv 16 instead block 400 |
| 04/12/07 | | | 617,854.24 | in bank but not in gl, report 62-3, 3/21/07 shows to Inv 16 instead block 400 |
| 04/12/07 | | | 111,479.63 | in bank but not in gl, report 62-3, 3/27/07 shows to Inv 16 instead block 400 |
| 04/12/07 | | | 217,271.33 | in bank but not in gl, report 62-3, 3/28/07 shows to Inv 16 instead block 400 |
| 04/12/07 | | | 318,514.50 | in bank but not in gl, report 62-3, 3/29/07 shows to Inv 16 instead block 400 |
| 06/05/07 | JRNL200157587 | | (24.25) | UBS Block 400 Principal -MS not reflected on bank account |
| | | Adjusted GL Balance | (0.00) | |
| | | Variance | 0.00 | |

Prepared by: J. Kennedy

Reviewed by:

M:\accounting\Recons 2007\1085-000X UBS Block Acct\[1085-0000 Jul 07.xls]Recon

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN  37230

**Deutsche Bank** ◪

## CASH ACCOUNT SUMMARY
### JULY 1, 2007       - JULY 31, 2007

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 0.00 |
| **RECEIPTS:** | |
|     CASH DIVIDENDS | 0.00 |
|     INTEREST | 0.00 |
|     MATURITIES/REDEMPTIONS | 0.00 |
|     PRINCIPAL PAYMENTS | 0.00 |
|     SALES: | |
|         PRINCIPAL/ACCRUED INCOME | 0.00 |
|     CASH TRANSFERS IN | 0.00 |
|     CASH RECEIPTS | 0.00 |
|     ADJUSTMENTS | 0.00 |
|     **TOTAL RECEIPTS:** | 0.00 |
| **DISBURSEMENTS:** | |
|     DEBT SERVICE PAYMENTS | 0.00 |
|     PURCHASES: | |
|         PRINCIPAL/ACCRUED INCOME | 0.00 |
|     CASH TRANSFERS OUT | 0.00 |
|     CASH DISBURSEMENTS | 0.00 |
|     ADJUSTMENTS | 0.00 |
|     **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 0.00 |

WN - 35071 4000035071
NEW CENTURY / UBS BLOCKED ACCT
NEW CENTURY IN TRUST FOR UBS
BLOCKET ACCOUNT AGREEMENT

Certain investments made for the account(s) shown above may have
been executed through Deutsche Bank Trust Company Americas (DBTCA)
or an affiliate. Any such transactions were executed solely for the
account(s) shown and without recourse to DBTCA or its affiliates.
As to any such transactions, usual or customary charges may be
included and retained by us as a part of the execution price. Trade
confirms are available upon customer request for no additional
charge.

DBTCA provides a wide range of mutual fund investment options.  The
investment yield, fee structure, minimum investment amounts, as
well as other important terms and conditions, vary from fund to
fund.  Since investment needs and options may change, please
contact your account representative with any questions or to
request a prospectus describing any of our mutual fund investment
options.

DBTCA has entered into agreements with various Mutual Funds or
their agents to provide certain shareholder services to these
funds. For providing these shareholder services, DBTCA is paid a
fee by the mutual funds that calculated on an annual basis does not
exceed 80  basis points of the amount of your investment in these
funds.

NEW CENTURY MORTGAGE CORP
NEW CENTURY / UBS BLOCKED ACC
ATTN: CASH MANAGEMENT DEPT.,SUITE 1000
18400 VON KARMAN
IRVINE CA  92612

For Questions Please Call (714)-247-6000

This statement shall be deemed to be correct and final
unless DBTCA is notified in writing by the addressee
to the contrary within thirty (30) business days of
the date of this statement.

# Deutsche Bank 

Account:     WN - 35071 4000035071
Name:        NEW CENTURY / UBS BLOCKED ACCT
             NEW CENTURY IN TRUST FOR UBS
             BLOCKET ACCOUNT AGREEMENT

STATEMENT PERIOD: 07/01/07 - 07/31/07

| TRANSACTION STATEMENT | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | TRANSACTIONS | | | | |
| | | | | SECURITIES | | | BALANCES |
| DATE | TRANSACTION DESCRIPTION | | CASH | FACE | PRICE | YIELD | END OF DAY CASH |
| 07/01/07 | OPENING BALANCE | | | | | | 0.00 |
| 07/31/07 | NET TRANSACTIONS | | 0.00 | | | | |
| | CLOSING BALANCE | | | | | | 0.00 |

We are pleased to announce the launch of the new Trust & Securities Services web site at www.tss.db.com. You can now access Trust & Securities Services on-line application sites, product information, news, and contact details using a single URL.

CDC PRINCIPAL BLOCKED ACCOUNT RECONCILIATION
GL ACCOUNT # 1086-0000
UNION BANK OF CALIFORNIA # 2110104114
July 31, 2007

| Date | Reference | Description | Amount | Comment |
|------|-----------|-------------|--------|---------|
| 07/31/07 | | Bank Account Balance | 12,052.80 | |
| 07/31/07 | | GL Balance | 619,383.55 | |
| 03/12/07 | 45295037 | CHECK OR OTHER DEBIT | (465,914.21) | On GL, not on Bank |
| 03/16/07 | 2-155478 | CDC Block 300 Principal -MS | (150,926.24) | In GL, not in Bank |
| 03/16/07 | 46817710 | CHECK OR OTHER DEBIT | (1,821.49) | In Bank but not in GL |
| 03/19/07 | 2-155483 | CDC Block 300 Principal -MS | (100.37) | In GL not in Bank |
| 03/20/07 | 2-155486 | CDC Block 300 Principal -MS | (24.08) | In GL, not in Bank |
| 03/21/07 | 2-155489 | CDC Block 300 Principal -MS | (76.73) | In GL, not in Bank |
| 03/22/07 | 2-155495 | CDC Block 300 Principal -MS | (54.40) | In GL, not in Bank |
| 03/23/07 | 2-155497 | CDC Block 300 Principal -MS | (95.26) | In GL, not in Bank |
| 03/24/07 | 2-155500 | CDC Block 300 Principal -MS | (15.20) | In GL, not in Bank |
| 03/30/07 | 451C0757 | CHECK OR OTHER DEBIT | (59.45) | In Bank but not in GL |
| 04/04/07 | 47867439 | CHECK OR OTHER DEBIT | (29.07) | In Bank but not in GL |
| 04/06/07 | 46381598 | CHECK OR OTHER DEBIT | (267.05) | In Bank but not in GL |
| 04/17/07 | 51849826 | NEW CENTURY MTG  INV. DDA  CCD    680000 | 2,942.70 | In bank but not in gl, report 62-3, 5/14/07 shows to inv 14 instead block 300 |
| 05/01/07 | 52072099 | NEW CENTURY MTG  INV. DDA  CCD    680000 | 1,074.90 | in bank but not in gl, report 62-3, 4/30/07 shows to inv 14 instead block 300 |
| 05/15/07 | 51707090 | NEW CENTURY MTG  INV. DDA  CCD    680000 | 1,074.90 | in bank but not in gl, report 62-3, 5/14/07 shows to inv 14 instead block 300 |
| 05/17/07 | 53024361 | NEW CENTURY MTG  INV. DDA  CCD    680000 | 2,942.70 | in bank but not in gl, report 62-3, 5/16/07 shows to inv 14 instead block 300 |
| 06/18/07 | 53538211 | NEW CENTURY MTG  INV. DDA  CCD    680000 | 698.96 | In Bank but not in GL |
| 06/18/07 | 53539275 | NEW CENTURY MTG  INV. DDA  CCD    680000 | 2,243.74 | In Bank but not in GL |
| 06/29/07 | 52520782 | NEW CENTURY MTG  INV. DDA  CCD    680000 | 1,074.90 | In Bank but not in GL |

