

**STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES        CA   90071

Page 1 of 1
NEW  CENTURY  MORTGAGE
CORPORATION
**Statement Number: 7930002776**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NEW CENTURY MORTGAGE CORPORATION**
**CORPORATE QA REVERIFICATION ACCOUNT**
**CASE # 07-10417**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■

---

**Analyzed Business Checking Summary**                    Account Number: 7930002776

Days in statement period: Days in statement period: 32

| | | |
|---|---|---:|
| Balance on 6/30 | $ | 47,300.00 |
| Total Credits | | 0.00 |
| Total Debits | | 0.00 |
| Balance on 7/31 | $ | 47,300.00 |

**CREDITS**

**DEBITS**

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 7/2-7/31 | $ | 47,300.00 | | |

**NEW CENTURY MORTGAGE CORPORATION**
**UNION BANK 2110104009**
**ACCOUNT RECONCILIATION - 1014**
**Recording Fees Account**
July 31, 2007

| | | |
|---|---|---|
| BALANCE PER BANK | $ | 30,920.30 |
| ADJ BANK BALANCE | $ | 30,920.30 |
| BALANCE PER G/L | $ | 30,920.30 |
| ADJ G/L BALANCE | $ | 30,920.30 |
| | | $0.00 |

Note:
The balance consists of unallocated recording fees and money
is being transferred from the operating account to cover the fees.

PREPARED BY:        Nikki Bui              8/15/2007

APPROVED BY:

M:\accounting\Recons 2007\08 - August 2007 Recons\[NCMC 1014 Recording Fees.xls]July 07



**STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES        CA  90071

Page 1 of 2
NEW CENTURY MORTGAGE
CORPORATION
**Statement Number: 2110104009**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NEW CENTURY MORTGAGE CORPORATION**
**RECORDING FEES ACCOUNT**
**CASE #07-10417**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■

## Analyzed Business Checking Summary

Account Number: 2110104009

Days in statement period: Days in statement period: 32

| | | | |
|---|---|---|---|
| **Balance on 6/30** | **$** | | **-4,650.34** |
| **Total Credits** | | | **68,801.04** |
| Electronic credits (18) | | 32,801.04 | |
| Other credits (1) | | 36,000.00 | |
| **Total Debits** | | | **-33,230.40** |
| Account recon dr (19) | | -33,230.40 | |
| **Balance on 7/31** | **$** | | **30,920.30** |

# CREDITS

**Electronic credits**

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---|
| 7/2 | CASH MANAGEMENT BKTRANSFER | 93090847 | $ | 4,650.34 |
| 7/3 | CASH MANAGEMENT BKTRANSFER | 93090735 | | 743.50 |
| 7/5 | CASH MANAGEMENT BKTRANSFER | 93090666 | | 233.50 |
| 7/6 | CASH MANAGEMENT BKTRANSFER | 93090675 | | 247.00 |
| 7/9 | WIRE TRANS TRN 0709019725 070907 UBOC UB788510N | 93053272 | | 120.00 |
| 7/10 | WIRE TRANS TRN 0710020889 071007 UBOC UB791485N | 93053953 | | 223.00 |
| 7/11 | CASH MANAGEMENT BKTRANSFER | 93090745 | | 122.00 |
| 7/12 | CASH MANAGEMENT BKTRANSFER | 93090764 | | 112.00 |
| 7/16 | WIRE TRANS TRN 0716020648 071607 UBOC UB803861N | 93051906 | | 55.00 |
| 7/17 | CASH MANAGEMENT BKTRANSFER | 93090560 | | 22.00 |
| 7/18 | CASH MANAGEMENT BKTRANSFER | 93090566 | | 61.00 |
| 7/19 | CASH MANAGEMENT BKTRANSFER | 93090706 | | 50.50 |
| 7/23 | CASH MANAGEMENT BKTRANSFER | 93090519 | | 422.50 |
| 7/24 | CASH MANAGEMENT BKTRANSFER | 93090548 | | 3,401.50 |
| 7/25 | CASH MANAGEMENT BKTRANSFER | 93090633 | | 4,113.50 |
| 7/26 | CASH MANAGEMENT BKTRANSFER | 93090588 | | 7,138.00 |
| 7/27 | CASH MANAGEMENT BKTRANSFER | 93090690 | | 5,872.50 |
| 7/30 | CASH MANAGEMENT BKTRANSFER | 93090644 | | 5,213.20 |
| | **18  Electronic credits** | **Total** | **$** | **32,801.04** |

**Other credits and adjustments**

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---|
| 7/30 | TELEPHONE TRANSFER | 99351945 | $ | 36,000.00 |

# D E B I T S

## Account reconciliation debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|-------:|
| 7/2 | ACCOUNT RECONCILIATION LIST POST | 99977365 | $ 743.50 |
| 7/3 | ACCOUNT RECONCILIATION LIST POST | 99977271 | 233.50 |
| 7/5 | ACCOUNT RECONCILIATION LIST POST | 99977350 | 247.00 |
| 7/6 | ACCOUNT RECONCILIATION LIST POST | 99977195 | 120.00 |
| 7/9 | ACCOUNT RECONCILIATION LIST POST | 99977253 | 223.00 |
| 7/10 | ACCOUNT RECONCILIATION LIST POST | 99976959 | 122.00 |
| 7/11 | ACCOUNT RECONCILIATION LIST POST | 99976951 | 112.00 |
| 7/13 | ACCOUNT RECONCILIATION LIST POST | 99977161 | 55.00 |
| 7/16 | ACCOUNT RECONCILIATION LIST POST | 99977207 | 22.00 |
| 7/17 | ACCOUNT RECONCILIATION LIST POST | 99976932 | 61.00 |
| 7/18 | ACCOUNT RECONCILIATION LIST POST | 99976826 | 50.50 |
| 7/20 | ACCOUNT RECONCILIATION LIST POST | 99977138 | 422.50 |
| 7/23 | ACCOUNT RECONCILIATION LIST POST | 99977231 | 3,401.50 |
| 7/24 | ACCOUNT RECONCILIATION LIST POST | 99976942 | 4,113.50 |
| 7/25 | ACCOUNT RECONCILIATION LIST POST | 99977012 | 7,138.00 |
| 7/26 | ACCOUNT RECONCILIATION LIST POST | 99976903 | 5,872.50 |
| 7/27 | ACCOUNT RECONCILIATION LIST POST | 99977055 | 5,213.20 |
| 7/30 | ACCOUNT RECONCILIATION LIST POST | 99977325 | 3,592.85 |
| 7/31 | ACCOUNT RECONCILIATION LIST POST | 99977180 | 1,486.85 |
| | **19  Account reconciliation debits** | **Total** | **$ 33,230.40** |

