**Home 123 Oregon Trust Account**
**UNION BANK OPERATING ACCT  2370008526**
**ACCOUNT RECONCILIATION 1019-4155**
**As of July 31, 2007**

| | |
|---|---:|
| **BALANCE PER BANK** | 118,318.52 |
| **DEPOSITS IN TRANSIT:** | |
| **TOTAL DEPOSIT IN TRANSIT** | - |
| **O/S WIRES:** | |
| **TOTAL O/S WIRES** | - |
| **ADJ BANK BALANCE** | 118,318.52 |
| **BALANCE PER G/L** | 118,318.52 |
| **ITEMS IN BANK NOT IN GL:** | |
| | - |
| **ADJ G/L BALANCE** | 118,318.52 |
| **Variance** | - |

 **STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
R. E. INDUSTRY DEPOSIT SERVICES-OR 237
P.C. BOX 3121
PORTLAND            OR   97208

Page 1 of 1
HOME123 CORPORATION
**Statement Number: 2370008526**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**HOME123 CORPORATION
OREGON TRUST ACCOUNT
CASE #07-10417
18400 VON KARMAN AVE STE 1000
IRVINE CA 92612**

■

---

## Analyzed Business Checking Summary

Account Number: 2370008526

Days in statement period: Days in statement period: 32

| | | |
|---|---|---|
| Balance on 6/30 | $ | 118,318.52 |
| Total Credits | | 0.00 |
| Total Debits | | 0.00 |
| Balance on 7/31 | $ | 118,318.52 |

## CREDITS

## DEBITS

.

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 7/2-7/31 | $ | 118,318.52 | | |

**Home 123 Washington Trust Account**
**UNION BANK OPERATING ACCT  2350131577**
**ACCOUNT RECONCILIATION 1019-4158**
**As of July 31, 2007**

| | |
|---|---:|
| **BALANCE PER BANK** | 76,495.65 |
| **DEPOSITS IN TRANSIT:** | |
| **TOTAL DEPOSIT IN TRANSIT** | - |
| **O/S WIRES:** | |
| **TOTAL O/S WIRES** | - |
| **ADJ BANK BALANCE** | 76,495.65 |
| **BALANCE PER G/L** | 76,495.65 |
| **ITEMS IN BANK NOT IN GL:** | |
| | - |
| **ADJ G/L BALANCE** | 76,495.65 |
| Variance | - |


# STATEMENT
# OF ACCOUNTS

UNION BANK OF CALIFORNIA
R. E. INDUSTRY DEPOSIT SERVICES-WA 235
P. O. BOX 512380
LOS ANGELES          CA   90051-0380

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**HOME123 CORPORATION**
**WASHINGTON TRUST ACCOUNT**
**CASE #07-10417**
**18400 VON KARMAN AVE STE 1000**
**IRVINE CA 92612**

■

## Analyzed Business Checking Summary

Account Number: 2350131577

Days in statement period: Days in statement period: 32

| | | |
|---|---|---|
| **Balance on 6/30** | **$** | **76,495.65** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **0.00** |
| **Balance on 7/31** | **$** | **76,495.65** |

# CREDITS

# DEBITS

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 7/2-7/31 | $ | 76,495.65 | | |

**Home 123 Oregon Trust Account**
**UNION BANK OPERATING ACCT 7930003209**
**ACCOUNT RECONCILIATION 1019-4186**
**As of July 31, 2007**


**BALANCE PER BANK**                                                          9,608.45

**DEPOSITS IN TRANSIT:**


**TOTAL DEPOSIT IN TRANSIT**                                                        -

**O/S WIRES:**


**TOTAL O/S WIRES**                                                                -

**ADJ BANK BALANCE**                                                         9,608.45


**BALANCE PER G/L**                                                          9,608.45

**ITEMS IN BANK NOT IN GL:**



                                                                                   -

**ADJ G/L BALANCE**                                                          9,608.45

**Variance**                                                                        -



**STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
HOME123 CORPORATION
**Statement Number: 7930003209**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**HOME123 CORPORATION**
**VIRGINIA TRUST ACCOUNT**
**CASE # 07-10417**
**18400 VON KARMAN AVE STE 1000**
**IRVINE CA 92612**

