IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, : | Case No. 07-10416(KJC) |
| INC., a Delaware corporation, et al.,[1] : | |
| : | Jointly Administered |
| Debtors. : | |
| : | Hearing Date: October 2, 2007 |

### JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL*. TO DEBTORS' OPPOSITION TO THE MOTION OF LEAD PLAINTIFF FOR A LIMITED MODIFICATION OF THE AUTOMATIC STAY

The Official Committee of Unsecured Creditors (the "Committee") of New Century TRS Holdings, Inc., *et al.* (the "Debtors"), by and through their co-counsel, Blank Rome LLP and Hahn & Hessen LLP, joins (the "Joinder") in the Debtors' Opposition (the "Debtors' Opposition") to the motion filed by The New York State Teachers' Retirement System as Lead Plaintiff in a certain securities class action (collectively, the "Securities Plaintiffs") for a limited modification of the automatic stay (the "Motion"). In support of its Joinder, the Committee respectfully represents as follows:

1. The Committee has reviewed the Debtors' Opposition filed on September 18, 2007 and joins in the arguments set forth therein.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

1342081.1

2.  As explained in the Debtors' Opposition, the Securities Plaintiffs have failed to demonstrate their entitlement to relief from the automatic stay. The Debtors further show therein that such relief would both subject the Debtors' estates to substantial expense and unnecessarily interfere with the timely and efficient administration of those estates, all to the detriment of the unsecured creditors. The Committee therefore respectfully submits that the Motion should be denied.

**WHEREFORE,** for the reasons set forth herein and in the Debtors' Opposition, the Committee respectfully requests that this Court deny the Motion in its entirety and grant such other and further relief as may be just and proper.

Dated: New York, New York
September 18, 2007

BLANK ROME LLP

*Bonnie Fatell*

Bonnie Glantz Fatell (No. 3809)
David Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:  (302) 425-6400
Facsimile:   (302) 425-6464

-and-

HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Telephone:  (212) 478-7200
Facsimile:   (212) 478-7400
Attention:   John P. McCahey
             Mark S. Indelicato
             Maria A. Arnott

2