**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**J. CALEB BOGGS FEDERAL BUILDING**
**844 KING STREET, SUITE 2207, LOCKBOX 35**
**WILMINGTON, DELAWARE 19801**
**(302) 573-6491    FAX (302) 573-6497**

| | |
|---|---|
| **KELLY BEAUDIN STAPLETON** | **ANDREW R. VARA** |
| U.S. TRUSTEE | ASSISTANT U.S. TRUSTEE |

*AMENDED* REQUEST BY THE U.S. TRUSTEE TO THE CLERK OF BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Sec. 341(a) of the Bankruptcy Code, please schedule a meeting of creditors for the following cases:

**DEBTORS:**   New Century Warehouse Corporation

**CASE NOS:**   07-11043 (KJC)

**DATE:**   October 9, 2007

**TIME:**   10:00 A.M.

**LOCATION:**   **J. Caleb Boggs Federal Building, 5th Floor, Room 2112**

By:   /s/ Joseph J. McMahon, Jr.
       Joseph J. McMahon, Jr.

Dated:  September 18, 2007

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED.  IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**