UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                          :
                                                : Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,                 :
a Delaware Corporation, *et al.*,               : Case No. 07-10416 (KJC)
                                                :
            Debtors.                            : Jointly Administered
                                                :
                                                : Related to Docket No. 2571
                                                :
------------------------------------------------------------x

### CERTIFICATION OF NO OBJECTION REGARDING FIRST MONTHLY APPLICATION OF MICHAEL J. MISSAL, THE COURT-APPROVED EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED FROM JUNE 5, 2007 THROUGH JULY 31, 2007
### NO ORDER REQUIRED

The undersigned, counsel to Michael J. Missal, the Court-Appointed Examiner (the "Examiner") for New Century TRS Holdings, Inc., *et al.*, hereby certifies that:

1. On August 24, 2007, the **Notice of Application** (the "Notice") and **First Monthly Application of Michael J. Missal, the Court-Approved Examiner, for Allowance of Compensation for Professional Services Rendered from June 5, 2007 Through July 31, 2007** (the "Application") [Docket No. 2571] were filed with the Court.

2. In accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007, objections, if any, to the Application were due on or before 4:00 p.m. on September 13, 2007 (the "Objection Deadline").

3. The Objection Deadline has passed and no formal objections appear on the docket or were served upon the undersigned counsel.

551766 1 9/18/07

4.  Accordingly, the Application may be granted.

Dated: September 18, 2007

SAUL EWING LLP

By: /s/ Mark Minuti
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
302-421-6800

Counsel to Michael J. Missal, Examiner