IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | CASE NO. 07-10416-KJC |
| a Delaware Corporation, *et al.* | : | |
| | : | Jointly Administered |
| _____Debtor._____ | : | |
| NATIONAL CITY COMMERCIAL | : | |
| CAPITAL COMPANY, LLC, | : | Docket No. ____ |
| Movant, | : | |
| v. | : | Hearing Date: 10-23-07 at 10:00 am |
| | : | Objection Deadline: 10-18-07 |
| NEW CENTURY TRS HOLDINGS, INC., | : | |
| a Delaware Corporation, *et al.* | : | |
| and | : | |
| UNITED STATES TRUSTEE | : | |
| _____Respondents._____ | : | |

## ORDER TERMINATING AUTOMATIC STAY

**AND NOW**, this _____ day of _____, 2007, upon consideration of the

Motion for Relief from the Automatic Stay ("Motion") filed by National City Commercial

Capital Company, LLC's ("National City"), and any response thereto, and good cause having

been shown, it is hereby

**ORDERED** that the Motion be, and the same hereby is, GRANTED in its entirety; and it

is further

**ORDERED** that the automatic stay under 11 U.S.C. §362 is hereby terminated, annulled

and lifted, in the above captioned bankruptcy case as to National City and the Collateral (as that

term is defined in the Motion); and it is further

**ORDERED** that National City is immediately entitled to exercise and enforce all of its

rights and remedies against the Collateral pursuant to the terms and conditions of the Loan

Documents and applicable law, including, without limitation, taking immediate possession of the Collateral, liquidating the Collateral at one or more public or private sales or auctions and applying all proceeds arising therefrom to reduce the indebtedness that is owed by the Debtors to National City under the Loan Documents; and it is further

**ORDERED** that the ten (10) day stay of execution under Bankruptcy Rule 4001(a)(3) shall not be applicable to this Order or the relief granted herein.

                                              _____

                                                                       J.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | CASE NO. 07-10416-KJC |
| a Delaware Corporation, *et al.* | : | |
| | : | Jointly Administered |
| _____Debtor._____ | : | |
| NATIONAL CITY COMMERCIAL | : | |
| CAPITAL COMPANY, LLC, | : | |
| Movant, | : | |
| | : | Docket No.: _____ |
| v. | : | |
| | : | Hearing Date: 10-23-07 at 10:00 am |
| | : | Objection Deadline: 10-18-07 |
| NEW CENTURY TRS HOLDINGS, INC., | : | |
| a Delaware Corporation, *et al.* | : | |
| and | : | |
| UNITED STATES TRUSTEE | : | |
| _____Respondents._____ | : | |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

National City Commercial Capital Company, LLC ("National City") HAS FILED A

Motion for Relief from the Automatic Stay ("Motion").

HEARING ON THE MOTION WILL BE HELD ON October 23, 2007 at 10:00 a.m. at

the United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801.

ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A

CERTIFICATE OF SERVICE ON OR BEFORE 4:00 P.M. EASTERN STANDARD TIME ON

October 18, 2007.  FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT

IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.

371525-1

At the same time, you must also serve a copy of the response on the Movant's attorneys:

> Sherry D. Lowe, Esquire
> Lamm Rubenstone Lesavoy Butz & David LLC
> 3600 Horizon Blvd, Ste. 200
> Trevose, PA  19053
> sdlowe@lammrubenstone.com

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purposes of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the collateral, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF DEMANDED BY THE MOTION WILL BE GRANTED.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | CHAPTER 11 |
| : | |
| NEW CENTURY TRS HOLDINGS, INC., : | CASE NO. 07-10416-KJC |
| a Delaware Corporation, *et al.* : | |
| : | Jointly Administered |
| _____Debtor. : | |
| NATIONAL CITY COMMERCIAL : | |
| CAPITAL COMPANY, LLC, : | Docket No.: _____ |
| Movant, : | |
| v. : | Hearing Date: 10-23-07 at 10:00 a.m. |
| : | Objection Deadline: 10-18-07 |
| NEW CENTURY TRS HOLDINGS, INC., : | |
| a Delaware Corporation, *et al.* : | |
| and : | |
| UNITED STATES TRUSTEE : | |
| _____Respondents. : | |

## NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC'S
## MOTION FOR RELIEF FROM AUTOMATIC STAY

National City Commercial Capital Company, LLC, successor by merger with National City Vendor Finance, LLC f/k/a Charter One Vendor Finance, LLC, Assignee of General Electric Capital Corporation ("National City"), by and through its counsel, hereby files this Motion for Relief from the Automatic Stay, and avers as follows:

1.  Movant National City, as Assignee, is a Lender of Debtor, with an office and principal place of business at 995 Dalton Avenue, Cincinnati, Ohio 45203.

2.  Debtor New Century TRS Holdings, Inc., ("Debtor") is a Borrower who filed its Bankruptcy Petition as a voluntary chapter 11 proceeding on or about April 2, 2007, and has been operating as a Debtor-in-Possession ever since.

## JURISDICTION AND VENUE

3.    This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§157(a) and 1334 and 11 U.S.C. §362(d).

4.    This is a core proceeding as defined by 28 U.S.C. §157.

5.    The statutory predicates for relief requested in the Motion are §§361, 362(d) and 362(e).

## BACKGROUND

6.    On or about April 2, 2007 ("Petition Date"), Debtors filed a voluntary bankruptcy proceeding, which later became jointly administered at the above-captioned bankruptcy case number.

