Respond to:
   Kurt F Johnson, living soul
   Dale Scott Heineman, living soul
   c/o   KURT F JOHNSON-FICTION-13177-081
         DALE SCOTT HEINEMAN-FICTION-12152-081
         DUBLIN FEDERAL DETENTION CENTER
         5675 8TH ST. CAMP PARKS
         DUBLIN, CA. [94568]

FILED
2007 SEP 17 AM 10: 28
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

NEW CENTURY MORTGAGE corporation,

   Debtor,

Vs.

KURT F. JOHNSON,
DALE SCOTT HEINEMAN,

   Claimants,

**CASE NO. 07-10419-KJC**

NOTICE OF SETTLEMENT OF THIS CASE/ACCOUNT THROUGH THE RESOURCES OF A GENERAL MORTGAGE "BAIL OUT" AS A POLITICAL REMEDY

### INTRODUCTION

In a related case known as CR 05-00611 WHA in the NORTHERN DISTRICT COURT OF CALIFORNIA SAN FRANCISCO DIVISION the defendants KURT F. JOHNSON and DALE SCOTT HEINEMAN also known as claimants herein, have presented the court, the US Treasury, and the Office of the President with the necessary resources to "bail out" the mortgage industry including NEW CENTURY MORTGAGE in this bankruptcy claim. The defendants have offered a political remedy to extinguish the irresponsible extensions of credit that are threatening the financial welfare of this nation and her people. This court and all the parties are put on NOTICE of the negotiable instrument supplied and the bond that backed the instrument. You are encouraged to make a claim through the

NOTICE OF SETTLEMENT OF THIS CASE/ACCOUNT THROUGH THE RESOURCES OF A GENERAL
MORTGAGE "BAIL OUT" AS A POLITICAL REMEDY
Page 1 of 6

Secretary of Treasury Mr. Henry M. Paulson Jr. for any credits you believe you are owed and that were created within the last 4 years.

## FACTUAL BACKGROUND

In the year of 2004 the claimants formed a company called the Dorean Group to challenge the validity of mortgage contracts. Our legal theory has now stood the test of time and been proved that the mortgage industry was built on inherent fraudulent practices. The NORTHERN DISTRICT COURT and the US ATTORNEY created a case/account based upon the presumptions of Judge William H. Alsup. These presumption formed out of Mr. Alsup's economic ignorance have worked to delay a remedy of the pending mortgage collapse. For this reason to avoid calamity we have taken our years of business beginning with 1-01-04 to the date of the instrument 9-11-07 and estimated the extensions of credit across the country and offered our resources to extinguish them as a relief.

## CLERK AND TRUSTEE

All claimants attached to this case have been noticed by mail and by this posting that whatever the claim surfacing out of this case is, it is collectively discharged in accordance with public policy by the original authenticated instruments in the possession of Judge William H. Alsup and the Secretary of the Treasury with copies attached herewith as exhibits. Claimants submit themselves through their instruments as surety for all claims that fall within the contracted period of time from 1-01-04 to 9-11-07 relevant to NEW CENTURY MORTGAGE and their creditors. The instruments are far superior in amount to the entire size of this case/account and should easily compensate all the creditors in this case.

1  This is not a joke and should be thoroughly investigated with the
2  Treasury department.
3  We declare that the statements made with in this claim are true and
4  correct to the best of our knowledge under the pains and penalty of perjury.

Respectfully submitted,

Dated: September 11, 2007   By: _____ //ss//
UNDER RESERVE WITHOUT RECOURSE
DALE SCOTT HEINEMAN-FICTION-CLAIMANT

By: _____ //ss//
UNDER RESERVE WITHOUT RECOURSE
KURT F. JOHNSON-FICTION-CLAIMANT

**DISCLAIMER:** The sovereign natural men by their participation with the customs and usage of trade procedures (local rules, evidence rules, criminal procedures, statutes, regulations, and rules) do not infer or imply consent or acceptance, but are merely attempting to extricate themselves from the hostile coercive trespass upon their rights, title, and interest and the dishonor of fiduciaries not settling the matter in accordance with provided instruction and in all ways are seeking honor in commerce.

