**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN RE:                                          CASE NO. 07-10416-KJC

**NEW CENTURY TRS HOLDINGS, INC.**

_____**Debtor.**

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney, as the **representative of Mike Hogan, Duval County Tax Collector,** and as the representative of any other City of Jacksonville Governmental Departments and Divisions, including, but not limited to JEA requests, pursuant to Rules 2002(g) and 9010(b), Federal Rules of Bankruptcy Procedure, that all motions and other papers in this cause be served upon Edward C. Tannen, Esquire, at 117 W. Duval Street, Suite 480, Jacksonville, FL 32202.

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been sent electronically and/or by U.S. Mail to: Mark D. Collins, Esq, Richards, Layton & Finger, P.A., Attorney for Debtor, PO Box 551, Wilmington, DE 19899; Ben H. Logan, Esq., O'Melveny & Myers, LLP, Attorney for Debtor-in-Possession, 275 Battery Street, San Francisco, CA 94111; and U. S. Trustee, 844 King Street, Room 2207, Lockbox 35, Wilmington, DE 19899; this 12th day of September, 2007.

**RICHARD A. MULLANEY**
**GENERAL COUNSEL**

_____/S/ Edward C. Tannen_____
**EDWARD C. TANNEN**
**ASSISTANT GENERAL COUNSEL**
Florida Bar I.D. No. 341568
Office of General Counsel
117 W. Duval Street, Suite 480
Jacksonville, FL 32202
(904) 630-3495 Telephone
(904) 630-1316 FAX
ATTORNEYS FOR CITY OF JACKSONVILLE