1  **RICHARD F. WEINER** (California State Bar No. 82877)
   **WAYNE FONG** (California State Bar No. 158172)
2  17911 Von Karman, Suite 300
   Irvine, CA  92614-6253
3  (949) 622-4300
   (949) 622-5751 (Fax)
4  E-mail: wayne.fong@fnf.com

5  Attorneys for Creditor, **FIDELITY NATIONAL TITLE COMPANY**

6

7

8                     **UNITED STATES BANKRUPTCY COURT**

9                         **DISTRICT OF DELAWARE**

10

11  NEW CENTURY TRS HOLDINGS, INC.,  )    Chapter 11
    Delaware corporation, et al.         )
12                                       )    Case No. 07-10416 (KJC)
                                         )
13                                       )    Jointly Administered
                              Debtors.   )
14  _____ )    **REQUEST FOR SPECIAL NOTICE**

15  **TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY**

16  **OF RECORD, AND TO ALL PARTIES IN INTEREST:**

17       Pursuant to Bankruptcy Rule 2002(g), Creditor, Fidelity National Title Company hereby files

18  this Request for Special Notice and requests that copies of all documents, notices, filings, and papers

19  filed in this case be served on it and its counsel at the respective addresses set forth below, and

20  further requests that pursuant to Bankruptcy Rule 2002(g), they be added to the court's master list:

21                     **FIDELITY NATIONAL TITLE COMPANY**
                       Attn: Wayne Fong, Esq.
22                     17911 Von Karman, Suite 300
                       Irvine, CA  92614-6253
23
                       E-mail: wayne.fong@fnf.com
24

25

26  Dated: September 13, 2007

27                                      Wayne Fong, Esq.
                                        Associate Counsel and Vice President
                                        **FIDELITY NATIONAL TITLE COMPANY**
28

17911 Von Karman,
Suite 300
Irvine, CA  92714-6253

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange in the State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 17911 Von Karman Avenue, Suite 300, Irvine, California 92614.

On September 14, 2007, I served the foregoing document(s) described as: **REQUEST FOR SPECIAL NOTICE** on the following interested parties:

**See attached Service List.**

[ X ]    By placing    [  ] the original    [ X ] a true copy thereof enclosed in a sealed envelope addressed as follows:

[ X ]    **(BY MAIL)** I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[  ]    **(BY FEDEX)** I delivered to an authorized driver authorized by FedEx to receive documents, in an envelope or package designated by FedEx with delivery fees paid or provided for, addressed to the person on who it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; or at that party's place of residence.

[  ]    **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

[  ]    **(FACSIMILE)** I faxed such document from Irvine, California, to the facsimile number(s) shown on the attached service list. The sending facsimile machine number is (949) 622-4132. The transmission was reported as complete and without error and the transmission report was properly issued by the transmitting facsimile machine.

[  ]    **(STATE)** I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

[ X ]    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 14, 2007 at Irvine, California.

Franca Yeske

17911 Von Karman,
Suite 300
Irvine, CA  92614-6253

## SERVICE LIST

Debtor
New Century TRS Holdings, Inc.
3121 Michelson Drive
Suite 600
Irvine, CA 92612

Mark D. Collins
Michael J. Merchant
Christopher M. Samis
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Interested Party
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Clerk of the Court
United States Bankruptcy Court
District Of Delaware
Attn: Clerk of the Court
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

Counsel for Debtors
Ivan Lerer Kallick
Manatt Phelps & Phillips, LLP
11344 West Olympic Boulevard
Los Angeles, CA 90064

Suzzanne S. Uhland
Ben H. Logan
O'Melveny & Myers, LLP
275 Battery Street
San Francisco, CA 94111

Counsel for the Official Committee of
Unsecured Creditors
Bonnie Glantz Fatell
David W. Carickhoff, Jr.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801