## IN  THE  UNITED  STATES  BANKRUPTCY  COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC. | § | CASE NO.  07-10416-KJC |
| FKA NEW CENTURY FINANCIAL | § | CHAPTER   11 |
| CORPORATION | § | |
| | § | JUDGE  KEVIN J. CAREY |

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter:

**CitiMortgage, Inc.**

and its successors and/or assigns.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the address indicated below.

MAIL TO :
P. O. Box 829009, Dallas, Texas  75382-9009

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.


/s/ Hilary B. Bonial    /s/ Tyler B. Jones
Hilary B. Bonial
Tyler B. Jones
F# 2024-N-0731
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for CitiMortgage, Inc.

1

## CERTIFICATE OF SERVICE

I, Hilary B. Bonial / Tyler B. Jones, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before September 25, 2007:

**Debtor's Attorney**
Christopher M. Samis
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801

**Debtor**
New Century TRS Holdings, Inc.
fka New Century Financial Corporation
3121 Michelson Drive Suite 600
Irvine, California 92612

**U. S. Trustee**
U.S. Trustee
844 King Street, Room 2207
Wilmington, Delaware 19801

/s/ Hilary B. Bonial   /s/ Tyler B. Jones
Hilary B. Bonial
Tyler B. Jones

2024-N-0731
noaelect