## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | **Re: Docket Nos. 3009 through 3012** |
| | : | |

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE on September 20, 2007, that the above-captioned debtors and

debtors-in-possession (the "Debtors") filed:

a)   Notice of Rejection of Executory Contract re: Mortgage Lead Provider
Agreement between eLeads123.com and New Century Mortgage Corporation
dated 11/3/2003; Amendment A to the Agreement dated 11/1/2004
(Docket No. 3009)

b)   Notice of Rejection of Executory Contract re: Service Agreement between
EJH Consulting and New Century Mortgage Corporation dated 10/17/2005
(Docket No. 3010)

c)   Notice of Rejection of Executory Contract re: Agreement between AT&T
Messaging SW and Home123 Corporation (Docket No. 3011)

d)   Notice of Rejection of Executory Contract re: Service Agreement between
EGI Search and New Century Financial Corporation dated 1/24/2005;
Addendum 2 to the Agreement dated 2/6/2006 (Docket No. 3012)
(collectively, the "Rejection Notices")

---

[1]   The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT,
Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a
Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage
Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital
Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com,
Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a
California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership;
NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New
Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New
Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort
Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage,
Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a
Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a
Delaware limited partnership; New Century Warehouse Corporation, a California Corporation.

PLEASE TAKE FURTHER NOTICE that the Debtors hereby withdraw the Rejection Notices.

Dated: September 21, 2007
      Wilmington, Delaware

Respectfully submitted,

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California  94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

2