**EXHIBITS TO BE ATTACHED TO
NATIONAL CITY'S MOTION FOR RELIEF
AT DOCKET NO. 2857**

**SEE ATTACHMENTS**