## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Phone:(800) 331-3282 Fax: (818) 662-4141

**B. SEND ACKNOWLEDGEMENT TO:** (Name and Address)
512901 ICHARTERONE

UCC Direct Services
P.O. Box 29071
Glendale, CA 91209-9071

6328361
DEDE

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 11:00 AM 07/29/2004
INITIAL FILING NUM: 4218109 9
AMENDMENT NUMBER: 0000000
SRV: 040556188

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

**1a. ORGANIZATION'S NAME:** New Century Financial Corporation

**1c. MAILING ADDRESS:** 18400 Von Karman Suite 1000
**CITY:** Irvine
**STATE:** CA
**POSTAL CODE:** 92612

**1e. TYPE OF ORGANIZATION:** Corporation
**1f. JURISDICTION OF ORGANIZATION:** DE
**1g. ORGANIZATIONAL ID #:** 2560598

**3. SECURED PARTY'S NAME**

**3a. ORGANIZATION'S NAME:** CHARTER ONE VENDOR FINANCE, LLC

**3c. MAILING ADDRESS:** 2300 CABOT DRIVE, SUITE 355
**CITY:** LISLE
**STATE:** IL
**POSTAL CODE:** 60532

**4. This FINANCING STATEMENT covers the following collateral:**

Collateral Schedule No. 04 dated July 9, 2004 and related Promissory Note thereto for various computers, office equipment and furniture, more fully described in the attached Exhibit A which is made a part hereof, together with (i) all substitutions for, and products and proceeds of any of the foregoing property; (ii) all accessions thereto; (iii) all accessories, attachments, parts, equipment and repairs now or hereafter attached or affixed to or used in connection with any of the foregoing property, (iv) all warehouse receipts, bills of lading and other documents of title now or hereafter covering any of the foregoing property, and (v) all insurance and/or other proceeds of any type of the foregoing property.

**5. ALTERNATIVE DESIGNATION** [X] LESSEE/LESSOR

6328361    New Century Mortgage / Financial    005401-001

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Prepared by UCC Direct Services, P.O. Box 29071, Glendale, CA 91209-9071 Tel: (800) 331-3282

**FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME: New Century Financial Corporation

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

**10. MISCELLANEOUS**

6328361-41-1
512901 ICHARTERONE
New Century Mortgage / Financial
005401-001

File with: Delaware

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME:
11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
11d. SEE INSTRUCTION | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any ☐ NONE

**12.** ☐ ADDITIONAL SECURED PARTY'S  or  ☒ ASSIGNOR S/P's NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME: General Electric Capital Corporation
12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
12c. MAILING ADDRESS: 4 North Park Drive | CITY: Hunt Valley | STATE: MD | POSTAL CODE: 21030 | COUNTRY

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral or is filed as a ☐ fixture filing.

**16.** Additional collateral description:

**14.** Description of real estate:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust  or  ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

Prepared by UCC Direct Services, Inc. P.O. Box: Glendale, CA 91209-0671 Tel (800) 331-3282

## COLLATERAL SCHEDULE NO. 4

THIS COLLATERAL SCHEDULE NO. 4 incorporates that certain Master Security Agreement dated as of February 18, 2004 between General Electric Capital Corporation as Secured Party and New Century Mortgage Corporation and New Century Financial Corporation as Debtor. Debtor hereby gives, grants and assigns to General Electric Capital Corporation a security interest in and against property listed below, and in and against any and all additions, attachments, accessories and accessions thereto, any and all substitutions, replacements or exchanges therefor, and any and all insurance and/or other proceeds thereof. The foregoing security interest is given to secure the payment and performance of any and all debts, obligations and liabilities of any kind, nature or description whatsoever (whether primary, secondary, direct, contingent, sole, joint or several, or otherwise, and whether due or to become due) of Debtor to General Electric Capital Corporation now existing or hereafter arising, including without limitation that certain Promissory Note dated July 9, 2004, 2004 in the original principal amount of $5,012,880.38 (the "Note") and any renewals, extensions and modifications of the Note and such other debts, obligations and liabilities.

| Description | Year/Model | Serial # | Location |
|---|---|---|---|
| Various Computer Equipment, Office Furniture, Fixtures and Equipment all more completely described on Exhibit 'A' attached hereto and made a part hereof, together with all other attachments, accessories, additions, replacements substitutions and additions now or hereafter attached thereto or made a part thereof. | | | |

Debtor agrees that its obligations under the Note to make payments to General Electric Capital Corporation in the amounts set forth in the Note are absolute and unconditional and are independent of, and will not assert against General Electric Capital Corporation any defense, claim, setoff, recoupment, abatement or other right, existing or future, which Debtor may have against General Electric Capital Corporation or any other person or entity.

SECURED PARTY:
General Electric Capital Corporation

By: _____
Title: **Daniel W. Cochran**
       Transaction & Syndication Manager
Date: July 9, 2004

DEBTOR:
New Century Mortgage Corporation

By: _____
Title: EVP/CFO
Date: July 9, 2004

New Century Financial Corporation
By: _____
Title: EVP/CFO
Date: July 9, 2004