**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone:(800) 331-3282  Fax: (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)    512901 1CHARTERONE

UCC Direct Services                6328361
P.O. Box 29071
Glendale, CA 91209-9071            DEDE

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 11:00 AM 07/29/2004*
*INITIAL FILING NUM: 4218109 9*
*AMENDMENT NUMBER: 0000000*
*SRV: 040556188*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: New Century Financial Corporation

1c. MAILING ADDRESS: 18400 Von Karman Suite 1000
CITY: Irvine    STATE: CA    POSTAL CODE: 92612

1e. TYPE OF ORGANIZATION: Corporation
1f. JURISDICTION OF ORGANIZATION: DE
1g. ORGANIZATIONAL ID #: 2560598

3. SECURED PARTY'S NAME
3a. ORGANIZATION'S NAME: CHARTER ONE VENDOR FINANCE, LLC
3c. MAILING ADDRESS: 2300 CABOT DRIVE, SUITE 355
CITY: LISLE    STATE: IL    POSTAL CODE: 60532

4. This FINANCING STATEMENT covers the following collateral:

Collateral Schedule No. 04 dated July 9, 2004 and related Promissory Note thereto for various computers, office equipment and furniture, more fully described in the attached Exhibit A which is made a part hereof, together with (i) all substitutions for, and products and proceeds of any of the foregoing property; (ii) all accessions thereto; (iii) all accessories, attachments, parts, equipment and repairs now or hereafter attached or affixed to or used in connection with any of the foregoing property; (iv) all warehouse receipts, bills of lading and other documents of title now or hereafter covering any of the foregoing property; and (v) all insurance and/or other proceeds of any type of the foregoing property.

5. ALTERNATIVE DESIGNATION [if applicable]: [X] LESSEE/LESSOR

8. OPTIONAL FILER REFERENCE DATA
6328361    New Century Mortgage / Financial    005401-001

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)
Prepared by UCC Direct Services, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

# FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME: New Century Financial Corporation

**10. MISCELLANEOUS**

6328351-41-1
512901 1CHARTERONE
New Century Mortgage / Financial
005401-001

File with: Delaware

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one name (11a or 11b) – do not abbreviate or combine names

(blank)

**12.** [X] ASSIGNOR S/P's NAME – insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME: General Electric Capital Corporation

12c. MAILING ADDRESS: 4 North Park Drive
CITY: Hunt Valley
STATE: MD
POSTAL CODE: 21030

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

## COLLATERAL SCHEDULE NO. 4

THIS COLLATERAL SCHEDULE NO. 4 incorporates that certain Master Security Agreement dated as of February 18, 2004 between General Electric Capital Corporation as Secured Party and New Century Mortgage Corporation and New Century Financial Corporation as Debtor. Debtor hereby gives, grants and assigns to General Electric Capital Corporation a security interest in and against property listed below, and in and against any and all additions, attachments, accessories and accessions thereto, any and all substitutions, replacements or exchanges therefor, and any and all insurance and/or other proceeds thereof. The foregoing security interest is given to secure the payment and performance of any and all debts, obligations and liabilities of any kind, nature or description whatsoever (whether primary, secondary, direct, contingent, sole, joint or several, or otherwise, and whether due or to become due) of Debtor to General Electric Capital Corporation now existing or hereafter arising, including without limitation that certain Promissory Note dated July 9, 2004, 2004 in the original principal amount of $5,012,880.38 (the "Note") and any renewals, extensions and modifications of the Note and such other debts, obligations and liabilities.

| Description | Year/Model | Serial # | Location |
|---|---|---|---|
| Various Computer Equipment, Office Furniture, Fixtures and Equipment all more completely described on Exhibit 'A' attached hereto and made a part hereof, together with all other attachments, accessories, additions, replacements substitutions and additions now or hereafter attached thereto or made a part thereof. | | | |

Debtor agrees that its obligations under the Note to make payments to General Electric Capital Corporation in the amounts set forth in the Note are absolute and unconditional and are independent of, and will not assert against General Electric Capital Corporation any defense, claim, setoff, recoupment, abatement or other right, existing or future, which Debtor may have against General Electric Capital Corporation or any other person or entity.

SECURED PARTY:
General Electric Capital Corporation

By: _____
Title: **Daniel W. Cochran**
Date: Transaction & Syndication Manager
July 9, 2004

DEBTOR:
New Century Mortgage Corporation

By: _____
Title: EVP/CFO
Date: July 9, 2004

New Century Financial Corporation
By: _____
Title: EVP/CFO
Date: July 9, 2004