| B 104 | **ADVERSARY PROCEEDING COVER SHEET** | ADVERSARY PROCEEDING NUMBER |
|---|---|---|
| (Rev. 5/00) | (Instructions on Reverse) | (Court Use Only) |

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Gary Forrest Edwards | New Century Mortgage Corp. LaSalle Bank, N.A. Codilis + Associates, Rhonda Peek Wayne Youell |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| Pro Se 1688 Brook Dr Maylene, AL 35114 | Codilis + Associates |

**PARTY** (Check one box only)   ✓ 1 U.S. PLAINTIFF   __ 2 U.S. DEFENDANT   __ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Seeking injunctive + declaratory relief from action + avoid judgement, - cancellation of instrument + note; Quiet title of property; ruling on unjust enrichment + fraudulent transfer.

**NATURE OF SUIT** (Check the one most appropriate)   # in order: #1 as 1° default.

- ✓ 454 To Recover Money or Property
- __ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
- __ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
- __ 424 To object or to revoke a discharge 11 U.S.C. § 727
- __ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
- __ 426 To determine the dischargeability of a debt 11 U.S.C. §523
- ② 434 To obtain an injunction or other equitable relief
- __ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan
- ③ 456 To obtain a declaratory judgment relating to any of foregoing causes of action
- __ 459 To determine a claim or cause of action removed to a bankruptcy court
- ④ 498 Other (specify) Damage award

**ORIGIN OF PROCEEDINGS** (Check One Box Only)   ✓ 1 Original Proceeding   __ 2 Removed Proceeding   __ 4 Reinstated or Reopened   __ 5 Transferred from Another Bankruptcy Court   __ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

| DEMAND | NEAREST THOUSAND 200T → 10000T | OTHER RELIEF SOUGHT Damages | JURY DEMAND No |
|---|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR: New Century Mortgage Corp | BANKRUPTCY CASE NO.: 07-10416 (KJC) 07-10419 (KJC) |
|---|---|

| DISTRICT IN WHICH CASE IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE: Hon Kevin J. Carey |
|---|---|---|

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF: None | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE** (Check one box only.)   ✓ FEE ATTACHED   __ FEE NOT REQUIRED   __ FEE IS DEFERRED

| DATE: 9/21/07 | PRINT NAME: Gary F. Edwards | SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|---|---|

Local Form 109