# **<u>EXHIBIT C</u>**

**eMortgage Logic, LLC**  CCCFC001  Dec 10 2006 12:55PM
P.O. Box 650444 Dept. 103  Loan: 1006639505   Ref# 243184
Dallas, TX 75265-0103  Borrower: ukn   Poteet
P: (817) 581-2900   F: (914) 931-4307

| Property Address | City | State | ZipCode |
|---|---|---|---|
| 3325 E. Ashurst Drive | Phoenix | AZ | 85048 |

| Brokerage | Contact | Phone# |
|---|---|---|
| Century 21 Arizona Foothills | David Harriger | (480) 695-5383 |

### Property Description

| Style | Type | SqFt | Rooms | BR | Baths | LotSize | Bsmt | Gar | Age | HOAFees |
|---|---|---|---|---|---|---|---|---|---|---|
| 2-Story Conv | SF Detach | 2,601 | 9 | 4 | 3 | 6825sf | 0% | 2 Attached | 1yrs | 26/mo |

Is subject currently listed? Yes ☐ No ☒    List Price:$    Listing Co:    List Phone#
Current Listing DOM:    Association Mgmnt Co: Rossmar & Graham
Subject listed past 12 mos? Yes ☐ No ☒    List Price:$    Listing Co:    List Phone#
Previous Listing DOM:    APN #: 30608176
Was the Propery Sold? Yes ☐ No ☒    Sale Date:    Sale Price:$

Is Property Occupied?  Yes ☒ No ☐  Unknown ☐    Was interior inspected? Yes ☐ No ☒
Conditon of Subject:  Exel ☐ Good ☐ Fair ☒ Poor ☐    Mello-Roos Taxes? Yes ☐ No ☒ Calif. property only

| Description | Excel | Good | Fair | Poor | Comments |
|---|---|---|---|---|---|
| Curb Appeal | ☐ | ☒ | ☐ | ☐ | Subject has very good curb appeal |
| Property Maintenance | ☐ | ☒ | ☐ | ☐ | Subject appears to be well maintained |
| Landscape and Lawn | ☐ | ☐ | ☐ | ☒ | Subjects landscaping is poor |
| Conformity to Neighborhood | ☐ | ☒ | ☐ | ☐ | Subject conforms to the neoghborhood |

Comments/Condition (Key factors which affect the subject/neighborhood/general market):
Subject has very good curb appeal but the poor landscaping would decrease the value.

### Neighborhood Data

| | | | | | |
|---|---|---|---|---|---|
| Housing Supply | Increasing ☐ | Stable ☒ | Decreasing ☐ | Range of values | 142500 to 950000 |
| Neighborhood Trend | Improving ☐ | Stable ☒ | Declining ☐ | Avg. DOM | 82 |
| Crime/Vandalism | HighRisk ☐ | LowRisk ☐ | MinimalRisk ☒ | Avg. age of home | 16 |

Environmental Problems?  Yes ☐ No ☒   If yes, explain in Broker Comments below.
Homes in the market area are  Depreciating ☐  Appreciating ☒  Rate of increase or decrease: 0.00 % per month

| Comparable Sales | Type | Age | Bed/Bath | Prox/Subject | Sq. Ft. | Garage | Lot Size | DOM | Sale Date | List Price | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3416 E WINDSONG DR | SF Detach | 13yrs | 4 /3 | 3 Blocks | 2,649 | 3A | 5780sf | 104 | Aug 1 2006 | $425,000 | $405,000 |
| 3808 E Night Hawk WY | SF Detach | 14yrs | 5 /3 | 0.62 Miles | 2,600 | 3A | 8921sf | 86 | Jul 10 2006 | $475,000 | $436,000 |
| 16665 S 34th WY | SF Detach | 14yrs | 4 /3 | 5 Blocks | 2,649 | 3A | 6251sf | 139 | Nov 7 2006 | $399,900 | $385,000 |

Finance Incentives  1. Unknown   2. Unknown   3. Unknown
Compare subject to each comp.    Condition

| | Condition |
|---|---|
| 1 Similar in size. Well maintained. $5,000 Re-decorating allowance | Exel ☐ Good ☐ Fair ☒ Poor ☐ |
| 2 Similar in size. Well maintained. $10K allowance for pool heater | Exel ☐ Good ☐ Fair ☒ Poor ☐ |
| 3 Similar in size. Well maintained, New stainless appliances $10K allowance for closing cost | Exel ☐ Good ☐ Fair ☒ Poor ☐ |

