# **EXHIBIT D**

# U.S. Bankruptcy Court
## District of Arizona (Phoenix)
### Bankruptcy Petition #: 2:07-bk-00871-RTB

*Assigned to:* Chief Judge Redfield T. Baum Sr.
Chapter 7
Voluntary
Asset

*Date Filed:* 03/01/2007

*Debtor*
**JASON EDWARD POTEET**
7430 E. CHAPARRAL RD. #226A
SCOTTSDALE, AZ 85250
SSN: xxx-xx-3268

represented by **JASON EDWARD POTEET**
PRO SE

*Trustee*
**S. WILLIAM MANERA**
P.O. BOX 44350
PHOENIX, AZ 85064-4350
602-795-2796

represented by **ADAM B. NACH**
LANE & NACH, P.C.
2025 NORTH THIRD STREET, SUITE 157
PHOENIX, AZ 85004
602-258-6000
Fax : 602-258-6003
Email: adam.nach@azbar.org

**LISA PERRY BANEN**
LANE & NACH, P.C.
2025 NORTH THIRD STREET, SUITE 157
PHOENIX, AZ 85004
602-258-6000
Fax : 602-258-6003
Email: lisa.banen@LANE-NACH.com

*U.S. Trustee*
**U.S. TRUSTEE**
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

| Filing Date | # | Docket Text |
|---|---|---|
| 03/01/2007 | 1 | Chapter 7 Voluntary Petition Master Mailing List due by 3/6/2007, Individual Debtor Credit Counseling Certificate due by 3/16/2007, Schedules/Statements due by 3/16/2007, Chapter 7 Individual Debtor Statement of Current Monthly Income and Means Test Calculation Due by 3/16/2007, Payment Advices Declaration Required by 11 USC Section 521(a)(1)(B)(iv) due by 3/16/2007, filed by JASON EDWARD POTEET (Ross, Phyllis) Additional attachment(s) added on 3/2/2007 (Debiase, Donald). Modified on 3/2/2007 to reflect Exhibit D attached and correct Credit Counseling Certificate due date (Debiase, Donald). (Entered: 03/01/2007) |
| 03/01/2007 | 2 | First Meeting of Creditors scheduled for 04/24/2007 at 01:00 PM at US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ (341-PHX). (Ross, Phyllis) (Entered: 03/01/2007) |
| 03/01/2007 | 3 | Notice to Debtor Not Represented by an Attorney (Ross, Phyllis) (Entered: 03/01/2007) |
| 03/01/2007 | 4 | Deficiency Notice to Debtor and Attorney for Debtor That All Required Documents Were Not Filed. (Ross, Phyllis) (Entered: 03/01/2007) |
| 03/01/2007 | 5 | Order to Immediately Pay Minimum $ 50.00 of Fee and balance in Two Installments. signed on 3/1/2007 Minimum $50.00 Fee due by 3/16/2007, First Filing Fee Installment due by 4/16/2007, Final Filing Fee Installment due by 5/15/2007, . (Ross, Phyllis) (Entered: 03/01/2007) |
| 03/01/2007 | 6 | Statement of Social Security Number Submitted (Debiase, Donald) (Entered: 03/02/2007) |
| 03/01/2007 | 7 | Application to Pay Filing Fee in Installments filed by JASON EDWARD POTEET. (Debiase, Donald) (Entered: 03/02/2007) |
| 03/01/2007 | 8 | BNC Certificate of Service (related document(s) (Related Doc # 5)) (Admin.) (Entered: 03/03/2007) |
| 03/01/2007 | 9 | BNC Certificate of Service (related document(s) (Related Doc # 4)) (Admin.) (Entered: 03/03/2007) |

