# **EXHIBIT F**

**SO ORDERED.**



Adam B. Nach - 013622
**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com

**Dated: June 25, 2007**

REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

Attorney for S. William Manera, Case Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| JASON EDWARD POTEET | No. 2-07-00871-RTB |
| Debtor. | ORDER GRANTING MOTION TO RECONSIDER ORDER LIFTING STAY AND SETTING ASIDE STAY LIFT ORDER (DOCKET #45) WITH REGARDS TO PROPERTY LOCATED AT 3325 EAST ASHURST DRIVE, PHOENIX, AZ 85048 |
| NEW CENTURY MORTGAGE CORPORATION, | |
| Movant. | |
| vs. | |
| JASON EDWARD POTEET, and S. William Manera, Chapter 7 Trustee | |
| Respondents. | |

This Court having considered Case Trustee's Motion to Reconsider the Order Lifting Stay entered at docket #45, with regards to property located at 3325 East Ashurst Drive, Phoenix, AZ 85048, and good cause appearing:

IT IS HEREBY ORDERED granting the Trustee's motion.

IT IS FURTHER ORDERED that the Order granting relief from the Automatic Stay entered on the docket on April 10, 2007, at docket #45 is set aside, and the automatic stay as to the property located at 3325 East Ashurst Drive, Phoenix, AZ 85048 is reinstated *ab initio*.

Lane & Nach, P.C.
2025 North Third Street, Suite 157
Phoenix, AZ 85004

1
2     IT IS FURTHER ORDERED that a continued hearing in this matter relating to docket #17 will be set for July 11, 2007 at 2:30.

3                              **DATED AND SIGNED ABOVE.**

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Lane & Nach, P.C.
2025 North Third Street, Suite 157
Phoenix, AZ 85004

2