# **EXHIBIT G**

1  Adam B. Nach – 013622
   Lisa Perry Banen - 101412
2  **LANE & NACH, P.C.**
   2025 North Third Street
3  The Brookstone - Suite 157
   Phoenix, Arizona 85004
4  Telephone No.: (602) 258-6000
   Facsimile No.: (602) 258-6003
5

6  Attorneys for S. William Manera, Trustee

7  IN THE UNITED STATES BANKRUPTCY COURT

8  FOR THE DISTRICT OF ARIZONA

9  In re:  (Chapter 7 Case)

10 JASON EDWARD POTEET,  No. 2-07-bk-00871-RTB

11 Debtor.  **NOTICE OF FILING OF SCHEDULES A, B, D, AND F AND OF UPDATED MASTER MAILING MATRIX**
12

13

14

15 Notice is hereby given that S. William Manera, by and through its attorneys undersigned,

16 is filing the following Schedules, attached hereto:

17   Schedule A: Real Property
     Schedule B: Personal Property
18   Schedule D: Creditors Holding Secured Claims
     Schedule F: Creditors Holding Unsecured Nonpriority Claims.
19

20 In addition, Trustee has updated the Master Mailing Matrix to include creditors and

21 potential creditors as determined by the Trustee.

22 Trustee has determined that the parties listed in the attached Schedules may have claims,

23 but has no first-hand information concerning the validity of claims. Additionally, the Trustee does not

24 have first hand knowledge regarding the property listed in the Schedules or the value thereof. These

25 schedules are therefore filed upon information and belief. Trustee reserves the right to challenge the

26 validity of any claim.

27

28
   Lane & Nach, P.C.
   2025 North Third St., Suite 157
   Phoenix, AZ 85004

RESPECTFULLY SUBMITTED this 24th day of August 2007.

**LANE & NACH, P.C.**

By  /s/ Lisa Perry Banen - 010412
    Adam B. Nach
    Lisa Perry Banen
    Attorneys for Trustee

Copy of the foregoing
Served via mail/electronic noticing
To the following:

Jason Edward Poteet
7430 E. Chaparral Road #226A
Scottsdale, Az 85250

Jason Edward Poteet
1326 N. Central Avenue #419
Phoenix, AZ 85004

Jason Edward Potett
3325 East Ashurst Drive
Phoenix, AZ 85048

Jason Edward Poteet
15130 E Miravista
Fountain Hills, AZ 85268

Edward K. Bernatavicius,
Office of the US Trustee
230 N. 1st Avenue Suite #204
Phoenix, AZ 85003

By  /s/ Sheila Rochin

In re  Jason E. Poteet  
      Debtor

Case No. 2-07-bk-00871-RTB  
      (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1326 NORTH CENTRAL #419 PHOENIX, AZ | Fee Simple | | 475,000.00 | 393,641.91 |
| 3225 EAST ASHURST DRIVE PHOENIX, AZ   LIEN IS DISPUTED | Fee Simple | | 481,300.00 | |
| 7430 EAST CHAPPARAL RD #226A SCOTTSDALE, AZ | Fee Simple | | 185,000.00 | Exceeds Value |
| | | Total ▶ | 1,141,300.00 | |

(Report also on Summary of Schedules.)

In re  Jason E. Poteet  
           Debtor

Case No. 2-07-bk-00871-RTB  
           (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6. Wearing apparel. | · | | | |
| 7. Furs and jewelry. | | ROLEX WATCH<br>Gents Gold Rolex Watch | | 8,200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment | · | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issuer. | | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C § 530(b)(1) or under a qualified State tuition plan as defined in 26 U S.C. § 529(b)(1) Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)) | | | | |

In re **Jason E. Poteet**          Case No. **2-07-bk-00871-RTB**
        Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize | | | | |
| 14. Interests in partnerships or joint ventures. Itemize | | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | | | |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | ı. | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.1.0-680 - 0

In re  Jason E. Poteet                                           Case No.  2-07-bk-00871-RTB
            Debtor                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed Itemize | | | | |

                                  0    continuation sheets attached    Total    $    8,200.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Official Form 6D (10/06)

In re   Jason E. Poteet                             ,        Case No.    2-07-bk-00871-RTB
        Debtor                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C §112. If a "minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxx7071<br>AMC MORTGAGE SERVICES<br>505 South Main Street<br>Orange, CA 92868 | | | Lien: Second Mortgage<br><br>VALUE $  0.00 | | | | Unknown | Unknown |
| ACCOUNT NO. xxx6917<br>AMC MORTGAGE SERVICES<br>P.O. BOX 11000<br>SANTA ANA, CA 92711 | | | Lien: Deed of Trust<br><br>VALUE $  0.00 | | | | Unknown | Unknown |
| ACCOUNT NO. xxx7570<br>AURORA LOAN SERVICES<br>P.O. BOX 1706<br>601 5TH AVENUE<br>SCOTTSBLUFF, NE 69363 | | | Lien: Deed of Trust<br><br>VALUE $  0.00 | | | | Unknown | Unknown |

__2__ continuation sheets attached

Subtotal ▶ (Total of this page) | $ 0.00 | $ 0.00
Total ▶ (Use only on last page) | $ | $

(Report total also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6D (10/06) – Cont.

In re **Jason E. Poteet**, Debtor

Case No. **2-07-bk-00871-RTB** (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx5652<br>BEN BRIDGE JEWELER<br>BANKRUPTCY RECEIVABLES<br>P.O. BOX 3788<br>TUSIN, CA 92781-3788 | | | VALUE $ 0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. xxx5652<br>BEN BRIDGE JEWELERS<br>P.O. BOX 1908<br>SEATTLE, WA 98111 | | | Lien: PMSI non-vehicle < 365 days<br>Security: GNTS GOLD ROLEX WATCH<br>VALUE $ 8,200.00 | | | | 3,393.15 | 0.00 |
| ACCOUNT NO. xxxx5029<br>LAKEWOOD COMMUNITY HA<br>9362 EAST RAINTREE<br>SCOTTSDALE, AZ 85260 | | | Lien:<br>VALUE $ 0.00 | | | | 314.48 | 314.48 |
| ACCOUNT NO. xxx9505<br>NEW CENTRY MORTGAGE<br>1610 E. ST. ANDREW PLACE, B150<br>IRVINE, CA 92602 | | | Lien: Deed of Trust<br>Security: 1326 North Central #419, Phoenix, AZ<br>VALUE $ 475,000.00 | | | | 393,641.91 | 0.00 |
| ACCOUNT NO. xxx4995<br>NEW CENTURY MORTGAGE<br>1610 E. ST. ANDREWS PLACE, SUITE B150<br>IRVINE, CA 92602 | | | Lien: Deed of Trust<br>Security: 3325 E. Ashurst Drive, Phoenix, AZ<br>VALUE $ 481,000.00 | | | X | 576,685.20 | |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ 974,034.74 $

Total (Use only on last page) $ $

Official Form 6D (10/06) – Cont.

In re __Jason E. Poteet_____,    Case No. __2-07-bk-00871-RTB__
         Debtor                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxx5003 REGIONS BANK c/o PERRY & SHAPIRO 3300 NORTH CENTRAL AVENUE #2200 PHOENIX, AZ 85012 | | | Lien: Deed of Trust Security: 7430 E. Chapparal Road #226A, Scottsdale, AZ  VALUE $ 185,000.00 | | | | 202,651.95 | 17,651.95 |
| ACCOUNT NO. xxxx2970 United Mortgage and Loan Investment Attn: BK-13 Dept. P.O. Box 471827 Charlotte, NC 28247 | | | Lien: Deed of Trust Security: 7430 East Chaparral Road #A226, Scottsdale, AZ 85250  VALUE $ 0.00 | | | | 54,845.00 | 54,845.00 |
| ACCOUNT NO. xxx0325 WILSHIRE CREDIT CORP. P.O. BOX 8517 PORTLAND, OR 97207 | | | Lien: Second Mortgage  VALUE $ 0.00 | | | | 102,912.00 | 102,912.00 |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ► (Total of this page) $ 360,408.95 | $ 175,408.95

Total ► (Use only on last page) $ 1,334,443.69 | $ 271,408.63

Official Form 6F (10/06)

In re  Jason E. Poteet ,    Case No. 2-07-bk-00871-RTB
           Debtor                                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxx6564 AMERICAN EXPRESS TRAVEL RELATED SERVICES C/O PHILLIPS & COHEN ASSOCIATES 258 CHAPMAN ROAD, SUITE 205 NEWERK, DE 19702 | | | | X | X | X | 2,612.24 |
| ACCOUNT NO. xxx0210 ARIZONA CENTRAL CU 3611 BLACK CANYON PHOENIX, AZ 85015 | | | | X | X | X | Notice Only |
| ACCOUNT NO. xxx0210 ARIZONA CENTRAL CU PO BOX 11650 PHOENIX, AZ 85061 | | | | X | X | X | 1,274.87 |
| ACCOUNT NO. ARIZONA DEPARTMENT OF REVENUE 1600 WEST WASHINGTON, ATTN: BK DEPT. PHOENIX, AZ 85004 | | | | | | | Notice Only |

_4_ continuation sheets attached

Subtotal ➤ $ 3,887.11

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  Jason E. Poteet                                ,         Case No.  2-07-bk-00871-RTB
       Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxx3946 <br> B-Real, LLC <br> MS 550 <br> P.O. Box 91121 <br> Seatle, WA 98111 | | | | X | X | X | 1,323.08 |
| ACCOUNT NO. xxx5416 <br> BMW FIN SERVICE <br> 5515 PARK CENTER <br> DUBLIN, OH 43017 | | | Consideration: AUTO LEASE | X | X | X | 3,835.00 |
| ACCOUNT NO. xxx0185 <br> CAPITAL ONE BANK <br> 11013 W. ROAD STREET <br> GLEN ALLEN, VA 23060 | | | | X | X | X | Notice Only |
| ACCOUNT NO. xxx0185 <br> CAPITAL ONE BANK <br> P.O. BOX 60024 <br> CITY OF INDUSTRY, CA 91716-0024 | | | | X | X | X | 1,555.00 |
| ACCOUNT NO. xxx8754 <br> CHASE <br> P.O. BOX 15298 <br> WILMINGTON, DE 19850 | | | | X | X | X | 8,225.00 |

Sheet no. _1_ of _4_ continuation sheets attached to Schedule of Creditors Holding Unsceured Nonpriority Claims

Subtotal➤ $ 14,938.08

Total➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  Jason E. Poteet _____ ,   Case No. __2-07-bk-00871-RTB__
              Debtor                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx8754 <br> CHASE BANK VISA N.A. <br> c/o WEINTEIN & RILEY, N.A <br> P.O. BOX 3978 <br> SEATLE, WA 98124-3973 | | | | X | X | X | Notice Only |
| ACCOUNT NO. xxx4244 <br> CITI CARDS <br> PO BOX 6077 <br> SIOUX FALLS, SD 57117-6077 | | | | X | X | X | Unknown |
| ACCOUNT NO. <br> COX COMMUNICATION <br> C/O KENNETH EISE <br> 777 E. MISSOURI AVENUE <br> PHOENIX, AZ 85014 | | | | X | X | X | 564.00 |
| ACCOUNT NO. xxx0854 <br> GEMB/ULTIMATE ELECTRONICS <br> P.O BOX 981439 <br> EL PASO, TX 79998 | | | | X | X | X | Notice Only |
| ACCOUNT NO. xxxx0854 <br> GEMB/ULTIMATE ELECTRONICS <br> PO BOX 960061 <br> ORLANDO, FL 32896-0061 | | | | X | X | X | 5,837.00 |

Sheet no. _2_ of _4_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 6,401.00

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  Jason E. Poteet                                    ,         Case No.  2-07-bk-00871-RTB
         Debtor                                                                    (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>INTERNAL REVENUE SERVICE<br>210 EAST EARLL STOP 5082<br>PHOENIX, AZ 85012 | | | | | | | Notice Only |
| ACCOUNT NO. xxx1982<br>KAY JEWLERS<br>375 GHENT ROAD<br>AKRON, OH 44333 | | | | X | X | X | Notice Only |
| ACCOUNT NO. xxx982<br>KAY JEWLERS<br>P.O. BOX 740425<br>CINCINNATI, OH 45274-0425 | | | | X | X | X | 5,300.00 |
| ACCOUNT NO.<br>New Century Mortgage<br>c/o Kevin Hahn, Esq<br>2112 Business Center Drive, 2nd Floor<br>Irvine, CA 92612 | | | | X | X | X | 576,685.20 |
| ACCOUNT NO. XXX9244<br>RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVILLE, SC 29603 | | | | X | X | X | 5,870.84 |

Sheet no. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 587,856.04

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  Jason E. Poteet                        ,         Case No.  2-07-bk-00871-RTB
            Debtor                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> SALT RIVER PROJECT <br> 1521 NORTH PROJECT DRIVE <br> TEMPE, AZ 85281 | | | | X | X | X | 1,112.00 |
| ACCOUNT NO. <br> SIRENA SANCHEZ <br> C/O CAROLY CROOK, ESQ. <br> 8300 NORTH HAYDEN ROAD <br> SUITE 207 <br> SCOTTSDALE, AZ 85358 | | | | X | X | X | Unknown |
| ACCOUNT NO. xxx37824 <br> WFNNB/VCCTRIA <br> P.O. BOX 182128 <br> COLUMBUS, OH 43218 | | | | X | X | X | 1,138.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 4 of 4 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  2,250.00

Total▶  $  615,332.23

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)