## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on September 24, 2007, I caused one copy of the foregoing to be served upon the parties on the attached service list via U.S. Mail, postage prepaid or in the manner so indicated.

/s/ Amanda M. Winfree
Amanda M. Winfree (#4615)

**Century TRS Holdings, Inc., et al.
Service List**

*Representing Morgan Stanley Mortgage Capital Inc.*
Robert J. Dehney
Gregory W. Werkheiser
Daniel B. Butz
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 1347
**HAND DELIVERY**

*Representing Countrywide Home Loans*
Charles J. Brown, III
"J" Jackson Shrum
Harvey Pennington Ltd.
913 Market Street, Suite 702
Wilmington, DE 19801
**HAND DELIVERY**

*Representing Deutsche Bank National Trust Company*
David B. Stratton
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
**HAND DELIVERY**

*Representing IndyMac Bank, FSB*
Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
**HAND DELIVERY**

*Representing Bank of America, NA*
Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing Kodiak)*
Norman M. Monhait
Rosenthal Monhait & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801
**HAND DELIVERY**

*Representing Debtors*
Mark D. Collins
Michael J. Merchant
Chun I. Jang
Richards, Layton & Finger, P.A.
One Rodney Square, 920 King Street
Wilmington, DE 19899
**HAND DELIVERY**

*Representing Citigroup Global Markets Realty Corp.*
Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
**HAND DELIVERY**

*Representing United States Trustee*
Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801
**HAND DELIVERY**

*Representing Residential Funding Company, LLC*
Eric Lopez Schnabel
Dorsey & Whitney (Delaware) LLP
1105 North Market Street, 16th Floor
Wilmington, DE 19801
**HAND DELIVERY**

*Representing CB Richard Ellis Corporate Facilities Management*
Ian Connor Bifferato
Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
**HAND DELIVERY**

William E. Chipman
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing GECC)*
Michael G. Gallerizzo
Gebhardt & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing Union Bank of California)*
David M. Fournier
Pepper Hamilton
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing RBC Mortgage Company, et al.)*
Francis A. Monaco, Jr.
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing the Official Committee of Unsecured Creditors)*
Bonnie Glantz. Fatell
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing C-BASS and Wells Fargo)*
Michael Busenkell
Eckert Seamans Cherin & Mellot LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing DB Structured Products, Inc.)*
Robert S. Brady
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing Qwest Corporation)*
Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing Natixis Real Estate Capital Inc.)*
Neil B. Glassman
Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing SN Servicing Corp.)*
Richard M. Beck
Michael W. Yurkewicz
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing Carrington Mortgage Services and Carrington Capital Management, LLC)*
Steven K. Kortanek
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing Premier Print and Services Group LLC)*
Joseph Grey
Stevens & Lee PC
1105 North Market Street, 7th Floor
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing JP Morgan Chase Bank)*
Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc.)*
Michael R. Nestor
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing ABN AMRO)*
Joanne B. Wills
Michael W. Yurkewicz
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing Washington Mutual)*
Karen C. Bifferato
Marc J. Phillips
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 Orange Street
Wilmington, DE 19801
**HAND DELIVERY**

(Representing Maguire Properties-Park Place, LLC, Maguire Properties-3121 Michelson, LLC and Maguire Properties-3161 Michelson, LLC)
Megan E. Cleghorn
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801
**HAND DELIVERY**

(Representing Stony Point East, LP)
Richard S. Cobb
Matthew B. McGuire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
**HAND DELIVERY**

(Representing IBM)
Charlene D. Davis
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19805
**HAND DELIVERY**

(Representing Adfitech, Inc.)
Evelyn J. Meltzer
Pepper Hamilton
1313 Market Street
Hercules Plaza, Suite 5100
Wilmington, DE 19801
**HAND DELIVERY**

(Representing Nabih Mangoubi and Esther Mangoubi)
Elihu E. Allinson, III
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
**HAND DELIVERY**

(Representing Walz Postal Solutions, Inc. & Walz Secured Outsourcing)
William A. Hazeltine
Law Offices of William A. Hazeltine LLC
The Brandywine Building
1000 N. West Street
Wilmington, DE 19801
**HAND DELIVERY**

(Representing Sprint Nextel Corporation, ADT and Citi Mortgage)
Brett D. Fallon
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
**HAND DELIVERY**

(Representing Positive Software Solutions, Inc.)
Daniel K. Astin
Anthony M. Saccullo, Carl D. Neff
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, DE 19801
**HAND DELIVERY**

(Representing KST Data, Inc.)
Richard M. Beck
Christopher A. Ward
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
**HAND DELIVERY**

(Representing Coremetrics, Inc.)
Jeffrey C. Wisler
Marc J. Phillips
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
**HAND DELIVERY**

(Representing LandAmerica Default Services Company)
William F. Taylor, Jr.
Katharine L. Mayer
McCarter & English LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801
**HAND DELIVERY**

(Representing WARN Act Claimants)
James E. Huggett
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19899
**HAND DELIVERY**

(Representing Hartford Fire Insurance Company)
Michael R. Lastowski
Christopher M. Winter
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
**HAND DELIVERY**

(Representing HSBC Bank USA)
Andrew C. Kassner
Howard A. Cohen
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
**HAND DELIVERY**

*(Representing Village at Camp Bowie I, LP)*
Stephen M. Miller
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
**HAND DELIVERY**


*(Representing Michael J. Missal, Examiner)*
Mark Minutie
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
**HAND DELIVERY**


*(Representing CSHV Denver Tech Center LLC)*
Victoria W. Counihan
Dennis A. Molero
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
**HAND DELIVERY**


*(Representing New Falls Corporation)*
James F. Bailey, Jr.
Law Offices of James F. Bailey, PA
Three Mill Road, Suite 306A
Wilmington, DE 19806


*(Representing the Official Committee of Unsecured Creditors)*
Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floors
New York, NY 10022

*Representing Celina ISD, Princeton ISD, City of Princeton, Richardson ISD, Cedar Hill ISD, City of Cedar Hill, Whitewright ISD, City of Whitewright, City of Hurst, Arlington ISD, Castleberry ISD and Mansfield ISD*
Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430

*Representing Morgan Stanley Mortgage Capital Inc.*
Luc A. Despins
Wilbur F. Foster
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

*(Representing Tamares Real Estate Holdings, et al.)*
William F. Taylor, Jr.
Katharine L. Mayer
McCarter & English LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801
**HAND DELIVERY**


*(Representing Barclays Bank PLC)*
Henry Jaffe
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
**HAND DELIVERY**


*(Representing The Irvine Company)*
Michael G. Busenkell
Eckert, Seamans, Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19899
**HAND DELIVERY**


*(Counsel to P.C. Associates)*
Christopher P. Simon
Kevin S. Mann
Cross & Simon LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801
**HAND DELIVERY**


*Representing Debtors*
Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark, Emily Culler
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

*Representing Citigroup Global Markets Realty Corp.*
Paul M. Basta
Joshua A. Sussberg
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

*Representing Federal Express Corporation*
Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510

*Representing Morgan Stanley Mortgage Capital Inc.*
Howard R. Hawkins, Jr.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

*Representing Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc.*
Joseph H. Smolinsky
Douglas E. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

*Representing Ellington Management Group, Inc.*
Patricia B. Tomasco
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

*Representing Deutsche Bank National Trust Company*
Mark N. Berman
Nixon Peabody LLP
10 Summer Street
Boston, MA 02110-1832

*Representing Deutsche Bank National Trust Company*
Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

*Representing Dallas County*
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

*Representing Residential Funding Company, LLC*
Chris Lenhart
Dorsey & Whitney LLP
Suite 1500
50 South 60th Street
Minneapolis, MN 55402-1498

*Representing CB Richard Ellis Corporate Facilities Management*
John E. Mitchell
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201

*Representing IndyMac Bank, FSB*
Claudia Z. Springer
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

T. Robert Finlay
Donna L. La Porte
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660

Travelers
National Accounts
1 Tower Square – 5MN
Hartford, CT 06183-4044
Attn: Scot Freeman, Case Manager

Malcolm & Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612
Attn: William G. Malcolm

*Representing Bank of America, N.A.*
Margot B. Schonholtz
Mark F. Liscio
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

T. Robert Finlay
Donna L. LaPorte
Wright Finlay & Zak LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660

Lawrence P. Gottesman
Sukyong Suh
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Katherine M. Windler
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

Hernando Azarcon
Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI 48075

Paul T. Liu, Executive VP & Deputy General Counsel
John Guerry, Senior VP & Assistant General Counsel
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA 91302

*(Representing Kodiak)*
Matthew Botica
David Wirt
Grayson Walter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

*(Representing Alireza Nazmi & Golden Key Mortgage)*
Charles A. Hansen
Wendel Rosen Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

*(Representing Theresa A. Davis)*
Robert P. Cocco
Robert P. Cocco, P.C.
437 Chestnut Street, Suite 1006
Philadelphia, PA 19106

Jed A. Hart
Angelo, Gordon & Co.
245 Park Avenue
New York, NY 10167

*(Representing Wells Fargo, Indenture and Property Trustee)*
David E. Retter
Christena L. Lambrianakos
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Thomas M. Korsman
Vice President
Wells Fargo Bank
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN 55479

Stuart B. Wolfe
Yaron Shaham
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

*(Representing Union Bank of California)*
Barry Freeman
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

*(Representing Union Bank of California)*
David Poitras
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

*(Representing New York State Teachers' Retirement System)*
Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Diane J. Richey
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, CA 90071

*(Representing New York State Teachers' Retirement System)*
Blair A. Nicholas
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

*(Representing New York State Teachers' Retirement System)*
Salvatore J. Graziano
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

*(Representing C-BASS and Wells Fargo)*
J.R. Smith
Jason W. Harbour
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

*(Representing Carrington Mortgage Services and Carrington Capital Management, LLC)*
Thomas S. Kiriakos
Sean T. Scott
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Michael Weinstock
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY 10152

Vicki Namken
Bankruptcy Coordinator
IBM Corporation
13800 Diplomat Drive
Dallas, TX 75234

Jon A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

*(Representing eMortgage Logic LLC)*
Jeffrey I. Golden
Hutchison B. Meltzer
Weiland Golden Smiley Wang Ekvall & Strok LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

*(Representing DB Structured Products, Inc.)*
Andrew J. Gallo
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

*(Representing SIRVA Relocation)*
Glenn M. Reisman
Two Corporate Drive
Suite 234
Shelton, CT 06484

*(Representing Carrollton-Farmers Branch Independent School District, Garland Independent School District and Lewisville Independent School District)*
Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, TX 75205

*(Representing DB Structured Products, Inc.)*
Robert M. Dombroff
Steven Wilamowsky
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Mitchell W. Katz
Qwest Legal Department
1801 California Street, Suite 900
Denver, CO 80202

*(Representing MTC Financial Inc., dba Trustee Corps.)*
Richard J. Reynolds
Turner Reynolds Greco & O'Hara
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618

*(Representing United HealthCare Insurance Company)*
Julie A. Manning
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

*(Representing Bexar County, City of Elpaso)*
David G. Aelvoet
Linebarger Goggan Blair & Sampson LLP
Travis Building
711 Navarro, Suite 300
San Antonio, TX 78205

*(Representing DRA CRT POST OAK, L.P.)*
Brian D. Womac
Denise H. Mitchell
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, TX 77024

Ohio Attorney General's Office
Matthew J. Lampke
Assistant Chief
Executive Agencies Section
30 E. Broad Street, 26th Floor
Columbus, OH 43215-4200

*(Representing 500 Eagles Landing LLC)*
Robert P. Gates
Erskine & Tully, P.C.
220 Montgomery Street, Suite 303
San Francisco, CA 94104

*(Representing DB Structured Products, Inc.)*
Richard H. Agins
Bingham McCutchen
One State Street
Hartford, CT 06103-3178

*(Representing Sprint Nextel Corporation)*
David I. Swan
Kenneth M. Misken
McGuire Woods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215

*(Representing ABN AMRO)*
Raniero D'Aversa, Jr.
Laura D. Metzger
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820

*(Representing Natixis Real Estate Capital)*
Gregory M. Petrick
Angela Somers
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

*(Representing ChoicePoint)*
James R. Savin
David M. Dunn
Joanna F. Newdeck
Akim Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., NW
Washington, DC 20036

Ikon Office Solutions
Recovery & Bankruptcy
3920 Arkwright Road, Suite 400
Macon, GA 31210
Attn: Keith Clement

*(Representing Washington Mutual)*
David H. Zielke
Vice President & Assistant General Counsel
1301 Second Avenue, WMC 3501
Seattle, WA 98101

Property Management Professionals, LLC
Attn: Kurt Henry
1512 Royce Drive
Locust Grove, GA 30248

*(Representing City of Edinburg, EDCOUCH-ELSA, ISD, Nueces County and South Texas College)*
Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX 78760

*(Representing Barclays Bank PLC)*
Ken Coleman
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

*(Representing SunTrust Leasing Corporation)*
Robert Goodrich
Stites & Harison, PLLC
1800 Fifth Third Center
424 Church Street
Nashville, TN 37219-2376

*(Representing Scott Morris and Angela Morris)*
Felix A. Seidler
Reeves & Seidler
2527 Santa Clara Avenue
Alameda, CA 94501-4633

Bruce Gordon
Special Handling Group -- MD NC322
IBM Credit LLC
North Castle Drive
Armonk, NY 10504

Seth R. Weissman
V.P. and General Counsel
Coremetrics, Inc.
1840 Gateway Drive, Suite 320
San Mateo, CA 94404

*(Representing Maguire Properties-Park Place, LLC, Maguire Properties-3121 Michelson, LLC and Maguire Properties-3161 Michelson, LLC)*
D.J. Baker
Rosalie W. Gray
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

500 Eagles Landing, LLC
Attn: David A. Meskan, Manager
2100 Green Street, Apt. 404
San Francisco, CA 94123

Sheryl L. Moreau
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 35
Jefferson City, MO 65105-0475

*(Representing Positive Software Solutions, Inc.)*
Mark H. Ralston
The Rawlston Law Firm
2603 Oak Lawn Avenue
Suite 230, LB 2
Dallas, TX 75219-9109

Mark Manski, Esq.
Barclays Bank PLC
200 Park Avenue
New York, NY 10166

*(Representing KST Data, Inc.)*
Randall S. Leff
Eric M. Heller
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212-2974

Sara E. Meado, Paralegal
Delinquency and Enforcement
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, FL 33831-2016

*(Representing Connecticut Avenue L.P.)*
Bryn H. Sherman
Deckelbaum, Ogens, & Raftery, Chtd.
3 Bethesda Metro Center, Suite 200
Bethesda, MD 20814

Gregg S. Kleiner
Cooley Godward Kronish LLP
101 California Street, 5th Floor
San Francisco, CA 94111-2222

Madeleine C. Wanslee
Gust Rosenfeld PLC
201 E. Washington Street, Suite 800
Phoenix, AZ 85004-2327

*(Representing The Realty Associates Fund VII, LP)*
Robert E. Greenberg
Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC
1101 Seventeenth Street, NW
Suite 700
Washington, DC 20036-4704

*(Representing IBM)*
Leo D. Plotkin
Levy Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049-1633

*(Representing National Field Representatives, Inc.)*
Thomas D. Maxson
Cohen & Grigsby, PC
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319

*(Representing American Express Travel Related Svcs Co Inc. Corp. Card)*
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

*(Representing WARN Act Claimants)*
Stuart J. Miller
Lankenau & Miller LLP
1775 Broadway, Suite 610
New York, NY 10019

*(Representing WARN Act Claimants)*
Mary E. Olsen
M. Vance McCrary
J. Cecil Gardner
The Gardener Firm
1119 Government Street
Post Office Drawer 3103
Mobile, AL 36652

Tennessee Department of Revenue
c/o Tennessee Attorney General's Office, Bankrupcy Division
P.O. Box 20207
Nashville, TN 37202

*(Representing Tax Appraisal District of Bell County, County of Denton, Mexia Independent School District, County of Williamson)*
Michael Reed
McCreary Veselka Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680

*(Representing Pennsbury Village Borough)*
John J. Arminas
Goldberg Kamin & Garvin
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219

*(Representing Mack-Cali Realty Corporation)*
Lisa C. McLaughlin
Phillips Goldman & Spence, PA
1200 North Broom Street
Wilmington, DE 19806

*(Representing Mack-Cali Realty Corporation)*
Carlos G. Manalansan
Wolff & Samson, PC
The Offices of Crystal Lake
One Boland Drive
West Orange, NJ 07052

Susan D. Profant, CFPA, CLA, Paralegal
Ken Burton, Jr., Manatee County Tax Collector
P.O. Box 25300
Bradenton, Florida 34206-5300

*(Representing Hartford Fire Insurance Company)*
T. Scott Leo
Grace Winkler Cranley
Leo & Weber, PC
One N. LaSalle Street, Suie 3600
Chicago, IL 60602

*(Representing Iron Mountain Information Management, Inc.)*
Frank F. McGinn
Bartlett Hackett Feinberg PC
155 Federal Street, 9th Floor
Boston, MA 02110

Daniel T. Powers
Chatham County Tax Commissioner
P.O. Box 8321
Savannah, GA 31412

*(Representing Oracle USA, Inc.)*
Amish R. Doshi
Day Pitney LLP
7 Times Square
New York, NY 10036-7311

Mark Lee
Contrarian Capital Management LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

*(Representing Fidelity National Information Services, Inc.)*
Donald A. Workman
Baker & Hostetler LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036

*(Representing KW Properties, Ltd.)*
Nancy Hotchkiss
Trainor Fairbrook
P.O. Box 255824
Sacramento, CA 95865

*(Representing America's Servicing Company, CitiMortgage, Inc.)*
A. Michelle Hart
McCalla Raymer LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

Gretchen Crawford
Assistant District Attorney
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, Oklahoma 73102

*(Representing Douglas Emmett 2000, LLC)*
Don C. Sherwood
Sherwood and Hardgrove
11812 San Vincente Boulevard, Suite 210
Los Angeles, CA 90049-6622

*(Representing Quadrangle 2 LLC)*
Sheldon I. Hirshon
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

*(Representing Speedpay, Inc.)*
Joseph D. Frank
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610

*(Representing Broadway Center Associates, L.P.)*
Steven H. Newman
Katsky Korins LLP
605 Third Avenue, 16th Floor
New York, NY 10158

*(Representing National City Commercial Capital Company LLC)*
Sherry D. Lowe
Lamm Rubenstone Lesavoy Butz & David LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053

Larry Thomas
Integrated Payment Systems, Inc.
Meridian Building
12500 East Belford Avenue
Mail Stop M12B
Englewood, CO 80112

Eschelon Telecom, Inc.
Attn: Dennis D. Ahlers, Associate General Counsel
730 Second Avenue South
Suite 900
Minneapolis, MN 55402

*(Representing QKC Maui Owner LLC)*
Bruce L. Segal
Honigman Miller Schwartz & Cohn LLP
Suite 100, 38500 Woodward Avenue
Bloomfield Hills, MI 48304

*(Representing ADT)*
Sally E. Edison
McGuire Woods LLP
Dominion Tower
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222-3142

*(Representing Tamares Real Estate Holdings, et al.)*
Richard M. Lucas
Charles A. Malloy
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004

Rosa Dominy
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

*(Representing Harris County, Montgomery County, Cypress-Fairbanks ISD and Fort Bend County)*
John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

*(Representing CSHV Denver Tech Center LLC)*
Daniel Ansell
Kenneth Philbin
Greenberg Traurig LLP
MetLife Building
200 Park Avenue
New York, NY 10166

*(Representing Collin County Tax Assessor/Collector)*
David McCall
Gay McCall Isaacks Gordon & Roberts, PC
777 East 15th Street
Plano, TX 75074

Imperial County Treasurer-Tax Collector
940 West Main Street, Suite 106
El Centro, 92243

*(Representing ACS)*
Larry Levick
Michelle E. Shriro
Gerard Singer Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001

*(Representing Village at Camp Bowie I, LP)*
Fielder F. Nelms
Smith Stern Friedman & Nelms, PC
6688 North Central Expressway
Suite 550, L.B. 37
Dallas, TX 75206

Leslie Marks
3099 Suter Street
Oakland, CA 94602

Phelan Hallinan and Schmeig, LLP
Attn: Judith T. Romano
Suite 1400
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

Jeffrey J. Newton
County Attorney for Broward County
Government Center
115 South Andrews Avenue
Ft. Lauderdale, FL 33301


*(Representing Michael J. Massal, Examiner)*
Rebecca L. Kline Dubill
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006-1600

*(Representing Michael J. Missal, Examiner)*
Edward M. Fox
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022-6030


*(Representing Bank of the West)*
Susan L. Vaage
Graham Vaage & Cisneros
500 North Brand Boulevard, Suite 1030
Glendale, CA 91203

*(Representing Michael J. Massal, Examiner)*
Stephen G. Topetzes
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006-1600


*(Representing Aldine Independent School District)*
Susan R. Fuertes
14910 Aldine-Westfield Road
Houston, TX 77032

*(Representing Hidalgo County)*
John Banks
Perdue Brandon Fielder Collins & Mott LLP
3301 Northland Drive, Suite 505
Austin, TX 78731


*(Representing The Irvine Company)*
Jesse S. Finlayson
Michael R. Williams
Finlayson, Augustini, & Williams, LLP
110 Newport Center Drive, Suite 100
Newport Beach, CA 92660

*(Representing Daniel J. Rubio, John Hicks and David Vizcarra)*
James M. Trush
Trush Law Office
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7187


*(Representing American Home Mortgage Corp.)*
Ted A. Berkowitz
FARRELL FRITZ, P.C.
1320 Reckson Plaza
Uniondale, NY 11556-1320

Cy Epstein
General Counsel
Clear Capital.com, Inc.
6030 Orchard Avenue
Richmond, CA 94804


Anne Milgrim
Attorney General of New Jersey
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 119
Trenton, NJ 08625-0119

*(Representing Microsoft Corporation)*
John R. Knapp, Jr.
Cairncross & Hempelmann, P.S.
524 2nd Avenue, Suite 500
Seattle, WA 98104-2323

(Representing Pacifica Paradise Valley, LLC)
Steven R. Morasse
Desmond J. Collins
Grant & Morasse, A Professional Corporation
4921 Birch Street, Suite 120
Newport Beach, CA 92660

Wilshire Credit Corporation
P.O. Box 1650
Portland, OR 97207-1650
Attn: Arlene Gray, Bankruptcy Specialist

Tennessee Dept. of Labor & Workforce Development-
Unemployment Insurance
c/o TN Attorney Generals Office, Bankruptcy Division
PO Box 20207
Nashville, TN 37207-0207

Zachary Mosner
Assistant Attorney General
State of Washington
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

Julie H. Rome-Banks
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050
(Counsel to Cranbrook Realty Investment Fund LP)

(Representing the State of Michigan, Dept. of Treasury)
Julius O. Curling, Asst. Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202

(Representing Wharton County)
John P. Dillman
Linebarger Goggan Blair & Sampson LLP
Post Office Box 3064
Houston, TX 77253-3064

(Representing Gwinnett Center, LLC)
Heather D. Dawson
Kitchens Kelley Gaines, PC
Suite 900, 11 Piedmont Center
3495 Piedmont Road, N.E.
Atlanta, GA 30305

David G. Baker, Esq.
105 Union Wharf
Boston, MA 02109

Pagter & Miller
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701

EMC Corporation
c/o Receivable Management Services
P.O. Box 5126
Timonium, MD 21094

(Representing CitiMortgage)
Andrew J. Petrie
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400S
Denver, CO 80202-5424

(Representing Lehman Brothers)
Michael J. Riela
Latham & Watkins LLP
53rd at Third, Suite 1000
885 Third Avenue
New York, NY 10022-4068

(Representing Litton Loan Servicing LLP)
Hilary B. Bonial
Tyler B. Jones
Brice Vander Linden & Wernick, P.C.
P.O. Box 829009
Dallas, TX 75382-9009

*(Representing Litton Loan Servicing LLP)*
A. Michelle Hart
McCalla Raymer LLC
1544 Old Alabama Road
Roswell, GA  30076-2102