# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., et al., | (Jointly Administered) |
| Debtors. | |
| | Hrg Date: 10/23/07 @1:30 p.m. |
| _____/ | Objection Deadline: 10/16/07 |

## HOMEQ SERVICING CORPORATION'S MOTION FOR RELIEF FROM STAY WITH REGARD TO 12 PROPERTIES

COMES NOW HOMEQ SERVICING CORPORATION, as servicing agent for U.S. Bank National Association as Trustee under Pooling and Servicing agreement dated as of March 1, 2006 Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE2 Asset Backed Pass-Through Certificates, Series NC 2006-HE2 ("HOMEQ"), by and through its undersigned attorney, as and for its Motion for Relief from Stay with regard to 12 Properties, and states:

1. HOMEQ has initiated or seeks to initiate foreclosure proceedings against 12 properties wherein NEW CENTURY TRS HOLDINGS, INC., or one or more of the other Debtor entities (collectively, "the Debtor"), holds an inferior mortgage. A complete listing of said properties is attached hereto as Exhibit A.

2. Each of the listed mortgages is in default and HOMEQ is prevented from enforcing its rights under state law by virtue of the automatic stay.

3. Debtor has no defenses to the priority of HOMEQ's listed mortgages nor any defense to foreclosure thereof.

4. HOMEQ is not seeking any affirmative relief from the Debtor but is seeking to foreclose the mortgages on the aforementioned properties wherein the Debtor holds a junior lien.

5. The approximate amount due and HOMEQ'S good faith estimate of the value of the collateral are shown on Exhibit A.

6. For each listed property, the recording information for the HOMEQ mortgage is shown and, where known the recording information for the New Century second mortgage is also

shown

7. Due to the number of properties, copies of the loan documents are not being filed with this motion but are available upon request.

WHEREFORE, HOMEQ prays for an order lifting the stay with respect to the 12 properties identified on the attached list.

LAW OFFICES OF DAVID J. STERN, P.A.
801 S. University Drive Suite 500
Plantation, FL 33324
Phone: (954) 233-8000 ext 207
Fax: (954) 233-8648

/S/ Frederic J. DiSpigna

Dated: September 24, 2007

FREDERIC J. DISPIGNA, ESQUIRE
Florida Bar No. 345539
fdispigna@dstern.com

# IN RE: NEW CENTURY TRS HOLDINGS, INC.
## CASE NO. 07-10416-KJC

### LIST OF MORTGAGES FOR STAY RELIEF MOTION

| | LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | MOVANT'S MTG RECORDING | NEW CENT. MTG RECORDING | ESTIMATED VALUE | APPROX. DEBT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0324821719 | 921 WEST AVE | MADISON | SD | 57042 | 457/195 | 457/216 | $102,000.00 | $83,323.28 |
| 2 | 0324828235 | 495 5TH AVE EAST N | COLUMBIA FALLS | MT | 59912 | 2006-004-10040 | 2006-004-10050 | $159,000.00 | $147,045.18 |
| 3 | 0324837467 | 33 POPE LN | PALM COAST | FL | 32164 | 1372/655 | 1372/679 | $240,000.00 | $224,027.30 |
| 4 | 0324838143 | 47-49 MOUNTAIN AVE | NEW LONDON | CT | 06320 | 1603/183 | 1603/206 | $276,000.00 | $242,973.89 |
| 5 | 0324838317 | 7361 POLK ST | HOLLYWOOD | FL | 33024 | 41171/105 | 41171/127 | $295,000.00 | $251,928.20 |
| 6 | 0324840420 | 970 TRALEE CT | GURNEE | IL | 60031 | 5933008 | 5933009 | $319,000.00 | $279,593.37 |
| 7 | 0324846948 | 3876 SW 143RD PL | MIAMI | FL | 33175 | 24125/2244 | 24125/2402 | $605,000.00 | $467,092.22 |
| 8 | 0324847664 | 14756 LEMAY ST | VAN NUYS | CA | 91405 | 05-3155181 | | $635,000.00 | $507,235.70 |
| 9 | 0324848878 | 1559 MICHAEL DR | TRACY | CA | 95377 | 2006-004433 | 2006-004434 | $665,000.00 | $628,012.49 |
| 10 | 0324849397 | 1014 SALZEDO ST #109 | MIAMI | FL | 33134 | 24192/1230 | 24192/1255 | $139,290.00 | $133,493.21 |
| 11 | 0324852854 | 8239 KIMBARK AVE S | CHICAGO | IL | 60619 | 0534805085 | 0534805086 | $215,000.00 | $194,408.45 |
| 12 | 0324853035 | 15 EDGEWATER RD | TWNSHIP OF W MILFORD | NJ | 07421 | M7130/172 | M7130/188 | $235,000.00 | $204,417.76 |