# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | |
| et al., | (Jointly Administered) |
| Debtors. | |
| | **Hrg Date: 10/23/07 @1:30 p.m.** |
| _____ / | **Objection Deadline: 10/16/07** |

## HOMEQ SERVICING CORPORATION'S MOTION FOR
## RELIEF FROM STAY WITH REGARD TO 7 PROPERTIES

COMES NOW HOMEQ SERVICING CORPORATION, as servicing agent for Wells Fargo Bank, National Association as Trustee under Pooling and Servicing Agreement dated as of September 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-HE2 Mortgage Pass-Through Certificates, Series 2006-HE2 ("HOMEQ"), by and through its undersigned attorney, as and for its Motion for Relief from Stay with regard to 7 Properties, and states:

1. HOMEQ has initiated or seeks to initiate foreclosure proceedings against 7 properties wherein NEW CENTURY TRS HOLDINGS, INC., or one or more of the other Debtor entities (collectively, "the Debtor"), holds an inferior mortgage. A complete listing of said properties is attached hereto as Exhibit A.

2. Each of the listed mortgages is in default and HOMEQ is prevented from enforcing its rights under state law by virtue of the automatic stay.

3. Debtor has no defenses to the priority of HOMEQ's listed mortgages nor any defense to foreclosure thereof.

4. HOMEQ is not seeking any affirmative relief from the Debtor but is seeking to foreclose the mortgages on the aforementioned properties wherein the Debtor holds a junior lien.

5. The approximate amount due and HOMEQ'S good faith estimate of the value of the collateral are shown on Exhibit A.

6. For each listed property, the recording information for the HOMEQ mortgage is shown and, where known the recording information for the New Century second mortgage is also shown

7.  Due to the number of properties, copies of the loan documents are not being filed with this motion but are available upon request.

WHEREFORE, HOMEQ prays for an order lifting the stay with respect to the 7 properties identified on the attached list.

          LAW OFFICES OF DAVID J. STERN, P.A.
801 S. University Drive Suite 500
Plantation, FL 33324
Phone: (954) 233-8000 ext 207
Fax: (954) 233-8648

/S/ Frederic J. DiSpigna

Dated: September 24, 2007

FREDERIC J. DISPIGNA, ESQUIRE
Florida Bar No. 345539
fdispigna@dstern.com

IN RE: NEW CENTURY TRS HOLDINGS, INC.
CASE NO. 07-10416-KJC

LIST OF MORTGAGES FOR STAY RELIEF MOTION

| | LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | MOVANT'S MTG RECORDING | NEW CENT. MTG RECORDING | ESTIMATED VALUE | APPROX. DEBT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0325351476 | 4677 A ST SE | WASHINGTON | DC | 20019 | 2006164563 | 2006164564 | $200,000.00 | $179,063.10 |
| 2 | 0325362002 | 1132 NW 89TH TERR | PEMBROKE PINES | FL | 33024 | 42228/998 | 42228/1020 | $416,000.00 | $367,518.04 |
| 3 | 0325364255 | 4031 LITTLE DR | CONCORD | CA | 94521 | 2006-0147022-00 | 2006-0147023-00 | $690,000.00 | $565,676.50 |
| 4 | 0325364578 | 1709 LIGHTCAP ST | LANCASTER | CA | 93535 | 061031749 | 061031750 | $375,000.00 | $303,006.56 |
| 5 | 0325371466 | 4736-38 25TH ST SW | LEHIGH ACRES | FL | 33971 | 200600023008 | 200600023009 | $290,000.00 | $272,610.33 |
| 6 | 0325374288 | 5740 ETIWANDA AVE | TARZANA | CA | 91356 | 06-1115943 | 06-1115944 | $463,000.00 | $397,593.22 |
| 7 | 0325378057 | 9233 HARBOR STREAM AVE | LAS VEGAS | NV | 89149 | 0000716 | 0000717 | $260,000.00 | $245,318.05 |