**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:                                                              Case No. 07-10416-KJC
                                                                         Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,
et al.,                                                             (Jointly Administered)
                    Debtors.

_____/                          **Hrg Date: 10/23/07 @1:30 p.m.**
                                                                         **Objection Deadline: 10/16/07**

**HOMEQ SERVICING CORPORATION'S MOTION FOR**
**RELIEF FROM STAY WITH REGARD TO 14 PROPERTIES**

COMES NOW HOMEQ SERVICING CORPORATION, as servicing agent for U.S. Bank National Association as Trustee under Pooling and Servicing Agreement dated as of September 1, 2006 MASTR Asset Backed Securities Trust 2006-NC2 Mortgage Pass Through Certificates Series 2006-NC2 ("HOMEQ"), by and through its undersigned attorney, as and for its Motion for Relief from Stay with regard to 14 Properties, and states:

1.    HOMEQ has initiated or seeks to initiate foreclosure proceedings against 14 properties wherein NEW CENTURY TRS HOLDINGS, INC., or one or more of the other Debtor entities (collectively, "the Debtor"), holds an inferior mortgage. A complete listing of said properties is attached hereto as Exhibit A.

2.    Each of the listed mortgages is in default and HOMEQ is prevented from enforcing its rights under state law by virtue of the automatic stay.

3.    Debtor has no defenses to the priority of HOMEQ's listed mortgages nor any defense to foreclosure thereof.

4.    HOMEQ is not seeking any affirmative relief from the Debtor but is seeking to foreclose the mortgages on the aforementioned properties wherein the Debtor holds a junior lien.

5.    The approximate amount due and HOMEQ'S good faith estimate of the value of the collateral are shown on Exhibit A.

6.    For each listed property, the recording information for the HOMEQ mortgage is shown and, where known the recording information for the New Century second mortgage is also shown

1

7.    Due to the number of properties, copies of the loan documents are not being filed with this motion but are available upon request.

WHEREFORE, HOMEQ prays for an order lifting the stay with respect to the 14 properties identified on the attached list.

LAW OFFICES OF DAVID J. STERN, P.A.
801 S. University Drive Suite 500
Plantation, FL 33324
Phone: (954) 233-8000 ext 207
Fax: (954) 233-8648

/S/ Frederic J. DiSpigna

Dated: September 24, 2007

FREDERIC J. DISPIGNA, ESQUIRE
Florida Bar No. 345539
fdispigna@dstern.com

## IN RE: NEW CENTURY TRS HOLDINGS, INC.
## CASE NO. 07-10416-KJC

## LIST OF MORTGAGES FOR STAY RELIEF MOTION

|  | LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | MOVANT'S MTG RECORDING | NEW CENT. MTG RECORDING | ESTIMATED VALUE | APPROX. DEBT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0325278380 | 11200 QUEEN ANN AVE | OKLAHOMA CITY | OK | 73114 | 0005946 | 0005947 | $118,000.00 | $105,171.27 |
| 2 | 0325281772 | 1874 GREEN TREE LN | DUNCANVILLE | TX | 75137 | 200600098200 | 200600098201 | $176,000.00 | $158,850.92 |
| 3 | 0325275402 | 621 BUR OAK DR | IRVING | TX | 75060 | 200600188156 | 2006188158 | $138,000.00 | $115,960.17 |
| 4 | 0325292514 | 7326 CALAIS RD | HOUSTON | TX | 77033 | Z275124 | Z275125 | $74,000.00 | $62,788.10 |
| 5 | 0325275238 | 7307 SANGAMON ST | CHICAGO | IL | 60621 | 06-15950035 | 06-15950036 | $260,000.00 | $228,881.82 |
| 6 | 0325277705 | 7630 UNION AVE S | CHICAGO | IL | 60620 | 06-15641004 | 06-15641005 | $170,000.00 | $152,111.02 |
| 7 | 0325262988 | 7007 SYLVIA AVE | RESEDA | CA | 91335 | 06-895145 | 06-895146 | $500,000.00 | $438,100.15 |
| 8 | 0325261790 | 15042 DEL REY DR | VICTORVILLE | CA | 92392 | 2006-0281541 |  | $235,000.00 | $201,901.51 |
| 9 | 0325256998 | 135 WOODWARD ST N | BRANDON | WI | 53919 | 870338 | 870339 | $102,000.00 | $91,217.70 |
| 10 | 0325279040 | 1035 ATLANTIC ST | FRANKLIN SQUARE | NY | 11010 | 30717/105 | 30717/128 | $420,000.00 | $344,053.15 |
| 11 | 0325267391 | 87-1972 K PAKEKE ST | WAIANAE | HI | 96792 | 2006-079877 | 2006-079878 | $370,000.00 | $296,640.53 |
| 12 | 0325294643 | 1029 FAIRLANE AVE | SEWARD | NE | 68434 | 340/237 | 340/258 | $178,000.00 | $145,689.03 |
| 13 | 0325283307 | 11945 187 TER SW | MIAMI | FL | 33177 | 24491/2236 | 24491/2271 | $320,000.00 | $253,224.36 |
| 14 | 0325261188 | 72-74 WILLOUGHBY ST | NEWARK | NJ | 07112 | 11220/300 | 11220/315 | $285,000.00 | $263,760.11 |