# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC.,
et al.,
        Debtors.

_____/

Case No. 07-10416-KJC
Chapter 11

(Jointly Administered)

**Hrg Date: 10/23/07 @1:30 p.m.**
**Objection Deadline: 10/16/07**

## HOMEQ SERVICING CORPORATION'S MOTION FOR RELIEF FROM STAY WITH REGARD TO 10 PROPERTIES

COMES NOW HOMEQ SERVICING CORPORATION, as servicing agent for U.S. Bank National Association as Trustee under Pooling and Servicing Agreement Dated as of December 1, 2006 MASTR Asset Backed Securities Trust 2006-NC3 Mortgage Pass-Through Certificates Series 2006-NC3 ("HOMEQ"), by and through its undersigned attorney, as and for its Motion for Relief from Stay with regard to 10 Properties, and states:

1. HOMEQ has initiated or seeks to initiate foreclosure proceedings against 10 properties wherein NEW CENTURY TRS HOLDINGS, INC., or one or more of the other Debtor entities (collectively, "the Debtor"), holds an inferior mortgage. A complete listing of said properties is attached hereto as Exhibit A.

2. Each of the listed mortgages is in default and HOMEQ is prevented from enforcing its rights under state law by virtue of the automatic stay.

3. Debtor has no defenses to the priority of HOMEQ's listed mortgages nor any defense to foreclosure thereof.

4. HOMEQ is not seeking any affirmative relief from the Debtor but is seeking to foreclose the mortgages on the aforementioned properties wherein the Debtor holds a junior lien.

5. The approximate amount due and HOMEQ'S good faith estimate of the value of the collateral are shown on Exhibit A.

6. For each listed property, the recording information for the HOMEQ mortgage is shown and, where known the recording information for the New Century second mortgage is also shown

1

7. Due to the number of properties, copies of the loan documents are not being filed with this motion but are available upon request.

WHEREFORE, HOMEQ prays for an order lifting the stay with respect to the 10 properties identified on the attached list.

              LAW OFFICES OF DAVID J. STERN, P.A.
              801 S. University Drive Suite 500
              Plantation, FL 33324
              Phone: (954) 233-8000 ext 207
              Fax: (954) 233-8648

              /S/ Frederic J. DiSpigna

Dated: September 24, 2007      _____

              FREDERIC J. DISPIGNA, ESQUIRE
              Florida Bar No. 345539
              fdispigna@dstern.com

# IN RE: NEW CENTURY TRS HOLDINGS, INC.
## CASE NO. 07-10416-KJC

## LIST OF MORTGAGES FOR STAY RELIEF MOTION

| | LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | MOVANT'S MTG RECORDING | NEW CENT. MTG RECORDING | ESTIMATED VALUE | APPROX. DEBT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0325667327 | 133 BRIMMER RD | MERCED | CA | 95340 | 2006-056142 | 2006-056143 | $335,000.00 | $265,904.97 |
| 2 | 0325682185 | 4397-4399 PALM AVE | SACRAMENTO | CA | 95842 | 200608071/1829 | 200608071/1830 | $330,000.00 | $367,539.76 |
| 3 | 0325673382 | 838 SOUTH ST W | ANAHEIM | CA | 92805 | 2006000535858 | 2006000535859 | $585,000.00 | $536,743.51 |
| 4 | 0325678738 | 4230 MONTALVO ST NO 13 | SAN DIEGO | CA | 92107 | 2006-0585683 | 2006-0585684 | $460,000.00 | $396,943.92 |
| 5 | 0325680684 | 2230 GAMBIER DR | POMONA | CA | 91766 | 061808977 | 061808978 | $420,000.00 | $357,697.35 |
| 6 | 0325652436 | 8316 SPINNAKER COVE DR | LAS VEGAS | NV | 89128 | 004722 | 004723 | $497,000.00 | $606,566.28 |
| 7 | 0325666253 | 401 STANTON RD #204 E | WILDWOOD | NJ | 08260 | 4412/515 | 4412/539 | $545,000.00 | $540,451.59 |
| 8 | 0325677623 | 846 HAUNANI PL | WAILUKU | HI | 96793 | 2006-147940 | 2006-147941 | $595,000.00 | $563,568.98 |
| 9 | 0325694701 | 15-1334 24TH AVE | KEAAU | HI | 96749 | 3466341 | 3466342 | $275,000.00 | $240,445.04 |
| 10 | 0325661007 | 241 3RD AVE W | ROSELLE | NJ | 07203 | 11826/963 | 11826/983 | $285,000.00 | $224,575.99 |