UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC.,
et al.,
        Debtors.

_____/

Case No. 07-10416-KJC
Chapter 11

(Jointly Administered)

**Hrg Date: 10/23/07 @1:30 p.m.**
**Objection Deadline: 10/16/07**

## HOMEQ SERVICING CORPORATION'S MOTION FOR RELIEF FROM STAY WITH REGARD TO 8 PROPERTIES

COMES NOW HOMEQ SERVICING CORPORATION, as servicing agent for DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee under POOLING AND SERVICING AGREEMENT Dated as of January 1, 2006 MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC1 ("HOMEQ"), by and through its undersigned attorney, as and for its Motion for Relief from Stay with regard to 8 Properties, and states:

1.    HOMEQ has initiated or seeks to initiate foreclosure proceedings against 8 properties wherein NEW CENTURY TRS HOLDINGS, INC., or one or more of the other Debtor entities (collectively, "the Debtor"), holds an inferior mortgage. A complete listing of said properties is attached hereto as Exhibit A.

2.    Each of the listed mortgages is in default and HOMEQ is prevented from enforcing its rights under state law by virtue of the automatic stay.

3.    Debtor has no defenses to the priority of HOMEQ's listed mortgages nor any defense to foreclosure thereof.

4.    HOMEQ is not seeking any affirmative relief from the Debtor but is seeking to foreclose the mortgages on the aforementioned properties wherein the Debtor holds a junior lien.

5.    The approximate amount due and HOMEQ'S good faith estimate of the value of the collateral are shown on Exhibit A.

6.    For each listed property, the recording information for the HOMEQ mortgage is shown and, where known the recording information for the New Century second mortgage is also

shown

7.	Due to the number of properties, copies of the loan documents are not being filed with this motion but are available upon request.

WHEREFORE, HOMEQ prays for an order lifting the stay with respect to the 8 properties identified on the attached list.

LAW OFFICES OF DAVID J. STERN, P.A.<br>
801 S. University Drive Suite 500<br>
Plantation, FL 33324<br>
Phone: (954) 233-8000 ext 207<br>
Fax: (954) 233-8648

Dated: September 24, 2007

/S/ Frederic J. DiSpigna
_____
FREDERIC J. DISPIGNA, ESQUIRE
Florida Bar No. 345539
fdispigna@dstern.com

# IN RE: NEW CENTURY TRS HOLDINGS, INC.
## CASE NO. 07-10416-KJC

## LIST OF MORTGAGES FOR STAY RELIEF MOTION

| | LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | MOVANT'S MTG RECORDING | NEW CENT. MTG RECORDING | ESTIMATED VALUE | APPROX. DEBT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0324723386 | 4114 AGNES AVE | LYNWOOD | CA | 90262 | 2005-1947726 | 2005-1947727 | $489,000.00 | $385,674.22 |
| 2 | 0324729185 | 839 SYLVAN BLVD | REDLANDS | CA | 92374 | 2005-0667329 | 2005-0667330 | $365,000.00 | $304,749.29 |
| 3 | 0324738673 | 129 MODUS RD N | MOODUS | CT | 06469 | 712/178 | 712/198 | $275,000.00 | $257,672.61 |
| 4 | 0324739077 | 268 BABBITT RD | THOMASTON | CT | 06787 | 243/0218 | 243/0233 | $300,000.00 | $277,026.67 |
| 5 | 0324749514 | 829 67TH LN W | MERRILLVILLE | IN | 46410 | 2004-013041 | | $120,000.00 | $119,114.12 |
| 6 | 0324760222 | 414 NW 19TH TERR | FORT MYERS | FL | 33993 | 2005000138528 | 2005000138529 | $290,000.00 | $301,981.53 |
| 7 | 0324771989 | 401 OLD MILL RD | WARTBURG | TN | 37887 | 41/107 | 41/128 | $120,000.00 | $108,959.54 |
| 8 | 0324776640 | 4801 ROSS HOLLOW LN | BARTLETT | TN | 38002 | 05165589 | 05165590 | $323,000.00 | $272,057.58 |

07-05978
675