# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | |
| et al., | (Jointly Administered) |
| Debtors. | |
| | **Hrg Date: 10/23/07 @1:30 p.m.** |
| _____/ | **Objection Deadline: 10/16/07** |

## HOMEQ SERVICING CORPORATION'S MOTION FOR RELIEF FROM STAY WITH REGARD TO 16 PROPERTIES

COMES NOW HOMEQ SERVICING CORPORATION, as servicing agent for Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement dated as of April 1, 2006 Morgan Stanley ABS Capital I Inc. Trust 2006-NC3 Mortgage Pass-through Certificates, Series 2006 NC3 ("HOMEQ"), by and through its undersigned attorney, as and for its Motion for Relief from Stay with regard to 16 Properties, and states:

1. HOMEQ has initiated or seeks to initiate foreclosure proceedings against 16 properties wherein NEW CENTURY TRS HOLDINGS, INC., or one or more of the other Debtor entities (collectively, "the Debtor"), holds an inferior mortgage. A complete listing of said properties is attached hereto as Exhibit A.

2. Each of the listed mortgages is in default and HOMEQ is prevented from enforcing its rights under state law by virtue of the automatic stay.

3. Debtor has no defenses to the priority of HOMEQ's listed mortgages nor any defense to foreclosure thereof.

4. HOMEQ is not seeking any affirmative relief from the Debtor but is seeking to foreclose the mortgages on the aforementioned properties wherein the Debtor holds a junior lien.

5. The approximate amount due and HOMEQ'S good faith estimate of the value of the collateral are shown on Exhibit A.

6. For each listed property, the recording information for the HOMEQ mortgage is shown and, where known the recording information for the New Century second mortgage is also shown

1

7. Due to the number of properties, copies of the loan documents are not being filed with this motion but are available upon request.

WHEREFORE, HOMEQ prays for an order lifting the stay with respect to the 16 properties identified on the attached list.

|  |  |
|---|---|
|  | LAW OFFICES OF DAVID J. STERN, P.A.<br>801 S. University Drive Suite 500<br>Plantation, FL 33324<br>Phone: (954) 233-8000 ext 207<br>Fax: (954) 233-8648 |
|  | /S/ Frederic J. DiSpigna |
| Dated: September 24, 2007 | FREDERIC J. DISPIGNA, ESQUIRE<br>Florida Bar No. 345539<br>fdispigna@dstern.com |

IN RE: NEW CENTURY TRS HOLDINGS, INC.
CASE NO. 07-10416-KJC

LIST OF MORTGAGES FOR STAY RELIEF MOTION

| | LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | MOVANT'S MTG RECORDING | NEW CENT. MTG RECORDING | ESTIMATED VALUE | APPROX. DEBT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0324872951 | 34127 WOODED GLEN DR N | GRAYSLAKE | IL | 60030 | 5925172 | 5925173 | $410,000.00 | $350,190.00 |
| 2 | 0324874379 | 2802 CAMINO CAPISTRANO #B | SAN CLEMENTE | CA | 92672 | 2005000927963 | | $545,000.00 | $468,662.20 |
| 3 | 0324894104 | 227 ARCTIC ST | BRIDGEPORT | CT | 06608 | 06734/0185 | 06734/0204 | $244,000.00 | $207,098.08 |
| 4 | 0324894666 | 2667 MIRA CT | MERCED | CA | 95340 | 2005-101824 | 2005-101825 | $250,000.00 | $301,519.87 |
| 5 | 0324898782 | 11803 PEDERNALES FALLS LN | SUGAR LAND | TX | 77478 | 2005150668 | 2005150669 | $144,000.00 | $124,787.86 |
| 6 | 0324908250 | 91-1019 PAKAWELI ST | KAPOLEI | HI | 96707 | 3364839 | 3364840 | $605,000.00 | $535,883.85 |
| 7 | 0324910645 | 161 SCOTLAND RD | EAST HARTFORD | CT | 06108 | 2674/089 | 2674/109 | $186,000.00 | $159,866.93 |
| 8 | 0324912104 | 2239 DAWN SHADOW WAY | FRESNO | TX | 77545 | 2005152173 | 2005152174 | $154,000.00 | $131,664.30 |
| 9 | 0324913078 | 3668 FALLVIEW AVE | CERES | CA | 95307 | 2006-0000163-00 | 2006-0000164-00 | $425,000.00 | $340,961.54 |
| 10 | 0324916352 | 39 ELM ST E | CENTRAL ISLIP | NY | 11722 | 21200/192 | 21200/193 | $310,000.00 | $264,355.16 |
| 11 | 0324918275 | 1238 VALIANT ST | LANCASTER | CA | 93534 | 05-3155718 | 05-3155719 | $430,000.00 | $356,861.89 |
| 12 | 0324920032 | 2442 GRANITE HILLS E | SANDY | UT | 84092 | 9497798 | 9497799 | $494,000.00 | $439,476.69 |
| 13 | 0324931054 | 4988 CRESTED PINE COVE | BARTLETT | TN | 38135 | 06014776 | 06014777 | $240,000.00 | $210,457.68 |
| 14 | 0324932060 | 26226 LESLIE DR W | CHANNAHON | IL | 60410 | R2006021669 | R2006021670 | $320,000.00 | $291,485.23 |
| 15 | 0324932961 | 7810 CARPENTER ST S | CHICAGO | IL | 60620 | 0602740126 | 0602740127 | $255,000.00 | $232,987.02 |
| 16 | 0324937929 | 266 DELFINO WAY | HENDERSON | NV | 89074 | 0004538 | 0004539 | $390,000.00 | $352,649.61 |