**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 07-10416-KJC<br>Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC.,<br>et al., | (Jointly Administered) |
| Debtors. | Hrg Date: 10/23/07 @1:30 p.m.<br>Objection Deadline: 10/16/07 |

**HOMEQ SERVICING CORPORATION'S MOTION FOR
RELIEF FROM STAY WITH REGARD TO 35 PROPERTIES**

COMES NOW HOMEQ SERVICING CORPORATION ("HOMEQ"), by and through its undersigned attorney, as and for its Motion for Relief from Stay with regard to 35 Properties, and states:

1. HOMEQ has initiated or seeks to initiate foreclosure proceedings against 35 properties wherein NEW CENTURY TRS HOLDINGS, INC., or one or more of the other Debtor entities (collectively, "the Debtor"), holds an inferior mortgage. A complete listing of said is attached hereto as Exhibit A.

2. Each of the listed mortgages is in default and HOMEQ is prevented from enforcing its rights under state law by virtue of the automatic stay.

3. Debtor has no defenses to the priority of HOMEQ's listed mortgages nor any defense to foreclosure thereof.

4. HOMEQ is not seeking any affirmative relief from the Debtor but is seeking to foreclose the mortgages on the aforementioned properties wherein the Debtor holds a junior lien.

5. The approximate amount due and HOMEQ'S good faith estimate of the value of the collateral are shown on Exhibit A.

6. For each listed property, the recording information for the HOMEQ mortgage is shown and, where known the recording information for the New Century second mortgage is also shown

7. Due to the number of properties, copies of the loan documents are not being filed with this motion but are available upon request.

1

WHEREFORE, HOMEQ prays for an order lifting the stay with respect to the 35 properties identified on the attached list.

|  |  |
|---|---|
| | LAW OFFICES OF DAVID J. STERN, P.A.<br>801 S. University Drive Suite 500<br>Plantation, FL 33324<br>Phone: (954) 233-8000 ext 207<br>Fax: (954) 233-8648 |
| Dated: September 24, 2007 | /S/ Frederic J. DiSpigna<br>_____<br>FREDERIC J. DISPIGNA, ESQUIRE<br>Florida Bar No. 345539<br>fdispigna@dstern.com |

## IN RE: NEW CENTURY TRS HOLDINGS, INC.
## CASE NO. 07-10416-KJC

### LIST OF MORTGAGES FOR STAY RELIEF MOTION

| | LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | MOVANT'S MTG RECORDING | NEW CENT. MTG RECORDING | ESTIMATED VALUE | APPROX. DEBT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0320739675 | 17406 EMERSON AVE | HAZEL CREST | IL | 60429 | 333619103 | 333619104 | $170,000.00 | $127,689.72 |
| 2 | 0321704108 | 255 OCEAN AVE S | FREEPORT | NY | 11520 | 26186/566 | | $580,000.00 | $420,656.28 |
| 3 | 0321718454 | 35 FOURTH ST | NEW BRITAIN | CT | 06051 | 1516/728 | | $170,000.00 | $120,159.11 |
| 4 | 0322818501 | 556 TIMBER WAY DR | LEWISVILLE | TX | 75067 | 2004-130376 | 2004-130377 | $141,000.00 | $113,131.48 |
| 5 | 0322983529 | 160 MENANDS RD | LOUDONVILLE | NY | 12211 | 4847/154 | 4847/177 | $205,000.00 | $167,155.73 |
| 6 | 0322995697 | 137 MACARTHUR AVE | GARFIELD | NJ | 07026 | 14005/847 | 14005/869 | $375,000.00 | $264,672.79 |
| 7 | 0323006817 | 4934 RANCHO VERDE CT | NORTH LAS VEGAS | NV | 89031 | 0004009/0001086 | 0004010/0001087 | $269,000.00 | $216,515.26 |
| 8 | 0323045583 | 8173 MONTEVINA DR | SACRAMENTO | CA | 95829 | 20041025/2622 | 20041025/2623 | $295,000.00 | $287,317.68 |
| 9 | 0324905421 | 12718 WOOD TRAIL BLVD | TAMPA | FL | 33625 | 15888/632<br>16179/1158 | 15888/712<br>16939/996 | $174,000.00 | $146,561.51 |
| 10 | 0325436798 | 10261 FERN PRAIRIE ST | LAS VEGAS | NV | 89123 | 0005946 | 0005947 | $255,000.00 | $239,706.00 |
| 11 | 0325630994 | 23420 ERWIN ST | WOODLAND HILLS | CA | 91367 | 06-1820246 | 06-1820247 | $780,000.00 | $674,355.94 |
| 12 | 0325631125 | 3372 AMHURST PKWY | COLLEGE PARK | GA | 30349 | 43435/621 | 43435/647 | $210,000.00 | $182,539.34 |
| 13 | 0325631778 | 7842 CHAMPLAIN AVE S | CHICAGO | IL | 60619 | 0624241088 | 0624241089 | $200,000.00 | $177,556.16 |
| 14 | 0325632081 | 17 WASHINGTON BLVD | MOUNT VERNON | NY | 10550 | 471590046 | 471590047 | $410,000.00 | $358,760.86 |
| 15 | 0325770014 | 127-11 116TH AVE | SOUTH OZONE PARK | NY | 11420 | 2006000549579 | 2006000549580 | $760,000.00 | $673,825.33 |
| 16 | 0325777118 | 134 LOCUST DR | MASTIC BEACH | NY | 11951 | 21395/403 | 21395/404 | $325,000.00 | $269,939.20 |
| 17 | 0325779080 | 10028 RUTHELEN ST | LOS ANGELES | CA | 90047 | 06-2078123 | 06-2078124 | $545,000.00 | $493,275.35 |
| 18 | 0325783108 | 4456 KANSAS AVE | RIVERSIDE | CA | 92507 | 06-690691 | 06-690692 | $325,000.00 | $336,297.08 |
| 19 | 0325892974 | 4729 LOMAS SANTE FE ST | LAS VEGAS | NV | 89147 | 20061101/0000373 | 20061101/0000374 | $560,000.00 | $488,951.59 |
| 20 | 0325899987 | 47 BRIGHTSIDE AVE | CENTRAL ISLIP | NY | 11722 | 21421/294 | 21421/295 | $325,000.00 | $299,426.74 |
| 21 | 0326045986 | 121 SCHLEY ST | NEWARK | NJ | 07112 | 12066/3920 | 12066/3945 | $240,000.00 | $239,853.72 |
| 22 | 0326053477 | 1021 ORANGE AVE S | WEST COVINA | CA | 91790 | 06-2481097 | 06-2481098 | $483,000.00 | $411,093.08 |
| 23 | 0326064482 | 5822 DARLINGTON AVE | BUENA PARK | CA | 90621 | 2006000790581 | 2006000790582 | $494,000.00 | $417,762.76 |
| 24 | 0326066974 | 1385 710 N W | SAINT GEORGE | UT | 84770 | 2006052443 | 2006052444 | $242,000.00 | $202,219.69 |
| 25 | 0326067980 | 13 FLORAL LN | WESTBURY | NY | 11590 | 31358/815 | 31358/838 | $435,000.00 | $389,286.32 |
| 26 | 0326086485 | 5349 JUSTINE ST S | CHICAGO | IL | 60609 | 0634911154 | 0634911155 | $264,000.00 | $260,253.50 |
| 27 | 0326097656 | 37-35 59TH ST | WOODSIDE | NY | 11377 | 2006000596852 | 2006000596853 | $710,000.00 | $609,039.40 |
| 28 | 0326099439 | 3444 MISTLETOE DR | KNOXVILLE | TN | 37924 | 200612120048815 | 200612120048816 | $185,000.00 | $156,612.38 |
| 29 | 0326105293 | 290 BLEECKER ST | BROOKLYN | NY | 11237 | 2006000708865 | 2006000708866 | $645,000.00 | $527,623.97 |
| 30 | 0326109147 | 3 MUMFORD PL | NESCONSET | NY | 11767 | 21439/288 | 21439/289 | $420,000.00 | $392,587.05 |
| 31 | 0326226982 | 15080 FOCH BLVD | JAMAICA | NY | 11434 | 200700098847 | 200700098848 | $350,000.00 | $311,649.62 |
| 32 | 0326237666 | 55-25 97TH ST | CORONA | NY | 11368 | 2006000633630 | 2006000633631 | $645,000.00 | $508,456.98 |
| 33 | 0326288990 | 1078 37TH ST E | BROOKLYN | NY | 11210 | 2006000686351 | 2006000686352 | $610,000.00 | $518,788.66 |
| 34 | 0326291382 | 12 LANTERN RD | HICKSVILLE | NY | 11801 | 31442/197 | 31442/220 | $455,000.00 | $384,986.66 |
| 35 | 0326300472 | 44 GARFIELD AVE | NEW LONDON | CT | 06320 | 1696/210 | 1696/225 | $275,000.00 | $239,718.52 |