# EXHIBIT A

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Hours and Fees Incurred by Professional**
**August 1, 2007 through August 31, 2007**

| Level | Name | | Hourly Rate | Hours Incurred | Fees |
|---|---|---|---:|---:|---:|
| **Tax Compliance** | | | | | |
| *Partners/Principals* | Grush, Gary | | 600.00 | 4.3 | $ 2,580.00 |
| | Dahl, Don | | 600.00 | 10.1 | 6,060.00 |
| | Grierson, Scot | | 600.00 | 1.9 | 1,140.00 |
| | Ryan, Stephen | | 600.00 | 2.1 | 1,260.00 |
| *Senior Managers/Directors* | Divers, Dale | | 515.00 | 67.0 | 34,505.00 |
| | Hughes, James | | 490.00 | 16.5 | 8,085.00 |
| | Van Denburg, Pearl | | 510.00 | 0.4 | 204.00 |
| *Managers* | Kraft, Jon | [1] | 435.00 | 57.2 | 24,882.00 |
| *Senior Associates* | Conklin, Katie | | 325.00 | 12.9 | 4,192.50 |
| | Crowe, John | | 325.00 | 99.4 | 32,305.00 |
| | Kraft, Jon | [1] | 390.00 | 54.1 | 21,079.50 |
| | Partridge, Ryan | | 350.00 | 7.7 | 2,695.00 |
| *Associates* | | | | | |
| | Furlow, Brian | | 245.00 | 40.5 | 9,922.50 |
| | Gamez, Martin | | 245.00 | 139.3 | 34,128.50 |
| | Maestas, Kristin | | 245.00 | 1.4 | 343.00 |
| | Miller, Lindsay (Intern) | | 170.00 | 65.3 | 11,101.00 |
| | Mistry, Krupa (Intern) | | 170.00 | 75.3 | 12,801.00 |
| | White, Alexis | | 245.00 | 4.1 | 1,004.50 |
| | Wong, Ryan (Intern) | | 175.00 | 24.6 | 4,305.00 |
| | **Total Tax Compliance** | | | **684.1** | **212,593.50** |

| | | |
|---|---:|---:|
| 1st Interim Fee Application (April 2 - June 30, 2007) | | $ 198,177.00 |
| 2nd Monthly Fee Application (July 2007) | | 247,927.50 |
| 3rd Monthly Fee Application (August 2007) | | 212,593.50 |
| Cumulative Compliance Fees | | 658,698.00 |
| Fixed Fee | | (621,000.00) |
| Voluntary Discount | | (37,698.00) |
| Net Fees | | $ 174,895.50 |
| Less: 20% Hold-Back | | (34,979.10) |
| Net Fees | | 139,916.40 |
| Plus: Out-of-Pocket Expenses | | 672.22 |
| **Total Net Fees and Expenses** | | **$ 140,588.62** |
| Blended Hourly Rate | | $ 311 |

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Hours and Fees Incurred by Professional**
**August 1, 2007 through August 31, 2007**

| Level | Name | | Hourly Rate | Hours Incurred | Fees |
|---|---|---|---:|---:|---:|
| *Tax Consulting* | | | | | |
| *Partners/Principals* | Cole, Dick | | $510.00 | 8.5 | 4,335.00 |
| | Dahl, Don | | 600.00 | 6.7 | 4,020.00 |
| | Goldberg, Walter | | 630.00 | 2.0 | 1,260.00 |
| | Grierson, Scot | | 600.00 | 0.4 | 240.00 |
| | Grush, Gary | | 600.00 | 25.2 | 15,120.00 |
| | Ryan, Steve | | 600.00 | 3.9 | 2,340.00 |
| *Senior Managers/Directors* | Divers, Dale | | 515.00 | 38.6 | 19,879.00 |
| | Hughes, James | | 490.00 | 42.5 | 20,825.00 |
| | Hughes, James | [2] | 225.00 | 3.8 | 855.00 |
| | Pomis, Brian | | 515.00 | 7.0 | 3,605.00 |
| | Ramirez, Javier | | 515.00 | 1.6 | 824.00 |
| | Schram, Timothy | | 515.00 | 2.3 | 1,184.50 |
| | Van Denburg, Pearl | | 510.00 | 6.6 | 3,366.00 |
| | Wagner, Rick | | 605.00 | 3.4 | 2,057.00 |
| | Wong, James | [2] | 225.00 | 4.4 | 990.00 |
| *Managers* | Strohmaier, Richard | | 435.00 | 1.1 | 478.50 |
| *Senior Associates* | Amin, Nirav | | 325.00 | 10.7 | 3,477.50 |
| | Asghar, Ali | | 385.00 | 4.6 | 1,771.00 |
| | Conklin, Katie | | 325.00 | 40.6 | 13,178.75 |
| | Crowe, John | | 325.00 | 5.5 | 1,787.50 |
| | Partridge, Ryan | | 350.00 | 15.9 | 5,565.00 |
| *Associates* | Furlow, Brian | | 245.00 | 12.6 | 3,087.00 |
| | Gamez, Martin | | 245.00 | 2.3 | 563.50 |
| | Martin, Matthew | | 225.00 | 0.9 | 202.50 |
| | Miller, Lindsay (Intern) | | 170.00 | 1.0 | 170.00 |
| | Mistry, Krupa (Intern) | | 170.00 | 1.2 | 204.00 |
| | White, Alexis | | 245.00 | 44.2 | 10,829.00 |
| *Administration* | Cochrum, Crystal | | 75.00 | 26.3 | 1,972.50 |
| | **Total Tax Consulting** | | | **323.8** | **$ 124,187.25** |
| | Less: 20% Hold-Back | | | | (24,837.45) |
| | Net Fees | | | | 99,349.80 |
| | Plus: Out-of-Pocket Expenses | | | | 41.29 |
| | Total Net Fees and Expenses | | | | $ 99,391.09 |
| | Blended Hourly Rate | | | | $ 384 |

EXHIBIT A                                                                                                  Page 3 of 24

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Hours and Fees Incurred by Professional**
**August 1, 2007 through August 31, 2007**

| Level | Name | Hourly Rate | Hours Incurred | Fees |
|---|---|---|---|---|
| | Grand Total Hours and Fees | | 1007.8 | $ 299,082.75 |
| | Net Fees | | | $ 299,082.75 |
| | Less: 20% Hold-Back | | | $ (59,816.55) |
| | Net Fees | | | $ 239,266.20 |
| | Plus: Out-of-Pocket Expenses | | | $ 713.51 |
| | Total Net Fees and Expenses | | | $ 239,979.71 |
| | Blended Hourly Rate | | | $ 297 |

[1] Jon Kraft was promoted as of August 23, 2007, and his billable hourly rate was adjusted accordingly.

[2] Pursuant to the US Trustee's recommendations, these individuals' hourly rate as related to fee application preparation is billed at $225.00 per hour.