# EXHIBIT B

**Grant Thornton LLP**
New Century Financial Corporation
SUMMARY OF HOURS AND FEES INCURRED BY MATTER
August 1, 2007 through August 31, 2007

| Code | Matter Description | Out-of-Pocket Expenses | Hours | Net Fees |
|---|---|---|---|---|
| | **Tax Compliance** | | | |
| 1 | Preparation of 2006 federal tax returns | $212.68 | 27.9 | $ 13,790.50 |
| 2 | Preparation of 2006 state tax returns | 459.54 | 656.2 | 198,803.00 |
| | Subtotal | 672.22 | 684.1 | 212,593.50 |
| | 1st Interim Fee Application (April 2 - June 30, 2007) | | | $ 198,177.00 |
| | 2nd Monthly Fee Application (July 2007) | | | 247,927.50 |
| | 3rd Monthly Fee Application (August 2007) | | | 212,593.50 |
| | Cumulative Compliance Fees | | | 658,698.00 |
| | Fixed Fee | | | (621,000.00) |
| | Voluntary Discount | | | (37,698.00) |
| | Total Net Fees | | | $ 174,895.50 |
| | Less: 20% Hold-Back | | | (34,979.10) |
| | Net Fees | | | 139,916.40 |
| | Plus: Out-of-Pocket Expenses | | | 672.22 |
| | Total Net Fees and Expenses | | | $ 140,588.62 |
| | Blended Hourly Rate | | | $ 311 |

Grant Thornton LLP
New Century Financial Corporation
SUMMARY OF HOURS AND FEES INCURRED BY MATTER
August 1, 2007 through August 31, 2007

| Code | Matter Description | Out-of-Pocket Expenses | Hours | Net Fees |
|---|---|---:|---:|---:|
| | **Tax Consulting** | | | |
| 10 | Preparation of 2007 estimated federal and state tax payments | – | 8.7 | 2,404.00 |
| 11 | General case administration | – | 61.2 | 13,228.50 |
| 12 | Assist with federal and state tax audits | – | 152.7 | 59,590.25 |
| 13 | Provide general corporate tax consulting, including potential bankruptcy tax related issues | 41.29 | 101.2 | 48,964.50 |
| | Subtotal | 41.29 | 323.8 | 124,187.25 |
| | | | | |
| | Total Net Fees | | | 124,187.25 |
| | Less: 20% Hold-Back | | | (24,837.45) |
| | Net Fees | | | 99,349.80 |
| | Plus: Out-of-Pocket Expenses | | | 41.29 |
| | Total Net Fees and Expenses | | | $ 99,391.09 |
| | | | | |
| | Blended Hourly Rate | | | $ 384 |

| | | | | |
|---|---|---:|---:|---:|
| **Grand Totals** | | $ 713.51 | 1,007.8 | $ 336,780.75 |
| **Net Fees** | | | | $ 299,082.75 |
| **Less: 20% Hold-Back** | | | | $ (59,816.55) |
| **Net Fees** | | | | $ 239,266.20 |
| **Plus: Out-of-Pocket Expenses** | | | | $ 713.51 |
| **Total Net Fees and Expenses** | | | | $ 239,979.71 |
| **Blended Hourly Rate** | | | | $ 334 |