# EXHIBIT C

Grant Thornton LLP  
New Century Financial Corporation  
Summary of Out-of-Pocket Expenses  
Billing Period: August 1, 2007 - August 31, 2007

|  | August 1 - 31 | Total |
|---|---:|---:|
| Transportation, Parking & Mileage | 459.54 | 459.54 |
| Out-of Town Meals | 253.97 | 253.97 |
| Total | $ 713.51 | $ 713.51 |

EXHIBIT C