## CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on September 24, 2007, a copy of the foregoing **Third Monthly Application of Grant Thornton LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Tax Accountants for the Debtors and Debtors in Possession for the Period from August 1, 2007 through August 31, 2007** was served on the parties on the attached list and in the manner indicated thereon.

*[signature]*
Christopher M. Samis (No. 4909)

# NEW CENTURY TRS HOLDINGS, INC.
## CASE NO. 07-10416 (KJC)
## SERVICE LIST

**VIA FEDERAL EXPRESS**

*(Debtor)*
Monika McCarthy, Esq.
New Century Mortgage Corporation
3121 Michelson Drive, Suite 600
Irvine, CA 92612

*(Counsel for Debtor)*
Suzzanne Uhland, Esq.
Emily Culler, Esq.
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*(Counsel for Debtor)*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*(Counsel for Crisis Managers)*
Holly Felder Etlin
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019

*(United States Trustee)*
Joseph McMahan, Esq.
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022