Charles A. Hansen (California Bar No. 76679)
Mark S. Bostick (California Bar No. 111241)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA  94607-4036
Telephone:  (510) 834-6600
Fax:  (510) 834-1928
Email:  mbostick@wendel.com

Attorneys for Interested Parties
Alireza Nazmi and Golden Key Mortgage

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| In Re | Chapter 11 |
| NEW CENTURY TRS HOLDING, INC., a Delaware corporation, et al., | Case No. 07-10416 (KJC) |
| Debtors. | Jointly Administered |

### NOTICE AND REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that the undersigned, attorneys for Alireza Nazmi and Golden Key Mortgage, interested parties in the bankruptcy estate of New Century Mortgage Corporation, United States Bankruptcy Court, District of Delaware, Case No. 07-10419 KJC, jointly administered with the above-captioned estate, hereby request to be removed from the mailing matrix maintained by the Clerk of the above Court, and further request to be removed from the service lists of the Debtor, the Debtor's Counsel, and all other interested parties.

Dated: September 24, 2007                     WENDEL, ROSEN, BLACK & DEAN LLP


By:/s/ *Mark S. Bostick*
_____
Mark S. Bostick
Attorneys for Interested Parties
Alireza Nazmi and Golden Key Mortgage

*Wendel, Rosen, Black & Dean LLP*
*1111 Broadway, 24th Floor*
*Oakland, CA  94607-4036*

*NOTICE AND REQUEST FOR REMOVAL FROM
SERVICE LIST*                                        1