Charles A. Hansen (California Bar No. 76679)
Mark S. Bostick (California Bar No. 111241)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com

Attorneys for Interested Parties
Alireza Nazmi and Golden Key Mortgage

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In Re<br><br>NEW CENTURY TRS HOLDING, INC., a Delaware corporation, et al<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

I, Beverly Colclough, declare:

I am a citizen of the United States and am employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California 94607-4036.

On September 24, 2007, I served a copy of the following documents:

**NOTICE AND REQUEST FOR REMOVAL FROM SERVICE LIST**

**(by mail)** by placing true and correct copies thereof, enclosed in a sealed envelope with first-class postage thereon fully prepaid, in a designated area for outgoing mail, addressed as set forth below. At Wendel, Rosen, Black & Dean LLP, mail placed in that designated area is given the correct amount of first class postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Oakland, California.

| | |
|---|---|
| Mark D. Collins, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | *Attorneys for Jointly Administered Debtors* |
| Office of the U.S. Trustee<br>844 King Street, Room 2207<br>Lockbox No. 35<br>Wilmington, DE 19899-0035 | *United States Trustee* |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 24, 2007, in Oakland, California.

/s/ *Beverly Colclough*
Beverly Colclough

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036