**EXHIBIT A**

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD AUGUST 1, 2007 THOUGH AUGUST 31, 2007**

| Professional | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Greenspan, Ronald | Senior Managing Director | 1.7 | | |
| Star, Samuel | Senior Managing Director | 27.6 | | |
| Joffe, Steven | Senior Managing Director | 2.0 | | |
| Dragelin, Timothy | Senior Managing Director | 21.2 | | |
| Ellis, Melissa | Director | 31.8 | | |
| Alexander, Margaret | Director | 2.8 | | |
| Amico, Marc | Consultant | 49.6 | | |
| Palmer, Daniel | Consultant | 3.4 | | |
| Spano, Matthew | Consultant | 0.8 | | |
| Pearson, Linda | Administrative | 2.8 | | |
| **Sub-Total** | | **143.7** | **N/A** | **$ 100,000** |

**Hourly Scope Projects**

| Professional | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Sloane, Raymond | Senior Managing Director | 43.7 | $ 600 | $ 26,220 |
| Star, Samuel | Senior Managing Director | 11.2 | 630 | 7,056 |
| Dragelin, Timothy | Senior Managing Director | 11.1 | 615 | 6,827 |
| Gosalia, Veeral | Managing Director | 0.5 | 495 | 248 |
| Collura, Richard | Director | 97.0 | 450 | 43,650 |
| Miklos, Brian | Director | 0.6 | 300 | 180 |
| Briggi, Lawrence | Director | 4.7 | 375 | 1,763 |
| Bryant, Kristin | Senior Consultant | 22.4 | 365 | 8,176 |
| Rajpara, Vishalkumar | Senior Consultant | 39.2 | 280 | 10,976 |
| Romney, Aaron | Senior Consultant | 9.8 | 250 | 2,450 |
| Wilbur, Alan | Senior Consultant | 29.5 | 250 | 7,375 |
| Withrow, Mary | Senior Consultant | 9.8 | 150 | 1,470 |
| Meyer, Joshua | Consultant | 1.2 | 250 | 300 |
| Spano, Matthew | Consultant | 3.0 | 250 | 750 |
| Smallman, Philip | Project Assistant | 6.3 | 160 | 1,008 |
| Abraham, Bao | Project Assistant | 1.2 | 175 | 210 |
| **Sub-Total** | | **291.2** | | **118,658** |
| Less Travel Time @ 50% | | | | (6,165) |
| **Revised Hourly Sub-Total** | | | | **112,493** |
| **Total** | | **434.9** | | **$ 212,493** |