EXHIBIT B

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**SUMMARY OF HOURS BY PROJECT CODE**
**FOR THE PERIOD AUGUST 1, 2007 THOUGH AUGUST 31, 2007**

| PROJECT CODE | DESCRIPTION | HOURS |
|---|---|---|
| 1 | Planning, Supervision and Review | 7.5 |
| 2 | Preparation and Review of Info. Requests and Related Matters | 0.4 |
| 3 | Review Newly Received Documents | 3.8 |
| 6 | Analysis re: Potential Avoidance Actions | 0.4 |
| 7 | Analysis of Long-Term Business Plan/Wind-down Plan | 5.2 |
| 8 | Analysis of Current Operating Results and Related Matters | 1.1 |
| 10 | Review of Warehouse Lender Issues | 0.3 |
| 11 | Analysis of Bankruptcy Schedules | 21.1 |
| 12 | Analysis of Tax Issues | 4.3 |
| 19 | Prep/Particp in Mtgs & Conf Calls with Debtor and Advisors | 2.8 |
| 20 | Prep/Particp in Creditor Committee Mtgs & Conf Calls | 16.6 |
| 22 | Analyze Employee Severance, Pension, Retention and Bonus Programs | 13.0 |
| 29 | Other Litigation Matters | 3.1 |
| 30 | Participate in Negotiation and Formulation of Plan and Reorganization | 8.2 |
| 33 | Analyze Asset Sales Proposals | 26.1 |
| 36 | Analysis & Preparation of Short-term Cash Flow Projections | 12.8 |
| 39 | Preparation of Monthly Invoice and Support Schedules | 17.0 |
| **Sub-Total** | | **143.7** |

**Hourly Scope Projects**

| PROJECT CODE | DESCRIPTION | HOURS |
|---|---|---|
| 6 | Analysis re: Potential Avoidance Actions | 123.6 |
| 10 | Review of Warehouse Lender Issues | 47.7 |
| 39 | Preparation of Monthly Invoice and Support Schedules | 0.6 |
| 40 | Travel Time | 22.8 |
| 41 | Document Management Services [1] | 96.5 |
| **Sub-Total** | | **291.2** |
| **Total** | | **434.9** |

[1] Time billed in this code also includes services rendered in July that have not yet been billed.

NEW CENTURY FINANCIAL CORP.                                                                                              EXHIBIT B
FTI CONSULTING
SUMMARY OF HOURS BY PROJECT CODE
FOR THE PERIOD AUGUST 1, 2007 THOUGH AUGUST 31, 2007

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS |
|---|---|---|---|---|---|
| 8/8/2007 | Ellis, Melissa | Director | 1 | 0.5 | Meeting with S. Star and M. Amico re: open items. |
| 8/8/2007 | Star, Samuel | Sr Managing Dir | 1 | 0.5 | Meet with M. Amico and M. Ellis re: work plan. |
| 8/8/2007 | Star, Samuel | Sr Managing Dir | 1 | 0.6 | Telephone call with T. Dragelin re: case status. |
| 8/9/2007 | Amico, Marc | Consultant | 1 | 1.1 | Call with S. Star and T. Dragelin re: the recent call with Debtor professionals and outstanding items. |
| 8/9/2007 | Star, Samuel | Sr Managing Dir | 1 | 0.3 | Review confidentiality agreement. |
| 8/14/2007 | Ellis, Melissa | Director | 1 | 0.2 | Organize files. |
| 8/15/2007 | Ellis, Melissa | Director | 1 | 0.3 | Administrative items for client forms. |
| 8/16/2007 | Ellis, Melissa | Director | 1 | 0.2 | Organize files and emails. |
| 8/16/2007 | Star, Samuel | Sr Managing Dir | 1 | 0.2 | Discussion with M. Ellis re: case status. |
| 8/17/2007 | Star, Samuel | Sr Managing Dir | 1 | 0.5 | Meet with M. Ellis and M. Amico re: work plan. |
| 8/18/2007 | Star, Samuel | Sr Managing Dir | 1 | 0.7 | Telephone call with T. Dragelin re: case status. |
| 8/20/2007 | Ellis, Melissa | Director | 1 | 0.5 | Review various emails. |
| 8/20/2007 | Ellis, Melissa | Director | 1 | 0.3 | Emails coordinating call with Debtors and counsel. |
| 8/21/2007 | Amico, Marc | Consultant | 1 | 0.2 | Meet with M. Ellis to discuss call with the Debtors. |
| 8/21/2007 | Ellis, Melissa | Director | 1 | 0.2 | Discuss open items with M. Amico. |
| 8/27/2007 | Ellis, Melissa | Director | 1 | 0.3 | Discuss New century status with team. |
| 8/27/2007 | Star, Samuel | Sr Managing Dir | 1 | 0.7 | Conference call with team re: case status. |
| 8/29/2007 | Ellis, Melissa | Director | 1 | 0.2 | Organize key files and new documents. |
| | | | **1 Total** | 7.5 | |
| 8/2/2007 | Ellis, Melissa | Director | 2 | 0.2 | Follow up emails re: Intralinks access. |
| 8/18/2007 | Star, Samuel | Sr Managing Dir | 2 | 0.2 | Review Carrington information request list. |
| | | | **2 Total** | 0.4 | |
| 8/1/2007 | Amico, Marc | Consultant | 3 | 0.5 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 8/2/2007 | Amico, Marc | Consultant | 3 | 0.5 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 8/3/2007 | Amico, Marc | Consultant | 3 | 0.3 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 8/6/2007 | Amico, Marc | Consultant | 3 | 0.2 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 8/7/2007 | Amico, Marc | Consultant | 3 | 0.2 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 8/8/2007 | Amico, Marc | Consultant | 3 | 0.2 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 8/9/2007 | Amico, Marc | Consultant | 3 | 0.3 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 8/10/2007 | Amico, Marc | Consultant | 3 | 0.2 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 8/15/2007 | Amico, Marc | Consultant | 3 | 0.3 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 8/16/2007 | Ellis, Melissa | Director | 3 | 0.2 | Review of industry articles. |
| 8/20/2007 | Amico, Marc | Consultant | 3 | 0.3 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 8/27/2007 | Amico, Marc | Consultant | 3 | 0.4 | Draft and distribute email regarding what has recently been filed to the court docket. |
| 8/30/2007 | Amico, Marc | Consultant | 3 | 0.2 | Review court docket to determine which professionals have filed fee applications. |
| | | | **3 Total** | 3.8 | |
| 8/1/2007 | Star, Samuel | Sr Managing Dir | 6 | 0.2 | Review proposed litigation work plan. |
| 8/9/2007 | Star, Samuel | Sr Managing Dir | 6 | 0.2 | Review litigation budget. |
| | | | **6 Total** | 0.4 | |
| 8/1/2007 | Ellis, Melissa | Director | 7 | 0.4 | Review draft report to Committee re: wind-down. |
| 8/2/2007 | Amico, Marc | Consultant | 7 | 0.8 | Call with S. Star and H. Etlin re: outstanding questions on the wind-down retention motion. |
| 8/3/2007 | Amico, Marc | Consultant | 7 | 0.2 | Read email correspondences re: potential revisions to the proposed retention plans. |
| 8/6/2007 | Amico, Marc | Consultant | 7 | 0.7 | Read and analyze the IT management plan. |
| 8/6/2007 | Ellis, Melissa | Director | 7 | 0.3 | Review of miscellaneous emails re: wind down and other. |
| 8/8/2007 | Amico, Marc | Consultant | 7 | 1.1 | Participate on call with Debtor and S. Star to discuss the status of the IT division during the wind-down. |
| 8/8/2007 | Amico, Marc | Consultant | 7 | 0.3 | Prepare for IT call with Debtor. |
| 8/8/2007 | Star, Samuel | Sr Managing Dir | 7 | 1.1 | Conference call with Debtors re: IT wind down. |
| 8/8/2007 | Star, Samuel | Sr Managing Dir | 7 | 0.1 | Draft e-mail to counsel re: IT issues. |
| 8/30/2007 | Amico, Marc | Consultant | 7 | 0.2 | Meet with FTI technical support to discuss the Debtor's need for servers during the wind-down of the estate. |
| | | | **7 Total** | 5.2 | |
| 8/28/2007 | Amico, Marc | Consultant | 8 | 0.8 | Review and analyze the June MOR. |
| 8/29/2007 | Ellis, Melissa | Director | 8 | 0.3 | Review MOR and cash balance. |
| | | | **8 Total** | 1.1 | |
| 8/31/2007 | Amico, Marc | Consultant | 10 | 0.3 | Call with T. Dragelin (FTI) to discuss summarizing the claims re: Adequate Protection parties. |
| | | | **10 Total** | 0.3 | |
| 8/1/2007 | Amico, Marc | Consultant | 11 | 0.9 | Read Debtor responses to questions re: the SoALs to trial balance reconciliation. |
| 8/2/2007 | Ellis, Melissa | Director | 11 | 0.2 | Review Trial Balance questions/comments. |
| 8/20/2007 | Amico, Marc | Consultant | 11 | 0.2 | Coordinate SoFA and SoALs call with Debtor and FTI. |
| 8/21/2007 | Dragelin, Timothy | Sr Managing Dir | 11 | 0.5 | Analyze SOALs. |
| 8/21/2007 | Ellis, Melissa | Director | 11 | 3.4 | Review of SOFA filings and develop list of items for inquiry. |
| 8/21/2007 | Ellis, Melissa | Director | 11 | 0.5 | Prepare for call on SOALs and trial balance. |
| 8/22/2007 | Ellis, Melissa | Director | 11 | 2.8 | Review of NCMC SOFA to identify follow up items and prepare/format schedules of notable items. |
| 8/23/2007 | Dragelin, Timothy | Sr Managing Dir | 11 | 1.1 | Review SOALs. |
| 8/24/2007 | Alexander, Margaret | Director | 11 | 1.3 | Review NCMC responses to questions posed on Statements & Schedules. |
| 8/24/2007 | Dragelin, Timothy | Sr Managing Dir | 11 | 1.5 | Review SOFA and SOALs and participate on call with M. Ellis and M. Alexander (FTI) re: same. |
| 8/24/2007 | Ellis, Melissa | Director | 11 | 0.5 | Call with T. Dragelin and M. Alexander re: SOAL answers from Debtor. |
| 8/24/2007 | Ellis, Melissa | Director | 11 | 0.5 | Review of SOAL questions and answers. |
| 8/27/2007 | Alexander, Margaret | Director | 11 | 0.8 | Prepare for and participate in conference call regarding Debtor's answers on SOAL questions. |
| 8/27/2007 | Alexander, Margaret | Director | 11 | 0.7 | Follow up and review of Debtor's responses to SOAL questions. |
| 8/27/2007 | Ellis, Melissa | Director | 11 | 0.5 | Call with AlixPartners re: SOALs. |
| 8/27/2007 | Ellis, Melissa | Director | 11 | 0.5 | Follow up to SOAL call with T. Dragelin and team. |
| 8/27/2007 | Palmer, Daniel | Consultant | 11 | 1.8 | Develop additional questions regarding SoALs and trial balance for Debtors. |
| 8/27/2007 | Palmer, Daniel | Consultant | 11 | 0.6 | Discuss with M. Alexander regarding outstanding issues related to SoALs and trial balance. |
| 8/27/2007 | Palmer, Daniel | Consultant | 11 | 0.5 | Conference call with T. Dragelin, M. Alexander and Debtors regarding outstanding issues relating to SoALs. |
| 8/27/2007 | Palmer, Daniel | Consultant | 11 | 0.5 | Conference call with M. Ellis, T. Dragelin and M. Alexander regarding course of action with SoALs. |

EXHIBIT B

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS |
|---|---|---|---|---|---|
| 8/28/2007 | Ellis, Melissa | Director | 11 | 1.8 | Add questions and comments to items to inquire about re: SOFAs. |
| | | | 11 Total | 21.1 | |
| 8/1/2007 | Amico, Marc | Consultant | 12 | 0.2 | Email correspondence with FTI and Debtor re: coordination of tax call. |
| 8/7/2007 | Amico, Marc | Consultant | 12 | 1.5 | Prepare and participate on call to discuss the anticipated tax refunds and REMIC issue. |
| 8/7/2007 | Joffe, Steven | Sr Managing Dir | 12 | 1.0 | Call with Grant Thornton re: tax issues. |
| 8/10/2007 | Star, Samuel | Sr Managing Dir | 12 | 0.3 | Meet with S. Joffe re: tax issues. |
| 8/24/2007 | Joffe, Steven | Sr Managing Dir | 12 | 1.0 | Participate on call re: plan for tax implications. |
| 8/29/2007 | Ellis, Melissa | Director | 12 | 0.3 | Prepare email to team re: income tax issues. |
| | | | 12 Total | 4.3 | |
| 8/1/2007 | Amico, Marc | Consultant | 19 | 0.6 | Prepare for call with Debtor professionals. |
| 8/1/2007 | Ellis, Melissa | Director | 19 | 0.4 | Participation on weekly call with AlixPartners. |
| 8/1/2007 | Ellis, Melissa | Director | 19 | 0.2 | Prepare for call with AlixPartners. |
| 8/8/2007 | Ellis, Melissa | Director | 19 | 0.2 | Prepare for call with AlixPartners. |
| 8/15/2007 | Ellis, Melissa | Director | 19 | 0.4 | Call with AlixPartners to discuss open items. |
| 8/29/2007 | Ellis, Melissa | Director | 19 | 0.6 | Call with AlixPartners re: variance analysis and other open items. |
| 8/29/2007 | Ellis, Melissa | Director | 19 | 0.4 | Discuss open items with M. Amico in advance of call with AlixPartners and prepare list of open items from Friday and Monday calls with company. |
| | | | 19 Total | 2.8 | |
| 8/1/2007 | Amico, Marc | Consultant | 20 | 1.2 | Call with S. Star and M. Ellis re: the Committee report. |
| 8/1/2007 | Amico, Marc | Consultant | 20 | 1.2 | Make edits to Committee report per comments from S. Star. |
| 8/1/2007 | Amico, Marc | Consultant | 20 | 0.6 | Call with S. Star to discuss edits to the Committee report. |
| 8/1/2007 | Ellis, Melissa | Director | 20 | 1.5 | Meeting to review report for committee with S. Star and M. Amico. |
| 8/2/2007 | Amico, Marc | Consultant | 20 | 1.8 | Call with Committee and related professionals. |
| 8/2/2007 | Amico, Marc | Consultant | 20 | 1.0 | Make final edits to Committee report and distribute to Committee. |
| 8/2/2007 | Amico, Marc | Consultant | 20 | 0.4 | Call with S. Star re: final edits to the Committee report. |
| 8/2/2007 | Dragelin, Timothy | Sr Managing Dir | 20 | 1.6 | Committee call. |
| 8/2/2007 | Ellis, Melissa | Director | 20 | 1.8 | Status call with UCC. |
| 8/2/2007 | Greenspan, Ronald | Sr Managing Dir | 20 | 1.7 | Committee meeting. |
| 8/2/2007 | Star, Samuel | Sr Managing Dir | 20 | 2.1 | Preparation for and participation on Committee call re: asset sales, examiner activities, wind down plan. |
| 8/9/2007 | Star, Samuel | Sr Managing Dir | 20 | 0.3 | Review miscellaneous correspondence from counsel. |
| 8/13/2007 | Star, Samuel | Sr Managing Dir | 20 | 1.4 | Conference calls with Committee counsel re: Wednesday meeting's agenda. |
| | | | 20 Total | 16.6 | |
| 8/1/2007 | Star, Samuel | Sr Managing Dir | 22 | 2.0 | Review draft reports to Committee on proposed wind-down incentives and discuss with M. Amico and M. Ellis. |
| 8/2/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.8 | Telephone calls with H. Etlin re: wind down incentives. |
| 8/2/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.4 | Telephone calls with M. Indelicato re: proposed wind down incentives. |
| 8/3/2007 | Ellis, Melissa | Director | 22 | 0.3 | Discussion with S. Star re: wind down incentive plan status. |
| 8/3/2007 | Star, Samuel | Sr Managing Dir | 22 | 1.1 | Discussions with Committee members re: wind down incentives. |
| 8/3/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.9 | Draft e-mails to Committee re: wind down incentives. |
| 8/3/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.6 | Analyze proposed employee release dates. |
| 8/3/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.6 | Conference call with Debtors re: wind down incentives. |
| 8/3/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.4 | Telephone calls with M. Indelicato re: wind down incentives. |
| 8/8/2007 | Amico, Marc | Consultant | 22 | 0.9 | Meet with S. Star and M. Ellis to discuss revisions to the KEIP/KEIRP amounts. |
| 8/8/2007 | Amico, Marc | Consultant | 22 | 0.3 | Update analysis of KERP costs and remaining employee salary costs per recent information. |
| 8/8/2007 | Ellis, Melissa | Director | 22 | 0.4 | Call with Alix re: KEIP payments. |
| 8/8/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.5 | Conference call with Debtors re: KEIP calculations. |
| 8/9/2007 | Amico, Marc | Consultant | 22 | 1.3 | Draft analysis of the overage paid to employees through the Ellington KEIP and calculate holdback needed to recover. |
| 8/9/2007 | Ellis, Melissa | Director | 22 | 0.6 | Review Carrington calculation and compare all numbers to prior agreements/offers. |
| 8/9/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.5 | Review KEIP calculations. |
| 8/9/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.4 | Meetings with M. Amico and M. Ellis re: KEIP calculations. |
| 8/10/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.3 | Telephone call with M. Indelicato re: KEIP calculations. |
| 8/10/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.3 | Draft e-mail to Debtor re: position on KEIP calculations. |
| 8/13/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.1 | Discussions with Debtors and Committee counsel re: employee release dates. |
| 8/15/2007 | Amico, Marc | Consultant | 22 | 0.3 | Compare final KEIP order to information last received from the company. |
| | | | 22 Total | 13.0 | |
| 8/2/2007 | Star, Samuel | Sr Managing Dir | 29 | 0.2 | Review Lazard fee structure. |
| 8/17/2007 | Amico, Marc | Consultant | 29 | 1.2 | Meet with S. Star and M. Ellis to discuss case litigation matters and other general issues. |
| 8/17/2007 | Ellis, Melissa | Director | 29 | 1.0 | Call re: litigation status. |
| 8/17/2007 | Star, Samuel | Sr Managing Dir | 29 | 0.7 | Conference call with R. Sloane and R. Collura to coordinate review of causes of action. |
| | | | 29 Total | 3.1 | |
| 8/21/2007 | Ellis, Melissa | Director | 30 | 0.2 | Emails coordinating call on recovery analysis. |
| 8/23/2007 | Ellis, Melissa | Director | 30 | 0.8 | Review of recovery analysis provided by AlixPartners. |
| 8/24/2007 | Dragelin, Timothy | Sr Managing Dir | 30 | 2.0 | Review and participate on call re: Debtor draft recovery analysis. |
| 8/24/2007 | Ellis, Melissa | Director | 30 | 2.0 | Call with Alix, OMM and H&H to review draft recovery analysis and plan items. |
| 8/27/2007 | Amico, Marc | Consultant | 30 | 1.1 | Review and analyze the Company's prepared recovery analysis and plan treatment. |
| 8/27/2007 | Amico, Marc | Consultant | 30 | 1.0 | Meet with S. Star and M. Ellis to discuss the recovery analysis and plan treatment. |
| 8/27/2007 | Ellis, Melissa | Director | 30 | 0.4 | Meeting with M. Amico re: recovery analysis from Company. |
| 8/27/2007 | Ellis, Melissa | Director | 30 | 0.7 | Meeting with S. Star, T. Dragelin & M. Amico re: recovery analysis and other items. |
| | | | 30 Total | 8.2 | |
| 8/1/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 1.7 | Prepare for and participate on calls re: DB loan sale with counsel, Debtor and purchaser. |
| 8/3/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.5 | Review DB loan sale with M. Power (Hahn & Hessen). |
| 8/7/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.8 | Coordinate with potential purchaser of DB loans via email and telephone calls. |
| 8/8/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 1.1 | Review miscellaneous asset sale information from Debtor. |
| 8/8/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.5 | Review information on DB loan sale. |
| 8/8/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.6 | Calls with Carval re: DB loan sale. |
| 8/8/2007 | Spano, Matthew | Consultant | 33 | 0.5 | Review New Century miscellaneous asset sale bids. |
| 8/8/2007 | Spano, Matthew | Consultant | 33 | 0.3 | Discuss asset sale bids with T. Dragelin. |
| 8/9/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.5 | Call with E. Anderson (Alix) regarding miscellaneous asset sales. |
| 8/13/2007 | Star, Samuel | Sr Managing Dir | 33 | 0.3 | Conference call with Debtors re: Carrington PPA. |
| 8/14/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 1.0 | Analyze miscellaneous asset sale proposals and email correspondence with Debtor advisor regarding same. |
| 8/14/2007 | Ellis, Melissa | Director | 33 | 0.3 | Discuss Carrington adjustments with S. Star. |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|---|---|---|---|---|---|---|
| 8/14/2007 | Star, Samuel | Sr Managing Dir | 33 | 1.5 | Preparation for meeting re: sale of Carrington interests including reviewing draft of confidentiality agreement. | |
| 8/15/2007 | Star, Samuel | Sr Managing Dir | 33 | 2.7 | Participate in meetings with Debtors, Committee counsel and Carrington re: partnership interests. | |
| 8/15/2007 | Star, Samuel | Sr Managing Dir | 33 | 1.3 | Meetings with Debtors and committee counsel re: response to Carrington proposal. | |
| 8/16/2007 | Amico, Marc | Consultant | 33 | 1.1 | Compare notices of miscellaneous asset sales filed to the docket with information provided from the Debtor. | |
| 8/16/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 1.1 | Prepare emails to Debtor on response to asset sales and review new asset sale proposal. | |
| 8/16/2007 | Ellis, Melissa | Director | 33 | 0.4 | Discussion with S. Star re: results of Carrington and warehouse lender meetings. | |
| 8/16/2007 | Star, Samuel | Sr Managing Dir | 33 | 0.1 | Review correspondence re: technology sale. | |
| 8/17/2007 | Ellis, Melissa | Director | 33 | 0.7 | Review various Carrington related emails. | |
| 8/18/2007 | Amico, Marc | Consultant | 33 | 1.0 | Call with S. Star and T. Dragelin to discuss warehouse lender issues and Carrington interest redemption. | |
| 8/18/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.5 | Call with S. Star and M. Amico regarding case aspects including Carrington LP interest sale. | |
| 8/20/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 1.2 | Prepare for and participate on call regarding Carrington. | |
| 8/23/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 1.2 | Read APA and participate on call with Debtor and counsel regarding APA. | |
| 8/23/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 1.0 | Call re: RMS due diligence. | |
| 8/27/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.5 | Working discussions with K. Cloyd regarding sales of loans. | |
| 8/27/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.7 | Call with Debtor and counsel regarding RMS DB loan sale. | |
| 8/28/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 1.1 | Conference call regarding Carval/RMS purchase of loans and email correspondence re: same with Debtor and counsel. | |
| 8/29/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.5 | Call with Counsel regarding RMS sale. | |
| 8/29/2007 | Star, Samuel | Sr Managing Dir | 33 | 1.4 | Review Carrington term sheet and asserted claims. | |
| | | | **33 Total** | **26.1** | | |
| 8/1/2007 | Amico, Marc | Consultant | 36 | 0.7 | Participate on call with Debtor professionals to discuss the recent cash variance and outstanding items. | |
| 8/1/2007 | Amico, Marc | Consultant | 36 | 0.4 | Analyze the recent variance analysis sent from the Debtor and prepare questions to ask on call. | |
| 8/1/2007 | Ellis, Melissa | Director | 36 | 0.2 | Review cash variance. | |
| 8/2/2007 | Ellis, Melissa | Director | 36 | 0.5 | Review latest cash variance and prepare for cash comments on call with committee. | |
| 8/3/2007 | Amico, Marc | Consultant | 36 | 0.5 | Analyze the recent variance analysis sent from the Debtor. | |
| 8/3/2007 | Amico, Marc | Consultant | 36 | 0.3 | Meet with M. Ellis to discuss actual results in the latest variance analysis received. | |
| 8/3/2007 | Amico, Marc | Consultant | 36 | 0.2 | Read email correspondences re: investment of operating cash balance. | |
| 8/3/2007 | Ellis, Melissa | Director | 36 | 0.2 | Review of latest cash flow variance. | |
| 8/8/2007 | Amico, Marc | Consultant | 36 | 1.0 | Review and analyze recent 13 week cash flow and ensure employee headcounts match with prior FTI analysis. | |
| 8/9/2007 | Amico, Marc | Consultant | 36 | 1.6 | Update recovery analysis with recent 13 week cash flow. | |
| 8/9/2007 | Amico, Marc | Consultant | 36 | 0.8 | Participate on call with Debtor professionals to discuss the recent 13 week cash flow. | |
| 8/9/2007 | Amico, Marc | Consultant | 36 | 0.3 | Prepare for call with Debtor professionals re: 13 week cash flow. | |
| 8/9/2007 | Star, Samuel | Sr Managing Dir | 36 | 0.2 | Meet with M. Amico re: cash forecast. | |
| 8/15/2007 | Amico, Marc | Consultant | 36 | 0.9 | Participate on call with J. Lisac (Alix) to discuss the recent weekly variance analysis. | |
| 8/15/2007 | Amico, Marc | Consultant | 36 | 0.4 | Prepare for call with J. Lisac (Alix) to discuss the weekly variance analysis. | |
| 8/21/2007 | Amico, Marc | Consultant | 36 | 0.4 | Update proceeds tracking analysis. | |
| 8/21/2007 | Ellis, Melissa | Director | 36 | 0.4 | Review of proceeds tracking analysis. | |
| 8/24/2007 | Ellis, Melissa | Director | 36 | 1.2 | Review of recovery analysis from debtors and reconcile to latest cash flow forecast. | |
| 8/29/2007 | Amico, Marc | Consultant | 36 | 1.1 | Prepare for call with Debtor professionals re: the recent variance analysis and other case matters. | |
| 8/29/2007 | Amico, Marc | Consultant | 36 | 0.9 | Participate on call with Debtor professionals to discuss the recent variance analysis and other case matters. | |
| 8/30/2007 | Amico, Marc | Consultant | 36 | 0.3 | Analyze the Debtors' weekly variance analyses and note observations. | |
| 8/30/2007 | Ellis, Melissa | Director | 36 | 0.3 | Review professional fee detail. | |
| | | | **36 Total** | **12.8** | | |
| 8/2/2007 | Pearson, Linda | Administrative | 39 | 0.1 | Preparation of documents and printing/binding. | |
| 8/7/2007 | Amico, Marc | Consultant | 39 | 0.5 | Review the July WIP and send summary to S. Star. | |
| 8/8/2007 | Amico, Marc | Consultant | 39 | 0.6 | Review the July WIP and email various FTI professionals regarding clarification on their time entries. | |
| 8/9/2007 | Amico, Marc | Consultant | 39 | 0.9 | Read and analyze time detail for the July fee application. | |
| 8/9/2007 | Pearson, Linda | Administrative | 39 | 0.5 | Preparation of documents and printing/binding. | |
| 8/10/2007 | Amico, Marc | Consultant | 39 | 3.4 | Read and analyze time detail for the July fee application. | |
| 8/10/2007 | Amico, Marc | Consultant | 39 | 1.4 | Ensure the correct task codes are assigned to each time description in the July fee application. | |
| 8/10/2007 | Pearson, Linda | Administrative | 39 | 0.4 | Preparation of documents and printing/binding. | |
| 8/13/2007 | Pearson, Linda | Administrative | 39 | 0.3 | Preparation of documents and printing/binding. | |
| 8/14/2007 | Ellis, Melissa | Director | 39 | 0.6 | Review of July invoice. | |
| 8/14/2007 | Pearson, Linda | Administrative | 39 | 0.1 | Preparation of documents and printing/binding. | |
| 8/15/2007 | Amico, Marc | Consultant | 39 | 1.0 | Make edits to July fee statement per comments from M. Ellis. | |
| 8/15/2007 | Pearson, Linda | Administrative | 39 | 0.3 | Preparation of documents and printing/binding. | |
| 8/16/2007 | Amico, Marc | Consultant | 39 | 1.7 | Prepare exhibits to July fee statement for S. Star's initial review. | |
| 8/16/2007 | Star, Samuel | Sr Managing Dir | 39 | 0.8 | Review July bill. | |
| 8/17/2007 | Amico, Marc | Consultant | 39 | 1.0 | Make edits to the July fee statement per comments from S. Star. | |
| 8/17/2007 | Pearson, Linda | Administrative | 39 | 0.1 | Preparation of documents and printing/binding. | |
| 8/17/2007 | Star, Samuel | Sr Managing Dir | 39 | 0.1 | Discussion with M. Amico re: bill. | |
| 8/20/2007 | Amico, Marc | Consultant | 39 | 2.0 | Prepare final exhibits to the July fee statement and send to counsel for filing to court docket. | |
| 8/21/2007 | Amico, Marc | Consultant | 39 | 0.2 | Follow up with Blank Rome re: filing of FTI's July fee statement. | |
| 8/22/2007 | Pearson, Linda | Administrative | 39 | 0.2 | Preparation of documents and printing/binding. | |
| 8/28/2007 | Pearson, Linda | Administrative | 39 | 0.1 | Preparation of documents and printing/binding. | |
| 8/30/2007 | Pearson, Linda | Administrative | 39 | 0.7 | Preparation of documents and printing/binding. | |
| | | | **39 Total** | **17.0** | | |
| | | | **Sub-Total** | **143.7** | | |

**Hourly Scope Projects**

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | |
|---|---|---|---|---|---|---|
| 8/1/2007 | Collura, Richard | Director | 6 | 0.2 | Call with J. McCahey (Hahn & Hessen) to discuss status of KPMG's motions. | |
| 8/1/2007 | Collura, Richard | Director | 6 | 0.2 | Call with J. McCahey to discuss proposed work plan. | |
| 8/1/2007 | Collura, Richard | Director | 6 | 0.3 | Review additional electronic documents produced in preparation for loading into the Ringtail repository. | |
| 8/1/2007 | Collura, Richard | Director | 6 | 0.6 | Update summary of proposed work plan. | |
| 8/2/2007 | Collura, Richard | Director | 6 | 0.1 | Communications with M. Arnott (Hahn & Hessen) regarding board minutes and related financial packages. | |
| 8/2/2007 | Collura, Richard | Director | 6 | 0.3 | Preparation for and discussions with J. McCahey regarding responses to KPMG's opposition to producing work papers in response to the Committee's Rule 2004 document requests. | |
| 8/2/2007 | Collura, Richard | Director | 6 | 0.3 | Discussions with A. Wilbur and J. Meyer (FTI Ringtail) regarding status of information loaded into Ringtail. | |
| 8/2/2007 | Collura, Richard | Director | 6 | 0.6 | Review documents in Ringtail to assess progress of information loads and coding. | |
| 8/2/2007 | Collura, Richard | Director | 6 | 0.7 | Assist counsel with drafting responses to the KPMG's objections to producing work papers in response to the Committee's Rule 2004 document requests. | |
| 8/2/2007 | Collura, Richard | Director | 6 | 1.2 | Review KPMG's motion in opposition of Committee's Rule 2004 document requests. | |
| 8/2/2007 | Collura, Richard | Director | 6 | 1.2 | Review company documents available on intralink website. | |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|---|---|---|---|---|---|---|
| 8/2/2007 | Collura, Richard | Director | 6 | 1.6 | Committee call regarding status of KPMG 2004 document requests and asset sales. | |
| 8/3/2007 | Collura, Richard | Director | 6 | 0.1 | Communications with J. McCahey (Hahn & Hessen) regarding FTI's proposed work plan. | |
| 8/3/2007 | Collura, Richard | Director | 6 | 0.1 | Communications with P. Grewal (Hahn & Hessen) regarding Debtors' recent electronic document productions. | |
| 8/3/2007 | Collura, Richard | Director | 6 | 0.4 | Review KPMG's objections to the Committee's Rule 2004 requests. | |
| 8/3/2007 | Collura, Richard | Director | 6 | 0.6 | Review repurchase reserve and residual interest spreadsheets prepared by PwC in connection with the Special Investigation. | |
| 8/3/2007 | Collura, Richard | Director | 6 | 1.2 | Perform document management regarding Debtors rolling electronic productions. | |
| 8/3/2007 | Collura, Richard | Director | 6 | 1.3 | Review KPMG's objections and responses to the Examiner's 2004 examination requests. | |
| 8/5/2007 | Collura, Richard | Director | 6 | 2.2 | Review and provide comments relating to the Committee's reply in further support of its motion for the production of documents pursuant to Rules 2004 and 9016. | |
| 8/6/2007 | Collura, Richard | Director | 6 | 0.2 | Communications with S. Wright (Blank Rome) regarding New Century finance and accounting terminology. | |
| 8/6/2007 | Collura, Richard | Director | 6 | 0.2 | Discussions with J. McCahey (Hahn & Hessen) regarding the Committee's response in further support of its Rule 2004 Examination Requests for KPMG's production of documents. | |
| 8/6/2007 | Collura, Richard | Director | 6 | 0.4 | Review the Committee's response in further support of its Rule 2004 Examination Requests for KPMG's production of documents. | |
| 8/6/2007 | Collura, Richard | Director | 6 | 0.6 | Review New Century's financial statement disclosures regarding real estate owned and delinquency rates. | |
| 8/7/2007 | Collura, Richard | Director | 6 | 0.2 | Communications with counsel regarding status of hearing regarding KPMG's objections to the Examiner's and the Committee's Rule 2004 document requests. | |
| 8/7/2007 | Collura, Richard | Director | 6 | 0.3 | Communications with R. Sloane (FTI) regarding status of hearing regarding KPMG's objections to the Examiner's and the Committee's Rule 2004 document requests. | |
| 8/7/2007 | Collura, Richard | Director | 6 | 0.7 | Review and organize documents produced by Debtors including accounting and financial documents. | |
| 8/7/2007 | Collura, Richard | Director | 6 | 0.8 | Review New Century's payments to creditors schedules included in SOFA exhibits. | |
| 8/7/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 0.7 | Meeting with R. Collura with respect to recent developments in case and requests being made by Counsel (Hahn & Hessen). | |
| 8/7/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.1 | Review documents recently received with respect to KPMG objections. | |
| 8/8/2007 | Collura, Richard | Director | 6 | 0.2 | Communications with J. McCahey (Hahn & Hessen) regarding meeting with the Examiner, BDO Seidman and PwC. | |
| 8/8/2007 | Collura, Richard | Director | 6 | 0.4 | Communications with J. McCahey (Hahn & Hessen) regarding 8/13 or 8/14 hearing regarding KPMG objections to Rule 2004 document requests. | |
| 8/8/2007 | Collura, Richard | Director | 6 | 0.4 | Review documents produced by Debtors to coordinate loading into Ringtail database. | |
| 8/8/2007 | Collura, Richard | Director | 6 | 0.4 | Review securitization closing documents in connection with understanding structure of deals. | |
| 8/8/2007 | Collura, Richard | Director | 6 | 0.8 | Review accounting documents related to the loan repurchase reserves. | |
| 8/8/2007 | Collura, Richard | Director | 6 | 1.7 | Review KPMG's objections and responses to the Examiner's and Committee's 2004 examination requests in preparation for 8/13 or 8/14 hearing. | |
| 8/9/2007 | Collura, Richard | Director | 6 | 0.2 | Communications with J. McCahey and M. Arnott (Hahn & Hessen) regarding KPMG 2004 document requests. | |
| 8/9/2007 | Collura, Richard | Director | 6 | 0.5 | Review draft confidentiality agreement between the Debtors and the Committee. | |
| 8/9/2007 | Collura, Richard | Director | 6 | 0.6 | Organize audit committee and Board of Directors minutes. | |
| 8/9/2007 | Collura, Richard | Director | 6 | 0.8 | Review Debtors' document productions for development of work plan. | |
| 8/9/2007 | Collura, Richard | Director | 6 | 1.2 | Review audit committee minutes. | |
| 8/9/2007 | Collura, Richard | Director | 6 | 1.3 | Review board of directors minutes. | |
| 8/9/2007 | Collura, Richard | Director | 6 | 1.6 | Review hard copy versions of business documents located in the offices of various New Century employees. | |
| 8/10/2007 | Collura, Richard | Director | 6 | 0.3 | Communications with M. Arnott (Hahn & Hessen) regarding status of KPMG document requests and planning for next week's meeting with PwC, the Examiner and BDO Seidman. | |
| 8/10/2007 | Collura, Richard | Director | 6 | 1.7 | Review and organize various documents produced by the Debtors in response to the Committee's Rule 2004 document requests. | |
| 8/10/2007 | Collura, Richard | Director | 6 | 2.2 | Review New Century financial statements, accounting policy disclosures and related notes for fiscal years 2004 and 2005. | |
| 8/12/2007 | Collura, Richard | Director | 6 | 0.2 | Coordination of meetings with Hahn & Hessen, KL Gates, BDO Seidman, Heller Ehrman and PwC to discuss work performed in connection with the Audit Committee Investigation. | |
| 8/13/2007 | Collura, Richard | Director | 6 | 1.8 | Review New Century quarterly repurchase reserve analysis spreadsheets. | |
| 8/13/2007 | Collura, Richard | Director | 6 | 2.1 | Review restatement adjusting journal entries and underlying worksheets. | |
| 8/13/2007 | Collura, Richard | Director | 6 | 2.3 | Review accounting documents and emails relating to the repurchase reserve adjustments. | |
| 8/13/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 0.6 | Meeting with R. Collura to discuss documents recently received and to prepare for meeting with Examiner and SEC. | |
| 8/13/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 0.7 | Document review in preparation for meeting with Examiner and the SEC. | |
| 8/14/2007 | Collura, Richard | Director | 6 | 0.2 | Communicate with M. Arnott and J. McCahey regarding the PwC document production. | |
| 8/14/2007 | Collura, Richard | Director | 6 | 0.6 | Perform document review and file management in preparation for meeting with O'Melveny, Heller Ehrman, PwC, KL Gates and BDO Seidman. | |
| 8/15/2007 | Collura, Richard | Director | 6 | 1.3 | Review chronology / timeline of events prepared by Heller Ehrman in connection with the audit committee investigation. | |
| 8/15/2007 | Collura, Richard | Director | 6 | 1.4 | Review residual value and repurchase reserve sensitivity analyses prepared by PwC in connection with the audit committee investigation. | |
| 8/15/2007 | Collura, Richard | Director | 6 | 1.7 | Review additional interview notes prepared in connection with the audit committee investigation. | |
| 8/15/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 4.2 | Review and analysis of documents in preparation for meeting with Examiner and the SEC. | |
| 8/16/2007 | Collura, Richard | Director | 6 | 0.7 | Status update regarding electronic information produced by the Debtors. | |
| 8/16/2007 | Collura, Richard | Director | 6 | 1.3 | Development of work plan relating to accounting restatement issues. | |
| 8/16/2007 | Collura, Richard | Director | 6 | 1.5 | Attend meeting at Heller Ehrman's office in Los Angeles with Heller Ehrman, PwC, KL Gates, BDO Seidman and the SEC to discuss work performed in connection with the audit committee investigation. | |
| 8/16/2007 | Collura, Richard | Director | 6 | 1.8 | Continue attending meeting at Heller Ehrman's office in Los Angeles with Heller Ehrman, PwC, KL Gates, BDO Seidman and the SEC to discuss work performed in connection with the audit committee investigation. | |
| 8/16/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.2 | Preparation for meeting with Examiner, Pac, and the SEC in Heller Ehrman's offices in Los Angeles. | |
| 8/16/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.5 | Attend meeting at Heller Ehrman's office in Los Angeles with Heller Ehrman, PwC, KL Gates, BDO Seidman and the SEC to discuss work performed in connection with the audit committee investigation. | |
| 8/16/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.8 | Continue attending meeting at Heller Ehrman's office in Los Angeles with Heller Ehrman, PwC, KL Gates, BDO Seidman and the SEC to discuss work performed in connection with the audit committee investigation. | |
| 8/16/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.8 | Meetings with R. Collura and M. Arnott subsequent to meeting with Examiner, PwC and reading of documents related thereto. | |
| 8/17/2007 | Collura, Richard | Director | 6 | 0.3 | Review documents and follow-up discussions with team regarding development of work plan. | |
| 8/17/2007 | Collura, Richard | Director | 6 | 0.6 | Call with FTI team to discuss development of work plan and status of work performed to date. | |
| 8/17/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 0.3 | Telephone conference with R. Collura to discuss tasks going forward. | |
| 8/17/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 0.7 | Conference call with S. Star and Corporate Finance group to update them on status and to coordinate work to avoid duplication. | |
| 8/20/2007 | Collura, Richard | Director | 6 | 0.2 | Communications with M. Arnott (Hahn & Hessen) regarding the PwC electronic data productions. | |
| 8/21/2007 | Collura, Richard | Director | 6 | 1.3 | Organize and perform document management related to the Debtors document productions, including board of directors, audit committee and finance committee minutes. | |
| 8/21/2007 | Collura, Richard | Director | 6 | 1.4 | Review support binders provided by PwC and supervise staff in connection with preparing work paper support binders. | |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|---|---|---|---|---|---|---|
| 8/21/2007 | Collura, Richard | Director | 6 | 2.2 | Perform electronic document management and develop tracking log for productions loaded into the Ringtail document repository. | |
| 8/21/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.2 | Review and analysis of documents and discussion with M. Arnott (Hahn & Hessen) re: issues to be subject of Hearing. | |
| 8/21/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.4 | Preparation for and attendance at Bankruptcy Court. | |
| 8/21/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.9 | Attendance at Hearing in Bankruptcy Court in Wilmington, DE with respect to auditors' work papers (KPMG) being made available to the Unsecured Creditors Committee. | |
| 8/22/2007 | Collura, Richard | Director | 6 | 0.7 | Update document index for additional data received from counsel and perform electronic document management. | |
| 8/22/2007 | Collura, Richard | Director | 6 | 2.1 | Review documents provided by counsel including New Century's monthly financial reports and capital raising updates. | |
| 8/22/2007 | Collura, Richard | Director | 6 | 2.3 | Review rolling document productions to assess the types of available financial and accounting information produced to date. | |
| 8/22/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.1 | Meeting with R. Collura to discuss current status and next steps. | |
| 8/22/2007 | Smallman, Philip | Project Asst | 6 | 2.3 | Update documents received index. | |
| 8/23/2007 | Collura, Richard | Director | 6 | 0.3 | Review information provided by Debtors' counsel relating to the various electronic databases available. | |
| 8/23/2007 | Collura, Richard | Director | 6 | 0.6 | Supervise staff in connection with preparing document indices and support binders. | |
| 8/23/2007 | Collura, Richard | Director | 6 | 0.6 | Review additional electronic information produced by the Debtors. | |
| 8/23/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.1 | Follow-up with respect to getting KPMG "Defining Issues" publications re: key issues in the case. | |
| 8/23/2007 | Smallman, Philip | Project Asst | 6 | 2.0 | Update committee meeting minutes index. | |
| 8/24/2007 | Collura, Richard | Director | 6 | 0.2 | Review additional cover letters and related indices provided by counsel. | |
| 8/24/2007 | Collura, Richard | Director | 6 | 0.7 | Review updated indices of electronic information and hard copy documents to develop next phase of the work plan. | |
| 8/24/2007 | Collura, Richard | Director | 6 | 2.2 | Review information produced by PwC and Heller Ehrman in connection with the conducting of the audit committee investigation. | |
| 8/24/2007 | Smallman, Philip | Project Asst | 6 | 2.0 | Update committee meeting minutes index. | |
| 8/27/2007 | Collura, Richard | Director | 6 | 1.2 | Review information provided by SPi relating to the Attenex data production. | |
| 8/28/2007 | Collura, Richard | Director | 6 | 1.4 | Review documents produced by PwC in connection with the audit committee investigation. | |
| 8/28/2007 | Collura, Richard | Director | 6 | 1.8 | Review electronic information produced by PwC relating to the quarterly repurchase reserve calculations. | |
| 8/28/2007 | Collura, Richard | Director | 6 | 2.4 | Review and analysis of the repurchase reserve documentation produced by PwC in connection with the audit committee investigation. | |
| 8/28/2007 | Collura, Richard | Director | 6 | 2.6 | Prepare summary schedule of changes in the quarterly repurchase reserve calculation. | |
| 8/28/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.5 | Discussion with R. Collura and continued review and analysis of documents provided to us by Counsel. | |
| 8/29/2007 | Collura, Richard | Director | 6 | 0.6 | Review information related to officer and director stock sales. | |
| 8/29/2007 | Collura, Richard | Director | 6 | 1.2 | Review emails related to liquidity position and New Century share repurchases. | |
| 8/29/2007 | Collura, Richard | Director | 6 | 1.4 | Review New Century Key Indicators reports. | |
| 8/29/2007 | Collura, Richard | Director | 6 | 1.7 | Review emails related to the repurchase reserve calculation. | |
| 8/29/2007 | Collura, Richard | Director | 6 | 2.1 | Review journal entries and backup documentation related to the repurchase reserve. | |
| 8/29/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 3.2 | Continue review and analysis of documents provided by Counsel. | |
| 8/30/2007 | Collura, Richard | Director | 6 | 0.3 | Communications with J. McCahey and M. Arnott (both Hahn & Hessen) to discuss strategy, status of KPMG's document production and setup planning meeting. | |
| 8/30/2007 | Collura, Richard | Director | 6 | 1.2 | Review communications between board members specifically related to the stock repurchases. | |
| 8/30/2007 | Collura, Richard | Director | 6 | 1.3 | Review documents included in the PwC binders specifically related to the 2006 repurchase calculation. | |
| 8/30/2007 | Collura, Richard | Director | 6 | 1.4 | Review documents related to the 2006 whole loan sale market conditions. | |
| 8/30/2007 | Collura, Richard | Director | 6 | 1.6 | Review emails and related documents regarding New Century's liquidity assessments at various points during 2006. | |
| 8/30/2007 | Collura, Richard | Director | 6 | 1.7 | Review and analysis of the repurchase reserve calculations provided by PwC. | |
| 8/30/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.7 | Review and analysis of documents provided by Counsel. | |
| 8/31/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 2.2 | Continue review and analysis of documents provided by Counsel. | |
| | | | 6 Total | 123.6 | | |
| 8/6/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 0.5 | Review warehouse lender issues. | |
| 8/7/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 1.2 | Review of warehouse lender documents and reconciliations. | |
| 8/8/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 0.4 | Review warehouse lender documents. | |
| 8/8/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 0.5 | Call with MorganStanley representatives and Debtor regarding MorganStanley reconciliation. | |
| 8/8/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 0.5 | Call with S. Star regarding case and issues re: to the warehouse lenders. | |
| 8/9/2007 | Bryant, Kristin | Sr Consultant | 10 | 0.8 | Continue to review the Morgan Stanley alternative accounting with Debtor's comments. | |
| 8/9/2007 | Bryant, Kristin | Sr Consultant | 10 | 1.3 | Review the alternative accounting provided by Morgan Stanley. | |
| 8/9/2007 | Bryant, Kristin | Sr Consultant | 10 | 2.7 | Review alternative accounting received from warehouse lenders. | |
| 8/9/2007 | Bryant, Kristin | Sr Consultant | 10 | 3.1 | Continue to review the warehouse lenders' alternative accounting and create a summary spreadsheet of the Debtor's assumptions in comparison with the warehouse lender assumptions. | |
| 8/9/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 1.2 | Discussion with S. Star re: reconciliations, discussions with counsel and review of warehouse lender documents. | |
| 8/9/2007 | Star, Samuel | Sr Managing Dir | 10 | 1.2 | Telephone calls with T. Dragelin re: warehouse lender analysis. | |
| 8/9/2007 | Star, Samuel | Sr Managing Dir | 10 | 1.8 | Review Debtor analysis of position with each warehouse lender. | |
| 8/10/2007 | Bryant, Kristin | Sr Consultant | 10 | 1.1 | Prepare binder and summary of all warehouse lender reconciliation's provided to date and the lender alternative accounting in preparation for the meeting with warehouse lenders. | |
| 8/10/2007 | Bryant, Kristin | Sr Consultant | 10 | 1.8 | Continue to revise the summary regarding the warehouse lender alternative accounting. | |
| 8/10/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 0.6 | Review emails and summary from Debtor regarding reconciliations. | |
| 8/10/2007 | Star, Samuel | Sr Managing Dir | 10 | 0.7 | Review revised warehouse lender position letters and meeting agenda. | |
| 8/13/2007 | Bryant, Kristin | Sr Consultant | 10 | 0.5 | Participate in conference call with S. Star re: warehouse lender related issues. | |
| 8/13/2007 | Bryant, Kristin | Sr Consultant | 10 | 0.7 | Participate in conference call with S. Hightower regarding the alternative accounting. | |
| 8/13/2007 | Bryant, Kristin | Sr Consultant | 10 | 2.8 | Prepare summary for warehouse lender reconciliation and alternative accountings in preparation for the August 15 meeting. | |
| 8/13/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 3.0 | Analyze warehouse lender issues with respect to account reconciliations. | |
| 8/13/2007 | Star, Samuel | Sr Managing Dir | 10 | 0.2 | Conference call with Debtors re: warehouse lender reconciliations. | |
| 8/13/2007 | Star, Samuel | Sr Managing Dir | 10 | 0.4 | Telephone call with K. Bryant re: warehouse lender issues. | |
| 8/13/2007 | Star, Samuel | Sr Managing Dir | 10 | 1.2 | Review warehouse and other lender issues list and reconciliations. | |
| 8/14/2007 | Bryant, Kristin | Sr Consultant | 10 | 0.4 | Participate in conference call with S. Hightower regarding the warehouse lender reconciliation and T&I shortfall. | |
| 8/14/2007 | Bryant, Kristin | Sr Consultant | 10 | 0.5 | Participate in conference call with S. Star in preparation for meeting with warehouse lenders. | |
| 8/14/2007 | Bryant, Kristin | Sr Consultant | 10 | 0.5 | Prepare email and report to send to those attending the August 15 meeting. | |
| 8/14/2007 | Bryant, Kristin | Sr Consultant | 10 | 1.9 | Prepare summary documents of warehouse lender reconciliations. | |
| 8/14/2007 | Star, Samuel | Sr Managing Dir | 10 | 0.4 | Preparation for meeting with warehouse lenders. | |
| 8/14/2007 | Star, Samuel | Sr Managing Dir | 10 | 0.6 | Telephone call with K. Bryant re: warehouse lender reconciliations. | |
| 8/14/2007 | Star, Samuel | Sr Managing Dir | 10 | 0.8 | Review various warehouse lender claim analyses. | |
| 8/15/2007 | Bryant, Kristin | Sr Consultant | 10 | 1.1 | Review updated memos received from the Debtor regarding the warehouse lender reconciliation. | |
| 8/15/2007 | Star, Samuel | Sr Managing Dir | 10 | 3.9 | Participate in meetings with Debtors, Committee counsel and lenders re: settlement of adequate protection and other issues. | |
| 8/16/2007 | Bryant, Kristin | Sr Consultant | 10 | 1.3 | Revise and update the summary analysis regarding the warehouse lender reconciliation in light of newly received memos. | |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|---|---|---|---|---|---|---|
| 8/16/2007 | Spano, Matthew | Consultant | 10 | 3.0 | Review warehouse lender alternative accounting summary, global summary and NCEN pre-petition suspended cash summary. | |
| 8/27/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 1.5 | Working sessions with S. Star and M. Ellis regarding warehouse lenders and case. | |
| 8/30/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 0.5 | Call regarding warehouse lender issues with counsel. | |
| 8/31/2007 | Bryant, Kristin | Sr Consultant | 10 | 1.9 | Review newly received warehouse lender reconciliation files. | |
| 8/31/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 1.2 | Read email correspondence and other related documents regarding warehouse lender issues and their claims. | |
| | | | **10 Total** | **47.7** | | |
| 8/18/2007 | Collura, Richard | Director | 39 | 0.6 | Review July time descriptions and prepare narrative for fee application. | |
| | | | **39 Total** | **0.6** | | |
| 8/15/2007 | Collura, Richard | Director | 40 | 3.0 | Travel time from NY to Los Angeles in connection with attending meeting with Heller Ehrman, PwC, KL Gates, BDO Seidman and the SEC. | |
| 8/15/2007 | Sloane, Raymond | Sr Managing Dir | 40 | 5.8 | Travel time to Los Angeles, CA in order to attend meeting with the Examiner, PwC, and the SEC. | |
| 8/16/2007 | Sloane, Raymond | Sr Managing Dir | 40 | 3.2 | Travel time back to NY after meeting with Examiner, PwC, and the SEC. | |
| 8/17/2007 | Collura, Richard | Director | 40 | 2.7 | Travel time during return trip from meeting at Heller Ehrman from Los Angeles to New York. | |
| 8/17/2007 | Collura, Richard | Director | 40 | 3.3 | Travel time during return trip from meeting at Heller Ehrman from Los Angeles to New York. | |
| 8/17/2007 | Sloane, Raymond | Sr Managing Dir | 40 | 2.8 | Travel time back to NY after meeting in LA with the Examiner, PwC, and the SEC. | |
| 8/21/2007 | Sloane, Raymond | Sr Managing Dir | 40 | 2.0 | Travel time roundtrip from New York, NY to Wilmington, DE for Bankruptcy Court Hearing. | |
| | | | **40 Total** | **22.8** | | |
| 7/2/2007 | Gosalia, Veeral | Managing | 41 | 0.5 | Meetings and discussions regarding the transfer of data from the Debtors to FTI. | |
| 7/9/2007 | Briggi, Lawrence | Director | 41 | 0.5 | Follow up with V.Gosalia re transfer of data. | |
| 7/10/2007 | Briggi, Lawrence | Director | 41 | 1.2 | Follow up with R. Collura re project status and transfer of Attenex data. | |
| 7/16/2007 | Briggi, Lawrence | Director | 41 | 0.7 | Review Attenex data specifications and Ringtail data. | |
| 7/17/2007 | Briggi, Lawrence | Director | 41 | 2.3 | Review Attenex data received from SPI; analyze content and catalog contents. | |
| 7/3/2007 | Meyer, Joshua | Consultant | 41 | 0.3 | Conference with A. Romney re Batch Assignment training. | |
| 7/5/2007 | Meyer, Joshua | Consultant | 41 | 0.3 | Conference with A. Romney re Batch Assignment training. | |
| 7/18/2007 | Meyer, Joshua | Consultant | 41 | 0.3 | Conference with M. Arnott re status update. | |
| 7/24/2007 | Meyer, Joshua | Consultant | 41 | 0.3 | Conference with A. Romney re status update. | |
| 7/23/2007 | Miklos, Brian | Director | 41 | 0.6 | Create batch assignment clearing logic for Name/Date Coding review. | |
| 7/3/2007 | Romney, Aaron | Sr Consultant | 41 | 1.5 | Update users administrative rights to the batch assignment system, assisted users with installing the Ringtail Image Viewer. | |
| 7/5/2007 | Romney, Aaron | Sr Consultant | 41 | 2.0 | Performed a batch assignment training for M. Courtney and P. Grewal. | |
| 7/6/2007 | Romney, Aaron | Sr Consultant | 41 | 0.5 | Coordination of preparing a CD that contains certain Bates ranges, to be sent to M. Arnott. | |
| 7/11/2007 | Romney, Aaron | Sr Consultant | 41 | 1.5 | Add new issues to current issue tree structure per Maria Arnott, remove confidential coding from all documents and assist users with formatting the results screen to show source/attachment relationships. | |
| 7/16/2007 | Romney, Aaron | Sr Consultant | 41 | 0.5 | Assisted user with batch assignment system and detail how to retrieve documents. | |
| 7/17/2007 | Romney, Aaron | Sr Consultant | 41 | 1.3 | Created new pick field 'Further Review to/from/cc/date', added it to the current review template and created saved search. | |
| 7/18/2007 | Romney, Aaron | Sr Consultant | 41 | 1.0 | Added additional names to the pick list field for the to/from/cc information per M. Arnott. | |
| 7/19/2007 | Romney, Aaron | Sr Consultant | 41 | 1.5 | Set up test batches in preparation for training session, provided Ringtail training for new reviewers and fielded follow-up questions | |
| 7/2/2007 | Wilbur, Alan | Sr Consultant | 41 | 1.3 | Conference from A. Croessmann re batch assignment; create batches for review and assign and work with J. Meyer and A. Romney to prioritize review and establish work flow procedures. | |
| 7/2/2007 | Wilbur, Alan | Sr Consultant | 41 | 2.1 | Conduct batch assignment training with users at Hahn & Hessen and Blank Rome and conference with J. McCahey and S. Wright re batch priorities. | |
| 7/12/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.7 | Conference with J. Lane re PDF review in Ringtail and investigate clearing of batches. | |
| 7/13/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.2 | Conference with team re new reviewer and training. | |
| 7/16/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.4 | Conference with team re clearing logic and new tasks in casebook. | |
| 7/18/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.6 | Conference with M. Gitlitz and revise batches of Lambert and Lam documents. | |
| 7/19/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.6 | Participate in Ringtail training for new reviewers. | |
| 7/19/2007 | Wilbur, Alan | Sr Consultant | 41 | 1.0 | Conference with team and M. Arnott re work flow, specific user assignments and name/date coding segment. | |
| 7/19/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.8 | Update people pick list fields with new names per M. Arnott. | |
| 7/20/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.8 | Review teams and assign document segments to particular reviewers per M. Arnott. | |
| 7/23/2007 | Wilbur, Alan | Sr Consultant | 41 | 1.4 | Set up paralegal review by mass-coding documents with name/date tag, isolation of documents from locked assignments, and creation of review team, document batches and coding fields. | |
| 7/23/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.4 | Conference with M. Arnott re workflow and coding of name and date fields for paralegal review. | |
| 7/23/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.5 | Provide detail to M. Arnott, S. Wright and team re procedure for name/date coding and report snapshot of review status and progress. | |
| 7/25/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.4 | Conference with A. Romney and L. Gibbons re partial date field for name/date coding. | |
| 7/30/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.2 | Conference with M. Arnott re Ringtail Image Viewer. | |
| 7/30/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.3 | Configure S. Belsky group memberships, permissions and coding fields. | |
| 7/30/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.8 | Conduct new user training with S. Belsky and forward new user form for establishment of credentials. | |
| 8/1/2007 | Wilbur, Alan | Sr Consultant | 41 | 1.2 | Conference with M. Arnott and reviewers and reconfigure batch assignments for individual reviewers. | |
| 8/2/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.8 | Revise reviewer assignments and conference with P. Grewal and M. Arnott re same. | |
| 8/2/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.5 | Conference with J. Meyer and R. Collura re Ringtail review and status of new document loads. | |
| 8/3/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.3 | Conference with L. Gibbons re name/date coding tag and documents batched for review. | |
| 8/6/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.1 | Conference with M. Oulavong re Ringtail log-in. | |
| 8/7/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.2 | Update custodian names and conference with S. Wright re process for additional amendments. | |
| 8/7/2007 | Wilbur, Alan | Sr Consultant | 41 | 1.5 | Create review assignments for 35 additional custodians and conference with M. Arnott and G. Kochansky re new document batches. | |
| 8/8/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.2 | Conference with R. Collura re batch printing documents from casebook. | |
| 8/8/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.4 | Prepare Ringtail training and reschedule per M. Arnott. | |
| 8/13/2007 | Wilbur, Alan | Sr Consultant | 41 | 1.0 | Conferences with L. Gendelberg re Ringtail training and workflow questions. | |
| 8/13/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.4 | Segregate documents and create new batches for name/date review. | |
| 8/14/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.4 | Conference with G. Kochansky re Ringtail review. | |
| 8/14/2007 | Wilbur, Alan | Sr Consultant | 41 | 1.8 | Amend issues and create new batches for coding review. | |
| 8/16/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.3 | Conference with A. Croessmann re Ringtail Image Viewer and assist with installation of new version. | |
| 8/17/2007 | Wilbur, Alan | Sr Consultant | 41 | 2.1 | Re-assign documents for review and create new batches of documents without custodian and name/date coding review; conference with M. Arnott re same. | |
| 8/17/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.3 | Mass code name/date review tags and assign new documents for review; conference with M. Arnott re same. | |
| 8/21/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.2 | Conference with M. Arnott and J. Meyer re new data for casebook and loading status. | |
| 8/21/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.4 | Establish credentials and set up training for new user. | |
| 8/22/2007 | Wilbur, Alan | Sr Consultant | 41 | 1.0 | Conduct training with C. Wright on Ringtail and field questions related to Ringtail review. | |
| 8/23/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.5 | Conference with G. Kochansky and Hahn & Hessen IT re programs for Ringtail review. | |
| 8/23/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.2 | Conference with L. Geldenberg re new data for casebook and Ringtail review. | |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS |
|---|---|---|---|---|---|
| | | | | | EXHIBIT B |
| 8/24/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.7 | Conference with G. Kochansky, Hash & Hessen IT support and Client Support re local settings and Ringtail review. |
| 8/27/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.3 | Conference with G. Kochansky re Ringtail and rebalance assignments for review. |
| 8/27/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.2 | Work on new data to be loaded to casebook and confer with V. Rajpara. |
| 8/28/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.9 | Conference with M. Arnott re review progress and compile breakdown of reviewer assignments. |
| 8/28/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.3 | Conference with C. Wright re name/date coding review. |
| 8/29/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.2 | Conference with C. Wright re name/date coding review. |
| 8/30/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.3 | Conference with G. Kochansky re Casebook index and work with team to redirect document index. |
| 8/30/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.1 | Adjust Ringtail assignments for review. |
| 8/31/2007 | Wilbur, Alan | Sr Consultant | 41 | 0.2 | Conference with I. Pal re review status and reassignment documents for review. |
| 8/2/2007 | Abraham, Bao | Project Asst | 41 | 1.2 | Create chain of custody, verify properties counts and stage data containing NEWCEN000253358-00025 5386. |
| 7/11/2007 | Withrow, Mary | Sr Consultant | 41 | 1.5 | Create chain of custody, verify properties counts and stage data containing collection id 20070710A |
| 7/16/2007 | Withrow, Mary | Sr Consultant | 41 | 0.9 | Create chain of custody, verify properties counts and stage data containing 1 cd for collection ID 20070712A |
| 7/26/2007 | Withrow, Mary | Sr Consultant | 41 | 1.3 | Create chain of custody, verify properties counts and stage data containing 2 CD |
| 8/9/2007 | Withrow, Mary | Sr Consultant | 41 | 1.1 | Create chain of custody, verify properties counts and stage data |
| 8/23/2007 | Withrow, Mary | Sr Consultant | 41 | 5.0 | Create chain of custody, verify properties counts and stage data containing 7 DVD\1CD. |
| 7/12/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 2.1 | Analyze images and data received for NEWCEN production documents. |
| 7/12/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 2.0 | Verify load file unitization against delivered images, organize images to follow the standard level structure and extract extra coding file. |
| 7/12/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 2.1 | Prepare images, coding and OCR for loading, and verify in Ringtail. |
| 7/16/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 0.7 | Prepare images, coding and OCR for loading, and verify in Ringtail. |
| 7/16/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 1.8 | Verify load file unitization against delivered images, organize images to follow the standard level structure and extract extra coding file. |
| 7/16/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 1.0 | Analyze images and data received for NCEN production documents. |
| 7/26/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 2.1 | Analyze images and data received for NCEN production documents. |
| 7/26/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 3.5 | Verify load file unitization against delivered images, organize images to follow the standard level structure and extract extra coding file. |
| 7/26/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 1.2 | Prepare images, coding and OCR for loading, and verify in Ringtail. |
| 8/3/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 1.1 | Analyze images and data received for NEWCEN production documents. |
| 8/3/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 1.3 | Prepare images, coding and OCR for loading, and verify in Ringtail. |
| 8/3/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 1.1 | Verify load file unitization against delivered images, organize images to follow the standard level structure and extract extra coding file. |
| 8/13/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 2.3 | Analyze images and data received for NEWCEN production documents. |
| 8/13/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 1.0 | Prepare images, coding and OCR for loading, and verify in Ringtail. |
| 8/13/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 1.0 | Verify load file unitization against delivered images, organize images to follow the standard level structure and extract extra coding file. |
| 8/29/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 2.2 | Verify load file unitization against delivered images, organize images to follow the standard level structure and extract extra coding file. |
| 8/29/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 2.2 | Prepare images, coding and OCR for loading, and verify in Ringtail. |
| 8/29/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 1.5 | Verify load file unitization against delivered images, organize images to follow the standard level structure and extract extra coding file. |
| 8/29/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 1.5 | Prepare images, coding and OCR for loading, and verify in Ringtail. |
| 8/29/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 1.1 | Analyze images and data received for NC1-009-part 1 production documents. |
| 8/29/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 2.0 | Analyze images and data received for NC1-009-part 2 production documents. |
| 8/30/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 2.2 | Analyze images and data received for NC1-009-part 3 production documents. |
| 8/30/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 1.1 | Verify load file unitization against delivered images, organize images to follow the standard level structure and extract extra coding file. |
| 8/30/2007 | Rajpara, Vishalkumar | Sr Consultant | 41 | 1.1 | Prepare images, coding and OCR for loading, and verify in Ringtail. |
| | | | **41 Total** | **96.5** | |
| | | | **Sub-Total** | **291.2** | |
| | | | **Grand** | **434.9** | |