## PCD 1 – Planning, Supervision and Review

Work plan development and related team discussions are included in this code. Given the fast paced nature of the case, developing and maintaining a work plan was critical to making sure all key areas were appropriately addressed in a timely and efficient manner.

## PCD 6/10 – Review & Analysis of Potential Avoidance Actions

This code includes work performed in relation to forensic accounting and potential litigation matters. FTI reviewed KPMG's, the Debtors' independent auditor, objections to the Examiner's and the Committee's motions supporting the production of documents by KPMG. FTI assisted Committee counsel in preparing responses to the objections. In addition, FTI attended a Bankruptcy Court Hearing regarding the production of KPMG's work papers. FTI also reviewed documents and participated in meetings with Heller Ehrman, PricewaterhouseCoopers, O'Melveny & Myers, the Examiner and Examiner's counsel, K&L Gates, and financial advisors, BDO Seidman and a representative from the Securities and Exchange Commission to gain an understanding of the scope and work performed in connection with the Debtors' audit committee investigation. FTI team members reviewed accounting and finance related documents produced by the Debtors in connection with identifying other potential causes of action that may be pursued by the Committee. In addition, we reviewed and assessed the Debtor's analysis of cash activity with various warehouse lenders and other financial institutions, both pre and post petition, to help the Committee address the various claims asserted by such institutions for monies owed.

## PCD 11 – Analysis of Bankruptcy Schedules

This code includes time spent by FTI team members meeting with the Debtors and their advisors to discuss outstanding questions on the SoFA, SoALs and reconciliations to trial balances.

## PCD 20 – Prepare for/Participate in Meetings or Calls with the Unsecured Creditors' Committee

FTI spent significant time meeting with or participating on conference calls with the Committee, addressing the numerous topics that arose in this fast-paced case. The development of materials and reports for the Committee is also included in this code when not specifically attributable to other project codes. In many situations it was necessary to have various FTI team members participating in meetings or on calls given the large number of topics and focus areas of the case and the division of labor required of the FTI team.

## PCD 22 – Analyze Employee Severance, Pension, Retention and Other Employee Related Matters

The Debtors filed various motions to pay retention and sale-related incentive payments to management. Time included in this code covers reviewing the proposed payments associated with these motions as well as analyzing the underlying calculations for KEIP pay-outs by

asset sale group. FTI's analyses resulted in lower KEIP amounts paid out than what were previously forecasted.

## PCD 33 – Analyze Asset Sale Proposals

Time spent in this project code relates to the evaluation and negotiation of the various sales processes and asset sale proposals, including the Carrington LP interests, Deutsche Bank loan portfolio and miscellaneous assets. FTI professionals reviewed sale related documents and analyzed the potential proceeds from such sales and subsequent purchase price adjustments. It was important that FTI understood the process undertaken by the Debtors' financial advisors to sell or liquidate these different assets to ensure that all alternatives were explored, all potential interested parties were contacted and that the best deal was achieved for the estate. FTI was instrumental in attracting the winning bidder of the Deutsche Bank loan portfolio. Along with counsel, FTI also negotiated the terms of the stalkinghorse deal and streamlined the sale process which resulted in a highly competitive auction for this portfolio.

## PCD 36 – Analysis of Short Term Cash Flow Forecast

FTI spent time reviewing the updated forecast to understand how the forecast was developed and what assumptions were made. Weekly calls with AlixPartners were established to review weekly variances to the budget.

## PCD 41 – Document Management Services

Time spent in this project code relates to the managing of documents requested under the 2004 motion and other litigation. FTI developed the system that was used to load and archive documents relating to the various litigation matters.