**EXHIBIT D**

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD AUGUST 1, 2007 THOUGH AUGUST 31, 2007**

| Expense Type | | Amount |
|---|---|---:|
| Airfare/Train | $ | 4,882.48 |
| Electronic Subscriptions [1] | | 3,195.80 |
| Hotel & Lodging | | 476.86 |
| Internet Provider Charges | | 12.95 |
| Meals | | 235.27 |
| Taxi/Subway | | 552.77 |
| **Total:** | **$** | **9,356.13** |

[1] This amount also includes expenses in July that have not yet been billed.

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**EXPENSE DETAIL**
**FOR THE PERIOD AUGUST 1, 2007 THOUGH AUGUST 31, 2007**

| **Date** | **Consultant** | **Expense Type** | **Amount** | **Description of Expense** |
|---|---|---|---|---|
| 8/12/2007 | Collura, Richard | Airfare/Train | $ 914.40 | One-way coach airfare from New York, NY to Los Angeles, CA |
| 8/13/2007 | Sloane, Raymond | Airfare/Train | 916.28 | One-way coach airfare from New York, NY to Los Angeles, CA |
| 8/16/2007 | Collura, Richard | Airfare/Train | 1,338.40 | One-way coach airfare from Los Angeles, CA to New York, NY |
| 8/16/2007 | Sloane, Raymond | Airfare/Train | 1,338.40 | One-way coach airfare from Los Angeles, CA to New York, NY |
| 8/21/2007 | Sloane, Raymond | Airfare/Train | 375.00 | Roundtrip train fare from New York, NY to Wilmington, DE. |
| | | **Airfare/Train Total** | 4,882.48 | |
| | | | | |
| 7/31/2007 | Meyer, Joshua | Electronic Subscriptions | 641.00 | Online Hosting Fees - Ringtail (6.41 GB @ $100.00/GB from 07/01/07 - 07/31/07) |
| 7/31/2007 | Meyer, Joshua | Electronic Subscriptions | 63.00 | Online Loading Fees - Ringtail (1.26 GB @ $50.00/GB from 07/01/07 - 07/31/07) |
| 7/31/2007 | Meyer, Joshua | Electronic Subscriptions | 4.30 | Tiff Generation (86 pages @ $0.05/page) |
| 8/31/2007 | Meyer, Joshua | Electronic Subscriptions | 1,872.00 | Online Hosting Fees - Ringtail (18.72 GB @ 100.00/GB from 08/01/07 – 08/31/07) |
| 8/31/2007 | Meyer, Joshua | Electronic Subscriptions | 615.50 | Online Loading Fees - Ringtail (12.31 GB @ 50.00/GB from 08/01/07 – 08/31/07) |
| | | **Electronic Subscriptions Total** | 3,195.80 | |
| | | | | |
| 8/16/2007 | Collura, Richard | Hotel & Lodging | 238.43 | Lodging, Los Angeles, CA (1 night). |
| 8/16/2007 | Sloane, Raymond | Hotel & Lodging | 238.43 | Lodging, Los Angeles, CA (1 night). |
| | | **Hotel & Lodging Total** | 476.86 | |
| | | | | |
| 8/16/2007 | Collura, Richard | Internet Provider Charges | 12.95 | Internet charges at hotel. |
| | | **Internet Provider Charges Total** | 12.95 | |
| | | | | |
| 8/16/2007 | Collura, Richard | Meals | 39.71 | Out of town meal/lunch for self, R. Sloane and M. Arnott (HH). |
| 8/16/2007 | Collura, Richard | Meals | 76.87 | Out of town meal/dinner for self and R. Sloane. |
| 8/16/2007 | Collura, Richard | Meals | 13.33 | Out of town meal/breakfast for self. |
| 8/16/2007 | Sloane, Raymond | Meals | 105.36 | Out of town meal for self, R. Collura and M. Arnott (HH). |
| | | **Meals Total** | 235.27 | |
| | | | | |
| 7/17/2007 | Collura, Richard | Taxi/Subway | 115.87 | Taxi from home to airport. |
| 7/17/2007 | Collura, Richard | Taxi/Subway | 121.48 | Taxi from airport to home. |
| 7/17/2007 | Sloane, Raymond | Taxi/Subway | 97.92 | Taxi from home to airport. |
| 7/17/2007 | Sloane, Raymond | Taxi/Subway | 153.00 | Taxi from airport to home. |
| 8/15/2007 | Sloane, Raymond | Taxi/Subway | 54.50 | Taxi from airport to hotel in Los Angeles, CA. |
| 8/21/2007 | Sloane, Raymond | Taxi/Subway | 10.00 | Taxi from court to train station. |
| | | **Taxi/Subway Total** | 552.77 | |
| | | | | |
| | | **Grand Total** | **$ 9,356.13** | |