IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS,<br><br>Debtor. | Chapter 11<br>Case No. 07-10416-KJC<br><br>**Objections due by: September 24, 2007, 4:00 p.m.**<br>**Hearing Date: October 2, 2007 at 1:30** |

### CERTIFICATE OF NO OBJECTION
*(relates to Docket No. 2630)*

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on August 31, 2007 (Docket No. 2630) by The Bank of New York, as Trust Administrator c/o Ocwen Loan Servicing, LLC. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than September 24, 2007.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: September 25, 2007                      Respectfully submitted,
       Wilmington, Delaware
                                          DRAPER & GOLDBERG, P.L.L.C.

                                           **/s/ Adam Hiller**
                                          Adam Hiller (DE No. 4105)
                                          1500 North French Street, 2nd Floor
                                          Wilmington, Delaware 19801
                                          (302) 339-8776 telephone
                                          (302) 213-0043 facsimile

                                          and

Thomas D.H. Barnett (DE No. 994)
Draper & Goldberg, PLLC
P.O. Box 947
512 East Market Street
Georgetown, Delaware 19947

*Attorneys for Movant*