IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket No. 2729 |

SUPPLEMENTAL AFFIDAVIT OF MICHAEL J. MERCHANT IN
SUPPORT OF APPLICATION OF THE DEBTORS AND DEBTORS IN
POSSESSION FOR AN ORDER EXPANDING SCOPE OF RICHARDS,
LAYTON & FINGER, P.A.'S RETENTION TO INCLUDE REPRESENTATION
OF NEW CENTURY WAREHOUSE CORPORATION, *NUNC PRO TUNC* TO
AUGUST 3, 2007, PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE

STATE OF DELAWARE    )
                     ) SS:
COUNTY OF NEW CASTLE )

MICHAEL J. MERCHANT, being first duly sworn to oath, deposes and says:

1. I am an attorney admitted to practice in the State of Delaware and before this Court, and am a director of the firm of Richards, Layton & Finger, P.A. ("RL&F"). RL&F is a Delaware law firm with its offices at One Rodney Square, Wilmington, Delaware.

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

2. On September 10, 2007, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed an application (the "Application") for an order, pursuant to section 327(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), expanding the scope of RL&F's retention to include the representation of New Century Warehouse Corporation ("New Century Warehouse"), effective *nunc pro tunc* to August 3, 2007 (the "NCW Petition Date"). Contemporaneously with the filing of the Application, the Debtors filed the Affidavit of Michael J. Merchant (the "Merchant Affidavit") in support of the Application. The Debtors are today filing this supplemental affidavit in further support of the Application and to clarify certain of the representations set forth in the Merchant Affidavit.

3. Specifically, the Merchant Affidavit represented that RL&F received a total retainer of $25,000 (the "NCW Retainer") from New Century Warehouse prior to the NCW Petition Date and that $8,049.00 of the NCW Retainer was applied to outstanding balances existing as of the NCW Petition Date (leaving a balance of $16,951.00 in the NCW Retainer). RL&F, however, has recently learned that, as a result of a miscommunication, the NCW Retainer was inadvertently paid to RL&F by New Century Mortgage Corporation ("NCMC"), rather than by New Century Warehouse. While payment of the NCW Retainer by NCMC was consistent with the Debtors' prepetition practices, RL&F had requested that the NCW Retainer be paid by New Century Warehouse. Given that the transaction involved a payment to RL&F out of NCMC's estate, RL&F intends to seek an order of the Court authorizing the payment of such amounts on a *nunc pro tunc* basis through the filing of a fee application. The fee application shall include all time records and expense reports for prepetition services provided

by RL&F to New Century Warehouse and shall seek approval of such amounts under section 330 of the Bankruptcy Code.

Dated:  September 25, 2007
        Wilmington, Delaware

_____
Michael J. Merchant (No. 3854)

SWORN TO AND SUBSCRIBED
before me this 25th day of September 2007.

_____
Notary Public
My Commission Expires: 4/17/09

LESLEY A. MORRIS
Notary Public – State of Delaware
My Comm. Expires Apr. 17, 2009