# EXHIBIT A

LA3:1139177.2
RLF1-3205196-1

June 29, 2007

Plaza Office Realty I, LLC
P.O. Box 1450
Minneapolis, MN 55485

Re: Lease by and between Home123 Corporation/New Century Mortgage Corporation ("Tenant") and Landlord for the premises located at 11700 Plaza America Drive, Reston, VA (the "Premises")

Dear Sir or Madam:

Thank you for your cooperation and assistance in granting our vendors access to the Premises for purpose of removing Tenant's personal property. As this work is now complete, Tenant wishes to confirm the following items:

1. On June 30, 2007 (the "Delivery Date"), Tenant unequivocally relinquished control of the Premises to Landlord in broom clean condition and turned over to Landlord all keys and/or key cards to the Premises.

2. Tenant agrees that Landlord shall have the right to re-enter and take possession of the Premises as of the Delivery Date, as fully as it would or could have done if that were the date provided for the expiration or termination of the Lease.

3. Tenant acknowledges and agrees that any personal property or other items that may be considered personal property remaining on the Premises after the Delivery Date will belong to Landlord and this letter will constitute a bill of sale for them to Landlord. Any such personal property may be disposed of by Landlord, in Landlord's sole discretion, without obligation or liability to Tenant.

4. Landlord acknowledges and agrees that Tenant shall have no further obligation to make any repairs to the Premises and/or remove any of the furniture, fixtures, equipment or other improvements contained in the Premises.

Please indicate your acknowledgement and acceptance of the items above by signing in the space provided below and returning a copy of this letter to me.

Sincerely,

Elise Luckham
Vice President, Corporate Services
(949) 517-0407

UNDERSTOOD AND AGREED

Name: _____
Title: _____