# **EXHIBIT B**



3353 MICHELSON DR., SUITE 100, IRVINE, CA 92612

May 23, 2007

Robert Szablak
National Account Manager
ADT Security Services
21171 South Western Ave.
Torrance, CA 90501

Mr. Szablak:

Please cancel contracts and all services for the branches listed in the eleven pages below, effective today, 5/23/07. If you have any questions, please contact me at 949-517-0691.

Sincerely,

Steve Bowsher
Director, Physical Security

| Cust # | Address | Notes |
|---|---|---|
| 01400 100440738 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 1117 PERIMETER CTR W | |
| | 2ND FLOOR | |
| | SUITE N200 | |
| | ATLANTA, GA 30338-5451 | |
| | | |
| 01400 100525467 | NEW CENTURY MORTGAGE | |
| | 1302 CONCOURSE DRIVE | |
| | SUITE 102 | |
| | LINTHICUM, MD 21090 | |
| | | |
| 01400 100726587 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 1105 ENERGY CENTER | |
| | TUSCALOOSA, AL 35406 | |
| | | |
| 01400 100841634 | NEW CENTURY MORTAGE | |
| | TOMMY JONES | |
| | 300 CROWN COLONY DR | |
| | QUINCY, MA 02169-0904 | |



| Cust. # | Address | Notes |
|---|---|---|
| 01400 100848138 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 8 PLEASANT ST | |
| | BLDG A | |
| | SOUTH NATICK, MA 01760 | |
| | | |
| 01400 102222454 | NEW CENTURY MORTGAGE | |
| | JOHN HARDEN | |
| | 4349 EASTON WAY | |
| | SUITE 110 | |
| | COLUMBUS, OH 43219-6114 | |
| | | |
| 01400 102344626 | NEW CENTURY | |
| | BRANDON ELIAS | |
| | 6404 INTERNATIONAL PKWY | |
| | MORTGAGE CORPORATION | |
| | SUITE 2000, 2025 | |
| | PLANO, TX 75093-8225 | |
| | | |
| 01400 102730309 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 2800 LIVERNOIS RD | |
| | SUITE 160, BLDG. E-1 | |
| | TROY, MI 48083-1215 | |
| | | |
| 01400 103435779 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 860 AIRPORT FWY | |
| | 5TH FLOOR | |
| | HURST, TX 76054-3249 | |
| | | |
| 01400 104055303 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 14511 FALLING CREEK DR | |
| | QUALITY ASSURANCE TEAM | |
| | STE 400 | |
| | HOUSTON, TX 77014-1244 | |

2



| Cust. # | Address | Notes |
|---|---|---|
| 01400 104056073 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 77 SUGAR CREEK LN | |
| | ACCESS LENDING CORPORAT | |
| | STE 200 | |
| | SUGAR LAND, TX  77478-3936 | |
| | | |
| 01400 104056596 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 2 RIVERWAY | |
| | STE 600 | |
| | HOUSTON, TX  77056-1939 | |
| | | |
| 01400 104056602 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 22485 TOMBALL PKWY | |
| | HOUSTON, TX  77070-1530 | |
| | | |
| 01400 104114139 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 8365 KEYSTONE XING | |
| | SUITE 104 | |
| | INDIANAPOLIS, IN  46240-2471 | |
| | | |
| 01400 104431043 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 99 CHERRY HILL RD | |
| | STE 110 | |
| | PARSIPPANY, NJ  07054-1122 | |
| | | |
| 01400 104710560 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 2030 FALLING WATER | |
| | SUITE 150 | |
| | KNOXVILLE, TN  37922 | |
| | | |
| 01400 105057936 | NEW CENTURY MORTGAGE | |
| | 841 BISHOP ST | |
| | STE 725 | |
| | HONOLULU, HI  96813-3908 | |



| Cust # | Address | Notes |
|---|---|---|
| 01400 105237189 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | TWO HUNTINGTON QUADRAN | |
| | GLE | |
| | STE #1501 | |
| | MELVILLE, NY 11747 | |
| | | |
| 01400 105816975 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 4300 MARKETPOINTE DR | |
| | SUITE 560 | |
| | BLOOMINGTON, MN 55435 | |
| | | |
| 01400 105911272 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 1225 CARLISLE ST | |
| | SUITE 1 | |
| | HANOVER, PA 17331-1202 | |
| | | |
| 01400 106218071 | NEW CENTURY MORTGAGE | |
| | 3354 PERIMETER HILL DR | |
| | NASHVILLE, TN 37211 | |
| | | |
| 01400 107112919 | NEW CENTURY MORTGAGE CO | |
| | PAUL RIGDON | |
| | 2000 CROW CANYON PL | |
| | SUITE 250 | |
| | SAN RAMON, CA 94583-4633 | |
| | | |
| 01400 107803667 | NEW CENTURY MORTGAGE | |
| | JOHN HARDEN | |
| | 200 UNICORN PARK DR | |
| | 3RD FLOOR | |
| | WOBURN, MA 01801-3324 | |
| | | |
| 01400 108016494 | NEW CENTURY MORTGAGE | CLOSED IN 2006 |
| | 3331 STREET RD | |
| | SUITE 405 | |
| | BENSALEM, PA 19020 | |



| Cust. # | Address | Notes |
|---|---|---|
| 01400 108017947 | NEW CENTURY MORTGAGE | |
| | 630 W GERMANTOWN PIKE | |
| | SUITE 200 | |
| | PLYMOUTH MEETING, PA  19462 | |
| | | |
| 01400 108020688 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 356 N POTTSTOWN PIKE | |
| | SUITE 200 | |
| | EXTON, PA  19341-2220 | |
| | | |
| 01400 108113529 | NEW CENTURY MORGAGE | |
| | TOMMY JONES | |
| | 345 ROUSER ROAD | |
| | 4TH FL | |
| | PITTSBURGH, PA  15201 | |
| | | |
| 01400 110129644 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 16247 OLIVE BLVD | |
| | STE 115 | |
| | 1ST FL | |
| | ST LOUIS, MO  63141 | |
| | | |
| 01400 111228318 | NEW CENTURY MORTGAGE | |
| | TWO BLUE HILL PLAZA | |
| | 1ST FLOOR | |
| | PEARL RIVER, NY  10965 | |
| | | |
| 01400 111510373 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 136 TURNPIKE RD | |
| | SUITE 120 | |
| | SOUTHBOROUGH, MA  01772-2118 | |
| | | |
| 01400 112922858 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 201 EDWARD CURRY AVE | |
| | SUITE 105 | |
| | STATEN ISLAND, NY  10314 | |
| | | |



| Cust. # | Address | Notes |
|---|---|---|
| 01400 113516434 | NEW CENTURY MORTGAGE | Systems previously relocated to 5445 DTC PKWY |
|  | TOMMY JONES |  |
|  | 5600 S QUEBEC ST |  |
|  | #B-310B |  |
|  | GREENWOOD VILLAGE, CO 80111-2207 |  |
| 01400 113534508 | NEW CENTURY MORTGAGE |  |
|  | TOMMY JONES |  |
|  | 5445 DTC PKWY |  |
|  | QUAD 100 |  |
|  | GREENWOOD VILLAGE, CO 80111-3045 |  |
| 01400 114021156 | NEW CENTURY MORTGAGE | Systems previously relocated to 11235 SE 6th ST. Ste. 200 |
|  | KARIN COLTER |  |
|  | 1407 116TH AVE NE |  |
|  | SUITE EAST 100 |  |
|  | BELLEVUE, WA 98004-3819 |  |
| 01400 114707407 | NEW CENTURY MORTGAGE |  |
|  | TOMMY JONES |  |
|  | 951 MARCON BLVD |  |
|  | ALLENTOWN, PA 18109-9370 |  |
| 01400 114937467 | NEW CENTURY MORTGAGE |  |
|  | JOHN HARDEN |  |
|  | 14750 NW 77TH CT |  |
|  | SUITE 100 |  |
|  | MIAMI LAKES, FL 33016-1507 |  |
| 01400 114940876 | NEW CENTURY MORTGAGE |  |
|  | 7950 NW 53RD ST |  |
|  | SUITE 103 |  |
|  | MIAMI, FL 33166 |  |
| 01400 115216376 | NEW CENTURY MORTGAGE |  |
|  | 1860 HOWE AVE |  |
|  | SUITE 106 |  |
|  | SACRAMENTO, CA 95825 |  |



| Cust. # | Address | Notes |
|---|---|---|
| 01400 115217574 | NEW CENTURY MORTGAGE<br>2880 GATEWAY OAKS DR.<br>SECOND FLOOR<br>SACRAMENTO, CA 95825 | |
| 01400 115728431 | NEW CENTURY MORTGAGE<br>13520 EVENING CREEK DRI<br>SAN DIEGO, CA 92128 | |
| 01400 115816701 | NEW CENTURY MORTGAGE<br>BOB BOHN<br>910 E HAMILTON AVE<br>CAMPBELL, CA 95008-0610 | |
| 01400 116008121 | NEW CENTURY MORTGAGE<br>MILLIE LANDON<br>6548 S MCCARRAN BLVD<br>SUITE B<br>RENO, NV 89509-6112 | |
| 01400 116634799 | NEW CENTURY MORTGAGE<br>JOHN HARDEN<br>21800 OXNARD ST<br>WOODLAND HILLS, CA 91367-3633 | |
| 01400 117435962 | NEW CENTURY MORTGAGE<br>TOMMY JONES<br>3111 W MARTIN LUTHER KI<br>KING<br>STE 175<br>TAMPA, FL 33607-6235 | |
| 01400 117435963 | NEW CENTURY MORTGAGE<br>TOMMY JONES<br>3109 W MARTIN LUTHER KI<br>BLVD<br>3RD FL<br>TAMPA, FL 33607-6260 | |



| Cust. # | Address | Notes |
|---|---|---|
| 01400 119823191 | NEW CENTURY MORTGAGE | |
| | JOHN FITZGERALD | |
| | 4280 LATHAM ST | |
| | SUITE E | |
| | RIVERSIDE, CA 92501-1737 | |
| 01400 128303915 | NEW CENTURY MORTGAGE | Systems previously relocated to 1200 Executive PKWY |
| | TOMMY JONES | |
| | 1400 EXECUTIVE PKWY | |
| | SUITE 120 | |
| | EUGENE, OR 97401-6712 | |
| 01400 133242433 | NEW CENTURY | |
| | BOB BOHN | |
| | 1 PIERCE PL | |
| | SUITE 1200W | |
| | ITASCA, IL 60143-1253 | |
| 01400 133243794 | NEW CENTURY MORTGAGE | |
| | JOHN HARDEN | |
| | 1375 E WOODFIELD ROAD | |
| | SUITE 550 | |
| | WOODFIELD FINANCIAL CNT | |
| | SCHAUMBURG, IL 60173 | |
| 01400 133244292 | NEW CENTURY MORTGAGE | |
| | JOHN HARDEN | |
| | 1 PIERCE PL | |
| | STE 1200 | |
| | 12TH FL HR STORAGE ROOM | |
| | ITASCA, IL 60143-1253 | |
| 01400 140804789 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 300 GREEN VILLAGE CIRCL | |
| | SMYRNA, GA 30080 | |



| Cust. # | Address | Notes |
|---|---|---|
| 01400 140805548 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 64 FAIRFIELD RD | |
| | 1ST FLOOR | |
| | VILLA RICA, GA  30180-3800 | |
| | | |
| 01400 156702346 | NEW CENTURY MORTGAGE | |
| | 11235 SE 6TH ST | |
| | LINCOLN PLAZA | |
| | STE 200, BLDG A | |
| | BELLEVUE, WA  98004-6481 | |
| | | |
| 01400 158908038 | NEW CENTURY MORGAGE | |
| | TOMMY JONES | |
| | 5225 S LOOP 289 | |
| | STE 118 | |
| | LUBBOCK, TX  79424-1363 | |
| | | |
| 01400 166001484 | NEW CENTURY MORTGAGE | |
| | 11700 PLAZA AMERICA | |
| | DRIVE 2ND FLOOR | |
| | RESTON, VA  20190 | |
| | | |
| 01400 166505078 | NEW CENTURY MORTGAGE | This system should have been deactivated when we vacated building in 2005. |
| | 18500 VON KAMEN | |
| | IRVINE, CA  92612 | |
| | | |
| 01400 166505463 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 1610 E SAINT ANDREW PL | |
| | SANTA ANA, CA  92705-4931 | |
| | | |
| 01400 166505528 | NEW CENTURY MORTGAGE | This building was vacated in 2005. |
| | 18300 VON KARMAN | |
| | 5TH FLOOR | |
| | IRVINE, CA  92612 | |



| Cust. # | Address | Notes |
|---|---|---|
| 01400 166505629 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | BLDG 3349 MICHELSON DR | |
| | STE 450 | |
| | IRVINE, CA 92612 | |
| 01400 166505896 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 3347 MICHELSON DRIVE | |
| | 4TH FLOOR | |
| | IRVINE, CA 92612 | |
| 01400 186612105 | NEW CENTURY MORTGAGE | |
| | JOHN HARDEN | |
| | 7100 N FINANCIAL DR | |
| | SUITE 103 | |
| | FRESNO, CA 93720-2900 | |
| 01400 186814034 | NEW CENTURY MORTAGE | |
| | 1209 WOODROW AVE | |
| | SUITE A-3 | |
| | MODESTO, CA 95350 | |
| 01400 187609979 | NEW CENTURY MORTGAGE | |
| | 1620 MILL ROCK WAY | |
| | STE 500 | |
| | BAKERSFIELD, CA 93311-1320 | |
| 01400 187727453 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 7674 W LAKE MEAD BLVD | |
| | SUITE 110 | |
| | LAS VEGAS, NV 89128-6647 | |
| 01400 189033277 | NEW CENTURY MORTGAGE | |
| | CHAD LASKE | |
| | 1600 W BROADWAY RD | |
| | SUITE 150 | |
| | TEMPE, AZ 85282 | |



| Cust. # | Address | Notes |
|---|---|---|
| 01400 189035267 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 4835 E CACTUS RD | |
| | STE 200 | |
| | SCOTTSDALE, AZ  85254-4191 | |
| | | |
| 01400 189040931 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 10835 N 25TH AVE | |
| | STE 140 | |
| | PHOENIX, AZ  85029-4751 | |
| | | |
| 01400 189045871 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 20860 N TATUM BLVD | |
| | SUITE 175 | |
| | PHOENIX, AZ  85050-4274 | |
| | | |
| 01400 102350355 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 1349 EMPIRE CENTRAL DR | |
| | STE 100 | |
| | DALLAS, TX  75247-4066 | |
| | | |
| 01400 107312641 | NEW CENTURY MORTGAGE | |
| | TOMMY JONES | |
| | 9420 UNDERWOOD AVE | |
| | BROADMOORE BUILDING | |
| | 1ST FLOOR | |
| | OMAHA, NE  68114-6607 | |
| | | |
| 01400 100843819 | NEW CENTURY MORTGAGE | |
| | 25 FORBES BLVD | |
| | SUITE 1 | |
| | FOXBOROUGH, MA 02035 | |