# EXHIBIT A

September 25, 2007

| | |
|---|---|
| Michael J. Missal | Our File Number : 0309077.00100 |
| 1601 K Street, NW | Invoice : 1701721 |
| Washington, DC 20036 | Services Through : August 31, 2007 |

**New Century Examiner**

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/01/07 | M. J. Missal | 9.90 | Various conferences with team on status and workplan (2.8); telephone call with counsel for US Trustee (.5); prepare various memos to team (1.1); review interview notes (2.0); review memos and other documents (3.5) | 7,177.50 |
| 08/02/07 | M. J. Missal | 10.80 | Review numerous memos and documents (3.5); various meetings with team on status and workplan (2.6); prepare status and update memos (3.2); telephone call with US Trustee (.4); prepare for KPMG motion (1.1) | 7,830.00 |
| 08/03/07 | M. J. Missal | 11.40 | Telephone call with counsel for KPMG on 2004 Motion (1.0); various conferences with team on status and workplan (5.1); review interview memos and other documents (4.7); various telephone calls with counsel for creditors committee (.6) | 8,265.00 |
| 08/04/07 | M. J. Missal | 2.90 | Review interview memos (1.2); revise workplan (1.7) | 2,102.50 |
| 08/05/07 | M. J. Missal | 4.70 | Review interview memos (2.0); review documents on accounting issues (1.5); revise workplan (1.2) | 3,407.50 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/06/07 | M. J. Missal | 12.70 | Meeting with team on status (.6); revise various interview memos (2.3); numerous communications with team (3.1); prepare outline of report (1.2); review background documents (5.5) | 9,207.50 |
| 08/07/07 | M. J. Missal | 15.60 | Conference call with counsel for debtor on documents (.7); revise various interview memos (3.5); revise workplan (1.1); numerous communications with team on status and workplan (2.4); review draft of cash collateral section (6.4); communications with team on KPMG motion (1.1); telephone call with counsel for US Trustee (.4) | 11,310.00 |
| 08/08/07 | M. J. Missal | 9.20 | Conference with cash collateral group on draft (1.5); various telephone calls with BDO (.5); revise cash collateral section (3.5); various communications with team (1.8); review interview memos and other documents (1.9) | 6,670.00 |
| 08/09/07 | M. J. Missal | 7.80 | Review various interview memos (5.2); attention to KPMG issue (1.4); e-mails to various team members on status and workplan (1.2) | 5,655.00 |
| 08/10/07 | M. J. Missal | 7.00 | Various e-mails with team on status and update (1.8); review interview memos (2.5); revise workplan (1.2); prepare section of report (1.5) | 5,075.00 |
| 08/11/07 | M. J. Missal | 2.20 | Review various background and other documents | 1,595.00 |
| 08/12/07 | M. J. Missal | 4.60 | Various e-mails with team on status (1.1); review numerous documents including interview memos (3.5) | 3,335.00 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/13/07 | M. J. Missal | 7.30 | Review various sections of report (3.5); various communications with counsel for Debtor (.5); various communications with counsel for independent directors (.7); conference call with team on status (.5); various communications with team members (1.1) | 5,292.50 |
| 08/14/07 | M. J. Missal | 6.50 | Various communications with team (1.4); various communications with Debtor (.5); review various interview memos and other documents (4.6) | 4,712.50 |
| 08/15/07 | M. J. Missal | 10.50 | Review various interview memos (3.5); numerous communications with team on status and workplan (2.4); review sections of report (4.6) | 7,612.50 |
| 08/16/07 | M. J. Missal | 8.70 | Various communications with team on status and workplan (2.4); review various documents (2.5); revise sections of report (3.0); communications with counsel for debtor (.8) | 6,307.50 |
| 08/17/07 | M. J. Missal | 5.60 | Review sections of report (3.0); review interview memos (1.5); various communications with team (1.1) | 4,060.00 |
| 08/18/07 | M. J. Missal | 5.30 | Revise sections of report (2.5); various communications with team (.8); review background documents (2.0) | 3,842.50 |
| 08/19/07 | M. J. Missal | 3.00 | Revise sections of report (3.0) | 2,175.00 |
| 08/20/07 | M. J. Missal | 10.20 | Meeting with team on status (1.0); revise sections of report (4.5); various communications with counsel for Debtor (.6); conferences with team on KPMG and other discovery issues (2.3); review interview notes and other documents (1.8) | 7,395.00 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/21/07 | M. J. Missal | 5.60 | Revise various sections of report (4.5); various communication with team on status and workplan (1.1) | 4,060.00 |
| 08/22/07 | M. J. Missal | 12.60 | Various communications with team on status and workplan (2.8); review numerous e-mails and other documents (3.2); revise sections of report (6.6) | 9,135.00 |
| 08/23/07 | M. J. Missal | 11.30 | Various meetings with team (1.7); revise sections of report (5.6); communications with counsel for debtor (.5); review interview and other memos (3.5) | 8,192.50 |
| 08/24/07 | M. J. Missal | 12.10 | Telephone call with counsel for Debtor on document production (.6); revise sections of report (5.7); review interview notes and other documents (4.3); numerous communications with team (1.5) | 8,772.50 |
| 08/25/07 | M. J. Missal | 6.50 | Revise sections of report | 4,712.50 |
| 08/26/07 | M. J. Missal | 3.00 | Revise sections of report | 2,175.00 |
| 08/27/07 | M. J. Missal | 6.70 | Revise various sections of report (4.5); various communications with team (.8); review various documents (1.4) | 4,857.50 |
| 08/28/07 | M. J. Missal | 14.30 | Meeting with team on status (.4); various communications with team on workplan (1.9); revise sections of report (10.5); review documents (1.5) | 10,367.50 |
| 08/29/07 | M. J. Missal | 13.40 | Review documents (1.6); revise sections of report (8.4); various communications with team on status and update (3.4) | 9,715.00 |
| 08/30/07 | M. J. Missal | 11.10 | Telephone call with Debtor (.4); various communications with team (2.8); continue to revise report (6.5); review documents related to various issues (1.4) | 8,047.50 |
| 08/31/07 | M. J. Missal | 11.30 | Prepare for meeting with counsel for Debtor (3.5); meeting with counsel for Debtor (4.0); revise report (2.3); various communications with team (1.5) | 8,192.50 |
| | | TOTAL FEES | | $ 191,255.00 |

| | | | |
|---|---|---|---|
| M. J. Missal | | 263.80 hrs at $ 725 / hr | $191,255.00 |
| | TOTAL FEES | 263.80 hrs | $ 191,255.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Air Fare | 831.30 |
| DISBURSEMENTS & OTHER CHARGES | $ 831.30 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 08/24/07 | 1688275 | 248,341.50 | 354.62 | 248,696.12 |
| | | OUTSTANDING BALANCE | | $ 248,696.12 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 191,255.00 |
| Fee Discount | $ (19,125.50) |
| Total Fees | $ 172,129.50 |
| Disbursements and Other Charges | $ 831.30 |
| **CURRENT INVOICE DUE** | **$ 172,960.80** |
| Past Due Invoices * | $ 248,696.12 |
| **TOTAL AMOUNT DUE** | **$ 421,656.92** |