# EXHIBIT B

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

Proforma Number: 1186640
Invoice Number: 1701721
Client: New Century Examiner, Michael J. Missal
Matter Description: New Century Examiner

24 Sep 2007
Batch #:       1385312
Inventory Manager: Missal, M. J
Matter Number: 0309077.00100

Page (9) 9

### DISBURSEMENTS & OTHER CHARGES SUMMARY

| CODE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT |
|---|---|---|---|
| 35 | Air Fare | 831.30 | 831.30 |
| | TOTAL DISBURSEMENTS AND OTHER CHARGES | 831.30 | 831.30 |