IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x

In re:                                          : Chapter 11
                                                :
NEW CENTURY TRS HOLDINGS, INC.,                 : Case No. 07-10416 (KJC)
a Delaware Corporation, et al.,                 :
                                                : Jointly Administered
                        Debtors.                :
                                                : Objection Deadline:
                                                : October 15, 2007 at 4:00 p.m.
-----------------------------------------------------------x

## SECOND MONTHLY APPLICATION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP, COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 1, 2007 THROUGH AUGUST 31, 2007, INCLUDING REQUEST FOR LIMITED WAIVER OF INFORMATION REQUIREMENTS OF LOCAL BANKRUPTCY RULE 2016-2(d)

Name of Applicant:  **Kirkpatrick & Lockhart Preston Gates Ellis LLP**

Authorized to Provide Professional Services to:  **Michael J. Missal, Examiner**

Date of Retention:  **July 25, 2007, *nunc pro tunc* to June 1, 2007**

Period for Which Compensation and Reimbursement is Sought:  **August 1, 2007 through August 31, 2007**

Amount of Compensation Sought as Actual, Reasonable and Necessary:
**$1,321,472.20 (80% of $1,651,840.26)[1]**

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:  **$68,086.20**

This is a:      **X** monthly     __ interim     __ final application.

The total time expended for fee application preparation is approximately 65.1 hours and the corresponding compensation requested is approximately $35,552.50.

---

[1] Reflects K&L Gates' voluntary ten percent (10%) reduction of its fees for this matter.

Prior Applications:

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Date Filed<br>Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Date Filed: 8/24/07<br>Docket No.  2572 | 6/1/07 - 7/31/07 | $1,378,689.66<br>(80% of<br>$1,723,362.08) | $54,844.68 | $1,378,689.66 | $54,844.68 |

## ATTACHMENT B
## TO FEE APPLICATION

The following is a summary of the fees incurred by K&L Gates during the period covered by this Second Monthly Fee Application:

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Jeffrey L. Bornstein | Partner; Joined K&L Gates in 2005; Practice Area(s): White Collar Crime, Commercial Litigation | Member of the CA Bar since 1981 | $525.00 | 142.4 | $74,760.00 |
| Melanie H. Brody | Partner; Joined K&L Gates in 1995; Practice Area(s): Mortgage Banking & Consumer Credit | Member of the DC Bar since 1994 | $500.00 | 3.5 | $1,750.00 |
| David T. Case | Partner; Joined K&L Gates in 1984; Practice Area(s): Commercial Litigation | Member of the MI Bar since 1979 | $625.00 | 105.6 | $66,000.00 |
| Edward J. Fishman | Partner; Joined K&L Gates in 2001; Practice Area(s): Transportation, Internal Investigations | Member of the MD Bar since1996 and the DC Bar since 1998 | $475.00 | 106.20 | $50,445.00 |
| Edward M. Fox | Partner; Joined K&L Gates in 2004; Practice Area(s): Bankruptcy/ Insolvency | Member of the MA Bar since 1985 and the NY Bar since 1986 | $775.00 | 172.3 | $133,532.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Julie Anne Halter | Partner; Joined K&L Gates in 2000; Practice Area(s): e-Discovery Analysis and Technology; Commercial Litigation | Member of the WA Bar since 1997 | $410.00 | 74.2 | $30,422.00 |
| Fred D. Heather | Partner; Joined K&L Gates in 2007; Practice Area(s): White Collar Crime, Commercial Litigation | Member of the NY Bar since 1978 and the CA Bar since 1983 | $630.00 | 25.9 | $16,317.00 |
| Phillip J. Kardis III | Partner; Joined K&L Gates in 2004; Practice Area(s): Corporate/Mergers & Acquisitions, Mortgage Banking and Consumer Credit | Member of the VA and DC Bars since 1996 | $625.00 | 11.1 | $6,937.50 |
| Rebecca L. Kline Dubill | Partner; Joined K&L Gates in 1998; Practice Area(s): Securities Enforcement | Member of the MD Bar since 1998 and the DC Bar since 1999 | $455.00 | 87.6 | $39,858.00 |
| Stavroula E. Lambrakopoulos | Partner; Joined K&L Gates in 1995; Practice Area(s): Commercial Litigation, Securities Enforcement | Member of the MD Bar since 1995 and the DC Bar since 1996 | $525.00 | 113.7 | $59,692.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Lawrence C. Lanpher | Partner; Joined K&L Gates in 1975; Practice Area(s): Commercial Litigation, Internal Investigations | Member of the DC Bar since 1975 | $625.00 | 267.6 | $167,250.00 |
| Walter P. Loughlin | Partner; Joined K&L Gates in 2006; Practice Area(s): Commercial Litigation, Securities Enforcement | Member of the CT Bar since 1977 and the NY Bar since 1999 | $750.00 | 48.0 | $36,000.00 |
| Helen Bergman Moure | Partner; Joined K&L Gates in 1996; Practice Area(s): e-Discovery Analysis and Technology; Commercial Litigation | Member of the WA Bar since 1996 | $455.00 | 13.1 | $5,960.50 |
| Bruce H. Nielson | Partner; Joined K&L Gates in 1987; Practice Area(s): Corporate, Commercial Technology, E-Commerce | Member of the VA Bar since 1987 and the DC Bar since 1988 | $525.00 | 37.6 | $19,740.00 |
| Brian Ochs | Partner; Joined K&L Gates in 1984; Practice Area(s): Securities Enforcement | Member of the DC Bar since 1988 | $625.00 | 60.3 | $37,687.50 |
| Kathleen O. Peterson | Partner; Joined K&L Gates in 1997; Practice Area(s): Commercial Litigation | Member of the CA Bar since 1986 | $460.00 | 1.40 | $644.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Michael J. Quinn | Partner; Joined K&L Gates in 2000; Practice Area(s): Securities Enforcement, Commercial Litigation | Member of the CA Bar since 1998 | $460.00 | 82.8 | $38,088.00 |
| Glenn R. Reichardt | Partner; Joined K&L Gates in 1984; Practice Area(s): Securities Enforcement, Internal Investigations | Member of the DC Bar since 1977 | $650.00 | 32.1 | $20,865.00 |
| Thomas C. Russler | Partner; Joined K&L Gates in 1999; Practice Area(s): Finance | Member of the NY Bar since 1975 | $700.00 | 5.0 | $3,500.00 |
| Stephen G. Topetzes | Partner; Joined K&L Gates in 1988; Practice Area(s): Securities Enforcement, Internal Investigations | Member of the WI Bar since 1988 and the DC Bar since 1990 | $650.00 | 121.6 | $79,040.00 |
| Frederick J. Ufkes | Partner; Joined K&L Gates in 2001; Practice Area(s): Commercial Litigation | Member of the CA Bar since 1982 | $485.00 | 17.0 | $8,245.00 |
| | | | PARTNER TOTALS | 1,529.0 | $896,734.50 |
| Kevin S. Asfour | Associate; Joined K&L Gates in 2003; Practice Area(s): Commercial Litigation | Member of the CA Bar since 2003 | $365.00 | 84.5 | $30,842.50 |
| Scott T. Baker | Summer Associate | N/A | $235.00 | 11.5 | $2,702.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Johnathan D. Borrowman | Associate; Joined K&L Gates in 2002; Practice Area(s): Commercial Litigation | Member of the DC and MI Bars since 2002 | $400.00 | 63.1 | $25,240.00 |
| Michelle D. Bradbury | Summer Associate | N/A | $235.00 | 4.3 | $1,010.50 |
| Ashley J. Camron | Associate; Joined K&L Gates in 2003; Practice Area(s): Commercial Litigation | Member of the CA Bar since 2001 | $415.00 | 79.4 | $32,951.00 |
| Amy L. Eldridge | Summer Associate | N/A | $235.00 | 2.3 | $540.50 |
| Kristin S. Elliott | Associate; Joined K&L Gates in 2006; Practice Area(s): Bankruptcy/ Insolvency | Member of the NJ Bar since 2002 and the NY Bar since 2004 | $450.00 | 107.4 | $48,330.00 |
| Denise R. Farr | eDAT Attorney; Joined K&L Gates in 1999; Practice Area(s): e-Discovery Analysis and Technology | Member of the WA Bar since 1998 | $270.00 | 23.3 | $6,291.00 |
| Timothy W. Fredricks | Associate; Joined K&L Gates in 2005; Practice Area(s): Commercial Litigation | Member of the CA Bar since 2005 | $310.00 | 19.4 | $6,014.00 |
| Suzanne M. Henry | Associate; Joined K&L Gates in 2003; Practice Area(s): Commercial Litigation | Member of the CA Bar since 1999 | $450.00 | 35.9 | $16,155.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Christopher J. Hopfensperger | Associate; Joined K&L Gates in 2007; Practice Area(s): Public Policy and Commercial Litigation | Member of the MD Bar since 2007 | $275.00 | 15.6 | $4,290.00 |
| Jennifer L. Hieb | Associate; Joined K&L Gates in 2001; Practice Area(s): Commercial Litigation, Securities Enforcement | Member of the MD Bar since 2001 and the DC Bar since 2002 | $395.00 | 121.9 | $48,150.50 |
| Bree D. Kelly | eDAT Attorney; Joined K&L Gates in 2005; Practice Area(s): e-Discovery Analysis and Technology | Member of the WA Bar since 2003 | $150.00 | 2.4 | $360.00 |
| Erin A. Koeppel | Associate; Joined K&L Gates in 2000; Practice Area(s): Commercial Litigation, Securities Enforcement | Member of the NY and DC Bars since 2001 | $425.00 | 157.8 | $67,065.00 |
| Amanda B. Kostner | Associate; Joined K&L Gates in 2006; Practice Area(s): Commercial Litigation | Member of the CA Bar since 2006 | $265.00 | 77.9 | $20,643.50 |
| Seba P. Kurian | Associate; Joined K&L Gates in 2006; Practice Area(s): Securities Enforcement | Member of the MD Bar since 2006 and the DC Bar since 2007 | $275.00 | 24.8 | $6,820.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Robert A. Lawton | Associate; Joined K&L Gates in 2002; Practice Area(s): Commercial Litigation | Member of the PA Bar since 2003 | $220.00 | 165.0 | $36,300.00 |
| Andrew R. McFall | Associate; Joined K&L Gates in 2005; Practice Area(s): Securities Enforcement | Member of the IL Bar since 2005 and the DC Bar since 2006 | $325.00 | 159.2 | $51,740.00 |
| Eric T. Moser | Associate; Joined K&L Gates in 1999; Practice Area(s): Bankruptcy/ Insolvency | Member of the PA Bar since 1999 and the NY Bar since 2006 | $500.00 | 73.4 | $36,700.00 |
| Bethany M. Nikfar | Associate; Joined K&L Gates in 2005; Practice Area(s): Securities Enforcement | Member of the NY Bar since 2006 and the DC Bar since 2007 | $300.00 | 8.8 | $2,640.00 |
| Andrew Rafalaf | Associate; Joined K&L Gates in 2006; Practice Area(s): Commercial Litigation | Member of the NY Bar since 2007 | $325.00 | 14.8 | $4,810.00 |
| Lisa M. Richman | Associate; Joined K&L Gates in 2003; Practice Area(s): Commercial Litigation, Securities Enforcement | Member of the CA Bar since 2003 and the DC Bar since 2004 | $385.00 | 146.8 | $56,518.00 |

9

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Eunice Rim | Associate; Joined K&L Gates in 2006; Practice Area(s): Bankruptcy/ Insolvency | Not yet admitted | $325.00 | 5.0 | $1,625.00 |
| Justin H. Roeber | Associate; Joined K&L Gates in 2006; Practice Area(s): Commercial Litigation | Member of the NY Bar since 2007 | $325.00 | 84.0 | $27,300.00 |
| Leah G. Shough | Associate; Joined K&L Gates in 2005; Practice Area(s): Commercial Litigation | Member of the CA Bar since 2005 | $280.00 | 167.8 | $46,984.00 |
| Jennifer L. Wayne | Associate; Joined K&L Gates in 2002; Practice Area(s): Commercial Litigation | Member of the CA Bar since 2002 | $390.00 | 8.6 | $3,354.00 |
| Megan A. Wyatt | eDAT Attorney; Joined K&L Gates in 2004; Practice Area(s): e-Discovery Analysis and Technology | Member of the WA Bar since 2003 | $150.00 | 56.5 | $8,475.00 |
| | | **ASSOCIATE TOTALS** | | **1,721.4** | **$593,852.00** |
| Roxana I. Boboc | Paralegal | N/A | $180.00 | 6.8 | $1,224.00 |
| Matthew B. Bowman | Paralegal; Joined K&L Gates in 2005 | N/A | $240.00 | 176.2 | $42,288.00 |
| James V. Catano | Paralegal; Joined K&L Gates in 2006 | N/A | $185.00 | 99.1 | $18,333.50 |
| Christopher B. Dahl | Litigation Support Specialist; Joined K&L Gates in 2003 | N/A | $150.00 | 17.7 | $2,655.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| JoAnne E. Holmes | Paralegal; Joined K&L Gates in 1987 | N/A | $200.00 | 13.3 | $2,660.00 |
| Lisette Howells | Paralegal; Joined K&L Gates in 2003 | N/A | $240.00 | 4.1 | $984.00 |
| Kenneth S. Knox | Legal Project Professional; Joined K&L Gates in 2000 | N/A | $245.00 | 14.0 | $3,430.00 |
| Matthew G. Kuhl | DATG Clerk; Joined K&L Gates in 2006 | N/A | $70.00 | 25.7 | $1,799.00 |
| Jonathan E. Maier | Paralegal; Joined K&L Gates in 2007 | N/A | $165.00 | 3.1 | $511.50 |
| Corey P. McBoyle | Litigation Support Tech; Joined K&L Gates in 2005 | N/A | $135.00 | 32.3 | $4,360.50 |
| Nathanael F. Meyers | Paralegal; Joined K&L Gates in 2006 | N/A | $215.00 | 2.0 | $430.00 |
| Patricia L. Novak | Paralegal; Joined K&L Gates in 1993 | N/A | $215.00 | 66.6 | $14,319.00 |
| Joanne B. Pflugh | Paralegal; Joined K&L Gates in 1988 | N/A | $200.00 | 26.0 | $5,200.00 |
| Ralph A. Rogers | Litigation Support Tech; Joined K&L Gates in 2006 | N/A | $175.00 | 12.4 | $2,170.00 |
| Troy Rohrbaugh | Paralegal; Joined K&L Gates in 1997 | N/A | $160.00 | 8.2 | $1,312.00 |
| Jennifer Shuttleworth | Legal Secretary/ Clerk; Joined K&L Gates in 1988 | N/A | $195.00 | 41.0 | $7,995.00 |
| Linda H. Woo | Paralegal; Joined K&L Gates in 2006 | N/A | $245.00 | 81.8 | $20,041.00 |
| eDAT Document Review Fees (billed at $12.50 per megabyte) | N/A | N/A | N/A | N/A | $238,978.56 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| PARAPROFESSIONAL TOTALS | | | | 630.3 | $368,691.06 |
| TOTAL PROFESSIONAL HOURS | | | | 3,880.7 | $1,859,277.56 |
| VOLUNTARY 10% REDUCTION | | | | | ($185,927.75) |
| REDUCTION FOR NON-WORKING TRAVEL | | | | | ($21,509.55) |
| DISCOUNTED TOTAL | | | | | $1,651,840.26 |
| TOTAL BLENDED HOURLY RATE (excluding paraprofessionals) | | | | | $458.58 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Investigation | 3,461.3 | $1,471,444.00 |
| Retention of Professionals | .50 | $387.50 |
| Court Hearings | 12.4 | $8,960.00 |
| Billing, Compensation & Fee Applications | 65.1 | $35,552.50 |
| Non-Working Travel | 114.10 | $47,799.00 |
| eDAT Fees | 227.3 | $295,134.56 |
| **TOTAL** | **3,880.7** | **$1,859,277.56** |
| **VOLUNTARY 10 % REDUCTION** | | **($185,927.75)** |
| **REDUCTION FOR NON-WORKING TRAVEL** | | **($21,509.55)** |
| **DISCOUNTED TOTAL** | | **$1,651,840.26** |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Telephone/Conference Calls/Outgoing Facsimile Transmission | | $22.10 |
| Facsimile (Billed at $0.75/page) | | $111.75 |
| Postage | | $1.31 |
| Copying Expense—Internal (Billed at $0.10/page) | | $3,684.20 |
| Copying Expense—Outside Provider | | $3,656.67 |
| Color Copying/Printing | | $187.00 |
| Computer Research | Pacer | $19.12 |
| Computer Research | Lexis | $1,879.04 |
| Computer Research | Westlaw | $2,620.54 |
| Employee Overtime | | $1,842.34 |
| Long Distance Courier | | $650.77 |
| Local Courier | | $124.81 |
| Parking/Mileage | | $167.50 |
| Overtime Dinner/Cabs | | $169.72 |
| Travel Expenses | | $14,681.13 |
| Taxi/Car Service | | $1,704.85 |
| Air Fare | | $25,065.24 |
| Business Meals | | $546.18 |
| Travel Related Meals | | $347.73 |
| Other | | $10,604.20 |
| **TOTAL** | | **$68,086.20** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
```
In re:                                   : Chapter 11
                                         :
NEW CENTURY TRS HOLDINGS, INC.,          : Case No. 07-10416 (KJC)
a Delaware Corporation, et al.,          :
                                         : Jointly Administered
            Debtors.[2]                  :
                                         : Objection Deadline:
                                         : October 15, 2007 at 4:00 p.m.
                                         :
                                         :
                                         :
                                         :
```
-------------------------------------------------------x
```

## SECOND MONTHLY APPLICATION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP, COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 1, 2007 THROUGH AUGUST 31, 2007, INCLUDING REQUEST FOR LIMITED WAIVER OF INFORMATION REQUIREMENTS OF LOCAL BANKRUPTCY RULE 2016-2(d)

Pursuant to Sections 330 and 331 of Chapter 11, Title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), Local Bankruptcy Rule 2016-2 and the Administrative Order Establishing Procedures

for Interim Compensation and Reimbursement of Expenses of Professionals entered herein on

April 24, 2007 (the "Fee Procedures Order"), Kirkpatrick & Lockhart Preston Gates Ellis LLP

---

[2] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

15

("K&L Gates") hereby submits its second monthly application (the "Application") for allowance

of compensation and reimbursement of expenses as counsel to the Examiner for the period from

August 1, 2007 through August 31, 2007 (the "Second Monthly Period"). For the Second

Monthly Period, K&L Gates seeks allowance of interim compensation in the amount of

$1,321,472.20 (80% of $1,651,840.26),[3] and reimbursement of actual and necessary expenses in

the amount of $68,086.20, for a total of $1,389,558.40. In support of the Application, K&L

Gates respectfully states:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§

157 and 1334.

2.      This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

3.      Venue of this proceeding and the Application is proper in this district

pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The statutory predicates for the relief requested herein are 11 U.S.C. §§

105(a), 330 and 331, and Fed R. Bankr. P. 2016.

## BACKGROUND

5.      On April 2, 2007 (the "Petition Date"), the Debtors filed voluntary

petitions for relief under Chapter 11 of the Bankruptcy Code. Since the Petition Date, the

Debtors have continued to operate their businesses and manage their affairs as debtors-in-

possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

---

[3] In addition to fees and expenses incurred by K&L Gates' eDAT Group during the period of June 1, 2007 through July 31, 2007 (the "First Monthly Period"), which are discussed in greater detail below, the Application also includes a modest amount of time incurred by K&L Gates' professionals during the First Monthly Period that inadvertently was not included in K&L Gates' First Monthly Application.

6.      On June 1, 2007, the Court Entered an Order Denying in Part and

Granting in Part Motion of the United States Trustee (the "UST") for an Order Directing

Appointment of a Chapter 11 Trustee, or in the Alternative, an Examiner (the "Examiner

Order").

7.      Pursuant to the Examiner Order, the Court authorized and directed the

Examiner to, inter alia, "investigate any and all accounting and financial statement irregularities,

errors or misstatements, including but not limited to such irregularities, errors or misstatements

that (i) gave rise to the announced need to restate the Debtors' financial statements for the first

three quarters of 2006 and/or (ii) led the Debtors' management and Audit Committee to conclude

it was more likely than not that pre-tax earnings in the 2005 financial statements were materially

overstated (collectively, the "Accounting Issues"), and identify and evaluate any claims or rights

of action that the estates might have arising from or relating to such irregularities, errors or

misstatements." Examiner Order at ¶ 3. The Court also authorized and directed the Examiner to

investigate any possible unauthorized post-petition use of cash collateral by the Debtors (the

"Cash Collateral Issue") and to otherwise perform the duties of an examiner pursuant to Section

1106(a)(3) and (a)(4) of the Bankruptcy Code, subject to the provisions of the Examiner Order.

Id.

8.      The Examiner Order further authorized the Examiner to "retain counsel

and other professionals if he . . . determines that such retention is necessary to discharge his . . .

duties, with such retention to be subject to Court approval under standards equivalent to those set

forth in 11 U.S.C. § 327[.]" Id. at ¶ 7.

9.      On June 8, 2007, the Examiner filed an Application for an Order

Authorizing the Retention of K&L Gates as Counsel to the Examiner *Nunc Pro Tunc* to June 1,

17

2007. On July 25, 2007, the Court entered an Order approving the Examiner's retention of K&L
Gates *nunc pro tunc* to June 1, 2007.

## COMPENSATION PAID AND ITS SOURCE

10.     All services for which K&L Gates requests compensation were performed
for or on behalf of the Examiner.

11.     K&L Gates has received no payment and has received no promises for
payment from any source for services rendered or to be rendered in any capacity whatsoever in
connection with the matters covered by this Application.  There is no agreement or
understanding between K&L Gates and any other person, other than the partners of K&L Gates,
for the sharing of compensation to be received for services rendered in this case.

12.     K&L Gates has not yet received any payment from the Debtors for
compensation of its fees or reimbursement of its expenses in this matter.

13.     No retainer has been paid to K&L Gates for services rendered or to be
rendered on behalf of the Examiner.

## FEE STATEMENTS

14.     The fee statement for the Second Monthly Period is attached hereto as
Exhibit A.  The fee statement contains daily time logs describing the time spent by each K&L
Gates attorney and paraprofessional during the Second Monthly Period.

15.     To the best of K&L Gates' knowledge, this Application complies with
Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this
Court, the Fee Guidelines prescribed by the UST and the Fee Procedures Order.

16.     K&L Gates notes that its time reports are organized and prepared on a
daily basis, and its charges for professional services have been billed at K&L Gates' standard
hourly rates, less a 10% discount on fees.  K&L Gates' requested compensation is commensurate

18

with compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code.

17.     In accordance with the Local Rules of this Court, K&L Gates has also reduced its fees associated with non-working travel time by 50%.

## ACTUAL AND NECESSARY EXPENSES

18.     A summary of actual and necessary expenses incurred by K&L Gates during the Second Monthly Period is attached as part of Attachment B to this Application, and a copy of K&L Gates' detailed expense records is attached hereto as Exhibit B.

19.     K&L Gates customarily charges $0.18 per page for photocopying expenses but, in accordance with the Local Rules of this Court, has charged $0.10 per page for photocopying expenses incurred in this matter.

20.     K&L Gates customarily charges $0.75 per page for out-going facsimile transmissions.  K&L Gates also customarily charges for long distance telephone calls on outgoing facsimile transmissions.  K&L Gates believes that its charges for outgoing facsimile transmissions do not exceed the $1.00 per page limitation imposed under the Local Rules of this Court.

21.     Regarding providers of on-line legal research (e.g., Lexis, Westlaw and Pacer), K&L Gates charges the standard usage rates these providers charge for computerized legal research and case management.  K&L Gates bills its clients the actual amount charged by such services, with no premium.  Any volume discount received by K&L Gates is passed on to the client.

22.     K&L Gates believes the foregoing rates and expense charges are the market rates that the majority of law firms charge clients for such services.  In addition, K&L

19

Gates believes that such charges are in accordance with the American Bar Association's

("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995,

regarding billing for disbursements and other charges.

## SUMMARY OF SERVICES RENDERED

23.     The names of the partners and associates of K&L Gates who have

rendered professional services to the Examiner in these Chapter 11 cases during the Second

Monthly Period, and the K&L Gates paraprofessionals who provided services to these attorneys

during the Second Monthly Period, are set forth in Attachment B to this Application.

24.     K&L Gates, by and through such persons, has advised and assisted the

Examiner in his investigation of the Debtors, assisted the Examiner in preparing the report he

will deliver to the Court, coordinated efforts to obtain discovery from various parties, attended

Court hearings where matters of interest to the Examiner were addressed, and performed all

necessary professional services which are described and narrated in detail below and on the time

records attached as Exhibit A to this Application.

## SUMMARY OF SERVICES BY PROJECT

25.     Pursuant to the UST's Fee Guidelines, K&L Gates classified services

performed during the Second Monthly Period into separate categories.  K&L Gates attempted to

place the services provided in the category that best relates to the services provided.  However,

because certain services may relate to one or more categories, services pertaining to one category

may, in fact, be included in another category.  These services performed, by categories, are

generally described below, with a more detailed identification of the actual services provided in

Exhibit A.  A summary of the categories identified, the amount of hours expended, and the total

amount of fees for each category is also included as part of Attachment B to this Application.

## A.    Investigation

26.    K&L Gates expended 3,461.3 hours with respect to services under this category, for which total compensation amounts to $1,324,299.60. During the Second Monthly Period, K&L Gates continued to review the millions of pages of documents that have been produced to the Examiner by various parties regarding issues related to the Examiner's investigation. K&L Gates also performed legal research and drafted memoranda discussing legal issues related to the Examiner's investigation, including research and analysis of possible claims and causes of action associated with the Accounting Issues.

27.    During the Second Monthly Period, K&L Gates further assisted the Examiner by interviewing numerous employees of the Debtors and other third parties about the Cash Collateral and Accounting Issues. To prepare for each interview, K&L Gates reviewed documents and correspondence related to possible areas of inquiry and prepared detailed interview outlines. After each interview, K&L Gates prepared detailed interview memoranda summarizing the substance of each interview and highlighting areas for further inquiry and investigation. K&L Gates also had numerous discussions and correspondence with the Debtors' counsel and with counsel for individually represented parties to arrange additional interviews and to follow-up on questions and document requests made during interviews.

28.    Additionally, K&L Gates devoted substantial time throughout the Second Monthly Period to assisting the Examiner in drafting various sections of the report the Examiner will deliver to the Court at the conclusion of his investigation, including substantially completing the section of the Examiner's report discussing the Cash Collateral Issue. K&L Gates also engaged in negotiations with counsel for KPMG, the Debtors' former outside auditors, regarding

the subpoena the Examiner served on KPMG and KPMG's request for a protective order regarding its production of discovery to the Examiner.

## B.   Retention of Professionals

29.   K&L Gates expended .50 hours with respect to services under this category, for which total compensation amounts to $348.75. During the Second Monthly Period, K&L Gates revised the proposed form of order authorizing the Examiner to retain BDO Seidman LLP as his financial advisors and corresponded with the Examiner's local counsel with respect to same.

## C.   Court Hearings

30.   K&L Gates expended 12.4 hours with respect to services under this category, for which total compensation amounts to $8,064.00. During the Second Monthly Period, K&L Gates prepared for and attended court hearings held in the Debtors' bankruptcy cases on (a) August 7, 2007, where the Court held a hearing on issues related to the subpoena the Examiner served on KPMG, and (b) August 21, 2007, where the Court held a further hearing on issues related to the Examiner's subpoena of KPMG.

## D.   Billing, Compensation and Fee Applications

31.   K&L Gates expended 65.1 hours with respect to services under this category, for which total compensation is requested in the amount of $31,997.25. During the Second Monthly Period, K&L Gates reviewed its time disbursements records and prepared its invoices for the First Monthly Period and K&L Gates' First Monthly Application. K&L Gates also reviewed the Examiner's time and disbursements records and prepared the Examiner's invoices for the First Monthly Period and the Examiner's First Monthly Application.

### E.   Non-Working Travel

32.     During the Second Monthly Period, K&L Gates expended 114.1 hours of non-working travel time, for which total compensation is requested in the amount of $21,509.55. K&L Gates' request for compensation of non-working travel time reflects a 50% reduction in K&L Gates' standard hourly rates.

33.     During the Second Monthly Period, K&L Gates attorneys and paraprofessionals traveled to and from the Debtors' corporate offices in Irvine, California, the offices of the Debtors' attorneys in Los Angeles, California and K&L Gates' New York, New York office to interview various current and former employees of the Debtors and other third parties with information relevant to the Examiner's investigation. K&L Gates attorneys also traveled to and from court hearings and other meetings held in connection with the Examiner's investigation.

### F.   eDAT

34.     During the First and Second Monthly Periods,[4] attorneys in K&L Gates' eDAT Group have provided services under this category for which total compensation is requested in the amount of $265,621.11. The Debtors have produced over 8.5 million pages of email communications to the Examiner, and more are expected. To enable the Examiner's investigative team to efficiently and cost-effectively review this large volume of material, K&L Gates' eDAT attorneys are reviewing those documents using Attenex Patterns, K&L Gates' proprietary, state-of-the-art concept review software to identify the relevant email and then organize it into subject matter categories identified by the investigative team. In this way, the

---

[4] Because of a changeover in billing systems in July 2007 occasioned by the merger of Kirkpatrick & Lockhart Nicholson Graham LLP and Preston Gates Ellis LLP on January 1, 2007, K&L Gates' First Monthly Application did not include a request for fees and expenses associated with K&L Gates' eDAT services during the First Monthly Period, which fees and expenses are therefore included in this Application.

investigators can efficiently focus on those documents that are relevant to their particular area of inquiry. For this type of initial document review, K&L Gates charges its clients a volume-based price of $12.50 per megabyte of data analyzed by K&L Gates' eDAT attorneys, which amounts to $238,978.56 for this type of service performed for the Examiner during the First and Second Monthly Periods. As K&L Gates does not charge an hourly fee for the eDAT Group's initial document review, K&L Gates respectfully requests that the Court waive the requirements of Local Bankruptcy Rule 2016-2(d) with respect to such services, including, without limitation, the requirement that each activity for which compensation is sought include a time allotment and be billed in tenths of an hour.

   35. In addition to the eDAT Group's initial document review, during the First and Second Monthly Periods, attorneys and paraprofessionals in K&L Gates' eDAT Group also met and corresponded with the Examiner and K&L Gates' investigations attorneys regarding various document review issues. Members of K&L Gates' eDAT Group also traveled to the Debtors' offices in Irvine, California to review and coordinate the Debtors' initial production of documents to the Examiner. During the First and Second Monthly Periods, K&L Gates' eDAT attorneys and paraprofessionals devoted 227.3 hours to these services for which total compensation is requested in the amount of $50,540.46. K&L Gates notes that it typically bills its non-bankruptcy clients for such supplemental eDAT-related services at the standard hourly rates of K&L Gates' eDAT attorneys and paraprofessionals.

## VALUATION OF SERVICES

36.     Attorneys and paraprofessionals of K&L Gates expended a total of 3,880.7 hours in connection with these cases during the Second Monthly Period, as follows:

| Name of Professional | Hourly Rate | Total Hours | Charge |
|---|---|---|---|
| **Partners** | | | |
| Jeffrey L. Bornstein | $525.00 | 142.4 | $74,760.00 |
| Melanie H. Brody | $500.00 | 3.5 | $1,750.00 |
| David T. Case | $625.00 | 105.6 | $66,000.00 |
| Edward J. Fishman | $475.00 | 106.2 | $50,445.00 |
| Edward M. Fox | $775.00 | 172.3 | $133,532.50 |
| Julie Anne Halter | $410.00 | 74.2 | $30,422.00 |
| Fred D. Heather | $630.00 | 25.9 | $16,317.00 |
| Phillip J. Kardis III | $625.00 | 11.1 | $6,937.50 |
| Rebecca L. Kline Dubill | $455.00 | 87.6 | $39,858.00 |
| Stavroula E. Lambrakopoulos | $525.00 | 113.7 | $59,692.50 |
| Lawrence C. Lanpher | $625.00 | 267.6 | $167,250.00 |
| Walter P. Loughlin | $750.00 | 48.0 | $36,000.00 |
| Helen Bergman Moure | $455.00 | 13.1 | $5,960.50 |
| Bruce H. Nielson | $525.00 | 37.6 | $19,740.00 |
| Brian Ochs | $625.00 | 60.3 | $37,687.50 |
| Kathleen O. Peterson | $460.00 | 1.40 | $644.00 |
| Michael J. Quinn | $460.00 | 82.8 | $38,088.00 |
| Glenn R. Reichardt | $650.00 | 32.1 | $20,865.00 |
| Thomas C. Russler | $700.00 | 5.0 | $3,500.00 |
| Stephen G. Topetzes | $650.00 | 121.6 | $79,040.00 |
| Frederick J. Ufkes | $485.00 | 17.0 | $8,245.00 |

| **Associates** | | | |
|---|---|---|---|
| Kevin S. Asfour | $365.00 | 84.5 | $30,842.50 |
| Scott T. Baker | $235.00 | 11.5 | $2,702.50 |
| Johnathan D. Borrowman | $360.00 | 63.1 | $25,240.00 |
| Michelle D. Bradbury | $235.00 | 4.3 | $1,010.50 |
| Ashley J. Camron | $415.00 | 79.4 | $32,951.00 |
| Amy J. Eldridge | $235.00 | 2.3 | $540.50 |
| Kristin S. Elliott | $450.00 | 107.4 | $48,330.00 |
| Denise R. Farr | $270.00 | 23.3 | $6,291.00 |
| Timothy W. Fredricks | $310.00 | 19.4 | $6,014.00 |
| Suzanne M. Henry | $450.00 | 35.9 | $16,155.00 |
| Christopher J. Hopfensperger | $275.00 | 15.6 | $4,290.00 |
| Jennifer L. Hieb | $395.00 | 121.9 | $48,150.50 |
| Bree D. Kelly | $150.00 | 2.4 | $360.00 |
| Erin A. Koeppel | $425.00 | 157.8 | $67,065.00 |
| Amanda B. Kostner | $265.00 | 77.9 | $20,643.50 |
| Seba P. Kurian | $275.00 | 24.8 | $6,820.00 |
| Robert A. Lawton | $220.00 | 165.0 | $36,300.00 |
| Andrew R. McFall | $325.00 | 159.2 | $51,740.00 |
| Eric T. Moser | $500.00 | 73.4 | $36,700.00 |
| Bethany M. Nikfar | $300.00 | 8.8 | $2,640.00 |
| Andrew Rafalaf | $325.00 | 14.8 | $4,810.00 |
| Lisa M. Richman | $385.00 | 146.8 | $56,518.00 |
| Eunice Rim | $325.00 | 5.0 | $1,625.00 |
| Justin H. Roeber | $325.00 | 84.0 | $27,300.00 |

| | | | |
|---|---|---|---|
| Leah G. Shough | $280.00 | 167.8 | $46,984.00 |
| Jennifer L. Wayne | $390.00 | 8.6 | $3,354.00 |
| Megan A. Wyatt | $150.00 | 56.5 | $8,475.00 |
| **Paraprofessionals** | | | |
| Roxana I. Boboc | $180.00 | 6.8 | $1,224.00 |
| Matthew B. Bowman | $240.00 | 176.2 | $42,288.00 |
| James V. Catano | $185.00 | 99.1 | $18,333.50 |
| Christopher B. Dahl | $150.00 | 17.7 | $2,655.00 |
| JoAnne E. Holmes | $200.00 | 13.3 | $2,660.00 |
| Lisette Howells | $240.00 | 4.1 | $984.00 |
| Kenneth S. Knox | $245.00 | 14.0 | $3,430.00 |
| Matthew G. Kuhl | $70.00 | 25.7 | $1,799.00 |
| Jonathan E. Maier | $165.00 | 3.1 | $511.50 |
| Corey B. McBoyle | $135.00 | 32.3 | $4,360.50 |
| Nathanael F. Meyers | $215.00 | 2.0 | $430.00 |
| Patricia L. Novak | $215.00 | 66.6 | $14,319.00 |
| Joanne B. Pflugh | $200.00 | 26.0 | $5,200.00 |
| Ralph A. Rogers | $175.00 | 12.4 | $2,170.00 |
| Troy Rohrbaugh | $160.00 | 8.2 | $1,312.00 |
| Jennifer Shuttleworth | $165.00 | 41.0 | $7,995.00 |
| Linda Woo | $220.50 | 81.8 | $20,041.00 |
| eDAT Document Review Fees (billed at $12.50 per megabyte) | N/A | N/A | $238,978.56 |
| **TOTAL** | | | **$1,859,277.56** |
| **VOLUNTARY 10% REDUCTION** | | | **($185,927.75)** |
| **REDUCTION FOR NON-WORKING TRAVEL** | | | **($21,509.55)** |
| **DISCOUNTED TOTAL** | | | **$1,651,840.26** |

37.    The nature of work performed by these persons is fully set forth in the monthly fee statement attached hereto as Exhibit A.  As noted above, K&L Gates has voluntarily reduced its standard fees in this matter by ten percent (10%).

38.    The reasonable value of the services rendered by K&L Gates to the Examiner during the Second Monthly Period is $1,651,840.26, of which eighty percent (80%) of such services are $1,321,472.20.[5]  In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by K&L Gates is fair and reasonable given (a) the complexity of the issues the Examiner has been charged with investigating, (b) the timeframe within which the Examiner has been asked to complete his investigation and prepare his report, (c) the time expended, (d) the nature and extent of the services rendered, (e) the value of such services, and (f) the costs of comparable services other than in a case under the Bankruptcy Code.

---

[5] It is possible that some professional time expended or expenses incurred by K&L Gates during the Second Monthly Period are not reflected in the amounts set forth in this Application.  K&L Gates reserves all rights to include such amounts in future fee applications to the Court.

WHEREFORE, K&L Gates respectfully requests that the Court enter an order (a)

awarding K&L Gates interim compensation for professional and paraprofessional services

rendered during the Second Monthly Period in the amount of $1,321,472.20 (80% of

$1,651,840.26), and reimbursement of actual, reasonable and necessary expenses incurred in the

amount of $68,086.20 (b) authorizing and directing the Debtors to remit payment to K&L Gates

for such fees and expenses; and (c) granting such other and further relief as the Court deems just

and proper.

Dated: New York, NY
       September 25, 2007

                KIRKPATRICK & LOCKHART PRESTON
                GATES ELLIS LLP

By:_____

           Edward M. Fox, Esq.
           A Member of the Firm
           599 Lexington Avenue
           New York, New York 10022
           (212) 536-3900

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x
In re:                                               :   Chapter 11
                                                     :
NEW CENTURY TRS HOLDINGS, INC.,                      :   Case No. 07-10416 (KJC)
a Delaware Corporation, et al.,                      :
                                                     :
                          Debtors.                   :   Jointly Administered
                                                     :
                                                     :
-------------------------------------------------------x

## VERIFICATION

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

Edward M. Fox, having been duly sworn according to law, deposes and says as follows:

1.      I am a partner of the applicant law firm, Kirkpatrick & Lockhart Preston Gates

Ellis LLP ("K&L Gates"). I have been admitted *pro hac vice* to appear before this Court in the

above-captioned Chapter 11 cases.

2.      I am familiar with the work performed on behalf of the Examiner by K&L Gates

professionals and paraprofessionals during the Second Monthly Period.

3.      I have reviewed the foregoing Application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the

requirements of Del. Bankr. L. R. 2016-2 and the Fee Procedures Order, and I believe that the

Application is in compliance therewith, except where noted in the Application.

Edward M. Fox

SWORN AND SUBSCRIBED before me
this 25th day of September, 2007.

Notary Public
My Commission Expires: ELAINE FERA
            **Notary Public, State of New York**
            **No. 01FE4867816**
            **Qualified in Westchester County**
NY-556164 v1   **Commission Expires August 25, 20 _10_**