**EXHIBIT B**

September 25, 2007

| Michael J. Missal | Our File Number | : | 0309079.00104 |
| 1601 K Street, NW | Invoice | : | 1706835 |
| Washington, DC 20036 | Services Through | : | August 31, 2007 |

**Disbursements**

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone / Conference Calls / Fx Line Trans | 22.10 |
| Facsimile | 111.75 |
| Postage | 1.31 |
| Copying Expense | 3,684.20 |
| Copying Expense (Outside Off.) | 3,656.67 |
| Employee Overtime | 1,842.34 |
| Long Distance Courier | 650.77 |
| Lexis Research | 1,879.04 |
| Parking / Mileage | 167.50 |
| Westlaw Research | 2,620.54 |
| OT Dinner, Cabs, Parking | 169.72 |
| Color Copying/Printing | 187.00 |
| Pacer Research | 19.12 |
| Travel Expenses | 14,681.13 |
| Taxi / Cab Fare | 1,704.85 |
| Air Fare | 25,065.24 |
| Business Meal | 546.18 |
| Travel Related Meals | 347.73 |
| Local Courier | 124.81 |
| Other | 10,604.20 |
| DISBURSEMENTS & OTHER CHARGES | $ 68,086.20 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 08/24/07 | 1688280 | 0.00 | 58,126.01 | 58,126.01 |
| | OUTSTANDING BALANCE | | | $ 58,126.01 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Disbursements and Other Charges | $ | 68,086.20 |
| **CURRENT INVOICE DUE** | $ | **68,086.20** |
| Past Due Invoices * | $ | 58,126.01 |
| **TOTAL AMOUNT DUE** | $ | **126,212.21** |

* Does not include payments received after 9/25/07.

-2-

Page (1) 1

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

25 Sep 2007
Batch #: 1390909

Proforma Number: 1194601
Invoice Number: 1706835

**P R O F O R M A  -  B I L L I N G  G U I D E**

ID: 0309079.00104

CLIENT: Michael J. Missal, Examiner

| | |
|---|---|
| BILL PREPARER: | 03216 | M. J. Missal |
| INVENTORY MANAGER: | 03216 | M. J. Missal |

MATTER: Disbursements
OPENED: 13 Jul 2007
ADDRESS: Michael J. Missal
1601 K Street, NW
Washington, DC 20036

FEE ARRANGEMENT:        HOURLY
OFFICE/CURRENCY:        03
FEE/COST TAX CODE:    0    /    0
BILLING TEMPLATE:    S1          WASHINGTON, D / USD
BILLING FORMAT:      S01

**BILLED**

Invoice Number:        1706835
Invoice Date:          25 Sep 2007

Fee Cutoff Date:          31 Aug 2007
Disbursement Cutoff Date:  31 Aug 2007

**PREPAYMENT BALANCE:**    USD          .00

| | |
|---|---|
| FEES | .00 |
| DISBURSEMENTS | 68,086.20 |
| SUBTOTAL | 68,086.20 |
| A/R - UNPAID BILLS | 58,126.01 |
| TOTAL            $ | 126,212.21 |
| | ============== |

BILLING INSTRUCTIONS:    10% discount on fees

LAWYER APPROVAL:

**EXPLANATION FOR WRITE OFFS:**

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (2) 2

Proforma Number: 1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Sep 2007
Batch #: 1390909
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## ACTIVITY FROM INCEPTION (13 Jul 2007 or Post 1 JAN 1992)

| | | FEES | DISB | TOTAL |
|---|---|---|---|---|
| TOTAL FEES BILLED | .00 | .00 | (9,265.37) | (9,265.37) |
| TOTAL DISB BILLED | 58,126.01 | .00 | .00 | .00 |
| | | | | |
| TOTAL AMTS BILLED | 58,126.01 | .00 | (9,265.37) | (9,265.37) |

WIP WRITE UP/DOWNS:
A/R UNPAID BILLS W/O:

TOTAL:

| LESS A/R WRITEOFFS - UNPAID BILLS | .00 |
| LESS PAYMENT RECD | .00 |
| OUTSTANDING A/R - UNPAID BILLS | 58,126.01 |

LAST BILL DATE:      24 Aug 2007      LAST BILL AMOUNT:      58,126.01
LAST PAYMENT DATE:                    LAST PAYMENT AMOUNT:

### RECEIVABLE AGING

| | 0-30 | 31-60 | 61-90 | 91-120 | 120+ | Total |
|---|---|---|---|---|---|---|
| AGED ACCOUNTS RECEIVABLE - UNPAID BILLS | .00 | 58,126.01 | .00 | .00 | .00 | 58,126.01 |

| INVOICE NUMBER | DATE | BALANCE | OPEN |
|---|---|---|---|
| 1688280 | 24 Aug 2007 | 58,126.01 | 32 days |
| TOTAL | | 58,126.01 | |

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

Page (3) 3

25 Sep 2007
Batch #:  1390909
Inventory Manager: Missal, M. J
Matter Number:  0309079.00104

=============================

Proforma Number:  1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

**UNBILLED FEES  -  UNBILLED TIME**

Proforma Number: 1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

Page (4) 4

25 Sep 2007
Batch #: 1390909
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

### DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14022164 | 01 | 03216 | 25 Jun 2007 | Telephone / Conference Calls / Fx Line Trans USER DEFINED 1: 09466 USER DEFINED 2: 1(212)732-6640 | 4.30 | 4.30 | 9 |
| 14022163 | 01 | 03216 | 31 Jul 2007 | Telephone / Conference Calls / Fx Line Trans USER DEFINED 1: 09328 USER DEFINED 2: 1(212)478-7420 | 11.65 | 11.65 | 11 |
| 14021660 | 01 | 03216 | 16 Aug 2007 | Telephone / Conference Calls / Fx Line Trans USER DEFINED 1: 04812 USER DEFINED 2: 1(202)812-9807 | 1.75 | 1.75 | 3 |
| 14013110 | 01 | 03999 | 30 Aug 2007 | Telephone / Conference Calls / Fx Line Trans - S. Topetzes 07/13/07 | 1.23 | 1.23 | 1 |
| 14013113 | 01 | 03999 | 30 Aug 2007 | Telephone / Conference Calls / Fx Line Trans - S. Topetzes 07/25/07 | .67 | .67 | 1 |
| 14019323 | 01 | 03216 | 30 Aug 2007 | Telephone / Conference Calls / Fx Line Trans USER DEFINED 1: 8183 USER DEFINED 2: 91252611352 | 1.45 | 1.45 | 2 |
| 14019327 | 01 | 03216 | 30 Aug 2007 | Telephone / Conference Calls / Fx Line Trans USER DEFINED 1: 8221 USER DEFINED 2: 913025736497 | .35 | .35 | 2 |
| 14021659 | 01 | 03216 | 31 Aug 2007 | Telephone / Conference Calls / Fx Line Trans USER DEFINED 1: 03988 USER DEFINED 2: 1(302)573-6492 | .70 | .70 | 2 |
| | | | | Subtotal Telephone / Conference Calls / Fx Lin | 22.10 | 22.10 | |
| 14002721 | 02 | 20470 | 25 Jul 2007 | Facsimile | 10.50 | 10.50 | 14 |
| 14019324 | 02 | 03216 | 30 Aug 2007 | Facsimile USER DEFINED 1: 8183 USER DEFINED 2: 91252611352 | 84.00 | 84.00 | 112 |
| 14019328 | 02 | 03216 | 30 Aug 2007 | Facsimile USER DEFINED 1: 8221 USER DEFINED 2: 913025736497 | 17.25 | 17.25 | 23 |
| | | | | Subtotal Facsimile | 111.75 | 111.75 | |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (5) 5

Proforma Number: 1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Sep 2007
Batch #: 1390909
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 13989416 | 03 | 03999 | 17 Aug 2007 | Postage - S. Hendricks 8/13/07^ | 1.31 | 1.31 | 1 |
| | | | | Subtotal Postage | 1.31 | 1.31 | |
| 14019775 | 04 | 03216 | 3 Aug 2007 | Copying Expense USER DEFINED 1: 19916 | 1.08 | .60 | 6 |
| 14020476 | 04 | 03216 | 14 Aug 2007 | Copying Expense USER DEFINED 1: 3238 | 11.52 | 6.40 | 64 |
| 14019326 | 04 | 03216 | 17 Aug 2007 | Copying Expense USER DEFINED 1: 8221 | 153.36 | 85.20 | 852 |
| 14002686 | 04 | 20470 | 20 Aug 2007 | Copying Expense | .72 | .40 | 4 |
| 14019322 | 04 | 03216 | 28 Aug 2007 | Copying Expense USER DEFINED 1: 8360 | 51.30 | 28.50 | 285 |
| 14019325 | 04 | 03216 | 29 Aug 2007 | Copying Expense USER DEFINED 1: 8221 | 184.32 | 102.40 | 1024 |
| 14020477 | 04 | 03216 | 31 Aug 2007 | Copying Expense USER DEFINED 1: 36008 | 6,229.26 | 3,460.70 | 34607 |
| | | | | Subtotal Copying Expense | 6,631.56 | 3,684.20 | |
| 13981557 | 05h | 00999 | 9 Aug 2007 | Copying Expense (Outside Off.) - Clicks | 347.58 | 347.58 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (6) 6

Proforma Number: 1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Sep 2007
Batch #: 1390909
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| | | | | Professional Copy Service 8/3/07 Voucher # 933348       Check #   1044221 | | | |
| 14013979 | 05h | 03761 | 31 Aug 2007 | Copying Expense (Outside Off.) - Landmark Document Services - Washington DC Copying services 7/30/07 - J. Nilan Voucher # 939921       Check #   3018018 | 1,873.97 | 1,873.97 | 1 |
| 14013984 | 05h | 03761 | 31 Aug 2007 | Copying Expense (Outside Off.) - Landmark Document Services - Washington DC Copying services 7/31/07 - J. Nilan Voucher # 939925       Check #   3018018 | 68.57 | 68.57 | 1 |
| 14013988 | 05h | 03761 | 31 Aug 2007 | Copying Expense (Outside Off.) - Landmark Document Services - Washington DC Copying services 7/31/07 - J. Nilan Voucher # 939928       Check #   3018018 | 1,330.93 | 1,330.93 | 1 |
| 14013990 | 05h | 03761 | 31 Aug 2007 | Copying Expense (Outside Off.) - Landmark Document Services - Washington DC Copying services 7/31/07 - J. Nilan Voucher # 939929       Check #   3018018 | 35.62 | 35.62 | 1 |
| | | | | Subtotal Copying Expense (Outside Off.) | 3,656.67 | 3,656.67 | |
| 13979836 | 09 | 08999 | 7 Aug 2007 | Employee Overtime 7/29/07-8/4/07 E.Fera | 40.00 | 40.00 | 1 |
| 14004878 | 09 | 06999 | 10 Aug 2007 | Secretarial overtime 8/10/07: D. Roschel | 60.00 | 60.00 | 1 |
| 13985748 | 09 | 08999 | 14 Aug 2007 | Employee Overtime   8/5/2007-8/11/2007 E.Fera | 360.00 | 360.00 | 9 |
| 13999242 | 09 | 08999 | 21 Aug 2007 | Employee Overtime 8/12/07-8/18/07 E.Fera | 60.00 | 60.00 | 2 |
| 13999247 | 09 | 08999 | 21 Aug 2007 | Employee Overtime 8/12/07-8/18/07 E.Fera | 60.00 | 60.00 | 2 |
| 14001168 | 09 | 20470 | 22 Aug 2007 | Employee Overtime - Bullock, Rufus - Pay Period Ending 08/15/07 | 96.09 | 96.09 | 1 |
| 14009332 | 09 | 08999 | 28 Aug 2007 | Employee Overtime 8/19/07-8/25/07 E.Fera | 660.00 | 660.00 | 17 |
| 14013809 | 09 | 03999 | 31 Aug 2007 | Employee Overtime - J. Boykin 8/11/07 | 168.75 | 168.75 | 2 |
| 14013815 | 09 | 03999 | 31 Aug 2007 | Employee Overtime - J. Boykin 8/18/07 | 150.00 | 150.00 | 2 |
| 14013839 | 09 | 03999 | 31 Aug 2007 | Employee Overtime - J. Boykin 8/25/07 | 187.50 | 187.50 | 3 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (7) 7

Proforma Number: 1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Sep 2007
Batch #: 1390909
Inventory Manager: Missal, M. J
Matter Number:  0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| | 10 | | | Subtotal Employee Overtime | 1,842.34 | 1,842.34 | |
| 13988412 | 10 | 10999 | 16 Aug 2007 | Long Distance Courier-FedEx inv #219717300 8/3 Enrique to J.Bonnstein | 42.02 | 42.02 | 1 |
| 14009914 | 10 | 03999 | 29 Aug 2007 | Long Distance Courier - J. Vandevelde 7/31/07` 2-189-94030 8/7/07` | 18.70 | 18.70 | 1 |
| 14009937 | 10 | 03999 | 29 Aug 2007 | Long Distance Courier - J. Crouchley  7/31/07` 2-189-94030 8/7/07 | 16.80 | 16.80 | 1 |
| 14014725 | 10 | 10999 | 31 Aug 2007 | Long Distance Courier-FedEx inv #22313783 8/17 Mario to A.Lamalfa | 44.97 | 44.97 | 1 |
| 14014727 | 10 | 10999 | 31 Aug 2007 | Long Distance Courier-FedEx inv #22313783 8/15 Mario to A.Lamalfa | 51.33 | 51.33 | 1 |
| 14005429 | 10h | 03173 | 24 Aug 2007 | Long Distance Courier - Quick International Courier Fr K&L 1601 to K&L Irvine for D. Case 8/13/07    Voucher # 937974    Check # 3017959 | 476.95 | 476.95 | 1 |
| | | | | Subtotal Long Distance Courier | 650.77 | 650.77 | |
| 14001106 | 14 | 36051 | 22 Aug 2007 | jr  6/5,6/07 Lexis Research | 543.85 | 543.85 | 1 |
| 14031159 | 14 | 03321 | 31 Aug 2007 | Lexis - SBL - 08/01/2007 - 08/31/2007 USER DEFINED 1: LAMBRAKOPOULOS, STAV | 28.58 | 28.58 | 1 |
| 14031160 | 14 | 03580 | 31 Aug 2007 | Lexis - EAK - 08/01/2007 - 08/31/2007 USER DEFINED 1: ARDALE, ERIN | 199.67 | 199.67 | 1 |
| 14031161 | 14 | 31007 | 31 Aug 2007 | Lexis - BAO - 08/01/2007 - 08/31/2007 USER DEFINED 1: OCHS, BRIAN | 1,095.20 | 1,095.20 | 1 |
| 14031162 | 14 | 36051 | 31 Aug 2007 | Lexis - JMR - 08/01/2007 - 08/31/2007 USER DEFINED 1: RESTI, JUSTIN USER DEFINED 2: LANPHER | 11.74 | 11.74 | 1 |
| | | | | Subtotal Lexis Research | 1,879.04 | 1,879.04 | |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (8) 8

Proforma Number: 1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Sep 2007
Batch #: 1390909
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 13979889 | 142h | 19999 | 5 Jul 2007 | Parking / Mileage - Ampco System Parking Orange County office parking Voucher # 932784    Check # 4670 | 50.00 | 50.00 | 1 |
| 13983511 | 142h | 20031 | 1 Aug 2007 | Parking / Mileage - Ampco System Parking Orange County Parking - August Voucher # 934019    Check # 4684 | 50.00 | 50.00 | 1 |
| 13997981 | 142h | 19031 | 21 Aug 2007 | Parking / Mileage - Kathleen O. Peterson Parking for interview on 7/26/07 Voucher # 936443    Check # 420961 | 17.50 | 17.50 | 1 |
| 14013333 | 142h | 03216 | 30 Aug 2007 | Parking / Mileage - Ampco System Parking Orange County office parking Voucher # 939729    Check # 4725 | 50.00 | 50.00 | 1 |
| | | | | Subtotal Parking / Mileage | 167.50 | 167.50 | |
| 14030564 | 15 | 34577 | 9 Aug 2007 | Westlaw - MDB - 08/09/2007 - 08/09/2007 USER DEFINED 1:    BRADBURY,MICHELLE | 1,011.77 | 1,011.77 | 1 |
| 14030565 | 15 | 34575 | 10 Aug 2007 | Westlaw - STB - 08/07/2007 - 08/10/2007 USER DEFINED 1:    BAKER,SCOTT | 1,060.17 | 1,060.17 | 1 |
| 14030566 | 15 | 08221 | 20 Aug 2007 | Westlaw - EMF - 08/11/2007 - 08/20/2007 USER DEFINED 1:    FOX,EDWARD M | 201.89 | 201.89 | 1 |
| 14001044 | 15 | 36051 | 22 Aug 2007 | jr 6/5/07 Westlaw Research | 47.25 | 47.25 | 1 |
| 14030567 | 15 | 32012 | 23 Aug 2007 | Westlaw - JLH - 08/13/2007 - 08/23/2007 USER DEFINED 1:    HIEB,JENNIFER | 299.46 | 299.46 | 1 |
| | | | | Subtotal Westlaw Research | 2,620.54 | 2,620.54 | |
| 13980581 | 23h | 00999 | 8 Aug 2007 | OT Dinner, Cabs, Parking - L. Paonessa, Cashier - P. NOVAK - PARKING/MI/OT - 7/21 Voucher # 932964    Check # 241155 | 11.79 | 11.79 | 1 |
| 13989484 | 23h | 03999 | 17 Aug 2007 | OT Dinner, Cabs, Parking - Petty Cash Meal - Examiner - J. Catano 8/5/07 Voucher # 935836    Check # 3017633 | 7.51 | 7.51 | 1 |
| 13989485 | 23h | 03999 | 17 Aug 2007 | OT Dinner, Cabs, Parking - Petty Cash Meal - | 9.63 | 9.63 | 1 |

Page (9) 9

Proforma Number: 1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Sep 2007
Batch #: 1390909
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

# KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| | | | | Examiner - J. Catano 8/6/07 Voucher # 935836    Check #    3017633 | | | |
| 14006170 | 23h | 03999 | 27 Aug 2007 | OT Dinner, Cabs, Parking - Petty Cash Mileage - F. Ebenyousef 8/12/07 Voucher # 938108    Check #    3017832 | 13.58 | 13.58 | 1 |
| 14006176 | 23h | 03999 | 27 Aug 2007 | OT Dinner, Cabs, Parking - Petty Cash Meal - J. Catano 8/16/07 Voucher # 938108    Check #    3017832 | 9.72 | 9.72 | 1 |
| 14006177 | 23h | 03999 | 27 Aug 2007 | OT Dinner, Cabs, Parking - Petty Cash Meal - J. Catano 8/12/07 Voucher # 938108    Check #    3017832 | 6.57 | 6.57 | 1 |
| 14006178 | 23h | 03999 | 27 Aug 2007 | OT Dinner, Cabs, Parking - Petty Cash Meal - J. Catano 8/20/07 Voucher # 938108    Check #    3017832 | 11.37 | 11.37 | 1 |
| 14024106 | 23h | 11077 | 31 Aug 2007 | OT Dinner, Cabs, Parking - Leah Shough, Working late dinner with A. Kostner, 8/9 Voucher # 941227    Check #    46728 | 35.55 | 35.55 | 1 |
| 14024107 | 23h | 11077 | 31 Aug 2007 | OT Dinner, Cabs, Parking - Leah Shough, Working late cab home, 8/9 Voucher # 941227    Check #    46728 | 35.00 | 35.00 | 1 |
| 14024110 | 23h | 11067 | 31 Aug 2007 | OT Dinner, Cabs, Parking - Amanda Kostner, Working late cab home, 8/9 Voucher # 941229    Check #    46726 | 15.00 | 15.00 | 1 |
| 14024111 | 23h | 11067 | 31 Aug 2007 | OT Dinner, Cabs, Parking - Amanda Kostner, Working late cab home, 8/10 Voucher # 941229    Check #    46726 | 14.00 | 14.00 | 1 |
| | | | | Subtotal OT Dinner, Cabs, Parking | 169.72 | 169.72 | |
| 14013894 | 24 | 03999 | 31 Aug 2007 | Color Copying/Printing - M. Bowman 8/2/07; D. Brockway 8/15/07; M. Noble 8/21/07 | 187.00 | 187.00 | 187 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Proforma Number: 1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Sep 2007
Batch #: 1390909
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

Page (10) 10

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| | | | | Subtotal Color Copying/Printing | 187.00 | 187.00 | |
| 13989405 | 25 | 00999 | 17 Aug 2007 | Pacer 2nd Quarter Research Charges 4/1-6/30/07 | 7.92 | 7.92 | 1 |
| 13997738 | 25 | 03999 | 20 Aug 2007 | Pacer (DC) Research 4/1 - 6/30/07 | 10.24 | 10.24 | 1 |
| 13997739 | 25 | 36051 | 20 Aug 2007 | Pacer (DC) Research 4/1 - 6/30/07 J. Resti | .96 | .96 | 1 |
| | | | | Subtotal Pacer Research | 19.12 | 19.12 | |
| 13997697 | 32h | 08999 | 10 Aug 2007 | Travel Expenses - Walter P. Loughlin Taxis/Parking 7/17/07 Inv 8/10/07 Voucher # 936328   Check # 46547 | 68.00 | 68.00 | 1 |
| 13997097 | 32h | 11073 | 20 Aug 2007 | Travel Expenses - Jeff Bornstein, Parking at New Century office, 7/24 Voucher # 936154   Check # 46591 | 20.00 | 20.00 | 1 |
| 13997099 | 32h | 11073 | 20 Aug 2007 | Travel Expenses - Jeff Bornstein, Parking at New Century office, 7/25 Voucher # 936154   Check # 46591 | 20.00 | 20.00 | 1 |
| 13997100 | 32h | 11073 | 20 Aug 2007 | Travel Expenses - Jeff Bornstein, Car rental-National, 7/24 Voucher # 936154   Check # 46591 | 198.75 | 198.75 | 1 |
| 13997101 | 32h | 11073 | 20 Aug 2007 | Travel Expenses - Jeff Bornstein, Misc tips, 7/25 Voucher # 936154   Check # 46591 | 6.00 | 6.00 | 1 |
| 13997103 | 32h | 11073 | 20 Aug 2007 | Travel Expenses - Jeff Bornstein, Parking at hotel, 7/25 Voucher # 936154   Check # 46591 | 25.00 | 25.00 | 1 |
| 13997108 | 32h | 11073 | 20 Aug 2007 | Travel Expenses - Jeff Bornstein, Parking at hotel, 8/1 Voucher # 936162   Check # 46591 | 14.00 | 14.00 | 1 |
| 13997110 | 32h | 11073 | 20 Aug 2007 | Travel Expenses - Jeff Bornstein, Parking at hotel, 8/2 Voucher # 936162   Check # 46591 | 30.00 | 30.00 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Proforma Number: 1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Sep 2007
Batch #: 1390909
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 13997112 | 32h | 11073 | 20 Aug 2007 | Travel Expenses - Jeff Bornstein, Marriott Hotel, 8/1<br>Voucher # 936162          Check # 46591 | 318.10 | 318.10 | 1 |
| 13997113 | 32h | 11073 | 20 Aug 2007 | Travel Expenses - Jeff Bornstein, Intercontinental Hotel, 8/2<br>Voucher # 936162          Check # 46591 | 359.29 | 359.29 | 1 |
| 13997114 | 32h | 11073 | 20 Aug 2007 | Travel Expenses - Jeff Bornstein, Car rental-National, 8/1-3<br>Voucher # 936162          Check # 46591 | 305.98 | 305.98 | 1 |
| 13997117 | 32h | 11073 | 20 Aug 2007 | Travel Expenses - Jeff Bornstein, Misc tips, 8/3<br>Voucher # 936162          Check # 46591 | 8.00 | 8.00 | 1 |
| 13997212 | 32h | 11077 | 20 Aug 2007 | Travel Expenses - Leah Shough, Parking, 7/23<br>Voucher # 936181          Check # 46593 | 17.00 | 17.00 | 1 |
| 13997214 | 32h | 11077 | 20 Aug 2007 | Travel Expenses - Leah Shough, Parking, 7/26<br>Voucher # 936181          Check # 46593 | 17.00 | 17.00 | 1 |
| 13997216 | 32h | 11077 | 20 Aug 2007 | Travel Expenses - Leah Shough, Parking, 7/12<br>Voucher # 936181          Check # 46593 | 15.00 | 15.00 | 1 |
| 13997217 | 32h | 11077 | 20 Aug 2007 | Travel Expenses - Leah Shough, Parking and tips, 7/24<br>Voucher # 936181          Check # 46593 | 25.00 | 25.00 | 1 |
| 13997218 | 32h | 11077 | 20 Aug 2007 | Travel Expenses - Leah Shough, Parking, 7/29<br>Voucher # 936181          Check # 46593 | 5.00 | 5.00 | 1 |
| 13997221 | 32h | 11077 | 20 Aug 2007 | Travel Expenses - Leah Shough, Parking, 8/2<br>Voucher # 936181          Check # 46593 | 25.00 | 25.00 | 1 |
| 13997223 | 32h | 11077 | 20 Aug 2007 | Travel Expenses - Leah Shough, Parking, 8/4<br>Voucher # 936181          Check # 46593 | 8.00 | 8.00 | 1 |
| 13997224 | 32h | 11077 | 20 Aug 2007 | Travel Expenses - Leah Shough, Parking, 8/5<br>Voucher # 936181          Check # 46593 | 38.00 | 38.00 | 1 |
| 13997241 | 32h | 11077 | 20 Aug 2007 | Travel Expenses - Leah Shough, Hotel, 7/11-12<br>Voucher # 936194          Check # 46593 | 636.20 | 636.20 | 1 |
| 13997248 | 32h | 03063 | 20 Aug 2007 | Travel Expenses - Lawrence Coe Lanpher Los | 1,642.42 | 1,642.42 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (12) 12

Proforma Number: 1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Sep 2007
Batch #: 1390909
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 13997261 | 32h | 32071 | 20 Aug 2007 | Angeles 07/31/07-08/03/07<br>Voucher # 936199          Check # 46407 | | | |
| | | | | Travel Expenses - Andrew McFall Irvine, CA<br>07/25/07-07/26/07<br>Voucher # 936213          Check # 46443 | 431.18 | 431.18 | 1 |
| 13997263 | 32h | 03063 | 20 Aug 2007 | Travel Expenses - Lawrence Coe Lanpher Long<br>Beach, CA 07/23/07-07/26/07<br>Voucher # 936217          Check # 46407 | 1,139.74 | 1,139.74 | 1 |
| 13997422 | 32h | 11067 | 20 Aug 2007 | Travel Expenses - Amanda Kostner, Hotel, travel<br>to New Century Headquarters for document<br>retention and review, 7/11,12<br>Voucher # 936264          Check # 46590 | 724.20 | 724.20 | 1 |
| 13997695 | 32h | 03238 | 21 Aug 2007 | Travel Expenses - Stephen G. Topetzes Irvine,<br>CA. 07/25/07-07/27/07<br>Voucher # 936327          Check # 46413 | 624.11 | 624.11 | 1 |
| 13997699 | 32h | 03238 | 21 Aug 2007 | Travel Expenses - Stephen G. Topetzes<br>Wilmington 07/31/07<br>Voucher # 936330          Check # 46413 | 25.24 | 25.24 | 1 |
| 14024102 | 32h | 08999 | 25 Aug 2007 | Travel Expenses - Edward Fox Car Rental 7/13/07<br>Inv 8/25/07<br>Voucher # 941226          Check # 46811 | 144.55 | 144.55 | 1 |
| 14024443 | 32h | 08999 | 25 Aug 2007 | Travel Expenses - Edward Fox Lodging<br>7/13-7/24/07 Inv 8/25/07B<br>Voucher # 941364          Check # 46811 | 1,118.24 | 1,118.24 | 1 |
| 14024445 | 32h | 08999 | 25 Aug 2007 | Travel Expenses - Edward Fox Car Rental/Parking<br>7/13-7/24/07 Inv 8/25/07B<br>Voucher # 941364          Check # 46811 | 595.89 | 595.89 | 1 |
| 14024535 | 32h | 08999 | 25 Aug 2007 | Travel Expenses - William McLoughlin Lodging<br>8/17/07 Inv 8/25/07<br>Voucher # 941407          Check # 8012172 | 718.58 | 718.58 | 1 |
| 14024537 | 32h | 08999 | 25 Aug 2007 | Travel Expenses - William McLoughlin<br>Parking/Car Rental 8/17/07 Inv 8/25/07.<br>Voucher # 941407          Check # 8012172 | 379.57 | 379.57 | 1 |
| 14024981 | 32h | 08999 | 25 Aug 2007 | Travel Expenses - Justin Roeber Lodging<br>7/11-7/13/07 Inv 8/25/07A | 394.04 | 394.04 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (13) 13

Proforma Number: 1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Sep 2007
Batch #: 1390909
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| | | | | Voucher # 941439          Check # 46815 | | | |
| 14024982 | 32h | 08999 | 25 Aug 2007 | Travel Expenses - Justin Roeber Taxis 7/11-7/13/07 Inv 8/25/07A Voucher # 941439          Check # 46815 | 98.80 | 98.80 | 1 |
| 14006183 | 32h | 06048 | 27 Aug 2007 | Travel Expenses - Robert Lawton 8/13-8/15 Hotel, mileage, parking, tolls; interviews in Irvine CA: RLawton Voucher # 938109          Check # 46788 | 850.92 | 850.92 | 1 |
| 14013635 | 32h | 03063 | 31 Aug 2007 | Travel Expenses - Lawrence Coe Lanpher New York 08/14/07-08/17/07 Voucher # 939772          Check # 46921 | 1,668.80 | 1,668.80 | 1 |
| 14013636 | 32h | 03063 | 31 Aug 2007 | Travel Expenses - Lawrence Coe Lanpher New York 08/22/07 Voucher # 939774          Check # 46921 | 75.13 | 75.13 | 1 |
| 14013695 | 32h | 32071 | 31 Aug 2007 | Travel Expenses - Andrew McFall Los Angeles 08/15/07-08/17/07 Voucher # 939817          Check # 46946 | 546.94 | 546.94 | 1 |
| 14024368 | 32h | 11073 | 31 Aug 2007 | Travel Expenses - Jeff Bornstein , Train to JFK and misc metro fares, 8/14 Voucher # 941315          Check # 46727 | 10.00 | 10.00 | 1 |
| 14024370 | 32h | 11073 | 31 Aug 2007 | Travel Expenses - Jeff Bornstein , Am Trak from DC to NY-Penn Station, 8/14 Voucher # 941315          Check # 46727 | 173.00 | 173.00 | 1 |
| 14024373 | 32h | 11073 | 31 Aug 2007 | Travel Expenses - Jeff Bornstein , Hotel-Intercontinental, 8/15 Voucher # 941315          Check # 46727 | 517.69 | 517.69 | 1 |
| 14014855 | 32ht | 20580 | 31 Aug 2007 | Travel Expenses - Julie Anne Halter Airfare/Hotel/Cab Fare/Parking for travel to Orange County Voucher # 940286          Check # 421573 | 642.77 | 642.77 | 1 |
| | | | | Subtotal Travel Expenses | 14,681.13 | 14,681.13 | |
| 13983078 | 34h | 35099 | 10 Aug 2007 | Cab Fare - Red Top Transportation Fr 1601 to 300 Wayne - J. Catano 7/27/07 Voucher # 933816          Check # 3017584 | 15.47 | 15.47 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (14) 14

Proforma Number: 1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Sep 2007
Batch #: 1390909
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 13985256 | 34h | 03999 | 14 Aug 2007 | Cab Fare - Red Top Transportation Fr 1601 to IAD - S. Lambrakopoulos 7/11/07<br>Voucher # 934453          Check # 3017585 | 77.37 | 77.37 | 1 |
| 13997094 | 34h | 11073 | 20 Aug 2007 | Cab Fare - Jeff Bornstein, Cab from home to SFO, 7/24<br>Voucher # 936154          Check # 46591 | 34.00 | 34.00 | 1 |
| 13997105 | 34h | 11073 | 20 Aug 2007 | Cab Fare - Jeff Bornstein, Cab from home to SFO, 8/1<br>Voucher # 936162          Check # 46591 | 35.00 | 35.00 | 1 |
| 13997116 | 34h | 11073 | 20 Aug 2007 | Cab Fare - Jeff Bornstein, Cab from SFO to home, 8/3<br>Voucher # 936162          Check # 46591 | 35.00 | 35.00 | 1 |
| 13997213 | 34h | 11077 | 20 Aug 2007 | Cab Fare - Leah Shough, Taxi, 7/24<br>Voucher # 936181          Check # 46593 | 45.00 | 45.00 | 1 |
| 13997219 | 34h | 11077 | 20 Aug 2007 | Cab Fare - Leah Shough, Taxi, 8/1<br>Voucher # 936181          Check # 46593 | 42.00 | 42.00 | 1 |
| 13997421 | 34h | 11067 | 20 Aug 2007 | Cab Fare - Amanda Kostner, Cab to SFO, 7/11<br>Voucher # 936264          Check # 46590 | 49.00 | 49.00 | 1 |
| 13997426 | 34h | 11067 | 20 Aug 2007 | Cab Fare - Amanda Kostner, Cab from SFO to home, 7/13<br>Voucher # 936264          Check # 46590 | 49.00 | 49.00 | 1 |
| 13997427 | 34h | 11067 | 20 Aug 2007 | Cab Fare - Amanda Kostner, Cab from home to SFO, 8/3<br>Voucher # 936265          Check # 46590 | 46.00 | 46.00 | 1 |
| 13997428 | 34h | 11067 | 20 Aug 2007 | Cab Fare - Amanda Kostner, Cab from LA Airport to LA office, 8/3<br>Voucher # 936265          Check # 46590 | 56.00 | 56.00 | 1 |
| 13997429 | 34h | 11067 | 20 Aug 2007 | Cab Fare - Amanda Kostner, Cab from SFO to home, 8/3<br>Voucher # 936265          Check # 46590 | 47.00 | 47.00 | 1 |
| 14005468 | 34h | 08221 | 24 Aug 2007 | Cab Fare - Dial Car Inc. E.Fox NWK to Rye, NY 7/25 inv.1043205<br>Voucher # 937982          Check # 8012061 | 173.60 | 173.60 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (15) 15

Proforma Number: 1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Sep 2007
Batch #: 1390909
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 14005471 | 34h | 08221 | 24 Aug 2007 | Cab Fare - Dial Car Inc. E.Fox 599 Lex to Rye, NY 7/31 inv.1043205<br>Voucher # 937982    Check #    8012061 | 95.88 | 95.88 | 1 |
| 14005486 | 34h | 08999 | 24 Aug 2007 | Cab Fare - Dial Car Inc. K.Elliot JFK to Brooklyn 7/26 inv.1043205<br>Voucher # 937982    Check #    8012061 | 155.35 | 155.35 | 1 |
| 14024436 | 34h | 08999 | 25 Aug 2007 | Cab Fare - Edward Fox 7/26-/8/22/07 Inv 8/25/07A<br>Voucher # 941358    Check #    46811 | 158.50 | 158.50 | 1 |
| 14006184 | 34h | 06048 | 27 Aug 2007 | Cab Fare - Robert Lawton 8/13-8/15 cabfares; Irvine CA.:RAlawton<br>Voucher # 938109    Check #    46788 | 80.00 | 80.00 | 1 |
| 14007923 | 34h | 35099 | 28 Aug 2007 | Cab Fare - Red Top Transportation Fr 1601 to Wayne St - J. Catano 8/1/07<br>Voucher # 938500    Check #    3017963 | 14.85 | 14.85 | 1 |
| 14007929 | 34h | 03173 | 28 Aug 2007 | Cab Fare - Red Top Transportation Fr Elizabeth Dr to 1601 - D. Case 8/13/07<br>Voucher # 938500    Check #    3017963 | 43.99 | 43.99 | 1 |
| 14009228 | 34h | 08999 | 28 Aug 2007 | Cab Fare - Dial Car Inc. K.Elliot 599 to Brooklyn 7/30 inv.1043485<br>Voucher # 938772    Check #    8012061 | 49.47 | 49.47 | 1 |
| 14009231 | 34h | 08221 | 28 Aug 2007 | Cab Fare - Dial Car Inc. E.Fox 599 to Rye, NY 7/30 inv.1043485<br>Voucher # 938772    Check #    8012061 | 101.75 | 101.75 | 1 |
| 14014357 | 34h | 08221 | 31 Aug 2007 | Cab Fare - Dial Car Inc. E.Fox NWK to Rye, NY 7/13 inv.1042926<br>Voucher # 940044    Check #    8012061 | 166.62 | 166.62 | 1 |
| 14024366 | 34h | 11073 | 31 Aug 2007 | Cab Fare - Jeff Bornstein , Cab from Dulles to Hotel, 8/14<br>Voucher # 941315    Check #    46727 | 60.00 | 60.00 | 1 |
| 14024369 | 34h | 11073 | 31 Aug 2007 | Cab Fare - Jeff Bornstein , Cab from NY office to Union Station, 8/14<br>Voucher # 941315    Check #    46727 | 10.00 | 10.00 | 1 |
| 14024371 | 34h | 11073 | 31 Aug 2007 | Cab Fare - Jeff Bornstein , Cab from Penn Station to Hotel, 8/14 | 10.00 | 10.00 | 1 |

Proforma Number: 1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

Page (16) 16

25 Sep 2007
Batch #: 1390909
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

### DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| | | | | Voucher # 941315    Check # 46727 | | | |
| 14024374 | 34h | 11073 | 31 Aug 2007 | Cab Fare - Jeff Bornstein , Cab from SFO to home, 8/15 Voucher # 941315    Check # 46727 | 35.00 | 35.00 | 1 |
| 14024388 | 34h | 11073 | 31 Aug 2007 | Cab Fare - Jeff Bornstein , Cab from office to home, 8/23 Voucher # 941325    Check # 46727 | 19.00 | 19.00 | 1 |
| | | | | Subtotal Cab Fare | 1,704.85 | 1,704.85 | |
| 14008962 | 35h | 35023 | 2 Jul 2007 | Air Fare - American Express - AmEx 0707 BTA - M. Bowman 07/02/07 Voucher # 938643    Check # 1043890 | 567.30 | 567.30 | 1 |
| 14008976 | 35h | 32083 | 11 Jul 2007 | Air Fare - American Express - AmEx 0707 BTA - S. kurian 07/11/07 Los Angelas Voucher # 938643    Check # 1043890 | 1,405.29 | 1,405.29 | 1 |
| 14009434 | 35h | 03063 | 17 Jul 2007 | Air Fare - American Express American Express - AmEx Strip 07/28/07- L. Lanpher 07/06/07 CA Voucher # 938833    Check # 1043889 | 512.30 | 512.30 | 1 |
| 14009435 | 35h | 03063 | 17 Jul 2007 | Air Fare - American Express American Express - AmEx Strip 07/28/07- L. Lanpher 07/19/07 CA Voucher # 938833    Check # 1043889 | 537.30 | 537.30 | 1 |
| 14009436 | 35h | 03063 | 17 Jul 2007 | Air Fare - American Express American Express - AmEx Strip 07/28/07- L. Lanpher 07/27/07 CA Voucher # 938833    Check # 1043889 | 1,365.97 | 1,365.97 | 1 |
| 14009437 | 35h | 03063 | 17 Jul 2007 | Air Fare - American Express American Express - AmEx Strip 07/28/07- L. Lanpher 06/22/07 Voucher # 938833    Check # 1043889 | 34.00 | 34.00 | 1 |
| 14009445 | 35h | 03238 | 17 Jul 2007 | Air Fare - American Express American Express - AmEx Strip 07/28/07- C. Mills 07/03/07 CA Voucher # 938833    Check # 1043889 | 677.30 | 677.30 | 1 |
| 14009446 | 35h | 03238 | 17 Jul 2007 | Air Fare - American Express American Express - AmEx Strip 07/28/07- C. Mills 07/10/07 CA Voucher # 938833    Check # 1043889 | 1,568.84 | 1,568.84 | 1 |
| 14009447 | 35h | 03238 | 17 Jul 2007 | Air Fare - American Express American Express | 1,132.80 | 1,132.80 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (17) 17

Proforma Number: 1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Sep 2007
Batch #: 1390909
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14009448 | 35h | 03321 | 17 Jul 2007 | Air Fare - AmEx Strip 07/28/07- C. Mills 07/24/07 CA Voucher # 938833 Check # 1043889 | 1,405.29 | 1,405.29 | 1 |
| 14009449 | 35h | 03580 | 17 Jul 2007 | Air Fare - American Express AmEx Strip 07/28/07- S. Lambrakopoulos LA Voucher # 938833 Check # 1043889 | 482.30 | 482.30 | 1 |
| 14009457 | 35h | 03167 | 17 Jul 2007 | Air Fare - American Express AmEx Strip 07/28/07- E. Koippel 06/28/07 CA Voucher # 938833 Check # 1043889 | 25.00 | 25.00 | 1 |
| 14009464 | 35h | 35023 | 17 Jul 2007 | Air Fare - American Express AmEx Strip 07/28/07- R. Kline 06/29/07 CA Voucher # 938833 Check # 1043889 | 677.30 | 677.30 | 1 |
| 14008977 | 35h | 32071 | 25 Jul 2007 | Air Fare - American Express - AmEx 0707 EFA - A. Mcfall 07/22/07 Dallas Voucher # 938643 Check # 1043890 | 1,407.60 | 1,407.60 | 1 |
| 13997696 | 35h | 08999 | 10 Aug 2007 | Air Fare - Walter P. Loughlin NY to DC 7/17/07 Inv 8/10/07 Voucher # 936328 Check # 46547 | 648.79 | 648.79 | 1 |
| 13990189 | 35h | 06048 | 20 Aug 2007 | Air Fare - American Express 7/11 Airfare Baltimore-Phoenix-Santa Ana-Vegas-Baltimor: RLawton Voucher # 935915 Check # 1043890 | 1,123.10 | 1,123.10 | 1 |
| 14004840 | 35h | 08999 | 24 Aug 2007 | Air Fare - American Express Elliot Newark to Santa Ana, CA 7/23/07 Inv 072807NY Voucher # 937891 Check # 1043890 | 1,266.80 | 1,266.80 | 1 |
| 14004841 | 35h | 08999 | 24 Aug 2007 | Air Fare - American Express Elliot NY to Long Beach, CA 7/11/07 Inv 072807NY Voucher # 937891 Check # 1043890 | 687.30 | 687.30 | 1 |
| 14004842 | 35h | 08999 | 24 Aug 2007 | Air Fare - American Express Fox Credit on return of ticket 7/5/07 # 037714082210 Inv 072807NY Voucher # 937891 Check # 1043890 | (181.33) | (181.33) | 1 |
| 14004845 | 35h | 08999 | 24 Aug 2007 | Air Fare - American Express Amex Ticket fees | 170.00 | 170.00 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Proforma Number: 1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

Page (18) 18

25 Sep 2007
Batch #: 1390909
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14004914 | 35h | 08999 | 24 Aug 2007 | billed late for Fox/Elliot Inv 07280/NY Voucher # 937891  Check # 1043890 | 2,673.60 | 2,673.60 | 1 |
| 14004916 | 35h | 08999 | 24 Aug 2007 | Air Fare - American Express Fox Newark to Santa Ana, CA 7/6/07 Inv 07290/NY Voucher # 937899  Check # 1043889 | 687.30 | 687.30 | 1 |
| 14005352 | 35h | 20860 | 24 Aug 2007 | Air Fare - American Express Rober NY to Long Beach, CA 7/10/07 Inv 07290/NY Voucher # 937899  Check # 1043889 | 34.00 | 34.00 | 1 |
| 14009584 | 35h | 11077 | 28 Aug 2007 | Air Fare - American Express, Leah Shough, ticket fee, 6/22 Voucher # 938909  Check # 1043890 | 34.00 | 34.00 | 1 |
| 14009590 | 35h | 11077 | 28 Aug 2007 | Air Fare - American Express, Leah Shough, ticket fee, 6/25 Voucher # 938909  Check # 1043890 | 34.00 | 34.00 | 1 |
| 14009593 | 35h | 11067 | 28 Aug 2007 | Air Fare - American Express, Amanda Kostner, airfare, 7/6 Voucher # 938909  Check # 1043890 | 502.96 | 502.96 | 1 |
| 14009594 | 35h | 11067 | 28 Aug 2007 | Air Fare - American Express, Amanda Kostner, ticket fee 7/6 Voucher # 938909  Check # 1043890 | 34.00 | 34.00 | 1 |
| 14009595 | 35h | 11077 | 28 Aug 2007 | Air Fare - American Express, Leah Shough, airfare, 7/6 Voucher # 938909  Check # 1043890 | 502.96 | 502.96 | 1 |
| 14009596 | 35h | 11077 | 28 Aug 2007 | Air Fare - American Express, Leah Shough, ticket fee, 7/6 Voucher # 938909  Check # 1043890 | 34.00 | 34.00 | 1 |
| 14009597 | 35h | 11084 | 28 Aug 2007 | Air Fare - American Express, Linda Woo, airfare, 7/6 Voucher # 938909  Check # 1043890 | 502.96 | 502.96 | 1 |
| 14009598 | 35h | 11084 | 28 Aug 2007 | Air Fare - American Express, Linda Woo, ticket fee, 7/6 Voucher # 938909  Check # 1043890 | 34.00 | 34.00 | 1 |

Proforma Number: 1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

Page (19) 19

25 Sep 2007
Batch #: 1390909
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

# KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14009615 | 35h | 11067 | 28 Aug 2007 | Air Fare - American Express, Amanda Kostner, airfare, 7/19 Voucher # 938909 Check # 1043890 | 636.41 | 636.41 | 1 |
| 14009616 | 35h | 11067 | 28 Aug 2007 | Air Fare - American Express, Amanda Kostner, ticket fee, 7/19 Voucher # 938909 Check # 1043890 | 34.00 | 34.00 | 1 |
| 14009617 | 35h | 11077 | 28 Aug 2007 | Air Fare - American Express, Leah Shough, airfare, 7/19 Voucher # 938909 Check # 1043890 | 636.41 | 636.41 | 1 |
| 14009618 | 35h | 11077 | 28 Aug 2007 | Air Fare - American Express, Leah Shough, ticket fee, 7/19 Voucher # 938909 Check # 1043890 | 34.00 | 34.00 | 1 |
| 14009621 | 35h | 11077 | 28 Aug 2007 | Air Fare - American Express, Leah Shough, airfare, 7/26 Voucher # 938909 Check # 1043890 | 636.41 | 636.41 | 1 |
| 14009623 | 35h | 11077 | 28 Aug 2007 | Air Fare - American Express, Leah Shough, airfare, 7/27 Voucher # 938909 Check # 1043890 | 438.80 | 438.80 | 1 |
| 14009628 | 35h | 11077 | 28 Aug 2007 | Air Fare - American Express, Leah Shough, service call, 6/26 Voucher # 938909 Check # 1043890 | 20.00 | 20.00 | 1 |
| 14010339 | 35h | 11073 | 29 Aug 2007 | Air Fare - American Express, Jeffrey Bornstein, airfare, 7/25 Voucher # 939043 Check # 1043889 | 130.40 | 130.40 | 1 |
| 14010340 | 35h | 11073 | 29 Aug 2007 | Air Fare - American Express, Jeffrey Bornstein, airfare, 7/6 Voucher # 939043 Check # 1043889 | 502.96 | 502.96 | 1 |
| 14010341 | 35h | 11073 | 29 Aug 2007 | Air Fare - American Express, Jeffrey Bornstein, airfare, 7/19 Voucher # 939043 Check # 1043889 | 636.41 | 636.41 | 1 |
| 14010342 | 35h | 11073 | 29 Aug 2007 | Air Fare - American Express, Jeffrey Bornstein, airfare, 7/26 Voucher # 939043 Check # 1043889 | 636.41 | 636.41 | 1 |
| 14010343 | 35h | 11073 | 29 Aug 2007 | Air Fare - American Express, Jeffrey Bornstein, ticket fee, 6/22 | 34.00 | 34.00 | 1 |

Proforma Number: 1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

25 Sep 2007
Batch #: 1390909
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| | | | | Voucher # 939043          Check # 1043889 | | | |
| 14010344 | 35h | 11073 | 29 Aug 2007 | Air Fare - American Express, Jeffrey Bornstein, ticket fee, 6/25, Voucher # 939043          Check # 1043889 | 34.00 | 34.00 | 1 |
| 14010345 | 35h | 11073 | 29 Aug 2007 | Air Fare - American Express, Jeffrey Bornstein, ticket fee, 7/6, Voucher # 939043          Check # 1043889 | 34.00 | 34.00 | 1 |
| 14010346 | 35h | 11073 | 29 Aug 2007 | Air Fare - American Express, Jeffrey Bornstein, ticket fee, 7/19, Voucher # 939043          Check # 1043889 | 34.00 | 34.00 | 1 |
| | | | | Subtotal Air Fare | 25,065.24 | 25,065.24 | |
| 13980669 | 37h | 03167 | 8 Aug 2007 | Business Meal - SeamlessWeb Professional Solutions, Inc. High Noon Catering - mtg w/client 6/14/07 R.Kline-Dahill, Voucher # 932996          Check # 3017461 | 52.00 | 52.00 | 1 |
| 13985657 | 37h | 03096 | 13 Aug 2007 | Business Meal - SeamlessWeb Professional Solutions, Inc. High Noon Catering - mtg w/client 6/18/07 R. Laird, Voucher # 934306          Check # 3017602 | 79.90 | 79.90 | 1 |
| 13998688 | 37h | 08999 | 21 Aug 2007 | Business Meal - SeamlessWeb E.Fera B/11 inv.232027, Voucher # 936553          Check # 8012068 | 15.64 | 15.64 | 1 |
| 14000486 | 37h | 08221 | 22 Aug 2007 | Business Meal - Bread & Company E.Fox ( lunch for 10 ) 8/17/07, Voucher # 937166          Check # 8012028 | 290.88 | 290.88 | 1 |
| 14006296 | 37h | 03063 | 27 Aug 2007 | Business Meal - Bank of America DC/SF Luncheon Meeting, Voucher # 938168          Check # 154464 | 94.64 | 94.64 | 1 |
| 14014856 | 37ht | 20580 | 31 Aug 2007 | Business Meal - Julie Anne Halter Meals while traveling to Orange County, Voucher # 940286          Check # 421573 | 13.12 | 13.12 | 1 |
| | | | | Subtotal Business Meal | 546.18 | 546.18 | |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (21) 21

Proforma Number: 1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Sep 2007
Batch #: 1390909
Inventory Manager: Missal, M. J
Matter Number:  0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 13997095 | 42h | 11073 | 20 Aug 2007 | Travel Related Meals - Jeff Bornstein, Breakfast, 7/24<br>Voucher # 936154                     Check #  46591 | 19.82 | 19.82 | 1 |
| 13997098 | 42h | 11073 | 20 Aug 2007 | Travel Related Meals - Jeff Bornstein, Lunch with L. Shough, 7/25<br>Voucher # 936154           Check #  46591 | 19.04 | 19.04 | 1 |
| 13997102 | 42h | 11073 | 20 Aug 2007 | Travel Related Meals - Jeff Bornstein, Breakfast at hotel, 7/25<br>Voucher # 936154             Check #  46591 | 32.21 | 32.21 | 1 |
| 13997106 | 42h | 11073 | 20 Aug 2007 | Travel Related Meals - Jeff Bornstein, Breakfast, 8/1<br>Voucher # 936162                       Check #  46591 | 6.82 | 6.82 | 1 |
| 13997111 | 42h | 11073 | 20 Aug 2007 | Travel Related Meals - Jeff Bornstein, Breakfast at hotel, 8/2<br>Voucher # 936162              Check #  46591 | 16.68 | 16.68 | 1 |
| 13997115 | 42h | 11073 | 20 Aug 2007 | Travel Related Meals - Jeff Bornstein, Breakfast at Intercontinental hotel, 8/3<br>Voucher # 936162             Check #  46591 | 24.96 | 24.96 | 1 |
| 13997215 | 42h | 11077 | 20 Aug 2007 | Travel Related Meals - Leah Shough, Lunch, 7/12<br>Voucher # 936181                             Check #  46593 | 10.00 | 10.00 | 1 |
| 13997220 | 42h | 11077 | 20 Aug 2007 | Travel Related Meals - Leah Shough, Dinner, 8/2<br>Voucher # 936181                             Check #  46593 | 22.32 | 22.32 | 1 |
| 13997222 | 42h | 11077 | 20 Aug 2007 | Travel Related Meals - Leah Shough, Lunch, 8/4<br>Voucher # 936181                              Check #  46593 | 15.00 | 15.00 | 1 |
| 13997242 | 42h | 11077 | 20 Aug 2007 | Travel Related Meals - Leah Shough, Meal at hotel, 7/12,13<br>Voucher # 936194                  Check #  46593 | 30.00 | 30.00 | 1 |
| 13997244 | 42h | 11077 | 20 Aug 2007 | Travel Related Meals - Leah Shough, Coffee and waters at SFO, 7/11<br>Voucher # 936194          Check #  46593 | 7.52 | 7.52 | 1 |
| 13997423 | 42h | 11067 | 20 Aug 2007 | Travel Related Meals - Amanda Kostner, Meal at hotel, travel to New Century Headquarters for document retentinon and review, 7/12<br>Voucher # 936264           Check #  46590 | 14.09 | 14.09 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (22) 22

Proforma Number: 1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Sep 2007
Batch #: 1390909
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 13997424 | 42h | 11067 | 20 Aug 2007 | Travel Related Meals - Amanda Kostner, Lunch, 7/13<br>Voucher # 936264              Check # 46590 | 13.06 | 13.06 | 1 |
| 13997425 | 42h | 11067 | 20 Aug 2007 | Travel Related Meals - Amanda Kostner, Dinner, 7/13<br>Voucher # 936264              Check # 46590 | 14.63 | 14.63 | 1 |
| 13997430 | 42h | 11067 | 20 Aug 2007 | Travel Related Meals - Amanda Kostner, Breakfast, 8/3<br>Voucher # 936265              Check # 46590 | 7.57 | 7.57 | 1 |
| 13997431 | 42h | 11067 | 20 Aug 2007 | Travel Related Meals - Amanda Kostner, Lunch, 8/4<br>Voucher # 936265              Check # 46590 | 20.24 | 20.24 | 1 |
| 14024372 | 42h | 11073 | 31 Aug 2007 | Travel Related Meals - Jeff Bornstein , Food at Airport, 8/15<br>Voucher # 941315              Check # 46727 | 14.94 | 14.94 | 1 |
| 14024387 | 42h | 11073 | 31 Aug 2007 | Travel Related Meals - Jeff Bornstein , Food and drinks with L. Shough and A. Kostner, 8/17<br>Voucher # 941325              Check # 46727 | 58.83 | 58.83 | 1 |
| | | | | Subtotal Travel Related Meals | 347.73 | 347.73 | |
| 14013102 | 43h | 03216 | 20 Jul 2007 | Local Courier -  FedEx del. 7/20/07  --- New Century<br>Voucher # 939699              Check # 4726 | 117.71 | 117.71 | 1 |
| 14044474 | 43h | 19031 | 9 Aug 2007 | Local Courier -  FedEx del. 8/20/07  --- eModal<br>Voucher # 945588              Check # 4760 | 7.10 | 7.10 | 1 |
| | | | | Subtotal Local Courier | 124.81 | 124.81 | |
| 13984745 | 97h | 35023 | 13 Aug 2007 | Other - American Express - AmEx 7/07 (Facilities) - Impact Office Supplies 7/28/07 (Binders - M. Bowman)<br>Voucher # 934163              Check # 1043482 | 132.61 | 132.61 | 1 |
| 13997243 | 97h | 11077 | 20 Aug 2007 | Other - Leah Shough, Internet access at hotel, 7/12<br>Voucher # 936194              Check # 46593 | 9.95 | 9.95 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (23)  23

Proforma Number: 1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Sep 2007
Batch #: 1390909
Inventory Manager: Missal, M. J
Matter Number:  0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 14014546 | 97h | 03216 | 31 Aug 2007 | Other - IKON Office Solutions 07/13/07 | 10,461.64 | 10,461.64 | 1 |
| | | | | Voucher # 940152        Check # 3017998 | | | |
| | | | | Subtotal Other | 10,604.20 | 10,604.20 | |

TOTAL DISBURSEMENTS AND OTHER CHARGES    71,033.56    68,086.20
                                         ============  ============

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (24) 24

Proforma Number: 1194601
Invoice Number: 1706835
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Sep 2007
Batch #: 1390909
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES SUMMARY

| CODE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT |
|------|-------------|---------------:|----------------:|
| 01 | Telephone / Conference Calls / Fx Line Trans | 22.10 | 22.10 |
| 02 | Facsimile | 111.75 | 111.75 |
| 03 | Postage | 1.31 | 1.31 |
| 04 | Copying Expense | 6,631.56 | 3,684.20 |
| 05h | Copying Expense (Outside Off.) | 3,656.67 | 3,656.67 |
| 09 | Employee Overtime | 1,842.34 | 1,842.34 |
| 10 | Long Distance Courier | 173.82 | 173.82 |
| 10h | Long Distance Courier | 476.95 | 476.95 |
| 14 | Lexis Research | 1,879.04 | 1,879.04 |
| 142h | Parking / Mileage | 167.50 | 167.50 |
| 15 | Westlaw Research | 2,620.54 | 2,620.54 |
| 23h | OT Dinner,Cabs Parking | 169.72 | 169.72 |
| 24 | Color Copying/Printing | 187.00 | 187.00 |
| 25 | Pacer Research | 19.12 | 19.12 |
| 32h | Travel Expenses | 14,038.36 | 14,038.36 |
| 32ht | Travel Expenses | 642.77 | 642.77 |
| 34h | Cab Fare | 1,704.85 | 1,704.85 |
| 35h | Air Fare | 25,065.24 | 25,065.24 |
| 37h | Business Meal | 533.06 | 533.06 |
| 37ht | Business Meal | 13.12 | 13.12 |
| 42h | Travel Related Meals | 347.73 | 347.73 |
| 43h | Local Courier | 124.81 | 124.81 |
| 97h | Other | 10,604.20 | 10,604.20 |
| | TOTAL DISBURSEMENTS AND OTHER CHARGES | 71,033.56 | 68,086.20 |