# EXHIBIT C

EXHIBIT "C"

NEW CENTURY TRS HOLDINGS , INC.
Schedule of Expenses
June 29, 2007 through August 31, 2007

1. PHOTOCOPYING
   a. Internal
   b. External

2. TELECOMMUNICATIONS
   a. Toll Charges
   b. Facsimile
   c. Out-of-State toll charges

3. COURIER, FRIEGHT AND POSTAL SERVICES
   *For overnight and hand delivery to Counsel
   and Committee members*

4. COURT REPORTER AND TRANSCRIPTS

5. TECHNOLOGY SERVICES

6. OUT-OF-TOWN TRAVEL
   a. Transportation                              $10,859.00
   b. Lodging
   c. Meals                                          245.00

7. OUTSIDE SERVICES

8. LOCAL MEALS

9. LOCAL TRANSPORTATION, TOLLS, MILEAGE
   AND PARKING – for cabs to/from meetings, car service
   *for employees working after 8:00 p.m. and local mileage
   using personal auto*

10. MISCELLANEOUS

    **TOTAL**                                    $11,104.00