IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | CHAPTER 11 |
| : | |
| NEW CENTURY TRS HOLDINGS, INC., : | CASE NO. 07-10416-KJC |
| a Delaware Corporation, *et al.* : | |
| : | Jointly Administered |
| Debtor. : | |
| NATIONAL CITY COMMERCIAL : | |
| CAPITAL COMPANY, LLC, : | |
| Movant, : | |
| : | Related Docket No. 2857 |
| v. : | |
| : | Hearing Date: 10-23-07 at **1:30 pm** |
| : | Objection Deadline: 10-18-07 |
| NEW CENTURY TRS HOLDINGS, INC., : | |
| a Delaware Corporation, *et al.* : | |
| and : | |
| UNITED STATES TRUSTEE : | |
| Respondents. : | |

## AMENDED NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

National City Commercial Capital Company, LLC ("National City") HAS FILED A Motion for Relief from the Automatic Stay ("Motion").

HEARING ON THE MOTION WILL BE HELD ON October 23, 2007 at **1:30 p.m.** at the United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801.

ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE 4:00 P.M. EASTERN STANDARD TIME ON October 18, 2007. FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.

372395v1

At the same time, you must also serve a copy of the response on the Movant's attorneys:

> Sherry D. Lowe, Esquire
> Lamm Rubenstone Lesavoy Butz & David LLC
> 3600 Horizon Blvd, Ste. 200
> Trevose, PA 19053
> sdlowe@lammrubenstone.com

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purposes of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the collateral, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF DEMANDED BY THE MOTION WILL BE GRANTED.

372395v1