IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | CASE NO. 07-10416-KJC |
| a Delaware Corporation, *et al.* | : | |
| | : | Jointly Administered |
| Debtor. | : | |
| NATIONAL CITY COMMERCIAL | : | |
| CAPITAL COMPANY, LLC, | : | Related Docket No. 2857 |
| Movant, | : | |
| v. | : | |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | |
| a Delaware Corporation, *et al.* | : | |
| and | : | |
| UNITED STATES TRUSTEE | : | |
| Respondents. | : | |

## ORDER TERMINATING AUTOMATIC STAY

**AND NOW**, this ____ day of _____, 2007, upon consideration of the Motion for Relief from the Automatic Stay ("Motion") filed by National City Commercial Capital Company, LLC's ("National City"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED** that the Motion be, and the same hereby is, GRANTED in its entirety; and it is further

**ORDERED** that the automatic stay under 11 U.S.C. §362 is hereby terminated, annulled and lifted, in the above captioned bankruptcy case as to National City and the Collateral (as that term is defined in the Motion); and it is further

**ORDERED** that National City is immediately entitled to exercise and enforce all of its rights and remedies against the Collateral pursuant to the terms and conditions of the Loan

Documents and applicable law, including, without limitation, taking immediate possession of the Collateral, liquidating the Collateral at one or more public or private sales or auctions and applying all proceeds arising therefrom to reduce the indebtedness that is owed by the Debtors to National City under the Loan Documents; and it is further

**ORDERED** that the ten (10) day stay of execution under Bankruptcy Rule 4001(a)(3) shall not be applicable to this Order or the relief granted herein.

_____
J.

372395v1