IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | CHAPTER 11 |
| : | |
| NEW CENTURY TRS HOLDINGS, INC., : | CASE NO. 07-10416-KJC |
| a Delaware Corporation, *et al.* : | |
| : | Jointly Administered |
| Debtor. : | |
| NATIONAL CITY COMMERCIAL : | |
| CAPITAL COMPANY, LLC, : | Related Docket No. 2857 |
| Movant, : | |
| v. : | Hearing Date: 10-23-07 at **1:30 pm** |
| : | Objection Deadline: 10-18-07 |
| NEW CENTURY TRS HOLDINGS, INC., : | |
| a Delaware Corporation, *et al.* : | |
| and : | |
| UNITED STATES TRUSTEE : | |
| Respondents. : | |

## CERTIFICATE OF SERVICE

I, Karen L. Miller, Legal Assistant to Lamm Rubenstone Lesavoy Butz & David LLC, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on September 26, 2007, I caused to be served a copy of the Amended Notice to National City Commercial Capital Company, LLC's Motion for Relief from Automatic Stay, and Proposed Order filed in this proceeding, by electronic mail, and to the following persons via first-class, regular U.S. Mail, postage prepaid:

New Century TRS Holdings, Inc., et al.
18400 Von Karman Avenue
Irvine, California 92612
*Debtors*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, Delaware 19899

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
POB 551
Wilmington, Delaware 19899
*Attorney for the Debtors*

Bonne Glantz Fatell, Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801
*Attorney for Official Committee of Unsecured Creditors*

372395v1

Suzzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, California 94111
*Attorneys for Debtors*

                                         **LAMM RUBENSTONE
LESAVOY BUTZ & DAVID LLC**

By: _____
                                    Karen Miller, Legal Assistant
                                    3600 Horizon Boulevard, Suite 200
                                    Trevose, PA 19053
                                    215-638-9330
                                    215-638-2867 f

372395v1