UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                        :
                                              : Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,               :
a Delaware Corporation, *et al.*,             : Case No. 07-10416 (KJC)
                                              :
              Debtors.                        : Jointly Administered
                                              :
                                              : Related to Docket Nos. 2645 and 2646
                                              :
------------------------------------------------------------x

## CERTIFICATION OF NO OBJECTION REGARDING FIRST MONTHLY FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2007 THROUGH JULY 31, 2007
### NO ORDER REQUIRED

The undersigned, counsel to Michael J. Missal, the Court-Appointed Examiner (the "Examiner") for New Century TRS Holdings, Inc., *et al.*, hereby certifies that:

1. On September 4, 2007, the **Notice of Fee Application** (the "Notice") [Docket No. 2646] and **First Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2007 through July 31, 2007** (the "Application") [Docket No. 2645] were filed with the Court.

2. In accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007, objections, if any, to the Application were due on or before 4:00 p.m. on September 24, 2007 (the "Objection Deadline").

3. The Objection Deadline has passed and no formal objections appear on the docket or were served upon the undersigned counsel.

552112.1 9/25/07

4.  Accordingly, the Application may be granted.

Dated: September 26, 2007

SAUL EWING LLP

By: /s/ Mark Minuti

Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
302-421-6800

Counsel to Michael J. Missal, Examiner