## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | |
| et al., | (Jointly Administered) |
|         Debtors. | |
| | Hrg Date: 10/23/07 @1:30 p.m. |
| _____/ | Objection Deadline: 10/16/07 |

### GMAC MORTGAGE, LLC'S MOTION FOR
### RELIEF FROM STAY WITH REGARD TO 16 PROPERTIES

COMES NOW GMAC Mortgage, LLC, ("GMAC"), by and through its undersigned attorney, as and for its Motion for Relief from Stay with regard to 16 Properties, and states:

1.    GMAC has initiated or seeks to initiate foreclosure proceedings against 16 properties wherein NEW CENTURY TRS HOLDINGS, INC., or one or more of the other Debtor entities (collectively, "the Debtor"), holds an inferior mortgage. A complete listing of said properties is attached hereto as Exhibit A.

2.    Each of the listed mortgages is in default and GMAC is prevented from enforcing its rights under state law by virtue of the automatic stay.

3.    Debtor has no defenses to the priority of GMAC's listed mortgages nor any defense to foreclosure thereof.

4.    GMAC is not seeking any affirmative relief from the Debtor but is seeking to foreclose the mortgages on the aforementioned properties wherein the Debtor holds a junior lien.

5.    The approximate amount due and GMAC'S good faith estimate of the value of the collateral are shown on Exhibit A.

6.    For each listed property, the recording information for the GMAC mortgage is shown and, where known the recording information for the New Century second mortgage is also shown

7.    Due to the number of properties, copies of the loan documents are not being filed with this motion but are available upon request.

WHEREFORE, GMAC prays for an order lifting the stay with respect to the 16

properties identified on the attached list.

                                                        LAW OFFICES OF DAVID J. STERN, P.A.
801 S. University Drive Suite 500
Plantation, FL 33324
Phone: (954) 233-8000 ext 207
Fax: (954) 233-8648

/S/ Frederic J. DiSpigna

Dated: September 26, 2007

FREDERIC J. DISPIGNA, ESQUIRE
Florida Bar No. 345539
fdispigna@dstern.com

07-05980.835