# IN RE: NEW CENTURY TRS HOLDINGS, INC.
# CASE NO. 07-10416-KJC

# LIST OF GMAC MORTGAGES

|   | GMACM LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | GMAC MTG BK/PG | NEW CENT MTG BOOK/PAGE | APPROX. DEBT | ESTIMATED PROPERTY VALUE |   |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0835013842 | 943 SUTTER AVENUE | BROOKLYN | NY | 11207 | 2005081800114002 | 2005081800114003 | $486,307.00 | $435,000.00 | 1 |
| 2 | 0835015056 | 11695 19 MILE ROAD | STERLING HEIGHTS | MI | 48313 | 17059/198 | 17059/218 | $131,192.00 | $139,000.00 | 2 |
| 3 | 0835017600 | 5429-5431 SKY PKWY | SACRAMENTO | CA | 95823 | 2006052/2319 | 2006052/2320 | $379,980.44 | $350,000.00 | 3 |
| 4 | 0835017612 | 90-58 FRANCIS LEWIS BLVD. | QUEENS VILLAGE | NY | 11428 | 2006050401759000 | 2006050401759003 | $452,330.08 | $425,000.00 | 4 |
| 5 | 0835017614 | 712 N LA CADENA DR | COLTON | CA | 92324 | 2006-0262569 | 2006-0262570 | $545,066.05 | $490,000.00 | 5 |
| 6 | 0835017618 | 40 DEWEY ST | PROVIDENCE | RI | 02909 | 8060/141 | 8060/163 | $209,222.29 | $179,900.00 | 6 |
| 7 | 0835017619 | 40 STEVENS ST | FREEPORT | NY | 11520 | 30677-908 | 30677-927 | $409,004.17 | $320,000.00 | 7 |
| 8 | 0835017620 | 15856 CURTIS AVE | FONTANA | CA | 92336 | 2006-0303718 | 2006-0303719 | $406,948.51 | $310,000.00 | 8 |
| 9 | 0835017638 | 122-124 E 80TH ST | LOS ANGELES | CA | 90003 | 06-0978951 | 06-0978952 | $445,000.00 | $450,000.00 | 9 |
| 10 | 0835017646 | 1560 E 110TH ST | LOS ANGELES | CA | 90059 | 06-1139518 | 06-1139519 | $355,000.00 | $360,000.00 | 10 |
| 11 | 0835017649 | 9 ROOSEVELT ST | YONKERS | NY | 10701 | 46201-144 | 46201-187 | $546,164.26 | $425,000.00 | 11 |
| 12 | 0835017658 | 13023 EDWARDS RD | LA MIRADA | CA | 90638 | 06-1172698 | 06-1172699 | $476,000.00 | $522,000.00 | 12 |
| 13 | 0835017659 | 1934 DAWNELLE WAY | SACRAMENTO | CA | 95835 | 20060421/1550 | 20060421/1551 | $366,313.82 | $370,000.00 | 13 |
| 14 | 0835018918 | 10636 WOODLEY AVE UNIT 41 | GRANADA HILLS | CA | 91344 | 06-0707029 | 06-0707030 | $276,446.19 | $290,000.00 | 14 |
| 15 | 0835019044 | 6566 LAUREL STREET | CORONA | CA | 92880 | 2006-0394950 | 2006-0394951 | $680,729.00 | $635,750.00 | 15 |
| 16 | 0835019170 | 14662 BLEDSOE STREET | LOS ANGELES | CA | 91342 | 06-2012491 | 06-2012492 | $749,214.00 | $625,000.00 | 16 |

07-05980
835