**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In Re:

NEW CENTURY TRS HOLDNGS, INC., *et al.*

CHAPTER 11
Case No. 07-10416 KJC
JOINTLY ADMINISTERED

Debtors.

FILED
2007 SEP 25 AM 11: 31
US BANKRUPTCY
DISTRICT OF DELAWARE

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND SERVICE OF PAPER

**PLEASE TAKE NOTICE**, that Daniel Smirlock, Esq., Deputy Commissioner and Counsel, Department of Taxation and Finance by William E. Nowakowski, Esq., hereby appears in the above-captioned case for the State of New York, Department of Taxation and Finance (the "Department"), a creditor of New Century TRS Holdings, Inc.(Debtors) and pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, the Department demands that any and all notices given or required to be given in the above-captioned Chapter 11 case and all papers served or required to be served in the above-captioned Chapter 11 case be given to and served upon the undersigned at the offices, telephone and telecopier numbers set forth herein.

PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the bankruptcy rules specified above, but also includes, without limitation, notices of any application, complaint,

2

demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, e-mail or otherwise.

Dated: September 20, 2007
      Buffalo, New York

                              DANIEL SMIRLOCK
                              Deputy Commissioner and Counsel

                              By: /s/ William E. Nowakowski
                              William E. Nowakowski, Esq.
                              77 Broadway, Suite 112
                              Buffalo, New York 14203-1670
                              (716) 855-5310
                              (716) 855-5462

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In Re:

NEW CENTURY TRS HOLDNGS, INC., *et al.*

CHAPTER 11
Case No. 07-10416 KJC
JOINTLY ADMINISTERED

Debtors.

FILED
2007 SEP 25 AM 11: 31
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## AFFIDAVIT OF WILLIAM E. NOWAKOWSKI FOR SERVICE OTHER THAN BY THE ELECTRONIC FILING SYSTEM

William E. Nowakowski being duly sworn, deposes and says:

1. I am the attorney for New York Sate Department of Taxation and Finance ("Department") in regard to this matter and the Court to accept the filing of notice of appearance in the above matter.

2. Papers are being filed on behalf of Department in electronic format by not by the electronic filing system of the Court as the Department does not possess an ECF number to enable it to have access to utilize the system. On behalf of the Department, I only appear in one to three cases per year. Only on rare occasion has a case required more of my involvement than a notice of appearance. Due to the small number of appearances in this Court, the obtaining of an ECF number is not warranted.

3. For the forgoing reason, it is respectfully requested the Court accept the papers of New York Sate Department of Taxation and Finance for filing.

William E. Nowakowski

Sworn to before me this 20$^h$ day of September, 2007

Dyanne L. Seeley

DYANNE L. SEELEY
Notary Public, State of New York
No. 01SE6093021
Qualified in Chautauqua County
Commission Expires May 27, 20_11_