# EXHIBIT B

 **RICHARDS LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION

One Rodney Square
P.O. Box 551
Wilmington, DE  19899
Telephone:  (302) 651-7700
Fax:        (302) 651-7701
Tax I.D. No.:  51-0226371

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

September 26, 2007
Invoice 276665

Page 1

Client #  727440

Matter #  157422

---

For disbursements incurred through August 31, 2007
relating to  Representation of Debtor in Chapter 11 Bankruptcy

OTHER CHARGES:

| | |
|---|---:|
| Binding | $24.00 |
| Business Meals | $448.45 |
| Court Reporter Services | $309.14 |
| Document Retrieval | $1,186.64 |
| Filing Fees | $1,064.00 |
| Lexis/Westlaw | $1,517.11 |
| Long distance telephone charges | $1,031.35 |
| Messenger and delivery service | $668.00 |
| Overtime | $320.80 |
| Photocopies/Printing 10,334 @ $.10/pg./ 13,298 @ $.05/pg. | $1,698.30 |
| Professional Services | $90.00 |
| Telecopier | $746.50 |
| Travel Expenses | $262.03 |

| | |
|---|---:|
| Other Charges | $9,366.32 |

| | |
|---|---:|
| **TOTAL DUE FOR THIS INVOICE** | **$9,366.32** |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

September 26, 2007
Invoice 276665

Page 2

Client #  727440

Matter # 157422

BALANCE BROUGHT FORWARD                                    $7,330.45

**TOTAL DUE FOR THIS MATTER**                              **$16,696.77**

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

September 26, 2007
Invoice 276665
Page 118
Client #  727440

Client:  New Century Financial Corporation and New Century

Matter:  Representation of Debtor in Chapter 11 Bankruptcy
Case Administration
Creditor Inquiries
Meetings
Executory Contracts/Unexpired Leases
Automatic Stay/Adequate Protection
Plan of Reorganization/Disclosure Statement
Use, Sale of Assets
Cash Collateral/DIP Financing
Claims Administration
Court Hearings
General Corporate/Real Estate
Schedules/SOFA/U.S. Trustee Reports
Employee Issues
Litigation/Adversary Proceedings
RLF Retention
Retention of Others
RLF Fee Applications
Fee Applications of Others
Insurance

| Date | Description | | Summary Phrase |
|------|-------------|------|----------------|
| 07/24/07 | ALL PACER | | DOCRETRI |
| | | Amount =  $5.76 | |
| 07/25/07 | ALL PACER | | DOCRETRI |
| | | Amount =  $3.28 | |
| 08/01/07 | Photocopies | | DUP.10CC |
| | | Amount =  $0.50 | |
| 08/01/07 | Photocopies | | DUP.10CC |
| | | Amount =  $1.90 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

September 26, 2007
Invoice 276665
Page 119
Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 08/01/07 | Photocopies | | DUP.10CC |
| | Amount = $0.40 | | |
| 08/01/07 | Photocopies | | DUP.10CC |
| | Amount = $0.20 | | |
| 08/01/07 | 7277975988 Long Distance | | LD |
| | Amount = $1.19 | | |
| 08/01/07 | 8032544934 Long Distance | | LD |
| | Amount = $9.52 | | |
| 08/01/07 | 2029558693 Long Distance | | LD |
| | Amount = $1.19 | | |
| 08/01/07 | 6507522033 Long Distance | | LD |
| | Amount = $1.19 | | |
| 08/01/07 | 2124504236 Long Distance | | LD |
| | Amount = $2.38 | | |
| 08/01/07 | 2029558693 Long Distance | | LD |
| | Amount = $4.76 | | |
| 08/01/07 | 2128367475 Long Distance | | LD |
| | Amount = $1.19 | | |
| 08/01/07 | 2124504236 Long Distance | | LD |
| | Amount = $2.38 | | |
| 08/01/07 | 2134306049 Long Distance | | LD |
| | Amount = $7.14 | | |
| 08/01/07 | 8052303040 Long Distance | | LD |
| | Amount = $2.38 | | |
| 08/01/07 | 9735972308 Long Distance | | LD |
| | Amount = $13.09 | | |
| 08/01/07 | 2134306049 Long Distance | | LD |
| | Amount = $5.95 | | |
| 08/01/07 | 4159848941 Long Distance | | LD |
| | Amount = $36.89 | | |
| 08/01/07 | ALL PACER | | DOCRETRI |
| | Amount = $28.64 | | |
| 08/02/07 | Photocopies | | DUP.10CC |
| | Amount = $3.10 | | |
| 08/02/07 | Photocopies | | DUP.10CC |
| | Amount = $3.10 | | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

September 26, 2007
Invoice 276665
Page 120

Client #  727440

| Date | Description | | | Code |
|---|---|---|---|---|
| 08/02/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $132.40 | |
| 08/02/07 | 6554210 Telecopier Charges | | | TELC |
| | | Amount = | $3.00 | |
| 08/02/07 | 2392756997 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 08/02/07 | 3055962300 Long Distance | | | LD |
| | | Amount = | $3.57 | |
| 08/02/07 | 2138922527 Long Distance | | | LD |
| | | Amount = | $1.19 | |
| 08/02/07 | 8052303040 Long Distance | | | LD |
| | | Amount = | $1.19 | |
| 08/02/07 | 9732438600 Long Distance | | | LD |
| | | Amount = | $9.52 | |
| 08/02/07 | 3016964832 Long Distance | | | LD |
| | | Amount = | $3.57 | |
| 08/02/07 | 7706437200 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 08/02/07 | 9013716420 Long Distance | | | LD |
| | | Amount = | $1.19 | |
| 08/02/07 | 2134307594 Long Distance | | | LD |
| | | Amount = | $11.90 | |
| 08/02/07 | 2134307594 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 08/02/07 | Messenger and delivery, 8/1/07, BANKRUPTCY COURT, CXG | | | MESS |
| | | Amount = | $4.50 | |
| 08/02/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $62.64 | |
| 08/02/07 | Printing | | | DUP.10CC |
| | | Amount = | $1.00 | |
| 08/02/07 | Printing | | | DUP.10CC |
| | | Amount = | $47.15 | |
| 08/02/07 | Printing | | | DUP.10CC |
| | | Amount = | $3.50 | |
| 08/02/07 | Printing | | | DUP.10CC |
| | | Amount = | $11.35 | |

New Century Financial Corporation and New Century Mortgage C    September 26, 2007
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel    Invoice 276665
New Century Financial Corporation    Page 121
18400 Von Karman Ave, Ste 1000
Irvine CA   92612    Client #  727440

| Date | Description | | Code |
|------|-------------|--|------|
| 08/02/07 | Westlaw | | LEXIS |
| | Amount = | $111.55 | |
| 08/03/07 | TAKE OUT TAXI: ACCT 200/STATEMENT OF 8/11/07/SEE ENCLOSED | | MEALSCL |
| | Amount = | $20.23 | |
| 08/03/07 | C T CORPORATION: INVOICE 3668825-RI/STATE LIEN SEARCH CALIFORNIA AND FLORIDA/157422 | | PROFEE |
| | Amount = | $90.00 | |
| 08/03/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07070308/07080062/07080073/FAX BROADCAST/157422 | | TELC |
| | Amount = | $122.50 | |
| 08/03/07 | Messenger and delivery, 7/24/07, FROM WRITER'S CRAMP, CXG | | MESS |
| | Amount = | $9.55 | |
| 08/03/07 | Photocopies | | DUP.10CC |
| | Amount = | $24.10 | |
| 08/03/07 | Photocopies | | DUP.10CC |
| | Amount = | $31.80 | |
| 08/03/07 | 19072224396 Telecopier Charges | | TELC |
| | Amount = | $5.00 | |
| 08/03/07 | TCOPY RECD 7/24/07 | | TELC |
| | Amount = | $0.00 | |
| 08/03/07 | TCOPY RECD 8/2/07 | | TELC |
| | Amount = | $0.00 | |
| 08/03/07 | 2392756997 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/03/07 | 9072224396 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/03/07 | 9072224396 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/03/07 | 2134307717 Long Distance | | LD |
| | Amount = | $4.76 | |
| 08/03/07 | 2138922527 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/03/07 | 2124082452 Long Distance | | LD |
| | Amount = | $8.33 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

September 26, 2007
Invoice 276665
Page 122

Client #  727440

| 08/03/07 | 2134306686 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/03/07 | 4159848941 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/03/07 | 2124082452 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/03/07 | 2134306686 Long Distance | | LD |
| | Amount = | $3.57 | |
| 08/03/07 | 2134306686 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/03/07 | Messenger and delivery, 8/2/07, FROM TOSCANA TO GO, | | MESS |
| | Amount = | $37.50 | |
| 08/03/07 | Messenger and delivery, 8/2/07, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 08/03/07 | ALL PACER | | DOCRETRI |
| | Amount = | $57.76 | |
| 08/03/07 | Printing | | DUP.10CC |
| | Amount = | $13.45 | |
| 08/03/07 | Printing | | DUP.10CC |
| | Amount = | $1.95 | |
| 08/05/07 | ALL PACER | | DOCRETRI |
| | Amount = | $6.00 | |
| 08/05/07 | Printing | | DUP.10CC |
| | Amount = | $36.10 | |
| 08/06/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07070308/07080062/07080073/FAX BROADCAST/157422 | | TELC |
| | Amount = | $148.50 | |
| 08/06/07 | BINDING 7/30-8/5 | | BIND |
| | Amount = | $10.00 | |
| 08/06/07 | Photocopies | | DUP.10CC |
| | Amount = | $37.70 | |
| 08/06/07 | Photocopies | | DUP.10CC |
| | Amount = | $2.70 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

September 26, 2007
Invoice 276665
Page 123
Client #  727440

| Date | Description | | Amount | Code |
|------|-------------|---|--------|------|
| 08/06/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $3.00 | |
| 08/06/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $1.20 | |
| 08/06/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $25.00 | |
| 08/06/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 08/06/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $1.00 | |
| 08/06/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 08/06/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $163.80 | |
| 08/06/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $1.40 | |
| 08/06/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $93.60 | |
| 08/06/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $0.60 | |
| 08/06/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $3.40 | |
| 08/06/07 | 13025736497 Telecopier Charges | | | TELC |
| | | Amount = | $4.00 | |
| 08/06/07 | 13026586395 Telecopier Charges | | | TELC |
| | | Amount = | $4.00 | |
| 08/06/07 | 13024256464 Telecopier Charges | | | TELC |
| | | Amount = | $4.00 | |
| 08/06/07 | 12129021691 Telecopier Charges | | | TELC |
| | | Amount = | $4.00 | |
| 08/06/07 | 17137582346 Telecopier Charges | | | TELC |
| | | Amount = | $4.00 | |
| 08/06/07 | 12122253999 Telecopier Charges | | | TELC |
| | | Amount = | $4.00 | |
| 08/06/07 | 12125363901 Telecopier Charges | | | TELC |
| | | Amount = | $4.00 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

September 26, 2007
Invoice 276665
Page 124

Client #  727440

| Date | Description | | Type |
|------|-------------|--|------|
| 08/06/07 | 2124787220 Long Distance | | LD |
| | Amount = $2.38 | | |
| 08/06/07 | 5594321600 Long Distance | | LD |
| | Amount = $4.76 | | |
| 08/06/07 | 9492257808 Long Distance | | LD |
| | Amount = $2.38 | | |
| 08/06/07 | 2134307594 Long Distance | | LD |
| | Amount = $9.52 | | |
| 08/06/07 | 2134228093 Long Distance | | LD |
| | Amount = $7.14 | | |
| 08/06/07 | 2124787316 Long Distance | | LD |
| | Amount = $17.85 | | |
| 08/06/07 | 8052303040 Long Distance | | LD |
| | Amount = $9.52 | | |
| 08/06/07 | 2129021691 Long Distance | | LD |
| | Amount = $2.38 | | |
| 08/06/07 | 2128916288 Long Distance | | LD |
| | Amount = $7.14 | | |
| 08/06/07 | 7137582346 Long Distance | | LD |
| | Amount = $2.38 | | |
| 08/06/07 | 2122253999 Long Distance | | LD |
| | Amount = $2.38 | | |
| 08/06/07 | 2125363901 Long Distance | | LD |
| | Amount = $2.38 | | |
| 08/06/07 | 2124787400 Long Distance | | LD |
| | Amount = $4.76 | | |
| 08/06/07 | 8052303040 Long Distance | | LD |
| | Amount = $7.14 | | |
| 08/06/07 | 2023835315 Long Distance | | LD |
| | Amount = $15.47 | | |
| 08/06/07 | 2124787400 Long Distance | | LD |
| | Amount = $1.19 | | |
| 08/06/07 | 2124787400 Long Distance | | LD |
| | Amount = $1.19 | | |
| 08/06/07 | 2077741200 Long Distance | | LD |
| | Amount = $13.09 | | |
| 08/06/07 | 2124787400 Long Distance | | LD |
| | Amount = $1.19 | | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

September 26, 2007
Invoice 276665
Page 125

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 08/06/07 | 2124787320 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/06/07 | 2124787400 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/06/07 | 2124787320 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/06/07 | 2124787320 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/06/07 | 2124787320 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/06/07 | 2124787320 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/06/07 | 2124787320 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/06/07 | 2124787320 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/06/07 | Messenger and delivery, 8/3/07, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 08/06/07 | ALL PACER | | DOCRETRI |
| | Amount = | $54.24 | |
| 08/06/07 | Printing | | DUP.10CC |
| | Amount = | $8.45 | |
| 08/06/07 | Printing | | DUP.10CC |
| | Amount = | $36.70 | |
| 08/06/07 | Printing | | DUP.10CC |
| | Amount = | $193.80 | |
| 08/06/07 | Printing | | DUP.10CC |
| | Amount = | $30.35 | |
| 08/06/07 | Printing | | DUP.10CC |
| | Amount = | $8.50 | |
| 08/07/07 | CAVANAUGH'S RESTAURANT: INVOICES 546-563/FOOD SERVICE 7/20-8/7 | | MEALSCL |
| | Amount = | $84.75 | |

New Century Financial Corporation and New Century Mortgage C                    September 26, 2007
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel                     Invoice 276665
New Century Financial Corporation                                               Page 126
18400 Von Karman Ave, Ste 1000
Irvine CA   92612                                                               Client #  727440

| | | | |
|---|---|---|---|
| 08/07/07 | WRITER'S CRAMP, INC.: INVOICE 07-228/TRANSCRIPT OF 8/7/07 BANKRUPTCY HEARING/157422 | | CTRPT |
| | Amount = | $184.26 | |
| 08/07/07 | Photocopies | | DUP.10CC |
| | Amount = | $1.50 | |
| 08/07/07 | Photocopies | | DUP.10CC |
| | Amount = | $2.50 | |
| 08/07/07 | Photocopies | | DUP.10CC |
| | Amount = | $2.00 | |
| 08/07/07 | Photocopies | | DUP.10CC |
| | Amount = | $2.50 | |
| 08/07/07 | Photocopies | | DUP.10CC |
| | Amount = | $2.00 | |
| 08/07/07 | Photocopies | | DUP.10CC |
| | Amount = | $1.20 | |
| 08/07/07 | Photocopies | | DUP.10CC |
| | Amount = | $1.20 | |
| 08/07/07 | Photocopies | | DUP.10CC |
| | Amount = | $7.50 | |
| 08/07/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.40 | |
| 08/07/07 | TELEA 7/30-8/5 | | LD |
| | Amount = | $5.95 | |
| 08/07/07 | 2125945000 Long Distance | | LD |
| | Amount = | $5.95 | |
| 08/07/07 | 2124787320 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/07/07 | 9735497082 Long Distance | | LD |
| | Amount = | $29.75 | |
| 08/07/07 | 2124787400 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/07/07 | 2134306000 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/07/07 | 3014901196 Long Distance | | LD |
| | Amount = | $3.57 | |

New Century Financial Corporation and New Century Mortgage C          September 26, 2007
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel          Invoice 276665
New Century Financial Corporation                                    Page 127
18400 Von Karman Ave, Ste 1000
Irvine CA  92612                                                     Client #  727440

| | | |
|---|---|---|
| 08/07/07 | 3014901196 Long Distance | LD |
| | Amount =  $3.57 | |
| 08/07/07 | 7132412319 Long Distance | LD |
| | Amount =  $1.19 | |
| 08/07/07 | 2134307594 Long Distance | LD |
| | Amount =  $1.19 | |
| 08/07/07 | 8144565318 Long Distance | LD |
| | Amount =  $2.38 | |
| 08/07/07 | 6105324222 Long Distance | LD |
| | Amount =  $7.14 | |
| 08/07/07 | 2482623200 Long Distance | LD |
| | Amount =  $2.38 | |
| 08/07/07 | 2134306049 Long Distance | LD |
| | Amount =  $4.76 | |
| 08/07/07 | 6177790429 Long Distance | LD |
| | Amount =  $2.38 | |
| 08/07/07 | 6177790429 Long Distance | LD |
| | Amount =  $2.38 | |
| 08/07/07 | 2134306262 Long Distance | LD |
| | Amount =  $3.57 | |
| 08/07/07 | 2134307594 Long Distance | LD |
| | Amount =  $2.38 | |
| 08/07/07 | 2134307594 Long Distance | LD |
| | Amount =  $5.95 | |
| 08/07/07 | DELIVERY EXPENSE 8/6/07 | MESS |
| | Amount =  $15.40 | |
| 08/07/07 | Messenger and delivery, 8/6/07, BANKRUPTCY COURT | MESS |
| | Amount =  $4.50 | |
| 08/07/07 | Messenger and delivery, 8/6/07, BANKRUPTCY COURT, CXG | MESS |
| | Amount =  $4.50 | |
| 08/07/07 | Messenger and delivery, 8/6/07, OFFICE OF THE US TRUSTEE, AJ | MESS |
| | Amount =  $4.50 | |
| 08/07/07 | Messenger and delivery, 8/6/07, BANKRUPTCY COURT, AJ | MESS |
| | Amount =  $4.50 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

September 26, 2007
Invoice 276665
Page 128

Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 08/07/07 | Messenger and delivery, 8/6/07, BLANK ROME LLP, CXG | | MESS |
| | Amount = | $4.50 | |
| 08/07/07 | Messenger and delivery, 8/6/07, OFFICE OF THE US TRUSTEE, CXG | | MESS |
| | Amount = | $4.50 | |
| 08/07/07 | Messenger and delivery, 8/6/07, HOTEL DUPONT, MJM | | MESS |
| | Amount = | $8.50 | |
| 08/07/07 | ALL PACER | | DOCRETRI |
| | Amount = | $32.64 | |
| 08/07/07 | Printing | | DUP.10CC |
| | Amount = | $9.00 | |
| 08/07/07 | Printing | | DUP.10CC |
| | Amount = | $9.10 | |
| 08/08/07 | GROTTO PIZZA, INC.: INVOICE 3579/FOOD SERVICE ON 8/8/07/ MATTERS 157422/154820 | | MEALSCL |
| | Amount = | $17.84 | |
| 08/08/07 | CAVANAUGH'S RESTAURANT: INVOICES 564-568/FOOD SERVICE 8/8-8/10 | | MEALSCL |
| | Amount = | $35.00 | |
| 08/08/07 | THE GREENERY CATERERS: INVOICES RS444-445/FOOD SERVICE 6/28-8/8 | | MEALSCL |
| | Amount = | $53.82 | |
| 08/08/07 | EAGLE TRANSPORTATION SERVICES: INVOICE 13712/ACCT RICH/LAYT/TRAVEL ON 8/8/07/157422 | | TRAV |
| | Amount = | $167.26 | |
| 08/08/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.40 | |
| 08/08/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.60 | |
| 08/08/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/08/07 | 2124082452 Long Distance | | LD |
| | Amount = | $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

September 26, 2007
Invoice 276665
Page 129

Client #  727440

| | | |
|---|---|---|
| 08/08/07 | 3023398090 Long Distance | LD |
| | Amount =  $1.56 | |
| 08/08/07 | 2134307594 Long Distance | LD |
| | Amount =  $1.19 | |
| 08/08/07 | 9498237132 Long Distance | LD |
| | Amount =  $2.38 | |
| 08/08/07 | 9498237132 Long Distance | LD |
| | Amount =  $4.76 | |
| 08/08/07 | 9255517040 Long Distance | LD |
| | Amount =  $2.38 | |
| 08/08/07 | 6177790429 Long Distance | LD |
| | Amount =  $2.38 | |
| 08/08/07 | 2134228093 Long Distance | LD |
| | Amount =  $1.19 | |
| 08/08/07 | 2134306493 Long Distance | LD |
| | Amount =  $3.57 | |
| 08/08/07 | 2134306493 Long Distance | LD |
| | Amount =  $3.57 | |
| 08/08/07 | 2134307717 Long Distance | LD |
| | Amount =  $2.38 | |
| 08/08/07 | 2134306493 Long Distance | LD |
| | Amount =  $5.95 | |
| 08/08/07 | 2134307717 Long Distance | LD |
| | Amount =  $3.57 | |
| 08/08/07 | 2134307717 Long Distance | LD |
| | Amount =  $1.19 | |
| 08/08/07 | 2134306493 Long Distance | LD |
| | Amount =  $1.19 | |
| 08/08/07 | 3107146646 Long Distance | LD |
| | Amount =  $2.38 | |
| 08/08/07 | DELIVERY EXPENSE 8/7/07 | MESS |
| | Amount =  $3.20 | |
| 08/08/07 | Messenger and delivery, 7/26/07, FROM TIMOTHY'S, KZS | MESS |
| | Amount =  $22.13 | |
| 08/08/07 | Messenger and delivery, 8/7/07, FROM HOTEL DUPONT, MJM | MESS |
| | Amount =  $4.50 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

September 26, 2007
Invoice 276665
Page 130

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 08/08/07 | Messenger and delivery, 8/7/07, FROM BANKRUPTCY COURT, RCS | | MESS |
| | Amount = | $4.50 | |
| 08/08/07 | Messenger and delivery, 8/7/07, BANKRUPTCY COURT, RCS | | MESS |
| | Amount = | $4.50 | |
| 08/08/07 | Messenger and delivery, 8/7/07, FROM THE PATIO, RCS | | MESS |
| | Amount = | $14.70 | |
| 08/08/07 | ALL PACER | | DOCRETRI |
| | Amount = | $35.68 | |
| 08/08/07 | Printing | | DUP.10CC |
| | Amount = | $0.15 | |
| 08/08/07 | Printing | | DUP.10CC |
| | Amount = | $1.25 | |
| 08/08/07 | Printing | | DUP.10CC |
| | Amount = | $1.55 | |
| 08/08/07 | Printing | | DUP.10CC |
| | Amount = | $10.80 | |
| 08/08/07 | Printing | | DUP.10CC |
| | Amount = | $1.55 | |
| 08/09/07 | Photocopies | | DUP.10CC |
| | Amount = | $13.50 | |
| 08/09/07 | Photocopies | | DUP.10CC |
| | Amount = | $25.20 | |
| 08/09/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.90 | |
| 08/09/07 | 2124787320 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/09/07 | 4154413120 Long Distance | | LD |
| | Amount = | $5.95 | |
| 08/09/07 | 4154413120 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/09/07 | 2146954147 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/09/07 | 2134307594 Long Distance | | LD |
| | Amount = | $1.19 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

September 26, 2007
Invoice 276665
Page 131

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 08/09/07 | 2026596710 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/09/07 | 2134307717 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/09/07 | DELIVERY EXPENSE 8/8/07 | | MESS |
| | Amount = | $3.20 | |
| 08/09/07 | ALL PACER | | DOCRETRI |
| | Amount = | $24.16 | |
| 08/10/07 | SVP & ASSISTANT GENERAL COUNSEL Messenger and delivery | | MESS |
| | Amount = | $23.87 | |
| 08/10/07 | Photocopies | | DUP.10CC |
| | Amount = | $10.80 | |
| 08/10/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.30 | |
| 08/10/07 | 2134306049 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/10/07 | 9072224300 Long Distance | | LD |
| | Amount = | $4.76 | |
| 08/10/07 | Messenger and delivery, 8/10/07 | | MESS |
| | Amount = | $3.20 | |
| 08/10/07 | ALL PACER | | DOCRETRI |
| | Amount = | $33.92 | |
| 08/10/07 | Printing | | DUP.10CC |
| | Amount = | $1.15 | |
| 08/10/07 | Printing | | DUP.10CC |
| | Amount = | $3.30 | |
| 08/13/07 | BINDING 8/6-8/12 | | BIND |
| | Amount = | $4.00 | |
| 08/13/07 | 2134306049 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/13/07 | 3055962300 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/13/07 | 2392756997 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/13/07 | 9515490500 Long Distance | | LD |
| | Amount = | $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

September 26, 2007
Invoice 276665
Page 132

Client #  727440

| | | | |
|---|---|---|---|
| 08/13/07 | 4159848828 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/13/07 | DELIVERY EXPENSE 8/10/07 | | MESS |
| | Amount = | $3.20 | |
| 08/13/07 | Messenger and delivery, 8/9/07, BANKRUPTCY COURT, AJ | | MESS |
| | Amount = | $4.50 | |
| 08/13/07 | Messenger and delivery, 8/9/07, BANKRUPTCY COURT, LYK | | MESS |
| | Amount = | $4.50 | |
| 08/13/07 | ALL PACER | | DOCRETRI |
| | Amount = | $10.64 | |
| 08/13/07 | Printing | | DUP.10CC |
| | Amount = | $1.45 | |
| 08/13/07 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 08/14/07 | O MELVENY & MYERS LLP - Messenger and delivery | | MESS |
| | Amount = | $61.32 | |
| 08/14/07 | PARALEGAL OT THRU 8/15/07 | | OT |
| | Amount = | $0.00 | |
| 08/14/07 | 2392750193 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/14/07 | 2128581536 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/14/07 | 2134306049 Long Distance | | LD |
| | Amount = | $10.71 | |
| 08/14/07 | 2134306049 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/14/07 | 2134306049 Long Distance | | LD |
| | Amount = | $8.33 | |
| 08/14/07 | SECRETARIAL OT THRU 8/15/07 | | OT |
| | Amount = | $320.80 | |
| 08/14/07 | ALL PACER | | DOCRETRI |
| | Amount = | $18.64 | |
| 08/14/07 | Printing | | DUP.10CC |
| | Amount = | $1.90 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

September 26, 2007
Invoice 276665
Page 133
Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 08/14/07 | Printing | | DUP.10CC |
| | | Amount =  $6.85 | |
| 08/15/07 | Photocopies | | DUP.10CC |
| | | Amount =  $0.70 | |
| 08/15/07 | TCOPY RECD 8/14/07 | | TELC |
| | | Amount =  $0.00 | |
| 08/15/07 | 8085441226 Long Distance | | LD |
| | | Amount =  $1.19 | |
| 08/15/07 | 2128581536 Long Distance | | LD |
| | | Amount =  $1.19 | |
| 08/15/07 | 8085441236 Long Distance | | LD |
| | | Amount =  $2.38 | |
| 08/15/07 | 5087475515 Long Distance | | LD |
| | | Amount =  $2.38 | |
| 08/15/07 | 2514338100 Long Distance | | LD |
| | | Amount =  $46.41 | |
| 08/15/07 | 4109627665 Long Distance | | LD |
| | | Amount =  $3.57 | |
| 08/15/07 | 2134306049 Long Distance | | LD |
| | | Amount =  $20.23 | |
| 08/15/07 | 2134306049 Long Distance | | LD |
| | | Amount =  $1.19 | |
| 08/15/07 | 6177790429 Long Distance | | LD |
| | | Amount =  $2.38 | |
| 08/15/07 | 2134306049 Long Distance | | LD |
| | | Amount =  $2.38 | |
| 08/15/07 | ALL PACER | | DOCRETRI |
| | | Amount =  $19.44 | |
| 08/15/07 | Printing | | DUP.10CC |
| | | Amount =  $2.40 | |
| 08/15/07 | Printing | | DUP.10CC |
| | | Amount =  $8.65 | |
| 08/15/07 | Westlaw | | LEXIS |
| | | Amount =  $73.58 | |
| 08/16/07 | Photocopies | | DUP.10CC |
| | | Amount =  $0.20 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

September 26, 2007
Invoice 276665
Page 134
Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 08/16/07 | Photocopies | | DUP.10CC |
| | Amount = | $131.20 | |
| 08/16/07 | 18085453506 Telecopier Charges | | TELC |
| | Amount = | $3.00 | |
| 08/16/07 | 8085453506 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/16/07 | 4159848828 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/16/07 | 2124787320 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/16/07 | 4159848941 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/16/07 | 2485945403 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/16/07 | 4082951700 Long Distance | | LD |
| | Amount = | $7.14 | |
| 08/16/07 | 2134306493 Long Distance | | LD |
| | Amount = | $7.14 | |
| 08/16/07 | ALL PACER | | DOCRETRI |
| | Amount = | $39.04 | |
| 08/16/07 | Printing | | DUP.10CC |
| | Amount = | $10.05 | |
| 08/16/07 | Printing | | DUP.10CC |
| | Amount = | $29.00 | |
| 08/16/07 | Westlaw | | LEXIS |
| | Amount = | $72.02 | |
| 08/17/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07080191/07080212/07080237/07080242/07080239/07080238/07080247/07080262/07080265/07080264/07080273/MATTERS 129910/157422/160014/147141/146236/139845/156223 | | TELC |
| | Amount = | $213.75 | |
| 08/17/07 | AARON CEILOUS - Messenger and delivery | | MESS |
| | Amount = | $14.65 | |
| 08/17/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.50 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

September 26, 2007
Invoice 276665
Page 135
Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 08/17/07 | Photocopies | | DUP.10CC |
| | | Amount =  $6.00 | |
| 08/17/07 | Photocopies | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/17/07 | Photocopies | | DUP.10CC |
| | | Amount =  $7.40 | |
| 08/17/07 | Photocopies | | DUP.10CC |
| | | Amount =  $95.80 | |
| 08/17/07 | Photocopies | | DUP.10CC |
| | | Amount =  $51.60 | |
| 08/17/07 | 2124082452 Long Distance | | LD |
| | | Amount =  $8.33 | |
| 08/17/07 | 2147541904 Long Distance | | LD |
| | | Amount =  $7.14 | |
| 08/17/07 | 2134307594 Long Distance | | LD |
| | | Amount =  $5.95 | |
| 08/17/07 | 2134306049 Long Distance | | LD |
| | | Amount =  $8.33 | |
| 08/17/07 | 2486426377 Long Distance | | LD |
| | | Amount =  $5.95 | |
| 08/17/07 | DELIVERY EXPENSE 8/16/07 | | MESS |
| | | Amount =  $3.20 | |
| 08/17/07 | ALL PACER | | DOCRETRI |
| | | Amount =  $12.00 | |
| 08/19/07 | ALL PACER | | DOCRETRI |
| | | Amount =  $20.24 | |
| 08/20/07 | INTERCALL: Conference call charges for 7/1-7/31/07; Invoice # B1-9636954/ Account # 483887 | | LD |
| | | Amount =  $40.81 | |
| 08/20/07 | GALLUCIO'S CAFE: FOOD SERVICE 8/17-9/7/SEE ENCLOSED | | MEALSCL |
| | | Amount =  $18.99 | |
| 08/20/07 | Aaron Celious - Messenger and delivery | | MESS |
| | | Amount =  $26.38 | |
| 08/20/07 | Photocopies | | DUP.10CC |
| | | Amount =  $0.30 | |

New Century Financial Corporation and New Century Mortgage C                  September 26, 2007
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel                   Invoice 276665
New Century Financial Corporation                                            Page 136
18400 Von Karman Ave, Ste 1000
Irvine CA  92612                                                             Client #  727440


| | | | |
|---|---|---|---|
| 08/20/07 | Photocopies | | DUP.10CC |
| | | Amount = $0.10 | |
| 08/20/07 | Photocopies | | DUP.10CC |
| | | Amount = $0.10 | |
| 08/20/07 | Photocopies | | DUP.10CC |
| | | Amount = $0.10 | |
| 08/20/07 | Photocopies | | DUP.10CC |
| | | Amount = $41.10 | |
| 08/20/07 | 2124082452 Long Distance | | LD |
| | | Amount = $1.19 | |
| 08/20/07 | 7168555310 Long Distance | | LD |
| | | Amount = $2.38 | |
| 08/20/07 | 3104793411 Long Distance | | LD |
| | | Amount = $3.57 | |
| 08/20/07 | 4235666001 Long Distance | | LD |
| | | Amount = $2.38 | |
| 08/20/07 | 4159848941 Long Distance | | LD |
| | | Amount = $1.19 | |
| 08/20/07 | 8085451121 Long Distance | | LD |
| | | Amount = $3.57 | |
| 08/20/07 | 2134307594 Long Distance | | LD |
| | | Amount = $1.19 | |
| 08/20/07 | 2134306493 Long Distance | | LD |
| | | Amount = $8.33 | |
| 08/20/07 | 2134306493 Long Distance | | LD |
| | | Amount = $17.85 | |
| 08/20/07 | ALL PACER | | DOCRETRI |
| | | Amount = $0.08 | |
| 08/20/07 | ALL PACER | | DOCRETRI |
| | | Amount = $107.12 | |
| 08/20/07 | Printing | | DUP.10CC |
| | | Amount = $25.40 | |
| 08/20/07 | Printing | | DUP.10CC |
| | | Amount = $5.55 | |
| 08/20/07 | Printing | | DUP.10CC |
| | | Amount = $1.00 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

September 26, 2007
Invoice 276665

Page 137

Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 08/20/07 | Printing | | DUP.10CC |
| | Amount = | $13.50 | |
| 08/20/07 | Printing | | DUP.10CC |
| | Amount = | $3.15 | |
| 08/21/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07080191/07080212/07080237/07080242 /07080239/07080238/07080247/07080262/070 80265/07080264/07080273/MATTERS 129910/157422/160014/147141/146236/ 139845/156223 | | TELC |
| | Amount = | $213.75 | |
| 08/21/07 | J&J COURT TRANSCRIBERS, INC.: INVOICE 2007-02586/FEDERAL COURT EXPEDITED ON 8/21/07/157422 | | CTRPT |
| | Amount = | $124.88 | |
| 08/21/07 | CAVANAUGH'S RESTAURANT: INVOICES 569-579/FOOD SERVICE 8/14-8/21 | | MEALSCL |
| | Amount = | $100.00 | |
| 08/21/07 | GALLUCIO'S CAFE: FOOD SERVICE 8/17-9/7/SEE ENCLOSED | | MEALSCL |
| | Amount = | $43.33 | |
| 08/21/07 | EAGLE TRANSPORTATION SERVICES: INVOICE 13779/ACCT RICH/LAYT/TRAVEL ON 8/21/07/157422 | | TRAV |
| | Amount = | $94.77 | |
| 08/21/07 | OMELVENY MYERS LLP - Messenger and delivery | | MESS |
| | Amount = | $39.20 | |
| 08/21/07 | Photocopies | | DUP.10CC |
| | Amount = | $9.00 | |
| 08/21/07 | Photocopies | | DUP.10CC |
| | Amount = | $3.10 | |
| 08/21/07 | 2147541904 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/21/07 | 2124082452 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/21/07 | 2514338100 Long Distance | | LD |
| | Amount = | $17.85 | |

New Century Financial Corporation and New Century Mortgage C      September 26, 2007
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel    Invoice 276665
New Century Financial Corporation      Page 138
18400 Von Karman Ave, Ste 1000
Irvine CA   92612      Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 08/21/07 | 2124082452 Long Distance | | LD |
| | Amount = | $5.95 | |
| 08/21/07 | 3104793411 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/21/07 | 2514338100 Long Distance | | LD |
| | Amount = | $8.33 | |
| 08/21/07 | 2134306493 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/21/07 | Messenger and delivery charges - 8/17/07 | | MESS |
| | Amount = | $3.20 | |
| 08/21/07 | ALL PACER | | DOCRETRI |
| | Amount = | $54.08 | |
| 08/21/07 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |
| 08/21/07 | Printing | | DUP.10CC |
| | Amount = | $5.25 | |
| 08/21/07 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 08/22/07 | GALLUCIO'S CAFE: FOOD SERVICE 8/17-9/7/SEE ENCLOSED | | MEALSCL |
| | Amount = | $41.22 | |
| 08/22/07 | BINDING 8/13-8/21 | | BIND |
| | Amount = | $10.00 | |
| 08/22/07 | Messenger and delivery, 8/17/07, ADJ CA, AJ | | MESS |
| | Amount = | $2.51 | |
| 08/22/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/22/07 | Photocopies | | DUP.10CC |
| | Amount = | $4.80 | |
| 08/22/07 | 12392758187 Telecopier Charges | | TELC |
| | Amount = | $3.00 | |
| 08/22/07 | 5138521536 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/22/07 | 4046616889 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/22/07 | 4046616869 Long Distance | | LD |
| | Amount = | $3.57 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

September 26, 2007
Invoice 276665
Page 139

Client #  727440

| 08/22/07 | 2136175501 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/22/07 | 2392750193 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/22/07 | 2134307551 Long Distance | | LD |
| | Amount = | $3.57 | |
| 08/22/07 | 2392756997 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/22/07 | 2392756997 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/22/07 | 2392758187 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/22/07 | 2392756997 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/22/07 | 2023835315 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/22/07 | 2134307551 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/22/07 | 2134307551 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/22/07 | DELIVERY EXPENSE 8/21/07 | | MESS |
| | Amount = | $3.20 | |
| 08/22/07 | Messenger and delivery, 8/17/07, BANKRUPTCY COURT, AJ | | MESS |
| | Amount = | $4.50 | |
| 08/22/07 | Messenger and delivery, 8/21/07, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 08/22/07 | Messenger and delivery, 8/21/07, BANKRUPTCY COURT, MJM | | MESS |
| | Amount = | $4.50 | |
| 08/22/07 | Messenger and delivery, 8/21/07, FROM LETTUCE FEED YOU, MJM | | MESS |
| | Amount = | $25.60 | |
| 08/22/07 | Messenger and delivery, 8/20/07, HOTEL DUPONT, CXG | | MESS |
| | Amount = | $5.50 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

September 26, 2007
Invoice 276665
Page 140

Client #  727440

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 08/22/07 | ALL PACER | | DOCRETRI |
| | | Amount = $48.72 | |
| 08/22/07 | Printing | | DUP.10CC |
| | | Amount = $1.35 | |
| 08/22/07 | Printing | | DUP.10CC |
| | | Amount = $3.15 | |
| 08/22/07 | Printing | | DUP.10CC |
| | | Amount = $2.95 | |
| 08/22/07 | Printing | | DUP.10CC |
| | | Amount = $1.85 | |
| 08/22/07 | Printing | | DUP.10CC |
| | | Amount = $1.35 | |
| 08/22/07 | Printing | | DUP.10CC |
| | | Amount = $1.65 | |
| 08/22/07 | Printing | | DUP.10CC |
| | | Amount = $1.65 | |
| 08/22/07 | Printing | | DUP.10CC |
| | | Amount = $3.30 | |
| 08/22/07 | Printing | | DUP.10CC |
| | | Amount = $1.15 | |
| 08/23/07 | Photocopies | | DUP.10CC |
| | | Amount = $6.80 | |
| 08/23/07 | 6177790429 Long Distance | | LD |
| | | Amount = $2.38 | |
| 08/23/07 | 4078527205 Long Distance | | LD |
| | | Amount = $7.14 | |
| 08/23/07 | 2128376375 Long Distance | | LD |
| | | Amount = $1.19 | |
| 08/23/07 | 2128376375 Long Distance | | LD |
| | | Amount = $4.76 | |
| 08/23/07 | 9735497082 Long Distance | | LD |
| | | Amount = $1.19 | |
| 08/23/07 | 4157726421 Long Distance | | LD |
| | | Amount = $8.33 | |
| 08/23/07 | Lexis | | LEXIS |
| | | Amount = $0.00 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

September 26, 2007
Invoice 276665
Page 141

Client #  727440

| | | | |
|---|---|---|---|
| 08/23/07 | Lexis | | LEXIS |
| | | Amount = $62.29 | |
| 08/23/07 | ALL PACER | | DOCRETRI |
| | | Amount = $45.28 | |
| 08/23/07 | Printing | | DUP.10CC |
| | | Amount = $1.20 | |
| 08/23/07 | Printing | | DUP.10CC |
| | | Amount = $8.70 | |
| 08/23/07 | Printing | | DUP.10CC |
| | | Amount = $4.80 | |
| 08/23/07 | Printing | | DUP.10CC |
| | | Amount = $2.05 | |
| 08/23/07 | Westlaw | | LEXIS |
| | | Amount = $990.38 | |
| 08/24/07 | COURTCALL LLC: CCDA 05-1619/SERVICES 8/1-8/24 | | FLFEE |
| | | Amount = $25.00 | |
| 08/24/07 | Photocopies | | DUP.10CC |
| | | Amount = $0.60 | |
| 08/24/07 | 9957980 Telecopier Charges | | TELC |
| | | Amount = $3.00 | |
| 08/24/07 | 3028574626 Long Distance | | LD |
| | | Amount = $2.86 | |
| 08/24/07 | 3104793411 Long Distance | | LD |
| | | Amount = $8.33 | |
| 08/24/07 | 9495171725 Long Distance | | LD |
| | | Amount = $2.38 | |
| 08/24/07 | 6265779941 Long Distance | | LD |
| | | Amount = $1.19 | |
| 08/24/07 | 3127017934 Long Distance | | LD |
| | | Amount = $7.14 | |
| 08/24/07 | 4159848992 Long Distance | | LD |
| | | Amount = $1.19 | |
| 08/24/07 | DELIVERY EXPENSE 8/23/07 | | MESS |
| | | Amount = $3.20 | |
| 08/24/07 | ALL PACER | | DOCRETRI |
| | | Amount = $65.36 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

September 26, 2007
Invoice 276665
Page 142

Client #  727440

| 08/24/07 | Printing | | | DUP.10CC |
|---|---|---|---|---|
| | | Amount = | $6.10 | |
| 08/24/07 | Printing | | | DUP.10CC |
| | | Amount = | $1.15 | |
| 08/24/07 | Printing | | | DUP.10CC |
| | | Amount = | $5.85 | |
| 08/26/07 | GALLUCIO'S CAFE: FOOD SERVICE/SEE ENCLOSED 8/20-8/28 | | | MEALSCL |
| | | Amount = | $16.99 | |
| 08/26/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $43.36 | |
| 08/26/07 | Printing | | | DUP.10CC |
| | | Amount = | $5.25 | |
| 08/27/07 | AMERICAN EXPRESS: 3782-938224-21XXX/FIRM TRAVEL/FILINGS/PURCHASES | | | FLFEE |
| | | Amount = | $1,039.00 | |
| 08/27/07 | GALLUCIO'S CAFE: FOOD SERVICE 8/17-9/7/SEE ENCLOSED | | | MEALSCL |
| | | Amount = | $16.28 | |
| 08/27/07 | Xroads Solutions Group LLC - Messenger and delivery | | | MESS |
| | | Amount = | $14.55 | |
| 08/27/07 | New Century Mortgage Corporation - Messenger and delivery | | | MESS |
| | | Amount = | $26.58 | |
| 08/27/07 | Xroads Solutions Group LLC - Messenger and delivery | | | MESS |
| | | Amount = | $14.55 | |
| 08/27/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $42.20 | |
| 08/27/07 | TCOPY RECD 8/24/07 | | | TELC |
| | | Amount = | $0.00 | |
| 08/27/07 | TELEA 8/13-8/21 | | | LD |
| | | Amount = | $15.47 | |
| 08/27/07 | 9735497082 Long Distance | | | LD |
| | | Amount = | $1.19 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

September 26, 2007
Invoice 276665

Page 143

Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 08/27/07 | 3602613144 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/27/07 | 4082951700 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/27/07 | 2486426377 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/27/07 | 2486426377 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/27/07 | 9495171586 Long Distance | | LD |
| | Amount = | $11.90 | |
| 08/27/07 | 3102979233 Long Distance | | LD |
| | Amount = | $4.76 | |
| 08/27/07 | ALL PACER | | DOCRETRI |
| | Amount = | $49.60 | |
| 08/27/07 | Printing | | DUP.10CC |
| | Amount = | $2.50 | |
| 08/27/07 | Printing | | DUP.10CC |
| | Amount = | $36.05 | |
| 08/28/07 | Messenger and delivery, 8/16/07, FROM WRITER'S CRAMP, CXG | | MESS |
| | Amount = | $12.10 | |
| 08/28/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.30 | |
| 08/28/07 | Photocopies | | DUP.10CC |
| | Amount = | $15.00 | |
| 08/28/07 | Photocopies | | DUP.10CC |
| | Amount = | $7.50 | |
| 08/28/07 | Photocopies | | DUP.10CC |
| | Amount = | $4.60 | |
| 08/28/07 | TCOPY RECD 8/15-8/27 | | TELC |
| | Amount = | $0.00 | |
| 08/28/07 | TCOPY RECD 8/15-8/27 | | TELC |
| | Amount = | $0.00 | |
| 08/28/07 | PARALEGAL OT THRU 8/31/07 | | OT |
| | Amount = | $0.00 | |
| 08/28/07 | 7723327292 Long Distance | | LD |
| | Amount = | $1.19 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

September 26, 2007
Invoice 276665
Page 144
Client #  727440

| 08/28/07 | 3133432592 Long Distance | LD |
| | Amount = $4.76 | |
| 08/28/07 | 3107146646 Long Distance | LD |
| | Amount = $2.38 | |
| 08/28/07 | 2125305136 Long Distance | LD |
| | Amount = $8.33 | |
| 08/28/07 | 3055962300 Long Distance | LD |
| | Amount = $2.38 | |
| 08/28/07 | 3609029623 Long Distance | LD |
| | Amount = $5.95 | |
| 08/28/07 | 9146835532 Long Distance | LD |
| | Amount = $1.19 | |
| 08/28/07 | 7202648760 Long Distance | LD |
| | Amount = $1.19 | |
| 08/28/07 | 7139331547 Long Distance | LD |
| | Amount = $9.52 | |
| 08/28/07 | 9735497082 Long Distance | LD |
| | Amount = $1.19 | |
| 08/28/07 | 2134306049 Long Distance | LD |
| | Amount = $1.19 | |
| 08/28/07 | 2159635591 Long Distance | LD |
| | Amount = $1.19 | |
| 08/28/07 | 7202648760 Long Distance | LD |
| | Amount = $7.14 | |
| 08/28/07 | 2134228093 Long Distance | LD |
| | Amount = $1.19 | |
| 08/28/07 | 3103099003 Long Distance | LD |
| | Amount = $3.57 | |
| 08/28/07 | 2485532000 Long Distance | LD |
| | Amount = $1.19 | |
| 08/28/07 | 9495171725 Long Distance | LD |
| | Amount = $2.38 | |
| 08/28/07 | 5703523050 Long Distance | LD |
| | Amount = $1.19 | |
| 08/28/07 | 2514338100 Long Distance | LD |
| | Amount = $1.19 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

September 26, 2007
Invoice 276665
Page 145
Client #  727440

| Date | Description | Amount | Code |
|---|---|---|---|
| 08/28/07 | ALL PACER | | DOCRETRI |
| | Amount = | $49.04 | |
| 08/28/07 | Printing | | DUP.10CC |
| | Amount = | $7.35 | |
| 08/28/07 | Printing | | DUP.10CC |
| | Amount = | $0.05 | |
| 08/29/07 | #151702-INTERCALL TO RECLASS CONFERENCE CALL FROM 8001 TO MATTER 157422 | | LD |
| | Amount = | $16.27 | |
| 08/29/07 | Xroads Solutions Group LLC - Messenger and delivery | | MESS |
| | Amount = | $14.88 | |
| 08/29/07 | TCOPY RECD 8/28/07 | | TELC |
| | Amount = | $0.00 | |
| 08/29/07 | TCOPY RECD 8/28/07 | | TELC |
| | Amount = | $0.00 | |
| 08/29/07 | TELEA 7/24-8/28 | | LD |
| | Amount = | $5.95 | |
| 08/29/07 | 5124725997 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/29/07 | 6175352980 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/29/07 | 2077741200 Long Distance | | LD |
| | Amount = | $4.76 | |
| 08/29/07 | 2072287334 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/29/07 | 9735972500 Long Distance | | LD |
| | Amount = | $5.95 | |
| 08/29/07 | 2134306493 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/29/07 | 9735972500 Long Distance | | LD |
| | Amount = | $3.57 | |
| 08/29/07 | 2134306493 Long Distance | | LD |
| | Amount = | $4.76 | |
| 08/29/07 | 2134307594 Long Distance | | LD |
| | Amount = | $4.76 | |

New Century Financial Corporation and New Century Mortgage C          September 26, 2007
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel          Invoice 276665
New Century Financial Corporation                                     Page 146
18400 Von Karman Ave, Ste 1000
Irvine CA   92612                                                     Client #  727440

| | | | |
|---|---|---|---|
| 08/29/07 | 4159848828 Long Distance | | LD |
| | Amount = | $7.14 | |
| 08/29/07 | 9543316306 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/29/07 | ALL PACER | | DOCRETRI |
| | Amount = | $35.20 | |
| 08/29/07 | Printing | | DUP.10CC |
| | Amount = | $2.60 | |
| 08/30/07 | Messenger and delivery, 8/27/07, ADJ PA (2), CXG | | MESS |
| | Amount = | $5.00 | |
| 08/30/07 | Messenger and delivery, 8/27/07, ADJ CA, CXG | | MESS |
| | Amount = | $10.00 | |
| 08/30/07 | Xroads Solutions Group LLC - Messenger and delivery | | MESS |
| | Amount = | $16.01 | |
| 08/30/07 | 18173617996 Telecopier Charges | | TELC |
| | Amount = | $3.00 | |
| 08/30/07 | TCOPY RECD 8/28/07 | | TELC |
| | Amount = | $0.00 | |
| 08/30/07 | TCOPY RECD 8/29/07 | | TELC |
| | Amount = | $0.00 | |
| 08/30/07 | 2514338100 Long Distance | | LD |
| | Amount = | $4.76 | |
| 08/30/07 | 2514338100 Long Distance | | LD |
| | Amount = | $2.38 | |
| 08/30/07 | 8176586231 Long Distance | | LD |
| | Amount = | $7.14 | |
| 08/30/07 | 8173617996 Long Distance | | LD |
| | Amount = | $1.19 | |
| 08/30/07 | 8173617996 Long Distance | | LD |
| | Amount = | $3.57 | |
| 08/30/07 | 9735497082 Long Distance | | LD |
| | Amount = | $5.95 | |
| 08/30/07 | ALL PACER | | DOCRETRI |
| | Amount = | $52.64 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

September 26, 2007
Invoice 276665
Page 147
Client #  727440

| 08/30/07 | Printing | | DUP.10CC |
|---|---|---|---|
| | | Amount =   $0.05 | |
| 08/30/07 | Printing | | DUP.10CC |
| | | Amount =   $13.85 | |
| 08/30/07 | Printing | | DUP.10CC |
| | | Amount =   $1.15 | |
| 08/31/07 | Xroads Solutions Group LLC - Messenger and delivery | | MESS |
| | | Amount =   $28.90 | |
| 08/31/07 | Messenger and delivery, 8/29/07, ADJ PA, CXG | | MESS |
| | | Amount =   $2.51 | |
| 08/31/07 | Messenger and delivery, 8/30/07, ADJ PA, CXG | | MESS |
| | | Amount =   $2.51 | |
| 08/31/07 | Photocopies | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/31/07 | Photocopies | | DUP.10CC |
| | | Amount =   $0.20 | |
| 08/31/07 | 24855320000 Long Distance | | LD |
| | | Amount =   $2.38 | |
| 08/31/07 | 2395336018 Long Distance | | LD |
| | | Amount =   $2.38 | |
| 08/31/07 | 9495171725 Long Distance | | LD |
| | | Amount =   $5.95 | |
| 08/31/07 | 9495171725 Long Distance | | LD |
| | | Amount =   $8.33 | |
| 08/31/07 | 2134306686 Long Distance | | LD |
| | | Amount =   $2.38 | |
| 08/31/07 | 9495171725 Long Distance | | LD |
| | | Amount =   $1.19 | |
| 08/31/07 | 9498236944 Long Distance | | LD |
| | | Amount =   $3.57 | |
| 08/31/07 | Messenger and delivery, 8/30/07, FROM MONA LISA, HP | | MESS |
| | | Amount =   $75.65 | |

| 08/31/07 | Messenger and delivery, 8/31/07, FROM TOSCANA TO GO, CXG | MESS |
| | Amount = $35.85 | |
| 08/31/07 | ALL PACER | DOCRETRI |
| | Amount = $171.44 | |
| 08/31/07 | Westlaw | LEXIS |
| | Amount = $207.29 | |

TOTALS FOR  727440                    New Century Financial Corporation and New Century

Expenses    $9,366.32