**CERTIFICATE OF SERVICE**

      I, Christopher P. Simon, Certify that on September 27, 2007, I caused to be served Via First Class Mail, or as otherwise indicated, on the parties listed below a copy of The Lead Plaintiff's Reply To (i) Debtors' Opposition To Motion For Limited Modification Of The Stay And (ii) Joinder Of The Official Committee Of Unsecured Creditors.

                                                          */s/ Christopher P. Simon*
                                                        Christopher P. Simon (Bar No. 3697)