**Service List**

**VIA HAND DELIVERY**
Joseph J. McMahon, Jr., Esq.
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King St., Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6497 (Facsimile)

Suzanne S. Uhland, Esq.
Ben H. Logan, Esq.
Victoria Newmark, Esq.
Emily R. Culler, Esq.
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
(415) 984-8701 (Facsimile)
*Counsel to the Debtors*

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
HAHN & HESSEN LLP
448 Madison Avenue
New York, NY 10022
(212) 478-7400 (Facsimile)
*Counsel to Official Committee of Unsecured Creditors*

**VIA HAND DELIVERY**
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Marcus A. Ramos, Esq.
Christopher M. Samis, Esq.
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7701 (Facsimile)
*Counsel to the Debtors*

**VIA HAND DELIVERY**
Bonnie Glantz Fatell, Esq.
BLANK ROME LLP
1201 Market St., Suite 800
Wilmington, DE 19801
(302) 425-6464 (Facsimile)
*Counsel to Official Committee of Unsecured Creditors*