UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                          :
                                                : Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,                 :
a Delaware Corporation, *et al.*,               : Case No. 07-10416 (KJC)
                                                :
              Debtors.                          : Jointly Administered
                                                :
                                                : Related to Docket No. 2572
                                                :
------------------------------------------------------------x

**CERTIFICATION OF NO OBJECTION REGARDING FIRST MONTHLY
APPLICATION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP,
COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF
EXPENSES INCURRED FROM JUNE 1, 2007 THROUGH JULY 31, 2007
<u>NO ORDER REQUIRED</u>**

The undersigned, counsel to Michael J. Missal, the Court-Appointed Examiner for New Century TRS Holdings, Inc., *et al.*, hereby certifies that:

1.   On August 24, 2007, the **Notice of Application** and **First Monthly Application of Kirkpatrick & Lockhart Preston Gates Ellis LLP, Counsel to the Examiner, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred from June 1, 2007 Through July 31, 2007** (the "Application") [Docket No. 2572] were filed with the Court.

2.   In accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007, objections, if any, to the Application were due on or before 4:00 p.m. on September 13, 2007 (the "Objection Deadline").

3.   The Objection Deadline has passed and no formal objections appear on the docket or were served upon the undersigned counsel.

552171.1 9/27/07

4.    Counsel to the United States Trustee (the "UST") contacted Kirkpatrick & Lockhart Preston Gates Ellis LLP (the "Applicant") and raised certain concerns with the Application.

5.    Following discussions among counsel for the UST and the Applicant, the Applicant has agreed to modify the Application by reducing its request for allowance of compensation for professional services rendered by $8,029.13 and its request for reimbursement of expenses by $3,281.33.

6.    Accordingly, the Application may be granted in the amount of $1,372,266.36 (80% of $1,715,332.95) for professional services rendered and $54,844.68 for actual, reasonable and necessary expenses.[1]

Dated: September 27, 2007

SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

Counsel to Michael J. Missal, Examiner

---

[1]    The amount of compensation sought already reflects Applicant's voluntary ten percent (10%) reduction of its fees in this matter.