# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)
*Movant: Deutsche Bank National Trust Company As Trustee For The Holders Of GSAA Home Equity Trust 2005-2, Asset-Backed Certificates, Series 2005-2*
*D&G Reference/Batch: 210196/3*

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 038858686 | Christina Drewett | 10/8/2004 | $247,200.00 | $261,763.94 | $240,000 as of 5/9/07 | 6737 FRIARS ROAD UNIT 178 SAN DIEGO, CA  92108 |
| 038668447 | Novella Wahidi | 9/3/2004 | $336,000.00 | $375,382.68 | $415,000 as of 4/23/07 | 1383 FERNGROVE LANE TRACY, CA  95376 |
| 038667503 | Elvira Aguilar | 9/15/2004 | $396,000.00 | $412,563.45 | $445,000 as of 7/14/07 | 777 MARCOS VISTA LANE SAN MARCOS, CA  92069 |
| 038861279 | Jose & Jolene Viveros | 10/20/2004 | $285,000.00 | $303,608.82 | $480,000 as of 5/15/07 | 14256 ALLEGAN STREET WHITTIER, CA  90604 |
| 038861111 | Jennifer Hamby | 10/27/2004 | $143,920.00 | $165,771.89 | $240,000 as of 5/17/07 | 9307 IRENE AVE CALIFORNIA CITY, CA  93505 |
| 038860271 | Ravindar Singh | 10/28/2004 | $236,000.00 | $260,697.28 | $275,000 as of 4/6/07 | 7458 MANDY DRIVE SACRAMENTO, CA  95823 |
| 038667102 | Jan Wells | 9/3/2004 | $315,200.00 | $335,409.51 | $465,000 as of 5/13/07 | 124 CANFIELD AVENUE UNIT B SANTA CRUZ, CA  95060 |
| 038665630 | Estate of Michael P De Filippo | 8/18/2004 | $124,000.00 | $138,187.76 | $175,000 as of 5/2/07 | 535 RIVERSIDE AVENUE SUGARLOAF, CA  92386 |
| 038664454 | Samuel Orozco | 8/24/2004 | $578,000.00 | $651,193.06 | $729,000 as of 3/21/07 | 733 NORTH M STREET OXNARD, CA  93030 |
| 038664134 | Jason Corral | 8/20/2004 | $229,400.00 | $245,068.62 | $369,000 as of 7/7/07 | 2101 E 21ST STREET UNIT 218 SIGNAL HILL, CA  90755 |
| 038663462 | Louis Cerda & Linda Lacarra | 7/15/2004 | $352,800.00 | $380,476.87 | $399,000 as of 4/18/07 | 1161 WALPEN DRIVE SAN DIEGO, CA  92154 |
| 038663374 | Fredy Ruiz | 7/15/2004 | $292,500.00 | $320,599.71 | $400,000 as of 9/6/07 | 972 ALMOND DRIVE OAKLEY, CA  94561 |
| 038662046 | Gelacia Sacramento | 7/1/2004 | $333,700.00 | $382,438.78 | $480,000 as of 6/6/07 | 16306 HELO DRIVE SAN LEANDRO, CA  94578 |
| 038855854 | Enrique Avila | 8/18/2004 | $384,000.00 | $403,817.88 | $528,000 as of 8/13/07 | 1381 CASEY COURT UPLAND, CA  91784 |