IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 2, 2007 AT 1:30 P.M.**

## I.   CONTINUED MATTERS:

1.   Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting its Members to Engage in Securities Trading, Loan Sales and Other Transactions Involving the Debtors and Their Respective Assets [D.I. 409; filed 4/26/07]

    Objection Deadline:   May 8, 2007 at 4:00 p.m.; extended for the U.S. Trustee and SEC to July 9, 2007 at 4:00 p.m.

    Objections/Responses Received:

    A.   Objection of the United States Trustee to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting its Members to Engage in Securities Trading, Loan Sales and Other Transactions Involving the Debtors and Their Respective Assets [D.I. 2128; filed 8/2/07]

    Related Documents:   None at this time.

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for October 23, 2007.

2. Motion of Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, All Others Similarly Situated, and the General Public, for an Order Granting Relief from the Automatic Stay [Docket No. 635; filed 5/110/7]

Objection Deadline: May 23, 2007 at 4:00 p.m.; extended to May 30, 2007 at 4:00 p.m. for Debtors

Objections/Responses Received:

A. Debtors' Response to Motion of Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, all Others Similarly Situated, and the General Public, for an Order Granting Relief from the Automatic Stay [Docket No. 945; filed 5/30/07]

B. Reply of Movants Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, all Others Similarly Situated and the General Public, in Support of Motion for an Order Granting Relief from the Automatic Stay [Docket No. 1195; filed 6/12/07]

C. Response of the Official Committee of Unsecured Creditors in Support of the Debtors' Response to Motion of Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, all Others Similarly Situated, and the General Public, for an Order Granting Relief from the Automatic Stay [Docket No. 1229; filed 6/13/07]

Related Documents:

i. Stipulation for Limited Relief from the Automatic Stay Between Debtors and Daniel J. Rubio, John Hicks and David Vizcarra, Individuals on Behalf of Themselves, All Others Similarly Situated and the General Public [D.I. 1685; filed 6/27/07]

ii. Order Approving Stipulation Between Debtors and Daniel J. Rubio, John Hicks and David Vizcarra, Individuals on Behalf of Themselves, All Others Similarly Situated and the General Public for Limited Relief from the Automatic Stay [D.I. 1722; filed 6/28/07]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for December 5, 2007.

3. Request of CSHV Denver Tech Center, LLC for Allowance and Payment of Administrative Expense Claim [D.I. 2068; filed 7/27/07]

Objection Deadline: August 20, 2007; extended indefinitely for Debtors

Objections/Responses Received: None at this time.

Related Documents:  None at this time.

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for October 23, 2007.

## II.    UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION:

4.    Bank of New York, as Trust Administrator c/o Ocwen Loan Servicing, LLC's Motion for Relief from Automatic Stay as to 2117 Blake Avenue NW, Canton, OH 44708 and 5415 Haven Circle, Hixon, TN 37345 [D.I. 2630; filed 8/31/07]

Objection Deadline:  September 24, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.    Certification of No Objection [D.I. 3046 filed 9/25/07]

Status: On September 25, 2007, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

5.    Deutsche Bank National Trust Company, as Trustee c/o Ocwen Loan Servicing, LLC's Motion for Relief from Automatic Stay [D.I. 2631; filed 8/31/07]

Objection Deadline:  September 24, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.    Certification of No Objection [D.I. 3047; filed 9/25/07]

Status: On September 25, 2007, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

6.    DLJ Mortgage Capital, Inc. c/o Ocwen Loan Servicing, LLC's Motion for Relief from Automatic Stay as to 102 Bridlewood Trail, Warner Robins, GA 31088 [D.I. 2632; filed 8/31/07]

Objection Deadline:  September 24, 2007

Objections/Responses Received:  None at this time.

Related Documents:

     i.      Certification of No Objection [D.I. 3048; filed 9/25/07]

    Status: On September 25, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

7.     HSBC Bank USA, N.A. as Trustee c/o Ocwen Loan Servicing, LLC's Motion for Relief from Automatic Stay a to 1122 West Helena Drive, Phoenix, AZ 85023 and 16517 Necatrine Way, Lake Elsinore, CA 92530 [D.I. 2633; filed 8/31/07]

    Objection Deadline: September 24, 2007

    Objections/Responses Received: None at this time.

    Related Documents:

     i.      Certification of No Objection [D.I. 3049; filed 9/25/07]

    Status: On September 25, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

8.     MTGLQ Investors, L.P. c/o Ocwen Loan Servicing, LLC's Motion for Relief from Automatic Stay as to 708 West Macarthur Blvd., Oakland, CA 94609 and 15 East Sable Court, Greenville, SC 29617 [D.I. 2634; filed 8/31/07]

    Objection Deadline: September 24, 2007

    Objections/Responses Received: None at this time.

    Related Documents:

     i.      Certification of No Objection [D.I. 3050; filed 9/25/07]

    Status: On September 25, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

9.     Motion of REO Properties Corporation c/o Ocwen Loan Servicing, LLC's Motion for Relief from Automatic Stay [D.I. 2635; filed 8/31/07]

    Objection Deadline: September 24, 2007

    Objections/Responses Received: None at this time.

    Related Documents:

        i. Certification of No Objection [D.I. 3051; filed 9/25/07]

Status: On September 25, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

10.    U.S. Bank N.A. as Trustee c/o Ocwen Loan Servicing, LLC's Motion for Relief from Automatic Stay [D.I. 2636; filed 8/31/07]

Objection Deadline: September 24, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.  Certification of No Objection [D.I. 3052; filed 9/25/07]

Status: On September 25, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

11.    Wells Fargo Bank, N.A., as Trustee c/o Ocwen Loan Servicing, LLC's Motion for Relief from Automatic Stay [D.I. 2637; filed 8/31/07]

Objection Deadline: September 24, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.  Certification of No Objection [D.I. 3054; filed 9/25/07]

Status: On September 25, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

12.    Wachovia Bank, N.A. c/o Ocwen Loan Servicing, LLC's Motion for Relief from Automatic Stay as to 362 Thompson Street, Morrow, OH 45152 [D.I. 2638; filed 8/31/07]

Objection Deadline: September 24, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.  Certification of No Objection [D.I. 3053; filed 9/25/07]

RLF1-3204085-1

Status: On September 25, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

## III.    UNCONTESTED MATTERS GOING FORWARD:

13.    Application of Debtors and Debtors in Possession for an Order Authorizing the Retention and Employment of Susman Godfrey LLP as Special Litigation Counsel to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e), 328, 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002 [D.I. 2073; filed 7/27/07]

Objection Deadline:  August 16, 2007 at 4:00 p.m.; extended indefinitely for the United States Trustee

Objections/Responses Received:  None to date

Related Documents:

i.    Supplemental Declaration of Barry Barnett in Support of Application of Debtors and Debtors in Possession for an Order Authorizing the Retention and Employment of Susman Godfrey L.L.P. as Special Ligitation Counsel to Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e), 328, 329, and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016, and 5002 [D.I. 3019; filed 9/21/07]

Status: The hearing on this matter is going forward.

14.    Countrywide Home Loans, Inc.'s Motion for Relief from Automatic Stay as to 7011 South East End Avenue, Chicago, IL 60649 [D.I. 2399; filed 8/22/07]

Objection Deadline:  September 24, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.    Notice of Hearing [D.I. 2401; filed 88/22/07]

Status: The hearing on this matter is going forward.

15.    Countrywide Home Loans, Inc.'s Motion for Relief from Automatic Stay as to 18018 Dewey Circle, Elkhorn, NE 68022 [D.I. 2409; filed 8/22/07]

Objection Deadline:  September 24, 2007

Objections/Responses Received:  None at this time.

Related Documents:

     i.       Notice of Hearing [D.I. 2411; filed 88/22/07]

Status: The hearing on this matter is going forward.

16.     Countrywide Home Loans, Inc.'s Motion for Relief from Automatic Stay as to 5629-33 Loraine Street, Detroit, MI 48208 [D.I. 2421; filed 8/22/07]

Objection Deadline: September 24, 2007

Objections/Responses Received: None at this time.

Related Documents:

     i.       Notice of Hearing [D.I. 2426; filed 88/22/07]

Status: The hearing on this matter is going forward.

17.     Motion of Constance L. Esposito for Relief from Automatic Stay Pursuant to 11 U.S.C. Section 362(d)(1) [D.I. 2664; filed 9/5/07]

Objection Deadline: September 27, 2007; extended for Debtors to September 28, 2007

Objections/Responses Received: None to date.

Related Documents: None to date.

Status: The parties are negotiating the terms of stipulation that would resolve the matter. In the event that the parties are unable to resolve the matter, the Debtors will be filing an objection in advance of the hearing.

18.     Application of the Debtors and Debtors in Possession for an Order Expanding Scope of Richards, Layton & Finger, P.A.'s Retention to Include Representation of New Century Warehouse Corporation, *Nunc Pro Tunc* to August 3, 2007, Pursuant to Section 327(a) of the Bankruptcy Code [D.I. 2729; filed 9/10/07]

Objection Deadline: September 25, 2007

Objections/Responses Received: None at this time.

Related Documents:

     i.       Supplemental Affidavit of Michael J. Merchant in Support of Application of the Debtors and Debtors in Possession for an Order Expanding Scope of Richards, Layton & Finger, P.A.'s Retention to Include Representation of New Century Warehouse Corporation, Nunc Pro Tunc to August 3, 2007, Pursuant to Section 327(a) of the Bankruptcy Code [D.I. 3055; filed 9/25/07]

Status: The hearing on this matter is going forward.

## IV.    CONTESTED MATTERS GOING FORWARD:

19.    Emergency Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Assets Used in Their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 70; filed 4/4/07]

Objection Deadline:    April 11, 2007 at 4:00 p.m.; Deadline to object to sale or assumption and assignment is May 14, 2007 at 4:00 p.m.; Extension deadline of May 15, 2007 granted to Union Bank of California; Deadline to object to adequate assurance of future performance under the assumed contracts is May 17, 2007

Objections/Responses Received:

A.    Limited Objection to Assumption and Assignment (Limited Objection to Debtor's Loan Servicing Assets) filed by Premier Print and Services Group, Inc. [D.I. 505; filed 5/2/07]

Status: The hearing on this objection is not going forward. As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

B.    Limited Objections of National City Commercial Capital Company, LLC, to Debtors' Motions Regarding Rejection of Certain Leases, Sale of Assets, Assumption of Certain Leases and Other Matters and Joinder of General Electric Capital Corporation's Objection to Debtors' Motions and Joinder of RBC Mortgage Company and RBC Holdco's Objections to Debtors' Motions [D.I. 509; filed 5/2/07]

Status: The hearing on this objection is not going forward. As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

C.    Objection of Speedpay, Inc. to Debtors' Assumption and Assignment of Executory Contract and Proposed Cure Amount [D.I. 623; filed 5/10/07]

Status: The hearing on this objection is not going forward. As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

D.      Objection to Assumption and Assignment (Cure Amount) filed by Data-Link Systems, L.L.C. and Fiserv Solutions, Inc. [D.I. 633; filed 5/11/07]

Status: The hearing on this objection is going forward.

E.      Objection to Assumption and Assignment Cure Amount by National Field Representative, Inc. [D.I. 655; filed 5/14/07]

Status: The hearing on this objection is not going forward.  As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

F.      Cure Objection of Safeco Financial Institution Solutions, Inc. to Debtors' Notice of Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith [D.I. 656; filed 5/14/07]

Status: The hearing on this objection is not going forward.  As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

G.      Objection of Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc. to Notice of Intent to Assume and Assign and Fixing of Cure Amounts [D.I. 661; filed 5/14/07]

Status: The hearing on this objection is not going forward.  As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

H.      Objection of General Electric Capital Corporation to Notice of Lease/Contract Assumption and Cure Amount [D.I. 663; filed 5/14/07]

Status: The hearing on this objection is not going forward.  As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

I.      Limited Objection and Reservation of Rights by Waltz Postal Solutions, Inc., aka Walz Secured Outsourcing with Respect to Cure Amounts [D.I. 666; filed 4/14/07]

Status: The hearing on this objection is not going forward.  As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

J.      Objection of Sprint Communications Company L.P. to Debtors' Assumption and Assignment of Executory Contract and Proposed Cure Amount [D.I. 674; filed 5/14/07]

Status: The hearing on this objection is not going forward. As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

K.    Oracle USA, Inc.'s Objection to Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with their Proposed Sale of Assets Used in Their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 688; filed 5/15/07]

Status: The hearing on this objection is not going forward. As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

L.    Union Bank of California's Limited Objection to Proposed Assumption and Assignment of Certain Agreements in Connection with Debtors' Proposed Sale of Servicing Business [D.I. 697; filed 5/15/07]

Status: The hearing on this objection is not going forward. As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

M.    Limited Objection by Creditor Fidelity National Information Services, Inc. to Debtors' Notice of New Century's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith [D.I. 751; filed 5/17/07]

Status: The hearing on this objection is not going forward. As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

N.    Objection of AT&T Inc. to Notice of New Century's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of its Servicing Business and the Fixing of Cure Costs Associated Therewith [D.I. 838; filed 5/22/07]

Status: The hearing on this objection is not going forward. As the underlying agreement is not being assumed and assigned in connection with the transaction, the objection is now moot.

Related Documents:

i.      Order Granting Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [D.I. 90; filed 4/5/07]

ii.     Notice of Hearing Regarding Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 120; filed 4/5/07]

iii.    Notice of Filing of Amended and Restated Asset Purchase Agreement between (among others) New Century Financial Corporation and Carrington Capital Management, LLC [D.I. 335; filed 4/19/07]

iv.     Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Bidding Procedures, Including Break-Up Fee and Expense Reimbursement Payable to Carrington Mortgage Services, LLC for Sale of Debtors' Servicing Business; (II) Scheduling Bid Deadline, Auction Date, and Sale Hearing and Approving Notice Thereof; and (III) Approving Procedures to Fix Cure Amounts Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Approving Notice Thereof [D.I. 340; filed 4/20/07]

v.      Stipulation and Order (1) Approving Agreement for the Disposition of Certain Mortgage Loans and Residual Interests, and (2) Confirming, Inter Alia, (A) That Auctions of Mortgage Loans and Residuals Conducted in Accordance with Auction Procedures Therein are Covered by Bankruptcy Code "Safe Harbor" Provisions and Are Commercially Reasonable, and (B) Absence of Need to Seek Relief from Automatic Stay [D.I. 439; filed 4/27/07]

vi.     Notice of Filing Regarding Affidavit of Publication of the Sale Notice in The Wall Street Journal (National Edition) [D.I. 570; filed 5/7/07]

vii.    Notice of Hearing Date [D.I. 640; filed 5/11/07]

viii.   Notice of Withdrawal of Supplement to Objection of Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc. to Notice of Intent to Assume and Assign and Fixing of Cure Amounts Concerning Adequate Assurance of Future Performance [D.I. 766; filed 5/18/07]

ix.     Notice of Successful Bidder, Sale Hearing and Continuance of Hearing With Respect to Timely Filed Cure Objections Other Than as to Servicing Agreements [D.I. 768; filed 5/18/07]

RLF1-3204085-1

x.      Notice of Withdrawal of Precautionary Objection [Re: D.I. 699] by Irwin Mortgage Corporation and Irwin Financial Corporation [D.I. 1021; filed 6/1/07]

xi.     Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure Approving (i) the Sale of Debtors' Servicing Business to Carrington Capital Management, LLC and Carrington Mortgage Services, LLC Pursuant to the Second Amended and Restated Asset Purchase Agreement, Dated as of May 21, 2007, Free and Clear of Liens, Claims, Encumbrances, and Interests, and (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to Carrington as Part of Such Sale [D.I. 844; filed 5/23/07]

Status: The Court entered an order on May 23, 2007 approving the sale to Carrington Management Services, LLC ("Carrington"). The hearing on all cure related objections filed with respect to the sale was continued to subsequent hearing dates. The status with respect to each of the outstanding cure objections is noted above.

20.    General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 630; filed 5/11/07]

Objection deadline: May 31, 2007; extended to June 7, 2007 at 4:00 p.m.

Objections/Responses Received:

A.      Limited Response of Carrington Capital Management, LLC and Carrington Mortgage Services, LLC to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1165; filed 6/7/07]

B.      Opposition of Debtors and Debtors in Possession to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1166; filed 6/7/07]

C.      Objection of the Official Committee of Unsecured Creditors to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1168; filed 6/7/07]

D.      Objection of the Examiner to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1237; filed 6/14/07]

E.      Limited Objection of Maricopa County Treasurer to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1728; filed 6/28/07]

Related Documents:

RLF1-3204085-1

i.      Notice of General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 632; filed 5/11/07]

ii.     Certification of Counsel [D.I. 1979; filed 7/20/07]

iii.    Order Approving Stipulation and Agreement Among the Debtors and Citigroup Global Markets Realty Corp. with Respect to the Payment of Cash Collateral [D.I. 2011; filed 7/24/07]

iv.     Certification of Counsel Re: Second Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation and Order Thereon [Docket No. 2103; filed 7/31/07]

v.      Revised Certification of Counsel Re: Second Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation and Order Thereon [Docket No. 2119; filed 8/1/07]

vi.     Order Approving Second Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation [Docket No. 2134; filed 8/2/07]

vii.    Certification of Counsel Re: Third Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation and Order Thereon [D.I. 2461; filed 8/22/07]

Status: The hearing on this matter is going forward.

21.    Evidentiary Hearing to Determine the Amount of the Damages to be Awarded to the Debtors on their Cross-Motion for Positive Software Solutions, Inc.'s Violations of the Automatic Stay [D.I. 2265; filed 8/15/07]

Objection Deadline: September 25, 2007

Objections/Responses Received:

A.      Objection of Positive Software Solutions, Inc., to Debtors' Alleged Damages [D.I. 3045; filed 9/25/07]

Related Documents:

i.      Debtors' Response to the Motion of Positive Software Solutions, Inc. for Relief from the Stay Regarding Copyright Infringement Litigation, and Cross-Motion for Sanctions for Violation of the Automatic Stay [D.I. 2101; filed 7/31/07]

ii.     Order (I) Denying the Motion of Positive Software Solutions, Inc. for Relief from the Stay Regarding Copyright Infringement Litigation and (II) Granting the Debtors' Cross-Motion for Sanctions for Violation of the Automatic Stay [D.I. 2265; filed 8/15/07]

iii.    Declaration of Russell C. Silberglied in Support of Damages Pursuant to 11 U.S.C. Section 362(k) Incurred by the Debtors Due to Positive Software Solutions, Inc.'s Violation of the Automatic Stay [D.I. 2683; filed 9/6/07]

iv.    Declaration of Barry Barnett Regarding Attorney's Fees [D.I. 2706; filed 9/7/07]

Status: The hearing on this matter is going forward.

22.    Motion of Lead Plaintiff (New York State Teachers' Retirement System) for Limited Modification of the Automatic Stay [D.I. 2274; filed 8/16/07]

Objection Deadline:  September 4, 2007; extended to September 18, 2007

Objections/Responses Received:

A.    Joinder of the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al. to Debtors' Opposition to the Motion of Lead Plaintiff for A Limited Modification of the Automatic Stay [D.I. 2849; filed 9/18/07]

B.    Debtors' Opposition to Motion of Lead Plaintiff for Limited Modification of the Stay [D.I. 2853; filed 9/18/07]

C.    Reply of Lead Plaintiff to (i) Debtors' Opposition to Motion for Limited Modification of the Stay and (ii) Joinder of the Official Committee of Unsecured Creditors [D.I. 3083; filed 9/27/07]

Related Documents:  None at this time.

Status: The hearing on this matter is going forward.

23.    Debtors' Motion for Additional Sanctions Against Positive Software Solutions, Inc. for Further Violation of the Automatic Stay [D.I. 2566; filed 8/24/07]

Objection Deadline:  September 4, 2007

Objections/Responses Received:

A.    Amended Objection of Positive Software Solutions, Inc., to Debtors' Motion for Additional Sanctions Against Positive Software Solutions, Inc. for Further Violation of the Automatic Stay [D.I. 2667; filed 9/5/07]

Related Documents:  None at this time.

Status:  A status conference on this matter is going forward.

24.     Motion of Michael J. Missal, Examiner, for an Extension of Time to File His Report with the Court [D.I. 2665; filed 9/5/07]

Objection Deadline:  TBD

Objections/Responses Received:

A.      Limited Objection of Committee of Unsecured Creditors to Motion of Michael J. Missal, Examiner, for an Extension of Time to File His Report With the Court [D.I. 2727; filed 9/10/07]

Related Documents:

i.      Motion for Expedited Consideration of Motion of Michael J. Missal, Examiner, for an Extension of Time to File His Report with the Court [D.I. 2666; filed 9/5/07]

ii.     Order Granting Motion for Expedited Consideration of Motion of Michael J. Missal, Examiner, for an Extension of Time to File His Report with the Court [D.I. 2672; filed 9/6/07]

iii.    Notice of Hearing on Motion of Michael J. Missal, Examiner, for an Extension of Time to File His Report with the Court [D.I. 2676; filed 9/6/07]

iv.     Statement of Non-Opposition of Debtors to Examiner's Motion for an Extension of Time to File His Report With the Court [D.I. 2724; filed 9/10/07]

Status: The Court considered the motion at the September 11, 2007 hearing.  At the conclusion of the hearing, the Court asked that the parties negotiate an agreed form of order under certification of counsel and indicated that it would resolve any outstanding issues at the October 2, 2007 hearing. The parties are continuing to negotiate the form of order and intend to present an agreed order at the hearing.

25.     Motion of Plaza America Office Development II, LLC for (1) Allowance and Payment of Administrative Expenses and (2) an Order Requiring Debtors' Performance of Postpetition Lease Obligations Under 11 U.S.C. Section 365(d)(3) [D.I. 2766; filed 9/12/07]

Objection Deadline:  September 25, 2007

Objections/Responses Received:

A.      Objection of Debtors to Motion of Plaza America Office Development II, LLC for (1) Allowance and Payment of Administrative Expenses and (2) an Order Requiring Debtors' Performance of Postpetition Lease Obligations Under 11 U.S.C. Section 365(d)(3) [D.I. 3057; filed 9/25/07]

Related Documents: None at this time.

Status: The hearing on this matter is going forward.

## V.    ADVERSARY MATTERS:

26.    Austin v. New Century TRS Holdings, et al., Adv. Pro. No. 07-50970 Plaintiffs'    Motion    for    Class    Certification    and    Other    Relief (D.I. 23; Filed 8/15/07)

Objection Deadline: August 29, 2007

Objections/Responses Received: None to date.

Related Documents:

i.    Order Granting Class Certification [D.I. 30; filed 9/12/07

Status: There will be a brief status conference so that the parties may address certain issues raised by the Court at the September 11, 2007 hearing.

27.    The New Century Defendants' Motion to Dismiss (Schroeder. v. New Century TRS Holdings, Inc., et al., Adv. Pro. No. 07-51598, D.I. 15; filed 7/25/07)

Objection Deadline: August 8, 2007

Related Documents:

i.    Complaint [D.I. 1; filed 6/20/07]

ii.    The New Century Defendants' Motion to Dismiss [D.I. 15; filed 7/25/07]

iii.    Opening Brief in Support of the New Century Defendants' Motion to Dismiss [D.I. 16; filed 7/25/07]

iv.    Declaration of Catherine Vo in Support of the New Century Defendants' Motion to Dismiss [D.I. 17; filed 7/25/07]

v.    Joinder to the New Century Defendants' Motion to Dismiss [D.I. 18; filed 8/6/07]

vi.    Answering Brief in Opposition to Motions to Dismiss Filed by the Debtors and the Official Committee of Unsecured Creditors [D.I. 21; filed 8/20/07]

vii.    Appendix to Answering Brief in Opposition to Motions to Dismiss Filed by the Debtors and the Official Committee of Unsecured Creditors [D.I. 22; filed 8/20/07]

viii.    Motion to Dismiss Adversary Proceeding [D.I. 23; filed 8/27/07]

ix.     Opening Brief in Support of Defendant Wells Fargo Bank N.A.'s Motion to Dismiss [D.I. 24; filed 8/27/07]

x.      Joinder to (A) the New Century Defendants' Reply Brief in Support of Defendants' Motion to Dismiss and (B) Wells Fargo Bank, N.A.'s Opening Brief in Support of Motion to Dismiss [D.I. 26; filed 9/6/07]

xi.     Reply Brief in Support of the New Century Defendants'' Motion to Dismiss [D.I. 27; filed 9/6/07]

xii.    Answering Brief in Opposition to the Motion to Dismiss by Defendant Wells Fargo Bank, N.A., as Trustee of the Deferred Compensation Plan Trust [D.I. 31; filed 9/14/07]

xiii.   Appendix to Answering Brief in Opposition to the Motion to Dismiss by Defendant Wells Fargo Bank, N.A., as Trustee of the Deferred Compensation Plan Trust [D.I. 32; filed 9/14/07]

xiv.    Reply Brief in Support of Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss Complaint [D.I. 33; filed 9/21/07

xv.     Notice of Completion of Briefing on Defendants' Motions to Dismiss Complaint [D.I. 34; filed 9/24/07]

xvi.    Supplement to Reply Brief in Support of Defendant Wells Fargo Bank N.A.'s Motion to Dismiss [D.I. 35; filed 9/24/07

Status: The hearing on this matter is going forward.  Two sets of binders containing items i through xv were delivered to the Court on September 24, 2007.  Item xvi was provided to the Court on September 25, 2007.

Dated: September 28, 2007
      Wilmington, Delaware

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION