IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC.,** a Delaware corporation, et al.,[1] | : | **Case No. 07-10416 (KJC)** |
| | : | |
| | : | **Jointly Administered** |
| | : | |
| | : | Objection Deadline: August 13, 2007 at 4:00 p.m. |
| **Debtors.** | : | Re: Docket No. 2009 |

**CERTIFICATION OF COUNSEL REGARDING MONTHLY FEE
APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT
OF EXPENSES OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP,
FOR THE PERIOD FROM APRIL 2, 2007 THROUGH JUNE 30, 2007
[DOCKET NO. 2009] (NO ORDER REQUIRED)**

On July 23, 2007, Sheppard Mullin, Ritcher & Hampton LLP ("SMR&H") filed its first monthly application for compensation and reimbursement of expenses [Docket No. 2009] (the "Application"). Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered April 24, 2007 [Docket No. 389] (the "Interim Compensation Order"), the deadline for filing objections to the Application was August 13, 2007 (the "Objection Deadline"). Prior to the Objection Deadline,

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership and New Century Warehouse Corporation, a California Corporation.

the Official Committee of Unsecured Creditors (the "Creditors' Committee") filed a limited objection [Docket No. 2240] (the "Committee's Objection") to the Application.

The Committee's Objection does not relate to the reasonableness of the requested fees and expenses, but rather, relates solely to the source of payment with respect to any fees and expenses relating to the Access Sale (as defined in the Committee's Objection) and for miscellaneous corporate matters. The Creditors' Committee did not object to any fees incurred in connection with the defense of the Rubio Litigation (as defined in the Committee's Objection), which amounts to approximately $27,910.08 in fees (the "Uncontested Fees"). Thus, in accordance with the Interim Compensation Order, the above-captioned debtors and debtors in possession (collectively, the "Debtors") are authorized to pay SMR&H eighty percent (80%) of the Uncontested Fees (80% of the Uncontested Fees is $22,328.07) upon the filing of this certification and without the need for entry of a Court order approving the Application. The Debtors and SMR&H are continuing to work with the Creditors' Committee in an effort to resolve the balance of the Committee's Objection.

Dated: September 28, 2007
      Wilmington, Delaware

_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
(302) 651-7701

Attorneys for Debtors and Debtors in Possession