# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)
*Movant: Wells Fargo Bank, National Association As Trustee For Securitized Asset Backed Receivables LLC 2005-HE1 Mortgage Pass-Through Certificates, Series 2005-HE1*
*D&G Reference/Batch: 210189/7*

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 072032750 | Anthony Hernandez | 6/28/2005 | $194,400.00 | $204,570.80 | $235,000 as of 4/25/07 | 1373 HOOD ROAD SACRAMENTO, CA 95825 |
| 072033694 | Claudia Pereyra | 7/11/2005 | $148,000.00 | $161,564.45 | $223,000 as of 9/7/07 | 18307 BURBANK BOULEVARD 136 LOS ANGELES, CA 91356 |
| 072028942 | Catherine Montoya | 6/1/2005 | $472,500.00 | $497,311.67 | $425,000 as of 8/19/07 | 1235 MEADOW LANE TRACY, CA 95377 |
| 072033214 | Miguel Gonzalez | 6/28/2005 | $344,000.00 | $371,476.56 | $390,000 as of 3/23/07 | 119 7TH ST GREENFIELD, CA 93927 |
| 072033158 | Guillermo Garcia | 6/25/2005 | $497,600.00 | $520,043.62 | $595,000 as of 8/25/07 | 437 LEXINGTON CIRCLE OCEANSIDE, CA 92057 |
| 072032742 | Paul Morrison | 6/24/2005 | $591,200.00 | $607,919.79 | $710,000 as of 8/9/07 | 22405 GOLDRUSH LAKE FOREST, CA 92630 |
| 072032662 | Erika Curiel | 6/22/2005 | $492,000.00 | $525,915.94 | $628,000 as of 8/22/07 | 1274 SOCORRO AVE SUNNYVALE, CA 94089 |
| 072031718 | Robert & Jill Rosen | 6/23/2005 | $485,350.00 | $514,981.20 | $566,000 as of 9/7/07 | 11812 WUTZKE STREET GARDEN GROVE, CA 92845 |
| 072031694 | Erick & Luis Vargas | 6/28/2005 | $248,000.00 | $263,964.64 | $234,000 as of 6/30/07 | 4400 LAMONT WAY SACRAMENTO, CA 95823 |
| 072029494 | Maria Rezelda Bosch | 6/21/2005 | $360,000.00 | $385,994.75 | $385,000 as of 8/24/07 | 45 MARGUERITE DRIVE SAN PABLO, CA 94806 |
| 072028766 | Eriza Gonzales & Feliciana Banez | 6/16/2005 | $469,600.00 | $522,167.57 | $636,000 as of 9/7/07 | 3317 LARGA AVENUE LOS ANGELES, CA 90039 |
| 072028742 | Genola Jeffriey | 6/17/2005 | $557,600.00 | $586,253.12 | $530,000 as of 6/29/07 | 6667 BROOK FALLS CIRCLE STOCKTON, CA 95219 |
| 072027813 | Jesus Licon | 7/11/2005 | $607,200.00 | $641,313.08 | $750,000 as of 7/24/07 | 24606 WALNUT STREET LOMITA, CA 90717 |
| 072027517 | Sandra Salazar | 6/17/2005 | $368,000.00 | $386,599.02 | $420,000 as of 5/16/07 | 2706 WEBSTER AVENUE LONG BEACH, CA 90810 |
| 072027421 | Alicia Hernandez | 5/26/2005 | $325,800.00 | $355,883.36 | $410,000 as of 5/21/07 | 5818 ADOBE DRIVE PALMDALE, CA 93552 |
| 072026885 | Patrick Perez | 5/31/2005 | $386,184.00 | $411,808.08 | $450,000 as of 8/16/07 | 36160 THOUSAND OAKS PL MURRIETA, CA 92562 |
| 072029878 | Shannon McClister | 6/29/2005 | $313,600.00 | $339,383.87 | $360,000 as of 4/23/07 | 79 A STREET GALT, CA 95632 |

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 072039175 | Perla Cabrera Martinez | 7/12/2005 | $408,000.00 | $424,705.45 | $499,000 as of 7/2/07 | 33 JONATHAN ST WATSONVILLE, CA  95076 |
| 072033502 | Marisela Soto | 6/20/2005 | $283,166.00 | $313,059.95 | $335,000 as of 9/7/07 | 1618 GLACIER BAY LN NEWMAN, CA  95360 |
| 072039463 | Ka Her | 7/12/2005 | $232,000.00 | $248,491.04 | $205,000 as of 7/3/07 | 5262 WEST SUSSEX WAY FRESNO, CA  93722 |
| 072033566 | Verlin Sanciangco | 6/22/2005 | $392,000.00 | $431,598.55 | $486,000 as of 9/7/07 | 13194 CYPRESS AVENUE CHINO, CA  91710 |
| 072038591 | Pierre Johnson | 7/12/2005 | $344,800.00 | $389,621.04 | $500,000 as of 3/13/07 | 1515 14TH AVENUE 206 OAKLAND, CA  94606 |
| 072038263 | Adriana Sanchez & Reynaldo San Juan Garcia | 7/12/2005 | $453,600.00 | $497,863.13 | $477,000 as of 9/7/07 | 732 WOODSIDE WAY MANTECA, CA  95336 |
| 072036198 | Oscar Janssen | 7/8/2005 | $319,600.00 | $336,021.65 | $412,000 as of 4/3/07 | 18501 MAYALL STREET UNIT A NORTHRIDGE AREA, CA  91324 |
| 072035894 | Tai Liu | 7/7/2005 | $328,000.00 | $368,791.58 | $478,000 as of 9/7/07 | 431 HOLLAND AVENUE LOS ANGELES, CA  90042 |
| 072035534 | Ricardo Lopez & Berta Rodriguez | 7/8/2005 | $348,000.00 | $365,563.71 | $349,900 as of 6/26/07 | 1653 PICADILLY WAY MANTECA, CA  95336 |
| 072034310 | Antonia Osorio | 6/16/2005 | $240,000.00 | $254,049.08 | $340,000 as of 6/10/07 | 9155 PACIFIC AVENUE UNIT 266 ANAHEIM, CA  92804 |
| 072034262 | Troy Beasley | 6/29/2005 | $528,000.00 | $586,538.74 | $585,000 as of 5/2/07 | 639-43 24TH STREET SAN DIEGO, CA  92102 |
| 072036238 | Baltazar C Toscano | 7/1/2005 | $180,000.00 | $185,918.00 | $167,500 as of 8/20/07 | 48 EL BASSET COURT FAIRFIELD, CA  94533 |
| 072038271 | Juan Barreiro | 7/11/2005 | $542,400.00 | $588,864.81 | $649,000 as of 7/19/07 | 5781 RIBCHESTER CT SAN JOSE, CA  95123 |
| 072028357 | Jorge Lombera | 6/1/2005 | $228,000.00 | $237,532.16 | $235,000 as of 7/10/07 | 4155 SIERRA VISTA AVE SACRAMENTO, CA  95820 |
| 072034830 | Martin & Jesus Cabrera | 7/7/2005 | $288,000.00 | $300,994.72 | $391,000 as of 6/19/07 | 2042 ALDERBERRY DR SANTA MARIA, CA  93455 |
| 072036711 | Hugo Barajas Ochoa | 7/11/2005 | $324,000.00 | $337,013.02 | $370,000 as of 7/13/07 | 1601 DUNCAN DRIVE TRACY, CA  95376 |
| 072037079 | Maria & Nelson Medina | 7/14/2005 | $320,450.00 | $329,564.72 | $308,333 as of 8/28/07 | 1361 COLFAX DR WOODLAND, CA  95695 |