## CERTIFICATE OF SERVICE

I, Carl D. Neff, hereby certify that on September 26, 2007, I caused a copy of the **Objection of Positive Software Solutions, Inc., to Debtors' Alleged Damages** to be served on the following parties via First Class U.S. Mail:

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
302-573-6491

Bonnie Glantz Fatell
Regina Stango Felbon
David W. Carickoff
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Hahn & Hessen LLP
Mark S. Indelicato
Mark T. Power
488 Madison Avenue
New York, New York 10022
Counsel for the Official Committee
of Unsecured Creditors

Mark D. Collins
Michael N. Heath
Christopher M. Samis
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Suzzanne S. Uhland
O'Melventy & Myers LLP
275 Battery Street
San Francisco, CA 94111
Counsel for the Debtors and
Debtors-in-Possession

Dated: September 28, 2007
Wilmington, Delaware

Carl D. Neff (No. 4895)

WM1A 115334v1 09/28/07