# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)
*Movant: Deutsche Bank National Trust Company As Trustee For Morgan Stanley ABS Capital I Inc. Trust 2006-HE7 Mortgage Pass-Through Certificates, Series 2006-HE7*
*D&G Reference/Batch: 210181/11*

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073297263 | Beverly & William Misch | 6/29/2006 | $335,750.00 | $360,226.51 | $365,000 as of 5/30/07 | 17513 ORANGE WAY FONTANA, CA  92335 |
| 073295375 | Cosme Cobian | 6/30/2006 | $310,500.00 | $346,488.90 | $290,000 as of 9/12/07 | 5877 ELMWOOD RD SAN BERNARDINO, CA  92404 |
| 073297599 | Carlos Castaneda | 6/16/2006 | $266,500.00 | $287,459.60 | $360,000 as of 5/14/07 | 730 CALLEJON CUIDAD UNIT 90 CHULA VISTA, CA  91910 |
| 073303880 | Gloria J Sullivan | 6/29/2006 | $168,000.00 | $182,178.03 | $153,967 as of 4/10/07 | 4220 SAVANNAH LANE SACRAMENTO, CA  95823 |
| 073308232 | Mohammed Abuelhawa | 6/30/2006 | $404,000.00 | $441,799.98 | $430,000 as of 4/16/07 | 3220 SANTA CRUZ RD WEST SACRAMENTO, CA  95691 |
| 073307400 | Maribel Camacho | 6/28/2006 | $412,000.00 | $435,163.64 | $338,000 as of 5/11/07 | 11558 SANDPIPER COURT MORENO VALLEY, CA  92557 |
| 073301279 | Robert Takehana | 6/13/2006 | $239,200.00 | $258,712.78 | $305,000 as of 9/12/07 | 2386 HENEY LANE VALLEY SPRINGS, CA  95252 |
| 073304552 | Steven Plant | 6/28/2006 | $375,000.00 | $413,457.47 | $405,000 as of 5/25/07 | 44821 SANTA YNEZ AVENUE PALM DESERT, CA  92260 |
| 073303176 | Derick Johnson | 6/30/2006 | $279,000.00 | $294,255.61 | $385,000 as of 7/14/07 | 1406 S GUNLOCK AVE COMPTON, CA  90220 |
| 073302824 | Jesse Ontiveros | 6/28/2006 | $389,500.00 | $420,540.06 | $419,500 as of 6/4/07 | 4394 CHOLAME ROAD PHELAN, CA  92371 |
| 073302543 | Hilda Contreras | 6/28/2006 | $221,250.00 | $238,680.06 | $240,000 as of 6/18/07 | 5301 ALCOTT DR SACRAMENTO, CA  95820 |
| 073311441 | Zoila Gonzalez | 6/30/2006 | $392,500.00 | $429,604.88 | $450,000 as of 5/23/07 | 200 VAQUEROS AVENUE RODEO, CA  94572 |
| 073301231 | Milton Oswaldo Marroquin | 6/29/2006 | $399,920.00 | $438,557.89 | $405,000 as of 4/10/07 | 5124 SOUTH SAINT ANDREWS PLACE LOS ANGELES, CA  90062 |
| 073300519 | Patrick & Julieta Tolete | 6/29/2006 | $496,000.00 | $524,093.58 | $575,000 as of 6/14/07 | 519 SMILAX ROAD SAN MARCOS, CA  92069 |
| 073299991 | Steve White | 6/30/2006 | $392,000.00 | $442,284.56 | $408,000 as of 9/12/07 | 2889 HOWARD DRIVE REDDING, CA  96001 |
| 073298927 | Arman Aslanian | 6/16/2006 | $315,200.00 | $352,984.02 | $370,000 as of 9/13/07 | 530 CALLET STREET PALMDALE, CA  93551 |
| 073302231 | Akeem Watts | 6/28/2006 | $224,000.00 | $248,295.23 | $231,000 as of 3/30/07 | 2529 PHELPS STREET STOCKTON, CA  95206 |

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073296671 | Antonio Maldonado | 6/16/2006 | $256,000.00 | $276,723.72 | $285,000 as of 5/9/07 | 47549 SUGAR LOAF STREET INDIO, CA  92201 |
| 073296031 | Ruben Guzman | 6/16/2006 | $328,000.00 | $343,545.70 | $345,000 as of 8/7/07 | 661 MENDOCINO COURT LOS BANOS, CA  93635 |
| 073295615 | Vaik & Liliya Abelyan | 6/13/2006 | $427,200.00 | $449,481.87 | $545,000 as of 5/12/07 | 7825 FARMDALE AVENUE NORTH HOLLYWOOD, CA  91605 |
| 073309328 | Roeun Mom | 6/30/2006 | $528,000.00 | $585,846.20 | $549,000 as of 9/7/07 | 27451 PINYON STREET MURRIETA, CA  92562 |
| 073306872 | Francisco Anibal Contreras | 6/29/2006 | $432,000.00 | $456,242.91 | $510,000 as of 9/13/07 | 11230 LITTLE DIPPER ST MIRA LOMA, CA  91752 |
| 073293278 | Floyd M Luke | 6/30/2006 | $700,000.00 | $750,733.04 | $491,000 as of 9/13/07 | 6509 PUERTO DRIVE RANCHO MURIETA, CA  95683 |
| 073303864 | Mohammad Hassan | 7/3/2006 | $364,000.00 | $402,148.57 | $358,000 as of 9/13/07 | 8954 SAN MARINO AVENUE HESPERIA, CA  92375 |
| 073302816 | Alberto Martin Olivera | 6/30/2006 | $292,000.00 | $323,090.41 | $320,000 as of 4/24/07 | 67780 GARBINO ROAD CATHEDRAL CITY, CA  92234 |
| 073306048 | Catherine Ann Arakelian | 6/28/2006 | $519,200.00 | $561,817.80 | $595,000 as of 5/8/07 | 25 NIGUEL POINTE DR 84 LAGUNA NIGUEL, CA  92677 |
| 073277932 | David & Rhonda Elias | 6/12/2006 | $624,000.00 | $675,026.59 | $615,000 as of 6/20/07 | 19820 LABRADOR STREET LOS ANGELES, CA  91311 |
| 073294030 | Wiliiam MacLean | 7/3/2006 | $332,000.00 | $379,606.25 | $390,000 as of 3/22/07 | 3932 ARCHMONT PL OAKLAND, CA  94605 |
| 073291398 | Rey Eguilos | 5/26/2006 | $463,168.00 | $494,685.59 | $549,000 as of 9/13/07 | 974 MIRA LAGO WAY SAN MARCOS, CA  92078 |
| 073293270 | Jaime Gracia | 6/15/2006 | $500,000.00 | $547,919.76 | $655,000 as of 5/16/07 | 20201 EAST FRANK STREET ORANGE, CA  92869 |
| 073292774 | Tiffany Madonna Sandoval | 6/1/2006 | $428,000.00 | $480,325.98 | $450,000 as of 4/11/07 | 1943 LAURITSON LANE MANTECA, CA  95336 |
| 073292430 | Anthony James Thomason | 6/9/2006 | $370,500.00 | $393,578.68 | $355,000 as of 5/23/07 | 43335 33RD STREET WEST LANCASTER, CA  93536 |
| 073291446 | Martha Mata | 5/30/2006 | $444,000.00 | $496,681.44 | $521,000 as of 9/13/07 | 7754 YARMOUTH AVENUE LOS ANGELES, CA  91335 |
| 073290622 | Juana Casimiro | 6/15/2006 | $356,000.00 | $384,293.57 | $395,000 as of 5/11/07 | 9549 CHARTER OAK LANE RIVERSIDE, CA  92503 |
| 073288822 | Anita Whittenburg | 5/23/2006 | $378,400.00 | $426,737.90 | $409,000 as of 9/13/07 | 36238 LEEDS ST WINCHESTER, CA  92596 |

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073291694 | Leonardo Garcia Viorio & Africa Gutierrez Manzo | 6/19/2006 | $307,200.00 | $339,221.27 | $351,000 as of 9/13/07 | 5971 RODEO DRIVE RIVERSIDE, CA  92509 |
| 073309704 | Melanie Smith | 6/28/2006 | $450,500.00 | $479,832.70 | $439,900 as of 6/19/07 | 1332 W 59TH ST LOS ANGELES, CA  90044 |
| 073309544 | Mireya Perez | 6/30/2006 | $585,600.00 | $646,019.40 | $740,000 as of 7/16/07 | 122 ELM AVE SAN BRUNO, CA  94066 |
| 073312769 | Anthony & Nelly Padfield | 6/30/2006 | $222,693.00 | $232,735.65 | $265,000 as of 6/14/07 | 15142 RAINER ST ADELANTO, CA  92301 |
| 073312105 | Leandrea Wilson | 6/29/2006 | $432,000.00 | $468,932.25 | $524,000 as of 6/13/07 | 19113 HILLFORD AVENUE CARSON, CA  90746 |
| 073310304 | America Tovar | 6/30/2006 | $240,000.00 | $264,498.09 | $230,000 as of 3/30/07 | 45533 GADSDEN AVE LANCASTER, CA  93534 |
| 073306392 | Audelia Lopez | 6/29/2006 | $430,400.00 | $447,935.93 | $532,000 as of 9/25/07 | 142 EAST EVERGREEN AVENUE MONROVIA, CA  91016 |
| 073306144 | Doribel Martinez & Guadalupe Martinez Santana | 6/30/2006 | $440,000.00 | $458,309.74 | $511,000 of 9/25/07 | 13141 HUBBARD STREET SYLMAR AREA, CA  91342 |