# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)

*Movant: HSBC Bank USA, National Association For The Benefit Of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates*

*D&G Reference/Batch: 210179/13*

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073560864 | Mathew Keith Krueger | 9/28/2006 | $400,997.00 | $429,668.79 | $445,000 as of 7/29/07 | 37-576 COVENTRY STREET INDIO, CA  92203 |
| 073543910 | Lilia Barrera | 9/5/2006 | $300,000.00 | $326,525.23 | $310,000 as of 3/30/07 | 38052 RIVIERA COURT PALMDALE, CA  93552 |
| 073544278 | Revoyda Starling | 9/27/2006 | $380,000.00 | $415,091.49 | $405,000 as of 9/14/07 | 2427 90TH AVE OAKLAND, CA  94603 |
| 073557247 | Ruby Ramirez | 9/13/2006 | $308,000.00 | $331,671.12 | $349,000 as of 4/3/07 | 3981 MANCHESTER PLACE RIVERSIDE, CA  92503 |
| 073544006 | Martha & Stephen Gibson | 9/1/2006 | $323,000.00 | $347,288.22 | $325,000 as of 6/26/07 | 27044 TUNNEL DRIVE LAKE ARRROWHEAD, CA  92325 |
| 073552783 | Byron Clark | 9/12/2006 | $302,400.00 | $337,035.63 | $310,000 as of 3/16/07 | 13720 WOODPECKER ROAD VICTORVILLE, CA  92394 |
| 073507953 | Jaime Calderon & Maria Lopez | 8/24/2006 | $348,000.00 | $375,825.36 | $427,000 as of 3/14/07 | 7161 LIME AVENUE LONG BEACH, CA  90805 |
| 073523419 | Myrna Espritu | 7/11/2006 | $337,500.00 | $360,934.14 | $320,000 as of 6/26/07 | 7079 WATTLE DRIVE SAN DIEGO, CA  92139 |
| 073526372 | Tamara Lewis | 7/6/2006 | $340,000.00 | $364,331.82 | $190,000 as of 6/19/07 | 3657 19TH AVE SACRAMENTO, CA  95820 |
| 073519403 | Mark & Candi Wheeldon | 7/17/2006 | $224,500.00 | $245,230.30 | $285,000 as of 5/24/07 | 18904 WHEELER WAY PLYMOUTH, CA  95669 |
| 073524403 | Brian & Carmen Honea | 7/10/2006 | $374,000.00 | $403,264.86 | $319,000 as of 9/14/07 | 19065 LAMBERT WAY LOCKEFORD, CA  95237 |
| 073527876 | Joyce Stoffers | 7/11/2006 | $144,000.00 | $155,696.47 | $130,000 as of 6/7/07 | 3625 SAPPHIRE DRIVE UNIT 3 AUBURN, CA  95602 |
| 073542710 | Andres Ramirez & Josefina Cea | 9/7/2006 | $391,500.00 | $416,847.09 | $380,000 as of 6/11/07 | 25992 COUNTRY WALK LN MURRIETA, CA  92563 |
| 073542173 | Franklin Savoy | 8/25/2006 | $296,250.00 | $325,197.28 | $310,000 as of 6/24/07 | 1816 BURNEY FALLS DRIVE STOCKTON, CA  95206 |
| 073524875 | Juan Gonzales Jr. | 7/11/2006 | $199,200.00 | $210,086.72 | $205,000 as of 7/19/07 | 2314 CORONA ST REDDING, CA  96002 |
| 073521675 | Jorge Venegas | 7/10/2006 | $300,000.00 | $325,445.53 | $335,000 as of 9/14/07 | 27609 NUGGET DRIVE UNIT 4 SANTA CLARITA, CA  91387 |
| 073517914 | Patrick & Roberta Escobedo | 7/14/2006 | $259,250.00 | $280,854.80 | $295,000 as of 4/3/07 | 26155 DEVON WAY MADERA, CA  93638 |

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073563344 | Robert Santos | 9/28/2006 | $340,000.00 | $364,349.78 | $360,000 as of 6/21/07 | 825 TAFT STREET FAIRFIELD, CA 94533 |
| 073559400 | Rene Rodriguez Andrade | 9/28/2006 | $325,600.00 | $352,777.17 | $350,000 as of 4/10/07 | 6825 SOUTH VICTORIA AVENUE LOS ANGELES, CA 90043 |
| 073539213 | Miguel Angel Vasquez Castro | 8/31/2006 | $124,000.00 | $134,802.42 | $109,900 as of 5/23/07 | 1212 NORTH DIVISADERO STREET VISALIA, CA 93291 |
| 073543694 | Martin & Lucy Millan | 9/1/2006 | $420,000.00 | $448,090.43 | $494,900 as of 5/15/07 | 4333 BOYAR AVENUE LONG BEACH, CA 90807 |
| 073543366 | Eduardo Villasenor | 8/31/2006 | $488,000.00 | $509,199.89 | $450,000 as of 7/12/07 | 1343 GIANNA LANE MANTECA, CA 95336 |
| 073543070 | Silva Garcia & Ernesto Contreras | 9/12/2006 | $640,000.00 | $705,980.63 | $695,000 as of 3/14/07 | 10316 PICO VISTA ROAD DOWNEY, CA 90241 |
| 073542998 | Lisa Garcia | 9/7/2006 | $360,000.00 | $378,669.38 | $320,000 as of 7/25/07 | 861 POTOMAC AVENUE TURLOCK, CA 95382 |
| 073559776 | Walter Bakos | 9/26/2006 | $336,000.00 | $362,358.33 | $375,000 as of 5/21/07 | 9330 OTTER CREEK WAY ELK GROVE, CA 95757 |
| 073541277 | Edelma & Magdalino Bacuetes | 8/24/2006 | $443,667.00 | $469,677.77 | $450,000 as of 9/11/07 | 1170 SCHOLARSHIP IRVINE, CA 92612 |
| 073536845 | Albert Ancheta | 9/6/2006 | $476,000.00 | $505,372.03 | $465,000 as of 5/24/07 | 8 CAIN COURT SACRAMENTO, CA 95834 |
| 073534829 | Steven Pashmfouroush | 8/30/2006 | $680,000.00 | $711,400.92 | $740,000 as of 8/27/07 | 221 S GALE DR 306 BEVERLY HILLS, CA 90211 |
| 073532948 | Rosalba Llamas | 8/24/2006 | $552,000.00 | $606,967.53 | $651,000 as of 9/14/07 | 6868 MOONRIVER ST MIRA LOMA, CA 91752 |
| 073529948 | April Armstrong | 7/26/2006 | $510,000.00 | $557,027.05 | $500,000 as of 7/4/07 | 2948 VIRGINIA RD LOS ANGELES, CA 90016 |
| 073529716 | Erika Madrazo | 7/10/2006 | $427,500.00 | $464,637.09 | $410,000 as of 6/22/07 | 21293 TUPELO LANE UNIT 3 LAKE FOREST, CA 92630 |
| 073529460 | Alicia Elliott | 7/10/2006 | $448,000.00 | $502,389.39 | $409,000 as of 9/17/07 | 23926 BUTTON BUSH COURT MURRIETA, CA 92562 |
| 073541797 | Inocencia Perez | 9/12/2006 | $400,000.00 | $434,492.27 | $530,000 as of 3/19/07 | 1351 CHERRY STREET RICHMOND, CA 94804 |
| 073553671 | Gavion & Banesa Castro | 8/31/2006 | $528,000.00 | $573,669.51 | $530,000 as of 4/23/07 | 1660 VALLEJO DRIVE HOLLISTER, CA 95023 |
| 073556799 | Megan B Phillips | 9/11/2006 | $414,800.00 | $445,536.28 | $400,000 as of 3/28/07 | 4714 W CHENNAULT AVE FRESNO, CA 93722 |

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073556159 | Gulcin Carpenter | 9/8/2006 | $416,000.00 | $438,348.25 | $449,000 as of 8/16/07 | 31162 AMSTERDAM ROAD WINCHESTER, CA  92596 |
| 073556007 | Rosa Perez | 9/26/2006 | $335,920.00 | $359,328.07 | $410,000 as of 7/14/07 | 860 ENCINO PL CORONA, CA  92882 |
| 073555975 | Michael Lilian | 9/29/2006 | $740,000.00 | $801,114.02 | $895,000 as of 4/10/07 | 12517 HATTERAS STREET VALLEY VILLAGE, CA  91607 |
| 073555871 | Paul Holland | 9/6/2006 | $206,400.00 | $216,568.20 | $211,000 as of 9/17/07 | 5046 WEST INDIANAPOLIS AVENUE FRESNO, CA  93722 |
| 073554487 | Jose Francisco Robledo | 8/31/2006 | $640,000.00 | $692,660.73 | $660,000 as of 9/17/07 | 5356 CENTRAL AVENUE BONITA, CA  91902 |
| 073544262 | Enrique Palafox | 8/31/2006 | $460,000.00 | $503,174.62 | $477,000 as of 9/17/07 | 1415 NUBIAN STREET PATTERSON, CA  95363 |
| 073552135 | Amparo Gutierrez & Guadalupe Martinez | 9/12/2006 | $212,000.00 | $228,815.82 | $210,000 as of 5/17/07 | 2861 MOHAWK ROAD BANNING, CA  92220 |
| 073551359 | Dolores Tina Gonzales | 8/31/2006 | $627,300.00 | $663,741.96 | $665,000 as of 5/22/07 | 2644 NEVADA STREET UNION CITY, CA  94587 |
| 073550455 | Clyde Sherman | 9/13/2006 | $658,400.00 | $715,031.69 | $804,000 as of 9/17/07 | 1626 SPYGLASS DRIVE CORONA, CA  92883 |
| 073548894 | Rinaja Soleil | 8/28/2006 | $531,200.00 | $569,296.65 | $450,000 as of 9/13/07 | 16400 DULCINEA DRIVE GRASS VALLEY, CA  95949 |
| 073545742 | Carlos Lares | 9/1/2006 | $412,000.00 | $431,312.83 | $400,000 as of 7/11/07 | 3665 DIXIE LANE RIVERSIDE, CA  92503 |
| 073545686 | Muhammad Khan | 8/31/2006 | $720,800.00 | $749,290.31 | $675,000 as of 7/11/07 | 2625 ORCHARD CREST LANE CORONA, CA  92881 |
| 073559496 | Alejandro Hernandez | 9/28/2006 | $375,600.00 | $404,199.81 | $402,000 as of 9/17/07 | 201 EAST 7TH AVENUE ESCONDIDO, CA  92025 |
| 073555743 | Johayneh Abuhamda | 9/8/2006 | $384,000.00 | $416,668.40 | $515,000 as of 7/25/07 | 13381 INDIAN BOW CIRCLE CORONA, CA  92883 |
| 073527668 | Silvia Reynaga | 7/10/2006 | $349,600.00 | $370,591.40 | $359,000 as of 7/15/07 | 412 SAN ANDREAS CT MODESTO, CA  95354 |
| 073529124 | Dsean Robinson | 7/14/2006 | $328,000.00 | $356,172.35 | $365,000 as of 3/12/07 | 12524 PERRIS ST OAK HILLS, CA  92345 |
| 073505353 | Julio Juarez | 7/7/2006 | $361,600.00 | $394,589.52 | $414,000 as of 9/17/07 | 553 ALMANZA DRIVE OAKLAND, CA  94603 |
| 073503529 | Gilbert Villalpando | 7/12/2006 | $264,000.00 | $298,351.12 | $325,000 as of 4/2/07 | 5135 ORANGE DRIVE SAN BERNARDINO, CA  92407 |

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073501336 | Sarina Murphy | 7/12/2006 | $744,000.00 | $820,709.69 | $929,000 as of 3/23/07 | 921 SOUTH JAY CIRCLE ANAHEIM, CA  92808 |
| 073501272 | Sylina Lawanson | 7/11/2006 | $360,050.00 | $386,821.06 | $339,000 as of 6/25/07 | 1611 SOUTH POMONA AVENUE D 15 FULLERTON, CA  92832 |
| 073500624 | Chedwyn Davis | 7/14/2006 | $332,000.00 | $370,540.62 | $334,000 as of 9/17/07 | 1610 WHITEROCK LANE HEMET, CA  92545 |
| 073513290 | Noemi & Joseph Deen | 6/6/2006 | $480,000.00 | $511,485.76 | $435,000 as of 9/12/07 | 31936 FLOWERHILL DRIVE LAKE ELSINORE, CA  92532 |
| 073517370 | Luminada Forney & Wilbert Yap | 6/13/2006 | $264,000.00 | $288,802.10 | $250,000 as of 3/29/07 | 12695 STAGE COACH DRIVE VICTORVILLE, CA  92392 |
| 073500368 | Tommy Watts | 7/12/2006 | $800,000.00 | $851,075.69 | $959,000 as of 9/17/07 | 3200 CRAIG DRIVE LOS ANGELES, CA  90068 |
| 073526628 | Marc & Susan Kjorness | 7/10/2006 | $648,850.00 | $686,702.25 | $610,000 as of 9/12/07 | 914 COBB AVENUE PLACENTIA, CA  92870 |
| 073526035 | Harout Paytaryan | 7/13/2006 | $437,000.00 | $464,020.92 | $290,000 as of 6/22/07 | 10187 VERNON AVE MONTCLAIR, CA  91763 |
| 073526011 | Griselda Azpeitia | 7/11/2006 | $412,000.00 | $447,812.46 | $450,000 as of 3/13/07 | 3552 JOSEPHINE STREET LYNWOOD, CA  90262 |
| 073525435 | Tom Brundage | 7/14/2006 | $260,000.00 | $278,433.52 | $290,000 as of 8/13/07 | 16049 ARROYO DRIVE VICTORVILLE, CA  92395 |
| 073525003 | Maria & Endy Rivas | 7/5/2006 | $360,000.00 | $393,519.62 | $380,000 as of 5/15/07 | 23282 STONY CREEK WAY MORENO VALLEY, CA  92557 |
| 073510602 | Erika Badillo | 2/9/2006 | $672,000.00 | $702,905.61 | $862,000 as of 9/17/07 | 4800 TIFFANY WAY FAIR OAKS, CA  95628 |
| 073524155 | Jose Roman Roque | 7/12/2006 | $617,500.00 | $661,531.42 | $510,000 as of 7/19/07 | 853 N HELENA ST ANAHEIM, CA  92805 |
| 073523227 | Francisco Maldonado | 7/17/2006 | $368,000.00 | $392,440.95 | $399,900 as of 5/24/07 | 23847 BOUQUET CANYON MORENO VALLEY, CA  92557 |
| 073523163 | Guillermo Gabriel Solano | 7/6/2006 | $418,095.00 | $450,983.50 | $389,000 as of 8/31/07 | 43610 57TH STREET WEST LANCASTER, CA  93536 |
| 073521075 | Marisol Carbajal | 7/11/2006 | $386,400.00 | $428,596.27 | $480,000 as of 3/19/07 | 31609 ROSALES AVENUE MURRIETA, CA  92563 |
| 073518651 | Francisco Sandoval | 7/12/2006 | $344,000.00 | $366,500.65 | $420,000 as of 5/16/07 | 959 SYCAMORE COURT UPLAND, CA  91786 |