# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)
*Movant: Countrywide Home Loans Servicing LP For The Benefit Of HSBC Bank USA, N.A*
*D&G Reference/Batch: 210199/14*

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 074419507 | Ruth Romero Rocha | 1/23/2007 | $400,000.00 | $426,722.28 | $495,000 as of 8/14/07 | 408 CINDY CIRCLE RIVERSIDE, CA 92507 |
| 074424972 | Savan & Savang Sun | 1/31/2007 | $430,986.00 | $453,869.00 | $465,000 as of 6/10/07 | 3557 GORIZIA DRIVE STOCKTON, CA 95212 |
| 074421988 | Syeda Zehra | 1/23/2007 | $584,000.00 | $611,559.96 | $730,000 as of 6/14/07 | 19537 RUNNYMEDE STREET RESEDA AREA, CA 91335 |
| 074417947 | James Skiles | 2/1/2007 | $250,400.00 | $260,929.09 | $235,000 as of 5/11/07 | 1401 CLIPPER HILLS DR BAKERSFIELD, CA 93307 |
| 074416571 | Antonio Torres | 1/25/2007 | $360,000.00 | $378,865.16 | $325,000 as of 5/9/07 | 4463 WHEELER STREET RIVERSIDE, CA 92503 |
| 074410498 | Pamela Khamo | 12/14/2006 | $692,800.00 | $732,754.59 | $800,000 as of 7/27/07 | 1199 PACIFIC HIGHWAY 1404 SAN DIEGO, CA 92101 |
| 074424276 | Richard Johnson | 1/25/2007 | $464,000.00 | $489,210.85 | $565,000 as of 5/14/07 | 2312 EAGLE AVE ALAMEDA, CA 94501 |