# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)
*Movant: Deutsche Bank National Trust Company, As Trustee On Certificates, Series 2007-NC2RS For Morgan Stanley ABS Capital I Inc. Trust 2007-NC2 Mortgage Pass-Through*
*D&G Reference/Batch: 210285/18*

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 074125335 | Richard Joseph Boyle | 10/30/2006 | $368,000.00 | $389,503.78 | $465,000 as of 7/28/07 | 575 BROOKHAVEN DRIVE CORONA, CA  92879 |
| 074123886 | Arturo Ramirez | 10/30/2006 | $500,000.00 | $527,972.11 | $590,000 as of 8/28/07 | 453 RIDGEVIEW DRIVE PLEASANT HILL, CA  94523 |
| 074121446 | Sasha Mirzaei | 10/20/2006 | $661,600.00 | $699,490.10 | $660,000 as of 7/29/07 | 3636 FILLY LANE BONITA, CA  91902 |
| 074120662 | Howard Gordon | 10/30/2006 | $268,000.00 | $275,694.18 | $250,000 as of 7/12/07 | 8 LA ROCAS COURT SACRAMENTO, CA  95823 |
| 074120262 | Maroun Fram | 10/30/2006 | $424,000.00 | $448,969.67 | $498,000 as of 9/18/07 | 5627 BLOSSOM PARK LANE SAN JOSE, CA  95118 |
| 074118310 | Virgil Nicolesco | 10/30/2006 | $448,000.00 | $467,181.86 | $500,000 as of 9/18/07 | 4647 WILLIS AVENUE 304 LOS ANGELES, CA  91403 |
| 074118206 | Laura Gonzales De Aguilar | 10/26/2006 | $308,000.00 | $323,062.34 | $365,000 as of 7/13/07 | 441 WEST CROMWELL STREET RIALTO, CA  92376 |
| 074110141 | Stephan Loyola & Katrina Cox | 10/19/2006 | $196,000.00 | $203,413.74 | $180,000 as of 7/11/07 | 715 ARVIN STREET BAKERSFIELD, CA  93308 |
| 074113133 | Kristina Grzywacz | 10/11/2006 | $368,000.00 | $385,377.10 | $415,000 as of 7/13/07 | 7701 HESS PLACE 2 RANCHO CUCAMONGA, CA  91739 |
| 074112709 | Alicia Elenes | 10/23/2006 | $231,920.00 | $242,192.65 | $249,900 as of 8/8/07 | 905 ANNABELLE AVENUE MODESTO, CA  95350 |
| 074111573 | Rebecca Whyte | 10/26/2006 | $327,591.00 | $349,563.21 | $340,000 as of 7/28/07 | 431 ANJOU CIRCLE SACRAMENTO, CA  95835 |
| 074106340 | Claudia Edith Cruz & Ana Isabel Roman | 10/20/2006 | $252,000.00 | $265,690.91 | $291,000 as of 9/18/07 | 600 W 3RD ST A311 SANTA ANA, CA  92701 |
| 074098539 | Maria Coleman | 9/29/2006 | $359,200.00 | $373,062.75 | $380,000 as of 7/16/07 | 3133 WENTWORTH DRIVE STOCKTON, CA  95209 |