# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)
*Movant: Countrywide Home Loans, Inc. For The Benefit Of UBS Real Estate Investments Inc.*
*D&G Reference/Batch: 210286/19*

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 074329120 | Wendy Miller | 2/13/2007 | $424,000.00 | $444,251.61 | $400,000 as of 6/14/07 | 15916 EUCALYPTUS AVENUE BELLFLOWER, CA 90706 |
| 074327232 | Mario Mendoza | 1/31/2007 | $488,000.00 | $510,751.53 | $490,000 as of 8/4/07 | 2188 HURAN DRIVE SAN JOSE, CA 95122 |
| 074321487 | Rodolfo Velasquez | 2/8/2007 | $240,000.00 | $251,018.76 | $240,000 as of 6/20/07 | 1870 OREGON ST. BAKERSFIELD, CA 93305 |
| 074315782 | Andrea Gates-Searcy | 1/22/2007 | $880,000.00 | $928,057.77 | $835,000 as of 7/31/07 | 5659 CORBIN AVENUE TARZANA, CA 91356 |
| 074315670 | Celia Lopez Contreras | 1/31/2007 | $312,000.00 | $329,947.32 | $320,000 as of 5/12/07 | 1459 PALMA BONITA LANE PERRIS, CA 92571 |
| 074315470 | Aurelio A Moraga | 1/12/2007 | $616,000.00 | $655,155.97 | $589,000 as of 7/16/07 | 2292 SOUTH COTA AVENUE CORONA, CA 92882 |
| 074332761 | John & Maria Elias | 2/26/2007 | $132,000.00 | $138,491.63 | $160,000 as of 6/15/07 | 1373 CARPENTERIA AVE THERMAL, CA 92274 |
| 074309262 | Frank Mortelliti | 1/10/2007 | $252,000.00 | $269,523.53 | $225,000 as of 6/12/07 | 18709 YUCCA STREET HESPERIA, CA 92345 |
| 074333249 | Jose Orlando Vasquez | 2/27/2007 | $360,000.00 | $378,801.13 | $395,000 as of 6/19/07 | 5501 HARMONY LANE LANCASTER, CA 93536 |
| 074311110 | Jacqueline McKeown | 1/29/2007 | $736,800.00 | $774,655.35 | $855,000 as of 6/18/07 | 4369 NEWPORT AVENUE SAN DIEGO, CA 92107 |
| 074332024 | Leghistla Craft | 3/2/2007 | $432,000.00 | $455,047.54 | $485,000 as of 8/21/07 | 1771 NORTH LANDEN STREET CAMARILLO, CA 93010 |
| 074364893 | Jose Luis Soriano | 3/2/2007 | $456,000.00 | $476,138.30 | $535,000 as of 6/12/07 | 1247 SEAHILL COURT SAN DIEGO, CA 92154 |
| 074362092 | Sakuntla Reddy | 3/1/2007 | $228,000.00 | $241,049.66 | $185,000 as of 6/14/07 | 5988 79TH STREET SACRAMENTO, CA 95824 |
| 074348186 | Joseph Muyingo | 2/28/2007 | $276,000.00 | $287,217.43 | $346,000 as of 6/14/07 | 527 WEST VIRGINIA STREET RIALTO, CA 92376 |
| 074334569 | Salvador Curiel | 2/28/2007 | $420,000.00 | $437,135.44 | $485,000 as of 6/17/07 | 2945 ROSE AVE. SAN JOSE, CA 95127 |