# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)
*Movant: Deutsche Bank National Trust Company As Trustee For Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006-HE8*
*D&G Reference/Batch: 210287/20*

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073301847 | Zenia Padua | 6/19/2006 | $490,950.00 | $535,043.73 | $429,900 as of 6/20/07 | 3012 TAGURA DRIVE MODESTO, CA 95355 |
| 073287918 | Ginger Daniels | 6/1/2006 | $340,000.00 | $371,651.74 | $550,000 as of 5/29/07 | 1691 12TH STREET OAKLAND, CA 94607 |
| 073408685 | Lucy Kimani | 5/2/2006 | $465,600.00 | $497,726.60 | $525,000 as of 3/12/07 | 4364 DOOLITTLE ST SANTA ROSA, CA 95407 |
| 073387122 | Georginia Haymond | 6/30/2006 | $350,400.00 | $382,549.64 | $389,000 as of 4/26/07 | 2867 WEST WINDHAVEN DRIVE RIALTO, CA 92377 |
| 073387106 | Edgar Mendez | 6/28/2006 | $994,000.00 | $1,052,976.09 | 1,000,000 as of 5/29/07 | 395 HITCH DRIVE HOLLISTER, CA 95023 |
| 073388746 | John Walton Pienta | 6/26/2006 | $469,600.00 | $507,314.75 | $525,000 as of 7/25/07 | 3801 VISTA POINT WAY PALMDALE, CA 93551 |
| 073390475 | Satiago R Lopez | 7/5/2006 | $200,000.00 | $224,777.44 | $200,000 as of 3/16/07 | 43621 PECOS COURT LANCASTER, CA 93535 |
| 073400132 | Alfredo Solorio | 7/24/2006 | $207,920.00 | $226,360.40 | $245,000 as of 5/24/07 | 82321 LEMON GROVE INDIO, CA 92201 |
| 073429463 | Leslie Sparks | 6/30/2006 | $242,400.00 | $265,629.80 | $289,000 as of 9/22/07 | 1039 W CALLE DE LAS ESTRELLAS APT #4 AZUSA, CA 91702 |
| 073440185 | Malaika Osborne | 7/31/2006 | $233,750.00 | $250,581.77 | $243,000 as of 9/22/07 | 8545 SUNRISE WOODS WAY SACRAMENTO, CA 95828 |