**EXHIBIT A**



A LEGAL PROFESSIONAL ASSOCIATION

REMIT TO ADDRESS:
222 S. MAIN STREET
AKRON, OHIO 44308-2098
(330) 376-2700
FAX (330) 376-4577
ramail@ralaw.com

FEDERAL TAX ID #34-1245415

NEW CENTURY FINANCIAL CORP.
18400 VON KARMAN AVE.
SUITE 1000
IRVINE, CA 90017

Invoice: 728091
Client/Matter: 117805.0001
September 21, 2007

For Professional Services Rendered
For The Period Through August 31, 2007

| Total Due This Invoice | $ 28,867.50 |

Re: LITIGATION RE TRO

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 08/01/07 | DT | 1.40 | Conference call with D. Scherzer to M. Merchant; preparation of draft certifications of no objection and notice(s) of applications; brief follow up with E. Jones re: quarterly application. |
| 08/01/07 | GWR JR | 0.90 | Email exchange with Barclays counsel re: Ohio loans (0.2); email with Ms. Richman re: loan ownership (0.2); email exchanges re: stand-alone seconds (0.2); email exchange re: updated LNFAs, including spreadsheet (0.3). |
| 08/01/07 | DSS | 0.20 | Prepared e-mail to New Century's former foreclosure counsel regarding status of matter and contact information at the Ohio Attorney General's office (.2) |
| 08/01/07 | JS | 1.70 | Receive and review emails from Ms. Osborne and Ms. Richman regarding unpaid balance information on LNFAs and ownership confirmation for those loans (.1); receive and review spreadsheet showing that information and update the same with release information (.6); multiple email exchanges with Mr. Rooney and Ms. Richman regarding related issues in the wake of yesterday's conference call with Mr. Hart (.4); receive and review emails from Mr. Guyder, Mr. Rooney, Ms. Richman and Ms. Osborne regarding payment status of Barclays-owned loans (.2); receive and review email from Mr. Rooney to Mr. Hart regarding "stand-alone second" loan issues (.1); receive and review following multiple emails from Mr. Hart, Mr. Rooney and Ms. Richman regarding related issues (.3). |
| 08/02/07 | GWR JR | 0.60 | Voicemail from, and telephone conference with, Mr. Hart re: OAG acceptance of proposal (0.3); email to Mr. Hart and client re: main agreement details (.3). |
| 08/02/07 | JS | 0.50 | Talk to Mr. Alexander counsel for Saxon Mortgage regarding status of case and attention to issues and concerns that he raised. |
| 08/02/07 | JS | 0.30 | Receive and review detailed emails from Mr. Rooney and Mr. Logan regarding results of their discussion with Mr. Hart, the general parameters of the LNFA sale |

**"THIS IS A CONFIDENTIAL ATTORNEY/CLIENT COMMUNICATION"**

Akron    Cincinnati    Cleveland    Columbus    Toledo    Fort Myers    Naples    Orlando    Tallahassee    Washington D.C.

www.ralaw.com



**A LEGAL PROFESSIONAL ASSOCIATION**

117805.0001
LITIGATION RE TRO

Invoice:  728091
September 21, 2007
Page 2

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| | | | plan that the State has tentatively approved, and related issues. |
| 08/03/07 | GWR JR | 2.60 | Email exchange with Mr. Logan re: need for proposed workout details (0.2); draft proposed Agreed Entry for sale of LNFAs (1.0); discussion with Mr. Schriner re: revisions (0.1); draft rough Exhibits A and B for proposed Agreed Entry (0.6); email drafts to client group for review (0.1); prepare draft email to Mr. Hart re: proposed drafts (0.2); emails to warehouse lenders re: proposed workout terms (0.2); telephone conference with Mr. Deutsch re: same (0.2). |
| 08/03/07 | JS | 0.80 | Receive and review email from Mr. Rooney regarding "workout" option that has been discussed with Mr. Hart and the need for additional details regarding same (.1); receive and review emails from Mr. Rooney to warehouse lenders' contacts regarding status of their respective discussions with Mr. Hart (.2); receive, review and edit Agreed Entry for sale of Thirty-Six (36) Loans and the exhibits thereto and conference with Mr. Rooney regarding related issues (.5). |
| 08/06/07 | GWR JR | 3.50 | Follow-up email to client group re: 8/3 drafts (0.1); email exchanges with Ms. Richman and Mr. Logan re: same (0.3); telephone conference with Mr. Hart re: sale and workout issues relating to LNFA loans (0.3); revise draft documents in light of Hart telephone conference (0.5); email to client group with revised drafts and report recapping Hart telephone conference (0.2); email exchange with Messrs. Schriner and Logan re: draft terminology (0.2); review proposed workout language from Mr. Hart (0.1); email to client group re: same and recommendations (0.2); email exchange with Mr. Gallo re: workout language and status (0.2); email exchanges with Mr. Logan re: disputed DBSP loans and need for separate Agreed Entry (0.2); voicemail and email to Mr. Hart re: same (0.2); review and comment on proposed workout language from Mr. Logan (0.2); email exchange with Mr. Schriner re: Agreed Entry for disputed DBSP loans (0.2); telephone conference with, and email from, Mr. Schriner re: additional disputed DBSP loans (0.3); email exchanges with Mr. Moon re: specific loan issues (0.2); further email exchange with Mr. Logan re: disputed DBSP loans and timing (0.1). |
| 08/06/07 | JS | 5.60 | Receive, review and revise updated draft of Agreed Entry for Release of Five (5) Loans and Sale of Thirty-Six (36) Loans (.3); email exchanges with Mr. Rooney and Mr. Logan regarding my suggested revisions thereto (.3); receive and review email from Mr. Hart regarding proposed language for Agreed Entry regarding "workout" obligation and attention to related issues (.2); receive and review email exchange with Mr. Rooney and Mr. Hart regarding agreement on the general terms of the sale of the 36 LNFAs (.2); receive and review further revised version of Agreed Entry from Mr. Rooney (.2); receive and review email from Mr. Logan regarding necessary revisions to the exhibits to the Agreed Entry (.1); revise the same accordingly and email to Mr. Logan and Ms. Richman regarding same and requesting further suggested revisions to the Agreed Entry before submitting the same to Mr. Hart (.3); receive and review Mr. Logan's suggested revisions and revise the Agreed Entry accordingly (.6); email exchanges with Mr. Logan, Mr. Rooney, Mr. Cloyd and Ms. Richman regarding related issues (.5); email |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



**A  LEGAL  PROFESSIONAL  ASSOCIATION**

117805.0001
LITIGATION RE TRO

Invoice:  728091
September 21, 2007
Page 3

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | exchanges with Mr. Logan and Mr. Rooney regarding status of discussions with DBSP about the sale of "DBSP-disputed loans" and the need to pursue and Agreed Entry regarding the release of the same (.3); draft and edit Agreed Entry for release of "DBSP-disputed loans" and talk to Mr. Rooney regarding same (.5); review client documents regarding additional DBSP-disputed loans that may need to be subjects of the Agreed Entry, detailed email to Mr. Logan and Ms. Richman regarding related issues, and talk to Mr. Rooney regarding same (1.5); email exchange with Mr. Moon regarding loan ownership issues (.2); email exchange with Ms. Richman regarding terms and provisions regarding draft Agreed Entry for Release of Five (5) Loans and Sale of Thirty-Six (36) Loans (.2); email exchange with Mr. Logan |
| 08/07/07 | GWR JR | 2.40 | Review and comment on draft Agreed Entry for disputed DBSP loans (0.2); email to Mr. Hart re: two additional disputed DBSP loans (0.1); review and comment on revised Agreed Entry and Exhibits for sale of LNFA loans (0.2); review response email from Mr. Hart re: 8 disputed DBSP loans (0.1); telephone conference with Mr. Schriner re: follow-up details (0.2); telephone conference with Mr. Hart re: unconditional versus workout-conditioned release of disputed DBSP loans (0.2); email to Mr. Logan re: same and need for direct contact (0.2); follow-up email to Mr. Hart re: same (0.1); email exchange re: specific Barclays loans (0.2); email exchange re: workout timing issues (0.3); email exchange re: revised draft documents re: DBSP disputed loans , including related review (0.4); email exchange with Mr. Logan re: his conversation with Mr. Hart (0.2). |
| 08/07/07 | JS | 6.40 | Receive and review email from Mr. Rooney to Mr. Hart regarding additional DBSP-disputed loans to address (.1); attention to related issues and concerns, talk to Mr. Rooney regarding same and send revised email to Mr. Hart regarding same (.4); receive and review multiple follow-up emails from Mr. Hart and Mr. Rooney regarding related issues, including State's concerns as to the claim that those loans need to be released, and attention to related issues and concerns (.5); email exchanges with Ms. Richman and Mr. Rooney's regarding Ms. Richman's concerns about the brief workout period set forth in the draft Agreed Entry for Release of 5 Loans and Sale of 36 Loans, her suggested revisions thereto and the State's possible issues with certain revisions (.5); draft and edit revised version of Agreed Entry (.5); email to Ms. Richman and Mr. Logan regarding same (.1); email exchanges with Mr. Logan and Mr. Rooney regarding their approval of the same and the plan to submit the same to Mr. Hart (.2); email to Mr. Hart regarding same (.1); receive and review detailed email from Ms. Osborne regarding Barclays-owned loan issues and attention to related issues (.3); multiple email exchanges with Mr. Rooney, Ms. Richman and Mr. Guyder regarding related issues and need for Barclays to resolve any outstanding issues through Ms. Osborne (.5); receive and review detailed email from Mr. Logan regarding discussion with Mr. Hart regarding the DBSP-disputed loans and various related concerns pertaining to the draft Agreed Entry for Release of 5 Loans and Sale of 36 Loans (.3); attention to related issues, review related documents and talk to Mr. Rooney regarding same (.6); review Mr. Logan's spreadsheet of 235 DBSP- |



## ROETZEL &ANDRESS
### A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice:   728091
September 21, 2007
Page 4

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | disputed loans and cross-reference them against client documents and prior Agreed Entries to determine which loans have been previously released or placed on hold and which loans |
| 08/08/07 | DSS | 0.30 | Review several e-mails regarding inquiries from Saxon's attorney to Ohio Attorney General's office (.3) |
| 08/08/07 | JS | 0.70 | Email exchange with Ms. Osborne regarding Barclays-owned loan issues (.2); email exchanges with Mr. Hart and Ms. Richman regarding Mr. Hart's discussion with Mr. Alexander (counsel for Saxon) and related issues and concerns (.3); email exchange with Mr. Hart regarding release of Loan No. 1008821616 (.1); review related documents (.1). |
| 08/09/07 | GWR JR | 2.30 | Review email and attachments from Ms. Richman re: need for Bankruptcy stay in Ohio case (0.3); email exchange with Mr. Schriner re: same (0.2); prepare draft Stay Notice (0.6); email exchange re: Saxon issue (0.2); email exchange with Mr. Hart re: released Ohio property (0.1); prepare Entry of Appearance (0.3); prepare draft Declaration (0.3); email to Mr. Richman re: draft documents for review (0.1); email exchange re: finalization and filing of same (0.2). |
| 08/09/07 | JS | 2.10 | Receive and review emails from Mr. Metcalf and Ms. Richman regarding bankruptcy stay (.1); receive and review Notice of Filing of Chapter 11 Petitions and Imposition of Automatic Stay and the draft Declaration attached thereto (.3); receive and review Court Orders, lifting the stay and scheduling a Case Management Conference, in the Wallace matter (.1); receive and review emails from Ms. Richman and Mr. deVyver regarding related issues (.2); retrieve and review docket for the Wallace matter and attention to reasoning for Court's Order lifting the stay (.3); attention to Ms. Richman's request that a stay be filed on NCEN's behalf and related issues (.2); email exchanges with Mr. Rooney regarding same (.3); receive, review and revise draft Notice and Declaration (.3); email exchanges with Mr. Rooney and Ms. Richman regarding same (.3). |
| 08/10/07 | GWR JR | 1.70 | Review dockets for New Century Financial and New Century Mortgage bankruptcies and Voluntary Petitions (0.8); follow-up email to Ms. Richman re: stay of Carl Wallace matter (0.2); review DBSP sale motion papers 0.3); email exchange with Mr. Logan re: same 0.2); review and approve separate Agreed Entries re: LNFA loans (0.2). |
| 08/10/07 | DSS | 0.20 | Exchange e-mails with New Century's former Ohio Foreclosure counsel regarding status of loans that have been transferred to new servicers (.2); |
| 08/10/07 | JS | 4.70 | Receive and review emails from Mr. Chernek and Mr. Scherzer regarding potential release issues (.2); conference with Mr. Rooney regarding pending issues and lack of response regarding draft Notice of Stay (.3); receive and review follow-up emails from Mr. Rooney and Ms. Richman regarding same (.2); receive and review detailed email from Mr. Logan regarding need to pursue separate Agreed Entries for the release and sale of LNFAs and DBSP-disputed loans (.2); attention to related issues and receive and review Motion for Approval of |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



## ROETZEL &ANDRESS

### A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 728091
September 21, 2007
Page 5

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| | | | Settlement Agreement that has been filed in Bankruptcy Court (.6); draft and edit Agreed Entry for the Release of five (5) loans and Sale of Twenty-Three (23) Loans and the exhibits thereto (1.0); emails to Mr. Logan and Ms. Richman regarding same (.2); draft and edit Agreed Entry for the Release of one (1) Loan and Sale of Twenty-One (21) Loans (1.2); review various client documents regarding related issues and conference with Mr. Rooney regarding same (.5); detailed email to Mr. Logan and Ms. Richman regarding Agreed Entry for Release of One (1) Loan and Sale of Twenty-One (21) Loans (.3). |
| 08/12/07 | JS | 0.60 | Receive and review Mr. Logan and Ms. Newmark's suggested revisions to Agreed Entry for Release of One (1) Loan and Sale of Twenty-One (21) Loans (.3); attention to related issues and email exchange with Mr. Logan regarding same (.3). |
| 08/13/07 | GWR JR | 1.60 | Review revised documents from Mr. Logan (0.2); email exchange with Mr. Schriner re: finalization of Agreed Entries (0.2); review and approve revised LNFA sale documents (0.2); review and approve revised DBSP documents (0.3); email exchange re: DBSP loan deficiency status (0.2); voicemail to Mr. Hart re: DBSP loans (0.1); email exchange re: finalization and filing of Stay Notice for Carl Wallace foreclosure action, including NCFC inclusion (0.2). email exchange re: occupancy status of select loans (0.2); |
| 08/13/07 | JS | 5.20 | Email exchanges and discussion with Mr. Rooney regarding Agreed Entries to be filed and outstanding related thereto (.4); review and revise Agreed Entry for release and sale of LNFAs and Agreed Entry for release and sale of DBSP-disputed loans (.8); email exchanges with Mr. Rooney and Mr. Logan regarding the respective approvals of draft LNFA Agreed Entry (.2); email to and voicemail for Mr. Hart regarding draft LNFA Agreed Entry (.2); receive and review detailed email from Mr. Logan regarding his comments about the draft DBSP-disputed Agreed Entry and his suggested approach for dealing with the Attorney General regarding previously undisclosed loans (.1); attention to related issues and strategy discussion with Mr. Rooney regarding same (.5); email exchanges with Mr. Rooney and Ms. Richman regarding need to updated delinquency status of DBSP-disputed loans (.3); receive and review emails from Mr. Logan to Mr. Gallo regarding draft DBSP-disputed Agreed Entry and proposed strategy for addressing the Attorney General (.3); receive and review spreadsheet from Phong Nguyen regarding updated delinquency status of DBSP-disputed loans (.2); attention to related issues and unresolved matters that need to be answered before approaching the Attorney General and talk to Ms. Richman regarding same (.5); receive and review email from Ms. Richman to Phong Nguyen regarding need to update occupancy status of the DBSP-disputed loans (.1); attention to unresolved DBSP-disputed loan issues and email to Ms. Richman and Mr. Logan regarding same (.3); receive and review emails from Ms. Richman and Mr. Rooney regarding decision to file Notice of Stay in the related trial court matter (.2); attention to issues to be resolved in order to finalize the Notice and Declaration, email exchange with Ms. Richman regarding same, and discussion with Mr. |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice:  728091
September 21, 2007
Page 6

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| | | | Rooney |
| 08/14/07 | GWR JR | 2.80 | Email exchange re: occupancy status of select loans (0.2); review revised drafts of LNFA and DBSP Agreed Entries and exhibits (0.3); discussion with Mr. Schriner re: strategy approach to Mr. Hart re: DBSP disputed loans (0.2); substantive voicemail to Mr. Hart re: DBSP disputed loans (0.1); telephone conference with Mr. Hart re: issues regarding DBSP disputed loans and proposed Settlement Agreement in Bankruptcy Court (0.3); further review of proposed Bankruptcy regarding issues raised (0.4); email to Messrs. Logan and Gallo re: "free and clear" issue 0.2); email exchange with Mr. Hart re: possible additional workout loans, including proposed language (0.4); email to Messrs. Gallo and Logan re: same (0.2); email exchanges re: DBSP issues pending before bankruptcy Court, including pending Motion and draft Order (0.3); email exchange with Mr. Gallo re: proposed revisions (0.2). |
| 08/14/07 | JS | 3.50 | Receive and review email from Mr. Logan regarding DBSP-disputed loan issues and the need to file the DBSP-disputed Agreed Entry soon (.1); attention to related issues and conference with Mr. Rooney regarding same and elements of the draft LNFA Agreed Entry and the DBSP-disputed Agreed Entry to discuss with Mr. Hart (.6); conference call with Mr. Rooney and Mr. Hart regarding related issues and Mr. Hart's concerns about the seemingly inconsistent position taken in the Bankruptcy proceeding with regard to the "free and clear" sale of DBSP-disputed loans (.3); attention to related issues and follow-up discussion with Mr. Rooney regarding same (.3); review and revise the DBSP-disputed Agreed Entry in light of the conference call (.3); email to Mr. Hart regarding same (.1); receive and review email from Mr. Gallo and his suggested revisions to the DBSP-disputed Agreed Entry (.2); attention to related issues and follow-up email to Mr. Gallo regarding same (.3); receive and review email from Mr. Hart regarding his suggested revisions to and additional conditions for the draft LNFA Agreed Entry (.2); attention to related issues, briefly discuss the same with Mr. Rooney, and email to Ms. Richman regarding same (.4); receive and review multiple emails from Mr. Rooney, Mr. Gallo and Mr. Logan regarding Mr. Hart's concerns about the alleged inconsistent positions taken in the Ohio and Bankruptcy proceedings, Mr. Hart's concerns about the sale of the DBSP-disputed loans, and possible means of resolving those concerns, and attention to related issues (.7). |
| 08/14/07 | JK | 0.50 | Notice of Appearance and Notice of Filing Chapter 11 filed at CCCP/time stamped copies returned. |
| 08/15/07 | DT | 0.30 | Brief conference with D. Scherzer re: July billing. |
| 08/15/07 | GWR JR | 2.90 | Initial telephone conference with Mr. Hart re: proposed resolution of DBSP disputed loan issues (0.3); follow-up email to Mr. Hart re: treatment of specific loans (0.2); email exchange with client group recapping discussion with Mr. Hart on current stalemate (0.3); review proposed Bankruptcy Order and related Motion vis-a-vis Mr. Hart's desire for interim Bankruptcy order (0.3); discussion with Mr. |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



## A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 728091
September 21, 2007
Page 7

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| | | | Schriner re: same and also need for Revised State Court Notice re: LNFA loans (0.2); detailed voicemail to Mr. Hart re: possible alternative resolution (0.1); further telephone conference with Mr. Hart re: proposed language in Agreed Entry (0.4); email exchange re: need for clarification of intent of proposed language from Mr. Hart (0.2); email to Mr. Hart seeking clarification of intent of proposed language (0.3); email to client group re: discussion with Mr. Schriner re: same and outstanding issues (0.2); review and approve draft Revised Notice (0.2); email exchange with Mr. Logan re: acceptability of proposed alternative approach to Mr. Hart (0.2). |
| 08/15/07 | DSS | 0.30 | Review correspondence from Attorney M. Mills regarding notice to reporting agencies and prepared e-mail to K. Richman regarding same (0.3); |
| 08/15/07 | JS | 5.40 | Receive and review Mr. Logan's email regarding his concerns about Mr. Hart's suggested revisions to the DBSP-disputed Agreed Entry (.1); attention to related issues and detailed email to Mr. Rooney regarding same (.4); conference with Mr. Rooney regarding related issues and strategy for addressing the Attorney General (.5); conference with Mr. Rooney regarding the results of his discussion with Mr. Hart and the apparent deadlock in resolution discussions (.3); email to Ms. Richman, Mr. Logan and Mr. Cloyd regarding Mr. Hart's proposed 14-day waiting period for newly-revealed DBSP-disputed loans and the number of loans subject thereto (.2); receive and review emails from Mr. Rooney and Mr. Logan regarding statements with the Attorney General and inquiring as to means of possibly satisfying Mr. Hart's concerns (.3); receive and review Debtors' Motion for an Order Approving Bidding Procedures, filed in the Bankruptcy Court, and conference with Mr. Rooney regarding same (.7); receive and review occupancy information for 8 newly-revealed DBSP-disputed loans (.1); attention to related issues and email exchanges with Ms. Richman regarding occupancy designations and the need to upload these loan files to expedite a potential release of the loans (.3); conference with Mr. Rooney regarding related issues (.2); receive and review letter from Ms. Mills regarding New Century's alleged credit-reporting violation of the Stipulated Preliminary Injunction (.2); attention to related issues and receive and review emails from Mr. Scherzer and Ms. Richman regarding same (.2); conference with Mr. Rooney regarding need to amend previously-filed Notice of Transfer of Servicing to accurately reflect the number of loans owned by New Century (.2); draft and edit Revised Notice of Transfer of Servicing (.5); conference with Mr. Rooney regarding |
| 08/16/07 | GWR JR | 3.30 | Email exchange with Mr. Hart re: intent of proposed language and follow-up on various aspects thereof (0.4); telephone conference with Mr. Schriner re: various issues for revised draft of Agreed Entry (.2); review revised draft Agreed Entry, noting areas for further revision (0.2); male revisions to revised draft Agreed Entry (0.3); email to Mr. Schriner re: further revisions (0.1); telephone conference with Mr. Schriner re: strategy for negotiation with Mr. Hart (0.2); email exchange with Ms. Richman re: upload of additional loans (0.1); email exchange with Mr. Logan re: questions on revised draft (0.2); telephone |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



A LEGAL PROFESSIONAL ASSOCIATION

117805.0001                                                  Invoice:  728091
LITIGATION RE TRO                                            September 21, 2007
                                                            Page 8

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| | | | conference with Mr. Schriner re: follow-up with Messrs. Logan and Hart (0.2); telephone conference with Mr. Deutsch re: status (0.2); telephone conference with Messrs. Hart and Schriner re: Agreed Entry negotiation (0.3); email to client group recapping conference call and providing recommendations (0.2); email exchange with Ms. Richman, Mr. Logan and Mr. Schriner re: approval of revise de draft and submission to Mr. Hart (0.2); email exchange with Mr. Hart re: release of 3 additional loans (0.2); email exchange with Messrs. Hart and Richman re: details of certain loans email exchange with Mr, Logan re: proposed language re: Ohio loans (0.3). |
| 08/16/07 | DSS | 1.00 | Prepared correspondence to M. Mills regarding her complaint concerning notice to credit reporting agencies (0.2); Exchange e-mails with K. Richman regarding same (0.2); Review numerous e-mails regarding amended notice to court (0.3); Review numerous e-mails regarding order allowing sale of LNFA loans (0.3); |
| 08/16/07 | DSS | 0.30 | Exchange e-mails with K. Richman and with New Century Ohio foreclosure counsel regarding J. Fellows case (.3) |
| 08/16/07 | JS | 7.50 | Receive and review email from Mr. Hart regarding apparent possibility under his proposed workout conditions that the State's ability to enjoin a foreclosure would be limitless (.1); attention to related issues and talk to Mr. Rooney regarding same (.2); receive and review follow-up email to Mr. Hart regarding same (.1); email exchanges with Mr. Rooney and Ms. Richman regarding requesting and confirming the availability of the 8 new DBSP-disputed loan files for AG review (.2); email exchange with Mr. Logan regarding DBSP-disputed Agreed Entry (.2); review and revise the same accordingly to include suggested revisions from Mr. Gallo, Mr. Logan and Mr. Hart (.6); email exchange and discussion with Mr. Rooney regarding revised Agreed Entry, his further suggested revisions thereto, and strategy for approaching Mr. Hart regarding related issues (.3); Revise the Agreed Entry accordingly and detailed email to Mr. Logan and Ms. Richman regarding same (.2); receive and review email from Mr. Logan regarding his comments and questions about the revised Agreed Entry (.1) attention to related issues, including the misunderstanding of Mr. Hart's proposed workout conditions, talk to Mr. Rooney regarding same and follow-up email exchanges with Mr. Logan regarding same (.6); receive and review emails from Ms. Burroughs and Mr. Scherzer regarding litigation on the Fellows loan (.1); attention to related issues, review client documents and follow-up discussion with Mr. Scherzer regarding same (.3); email exchange with Mr. Logan regarding Stipulated Preliminary Injunction (.2); conference call with Mr. Hart and Mr. Rooney regarding various pending, including draft Agreed Entry, the availability of new loan files for review and the possible release of new loans from the SPI (.3); follow-up discussion with and email from Mr. Rooney regarding |
| 08/17/07 | DT | 2.20 | Review Court docket and prepare and file Certificates of No Objection (1.3); e-mail to D. Scherzer re: filing of same (.1); receipt and review e-mail from D. Scherzer re: July pre-bill (.2); brief conference with D. Scherzer re: same and |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



A  L E G A L  P R O F E S S I O N A L  A S S O C I A T I O N

117805.0001
LITIGATION RE TRO

Invoice: 728091
September 21, 2007
Page 9

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| | | | requested contact information for in-house counsel (.3); e-mail to K. Richman attaching copies of filed Certificated of No Objection and request for payment (.3). |
| 08/17/07 | GWR JR | 0.70 | Review revised draft from Mr. Logan re: Ohio litigation (0.1); email to Mr. Logan re: approval (0.1); email to Mr. Hart re: disputed DBSP sale document exhibits (0.2); email exchange with Mr. Hart re: LNFA loan workout (0.1); review and approve revised draft LNFA sale approval documents (0.2). |
| 08/17/07 | DSS | 0.30 | Review correspondence from M. Mills regarding credit reporting information (.1); Prepared e-mail to K. Richman regarding same (.2) |
| 08/17/07 | JS | 1.00 | Receive and review Mr. Logan's revised summary to be provided to RMS (.2); receive and review email from Mr. Rooney regarding related issues (.1); receive and review emails from Mr. Hart and Mr. Rooney regarding one additional LNFA to be subject to workout conditions (.2); revise LNFA Agreed Entry and the exhibits thereto, accordingly (.4); conference with Mr. Rooney regarding related issues and status of discussions with Mr. Hart (.2); email to Mr. Hart regarding revised LNFA Agreed Entry (.1). |
| 08/19/07 | JS | 0.30 | Attention to various pending issues, including both draft Agreed Entries, which are awaiting state approval, the upcoming Bankruptcy Court hearing on the Motion for Approval of Sale of the DBSP-disputed loans, and potential courses of action in the Ohio litigation. |
| 08/20/07 | GWR JR | 1.60 | Email exchanges re: finalization and 8/21 filing of DBSP-related Agreed Entry (0.3); telephone conference with Mr. Schriner re: last minute revision (0.2); email exchanges with Messrs. Hart, Logan, Gallo and Schriner re: approval and filing of DBSP documents (0.4); email exchanges with Mr. Hart re: additional LNFA issues (0.2); email exchange with Mr. Hart re: last-minute DBSP document revision, and approval from Mr. Gallo (0.3); review and approve revised LNFA documents (0.2). |
| 08/20/07 | DSS | 0.20 | Exchange e-mails with G. Rooney and J. Schriner regarding Court's request to file a Notice of Filing of Bankruptcy (.2) |
| 08/20/07 | JS | 4.70 | Email exchanges with Mr. Hart regarding the State's approval of the DBSP-disputed Agreed Entry (.2); receive and review the revised exhibits thereto from Mr. Hart and cross-reference the same against client documents to ensure accuracy (.3); email exchange with Mr. Gallo regarding his approval of the revised DBSP-disputed Agreed Entry (.2); talk to Mr. Hart regarding related issues (.2); email exchanges with Mr. Rooney and Mr. Logan regarding related issues (.2); email exchanges and discussion with Mr. Kraus regarding arrangements for signature and filing of DBSP-disputed Agreed Entry (.2); Multiple conversations with the Court regarding related issues and the need to re-schedule signature and filing for 8/21 (.3); follow-up email exchanges with Mr. Kraus regarding plan to go to Court on 8/21 at 10:00 (.1); email exchange with Mr. Cloyd regarding Stipulated Preliminary Injunction (.2); revise LNFA Agreed |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



**A LEGAL PROFESSIONAL ASSOCIATION**

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| | | | Entry and the exhibits thereto (.2); email to Mr. Hart regarding same and possibility of filing the same tomorrow (.1); email exchanges with Mr. Hart regarding new survey results and changes to be made to the LNFA exhibits (.2); talk to Mr. Hart regarding changes that must be made to DBSP-disputed Agreed Entry before filing on 8/21 (.2); attention to related issues and discussion with mr. Rooney regarding same (.3); email to and discussion with Mr. Gallo regarding his approval of the further revised DBSP-disputed Agreed Entry (.3); email exchange with Mr. Hart regarding consent of all parties to the further-revised DBSP-disputed Agreed Entry and the plan to pursue 8/21 filing of the same (.2); discussion with and email from Mr. Hart regarding additional revisions to be made to the LNFA Agreed Entry and the exhibits thereto (.3); revise the same accordingly and email to Mr. Hart regarding same (.4); follow-up email exchanges with |
| 08/21/07 | GWR JR | 1.00 | Email exchanges and discussions re: court's request for filing of Notice of Bankruptcy, including content (0.5); review and approve last-minute revisions to LNFA documents (0.2); email exchange re: court submittal status (0.1); further email exchange re: court-requested Notice of Bankruptcy (0.2). |
| 08/21/07 | DSS | 0.80 | Prepared e-mail to K. Richman and B. Logan regarding Judge Gallagher's request that New Century file a Notice of Bankruptcy (.3); Telephone call with Judge Gallagher's staff attorney regarding same (.2); Exchange e-mails with J. Schriner and G. Rooney regarding same (.3) |
| 08/21/07 | JS | 4.20 | Email to Mr. Kraus regarding possibility of filing the LNFA Agreed Entry, in addition to the DBSP-disputed Agreed Entry, today (.1); email exchanges with Mr. Hart regarding related issues (.2); receive and review finalized exhibits to the LNFA Agreed Entry from Mr. Hart and cross-reference the same against client documents to verify accuracy (.3); email exchanges with Mr. Hart regarding his suggested revisions to the LNFA Agreed Entry and the eventual confirmation that it need not be made (.2); revise and finalize both Agreed Entries for presentation to the Court and emails to Mr. Kraus regarding same (.4); meet with Mr. Kraus at Judge Gallagher's chambers to sign Agreed Entries and address related issues with the Judge's law clerk (1.2); detailed follow-up emails to Ms. Richman, Mr. Logan and Mr. Gallo regarding related issues (.2); email exchanges with Mr. Hart, Ms Richman and Mr. Rooney regarding ownership information for the first mortgage loan for one of the specified LNFAs, and review client documents regarding related issues (.4); talk to Judge's law clerk regarding Notice of Bankruptcy issues and email to Mr. Rooney and Mr. Scherzer regarding related issues (.2); follow-up email exchanges with Mr. Rooney regarding related concerns (.2); follow-up discussion with law clerk regarding related issues and status of Agreed Entries (.2); email to Mr. Scherzer and Mr. Rooney regarding additional Notice of Bankruptcy issues (.2); follow-up email exchanges with Mr. Scherzer regarding suggested course of action (.2); receive and review copies of both Agreed Entries that have been signed by the Judge and emails to Ms. Richman, Mr. Logan and Mr. Gallo regarding same (.2); |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice:  728091
September 21, 2007
Page 11

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 08/22/07 | GWR JR | 0.20 | Continuing email exchange re: court-requested Notice of Bankruptcy, including lack of stay (0.2). |
| 08/22/07 | DSS | 0.30 | Exchange e-mails with B. Logan, New Century's bankruptcy counsel, regarding Judge Gallagher's insistence that a Notice of Filing of Bankruptcy be filed in the Ohio case (.3) |
| 08/22/07 | JS | 0.60 | Email exchanges with Mr. Scherzer and Mr. Logan regarding potential filing of Notice of Bankruptcy, and attention to related issues, including the Court's expressed interest on the issue (.4); email exchanges with Mr. Kraus regarding Agreed Entries for LNFA and DBSP-disputed loans (.2). |
| 08/23/07 | GWR JR | 0.20 | Review and approve draft Notice for filing. |
| 08/23/07 | DSS | 0.30 | Review several e-mails regarding the status of the DB and LFNA loans (.3) |
| 08/23/07 | JS | 1.50 | Retrieve and review updated docket, and attention to journalization of both Agreed Entries (.1); receive and review journalized Agreed Entries (.2); emails to and exchanges with Mr. Logan, Mr. Hart, Mr. Kraus and Mr. Gallo regarding same and related issues (.3); conference with Mr. Scherzer regarding Notice of Bankruptcy issues (.2); receive and review sample Notice and email exchange with Mr. Metcalf regarding same (.2); attention to status of Ohio litigation in the wake of the Agreed Entries New Century's interest therein, and strategy for moving forward, and email to mr. Scherzer and Mr. Rooney regarding same (.3); email exchanges with Mr. Power regarding status of matter and jounalization of DBSP-disputed Agreed Entry (.2). |
| 08/24/07 | DSS | 0.60 | Review and revise Notice of Filing of Bankruptcy to be filed in Ohio case (.2); Prepared letter to Judge Gallagher regarding same (.2); Prepared e-mail to K. Richman regarding same (.2) |
| 08/24/07 | JS | 0.80 | Receive and review email from Mr. Rooney regarding potential alternative future courses of action in the Ohio litigation, and attention to related issues (.2); draft and edit Notice of Commencement of Bankruptcy Proceedings and the Declaration of Donald S. Scherzer in support of the same (.5); receive and review follow-up email from Mr. Scherzer regarding as-filed versions of the same (.1). |
| 08/27/07 | JS | 0.20 | Email exchange with Ms. Richman regarding issues previously raised by Mr. Guyder. |
| 08/28/07 | DSS | 0.40 | Review e-mail from K. Richman regarding status of matter (.2); Exchange e-mails with K. Richman regarding correction of report to credit agencies for a borrower (.2) |
| 08/28/07 | JS | 0.30 | Receive and review email from Mr. Hart regarding Agreed Entries (.1); attention to related issues and New Century's interest in the ongoing litigation (.2). |
| 08/29/07 | JS | 0.20 | Email exchange with Mr. Rooney regarding status of matter and discussions with |



# ROETZEL & ANDRESS
## A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice:  728091
September 21, 2007
Page 12

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| | | | Mr. Hart, and attention to related issues. |
| 08/30/07 | GWR JR | 0.20 | Telephone conference with Mr. Hart re: reason for and effect of Notice (0.2). |
| 08/30/07 | DSS | 0.80 | Review e-mail from K. Richman regarding necessity to amend report to credit agencies and attachment thereto (.2); Prepared letter to borrower regarding same (.2); Review e-mail from D. Reimer, Ohio Foreclosure counsel, regarding initiation of new foreclosure actions in Ohio (.1) ;Prepared e-mail to K. Richman regarding same (.3); |
| 08/30/07 | JS | 0.50 | Email exchanges with Mr. Rooney regarding status of case, Notice of Bankruptcy and Mr. Hart's general proposals with regard to the ongoing litigation, including a potential Consent Judgment (.2); attention to related issues and discuss the same with Mr. Scherzer (.1); receive and review emails from Mr. Reimer and Mr. Scherzer regarding various foreclosure-action-re lated issues, and consider potential courses of action (.2). |
| 08/31/07 | GWR JR | 0.20 | Email exchange re: suggested response to Barclays counsel to minimize further inquiries (0.2). |
| 08/31/07 | DSS | 0.60 | Exchange several e-mails regarding inquiries from counsel for Barclay's regarding status of matter (.3); Telephone call with R. Hart of the Ohio Attorney General's office regarding status of various issues (.3) |
| 08/31/07 | JS | 0.70 | Receive and review email from Mr. Guyder requesting an update on the status of the matter (.1); email exchanges with Mr. Rooney, Mr. Scherzer and Ms. Richman regarding related issues and concerns (.3); follow-up email to Mr. Guyder regarding same (.1); receive and review email from Ms. Richman regarding issues relating to Mr. Reimer's email, and attention to related issues (.2). |

Professional Services                                                          $    28,548.50

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| George W Rooney, Jr. | 28.70 | 375.00 | 10,762.50 |
| Donald S Scherzer | 6.60 | 400.00 | 2,640.00 |
| Diana Thimmig | 3.90 | 340.00 | 1,326.00 |
| John Schriner | 60.00 | 230.00 | 13,800.00 |
| Justin Krumm | 0.50 | 40.00 | 20.00 |
| Totals | 99.70 | | 28,548.50 |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice:  728091
September 21, 2007
Page 13

## Costs Advanced

| Date | Description | Amount |
|------|-------------|--------|
| | Copy Charges | 147.00 |
| | Facsimile | 8.00 |
| 07/25/07 | Vendor:Federal Express Corporation - Inv. 218044457 | 20.42 |
| 07/25/07 | Vendor:Federal Express Corporation - Inv. 218044457 | 20.42 |
| 07/25/07 | Vendor:Federal Express Corporation - Inv. 218044457 | 20.42 |
| 07/25/07 | Vendor:Federal Express Corporation - Inv. 218044457 | 20.42 |
| 07/25/07 | Vendor:Federal Express Corporation - Inv. 218044457 | 27.44 |
| 07/25/07 | Vendor:Federal Express Corporation - Inv. 218044457 | 27.44 |
| 07/25/07 | Vendor:Federal Express Corporation - Inv. 218044457 | 27.44 |

Total Costs Advanced                                                                  319.00

**Invoice Total**                                                          **$   28,867.50**

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE
PLEASE REMIT PAYMENT UPON RECEIPT**



A LEGAL PROFESSIONAL ASSOCIATION

REMIT TO ADDRESS:
222 S. MAIN STREET
AKRON, OHIO 44308-2098
(330) 376-2700
FAX (330) 376-4577
ramail@ralaw.com

FEDERAL TAX ID #34-1245415

# REMITTANCE PAGE
### For Professional Services Rendered

NEW CENTURY FINANCIAL CORP.
18400 VON KARMAN AVE.
SUITE 1000
IRVINE, CA 90017

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice: 728091
Client/Matter: 117805.0001
Billing Atty: DSS
September 21, 2007

**Invoice Total**                                    $  28,867.50

Remit To Address:
222 S. Main Street
Akron, OH 44308-2098

Wire/ACH Instructions:
Chase Bank
50 S. Main Street
Akron, OH 44308
ACH Routing Number 044000037
Wire Routing Number 021000021
Account Number 872113898
Swift Code CHASUS33

Akron    Cincinnati    Cleveland    Columbus    Toledo    Fort Myers    Naples    Orlando    Tallahassee    Washington D.C.

www.ralaw.com

# FedEx.

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 2-180-44457 | Aug 01, 2007 | 1969-4347-1 |

Tracking ID: 790299615497 continued

| | | | | |
|---|---|---|---|---|
| Delivered | Jul 26, 2007 10:42 | Earned Discount | | -3.36 |
| Svc Area | A4 | Automation Bonus Discount | | -2.52 |
| Signed by | 9999999999999 | Fuel Surcharge | | 1.77 |
| FedEx Use | 000000000/0000222/02 | Residential Delivery | | 2.20 |
| | | **Total Charge** | **USD** | **$14.89** |

**Dropped off: Jul 25, 2007**   **Cust. Ref.: 117805.0001 DT**   **Ref. #2:**
**Payor: Shipper**   **Ref. #3:**

* The Earned Discount for this ship date has been calculated based on a revenue threshold of $1264.92
* Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
* Distance Based Pricing, Zone 4
* FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
* The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Liz Skwirut | Joseph McMahan, Esq. | |
| Tracking ID | 790299820171 | Roetzel | Office of the United States Tr | |
| Service Type | FedEx Priority Overnight | 1375 East Ninth Street | 844 King Street | |
| Package Type | FedEx Pak | CLEVELAND OH 44113 US | WILMINGTON DE 19801 US | |
| Zone | 04 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 26.85 |
| Delivered | Jul 26, 2007 10:06 | Automation Bonus Discount | | -4.03 |
| Svc Area | A1 | Earned Discount | | -4.83 |
| Signed by | R.WINSON | Fuel Surcharge | | 2.43 |
| FedEx Use | 000000000/0001530/_ | **Total Charge** | **USD** | **$20.42** |

**Dropped off: Jul 25, 2007**   **Cust. Ref.: 113095.0234 (HSK)**   **Ref. #2:**
**Payor: Shipper**   **Ref. #3:**

* The Earned Discount for this ship date has been calculated based on a revenue threshold of $1264.92
* Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
* Distance Based Pricing, Zone 2

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Hugh S. Kinast, Esq. | Ryan L. Rivchun, Esq. | |
| Tracking ID | 790790868389 | Roetzel & Andress LPA | Dinn Hochman & Potter LLC | |
| Service Type | FedEx Standard Overnight | One Cleveland Center | 5910 Landerbrook Dr. | |
| Package Type | FedEx Envelope | CLEVELAND OH 44114 US | CLEVELAND OH 44124 US | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 12.45 |
| Delivered | Jul 26, 2007 11:35 | Earned Discount | | -2.49 |
| Svc Area | A2 | Automation Bonus Discount | | -1.87 |
| Signed by | D.WHALEN | Fuel Surcharge | | 1.09 |
| FedEx Use | 000000000/0000200/_ | **Total Charge** | **USD** | **$9.18** |

**Dropped off: Jul 25, 2007**   **Cust. Ref.: 117805.0001 DT**   **Ref. #2:**
**Payor: Shipper**   **Ref. #3:**

* Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
* The Earned Discount for this ship date has been calculated based on a revenue threshold of $1264.92
* Distance Based Pricing, Zone 8
* FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
* The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Liz Skwirut | Monika McCarthy | |
| Tracking ID | 791351549751 | Roetzel | New Century Mortgage Corporati | |
| Service Type | FedEx Priority Overnight | 1375 East Ninth Street | 18400 Von Karman Avenue | |
| Package Type | FedEx Pak | CLEVELAND OH 44113 US | IRVINE CA 92612 US | |
| Zone | 08 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 36.10 |
| Delivered | Jul 26, 2007 09:53 | Fuel Surcharge | | 3.26 |
| Svc Area | A2 | Earned Discount | | -6.50 |
| Signed by | J.HAWKINS | Automation Bonus Discount | | -5.42 |
| FedEx Use | 000000000/0001618/_ | **Total Charge** | **USD** | **$27.44** |

FedEx.

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-180-44457 | Aug 01, 2007 | 1969-4347-1 | 17 of 30 |

**Dropped off: Jul 25, 2007**    **Cust. Ref.: 117805.0001**    **Ref. #2:**
**Payor: Shipper**    **Ref. #3:**

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1264.92
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- Distance Based Pricing, Zone 4
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 791728923970 | Liz Skwirut | Mark D. Collins, Michael J. Me |
| Service Type | FedEx Priority Overnight | Roetzel | Richards, Layton & Finger, PA |
| Package Type | FedEx Pak | 1375 East Ninth Street | 920 North King Street |
| Zone | 04 | CLEVELAND OH 44113 US | WILMINGTON DE 19899 US |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | 26.85 |
| Delivered | Jul 26, 2007 10:14 | Earned Discount | -4.83 |
| Svc Area | A2 | Automation Bonus Discount | -4.03 |
| Signed by | T.SMITH | Fuel Surcharge | 2.43 |
| FedEx Use | 000000000/0001530/_ | **Total Charge**      **USD** | **$20.42** |

**Dropped off: Jul 25, 2007**    **Cust. Ref.: 117165.0060 EH**    **Ref. #2:**
**Payor: Shipper**    **Ref. #3:**

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1264.92
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 791728981736 | Tracy Halloran | Servicing Department |
| Service Type | FedEx Standard Overnight | Roetzel | LaSalle Bank National Associat |
| Package Type | FedEx Envelope | 1375 East Ninth Street | 135 S. LaSalle Street |
| Zone | 03 | CLEVELAND OH 44114 US | CHICAGO IL 60603 US |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 14.50 |
| Delivered | Jul 26, 2007 10:01 | Earned Discount | -2.90 |
| Svc Area | A1 | Automation Bonus Discount | -2.18 |
| Signed by | C.LINER | Fuel Surcharge | 1.27 |
| FedEx Use | 000000000/0000211/_ | **Total Charge**      **USD** | **$10.69** |

**Dropped off: Jul 25, 2007**    **Cust. Ref.: 020090.0067 MLS**    **Ref. #2:**
**Payor: Shipper**    **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1264.92
- Distance Based Pricing, Zone 5

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 791729074059 | Mark L. Sarlson | Dallas County Recorder |
| Service Type | FedEx Priority Overnight | Roetzel | 509 Main Street, Suite 200 |
| Package Type | FedEx Envelope | 1375 E. 9th St., 9th Floor | DALLAS TX 75202 US |
| Zone | 05 | CLEVELAND OH 44114 US | |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 19.50 |
| Delivered | Jul 26, 2007 09:10 | Fuel Surcharge | 1.71 |
| Svc Area | A1 | Automation Bonus Discount | -2.93 |
| Signed by | B.BALLARD | Earned Discount | -3.90 |
| FedEx Use | 000000000/0000219/_ | **Total Charge**      **USD** | **$14.38** |

**Dropped off: Jul 25, 2007**    **Cust. Ref.: 117165.0060 EH**    **Ref. #2:**
**Payor: Shipper**    **Ref. #3:**

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1264.92
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 792384639659 | Tracy Halloran | Matthew Snyder |
| Service Type | FedEx Standard Overnight | Roetzel | LaSalle Bank National Associat |
| Package Type | FedEx Envelope | 1375 East Ninth Street | 135 S. LaSalle Street |
| Zone | 03 | CLEVELAND OH 44114 US | CHICAGO IL 60603 US |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 14.50 |
| Delivered | Jul 26, 2007 10:01 | Earned Discount | -2.90 |
| Svc Area | A1 | Automation Bonus Discount | -2.18 |

Continued on next page

76761 9/15





| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-180-44457 | Aug 01, 2007 | 1969-4347-1 | 18 of 30 |

Tracking ID: 792384639659 continued
Signed by          C.LINER
FedEx Use          000000000/0000211/_

Fuel Surcharge                                                    1.27
**Total Charge**                         USD                   **$10.89**

**Dropped off:** Jul 25, 2007          **Cust. Ref:** 110726.0002          **Ref. #2:**
**Payor:** Shipper                     **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1264.92
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Richard A. Plewacki | Melissa Nielsen |
| Tracking ID | 792384980600 | Roetzel & Andress LPA | Nilles Law Firm |
| Service Type | FedEx Standard Overnight | 1375 East Ninth Street | 1800 Radisson Tower |
| Package Type | FedEx Pak | CLEVELAND OH 44114 US | FARGO ND 58108 US |
| Zone | 05 | | |
| Packages | 1 | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | 29.95 |
| Delivered | Jul 26, 2007 12:20 | Automation Bonus Discount | -4.49 |
| Svc Area | AA | Fuel Surcharge | 2.71 |
| Signed by | C.BJORNSON | Earned Discount | -5.39 |
| FedEx Use | 000000000/0001349/_ | **Total Charge**          USD | **$22.78** |

**Dropped off:** Jul 25, 2007          **Cust. Ref:** 117205.0001 DT          **Ref. #2:**
**Payor:** Shipper                     **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1264.92
- Distance Based Pricing, Zone 4
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Liz Skwirut | Holly Felder Etlin |
| Tracking ID | 792527777412 | Roetzel | AP Services, LLC |
| Service Type | FedEx Priority Overnight | 1375 East Ninth Street | 9 West 57th Street |
| Package Type | FedEx Pak | CLEVELAND OH 44113 US | NEW YORK CITY NY 10019 US |
| Zone | 04 | | |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | 26.85 |
| Delivered | Jul 26, 2007 10:17 | Fuel Surcharge | 2.43 |
| Svc Area | A1 | Automation Bonus Discount | -4.03 |
| Signed by | M.ROBINSON | Earned Discount | -4.83 |
| FedEx Use | 000000000/0001530/_ | **Total Charge**          USD | **$20.42** |

**Dropped off:** Jul 25, 2007          **Cust. Ref:** 119568.0001 (JAI)          **Ref. #2:**
**Payor:** Shipper                     **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1264.92
- Distance Based Pricing, Zone 2

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Christine Woodruff | JANE WECKMAN |
| Tracking ID | 792527836996 | ralaw | 121 West Fourth Street |
| Service Type | FedEx Priority Overnight | 1375 East Ninth Street | DOVER OH 44622 US |
| Package Type | FedEx Envelope | CLEVELAND OH 44114 US | |
| Zone | 02 | | |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 14.50 |
| Delivered | Jul 26, 2007 10:22 | Fuel Surcharge | 1.57 |
| Svc Area | AA | Residential Delivery | 2.20 |
| Signed by | J.WECKMAN | Automation Bonus Discount | -2.18 |
| FedEx Use | 000000000/0000186/_ | Earned Discount | -2.90 |
| | | **Total Charge**          USD | **$13.19** |

**FedEx.**

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-180-44457 | Aug 01, 2007 | 1969-4347-1 | 19 of 30 |

Dropped off: Jul 25, 2007                Cust. Ref.: 117805-0001 D3                Ref. #2:
Payer: Shipper                                                                Ref. #3:

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1264.92
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- Distance Based Pricing, Zone 4
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Liz Skwirut | Bonnie Fatell | |
| Tracking ID | 792528042713 | Roetzel | Blank Rome LLP | |
| Service Type | FedEx Priority Overnight | 1375 East Ninth Street | 1201 Market Street | |
| Package Type | FedEx Pak | CLEVELAND OH 44113 US | WILMINGTON DE 19801 US | |
| Zone | 04 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 26.85 |
| Delivered | Jul 26, 2007 10:19 | Automation Bonus Discount | | -4.03 |
| Svc Area | A1 | Earned Discount | | -4.83 |
| Signed by | P.CLARK | Fuel Surcharge | | 2.43 |
| FedEx Use | 000000000/0001530/_ | **Total Charge** | **USD** | **$20.42** |

Dropped off: Jul 25, 2007                Cust. Ref.: XXXXXXXXXX                Ref. #2:
Payer: Shipper                                                                Ref. #3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1264.92
- Distance Based Pricing, Zone 4
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

*THIMMIG  110805-0001*

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Liz Skwirut | Mark S. Indelicato | |
| Tracking ID | 798226786579 | Roetzel | Hahn & Hessen LLP | |
| Service Type | FedEx Priority Overnight | 1375 East Ninth Street | 488 Madison Avenue | |
| Package Type | FedEx Pak | CLEVELAND OH 44113 US | NEW YORK CITY NY 10022 US | |
| Zone | 04 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 26.85 |
| Delivered | Jul 26, 2007 10:08 | Fuel Surcharge | | 2.43 |
| Svc Area | A1 | Automation Bonus Discount | | -4.03 |
| Signed by | E.BEDWARD | Earned Discount | | -4.83 |
| FedEx Use | 000000000/0001530/_ | **Total Charge** | **USD** | **$20.42** |

Dropped off: Jul 25, 2007                Cust. Ref.: 115035-0089 ASP                Ref. #2:
Payer: Shipper                                                                Ref. #3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1264.92
- Distance Based Pricing, Zone 4

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Elizabeth Lieblich | Legal Department | |
| Tracking ID | 798726080120 | Roetzel | Staples The Office Superstore | |
| Service Type | FedEx Standard Overnight | 1375 East Ninth Street | 500 Staples Drive | |
| Package Type | FedEx Envelope | CLEVELAND OH 44114 US | FRAMINGHAM MA 01701 US | |
| Zone | 04 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 16.80 |
| Delivered | Jul 26, 2007 09:10 | Automation Bonus Discount | | -2.52 |
| Svc Area | A2 | Fuel Surcharge | | 1.47 |
| Signed by | G.WATSON | Earned Discount | | -3.36 |
| FedEx Use | 000000000/0000222/_ | **Total Charge** | **USD** | **$12.39** |



| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 2-180-44457 | Aug 01, 2007 | 1969-4347-1 |

**Dropped off: Jul 25, 2007**  **Cust. Ref: 118082.0002 JCB**  **Ref. #2:**
**Payor: Shipper**  **Ref. #3:**
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1264.92
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- Distance Based Pricing, Zone 3
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | | | |
|---|---|---|---|---|
| Automation | INET | | Recipient | |
| Tracking ID | 798726292699 | Sender | Francis Nzeribe | |
| Service Type | FedEx Standard Overnight | Jeffrey Barlow, Esq. | LaSalle Bank National Associat | |
| Package Type | Customer Packaging | Roetzel & Andress Co., LPA | Real Estate Capital Markets | |
| Zone | 03 | 1375 E. 9th Street | CHICAGO IL 60603 US | |
| Packages | 1 | CLEVELAND OH 44114 US | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | Transportation Charge | | 21.10 |
| Delivered | Jul 26, 2007 10:01 | Earned Discount | | -3.80 |
| Svc Area | A1 | Automation Bonus Discount | | -3.17 |
| Signed by | C.LINER | Fuel Surcharge | | 1.91 |
| FedEx Use | 000000000/0001305/_ | **Total Charge** | **USD** | **$16.04** |

**Dropped off: Jul 25, 2007**  **Cust. Ref: 026080.0007 MLS**  **Ref. #2:**
**Payor: Shipper**  **Ref. #3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1264.92
- Distance Based Pricing, Zone 2

| | | | | |
|---|---|---|---|---|
| Automation | INET | | Recipient | |
| Tracking ID | 799181613578 | Sender | Allen County Recorder's Office | |
| Service Type | FedEx Priority Overnight | Mark L. Sarlson | 301 N. Main St., Room 204 | |
| Package Type | FedEx Envelope | Roetzel | LIMA OH 45801 US | |
| Zone | 02 | 1375 E. 9th St., 9th Floor | | |
| Packages | 1 | CLEVELAND OH 44114 US | | |
| Rated Weight | N/A | Transportation Charge | | 14.50 |
| Delivered | Jul 26, 2007 12:08 | Fuel Surcharge | | 1.27 |
| Svc Area | AA | Automation Bonus Discount | | -2.18 |
| Signed by | A.PINWOOD | Earned Discount | | -2.90 |
| FedEx Use | 000000000/0000186/_ | **Total Charge** | **USD** | **$10.69** |

**Dropped off: Jul 25, 2007**  **Cust. Ref: 117905.0001 DT**  **Ref. #2:**
**Payor: Shipper**  **Ref. #3:**
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1264.92
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- Distance Based Pricing, Zone 8
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | | | |
|---|---|---|---|---|
| Automation | INET | | Recipient | |
| Tracking ID | 799181791196 | Sender | Bennett, Shirley Spiegel, Cho, | |
| Service Type | FedEx Priority Overnight | Liz Skwirut | Kirkland & Ellis | |
| Package Type | FedEx Pak | Roetzel | 777 South Figueroa Street | |
| Zone | 08 | 1375 East Ninth Street | LOS ANGELES CA 90017 US | |
| Packages | 1 | CLEVELAND OH 44113 US | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 36.10 |
| Delivered | Jul 26, 2007 09:11 | Earned Discount | | -6.50 |
| Svc Area | A1 | Fuel Surcharge | | 3.26 |
| Signed by | D.STUARD | Automation Bonus Discount | | -5.42 |
| FedEx Use | 000000000/0001618/_ | **Total Charge** | **USD** | **$27.44** |

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-180-44457 | Aug 01, 2007 | 1969-4347-1 | 21 of 30 |

**Dropped off:** Jul 25, 2007    **Cust. Ref.:** 119085-0001-01    **Ref. #2:**
**Payor:** Shipper    **Ref. #3:**

*117805-0001 DT*

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1264.92
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- Distance Based Pricing, Zone 8
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type; therefore, FedEx Envelope was rated as FedEx Pak.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Liz Skwirut | Suzzanne Uhland | |
| Tracking ID | 799681096365 | Roetzel | O'Melveny & Myers LLP | |
| Service Type | FedEx Priority Overnight | 1375 East Ninth Street | 400 S. Hope Street | |
| Package Type | FedEx Pak | CLEVELAND OH 44113 US | LOS ANGELES CA 90071 US | |
| Zone | 08 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 36.10 |
| Delivered | Jul 26, 2007 08:52 | Earned Discount | | -6.50 |
| Svc Area | A1 | Automation Bonus Discount | | -5.42 |
| Signed by | R.JONES | Fuel Surcharge | | 3.26 |
| FedEx Use | 000000000/0001618/_ | **Total Charge** | **USD** | **$27.44** |

**Dropped off:** Jul 25, 2007    **Cust. Ref.:** 119389-0001    **Ref. #2:**
**Payor:** Shipper    **Ref. #3:**

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1264.92
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- Distance Based Pricing, Zone 2

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Karen ONeill | William Salem | |
| Tracking ID | 799681506305 | ralaw | 2359 Michelle Court | |
| Service Type | FedEx Priority Overnight | 1375 East Ninth Street | WILLOUGHBY OH 44094 US | |
| Package Type | FedEx Envelope | CLEVELAND OH 44114 US | | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 14.50 |
| Delivered | Jul 27, 2007 09:33 | Earned Discount | | -2.90 |
| Svc Area | A2 | Automation Bonus Discount | | -2.18 |
| Signed by | W.SALEM | Residential Delivery | | 2.20 |
| FedEx Use | 000000000/0000186/_ | Fuel Surcharge | | 1.57 |
| | | **Total Charge** | **USD** | **$13.19** |

**Dropped off:** Jul 26, 2007    **Cust. Ref.:** 117185-0046-JB    **Ref. #2:**
**Payor:** Shipper    **Ref. #3:**

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1264.92
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Tracy Halloran | Brabara Lowery | |
| Tracking ID | 790300560586 | Roetzel | LaSalle Bank National Associat | |
| Service Type | FedEx Standard Overnight | 1375 East Ninth Street | 135 S. LaSalle Street | |
| Package Type | FedEx Envelope | CLEVELAND OH 44114 US | CHICAGO IL 60603 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 14.50 |
| Delivered | Jul 27, 2007 09:53 | Earned Discount | | -2.90 |
| Svc Area | A1 | Automation Bonus Discount | | -2.18 |
| Signed by | C.LINER | Fuel Surcharge | | 1.27 |
| FedEx Use | 000000000/0000211/_ | **Total Charge** | **USD** | **$10.69** |

**Dropped off:** Jul 26, 2007    **Cust. Ref.:** 113227-0002 Lsstati    **Ref. #2:**
**Payor:** Shipper    **Ref. #3:**

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1264.92
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- Distance Based Pricing, Zone 6

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Karen ONeill | Lisha Millar | |
| Tracking ID | 790791885322 | ralaw | Gator Investments | |
| Service Type | FedEx Priority Overnight | 1375 East Ninth Street | 1595 N. E. 163rd Street | |
| Package Type | FedEx Envelope | CLEVELAND OH 44114 US | MIAMI FL 33162 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 20.55 |
| Delivered | Jul 27, 2007 08:51 | Earned Discount | | -4.11 |

Continued on next page

76761 11/15

# EXHIBIT B

### EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Copies | | $147.00 |
| Facsimile | | $8.00 |
| Federal Express | | $164.00 |
| **TOTAL** | | **$319.00** |