**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on September 28, 2007, I caused copies of the foregoing Certificate of No Objection to be served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: September 28, 2007         /s/ **Adam Hiller**
      Wilmington, Delaware         Adam Hiller (DE No. 4105)
                                       Draper & Goldberg, PLLC
                                       1500 North French Street, 2nd Floor
                                       Wilmington, Delaware 19801
                                       (302) 339-8776 telephone
                                       (302) 213-0043 facsimile

                                       *Attorney for Movant*

New Century TRS Holdings
18400 Von Karman Ave.
Irvine, CA 92612
*Debtor*

Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for the Debtor*

Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for the Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee
  of Unsecured Creditors*

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison Ave.
14th & 15th Floor
New York, NY 10022
*Attorneys for the Official Committee
  of Unsecured Creditors*