IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § § § § § § § | CASE NO. 07-10416 (KJC) |
| **NEW CENTURY TRS HOLDINGS, INC.,** A DELAWARE CORPORATION, et al (Debtors) | | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS
_____

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of the following Taxing Authority located in the State of Texas, specifically to wit:

**PASADENA INDEPENDENT SCHOOL DISTRICT**

(hereinafter referred to as "Taxing Authority"), secured creditor and party-in-interest in the above-referenced and styled bankruptcy proceedings The undersigned further requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan or reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced and styled bankruptcy proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy rules 2002(a)and (b), 3017(a) and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor in care of the undersigned at the address set forth below:

Respectfully submitted,

 /s/ Dexter D. Joyner_____
**DEXTER D. JOYNER**;
 State Bar No. 11039000 (Federal Bar No. 18365)
 ATTORNEY FOR THE PASADENA
 INDEPENDENT SCHOOL DISTRICT
 4701 Preston
 Pasadena, Texas  77505
 281/ 991-6095  Fax: 281 991-6012

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing has been this date mailed to the parties listed below:

| | | |
|---|---|---|
| Mark D. Collins | Suzanne S. Uhland | U.S. Trustee |
| Michael J. Merchant | Ben H. Logan | Office of the U.S. Trustee |
| Christopher M. Samis | O'Melveny & Myers LLP | 844 King Street, Room 2207 |
| Richards, Layton & Finger, P.A. | 275 Battery Street | Lockbox #35 |
| One Rodney Square | San Francisco, CA  94111 | Wilmington, DE  19899-0035 |
| 920 North King Street | | |
| Wilmington, DE  19801 | **Transmitted electronically to all parties requesting Notice** | |

Dated this    28th    day of    September    , 2007    /s/ Dexter D. Joyner   
                                                                              **DEXTER D. JOYNER**