**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| New Century TRS Holdings, Inc.,     et al., | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered<br>) **Hearing Date:  October 23, 2007** |
| Debtors, | ) **Response Date:  October 16, 2007** |

**<u>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR AURORA FINANCIAL GROUP, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C.§362(d)(1)</u>**

NOW COMES Mortgage Electronic Registration Systems, Inc. as nominee for Aurora Financial Group, Inc., by and through its attorney Whittington & Aulgur, moves the Court for an Order granting relief from the Automatic Stay of 11 U.S.C. §362 upon the following grounds:

<u>JURISDICTION</u>

1. The Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 11 U.S.C. §157 and 11 U.S.C. §362.

<u>CLAIM FOR RELIEF</u>

2. Mortgage Electronic Registration Systems, Inc. as nominee for Aurora Financial Group, Inc. is a corporation located at 9 Eves Drive, Suite 190, Marlton, New Jersey, 08053.

3. On April 2, 2007 a Chapter 11 Petition initiating this proceeding was filed by the Debtors.

4. On or about April 1, 2005, non-filing borrower Rosalind Nordstrom (hereinafter "Borrower") executed and delivered an indenture of mortgage in the principal sum of $229,500.00 unto Mortgage Electronic Registration Systems, Inc. as nominee for Aurora Financial Group, Inc. Said mortgage created a lien upon the property therein mentioned, 210 Hilltop Boulevard, Keyport, New Jersey, 07735, all of which is of record in the Office of the County Clerk in Middlesex County, State of New Jersey. A copy of said mortgage is attached hereto as Exhibit "A".

5. On or about May 19, 2005, New Century Financial Services, Inc., who upon information and belief is a Debtor in the within jointly administered case, obtained a Judgment in the amount of $2,528.67 against the Borrower. A copy of the docket report verifying said Judgment is attached hereto as Exhibit "B".

6. Debtors have no ownership interest in the Property, and their lien, if any, is subordinate to Movant's.

7. At present, Borrower is contractually delinquent to Movant and a foreclosure proceeding is pending.

8. Any potential equity would not benefit the Debtors' Estate since the Debtors merely hold a Judgment against the Borrower which is junior to Mortgage Electronic Registration Systems, Inc. as nominee for Aurora Financial Group, Inc.'s lien.

9. The continuation of the Automatic Stay of 11 U.S.C. §362 will work real and irreparable harm to Movant's pending foreclosure proceeding against Borrower.

WHEREFORE, Mortgage Electronic Registration Systems, Inc. as nominee for Aurora Financial Group, Inc. hereby moves for an Order pursuant to 11 U.S.C. §362(d)(1) terminating the Automatic Stay for cause.

                      WHITTINGTON & AULGUR

        By:  /s/ Kristi J. Doughty
             Robert T. Aulgur, Jr. (No. 165)
             Kristi J. Doughty (No. 3826)
             313 N. DuPont Hwy., Suite 110
             P.O. Box 617
             Odessa, DE  19730-1617
             (302) 378-1661
             Attorney for Movant

Date:  October 1, 2007