IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DELAWARE DIVISION

IN RE:

NEW CENTURY TRS HOLDINGS, INC.

CASE NO. 07-10416
CHAPTER 11
JUDGE KEVIN J. CAREY

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served by First Class Mail, postage pre-paid, upon the following parties in interest on the 2nd day of October, 2007.

Debtor's Attorney

Christopher M. Samis, Esq.
920 North King Street
Wilmington, DE  19801

Chapter 11 Trustee

United States Trustee
844 King Street
Room 2207
Wilmington, DE  19801

Respectfully submitted,
McCALLA RAYMER, LLC

/s/ A. Michelle Hart
_____
A. Michelle Hart, Esq. Georgia Bar No. 334291
1544 Old Alabama Road
Roswell, Georgia  30076-2102

770-643-7200/770-643-4176 Fax

File Number 5775807-2 /
Request for Service of Notice