## **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[2] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket Nos. 1824 and 2034 |

## ORDER DENYING THE MOTION OF AARON CELIOUS FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

Upon review and consideration of the *Motion of Aaron Celious for Relief from Stay Under Section 362 of the Bankruptcy Code* [Docket No. 1824] (the "Motion") and the *Response of the Debtors and Debtors in Possession to Motion of Aaron Celious for Relief from Stay* [Docket No. 2034] (the "Objection"); the Court having reviewed the Motion and Objection;

**NOW, THEREFORE IT IS HEREBY ORDERED THAT:**

1. The Motion is DENIED without prejudice.

---

[2] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

2.     This Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order.

Dated: October ___, 2007
       Wilmington, Delaware

                                               THE HONORABLE KEVIN J. CAREY
                                               UNITED STATES BANKRUPTCY JUDGE