Obj. Due: September 27, 2007, 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 Case - Jointly Administered |
| NEW CENTURY TRS HOLDINGS, INC., a | ) | |
| Delaware corporation, et al., | ) | Case No. 07-10416 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### NOTICE OF FILING BY AP SERVICES, LLC OF
### REPORT OF COMPENSATION EARNED AND EXPENSES INCURRED
### FOR THE PERIOD FROM APRIL 1, 2007 THROUGH JUNE 30, 2007

In accordance with the Final Order Under 11 U.S.C. §§ 105 and 363 Authorizing the

Employment of AP Services, LLC ("APS") as Crisis Managers for the Debtors (Docket No.

1268), notice is hereby given that APS, by and through its counsel, Sheldon S. Toll PLLC, has

filed a report of compensation earned and expenses incurred[1] for the period of April 1, 2007

through June 30, 2007.

Objections, if any, are due on or before 4:00 p.m. on October 23, 2007.  At the same

time, you must also serve a copy of the response on APS' undersigned counsel.

A HEARING WILL BE HELD, only if an objection is timely filed and served, before the

Honorable Kevin J. Carey, U.S. Bankruptcy Judge, 824 Market Street, Wilmington, Delaware

19801, at a date and time to be scheduled by the Court.

Dated: October 2, 2007

SHELDON S. TOLL PLLC

/s/ Sheldon S. Toll
Sheldon S. Toll (P-21490)
2000 Town Center, Suite 2550
Southfield, MI 48075
(248) 358-2460

Attorneys for AP Services, LLC

---

[1] Please e-mail Edward Duhalde at eduhalde@alixpartners.com if you desire a copy of the detail.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 Case - Jointly Administered |
| NEW CENTURY TRS HOLDINGS, INC., a ) | |
| Delaware corporation, <u>et al.</u>, ) | Case No. 07-10416 (KJC) |
| ) | |
| Debtors. ) | Jointly Administered |

## REPORT BY AP SERVICES, LLC
## OF COMPENSATION EARNED AND EXPENSES INCURRED
## <u>FOR THE PERIOD FROM APRIL 1, 2007 THROUGH JUNE 30, 2007</u>

Exhibit A – Summary of Compensation and Expenses

Exhibit B – Summary of Professionals and Fees

Exhibit C – Summary of Expenses

Exhibit D – Summary of Services

Exhibit E - Detailed Time Entries for the period April 1, 2007 through June 30, 2007 (to be served upon the Office of the U.S. Trustee.  Available for review upon request by other parties.)


Dated: October 2, 2007                SHELDON S. TOLL PLLC


                                      /s/  *Sheldon S. Toll*
                                      Sheldon S. Toll (P-21490)
                                      2000 Town Center, Suite 2550
                                      Southfield, MI 48075
                                      (248) 358-2460

                                      Attorneys for AP Services, LLC

Exhibit A

AP Services, LLC
Summary of Compensation and Expenses – New Century TRS Holdings, Inc., et al.
April 1, 2007 through June 30, 2007

| Period | | | Fees | Expenses | TOTAL |
|---|---|---|---|---|---|
| April 1, 2007 | to | April 30, 2007 | 1,171,007.25 | 64,458.15 | 1,235,465.40 |
| May 1, 2007 | to | May 31, 2007 | 1,377,734.25 | 70,647.07 | 1,448,381.32 |
| June 1, 2007 | to | June 30, 2007 | 1,225,710.25 | 87,724.44 | 1,313,434.69 |
| | | Total Accrued $ | 3,774,451.75 $ | 222,829.66 $ | 3,997,281.41 |
| | | Less: Travel (50%) | (326,080.00) | | (326,080.00) |
| | | Total Invoiced $ | 3,448,371.75 $ | 222,829.66 $ | 3,671,201.41 |

AP Services, LLC
Summary of Professionals and Fees – New Century TRS Holdings, Inc., et al.
April 1, 2007 through June 30, 2007

| Temporary Employees - Individuals With Executive Officer Positions | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name of Professional | Description of Function | Hourly Rate | Apr-07 | May-07 | Jun-07 | Total Hours | Total Compensation |
| Holly Etlin | Interim Chief Executive Officer | $ 695.00 | 229.10 | 188.10 | 203.20 | 620.4 | 431,178.00 |
| Michael G Tinsely | Interim Chief Financial Officer | $ 525.00 | 257.0 | 242.5 | 215.5 | 715.0 | 375,375.00 |
| | | | | | Sub Total | 1,335.4 | $ 806,553.00 |

| Additional Temporary Staff Employees - Full-Time | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name of Professional | Description of Function | Hourly Rate | Apr-07 | May-07 | Jun-07 | Total Hours | Total Compensation |
| Albert A Koch | Director - Engagement Oversight | $ 750.00 | | | 2.0 | 2.0 | 1,500.00 |
| Todd Brents | Director - Reporting and Claims | $ 625.00 | 210.50 | 161.50 | 89.80 | 461.8 | 288,625.00 |
| Daniel Puscas | Director - IT Management | $ 525.00 | 263.1 | 274.3 | 244.9 | 782.2 | 410,628.75 |
| Eva Anderson | Director - Executory Contracts and Estate Staffing | $ 525.00 | | 255.7 | 228.8 | 484.5 | 254,362.50 |
| Jamie Lisac | Director - Cash Management | $ 525.00 | 238.7 | 228.0 | 211.8 | 678.5 | 356,212.50 |
| Stacey Hightower | Director - Servicing Division Sale and Wind Down | $ 475.00 | 310.0 | 302.9 | 280.1 | 893.0 | 424,175.00 |
| Andrew Wagner | Manager - Executory Contracts and Claims | $ 400.00 | 106.5 | 297.8 | 239.6 | 643.9 | 257,560.00 |
| Brieh Guevara | Manager - Servicing Division Sale and IT Management | $ 400.00 | 287.7 | 289.1 | 250.4 | 827.2 | 330,880.00 |
| Michael J Laureno | Manager - Servicing Division Sale and Cash Management | $ 400.00 | 181.1 | 220.0 | 209.5 | 610.6 | 244,220.00 |
| Casey Kangas | Manager - Servicing Division Sale | $ 350.00 | 12.5 | 35.0 | 16.0 | 63.5 | 22,225.00 |
| Clayton Gring | Manager - Reporting and Claims | $ 350.00 | 180.7 | 203.2 | 199.7 | 583.6 | 204,260.00 |
| Dennis DeBassio | Manager - Cash Management | $ 315.00 | 117.1 | 224.9 | 208.0 | 550.0 | 173,250.00 |
| | | | | | Sub Total | 6,580.7 | $ 2,967,898.75 |

| | | |
|---|---|---|
| GRAND TOTAL | 7,916.1 | $ 3,774,451.75 |

Exhibit C

AP Services, LLC
Summary of Expenses – New Century TRS Holdings, Inc., et al.
April 1, 2007 through June 30, 2007

| Expense Categories | April-07 | May-07 | June-07 | TOTAL |
|---|---|---|---|---|
| Airfare | 33,946.25 | 24,228.46 | 30,114.71 | 88,289.42 |
| Cab Fare / Ground Transportation | 1,122.30 | 7,056.11 | 6,650.33 | 14,828.74 |
| Computer Supplies/Support | 31.15 | 0 | 0 | 31.15 |
| Lodging | 17,358.49 | 25,494.52 | 32,217.87 | 75,070.88 |
| Meals & Tips | 5,087.98 | 6,451.35 | 8,415.25 | 19,954.58 |
| Mileage | 364.72 | 196.91 | 383.26 | 944.89 |
| Other | 231.88 | 752.32 | 1,536.01 | 2,520.21 |
| Overnight Mail Charges | 0 | 34.16 | 27.01 | 61.17 |
| Parking & Tolls | 914.38 | 1,262.05 | 1,606.62 | 3,783.05 |
| Rental Car | 5,401.00 | 5,092.61 | 6,748.43 | 17,242.04 |
| Supplies | 0 | 78.58 | 24.95 | 103.53 |
| **TOTAL** | **$ 64,458.15** | **$ 70,647.07** | **$ 87,724.44** | **$ 222,829.66** |

1

AP Services, LLC
Summary of Services – New Century TRS Holdings, Inc., et al.
April 1, 2007 through June 30, 2007

---

## Asset Sales

- Successfully completed the sale of the Servicing business unit to Carrington Mortgage Services ("CMS") for $188 million.
- Managed the on-site due diligence process for the sale of the Servicing division including managing company personnel to provide data requested by potential buyers and preparing analyses necessary to analyze the division's performance.
- Maintained the operating performance of the $18 billion of assets under management on the Servicing platform during the due diligence and sale process.
- Developed and implemented a Transition Services Agreement to facilitate the transfer of the Servicing business unit to CMS.
- Developed and implemented a data repository site to augment the due diligence process for the Servicing, Origination and IT asset sales.
- Conducted several technology asset sales ($150k) to Carrington to facilitate the transition.
- Facilitated and supported the due diligence efforts of various potential buyers for multiple asset sales including the sale of the Servicing business, the IT platform for the Loan Origination division, Loans Not Financed Anywhere ("LNFAs") and the data center software package.
- Successfully completed the sale of the mortgage origination software platform to Barclays for $8 million.
- Successfully completed the sale of the customer and broker data to several buyers for $650,000.

## Cash Management

- Developed comprehensive, consolidating 13 week cash flow forecast used to proactively manage the liquidity of the Company.
- Performed weekly variance analyses to compare actual performance to the 13 week cash flow forecast.
- Continued to maintain and refine the rolling, 13 week cash flow forecast
- Constructed comprehensive cash flow forecast through 2007 year-end to supplement and support a detailed creditor recovery analysis.
- Assisted in the negotiation and securing of an initial DIP credit facility of $50 million.
- Assisted in the negotiation and securing of an additional $50 million of DIP availability for total availability of $100 million
- Managed the Company's cash and liquidity including the review and approval of all accounts payable disbursements.
- Managed the day-to-day operations and personnel of the Treasury and Finance departments.

AP Services, LLC
Summary of Services – New Century TRS Holdings, Inc., et al.
April 1, 2007 through June 30, 2007

- Constructed detailed payroll expense forecasts based on reduction-in-force estimates and various considerations on payroll, vacation, retention, and severance pay-outs in support of the 13 week cash flow forecast.
- Created and maintained an outstanding accounts payable check model to accurately and timely track the book cash balance in support of the 13 week cash flow forecast.
- Established and managed all bank depository and escrow accounts for all asset sales.
- Developed and coordinated measures in the Treasury department to comply with the Cash Management Order.
- Designed a daily cash report to provide the necessary level of detail in the timely reporting of cash balances in multiple operating accounts.
- Developed and monitored a payment matrix to delineate the pre-petition payments approved for payment per the Cash Management order in support of the Servicing division's trust obligations.
- Developed and monitored the payments of approved post-petition obligations of the Servicing division in support of its trust obligations.
- Created cash management tools and communications to assist Company employees in effectuating and communicating the cash management procedures per the Court's guidelines.
- Negotiated with vendors to continue services with the Estate on a post-petition basis that was favorable to the cash management terms needed.
- Monitored the collection of Servicing advances owed to the Estate by various loan owners.

**Branch Closings/Real Estate Exit**

- Effectuated rejection, assumption and assignment of approximately 220 real property leases resulting in total monthly cost savings of approximately $2.6 million.
- Supervised a monthly real property lease payments process to ensure that all lease payment were proper and avoided payments for site leases that had been rejected.
- Developed a plan for the sale and disposition of fixed assets located in closed branch locations.
- Developed a plan for the recovery of discoverable and confidential borrower information for various investigations.
- Facilitated the sale of personal property in various branch locations.
- Negotiated numerous settlements with landlords regarding rental obligations resulting in total savings to the Estate of approximately $400,000.
- Calculated estimates of lease rejection damage claims to facilitate the decision to exit sites and subsequent asset sales.

AP Services, LLC
Summary of Services – New Century TRS Holdings, Inc., et al.
April 1, 2007 through June 30, 2007

---

**Workforce Management**

- Assisted in the planning and execution of multiple reductions in force totaling involving over 4,000 employees.
- Assisted in the design and implementation of a key employee retention plan which retained employees crucial to the sale of the Servicing business and further wind down of the Company, including driving the negotiations of the plan with the UCC.

**Executory Contract and Vendor Management**

- Reviewed over 325 executory contracts/equipment leases to determine whether each should be assumed or rejected. Of the contracts reviewed, approximately 250 were rejected resulting in approximately $3.7 million of annualized cost savings.
- Facilitated the recovery of leased equipment by equipment lessors.
- Provided guidance to the vendor management team by developing and implementing a communications management process to vendors to address deposit, terms change requests and extension of post-petition credit terms to the Debtors.
- Led the development and execution of the Utility Adequate Assurance Order and coordinated with the utilities to ensure continuation of services to Debtor locations.

**Accounting and Reporting**

- Managed the reconciliation of over 150 trust owned P&I and T&I accounts to support the sale of the Servicing division.
- Managed and reviewed more than 200 bank reconciliations to complete the sale of the Servicing business.
- Completed reconciliation of more than $10 billion of loan activity related to the warehouse lender and whole loan purchaser claims.
- Developed data recovery and tracking system to reconcile secured lender claims to support court mandated stipulations.
- Created detailed files of 90-day payments to creditors and 1-year payments to insiders for the Statement of Financial Affairs ("the SOFAs") for all relevant Debtors.
- Compiled unsecured creditor liabilities files from multiple accounts payable and disbursement sources to be included in Schedule F of the Schedules of Assets and Liabilities for all relevant Debtors.
- Created and maintained a claims reconciliation database to facilitate the claims reconciliation and objection processes.
- Incorporated filed claims into claims database and matched to company liability records and managed claims resolution process.
- Provided supervision to accounts payable department to manage processing of payments, segregating pre and post-petition amounts.

3

AP Services, LLC
Summary of Services – New Century TRS Holdings, Inc., et al.
April 1, 2007 through June 30, 2007

- Played key role in managing and completing the monthly accounting close process.
- Provided supervision and feedback to the accounting department in preparing the necessary information for the SOFAs.
- Organized bankruptcy administration sub-group which was tasked with identifying and leading the resources needed to manage specific bankruptcy administration tasks
- Provided supervision and assistance to the accounting department in preparing the monthly operating reports to be filed with the Court.

**Information Technology**

- Downsized the existing voice and data networks to reduce the monthly run-rate expense from $2 million to less than $750,000.
- Developed technology wind-down plan.
- Minimized the expense of IT related vendor contracts by canceling, rejecting and re-negotiating modifying where required.
- Developed and implemented a headcount reduction program reducing the IT headcount from over 400 full-time employees to currently, approximately 100 resulting in a $2.5 million reduction in monthly salary expense.
- Developed plan to support the ongoing Estate from a technology perspective.
- Supported all bankruptcy and Estate IT wind down related requirements.

**Court Appointed Examiner Investigation**

- Participated in multiple interviews conducted by the Court appointed Examiner.
- Assisted in the research and gathering of information and documentation to fulfill multiple requests by the Examiner.

**General**

- Conducted weekly update calls with the Unsecured Creditor Committee's ("the UCC") advisors to discuss all aspects of the wind down of New Century ("the Company" or "the Debtors" or "the Estate")
- Performed research and provided documentation for all information requests of the UCC.
- Participated in periodic Executive Management Committee calls and meetings to provide updates and guidance on the wind down of the Estate.
- Managed the overall process and employees of the Debtors by acting as CEO, CRO and CFO

4

Exhibit D

AP Services, LLC
Summary of Services – New Century TRS Holdings, Inc., et al.
April 1, 2007 through June 30, 2007

Exhibit E

AP Services, LLC
Detailed Time Entries – New Century TRS Holdings, Inc., et al.
April 1, 2007 through June 31, 2007

---

Detailed time entries for the period April 1, 2007 through June 31, 2007 will be served upon the Office of the U.S. Trustee.  These are available for review upon request by other parties.