# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | New Century TRS Holdings, Inc. | | |
| **Case Number:** | 07-10416-KJC | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 02, 2007  01:30 PM   CRT#5, 5TH FL. | | |
| **Bankruptcy Judge:** | KEVIN J. CAREY | | |
| **Courtroom Clerk:** | NANCY HUNT | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

### Matter:

Omnibus

**R / M #:**   3,172 / 0

### Appearances:

See Sign in Sheet

### Proceedings:

Amended Agenda Item
#1, 2, 3 - Adjourned
#4 through 12 - Orders Entered
#13 - Adjourned
#14 through 16 - Under Review
#17 and 18 - Orders Signed
#19 - Adjourned
#20 - Order Signed
#21 - Adjourned
#22 - Order Due
#23 - Adjourned
#24 - Order Due
#25 - Order Due
#26 - Under Advisement