# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.  
**CASE NO.:** 07-10416-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** October 2, 2007  

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael McCrary (by phone) | The Grdner Law Firm | Class of Former Employees |
| Mary Olsen (by phone) | The Gardner Law Firm | Class of Former Employees |
| Nicholas Cremona (by phone) | Kaye Scholer LLP | Bank of America |
| Richard Agins (by phone) | Bingham McCutchen, LLP | DB Structured Products |
| Douglas Deutsch (by phone) | Chadbourne & Park, LLP | Credit Suisse First Boston |
| Michael Etkin | Lowenstein Sandler | NYS Dubers Retirement System |
| Robert Kwek | Bernstein Schur | Plaintiffs/Schroeder Ad v NCK |
| Joseph H. Huston, Jr. | Stevens + Lee | " |
| Bob Shannon | RLF | Debtor |
| Gary Tell | Omm | " |
| Gabriel Mae Carroll | Potter Anderson Corroon | Bank of America |
| Mark Minuti | Soul Ewing LLP | Examiner |
| WILLIAM TAYLOR | McCarter English | " |
| Charles Malloy | Arnold & Porter | Plaza American |

# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.  **COURTROOM LOCATION:** 5
**CASE NO.:** 07-10416-KJC  **DATE:** October 2, 2007
**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mike Merchant | Richards Layton | Debtors |
| Russ Silberglied | " " | " " |
| Suzzanne Uhland | OMM | " " |
| Shannon Lowry Nagle | " " | " " |
| Alan Johnson | " " | " " |
| Chris Ward | Kahr Harrison | Wells Fargo |
| Shannon Lowry Nagle | | |
| Seth Niederman | Fox Rothschild | Constance Esposito |
| Adam Hiller | Draper & Goldberg | several movants seeking relief from Stay |
| Kevin Mann | Cross & Simon | NY STRS |
| Matthew McGuire | Landis Rath & Cobb | JPMorgan Chase |
| Bonnie Fatell | Blank Rome | Creditors Committee |
| Arthur Bachman | | |
| Mark Indelicato | Hahn & Hessen | Creditors Committee |