

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket Nos. 2729 and 3055 |
| | : | |

## ORDER EXPANDING SCOPE OF RICHARDS, LAYTON & FINGER, P.A.'S RETENTION TO INCLUDE REPRESENTATION OF NEW CENTURY WAREHOUSE CORPORATION, *NUNC PRO TUNC* TO AUGUST 3, 2007, PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE

This matter coming before the Court on the Application of the Debtors and Debtors in Possession for Order Expanding the Scope of Richards, Layton & Finger, P.A.'s Retention to Include Representation of New Century Warehouse Corporation, *Nunc Pro Tunc* to August 3, 2007, Pursuant to Section 327(a) of the Bankruptcy Code (the "Application"), filed by the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having previously entered the Order Authorizing the Retention and Employment of Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date Pursuant to Section 327(a) of the Bankruptcy Code (the "Retention Order"); and the Court having reviewed the Application; and the Court having reviewed the Supplemental Affidavit of Michael J.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

Merchant in Support of Application of Debtors and Debtors in Possession for an Order Expanding Scope of Richards, Layton and Finger, P.A.'s Retention to Include Representation of New Century Warehouse Corporation, *Nunc Pro Tunc* to August 3, 2007, Pursuant to Section 327(a) of the Bankruptcy Code [Docket No. 3055]; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), and (c) notice of the Application was sufficient under the circumstances; and the Court having considered the affidavit of Michael J. Merchant (the "Merchant Affidavit") filed in connection with the Application; and the Court having determined that the legal and factual bases set forth in the Application and the Merchant Affidavit establish just cause for the relief granted herein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

3. Pursuant to section 327(a) of the Bankruptcy Code, New Century Warehouse is authorized to retain and employ RL&F as its bankruptcy co-counsel under the terms and conditions set forth in the Retention Order effective *nunc pro tunc* to August 3, 2007.

4. RL&F shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and any other such procedures as may be fixed by order of this Court.

5. The prepetition retainer monies paid to RL&F by New Century Warehouse and not expended for prepetition services and disbursements shall be added to the evergreen retainer authorized by the Retention Order and held by RL&F as security throughout

the Debtors' bankruptcy cases until RL&F's fees and expenses are awarded and payable to RL&F on a final basis.

      6.    This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: October 2/, 2007
       Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE