# UNITED STATES BANKRUPTCY COURT
## District - Delaware

FILED
2007 OCT -1  AM 11: 57
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

In re:

New Century Mortgage, Corp.
New Century TRS Holdings, Inc.,
a Delaware Corporation, et al.,

Debtors.

CASE NO. 07-10419(CSS)
Jointly Administered under 06-10416(KJC)

CHAPTER 11 Case

## NOTICE OF ADDITIONAL CREDITORS

Doug Belden, as Tax Collector of Hillsborough County, Florida, hereby gives notice that the individuals listed below have purchased the pre-petition, secured ad-valorem real property tax liens of Hillsborough County by virtue of payment for tax certificates issued by the Tax Collector pursuant to Chapter 197, Florida Statutes.

| CERTIFICATE HOLDER | Merlot III, LLC |
|---|---|
| FOLIO NUMBER | 197992.0000 |
| TAX YEAR | 2005 |
| CERTIFICATE AMOUNT | 279.19 |
| CERTIFICATE NUMBER | 128300-06 |
| DATE PURCHASED | 5/26/06 |
| INTEREST RATE | .25% |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been provided either by U.S. Mail or Electronically to Merlot III, LLC, Dept 5193, PO Box 2153, Birmingham, AL 35287; Joseph J. McMahon, Jr., Office of the United States Trustee, 844 King St., Room 2313, Wilmington, DE 19899; Suzzanne S. Uhland, 275 Battery St., San Francisio, CA 94111; Mark D. Collins, 920 North King St., Wilmington, DE 19801.

United States Bankruptcy Court, Delaware District, 824 Market St., 3rd Floor, Wilmington, DE 19801

September 24, 2007

Doug Belden,
Tax Collector of Hillsborough County, Florida

By: KC Isham, CFCA
601 E. Kennedy Blvd., 14th Floor
Tampa, Florida 33602
Telephone: (813) 635-5216
FAX: (813) 612-6747
Paralegal Specialist for Doug Belden
Hillsborough County Tax Collector