September 25, 2007

To Whom it May Concern,

The state of New Jersey is a closed record state. The information that you are requesting can only be disseminated according to New Jersey Administrative Code (N.J.A.C.) 13:59. An authorized requester is any person, agency or entity, including national requesters, authorized by Federal or State statute, rule or regulation, executive order, administrative code, local ordinance, or resolution, to obtain dissemination of criminal history record information accessed from the computerized databases of the New Jersey Criminal Justice Information System, the National Law Enforcement Telecommunication System (NLETS) or other states' computerized repositories containing criminal history record information for noncriminal justice purposes, including licensing and/or employment.

Therefore, the options available for obtaining a criminal record background check are as follows:

A criminal background check can be initiated by either an individual for his/her own record, or by an employer in any state.

A private detective requesting criminal history record information must possess a valid New Jersey private detective's license and may submit requests utilizing the SBI212B form.

Attorneys are required to submit a subpoena for a case pending litigation.

Appropriate fees, where applicable, must accompany all requests.

For further information concerning the record check process, please contact the Division of State Police, Criminal Information Unit, (609) 882-2000, extension 2918.


Sincerely,

Robert J. Plaza, Captain
Commanding Officer
Identification & Information Technology Section

**NEW JERSEY STATE POLICE**
**IDENTIFICATION & INFORMATION TECHNOLOGY SECTION**
**STATE BUREAU OF IDENTIFICATION**

DATE: **9/25/07**

TO      : _____

RE      : BACKGROUND CHECK INQUIRY

Your inquiry is being returned for one or more of the reasons checked below. Please make the necessary correction(s) and return for processing.

[ ]  1. Name and address of requester not indicated or incomplete.
[ ]  2. Originating Agency Identifier (ORI) number not present, incorrect or incomplete (must contain nine [9] characters).
[ ]  3. The following identification data is illegible, incomplete, incorrect, or not indicated: Name, Date of Birth, Social Security Number, Sex, or Race.
[ ]  4. Type of request or Authority and Purpose of the Request not checked.
[ ]  5. Certification of Requester and/or Authorization by Subject of Request and Privacy Act Notification not indicated or incomplete.
[ ]  6. Enter Statute, Rule or Regulation, Executive Order, Administrative Code, Local Ordinance, or Resolution which authorized this inquiry.
[ ]  7. SBI number must be included on all firearm inquiries.
[ ]  8. Typed name and/or signature of authorized person making request not indicated on form.
[ ]  9. No check or money order was enclosed.
[ ] 10. Check/money order number _____ for $_____ is being returned because:
   ____ Check/money order is improperly endorsed.
   ____ Check/money order is made out to incorrect payee.
        Make check/money order payable to the Division of State Police
   ____ Check/money order is for an incorrect amount. The correct amount is $_____.
   ____ Check/money order appears to have been altered.
   ____ Check/money order is "stale dated."
   ____ Payment is to be in the form of a cashier's check, certified check, or money order.
   ____ Money orders must be drawn on a U.S. Bank.
   ____ Personal checks are not accepted.
[x] 11. Other. **Purpose of request not clear.**

The record status of this individual cannot be determined based on the information provided. Please submit the following;

[ ]    Individual's Social Security Number
[ ]    Complete set of fingerprints (see attached)

Any questions concerning the above, please contact the State Bureau of Identification, Criminal Information Unit at (609) 882-2000, extension 2918.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-10416 (KJC) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |

NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASE,
MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On August 3, 2007, New Century Warehouse Corporation, a California corporation, one of the above captioned debtors and debtors-in-possession, (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1532 (the "Bankruptcy Code"). The Debtor, and its address, case number, and federal tax identification number are as follows:

| DEBTOR (Other names, if any, used by the Debtor in the last six years) | ADDRESS | CASE NO. | EID # |
|---|---|---|---|
| New Century Warehouse Corporation (d/b/a Access Lending) | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-11043 (KJC) | 13-4268706 |

DATE, TIME AND LOCATION OF MEETING OF CREDITORS. In accordance with section 341 of the Bankruptcy Code, a meeting of the Debtor's creditors will be conducted on **October 10, 2007 at 10:00 a.m. (Eastern Time) at the J. Caleb Boggs Federal Building, 844 King Street, 5th Floor, Room 5209, Wilmington, Delaware 19801.**

DEADLINE TO FILE A PROOF OF CLAIM. Notice of a deadline will be sent to known creditors at a later date.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation. Date filed: 9/19/07

business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

PROOF OF CLAIM. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in these cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtor's known creditors.** Proof of claim forms also are available in the clerk's office of any bankruptcy court. Proof of claim forms also are available from the Court's web site at www.deb.uscourts.gov.

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtors, except as provided in the plan.

Dated: September 19, 2007

For the Court: _____ /s/ David D. Bird _____
                Clerk of the Bankruptcy Court