**EXHIBIT 1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                      : Chapter 11
                                            :
NEW CENTURY TRS HOLDINGS, INC.,             : Case No. 07-10416 (KJC)
a Delaware Corporation, et al.,             :
                                            : Jointly Administered
                    Debtors.                :
                                            :
                                            :
                                            : **Hearing Date: October 17, 2007 at 2:30 p.m.**
                                            : **Objection Deadline: October 11, 2007**
---------------------------------------------------------x

## CERTIFICATION OF STEPHEN G. TOPETZES IN SUPPORT OF EXAMINER'S MOTION AUTHORIZING THE EXAMINATION OF THE DEBTORS' CURRENT AND FORMER OFFICERS, DIRECTORS AND EMPLOYEES, AND OTHER PERSONS

I, Stephen G. Topetzes, hereby certify the following:

1. I am a member of Kirkpatrick & Lockhart Preston Gates Ellis LLP, counsel to Michael J. Missal, the Examiner (the "Examiner") appointed in the above-captioned jointly administered chapter 11 cases.

2. This certification is submitted in support of the Examiner's Motion (the "Motion") for an Order Authorizing the Examination of the Debtors' Current and Former Officers, Directors and Employees, and Other Persons (collectively, the "Witnesses").

3. We have attempted to schedule, on behalf of the Examiner, voluntary interviews of certain individuals with relevant information regarding the issues the Examiner has been directed to investigate. Despite the Examiner's best efforts, several Witnesses have refused to appear voluntarily for interviews by the Examiner and/or have not agreed to make themselves available within a reasonable timeframe.

4. The inability to interview these Witnesses on a timely basis is impeding the progress of the Examiner's investigation, thereby necessitating the filing of the Motion.

5.  I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Executed this 2nd day of October, 2007

*Stephen G. Topetzes*
Stephen G. Topetzes, Esq.