IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
In re:                                              :
                                                    : Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,                     :
a Delaware Corporation, et al.,                     : Case No. 07-10416 (KJC)
                                                    :
                               Debtors.             : Jointly Administered
                                                    :
                                                    : **Related to Docket No. ____**
                                                    :
-----------------------------------------------------------x

### ORDER PURSUANT TO FED. R. BANKR. P. 2004(a) AUTHORIZING THE EXAMINER TO EXAMINE THE DEBTORS' CURRENT AND FORMER OFFICERS, DIRECTORS AND EMPLOYEES, AND OTHER PERSONS

UPON the Examiner's Motion for an Order Authorizing the Examination of the Debtors' Current and Former Officers, Directors and Employees, and Other Persons (the "Motion"), and the Motion having been served upon counsel for the Debtors, counsel for the Unsecured Creditors Committee, any witness the Examiner already has requested to appear for an interview and who has refused to cooperate on a timely basis or their known counsel, the Office of the United States Trustee and all other parties requesting notice pursuant to Fed. R. Bankr. P. 2002; and the Court finding that such notice is good and sufficient under the circumstances; and the Court further finding sufficient cause to grant the Motion, it is

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Examiner is authorized, pursuant to Fed. R. Bankr. P. 2004(a), to conduct examinations of the Debtors' current and former officers, directors and employees, and other persons (the "Witnesses") with respect to issues to be inquired into by the Examiner as set forth in this Court's Order Denying in Part and Granting in Part Motion of the United States Trustee for an Order Directing the Appointment of a Chapter 11 Trustee, or in the Alternative, an Examiner entered herein on June 1, 2007; and it is further

ORDERED that the Examiner is authorized to issue such subpoenas as may be necessary to compel the production of documents and the testimony of Witnesses in connection with his examination of the Witnesses; and it is further

ORDERED that nothing herein shall limit any Witness' rights under applicable law to object to any subpoena the Examiner may issue; and it is further

ORDERED that this Order is without prejudice to the Examiner's right to file further motions seeking additional documents and testimony pursuant to Fed. R. Bankr. P. 2004(a).

SO ORDERED THIS _____ DAY OF _____ _____ _____ 2007

_____

The Honorable Kevin J. Carey
United States Bankruptcy Judge