UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2007 OCT -2 AM 9: 50
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC., | § | Case No. 07-10416 (KJC) |
| | § | |
| | § | |
| Debtors. | § | JOINTLY ADMINISTERED |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the Everman Independent School District, creditor of the above-named Debtor, hereby appears in this case by its Attorney of Record, Andrew Dylan Wood.

REQUEST IS HEREBY MADE, pursuant to Bankruptcy Rules 2002(j) and 9007, that all notices given or required to be given in this case and all papers, pleadings, motion and applications served or required to be served in this case, shall be directed to and served upon the following:

Andrew Dylan Wood
Attorney for Everman Independent School District
P. O. Box 165001
Austin, Texas 78716

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes any communication or correspondence with respect to the interests of the Carthage Independent School District, and the property upon which it has a tax lien.

Respectfully submitted,

RAY, WOOD & BONILLA

By /s/ Andrew Dylan Wood
Andrew Dylan Wood
State Bar No. 00797689
P. O. Box 165001
Austin, Texas 78716
(512) 328-8877
(512) 328-1156 (Fax)
ATTORNEYS FOR EVERMAN
INDEPENDENT SCHOOL DISTRICT