# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)
*Movant: Deutsche Bank Trust Company Americas, as Trustee and Custodian for HSBC Bank USA, NA ACE 2006-NC1, by Saxon Mortgage Services Inc. as its attorney-in-fact*
*D&G Reference: 210393*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000156837 | HOLMAN | 9/19/2005 | $89,250.00 | $94,576.39 | $75,000.00 | 3805 OAK VALLEY ROAD OKLAHOMA CITY OK 73135 |
| 2000156371 | EDWARDS | 10/3/2005 | $288,000.00 | $298,554.68 | $299,900.00 | 7 HOMESTEAD LANE LONDONDERRY NH 03053 |
| 2000155914 | PAZ | 9/23/2005 | $448,000.00 | $459,373.14 | $499,000.00 | 434 PORT STREET LOS BANOS CA 93635 |
| 2000155786 | PILON | 9/30/2005 | $88,000.00 | $95,422.49 | $143,000.00 | 251 PERSHING AVENUE NEW BRITAIN CT 06053 |
| 2000155519 | LUND | 9/30/2005 | $119,920.00 | $140,580.16 | $155,000.00 | 27 E ASH LANE MILTON WI 53563 |
| 2000155491 | HARRIS | 9/26/2005 | $96,000.00 | $100,376.11 | $128,000.00 | 804 L ST AURORA NE 68818 |
| 2000155404 | FRISBIE | 9/22/2005 | $276,000.00 | $294,817.54 | $304,900.00 | 5 DAVIGNON STREET GOFFSTOWN NH 03045 |
| 2000155386 | MOREJON | 10/3/2005 | $360,000.00 | $379,784.75 | $278,000.00 | 1456 SE 15TH TER CAPE CORAL FL 33990 |
| 2000155177 | SANCHEZ | 9/28/2005 | $260,000.00 | $259,443.99 | $310,000.00 | 199 NW 69 AVENUE MARGATE FL 33063 |
| 2000155110 | ZEIMET | 9/16/2005 | $183,920.00 | $193,232.02 | $220,000.00 | 13506 PARKWOOD DR BURNSVILLE MN 55337 |
| 2000155107 | BURLESON | 9/13/2005 | $187,600.00 | $216,552.93 | $205,000.00 | 3817 PARKWAY BLVD LAND O LAKES FL 34639 |
| 2000154951 | GIRALDO | 9/21/2005 | $204,000.00 | $209,599.61 | $244,000.00 | 5815 HOOD STREET HOLLYWOOD FL 33021 |
| 2000154886 | DANIELS | 9/9/2005 | $94,230.00 | $105,384.71 | $105,000.00 | 4595 COUNTY RD 177 GREEN SPRINGS OH 44836 |
| 2000154843 | BRACE | 9/30/2005 | $228,000.00 | $234,810.04 | $230,000.00 | 2910 PIONEER DRIVE REDDING CA 96001 |
| 2000154445 | NAVIA | 9/14/2005 | $351,200.00 | $383,426.94 | $400,000.00 | 9727 LANETT AVENUE WHITTIER AREA CA 90605 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000154332 | VICTORIA | 9/6/2005 | $488,000.00 | $530,756.82 | $455,000.00 | 6302 CARDINAL STREET VENTURA CA 93003 |
| 2000154286 | BERNARD | 9/28/2005 | $249,600.00 | $277,297.30 | $240,000.00 | 465 SW 3RD AVE BOYNTON BEACH FL 33435 |
| 2000154000 | CRUZ | 9/14/2005 | $300,000.00 | $333,944.40 | $355,000.00 | 11290 SW 55 STREET MIAMI FL 33165 |
| 2000153912 | AMES | 9/20/2005 | $197,160.00 | $220,612.38 | $240,000.00 | 45 NEWRY LANE GREENVILLE NY 12083 |
| 2000153875 | PULVIRENTI | 9/2/2005 | $108,000.00 | $117,958.81 | $100,000.00 | 35074 WINDSOR DRIVE 49 NEW BALTIMORE MI 48047 |
| 2000153805 | CRAVEN | 9/9/2005 | $109,600.00 | $120,023.32 | $142,000.00 | 62 GREEN STREET BIDDEFORD ME 04005 |
| 2000153797 | VELAZQUEZ | 9/9/2005 | $268,000.00 | $292,177.66 | $245,000.00 | 343 TARANSAY COURT STOCKTON CA 95210 |
| 2000153570 | WASIK | 9/8/2005 | $407,920.00 | $430,965.79 | $730,000.00 | 2728 SHELBY PKWY CAPE CORAL FL 33904 |
| 2000153563 | RIVAS | 9/19/2005 | $300,000.00 | $312,989.97 | $350,000.00 | 474-476 E 25TH STREET PATERSON NJ 07514 |
| 2000153503 | SMITH | 8/31/2005 | $74,925.00 | $85,752.50 | $90,000.00 | 14108 E 26TH STREET TULSA OK 74134 |
| 2000153367 | WYANDT | 9/15/2005 | $142,400.00 | $153,486.31 | $110,000.00 | 6116 FREEMONT STREET NORTH PORT FL 34287 |
| 2000153259 | BEHDJOU | 9/7/2005 | $232,000.00 | $248,843.06 | $239,000.00 | 44141 11TH STREET WEST LANCASTER CA 93534 |
| 2000153146 | TONER | 9/12/2005 | $60,000.00 | $62,209.95 | $85,000.00 | 10547 BENSON STREET NEW PORT RICHEY FL 34654 |
| 2000152958 | LYONS | 9/26/2005 | $176,000.00 | $190,233.01 | $170,000.00 | 2 AND 3 FOURTH STREET KINGSTON NH 03848 |
| 2000152916 | SURATOS | 9/2/2005 | $400,000.00 | $434,140.73 | $440,000.00 | 13208 CHRISTIE FALLS WAY LATHROP CA 95330 |
| 2000152894 | CAMACHO | 9/8/2005 | $280,000.00 | $309,866.55 | $310,000.00 | 2372 DIAMOND OAKS ST STOCKTON CA 95206 |
| 2000152359 | BLANCO | 8/31/2005 | $670,000.00 | $709,277.32 | $410,000.00 | 1021 LUCERNE PARKWAY CAPE CORAL FL 33904 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000152235 | PECCORINI | 9/2/2005 | $628,000.00 | $699,743.16 | $780,000.00 | 1002 GULL AVENUE<br>FOSTER CITY CA 94404 |
| 2000152214 | POLLARD | 9/1/2005 | $308,888.00 | $345,065.20 | $300,000.00 | 6212 TRINITY RIVER COURT<br>NORTH LAS VEGAS NV 89081 |
| 2000151594 | HAMILTON | 8/16/2005 | $125,736.00 | $143,364.93 | $150,000.00 | 133 HILLTOP LANE DRIVE<br>ANNA TX 75409 |
| 2000151171 | VERDUGA | 8/30/2005 | $224,000.00 | $251,293.32 | $290,000.00 | 7957 GOLDEN POND COURT<br>KISSIMMEE FL 34747 |
| 2000150458 | SAVCHENKO | 8/4/2005 | $382,850.00 | $397,402.52 | $330,000.00 | 6519 FARR CT<br>CITRUS HEIGHTS CA 95610 |
| 2000150357 | WALLACE | 9/30/2005 | $380,000.00 | $399,908.34 | $440,000.00 | 39909 PARADA STREET A<br>NEWARK CA 94560 |
| 2000150136 | RODRIGUEZ | 8/16/2005 | $280,000.00 | $289,390.03 | $360,000.00 | 42 ECKERT AVENUE<br>NEWARK NJ 07102 |