UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 07-10416-KJC-11 |
| HOME123 CORPORATION | § | (Jointly Administered) |
| | § | |
| Debtor | § | Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICE AND PLEADINGS

The Comptroller of Public Accounts of the State of Texas ("Comptroller"), hereby gives

notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the

undersigned counsel:

Jay W. Hurst
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

The Comptroller respectfully requests through its said counsel that it be served with copies

of all notices and other documents issued by the Clerk of the Court and all other pleadings and

notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties

in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules

2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

KENT C. SULLIVAN
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO

Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Jay Hurst*
JAY HURST
Assistant Attorney General
Texas State Bar No. 10315620
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone:  (512) 475-4861
Facsimile:  (512) 482-8341

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

## CERTIFICATE OF SERVICE

I certify that on October 4, 2007, a true copy of the foregoing was served by the method and to the following parties as indicated:

By Regular First Class Mail:

Home123 Corporation
18400 von Karman Ave.
Irvine, CA 92612

By Electronic Means as listed on the Court's ECF Noticing System:

Kenneth E. Aaron DE_BANKRUPTCY@weirpartners.com, smazur@weirpartners.com
David G. Aelvoet davida@publicans.com
Elihu Ezekiel Allinson, III ecf@williamdsullivanllc.com
Heather Lynn Anderson heather.anderson@dol.lps.state.nj.us
Daniel K. Astin dastin@foxrothschild.com,
dastin@foxrothschild.com;jkittinger@foxrothschild.com;jbarnett@foxrothschild.com
James F. Bailey jbailey@jfbailey.com, jtravers@jfbailey.com
David G. Baker david@bostonbankruptcy.org
Elizabeth Banda kwilliams@pbfcm.com
Doreen H. Becker dbeckeresq@verizon.net
Richard D. Becker rickbecker@comcast.net
Don A. Beskrone dbeskrone@ashby-geddes.com
Karen C Bifferato kbifferato@cblh.com
Hilary B Bonial notice@bkcylaw.com

Mark S. Bostick mbostick@wendel.com
William Pierce Bowden wbowden@ashby-geddes.com
Charles J. Brown cbrown@archerlaw.com
Stuart M. Brown sbrown@eapdlaw.com, DEbankruptcy@eapdlaw.com
Michael G. Busenkell mbusenkell@eckertseamans.com
Timothy P. Cairns tcairns@pszyjw.com
Mary Caloway mcaloway@klettrooney.com
David W. Carickhoff carickhoff@blankrome.com, senese@blankrome.com
James S. Carr
BankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com
William E. Chipman wchipman@eapdlaw.com
Megan E. Cleghorn
debank@skadden.com;cheaney@skadden.com;lamorton@skadden.com;rgray@skadden.com
Richard Scott Cobb cobb@lrclaw.com, adams@lrclaw.com
Howard A. Cohen howard.cohen@dbr.com, amy.kinslow@dbr.com
Mark D. Collins collins@RLF.com, rbgroup@rlf.com
Victoria Watson Counihan bankruptcydel@gtlaw.com, thomase@gtlaw.com
Richard H. Cross rcross@crosslaw.com, nmcclendon@crosslaw.com
Julius O. Curling curlingj@michigan.gov
Bret D. Davis bdavis@lamunmock.com
Charlene D. Davis bankserve@bayardfirm.com, cdavis@bayardfirm.com
Kathleen Campbell Davis kdavis@camlev.com
Heather D. Dawson hdawson@kkgpc.com
Frederic John DiSpigna fdispigna@dstern.com
Neil F. Dignon jacobe@drapgold.com;dominettec@drapgold.com;patricias@drapgold.com
John P. Dillman houston_bankruptcy@publicans.com
Kristi J. Doughty bk.service@aulgur.com
Kenneth J. Enos bankruptcy@ycst.com
Brett Fallon bfallon@morrisjames.com, wweller@morrisjames.com
Bonnie Glantz Fatell fatell@blankrome.com, senese@blankrome.com
Charles J. Filardi, Jr. charles@filardi-law.com, abothwell@filardi-law.com
David V. Fontana dfont@gebsmith.com
David M. Fournier fournierd@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
Joseph D. Frank jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
Susan R. Fuertes bnkatty@aldine.k12.tx.us
Michael G. Gallerizzo mgall@gebsmith.com
Robert S. Goldman mmo@pgslaw.com
Robert E. Greenberg rgreenberg@dclawfirm.com
Joseph Grey jg@stevenslee.com
Kurt F. Gwynne kgwynne@reedsmith.com, llankford@reedsmith.com
Jason W. Harbour jharbour@hunton.com, phardwicke@hunton.com
James F Harker jharker@cohenseglias.com
A. Michelle Hart bkmail@mrdefault.com, bkmail@mrdefault.com

William A. Hazeltine admin@whazeltinelaw.com
Paul Noble Heath heath@rlf.com, Jerominski@rlf.com;RBGroup@rlf.com
Douglas D. Herrmann dherrman@skadden.com, cheaney@skadden.com
Adam Hiller adamh@drapgold.com
Adam Hiller AdamH@drapgold.com
Adam Hiller adamh@drapgold.com
Daniel K. Hogan dkhogan@dkhogan.com, keharvey@dkhogan.com
Thomas M. Horan thoran@morrisjames.com,
wweller@morrisjames.com;clewicki@morrisjames.com
Nancy Hotchkiss nhotchkiss@trainorfairbrook.com
Vivian A. Houghton bankruptcy@vivianhoughton.com,
bankruptcyatvivianhoughton@vivianhoughton.com
James E. Huggett jhuggett@margolisedelstein.com
Mark T Hurford cl@camlev.com
Joseph H. Huston jhh@stevenslee.com
Henry Jon Jaffe dewerthh@pepperlaw.com
Chun I. Jang jang@rlf.com, rbgroup@rlf.com
Laura Davis Jones ljones@pszyjw.com, efile1@pszyjw.com
Dexter D. Joyner caaustin@comcast.net, joyneratty@comcast.net
Ivan Lerer Kallick ikallick@manatt.com
Lee E. Kaufman kaufman@rlf.com, rbgroup@rlf.com
Susan E. Kaufman skaufman@hgkde.com
Robert J. Keach rkeach@bernsteinshur.com,
acummings@bernsteinshur.com;lkubiak@bernsteinshur.com
Gregg S. Kleiner kleinergs@cooley.com
John R. Knapp jknapp@cairncross.com
Steven K. Kortanek skortanek@wcsr.com, pgroff@wcsr.com
Kimberly A. LaMaina klamaina@skadden.com, debank@skadden.com;lamorton@skadden.com
Matthew J. Lampke mlampke@ag.state.oh.us
Adam G. Landis landis@lrclaw.com, girello@lrclaw.com
Ira M. Levee ilevee@lowenstein.com, krosen@lowenstein.com
Neal J. Levitsky nlevitsky@frof.com, jkittinger@foxrothschild.com.com
Gaston Plantiff Loomis gloomis@reedsmith.com
Sherry D. Lowe sdlowe@lammrubenstone.com, mdenton@lammrubenstone.com
William G. Malcolm bill@mclaw.org
Kevin J Mangan kmangan@wcsr.com, hsasso@wcsr.com
Julie A. Manning bankruptcy@goodwin.com
David B. McCall tsok@ntexas-attorneys.com
Laura L. McCloud ICDelaware@state.tn.us
Michael McCormick bkmail@mrdefault.com, bkmail@mrdefault.com
Garvan F. McDaniel gmcdaniel@bglawde.com, gfm@bgbde.com
Frank F. McGinn ffm@bostonbusinesslaw.com
Matthew B. McGuire mcguire@lrclaw.com, adams@lrclaw.com

Evelyn J. Meltzer meltzere@pepperlaw.com, lanoc@pepperlaw.com
Michael Joseph Merchant merchant@rlf.com, rbgroup@rlf.com
Rachel B. Mersky rmersky@monlaw.com
Kathleen M. Miller kmiller@skfdelaware.com, tlc@skfdelaware.com
Stephen M. Miller smiller@morrisjames.com, wweller@morrisjames.com
Mark Minuti mminuti@saul.com, rwarren@saul.com;saulbankruptcy@saul.com
Kenneth M. Misken kmisken@mcguirewoods.com,
jmagee@mcguirewoods.com;dswan@mcguirewoods.com
Francis A. Monaco Jr. fmonaco@monlaw.com, kdalton@wcsr.com;hsasso@wcsr.com
Norman M. Monhait nmonhait@rmgglaw.com
Sheryl L. Moreau deecf@dor.mo.gov
Zachary Mosner washbcu@atg.wa.gov
Carl D. Neff cneff@foxrothschild.com
Michael R. Nestor bankruptcy@ycst.com
Joanna Flynn Newdeck jnewdeck@akingump.com
Steven H. Newman snewman@ekks.com
Mark Daniel Olivere molivere@eapdlaw.com
Mark R. Owens mowens@btlaw.com
Ricardo Palacio rpalacio@ashby-geddes.com
Marc J. Phillips mphillips@cblh.com
Laurie S. Polleck lpolleck@jshllp-de.com
Susan E. Poppiti spoppiti@php-law.com
David P. Primack david.primack@dbr.com, amy.kinslow@dbr.com
Marcos Alexis Ramos ramos@rlf.com, rbgroup@rlf.com
Michael Reed sragsdale@mvbalaw.com
Patrick Joseph Reilley preilley@saul.com, rwarren@saul.com;saulbankruptcy@saul.com
Judith T. Romano bk.delaware@fedphe.com,
FedPhe@hotmail.com;paul.gowans@fedphe.com,justin.gorman@fedphe.com
Frederick Brian Rosner fbrosner@duanemorris.com, fbrosner@duanemorris.com
Anthony M. Saccullo asaccullo@foxrothschild.com, asaccullo@foxrothschild.com
Anthony M. Saccullo asaccullo@foxrothschild.com,
asaccullo@foxrothschild.com;jkittinger@foxrothschild.com;jbarnett@foxrothschild.com
Kathryn D. Sallie bankserve@bayardfirm.com, ksallie@bayardfirm.com
Christopher M. Samis samis@rlf.com, rbgroup@rlf.com
Christopher M. Samis samis@rlf.com, rbgroup@rlf.com
Christopher M. Samis samis@rlf.com, rbgroup@rlf.com
Christopher M. Samis samis@rlf.com, rbgroup@rlf.com
Christopher M. Samis samis@rlf.com, rbgroup@rlf.com
Christopher M. Samis samis@rlf.com, rbgroup@rlf.com
Diane W. Sanders austin.bankruptcy@publicans.com
Eric Lopez Schnabel schnabel.eric@dorsey.com
Sean T. Scott stscott@mayerbrownrowe.com, mwargin@mayerbrownrowe.com
Bruce L. Segal bsegal@honigman.com, klarson1@honigman.com

Felix A. Seidler attyseidler@netscape.net
Sandra G.M. Selzer , bankruptcydel@gtlaw.com;thomase@gtlaw.com
Andrea Sheehan sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com
Michelle E. Shriro mshriro@singerlevick.com, croote@singerlevick.com
J Jackson Shrum jjshrum@archerlaw.com
Russell C. Silberglied silberglied@rlf.com, rbgroup@rlf.com
Laurie Selber Silverstein bankruptcy@potteranderson.com
Christopher Page Simon csimon@crosslaw.com
Bayard J. Snyder snyder90bkrt@aol.com
Robyn J. Spalter notice@regencap.com
Heidi R. Spivak hspivak@udren.com, jjj@udren.com
David B. Stratton strattond@pepperlaw.com, wlbank@pepperlaw.com
Michelle Therese Sutter msutter@ag.state.oh.us, jlemmon@ag.state.oh.us
Eric Michael Sutty bankserve@bayardfirm.com, esutty@bayardfirm.com
Gregory Alan Taylor gtaylor@ashby-geddes.com
William F. Taylor bankdel@comcast.net, bankruptcydel@mccarter.com
William F. Taylor bankdel@comcast.net, bankruptcydel@mccarter.com
Diana M. Thimmig dthimmig@ralaw.com
Christina Maycen Thompson cthompson@cblhlaw.com
Patricia Baron Tomasco ptomasco@mailbmc.com, ngriffes@mailbmc.com
United States Trustee USTPREGION03.WL.ECF@USDOJ.GOV
Madeleine Carmel Wanslee mwanslee@gustlaw.com, rms@gustlaw.com
Christopher A. Ward cward@klehr.com
Jeffrey R. Waxman jwaxman@cozen.com, mmillis@cozen.com
Helen Elizabeth Weller dallas.bankruptcy@publicans.com
Amanda Marie Winfree awinfree@ashby-geddes.com
Christopher Martin Winter cmwinter@duanemorris.com
Jeffrey C. Wisler jwisler@cblh.com
Etta Rena Wolfe erw@skfdelaware.com
Donald Alan Workman dworkman@bakerlaw.com
Karon Y. Wright karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
Steven M. Yoder bankserve@bayardfirm.com, syoder@bayardfirm.com
Michael W. Yurkewicz myurkewicz@klehr.com
German Yusufov pcaocvbk@pcao.pima.gov

*/s/ Jay Hurst*
JAY HURST