IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, *et al.*, | ) Case No. 07-10416 (KJC) |
| Debtors. | ) Jointly Administered<br>) Related to Doc. No. 1747 |

SUPPLEMENTAL AFFIDAVIT
OF MARK MINUTI OF SAUL EWING LLP
AS CO-COUNSEL FOR THE EXAMINER

| STATE OF DELAWARE | ) | |
|---|---|---|
| | ) | SS. |
| NEW CASTLE COUNTY | ) | |

**MARK MINUTI**, being duly sworn, deposes and says:

1. I am an attorney at law admitted to practice before this Court and a partner of the firm of Saul Ewing LLP ("Saul") which maintains offices for the practice of law at 222 Delaware Avenue, Suite 1200, P.O. Box 1266, Wilmington, Delaware 19899.

2. On April 2, 2007, the above-captioned debtors (the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

3. On June 1, 2007, the Court Entered an Order Denying in Part and Granting in Part Motion of the United States Trustee for an Order Directing Appointment of a Chapter 11 Trustee, or in the Alternative, an Examiner, and subsequently approved the selection of Michael J. Missal as the Examiner in these matters (the "Examiner").

4. On July 27, 2007, this Court approved the Examiner's application ("Saul Application") and authorized the Examiner to retain Saul, *nunc pro tunc* to June 8, 2007, to serve as co-counsel to the Examiner in these proceedings pursuant to 11 U.S.C. §§ 327 and 105(a).

The Saul Application was supported by my Affidavit (the "Original Affidavit") signed, notarized and filed on July 27, 2007.

5. The information contained in the Original Affidavit remains true and correct and the Original Affidavit is incorporated by reference herein.

6. Saul has recently been asked to represent Vista Research in matters wholly unrelated to the Debtors and their bankruptcy cases. Upon information and belief, Vista Research may be a party-in-interest in these bankruptcy cases, but I am not aware that the Examiner will be adverse to Vista Research.

7. For the reasons set forth in the Original Affidavit, and as set forth above, Saul remains a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.

_____
**MARK MINUTI** (No. 2659)

**SWORN TO AND SUBSCRIBED** before me this 4th day of October 2007, as witnessed my Hand and Seal of Office.

_____
Notary Public

My Commission Expires:_____

**KATHLEEN L. DIROCCO**
**Notary Public - State of Delaware**
**My Comm. Expires Oct. 21, 2008**