## EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | |
| | : | |

### ORDER GRANTING MOTION TO AMEND ORDER UNDER 11 U.S.C. §§ 105 AND 363 AUTHORIZING THE EMPLOYMENT OF AP SERVICES, LLC AS CRISIS MANAGERS FOR THE DEBTORS TO INCLUDE DEBTOR NEW CENTURY WAREHOUSE CORPORATION *NUNC PRO TUNC* TO AUGUST 3, 2007

Upon the motion (the "Motion")[2] of the Debtors to amend the order under sections 105

and 363 of Title 11 of the United States Code (as amended, the "Bankruptcy Code") authorizing

the employment of AP Services, LLC ("APS") as their crisis managers (the "APS Retention

Order") to include debtor New Century Warehouse Corporation ("Warehouse") nunc pro tunc to

August 3, 2007; and upon the Declaration of Holly Felder Etlin (the "Etlin Declaration") filed

concurrently with the Motion; and the Court having reviewed the Motion and the Etlin

Declaration; and the Court having held a hearing on the Motion and the Court having determined

---

[1]    The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

[2]    Capitalized terms not defined herein have the meaning ascribed to them in the Motion.

that the relief requested in the Motion is necessary and in the best interests of the Debtors, their estates, creditors, and other parties-in-interest, and it appearing that APS does not hold or represent any interest adverse to the Debtors' estates and this Court having determined that the retention of APS in the best interests of the Debtors, their creditors, and equity security holders; and it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that

1.      The Motion is GRANTED.

2.      The APS Retention Order is amended to include Warehouse, *nunc pro tunc* to August 3, 2007.

3.      Under 11 U.S.C. §§ 105 and 363, the Debtors and authorized to compensate APS and provide indemnification to APS under the terms of the Engagement Letter as modified by the Motion and this Order.

4.      All other terms of the APS Retention Order shall remain in full force and effect.


Dated: _____, 2007
       Wilmington, Delaware



_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

-2-