# EXHIBIT B

## Details of Hours Expended

## New Century Financial Corporation
## Lazard Frères & Co. LLC
## Summary of Services Rendered by Project

### August 1, 2007 - August 31, 2007

| Project # | Project Description | Aug |
|:---:|:---|---:|
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 15.7 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 |
| 3 | Preparation and/or Review of Court Filings | 0.0 |
| 4 | Court Testimony/Deposition and Preparation | 0.0 |
| 5 | Valuation Analysis | 0.0 |
| 6 | Capital Structure Review and Analysis | 0.0 |
| 7 | Merger & Acquisition Activity | 0.0 |
| 8 | Financing Including DIP and Exit Financing | 0.0 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 |
| 10 | Fee Application, Engagement | 0.0 |
| 11 | Employee Retention Program | 0.0 |
| **TOTAL** | | **15.7** |

### Summary of Services Rendered by Professional

| Name | Aug |
|:---|---:|
| David Kurtz, Managing Director | 7.1 |
| Ari Lefkovits, Director | 8.6 |
| **TOTAL** | **15.7** |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
David Kurtz - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 8/8/2007 | Board call | 2.0 | 1 |
| 8/15/2007 | Internal call | 0.5 | 1 |
| 8/20/2007 | Call with management and cousnel | 1.1 | 1 |
| 8/21/2007 | Review of transaction materials | 2.0 | 1 |
| 8/22/2007 | Board call | 1.5 | 1 |
| | AUGUST TOTAL | 7.1 | |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Ari Lefkovits - Director

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 8/8/2007 | Board call | 2.0 | 1 |
| 8/15/2007 | Meeting with management and counsel and 3rd party | 2.0 | 1 |
| 8/20/2007 | Call with management and cousnel | 1.1 | 1 |
| 8/21/2007 | Review of transaction materials | 2.0 | 1 |
| 8/22/2007 | Board call | 1.5 | 1 |
| | AUGUST TOTAL | 8.6 | |