# EXHIBIT C

# Fee Calculation and
# Summary of Out-of-Pocket Expenses

# New Century Financial Corporation
## Monthly Fee Statement
## Lazard Frères & Co. LLC

### August 1, 2007 - August 31, 2007

#### Fee Calculation

| Item | Amount Incurred |
| --- | ---: |
| **Sale Transaction Fees:** | |
| Data and Technology sales | $397,500.00 [a] |
| **Monthly Advisory Fees:** | |
| August 1, 2007 - August 31, 2007 | $200,000.00 |
| Less: Applicable credits | (200,000.00) [c] |
| Net Monthly Advisory Fees | $0.00 |
| **TOTAL FEES REQUESTED** | **$397,500.00** |

*(a) In August 2007, the Debtors closed on the sale of certain origination technology to Barclays for proceeds of $7.80 million ($8.05 million total purchase price less $250,000 data purchase price paid in in July 2007) and certain origination data to HSBC for proceeds of $150,000. As set forth in paragraph 2(b)(iii) of Lazard's retention order, the debtors shall pay Lazard a fee equal to 5% of the OB Consideration upon closing of a sale transaction involving all or part of the Origination Business ($7,950,000 x 5% =$397,500).*

*(b) Pursuant to an agreement beween Lazard and the Debtors, the Debtors shall "hold-back" 50% of any Data and/or Technology sale fee.*

*(c) Paragraph 2(c) of Lazard's retention order provides that Monthly Fees shall credit against any Sale Transaction Fees which have already been requested.*