## CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on October 4, 2007, a copy of the foregoing **Third Monthly Application of Lazard Freres & Co, LLC, Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2007 through August 31, 2007** was served on the parties on the attached list and in the manner indicated thereon.


_____
Christopher M. Samis (No. 4909)

**NEW CENTURY TRS HOLDINGS, INC.**
**CASE NO. 07-10416 (KJC)**
**SERVICE LIST**

**VIA FEDERAL EXPRESS**

*(Debtor)*
Monika McCarthy, Esq.
New Century Mortgage Corporation
3121 Michelson Drive, Suite 600
Irvine, CA 92612

*(Counsel for Debtor)*
Suzzanne Uhland, Esq.
Emily Culler, Esq.
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*(Counsel for Debtor)*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*(Counsel for Crisis Managers)*
Holly Felder Etlin
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019

*(United States Trustee)*
Joseph McMahan, Esq.
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022