IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC. | ) | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al.,[1] | ) | |
| | ) | Jointly Administered |
| Debtors, | ) | |

## NOTICE OF DOCUMENT ENTERED IN ERROR
## AND WITHDRAWAL OF FILING (DOCKET NO. 3226)

Please be advised that Docket Entry Number 3226, Motion of ADT Security Inc. To Compel The Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. §503(b)(1), was entered in error and is hereby withdrawn.

Dated: October 5, 2007

**MORRISJAMES LLP**

*/s/ Brett D. Fallon*

Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: 302-888-6888
Facsimile: 302-571-1750

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage)(d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

1621087/1

Email: bfallon@morrisjames.com

-and-

Sally E. Edison (PA ID # 78678)
Nicholas E. Meriwether (PA ID # 200433)
McGUIREWOODS LLP
625 Liberty Avenue
Dominion Tower, 23rd Floor
Pittsburgh, Pennsylvania 15222
Telephone: 412-667-6000
Email: sedison@mcguirewoods.com

*Counsel for ADT Security Services, Inc.*

1621087/1