IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC. | ) | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al.,[1] | ) | |
| | ) | Jointly Administered |
| Debtors, | ) | |
| | ) | **Hearing Date: October 23, 2007 at 1:30 p.m.** |
| | ) | **Objection Deadline: October 16, 2007 at 4:00 p.m.** |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

The undersigned counsel filed the **Motion of ADT Security Services, Inc. to Compel the Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)** (the "Motion") in the above-captioned matter.

You are required to file a response to the Motion on or before **October 16, 2007 at 4:00 p.m.** (the "Objection Deadline").

You must also serve a copy of the response upon the undersigned counsel on or before the Objection Deadline.

If a response or an objection is filed, A HEARING ON THE MOTION will be held on **October 23, 2007 at 1:30 p.m.** before the Honorable Kevin J. Carey in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage)(d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

| | |
|---|---|
| Dated: October 5, 2007 | **MORRISJAMES LLP**<br><br>*/s/ Brett D. Fallon*<br>Brett D. Fallon (DE Bar No. 2480)<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, Delaware 19899-2306<br>Telephone: 302-888-6888<br>Facsimile: 302-571-1750<br>Email: bfallon@morrisjames.com<br><br>-and-<br><br>Sally E. Edison (PA ID # 78678)<br>Nicholas E. Meriwether (PA ID # 200433)<br>McGUIREWOODS LLP<br>625 Liberty Avenue<br>Dominion Tower, 23rd Floor<br>Pittsburgh, Pennsylvania 15222<br>Telephone: 412-667-6000<br>Email: sedison@mcguirewoods.com<br><br>*Counsel for ADT Security Services, Inc.* |

1621082/1

2