# **EXHIBIT A**

In re New Century TRS Holdings, Inc., et al.
Jointly Administered at Case No. 07-10416 (KJC)

EXHIBIT "A"
ADT Administrative Claim as of 10/3/07

| Account Number | Side Address | Site Address | Site Address | Invoice Type | Original Inv # | Date | Consol. Inv # | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 100726587 | 1105 ENERGY CENTER | | TUSCALOOSA, AL 35406 | PRO RATED SVC CHRG | 48126622 | 4/10/2007 | 10186111 | $ 12.89 |
| 100848136 | 27 HOME DEPOT DR | | PLYMOUTH, MA 02360-2669 | PRO RATED SVC CHRG | 51944928 | 6/14/2007 | 10192541 | $ 11.62 |
| 108020688 | 356 N POTTSTOWN PIKE | SUITE 200 | EXTON, PA 19341-2220 | PRO RATED SVC CHRG | 50429057 | 5/23/2007 | 10189177 | $ 14.30 |
| 108113529 | 345 ROUSER ROAD | 4TH FL | PITTSBURGH, PA 15201 | PRO RATED SVC CHRG | 48947749 | 4/29/2007 | 10187212 | $ 62.76 |
| 108113529 | 345 ROUSER ROAD | 4TH FL | PITTSBURGH, PA 15201 | PRO RATED SVC CHRG | 48947748 | 4/29/2007 | 10187212 | $ 23.91 |
| 131808130 | TOMMY JONES | 1345 CARMICHAEL WAY | MONTGOMERY, AL 36106-3629 | PRO RATED SVC CHRG | 48126623 | 4/10/2007 | 10186111 | $ 12.89 |
| 100440738 | 1117 PERIMETER CTR W | 2ND FLOOR, SUITE N200 | ATLANTA, GA 30338-5451 | PRO RATED SVC CHRG | 54794708 | 9/1/2007 | 10198890 | $ 72.33 |
| 100525467 | 1302 CONCOURSE DRIVE | SUITE 102 | LINTHICUM, MD 21090 | PRO RATED SVC CHRG | 54794709 | 9/1/2007 | 10198890 | $ 17.33 |
| 100726587 | 1105 ENERGY CENTER | TUSCALOOSA, AL 35406 | | PRO RATED SVC CHRG | 54794710 | 9/1/2007 | 10198890 | $ 15.86 |
| 100841634 | 300 CROWN COLONY DR | QUINCY, MA 02169-0904 | | PRO RATED SVC CHRG | 54794711 | 9/1/2007 | 10198890 | $ 16.70 |
| 100843819 | 25 FORBES BLVD | SUITE 1 | FOXBOROUGH, MA 02035 | PRO RATED SVC CHRG | 54794712 | 9/1/2007 | 10198890 | $ 93.07 |
| 100848136 | 27 HOME DEPOT DR | PLYMOUTH, MA 02360-2669 | | PRO RATED SVC CHRG | 54794713 | 9/1/2007 | 10198890 | $ 15.81 |
| 100848138 | 8 PLEASANT ST | BLDG A | SOUTH NATICK, MA 01760 | PRO RATED SVC CHRG | 54794714 | 9/1/2007 | 10198890 | $ 16.31 |
| 102222454 | 4349 EASTON WAY | SUITE 110 | COLUMBUS, OH 43219-6114 | PRO RATED SVC CHRG | 54794715 | 9/1/2007 | 10198890 | $ 187.77 |
| 102344626 | 6404 INTERNATIONAL PKWY | SUITE 2000, 2025 | PLANO, TX 75093-8225 | PRO RATED SVC CHRG | 54794716 | 9/1/2007 | 10198890 | $ 213.52 |
| 102350355 | 1349 EMPIRE CENTRAL DR | STE 100 | DALLAS, TX 75247-4066 | PRO RATED SVC CHRG | 54794717 | 9/1/2007 | 10198890 | $ 26.39 |
| 102730309 | 2800 LIVERNOIS RD | SUITE 160, BLDG. E-1 | TROY, MI 48083-1215 | PRO RATED SVC CHRG | 54794718 | 9/1/2007 | 10198890 | $ 16.33 |
| 103435779 | 860 AIRPORT FWY | 5TH FLOOR | HURST, TX 76054-3249 | PRO RATED SVC CHRG | 54794719 | 9/1/2007 | 10198890 | $ 62.76 |
| 104055303 | 14511 FALLING CREEK DR | STE 400 | HOUSTON, TX 77014-1244 | PRO RATED SVC CHRG | 54794720 | 9/1/2007 | 10198890 | $ 39.64 |
| 104056596 | 2 RIVERWAY | STE 600 | HOUSTON, TX 77056-1939 | PRO RATED SVC CHRG | 54794722 | 9/1/2007 | 10198890 | $ 65.68 |
| 104056602 | 22485 TOMBALL PKWY | | HOUSTON, TX 77070-1530 | PRO RATED SVC CHRG | 54794723 | 9/1/2007 | 10198890 | $ 24.90 |
| 104114139 | 8365 KEYSTONE XING | SUITE 104 | INDIANAPOLIS, IN 46240-2471 | PRO RATED SVC CHRG | 54794724 | 9/1/2007 | 10198890 | $ 72.75 |
| 104431043 | 99 CHERRY HILL RD | STE 110 | PARSIPPANY, NJ 07054-1122 | PRO RATED SVC CHRG | 54794725 | 9/1/2007 | 10198890 | $ 15.61 |
| 104710560 | 2030 FALLING WATER | SUITE 150 | KNOXVILLE, TN 37922 | PRO RATED SVC CHRG | 54794726 | 9/1/2007 | 10198890 | $ 17.06 |
| 105057936 | 841 BISHOP ST | STE 725 | HONOLULU, HI 96813-3908 | PRO RATED SVC CHRG | 54794727 | 9/1/2007 | 10198890 | $ 104.48 |
| 105237189 | TWO HUNTINGTON QUAD | STE #1501 | MELVILLE, NY 11747 | PRO RATED SVC CHRG | 54794728 | 9/1/2007 | 10198890 | $ 129.59 |
| 105404676 | 900 GRAND CENTRAL AVE | STE 1 | VIENNA, WV 26105-2147 | PRO RATED SVC CHRG | 54794729 | 9/1/2007 | 10198890 | $ 16.29 |
| 105816975 | 4300 MARKETPOINTE DR | SUITE 560 | BLOOMINGTON, MN 55435 | PRO RATED SVC CHRG | 54794730 | 9/1/2007 | 10198890 | $ 100.54 |
| 105911272 | 1225 CARLISLE ST | SUITE 1 | HANOVER, PA 17331-1202 | PRO RATED SVC CHRG | 54794731 | 9/1/2007 | 10198890 | $ 15.14 |
| 106218071 | | | NASHVILLE, TN 37211 | PRO RATED SVC CHRG | 54794732 | 9/1/2007 | 10198890 | $ 82.16 |
| 107112919 | 2000 CROW CANYON PL | SUITE 250 | SAN RAMON, CA 94583-4633 | PRO RATED SVC CHRG | 54794733 | 9/1/2007 | 10198890 | $ 146.55 |
| 107312641 | 9420 UNDERWOOD AVE | BROADMOORE BLDG 1ST FLR | OMAHA, NE 68114-6607 | PRO RATED SVC CHRG | 54794734 | 9/1/2007 | 10198890 | $ 70.38 |
| 107803667 | 200 UNICORN PARK DR | 3RD FLOOR | WOBURN, MA 01801-3324 | PRO RATED SVC CHRG | 54794735 | 9/1/2007 | 10198890 | $ 75.39 |
| 108016494 | 3331 STREET RD | SUITE 405 | BENSALEM, PA 19020 | PRO RATED SVC CHRG | 54794736 | 9/1/2007 | 10198890 | $ 17.16 |
| 108017947 | 630 W GERMANTOWN PIKE | SUITE 200 | PLYMOUTH MEETING, PA 19462 | PRO RATED SVC CHRG | 54794737 | 9/1/2007 | 10198890 | $ 85.37 |
| 108020688 | 356 N POTTSTOWN PIKE | SUITE 200 | EXTON, PA 19341-2220 | PRO RATED SVC CHRG | 54794738 | 9/1/2007 | 10198890 | $ 17.00 |
| 108113529 | 345 ROUSER ROAD | 4TH FL | PITTSBURGH, PA 15201 | PRO RATED SVC CHRG | 54794739 | 9/1/2007 | 10198890 | $ 40.42 |
| 111510373 | 136 TURNPIKE RD | SUITE 120 | SOUTHBOROUGH, MA 01772-2118 | PRO RATED SVC CHRG | 54794741 | 9/1/2007 | 10198890 | $ 16.50 |
| 112922858 | 201 EDWARD CURRY AVE | SUITE 105 | STATEN ISLAND, NY 10314 | PRO RATED SVC CHRG | 54794742 | 9/1/2007 | 10198890 | $ 18.09 |
| 113516434 | 5600 S QUEBEC ST | #B-310B | GREENWOOD VILLAGE, CO 80111-2207 | PRO RATED SVC CHRG | 54794743 | 9/1/2007 | 10198890 | $ 97.57 |
| 113534508 | 5445 DTC PKWY | QUAD 100 | GREENWOOD VILLAGE, CO 80111-3045 | PRO RATED SVC CHRG | 54794744 | 9/1/2007 | 10198890 | $ 108.36 |
| 114937467 | 14750 NW 77TH CT | SUITE 100 | MIAMI LAKES, FL 33016-1507 | PRO RATED SVC CHRG | 54794746 | 9/1/2007 | 10198890 | $ 111.67 |
| 115216376 | 1860 HOWE AVE | SUITE 106 | SACRAMENTO, CA 95825 | PRO RATED SVC CHRG | 54794747 | 9/1/2007 | 10198890 | $ 17.41 |
| 115217574 | 2880 GATEWAY OAKS DR. | SECOND FLOOR | SACRAMENTO, CA 95825 | PRO RATED SVC CHRG | 54794748 | 9/1/2007 | 10198890 | $ 49.33 |
| 115728431 | 13520 EVENING CREEK DRI | | SAN DIEGO, CA 92128 | PRO RATED SVC CHRG | 54794749 | 9/1/2007 | 10198890 | $ 56.58 |
| 115816701 | 910 E HAMILTON AVE | | CAMPBELL, CA 95008-0610 | PRO RATED SVC CHRG | 54794750 | 9/1/2007 | 10198890 | $ 199.34 |
| 117435962 | 3111 W MARTIN LUTHER KING | STE 175 | TAMPA, FL 33607-6235 | PRO RATED SVC CHRG | 54794755 | 9/1/2007 | 10198890 | $ 18.08 |
| 117435963 | 3109 W MARTIN LUTHER KING | 3RD FL | TAMPA, FL 33607-6260 | PRO RATED SVC CHRG | 54794756 | 9/1/2007 | 10198890 | $ 100.83 |
| 119822191 | 4280 LATHAM ST | SUITE E | RIVERSIDE, CA 92501-1737 | PRO RATED SVC CHRG | 54794757 | 9/1/2007 | 10198890 | $ 16.16 |
| 131808130 | 1345 CARMICHAEL WAY | | MONTGOMERY, AL 36106-3629 | PRO RATED SVC CHRG | 54794758 | 9/1/2007 | 10198890 | $ 15.86 |
| 133242433 | 1 PIERCE PL | SUITE 1200W | ITASCA, IL 60143-1253 | PRO RATED SVC CHRG | 54794759 | 9/1/2007 | 10198890 | $ 231.72 |
| 133243794 | 1375 E WOODFIELD ROAD | SUITE 550 | SCHAUMBURG, IL 60173 | PRO RATED SVC CHRG | 54794760 | 9/1/2007 | 10198890 | $ 56.89 |

1

In re New Century TRS Holdings, Inc., et al.
Jointly Administered at Case No. 07-10416 (KJC)

EXHIBIT "A"
ADT Administrative Claim as of 10/3/07

| Account Number | Side Address | Site Address | Site Address | Invoice Type | Original Inv # | Date | Consol. Inv # | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 140804789 | 300 GREEN VILLAGE CIRCL | | SMYRNA, GA 30080 | PRO RATED SVC CHRG | 54794763 | 9/1/2007 | 10198890 | $ 15.64 |
| 140805548 | 64 FAIRFIELD RD | 1ST FLOOR | VILLA RICA, GA 30180-3800 | PRO RATED SVC CHRG | 54794764 | 9/1/2007 | 10198890 | $ 15.14 |
| 156702346 | 11235 SE 6TH ST | STE 200, BLDG A | BELLEVUE, WA 98004-6481 | PRO RATED SVC CHRG | 54794766 | 9/1/2007 | 10198890 | $ 60.64 |
| 158908038 | 5225 S LOOP 289 | STE 118 | LUBBOCK, TX 79424-1363 | PRO RATED SVC CHRG | 54794767 | 9/1/2007 | 10198890 | $ 18.23 |
| 166001484 | 11700 PLAZA AMERICA | DRIVE 2ND FLOOR | RESTON, VA 20190 | PRO RATED SVC CHRG | 54794768 | 9/1/2007 | 10198890 | $ 105.67 |
| 166502603 | 210 COMMERCE | IRVINE, CA 92602-1318 | | PRO RATED SVC CHRG | 54794769 | 9/1/2007 | 10198890 | $ 799.80 |
| 166502604 | 18400 VON KARMAN AVE | 10TH FL | IRVINE, CA 92612-1514 | PRO RATED SVC CHRG | 54794770 | 9/1/2007 | 10198890 | $ 480.84 |
| 186612105 | 7100 N FINANCIAL DR | SUITE 103 | FRESNO, CA 93720-2900 | PRO RATED SVC CHRG | 54794782 | 9/1/2007 | 10198890 | $ 15.06 |
| 186814034 | 1209 WOODROW AVE | SUITE A-3 | MODESTO, CA 95350 | PRO RATED SVC CHRG | 54794783 | 9/1/2007 | 10198890 | $ 13.45 |
| 187609979 | 1620 MILL ROCK WAY | STE 500 | BAKERSFIELD, CA 93311-1320 | PRO RATED SVC CHRG | 54794784 | 9/1/2007 | 10198890 | $ 15.77 |
| 187727453 | 7674 W LAKE MEAD BLVD | SUITE 110 | LAS VEGAS, NV 89128-6647 | PRO RATED SVC CHRG | 54794785 | 9/1/2007 | 10198890 | $ 17.14 |
| 189033277 | 1600 W BROADWAY RD | SUITE 150 | TEMPE, AZ 85282 | PRO RATED SVC CHRG | 54794786 | 9/1/2007 | 10198890 | $ 17.10 |
| 189035267 | 4835 E CACTUS RD | STE 200 | SCOTTSDALE, AZ 85254-4191 | PRO RATED SVC CHRG | 54794787 | 9/1/2007 | 10198890 | $ 160.61 |
| 189040931 | 10835 N 25TH AVE | STE 140 | PHOENIX, AZ 85029-4751 | PRO RATED SVC CHRG | 54794788 | 9/1/2007 | 10198890 | $ 16.11 |
| 102350355 | | | | MONTHLY BILLING | 52969496 | 8/1/2007 | 10194795 | $ 79.63 |
| 107312641 | | | | MONTHLY BILLING | 52969513 | 8/1/2007 | 10194795 | $ 212.04 |
| 107803667 | | | | MONTHLY BILLING | 52969514 | 8/1/2007 | 10194795 | $ 226.17 |
| 108016494 | | | | MONTHLY BILLING | 52969515 | 8/1/2007 | 10194795 | $ 51.48 |
| 108017947 | | | | MONTHLY BILLING | 52969516 | 8/1/2007 | 10194795 | $ 256.10 |
| 108020688 | | | | MONTHLY BILLING | 52969517 | 8/1/2007 | 10194795 | $ 51.00 |
| 108113529 | | | | MONTHLY BILLING | 52969518 | 8/1/2007 | 10194795 | $ 121.25 |
| 111510373 | | | | MONTHLY BILLING | 52969520 | 8/1/2007 | 10194795 | $ 49.50 |
| 112922858 | | | | MONTHLY BILLING | 52969521 | 8/1/2007 | 10194795 | $ 54.60 |
| 113516434 | | | | MONTHLY BILLING | 52969522 | 8/1/2007 | 10194795 | $ 292.70 |
| 113534508 | | | | MONTHLY BILLING | 52969523 | 8/1/2007 | 10194795 | $ 325.08 |
| 114937467 | | | | MONTHLY BILLING | 52969526 | 8/1/2007 | 10194795 | $ 336.46 |
| 115216376 | | | | MONTHLY BILLING | 52969527 | 8/1/2007 | 10194795 | $ 52.22 |
| 115217574 | | | | MONTHLY BILLING | 52969528 | 8/1/2007 | 10194795 | $ 148.00 |
| 115728431 | | | | MONTHLY BILLING | 52969529 | 8/1/2007 | 10194795 | $ 169.73 |
| 115816701 | | | | MONTHLY BILLING | 52969530 | 8/1/2007 | 10194795 | $ 598.03 |
| 117435962 | | | | MONTHLY BILLING | 52969535 | 8/1/2007 | 10194795 | $ 54.46 |
| 117435963 | | | | MONTHLY BILLING | 52969536 | 8/1/2007 | 10194795 | $ 303.79 |
| 119823191 | | | | MONTHLY BILLING | 52969537 | 8/1/2007 | 10194795 | $ 48.48 |
| 131808130 | | | | MONTHLY BILLING | 52969538 | 8/1/2007 | 10194795 | $ 47.58 |
| 133242433 | | | | MONTHLY BILLING | 52969539 | 8/1/2007 | 10194795 | $ 695.15 |
| 133243794 | | | | MONTHLY BILLING | 52969540 | 8/1/2007 | 10194795 | $ 170.66 |
| 140804789 | | | | MONTHLY BILLING | 52969543 | 8/1/2007 | 10194795 | $ 46.92 |
| 140805548 | | | | MONTHLY BILLING | 52969544 | 8/1/2007 | 10194795 | $ 45.42 |
| 156702346 | | | | MONTHLY BILLING | 52969546 | 8/1/2007 | 10194795 | $ 181.91 |
| 158908038 | | | | MONTHLY BILLING | 52969547 | 8/1/2007 | 10194795 | $ 55.02 |
| 166001484 | | | | MONTHLY BILLING | 52969548 | 8/1/2007 | 10194795 | $ 317.00 |
| 166502603 | | | | MONTHLY BILLING | 52969549 | 8/1/2007 | 10194795 | $ 2,399.40 |
| 166502604 | | | | MONTHLY BILLING | 52969550 | 8/1/2007 | 10194795 | $ 1,442.51 |
| 186612105 | | | | MONTHLY BILLING | 52969562 | 8/1/2007 | 10194795 | $ 45.17 |
| 186814034 | | | | MONTHLY BILLING | 52969563 | 8/1/2007 | 10194795 | $ 40.35 |
| 187609979 | | | | MONTHLY BILLING | 52969564 | 8/1/2007 | 10194795 | $ 47.30 |
| 187727453 | | | | MONTHLY BILLING | 52969565 | 8/1/2007 | 10194795 | $ 51.42 |
| 189033277 | | | | MONTHLY BILLING | 52969566 | 8/1/2007 | 10194795 | $ 51.29 |
| 189035267 | | | | MONTHLY BILLING | 52969567 | 8/1/2007 | 10194795 | $ 481.82 |
| 189040931 | | | | MONTHLY BILLING | 52969568 | 8/1/2007 | 10194795 | $ 48.33 |
| | | | | | | | Rejected Sub Total | $ 14,492.17 |

2

In re New Century TRS Holdings, Inc., et al.
Jointly Administered at Case No. 07-10416 (KJC)

EXHIBIT "A"
ADT Administrative Claim as of 10/3/07

| Account Number: | Side Address | Site Address | Site Address | Invoice Type | Original Inv # | Date | Consol. Inv # | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 104056073 | 77 SUGAR CREEK LN | STE 200 | SUGAR LAND, TX 77478-3936 | RECURRING SVC | 56657695 | 10/01/2007 | | $ 155.25 |
| 104056073 | 77 SUGAR CREEK LN | STE 200 | SUGAR LAND, TX 77478-3936 | PRO RATED SVC CHRG | 405607302 | 4/17/2007 | 10186474 | $ 3.14 |
| 104056073 | 77 SUGAR CREEK LN | STE 200 | SUGAR LAND, TX 77478-3936 | RECURRING SVC | 54794721 | 9/1/2007 | 10198890 | $ 155.25 |
| 109708732 | 101 S MISSION ST | | WENATCHEE, WA 98801 | MISC ACQUIS | 50429058 A | 05/31/2007 | | $ (17.33) |
| 111228318 | TWO BLUE HILL PLAZA | 1ST FLOOR | PEARL RIVER, NY 10965 | RECURRING SVC | 56657714 | 10/01/2007 | | $ 255.83 |
| 111228318 | TWO BLUE HILL PLAZA | 1ST FLOOR | PEARL RIVER, NY 10965 | RECURRING SVC | 54794740 | 9/1/2007 | 10198890 | $ 255.83 |
| 111228318 | TWO BLUE HILL PLAZA | 1ST FLOOR | PEARL RIVER, NY 10965 | RECURRING SVC | 52969519 | 8/1/2007 | 10194795 | $ 255.83 |
| 114021156 | 1407 116TH AVE NE | SUITE EAST 100 | BELLEVUE, WA 98004-3819 | RECURRING SVC | 56657719 | 10/01/2007 | | $ 521.36 |
| 114021156 | 1407 116TH AVE NE | SUITE EAST 100 | BELLEVUE, WA 98004-3819 | RECURRING SVC | 54794745 | 9/1/2007 | 10198890 | $ 521.36 |
| 114021156 | 1407 116TH AVE NE | SUITE EAST 100 | BELLEVUE, WA 98004-3819 | RECURRING SVC | 52969524 | 8/1/2007 | 10194795 | $ 521.36 |
| 114707407 | 951 MARCON BLVD | | ALLENTOWN, PA 18109 | MISC ACQUIS | 53602155 A | 07/10/2007 | | $ (33.30) |
| 114940076 | 7950 NW 53RD ST STE 103 | | MIAMI, FL | MISC ACQUIS | 50354182 A | 05/22/2007 | | $ (25.22) |
| 115725240 | 8880 RIO SAN DIEGO DR | STE 505 | SAN DIEGO, CA 92108 | MISC ACQUIS | 50354183 A | 05/22/2007 | | $ (23.14) |
| 116008121 | 6548 S MCCARRAN BLVD | SUITE B | RENO, NV 89509-6112 | RECURRING SVC | 56657725 | 10/01/2007 | | $ 52.22 |
| 116008121 | 6548 S MCCARRAN BLVD | SUITE B | RENO, NV 89509-6112 | RECURRING SVC | 54794751 | 9/1/2007 | 10198890 | $ 52.22 |
| 116008121 | 6548 S MCCARRAN BLVD | SUITE B | RENO, NV 89509-6112 | RECURRING SVC | 52969531 | 8/1/2007 | 10194795 | $ 52.22 |
| 116634799 | 21800 OXNARD ST | | WOODLAND HILLS, CA 91367-3633 | RECURRING SVC | 56657726 | 10/01/2007 | | $ 434.35 |
| 116634799 | 21800 OXNARD ST | | WOODLAND HILLS, CA 91367-3633 | RECURRING SVC | 54794752 | 9/1/2007 | 10198890 | $ 434.35 |
| 116634799 | 21800 OXNARD ST | | WOODLAND HILLS, CA 91367-3633 | RECURRING SVC | 52969532 | 8/1/2007 | 10194795 | $ 434.35 |
| 116917916 | 350 COMMERCE | | IRVINE, CA 92709 | RECURRING SVC | 56657727 | 10/01/2007 | | $ 322.16 |
| 116917916 | 350 COMMERCE | | IRVINE, CA 92709 | RECURRING SVC | 54794753 | 9/1/2007 | 10198890 | $ 322.16 |
| 116917916 | 350 COMMERCE | | IRVINE, CA 92709 | RECURRING SVC | 52969533 | 8/1/2007 | 10194795 | $ 322.16 |
| 116937832 | 3121 MICHELSON DR | 5TH FL | IRVINE, CA 92612-7672 | RECURRING SVC | 56657728 | 10/01/2007 | | $ 180.67 |
| 116937832 | 3121 MICHELSON DR | 5TH FL | IRVINE, CA 92612-7672 | RECURRING SVC | 54794754 | 9/1/2007 | 10198890 | $ 180.67 |
| 116937832 | 3121 MICHELSON DR | 5TH FL | IRVINE, CA 92612-7672 | RECURRING SVC | 52969534 | 8/1/2007 | 10194795 | $ 180.67 |
| 128303915 | 1400 EXECUTIVE PKWY | STE 120 | EUGENE, OR 97401 | MISC ACQUIS | 50354184 A | 05/22/2007 | | $ (23.93) |
| 133244292 | 1 PIERCE PL STE 1200 | 12TH FL HR STORAGE ROOM | ITASCA, IL 60143-1253 | RECURRING SVC | 56657735 | 10/01/2007 | | $ 370.56 |
| 133244292 | 1 PIERCE PL STE 1200 | 12TH FL HR STORAGE ROOM | ITASCA, IL 60143-1253 | RECURRING SVC | 54794761 | 9/1/2007 | 10198890 | $ 370.56 |
| 133244292 | 1 PIERCE PL STE 1200 | 12TH FL HR STORAGE ROOM | ITASCA, IL 60143-1253 | RECURRING SVC | 52969541 | 8/1/2007 | 10194795 | $ 370.56 |
| 133245444 | 1 PIERCE PL | HOT SITE | ITASCA, IL 60143-1253 | RECURRING SVC | 56657736 | 10/01/2007 | | $ 195.43 |
| 133245444 | 1 PIERCE PL | HOT SITE | ITASCA, IL 60143-1253 | RECURRING SVC | 54794762 | 9/1/2007 | 10198890 | $ 195.43 |
| 133245444 | 1 PIERCE PL | HOT SITE | ITASCA, IL 60143-1253 | RECURRING SVC | 52969542 | 8/1/2007 | 10194795 | $ 195.43 |
| 145200146 | 350 COMMERCE | | IRVINE, CA 92602-1302 | RECURRING SVC | 56657739 | 10/01/2007 | | $ 70.46 |
| 145200146 | 350 COMMERCE | | IRVINE, CA 92602-1302 | RECURRING SVC | 54794773 | 9/1/2007 | 10198890 | $ 70.46 |
| 145200146 | 350 COMMERCE | | IRVINE, CA 92602-1302 | RECURRING SVC | 52969545 | 8/1/2007 | 10194795 | $ 70.46 |
| 166503841 | 2601 WALNUT AVE | TUSTIN WHSE | TUSTIN, CA 92780-7005 | RECURRING SVC | 56657745 | 10/01/2007 | | $ 255.07 |
| 166503841 | 2601 WALNUT AVE | TUSTIN WHSE | TUSTIN, CA 92780-7005 | RECURRING SVC | 54794771 | 9/1/2007 | 10198890 | $ 255.07 |
| 166503841 | 2601 WALNUT AVE | TUSTIN WHSE | TUSTIN, CA 92780-7005 | RECURRING SVC | 52969551 | 8/1/2007 | 10194795 | $ 255.07 |
| 166505078 | 18300 VON KAMEN | | IRVINE, CA 92612 | RECURRING SVC | 56657746 | 10/01/2007 | | $ 253.20 |
| 166505078 | 18300 VON KAMEN | | IRVINE, CA 92612 | RECURRING SVC | 54794772 | 9/1/2007 | 10198890 | $ 253.20 |
| 166505078 | 18500 VON KAMEN | | IRVINE, CA 92612 | RECURRING SVC | 52969552 | 8/1/2007 | 10194795 | $ 253.20 |
| 166505082 | 350 COMMERCE | IRVINE, CA 92602-1302 | IRVINE, CA 92602-1302 | RECURRING SVC | 56657747 | 10/01/2007 | | $ 543.04 |
| 166505082 | 350 COMMERCE | IRVINE, CA 92602-1302 | IRVINE, CA 92602-1302 | RECURRING SVC | 54794773 | 9/1/2007 | 10198890 | $ 543.04 |
| 166505082 | 350 COMMERCE | IRVINE, CA 92602-1302 | IRVINE, CA 92602-1302 | RECURRING SVC | 52969553 | 8/1/2007 | 10194795 | $ 543.04 |
| 166505463 | 1610 E SAINT ANDREW PL | | SANTA ANA, CA 92705 | MISC ACQUIS | 50711692 A | 05/29/2007 | | $ (293.01) |
| 166505528 | 18300 VON KARMAN | 5TH FLR | IRVINE, CA 92612 | MISC ACQUIS | 52810172 | 07/06/2007 | | $ (176.64) |
| 166505605 | 3337 MICHELSON DR | 1ST FLOOR SUITE 100 | IRVINE, CA 92612-1699 | RECURRING SVC | 56657748 | 10/01/2007 | | $ 58.00 |
| 166505605 | 3337 MICHELSON DR | 1ST FLOOR SUITE 100 | IRVINE, CA 92612-1699 | RECURRING SVC | 54794774 | 9/1/2007 | 10198890 | $ 58.00 |
| 166505605 | 3337 MICHELSON DR | 1ST FLOOR SUITE 100 | IRVINE, CA 92612-1699 | RECURRING SVC | 52969554 | 8/1/2007 | 10194795 | $ 58.00 |
| 166505627 | BLDG 3351 MICHELSON DR | STE 400/490 | IRVINE, CA 92612 | RECURRING SVC | 56657749 | 10/01/2007 | | $ 442.17 |
| 166505627 | BLDG 3351 MICHELSON DR | STE 400/490 | IRVINE, CA 92612 | RECURRING SVC | 54794775 | 9/1/2007 | 10198890 | $ 442.17 |
| 166505627 | BLDG 3351 MICHELSON DR | STE 400/490 | IRVINE, CA 92612 | RECURRING SVC | 52969555 | 8/1/2007 | 10194795 | $ 442.17 |

3

In re New Century TRS Holdings, Inc., et al.
Jointly Administered at Case No. 07-10416 (KJC)

EXHIBIT "A"
ADT Administrative Claim as of 10/3/07

| Account Number | Side Address | Site Address | Site Address | Invoice Type | Original Inv # | Date | Consol. Inv # | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 166505628 | BLDG 3353 MICHELSONDR | STE 100 1ST FLOOR | IRVINE, CA 92612 | RECURRING SVC | 56657750 | 10/01/2007 | | $ 399.83 |
| 166505628 | BLDG 3353 MICHELSONDR | STE 100 1ST FLOOR | IRVINE, CA 92612 | RECURRING SVC | 54794776 | 9/1/2007 | 10198890 | $ 399.83 |
| 166505628 | BLDG 3353 MICHELSONDR | STE 100 1ST FLOOR | IRVINE, CA 92612 | RECURRING SVC | 52969556 | 8/1/2007 | 10194795 | $ 399.83 |
| 166505629 | BLDG 3349 MICHELSON DR | STE 450 | IRVINE, CA 92612 | RECURRING SVC | 56657751 | 10/01/2007 | | $ 183.83 |
| 166505629 | BLDG 3349 MICHELSON DR | STE 450 | IRVINE, CA 92612 | RECURRING SVC | 54794777 | 9/1/2007 | 10198890 | $ 183.83 |
| 166505629 | BLDG 3349 MICHELSON DR | STE 450 | IRVINE, CA 92612 | RECURRING SVC | 52969557 | 8/1/2007 | 10194795 | $ 183.83 |
| 166505630 | BLDG 3337 MICHELSON DR | CONCOURSE BASEMENT | IRVINE, CA 92612 | RECURRING SVC | 56657752 | 10/01/2007 | | $ 2,159.67 |
| 166505630 | BLDG 3337 MICHELSON DR | CONCOURSE BASEMENT | IRVINE, CA 92612 | RECURRING SVC | 54794778 | 9/1/2007 | 10198890 | $ 2,159.67 |
| 166505630 | BLDG 3337 MICHELSON DR | CONCOURSE BASEMENT | IRVINE, CA 92612 | RECURRING SVC | 52969558 | 8/1/2007 | 10194795 | $ 2,159.67 |
| 166505895 | 3121 MICHELSON DRIVE | 6TH FLOOR PARK PLACE | IRVINE, CA 92612 | RECURRING SVC | 56657753 | 10/01/2007 | | $ 261.00 |
| 166505895 | 3121 MICHELSON DRIVE | 6TH FLOOR | IRVINE, CA 92612 | RECURRING SVC | 54794779 | 9/1/2007 | 10198890 | $ 261.00 |
| 166505895 | 3121 MICHELSON DRIVE | 6TH FLOOR | IRVINE, CA 92612 | RECURRING SVC | 52969559 | 8/1/2007 | 10194795 | $ 261.00 |
| 166505896 | 3347 MICHELSON DRIVE | 4TH FLOOR | IRVINE, CA 92612 | RECURRING SVC | 56657754 | 10/01/2007 | | $ 344.17 |
| 166505896 | 3347 MICHELSON DRIVE | 4TH FLOOR | IRVINE, CA 92612 | RECURRING SVC | 54794780 | 9/1/2007 | 10198890 | $ 344.17 |
| 166505896 | 3347 MICHELSON DRIVE | 4TH FLOOR | IRVINE, CA 92612 | RECURRING SVC | 52969560 | 8/1/2007 | 10194795 | $ 344.17 |
| 166505897 | 3121 MICHELSON DR | 4TH FL | IRVINE, CA 92612-7672 | RECURRING SVC | 56657755 | 10/01/2007 | | $ 261.00 |
| 166505897 | 3121 MICHELSON DR | 4TH FL | IRVINE, CA 92612-7672 | RECURRING SVC | 54794781 | 9/1/2007 | 10198890 | $ 261.00 |
| 166505897 | 3121 MICHELSON DR | 4TH FL | IRVINE, CA 92612-7672 | RECURRING SVC | 52969561 | 8/1/2007 | 10194795 | $ 261.00 |
| 189044021 | 610 ALMA SCHOOL RD | STE 56 | CHANDLER, AX 85224 | MISC ACQUIS | 50345185 | 05/24/2007 | | $ (21.23) |
| 189045871 | 20860 N TATUM BLVD | SUITE 175 | PHOENIX, AZ 85050-4274 | RECURRING SVC | 56657763 | 10/01/2007 | | $ 52.25 |
| 189045871 | 20860 N TATUM BLVD | SUITE 175 | PHOENIX, AZ 85050-4274 | PRO RATED SVC CHRG | 8904587101 | 4/18/2007 | 10186474 | $ 17.56 |
| 189045871 | 20860 N TATUM BLVD | SUITE 175 | PHOENIX, AZ 85050-4274 | RECURRING SVC | 54794789 | 9/1/2007 | 10198890 | $ 52.25 |
| 189045871 | 20860 N TATUM BLVD | SUITE 175 | PHOENIX, AZ 85050-4274 | RECURRING SVC | 52969569 | 8/1/2007 | 10194795 | $ 52.25 |
| 189046234 | 1955 COMMERCE CENTER CI | STE D | PRESCOTT, AZ 86301 | MISC ACQUIS | 47411642 | 04/25/2007 | 8904623402 | $ (39.76) |
| | | | | | | Non Rejected Sub Total | | $ 22,526.45 |
| 131003580 | 3353 MICHELSON AVE | STE 100 | IRVINE, CA 92612 | RECURRING SVC | 10184491 A | | | $ 1,187.75 |
| 131003580 | 3353 MICHELSON AVE | STE 100 | IRVINE, CA 92612 | RECURRING SVC | 10187211 A | | | $ 1,187.75 |
| 131003580 | 3353 MICHELSON AVE | STE 100 | IRVINE, CA 92612 | RECURRING SVC | 10189620 A | | | $ 3,722.14 |
| 131003580 | 3353 MICHELSON AVE | STE 100 | IRVINE, CA 92612 | RECURRING SVC | 10192323 A | | | $ 12,736.39 |
| 131003580 | 3353 MICHELSON AVE | STE 100 | IRVINE, CA 92612 | RECURRING SVC | 10194795 A | | | $ 16,807.82 |
| | | | | | | | Sub Total | $ 35,641.85 |
| | | | | | | | Total | $ 72,660.47 |

4