IN THE UNITED STATES BANKRUPTCY COURT
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC. | ) | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al.,[2] | ) | |
| | ) | Jointly Administered |
| Debtors, | ) | |

**ORDER OF COURT GRANTING THE
MOTION OF ADT SECURITY SERVICES, INC. TO COMPEL THE PAYMENT OF
ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)**

**AND NOW** this ___ day of _____, 2007, upon consideration of the Motion ("Motion") of ADT Security Services, Inc. to Compel the Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1),

**IT IS HEREBY ORDERED** that

(i)     ADT Security Services, Inc. has an allowed administrative expense claim, pursuant to sections 503(b)(1) and 507(a)(1) of the Bankruptcy Code, in the total amount of $72,660.47;

(ii)    the Debtors are directed to pay such amount to ADT immediately; and

---

[2] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage)(d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

  (iii)  requiring the Debtors to timely pay ADT on a going-forward basis any additional amounts as they become due under the ADT Contracts.[3]

Dated: _____, 2007        _____
                   United States Bankruptcy Judge

---

[3] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed in the Motion.

7

1621076/1