IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
In re:                                              :
                                                    : Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,                     :
a Delaware Corporation, *et al.*,                   : Case No. 07-10416 (KJC)
                                                    :
            Debtors.                                : Jointly Administered
                                                    :
                                                    : Related to Docket No. 2809
                                                    :
-----------------------------------------------------------x

## CERTIFICATION OF NO OBJECTION REGARDING NOTICE OF FIRST INTERIM FEE APPLICATION REQUEST (OF SAUL EWING LLP FOR THE PERIOD JUNE 1, 2007 THROUGH JULY 31, 2007
## NO ORDER REQUIRED

The undersigned, counsel to Michael J. Missal, the Court-Appointed Examiner (the "Examiner") for New Century TRS Holdings, Inc., *et al.*, hereby certifies that:

1. On September 13, 2007, the **Notice of First Interim Application Request** (of Saul Ewing LLP for the Period June 1, 2007 through July 31, 2007 (the "Interim Application") [Docket No. 2809] was filed with the Court.

2. In accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007, objections, if any, to the Interim Application were due on or before 4:00 p.m. on October 3, 2007 (the "Objection Deadline").

3. The Objection Deadline has passed and no formal objections appear on the docket or were served upon the undersigned counsel.

552112.2 10/3/07

4. Accordingly, the Interim Application may be granted.

Dated: October 5, 2007

SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
302-421-6800

Counsel to Michael J. Missal, Examiner