IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, et al, | Case No. 07-10416 (KJC) |
| Debtors. | Jointly Administered |
| NEW FALLS CORPORATION, | |
| Movant, | |
| v. | |
| NEW CENTURY MORTGAGE CORPORATION | |

**NOTICE OF WITHDRAWAL AND
REQUEST FOR REMOVAL FROM ELECTRONIC FILING**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby requests to be removed from the Court's Electronic Service List (jbailey@jfbailey.com and lharris@jfbailey.com) in the above matter.

LAW OFFICES OF JAMES F. BAILEY, P.A.

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR., I.D. #336
Three Mill Road, Suite 306A
Wilmington, DE  19806
(302) 658-5686
*Counsel for New Falls Corporation*

Dated: October 5, 2007