# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, et al, | Case No. 07-10416 (KJC) |
| Debtors. | Jointly Administered |
| NEW FALLS CORPORATION, | |
| Movant, | |
| v. | |
| NEW CENTURY MORTGAGE CORPORATION | |

## CERTIFICATE OF SERVICE

I, James F. Bailey, Jr., do hereby certify that on this 5th day of October, 2007, one copy of the foregoing **NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM ELECTRONIC FILING** was served via *U.S. Mail* on:

Vivian A. Houghton, Esquire
800 West Street, 2nd Floor
Wilmington, DE 19801

Michael B. Joseph, Esquire
Chapter 13 Trustee
824 Market Street
P.O. Box 1351
Wilmington, DE 19899-1351

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

LAW OFFICES OF JAMES F. BAILEY, P.A.

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR., I.D. # 336
Three Mill Road, Suite 306A
Wilmington, DE 19806
(302) 658-5686
*Counsel for New Falls Corporation*