## EXHIBIT D

## PROPOSED FORM OF NCW PUBLICATION NOTICE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM
### (NCW GENERAL BAR DATE IS DECEMBER 31, 2007, AT 5:00 P.M., P.T.)

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On [October] __, 2007, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. ___] (the "Order") establishing certain deadlines for the filing of proofs of claim in the chapter 11 case of New Century Warehouse Corporation, ("**New Century Warehouse**"), a debtor and debtor in possession that did business as "Access Lending" in **case number 07-11043**:

Pursuant to the Order, all persons and entities, including individuals, partnerships, estates and trusts who have a claim or potential claim against New Century Warehouse that arose prior to August 3, 2007, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **5:00 p.m. (Prevailing Easter Time), on December 14, 2007** (the "NCW General Bar Date"), by sending an original proof of claim form to **XRoads Case Management Services, LLC, New Century Claims Processing c/o XRoads Case Management Services, P.O. Box 8901, Marina Del Rey, CA 90295**, so that it is actually received on or before the NCW General Bar Date. Proofs of claim sent by facsimile or telecopy will not be accepted.

All governmental units who have a claim or potential claim against the Debtors that arose prior to August 3, 2007, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **5:00 p.m. (Prevailing Eastern Time), on January 31, 2008** (the "NCW Governmental Bar Date"), by sending an original proof of claim form to **XRoads Case Management Services, LLC, New Century Claims Processing c/o XRoads Case Management Services, P.O. Box 8901, Marina Del Rey, CA 90295**, so that it is actually received on or before the NCW Governmental Bar Date. Proofs of claim sent by facsimile or telecopy will not be accepted.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE NCW BAR DATE SHALL BE FOREVER BARRED AND ESTOPPED FROM VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THESE CHAPTER 11 CASES

A copy of the Order or a proof of claim form may be obtained by contacting the Debtors' Claims Agent, in writing, at XRoads Case Management Services, LLC, New Century Claims Processing c/o XRoads Case Management Services, P.O. Box 8901, Marina Del Rey, CA 90295 or by telephone at (888) 784-9571. The Order, as well as New Century Warehouse's Schedules of Assets and Liabilities, can also be viewed on the United States Bankruptcy Court for the District of Delaware's website at www.deb.uscourts.gov.

| | |
|---|---|
| Dated: _____, 2007<br>Wilmington, Delaware | BY ORDER OF THE COURT<br>THE HONORABLE KEVIN J. CAREY |

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

    -and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION