## EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : |

STIPULATION BETWEEN HOME123 CORPORATION AND
CENTERSIDE II L.L.C. PROVIDING FOR THE EFFECTIVE DATE
OF REJECTION OF UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY

The parties to this stipulation are **CENTERSIDE II L.L.C.**, a Delaware limited liability company (the "Landlord") and **HOME123 CORPORATION**, a California corporation (the "Tenant"). The Landlord and the Tenant hereby enter into this stipulation (the "Stipulation") and agree as follows:

### RECITALS

WHEREAS, Landlord and the Tenant are parties to that certain Office Lease Agreement dated as of September 16, 2004 (the "Lease"), which Lease covers approximately 5,483 square feet described a Suite No. 860 (the "Leased Premises") on the 8th floor of the building commonly known as Centerside II located at 31030 Camino del Rio North, San Diego, California. Landlord purchased the Leased Premises from EOP Centerside II, L.L.C. and is the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

successor in interest to EOP Centerside II, L.L.C. under the Lease. The Lease was assigned to the Tenant pursuant to that certain Assignment and Assumption of Lease agreement dated as of July 8, 2005 by and between the Tenant and RBC Mortgage Company (the "Assignor") and that certain Landlord Consent to Assignment and Assumption of Lease agreement dated as of September 7, 2005 by and between the Landlord, the Tenant and the Assignor.

WHEREAS, pursuant to the Order Pursuant To Section 365 And 554 Of The Bankruptcy Code (A) Authorizing And Approving The Rejection Of Certain Unexpired Leases Of Nonresidential Real Property And (B) Authorizing And Approving Procedures For The Rejection Of Executory Contracts And Unexpired Leases Of Personal And Non-Residential Real Property, dated April 24, 2007 (D.I. 388), the Lease is deemed rejected effective the later of (i) April 30, 2007 or (ii) the date that the Debtors unequivocally relinquish control of the Premises by turning over the keys or "key codes" to the Landlord.

WHEREAS, the Landlord and Tenant hereby agree to the effective date of the rejection of the Lease upon the entry of an order by the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court") authorizing the Tenant to enter into this Stipulation.

NOW THEREFORE, it is hereby stipulated and agreed by and between the Landlord and Tenant, subject to the approval of the Bankruptcy Court, as follows:

## AGREEMENT

1. Upon entry by the Court of an order approving this Stipulation, the rejection of the Lease is effective as of July 17, 2007.

2. The Tenant shall pay to the Landlord for the Landlord's receipt within five (5) days of the date of Court approval of this Stipulation, the sum of $28,704.03 (the "Administrative Rent Payment"). The Administrative Rent Payment shall constitute payment in full of the Tenant's obligation to Landlord under sections 365(d)(3) and 503 of the Bankruptcy Code with respect to amounts due under the Lease from April 2, 2007 through July 17, 2007.

3.      Landlord expressly reserves any and all rights with respect to any claims, demands, obligations, debts, controversies or causes of action that exist or may arise on account of rejection of the Lease pursuant to section 365 of the Bankruptcy Code.

4.      The Tenant expressly reserves any and all defenses, objections and counterclaims that exist to or may arise on account of Paragraph 3 above.

5.      This Stipulation and the Agreement contain the entire agreement between the Parties and may not be amended or modified except in writing executed by the Parties. All prior oral and written agreements, if any are expressly superseded hereby and are of no further force and effect.

6.      The Effective Date of this Stipulation shall be the date the Bankruptcy Court enters an order approving this Stipulation.

7.  The Bankruptcy Court shall retain jurisdiction to hear all matters arising out of this Stipulation and the Agreement.

Dated: ~~September~~, 2007
       October 4

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

Christopher M. Samis (No. 4909)

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

Attorneys for the Debtors

Dated: September 12, 2007

Jesse Finlayson
Finlayson, Augustini & Williams LLP
110 Newport Center Drive, Suite 100
Newport Beach, CA 92660
(949) 759-3810

Attorneys for CENTERSIDE II L.L.C., a Delaware limited liability company