IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
In re:                              :   Chapter 11
                                    :
NEW CENTURY TRS HOLDINGS, INC.,     :   Case No. 07-10416 (KJC)
a Delaware corporation, et al.,[1]  :
                                    :   Jointly Administered
                Debtors             :
                                    :   Re: Docket No. 3057
------------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on September 25, 2007, I caused true and correct copies of the following to be served upon the parties listed by individual docket number on the attached Exhibit A by United States Postal Service First Class Mail:

- **Objection of Debtors to Motion of Plaza America Office Development II, LLC for 1) Allowance and Payment of Administrative Expenses and 2) an Order Requiring Debtors' Performance of Postpetition Lease Obligations Under 11 U.S.C. § 365(d)(3) [Docket No. 2766] [Docket No. 3057]**

Dated: October 5, 2007

_____
Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California  92705
Telephone: (949) 567-1600

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

# Exhibit A

Exhibit A
Core Plaza Notice List
First Class Mail Service

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Arnold & Porter | Richard M Lucas Esq & Charles A Malloy Esq | 555 Twelfth St NW | | Washington | DC | 20004 | | Counsel for Tamares Real Estate Holdings Inc Plaza Americas Office Development LLC and Plaza Office Realty II LLC |
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Greenwich Capital Financial Products | General Counsel & Frank Skibo | 600 Steamboat Rd | | Greenwich | CT | 06830 | | Counsel to DIP Lenders |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Michael J Missal | 1601 K Street NW | | Washington | DC | 20006 | | Examiner |
| McCarter & English LLP | William F Taylor Jr Esq & Katharine L Mayer Esq | 919 N Market Ste 1800 | PO Box 111 | Wilmington | DE | 19899 | | Counsel for LandAmerica default Services Company; Tamares Real Estate Holdings Inc Plaza Americas Office Development LLC and Plaza Office Realty II LLC |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | Wilmington | DE | 19801 | | US Trustee |
| The CIT Group Business Credit Inc | Renee Singer | 505 Fifth Ave | 3rd Fl | New York | NY | 10017 | | Counsel to DIP Lenders |