IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Case No. 07-10419-KJC |
| New Century Financial Corporation, et al | Chapter 11 |
| Debtors | |

MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES Diane Oliveira (hereinafter "Oliveira") and respectfully moves the Court for relief from the automatic stay in this case for the purpose of continuing a civil action commenced in the Superior Court of Massachusetts solely for the purpose of determining the debtor's liability, if any, and in support of her motion states as follows:

1.　　In March, 2004, Oliveria was hired by New Century Financial and New Century Mortgage as an Account Manager at their Foxboro, Massachusetts, location.

2.　　During the course of her employment, Oliveria identified what she believed were instances of unlawful activity, and reported them to the debtor's management, including James Lanagan, a Regional Operations Manager and her supervisor, and Andrew Barlow, the Director of Human Resources.

3.　　Oliveira believes that in response to and retaliation for her reports to management, she was subject to adverse job actions, including termination of her employment on or about December 26, 2006.

4.　　Believing that she was wrongfully terminated, Oliveira commenced a civil action in the Superior Court for Norfolk County, Massachusetts. A copy of the complaint is attached hereto. It names New Century Financial Corporation, New Century Mortgage Corporation, James Lanagan and Andrew Barlow as defendants. The complaint was filed on March 16, 2007.

5.　　Thereafter, on April 2, 2007, New Century and various affiliates filed bankruptcy cases in this court, whereupon an automatic stay went into effect preventing Oliveira from continuing the Massachusetts litigation.

6.　　Because of the stay, New Century was not served with process, however Lanagan and Barlow were served.

7.   Based on the existence of the stay and apparently in response to process being served on Lanagan and Barlow, New Century filed a motion in the Massachusetts court seeking to dismiss the matter because of the stay.  A copy of that motion is attached hereto, also.

8.   Although James Lanagan and Andrew Barlow, upon information and belief, are not debtors in a bankruptcy case, New Century's motion sought to extend the protection of the stay to them as well, essentially claiming that they are in privity of some sort with New Century and/or that New Century would be harmed by the Massachusetts litigation continuing unabated.

9.   Oliveira filed a response to New Century's motion, indicating that she would be seeking relief from the stay in this court in order to continue the action in Massachusetts.  The Massachusetts court has not ruled on the motion as of the date and time of this motion, so far as is known.

10.  Pursuant to 11 USC §362, relief from the automatic stay may be granted for cause.  The various forms of "cause" listed in the statute are not exclusive.  "Relief from the stay to proceed with a state court action may be granted where no great prejudice to the Debtor will result from its continuance, where hardship will inure to the non-debtor if relief is not granted and where the creditor has some chance of prevailing." In re Levitz Furniture, Inc., 267 BR 516 (Bkrtcy.D. Del. 2000), citing In re Rexene Products Co., 141 BR 574, (Bkrtcy.D.Del. 1992).

11.  The debtor will not be prejudiced by the Massachusetts litigation continuing since it will serve to liquidate a claim against the debtor.  Furthermore, at all relevant times, the debtor had sufficient contacts with Massachusetts to warrant an exercise of personal jurisdiction by the Massachusetts courts.  Oliveira would suffer considerable hardship if relief is not granted since that would mean that she would be required to litigate in Delaware, a forum very distant from where the causes of action accrued and from where she lives, and where, upon information and belief, the two non-debtor defendants live.  Because the facts alleged in her complaint are not likely to be subject to serious dispute (as opposed to the legal effect of those facts), Oliveira believes that she has a reasonable likelihood of success on the merits.  ""Only strong defenses to state court proceedings can

prevent a bankruptcy court from granting relief from the stay in cases where, as
here, we believe that the decision-making process should be relegated to bodies
other than this court." Rexene Products, *quoting* Fonseca v. Philadelphia Housing
Authority (In re Fonseca), 110 B.R. 191, 196 (Bankr.E.D.Pa.1990).

WHEREFORE Oliveira requests relief from the automatic stay in order to
continue the litigation commenced pre-petition in Massachusetts, solely for the purpose
of determining the extent of the debtor's liability, if any, but not to collection of any
judgment that may be rendered against the debtor.

Respectfully submitted,
Diane Oliveira
By her attorney,

/s/        *David G. Baker*
David G. Baker, Esq. (admitted pro hac vice)
105 Union Wharf
Boston, MA  02109
617-367-4260

CERTIFICATE OF SERVICE

The undersigned states upon information and belief that this motion and exhibits
was served on the parties named below by the court's CM/ECF system.

Respectfully submitted,

/s/     David G. Baker
David G. Baker

1.    Kenneth E. Aaron    DE_BANKRUPTCY@weirpartners.com,
      smazur@weirpartners.com
2.    David G. Aelvoet    davida@publicans.com
3.    Elihu Ezekiel Allinson, III    ecf@williamdsullivanllc.com
4.    Heather Lynn Anderson    heather.anderson@dol.lps.state.nj.us
5.    Daniel K. Astin    dastin@foxrothschild.com, dastin@foxrothschild.com;
      jkittinger@foxrothschild.com;jbarnett@foxrothschild.com
6.    James F. Bailey    jbailey@jfbailey.com, jtravers@jfbailey.com
7.    David G. Baker    david@bostonbankruptcy.org
8.    Elizabeth Banda    kwilliams@pbfcm.com
9.    Doreen H. Becker    dbeckeresq@verizon.net

10. Richard D. Becker    rickbecker@comcast.net
11. Don A. Beskrone    dbeskrone@ashby-geddes.com
12. Karen C Bifferato    kbifferato@cblh.com
13. William Pierce Bowden    wbowden@ashby-geddes.com
14. Charles J. Brown    cbrown@harvpenn.com
15. Stuart M. Brown    sbrown@eapdlaw.com, DEbankruptcy@eapdlaw.com
16. Michael G. Busenkell    mbusenkell@eckertseamans.com
17. Timothy P. Cairns    tcairns@pszyjw.com
18. Mary Caloway    mcaloway@klettrooney.com
19. David W. Carickhoff    carickhoff@blankrome.com, senese@blankrome.com
20. James S. Carr    BankruptcyDepartment@Ke
    lleyDrye.com;BankruptcyDepartment2@KelleyDrye.com
21. William E. Chipman    wchipman@eapdlaw.com
22. Megan E. Cleghorn    debank@skadden.com;cheaney@skadden.com;
    lamorton@skadden.com;rgray@skadden.com
23. Richard Scott Cobb    cobb@lrclaw.com, adams@lrclaw.com
24. Howard A. Cohen    howard.cohen@dbr.com, amy.kinslow@dbr.com
25. Mark D. Collins    collins@RLF.com, rbgroup@rlf.com
26. Victoria Watson Counihan    bankruptcydel@gtlaw.com, thomase@gtlaw.com
27. Richard H. Cross    rcross@crosslaw.com, nmcclendon@crosslaw.com
28. Julius O. Curling    curlingj@michigan.gov
29. Bret D. Davis    bdavis@lamunmock.com
30. Charlene D. Davis    bankserve@bayardfirm.com, cdavis@bayardfirm.com
31. Kathleen Campbell Davis    kdavis@camlev.com
32. Heather D. Dawson    hdawson@kkgpc.com
33. Frederic John DiSpigna    fdispigna@dstern.com
34. Neil F. Dignon    jacobe@drapgold.com;dominettec@drapgold.com;
    patricias@drapgold.com
35. John P. Dillman    houston_bankruptcy@publicans.com
36. Kristi J. Doughty    bk.service@aulgur.com
37. Kenneth J. Enos    bankruptcy@ycst.com
38. Brett Fallon    bfallon@morrisjames.com, wweller@morrisjames.com
39. Bonnie Glantz Fatell    fatell@blankrome.com, senese@blankrome.com
40. Charles J. Filardi, Jr.    charles@filardi-law.com, abothwell@filardi-law.com
41. David V. Fontana    dfont@gebsmith.com
42. David M. Fournier    fournierd@pepperlaw.com, wlbank@pepperlaw.com,
    lanoc@pepperlaw.com
43. Joseph D. Frank    jfrank@fgllp.com,
    ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
44. Susan R. Fuertes    bnkatty@aldine.k12.tx.us
45. Michael G. Gallerizzo    mgall@gebsmith.com
46. Robert S. Goldman    mmo@pgslaw.com
47. Robert E. Greenberg    rgreenberg@dclawfirm.com

48.    Joseph Grey      jg@stevenslee.com
49.    Kurt F. Gwynne      kgwynne@reedsmith.com, llankford@reedsmith.com
50.    Jason W. Harbour      jharbour@hunton.com
51.    James F Harker      jharker@cohenseglias.com
52.    A. Michelle Hart      bkmail@mrdefault.com, bkmail@mrdefault.com
53.    William A. Hazeltine      admin@whazeltinelaw.com
54.    Paul Noble Heath      heath@rlf.com, Jerominski@rlf.com;RBGroup@rlf.com
55.    Douglas D. Herrmann      dherrman@skadden.com, cheaney@skadden.com
56.    Adam Hiller      adamh@drapgold.com
57.    Daniel K. Hogan      dkhogan@dkhogan.com, keharvey@dkhogan.com
58.    Thomas M. Horan      thoran@morrisjames.com, wweller@morrisjames.com;
       clewicki@morrisjames.com
59.    Nancy Hotchkiss      nhotchkiss@trainorfairbrook.com
60.    Vivian A. Houghton      bankruptcy@vivianhoughton.com,
       bankruptcyatvivianhoughton@vivianhoughton.com
61.    James E. Huggett      jhuggett@margolisedelstein.com
62.    Mark T Hurford      cl@camlev.com
63.    Joseph H. Huston      jhh@stevenslee.com
64.    Henry Jon Jaffe      dewerthh@pepperlaw.com
65.    Chun I. Jang      jang@rlf.com, rbgroup@rlf.com
66.    Laura Davis Jones      ljones@pszyjw.com, efile1@pszyjw.com
67.    Ivan Lerer Kallick      ikallick@manatt.com
68.    Lee E. Kaufman      kaufman@rlf.com, rbgroup@rlf.com
69.    Susan E. Kaufman      skaufman@hgkde.com
70.    Robert J. Keach      rkeach@bernsteinshur.com, acummings@bernsteinshur.com;
       lkubiak@bernsteinshur.com
71.    Gregg S. Kleiner      kleinergs@cooley.com
72.    John R. Knapp      jknapp@cairncross.com
73.    Steven K. Kortanek      skortanek@wcsr.com, pgroff@wcsr.com
74.    Kimberly A. LaMaina      klamaina@skadden.com,
       debank@skadden.com;lamorton@skadden.com
75.    Matthew J. Lampke      mlampke@ag.state.oh.us
76.    Adam G. Landis      landis@lrclaw.com, girello@lrclaw.com
77.    Ira M. Levee      ilevee@lowenstein.com, krosen@lowenstein.com
78.    Neal J. Levitsky      nlevitsky@frof.com, jkittinger@foxrothschild.com.com
79.    Gaston Plantiff Loomis      gloomis@reedsmith.com
80.    Sherry D. Lowe      sdlowe@lammrubenstone.com,
       mdenton@lammrubenstone.com
81.    William G. Malcolm      bill@mclaw.org
82.    Kevin J Mangan      kmangan@wcsr.com, hsasso@wcsr.com
83.    Julie A. Manning      bankruptcy@goodwin.com
84.    David B. McCall      tsok@ntexas-attorneys.com
85.    Laura L. McCloud      ICDelaware@state.tn.us

86.    Garvan F. McDaniel    gmcdaniel@bglawde.com, gfm@bgbde.com
87.    Frank F. McGinn    ffm@bostonbusinesslaw.com
88.    Matthew B. McGuire    mcguire@lrclaw.com, adams@lrclaw.com
89.    Evelyn J. Meltzer    meltzere@pepperlaw.com, lanoc@pepperlaw.com
90.    Michael Joseph Merchant    merchant@rlf.com, rbgroup@rlf.com
91.    Rachel B. Mersky    rmersky@monlaw.com
92.    Kathleen M. Miller    kmiller@skfdelaware.com, tlc@skfdelaware.com
93.    Stephen M. Miller    smiller@morrisjames.com, wweller@morrisjames.com
94.    Mark Minuti    mminuti@saul.com,
       rwarren@saul.com;saulbankruptcy@saul.com
95.    Kenneth M. Misken    kmisken@mcguirewoods.com,
       jmagee@mcguirewoods.com;dswan@mcguirewoods.com
96.    Francis A. Monaco Jr.    fmonaco@monlaw.com,
       kdalton@wcsr.com;hsasso@wcsr.com
97.    Norman M. Monhait    nmonhait@rmgglaw.com
98.    Sheryl L. Moreau    deecf@dor.mo.gov
99.    Zachary Mosner    washbcu@atg.wa.gov
100.   Carl D. Neff    cneff@foxrothschild.com
101.   Michael R. Nestor    bankruptcy@ycst.com
102.   Joanna Flynn Newdeck    jnewdeck@akingump.com
103.   Steven H. Newman    snewman@ekks.com
104.   Mark Daniel Olivere    molivere@eapdlaw.com
105.   Mark R. Owens    mowens@btlaw.com
106.   Ricardo Palacio    rpalacio@ashby-geddes.com
107.   Marc J. Phillips    mphillips@cblh.com
108.   Laurie S. Polleck    lpolleck@jshllp-de.com
109.   Susan E. Poppiti    spoppiti@php-law.com
110.   David P. Primack    david.primack@dbr.com, amy.kinslow@dbr.com
111.   Marcos Alexis Ramos    ramos@rlf.com, rbgroup@rlf.com
112.   Michael Reed    sragsdale@mvbalaw.com
113.   Patrick Joseph Reilley    preilley@saul.com,
       rwarren@saul.com;saulbankruptcy@saul.com
114.   Judith T. Romano    bk.delaware@fedphe.com,
       FedPhe@hotmail.com;paul.gowans@fedphe.com,justin.gorman@fedphe.com
115.   Frederick Brian Rosner    fbrosner@duanemorris.com,
       fbrosner@duanemorris.com
116.   Anthony M. Saccullo    asaccullo@foxrothschild.com,
       asaccullo@foxrothschild.com
117.   Anthony M. Saccullo    asaccullo@foxrothschild.com,
       asaccullo@foxrothschild.com; jkittinger@foxrothschild.com;
       jbarnett@foxrothschild.com
118.   Kathryn D. Sallie    bankserve@bayardfirm.com, ksallie@bayardfirm.com
119.   Christopher M. Samis    samis@rlf.com, rbgroup@rlf.com

120.    Diane W. Sanders     austin.bankruptcy@publicans.com
121.    Eric Lopez Schnabel     schnabel.eric@dorsey.com
122.    Sean T. Scott     stscott@mayerbrownrowe.com,
        mwargin@mayerbrownrowe.com
123.    Bruce L. Segal     bsegal@honigman.com, klarson1@honigman.com
124.    Felix A. Seidler     attyseidler@netscape.net
125.    Sandra G.M. Selzer     , bankruptcydel@gtlaw.com;thomase@gtlaw.com
126.    Andrea Sheehan     sheehan@txschoollaw.com,
        coston@txschoollaw.com;ashee1@yahoo.com
127.    Michelle E. Shriro     mshriro@gslb.com
128.    J Jackson Shrum     jshrum@harvpenn.com
129.    Russell C. Silberglied     silberglied@rlf.com, rbgroup@rlf.com
130.    Laurie Selber Silverstein     bankruptcy@potteranderson.com
131.    Christopher Page Simon     csimon@crosslaw.com
132.    Bayar d J. Snyder     snyder90bkrt@aol.com
133.    Robyn J. Spalter     notice@regencap.com
134.    Heidi R. Spivak     hspivak@udren.com, jjj@udren.com
135.    David B. Stratton     strattond@pepperlaw.com, wlbank@pepperlaw.com
136.    Michelle Therese Sutter     msutter@ag.state.oh.us, jlemmon@ag.state.oh.us
137.    Eric Michael Sutty     bankserve@bayardfirm.com, esutty@bayardfirm.com
138.    Gregory Alan Taylor     gtaylor@ashby-geddes.com
139.    William F. Taylor     bankdel@comcast.net, bankruptcydel@mccarter.com
140.    William F. Taylor     bankdel@comcast.net, bankruptcydel@mccarter.com
141.    Diana M. Thimmig     dthimmig@ralaw.com
142.    Christina Maycen Thompson     cthompson@cblhlaw.com
143.    Patricia Baron Tomasco     ptomasco@mailbmc.com, ngriffes@mailbmc.com
144.    United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV
145.    Madeleine Carmel Wanslee     mwanslee@gustlaw.com, rms@gustlaw.com
146.    Christopher A. Ward     cward@klehr.com
147.    Jeffrey R. Waxman     jwaxman@cozen.com, mmillis@cozen.com
148.    Helen Elizabeth Weller     dallas.bankruptcy@publicans.com
149.    Christopher Martin Winter     cmwinter@duanemorris.com
150.    Jeffrey C. Wisler     jwisler@cblh.com
151.    Etta Rena Wolfe     erw@skfdelaware.com
152.    Donald Alan Workman     dworkman@bakerlaw.com
153.    Karon Y. Wright     karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
154.    Steven M. Yoder     bankserve@bayardfirm.com, syoder@bayardfirm.com
155.    Michael W. Yurkewicz     myurkewicz@klehr.com
156.    German Yusofov     pcaocvbk@pcao.pima.gov