IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>New Century Financial Corporation, et al<br><br>Debtors | Case No. 07-10419-KJC<br>Chapter 11 |

**Objections due by**: November 1, 2007.
**Hearing Date**: November 6, 2007 at 1:30 p.m.

NOTICE OF MOTION OF DIANE OLIVEIRA FOR RELIEF FROM STAY
UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO: Counsel for the debtor, the US Trustee, and all other parties receiving this Notice from the Court via the CM/ECF system:

Diane Oliveira has filed a Motion for Relief from Stay which seeks relief in order to continue a pre-petition lawsuit she commenced in the Massachusetts Supeior Court against the debtor and certain individuals. The motion seeks relief only for the purpose of determining the liability of the debtor and other defendants, if any, and not to collect any money or property from the debtor.

A HEARING ON THE MOTION WILL BE HELD ON November 6, 2007, at 1:30 p.m. You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d) if any) to the attached motion at lease five business days before the above hearing date. At the same time, you must also serve a copy of the response upon movant's attorney:

> David G. Baker, Esq.
> 105 Union Wharf
> Boston, MA  02109

ELECTRONIC SERVICE VIA CM/ECF IS SUFFICIENT.

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court. The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

> By: /s/    *David G. Baker*
> David G. Baker, Esq
> 105 Union Wharf
> Boston, MA  02109
> 617-367-4260