**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :       Chapter 11
In re:                                      :
                                            :       Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,             :
a Delaware corporation, et al., [1]         :       Jointly Administered
                                            :
        Debtors                             :
                                            :       Re: Docket No. 3015 to 3018
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a

member of the bar of this Court, hereby declare that on September 21, 2007, I caused true and

correct copies of the following to be served upon the parties listed by individual docket number

on the attached Exhibit A by Overnight Mail:

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and eLeads123.com** [Docket No. 3015]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and EJH Consulting** [Docket No. 3016]

- **Notice of Rejection of Executory Contact Between New Century Financial Corporation and EGI Search** [Docket No. 3017]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and AT&T Messaging SW** [Docket No. 3018]

Additionally, on September 21, 2007, I caused true and correct copies of the following to be

served on the parties listed on the attached Exhibit B by Overnight Mail:

---

[1]       The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and eLeads123.com** [Docket No. 3015]

Additionally, on September 21, 2007, I caused true and correct copies of the following to be served on the parties listed on the attached Exhibit C by Overnight Mail:

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and EJH Consulting** [Docket No. 3016]

Additionally, on September 21, 2007, I caused true and correct copies of the following to be served on the parties listed on the attached Exhibit D by Overnight Mail:

- **Notice of Rejection of Executory Contact Between New Century Financial Corporation and EG1 Search** [Docket No. 3017]

Additionally, on September 21, 2007, I caused true and correct copies of the following to be served on the parties listed on the attached Exhibit E by Overnight Mail:

- **Notice of Rejection of Executory Contact Between Home123 Corporation and AT&T Messaging SW** [Docket No. 3018]

Dated: October 1, 2007

Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Exhibit A
Committee UST List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street  Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | Wilmington | DE | 19801 | | US Trustee |

Exhibit B

Exhibit B
Notice Party List
Overnight Mail Service List

| Company | Name | Address1 | Address2 | City | State | Zip | Party / Function |
|---|---|---|---|---|---|---|---|
| eLeads 123 com | Bill Van Winkle | 2425 E Camelback Rd | Ste 950 | Phoenix | AZ | 85016 | Notice Party |

Exhibit C

Exhibit C
Notice Party List
Overnight Mail Service List

| Company | Name | Address1 | Address2 | City | State | Zip | Party / Function |
|---------|------|----------|----------|------|-------|-----|------------------|
| EJH Consulting | Eric Holechko | 12542 Scottish Bend | | Carmel | IN | 46033 | Notice Party |

# Exhibit D

Exhibit D
Notice Party List
Overnight Mail Service List

| Company | Name | Address1 | Address2 | City | State | Zip | Party / Function |
|---------|------|----------|----------|------|-------|-----|------------------|
| EGI Search | Patrick Burton | 5335 SW Meadows Rd | 2nd Fl | Lake Oswego | OR | 97035 | Notice Party |

In re New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)
United States Bankruptcy Court, District of Delaware

9/21/2007

Exhibit E

Exhibit E
Notice Party List
Overnight Mail Service List

| Company | Name | Address1 | Address2 | City | State | Zip | Party / Function |
|---------|------|----------|----------|------|-------|-----|------------------|
| AT&T Messaging | | PO Box 849883 | | Dallas | TX | 75284 | Notice Party |

In re New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)
United States Bankruptcy Court, District of Delaware

9/21/2007