**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: Chapter 11
In re: :
: Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC., :
a Delaware corporation, et al.,[1] : Jointly Administered
:
Debtors :
: Re: Docket No. 2867 to 3012 (various)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**<u>DECLARATION OF SERVICE</u>**

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on September 20, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by Overnight Mail:

- **Notice of Rejection of Unexpired Lease of Non-Residential Real Property Located at 18400 Von Karman Ave Irvine, CA 92612 [Docket No. 2312]** [Docket No. 2867]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Pinpoint Leads, LLC** [Docket No. 2868]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Pinnacle Communities - Sierra Vista** [Docket No. 2869]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Pinnacle Communities - Crossings** [Docket No. 2870]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Pervasive Software, Inc.** [Docket No. 2871]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Performics, Inc.** [Docket No. 2872]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Pentalphia Surveillance LLC** [Docket No. 2873]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and PCi Services, Inc. - DE** [Docket No. 2874]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and PCi Services, Inc.** [Docket No. 2875]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and PC Dynamics, Inc.** [Docket No. 2876]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Partnership Properties, LLC** [Docket No. 2877]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Pacific Communities Builder, Inc.** [Docket No. 2878]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Pacific Management Systems, Incorporated** [Docket No. 2879]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Park One; D&O Management Group, LLC** [Docket No. 2880]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Outsource Technical** [Docket No. 2881]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Oracle USA, Inc.** [Docket No. 2882]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and On Call Employee Solutions, Inc.** [Docket No. 2883]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Ocwen Financial Corporation** [Docket No. 2884]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Nextel West Corp.** [Docket No. 2885]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Network Appliance, Inc.** [Docket No. 2886]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and netForensics, Inc.** [Docket No. 2887]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Nestle Waters North America Inc.** [Docket No. 2888]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Nestle Waters North America Inc.** [Docket No. 2889]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and National Rental (US) Inc.** [Docket No. 2890]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and National Rental (US) Inc.** [Docket No. 2891]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and National Lender Solutions** [Docket No. 2892]

- **Notice of Rejection of Executory Contact Between New Century Financial Corporation, Relman & Associates, PLLC and the National Fair Housing Alliance** [Docket No. 2893]

- **Notice of Rejection of Executory Contact Between New Century Financial Corporation, Relman & Associates, PLLC and the National Fair Housing Alliance** [Docket No. 2894]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Nextel of California, Inc.** [Docket No. 2895]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and AT&T Yellowpages/RH Donnelley** [Docket No. 2896]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Yellow Book USA** [Docket No. 2897]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and AT&T Yellowpages.com** [Docket No. 2898]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and RSA Security, Inc.** [Docket No. 2899]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Richard Powell** [Docket No. 2900]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Resource1, LLC** [Docket No. 2901]

- **Notice of Rejection of Executory Contact Between New Century Financial Corporation and Rgulatory Economics Inc.** [Docket No. 2903]

- **Notice of Rejection of Executory Contact Between New Century Financial Corporation and REIT Funding Solutions** [Docket No. 2904]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Realty Executives - Choice One** [Docket No. 2905]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Realty Brokers a Real Estate Broker** [Docket No. 2906]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Reallygreatrate, Inc.** [Docket No. 2907]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and RealEC Technologies, Inc.** [Docket No. 2908]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and RCP Decena, LLC - Elan Condominiums** [Docket No. 2909]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and RBH Consulting Services, Inc.** [Docket No. 2910]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Malcolm & Cisneros** [Docket No. 2911]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Moore Wallace North America, Inc.** [Docket No. 2912]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Moore Wallace North America, Inc.** [Docket No. 2913]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and National Creditors Connection, Inc.** [Docket No. 2914]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and National Field Representatives** [Docket No. 2915]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and NSI, Inc.** [Docket No. 2916]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Plantscapers** [Docket No. 2917]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Premier Print and Services Group, Inc.** [Docket No. 2918]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Quinn Power Systems Associates** [Docket No. 2919]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and REOTrans, LLC** [Docket No. 2920]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Rapid Reporting Verification Company, Ltd.** [Docket No. 2921]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Safeco Financial Institution Solutions, Inc.** [Docket No. 2922]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Randstad North America** [Docket No. 2923]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Universal Protection Service** [Docket No. 2924]

- **Notice of Rejection of Executory Contact Between Both New Century Mortgage Corporation and Home123 Corporation and RMIC Corporation** [Docket No. 2925]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Financial Corporation and Safeco Financial Institution Solutions Inc.** [Docket No. 2926]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Robinson Realty** [Docket No. 2927]

- **Notice of Rejection of Executory Contact Between New Century Financial Corporation and General Electric Capital Corporation** [Docket No. 2927]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Speedpay Inc.** [Docket No. 2928]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Quickapply, Inc.** [Docket No. 2929]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Quagga Corporation** [Docket No. 2930]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Sungard Recovery Services LP** [Docket No. 2931]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Providus** [Docket No. 2932]

- **Notice of Rejection of Executory Contact Between New Century Financial Corporation and Protiviti, Inc.** [Docket No. 2933]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and TD Service Company** [Docket No. 2934]

- **Notice of Rejection of Executory Contact Between New Century Financial Corporation and ProSpring, Inc.** [Docket No. 2935]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Trans Union LLC and Fair, Isaac, and Co., Inc.** [Docket No. 2936]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and PromoShop, Inc.** [Docket No. 2937]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Trans Union LLC** [Docket No. 2938]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Prestige Leads, Inc.** [Docket No. 2939]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and TransUnion Settlement Solutions, Inc.** [Docket No. 2940]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Prestige Leads, Inc.** [Docket No. 2941]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Walz Postal Solutions aka Walz Secured Outsourcing** [Docket No. 2942]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Premier Plantscapes, Inc.** [Docket No. 2943]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Western Union Financial Services, Inc.** [Docket No. 2944]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and ImpactEngine.com** [Docket No. 2945]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and WNC First Insurance Services** [Docket No. 2946]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Powderhorn Partners, Ltd., dba Strategic Mortgage Solutions** [Docket No. 2947]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Yesmail** [Docket No. 2948]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Possiblenow.com** [Docket No. 2949]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Exxceed, Inc.** [Docket No. 2950]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Mobile Technologies, Inc.** [Docket No. 2951]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and ExpertTech Solutions, Inc.** [Docket No. 2952]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Pointsee Mobile Technologies, Inc.** [Docket No. 2953]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Exit Central Real Estate** [Docket No. 2954]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and PMI Mortgage Services Co.** [Docket No. 2955]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Executive Search Consultants** [Docket No. 2956]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Executive Media Services, Inc.** [Docket No. 2957]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Executive Marketing Corporation** [Docket No. 2958]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Executive Management Recruiters** [Docket No. 2959]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and ExactTarget, LLC** [Docket No. 2960]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Employment Srategies, Inc.** [Docket No. 2961]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Empire Victorville, 158 LP** [Docket No. 2962]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Adobe Systems, Inc.** [Docket No. 2963]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Yellow Pages Bright Pages Limited Liability Corporation** [Docket No. 2964]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Aspect Software, Inc.** [Docket No. 2965]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Yellow Bright Pages Limited Liability Corporation** [Docket No. 2966]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Yellow Pages Allied Telephone Directories** [Docket No. 2967]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and CBC Companies, Inc.** [Docket No. 2968]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Attachmate** [Docket No. 2969]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Yellow Pages Allied Telephone Directories** [Docket No. 2970]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Centergistic Solutions Inc.** [Docket No. 2971]

- **Notice of Rejection of Executory Contact Between New Century Financial Corporation and General Electric Capital Corporation** [Docket No. 2972]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Yellow Pages United** [Docket No. 2973]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Experian Information Solutions, Inc.** [Docket No. 2974]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and ELP Consulting, Inc.** [Docket No. 2975]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Fidelity National Default Solutions** [Docket No. 2976]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and E-Loan, Inc.** [Docket No. 2977]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Eleventh Day Entertainment, Inc.** [Docket No. 2978]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Fidelity National Field Services, Inc** [Docket No. 2979]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and eLeadz.com** [Docket No. 2980]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Fidelity National Tax Service** [Docket No. 2981]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Eleadsnow.com** [Docket No. 2982]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and First American CREDCO** [Docket No. 2983]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and FNIS Flood Services, LP dba LSI Flood Services** [Docket No. 2984]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and IKON Office Solutions, Inc.** [Docket No. 2985]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Ross Diversified Insurance Services** [Docket No. 2986]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Resource Staffing** [Docket No. 2987]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Rendition Networks, Inc.** [Docket No. 2988]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Rendition Networks, Inc.** [Docket No. 2989]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Remax Executive Realty a Real Estate Broker** [Docket No. 2990]

- **Notice of Rejection of Executory Contact Between New Century Financial Corporation and CT Corporation System** [Docket No. 2991]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Cummins Cal Pacific, LLC** [Docket No. 2992]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Custom Resource Solutions** [Docket No. 2993]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and CustomerFunding.com** [Docket No. 2994]

- **Notice of Rejection of Executory Contact Between New Century Financial Corporation and D.R. Wilson & Associates** [Docket No. 2995]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and David Ward & Associates** [Docket No. 2996]

- **Notice of Rejection of Executory Contact Between New Century Financial Corporation and Deferral.com, Inc.** [Docket No. 2997]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and DMA Consulting, Inc.** [Docket No. 2998]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Telcom Directories** [Docket No. 2999]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Crowfield Development, LLC** [Docket No. 3000]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Crossings Group, Inc.** [Docket No. 3001]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and Credit Alternatives** [Docket No. 3002]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Creative Manager, Inc.** [Docket No. 3003]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and Cox Business Services** [Docket No. 3004]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and CPR & CDR Technologies, Inc.** [Docket No. 3005]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and eLeads123.com** [Docket No. 3009]

- **Notice of Rejection of Executory Contact Between New Century Mortgage Corporation and EJH Consulting** [Docket No. 3010]

- **Notice of Rejection of Executory Contact Between Home123 Corporation and AT&T Messaging SW** [Docket No. 3011]

- **Notice of Rejection of Executory Contact Between New Century Financial Corporation and EGI Search** [Docket No. 3012]

Dated: October 1, 2007

*[signature]*
Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California 92705
Telephone: (949) 567-1600

# Exhibit A

Exhibit A
Committee UST List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | Wilmington | DE | 19801 | | US Trustee |