UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-10416 (KJC) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

### AFFIDAVIT OF WARREN H. SMITH IN SUPPORT OF THE APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WARREN H. SMITH & ASSOCIATES, P.C. AS FEE AUDITOR

STATE OF TEXAS             §
                           §
COUNTY OF DALLAS           §

Warren H. Smith, being first duly sworn, deposes and says as follows:

1. This Affidavit of Warren H. Smith is filed in support of the application of Warren H. Smith & Associates, P.C. ("WHS") to be appointed fee auditor in the above-captioned bankruptcy proceedings.

2. I am the sole director and shareholder of WHS, which has requested to be appointed fee auditor in the above-captioned bankruptcy proceedings.

3. I am licensed to practice law in the State of Texas, and am a member of the bar of the United States District Court for the Northern District of Texas.

4. I execute this Affidavit on behalf of WHS, which maintains an office at 325 N. St. Paul, Suite 1275, Dallas, TX 75201.  Unless otherwise stated, this Affidavit is based upon facts of which I have personal knowledge.

5.	In preparing this Affidavit, I requested information from debtors' counsel regarding the parties in interest, and was given a list of interested parties, a copy of which is attached hereto as Exhibit A, and a list of retained professionals, a copy of which is attached hereto as Exhibit B. The facts stated in this Affidavit as to the relationship between WHS and the parties in interest and the retained professionals are based on our review of Exhibit A and Exhibit B.

6.	Insofar as we have been able to ascertain, WHS does not have any connection with any of the interested parties listed on Exhibit A, or the retained professionals listed on Exhibit B, except as follows:

    a.	General Electric Capital Corporation is listed on Exhibit A. WHS has, from time to time, represented an entity known as GE Capital in small matters in Texas, but does not currently represent GE Capital in any matter. I do not have any personal knowledge of the relationship, if any, between General Electric Capital Corporation and GE Capital.

    b.	Bank of America is listed on Exhibit A. WHS currently has its business checking account, as well as a savings account, with Bank of America.

    c.	WHS currently serves as fee auditor in several other bankruptcy cases, and, in that capacity, audits the fees of several of the retained professionals listed on Exhibit B.

7.	WHS has a diversified legal practice which encompasses, among other things, the representation of financial institutions, commercial corporations, and creditors. Some of these

entities (or affiliates of these entities) may be holders of claims against and/or interest in the Debtors or parties in interest in this case. Moreover, WHS, regularly represents creditors throughout the country. Thus, it is possible that certain creditors of the Debtors are creditors in other cases in which WHS represents creditors. In the ordinary course of practice of law, WHS and certain of its members, counsel and associates have, in the past, represented, currently represent, and from time to time in the future may represent entities or affiliates of such entities in matters unrelated to the Debtors' cases. WHS is not currently aware of any parties in interest in this case which WHS has represented in the past or is currently representing except as disclosed in this Affidavit. If I discover that such a representation exists, I will disclose such representation or employment to the Court and all parties receiving copies of this Affidavit in a supplemental affidavit filed with the Court.

8. WHS intends to apply for compensation for professional services rendered in connection with these chapter 11 cases subject to approval of this Court and compliance with applicable provisions of the Bankruptcy Code and orders of this Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by WHS. The principal attorney designated to serve as fee auditor and his current standard hourly rate is Warren H. Smith, at $275.00 per hour. The hourly rate for paraprofessional services range from $40.00 to $155.00 per hour. The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Other attorneys and paralegals may from time to time assist in the fee auditing process in connection with the matters herein described.

9. The hourly rates set forth above are WHS's standard hourly rates for work of this

nature. These rates are set at a level designed to fairly compensate WHS for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. It is WHS's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document retrieval, photocopying charges, charges for mailing supplies (including without limitation, envelopes and labels) provided by WHS to outside copying services for use in mass mailings, travel expenses, computerized research, and transcription costs. WHS will charge the estates for these expenses in a manner and at rates consistent with charges made generally to WHS's other clients. WHS believes that it is more fair to charge these expenses to the clients incurring them than to increase the hourly rate and spread the expenses among all clients

10. Neither I nor any member of WHS are either related to any judge of the United States Bankruptcy Court or any attorney or other employee with the United States Trustee's Office in a manner that would render my or WHS's employment improper.

11. WHS has not agreed to share (a) any compensation it has received or may receive with any other person or party other than the members, counsel and employees of WHS; or (b) the compensation any other person or party may receive.

12. I submit this Affidavit based upon the information available to me as of the date so executed and will promptly supplement this Affidavit should it become inaccurate or incomplete.

**AFFIDAVIT OF WARREN H. SMITH IN SUPPORT OF THE**
**APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT**
**AND RETENTION OF WARREN H. SMITH & ASSOCIATES, P.C. AS FEE AUDITOR - Page 4**

FURTHER AFFIANT SAYETH NOT.

Dated: October 9, 2007.

_____
Warren H. Smith

STATE OF TEXAS             §
                                              §
COUNTY OF DALLAS      §

SUBSCRIBED AND SWORN TO BEFORE ME, this 9th day of October, 2007.


Notary Public, State of Texas
My commission expires: 05/21/08

Notary Public, State of Texas

 Jeffrey B. Allgood
(Typed or Printed Name of Notary)

My Commission Expires: May 21, 2008

**AFFIDAVIT OF WARREN H. SMITH IN SUPPORT OF THE**
**APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT**
**AND RETENTION OF WARREN H. SMITH & ASSOCIATES, P.C. AS FEE AUDITOR** - Page 5

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.