| Debtor Fee Professionals |
|---|
| **Allen Matkins Leck Gamble Mallory & Natsis LLP** *(Special Counsel to Debtors)* |
| **AP Services** *(Crisis Managers)* |
| **Baute & Tidus LLP** *(Special Litigation Counsel)* |
| **Ernst & Young LLP** *(Tax Advisory Services)* |
| **Grant Thornton LLP** *(Tax Accountant to Debtor)* |
| **Heller Ehrman LLP** *(Special Counsel to the Audit Subcommittee)* |
| **Hennigan Bennett & Domann LLP** *(Special Litigation Counsel to Debtors)* |
| **Howrey LLP** *(Special Outside Counsel to the Debtors)* |
| **ICP Consulting LLC** *(Special Asset Valuation & Liquidation Advisors to the Debtors)* |
| **Irell & Manella LLP** *(Special Litigation, Employee Benefits and Insurance Counsel to the Debtors)* |
| **Lazard Freres & Co. LLC** *(Financial Advisor to the Debtor)* |
| **O'Melveny & Myers LLP** *(Co-Counsel to Debtors)* |
| **Pricewaterhousecoopers LLP** *(Accountants to the Debtors)* |
| **Richards, Layton & Finger, P.A.** *(Co-Counsel to Debtors)* |
| **Roetzel & Andress** *(Special Counsel - OCP)* |
| **Sheppard, Mullin, Richter & Hampton LLP** *(Special Corporate & Litigation Counsel to Debtors)* |
| **Skadden, Arps, Slate, Meagher & Flom LLP (***Special Regulatory Counsel for the Debtors)* |
| **Susman Godfrey LLP** *(Special Litigation Counsel)* |

| Committee Fee Professionals |
|---|
| **Blank Rome LLP** *(Co-Counsel to the Official Committee of Unsecured Creditors)* |
| **FTI Consulting, Inc.** *(Financial Advisor for the Official Committee of Unsecured Creditors)* |
| **Hahn & Hessen LLP** *(Co-Counsel to the Official Committee of Unsecured Creditors)* |

| Examiner Fee Professionals |
|---|
| **BDO Seidman, LLP** *(Accountants and Financial Advisor to the Examiner)* |
| **Kirkpatrick & Lockhart Preston Gates Ellis LLP** *(Counsel to the Examiner)* |
| *Michael J. Missal* *(Examiner)* |
| **Saul Ewing LLP** *(Counsel to the Examiner)* |
|  |
|  |