IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| | : | |
| Debtors | : | **Objection Deadline October 29, 2007 @ 4:00 p.m.** |
| | : | **Hearing Date: November 6, 2007 @ 1:30 p.m.** |

## NOTICE OF COUNTRYWIDE HOME LOANS, INC.'S
## MOTION FOR RELIEF FROM AUTOMATIC STAY

**TO:**

Mark D. Collins, Esquire
Michael Joseph Merchant, Esquire
Richards Layton & Finger, P.A.
One Rodney Square, 920 North King Street
Wilmington, DE 19899

Timothy P. Cairns, Esquire
Pachulski Stang Ziehl Young Jones
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th Floor
New York, New York 10022

Office of the United States Trustee
Joseph J. McMahon, Jr., Esquire
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a/ NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

**PLEASE TAKE NOTICE** that on October 9, 2007, Countrywide Home Loans, Inc. ("Countrywide") filed its **Motion for Relief from Automatic Stay (the "Motion")**, with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** THAT THE REQUESTED HEARING ON THE MOTION WILL COMMENCE ON **NOVEMBER 6, 2007 AT 1:30 P.M., PREVAILING EASTERN TIME,** BEFORE THE HONORABLE KEVIN J. CAREY UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5th FLOOR, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court, and served upon, so as to be received by, the undersigned counsel on or before **October 29, 2007 at 4:00 p.m., prevailing Eastern Time.** Only properly and timely filed responses will be considered.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 9, 2007

EDWARDS ANGELL PALMER & DODGE, LLP

William E. Chipman, Jr. (I.D. #3818)
Paul D. Brown (I.D. #3903)
919 North Market Street, 15th Floor
Wilmington, Delaware 19801
Telephone: (302) 425-7124
Facsimile: (302) 777-7263

-and-

LEWIS AND ROCA, LLP
Anne M. Loraditch
530 Las Vegas Boulevard
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024

*Attorneys for Countrywide Home Loans, Inc.*