# PROPOSED FORM OF ORDER

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| | : | |
| Debtors | : | **Related Docket No. _____** |
| | : | |

### ORDER GRANTING COUNTRYWIDE HOME LOANS, INC.'S
### MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter having come before the Court on the motion (the "Motion")[2] of

Countrywide Home Loans, Inc. ("Countrywide") seeking an order from the Court modifying the

automatic stay to permit Countrywide to move forward with a civil suit against New Century

Mortgage Corporation, a debtor in the above-captioned cases (the "Debtor"), which is pending in

Nevada; and the Court having considered the arguments of counsel in support of the Motion, and

the opposition thereto, if any; and the Court having jurisdiction over this matter pursuant to 28

U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. §

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a/ NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

[2] Capitalized terms used herein and not otherwise defined herein shall have the meanings set forth in the Motion.

157(b)(2); and the Court having determined that notice of the Motion was sufficient under the circumstances, and that cause exists for granting the Motion; it is hereby

ORDERED THAT:

1.    The Motion is GRANTED.

2.    The automatic stay under section 362 of the Bankruptcy Code is hereby modified as requested in the Motion, so that Countrywide may proceed with the civil action currently pending in the Eighth Judicial District Court, Clark County, Nevada styled <u>Countywide Homes Loans Inc. vs. William Alexander Vinson, New Century Mortgage Corporation, et. al.</u>, Case No. A522212.

3.    This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated:   October _____, 2007

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge

2