## CERTIFICATE OF SERVICE

I, William E. Chipman, Jr., hereby certify that on the 9th day of October, 2007, I caused true and correct copy of the foregoing *Notice and Motion for Relief from Automatic Stay* to be served upon the below listed counsel in the manner so indicated.

                                       */s/ William E. Chipman, Jr*
                                       William E. Chipman, Jr. (#3818)

**HAND DELIVERY**
Mark D. Collins, Esquire
Michael Joseph Merchant, Esquire
Richards Layton & Finger, P.A.
One Rodney Square, 920 North King Street
Wilmington, DE 19899

**HAND DELIVERY**
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl Young Jones
919 N. Market Street, 17th Floor
Wilmington, DE 19801

**U.S. MAIL**
Mark T. Power, Esquire
Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th Floor
New York, New York 10022

**HAND DELIVERY**
Office of the United States Trustee
Joseph J. McMahon, Jr., Esquire
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

**HAND DELIVERY**
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

**HAND DELIVERY**
Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111