# EXHIBIT 1

```
20050519-0004152
Fee: $16.00    RPTT: $3,697.50
N/C Fee: $0.00
05/19/2005              13:37:33
T20050093699
Requestor:
   EQUITY TITLE OF NEVADA
Frances Deane           ADF
Clark County Recorder   Pgs: 3
```

RECORDING REQUESTED BY:
EQUITY TITLE OF NEVADA
AND WHEN RECORDED MAIL TO:
William Alexander Vinson
8712 Castle Ridge Av.
Las Vegas, NV. 89129
AND WHEN RECORDED MAIL
TAX STATEMENTS TO:
SAME AS ABOVE

APN NO.   138-08-513-058
Affix RPTT: $3,697.50
ESCROW NO.: 05390139

## GRANT, BARGAIN, SALE DEED

THIS INDENTURE WITNESSETH THAT:

Nicole C. Soria, An Unmarried Woman

in consideration of the sum of Ten Dollars ($10.00), the receipt of which is hereby acknowledged, do hereby Grant, Bargain Sell and convey to

William Alexander Vinson, an unmarried man

all that real property situated in the County of Clark, State of Nevada, described as follows:

Lot One Hundred Seventy-Six (176) in Block Three (3) of EL CAPITAN RANCH-UNIT NO. 9, as shown by map thereof on file in Book 73 of Plats, page 33 in the Office of the County Recorder of Clark County, Nevada.

TOGETHER WITH all and singular the tenements, hereditaments and appurtenances thereunto belonging to in anywise appertaining.

SUBJECT TO:
1. General and special taxes for the current fiscal year.
2. Covenants, conditions, restrictions, rights of way, easements and reservations of record.

**SELLER:**

_____
Nicole C. Soria


STATE OF NEVADA
COUNTY OF CLARK                                   } SS:

On __May 12, 2005__

Personally appeared before me, a Notary Public
__Nicole C. Soria__
_____

who acknowledged that he/she/they executed the above instrument.

__S. Sm_____
Notary Public

My commission expires: __2/19/2006__

V. SMITH
Notary Public State of Nevada
No. 02-73192-1
My appt. exp. Feb. 19, 2006

**STATE OF NEVADA**
**DECLARATION OF VALUE FORM**

1. Assessor Parcel Number(s)
   a) 138-08-513-058
   b)
   c)
   d)

2. Type of Property:
   a) ☐ Vacant Land            b) ☒ Single Fam. Res.
   c) ☐ Condo/Twnhse          d) ☐ 2-4 Plex
   e) ☐ Apt. Bldg             f) ☐ Comm'l/Ind'l
   g) ☐ Agricultural          h) ☐ Mobile Home
      Other____

   FOR RECORDER'S OPTIONAL USE ONLY
   Book:_____ Page:_____
   Date of Recording:_____
   Notes:

3. Total Value/Sales Price of Property         $725,000.00
   Deed in Lieu of Foreclosure Only (value of property) (_____)
   Transfer Tax Value:                          $725,000.00
   Real Property Transfer Tax Due               $3,697.50

4. If Exemption Claimed:
   a. Transfer Tax Exemption per NRS 375.090, Section _____
   b. Explain Reason for Exemption_____

5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110 that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____   Capacity _____
Signature _____   Capacity _____

**SELLER (GRANTOR) INFORMATION**         **BUYER (GRANTEE) INFORMATION**
**(REQUIRED)**                           **(REQUIRED)**
Print Name: Nicole Serra                 Print Name: William Vinson
Address: _____         Address: 10246 Velaspen St.
City: __ NV                              City: Las Vegas
State: NV   Zip: 89123                   State: NV   Zip: 89123

**COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**
Print Name: Equity Title Of Nevada       Escrow #: 05390139
Address: 7360 W. Flamingo Rd.
City: LV                                 State: NV   Zip: 89147

AN ADDITIONAL RECORDING FEE OF $1.00 WILL APPLY FOR EACH DECLARATION
OF VALUE FORM PRESENTED TO CLARK COUNTY, EFFECTIVE JUNE 1, 2004.

(4152)