# EXHIBIT 2

```
t: 71592791
ect Demand, Press Enter                                    A
cct#     Dmd Reg Typ Customer Name St  Dmd Exp  RFR D WC Demand Total
         Released User        Released Date/Time
71592791 11/02/05 D  VINSON       WA NV  12/02/05 R  N 00      154,731.03
71592791 11/28/05 A  VINSON       WA NV  11/28/05 R  N 00        5,711.84
71592791 12/16/05 A  VINSON       WA NV   1/13/06 R  N 00        5,916.15
```

11/4/05 Countrywide received check # 9417 for $140,768.58. The check was issued by Peters & Sowyrda and payable to American Home Mortgage with Casello #1000923984 referenced in the memo section. American Home Mortgage endorsed the check to Countrywide since their loan # 1000923984 for Elizabeth Casello had been transferred to Countrywide (LN# 105830909). Since the Countrywide loan number was not identified on the check, Payment Processing had to search by the previous lender's loan number (1000923984). When you search the system by this loan number, Countrywide LN# 71592791 for William Vinson appears. This loan was not acquired from American Home Mortgage, but happened to have the same previous loan number. Payment Processing posted the funds to the wrong loan (71592791).

