# EXHIBIT 3


**Countrywide®**
HOME LOANS
After Payoff Department, PTX-B-192
7105 Corporate Drive
Plano, TX 75024-4100

*originally*
*Dated*
*2/10/06*

Notice Date: March 14, 2006

Account No.: 71592791

William Alexander Vinson
10246 Valaspen Street
Las Vegas, NV 89123

**Property Address:**
8712 Castle Ridge Ave
Las Vegas, NV 89129

---

**IMPORTANT MESSAGE ABOUT YOUR LOAN**

Our records indicate that your loan with Countrywide Home Loans was paid in full on 12/27/2005; however, the payoff amount included a credit of $140,766.58. After your loan was paid off, we discovered Countrywide Home Loans had posted these funds inadvertently to your account on 11/04/2005.

**WHAT YOU SHOULD DO**

Please remit funds in the amount of $140,766.58 to satisfy the balance. If you have any questions <u>or need to make payment arrangements,</u> please contact Sabrina Young at 1-800-645-1709, extension 1579.

Please forward payments and correspondence to the following address:

Countrywide Home Loans
Attn: After Payoff Department
P.O. Box 650718
Dallas, TX 75265-0718

**THANK YOU FOR YOUR BUSINESS**

On behalf of Countrywide Home Loans, we would like to apologize for any inconvenience this matter may have caused you. Countrywide Home Loans strives to provide the highest level of service at all times and we appreciate your understanding in this regard.


**Countrywide®**
HOME LOANS
After Payoff Department, PTX-B-192
7105 Corporate Drive
Plano, TX 75024-4100

Originally
Dated
2/16/06

Notice Date: March 14, 2006

Account No.: 71592791

William Alexander Vinson
10246 Valaspen St
Las Vegas, NV 89123

Property Address:
8712 Castle Ridge Ave
Las Vegas, NV 89129

⌐ IMPORTANT MESSAGE ABOUT YOUR LOAN

On 2/10/2006, we contacted you to advise you that your payoff amount erroneously included a credit in the amount of $140,766.58.

⌐ WHAT YOU SHOULD DO

Please forward your payment to the address below, referencing your account number on your check. If you have any questions or need to make payment arrangements, please contact Sabrina Young at 1-800-645-1709, extension 1579.

Countrywide Home Loans
Attention: After Payoff Department
P.O. Box 650718
Dallas, TX 75265-0718

⌐ THANK YOU FOR YOUR BUSINESS

Again, we apologize for the inconvenience this error may have caused and trust that you will give this matter you immediate attention. Thank you for your assistance.


**Countrywide®**
HOME LOANS
After Payoff Department, PTX-B-192
7105 Corporate Drive
Plano, TX 75024-4100

*Originally Dated 2/24/06*

Notice Date: March 14, 2006

Account No.: 71592791

William Alexander Vinson
10246 Valaspen St
Las Vegas, NV 89123

Property Address:
8712 Castle Ridge Ave
Las Vegas, NV 89129

## IMPORTANT MESSAGE ABOUT YOUR LOAN

On 2/16/2005, we contacted you to advise you that your payoff amount erroneously included a credit in the amount of $140,766.58.

## WHAT YOU SHOULD DO

Please forward your payment to the address below, referencing your account number on your check. If you have any questions or need to make payment arrangements, please contact Sabrina Young at 1-800-645-1709, extension 1579.

Countrywide Home Loans
Attention: After Payoff Department
P.O. Box 650718
Dallas, TX 75265-0718

## THANK YOU FOR YOUR BUSINESS

Again, we apologize for the inconvenience this error may have caused and trust that you will give this matter you immediate attention. Thank you for your assistance.