IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Re: Docket No. 389 |

## AMENDED CERTIFICATION OF COUNSEL REGARDING ORDER APPOINTING FEE AUDITOR AND ESTABLISHING RELATED PROCEDURES CONCERNING THE PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS AND MEMBERS OF OFFICIAL COMMITTEES AND CONSIDERATION OF FEE APPLICATIONS

The undersigned hereby certifies as follows:

At the September 11, 2007 hearing (the "Hearing"), the Court announced its selection of Warren H. Smith & Associates, P.C., as fee auditor (the "Auditor") in these chapter 11 cases. Following its announcement, the Court directed the above captioned debtors and debtors in possession (the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee") to work with the Auditor in developing an appropriate form of order appointing the Auditor. The Debtors, the Committee and the Auditor have conferred and reached agreement on the proposed form of order attached hereto as Exhibit A (the "Proposed Order").

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

Additionally, as requested by the Court at the October 2, 2007 omnibus hearing, the Auditor has filed the Affidavit of Warren H. Smith in Support of the Application for Order Authorizing the Employment and Retention of Warren H. Smith & Associates, P.C. as Fee Auditor [Docket No. 3248] (the "Smith Affidavit"). A copy of the Smith Affidavit is attached hereto as Exhibit B.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as Exhibit A, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: October 9, 2007
      Wilmington, Delaware

_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION