# EXHIBIT B

UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |
| | : | |

## AFFIDAVIT OF WARREN H. SMITH IN SUPPORT OF THE APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WARREN H. SMITH & ASSOCIATES, P.C. AS FEE AUDITOR

STATE OF TEXAS        §
                      §
COUNTY OF DALLAS      §

Warren H. Smith, being first duly sworn, deposes and says as follows:

1. This Affidavit of Warren H. Smith is filed in support of the application of Warren H. Smith & Associates, P.C. ("WHS") to be appointed fee auditor in the above-captioned bankruptcy proceedings.

2. I am the sole director and shareholder of WHS, which has requested to be appointed fee auditor in the above-captioned bankruptcy proceedings.

3. I am licensed to practice law in the State of Texas, and am a member of the bar of the United States District Court for the Northern District of Texas.

4. I execute this Affidavit on behalf of WHS, which maintains an office at 325 N. St. Paul, Suite 1275, Dallas, TX 75201. Unless otherwise stated, this Affidavit is based upon facts of which I have personal knowledge.

AFFIDAVIT OF WARREN H. SMITH IN SUPPORT OF THE
APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT
AND RETENTION OF WARREN H. SMITH & ASSOCIATES, P.C. AS FEE AUDITOR - Page 1

Docket No. 3248
Filed: 10/9/07

5. In preparing this Affidavit, I requested information from debtors' counsel regarding the parties in interest, and was given a list of interested parties, a copy of which is attached hereto as Exhibit A, and a list of retained professionals, a copy of which is attached hereto as Exhibit B. The facts stated in this Affidavit as to the relationship between WHS and the parties in interest and the retained professionals are based on our review of Exhibit A and Exhibit B.

6. Insofar as we have been able to ascertain, WHS does not have any connection with any of the interested parties listed on Exhibit A, or the retained professionals listed on Exhibit B, except as follows:

    a. General Electric Capital Corporation is listed on Exhibit A. WHS has, from time to time, represented an entity known as GE Capital in small matters in Texas, but does not currently represent GE Capital in any matter. I do not have any personal knowledge of the relationship, if any, between General Electric Capital Corporation and GE Capital.

    b. Bank of America is listed on Exhibit A. WHS currently has its business checking account, as well as a savings account, with Bank of America.

    c. WHS currently serves as fee auditor in several other bankruptcy cases, and, in that capacity, audits the fees of several of the retained professionals listed on Exhibit B.

7. WHS has a diversified legal practice which encompasses, among other things, the representation of financial institutions, commercial corporations, and creditors. Some of these

entities (or affiliates of these entities) may be holders of claims against and/or interest in the Debtors or parties in interest in this case. Moreover, WHS, regularly represents creditors throughout the country. Thus, it is possible that certain creditors of the Debtors are creditors in other cases in which WHS represents creditors. In the ordinary course of practice of law, WHS and certain of its members, counsel and associates have, in the past, represented, currently represent, and from time to time in the future may represent entities or affiliates of such entities in matters unrelated to the Debtors' cases. WHS is not currently aware of any parties in interest in this case which WHS has represented in the past or is currently representing except as disclosed in this Affidavit. If I discover that such a representation exists, I will disclose such representation or employment to the Court and all parties receiving copies of this Affidavit in a supplemental affidavit filed with the Court.

8. WHS intends to apply for compensation for professional services rendered in connection with these chapter 11 cases subject to approval of this Court and compliance with applicable provisions of the Bankruptcy Code and orders of this Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by WHS. The principal attorney designated to serve as fee auditor and his current standard hourly rate is Warren H. Smith, at $275.00 per hour. The hourly rate for paraprofessional services range from $40.00 to $155.00 per hour. The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Other attorneys and paralegals may from time to time assist in the fee auditing process in connection with the matters herein described.

9. The hourly rates set forth above are WHS's standard hourly rates for work of this

nature. These rates are set at a level designed to fairly compensate WHS for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. It is WHS's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document retrieval, photocopying charges, charges for mailing supplies (including without limitation, envelopes and labels) provided by WHS to outside copying services for use in mass mailings, travel expenses, computerized research, and transcription costs. WHS will charge the estates for these expenses in a manner and at rates consistent with charges made generally to WHS's other clients. WHS believes that it is more fair to charge these expenses to the clients incurring them than to increase the hourly rate and spread the expenses among all clients

    10.    Neither I nor any member of WHS are either related to any judge of the United States Bankruptcy Court or any attorney or other employee with the United States Trustee's Office in a manner that would render my or WHS's employment improper.

    11.    WHS has not agreed to share (a) any compensation it has received or may receive with any other person or party other than the members, counsel and employees of WHS; or (b) the compensation any other person or party may receive.

    12.    I submit this Affidavit based upon the information available to me as of the date so executed and will promptly supplement this Affidavit should it become inaccurate or incomplete.

FURTHER AFFIANT SAYETH NOT.

Dated: October 9, 2007.

_____

Warren H. Smith

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

SUBSCRIBED AND SWORN TO BEFORE ME, this 9th day of October, 2007.


Notary Public, State of Texas
My commission expires: 05/21/08

Notary Public, State of Texas

Jeffrey B. Allgood

(Typed or Printed Name of Notary)

My Commission Expires: May 21, 2008

**AFFIDAVIT OF WARREN H. SMITH IN SUPPORT OF THE
APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT
AND RETENTION OF WARREN H. SMITH & ASSOCIATES, P.C. AS FEE AUDITOR - Page 5**

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

## List of Potential Parties-in-Interest for New Century TRS Holdings, Inc., et al.

### UCC-1 Parties

Access Investments II, LLC
Ameritech Credit Corporation
Aspen Funding Corp
Bank Leumi Leasing Corporation
Bank of America, NA
Bank of the West
Barclays Bank, PLC
Carrington Mortgage Credit Fund I, LP
CDC Mortgage Capital Inc.
Charter One Vendor Finance LLC
CIT Communications Finance Corporation
Citigroup Global Markets Realty Corp.
Consultants Group Commercial Funding Corp.
Countrywide Home Loans, Inc.
Credit Suisse First Boston Mortgage Capital LLC
DB Structured Products, Inc
Deutsche Bank Trust Company Americas
Federal National Mortgage Association
Galleon Capital Corp
Gemini Securitization Corp., LLC
General Electric Capital Corporation
GMAC Commercial Financial LLC
Goldman Sachs Mortgage Company
Greenwich Capital Financial Products, Inc.
Guaranty Bank
Heineman, Dale Scott
IOS Capital
IXIS Real Estate Capital Inc
Johnson, Kurt F.
Mission Center Partners
Morgan Stanley Mortgage Capital Inc.
NC Capital Corporation
New Century Funding A
New Century Funding I
New Century Mortgage Securities Inc.
Newport Funding Group
PFE International Inc.
Ropes & Gray LLP
St. Andrew Funding Turst c/o New Century Mortgage
State Street Global Markets
Sterling Bank
The CIT Group/Equipment Financing

U.S. Bancorp Equipment Finance, Inc.
U.S. Bank National Association
UBS Real Estate Securities Inc.
United California Capital
Whitwood, Jason Allen

## 50 Largest Unsecured Creditors [1]

Adteractive
Affiliated Computer Services
Alaska Seaboard Partners Limited Partnership
Aspen Funding Corp.
Assurant Specialty Property Insurance
Aurora Loan Services
Bank of America, N.A.
Barclays Bank PLC
Carrington Securities, LP
Catarina Mortgage Services Inc.
ChoicePoint Precision Marketing
Citigroup Global Markets Realty Corp.
Countrywide
Credit Suisse First Boston Mortgage Capital LLC
Credit-Based Asset Servicing and Securitization LLC
DB Structured Products, Inc.
Deutsche Bank
EMC Mortgage Corporation
Fiserv CCS
Galleon Capital Corporation
Gemini Securitization Corp., LLC
General Electric Capital Corporation
GMAC Commercial Finance, LLC
Goldman Sachs Mortgage Company
Greenwich Capital Financial Products, Inc.
Guaranty Bank
Harbor Asset Management Services
HSBC Bank USA, N.A.
INDY MAC Bank, FSB
IXIS Real Estate Capital, Inc.
JP Morgan Chase Bank, NA
Lehman Brothers Bank FSB
Low.com
Lowermybills.com
Morgan Stanley Mortgage Capital Inc.
National Field Representatives

---

[1] Includes certain UCC-1 Parties

Newport Funding Corp.
Nextag
NOMURA Securities
Pricewaterhouse Coopers LLP
Residential Funding Corporation
SG Mortgage Finance Corp
Sheffield Receivables Corporation
Sprint
State Street Global Markets, LLC
Suntrust
System Source, Inc.
Tucson Funding LLC
UBS Real Estate Securities Inc.
Washington Mutual Bank, FA

## Largest Shareholders of New Century Financial Corporation[2]

Greenlight Capital LLC
David Einhorn
Morgan Stanley
Morgan Stanley Capital Services
Hotchkis and Wiley Capital Management LLC

## Directors and Senior Employees

Alexander, Marilyn A.
Bilotta, Frank
Bindra, Taj S.
Black, Harold A.
Cimino, Richard
Clifford, Leigh Ann
Cloyd, Kevin
Cole, Robert K
Dodge, Patti
Eckroth, Joseph
Fleig, David
Forster, Fredric J.
Garday, Louis
Gotschall, Edward
Haines, Eric
Jewett, Jennifer
Kenneally, David
Lambert, Robert
Lange, Donald E.

---

[2] These individuals and entities directly or indirectly own more than 5% of the shares of New Century Financial Corporation.

Loewenthal, Marc
McCarthy, Monika L.
Meola, Anthony
Morrice, Brad A.
Sachs, Michael M.
Theologides, Stergios
Threadgill, Jonathan
Tortorelli, Joseph
Wolf, Colleen
Zalle, Paul
Zona, Richard A.

### Professionals

AlixPartners LLP (crisis managers)
Allen Matkins Leck Gamble Mallory & Natsis LLP (special financing counsel)
Heller Ehrman LLP (counsel to audit committee)
Lazard Freres & Co. LLC (investment banker)
O'Melveny & Myers LLP (debtors' counsel)
Richards Layton & Finger, P.A. (Delaware debtors' counsel)
Skadden, Arps, Slate, Meagher & Flom (special regulatory counsel)
Thatcher Proffit (special securitization counsel)
Xroads Case Management Services, LLC (claims and noticing agent)

### Debtors

New Century Financial Corporation, a Maryland corporation
New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation
New Century Mortgage Corporation, a California corporation
NC Capital Corporation, a California corporation
Home123 Corporation, a California corporation
New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation
NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership
NC Residual III Corporation, a Delaware corporation
NC Residual IV Corporation, a Delaware corporation
New Century R.E.O. Corp., a California corporation
New Century R.E.O. II Corp., a California corporation
New Century R.E.O. III Corp., a California corporation
New Century Mortgage Ventures, LLC, a Delaware corporation
NC Deltex, LLC, a Delaware corporation
NCORAL, L.P., a Delaware limited partnership

| Debtor Fee Professionals |
|---|
| Allen Matkins Leck Gamble Mallory & Natsis LLP *(Special Counsel to Debtors)* |
| AP Services *(Crisis Managers)* |
| Baute & Tidus LLP *(Special Litigation Counsel)* |
| Ernst & Young LLP *(Tax Advisory Services)* |
| Grant Thornton LLP *(Tax Accountant to Debtor)* |
| Heller Ehrman LLP *(Special Counsel to the Audit Subcommittee)* |
| Hennigan Bennett & Dorman LLP *(Special Litigation Counsel to Debtors)* |
| Howrey LLP *(Special Outside Counsel to the Debtors)* |
| ICP Consulting LLC *(Special Asset Valuation & Liquidation Advisors to the Debtors)* |
| Irell & Manella LLP *(Special Litigation, Employee Benefits and Insurance Counsel to the Debtors)* |
| Lazard Freres & Co. LLC *(Financial Advisor to the Debtor)* |
| O'Melveny & Myers LLP *(Co-Counsel to Debtors)* |
| Pricewaterhousecoopers LLP *(Accountants to the Debtors)* |
| Richards, Layton & Finger, P.A. *(Co-Counsel to Debtors)* |
| Roetzel & Andress *(Special Counsel - OCP)* |
| Sheppard, Mullin, Richter & Hampton LLP *(Special Corporate & Litigation Counsel to Debtors)* |
| Skadden, Arps, Slate, Meagher & Flom LLP *(Special Regulatory Counsel for the Debtors)* |
| Susman Godfrey LLP *(Special Litigation Counsel)* |

| Committee Fee Professionals |
|---|
| Blank Rome LLP *(Co-Counsel to the Official Committee of Unsecured Creditors)* |
| FTI Consulting, Inc. *(Financial Advisor for the Official Committee of Unsecured Creditors)* |
| Hahn & Hessen LLP *(Co-Counsel to the Official Committee of Unsecured Creditors)* |

| Examiner Fee Professionals |
|---|
| BDO Seidman, LLP *(Accountants and Financial Advisor to the Examiner)* |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP *(Counsel to the Examiner)* |
| Michael J. Missal *(Examiner)* |
| Saul Ewing LLP *(Counsel to the Examiner)* |