| B 104<br>(Rev. 5/00) | **ADVERSARY PROCEEDING COVER SHEET**<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|---|
| **PLAINTIFFS**<br>New Century Mortgage Corporation, et al. | | **DEFENDANTS**<br>Positive Software Solutions, Inc.<br>and Edward Mandel |
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br><br>Mark D. Collins (No. 2981)<br>Russell C. Silberglied (No. 3462)<br>Michael J. Merchant (No. 3854)<br>Christopher M. Samis (No. 4909)<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>P. O. Box 551<br>Wilmington, Delaware 19899-0551<br>Telephone: (302) 651-7700<br><br>Suzzanne S. Uhland<br>Ben H. Logan<br>Victoria Newmark<br>O'MELVENY & MYERS LLP<br>275 Battery Street<br>San Francisco, California 94111<br>Telephone: (415) 984-8700 | | ATTORNEYS (If Known)<br><br>Daniel K. Astin<br>Anthony M. Saccullo<br>Carl D. Neff<br>Fox Rothschild LLP<br>Citizens Bank Center, Suite 1300<br>919 North Market Street<br>P. O. Box 2323<br>Wilmington, Delaware 19899-2323<br>Telephone: (302) 654-7444<br><br>Mark H. Ralston<br>The Ralston Law Firm<br>2603 Oak Lawn Avenue<br>Suite 230, LB 2<br>Dallas, Texas 75219-9109<br>Telephone: (214) 295-6416 |

**PARTY** (Check one box only)   ☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☒ 3 U.S. NOT A PARTY

CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUES INVOLVED): Complaint seeking declaratory and injunctive relief relating to the suit again certain of the Debtors/Plaintiffs' ex-officers and attorneys.

**NATURE OF SUIT**
(Check the one most appropriate box)

| | | |
|---|---|---|
| ☐ 454 To Recover Money or Property<br>☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property<br>☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property<br>☐ 424 To object or to revoke a discharge 11 U.S.C. § 727 | ☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan<br>☐ 426 To determine the dischargeability of a debt 11 U.S.C. § 523<br>☒ 434 To obtain an injunction or other equitable relief<br>☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan | ☒ 456 To obtain a declaratory judgment relating to any of foregoing causes of action<br>☐ 459 To determine a claim or cause of action removed to a bankruptcy court<br>☐ 498 Other (Specify) |

| **ORIGIN OF PROCEEDINGS**<br>(Check one box only) | ☒ 1 Original Proceeding   ☐ 2 Removed Proceeding   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another Bankruptcy Court | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 |
|---|---|---|
| **DEMAND** | NEAREST THOUSAND   OTHER RELIEF SOUGHT | ☐ JURY DEMAND |

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTORS<br>New Century TRS Holdings, Inc., et al. | BANKRUPTCY CASE NOS.<br>07-10416 (KJC) | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>Delaware | DIVISIONAL OFFICE | NAME OF JUDGE<br>The Honorable Kevin J. Carey |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF  N/A | DEFENDANT  N/A | ADVERSARY PROCEEDING NO.  N/A |
|---|---|---|
| DISTRICT  N/A | DIVISIONAL OFFICE  N/A | NAME OF JUDGE  N/A |

**FILING FEE** (Check one box only.)   ☒ FEE ATTACHED   ☐ FEE NOT REQUIRED   ☐ FEE IS DEFERRED

| DATE<br>10/9/07 | PRINT NAME<br>Christopher M. Samis | SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>/s/ Christopher M. Samis |
|---|---|---|

RLF1-3210892-1