1st Home Repair
4217 Evelyn St.
Bossier City, LA. 71112-4315
318-469-2257

FILED
2007 OCT -5 PM 2: 07
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

New Century TRS Holdings, Inc.
3121 Michelson Drive
Suite 600
Irvine, Ca. 92612-5656

30 September 2007

In regard to: Chapter 11 case number 07-10421, Home 123 Corporation

To Whom It May Concern:

My name is Scott Newton, Owner of 1st Home Repair. I was going through the Chapter 11 information the other night and discovered that one of the invoices that I submitted for payment had been omitted from Schedule F – Creditors Holding Unsecured Non-Priority Claims. Page 6 of 92 lists my company name and the amount of $1,042.96. The correct amount should be $2323.42. I am enclosing a copy of both invoices that I submitted for payment. Any assistance in this matter would be greatly appreciated.

I am also sending a copy of this letter and invoices to your attorney's and the court.

Again thanks for all assistance in this matter.

Scott Newton
Owner, 1st Home Repair

Copy to:
Richards, Layton & Finger, P.A.
PO Box 557
Wilmington, Delaware 19899-0551

O'Melveny & Myers LLP
275 Battery Street
San Francisco, California 94111-3305

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

# 1st Home Repair

4217 Evelyn St.
Bossier City, LA 71112-4315
318-469-2257
snewton1@bellsouth.net

# Invoice

| Date | Invoice # |
|---|---|
| 3/11/2007 | 4697 |

| Bill To |
|---|
| Home 123 |
| Bossier City, LA. |

| Item | Qty | Description | Rate | Amount |
|---|---|---|---|---|
| Material | 1 | Paint 15 Gallons | 320.46 | 320.46 |
| Labor | 1 | Prep and paint Suite 100, 707 Benton Rd. Bossier City, LA | 960.00 | 960.00 |

| Total | $1,280.46 | Payments/Credits | $0.00 | **Balance Due** | $1,280.46 |
|---|---|---|---|---|---|

Terms: Net 10 days.

# 1st Home Repair

4217 Evelyn St.
Bossier City, LA 71112-4315
318-469-2257
snewton1@bellsouth.net

# Invoice

| Date | Invoice # |
|---|---|
| 3/12/2007 | 4698 |

**Bill To**

Home 123
Bossier City, LA.

| Item | Qty | Description | Rate | Amount |
|---|---|---|---|---|
| Material | 1 | Vertical blind for room 102 to cover glass wall | 161.24 | 161.24 |
| Material | 1 | Mini Blind for window in room 105 | 42.62 | 42.62 |
| Material | 10 | Mini blinds for exterior windows not covered | 38.91 | 389.10 |
|  |  | Subtotal materials |  | 592.96 |
| Labor | 1 | Install all blinds | 200.00 | 200.00 |
| Labor | 1 | Remove upper cabinets from present location and rehang at new location. Clean and clear coat all cabinets at new location. Removal and re-hanging of cabinets will require additional manpower. | 250.00 | 250.00 |

| Total | $1,042.96 | Payments/Credits | $0.00 | Balance Due | $1,042.96 |
|---|---|---|---|---|---|

Terms: Net 10 days.