IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-10416 (KJC) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: October 31, 2007 at 4:00 p.m. |
| | . | Hearing Date: N/A |
| | : | |

# SIXTH MONTHLY APPLICATION OF ROETZEL & ANDRESS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

| | |
|---|---|
| Name of Applicant: | Roetzel & Andress. |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors-in-possession |
| Date of Retention: | April 24, 2007, *nunc pro tunc* to April 2, 2007 |
| Period for which compensation and reimbursement are sought: | September 1, 2007 through September 30, 2007 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $19,776.50 |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Amount of Expense Reimbursement sought
as actual, reasonable, and necessary:            $ 125.54

This is a(n):  _X_ monthly     ___ interim     ___ final application

Prior Applications Filed:

| Date Filed | Period Covered | Fees | Expenses |
|---|---|---|---|
| 7/25/07 | 4/2/07-4/30/07 | 15,751.60 | 1.60 |
| 7/25/07 | 5/1/07-5/31/07 | 20,372.50 | 1.60 |
| 7/25/07 | 6/1/07-6/30/07 | 59,349.50 | 16.83 |
| 8/25/07 | 7/1/07-7/30/07 | 33,917.00 | 107.90 |
| 9/29/07 | 8/1/07-8/31/07 | $28,548.50 | $319.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| George W. Rooney, Jr. | A partner of Roetzel & Andress admitted to practice in 1973 | $375.00 | 9.5 | $3,562.50 |
| Donald S. Scherzer | A partner of Roetzel & Andress admitted to practice in 1975 in Ohio. | $400 | 16.6 | $6,640.00 |
| Diana Thimmig | A partner of Roetzel & Andress admitted to practice in 1983; Board certified by the ABBC in both business and consumer bankruptcies | $340 | 8.0 | 2,720.00 |
| John Schriner | An associate admitted to practice in 1999. | $230 | 29.8 | $6,854.00 |
| **TOTAL** | | | **63.90** | **$19,776.50** |

| | |
|---|---|
| Total | $ 19,902.04 |
| Attorney Compensation | $ 19,776.50 |
| Total Hours | $    125.54 |
| Blended Rate | $    309.49 |

Dated: October 10, 2007

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 60.4 | $18,586.50 |
| Bankruptcy including preparation and filing of Fee Applications and Certifications | 3.50 | $1,190.00 |
| **TOTAL** | **63.90** | **$19,776.50** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[2] | : | Case No. 07-10416 (KJC) |
| | : | |
| | : | Jointly Administered |
| | : | |
| **Debtors.** | : | Objection Deadline: October 31st 2007 at 4:00 p.m. |
| | : | Hearing Date: N/A |
| | : | |

## SIXTH MONTHLY APPLICATION OF ROETZEL & ANDRESS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007 [Docket No. 389] (the "Administrative Order"), Roetzel & Andress ("Roetzel") hereby files this Sixth Monthly Application for Allowance of Compensation for Services Rendered and for

---

[2] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period From September 1, 2007 through September 30, 2007 (the "Application"). By this Application, Roetzel seeks a monthly allowance pursuant to the Administrative Order with respect to the sums of $19,776.50 as compensation and $125.54 for reimbursement of actual and necessary expenses for a total of $19,902.04 for the period September 1, 2007 through and including September 30, 2007 (the "Compensation Period"). In support of this Application, Roetzel respectfully represents as follows:

## Background

I.  On April 2, 2007 (the "Petition Date"), New Century Financial Corporation, New Century TRS Holdings, Inc., New Century Mortgage Corporation, NC Capital Corporation, Home123 Corporation, New Century Credit Corporation, NC Asset Holding, L.P., NC Residual III Corporation, NC Residual IV Corporation, New Century R.E.O. Corp., New Century R.E.O. II Corp., New Century R.E.O. III Corp., New Century Mortgage Ventures, LLC, NC Deltex, LLC and NCoral, L.P. (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

II. The Debtors' retention of Roetzel was approved effective as of the Petition Date by this Court's Order dated May 7, 2007 captioned Order Authorizing Retention of Professionals Utilized in the Ordinary Course of Business Pursuant to Sections 327 and 328 of the Bankruptcy Code (the "Retention Order"). The Retention Order authorized Roetzel to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## Compensation Paid and Its Source

III. All services for which compensation is requested by Roetzel were

performed for or on behalf of the Debtors.

IV. Roetzel has received no payment from any source for services rendered in connection with the matters covered by this Application.[3] There is no agreement or understanding between Roetzel and any other person other than the partners of Roetzel for the sharing of compensation to be received for services rendered in these cases.

### Fee Statements

V. The fee statement for the Compensation Period is attached hereto as Exhibit A. This statement contains daily time logs describing the time spent by each attorney and paraprofessional for this period. To the best of Roetzel's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Administrative Order.

### Actual and Necessary Expenses

VI. A summary of actual and necessary expenses and daily logs of expenses incurred by Roetzel during the Compensation Period is attached hereto as Exhibit B.

VII. Roetzel believes the foregoing rates are the market rates that are charged to clients for such services. In addition, Roetzel believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

VIII. The partners and associate of Roetzel who have rendered professional services in this case are as follows: George W. Rooney, Jr., Donald S. Scherzer, Diana M.

---

[3] Roetzel & Andress received two pre-petition payments from the Debtors aggregating $30,000, which were applied to pre-petition services/expenses. There remains a balance due for pre-petition services, which are not included in this Application, in the amount of $1,864.18.

Thimmig and John J. Schriner.

IX. Roetzel, by and through the above-named persons, prepared and attended several conferences before Judge Gallagher, communicated with State Regulators and the Ohio Attorney General's Office; advised the Debtors on a regular basis with respect to various matters in connection with the pending litigation and Preliminary Injunction; and, performed all necessary professional services which are described and narrated in detail hereinafter.

## Summary of Services By Project

X. The services rendered by Roetzel during the Compensation Period are all related exclusively to the litigation category. These category is generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A. The attorneys and paraprofessionals who rendered services are identified, along with the number of hours for each individual and the total compensation sought, in Exhibit A attached hereto.

A. Litigation

Fees: $19,,776.50; Total Hours: 63.90

This category includes all matters relating to the following lawsuits
:
State of Ohio, ex rel. Marc Dann Attorney General, et al. v. New Century Financial Corp., et al., Cuyahoga County Court of Common Pleas Case No. CV-07-618660; and

Deutsch Bank National Trust Company as Indenture Trustee for New Century Home Equity Loan Trust v. Carl Wallace, Jr., et al., Cuyahoga County Court of Common Pleas Case No. CV-06-602574.

B. Preparation and Filing of Fee Applications and Certifications

Fees: $1,290.00; Total Hours: 3.5

This category includes all matters relating to the preparation and filing of the Fourth Monthly Fee Applications, communications with in-house counsel and counsel for the

Official Committee of Unsecured Creditors, monitoring the court docket, filing Certifications of No Objection and follow-up with the Debtor concerning payment of allowed fees and expenses.

### Valuation of Services

XI. Attorneys and paraprofessionals of Roetzel have expended a total of 192.80 hours in connection with this matter during the Compensation Period, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
| --- | --- | --- |
| George W. Rooney, Jr. | 9.5 | $375 |
| Donald S. Scherzer | 16.60 | $400 |
| Diana M. Thimmig | 8.0 | $340 |
| John Schriner | 29.80 | $230 |

The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto. These are Roetzel's normal hourly rates for work of this character. The reasonable value of the services rendered by Roetzel to the Debtors during the Compensation Period is $19,776.50.

XII. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Roetzel is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, Roetzel has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, Roetzel respectfully requests that the Court enter an order providing that for the Compensation Period, an allowance be made to Roetzel in the sum of $19,776.50 as compensation for necessary professional services rendered, and the sum of $125.54 for reimbursement of actual necessary costs and expenses, for a total of $19,902.04, and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: October 10, 2007
      Cleveland, Ohio

                                            /s/ Diana M. Thimmig (OBR #0016011)
                                            Roetzel & Andress
                                            1375 East Ninth Street
                                            One Cleveland Center, 9th Floor
                                            Cleveland, Ohio  44115
                                            (216) 696-7078
                                            (216)623-0134(Facsimile)
                                            dthimmig@ralaw.com

                                            Special Counsel for the Debtors and Debtors in Possession

## CERTIFICATION OF RESPONSIBLE ATTORNEY

Pursuant to the Guidelines for Applications for Compensation and Reimbursement of Expenses Adopted by the Executive Office for the United States Trustees Pursuant to the Bankruptcy Reform Act 1994, effective January 30, 1996 ("U.S.T. Guidelines") and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") the undersigned, as responsible attorney, certifies (a) I have read the foregoing application, (b) to the best of my knowledge, information and belief formed after reasonable inquiry, the compensation and expenses reimbursement sought conforms with the U.S.T. Guidelines and Local Rules and (c) the compensation and expenses reimbursement requested are billed at rates and in accordance with practices no less favorable to the Debtor than those customarily employed by Roetzel & Andress generally.

Dated: October 10, 2007
      Cleveland, Ohio

/s/ Diana M. .Thimmig (OBR #0016011)
Roetzel & Andress
1375 East Ninth Street
One Cleveland Center, 9th Floor
Cleveland, Ohio  44115
(216) 696-7078
(216)623-0134(Facsimile)
dthimmig@ralaw.com

Special Counsel for the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC.,** a Delaware corporation, et al.,[1] | : | **Case No. 07-10416 (KJC)** |
| | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | Objection Deadline: October 31th, 2007 at 4:00 p.m. |
| | : | Hearing Date: N/A |
| | : | |

## NOTICE OF SIXTH MONTHLY APPLICATION OF ROETZEL & ANDRESS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

PLEASE TAKE NOTICE that on October 10, 2007, the above-captioned debtors and debtors-in-possession (the "Debtors') have filed the attached Sixth Monthly Application of Roetzel & Andress, LPA for Allowance of Compensation for Services Rendered and For Reimbursement of Expenses as Special Counsel to the Debtors and Debtors-in-Possession for the Period From September 1, 2007 Through September 30, 2007 (the "Sixth Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Sixth Application must be made in accordance with the Administrative Orders Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Administrative Order") dated April 24, 2007 [Docket No. 389], and must be filed with the Clerk of the Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, and be served upon and received by: (i) the Debtors, New Century Mortgage Corporation, 18400 Von Karman Avenue, Suite 1000, Irvine, California 92612 (Attn: Monika L. McCarthy, Esq), (ii) counsel for the Debtors, O'Melveny & Myers, LLP, 400 S. Hope Street, Los Angeles, California 90071 (Attn: Suzzanne Uhland, Esq. and Emily Culler, Esq.), Richards, Layton & Finger, P.A., One Rodney Square, P.O. Box 551, Wilmington, Delaware 19899 (Attn: Mark D. Collins, Esq. and Michael J. Merchant, Esq.); (iii) the Debtors proposed crisis managers, AP Services, LLC, 9 West 57th Street, Suite 3420, New York, New York 10019 (Attn: Holly Felder Etlin); (iv) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Joseph McMahon, Esq.) (v) counsel to the Debtors' post-petition senior secured lenders, Kirkland & Ellis, 777 South Figueroa Street, Los Angeles, California 90017-5800 (Attn: Bennett L. Spiegel, Esq. and Shirley S. Cho, Esq.); (vi) proposed counsel to the Official Committee of Unsecured Creditors, Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19801 (Attn: Bonnie Glantz Fatell, Esq.) (vii) Hahn & Hessen, LLP, 488 Madison Avenue, New York, New York 10022 (Attn: Mark S. Indelicato, Esq.) (viii) Special Counsel for Debtors and Debtors-in-Possession, Roetzel & Andress, LPA, 1375 East Ninth Street, One Cleveland Center, 9th Floor, Cleveland, Ohio 44114 (Attn: Diana M. Thimmig, Esq.) (collectively, the "Notice Parties") so as to be <u>received</u> no later than **October 31, 2007 at 4:00 p.m.** (the "Objection Deadline"). Only those objections that are timely filed, served and received

will be considered by the Court.

PLEASE TAKE FURTHER NOTICE that if no objections are received by the Notice Parties prior to the Objection Deadline, the Bankruptcy Court may award the amount of fees and expenses requested in the Application. If an objection is properly filed and served and such objection is not otherwise resolved, or the Court determines that a hearing should be held in respect of the Application, a hearing will be held at a time convenient to the Court. Only those objections made in writing and timely filed, served and received in accordance with the Administrative Order will be considered by the Court at the hearing.

Dated: October 10, 2007
      Cleveland, Ohio

                                            /s/ Diana M. .Thimmig (OBR #0016011)
                                            Roetzel & Andress, LPA
                                            1375 East Ninth Street
                                            One Cleveland Center, 9th Floor
                                            Cleveland, Ohio  44115
                                            Telephone:  (216) 696-7078
                                            Facsimile:  (216)623-0134
                                            E-Mail: *dthimmig@ralaw.com*

                                            Special Counsel for the Debtors and Debtors in Possession

355295 v_01 \ 117805.0001

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Sixth Monthly Application of Roetzel & Andress for Allowance of Compensation for Services rendered and For Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period September 1, 2007 through September 30, 2007 was served on the 10th day of October, 2007 via U.S. Regular Mail to all parties on the annexed service list, and by electronic transmission through the Court's ECF system:

Dated: October 10, 2007
Cleveland, Ohio

/s/ Diana M. .Thimmig (OBR #0016011)
ROETZEL & ANDRESS
1375 East Ninth Street
One Cleveland Center, 9th Floor
Cleveland, Ohio  44115
(216) 696-7078
(216)623-0134(Facsimile)
dthimmig@ralaw.com

Special Counsel for the Debtors and Debtors in Possession

# NEW CENTURY TRS HOLDINGS, INC.
## CASE NO. 07-10416 (KJC)
### SERVICE LIST

*(Debtor)*
Monika McCarthy, Esq.
New Century Mortgage Corporation
18400 Von Karman Avenue
Suite 1000
Irvine, CA 92612

*(Counsel for Debtor)*
Suzzanne Uhland, Esq.
Emily Culler, Esq.
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*(Counsel for Debtor)*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*(Counsel for Crisis Managers)*
Holly Felder Etlin
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019

*(United States Trustee)*
Joseph McMahan, Esq.
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Post-Petition Senior Secured Lenders)*
Bennett L. Spiegel, Esq.
Shirley S. Cho, Esq.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017-5800

*(Proposed Counsel for Unsecured Creditors Committee)*
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

*(Proposed Counsel for Unsecured Creditors Committee)*
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022