**EXHIBIT A**



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

REMIT TO ADDRESS:
222 S. MAIN STREET
AKRON, OHIO 44308-2098
(330) 376-2700
FAX (330) 376-4577
ramail@ralaw.com

FEDERAL TAX ID #34-1245415

NEW CENTURY FINANCIAL CORP.
18400 VON KARMAN AVE.
SUITE 1000
IRVINE, CA 90017

Invoice: 730194
Client/Matter: 117805.0001
October 8, 2007

For Professional Services Rendered
For The Period Through September 30, 2007

**Total Due This Invoice   $ 19,902.04**

Re: **LITIGATION RE TRO**

| Date | Initials | Hours | Description |
|---|---|---|---|
| 09/04/07 | DT | 0.30 | Receipt, review and respond to e-mails from G. Rooney and D. Scherzer re: request by client to handle defense of claims asserted in additional foreclosure actions. |
| 09/04/07 | GWR JR | 0.30 | Email exchange re: additional foreclosure actions (0.4). |
| 09/04/07 | DSS | 1.50 | Telephone call with K. Richman regarding status of Ohio Foreclose cases (.2); Review various Ohio foreclosure complaints and related e-mails (.4) Confer with J. Schriner regarding same (.2); Telephone call with B. Metcalf regarding foreclosure cases is Ohio (.2); Exchange e-mails with K. Richman regarding questions from Carrington's Ohio foreclosure counsel (.2); Telephone call with R. Hart regarding status of matter (.3) |
| 09/04/07 | JS | 2.00 | Receive and review emails from Mr. deVyver and Ms. Richman regarding status of various foreclosure actions and possibility of substituting counsel in the same (.2); attention to related issues and retrieve and review dockets and new-filed cross-claims against New Century in those actions (.6); conference and email exchanges with Mr. Rooney regarding related issues and strategy for proceeding (.3); conference with Mr. Rooney and Mr. Scherzer regarding related issues (.2); receive and review additional emails from Mr. DeVyver and Ms. Richman regarding related issues (.1); conference with Mr. Scherzer regarding related issues (.2); conference call with Mr. Scherzer and Ms. Richman regarding same (.2); receive and review email from Mr. Metcalf to Mr. Newman regarding violation of stay, attention to related issues, and follow-up with Mr. Scherzer regarding same (.2). |
| 09/05/07 | JS | 0.20 | Attention to foreclosure, stay and possible substitution of counsel issues. |

**"THIS IS A CONFIDENTIAL ATTORNEY/CLIENT COMMUNICATION"**

Akron    Cincinnati    Cleveland    Columbus    Toledo    Fort Myers    Naples    Orlando    Tallahassee    Washington D.C.

www.ralaw.com



**A LEGAL PROFESSIONAL ASSOCIATION**

| 117805.0001 | Invoice: 730194 |
| LITIGATION RE TRO | October 8, 2007 |
| | Page 2 |

| Date | Initials | Hours | Description |
|---|---|---|---|
| 09/06/07 | DT | 0.30 | Receipt and review Notice of Report Re: Professionals Utilized in the Ordinary Course of Business for the Period April 2, 2007 through July 31, 2007; brief follow up with D. Scherzer re: same. |
| 09/06/07 | GWR JR | 1.40 | Email exchange re: 9/10 briefing deadline and preliminary thoughts (0.4); telephone conference with Ms. Richman re: status and going forward strategy (0.4); discussion with Messrs. Scherzer and Schriner re: content of upcoming 9/10 Brief (0.3); email exchanges re: status of LNFA and disputed DBSP loans (0.3). |
| 09/06/07 | DSS | 1.50 | Review e-mail from J. Schriner regarding briefing for September 20th Court Hearing (.2); Exchange e-mails with K. Richman regarding same (.2); Prepared for and participate in conference call with K. Richman, G. Rooney and J. Schriner regarding same (.6); Exchange e-mails with K. Richman regarding possible appearance of Roetzel & Andress in Ohio foreclosure cases (.3); Telephone call with bankruptcy counsel, B. Metcalf, regarding same (.2); |
| 09/06/07 | JS | 1.60 | Retrieve and review updated docket (.1); attention to 9/10 deadline for filing briefs in opposition to the State's Motion for Clarification, and email exchange with Mr. Scherzer regarding related items (.2); conference call with Mr. Scherzer, Mr. Rooney and Ms. Richman regarding various issues and strategy for proceeding in this case and others (.5); follow-up conference with Mr. Rooney and Mr. Scherzer regarding proposed framework for Brief in Response to the State Motion for Clarification (.2); receive and review email from Ms. Richman regarding status of DBSP-disputed loans and LNFAs (.1); email exchange with Mr. Logan regarding related issues (.2); attention to potential exhibits for Brief in Response to Motion for Clarification (.3). |
| 09/07/07 | GWR JR | 1.10 | Email exchange with Mr. Logan re: DBSP status (0.2); voicemail from Mr. Hart re: upcoming hearing (0.1); telephone conference with Mr. Hart re: status and 9/10 filing (0.3); discussion with Mr. Schriner re: scope of Memorandum in Response (0.2); review and revised draft Memorandum in Response (0.3). |
| 09/07/07 | DSS | 1.80 | Review and revise Memorandum of New Century Defendants in response to Motion to Clarify (1.0); Confer with J. Schriner regarding same (.8) |
| 09/07/07 | JS | 4.60 | Conference with Mr. Rooney regarding status of case and need to file response to Motion for Clarification on or before 9/10 (.2); conference call with Mr. Rooney and Mr. Hart regarding related issues (.2); receive and review email from Mr. Hart regarding issues pertaining to additional DBSP loans (.1); conference with Mr. Rooney regarding same (.1); draft and edit Memorandum in Response to Plaintiffs' Motion for Clarification (2.5); conference with Mr. Rooney regarding his approval of same (.2); conference with Mr. Scherzer regarding same, his suggested revisions thereto, and strategy for 9/20 hearing (1.3). |
| 09/08/07 | DSS | 2.50 | Review and revise Response to Motion to Clarify (2.2); Prepared e-mail to J. Schriner regarding same (.3); |
| 09/08/07 | JS | 1.50 | Review and revise Memorandum in Response to Motion for Clarification, and |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



**A LEGAL PROFESSIONAL ASSOCIATION**

117805.0001  
LITIGATION RE TRO

Invoice: 730194  
October 8, 2007  
Page 3

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | email exchange with Mr. Scherzer regarding same. |
| 09/09/07 | DSS | 0.40 | Prepared e-mail to K. Richman regarding the State of Ohio's Motion for Preliminary Injunction |
| 09/09/07 | JS | 1.40 | Receive, review and revise Mr. Scherzer's revised draft of Memorandum in Response to Motion for Clarification, and email to Ms. Richman regarding same (1.2); receive and review email from Mr. Scherzer regarding pending request for injunction and related strategical issues (.2). |
| 09/10/07 | GWR JR | 0.50 | Attention to final draft of Brief for filing (0.2); email exchange re: Preliminary Injunction issues (0.2); voicemail exchange with Mr. Deutsch re: status (0.1). |
| 09/10/07 | DSS | 0.20 | Prepared e-mail to K. Richman regarding pleading filed (.2) |
| 09/10/07 | DSS | 0.40 | Review final version of response to motion for clarification (.2); Exchange e-mails with J. Schriner regarding same (.2) |
| 09/10/07 | JS | 0.60 | Conference with Mr. Rooney regarding his approval of revised Memorandum in Opposition to Plaintiffs' Motion for Clarification and issues related thereto (.2); email exchanges with Mr. Scherzer regarding his approval of the same and injunction-related issues (.2); finalize Memorandum in Response for filing and service (.2). |
| 09/11/07 | GWR JR | 1.00 | Review email and attachment from Ms. Richman re: 16 DBSP disputed loans (0.1); preliminary determination of status (0.3); telephone conference with Mr. Deutsche re: extension and DBSP issues (0.2); discussion with Mr. Schriner re: more detailed status information needed (0.2); email exchanges re: hearing extension (0.2). |
| 09/11/07 | DSS | 0.80 | Exchange e-mails with E. Kraus regarding continuance of hearing date (.3); Exchange e-mails with K. Richman regarding same (.3); Telephone call with Judge Gallagher's staff attorney, E. Parks regarding same (.2) |
| 09/11/07 | JS | 2.10 | Receive and review email from Ms. Richman regarding 16 additional DBSP loans raised by Mr. Hart (.1); conference with Mr. Rooney regarding related issues (.1); review client documents and draft and edit spreadsheet regarding those 16 loans (1.5); detailed email to Ms. Richman regarding same (.2); receive and review emails from Mr. Kraus, Mr. Scherzer and Ms. Richman regarding consent to continuation of 9/20/07 hearing and attention to related issues (.2). |
| 09/12/07 | GWR JR | 0.20 | Internal strategy re: hearing extension (0.2). |
| 09/12/07 | JS | 0.40 | Receive and review email from Mr. Kraus regarding continuation of 9/20 hearing (.1); email exchanges with Ms. Richman regarding Memorandum in Response to Motion for Clarification and outstanding issues pertaining to the 16 additional DBSP loans raised by Mr. Hart, and attention to related issues (.3). |
| 09/13/07 | GWR | 0.40 | Email from Mr. Hart and attachment re: agreement with DBSP (0.2); email |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**  
**PLEASE REMIT PAYMENT UPON RECEIPT**



**A LEGAL PROFESSIONAL ASSOCIATION**

| 117805.0001 | Invoice: 730194 |
|---|---|
| LITIGATION RE TRO | October 8, 2007 |
| | Page 4 |

| Date | Initials | Hours | Description |
|---|---|---|---|
| | JR | | exchange re: upload of DBSP loans (0.2). |
| 09/13/07 | JS | 0.40 | Receive and review Agreement for a Stay of Mortgage Loan Foreclosures, entered into by and between the State and DBSP (.3); receive and review email from Mr. Hart regarding same. |
| 09/13/07 | JS | 0.20 | Receive and review emails from Ms. Richman, Mr. Rooney and Mr. Hart regarding 16 additional DBSP-owned loans and the agreement to make files regarding the same available for the State's review. |
| 09/14/07 | GWR JR | 0.10 | Email exchange re: uploaded loan files for review (0.1); email exchange re: DBSP auction outcome (0.1). |
| 09/14/07 | JS | 0.40 | Receive and review email from Ms. Richman regarding uploading of loan files for the State's review (.1); email exchange with Mr. Hart regarding same (.1); receive and review emails from Mr. Logan and Mr. Richman regarding sale of loans, and attention to SPI provisions governing that sale (.2). |
| 09/17/07 | DT | 1.30 | Receipt and review e-mails from K. Richman and D. Sherzer re: fees incurred from 4.2.07 through 8.30.07, budget through December with estimates per month (.30); preparing brief description of ongoing work (1.0). |
| 09/17/07 | DSS | 1.00 | Gather information and prepare status report on billings on budgeting to M. McCarthy (1.0) |
| 09/17/07 | JS | 0.30 | Receive and review Court Order regarding cancellation of 9/20 hearing (.1); attention to related issues and discussion with Mr. Rooney and Mr. Scherzer regarding the same (.2). |
| 09/18/07 | DT | 1.80 | Receipt and review e-mails from D. Scherzer to M. McCarthy re: outside counsel work/fees and G. Rooney(.20); review Court docket (.50); prepare and finalize Certificate of No Objection (.80); e-mail same to D. Scherzer with request for follow-up on Debtor's payments to First, Second and Third Applications(.30) |
| 09/18/07 | GWR JR | 0.20 | Email exchange re: continuance of hearing. |
| 09/18/07 | DSS | 0.80 | Prepared e-mail to K. Richman regarding billing issues (.2); Review and respond to e-mail from E. Kraus regarding new date for hearing on Motion for Clarification (.3); Exchange e-mails with E. Kraus and G. Rooney regarding date for rescheduled hearing on the State's Motion for Clarification (.3) |
| 09/18/07 | JS | 0.30 | Receive and review emails from Mr. Kraus, Mr. Scherzer and Mr. Rooney regarding need to re-schedule hearing (.1); attention to potential scope of New Century's involvement in that hearing and possible means of resolving any remaining outstanding issues prior to the hearing (.2). |
| 09/19/07 | JS | 0.20 | Receive and review Court Order regarding rescheduling hearing (.1); receive and review email's regarding related issues. |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE
PLEASE REMIT PAYMENT UPON RECEIPT**



## A LEGAL PROFESSIONAL ASSOCIATION

| | |
|---|---|
| 117805.0001 | Invoice: 730194 |
| LITIGATION RE TRO | October 8, 2007 |
| | Page 5 |

| Date | Initials | Hours | Description |
|---|---|---|---|
| 09/20/07 | GWR JR | 0.50 | Email from Ms. Richman re: DBSP case stays, including review of attached Order (0.2); email exchange re: status of stay in DBSP case (0.2); email to Mr./ Logan re: status of bankruptcy stay (0.1). |
| 09/20/07 | DSS | 0.50 | Review and analyze correspondence from attorney M. Mills (.2); Prepared e-mail to K. Richman regarding same (.1); Review responsive e-mail from K. Richman regarding same (.1); Review e-mail from E. Kraus regarding rescheduled hearing date on State of Ohio's Motion for Clarification (.1) |
| 09/20/07 | JS | 0.80 | Receive and review email from Ms. Richman regarding foreclosure cases (.1); retrieve and review dockets for the same (.2); retrieve and review updated docket from bankruptcy matter, searching the same for stay-related rulings (.2); email exchanges and conference with Mr. Rooney regarding same (.3). |
| 09/21/07 | GWR JR | 1.90 | Conference with Messrs. Scherzer and Schriner re: Wallace foreclosure actions and issues, including preparation therefor (1.1); partial telephone conference with Mr. Reimer re: erroneous removal of stay (0.3); voicemail and email exchange with Mr. Samis re: same (0.2); email exchange with Mr. Schriner re: strategy for Wallace cases (0.3). |
| 09/21/07 | DSS | 2.70 | Review dockets and pleadings of several foreclosure lawsuits that involve Counterclaims against New Century (.7); Confer with G. Rooney and J. Schriner regarding same (.7); Telephone call with New Century's former Cuyahoga County foreclosure counsel, D. Reimer regarding (.4); Conference call with I. kdevyver and J. Schriner regarding same (.5); Prepared e-mail to K. Richman regarding same (.2); Review e-mails regarding same (.2) |
| 09/21/07 | JS | 2.90 | Receive and review email from Mr. Rooney to Mr. Logan regarding status of bankruptcy matter (.1); prepare for and participate in conference with Mr. Rooney and Mr. Scherzer regarding status of various foreclosure actions and strategy relating thereto (.7); retrieve and review updated dockets for those cases (.2); conference call with Mr. Scherzer, Mr. Rooney and Mr. Reimer regarding related issues (.5); draft and edit detailed email memorandum to Mr. Scherzer and Mr. Rooney regarding status of and proposed strategy for various cases (.5); email exchange with Mr. Rooney regarding related issues (.1); follow-up conference with Mr. Scherzer regarding same (.2); conference call with Mr. Scherzer and Mr. DeVyver regarding related issues (.4); follow-up email to Mr. DeVyver regarding same (.2). |
| 09/24/07 | DT | 2.30 | Receipt and review e-mail from D. Scherzer re: wire transfer (10); receipt and review pre-bill for August, 2007(.10); prepare draft fee application, Summary and Notice; finalize for filing (2.1). |
| 09/24/07 | JS | 0.30 | Receive and review emails from Ms. Richman and Mr. Houston regarding Ms. Mills, and attention to related issues (.2); receive and review Court Order regarding 12/6 hearing (.1). |
| 09/25/07 | GWR | 0.30 | Email exchange re: representation and strategy in additional Ohio foreclosure |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



**A LEGAL PROFESSIONAL ASSOCIATION**

| | |
|---|---|
| 117805.0001 | Invoice: 730194 |
| LITIGATION RE TRO | October 8, 2007 |
| | Page 6 |

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| | JR | | cases. |
| 09/25/07 | DSS | 0.70 | Review e-mail from K. Richman regarding additional litigation in Ohio (.1); Review e-mail from J. Schriner regarding same (.1);Review e-mail from G. Rooney regarding same (.1); Prepared e-mail to D. Thimmig regarding same (.1); Telephone call with K. Richman regarding same (.3); |
| 09/25/07 | JS | 4.10 | Conference with Mr. Scherzer regarding results of his discussions with Ms. Richman regarding foreclosure actions and strategy for proceeding in light of the same (.3); attention to related issues, and retrieve and review updated dockets for the Cuyahoga County foreclosure actions in which Roetzel has not entered an appearance (.4); draft and edit Notice of Appearance of Additional Counsel, Notice of Filing of Chapter 11 Petitions and Imposition of Automatic Stay, and Declaration in Support of the same for each of those foreclosure actions (3.0); email exchanges with Mr. Rooney and Mr. Scherzer regarding related issues, and attention to alternative suggestions raised by Mr. Rooney (.4) |
| 09/26/07 | DT | 2.00 | Brief conference with D. Scherzer re: receipt and application of fees/expenses in accordance with Court order(.20); receipt and review e-mail from D. Scherzer to K. O'Neill re: certification and application of funds (.10) receipt, review and respond to e-mail from J. Schriner, G. Rooney and D. Scherzer re: automatic stay with respect to new foreclosure matters assigned (.30); conference with J. Schriner re: same and receipt order in Deutsche Bank litigation reflecting termination of the automatic stay(.50); review bankruptcy court docket re: relief motions filed by Deutsche Bank(.90). |
| 09/26/07 | GWR JR | 0.20 | Email exchange re: relief from stay of certain DB loans. |
| 09/26/07 | DSS | 0.80 | Review several e-mails, and respond as necessary, regarding status of automatic stay in Ohio foreclosure actions (.3); Review file regarding same and regarding status of bankruptcy court filings (.3); Review e-mail and attachment from K. Richman regarding new foreclosure matter (.2) |
| 09/26/07 | JS | 2.10 | Email exchange with Ms. Thimmig regarding status of Cuyahoga County foreclosure actions (.2); conference with Ms. Thimmig regarding related issues and potential violations of the automatic stay (.3); review docket of bankruptcy matter and all requests by Deutsche Bank and Wells Fargo for relief from the stay in order to determine if they have sought relief from the stay with regard to the loans at issue in the foreclosure actions (.8); retrieve and review Complaints of active foreclosure actions (.5); consider potential courses of action and conference with mr. Rooney regarding same. (.3) |
| 09/27/07 | GWR JR | 0.70 | Email exchange re: lifting of stay in Barton Ohio case (0.2); discussions with Mr. Schriner re: Court error, options available, and strategy (0.5). |
| 09/27/07 | DSS | 0.70 | Telephone call with R. Hart of the Ohio Attorney General's office regarding status of case and obligations under the Stipulated Preliminary Injunction regarding |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



A LEGAL PROFESSIONAL ASSOCIATION

117805.0001  
LITIGATION RE TRO

Invoice: 730194  
October 8, 2007  
Page 7

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | credit reporting requirements (.3); Review, and respond as necessary to several e-mails regarding additional Ohio foreclosure case and the appropriate response to apparent violation of automatic stay (.4) |
| 09/27/07 | JS | 2.40 | Receive and review Motion for Order to Lift Stay Due to Preliminary Injunction, filed in Case No. CV-06-582155 (.2); retrieve and review docket for that case (.2); attention to related issues and detailed email to Mr. Scherzer and Mr. Rooney regarding same (.5); follow-up conference with Mr. Rooney regarding related issues and potential alternative courses of action (.4); email exchange with Ms. Richman regarding same (.3); detailed email to Ms. Richman regarding status of and potential strategy for other Cuyahoga County foreclosure actions (.3); receive and review Complaint from Case No. CV-06-605043 and review Bankruptcy Court filings to determine that relief from the stay has not been sought for that loan (.5) |
| 09/28/07 | GWR JR | 0.70 | Review settlement demand letter in Ohio DB case (0.3); email to Ms. Richman re: same (0.1); email exchange with Ms. Thimmig re: possible violation of stay (0.2); email exchange with Ms. Richman re: same (0.1). |
| 09/28/07 | DSS | 0.30 | Review several e-mails regarding settlement demand received in one of the Ohio foreclosure cases (Wallace). |
| 09/28/07 | JS | 0.70 | Email exchanges with Mr. Rooney regarding status of newly-identified foreclosure action (Case No. 582155) (.2); receive and review settlement demand letter from Mr. Pittman regarding potential resolution of the foreclosure actions (.2); receive and review emails from Mr. Rooney, Ms. Thimmig and Ms. Richman regarding the settlement demand as a violation of the automatic bankruptcy stay, and attention to related issues (.3). |
| 09/29/07 | JS | 0.30 | Receive and review follow-up email from Mr. Rooney regarding proposed course of action in light of the settlement demand in the foreclosure actions, and attention to related issues. |

Professional Services $ 19,776.50

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| George W Rooney, Jr. | 9.50 | 375.00 | 3,562.50 |
| Donald S Scherzer | 16.60 | 400.00 | 6,640.00 |
| Diana Thimmig | 8.00 | 340.00 | 2,720.00 |
| John Schriner | 29.80 | 230.00 | 6,854.00 |
| Totals | 63.90 | | 19,776.50 |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**  
**PLEASE REMIT PAYMENT UPON RECEIPT**



**A LEGAL PROFESSIONAL ASSOCIATION**

117805.0001  
LITIGATION RE TRO

Invoice: 730194  
October 8, 2007  
Page 8

## Costs Advanced

| Date | Description | Amount |
|---|---|---:|
|  | Copy Charges | 104.20 |
| 07/31/07 | Vendor:Genesys Conferencing, Inc. - conference call | 12.24 |
| 09/26/07 | Outside Copies - Vendor: Krumm, Justin - Depos of Mr. Dews & Ms. Roseberry. - Copy of Complaint 604781 & 606084. | 6.60 |
| 09/27/07 | Outside CopiesVendor: Krumm, Justin - Copy of Complaint 605043. | 2.50 |

Total Costs Advanced                                                                                         125.54

**Invoice Total**                                                                                    **$ 19,902.04**

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**  
**PLEASE REMIT PAYMENT UPON RECEIPT**



A LEGAL PROFESSIONAL ASSOCIATION

REMIT TO ADDRESS:
222 S. MAIN STREET
AKRON, OHIO 44308-2098
(330) 376-2700
FAX (330) 376-4577
ramail@ralaw.com

FEDERAL TAX ID #34-1245415

# REMITTANCE PAGE
For Professional Services Rendered

NEW CENTURY FINANCIAL CORP.
18400 VON KARMAN AVE.
SUITE 1000
IRVINE, CA 90017

PLEASE INDICATE INVOICE NUMBER ON REMITTANCE
Invoice: 730194
Client/Matter: 117805.0001
Billing Atty: DSS
October 8, 2007

**Invoice Total**  $  19,902.04

Remit To Address:
222 S. Main Street
Akron, OH 44308-2098

Wire/ACH Instructions:
Chase Bank
50 S. Main Street
Akron, OH 44308
ACH Routing Number 044000037
Wire Routing Number 021000021
Account Number 872113898
Swift Code CHASUS33

# ROETZEL & ANDRESS

A Legal Professional Association

117805.0001  Donald S Scherzer                                           Pre-Bill Index # 789047
NEW CENTURY FINANCIAL CORP.
LITIGATION RE TRO

## Client Cost Detail Listing

| Date | Timekeeper | Quantity | Rate | Amount | Cost Code | Cost Index Number |
|---|---|---|---|---|---|---|
| 09/10/2007 | JOHN SCHRINER | 6.00 | 0.20 | $1.20 | 1  Copy Charges | 1995372  SCOST |
| 09/10/2007 | DONALD S. SCHERZE | 41.00 | 0.20 | $8.20 | 1  Copy Charges | 1995373  SCOST |
| 09/25/2007 | JOHN SCHRINER | 138.00 | 0.20 | $27.60 | 1  Copy Charges | 2006097  SCOST |
| 09/28/2007 | DIANA THIMMIG | 336.00 | 0.20 | $67.20 | 1  Copy Charges | 2010087  SCOST |

## Client Charges with Check Copy Documentation

| Date | Description | Amount | Check Date/Number | Invoice # | Ref # |
|---|---|---|---|---|---|
| **Genesys Conferencing, Inc.** | | | | | |
| 07/31/2007 | Vendor:Genesys Conferencing, Inc. - conference | $12.24 | 09/19/2007  442910 | I-523210 | 1998731 |
| **Krumm, Justin** | | | | | |
| 09/26/2007 | Outside Copies - Vendor: Krumm, Justin - Depos | $6.60 | 10/04/2007  444012 | J Krumm | 2013963 |
| 09/27/2007 | Outside CopiesVendor: Krumm, Justin - Copy of | $2.50 | 10/04/2007  444012 | J Krumm | 2013965 |

| | Invoice Date | Due Date | Amount Due | Currency |
|---|---|---|---|---|
| I - 523210 | 8/21/2007 | 9/20/2007 | 1,259.55 | USD |

Conference date  7/30/2007 08:56:53                                Duration  00:23
Meeting #        75044877
Access Phone Number  3403985         *Multimedia rate plan*       Contact:  Cleveland Office
TLM Account Code

*OFFICE*

| Line | Participant | Phone Number | Item | Start time | Time zone | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| 1 | AUDIO_CHAIR | 3305357965 | Multimedia Audio Toll Free Dial In | 7/30/2007 08:56:28 | US-CO | 24.00 mn | 2.16 |
| 2 | 3305358062 | 3305358062 | Multimedia Audio Toll Free Dial In | 7/30/2007 09:01:07 | US-CO | 19.00 mn | 1.71 |
| | | | | | | Total Cost | 3.87 ✓ |

Conference date  7/30/2007 13:36:58                                Duration  00:14
Meeting #        75050587
Access Phone Number  7042024         *Multimedia rate plan*       Contact:  Carl Dyczek
TLM Account Code

*062883.0605*

| Line | Participant | Phone Number | Item | Start time | Time zone | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 4076484097 | 4076484097 | Multimedia Audio Toll Free Dial In | 7/30/2007 13:28:34 | US-CO | 22.00 mn | 1.98 |
| 2 | 4076484982 | 4076484982 | Multimedia Audio Toll Free Dial In | 7/30/2007 13:32:23 | US-CO | 18.00 mn | 1.62 |
| 3 | AUDIO_CHAIR | 7521 | Multimedia Audio Toll Free Dial In | 7/30/2007 13:35:58 | US-CO | 15.00 mn | 1.35 |
| 4 | 8453652536 | 8453652536 | Multimedia Audio Toll Free Dial In | 7/30/2007 13:39:52 | US-CO | 11.00 mn | 0.99 |
| | | | | | | Total Cost | 5.94 |

Conference date  7/31/2007 12:55:26                                Duration  01:03
Meeting #        75080950
Access Phone Number  3403985         *Multimedia rate plan*       Contact:  Cleveland Office
TLM Account Code

*117805.0001*

| Line | Participant | Phone Number | Item | Start time | Time zone | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| 1 | AUDIO_CHAIR | 2164029309 | Multimedia Audio Toll Free Dial In | 7/31/2007 12:54:44 | US-CO | 64.00 mn | 5.76 |
| 2 | 6144667828 | 6144667828 | Multimedia Audio Toll Free Dial In | 7/31/2007 13:00:00 | US-CO | 37.00 mn | 3.33 |
| 3 | 2134307704 | 2134307704 | Multimedia Audio Toll Free Dial In | 7/31/2007 13:02:05 | US-CO | 35.00 mn | 3.15 |
| | | | | | | Total Cost | 12.24 ✓ |

Conference date  7/31/2007 14:01:00                                Duration  01:22
Meeting #        75081094
Access Phone Number  6422938         *Multimedia rate plan*       Contact:  Columbus Office
TLM Account Code

*107581.0001*

| Line | Participant | Phone Number | Item | Start time | Time zone | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 9374272427 | 9374272427 | Multimedia Audio Toll Free Dial In | 7/31/2007 13:55:20 | US-CO | 88.00 mn | 7.92 |
| 2 | AUDIO_CHAIR | 6146212614 | Multimedia Audio Toll Free Dial In | 7/31/2007 13:59:55 | US-CO | 83.00 mn | 7.47 |
| 3 | 8474322589 | 8474322589 | Multimedia Audio Toll Free Dial In | 7/31/2007 14:00:01 | US-CO | 83.00 mn | 7.47 |

www.genesys.com
Tax ID 04-3305282
Page 4 / 28
Billing Questions: 866.436.3797 Option 3
e-mail: nacs@genesys.com

**EXHIBIT B**

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Copies | | $104.20 |
| Conference Call | | $12.24 |
| Outside Copies | | $9.10 |
| **TOTAL** | | **$125.54** |