IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, et al., | CASE NO. 07-10416 (KJC) |
| Debtor. | JOINTLY ADMINISTERED |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Eckert Seamans Cherin & Mellott, LLC, ("Eckert"), 300 Delaware Ave., Suite 1210, Wilmington, Delaware 19801, attn: Tara L. Lattomus, Esquire, hereby appears in the above-captioned case on behalf of Wright, Finlay & Zak, LLP, in full substitution for Susan E. Poppiti, Esquire and that all notices given or required to be given, and all papers served or required to be served, be given to and served upon Eckert at the address set forth below.

Dated: October 10, 2007

/s/ Susan E. Poppiti
Susan E. Poppiti, Esq. (No. 4293)
Pickney Harris & Poppiti, LLC
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Phone: 302-295-5065   Fax: 302-295-5066

/s/Tara L. Lattomus
Tara L. Lattomus, Esq. (No. 3515)
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801
tlattomus@eckertseamans.com
Phone: 302-425-0430   Fax: 302-425-0432