# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a | : | |
| Delaware Corporation, et al., | : | CASE NO. 07-10416 (KJC) |
| | : | |
| Debtor. | : | JOINTLY ADMINISTERED |
| | : | |

## CERTIFICATE OF SERVICE

I, Tara L. Lattomus, Esquire, hereby certify that on October 10, 2007 a true and correct copy of the **Notice of Substitution of Counsel** was served via First Class Mail upon the parties on the attached list.

Dated: October 10, 2007

                        ECKERT SEAMANS CHERIN & MELLOTT, LLC

                        By:  */s/Tara L. Lattomus*
                            Tara L. Lattomus, Esquire (No. 3515)
                            300 Delaware Avenue, Suite 1210
                            Wilmington, Delaware 19801
                            (302) 425-0430

## SERVICE LIST

Chun I. Iang, Esq.
Michael Joseph Merchant, Esq.
One Rodney Square
PO Box 551
Wilmington, DE 19899

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Mark T. Power, Esq.
Mark S. Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floor
New York, NY 10022

Timothy P. Cairns, Esq.
Pachulski Stang Ziehl Young Jones
919 N. Market Street
17th Floor
Wilmington, DE 19801

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226