# EXHIBIT B

LA3:1139725.1
RLF1-3211604-1

## Exhibit B - Buena Park Asset Sale

|    | Category | Description | Serial Number |
|----|----------|-------------|---------------|
| 1  | copier | Copier Canon Image Runner 5570 | SLQ03186 |
| 2  | copier | Copier Canon Image Runner 5570 | SLQ03200 |
| 3  | copier | Copier Canon Image Runner 6020 | JCU01765 |
| 4  | copier | Copier Canon Image Runner 7200 | H4825000492 |
| 5  | copier | Copier Canon Image Runner 7200 | H4825000634 |
| 6  | copier | Copier Canon NP6035 | NGL03144 |
| 7  | copier | Copier Canon NP6035 | NGL04567 |
| 8  | copier | Copier Canon NP6035 | NGL05181 |
| 9  | copier | Copier Pitney Bowes DL46 | DL463020036 |
| 10 | copier | Copier Pitney Bowes DL46 | DL463020045 |
| 11 | copier | Copier Ricoh Aficio 1020 | J0211001599 |
| 12 | copier | Copier Ricoh Aficio 1045 | H7127100798 |
| 13 | copier | Copier Ricoh Aficio 1045 | H7127201439 |
| 14 | copier | Copier Ricoh Aficio 1045 | H7136300217 |
| 15 | copier | Copier Ricoh Aficio 1045 | H7327100093 |
| 16 | copier | Copier Ricoh Aficio 1060 | J4235300632 |
| 17 | copier | Copier Ricoh Aficio 1060 | J4235700882 |
| 18 | copier | Copier Ricoh Aficio 1060 | J4245100733 |
| 19 | copier | Copier Ricoh Aficio 1060 | J4245600881 |
| 20 | copier | Copier Ricoh Aficio 1060 | J4630401457 |
| 21 | copier | Copier Ricoh Aficio 1075 | GB213289 |
| 22 | copier | Copier Ricoh Aficio 1075 | J4325400260 |
| 23 | copier | Copier Ricoh Aficio 1075 | J4325400483 |
| 24 | copier | Copier Ricoh Aficio 1075 | J4325400705 |
| 25 | copier | Copier Ricoh Aficio 1075 | J4334900193 |
| 26 | copier | Copier Ricoh Aficio 1075 | J4334900432 |
| 27 | copier | Copier Ricoh Aficio 1075 | J4335100529 |
| 28 | copier | Copier Ricoh Aficio 1075 | J4335400287 |
| 29 | copier | Copier Ricoh Aficio 1075 | J4335500491 |
| 30 | copier | Copier Ricoh Aficio 1075 | J4335500528 |
| 31 | copier | Copier Ricoh Aficio 1075 | J4335800017 |
| 32 | copier | Copier Ricoh Aficio 1075 | J4345100691 |
| 33 | copier | Copier Ricoh Aficio 1075 | J4345100692 |
| 34 | copier | Copier Ricoh Aficio 1075 | J4345100781 |
| 35 | copier | Copier Ricoh Aficio 1075 | J4345200003 |
| 36 | copier | Copier Ricoh Aficio 1075 | J4345200028 |
| 37 | copier | Copier Ricoh Aficio 1075 | J4345200096 |
| 38 | copier | Copier Ricoh Aficio 1075 | J4345401065 |
| 39 | copier | Copier Ricoh Aficio 1075 | J4345401127 |
| 40 | copier | Copier Ricoh Aficio 1075 | J4345500617 |
| 41 | copier | Copier Ricoh Aficio 1075 | K2945401688 |
| 42 | copier | Copier Ricoh Aficio 2035 | J6046403307 |
| 43 | copier | Copier Ricoh Aficio 2035 | J6046407911 |
| 44 | copier | Copier Ricoh Aficio 2035 | J6056204333 |
| 45 | copier | Copier Ricoh Aficio 2035 | J6057101817 |
| 46 | copier | Copier Ricoh Aficio 2045 | J5936500580 |
| 47 | copier | Copier Ricoh Aficio 2045 | J5937000758 |
| 48 | copier | Copier Ricoh Aficio 2045 | J8046101282 |
| 49 | copier | Copier Ricoh Aficio 2045 | K2945200464 |
| 50 | copier | Copier Ricoh Aficio 2045 | K2945200729 |
| 51 | copier | Copier Ricoh Aficio 2045 | K2945200734 |
| 52 | copier | Copier Ricoh Aficio 2045 | K2945202184 |
| 53 | copier | Copier Ricoh Aficio 2045 | K2945202205 |
| 54 | copier | Copier Ricoh Aficio 2045 | K2945401691 |

## Exhibit B - Buena Park Asset Sale

|     | Category | Description | Serial Number |
|-----|----------|-------------|---------------|
| 55  | copier  | Copier Ricoh Aficio 2045 | K2945401695 |
| 56  | copier  | Copier Ricoh Aficio 2045 | K2946000606 |
| 57  | copier  | Copier Ricoh Aficio 2045 | K2955200683 |
| 58  | copier  | Copier Ricoh Aficio 2045 | K2955200911 |
| 59  | copier  | Copier Ricoh Aficio 2045 | K2955201007 |
| 60  | copier  | Copier Ricoh Aficio 2045 | K2955201018 |
| 61  | copier  | Copier Ricoh Aficio 2060 | B477000605F3147R |
| 62  | copier  | Copier Ricoh Aficio 2060 | K4555900016 |
| 63  | copier  | Copier Ricoh Aficio 2060 | K4564900283 |
| 64  | copier  | Copier Ricoh Aficio 2060 | K4565200148 |
| 65  | copier  | Copier Ricoh Aficio 2060 | K4565200277 |
| 66  | copier  | Copier Ricoh Aficio 2060 | K4565300184 |
| 67  | copier  | Copier Ricoh Aficio 2060 | K4565300257 |
| 68  | copier  | Copier Ricoh Aficio 2075 | K4645800143 |
| 69  | copier  | Copier Ricoh Aficio 2075 | K4646000166 |
| 70  | copier  | Copier Ricoh Aficio 2075 | K4654900261 |
| 71  | copier  | Copier Ricoh Aficio 2075 | K4656000007 |
| 72  | copier  | Copier Ricoh Aficio 3045 | J6066206555 |
| 73  | copier  | Copier Ricoh Aficio 3045 | K9455701610 |
| 74  | copier  | Copier Ricoh Aficio 3045 | K9455701713 |
| 75  | copier  | Copier Ricoh Aficio 3045 | K9464900394 |
| 76  | copier  | Copier Ricoh Aficio 3045 | K9465100983 |
| 77  | copier  | Copier Ricoh Aficio 3045 | K9465101361 |
| 78  | copier  | Copier Ricoh Aficio 3045 | K9465101967 |
| 79  | copier  | Copier Ricoh Aficio 3045 | K9465200617 |
| 80  | copier  | Copier Ricoh Aficio 3045 | K9465201665 |
| 81  | copier  | Copier Ricoh Aficio 3045 | K9465400787 |
| 82  | copier  | Copier Ricoh Aficio 3045 | K9465402462 |
| 83  | copier  | Copier Ricoh Aficio 3045 | K9465501076 |
| 84  | copier  | Copier Ricoh Aficio 3045 | K9465501082 |
| 85  | copier  | Copier Ricoh Aficio 3045 | K9465700185 |
| 86  | copier  | Copier Ricoh Aficio 3045 | K9465900685 |
| 87  | copier  | Copier Savin 2055DP | H4724900105 |
| 88  | copier  | Copier Toshiba 3550 | PD730307 |
| 89  | copier  | Copier Toshiba 3560 | CED813945 |
| 90  | copier  | Copier Toshiba 3560 | CEH817393 |
| 91  | copier  | Copier Toshiba 8070 | RD010154 |
| 92  | copier  | Copier Toshiba E-Studio 65 | GJ112719 |
| 93  | copier  | Copier Toshiba E-Studio 65 | GK112916 |
| 94  | fax     | Fax Canon LC710 | UZS36076 |
| 95  | fax     | Fax Canon LC9500 | UFL10192 |
| 96  | fax     | Fax Canon LC9500 | UYG12785 |
| 97  | fax     | Fax Panasonic UF880 | 1970800970 |
| 98  | fax     | Fax Ricoh Aficio Various Fax Machine | H7127202571 |
| 99  | misc.   | Library StorageTEK L20 | 460000104793 |
| 100 | misc.   | Network Console HP TFT 5600 | 9X44JTJ8N078 |
| 101 | misc.   | Network UPS APC SmartUPS 2200XL | QS0411115281 |
| 102 | misc.   | Network UPS APC SmartUPS 2200XL | QS0417113183 |
| 103 | misc.   | Network UPS APC SmartUPS 2200XL | QS0417113184 |
| 104 | misc.   | Network UPS APC SmartUPS 2200XL | YS0119000777 |
| 105 | misc.   | Scanner HP Digital Sender 9100C | JP16001399 |
| 106 | misc.   | Scanner HP Digital Sender 9100C | USM3002701 |
| 107 | monitor | FPD 17 in Viewsonic LCD VE710b | PUN052941702 |
| 108 | monitor | FPD 17 in Viewsonic LCD VE710b | PUN053040018 |

**Exhibit B - Buena Park Asset Sale**

| | Category | Description | Serial Number |
|---|---|---|---|
| 109 | phone | Phone System Avaya UPS | KAG53618 |
| 110 | printer | Printer HP Color Laserjet 4600TN | JPAKC04671 |
| 111 | printer | Printer HP Color Laserjet 4650DN | JPBGB02849 |
| 112 | printer | Printer HP Color Laserjet 4650DN | JPBGB12441 |
| 113 | printer | Printer HP Color Laserjet 4650DN | JPCAC00068 |
| 114 | printer | Printer HP Color Laserjet 4650DN | JPFAC11387 |
| 115 | printer | Printer HP Color Laserjet 4650DN | JPKAC44872 |
| 116 | printer | Printer HP Laserjet 4100 | USJNH28597 |
| 117 | printer | Printer HP Laserjet 4100 | USLNG08276 |
| 118 | printer | Printer HP Laserjet 4100N | USEB021557 |
| 119 | printer | Printer HP Laserjet 4200TN | USGNM46480 |
| 120 | printer | Printer HP Laserjet 8150DN | JPBDL68581 |
| 121 | printer | Printer HP Laserjet 8150DN | JPBDL68582 |
| 122 | printer | Printer HP Laserjet 8150DN | JPBDM64553 |
| 123 | printer | Printer HP Laserjet 8150DN | JPBDR27868 |
| 124 | printer | Printer HP Laserjet 8150DN | JPBDR29283 |
| 125 | printer | Printer HP Laserjet 8150DN | JPBDR34734 |
| 126 | printer | Printer HP Laserjet 8150DN | JPBDR34748 |
| 127 | printer | Printer HP Laserjet 8150DN | JPBDR41152 |
| 128 | printer | Printer HP Laserjet 8150DN | JPBDR41153 |
| 129 | printer | Printer HP Laserjet 8150DN | JPBDR61097 |
| 130 | printer | Printer HP Laserjet 8150DN | JPBDR84309 |
| 131 | printer | Printer HP Laserjet 8150DN | JPBLL80428 |
| 132 | printer | Printer HP Laserjet 8150DN | JPBLL80628 |
| 133 | printer | Printer HP Laserjet 8150DN | JPBLM41789 |
| 134 | printer | Printer HP Laserjet 8150DN | JPBLM46839 |
| 135 | printer | Printer HP Laserjet 8150DN | JPDLR27586 |
| 136 | printer | Printer HP Laserjet 8150DN | JPDLR34730 |
| 137 | printer | Printer HP Laserjet 8150DN | JPDLR36201 |
| 138 | printer | Printer HP Laserjet 8150DN | JPDLR37808 |
| 139 | printer | Printer HP Laserjet 8150DN | JPDLR38092 |
| 140 | printer | Printer HP Laserjet 8150DN | JPDLR41262 |
| 141 | printer | Printer HP Laserjet 8150DN | JPDLR41449 |
| 142 | printer | Printer HP Laserjet 8150DN | JPDLR41881 |
| 143 | printer | Printer HP Laserjet 8150DN | JPDLR42291 |
| 144 | printer | Printer HP Laserjet 8150DN | JPDLR52200 |
| 145 | printer | Printer HP Laserjet 8150DN | JPDLR58991 |
| 146 | printer | Printer HP Laserjet 8150DN | JPDLR59929 |
| 147 | printer | Printer HP Laserjet 8150DN | JPDLR75158 |
| 148 | printer | Printer HP Laserjet 8150DN | JPDLR77863 |
| 149 | printer | Printer HP Laserjet 8150DN | JPDLR78039 |
| 150 | printer | Printer HP Laserjet 8150N | JPBDL68139 |
| 151 | printer | Printer HP Laserjet 8150N | JPBDR16918 |
| 152 | printer | Printer HP Laserjet 8150N | JPBDR29243 |
| 153 | printer | Printer HP Laserjet 8150N | JPBLM31552 |
| 154 | printer | Printer HP Laserjet 8150N | JPBLM57462 |
| 155 | printer | Printer HP Laserjet 8150N | JPBLR16919 |
| 156 | printer | Printer HP Laserjet 8150N | JPBTL29168 |
| 157 | printer | Printer HP Laserjet 8150N | JPBTM36475 |
| 158 | printer | Printer HP Laserjet 8150N | JPDLR79785 |
| 159 | printer | Printer HP Laserjet 9000DN | JPBJP01120 |
| 160 | printer | Printer HP Laserjet 9000DN | JPBMP19241 |
| 161 | printer | Printer HP Laserjet 9000DN | JPBNN04250 |
| 162 | printer | Printer HP Laserjet 9000DN | JPBNT03961 |

## Exhibit B - Buena Park Asset Sale

|     | Category | Description | Serial Number |
| --- | --- | --- | --- |
| 163 | printer | Printer HP Laserjet 9000DN | JPBQY03461 |
| 164 | printer | Printer HP Laserjet 9000DN | JPBQY03899 |
| 165 | printer | Printer HP Laserjet 9000DN | JPBRY09411 |
| 166 | printer | Printer HP Laserjet 9000DN | JPBRY09860 |
| 167 | printer | Printer HP Laserjet 9000DN | JPBSY14755 |
| 168 | printer | Printer HP Laserjet 9050DN | JPBL48Z003 |
| 169 | printer | Printer HP Laserjet 9050DN | JPBL48Z00J |
| 170 | printer | Printer HP Laserjet 9050DN | JPBL49F08K |
| 171 | printer | Printer HP Laserjet 9050DN | JPBL51B01B |
| 172 | printer | Printer HP Laserjet 9050DN | JPCL63603C |
| 173 | printer | Printer HP Laserjet 9050DN | JPCL63D01C |
| 174 | printer | Printer HP Laserjet 9050DN | JPDL69F085 |
| 175 | printer | Printer HP Laserjet 9050DN | JPFL6B9039 |
| 176 | printer | Printer Lexmark Color Inkjet Z25 | 8NC8198 |