**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416(KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | **Hearing Date: October 17, 2007 at 2:30 p.m.** |
| | : | |
| | : | **Re: Docket No. 3211** |

**DEBTORS' LIMITED RESPONSE TO MOTION OF EXAMINER
FOR AN ORDER AUTHORIZING THE EXAMINATION OF
THE DEBTORS' CURRENT AND FORMER OFFICERS,
DIRECTORS, AND EMPLOYEES, AND OTHER PERSONS**

New Century Financial Corporation, a Maryland corporation, New Century TRS

Holdings, Inc., a Delaware corporation, and their direct and indirect subsidiaries, each as debtor

and debtor in possession in the above-captioned chapter 11 cases (collectively, "Debtors"),

respectfully file this response to the Motion ("Motion") of the Examiner for an Order authorizing

the examination of the Debtors' current and former officers, directors, and employees, and other

persons. The Debtors respectfully state as follows:

---

[1]  The debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a
Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware
corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New
Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a
California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a
California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California
corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC
Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New
Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New
Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort
Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage,
Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a
Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a
Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

1.      In his Motion, the Examiner sets forth as a basis for the requested relief that he "has not been able to secure voluntary interviews of all requested Witnesses within a reasonable timeframe, including certain members of the Debtors' former senior management. *See* Motion at par. 9, page 4. In his Motion, however, the Examiner did not make clear to the Court that his inability to secure voluntary interviews within a reasonable timeframe did not pertain to any *current* officers, directors, or employees of the Debtors, but instead pertained only to *former* personnel over which the Debtors do not have control.

2.      The Debtors file this response to clarify to this Court that the Examiner's Motion is not directed at any current officer, director, or employee of the Debtors. The Examiner has confirmed that the Debtors have made witnesses available to be interviewed in a timely manner.

2

Dated:  October 11, 2007
        Wilmington, Delaware

Respectfully submitted,

_____

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California  94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION