# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)
*Movant: Saxon Mortgage Services, Inc.*
*D&G Reference: 210579*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000251887 | SIMON | 11/17/2006 | $340,000.00 | $362,409.60 | $430,000.00 | 324 EAST 59TH STREET<br>BROOKLYN NY 11203 |
| 2000208910 | VASTA | 8/9/2006 | $412,000.00 | $444,488.91 | $450,000.00 | 38 DINA COURT<br>STATEN ISLAND NY 10306 |
| 2000251082 | HARRIS | 10/18/2006 | $538,400.00 | $573,758.89 | $500,000.00 | 20 VIA MANTOVA UNIT 210<br>HENDERSON NV 89011 |
| 2000264328 | DONOVAN | 6/12/2006 | $328,000.00 | $358,961.75 | $350,000.00 | 7 HOWARD COURT<br>STATEN ISLAND NY 10310 |
| 2000207350 | YOUNG | 7/26/2006 | $409,450.00 | $438,768.67 | $305,000.00 | 724 CHRISTENSEN WAY<br>RIO VISTA CA 94571 |
| 2000263321 | TOSADO | 3/29/2006 | $280,000.00 | $289,414.79 | $326,000.00 | 3431 KANSAS AVE<br>RIVERSIDE CA 92507 |
| 2000262945 | RIVA | 12/23/2005 | $345,000.00 | $369,109.15 | $630,000.00 | 1043 WEST WALNUT STREET<br>SANTA ANA CA 92703 |
| 2000258727 | JACKMAN | 2/16/2007 | $444,000.00 | $459,624.77 | $600,000.00 | 251 EAST 52ND STREET<br>BROOKLYN NY 11203 |