UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| New Century Mortgage Corporation | : | Bankruptcy No. 07-10419 KJC |
| f/k/a JBE Mortgage Corporation | | |
| d/b/a New Century Corporation | | |
| d/b/a NCMN Mortgage Corporation | | |
| d/b/a New Century Mortgage Ventures, LLC | | |
| (JT ADM) | | |
| | : | |
| Debtor | : | |

ENTRY OF APPEARANCE WITH REQUEST
FOR SERVICE OF PAPERS AND RECEIPT OF NOTICES

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly enter the Entry of Appearance of the Attorney General of Pennsylvania as represented by the undersigned Deputy as counsel of record for the Commonwealth of Pennsylvania, Department of Revenue, Bureau of Accounts Settlement, in the above-captioned matter.

PLEASE TAKE NOTICE that the Attorney General is counsel for the Commonwealth of Pennsylvania, Department of Revenue, a party in interest in the above Chapter 11 case, and pursuant to Bankruptcy Rules 2003, 9007 and 9010, the Commonwealth respectfully requests that all notices given or required to be given in this case by the Court and/or any other party to this case, be given to the Commonwealth as the address and to the Deputy and telephone number set forth below.

2

THIS REQUEST FOR NOTICE includes all Orders, Notices and copies of Applications, Motions, Petitions, Pleadings, Requests, Complaints or Demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex or otherwise.

Respectfully submitted,

THOMAS W. CORBETT, JR.
ATTORNEY GENERAL

DATED: October 11, 2007         BY:  /s/
                                    Carol E. Momjian
                                    Senior Deputy Attorney General
                                    PA I.D. No. 049219
                                    Office of Attorney General
                                    21 S. 12th Street, 3rd Floor
                                    Philadelphia PA 19107-3603
                                    Tel: (215) 560-2128
                                    Fax: (215) 560-2202
                                    E-mail: cmomjian@attorneygeneral.gov

COMMONWEALTH OF PENNSYLVANIA :
: SS
COUNTY OF PHILADELPHIA

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the Commonwealth of Pennsylvania, Department of Revenue Entry of Appearance With Request for Service of Papers and Receipt of Notices was served on the following by first class mail, postage prepaid, on October 11, 2007:

New Century Mortgage Corporation
18400 Von Karman Avenue
Irvine, CA  92612

All others have been served electronically.

THOMAS W. CORBETT, JR.
ATTORNEY GENERAL

DATED: October 11, 2007            BY:  /s/
                                        Carol E. Momjian
                                        Senior Deputy Attorney General
                                        PA I.D. No. 049219
                                        Office of Attorney General
                                        21 S. 12th Street, 3rd Floor
                                        Philadelphia PA 19107-3603
                                        Tel: (215) 560-2128
                                        Fax: (215) 560-2202
                                        E-mail: cmomjian@attorneygeneral.gov