**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., et al., | (Jointly Administered) |
| Debtors. | |
| | Re: Docket Nos: 526 & 1163 |
| _____/ | |

**AMENDED NOTICE OF FORECLOSURE**
(to attach exhibits)

COMES NOW Litton Loan Servicing LP, as servicer for U.S. Bank National Association, as Trustee for the GSAMP Trust 2006-NC1 Mortgage Pass-Through Certificates, Series 2006-NC1 ("U.S. Bank"), by and through its undersigned attorney, pursuant to the Order Establishing Procedure for Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to 11 U.S.C. Sections 165(a) and 362 of the Bankruptcy Code (Doc. #1163) and states the following:

  1.  A mortgagee has defaulted under the terms of a mortgage held by U.S. Bank on property at **1330 Island Ave, Palm Bay, FL 32907**, and U.S. Bank intends to initiate a foreclosure action against said property in Brevard County, Florida.

  2.  No foreclosure action is currently pending.

  3.  New Century Mortgage Corporation, or one of the other related Debtors ("New Century") holds a junior lien on the property.

  4.  The fair market value of the subject property is $137,770.00 as assessed by Brevard County, Florida.

  5.  The value of U.S. Bank's senior lien on the subject property is $161,300.00.

  6.  A copy of U.S. Bank's mortgage, which is recorded in Official Records Book 5569, at Page 8025, of the Public Records of Brevard County, Florida, is attached as Exhibit A.

  7.  A copy of New Century's mortgage, which is recorded in Official Records Book 5569, at Page 8047, of the Public Records of Brevard County, Florida, is attached as Exhibit B.

  8.  U.S. Bank is unaware of any other liens that have priority over the New Century mortgage.

9.      Pursuant to the above mentioned Order Establishing Procedure for Relief, Litton Loan Servicing, LP servicer for U.S. Bank has made payments to Debtor's Estate in the aggregate amount of $10,000.00 and is therefore not required to make payment with this Notice.

**WHEREFORE**, U.S. Bank respectfully requests that the automatic stay be deemed lifted upon Debtor's failure to take further action within 30 days of receipt of this Notice.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically or by U.S. mail, first-class postage prepaid, this 11th day of October to: O'Melveny & Myers LLP, Attn: Suzzanne S. Uhland, Ben H. Logan, Victoria Newmark, Emily R. Culler, 275 Battery St., San Francisco, CA 94111; New Century Mortgage Corp., Attn: Charles Houston, VP Litigation and Regulatory Counsel, 3121 Michelson Dr., Irvine, CA 92612-0515; and Hahn & Hessen, LLP, Attn: Mark T. Power, Mark S. Indelicato, Jeffrey L. Schwartz, 488 Madison Ave., 14th & 15th Floor, New York, New York 10022, this 12 day of October, 2007.

LAW OFFICES OF DAVID J. STERN, P.A.
Attorney for Litton Loan Servicing LP
801 S. University Drive Suite 500
Plantation, FL 33324
Phone: (954) 233-8000 ext 207
Fax: (954) 233-8648

/S/ Frederic J. DiSpigna
_____
FREDERIC J. DISPIGNA, ESQUIRE
Florida Bar No. 345539
fdispigna@dstern.com

07-99993.MFR