## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | : | |
| a Delaware Corporation, et al, | : | Case No. 07-10416 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

---

| | | |
|---|---|---|
| | : | |
| NEW FALLS CORPORATION, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NEW CENTURY MORTGAGE CORPORATION | : | |

### NOTICE OF WITHDRAWAL AND
### REQUEST FOR REMOVAL FROM ELECTRONIC FILING

**PLEASE TAKE NOTICE** that the undersigned counsel hereby requests to be removed from the Court's Electronic Service List (jbailey@jfbailey.com and lharris@jfbailey.com) in the above matter.

LAW OFFICES OF JAMES F. BAILEY, P.A.

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR., I.D. #336
Three Mill Road, Suite 306A
Wilmington, DE  19806
(302) 658-5686
*Counsel for New Falls Corporation*

Dated:  October 5, 2007

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                                          :

                                       :     Chapter 11

NEW CENTURY TRS HOLDINGS, INC.,                 :

a Delaware Corporation, et al,                  :     Case No. 07-10416 (KJC)

                                       :

            Debtors.                          :     Jointly Administered

                                       :

_____

                                       :

NEW FALLS CORPORATION,                          :

                                       :

            Movant,                           :

                                       :

      v.                                        :

                                       :

NEW CENTURY MORTGAGE CORPORATION :

### CERTIFICATE OF SERVICE

    I, James F. Bailey, Jr., do hereby certify that on this 5th day of October, 2007, one copy of

the foregoing **NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM**

**ELECTRONIC FILING** was served via *U.S. Mail* on:

| | |
|---|---|
| Vivian A. Houghton, Esquire | Michael B. Joseph, Esquire |
| 800 West Street, 2nd Floor | Chapter 13 Trustee |
| Wilmington, DE  19801 | 824 Market Street |
| | P.O. Box 1351 |
| | Wilmington, DE  19899-1351 |
| United States Trustee | |
| 844 King Street, Room 2207 | |
| Lockbox #35 | |
| Wilmington, DE  19899-0035 | |

                                LAW OFFICES OF JAMES F. BAILEY, P.A.

                                /s/ James F. Bailey, Jr.
                                JAMES F. BAILEY, JR., I.D. # 336
                                Three Mill Road, Suite 306A
                                Wilmington, DE  19806
                                (302) 658-5686
                                *Counsel for New Falls Corporation*