IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                          : Chapter 11
                                                :
NEW CENTURY TRS HOLDINGS, INC.,                 : Case No. 07-10416 (KJC)
a Delaware Corporation, et al.,[1]              :
                                                : Jointly Administered
                    Debtors.                    :
                                                : Related to Docket No. 3211
                                                :
------------------------------------------------------------x

### CERTIFICATION OF NO OBJECTION REGARDING EXAMINER'S MOTION FOR AN ORDER AUTHORIZING THE EXAMINATION OF THE DEBTORS' CURRENT AND FORMER OFFICERS, DIRECTORS AND EMPLOYEES, AND OTHER PERSONS

The undersigned, counsel to Michael J. Missal, the Examiner (the "Examiner") appointed in the above-captioned jointly administered chapter 11 cases, hereby certifies that:

1. On October 3, 2007, the Examiners filed the **Examiner's Motion for an Order Authorizing the Examination of the Debtors' Current and Form Officers, Directors and Employees, and Other Persons** (the "Motion") and **Notice** [Docket No. 3211] with the Bankruptcy Court.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California Corporation..

2.   Pursuant to the Notice, responses, if any, to the Motion were required to have been filed with the Court and served on the undersigned no later than October 11, 2007 (the "Response Deadline").

3.   On October 11, 2007, the Debtors filed a response to the Motion [Docket No. 3268] simply to clarify that the Debtors were cooperating with the Examiner in attempting to schedule interviews of current personnel and that the Motion was not directed at any current officer, director or employee of the Debtors and that the Debtors believe that the Motion was not directed at any current officer, director or employee of the Debtors.

4.   The Motion was filed because certain of the Debtors' former employees had declined to cooperate, and because the Examiner anticipated that additional current and former officers, directors and employees of the Debtor may decline to cooperate. The Examiner acknowledges that the Debtors have cooperated in arranging for interviews of current personnel.

5.      Accordingly, the Objection Deadline has passed and no objections were filed to the Motion or served on the undersigned counsel. Accordingly, the Motion may be granted.

Dated: Wilmington, Delaware
       October 15, 2007

**SAUL EWING LLP**

By: _____
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899-1266
(302) 421-6840

and

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
Edward M. Fox, Esq.
599 Lexington Avenue
New York, NY  10022
(212) 536-3900

Stephen G. Topetzes, Esq.
Stavroula E. Lambrakopoulos, Esq.
1601 K Street, NW
Washington, DC 20006
(202) 778-9328

Attorneys for Michael J. Missal, Examiner