IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x

In re:

NEW CENTURY TRS HOLDINGS, INC.,
a Delaware Corporation, et al.,

                     Debtors.

: Chapter 11
:
: Case No. 07-10416 (KJC)
:
: Jointly Administered
:

----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire, hereby certify that on October 15, 2007 I caused a copy of the

foregoing **Certification of No Objection Regarding Examiner's Motion for an Order**

**Authorizing the Examination of the Debtors' Current and Former Officers, Directors and**

**Employees, and Other Persons** to be served on the parties on the attached service list in the

manner indicated:

Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6800

**NEW CENTURY TRS HOLDINGS, INC.,** *et al.*
**Service List -** *Certification of No Objection Regarding Examiner's Motion*
*for an Order Authorizing the Examination of the Debtors' Current and*
*Former Officers, Directors and Employees, and Other Persons*

**Via Hand Delivery:**
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Chun I. Jang, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square, 920 King Street
P.O. Box 551
Wilmington, DE 19899

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

**Via First Class U.S. Mail:**
Suzzanne S. Uhland, Esquire
Ben H. Logan, Esquire
Victoria Newmark, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022