**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., et al., | (Jointly Administered) |
| Debtors. | |
| | Re: Docket Nos: 526 & 1163 |
| _____/ | |

**NOTICE OF FORECLOSURE**

  COMES NOW Litton Loan Servicing LP, as servicer for Bank of New York, as successor to JPMorgan Chase Bank, National Association, as Trustee for C-BASS Mortgage Loan Asset Backed Certificates, Series 2005-CB8 ("Bank of New York"), by and through its undersigned attorney, pursuant to the Order Establishing Procedure for Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to 11 U.S.C. Sections 165(a) and 362 of the Bankruptcy Code (Doc. #1163) and states the following:

  1. A mortgagee has defaulted under the terms of a mortgage held by Bank of New York on property at **14537 77th Place, N., Loxahatchee, FL 33470**, and Bank of New York intends to initiate a foreclosure action against said property in Palm Beach County, Florida.

  2. No foreclosure action is currently pending.

  3. New Century Mortgage Corporation, or one of the other related Debtors ("New Century") holds a junior lien on the property.

  4. The fair market value of the subject property is $341,854.00 as assessed by Palm Beach County, Florida.

  5. The value of Bank of New York's senior lien on the subject property is approximately $300,000.00.

  6. A copy of Bank of New York's mortgage, which is recorded in Official Records Book 18891, at Page 1037, of the Public Records of Palm Beach County, Florida, is attached as Exhibit A.

  7. A copy of New Century's second mortgage, which is recorded in Official Records

Book 18891, at Page 1054, of the Public Records of Palm Beach County, Florida, is attached as Exhibit B.

8.      Bank of New York is unaware of any other liens that have priority over the New Century mortgage.

9.      Pursuant to the above mentioned Order Establishing Procedure for Relief, Litton Loan Servicing, LP servicer for Bank of New York has made payments to Debtor's Estate in the aggregate amount of $10,000.00 and is therefore not required to make payment with this Notice.

**WHEREFORE**, Bank of New York respectfully requests that the automatic stay be deemed lifted upon Debtor's failure to take further action within 30 days of receipt of this Notice.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically or by U.S. mail, first-class postage prepaid, this 16th day of October to: O'Melveny & Myers LLP, Attn: Suzzanne S. Uhland, Ben H. Logan, Victoria Newmark, Emily R. Culler, 275 Battery St., San Francisco, CA 94111; New Century Mortgage Corp., Attn: Charles Houston, VP Litigation and Regulatory Counsel, 3121 Michelson Dr., Irvine, CA 92612-0515; and Hahn & Hessen, LLP, Attn: Mark T. Power, Mark S. Indelicato, Jeffrey L. Schwartz, 488 Madison Ave., 14th & 15th Floor, New York, New York 10022, this 16 day of October, 2007.

LAW OFFICES OF DAVID J. STERN, P.A.
Attorney for Litton Loan Servicing LP
801 S. University Drive Suite 500
Plantation, FL 33324
Phone: (954) 233-8000 ext 207
Fax: (954) 233-8648

/S/ Frederic J. DiSpigna

FREDERIC J. DISPIGNA, ESQUIRE
Florida Bar No. 345539
fdispigna@dstern.com

07-05396.NOF