# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., et al., | (Jointly Administered) |
| Debtors. | |
| | Re: Docket Nos: 526 & 1163 |
| _____/ | |

## NOTICE OF FORECLOSURE

COMES NOW Litton Loan Servicing LP, as servicer for U.S. Bank National Association, as Trustee for the GSAMP Trust 2006-NC1 Mortgage Pass-Through Certificates, Series 2006-NC1 ("U.S. Bank"), by and through its undersigned attorney, pursuant to the Order Establishing Procedure for Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to 11 U.S.C. Sections 165(a) and 362 of the Bankruptcy Code (Doc. #1163) and states the following:

1. A mortgagee has defaulted under the terms of a mortgage held by U.S. Bank on property at **1137 SE 32nd Terrace, Cape Coral, FL 33904**, and U.S. Bank intends to initiate a foreclosure action against said property in Lee County, Florida.

2. No foreclosure action is currently pending.

3. New Century Mortgage Corporation, or one of the other related Debtors ("New Century") holds a junior lien on the property.

4. The fair market value of the subject property is $418,170.00 as assessed by Lee County, Florida.

5. The value of U.S. Bank's senior lien on the subject property is approximately $461,000.00.

6. A copy of U.S. Bank's mortgage, which is recorded in Official Records Book Instrument # 2005000136078, of the Public Records of Lee County, Florida, is attached as Exhibit A.

7. A copy of New Century's second mortgage, which is recorded in Official Records Instrument # 2005000136079, of the Public Records of Lee County, Florida, is attached as

Exhibit B.

8. U.S. Bank is unaware of any other liens that have priority over the New Century mortgage.

9. Pursuant to the above mentioned Order Establishing Procedure for Relief, Litton Loan Servicing, LP servicer for U.S. Bank has made payments to Debtor's Estate in the aggregate amount of $10,000.00 and is therefore not required to make payment with this Notice.

**WHEREFORE**, U.S. Bank respectfully requests that the automatic stay be deemed lifted upon Debtor's failure to take further action within 30 days of receipt of this Notice.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically or by U.S. mail, first-class postage prepaid, this 16th day of October, 2007 to: O'Melveny & Myers LLP, Attn: Suzzanne S. Uhland, Ben H. Logan, Victoria Newmark, Emily R. Culler, 275 Battery St., San Francisco, CA 94111; New Century Mortgage Corp., Attn: Charles Houston, VP Litigation and Regulatory Counsel, 3121 Michelson Dr., Irvine, CA 92612-0515; and Hahn & Hessen, LLP, Attn: Mark T. Power, Mark S. Indelicato, Jeffrey L. Schwartz, 488 Madison Ave., 14th & 15th Floor, New York, New York 10022.

> LAW OFFICES OF DAVID J. STERN, P.A.
> Attorney for Litton Loan Servicing LP
> 801 S. University Drive Suite 500
> Plantation, FL 33324
> Phone: (954) 233-8000 ext 207
> Fax: (954) 233-8648
>
> /S/ Frederic J. DiSpigna
> _____
> FREDERIC J. DISPIGNA, ESQUIRE
> Florida Bar No. 345539
> fdispigna@dstern.com

07-89453.FCL