## CERTIFICATE OF SERVICE

Joseph H. Huston, Jr., hereby certifies that on October 16, 2007, he caused a true and correct copy of the foregoing *Ad Hoc Committee Of Deferred Compensation Plan Beneficiaries' (I) Objection To Debtors' Motion For Entry Of An Order Establishing Bar Dates For Filing Proofs Of Claim In The Chapter 11 Case Of New Century Warehouse Corporation; Or In The Alternative, (Ii) Motion For Leave To File A Class Proof Of Claim* to be served electronically through the Court's CM/ECF system, and also by hand upon the parties listed below.

*Representing Debtors*
Mark D. Collins
Michael J. Merchant
Chun I. Jang
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

*Representing The Official Committee of Unsecured Creditors*
Bonnie Glantz Fatell
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

Joseph J. McMahon, Jr.
*Office of the United States Trustee*
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

/s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr.

SL1 758823v1/102440.00001