# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| Debtors. | Objection Deadline: October 4, 2007 at 4:00 p.m. |
| | Hearing Date: To be determined |
| | Related to Docket No. 2834 |

## AMENDED NOTICE OF FIRST INTERIM FEE APPLICATION REQUEST
## OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Name of Applicant:                  Kirkpatrick & Lockhart Preston Gates Ellis LLP

Authorized to Provide
Professional Services to:           Michael J. Missal, Examiner

Date of Retention:                  July 25, 2007, *Nunc Pro Tunc* to June 1, 2007

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California Corporation.

Period for which compensation
and reimbursement is sought:        June 1, 2007 through July 31, 2007[2]

Amount of Compensation sought as
actual, reasonable and necessary:   $1,715,332.95[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: $54,844.68[4]

This is (a)n: _X_ interim  ____ final application.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| Date Filed: 8/24/07 Docket No. 2572 | 6/1/07 - 7/31/07 | $1,372,266.36 (80% of $1,715,332.95) | $54,844.68 | $1,715,332.95 | $54,844.68 |

Summary of Any Objections to Fee Applications:

No objections were filed to the K&L Gates' First Monthly Fee Application.

PLEASE TAKE NOTICE that, pursuant to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007 (the "Interim Compensation Order"), objections, if any, to the Interim Fee Application Request were to be filed with the Court and served on the Applicant at the address set forth below and the notice parties, identified on Exhibit A attached hereto so as

---

[2] Kirkpatrick & Lockhart Preston Gates Ellis LLP's ("K&L Gates") First Monthly Application for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred from June 1, 2007 through July 31, 2007 (the "First Monthly Fee Application") is incorporated herein by reference.

[3] Reflects K&L Gates' voluntary ten percent (10%) reduction of its fees in this matter, as well as K&L Gates' agreement with the Office of the United States Trustee to reduce the fees requested in the First Monthly Application by $8,029.13.

[4] Reflects the withdrawal of K&L Gates' request in the First Monthly Fee Application for reimbursement of word processing services totaling $3,281.33.

to be received by **October 4, 2007 at 4:00 p.m. (Eastern Time).**[5]  If no timely objections are filed to the Interim Fee Application Request, the Court may enter an order granting the Interim Fee Application Request without a hearing.

Dated: October 17, 2007
       Wilmington, Delaware

                       SAUL EWING LLP

                       By: _____
                          Mark Minuti (DE No. 2659)
                          222 Delaware Avenue, Suite 1200
                          P.O. Box 1266
                          Wilmington, DE  19899-1266
                          (302) 421-6840

                          -and-

                          KIRKPATRICK & LOCKHART PRESTON
                           GATES ELLIS LLP
                          Edward M. Fox, Esq.
                          599 Lexington Avenue
                          New York, NY  10022
                          (212) 536-3900

                          Attorneys for Michael J. Missal, Examiner

---

[5]    K&L Gates has agreed to extend the deadline for the Official Committee of Unsecured Creditors to object to the Interim Fee Application Request.

## EXHIBIT A
## NOTICE PARTIES

*(Debtor)*
Monika McCarthy, Esq.
New Century Mortgage Corporation
18400 Von Karman Avenue
Suite 1000
Irvine, CA 92612

*(Counsel for Debtor)*
Suzzanne Uhland, Esq.
Emily Culler, Esq.
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*(Counsel for Debtor)*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*(Counsel for Crisis Managers)*
Holly Felder Etlin
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019

*(United States Trustee)*
Joseph McMahan, Esq.
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

2