**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered<br>) Ref. No. 3170 |
| Debtors, | ) **Hearing Date: October 23, 2007** |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to Mortgage Electronic Registration Systems, Inc. as nominee for Aurora Financial Group, Inc.'s Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) filed on October 1, 2007.

The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to Mortgage Electronic Registration Systems, Inc. as nominee for Aurora Financial Group, Inc.'s Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) appears thereon.  Pursuant to the Notice of Mortgage Electronic Registration Systems, Inc. as nominee for Aurora Financial Group, Inc.'s Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1), objections were to be filed and served no later than October 16, 2007.

It is hereby respectfully requested that the Order attached to Mortgage Electronic Registration Systems, Inc. as nominee for Aurora Financial Group, Inc.'s Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) and (2) be entered at the earliest convenience of the Court.

                    WHITTINGTON & AULGUR

            By:  /s/ Kristi J. Doughty
                  Robert T. Aulgur, Jr. (No. 165)
                  Kristi J. Doughty (No. 3826)
                  651 N. Broad Street, Suite 206
                  P.O. Box 1040
                  Middletown, DE  19709-1040
                  (302) 378-1661

Date:  October 18, 2007

**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

```
New Century TRS Holdings, Inc.,   ) Case No. 07-10416 KJC
     et al.,                      ) Chapter 11
                                  ) Jointly Administered
                                  )
            Debtors,              )
```

**CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, hereby certify this 18th day of October, A.D. 2007, that one true copy of the **Certificate of No Objection** was delivered electronically and (via) first class mail to the following:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA  92612
*Debtor*

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Bonne Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
*Attorney for Official Committee*
*of Unsecured Creditors*

Rosalind Nordstrom
210 Hilltop Boulevard
Keyport, NJ  07735
*Borrower*

By: /s/ Kristi J. Doughty
Robert T. Aulgur, Jr. (No. 165)
Kristi J. Doughty (No. 3826)
651 N. Broad Street, Suite 206
P.O. Box 1040
Middletown, DE  19709-1040
(302) 378-1661