**Adjusted GL Balance**                    12,052.80

Variance                              (0.00)

Prepared By:  J. Kennedy
Approved By



**STATEMENT**
**OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA  90071

Page 1 of 1
NEW CENTURY MORTGAGE
CORPORATION
**Statement Number: 2110104114**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2005

**NEW CENTURY MORTGAGE CORPORATION**
**COLLECTION ACCT FBO IXIS R E CAPITAL INC**
**001 P & I**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■

---

**Analyzed Business Checking Summary**                                    Account Number: 2110104114

Days in statement period: Days in statement period: 32

| | | |
|---|---|---|
| Balance on 6/30 | $ | 12,052.80 |
| Total Credits | | 0.00 |
| Total Debits | | 0.00 |
| Balance on 7/31 | $ | 12,052.80 |

**C R E D I T S**

**D E B I T S**

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 7/2-7/31 | $ | 12,052.80 | | |

**NEW CENTURY MORTGAGE CORPORATION**
**UNION BANK 2110104106**
**THE COMPANY STORE - 1088**
July 31, 2007

| | | |
|---|---|---|
| **BALANCE PER BANK** | $ | 21,010.47 |
| | | |
| **ADJ BANK BALANCE** | $ | 21,010.47 |
| | | |
| **BALANCE PER G/L** | $ | 21,010.47 |
| | | |
| **ADJ G/L BALANCE** | $ | 21,010.47 |
| | | $0.00 |

Note:
Balance consist of CMU sponsorship credit card transactions, and merchant service fees charged for using the credit card.

PREPARED BY:     Nikki Bui                          8/13/2007

APPROVED BY:

M:\accounting\Recons 2007\07 - July 2007 Recons\[NCMC 1088-0000 The Company Store.xls]Jul 07



**STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES            CA   90071

Page 1 of 1
NEW  CENTURY  MORTGAGE
CORPORATION
**Statement Number: 2110104106**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NEW CENTURY MORTGAGE CORPORATION
COMPANY STORE ACCOUNT
CASE #07-10417
18400 VON KARMAN STE 1000
IRVINE CA 92612**

---

**Analyzed Business Checking Summary**                                    Account Number: 2110104106

Days in statement period: Days in statement period: 32

| | | | |
|---|---|---|---|
| Balance on 6/30 | $ | | 21,016.42 |
| Total Credits | | | 0.00 |
| Total Debits | | | -5.95 |
| Electronic debits (1) | | -5.95 | |
| Balance on 7/31 | $ | | 21,010.47 |

# CREDITS

# DEBITS

**Electronic debits**

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 7/3 | AMERICAN  EXPRESS  COLLECTION  1040548059 | CCD53173136 | $ | 5.95 |

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|
| 7/2 | $ | 21,016.42 | 7/3-7/31 | $ | 21,010.47 |

*Home 123*
*Credit Suisse First Boston Disbursement/Settlement*
*G/L ACCT #1097-0000*
*As of July 31, 2007*

| Date | Description | Adjustments | Amount | Comments |
|------|-------------|-------------|--------|----------|
| 07/31/07 | DB Bank Account #44286-400044286 | | 462,884.30 | |
| | BALANCE PER GL HOME123 | | 291,626.02 | |
| | BALANCE PER GL NCMC | | 2,427,289.08 | |
| | Total Balance per GL | | 2,718,915.10 | |
| 02/02/07 | Daily Variance | 54.00 | | Offset in 1025 |
| 02/13/07 | Cash Receipt 37-10642215 | 3,889.10 | | Shown on bank stmt, not recorded on GL |
| 02/15/07 | Cash Receipt 37-10614791 | 732.00 | | Shown on bank stmt, not recorded on GL |
| 02/20/07 | Daily Variance | 103,050.92 | | Shown on bank stmt, not recorded on GL |
| 02/27/07 | Daily Variance | 67.83 | | GL doesn't match daily bank stmt activity |
| 02/28/07 | Daily Variance | (20.00) | | GL doesn't match daily bank stmt activity |
| 03/01/07 | SALES SHORTAGE | 349,951.94 | | JRNL4200025331 not shown on cash |
| 03/06/07 | CASH CSFB | (138,870.47) | | JRNL4200025390 partial offset in 2062 & 1025 |
| 03/07/07 | TRNFER TO CSFB FROM BOA | (1,481,279.76) | | JRNL4200025360 partial offset in 1005? |
| 03/09/07 | Cash receipt Ln#10704492 | 16,611.25 | | Cash receipts not recorded on GL |
| 03/09/07 | Cash receipt Ln#10714845 | 7,500.00 | | Cash receipts not recorded on GL |
| 03/09/07 | Cash receipt Ln#10705073 | 217,605.98 | | Cash receipts not recorded on GL |
| 07/01/07 | 2/16 borrowing CSFB | (1,554,336.81) | | JRNL200158146 clearing entry booked backwards |
| 07/01/07 | 2/16 borrowing CSFB | 219,012.81 | | JRNL200158146 clearing entry booked backwards |
| | Total Adjustments | | (2,256,031.21) | |
| | Adjusted GL Balance | | 462,883.89 | |
| | Variance | | 0.41 | |

Notes:
-This account is the cash account for the CSFB warehouse line.  Activity should equal zero each month.

-Home123 and NCMC activity is combined in one bank account; therefore both entities appear on this reconciliation

PREPARED BY: J. Kennedy        9/10/2007

APPROVED BY: _____

E:\Loan Accounting 2007\2007 Home 123 Recons\07-2007\[Home 1005-1097 Disbursement Accts Jul 07.xls]1097 - CSFB

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN 37230

**Deutsche Bank** 

## CASH ACCOUNT SUMMARY
### JULY 1, 2007    - JULY 31, 2007

WO - 44286 4000044286
CSFB/NEW CENTURY FUNDING ACCOUNT
CSFB/NEW CENTURY FUNDING ACCOUNT
NC042C

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| CASH OPENING BALANCE | 462,884.30 |
| RECEIPTS: | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| TOTAL RECEIPTS: | 0.00 |
| | |
| DISBURSEMENTS: | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| TOTAL DISBURSEMENTS | 0.00 |
| CASH CLOSING BALANCE | 462,884.30 |

Certain investments made for the account(s) shown above may have been executed through Deutsche Bank Trust Company Americas (DBTCA) or an affiliate. Any such transactions were executed solely for the account(s) shown and without recourse to DBTCA or its affiliates. As to any such transactions, usual or customary charges may be included and retained by us as a part of the execution price. Trade confirms are available upon customer request for no additional charge.

DBTCA provides a wide range of mutual fund investment options. The investment yield, fee structure, minimum investment amounts, as well as other important terms and conditions, vary from fund to fund. Since investment needs and options may change, please contact your account representative with any questions or to request a prospectus describing any of our mutual fund investment options.

DBTCA has entered into agreements with various Mutual Funds or their agents to provide certain shareholder services to these funds. For providing these shareholder services, DBTCA is paid a fee by the mutual funds that calculated on an annual basis does not exceed 80 basis points of the amount of your investment in these funds.

NEW CENTURY MORTGAGE CORP.
ATTN: CASH MANAGEMENT DEPT.
SUITE 1000
18400 VON KARMAN
IRVINE CA 92612

For Questions Please Call (714)-247-6000

This statement shall be deemed to be correct and final unless DBTCA is notified in writing by the addressee to the contrary within thirty (30) business days of the date of this statement.

# Deutsche Bank

Account:    WO - 44286 4000044286
    Name:    CSFB/NEW CENTURY FUNDING ACCOUNT
            CSFB/NEW CENTURY FUNDING ACCOUNT
            NC042C

STATEMENT PERIOD: 07/01/07 - 07/31/07

## TRANSACTION STATEMENT

| DATE | TRANSACTION DESCRIPTION | TRANSACTIONS | | | | BALANCES |
| | | CASH | SECURITIES | | | END OF DAY CASH |
| | | | FACE | PRICE | YIELD | |
|---|---|---|---|---|---|---|
| 07/01/07 | OPENING BALANCE | | | | | 462,884.30 |
| 07/31/07 | NET TRANSACTIONS | 0.00 | | | | |
| | CLOSING BALANCE | | | | | 462,884.30 |

We are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now access Trust & Securities Services on-line application sites, product information, news, and contact details using a single URL.

NEW CENTURY MORTGAGE CORP.
BARCLAYS CAPITAL CASH ACCOUNT RECONCILIATION
GL ACCOUNT # 1095-0000
UNION BANK OF CALIFORNIA 2110108273
July 31, 2007

**Bank Balance as of 7/31/07**                                                                                11,338.54

**GL Balance as of 7/31/07**                                                                                (1,117,241.83)

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/19/07 | 50866358 | NEW CENTURY MTG INV. DDA | CCD | 680000 | 32,029.58 | In bank, but not in GL. |
| 03/19/07 | 50866358 | NEW CENTURY MTG INV. DDA | CCD | 680000 | 495,237.81 | In bank, but not in GL. |
| 03/19/07 | JRNL200155483 | Block 900 WH Principal -DDA | | | (23.65) | |
| 03/19/07 | JRNL200155483 | Block 900 WHS int -DDA | | | (2,162.55) | |
| 03/20/07 | JRNL200155486 | Block 900 WH Principal -DDA | | | 269.18 | |
| 03/20/07 | JRNL200155486 | Block 900 WHS int -DDA | | | 2,120.04 | |
| 03/23/07 | 53377221 | NEW CENTURY MTG INV. DDA | CCD | 680001 | 3,247.33 | In bank, but not in GL, report 62-3, 3/22/07 shows to Inv 15 instead block 900 |
| 03/26/07 | 54092258 | NEW CENTURY MTG INV. DDA | CCD | 680002 | 8,644.22 | In bank, but not in GL, report 62-3, 3/23/07 shows to Inv 15 instead block 900 |
| 03/27/07 | 54843743 | NEW CENTURY MTG INV. DDA | CCD | 680003 | 5,268.03 | In bank, but not in GL, report 62-3, 3/26/07 shows to Inv 15 instead block 900 |
| 03/28/07 | 66330499 | NEW CENTURY MTG INV. DDA | CCD | 680004 | 425.12 | In bank, but not in GL, report 62-3, 3/27/07 shows to Inv 15 instead block 900 |
| 03/31/07 | JRNL200156622 | 3/21 Sweep from Barc Block Account | | | 83,313.62 | In bank, but not in GL, report 62-3, 3/19/07 shows to Inv 15 instead block 900 |
| 03/31/07 | JRNL200156622 | 3/20 Sweep from Barc Block Account | | | 488,893.12 | In bank, but not in GL, report 62-3, 3/29/07 shows to Inv 15 instead block 900 |
| 04/16/07 | 51010880 | NEW CENTURY MTG INV. DDA | CCD | 680000 | 2,051.17 | In bank, but not in GL, report 62-3 4/13/07 shows to Inv 15 instead block 900 |
| 04/20/07 | 93057621 | WIRE TRANS TRN 0420024192 042007 UBOC UB595763N | | | 4,083.19 | In bank, but not in GL |
| 05/01/07 | 52072124 | NEW CENTURY MTG INV. DDA | CCD | 680000 | 1,939.74 | In bank, but not in GL, report 62-3 4/30/07 shows to Inv 15 instead block 900 |
| 05/11/07 | 50244680 | NEW CENTURY MTG INV. DDA | CCD | 680000 | 3,284.44 | In bank, but not in GL, report 62-3 5/09/07 shows to Inv 15 instead block 900 |

**Adjusted GL Balance**                                                                                11,338.54

**Difference**                                                                                -

Prepared by  J. Kennedy

Reviewed by:



**STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NEW  CENTURY  MORTGAGE
CORPORATION
**Statement Number: 2110106273**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 1999

**NEW CENTURY MORTGAGE CORPORATION
ITF BARCLAYS BANK PLC COLLECTION ACCT
ATTN: RALPH FLICK
18400 VON KARMAN STE 1000
IRVINE CA 92612**

■

---

**Analyzed Business Checking Summary**                                      Account Number: 2110106273

Days in statement period: Days in statement period: 32

| | | |
|---|---|---|
| Balance on 6/30 | $ | 11,338.54 |
| Total Credits | | 0.00 |
| Total Debits | | 0.00 |
| Balance on 7/31 | $ | 11,338.54 |

**C R E D I T S**

**D E B I T S**

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 7/2-7/31 | $ | 11,338.54 | | |

**New Century Mortgage**
**Deutshce Bank Control Accounts**
**July 31, 2007**

EOD Monday

CDC - 1003 (34003 & 34004)
  Bank Balance
    7/31/2007                                                                                  5,500.00

                              over/short DB debit                                                 (0.02)

Adj Bank                                                                                       5,499.98

GL Balance:                                                                                    5,499.98

UBS - 1004 (33986)
  Bank Balance                                                                                       -
    7/31/2007              over/short DB debit                                                       -
                  2/28/2007 Returned Wire Lnf#1011431051                                     (104,670.30)
                  3/2/2007 Casn Receipt loan 1011651027                                       (53,587.96)
                  3/2/2007 Casn Receipt loan 1011651081                                      (219,048.37)
                  3/12/2007 Cash UBS- Journal 200155219                                        (8,029.45)
                  3/14/2007 Cash UBS- Journal 200155221                                         2,416.20
                  3/28/2007 Cash UBS- Journal 200155228                                        (1,052.38)
                  4/10/2007 Cash Receipt loan 1011992258                                     (266,215.37)

Adj Bank                                                                                      (650,187.63)

GL Balance:                                                                                   (650,187.63)

B of A - 1005 (33984)
  Bank Balance                                                                                       -
    7/31/2007              over/short DB debit                                                       -
                  Funds Wiredloan 1011771200                                                  394,242.65
                  Funds Wired New Century to B of A                                         2,606,875.44

Adj Bank                                                                                     3,001,118.09

GL Balance:                                                                                  3,001,118.09

Von Karman - 1006 (38489)
  Bank Balance                                                                                       -

Adj Bank                                                                                             -

GL Balance:                                                                                          -

CitiGroup - 1044 (42109)
  Bank Balance
    7/31/2007                                                                                        -

Adj Bank                                                                                             -

GL Balance:

BearSterns - 1069 (38622)
  Bank Balance
          7/31/2007

Adj Bank

GL Balance:

Barclays - 1096 (42804 & 42805)
  Bank Balance
          7/31/2007          over/short DB debit                                                   473,108.58
                                                                                                       (0.01)

Adj Bank                                                                                           473,108.57

GL Balance:                                                                                        473,108.57

| Account | Balance | Account Description |
|---|---|---|
| 033984 | - | NEW CENTURY / B OF A DISBURSEMENT |
| 033986 | - | NEW CENTURY / UBS WET-INK WIRE FUNDING |
| 034003 | - | NEW CENTURY / CDC DISBURSEMENT A/C |
| 034004 | 5,500.00 | NEW CENTURY / CDC WIRE-OUT A/C |
| 038489 | - | NEW CENTURY /VON KARMAN (No Activity) |
| 038622 | - | NEW CENTURY/BEAR STEARNS DISBURSEMENT AC |
| 042109 | - | NEW CENTURY/CITIGROUP (No Activity) |
| 042804 | 412,974.63 | NEW CENTURY / BARCLAYS DISBURSEMENT |
| 042805 | 60,133.95 | NEW CENTURY / BARCLAYS DISBURSEMENT |

Total            478,608.58

Notes:

PREPARED BY:                Andy Chen                                    9/13/2007

APPROVED BY:

Note:  Statements on file.

M:\SHARED\accounting\Recons 2007\06 - June 2007 Recons\[HAIRCUT Acct - NCMC 2007.xls]July 07

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN  37230

**Deutsche Bank** 

## CASH ACCOUNT SUMMARY
### JULY 1, 2007        - JULY 31, 2007

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 412,974.63 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | **0.00** |
| | |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | **0.00** |
| **CASH CLOSING BALANCE** | 412,974.63 |

WO - 42804 4000042804
NEW CENTURY / BARCLAYS DISBURSEMENT
NEW CENTURY / BARCLAYS DISBURSEMENT
NC040C

Certain investments made for the account(s) shown above may have
been executed through Deutsche Bank Trust Company Americas (DBTCA)
or an affiliate. Any such transactions were executed solely for the
account(s) shown and without recourse to DBTCA or its affiliates.
As to any such transactions, usual or customary charges may be
included and retained by us as a part of the execution price. Trade
confirms are available upon customer request for no additional
charge.

DBTCA provides a wide range of mutual fund investment options.  The
investment yield, fee structure, minimum investment amounts, as
well as other important terms and conditions, vary from fund to
fund.    Since investment needs and options may change, please
contact your account representative with any questions or to
request a prospectus describing any of our mutual fund investment
options.

DBTCA has entered into agreements with various Mutual Funds or
their agents to provide certain shareholder services to these
funds. For providing these shareholder services, DBTCA is paid a
fee by the mutual funds that calculated on an annual basis does not
exceed 80  basis points of the amount of your investment in these
funds.

NEW CENTURY MORTGAGE CORP.
ATTN: CASH MANAGEMENT DEPT.
SUITE 1000
18400 VON KARMAN
IRVINE CA  92612

For Questions Please Call (714)-247-6000

This statement shall be deemed to be correct and final
unless DBTCA is notified in writing by the addressee
to the contrary within thirty (30) business days of
the date of this statement.


**Deutsche Bank**

Account:  WO - 42804 4000042804
Name:    NEW CENTURY / BARCLAYS DISBURSEMENT
         NEW CENTURY / BARCLAYS DISBURSEMENT
         NC040C

<span style="text-align:right">**STATEMENT PERIOD: 07/01/07 - 07/31/07**</span>

## TRANSACTION STATEMENT

| DATE | TRANSACTION DESCRIPTION | TRANSACTIONS | | | | BALANCES |
| | | CASH | SECURITIES | | | END OF DAY CASH |
| | | | FACE | PRICE | YIELD | |
|---|---|---|---|---|---|---|
| 07/01/07 | OPENING BALANCE | | | | | 412,974.63 |
| 07/31/07 | NET TRANSACTIONS | 0.00 | | | | |
| | CLOSING BALANCE | | | | | 412,974.63 |

We are pleased to announce the launch of the new Trust & Securities Services web site at www.tss.db.com. You can now access Trust & Securities Services on-line application sites, product information, news, and contact details using a single URL.

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN  37230

**Deutsche Bank** 

## CASH ACCOUNT SUMMARY
### JULY 1, 2007      - JULY 31, 2007

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 60,133.95 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 60,133.95 |

WO - 42805 4000042805
NEW CENTURY / BARCLAYS COLLECTION
NEW CENTURY / BARCLAYS COLLECTION
NC040C

Certain investments made for the account(s) shown above may have been executed through Deutsche Bank Trust Company Americas (DBTCA) or an affiliate. Any such transactions were executed solely for the account(s) shown and without recourse to DBTCA or its affiliates. As to any such transactions, usual or customary charges may be included and retained by us as a part of the execution price. Trade confirms are available upon customer request for no additional charge.

DBTCA provides a wide range of mutual fund investment options. The investment yield, fee structure, minimum investment amounts, as well as other important terms and conditions, vary from fund to fund.  Since investment needs and options may change, please contact your account representative with any questions or to request a prospectus describing any of our mutual fund investment options.

DBTCA has entered into agreements with various Mutual Funds or their agents to provide certain shareholder services. For providing these shareholder services, DBTCA is paid a fee by the mutual funds that calculated on an annual basis does not exceed 80  basis points of the amount of your investment in these funds.

NEW CENTURY MORTGAGE CORP.
ATTN: CASH MANAGEMENT DEPT.
SUITE 1000
18400 VON KARMAN
IRVINE CA  92612

For Questions Please Call (714)-247-6000

This statement shall be deemed to be correct and final unless DBTCA is notified in writing by the addressee to the contrary within thirty (30) business days of the date of this statement.

Page 1 of 2


# Deutsche Bank

**Account:** WO - 42805 4000042805
**Name:** NEW CENTURY / BARCLAYS COLLECTION
NEW CENTURY / BARCLAYS COLLECTION
NC040C

STATEMENT PERIOD: 07/01/07 - 07/31/07

## TRANSACTION STATEMENT

| | | TRANSACTIONS | | | | BALANCES |
| | | | SECURITIES | | | |
| DATE | TRANSACTION DESCRIPTION | CASH | FACE | PRICE | YIELD | END OF DAY CASH |
|---|---|---|---|---|---|---|
| 07/01/07 | OPENING BALANCE | | | | | 60,133.95 |
| 07/31/07 | NET TRANSACTIONS | 0.00 | | | | |
| | CLOSING BALANCE | | | | | 60,133.95 |

We are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now access Trust & Securities Services on-line application sites, product information, news, and contact details using a single URL.

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE, INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN 37230

**Deutsche Bank** ◪

## CASH ACCOUNT SUMMARY
### JULY 1, 2007        - JULY 31, 2007

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 5,500.00 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | **0.00** |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | **0.00** |
| **CASH CLOSING BALANCE** | 5,500.00 |

WO - 34004 4000034004
NEW CENTURY / CDC WIRE-OUT A/C
WIRE-OUT A/C, DB NATL TRUST CO AS
DISBURSEMENT AGENT FOR NEW CENTURY MTG

Certain investments made for the account(s) shown above may have been executed through Deutsche Bank Trust Company Americas (DBTCA) or an affiliate. Any such transactions were executed solely for the account(s) shown and without recourse to DBTCA or its affiliates. As to any such transactions, usual or customary charges may be included and retained by us as a part of the execution price. Trade confirms are available upon customer request for no additional charge.

DBTCA provides a wide range of mutual fund investment options. The investment yield, fee structure, minimum investment amounts, as well as other important terms and conditions, vary from fund to fund. Since investment needs and options may change, please contact your account representative with any questions or to request a prospectus describing any of our mutual fund investment options.

DBTCA has entered into agreements with various Mutual Funds or their agents to provide certain shareholder services. For providing these shareholder services, DBTCA is paid a fee by the mutual funds that calculated on an annual basis does not exceed 80 basis points of the amount of your investment in these funds.

NEW CENTURY MORTGAGE CORP
NEW CENTURY / CDC
ATTN: CASH MANAGEMENT DEPT., SUITE 1000
18400 VON KARMAN
IRVINE CA 92612

For Questions Please Call (714)-247-6000

This statement shall be deemed to be correct and final unless DBTCA is notified in writing by the addressee to the contrary within thirty (30) business days of the date of this statement.

# Deutsche Bank  ⃞

**Account:** WO - 34004 4000034004
**Name:** NEW CENTURY / CDC WIRE-OUT A/C
WIRE-OUT A/C, DB NATL TRUST CO AS
DISBURSEMENT AGENT FOR NEW CENTURY MTG

STATEMENT PERIOD: 07/01/07 - 07/31/07

| TRANSACTION STATEMENT | | | | | | |
|---|---|---|---|---|---|---|
| | | **TRANSACTIONS** | | | | **BALANCES** |
| | **TRANSACTION** | | **SECURITIES** | | | |
| **DATE** | **DESCRIPTION** | **CASH** | **FACE** | **PRICE** | **YIELD** | **END OF DAY CASH** |
| 07/01/07 | OPENING BALANCE | | | | | 5,500.00 |
| 07/31/07 | NET TRANSACTIONS | 0.00 | | | | |
| | CLOSING BALANCE | | | | | 5,500.00 |

We are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now access Trust & Securities Services on-line application sites, product information, news, and contact details using a single URL.

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN  37230

 **Deutsche Bank**

## CASH ACCOUNT SUMMARY
### JULY 1, 2007       - JULY 31, 2007



| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 0.00 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 0.00 |

WO - 34003 4000034003
NEW CENTURY / CDC DISBURSEMENT A/C
DISBURSEMENT A/C, DB NATL TRUST CO AS
DISBURSEMENT AGENT FOR CDC MTG CAPITAL

Certain investments made for the account(s) shown above may have
been executed through Deutsche Bank Trust Company Americas (DBTCA)
or an affiliate. Any such transactions were executed solely for the
account(s) shown and without recourse to DBTCA or its affiliates.
As to any such transactions, usual or customary charges may be
included and retained by us as a part of the execution price. Trade
confirms are available upon customer request for no additional
charge.

DBTCA provides a wide range of mutual fund investment options.  The
investment yield, fee structure, minimum investment amounts, as
well as other important terms and conditions, vary from fund to
fund.   Since investment needs and options may change, please
contact your account representative with any questions or to
request a prospectus describing any of our mutual fund investment
options.

DBTCA has entered into agreements with various Mutual Funds or
their agents to provide certain shareholder services to these
funds. For providing these shareholder services, DBTCA is paid a
fee by the mutual funds that calculated on an annual basis does not
exceed 80  basis points of the amount of your investment in these
funds.

NEW CENTURY MORTGAGE CORP
NEW CENTURY / BANK OF AMERICA
ATTN: CASH MANAGEMENT DEPT., SUITE 1000
18400 VON KARMAN
IRVINE CA  92612

For Questions Please Call (714)-247-6000

This statement shall be deemed to be correct and final
unless DBTCA is notified in writing by the addressee
to the contrary within thirty (30) business days of
the date of this statement.

# Deutsche Bank 🔲

**Account:** WO - 34003 4000034003

**Name:** NEW CENTURY / CDC DISBURSEMENT A/C
DISBURSEMENT A/C, DB NATL TRUST CO AS
DISBURSEMENT AGENT FOR CDC MTG CAPITAL

STATEMENT PERIOD: 07/01/07 - 07/31/07

| | | | | | | |
|---|---|---|---|---|---|---|
| **TRANSACTION STATEMENT** | | | | | | |
| | | **TRANSACTIONS** | | | | **BALANCES** |
| | **TRANSACTION** | | **SECURITIES** | | | |
| **DATE** | **DESCRIPTION** | **CASH** | **FACE** | **PRICE** | **YIELD** | **END OF DAY CASH** |
| 07/01/07 | OPENING BALANCE | | | | | 0.00 |
| 07/31/07 | NET TRANSACTIONS | 0.00 | | | | |
| | CLOSING BALANCE | | | | | 0.00 |

We are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now access Trust & Securities Services on-line application sites, product information, news, and contact details using a single URL.

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN  37230



**Deutsche Bank**

## CASH ACCOUNT SUMMARY
### JULY 1, 2007        - JULY 31, 2007

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 0.00 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| | |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 0.00 |

WN - 33984 4000033984
NEW CENTURY / B OF A DISBURSEMENT
DISBURSEMENT A/C, DB TRUST CO AMERICAS
AS CUSTODIAN FOR BANK OF AMERICA NA

Certain investments made for the account(s) shown above may have
been executed through Deutsche Bank Trust Company Americas (DBTCA)
or an affiliate. Any such transactions were executed solely for the
account(s) shown and without recourse to DBTCA or its affiliates.
As to any such transactions, usual or customary charges may be
included and retained by us as a part of the execution price. Trade
confirms are available upon customer request for no additional
charge.

DBTCA provides a wide range of mutual fund investment options. The
investment yield, fee structure, minimum investment amounts, as
well as other important terms and conditions, vary from fund to
fund.  Since investment needs and options may change, please
contact your account representative with any questions or to
request a prospectus describing any of our mutual fund investment
options.

DBTCA has entered into agreements with various Mutual Funds or
their agents to provide certain shareholder services. These
funds. For providing these shareholder services, DBTCA is paid a
fee by the mutual funds that calculated on an annual basis does not
exceed 80  basis points of the amount of your investment in these
funds.

NEW CENTURY MORTGAGE CORP
NEW CENTURY / BANK OF AMERICA
ATTN: CASH MANAGEMENT DEPT.,SUITE 1000
18400 VON KARMAN
IRVINE CA  92612

For Questions Please Call (714)-247-6000

This statement shall be deemed to be correct and final
unless DBTCA is notified in writing by the addressee
to the contrary within thirty (30) business days of
the date of this statement.

# Deutsche Bank

**Account:**    WN - 33984 4000033984

**Name:**    NEW CENTURY / B OF A DISBURSEMENT
DISBURSEMENT A/C, DB TRUST CO AMERICAS
AS CUSTODIAN FOR BANK OF AMERICA NA

STATEMENT PERIOD: 07/01/07 - 07/31/07

| TRANSACTION STATEMENT | | | | | | |
|---|---|---|---|---|---|---|
| | | TRANSACTIONS | | | | BALANCES |
| | TRANSACTION | | SECURITIES | | | |
| DATE | DESCRIPTION | CASH | FACE | PRICE | YIELD | END OF DAY CASH |
| 07/01/07 | OPENING BALANCE | | | | | 0.00 |
| 07/31/07 | NET TRANSACTIONS | 0.00 | | | | |
| | CLOSING BALANCE | | | | | 0.00 |

We are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now access Trust & Securities Services on-line application sites, product information, news, and contact details using a single URL.

II

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN  37230

**Deutsche Bank** ◪

## CASH ACCOUNT SUMMARY
### JULY 1, 2007        - JULY 31, 2007

WO - 33986 4000033986
NEW CENTURY / UBS WET-INK WIRE FUNDING
NEW CENTURY / UBS WET-INK WIRE
FUNDING A/C

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 0.00 |
| **RECEIPTS:** | |
|   CASH DIVIDENDS | 0.00 |
|   INTEREST | 0.00 |
|   MATURITIES/REDEMPTIONS | 0.00 |
|   PRINCIPAL PAYMENTS | 0.00 |
|   SALES: | |
|     PRINCIPAL/ACCRUED INCOME | 0.00 |
|   CASH TRANSFERS IN | 0.00 |
|   CASH RECEIPTS | 0.00 |
|   ADJUSTMENTS | 0.00 |
|   **TOTAL RECEIPTS:** | **0.00** |
| **DISBURSEMENTS:** | |
|   DEBT SERVICE PAYMENTS | 0.00 |
|   PURCHASES: | |
|     PRINCIPAL/ACCRUED INCOME | 0.00 |
|   CASH TRANSFERS OUT | 0.00 |
|   CASH DISBURSEMENTS | 0.00 |
|   ADJUSTMENTS | 0.00 |
|   **TOTAL DISBURSEMENTS** | **0.00** |
| **CASH CLOSING BALANCE** | 0.00 |

Certain investments made for the account(s) shown above may have been executed through Deutsche Bank Trust Company Americas (DBTCA) or an affiliate. Any such transactions were executed solely for the account(s) shown and without recourse to DBTCA or its affiliates. As to any such transactions, usual or customary charges may be included and retained by us as a part of the execution price. Trade confirms are available upon customer request for no additional charge.

DBTCA provides a wide range of mutual fund investment options. The investment yield, fee structure, minimum investment amounts, as well as other important terms and conditions, vary from fund to fund.  Since investment needs and options may change, please contact your account representative with any questions or to request a prospectus describing any of our mutual fund investment options.

DBTCA has entered into agreements with various Mutual Funds or their agents to provide certain shareholder services to these funds. For providing these shareholder services, DBTCA is paid a fee by the mutual funds that calculated on an annual basis does not exceed 80  basis points of the amount of your investment in these funds.

         NEW CENTURY MORTGAGE CORP
         NEW CENTURY / UBS WET-INK FUNDING
         ATTN: CASH MANAGEMENT DEPT.,SUITE 1000
         18400 VON KARMAN
         IRVINE CA  92612

For Questions Please Call (714)-247-6000

This statement shall be deemed to be correct and final unless DBTCA is notified in writing by the addressee to the contrary within thirty (30) business days of the date of this statement.

# Deutsche Bank

**Account:**  WO - 33986 4000033986
**Name:**  NEW CENTURY / UBS WET-INK WIRE FUNDING
NEW CENTURY / UBS WET-INK WIRE
FUNDING A/C

STATEMENT PERIOD: 07/01/07 - 07/31/07

| | | TRANSACTION STATEMENT | | | | | |
|---|---|---|---|---|---|---|---|
| | | | TRANSACTIONS | | | | |
| | TRANSACTION | | | SECURITIES | | | BALANCES |
| DATE | DESCRIPTION | CASH | FACE | PRICE | YIELD | END OF DAY CASH | |
| 07/01/07 | OPENING BALANCE | | | | | 0.00 | |
| 07/31/07 | NET TRANSACTIONS | 0.00 | | | | | |
| | CLOSING BALANCE | | | | | 0.00 | |

We are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now access Trust & Securities Services on-line application sites, product information, news, and contact details using a single URL.

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE, INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN  37230

**Deutsche Bank** 

## CASH ACCOUNT SUMMARY
### JULY 1, 2007        - JULY 31, 2007

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 0.00 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 0.00 |

WO - 38489 4000038489
NEW CENTURY /VON KARMAN FUNDING W/O A/C
VON KARMAN FUNDING LLC WIRE-OUT A/C
VON KARMAN FUNDING LLC WIRE-OUT A/C
NC031C

Certain investments made for the account(s) shown above may have been executed through Deutsche Bank Trust Company Americas (DBTCA) or an affiliate. Any such transactions were executed solely for the account(s) shown and without recourse to DBTCA or its affiliates. As to any such transactions, usual or customary charges may be included and retained by us as a part of the execution price. Trade confirms are available upon customer request for no additional charge.

DBTCA provides a wide range of mutual fund investment options. The investment yield, fee structure, minimum investment amounts, as well as other important terms and conditions, vary from fund to fund. Since investment needs and options may change, please contact your account representative with any questions or to request a prospectus describing any of our mutual fund investment options.

DBTCA has entered into agreements with various Mutual Funds or their agents to provide certain shareholder services to these funds. For providing these shareholder services, DBTCA is paid a fee by the mutual funds that calculated on an annual basis does not exceed 80 basis points of the amount of your investment in these funds.

NEW CENTURY MORTGAGE CORP
ATTN: CASH MANAGEMENT DEPT.
SUITE 1000
18400 VON KARMAN
IRVINE CA  92612

For Questions Please Call (714)-247-6000

This statement shall be deemed to be correct and final unless DBTCA is notified in writing by the addressee to the contrary within thirty (30) business days of the date of this statement.

# Deutsche Bank ☑

**Account:**   WO - 38489 4000038489
**Name:**   NEW CENTURY /VON KARMAN FUNDING W/O A/C
VON KARMAN FUNDING LLC WIRE-OUT A/C
VON KARMAN FUNDING LLC WIRE-OUT A/C
NC031C

STATEMENT PERIOD: 07/01/07 - 07/31/07

| | | TRANSACTION STATEMENT | | | | | |
|---|---|---|---|---|---|---|---|
| | | | TRANSACTIONS | | | | BALANCES |
| | TRANSACTION | | | SECURITIES | | | |
| DATE | DESCRIPTION | CASH | FACE | PRICE | YIELD | | END OF DAY CASH |
| 07/01/07 | OPENING BALANCE | | | | | | 0.00 |
| 07/31/07 | NET TRANSACTIONS | 0.00 | | | | | |
| | CLOSING BALANCE | | | | | | 0.00 |

We are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now access Trust & Securities Services on-line application sites, product information, news, and contact details using a single URL.

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN  37230

**Deutsche Bank** ☑

## CASH ACCOUNT SUMMARY
### JULY 1, 2007        - JULY 31, 2007

WO - 42109 4000042109
NEW CENTURY/ CITIGROUP DISBURSEMENT
NEW CENTURY/ CITIGROUP DISBURSEMENT
NC041C

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| CASH OPENING BALANCE | 0.00 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| CASH CLOSING BALANCE | 0.00 |

Certain investments made for the account(s) shown above may have been executed through Deutsche Bank Trust Company Americas (DBTCA) or an affiliate. Any such transactions were executed solely for the account(s) shown and without recourse to DBTCA or its affiliates. As to any such transactions, usual or customary charges may be included and retained by us as a part of the execution price. Trade confirms are available upon customer request for no additional charge.

DBTCA provides a wide range of mutual fund investment options. The investment yield, fee structure, minimum investment amounts, as well as other important terms and conditions, vary from fund to fund. Since investment needs and options may change, please contact your account representative with any questions or to request a prospectus describing any of our mutual fund investment options.

DBTCA has entered into agreements with various Mutual Funds or their agents to provide certain shareholder services to these funds. For providing these shareholder services, DBTCA is paid a fee by the mutual funds that calculated on an annual basis does not exceed 80  basis points of the amount of your investment in these funds.

NEW CENTURY MORTGAGE CORP
ATTN: CASH MANAGEMENT DEPT.
SUITE 1000
18400 VON KARMAN
IRVINE CA  92612

For Questions Please Call (714)-247-6000

This statement shall be deemed to be correct and final unless DBTCA is notified in writing by the addressee to the contrary within thirty (30) business days of the date of this statement.

‼



**Account:**  WO - 42109 4000042109
**Name:**  NEW CENTURY/ CITIGROUP DISBURSEMENT
NEW CENTURY/ CITIGROUP DISBURSEMENT
NC041C

STATEMENT PERIOD: 07/01/07 - 07/31/07

| | | TRANSACTION STATEMENT | | | | | |
|---|---|---|---|---|---|---|---|
| | | TRANSACTIONS | | | | | BALANCES |
| | | | | SECURITIES | | | |
| **DATE** | **TRANSACTION DESCRIPTION** | **CASH** | **FACE** | **PRICE** | **YIELD** | **END OF DAY CASH** |
| 07/01/07 | OPENING BALANCE | | | | | | 0.00 |
| 07/31/07 | NET TRANSACTIONS | 0.00 | | | | | |
| | CLOSING BALANCE | | | | | | 0.00 |

We are pleased to announce the launch of the new Trust & Securities Services web site at www.tss.db.com. You can now access Trust & Securities Services on-line application sites, product information, news, and contact details using a single URL.

**NEW CENTURY MORTGAGE**
**DEUTSCHE BANK OPERATING ACCOUNT 00-424-583**
**ACCOUNT RECONCILIATION - 1007-0000**

**As of July 31, 2007**

| | | | |
|---|---|---|---|
| BALANCE PER BANK | | $ | - *(\*)* |
| | | | |
| ADJ BANK BALANCE | | $ | - |
| | | | |
| BALANCE PER G/L 1007 | | $ | 1,063.26 |
| | 5/23/07 fees | $ | (1,063.25) |
| | 6/1/07 fees | $ | (0.01) |
| | | | |
| ADJ G/L BALANCE | | $ | (0.00) |
| | Variance | | $0.00 |

*(\*)  No bank statement, balance is $0 as of June 30, 2007*

| | | | |
|---|---|---|---|
| PREPARED BY: | Rita Siwy | Date: | 9/12/2007 |
| APPROVED BY: | _____ | Date: | _____ |

**Deutsche Bank Trust Company Americas**
P.O. Box 318, Church Street Station
New York, New York 10008-0318

CABLE: BANKTRUS
SWIFT: BKTRUS 33
TELEPHONE: (212) 250-2500

STATEMENT OF ACCOUNT ACTIVITY FROM  JUNE 1, 2007 TO JUNE 4, 2007
ACCOUNT NUMBER  00-424-583

21  NEW CENTURY MTG WIRE A/C
    C/O NEW CENTURY MORTGAGE
    18400 VON KARMON, SUITE 1000
    IRVINE, CA 92612
    ATTN CASH MANAGEMENT

0

1 ITEMS

| | | | |
|---|---|---|---|
| BOOK BALANCE FORWARD | $0.01 | COLLECTED BALANCE FORWARD | $0.01 |
| 0 CREDITS APPLIED | $0.00 | | |
| 1 DEBITS APPLIED | $0.01 | 0 CHKS     0 CHKITMS     1 DMS | |
| CLOSING BOOK BALANCE | $0.00 | CLOSING COLLECTED BALANCE | $0.00 |

| STING DATE | FUNDS VALUE | VALUE DATE | TYPE/ SOURCE | YOUR REFERENCE//OUR REFERENCE NARRATIVE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|
| 6-01 | 0 | | MSC/AS | NONE            //DEPS 65400111005<br>FEE IN LIEU OPER SERV-N Y | 0.01 | |
| 6-01 | | | | **INTERIM BALANCE INFORMATION**<br>BOOK:            $0.00<br>COLLECTED:       $0.00 | | |
| 6-04 | | | | **CLOSING BALANCE INFORMATION**<br>BOOK:            $0.00<br>COLLECTED:       $0.00 | | |

STATEMENT INFORMATION

1. Explanation of Balance Symbols:
   OD - Overdrawn Book Balance      DR - Debit Collected Balance

2. Posting date corresponds to book date.

3. Funds Value:
   0 = Value Today    1 = One Day Availability    2 = Two Day Availability
   BV = Back Value    MX = Mixed Deposit

4. If different from posting date, value date is the date funds are available.

5. Explanation of TYPE codes:
   MSC = Miscellaneous

6. Explanation of SOURCE codes:
   AS  = ACCOUNT SERVICES

All inquiries and exceptions should be directed in writing to the attention of the
Department concerned as indicated by the specific transaction description.  All other
inquiries should be directed to the attention of Account Services at the above address.

**New Century Mortgage Corporation**
**Disbursement Account Morgan Stanley**
**G/L ACCT # 1008-0000**
**As of July 31, 2007**

| TRANS DATE | JOURNAL CONTROL # | DESCRIPTION | BALANCE |
|---|---|---|---|
| 3/13/2007 | 200155220 | Cash Morgan | ($549,403.09) |
| 3/14/2007 | 200155221 | Cash Morgan | $822,836.77 |
| 3/15/2007 | 200155225 | Cash Morgan | $115,596.24 |
| 3/16/2007 | 200155226 | Cash Morgan | $4,767.90 |
| 3/19/2007 | 200155227 | Cash Morgan | $10,437.76 |
| 3/27/2007 | 200155217 | Trsf to MS from BofA | $627,038.41 |
| 3/28/2007 | 200155690 | Cash Morgan | $17,646.65 |
| | | Total: | $1,048,920.64 |
| | | GL Balance as of July 31, 2007 | $1,048,920.64 |
| | | Variance | $0.00 |

PREPARED BY:          Rita Siwy                    DATE          8/15/2007

APPROVED BY:    _____          DATE    _____

8/15/2007
2:36:56PM

## General Ledger Report By: Account Code / Apply Date
New Century Mortgage Corp.
07/01/2007 Thru 07/31/2007, Detail, Non-Zero Accounts, Posted Transactions

Page 1

**Beginning Segment 1: 1008**

**Ending Segment 1: 1008**

| APPLY DATE | JRNL | JOURNAL NUMBER | ORIGINATNG COMPANY | DESCRIPTION | CURR | NATURAL AMOUNT | HOME / OPERATIONAL CURRENCY | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | DEBIT | CREDIT | BALANCE |
| **1008-0000  Disbursement Account M/S** | | | | | **Beginning Balance** | | | | 1,048,920.64 |
| **Report Totals:** | | | | | | 1,048,920.64 | 0.00 | 0.00 | 1,048,920.64 * |

Total Number of accounts listed: 1

**NEW CENTURY MORTGAGE**
**COMMERCE CHECKING ACCOUNT**
**UNION BANK 2110104017**
**ACCOUNT RECONCILIATION - 1011-0000**
As of July 31, 2007

| | | | | |
|---|---|---|---|---|
| BALANCE PER BANK | | | $ | 5,409.88 |
| | As of July 31, 2007 | Outstanding checks | | ($390.00) |
| ADJ BANK BALANCE | | | $ | 5,019.88 |
| | | | | |
| BALANCE PER G/L 1011 | | | $ | 5,019.88 |
| | | | | |
| ADJ G/L BALANCE | | | $ | 5,019.88 |
| | Variance | | | $0.00 |

| | | | |
|---|---|---|---|
| PREPARED BY: | Rita Siwy | Date: | 8/21/2007 |
| APPROVED BY: | _____ | Date: | _____ |



**STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NEW  CENTURY   MORTGAGE
CORPORATION
**Statement Number: 2110104017**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NEW CENTURY MORTGAGE CORPORATION
COMMERCE CHECKING ACCOUNT
CASE #07-10417
18400 VON KARMAN STE 1000
IRVINE CA 92612**

■

## Analyzed Business Checking Summary

Account Number: 2110104017

Days in statement period: Days in statement period: 32

| | | |
|---|---|---|
| Balance on 6/30 | $ | 5,409.88 |
| Total Credits | | 0.00 |
| Total Debits | | 0.00 |
| Balance on 7/31 | $ | 5,409.88 |

## CREDITS

## DEBITS

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 7/2-7/31 | $ | 5,409.88 | | |

# NEW CENTURY MORTGAGE CORPORATION
## UNION BANK 2110104084
## ACCOUNT RECONCILIATION - 1012-0000
## INSURANCE CLAIMS
July 31, 2007

BANK BALANCE                                                                      -

         7/31/07  Outstanding checks                                (125,241.01)

Adjusted Bank Balance                                                     **(125,241.01)**

BALANCE ON G/L                                                            **(240,075.58)**

| | | |
|---|---|---|
| 5/31/07 JRNL200157070 | Credit per Amanda Peterson | (27,112.90) |
| 5/31/07 JRNL200157070 | Duplicate entry, needs to be reversed | 19,042.65 |
| 5/31/07 JRNL200157070 | Duplicate entry, needs to be reversed | 2,362.62 |
| 5/31/07 JRNL200157070 | Duplicate entry, needs to be reversed | 2,443.60 |
| 5/31/07 JRNL200157070 | Duplicate entry, needs to be reversed | 5,500.18 |
| 5/31/07 JRNL200157070 | Duplicate entry, needs to be reversed | 23,997.93 |
| 5/31/07 JRNL200157070 | Duplicate entry, needs to be reversed | 3,430.06 |
| 5/31/07 JRNL200157070 | Duplicate entry, needs to be reversed | 8,800.49 |
| 5/31/07 JRNL200157070 | Duplicate entry, needs to be reversed | 5,131.32 |
| 5/31/07 JRNL200157070 | Duplicate entry, needs to be reversed | 60,562.93 |
| 5/31/07 JRNL200157070 | Duplicate entry, needs to be reversed | 4,221.88 |
| 5/31/07 JRNL200157590 | Duplicate entry, needs to be reversed | 6,775.61 |
| | | |
| 5/13/07 Check # 280027 cleared on 6/13/07, need to be booked | | (81.00) |
| 5/19/07 Check # 280028 cleared on 6/19/07, need to be booked | | (138.00) |
| 7/3/07 Check # 280029 cleared on 7/3/07, need to be booked | | (102.80) |

Adjusted G/L Balance                                                     **(125,241.01)**

                                         (0.00)

Note:

PREPARED BY:      Andy Chen                          9/13/2007

APPROVED BY

M:\SHARED\accounting\Recons 2007\07 - July 2007 Recons\[NCMC 1012-0000 Insurance Claims.xls]July07

 **STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA  90071

Page 1 of 1
NEW  CENTURY  MORTGAGE
CORPORATION
**Statement Number: 2110104084**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NEW CENTURY MORTGAGE CORPORATION
INSURANCE CLAIMS
CASE #07-10417
18400 VON KARMAN STE 1000
IRVINE CA 92612**

■

---

**Analyzed Business Checking Summary**                                   Account Number: 2110104084

Days in statement period: Days in statement period: 32

| | | | |
|---|---|---|---|
| **Balance on 6/30** | $ | | **-101.25** |
| **Total Credits** | | | **428.05** |
| Electronic credits (3) | | 428.05 | |
| **Total Debits** | | | **-326.80** |
| Account recon dr (2) | | -326.80 | |
| **Balance on 7/31** | $ | | **0.00** |

---

**C R E D I T S**

**Electronic credits**

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---|
| 7/2 | CASH MANAGEMENT BKTRANSFER | 93090743 | $ | 101.25 |
| 7/5 | CASH MANAGEMENT BKTRANSFER | 93090620 | | 102.80 |
| 7/20 | CASH MANAGEMENT BKTRANSFER | 93090679 | | 224.00 |
| | **3  Electronic credits** | **Total** | $ | **428.05** |

---

**D E B I T S**

**Account reconciliation debits**

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 7/3 | ACCOUNT RECONCILIATION LIST POST | 99977273 | $ | 102.80 |
| 7/19 | ACCOUNT RECONCILIATION LIST POST | 99976980 | | 224.00 |
| | **2  Account reconciliation debits** | **Total** | $ | **326.80** |

---

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|
| 7/2 | $ | 0.00 | 7/19 | $ | -224.00 |
| 7/3-7/4 | | -102.80 | 7/20-7/31 | | 0.00 |
| 7/5-7/18 | | 0.00 | | | |

**NEW CENTURY MORTGAGE CORPORATION**
**UNION BANK 7930002776**
**ACCOUNT RECONCILIATION - 1013**
**QA Verification Checking Account**
**As of July 31, 2007**

| | | | |
|---|---|---|---|
| BALANCE PER BANK | | | **47,300.00** |
| | 6/30/2007 Outstanding Checks | $ | (225.00) |
| ADJ BANK BALANCE | | $ | **47,075.00** |
| | | | |
| BALANCE PER G/L | | $ | 47,075.00 |
| | | | |
| ADJ G/L BALANCE | | $ | **47,075.00** |
| | | | $0.00 |

| | | | |
|---|---|---|---|
| Prepared by: | Rita Siwy | Date: | 8/21/2007 |
| Approved by: | _____ | Date: | _____ |