## Daily Ledger Balance

| Date | Ledger Balance | Date | Ledger Balance |
|------|---------------:|------|---------------:|
| 7/2 | $ -743.50 | 7/18 | $ -50.50 |
| 7/3-7/4 | -233.50 | 7/19 | 0.00 |
| 7/5 | -247.00 | 7/20-7/22 | -422.50 |
| 7/6-7/3 | -120.00 | 7/23 | -3,401.50 |
| 7/9 | -223.00 | 7/24 | -4,113.50 |
| 7/10 | -122.00 | 7/25 | -7,138.00 |
| 7/11 | -112.00 | 7/26 | -5,872.50 |
| 7/12 | 0.00 | 7/27-7/29 | -5,213.20 |
| 7/13-7/15 | -55.00 | 7/30 | 32,407.15 |
| 7/16 | -22.00 | 7/31 | 30,920.30 |
| 7/17 | -61.00 | | |

**NEW CENTURY MORTGAGE CORPORATION**
**GENERAL LEDGER ACCT #1030-0000**
As of July 31, 2007

| | | | | | |
|---|---|---|---|---|---|
| **OUTSTANDING CHECKS PER SYSTEM** | | | | $ | (881.87) |
| | Write off ck#13590 | 5/16/1997 | Orange County Marshall | $ | 881.87 |
| **ADJUSTED BANK BALANCE** | | | | | |
| | | | | | $0.00 |
| **G/L BALANCE** | | | | $ | - |
| **ADJUSTED G/L BALANCE** | | | | $ | - |
| | Variance | | | | $0.00 |


PREPARED BY:     Rita Siwy     Date: 08/30/07

APPROVED BY:     _____     Date: _____


*Note: Account closed - No bank statement*

**NEW CENTURY MORTGAGE CORPORATION**
**UNION BANK 2110103983**
**PAYROLL ACCOUNT RECONCILIATION - 1038**
July 31, 2007

| | | |
|---|---|---:|
| **BALANCE PER BANK** | | **3,246,399.44** |
| | 7/31/07 OUTSTANDING CHECKS | (1,179,826.25) |
| **ADJ BANK BALANCE** | | 2,066,573.19 |
| | | |
| **BALANCE PER G/L** | | **2,415,799.51** |
| | 4/24/07 Acct. recon check Adjustment - ck# 1028588 | 1,386.83 (a) |
| | 4/25/07 Acct. recon check Adjustment - ck# 1030593 | 51.74 (a) |
| | 4/26/07 Acct. recon check Adjustment - ck# 1030809 | 0.01 (a) |
| | 4/30/07 Acct. recon check Adjustment - ck# 1027626 | 485.10 (a) |
| | 4/30/07 Net Paid Differences in bank but not in GL | (380,193.55) (a) |
| | 5/30/07 Diff between cks issued and voided ck# 1024788 | 21.23 (a) |
| | 5/31/07 Mis. Adj | 330.07 (a) |
| | 6/30/07 New Century Reversal | 8,550.41 (a) |
| | 6/30/07 Return Settle | 690.77 (a) |
| | 6/30/07 New Century Reversal | 2,301.14 (a) |
| | 6/30/07 New Century Reversal | 8,011.52 (a) |
| | 6/30/07 Return Settle | 664.30 (a) |
| | 6/30/07 New Century Reversal | 1,956.08 (a) |
| | 6/30/07 Ck# 1026872 cleared but voided in GL | 569.93 (a) |
| | 7/2/07 New Century Reversal | 2,696.88 (a) |
| | 7/3/07 New Century Reversal | 2,008.01 (a) |
| | 7/16/07 New Century Reversal | 1,243.21 (a) |
| **ADJ G/L BALANCE** | | 2,066,573.19 |

| | | | |
|---|---|---|---:|
| PREPARED BY: | Lina Teang | 9/6/07 | 0.00 |

APPROVED BY:

**Note:**
(a) JE to clear for February, per Susana Polanco, DR 5880-1108, CR 1038 by Kathrine Alaniz
All other items, due to payroll issues, Susana Polanco will clear in July.
(b) will clear next month

**Account Number: 2110103983**

## Analyzed Business Checking Summary

| | | |
|---|---|---|
| Balance on 6/30 | | 4,073,790.68 |
| **Total Credits** | | **1,681,524.35** |
| Electronic credits (7) | 1,666,328.20 | |
| Account recon cr (6) | 15,196.15 | |
| **Total Debits** | | **-2,508,915.59** |
| Electronic debits (2) | -805,513.27 | |
| Account recon dr (21) | -1,703,402.32 | |
| **Balance on 7/31** | | **3,246,399.44** |

## C r e d i t s

**Electronic credits**

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 7/2 | NEW CENTURY MRTG REVERSAL  PPD  -SETT-GENESYS | 53032173 | 2,696.88 |
| 7/3 | NEW CENTURY MRTG REVERSAL  PPD  -SETT-GENESYS | 53782849 | 2,008.01 |
| 7/6 | WIRE TRANS   TRN 0706020795 070607 UBOC UB785163N | 93053691 | 391,379.34 |
| 7/11 | WIRE TRANS   TRN 0711019450 071107 UBOC UB794059N | 93052892 | 596,878.41 |
| 7/16 | WIRE TRANS   TRN 0716021864 071607 UBOC UB804180N | 93052611 | 275,404.06 |
| 7/16 | NEW CENTURY MRTG REVERSAL  PPD  -SETT-GENESYS | 52282411 | 1,243.21 |
| 7/25 | WIRE TRANS   TRN 0725026474 072507 UBOC UB827933N | 93057025 | 396,718.29 |
| **Total** | **7 Electronic credits** | | **1,666,328.20** |

**Account reconciliation credits**

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 7/6 | *ACCOUNT RECON CHECK ADJUSTMENT # 0001037132 | 99890051 | 1,258.50 |
| 7/9 | *ACCOUNT RECON CHECK ADJUSTMENT # 0001037055 | 99890047 | 942.93 |
| 7/9 | *ACCOUNT RECON CHECK ADJUSTMENT # 0001037131 | 99890048 | 655.61 |
| 7/10 | *ACCOUNT RECON CHECK ADJUSTMENT # 0001037115 | 99890056 | 544.04 |
| 7/10 | *ACCOUNT RECON CHECK ADJUSTMENT # 0001037116 | 99890057 | 939.63 |
| 7/20 | *ACCOUNT RECON CHECK ADJUSTMENT # 0001037456 | 99890038 | 10,855.44 |
| **Total** | **6 Account reconciliation credits** | | **15,196.15** |

## D e b i t s

**Electronic debits**

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 7/12 | NEW CENTURY MRTG ACH ENTRY  PPD  -SETT-GENESYS | 51030686 | 440,570.23 |
| 7/24 | NEW CENTURY MRTG ACH ENTRY  PPD  -SETT-GENESYS | 56338724 | 364,943.04 |
| **Total** | **2 Electronic debits** | | **805,513.27** |

**Account reconciliation debits**

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 7/2 | ACCOUNT RECONCILIATION LIST POST | 99977364 | 183,544.71 |
| 7/3 | ACCOUNT RECONCILIATION LIST POST | 99977270 | 335,539.21 |
| 7/5 | ACCOUNT RECONCILIATION LIST POST | 99977349 | 195,555.57 |
| 7/6 | ACCOUNT RECONCILIATION LIST POST | 99977194 | 73,192.52 |
| 7/9 | ACCOUNT RECONCILIATION LIST POST | 99977252 | 48,531.63 |
| 7/10 | ACCOUNT RECONCILIATION LIST POST | 99976958 | 32,949.02 |
| 7/11 | ACCOUNT RECONCILIATION LIST POST | 99976950 | 59,915.72 |
| 7/12 | ACCOUNT RECONCILIATION LIST POST | 99977104 | 120,197.80 |
| 7/13 | ACCOUNT RECONCILIATION LIST POST | 99977160 | 81,139.31 |
| 7/16 | ACCOUNT RECONCILIATION LIST POST | 99977206 | 82,287.48 |
| 7/17 | ACCOUNT RECONCILIATION LIST POST | 99976931 | 45,091.31 |
| 7/18 | ACCOUNT RECONCILIATION LIST POST | 99976825 | 42,282.90 |
| 7/19 | ACCOUNT RECONCILIATION LIST POST | 99976978 | 43,799.73 |
| 7/20 | ACCOUNT RECONCILIATION LIST POST | 99977137 | 49,851.50 |
| 7/23 | ACCOUNT RECONCILIATION LIST POST | 99977230 | 56,484.08 |
| 7/24 | ACCOUNT RECONCILIATION LIST POST | 99976941 | 38,004.03 |

| 7/25 | ACCOUNT RECONCILIATION LIST POST | 99977011 | 55,626.49 |
| 7/26 | ACCOUNT RECONCILIATION LIST POST | 99976902 | 38,030.47 |
| 7/27 | ACCOUNT RECONCILIATION LIST POST | 99977054 | 22,817.21 |
| 7/30 | ACCOUNT RECONCILIATION LIST POST | 99977324 | 83,714.27 |
| 7/31 | ACCOUNT RECONCILIATION LIST POST | 99977179 | 14,847.36 |
| **Total** | **21 Account reconciliation debits** | | **1,703,402.32** |

## Daily Ledger Balance

| Date | Ledger Balance |
|------|---------------|
| 7/2 | 3,892,942.85 |
| 7/3-7/4 | 3,559,411.65 |
| 7/5 | 3,363,856.08 |
| 7/6-7/8 | 3,683,301.40 |
| 7/9 | 3,636,368.31 |
| 7/10 | 3,604,902.96 |
| 7/11 | 4,141,865.65 |
| 7/12 | 3,581,097.62 |
| 7/13-7/15 | 3,499,958.31 |
| 7/16 | 3,694,318.10 |
| 7/17 | 3,649,226.79 |
| 7/18 | 3,606,943.89 |
| 7/19 | 3,563,144.16 |
| 7/20-7/22 | 3,524,148.10 |
| 7/23 | 3,467,664.02 |
| 7/24 | 3,064,716.95 |
| 7/25 | 3,405,808.75 |
| 7/26 | 3,367,778.28 |
| 7/27-7/29 | 3,344,961.07 |
| 7/30 | 3,261,246.80 |
| 7/31 | 3,246,399.44 |

**NEW CENTURY MORTGAGE CORPORATION**
**UNION BANK 2110105706**
**ACCOUNT RECONCILIATION - 1042**
**Collateral Account**
**As of July 31, 2007**

| | | |
|---|---|---:|
| BALANCE PER BANK | | $ 311,363.66 |
| | | |
| ADJ BANK BALANCE | | **$ 311,363.66** |
| | | |
| BALANCE PER G/L | | $ 311,363.66 |
| | | |
| ADJ G/L BALANCE | | **$ 311,363.66** |
| | Variance | $ - |

**Note:**
Interest payment hits every 3 months.

| | | | |
|---|---|---|---|
| Prepared by: | Rita Siwy | Date: | 8/17/2007 |
| Approved by: | _____ | Date: | _____ |



**STATEMENT**
**OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NEW CENTURY MORTGAGE
CORPORATION
**Statement Number: 2110105706**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NEW CENTURY MORTGAGE CORPORATION**
**CNA L/C COLLATERAL ACCOUNT**
**CASE #07-10417**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■

---

**Business Savings Summary**                                Account Number: 2110105706

Days in statement period: Days in statement period:32

| | | | | |
|---|---|---|---|---|
| **Balance on 6/30** | $ | 311,363.66 | | |
| **Total Credits** | | 0.00 | **Interest** | |
| **Total Debits** | | 0.00 | Paid this period | $ | 0.00 |
| **Balance on 7/31** | $ | 311,363.66 | Paid year-to-date | $ | 576.47 |
| | | | **Interest Rates** | |
| | | | 7/2/07- 7/31/07 | 0.35% |

**C R E D I T S**

**D E B I T S**

# NEW CENTURY MORTGAGE CORPORATION
## UNION BANK 7930001273 and 7930002385
## ACCOUNT RECONCILIATION - 1049
### Ace American Collateral Account
July 31, 2007

| | | | |
|---|---|---|---|
| BALANCE PER BANK | Acct #1273 | | 842,538.60 |
| | Acct #2385 | | 422,139.16 |
| | | | |
| ADJ BANK BALANCE | | | $ 1,264,677.76 |
| | | | |
| BALANCE PER G/L | | | 1,264,677.76 |
| | | | |
| ADJ G/L BALANCE | | | $ 1,264,677.76 |
| | | | |
| PREPARED BY: | Nikki Bui | 8/16/2007 | $0.00 |
| | | | |
| APPROVED BY: | | | |

**Note:**

M:\accounting\Recons 2007\07 - July 2007 Recons\[NCMC 1049-0000 Ace American Collateral Account.xls]Jul 07

 **STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES        CA  90071

Page 1 of 1
NEW  CENTURY  MORTGAGE
CORPORATION
**Statement Number: 7930001273**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NEW CENTURY MORTGAGE CORPORATION**
**ACE AMERICAN L/C COLLATERAL ACCOUNT**
**CASE #07-10417**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■

**Business Savings Summary**                                    Account Number: 7930001273

Days in statement period: Days in statement period:32

| | | | |
|---|---|---|---|
| **Balance on 6/30** | $ | 842,538.60 | |
| **Total Credits** | | 0.00 | |
| **Total Debits** | | 0.00 | |
| **Balance on 7/31** | $ | 842,538.60 | |

**Interest**
Paid this period      $        0.00
Paid year-to-date   $    1,769.69
**Interest Rates**
7/2/07- 7/31/07                0.40%

**C R E D I T S**

**D E B I T S**

 **STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NEW CENTURY MORTGAGE
CORPORATION
**Statement Number: 7930002385**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NEW CENTURY MORTGAGE CORPORATION**
**ACE AMERICAN L/C COLLATERAL ACCOUNT 2006**
**CASE # 07-10417**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■

---

## Business Savings Summary

Account Number: 7930002385

Days in statement period: Days in statement period:32

| | | | | |
|---|---|---|---|---|
| **Balance on 6/30** | $ | 422,139.16 | | |
| **Total Credits** | | 0.00 | **Interest** | |
| **Total Debits** | | 0.00 | Paid this period | $ 0.00 |
| **Balance on 7/31** | $ | 422,139.16 ✓ | Paid year-to-date | $ 781.59 |
| | | | **Interest Rates** | |
| | | | 7/2/07- 7/31/07 | 0.35% |

**C R E D I T S**

**D E B I T S**

**NCMC TRS HOLDINGS**
**UNION BANK ACCOUNT 7930001001**
**ACCOUNT RECONCILIATION - 1053**
July 31, 2007

| | |
|---|---:|
| BALANCE PER BANK | $9,988.25 |
| ADJ BANK BALANCE | **$9,988.25** |
| BALANCE PER G/L | $9,988.25 |
| ADJ G/L BALANCE | **$9,988.25** |
| | - |

PREPARED BY:    Andy Chen                    9/13/07

APPROVED BY:

 **STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NEW CENTURY TRS HOLDINGS INC
**Statement Number: 7930001001**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us since 2005

**NEW CENTURY TRS HOLDINGS INC**
**CASE #07-10417**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■

## Analyzed Business Checking Summary

Account Number: 7930001001

Days in statement period: Days in statement period: 32

| | | |
|---|---|---|
| Balance on 6/30 | $ | 9,988.25 |
| Total Credits | | 0.00 |
| Total Debits | | 0.00 |
| Balance on 7/31 | $ | 9,988.25 |

## CREDITS

## DEBITS

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 7/2-7/31 | $ | 9,988.25 | | |

**NEW CENTURY MORTGAGE CORPORATION**
**UNION BANK 7930004221**
**ACCOUNT RECONCILIATION - 1057**
**ASSET SALES ESCROW ACCOUNT**
As of July 31, 2007

| | | | |
|---|---|---|---|
| BALANCE PER BANK | | | $1,063,750.20 |
| ADJ BANK BALANCE | | | $1,063,750.20 |
| BALANCE PER G/L | | | $2,030,000.00 |
| | 6/30/2007 JRNL200158044 | R/C from a/c#1068, incorrect amt, s/b $5M, posted on 6/30 for $6M | ($1,000,000.00) |
| | 7/27/2007 Wire Transfer | | $33,750.20 |
| ADJ G/L BALANCE | | | $1,063,750.20 |
| | Variance | | - |

| | | |
|---|---|---|
| PREPARED BY: | Rita Siwy | Date: 9/13/07 |
| APPROVED BY: | _____ | Date: _____ |



**STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES        CA   90071

Page 1 of 1
NEW  CENTURY  MORTGAGE
CORPORATION
**Statement Number: 7930004221**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NEW CENTURY MORTGAGE CORPORATION
DEBTOR-IN-POSSESSION CASE #07-10417
ASSET SALES ESCROW ACCOUNT
18400 VON KARMAN STE 1000
IRVINE CA 92612**

■

---

**Analyzed Business Checking Summary**                           Account Number: 7930004221

Days in statement period: Days in statement period: 32

| | | | |
|---|---|---|---|
| **Balance on 6/30** | $ | | **1,030,000.00** |
| **Total Credits** | | | **33,750.20** |
| Electronic credits (1) | | 33,750.20 | |
| **Total Debits** | | | **0.00** |
| **Balance on 7/31** | $ | | **1,063,750.20** |

## C R E D I T S

**Electronic credits**

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---|
| 7/27 | WIRE TRANS TRN 0727020228 072707 2129500208JO | 93053692 | $ | 33,750.20 |

## D E B I T S

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|
| 7/2-7/26 | $ | 1,030,000.00 | 7/27-7/31 | $ | 1,063,750.20 |

**NEW CENTURY MORTGAGE VENTURES LLC**
**UNION BANK 7930002326**
**PAYROLL ACCOUNT RECONCILIATION - 1065**
**As of July 31, 2007**

| | | | | |
|---|---|---|---|---|
| **BALANCE PER BANK** | Acct #7930002326 | | $ | 10,765.06 |
| | 7/31/07 Outstanding Checks | | | - |
| **ADJ BANK BALANCE** | | | $ | 10,765.06 |
| | | | | |
| **BALANCE PER G/L** | | | | 10,765.06 |
| | | | | |
| **ADJ G/L BALANCE** | | | $ | 10,765.06 |

| | | | | |
|---|---|---|---|---|
| PREPARED BY: | Lina Teang | 8/23/2007 | $ | - |

APPROVED BY:

Note:
M:\Bank Recon\2007 Account Recons\[Payroll NCVENT 1065.xls]July 07

Account Number: 7930002326
## Analyzed Business Checking Summary
| | |
|---|---|
| Balance on 6/30 | 10,765.06 |
| Total Credits | 0.00 |
| Total Debits | 0.00 |
| Balance on 7/31 | 10,765.06 |

## Daily Ledger Balance

| Date | Ledger Balance |
|---|---|
| 7/2-7/31 | 10,765.06 |

# NEW CENTURY MORTGAGE VENTURES LLC
## UNION BANK 7930002334
## PAYROLL ACCOUNT RECONCILIATION - 1066
### As of July 31, 2007

| | | | | |
|---|---|---|---|---|
| **BALANCE PER BANK** | Acct #7930002334 | | $ | 27,508.01 |
| | 7/31/07 Outstanding Checks | | | - |
| **ADJ BANK BALANCE** | | | $ | 27,508.01 |
| | | | | |
| **BALANCE PER G/L** | | | | 27,508.01 |
| | | | | |
| **ADJ G/L BALANCE** | | | $ | 27,508.01 |

| | | | | |
|---|---|---|---|---|
| PREPARED BY: | Lina Teang | 8/23/2007 | $ | - |

APPROVED BY:

**Note:**
M:\Bank Recon\2007 Union Bank Statements\07 - July 07\[7930002334.xls]7930002334(1)

Account Number: 7930002334
## Analyzed Business Checking Summary
| | |
|---|---|
| Balance on 6/30 | 27,508.01 |
| Total Credits | 0.00 |
| Total Debits | 0.00 |
| Balance on 7/31 | 27,508.01 |

## Daily Ledger Balance

| Date | Ledger Balance |
|---|---|
| 7/2-7/31 | 27,508.01 |

Account Number: 7930002334

**NC VENTURE**
**UNION BANK 7930000013**
**OPERATING ACCOUNT RECONCILIATION - 1068**
**July 31, 2007**

**BALANCE PER BANK**                     $500,000.00

**BALANCE PER G/L**                      $500,000.00

                                          $0.00

PREPARED BY:        Nikki Bui                          8/13/07

APPROVED BY:

M:\accounting\Recons 2007\07 - July 2007 Recons\[NCVENT 1068-0000 Operating Account.xls]Jul 07



**STATEMENT**
**OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA  90071

Page 1 of 1
NEW  CENTURY  MORTGAGE
VENTURES LLC
**Statement Number: 7930000013**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2004

**NEW CENTURY MORTGAGE VENTURES LLC**
**CASE # 07-10417**
**18400 VON KARMAN SUITE 1000**
**IRVINE CA 92612**

■

## Analyzed Business Checking Summary

Account Number: 7930000013

Days in statement period: Days in statement period: 32

| | | |
|---|---|---|
| **Balance on 6/30** | $ | 500,000.00 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 7/31** | $ | 500,000.00 |

## CREDITS

## DEBITS

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 7/2-7/31 | $ | 500,000.00 | | |

**NEW CENTURY CAPITAL CORPORATION**
**UNION BANK 7930000692**
**MANUAL PAYROLL ACCOUNT RECONCILIATION - 1066**
As of July 31, 2007

| | | | | |
|---|---|---|---|---|
| **BALANCE PER BANK** | Acct #7930000692 | | $ | 7,228.89 |

**OUTSTANDING CHECKS:**

| | Check # | Amount | | |
|---|---|---|---|---|
| 3/31/07 | 3504 | (742.96) | | |
| 3/31/07 | 3511 | (2,534.49) | | |
| 3/31/07 | 3636 | (189.25) $ | (3,466.70) | |

| | | | | |
|---|---|---|---|---|
| **ADJ BANK BALANCE** | | | $ | 3,762.19 |

| | | | | |
|---|---|---|---|---|
| **BALANCE PER G/L** | | | $ | 33,281.93 |

**ITEMS IN BANK NOT IN GL:**

| Check# | Amount | | |
|---|---|---|---|
| 3925 | (25,109.00) | (25,109.00) | A) |
| 3926 | (4,410.74) | (4,410.74) | A) |

| | | | | |
|---|---|---|---|---|
| **ADJ G/L BALANCE** | | | $ | 3,762.19 |
| | Variance | | $ | - |

PREPARED BY:    Lina Teang    Date:  8/29/07

APPROVED BY:    _____    Date: _____

M:\Bank Recon\2007 Account Recons\[Payroll NCCC 1066 Manual.xls]July 07

Account Number: 7930000692

## Analyzed Business Checking Summary

| | | |
|---|---|---|
| **Balance on 6/30** | | **21,748.63** |
| **Total Credits** | | **15,000.00** |
| Electronic credits (2) | 15,000.00 | |
| **Total Debits** | | **-29,519.74** |
| Account recon dr (2) | -29,519.74 | |
| **Balance on 7/31** | | **7,228.89** |

## C r e d i t s

**Electronic credits**

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 7/9 | WIRE TRANS   TRN 0709021840 070907 UBOC   UB788918N | 93054222 | 10,000.00 |
| 7/16 | WIRE TRANS   TRN 0716021828 071607 UBOC   UB804173N | 93052593 | 5,000.00 |
| **Total** | **2 Electronic credits** | | **15,000.00** |

## D e b i t s

**Account reconciliation debits**

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 7/6 | ACCOUNT RECONCILIATION LIST POST | 99977201 | 25,109.00 |
| 7/19 | ACCOUNT RECONCILIATION LIST POST | 99976984 | 4,410.74 |
| **Total** | **2 Account reconciliation debits** | | **29,519.74** |

## D a i l y  L e d g e r  B a l a n c e

| Date | Ledger Balance |
|---|---|
| 7/2-7/5 | 21,748.63 |
| 7/6-7/8 | -3,360.37 |
| 7/9-7/15 | 6,639.63 |
| 7/16-7/18 | 11,639.63 |
| 7/19-7/31 | 7,228.89 |

# NEW CENTURY CAPITAL CORPORATION
## UNION BANK 2110103894
## PAYROLL ACCOUNT RECONCILIATION - 1076
### As of July 31, 2007

| | | | |
|---|---|---|---:|
| **BALANCE PER BANK** | Acct #2110103894 | $ | 56,816.35 |
| | OUTSTANDING CHECKS | | (10,404.61) |
| **ADJUSTED BANK BALANCE** | | $ | 46,411.74 |
| **BALANCE PER G/L** | | $ | 46,411.74 |
| **ADJUSTED G/L BALANCE** | | $ | 46,411.74 |
| | Variance | | - |

PREPARED BY:    Lina Teang  Date: 8/28/07

APPROVED BY:    _____    Date : _____

M:\Bank Recon\2007 Account Recons\Payroll NCCC 1076

**Account Number: 2110103894**

## Analyzed Business Checking Summary

| | | |
|---|---:|---:|
| Balance on 6/30 | | 66,555.23 |
| **Total Credits** | | **62,330.91** |
| Electronic credits (3) | 62,330.91 | |
| **Total Debits** | | **-72,069.79** |
| Electronic debits (2) | -50,664.02 | |
| Account recon dr (3) | -21,405.77 | |
| **Balance on 7/31** | | **56,816.35** |

## C r e d i t s

### Electronic credits

| Date | Description/Location | Reference | Amount |
|---|---|---|---:|
| 7/6 | WIRE TRANS   TRN 0706020789 070607 UBOC  UB78516 93053684 | | 11,666.89 |
| 7/11 | WIRE TRANS   TRN 0711019410 071107 UBOC  UB79404 93052865 | | 26,326.11 |
| 7/25 | WIRE TRANS   TRN 0725026462 072507 UBOC  UB82793 93057015 | | 24,337.91 |
| **Total** | **3 Electronic credits** | | **62,330.91** |

## D e b i t s

### Electronic debits

| Date | Description/Location | Reference | Amount |
|---|---|---|---:|
| 7/12 | NC CAPITAL CORPO ACH ENTRY  PPD | -SETT-GENES\ 51030687 | 26,326.11 |
| 7/24 | NC CAPITAL CORPO ACH ENTRY  PPD | -SETT-GENES\ 56338725 | 24,337.91 |
| **Total** | **2 Electronic debits** | | **50,664.02** |

### Account reconciliation debits

| Date | Description/Location | Reference | Amount |
|---|---|---|---:|
| 7/3 | ACCOUNT RECONCILIATION LIST POST | 99977266 | 9,738.88 |
| 7/12 | ACCOUNT RECONCILIATION LIST POST | 99977102 | 8,210.14 |
| 7/16 | ACCOUNT RECONCILIATION LIST POST | 99977204 | 3,456.75 |
| **Total** | **3 Account reconciliation debits** | | **21,405.77** |

## D a i l y   L e d g e r   B a l a n c e

| Date | Ledger Balance |
|---|---|
| 7/2 | 66,555.23 |
| 7/3-7/5 | 56,816.35 |
| 7/6-7/10 | 68,483.24 |
| 7/11 | 94,809.35 |
| 7/12-7/15 | 60,273.10 |
| 7/16-7/23 | 56,816.35 |
| 7/24 | 32,478.44 |
| 7/25-7/31 | 56,816.35 |

**NEW CENTURY RESIDUAL II CORPORATION**
**UNION BANK 2110105625**
**ACCOUNT RECONCILIATION - 1060-0000**
**US Bank Operating Account**
July 31, 2007

| | |
|---|---:|
| BALANCE PER BANK | $200,100.00 |
| ADJ BANK BALANCE | $200,100.00 |
| BALANCE PER G/L | $200,100.00 |
| ADJ G/L BALANCE | $200,100.00 |
| | $0.00 |

PREPARED BY:      Nikki Bui                    8/13/2007


APPROVED BY:

 **STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NC RESIDUAL II CORPORATION
**Statement Number: 2110105625**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NC RESIDUAL II CORPORATION
CASE #07-10417
18400 VON KARMAN, STE 1000
IRVINE CA 92612**

■

---

**Analyzed Business Checking Summary**                                      Account Number: 2110105625

Days in statement period: Days in statement period: 32

| | | |
|---|---|---|
| **Balance on 6/30** | **$** | **200,100.00** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **0.00** |
| **Balance on 7/31** | **$** | **200,100.00** |

**C R E D I T S**

**D E B I T S**

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 7/2-7/31 | $ | 200,100.00 | | |

## NCORAL, LP
## UNION BANK 7930002768
## ACCOUNT RECONCILIATION - 1068
## Operating Account

**July 31, 2007**

| | | |
|---|---|---|
| BALANCE PER BANK | $ | 1,000,000.00 |
| ADJ BALANCE BANK | $ | 1,000,000.00 |
| BALANCE PER GL | $ | 1,000,000.00 |
| ADJ BALANCE PER G/L 1068 | $ | 1,000,000.00 |
| | | - |

PREPARED BY:          Nikki Bui                    8/23/2007

APPROVED BY:

M:\accounting\Recons 2007\07 - July 2007 Recons\[NCORAL 1068-0000 Operating Account.xls]Jul 07

 **STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NCORAL, LP
**Statement Number: 7930002768**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2006

**NCORAL, LP**
**CASE # 07-10417**
**18400 VON KARMAN AVE STE 1000**
**IRVINE CA 92612-0516**

■

---

**Analyzed Business Checking Summary**                      Account Number: 7930002768

Days in statement period: Days in statement period: 32

| | | |
|---|---|---|
| **Balance on 6/30** | $ | 1,000,000.00 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 7/31** | $ | 1,000,000.00 |

# CREDITS

# DEBITS

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 7/2-7/31 | $ | 1,000,000.00 | | |

*Home 123*
*Bank of America Disbursement/Settlement*
*G/L ACCT #1005-0000*
*As of July 31, 2007*

| Date | Description | Amount | | Comments |
|------|-------------|--------|---|----------|
| 07/31/07 | Deustche Bank Account #4000051933 Disbursement | - | | Account opened 5/06 |
| 07/31/07 | Deustche Bank Account #4000052039 Operating | 200,190.13 | | Account opened 5/06 |
| | ADJUSTED BANK BAL | | 200,190.13 | |
| 07/31/07 | BALANCE PER GL | | (1,581,436.92) | |
| 02/13/07 | Transfer to CSFB from BOA | 1,781,627.05 | | Offset in 1005 NCMC  c/rs  8/07 |
| | Total Adjustments | | 1,781,627.05 | |
| | Adjusted GL Balance | | 200,190.13 | |
| | Variance | | (0.00) | |

PREPARED BY:  J. Kennedy        9/13/2007

APPROVED BY: _____

**Note:**
This account is the cash account for the BofA warehouse line.  Activity should equal zero each month.

E:\Loan Accounting 2007\2007 Home 123 Recons\07-2007\[Home 1005-1097 Disbursement Accts Jul 07.xls]1005 - Bofa

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE, INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN 37230

**Deutsche Bank**

## CASH ACCOUNT SUMMARY
### JULY 1, 2007    - JULY 31, 2007

WO - 51933 4000051933
NEW CENTURY (PRIME)/ B OF A DISB.
NEW CENTURY (PRIME)/ B OF A DISB.

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 0.00 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| | |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 0.00 |

Certain investments made for the account(s) shown above may have been executed through Deutsche Bank Trust Company Americas (DBTCA) or an affiliate. Any such transactions were executed solely for the account(s) shown and without recourse to DBTCA or its affiliates. As to any such transactions, usual or customary charges may be included and retained by us as a part of the execution price. Trade confirms are available upon customer request for no additional charge.

DBTCA provides a wide range of mutual fund investment options. The investment yield, fee structure, minimum investment amounts, as well as other important terms and conditions, vary from fund to fund. Since investment needs and options may change, please contact your account representative with any questions or to request a prospectus describing any of our mutual fund investment options.

DBTCA has entered into agreements with various Mutual Funds or their agents to provide certain shareholder services to these funds. For providing these shareholder services, DBTCA is paid a fee by the mutual funds that calculated on an annual basis does not exceed 80  basis points of the amount of your investment in these funds.

NEW CENTURY MORTGAGE CORPORATION
18400 VON KARMEN
NEW CENTURY/ BANK OF AMERICA
ATTN: CASH MANAGEMENT DEPT., SUITE 1000
IRVINE CA  92612

For Questions Please Call (714)-247-6000

This statement shall be deemed to be correct and final unless DBTCA is notified in writing by the addressee to the contrary within thirty (30) business days of the date of this statement.

# Deutsche Bank

**Account:** WO - 51933 4000051933
**Name:** NEW CENTURY (PRIME)/ B OF A DISB.
NEW CENTURY (PRIME)/ B OF A DISB.

STATEMENT PERIOD: 07/01/07 - 07/31/07

## TRANSACTION STATEMENT

| | | TRANSACTIONS | | | | BALANCES |
| | | | SECURITIES | | | |
| DATE | TRANSACTION DESCRIPTION | CASH | FACE | PRICE | YIELD | END OF DAY CASH |
|---|---|---|---|---|---|---|
| 07/01/07 | OPENING BALANCE | | | | | 0.00 |
| 07/31/07 | NET TRANSACTIONS | 0.00 | | | | |
| | CLOSING BALANCE | | | | | 0.00 |

We are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now access Trust & Securities Services on-line application sites, product information, news, and contact details using a single URL.

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN  37230

**Deutsche Bank** 

## CASH ACCOUNT SUMMARY
### JULY 1, 2007      - JULY 31, 2007

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 200,190.13 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 200,190.13 |

WO - 52039 4000052039
NEW CENTURY(PRIME)/ B OF A OPERATING
NEW CENTURY(PRIME)/ B OF A OPERATING

Certain investments made for the account(s) shown above may have been executed through Deutsche Bank Trust Company Americas (DBTCA) or an affiliate. Any such transactions were executed solely for the account(s) shown and without recourse to DBTCA or its affiliates. As to any such transactions, usual or customary charges may be included and retained by us as a part of the execution price. Trade confirms are available upon customer request for no additional charge.

DBTCA provides a wide range of mutual fund investment options. The investment yield, fee structure, minimum investment amounts, as well as other important terms and conditions, vary from fund to fund.   Since investment needs and options may change, please contact your account representative with any questions or to request a prospectus describing any of our mutual fund investment options.

DBTCA has entered into agreements with various Mutual Funds or their agents to provide certain shareholder services to these funds. For providing these shareholder services, DBTCA is paid a fee by the mutual funds that calculated on an annual basis does not exceed 80  basis points of the amount of your investment in these funds.

NEW CENTURY MORTGAGE CORPORATION
18400 VON KARMEN
NEW CENTURY/ BANK OF AMERICA
ATTN: CASH MANAGEMENT DEPT., SUITE 1000
IRVINE CA  92612

For Questions Please Call (714)-247-6000

This statement shall be deemed to be correct and final unless DBTCA is notified in writing by the addressee to the contrary within thirty (30) business days of the date of this statement.



**Deutsche Bank**

Account:    WO - 52039 4000052039
Name:    NEW CENTURY(PRIME)/ B OF A OPERATING
            NEW CENTURY(PRIME)/ B OF A OPERATING

STATEMENT PERIOD: 07/01/07 - 07/31/07

| | TRANSACTION STATEMENT | | | | | |
|---|---|---|---|---|---|---|
| | | TRANSACTIONS | | | | BALANCES |
| | TRANSACTION | | SECURITIES | | | |
| DATE | DESCRIPTION | CASH | FACE | PRICE | YIELD | END OF DAY CASH |
| 07/01/07 | OPENING BALANCE | | | | | 200,190.13 |
| 07/31/07 | NET TRANSACTIONS | 0.00 | | | | |
| | CLOSING BALANCE | | | | | 200,190.13 |

We are pleased to announce the launch of the new Trust & Securities Services web site at www.tss.db.com. You can now access Trust & Securities Services on-line application sites, product information, news, and contact details using a single URL.

**HOME123**
**UNION BANK OPERATING ACCT 7930001893**                                          0.00   Diff
**UNION BANK OPERATING ACCT 7930002156**
**ACCOUNT RECONCILIATION 1007-0000**
**Operating Account**
**As of July 31, 2007**

| | | | | |
|---|---|---|---|---|
| **BALANCE PER BANK** | Union Bank  Acct #7930001893 | - | | |
| **BALANCE PER BANK** | Union Bank  Acct #7930002156 | - | | |
| | | | | - |

| | | | |
|---|---|---|---|
| 03/31/07 | JRNL4200025783 | 3/14/7 Investor 00013 Interest reversed | (144,806.76) |
| 03/31/07 | JRNL4200025783 | 3/14/7 warehouse principle inv. 13 rever | (15,972.31) |
| 03/31/07 | JRNL4200025783 | 3/15/7 Investor 00013 Interest reversed | (193,484.65) |
| 03/31/07 | JRNL4200025783 | 3/15/7 warehouse principle inv. 13 rever | (23,516.07) |
| 03/31/07 | JRNL4200025783 | 3/16/7 Investor 00013 Interest reversed | (236,985.33) |
| 03/31/07 | JRNL4200025783 | 3/16/7 warehouse principle inv. 13 rever | (129,893.23) |
| 03/31/07 | JRNL4200025783 | 3/19/7 Investor 00013 Interest reversed | (118,624.08) |
| 03/31/07 | JRNL4200025783 | 3/19/7 warehouse principle inv. 13 rever | (135,010.84) |
| 03/31/07 | JRNL4200025783 | 3/28/7 Investor 00013 Interest reversed | (160,988.77) |
| 03/31/07 | JRNL4200025783 | 3/28/7 Investor 00020 Interest reversed | (1,085.31) |
| 03/31/07 | JRNL4200025783 | 3/28/7 Investor 00020 Principal reversed | (5,200.00) |
| 03/31/07 | JRNL4200025783 | 3/28/7 warehouse principle inv. 13 rever | (96,445.55) |
| 03/31/07 | JRNL4200025783 | 3/29/7 Investor 00013 Interest reversed | (270,564.28) |
| 03/31/07 | JRNL4200025783 | 3/29/7 Investor 00020 Interest reversed | (3,283.40) |
| 03/31/07 | JRNL4200025783 | 3/29/7 Investor 00020 Principal reversed | (342.49) |
| 03/31/07 | JRNL4200025783 | 3/29/7 warehouse principle inv. 13 rever | (173,422.96) |
| | | | |
| 02/22/07 | JRNL4200024133 | FHA WIRE LATE/INT 01/05/07 | (22.56) |
| 02/22/07 | JRNL4200024133 | FHA WIRE 01/19/07 | (63.45) |
| 02/22/07 | JRNL4200024133 | FHA WIRE 01/22/07 | (79.76) |
| 02/22/07 | JRNL4200024133 | FHA WIRE 01/22/07 | (93.43) |
| 03/24/07 | JRNL4200025470 | Block 4300 Int | 168.21 |
| 03/01/07 | JRNL4200025296 | Correction Fundings | 1,390.00 |
| | | | |
| 06/04/07 | JRNL4200026178 | Block 4100 Inv (inv 5) | 154.49 |
| 06/04/07 | JRNL4200026178 | Block 4000 Principal | (700.77) |
| 06/04/07 | JRNL4200026178 | Block 4000 Principal | (286.31) |
| 06/04/07 | JRNL4200026178 | Block 4100 Inv (inv 5) | 500.00 |
| 06/04/07 | JRNL4200026178 | Block 4000 Int | (4,231.33) |
| 06/04/07 | JRNL4200026178 | Block 4000 Int | (3,729.14) |

| | | |
|---|---|---|
| **Subtotal Item(s) not yet in Bank** | | (1,716,620.08) |
| | | |
| **ADJ BANK BALANCE** | | (1,716,620.08) |
| | | |
| **BALANCE PER G/L 1007** | | 1,229,133.43 |

| | | |
|---|---|---|
| 02/12/07 | Wire Trans TRN 0212027297 021207 200702120026436 | 213,058.60 |
| 03/09/07 | Wire Trans TRN 0309023361 030907 UBOC | (78,375.20) |
| 03/19/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 4,509.86 |
| 03/21/07 | Wire Trans TRN 0321015913 032107 UBOC UB516117N | 3,605,726.16 |
| 03/21/07 | Wire Trans TRN 0321023590 032107 11 | (5,974,212.89) |

## ACCOUNT RECONCILIATION 1007-0000
## Operating Account
## As of July 31, 2007

| | | | | |
|---|---|---|---|---|
| 03/30/07 | CHECK OR OTHER DEBIT | (264,769.10) | | |
| 04/04/07 | CHECK OR OTHER DEBIT | (449,720.93) | | |
| 06/01/07 | CHECK OR OTHER DEBIT | (2,065.24) | | |
| 03/27/07 | DEPOSITED ITEM RETURNED | (1,125.00) | | |
| 03/29/07 | DEPOSITED ITEM RETURNED | (400.00) | | |
| 05/01/07 | MERCHANT SERVICE MI CCD51933436 | (30.00) | | |
| 03/20/07 | MERCHANT SERVIC MERCH CHBK CCD 51456170 | (415.00) | | |
| 04/09/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 5,464.16 | | |
| 04/10/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 3,901.83 | | |
| 04/11/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 56,417.25 | | |
| 04/12/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 5,535.99 | | |
| 04/13/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 3,186.21 | | |
| 04/16/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,420.71 | | |
| 04/16/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 4,383.87 | | |
| 04/19/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,270.48 | | |
| 04/20/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,455.47 | | |
| 04/23/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 40,904.18 | | |
| 04/24/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,092.08 | | |
| 04/27/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,195.09 | | |
| 04/30/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,560.19 | | |
| 05/01/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 3,856.99 | | |
| 05/02/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 289.25 | | |
| 05/03/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,733.41 | | |
| 05/04/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 240.00 | | |
| 05/07/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 3,893.59 | | |
| 05/08/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 10,673.99 | | |
| 05/11/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 3,097.17 | | |
| 05/11/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 116,044.12 | | |
| 05/14/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 681.64 | | |
| 05/14/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,000.00 | | |
| 05/15/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 64,080.18 | | |
| 05/16/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,305.24 | | |
| 05/31/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 2,065.24 | | |
| 05/17/07 | CHECK OR OTHER DEBI 47703961 | (334,683.09) | Diff need a debit to 1007 | 4.25 |

Variance                                                                      (0.01)

**Subtotal Item(s) not yet in G/L**                                            **(2,945,753.51)**

**ADJ G/L BALANCE**                                                            **(1,716,620.08)**

**Variance**                                                                          **0.00**



**STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NEW  CENTURY  MORTGAGE
CORPORATION
**Statement Number: 7930002156**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2005

**NEW CENTURY MORTGAGE CORPORATION
SPEC DEP ACCT ITF DB STRUCTURED
PRODUCTS, INC
18400 VON KARMAN STE 1000
IRVINE CA 92612**

■

---

### Analyzed Business Checking Summary

Account Number: 7930002156

Days in statement period: Days in statement period: 32

| | | | |
|---|---|---|---|
| **Balance on 6/30** | $ | | **4,572.57** |
| **Total Credits** | | | **4,342.00** |
| Electronic credits (1) | | 4,342.00 | |
| **Total Debits** | | | **-8,914.57** |
| Other debits (2) | | -8,914.57 | |
| **Balance on 7/31** | $ | | **0.00** |

## CREDITS

**Electronic credits**

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---|
| 7/2 | NEW CENTURY MTG INV. DDA CCD 680000 | 53145256 | $ | 4,342.00 |

## DEBITS

**Other debits, fees and adjustments**

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 7/2 | CHECK OR OTHER DEBIT | 48552121 | $ | 4,572.57 |
| 7/3 | CHECK OR OTHER DEBIT | 45509375 | | 4,342.00 |
| | **2  Other debits, fees and adjustments** | **Total** | $ | **8,914.57** |

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|
| 7/2 | $ | 4,342.00 | 7/3-7/31 | $ | 0.00 |



**STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
HOME123 CORPORATION
Statement Number: 7930001893
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**HOME123 CORPORATION**
**OPERATING ACCOUNT**
**CASE #07-10417**
**18400 VON KARMAN AVE STE 1000**
**IRVINE CA 92612**

---

## Analyzed Business Checking Summary

Account Number: 7930001893

Days in statement period: Days in statement period: 32

| | | |
|---|---|---|
| Balance on 6/30 | $ | 998.88 |
| Total Credits | | 0.00 |
| Total Debits | | -998.88 |
| Electronic debits (1) | -998.88 | |
| Balance on 7/31 | $ | 0.00 |

## CREDITS

## DEBITS

### Electronic debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 7/2 | CASH MANAGEMENT BKTRANSFER | 93090196 | $ | 998.88 |

### Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 7/2-7/31 | $ | 0.00 | | |