■

## Analyzed Business Checking Summary

Account Number: 7930003209

Days in statement period: Days in statement period: 32

| | | |
|---|---|---|
| **Balance on 6/30** | $ | **9,608.45** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **0.00** |
| **Balance on 7/31** | $ | **9,608.45** |

## CREDITS

## DEBITS

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 7/2-7'31 | $ | 9,608.45 | | |

**Home 123 Arizona Trust  Account**
**UNION BANK OPERATING ACCT  7930001885**
**ACCOUNT RECONCILIATION 1019-4242**
**As of July 31, 2007**

| | |
|---|---:|
| **BALANCE PER BANK** | 196,079.79 |
| **DEPOSITS IN TRANSIT:** | |
| **TOTAL DEPOSIT IN TRANSIT** | - |
| **O/S WIRES:** | |
| **TOTAL O/S WIRES** | - |
| **ADJ BANK BALANCE** | 196,079.79 |
| **BALANCE PER G/L** | 196,079.79 |
| **ITEMS IN BANK NOT IN GL:** | |
| | - |
| **ADJ G/L BALANCE** | 196,079.79 |
| **Variance** | - |

 **STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA    90071

Page 1 of 1
HOME123 CORPORATION
**Statement Number: 7930001885**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003


**HOME123 CORPORATION**
**ARIZONA TRUST ACCOUNT**
**CASE #07-10417**
**18400 VON KARMAN AVE STE 1000**
**IRVINE CA 92612**

■

---

**Analyzed Business Checking Summary**                    Account Number: 7930001885

Days in statement period: Days in statement period: 32

| | | |
|---|---|---|
| Balance on 6/30 | $ | 196,079.79 |
| Total Credits | | 0.00 |
| Total Debits | | 0.00 |
| Balance on 7/31 | $ | 196,079.79 |


**C R E D I T S**


**D E B I T S**


**Daily Ledger Balance**

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 7/2-7'31 | $ | 196,079.79 | | |

**Home 123 California Trust  Account**
**UNION BANK OPERATING ACCT 7930001877**
**ACCOUNT RECONCILIATION 1019-4251**
 As of July 31, 2007

| | |
|---|---:|
| BALANCE PER BANK | 406,462.70 |
| DEPOSITS IN TRANSIT: | |
| TOTAL DEPOSIT IN TRANSIT | - |
| O/S WIRES: | |
| TOTAL O/S WIRES | - |
| ADJ BANK BALANCE | 406,462.70 |
| BALANCE PER G/L | 406,462.70 |
| ITEMS IN BANK NOT IN GL: | |
| | - |
| ADJ G/L BALANCE | 406,462.70 |
| Variance | - |



# STATEMENT OF ACCOUNTS

Page 1 of 1
HOME123 CORPORATION
**Statement Number: 7930001877**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES        CA   90071

**HOME123 CORPORATION
CALIFORNIA TRUST ACCOUNT
CASE #07-10417
18400 VON KARMAN AVE STE 1000
IRVINE CA 92612**

■

## Analyzed Business Checking Summary

Account Number: 7930001877

Days in statement period: Days in statement period: 32

| | | |
|---|---|---|
| Balance on 6/30 | $ | 406,462.70 |
| Total Credits | | 0.00 |
| Total Debits | | 0.00 |
| Balance on 7/31 | $ | 406,462.70 |

# CREDITS

# DEBITS

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 7/2-7/31 | $ | 406,462.70 | | |

**Home 123 Nevada Trust Account**
**UNION BANK OPERATING ACCT 7930002652**
**ACCOUNT RECONCILIATION 1019-4255**
**As of July 31, 2007**

| | |
|---|---:|
| **BALANCE PER BANK** | 78,174.55 |
| **DEPOSITS IN TRANSIT:** | |
| **TOTAL DEPOSIT IN TRANSIT** | |
| **O/S WIRES:** | |
| **TOTAL O/S WIRES** | - |
| **ADJ BANK BALANCE** | 78,174.55 |
| **BALANCE PER G/L** | 78,174.55 |
| **ITEMS IN BANK NOT IN GL:** | |
| | - |
| **ADJ G/L BALANCE** | 78,174.55 |
| **Variance** | - |



**STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES        CA   90071

Page 1 of 1
HOME123 CORPORATION
**Statement Number: 7930002652**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**HOME123 CORPORATION
NEVADA TRUST ACCOUNT
CASE # 07-10417
18400 VON KARMAN AVE STE 1000
IRVINE CA 92612**

■

## Analyzed Business Checking Summary

Account Number: 7930002652

Days in statement period: Days in statement period: 32

| | | |
|---|---|---|
| **Balance on 6/30** | $ | 78,174.55 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 7/31** | $ | 78,174.55 |

## CREDITS

## DEBITS

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 7/2-7/31 | $ | 78,174.55 | | |

**HOME 123**
**US Bank Operating Account Control Account - GL # 1050-0000**
**Union Bank Account # 2110103975**
**As of July 31, 2007**

| | |
|---|---:|
| **BALANCE PER BANK** | 418,896.15 |
| **DEPOSITS IN TRANSIT:** | |
| **TOTAL DEPOSIT IN TRANSIT** | - |
| **O/S WIRES:** | |
| **TOTAL O/S WIRES** | - |
| **ADJ BANK BALANCE** | 418,896.15 |
| | |
| **BALANCE PER G/L** | 418,896.15 |
| **ITEMS IN GL NOT IN BANK:** | |
| | - |
| **ITEMS IN BANK NOT IN GL:** | |
| | - |
| **ADJ G/L BALANCE** | 418,896.15 |
| **Variance** | - |

Note:
This account was formerly Anyloan.

| | Date | Description | |
|---|---|---|---:|
| Balance consist of: | 06/10/99 | Closing Entries | 600,000.00 |
| | 12/01/99 | Capitalize Alhi | 1,000.00 |
| | 12/1/99-7/31/00 | Net Interco Activity | (181,945.39) |
| | 11/9/99-7/12/00 | Total Fees/svc charge | (158.46) |
| | | | 418,896.15 |

Prepared by: Rita Siwy      Date: 8/20/07

Approved by: _____ Date: _____

 **STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
HOME123 CORPORATION
**Statement Number: 2110103975**
06/30/07 - 07/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**HOME123 CORPORATION
LICENSING ACCOUNT
CASE #07-10417
18400 VON KARMAN AVE STE 1000
IRVINE CA 92612**

■

## Analyzed Business Checking Summary

Account Number: 2110103975

Days in statement period: Days in statement period: 32

| | | |
|---|---|---|
| **Balance on 6/30** | $ | 418,896.15 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 7/31** | $ | 418,896.15 |

## CREDITS

## DEBITS

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 7/2-7/31 | $ | 418,896.15 | | |

*HOME 123*
*Countrywide EPP Reserve Control Account*
*G/L ACCT # 1056*
*As of July 31, 2007*

| Date | Description | Amount | Comment |
|------|-------------|--------|---------|
| 07/31/07 | Balance per Countrywide report | - | |
| 07/31/07 | GL Balance as of 07/31/07 | 1,046,843.05 | |
| | **Adjusting Items** | | |
| 03/08/07 | Withdrawal | (1,046,843.06) | Cash withdrawn by CW to pay off repurchases |
| | Adjusted Total GL: | (0.01) | |
| | Variance | 0.01 | |

Prepared by: J. Kennedy  *8/21/07*
Approved by: _____

**Note:**
This account is a reserve account required by Countrywide as part of the sales agreement.
It represents a reserve cash balance to cover any early payoffs or other shortfalls.

E:\Loan Accounting 20(7\2007 Home 123 Recons\07-2007\[Home 1056-0000 CW EPP Reserve Control Acct Jul 07.xls]Recon

# Over Under Summary

**Click here to download**

7823 - New Century Mortgage

| Effective Min O/U Reserve Balance | Actual O/U Balance | Anticipated O/U Balance | Adjusted O/U Balance | Net Tranche Movement in Transit | Funding O/U Balance | Withdraw O/U Balance | Withdraw O/U Balance including Suspended / Approved | O/U Impact for Today's Suspended / Approved Loans |
|---|---|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*To see the detail of 'Tranche Movement in Transit' click on the amount in the 'Net Tranche Movement in Transit' column.

The information provided is intended for use by mortgage banking professionals. Rates and programs subject to change without notice.

Copyright © 2007 , Countrywide® Home Loans, Inc. All Rights Reserved.
Trade/service marks are the property of Countrywide Financial Corporation, and/or its subsidiaries.

**HOME123**
**UNION BANK 7930000102 (new manual payroll acct)**
**MANUAL PAYROLL ACCOUNT RECONCILIATION - 1066**
July 31, 2007

| | | |
|---|---|---|
| **BALANCE PER BANK** | | 66.656.30 |
| **OUTSTANDING CHECKS** | 07/31/07 See Attached Listing | (78,162.40) |
| **ADJ BANK BALANCE** | | (11,506.10) |
| **BALANCE PER G/L** | | (7,924.58) |
| PAID CKS BUT NOT ON GL | | (3,581.52) |
| **ADJ G/L BALANCE** | | (11,506.10) |

NOTE:

As of July:
Currently have an issue with PR system not providing an adequate manual check listing to post correctly to the GL. Check issue file currently is posted using the paid listing for prior month.

**(a) will clear next month**

Prepared by:  Lina Teang  Date:  9/10/2007

Reviewed by: _____  Date: _____

**Account Number: 7930000102**

## Analyzed Business Checking Summary

| | | |
|---|---|---|
| **Balance on 6/30** | | **70,237.82** |
| **Total Credits** | | **331.21** |
| Account recon cr (1) | 331.21 | |
| **Total Debits** | | **-3,912.73** |
| Account recon dr (2) | -3,912.73 | |
| **Balance on 7/31** | | **66,656.30** |

## C r e d i t s

**Account reconciliation credits**

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 7/20 | *ACCOUNT RECON CHECK ADJUSTMENT # 0000013078 | 99890124 | 331.21 |

## D e b i t s

**Account reconciliation debits**

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 7/6 | ACCOUNT RECONCILIATION LIST POST | 99977200 | 3,581.52 |
| 7/19 | ACCOUNT RECONCILIATION LIST POST | 99976983 | 331.21 |
| **Total** | **2 Account reconciliation debits** | | **3,912.73** |

## D a i l y   L e d g e r   B a l a n c e

| Date | dger Balance |
|---|---|
| 7/2-7/5 | 70,237.82 |
| 7/6-7/18 | 66,656.30 |
| 7/19 | 66,325.09 |
| 7/20-7/31 | 66,656.30 |

**HOME 123**
**UNION BANK 2110103967**
**PAYROLL ACCOUNT RECONCILIATION - 1077**
July 31, 2007

| | | |
|---|---|---:|
| **BALANCE PER BANK** | | 1,401,104.31 |
| | 7/31/07 OUTSTANDING CHECKS | (330,262.22) |
| **ADJ BANK BALANCE** | | 1,070,842.09 |
| **BALANCE PER G/L** | | 1,074,790.28 |

| | | |
|---|---|---:|
| 6/30/2007 | HOME REVERSAL | 1,401.35 a) |
| 6/30/2007 | check #1021176 issued $1,144.86 but voided $1,154.86 in GL | (10.00) a) |
| 6/30/2007 | Cks voided #102237 - S/B HOME 1066 | (3,117.50) a) |
| 6/30/2007 | Cks voided #102238 - S/B HOME 1066 | (1,722.04) a) |
| 6/30/2007 | Cash management bank transfer not recorded | (500.00) a) |

**ADJ G/L BALANCE**                                                      1,070,842.09

Notes:

                                                                         0.00

a) need to reclass next month

Prepared by:  Lina Teang
Date:  8/29/2007

Approved by: _____ Date: _____

M:\Bank Recon\2007 Account Reco\s\Payroll HOME 1077

Account Number: 2110103967

## Analyzed Business Checking Summary

| | | |
|---|---|---|
| Balance on 6/30 | | 1,420,872.72 |
| **Total Credits** | | 27,199.51 |
| Electronic credits (3) | 27,173.75 | |
| Account recon cr (1) | 25.76 | |
| **Total Debits** | | -46,967.92 |
| Account recon dr (15) | -46,967.92 | |
| **Balance on 7/31** | | 1,401,104.31 |

## Credits

### Electronic credits

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 7/6 | WIRE TRANS   TRN 0706020894 070607 UBOC  UB785195N | 93053757 | 3,248.71 |
| 7/11 | WIRE TRANS   TRN 0711019390 071107 UBOC  UB794038N | 93052849 | 3,363.04 |
| 7/16 | WIRE TRANS   TRN 0716021821 071607 UBOC  UB804171N | 93052586 | 20,562.00 |
| Total | 3 Electronic credits | | 27,173.75 |

### Account reconciliation credits

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 7/23 | *ACCOUNT RECON CHECK ADJUSTMENT # 0001015185 | 99890035 | 25.76 |

## Debits

### Account reconciliation debits

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 7/2 | ACCOUNT RECONCILIATION LIST POST | 99977363 | 1,931.19 |
| 7/3 | ACCOUNT RECONCILIATION LIST POST | 99977269 | 3,844.63 |
| 7/5 | ACCOUNT RECONCILIATION LIST POST | 99977348 | 9,126.99 |
| 7/6 | ACCOUNT RECONCILIATION LIST POST | 99977193 | 3,334.56 |
| 7/9 | ACCOUNT RECONCILIATION LIST POST | 99977251 | 810.15 |
| 7/11 | ACCOUNT RECONCILIATION LIST POST | 99976949 | 27.79 |
| 7/16 | ACCOUNT RECONCILIATION LIST POST | 99977205 | 4,359.36 |
| 7/17 | ACCOUNT RECONCILIATION LIST POST | 99976930 | 727.87 |
| 7/18 | ACCOUNT RECONCILIATION LIST POST | 99976824 | 5.66 |
| 7/19 | ACCOUNT RECONCILIATION LIST POST | 99976977 | 204.23 |
| 7/20 | ACCOUNT RECONCILIATION LIST POST | 99977136 | 25.76 |
| 7/23 | ACCOUNT RECONCILIATION LIST POST | 99977229 | 1,511.71 |
| 7/24 | ACCOUNT RECONCILIATION LIST POST | 99976940 | 20,977.98 |
| 7/26 | ACCOUNT RECONCILIATION LIST POST | 99976901 | 56.63 |
| 7/27 | ACCOUNT RECONCILIATION LIST POST | 99977053 | 23.41 |
| Total | 15 Account reconciliation debits | | 46,967.92 |

## Daily Ledger Balance

| Date | Ledger Balance |
|---|---|
| 7/2 | 1,418,941.53 |
| 7/3-7/4 | 1,415,096.90 |
| 7/5 | 1,405,969.91 |
| 7/6-7/8 | 1,405,884.06 |
| 7/9-7/10 | 1,405,073.91 |
| 7/11-7/15 | 1,408,409.16 |
| 7/16 | 1,424,611.80 |
| 7/17 | 1,423,883.93 |
| 7/18 | 1,423,878.27 |
| 7/19 | 1,423,674.04 |
| 7/20-7/22 | 1,423,648.28 |
| 7/23 | 1,422,162.33 |
| 7/24-7/25 | 1,401,184.35 |
| 7/26 | 1,401,127.72 |
| 7/27-7/31 | 1,401,104.31 |

**Home 123**
**Deutsche Bank Disbursement/Settlement**
**G/L ACCT #1089-0000**
**As of July 31, 2007**

| Date | Description | Amount | | Comments |
|------|-------------|--------|---|----------|
| 07/31/07 | Deutsche Bank Account #52108 4000052107 Dis | | 45,227.16 | |
| 07/31/07 | Deutsche Bank Account #52109 4000052108 Ops | | 8,360.49 | |
| 07/31/07 | Deutsche Bank Account #52109 4000052109 Stl | | - | |
| | ADJUSTED BANK BAL | | 53,587.65 | |
| | | | | |
| 07/31/07 | BALANCE PER GL | | 994,263.13 | |
| | | | | |
| 02/09/07 | Cash Receipt, returned wire | 3,317.22 | | Not recorded on GL |
| 02/14/07 | DB-SALES PYDN | (534,607.96) | | JRNL4200024750 not shown on bank stmt |
| 02/22/07 | CASH DB | 3,411,406.90 | | researching-partial clearing to 2024 |
| 02/22/07 | Cash transfer EOD Shortage | (214,591.47) | | researching-partial clearing to 2024 |
| 02/22/07 | Cash Transfer Payoffs excess | 8,956.46 | | researching-partial clearing to 2024 |
| 02/22/07 | DB-SALES PYDN | (3,138.64) | | researching-partial clearing to 2024 |
| 02/23/07 | Cash transfer Payoffs shortage | (66,136.60) | | Clears to acct 2024--Kane to journalize |
| 02/23/07 | DB-SALES PYDN | (11,373.41) | | Clears to acct 2024--Kane to journalize |
| 02/28/07 | TRNFR TO DBSP FROM UBS | (149,605.00) | | JRNL4200024771 not shown on bank stmt |
| | | | | |
| 03/06/07 | Cash transfer EOD | 306,175.46 | | Not recorded on GL |
| 03/14/07 | CASH-DB | (114,000.00) | | JRNL4200025342 recorded 2x |
| 03/29/07 | DB SALES PYDN | (7,980.61) | | JRNL4200025602 Not shown on bank stmt |
| | | | | |
| 07/01/07 | 2/22 Borrowing DB | (3,634,446.43) | | JRNL4200026361 Clearing entry, needs res |
| 07/01/07 | 2-22 DB Sales Paydown | 4,375.74 | | JRNL4200026361 Clearing entry, needs res |
| 07/01/07 | 2-22 DB Sales Paydown | 194,756.44 | | JRNL4200026361 Clearing entry, needs res |
| 07/01/07 | 2-22 DB Sales Paydown | (204,950.00) | | JRNL4200026361 Clearing entry, needs res |
| 07/01/07 | 2-23 DB Paydown | 214,666.45 | | JRNL4200026361 Clearing entry, needs res |
| 07/01/07 | 2-23 DB Sales Paydown | (143,500.00) | | JRNL4200026361 Clearing entry, needs res |
| | | | | |
| | Total Adjustments | | (940,675.45) | |
| | | | | |
| | Adjusted GL Balance | | 53,587.68 | |
| | | | | |
| | Variance | | (0.03) | |

PREPARED BY: J. Kennedy _(signature)_    9/10/2007

APPROVED BY: _____

**Note:**
This account is the cash account for the Deutsche Bank warehouse line. Activity should equal zero each month.

E:\Loan Accounting 2007\2007 Home 123 Recons\07-2007\[Home 1005-1097 Disbursement Accts Jul 07.xls]1089 - DB

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN  37230

**Deutsche Bank** 

## CASH ACCOUNT SUMMARY
### JULY 1, 2007      - JULY 31, 2007

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 45,227.16 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| | |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 45,227.16 |

WO - 52107 4000052107
NEW CENTURY(PRIME)/DBSP DISBURSEMENT
NEW CENTURY(PRIME)/DBSP DISBURSEMENT
NC066C

Certain investments made for the account(s) shown above may have been executed through Deutsche Bank Trust Company Americas (DBTCA) or an affiliate. Any such transactions were executed solely for the account(s) shown and without recourse to DBTCA or its affiliates. As to any such transactions, usual or customary charges may be included and retained by us as a part of the execution price. Trade confirms are available upon customer request for no additional charge.

DBTCA provides a wide range of mutual fund investment options. The investment yield, fee structure, minimum investment amounts, as well as other important terms and conditions, vary from fund to fund.  Since investment needs and options may change, please contact your account representative with any questions or to request a prospectus describing any of our mutual fund investment options.

DBTCA has entered into agreements with various Mutual Funds or their agents to provide certain shareholder services to these funds. For providing these shareholder services, DBTCA is paid a fee by the mutual funds that calculated on an annual basis does not exceed 80  basis points of the amount of your investment in these funds.

NEW CENTURY 18400 VON KARMANN
SUITE 1000
18400 VON KARMAN
NEW CENTURY(PRIME) / DBSP
IRVINE CA  92612

For Questions Please Call (714)-247-6000

This statement shall be deemed to be correct and final unless DBTCA is notified in writing by the addressee to the contrary within thirty (30) business days of the date of this statement.

# Deutsche Bank 

**Account:** WO - 52107 4000052107

**Name:** NEW CENTURY(PRIME)/DBSP DISBURSEMENT
NEW CENTURY(PRIME)/DBSP DISBURSEMENT
NC066C

<u>STATEMENT PERIOD: 07/01/07 - 07/31/07</u>

## TRANSACTION STATEMENT

| DATE | TRANSACTION DESCRIPTION | TRANSACTIONS | SECURITIES | | | BALANCES |
|------|------------------------|--------------|------------|------|------|----------|
| | | CASH | FACE | PRICE | YIELD | END OF DAY CASH |
| 07/01/07 | OPENING BALANCE | | | | | 45,227.16 |
| 07/31/07 | NET TRANSACTIONS | 0.00 | | | | |
| | CLOSING BALANCE | | | | | 45,227.16 |

We are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now access Trust & Securities Services on-line application sites, product information, news, and contact details using a single URL.