7.    Debtors further filed successive Motions to Sell certain business assets and business operations, which may include National City's Collateral (as more specifically defined below).

8.    On July 9, 2004, General Electric Capital Corporation ("GE") and Debtors, New Century Mortgage Corporation and New Century Financial Corporation, entered into a Promissory Note wherein the Debtors agreed to repay a loan in the original amount of $5,012,880.38 to GE (the "Promissory Note"), and granted GE first priority security interest in certain equipment specifically listed in Exhibit A attached to Collateral Schedule No. 4 (the "Collateral"). True and correct copies of the Promissory Note and Collateral Schedule No. 4, and related documents, are made a part hereof and marked and attached hereto collectively as Exhibit 1.

9.    GE perfected its interest in the Collateral by properly filing a UCC Financing Statement. A true and correct copy of GE's UCC Financing Statement is made a part hereto, and marked and attached hereto as Exhibit 2.

371525-1

10. On July 9, 2004, GE assigned its right, title and interest in and to the certain equipment listed in Exhibit A attached to Collateral Schedule No. 4 (hereinafter referred to as "National City's Collateral"), related to a Promissory Note dated July 9, 2004, and its security interest in such Collateral to National City.   True and correct copies of the Notice, Acknowledgement and Agreement and Letter to Debtors regarding the Assignment are collectively attached hereto, made a part hereof and marked as Exhibit 3.

11. National City filed and properly recorded a UCC-1 Financing Statements in accordance with §9-505 of the Uniform Commercial Code of its interest in the Collateral.  A true and correct copy of the UCC-1 Financing Statement is attached hereto, made a part hereof and marked as Exhibit 4.

12. Debtors are in default of the Promissory Note for, *inter alia*, failure to make the required note payments as set forth in the Promissory Note.

13. As of the Petition Date, Debtors owed National City the principal amount of $556,986.62 together with interest to date of filing in the amount of $2,625.26, for total of $559,611.88, plus all other amounts due and owing to National City under the Promissory Note dated July 9, 2004 and related documents.

14. National City holds a valid first priority lien against the Collateral; therefore, the Debtors are prohibited from selling the Collateral without due compensation to National City.

15. National City avers that there is no equity in the Collateral, and that no adequate protection has been provided to National City.

16. National City's Collateral is not necessary for an effective reorganization of the Debtors because the Debtors are no longer operating and unable to reorganize.

371525-1

17. Cause exists for terminating the automatic stay imposed by this case under 11 U.S.C. Section 362 so as to permit National City to exercise and enforce its rights and remedies under the Promissory Note and related documents with respect to National City's Collateral.

**WHEREFORE,** National City Commercial Capital Company, LLC, successor by merger with National City Vendor Finance, LLC f/k/a Charter One Vendor Finance, LLC, Assignee of General Electric Capital Corporation ("National City") respectfully requests that the Court grant its Motion for Relief from the Automatic Stay, terminate the automatic stay of Section 362, and permit National City to exercise and enforce its rights and remedies under the subject loan documents, plus grant such other and further relief as this Court may deem just and proper.

Respectfully Submitted,

Date:   September 18, 2007

___/s/Sherry D. Lowe_____
Sherry D. Lowe, Esquire
Lamm Rubenstone Lesavoy Butz & David LLC
3600 Horizon Blvd, Ste. 200
Trevose, PA  19053
sdlowe@lammrubenstone.com
(215) 638-9330
(215) 638-2867 –Facsimile
Counsel for National City Commercial Capital
Company, LLC.

371525-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | CASE NO. 07-10416-KJC |
| a Delaware Corporation, *et al.* | : | |
| | : | Jointly Administered |
| _____Debtor._____ | : | |
| NATIONAL CITY COMMERCIAL | : | |
| CAPITAL COMPANY, LLC, | : | Docket No.: _____ |
| Movant, | : | |
| v. | : | Hearing Date: 10-23-07 at 10:00 am |
| | : | Objection Deadline: 10-18-07 |
| NEW CENTURY TRS HOLDINGS, INC., | : | |
| a Delaware Corporation, *et al.* | : | |
| and | : | |
| UNITED STATES TRUSTEE | : | |
| _____Respondents._____ | : | |

## CERTIFICATE OF SERVICE

I, Karen Miller, Legal Assistant to Lamm Rubenstone Lesavoy Butz & David LLC, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on September 19, 2007, I caused to be served a copy of the National City Commercial Capital Company, LLC's Motion for Relief from Automatic Stay, and its related papers filed in this proceeding, by electronic mail, and to the following persons via first-class, regular U.S. Mail, postage prepaid:

New Century TRS Holdings, Inc., et al.
18400 Von Karman Avenue
Irvine, California 92612
*Debtors*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, Delaware 19899

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
POB 551
Wilmington, Delaware 19899
*Attorney for the Debtors*

Bonne Glantz Fatell, Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801
*Attorney for Official Committee of Unsecured Creditors*

371525-1

Suzzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, California 94111
*Attorneys for Debtors*

**LAMM RUBENSTONE
LESAVOY BUTZ & DAVID LLC**

By:    _____
Karen Miller, Legal Assistant
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053
215-638-9330
215-638-2867 f

371525-1