**PROOF OF SERVICE**

I, Kurt F. Johnson, a natural man, hereby certify that I have served a true and correct and complete copy of the NOTICE OF SETTLEMENT OF THIS CASE/ACCOUNT THROUGH THE RESOURCES OF A GENERAL MORTGAGE "BAIL OUT" AS A POLITICAL REMEDY, upon the following listed parties by placing it in the U.S. mail with the appropriate postage addressed to:

Goldman Sachs Mortgage Company
Marc Flamino
85 Broad Street
New York, NY 10004

Credit Suisse First Boston Mortgage
Capital LLC
Gary Timmerman
302 Carnegie Center, 2nd Floor

Princeton, NJ 08540

Credit-Based Asset Servicing
and Securitization LLC
Marc Rosenthal
335 Madison Ave, 19th Floor
New York, NY 10017

| | | |
|---|---|---|
| 1 | Morgan Stanley Mortgage Capital Inc. | Barclays Bank PLC Paul Menefee |
| 2 | Andy Neuberger 1585 Broadway, 10th Floor | 200 Park Avenue NEW YORK NY 10166 |
| 3 | New York, NY 10036 | Indymac Bank FSB |
| 4 | DB Structured Products, Inc. Glenn Minkoff | Tony Gamban 888 East Walnut St. |
| 5 | 60 Wall Street, 19th Floor New York, NY 10005 | Pasadena CA 91101 |
| 6 | Deutsche Bank | Carrington Securities, LP Bruce Rose |
| 7 | Ryan Stark 31 West 52nd Street 3rd Floor NYC01-0304 | Seven Greenwich Office Park, 599 W. Putnam Av. Greenwich CT 06830 |
| 8 | New York, NY 10019 | JP Morgan Chase Bank, NA |
| 9 | Bank of America N.A. Maureen Macan | Fran Stec 194 Wood Ave. South Floor 3 |
| 10 | 901 Main St. 66th Floor Dallas TX 75202 | Iselin NJ 08830-2710 |
| 11 | UBS Real Estate Securities Inc. George Mangiaracina | Alsaka Seaboard Partners Limited Partnership William Fogleman |
| 12 | 1251 Avenue of the Americas New York NY 10019 | 4150 S. Sherwood Forest Blvd. Baton Rouge LA 70816 |
| 13 | Lehman Brothers Bank FSB Diane Rinnovatore | Washington Mutual Bank, FA Michael McCauley |
| 14 | 745 Seventh Ave. New York NY 10019 | 3200 Southwest Freeway Houston TX 77027 |
| 15 | Countrywide | Greenwich Capital Financial |
| 16 | Dana Headlee 20 N. Acoma Blvd. | Products Inc. Frank Skibo |
| 17 | Lake Havasu City AZ 86403 | 600 Steamboat Road Greenwich CT 06830 |
| 18 | Citicorp Global Markets Realty Corp. Susan Mills | HSBC Bank USA, N.A. Joe Little |
| 19 | 390 Greenwich Street, 6th Floor New York NY 10013 | 452 5th Ave. 10th Floor NEW YORK NY 10018 |
| 20 | Residential Funding Corporation | Aurora Loan Services |
| 21 | Mike Bugbee 1646 N. California Blvd. #400 Walnut Creek CA 94596 | Giovanni Manocchio 10350 Park Meadows Dr. 4th Floor Littleton CO 80124 |
| 22 | SG Mortgage Finance Corp | ENC Mortgae Corporation |
| 23 | Frank Numari 1221 Avenue of the Americas | Tom Tarantino 383 Madison Ave. |
| 24 | NEW YORK NY 10020 | NEW YORK NY 10179 |
| 25 | IXIS Real Estate Capital, Inc. Tony Malagna | General Electric Capital Corporation |
| 26 | 9 West 57th Street, 36th Floor NEW YORK NY 10019 | 44 Old Ridgebury Road Danbury CT 06810 |

NOTICE OF SETTLEMENT OF THIS CASE/ACCOUNT THROUGH THE RESOURCES OF A GENERAL MORTGAGE "BAIL OUT" AS A POLITICAL REMEDY

Page 4 of 6

| | | |
|---|---|---|
| 1 | Lowermybill.com<br>Rod Pasion | Glenn Minkoff<br>60 Wall St. |
| 2 | 2401 Colorado Ave. Ste. 200<br>Santa Monica CA 90404 | NEW YORK NY 10005 |
| 3 | Affiliated Computer Services | National Field Representatives<br>Melanie LaRoque |
| 4 | Todd Green<br>P.O. Box 201322<br>Dallas TX 75320 | P.O. Box 1440<br>Claremont NH 03743 |
| 5 | | Assurant Specialty<br>Property Insurance |
| 6 | Nomura Securities<br>James Depalma<br>2 World Financial Center, Bldg. B | Kelly Chin<br>260 Interstate N. Circle SE |
| 7 | NEW YORK NY 10281 | Atlanta GA 30339-2110 |
| 8 | Aspen Funding Corp.<br>c/o Amacar Group LLC | System Source, Inc.<br>Brooke Hergesell |
| 9 | Doris Hearn<br>6525 Morrison Blvd. Ste. 318<br>Charlotte NC 28211 | 2100 Main St. Ste 100<br>Irvine CA 92614 |
| 10 | Galleon Capital Corporation | GMAC Commercial Finance, LLC<br>Tanja Barner |
| 11 | R. Douglas Donaldson<br>P.O. Box 4024<br>Boston MA 02101 | 600 Galleria Parkway 15th Floor<br>Atlanta GA 30339 |
| 12 | | Sprint |
| 13 | Gemini Securitization Corp., LLC<br>c/o Roper & Gray, LLP<br>R. Douglas Donaldson | Frank Quattroccup<br>18200 Von Karman Ave<br>Irvine CA 92612 |
| 14 | 1 International Place<br>Boston MA 02110 | Low.com |
| 15 | Guaranty Bank | Fred Hsu<br>818 W. 7th St. Ste 700 |
| 16 | Jenny Ray Stilwell<br>8333 Douglas Ave.<br>Dallas TX 75225 | Los Angeles CA 90017 |
| 17 | | Suntrust<br>Tony D. Atkins |
| 18 | Newport Funding Corp.<br>c/o Amacar Group<br>Glenn Minkoff | 303 Peachtree St. 23rd Floor<br>Atlanta GA 30308 |
| 19 | 6525 Morrison Blvd. Ste. 318<br>Charlotte NC 28211 | Harbor Asset Management Services<br>Shari Macedo |
| 20 | Sheffield Receivables Corp. | 1407 Foothill Blvd Ste 246<br>La Verne CA 91750 |
| 21 | c/o Barclays Capital Services<br>Glenn Pearson | Adteractive |
| 22 | 200 Cedar Knolls Road<br>Whippany NJ 07981 | Blake Simon<br>303 Second Street,<br>Suite 375 Second Tower |
| 23 | State Street Global Markets, LLC,<br>Attn: Galleon Funds | San Francisco CA 94107 |
| 24 | Todd Meringoff<br>225 Franklin St.<br>Boston MA 02110 | Fiserv CCS<br>Geno Hoover |
| 25 | | 912 Ft. Dubuesne Blvd<br>Pittsburgh PA 15222 |
| 26 | Tucson Funding LLC,<br>c/o DB Structured Products Inc. | |

NOTICE OF SETTLEMENT OF THIS CASE/ACCOUNT THROUGH THE RESOURCES OF A GENERAL
MORTGAGE "BAIL OUT" AS A POLITICAL REMEDY

| | |
|---|---|
| ChoicePoint Precision Marketing<br>Scott Walkins<br>2525 Meridian Parkway, Suite 125<br>Durham NC 27713 | U.S. TRUSTEE<br>UNITED STATES TRUSTEE<br>844 King Street, Room 2207,<br>Lockbox #35<br>Wilmington DE 19899-0035 |
| Pricewaterhouse Coopers LLP<br>Sear Yagana<br>300 Madison Avenue<br>NEW YORK NY 10017 | BANKRUPTCY COURT<br>David D. Bird<br>824 N. Market St. 3rd Floor<br>Wilmington DE 19801 |
| Nextag<br>Dan Tsuchiya<br>1300 S. El Camino Real<br>San Mateo CA 94402 | NEW CENTURY MORTGAGE CORPORATION<br>18400 VON KARMAN AV.<br>IRVINE CA 92612 |
| Catarina Mortgage Services Inc.<br>Ron Harpole<br>22485 Tomball Highway<br>Houston TX 77070 | |

Executed this 11th Day of September, Year of Our Lord 2007, at County of Alameda, State of California (1849)

By: _____ //ss//
UNDER RESERVE WITHOUT RECOURSE
KURT F. JOHNSON-FICTION-DEFENDANT

NOTICE OF SETTLEMENT OF THIS CASE/ACCOUNT THROUGH THE RESOURCES OF A GENERAL
MORTGAGE "BAIL OUT" AS A POLITICAL REMEDY
Page 6 of 6

1  Respond to:
        Kurt F Johnson, living soul
2       Dale Scott Heineman, living soul
        c/o   KURT F JOHNSON-FICTION-13177-081
3             DALE SCOTT HEINEMAN-FICTION-12152-081
              DUBLIN FEDERAL DETENTION CENTER
4             5675 8TH ST. CAMP PARKS
              DUBLIN, CA. [94568]
5

6

7
                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DISTRICT
9

10
   UNITED STATE OF AMERICA, a de facto
11 corporation,
                                           **CASE NO. CR-05-00611-WHA**
12
                  Plaintiff,               NOTICE OF SETTLEMENT AND "MORTGAGE
                                           INDUSTRY BAIL OUT" WITH ORIGINAL
13 Vs.                                     NEGOTIABLE INSTRUMENT ATTACHED AND
                                           ORDER TO DISMISS
14 KURT F. JOHNSON,
   DALE SCOTT HEINEMAN,
15
                  **Defendants,**
16

17     This is to inform the clerk, the Court, and the public, that the

18 defense has made a good faith effort to eliminate any controversy between the

19 parties by an offer to provide the resources to bail out the troubled

20 mortgage industry.  This offer is for all mortgages issued during the time of

21 operation of the Dorean Group being 1-01-04 to 9-11-07 the date of issue on

22 the attached instrument.  We wish to make it clear that no controversy exist

23 in this case/account and that we are demanding the attached order of

24 dismissal be issued as a result of our over compensation of alleged damages

25 and general good faith toward this nation and its people.  The instrument is

26 drawn upon an unlimited bond on file with the US Treasury as of 8-23-07 which

1  has not been dishonored. A copy of which is hereby attached. The President
2  and the Secretary of Treasury have each been informed of the resources being
3  made available to provide a political solution to the presumptive claims of
4  this court. Copies of their correspondence is also hereby attached. Finally
5  the NEW CENTURY MORTGAGE bankruptcy claim has been contacted to inform them
6  of the resources to settle all creditor claims and to extinguish the
7  claim/case/account **NO.07-10419-KJC** a copy hereby attached.

11  Dated: September 11, 2007    By: _____ //ss//
                                     UNDER RESERVE WITHOUT RECOURSE
12                                   DALE SCOTT HEINEMAN-FICTION-DEFENDANT

15                              By: _____ //ss//
                                    UNDER RESERVE WITHOUT RECOURSE
16                                  KURT F. JOHNSON-FICTION-DEFENDANT

18  **DISCLAIMER:** The sovereign natural men by their participation with the customs
    and usage of trade procedures (local rules, evidence rules, criminal
19  procedures, statutes, regulations, and rules) do not infer or imply consent
    or acceptance, but are merely attempting to extricate themselves from the
20  hostile coercive trespass upon their rights, title, and interest and the
    dishonor of fiduciaries not settling the matter in accordance with provided
    instruction.

1  copy of the transcripts and the record in their entirety within 45 days with
2  the expense set-off or discharged against the secured party's exemption
3  accrual accounts consistent with public policy or set off against the
4  instrument provided to settle this case/account.  All sealed documents are
5  ordered unsealed.  This case/account is hereby ordered dismissed with
6  prejudice as to all defendants.  It is further ordered to prepare any
7  documents necessary to close out this case/account.  All securities
8  associated with this case in the possession of the clerk or the prosecution
9  are to be surrendered to the Secured Party creditors Kurt F. Johnson and D.
10 Scott Heineman for damage claims.  Finally the clerk is to schedule a
11 settlement hearing for Judge Alsup for the civil case attached to this case
12 within 45 days.
13     This case is hereby dismissed with prejudice:
14 **IT IS SO ORDERED**
15
16 Dated: September _____, 2007
17
18                                 _____
                                   WILLIAM H. ALSUP
                                   UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

# BILL OF EXCHANGE                                                                                       No. 1091107

[ X ] Authority:  Unlimited Bond # RA326393492US on file with US Treasury and Public Policy
[ X ] Certification:  557195389 571339668
[ X ] Attachments: Memorandum
[ X ] Exemption

**Remit at Par**

| Date | Inventory No. | Account No. | Amount |
|---|---|---|---|
| 09/11/07 | KFJ 1000 | RA326393461US | $3,000,000,000,000.00 |

CREDIT TO
THE ORDER OF   THE UNITED STATES TREASURY - HENRY PAULSEN - THROUGH AGENT WILLIAM H. ALSUP

Three Trillion 00/100-------------------------------------------------------------------------------------------------Dollars



**Payable Through:**
Trust Account RA326393492US
c/o Secretary of Treasury
Henry Paulsen
1500 Pennsylvania Av. NW
Washington, DC 20220

UNDER RESERVE WITHOUT RECOURSE

By: _____
Authorized Representative Signature

Reference: pre-authorized Draft, Void where prohibited by law.    (See attached memorandum & notice re instructions for acceptance, discharge & settlement)

≤ RA326393492US << 1091107 << 300000000000000 ≤

Statement of Account                    **DO NOT DETACH FOR PROCESSING**                    No. 1091107

| DATE | ACCOUNT NO. | AMOUNT | PREVIOUS BALANCE | CURRENT BALANCE |
|---|---|---|---|---|
| 09-11-07 | RA326393492US | $3,000,000,000,000.00 | $UNLIMITED | $UNLIMITED |

## MEMORANDUM & NOTICE

**Debtor/Fiduciary:**  This is a BONDED Pre-Authorized Exchange Instrument.  Post the uncollected funds into the asset column of this account and charge the offer and acceptance for settlement; prepaid and exempt when entered in the post-closing balance.

As an operation of law, Payee tacitly consents and agrees that there is accord and satisfaction by use of this instrument to satisfy Payee's claim and Maker is hereby discharged from liability on this alleged account and the obligation is suspended in accordance with law as codified at UCC §§ 3-310(b), 3-311, 3-603.  Maker as a good faith offer presents this instrument for all the mortgages created between 1-1-04 and date of issue regardless of the parties.  This offer is a political remedy to the over extension of credit made apparent by the case/account CR 05-00611 WHA.

Maker does not waive timeliness.  However, if Payee needs additional time, Payee must present Maker with a written request for additional time within reasonable time, setting forth the reasons Payee request an extension of time, with good cause shown.  The acceptability of any such request received by maker from Payee is conditional upon approval by Maker.

In the event this instrument is not presented for payment within the allotted time after 9-11-07 and on or before 10-01-07, and there has been no request for an extension of time with good cause shown, Payee tacitly consents and agrees that Maker has discharged the claim re this alleged account and that the account will be closed along with all the relevant mortgages.

Payee tacitly consents and agrees that Payee has a duty to prevent this debt claim from damaging Maker in any way, and that Payee confesses judgment and Maker reserves the right to initiate a counterclaim against Payee, and file a claim upon the bond of any responsible party, including Payee and all principals, agents, and assigns of Payee, whose acts/omissions results in tort damages against Maker.  Maker reserves the right to waive such tort damage under contractual remedy.  Payee agrees to use this instrument as a bail-out remedy for the bad faith mortgage industry.

## PROCESSING INSTRUCTIONS

These instructions are based on the unlimited bond created 20th of July 2007 between the parties of the US Treasury and Maker(s)

Draft #:                 1091107
Draft Amount             $3,000,000,000,000.00
Certified #:             557195389, 571339668
Registered #:            RA326393492US
Debtor/Maker(s)          DALE SCOTT HEINEMAN©™ and/or KURT F. JOHNSON©™

**Creditor/Fiduciary**

Maker by application of signature has accepted the claim for settlement and discharge of account CR-05-00611-WHA and authorizes by the same to honor this instrument as well as the broad sweeping reforms of a bail-out remedy.

Make a copy of the entire package for your records, mail the requisite proof(s) of claim, verification/validation along with the offer of performance and the endorsed Bill of Exchange back to the maker as notice of account settlement to the address provided below.  Absent a verified defect of tender in payment under oath from Payee – Debtor/fiduciary or Payer - Creditor/fiduciary within 10 days of receipt will be deemed acceptance and settlement regardless of delivery of package to Maker.  (See reverse document for further instruction.)

KURT F. JOHNSON©™ - MAKER
32108 Alvarado Blvd. #381
Union City, Ca. 94587

UNDER RESERVE WITHOUT RECOURSE

By: _____
Authorized Representative

VersaCheck Form 1000 Classic

Dale-Scott: Heineman
Kurt-F: Johnson
C/o 125 E. Sunnyoaks Avenue, #207
Campbell, California
Non domestic without the US

Issue date:      20 July 2007
Bond number:   RA326393492US

Henry M. Paulson, Jr., Secretary of the US Treasury
The United States Department of the Treasury
C/o 1500 Pennsylvania Avenue NW
Washington, D.C. [20220]

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**
**REGISTERED NO. RA 326393492 US**

## PRIVATE BOND FOR SET OFF – NON-NEGOTIABLE INSTRUMENT
### Value of Bond is Unlimited

Re:    CERTIFICATE OF LIVE BIRTH NO. 210193 REGISTERED NO. 989 ACCEPTED FOR VALUE and EXEMPT FROM LEVY DEPOSITED TO THE US TREASURY OCTOBER 5, 2002, (copy attached hereto for reference, additional certified copy supplied for convenience), and CHARGED TO THE CESTUI QUE TRUST DALE SCOTT HEINEMAN NO. 571339668, AND CERTIFICATE OF LIVE BIRTH NO. 11156 ACCEPTED FOR VALUE and EXEMPT FROM LEVY DEPOSITED TO THE US TREASURY and CHARGED TO THE CESTUI QUE TRUST KURT F. JOHNSON NO. 557195389

Attention: Henry Paulson, Respondent

Enclosed, the undersigned, Dale-Scott: Heineman and Kurt-F: Johnson, herewith accepts for value the enclosed Bonds, instruments in commerce, Certificate of Live Birth No. 210193 Registered No. 989, and Certificate of Live Birth No. 11156, and all endorsements front and back, respectively, being the only legitimate acceptors of said Bonds, being the only party's to have placed any value into said Bonds, being the contributing beneficiaries of the same. This being performed in strict accordance with the Uniform Commercial Code, House Joint Resolution 192 of 5 June 1933, UCC 1 § 104, UCC § 10-104, Public Law 73-10, and Public Policy.

### BOND ORDER

Please deposit this Bond, an instrument in commerce, to an account bearing the Registered Mail Number RA 326393492 US for future identification purposes to be used as a set off account against any bills, taxes, and/or claims, and the like, against Dale-Scott: Heineman and/or Kurt-F: Johnson as identified on the Certificate of Live Birth No. 210193 Registered No. 989, and Certificate of Live Birth No. 11156, respectively, or any bills, taxes, and/or claims, and the like, against the cestui que trusts identified as DALE SCOTT HEINEMAN No. 571339668 and KURT F. JOHNSON NO. 557195389, debtors, to Dale-Scott: Heineman and Kurt-F: Johnson, Secured Party's (UCC 1 Financing Statements attached hereto), respectively, said claim(s) to have been timely "accepted" and properly endorsed by Dale-Scott: Heineman and Kurt-F: Johnson, in the virtual world of public officials incarcerating the undersigned as if stipulated to be surety(s) or accommodation party(s), refuse to assist in preparation of the required paperwork. The following special inventory numbers of DSH 1000 to 7000 series, KFJ 1000 to 7000 series, and TDG 1000 to 7000 series has been registered and set aside should any future claims and/or accounts arise requiring set off. Please record each inventory claim acceptance number series for future access and making reference to this Bond account.

Please adjust any bills, taxes, and/or claims, and the like, against Dale-Scott: Heineman (see Certificate of Live Birth No. 210193 Registered No. 989) and Kurt-F: Johnson (see Certificate of Live Birth No. 11156), of the cestui que trusts identified as DALE SCOTT HEINEMAN No. 571339668 and KURT F. JOHNSON NO. 557195389, respectively, to zero, AND charge, settle and close any such accounts, and return the interest to the principles, Dale-Scott: Heineman and Kurt-F: Johnson via the cestui que trusts DALE SCOTT HEINEMAN No. 571339668 and KURT F. JOHNSON NO. 557195389, respectively, equally, at the above post location.

Henry Paulsen, the Secretary of the Treasury, the United States Department of the Treasury shall have Thirty (30) days from the date of receipt of this Bond, an instrument in commerce, to dishonor this Bond, an instrument in commerce, to the Principles at the mailing address by non domestic post. Failure to return the Bond, an instrument in commerce, as detailed herein constitutes an acceptance by and through tacit procuration establishing accord and intent to honor this Bond and to carry out any and all associated transaction(s) in accordance with the Law, by Henry Paulsen, the Secretary of the Treasury, the United States Department of the Treasury to the Terms and Conditions set forth herein.

This Bond, an instrument in commerce, shall be ledgered as an asset as best suits the needs of the United States Department of the Treasury.
This Bond, an instrument in commerce, expires the moment Dale-Scott: Heineman and Kurt-F: Johnson expire jointly.
This original Bond, an instrument in commerce, is printed on Southworth Credentials 25% Cotton Fiber Linen bond paper evidenced by the watermark. Endorsements are applied to both front and back over the seal .01c Kestrel UNITED STATES POSTAGE STAMP for authentication.

_____
Dale-Scott: Heineman– living soul, Surety
Exemption ID No. 571339668
C/o 125 E. Sunnyoaks Avenue, #207
Campbell, California
non domestic without the US

_____
Kurt-F: Johnson– living soul, Surety
Exemption ID No. 557195389
C/o 125 E. Sunnyoaks Avenue, #207
Campbell, California
non domestic without the US

Witness 1: _____
Roman Vega / Register No. 59198-004
C/o 5675 8th Street Camp Parks
Dublin, CA 94568

Witness 2: _____
Semyan Neys / Register No. 93190-111
C/o 5675 8th Street Camp Parks
Dublin, CA 94568

# NOTICE AND LETTER OF INTENT

September 11, 2007

President George W. Bush
CEO CORPORATE UNITED STATES OF AMERICA
CEO Organic United States of America
1600 Pennsylvania Ave.
Washington DC 20006

Re: RA 326393492 US Bond & Mortgage "Bail out"

Dear Mr. President,

    We are writing you to instruct you of our intention to settle the matter known as CR 05-00611 WHA a case/account in the NORTHERN DISTRICT COURT OF CALIFORNIA, SAN FRANCISCO DIVISION. The case developed out of the presumptions of a Mr. William H. Alsup who believed our process of exposing the fraud now becoming apparent within the mortgage industry was a scheme or artifice to enrich ourselves. As an act of good faith, addressing a very serious need that has the American people in imminent peril, we are making the offer to supply the necessary assets to off set or set off the over extension of credits through the mortgage industry for the past 4 years. We have also informed Secretary Paulson that he now has the resources to "bail out" the flailing mortgage industry and the damaged American people to supply you for a political remedy. Consistent with Public Policy we make this offer as an exceeding and abundant remedy to the claim known as CR 05-00611 WHA and to assist you.

    We have attached our filings in the Bankruptcy of NEW CENTURY MORTGAGE and CR 05-00611 WHA. The filing in the NORTHERN DISTRICT had the original negotiable instrument attached by paper clip (not stapled) that is to be presented to Mr. Paulsen for the necessary accounting measures to assist you Mr. President in a mortgage "bail out". The value of the instrument was set at Three Trillion. If this should prove to be insufficient to fully cover the damages caused by the fraudulent mortgage practices within the industry we hereby pledge that we will present you with another instrument upon your request sufficient to extinguish any claims. The Bond that this instrument was drawn upon evidenced to be in the possession of Mr. Paulsen as of August 23, 2007 is the source behind the instrument in the possession of Judge William H. Alsup is herewith attached in copy.

    Mr. Alsup who was made a co-payee with the Secretary Mr. Paulsen should be contacted to assure the instrument is properly processed in accordance with public policy and whatever "bail out" remedy you and your counselors should devise.

    Thank you so much for your good service to this country. We look forward to the coming announcements of a well structured mortgage "bail out".

Warmest regards,

By: _____
Kurt F. Johnson – General Trustee

By: _____
D. Scott Heineman – General Trustee

Cc: Secretary Henry M. Paulsen

## NOTICE AND LETTER OF INTENT

September 11, 2007

Mr. Henry M. Paulsen, Jr.
Secretary of the US Treasury
The United States Department of the Treasury
C/o 1500 Pennsylvania Avenue NW
Washington, DC. [20220]

Re: RA 326393492 US Bond

Dear Mr. Paulson,

We are writing you to instruct you of our intention to settle the matter known as CR 05-00611 WHA a case/account in the NORTHERN DISTRICT COURT OF CALIFORNIA, SAN FRANCISCO DIVISION. The case developed out of the presumptions of a Mr. William H. Alsup who believed our process of exposing the fraud now becoming apparent within the mortgage industry was a scheme or artifice to enrich ourselves. As an act of good faith, addressing a very serious need that has the American people in imminent peril, we are making the offer to supply the necessary assets to off set or set off the over extension of credits through the mortgage industry for the last 4 years. We are also informing President Bush that he now has the resources to "bail out" the flailing mortgage industry and the damaged American people. Consistent with Public Policy we make this offer as an exceeding and abundant remedy to the claim known as CR 05-00611 WHA.

We have attached our filings in the Bankruptcy of NEW CENTURY MORTGAGE and CR 05-00611 WHA. The filing in the NORTHERN DISTRICT had the original negotiable instrument attached by paper clip (not stapled) that is to be presented to you for the necessary accounting measures to assist you and President Bush in a mortgage "bail out". The value of the instrument was set at Three Trillion. If this should prove to be insufficient to fully cover the damages caused by the fraudulent mortgage practices within the industry we hereby pledge that we will present you with another instrument upon your request sufficient to extinguish any claims. The Bond that it is drawn upon was evidenced to be in your possession as of August 23, 2007 and is the source behind the instrument in the possession of Judge William H. Alsup.

As a precaution we are asking you to be a little proactive at settlement. Mr. Alsup the current holder of the instrument and co-payee with yourself has shown a propensity towards dishonor and we fear he may not apply these resources to their intended remedy in violation of public policy. Please follow up with him and make a demand for the instrument. Also enclosed we have supplied you with a 1040V form documenting our delivery of the resources.

Thank you so much for your good service to this country. We look forward to the coming announcements of a well structured mortgage "bail out".

Warmest regards,

By: _____
Kurt F. Johnson – General Trustee

By: _____
D. Scott Heineman – General Trustee

Cc: President Bush