Sold most comparable to subject  1 ☐  2 ☒  3 ☐

Source of each comparable sale  1. MLS   2. MLS   3. MLS
Source ID   2499426   2500109   2500109

| Competitive Listings | Style | Type | Age | Bed/Bath | Prox/Subject | Sq.Ft. | Garage | Lot Size | DOM | Original list price | Current list price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3924 E AMBERWOOD DR | 2-Story Conv | SF Detach | 13yrs | 4 /3 | 0.74 Miles | 2,649 | 3A | 5780sf | 181 | $445,000 | $420,000 |
| 3428 E WINDSONG DR | 2-Story Conv | SF Detach | 14yrs | 5 /3 | 0.25 Miles | 2,600 | 3A | 8921sf | 93 | $445,000 | $429,000 |
| 3215 E REDWOOD LN | 2-Story Conv | SF Detach | 19yrs | 4 /3 | 0.31 Miles | 2,784 | 3A | 7501sf | 31 | $479,900 | $479,900 |

Compare subject to each comp.    Condition

| | Condition |
|---|---|
| 1 Similar in size. Well maintained, New int. paint. Cornet lot. Priced to sell, owner relocat | Exel ☐ Good ☐ Fair ☒ Poor ☐ |
| 2 Similar in size. Wel maintained. Updated with stainless steel appliances and tile flooring | Exel ☐ Good ☐ Fair ☒ Poor ☐ |
| 3 Superior because of 183 SqFt more lving space. Remodeled, new carpet, AC, Interior Paint | Exel ☐ Good ☐ Fair ☒ Poor ☐ |

Listing most comparable to subject  1 ☐  2 ☒  3 ☐
Source of each competitive listing  1. MLS   2. MLS   3. MLS
Source ID   2547565   2611231   2651465

| | AsIs | Repaired |
|---|---|---|
| Probable Sales Price | $420,000 | $425,000 |
| Suggested List Price | $420,000 | $425,000 |
| 30 Day Quick Sale | $415,000 | |
| Subject Land Value | $85,000 | |

EXHIBIT 3

eMortgage Logic, LLC
P.O. Box 650444 Dept. 103
Dallas, TX 75265-0103
P: (817) 581-2900    F: (914) 931-4307

CCCFC001
Loan: 1006639505
Borrower: ukn

Ref# 243184
Poteet

Dec 10 2006 12:55PM

### Repair Estimates

| Interior | | | Exterior | |
|---|---|---|---|---|
| Painting | $0 | | Painting | $0 |
| Structural | $0 | | Structural | $0 |
| Appliances | $0 | | Landscaping | $500 |
| Utilities | $0 | | Windows | $0 |
| Carpet/Floors | $0 | | Roof | $0 |
| Other | $0 | | Other | $0 |
| Cleaning/Trash Removal | $0 | | | |

Do you recommend repairs?  Yes ☐  No ☒         Repairs Total: $500

**Brokers Comments:**
No comps available with a similar GLA & age of subject. I utilized the best comps available. Subject located in a very popular and desirable lake subdivision.

**eMortgage Logic Comments:**

**Quality Control Notes:**

David Harriger                              Dec 10 2006 12:55PM
Broker Signature                           Date

EXHIBIT 3

All information provided is based upon public records or general expertise and may be dependent upon the analysis or reporting of other parties. This analysis has been performed by a licensed real estate professional and is intended for the benefit of the addressee. This report should not be construed as an appraisal. All information herein is deemed accurate but not guaranteed.







EXHIBIT 3



LoanNumber: 1006639505     Photo (Sale 1): 5-16665 S 34th WY Phoenix.jpg     Ref#: 243184



LoanNumber: 1006639505     Photo (Sale 2): 6-3416 E WINDSONG DR Phoenix.jpg     Ref#: 243184



EXHIBIT 3

LoanNumber: 1006639505    Photo (Sale 3): 7-3808 E Night Hawk WY Phoenix.jpg    Ref#: 243184



LoanNumber: 1006639505    Photo (List 1): 8-3924 E AMBERWOOD DR Ahwatukee.jpg    Ref#: 243184

LoanNumber: 1006639505    Photo (List 2): 9-3428 E WINDSONG DR Phoenix.jpg    Ref#: 243184



EXHIBIT 3

LoanNumber: 1006639505    Photo (List 3): 10-3215 E REDWOOD LN Phoenix.jpg    Ref#: 243184



LoanNumber: 1006639505    MapTuit Map: 11-Order243184Map.png    Ref#: 243184



EXHIBIT 3