| | | |
|---|---|---|
| 03/01/2007 | 10 | BNC Certificate of Service (related document(s) (Related Doc # 3)) (Admin.) (Entered: 03/03/2007) |
| 03/06/2007 | | Receipt of Chapter 7 Installment Filing Fee - $50.00 from JASON POTEET. Receipt Number 00463739. (SM) (Entered: 03/06/2007) |
| 03/06/2007 | 11 | Master Mailing List filed by JASON EDWARD POTEET. (Spiker, Janet) (Entered: 03/07/2007) |
| 03/06/2007 | 12 | Credit Counseling Certificate filed by JASON EDWARD POTEET. (Spiker, Janet) (Entered: 03/07/2007) |
| 03/06/2007 | 13 | Declaration of Evidence of Employer Payments filed by JASON EDWARD POTEET. (Spiker, Janet) (Entered: 03/07/2007) |
| 03/07/2007 | 14 | Chapter 7 Indiv/Joint--Notice of Meeting of Creditors. 341(a) meeting to be held on 4/24/2007 at 1:00 PM at US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ (341-PHX) Complaints under Sections 727 or 523 due by 6/25/2007. (Spiker, Janet) (Entered: 03/07/2007) |
| 03/07/2007 | 15 | BNC Certificate of Service - Notice of Meeting of Creditors (related document(s) (Related Doc # 14)) (Admin.) (Entered: 03/09/2007) |
| 03/15/2007 | 16 | Notice of Appearance *and Request for Notice* filed by KEVIN HAHN of MALCOLM & CISNEROS on behalf of NEW CENTURY MORTGAGE CORPORATION.(HAHN, KEVIN) (Entered: 03/15/2007) |
| 03/15/2007 | 17 | Motion for Relief from Stay (150.00 fee) filed by KEVIN HAHN of MALCOLM & CISNEROS on behalf of NEW CENTURY MORTGAGE CORPORATION (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3). (HAHN, KEVIN) (Entered: 03/15/2007) |
| 03/15/2007 | 18 | Notice of Motion for Relief from Stay *and Requirement to File Response* filed by KEVIN HAHN of MALCOLM & CISNEROS on behalf of NEW CENTURY MORTGAGE CORPORATION (related document(s)17) (Attachments: # 1 Proposed Order Lifting Stay).(HAHN, KEVIN) (Entered: 03/15/2007) |
| 03/15/2007 | 19 | Certification *of Compliance with Local Rule 4001-1(b)* filed by |

| | | |
|---|---|---|
| | | KEVIN HAHN of MALCOLM & CISNEROS on behalf of NEW CENTURY MORTGAGE CORPORATION.(related document(s)17) (HAHN, KEVIN) (Entered: 03/15/2007) |
| 03/15/2007 | 20 | Certificate of Mailing filed by KEVIN HAHN of MALCOLM & CISNEROS on behalf of NEW CENTURY MORTGAGE CORPORATION.(related document(s)17, 16, 18, 19) (HAHN, KEVIN) (Entered: 03/15/2007) |
| 03/15/2007 | | Receipt of Motion for Relief from Stay (150.00 fee)(2:07-bk-00871-RTB) [motion,185] ( 150.00) Filing Fee. Receipt number 5790929. Fee amount 150.00. (U.S. Treasury) (Entered: 03/15/2007) |
| 03/22/2007 | 21 | Motion for Relief from Stay (150.00 fee) filed by KEVIN HAHN of MALCOLM & CISNEROS on behalf of NEW CENTURY MORTGAGE CORPORATION (Attachments: # 1 Exhibit 1,2# 2 Exhibit 3). (HAHN, KEVIN) (Entered: 03/22/2007) |
| 03/22/2007 | | Receipt of Motion for Relief from Stay (150.00 fee)(2:07-bk-00871-RTB) [motion,185] ( 150.00) Filing Fee. Receipt number 5808900. Fee amount 150.00. (U.S. Treasury) (Entered: 03/22/2007) |
| 03/22/2007 | 22 | Notice of Motion for Relief from Stay *and Requirement to File Response* filed by KEVIN HAHN of MALCOLM & CISNEROS on behalf of NEW CENTURY MORTGAGE CORPORATION (related document(s)21) (Attachments: # 1 Proposed Order Lifting Stay).(HAHN, KEVIN) (Entered: 03/22/2007) |
| 03/22/2007 | 23 | Certification *of Compliance with Local Rule 4001-1(b)* filed by KEVIN HAHN of MALCOLM & CISNEROS on behalf of NEW CENTURY MORTGAGE CORPORATION.(related document(s)21) (HAHN, KEVIN) (Entered: 03/22/2007) |
| 03/22/2007 | 24 | Certificate of Mailing filed by KEVIN HAHN of MALCOLM & CISNEROS on behalf of NEW CENTURY MORTGAGE CORPORATION.(related document(s)21, 22, 23) (HAHN, KEVIN) (Entered: 03/22/2007) |
| 03/26/2007 | 25 | Application to Employ *Attorney / Declaration of Attorney* filed by ADAM B. NACH of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA. (NACH, ADAM) (Entered: 03/26/2007) |

| | | |
|---|---|---|
| 03/26/2007 | 26 | Notice of Appearance *and Request for Notice* filed by MADELEINE C. WANSLEE of GUST ROSENFELD, P.L.C. on behalf of Arizona Central Credit Union.(WANSLEE, MADELEINE) (Entered: 03/26/2007) |
| 03/26/2007 | 27 | Notice of Lodging Proposed Order *for Order Authorizing Case Trustee to Employ Attorney* filed by ADAM B. NACH of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA (related document(s)25).(NACH, ADAM) (Entered: 03/26/2007) |
| 03/26/2007 | 28 | Motion for Relief from Stay (150.00 fee) *Re: 2000 Chevrolet Corvette* filed by MADELEINE C. WANSLEE of GUST ROSENFELD, P.L.C. on behalf of Arizona Central Credit Union. (WANSLEE, MADELEINE) (Entered: 03/26/2007) |
| 03/26/2007 | 29 | Notice of Motion for Relief from Stay *and Objection Bar Date Re: 2000 Chevrolet Corvette* filed by MADELEINE C. WANSLEE of GUST ROSENFELD, P.L.C. on behalf of Arizona Central Credit Union (related document(s)28) Objections/Responses due by 4/10/2007,.(WANSLEE, MADELEINE) (Entered: 03/26/2007) |
| 03/26/2007 | | Receipt of Motion for Relief from Stay (150.00 fee)(2:07-bk-00871-RTB) [motion,185] ( 150.00) Filing Fee. Receipt number 5814415. Fee amount 150.00. (U.S. Treasury) (Entered: 03/26/2007) |
| 03/26/2007 | 30 | Certificate of Mailing *of Motion for Relief from the Automatic Stay Re: 2000 Chevrolet Corvette* filed by MADELEINE C. WANSLEE of GUST ROSENFELD, P.L.C. on behalf of Arizona Central Credit Union.(related document(s)28, 29) (WANSLEE, MADELEINE) (Entered: 03/26/2007) |
| 03/27/2007 | 31 | Deficiency Memo (related document(s)27) (Lewis, Diane) (Entered: 03/27/2007) |
| 03/27/2007 | 32 | Order Authorizing Case Trustee to Employ Attorney (Related Doc # 25) signed on 3/27/2007 . (Lewis, Diane) (Entered: 03/28/2007) |
| 03/27/2007 | 37 | BNC Certificate of Service (related document(s) (Related Doc # 31)) (Admin.) (Entered: 03/29/2007) |

| | | |
|---|---|---|
| 03/28/2007 | 33 | ENTERED IN ERROR - Incorrect Document Attached - Notice of Lodging Proposed Order *for Order Authorizing Case Trustee to Employ Attorney* filed by ADAM B. NACH of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA (related document(s)25).(NACH, ADAM) Modified on 3/29/2007 (Lewis, Diane). (Entered: 03/28/2007) |
| 03/29/2007 | 34 | ENTERED IN ERROR - Deficiency Memo (related document(s)33) (Lewis, Diane) Modified on 3/29/2007 to correct filing party (Lewis, Diane). (Entered: 03/29/2007) |
| 03/29/2007 | 35 | Deficiency Memo (related document(s)33) (Lewis, Diane) (Entered: 03/29/2007) |
| 03/29/2007 | 36 | Notice of Lodging Proposed Order *Authorizing Case Trustee to Employ Attorney* filed by ADAM B. NACH of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA (related document(s)25).(NACH, ADAM) (Entered: 03/29/2007) |
| 03/29/2007 | 38 | BNC Certificate of Service (related document(s) (Related Doc # 35)) (Admin.) (Entered: 03/31/2007) |
| 04/02/2007 | 39 | Return Mail (Hall, Pat) (Entered: 04/02/2007) |
| 04/02/2007 | 40 | Certificate of Service and No Objections filed by KEVIN HAHN of MALCOLM & CISNEROS on behalf of NEW CENTURY MORTGAGE CORPORATION.(related document(s)17) (Attachments: # 1 Order Lifting Stay)(HAHN, KEVIN) (Entered: 04/02/2007) |
| 04/08/2007 | 41 | Response to Motion/Application *for Stay Relief* (related to motions(s)17) filed by ADAM B. NACH of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA. (NACH, ADAM) (Entered: 04/08/2007) |
| 04/09/2007 | 42 | Trustee Response *to Motion For Relief From the Automatic Stay Re: Real Property Located at 1326 N. Central Avenue #419, Phoenix, Arizona* filed by ADAM B. NACH of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA (related document(s)21). (NACH, ADAM) (Entered: 04/09/2007) |
| 04/09/2007 | 43 | Certificate of Service filed by ADAM B. NACH of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA (related |

| | | |
|---|---|---|
| | | document(s)41, 42).(NACH, ADAM) (Entered: 04/09/2007) |
| 04/09/2007 | 44 | Certificate of Service and No Objections filed by KEVIN HAHN of MALCOLM & CISNEROS on behalf of NEW CENTURY MORTGAGE CORPORATION.(related document(s)21) (Attachments: # 1 Order Lifting Stay)(HAHN, KEVIN) (Entered: 04/09/2007) |
| 04/10/2007 | 45 | Order Granting Motion for Relief from Stay (Related Doc # 17) signed on 4/10/2007 . (Lewis, Diane) (Entered: 04/11/2007) |
| 04/11/2007 | 46 | Trustee Motion for Reconsideration filed by ADAM B. NACH of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA (related document(s)45). (NACH, ADAM) (Entered: 04/11/2007) |
| 04/11/2007 | 47 | Order Dismissing Case . (Lewis, Diane) (Entered: 04/11/2007) |
| 04/11/2007 | 51 | BNC Certificate of Service (related document(s) (Related Doc # 45)) (Admin.) (Entered: 04/13/2007) |
| 04/11/2007 | 52 | BNC Certificate of Service - PDF Document (related document(s) (Related Doc # 45)) (Admin.) (Entered: 04/13/2007) |
| 04/11/2007 | 53 | BNC Certificate of Service - Notice of Dismissal Order (related document(s) (Related Doc # 47)) (Admin.) (Entered: 04/13/2007) |
| 04/12/2007 | 48 | Emergency Motion to Reopen Case (No Fee Due) *and Trustee's Motion to Extend Time to File Schedules* filed by ADAM B. NACH of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA. (NACH, ADAM) (Entered: 04/12/2007) |
| 04/12/2007 | 49 | Notice of Lodging Proposed Order *Reinstating Bankruptcy and Extending Time to File Schedules* filed by ADAM B. NACH of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA (related document(s)48).(NACH, ADAM) (Entered: 04/12/2007) |
| 04/13/2007 | 50 | Amended Notice of Lodging Proposed Order *Reinstating Bankrutpcy and Extending Time to File Schedules* filed by ADAM B. NACH of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA.(NACH, ADAM) (Entered: 04/13/2007) |

| | | |
|---|---|---|
| 04/16/2007 | 54 | Order Reinstating Bankruptcy and Extending Time to File Schedules signed on 4/16/2007 (related document(s)48) . (Lewis, Diane) (Entered: 04/16/2007) |
| 04/16/2007 | 55 | Certificate of Service *of Order Reinstating Bankruptcy and Extending Time to File Schedules* filed by ADAM B. NACH of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA (related document(s)54).(NACH, ADAM) (Entered: 04/16/2007) |
| 04/16/2007 | 61 | BNC Certificate of Service - PDF Document (related document(s) (Related Doc # 54)) (Admin.) (Entered: 04/18/2007) |
| 04/17/2007 | 56 | Notice of Appearance *and Request for Notice* filed by JASON P SHERMAN of PERRY & SHAPIRO, LLP on behalf of Regions Bank dba Regions Mortgage.(SHERMAN, JASON) (Entered: 04/17/2007) |
| 04/17/2007 | 57 | Certificate of Service and No Objections *and Notice of Lodging Order Granting Relief from the Automatic Stay Re: 2000 Chevrolet Corvette* filed by MADELEINE C. WANSLEE of GUST ROSENFELD, P.L.C. on behalf of Arizona Central Credit Union.(related document(s)28) (WANSLEE, MADELEINE) (Entered: 04/17/2007) |
| 04/17/2007 | 58 | Motion for Relief from Stay (150.00 fee) filed by JASON P SHERMAN of PERRY & SHAPIRO, LLP on behalf of Regions Bank dba Regions Mortgage (Attachments: # 1 Exhibit A- Note# 2 Exhibit B- Deed of Trust). (SHERMAN, JASON) (Entered: 04/17/2007) |
| 04/17/2007 | | Receipt of Motion for Relief from Stay (150.00 fee)(2:07-bk-00871-RTB) [motion,185] ( 150.00) Filing Fee. Receipt number 5872768. Fee amount 150.00. (U.S. Treasury) (Entered: 04/17/2007) |
| 04/17/2007 | 59 | Notice of Motion for Relief from Stay *and Notice of Requirement to file an Answer* filed by JASON P SHERMAN of PERRY & SHAPIRO, LLP on behalf of Regions Bank dba Regions Mortgage (related document(s)58) (Attachments: # 1 Exhibit Master Mailing List).(SHERMAN, JASON) (Entered: 04/17/2007) |
| 04/17/2007 | | Receipt of Chapter 7 Installment Filing Fee - $125.00 from |

| | | |
|---|---|---|
| | | LANE & NACH, P. C.. Receipt Number 00464310. (BA) (Entered: 04/17/2007) |
| 04/18/2007 | 60 | AMENDED - Chapter 7 Indiv/Joint--Notice of Meeting of Creditors. Case Reinstated on 4/16/2007. 341(a) meeting to be held on 6/14/2007 at 08:15 AM at US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ (341-PHX) Complaints under Sections 727 or 523 due by 8/13/2007. (Lewis, Diane) (Entered: 04/18/2007) |
| 04/18/2007 | 62 | BNC Certificate of Service - Notice of Meeting of Creditors (related document(s) (Related Doc # 60)) (Admin.) (Entered: 04/20/2007) |
| 04/23/2007 | 63 | Order Granting Motion for Relief from the Automatic Stay Re: 2000 Chevrolet Corvette (Related Doc # 28) signed on 4/23/2007 . (Lewis, Diane) (Entered: 04/23/2007) |
| 04/23/2007 | 66 | BNC Certificate of Service (related document(s) (Related Doc # 63)) (Admin.) (Entered: 04/25/2007) |
| 04/23/2007 | 67 | BNC Certificate of Service - PDF Document (related document(s) (Related Doc # 63)) (Admin.) (Entered: 04/25/2007) |
| 04/24/2007 | 64 | Notice of Hearing filed by ADAM B. NACH of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA (related document(s)46) Hearing set for 5/3/2007 at 10:00 AM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB).(NACH, ADAM) (Entered: 04/24/2007) |
| 04/24/2007 | 65 | Certificate of Mailing *of Order Granting Relief from the Automatic Stay Re: 2000 Chevrolet Corvette* filed by MADELEINE C. WANSLEE of GUST ROSENFELD, P.L.C. on behalf of Arizona Central Credit Union.(related document(s)63) (WANSLEE, MADELEINE) (Entered: 04/24/2007) |
| 04/26/2007 | 68 | Notice of Preliminary Hearing filed by KEVIN HAHN of MALCOLM & CISNEROS on behalf of NEW CENTURY MORTGAGE CORPORATION (related document(s)21) Hearing set for 5/3/2007 at 10:00 AM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB).(HAHN, KEVIN) (Entered: 04/26/2007) |

| Date | Doc # | Description |
|---|---|---|
| 04/26/2007 | 69 | Certificate of Mailing filed by KEVIN HAHN of MALCOLM & CISNEROS on behalf of NEW CENTURY MORTGAGE CORPORATION.(related document(s)68) (HAHN, KEVIN) (Entered: 04/26/2007) |
| 05/02/2007 | 70 | Trustee Objection *to Motion For Relief From Stay of Regions Bank DBA Regions Mortgage (Real Property Located at 7430 East Chaparral Road, #A226, Scottsdale, Arizona)* filed by ADAM B. NACH of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA (related document(s)58). (NACH, ADAM) (Entered: 05/02/2007) |
| 05/03/2007 | 71 | **Minutes of Hearing held on: 05/03/2007** **Subject:** TRUSTEE'S MOTION FOR RECONSIDERATION and PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY NEW CENTURY MORTGAGE CORPORATION .. (vCal Hearing ID (1119406)). (related document(s)21, 46) (Davis, Lorraine) (Entered: 05/03/2007) |
| 05/09/2007 | 72 | Notice of Appearance filed by PENNY L. KOEPKE of EKMARK & EKMARK, L.L.C. on behalf of WINFIELD PHASE II ASSOCIATION.(KOEPKE, PENNY) (Entered: 05/09/2007) |
| 05/21/2007 | 73 | Return Mail (Hall, Pat) (Entered: 05/21/2007) |
| 05/21/2007 | 74 | The Trustee reports that he or she now holds funds of this bankruptcy estate or expects to receive funds which should result in a dividend to creditors who were previously instructed not to file claims. The Trustee hereby requests that the Court fix the last date for filing proofs of claim and that notice be given to creditors. filed by WILLIAM 3 MANERA on behalf of S. WILLIAM MANERA.(MANERA, WILLIAM) (Entered: 05/21/2007) |
| 05/22/2007 | 75 | Notice of Claims Bar Date. Proof of Claims due by 8/22/2007, (Lewis, Diane) (Entered: 05/22/2007) |
| 05/22/2007 | 76 | Notice of Hearing*and certificate of Service* filed by JASON P SHERMAN of PERRY & SHAPIRO, LLP on behalf of Regions Bank dba Regions Mortgage (related document(s)58) Hearing set for 6/20/2007 at 2:30 PM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB) (Attachments: # 1 Exhibit |

| | | |
|---|---|---|
| | | Procedure Order).(SHERMAN, JASON) (Entered: 05/22/2007) |
| 05/22/2007 | 77 | BNC Certificate of Service - Notice of Claims Bar Date (related document(s) (Related Doc # 75)) (Admin.) (Entered: 05/24/2007) |
| 06/18/2007 | 78 | Notice of Hearing *and Certificate of Service* filed by JASON 1 SHERMAN of PERRY & SHAPIRO, LLP on behalf of Regions Bank dba Regions Mortgage (related document(s)58) Hearing set for 7/11/2007 at 2:30 PM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB).(SHERMAN, JASON) (Entered: 06/18/2007) |
| 06/20/2007 | 79 | **Minutes of Hearing held on: 06/20/2007**<br>**Subject:** PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY REGIONS BANK DBA REGIONS MORTGAGE ..<br>**Appearances:** NONE.<br>**Proceedings:** HEARING VACATED: PER EMAIL FROM MOVANT'S ATTORNEY CONTINUED TO 7/11/07 @ 2:30 P.M..<br>(vCal Hearing ID (1120143)). (related document(s)58) (Davis, Lorraine) (Entered: 06/20/2007) |
| 06/20/2007 | 80 | Trustee Motion to Extend *Time to File Schedules and Statement of Financial Affairs* filed by ADAM B. NACH of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA. (NACH, ADAM) (Entered: 06/20/2007) |
| 06/20/2007 | 81 | Trustee Notice of Lodging Proposed Order *Extending Time to File Schedules and Statement of Financial Affairs* filed by ADAM B. NACH of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA (related document(s)80).(NACH, ADAM) (Entered: 06/20/2007) |
| 06/21/2007 | 82 | Application for FRBP 2004 Examination *of Debtor* filed by LISA PERRY BANEN of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA. (BANEN, LISA) (Entered: 06/21/2007) |
| 06/21/2007 | 83 | Notice of Lodging Proposed Order filed by LISA PERRY BANEN of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA (related document(s)82).(BANEN, LISA) (Entered: 06/21/2007) |

| 06/21/2007 | 84 | **Minutes of Hearing held on: 06/21/2007** **Subject:** CONTINUED TRUSTEE'S MOTION FOR RECONSIDERATION and CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY NEW CENTURY MORTGAGE CORPORATION .. (vCal Hearing ID (1119621)). (related document(s)21, 46) (Beller, Luann) (Entered: 06/22/2007) |
|---|---|---|
| 06/25/2007 | 85 | Notice of Lodging Proposed Order *Continuing Hearing on Motion For Relief (Docket #21) With Regards to Property Located at 1326 N. Central #419, Phoenix, AZ* filed by ADAM B. NACH of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA.(NACH, ADAM) (Entered: 06/25/2007) |
| 06/25/2007 | 86 | Notice of Lodging Proposed Order *Granting Motion to Reconsider Order Liting Stay and Setting Aside Stay Life Order (Docket #45) With Regards to Property Located at 3325 East Ashurst Drive, Phoenix, AZ, 85048* filed by ADAM B. NACH of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA (related document(s)17, 45).(NACH, ADAM) (Entered: 06/25/2007) |
| 06/25/2007 | 87 | Order Granting Motion to Reconsider Order Lifting Stay and Setting Aside Stay Lift Order (Docket #45) with Regards to Property Located at 3325 East Ashurst Drive, Phoenix AZ 85048 signed on 6/25/2007 (related document(s)17, 46, 45) Continued hearing set for 7/11/2007 at 02:30 PM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB) . (Lewis, Diane) (Entered: 06/26/2007) |
| 06/25/2007 | 88 | Order Continuing Hearing on Motion for Relief (Docket #21) with Regards to Property Located at 1326 N. Central #419, Phoenix AZ signed on 6/25/2007 (related document(s)21) Continued hearing set for 7/11/2007 at 02:30 PM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB). (Lewis, Diane) (Entered: 06/26/2007) |
| 06/25/2007 | 89 | Order Granting Trustee's Application for Production of Documents and Oral Examination Pursuant to FRBP 2004 (Related Doc # 82) signed on 6/25/2007 . (Lewis, Diane) (Entered: 06/26/2007) |
| 06/25/2007 | 90 | Order Extending Time to File Schedules and Statement of Financial Affairs (to 7/27/2007) (Related Doc # 80) signed on |

| | | |
|---|---|---|
| | | 6/25/2007 . (Lewis, Diane) (Entered: 06/26/2007) |
| 06/26/2007 | 91 | Certificate of Service filed by ADAM B. NACH of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA (related document(s)89).(NACH, ADAM) (Entered: 06/26/2007) |
| 06/26/2007 | | Continuance of First Meeting of Creditors on 7/13/2007 at 10:00 AM at US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ (341-PHX) (MANERA, S.) (Entered: 06/26/2007) |
| 07/11/2007 | 92 | Joint Motion to Continue *HEARINGS ON NEW CENTURY STAY LIFT MOTIONS SET FOR JULY 11, 2:30 P.M. FILED BY NEW CENTURY MORTGAGE AND* filed by LISA PERRY BANEN of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA (related document(s)17, 21). (BANEN, LISA) (Entered: 07/11/2007) |
| 07/11/2007 | 93 | Application to Employ *Real Estate Agent; Declaration of Agent* filed by ADAM B. NACH of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA. (NACH, ADAM) (Entered: 07/11/2007) |
| 07/11/2007 | 94 | Notice of Lodging Proposed Order *Authorizing Trustee to Employ Real Estate Agent* filed by ADAM B. NACH of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA (related document(s)93).(NACH, ADAM) (Entered: 07/11/2007) |
| 07/11/2007 | 95 | **Minutes of Hearing held on: 07/11/2007**<br>**Subject:** PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY NEW CENTURY MORTGAGE CORPORATION (3325 E. ASHURST PHX) and PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY REGIONS BANK DBA REGIONS MORTGAGE (7430 E CHAPARRAL #A226 SCOTTSDALE) and CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY NEW CENTURY MORTGAGE CORPORATION (1326 N CENTRAL #419 PHX).<br>(vCal Hearing ID (1120759)). (related document(s)21, 58) (Hernandez, Jan) (Entered: 07/12/2007) |
| 07/12/2007 | 96 | Order Continuing Hearing (Related Doc # 92, (17), (21)) signed on 7/12/2007 Hearing set for 8/15/2007 at 02:30 PM at 230 N. |

|  |  |  |
|---|---|---|
|  |  | First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB) . (Lewis, Diane) (Entered: 07/12/2007) |
| 07/17/2007 |  | Receipt of Full Chapter 7 Filing Fee or Final Installment- $124.00 from LANE & NACH, P. C.. Receipt Number 00465710. (DD) (Entered: 07/17/2007) |
| 07/23/2007 | 97 | Notice of Lodging Proposed Order - *Notice of Lodging Stipulated Order Lifting the Automatic Stay* filed by JASON P SHERMAN of PERRY & SHAPIRO, LLP on behalf of Regions Bank dba Regions Mortgage (related document(s)58) (Attachments: # 1 Exhibit Stipulated Order).(SHERMAN, JASON) (Entered: 07/23/2007) |
| 07/23/2007 | 98 | Order Authorizing Trustee to Employ Real Estate Agent (Related Doc # 93) signed on 7/23/2007 . (Lewis, Diane) (Entered: 07/24/2007) |
| 07/25/2007 | 99 | Application to Employ *Delaware Counsel* filed by LISA PERRY BANEN of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA. (BANEN, LISA) (Entered: 07/25/2007) |
| 07/25/2007 | 100 | Affidavit *of Delaware Counsel* filed by LISA PERRY BANEN of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA.(related document(s)99) (BANEN, LISA) (Entered: 07/25/2007) |
| 07/25/2007 | 101 | Notice of Lodging Proposed Order *Authorizing Trustee to Employ Delaware Counsel* filed by LISA PERRY BANEN of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA (related document(s)99).(BANEN, LISA) (Entered: 07/25/2007) |
| 07/27/2007 | 102 | Second Motion to Extend Time to File Schedules and Statements *of Financial Affairs* filed by LISA PERRY BANEN of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA. (BANEN, LISA) (Entered: 07/27/2007) |
| 07/27/2007 | 103 | Notice of Lodging Proposed Order *Extending Time to File Schedules and Statement of Financial Affairs* filed by LISA PERRY BANEN of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA (related document(s)102).(BANEN, LISA) (Entered: 07/27/2007) |

| 07/30/2007 | 104 | Order Authorizing Trustee to Employ Delaware Counsel (Related Doc # 99) signed on 7/30/2007 . (Lewis, Diane) (Entered: 07/30/2007) |
| --- | --- | --- |
| 07/30/2007 | 105 | Order Granting Motion to Extend Time to File Schedules and Statements (Related Doc # 102) signed on 7/30/2007 Schedules/Statements due by 8/24/2007. (Lewis, Diane) (Entered: 07/30/2007) |
| 07/30/2007 | 106 | Stipulated Order Granting Motion for Relief from Stay (Related Doc # 58) signed on 7/30/2007 . (Lewis, Diane) (Entered: 07/30/2007) |
| 07/30/2007 | 107 | BNC Certificate of Service (related document(s) (Related Doc # 106)) (Admin.) (Entered: 08/01/2007) |
| 07/30/2007 | 108 | BNC Certificate of Service - PDF Document (related document(s) (Related Doc # 106)) (Admin.) (Entered: 08/01/2007) |

| Date | Doc # | Description |
|---|---|---|
| | | WILLIAM MANERA (related document(s)102).(BANEN, LISA) (Entered: 07/27/2007) |
| 07/30/2007 | 104 | Order Authorizing Trustee to Employ Delaware Counsel (Related Doc # 99) signed on 7/30/2007 . (Lewis, Diane) (Entered: 07/30/2007) |
| 07/30/2007 | 105 | Order Granting Motion to Extend Time to File Schedules and Statements (Related Doc # 102) signed on 7/30/2007 Schedules/Statements due by 8/24/2007. (Lewis, Diane) (Entered: 07/30/2007) |
| 07/30/2007 | 106 | Stipulated Order Granting Motion for Relief from Stay (Related Doc # 58) signed on 7/30/2007 . (Lewis, Diane) (Entered: 07/30/2007) |
| 07/30/2007 | 107 | BNC Certificate of Service (related document(s) (Related Doc # 106)) (Admin.) (Entered: 08/01/2007) |
| 07/30/2007 | 108 | BNC Certificate of Service - PDF Document (related document(s) (Related Doc # 106)) (Admin.) (Entered: 08/01/2007) |
| 08/15/2007 | 109 | **Minutes of Hearing held on: 08/15/2007** **Subject:** CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY NEW CENTURY MORTGAGE CORPORATION (3325 E. ASHURST PHX) and CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY NEW CENTURY MORTGAGE CORPORATION (1326 N CENTRAL #419 PHX). **Appearances:** NONE. **Proceedings:** VACATED: PER AGREEMENT OF PARTIES - CONTINUED TO 9/12/07 @ 2:30 PM. (vCal Hearing ID (1121568)). (related document(s)21) (Davis, Lorraine) (Entered: 08/16/2007) |
| 08/20/2007 | 110 | Application for Order to Show Cause *Why Case Should Not Continue in Chapter 7* filed by LISA PERRY BANEN of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA. (BANEN, LISA) (Entered: 08/20/2007) |
| 08/20/2007 | 111 | Notice of Lodging Proposed Order filed by LISA PERRY BANEN of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA (related document(s)110).(BANEN, LISA) (Entered: 08/20/2007) |
| 08/21/2007 | 112 | Request for Notice filed by BRIAN L. CASEY of LAND AMERICA DEFAULT SERVICES INC on behalf of United Mortgage and Loan Investment, LLC. (CASEY, BRIAN) (Entered: 08/21/2007) |
| 08/23/2007 | 113 | Order to Appear and Show Cause Re: Administering the Case for the Benefit of Debtors' Creditors signed on 8/23/2007 (related |

| | | |
|---|---|---|
| | | document(s)110) Hearing set for 9/5/2007 at 01:30 PM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB) . (Lewis, Diane) (Entered: 08/23/2007) |
| 08/23/2007 | 117 | BNC Certificate of Service - PDF Document (related document(s) (Related Doc # 113)) (Admin.) (Entered: 08/25/2007) |
| 08/24/2007 | 114 | Schedules *A, B, D, F* filed by LISA PERRY BANEN of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA. Electronic Filing Declaration due by 8/29/2007, (BANEN, LISA) (Entered: 08/24/2007) |
| 08/24/2007 | 115 | Notice of Hearing *on Trustee's Application for Order to Show Cause Why Case Should Not Continue In Chapter 7 and of Deadline to Object to Same* filed by LISA PERRY BANEN of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA (related document(s)110) Hearing set for 9/5/2007 at 1:30 PM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB).(BANEN, LISA) (Entered: 08/24/2007) |
| 08/24/2007 | 116 | Certificate of Mailing filed by LISA PERRY BANEN of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA.(related document(s)115) (BANEN, LISA) (Entered: 08/24/2007) |
| 08/27/2007 | 118 | Amended Certificate of Mailing filed by LISA PERRY BANEN of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA.(related document(s)116) (BANEN, LISA) (Entered: 08/27/2007) |
| 09/05/2007 | 120 | **Minutes of Hearing held on: 09/05/2007** **Subject:** ORDER TO SHOW CAUSE WHY CASE SHOULD NOT REMAIN IN CHAPTER 7 FOR THE BENEFIT OF CREDITORS. (vCal Hearing ID (1122614)). (related document(s)110) (Hernandez, Jan) (Entered: 09/06/2007) |
| 09/06/2007 | 119 | Notice of Lodging Proposed Order *Granting Application For Order to Show Cause Why Case Should Not Continue in a Chapter 7 and Be Administered For the Benefit of Estate Creditors* filed by ADAM B. NACH of LANE & NACH, P.C. on behalf of S. WILLIAM MANERA (related document(s)115).(NACH, ADAM) (Entered: 09/06/2007) |
| 09/11/2007 | 121 | Order Granting Application for Order to Show Cause Why Case Should Not Continue in a Chapter 7 and be Administered for the Benefit of Estate Creditors (Related Doc # 110) signed on 9/11/2007 . (Lewis, Diane) (Entered: 09/12/2007) |
| 09/12/2007 | 122 | **Minutes of Hearing held on: 09/12/2007** **Subject:** CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY NEW CENTURY MORTGAGE CORPORATION (3325 E. |

| | | |
|---|---|---|
| | | ASHURST PHX) and CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY NEW CENTURY MORTGAGE CORPORATION (1326 N CENTRAL #419 PHX).<br>**Appearances:** NONE.<br>**Proceedings:** HEARING CONTINUED TO 10/24/07 @ 2:30 P.M..<br>(vCal Hearing ID (1122378)). (related document(s)21) (Davis, Lorraine) (Entered: 09/13/2007) |
| 09/15/2007 | 123 | ENTERED IN ERROR - Claims Bar Date Previously Noticed - The Trustee reports that he or she now holds funds of this bankruptcy estate or expects to receive funds which should result in a dividend to creditors who were previously instructed not to file claims. The Trustee hereby requests that the Court fix the last date for filing proofs of claim and that notice be given to creditors.. (MANERA, S.) Modified on 9/17/2007 (Lewis, Diane). (Entered: 09/15/2007) |

### PACER Service Center
### Transaction Receipt

| | | | |
|---|---|---|---|
| | 09/18/2007 09:11:16 | | |
| **PACER Login:** | bb0117 | **Client Code:** | manera-poteet-lpb |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-bk-00871-RTB Fil or Ent: filed From: 6/20/2007 To: 9/18/2007 Doc From: 0 Doc To: 99999999 Format: HTML |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |