# EXHIBIT A

1st Omnibus Objection

In re: New Century TRS Holdings, Inc. et al .
Case No.07-10416 (KJC)

**Exhibit A**
**Duplicate Claims**

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Ada County Treasurer | 07-10416 | 443 | 07-10416 | 339 | $586.16 | $0.00 | $0.00 | $0.00 | $586.16 | $586.16 | $0.00 | $0.00 | $0.00 | $586.16 |
| Adams County Special Assessments | 07-10416 | 2,654 | 07-10416 | 1,205 | $5,988.82 | $0.00 | $0.00 | $0.00 | $5,988.82 | $5,988.82 | $0.00 | $0.00 | $0.00 | $5,988.82 |
| Alice Alvarado | 07-10416 | 326 | 07-10416 | 214 | $150,000.00 | $0.00 | $0.00 | $0.00 | $150,000.00 | $150,000.00 | $0.00 | $0.00 | $0.00 | $150,000.00 |
| American Contractors Indemnity Company | 07-10421 | 2,364 | 07-10421 | 2,344 | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 |
| American Ventures Property Fund I Ltd | 07-10421 | 3,156 | 07-10421 | 2,625 | $2,800.00 | $0.00 | $0.00 | $36,709.56 | $39,509.56 | $2,800.00 | $0.00 | $0.00 | $36,709.56 | $39,509.56 |
| Andrew Fleming | 07-10419 | 978 | 07-10419 | 773 | $0.00 | $0.00 | $930.70 | $0.00 | $930.70 | $0.00 | $0.00 | $931.00 | $0.00 | $930.70 |
| Appraisals By Sam | 07-10416 | 1,488 | 07-10416 | 313 | $0.00 | $0.00 | $0.00 | $655.31 | $655.31 | $0.00 | $0.00 | $0.00 | $655.31 | $655.31 |
| AT&T Corp | 07-10416 | 551 | 07-10416 | 546 | $0.00 | $0.00 | $0.00 | $1,314,259.66 | $1,314,259.66 | $0.00 | $0.00 | $0.00 | $1,314,259.66 | $1,314,259.66 |
| Basepoint Analytics Llc | 07-10416 | 2,967 | 07-10416 | 2,431 | $0.00 | $0.00 | $0.00 | $430,000.00 | $430,000.00 | $0.00 | $0.00 | $0.00 | $430,000.00 | $430,000.00 |
| Basepoint Analytics Llc | 07-10416 | 2,518 | 07-10416 | 2,431 | $0.00 | $0.00 | $0.00 | $430,000.00 | $430,000.00 | $0.00 | $0.00 | $0.00 | $430,000.00 | $430,000.00 |
| Betsy Honeycutt dba Interior Keepers | 07-10416 | 1,875 | 07-10416 | 856 | $0.00 | $0.00 | $799.95 | $0.00 | $799.95 | $0.00 | $0.00 | $800.00 | $0.00 | $799.95 |
| Beverly Stewart | 07-10421 | 129 | 07-10421 | 40 | $0.00 | $0.00 | $17,741.93 | $0.00 | $17,741.93 | $0.00 | $0.00 | $17,741.93 | $0.00 | $17,741.93 |
| Bexar County | 07-10416 | 311 | 07-10416 | 307 | $4,028.87 | $0.00 | $0.00 | $0.00 | $4,028.87 | $4,028.87 | $0.00 | $0.00 | $0.00 | $4,028.87 |
| Boone Vista Hughes Eng | 07-10421 | 755 | 07-10421 | 855 | $0.00 | $0.00 | $29,245.00 | $0.00 | $29,245.00 | $0.00 | $0.00 | $29,245.00 | $0.00 | $29,245.00 |
| Brian Reynolds Eng | 07-10416 | 1,340 | 07-10416 | 369 | $0.00 | $0.00 | $10,950.00 | $22,805.20 | $33,755.20 | $0.00 | $0.00 | $10,950.00 | $22,805.20 | $33,755.20 |
| Brothers & Associates Llc | 07-10416 | 1,082 | 07-10416 | 1,080 | $0.00 | $0.00 | $0.00 | $325.00 | $325.00 | $0.00 | $0.00 | $0.00 | $325.00 | $325.00 |
| Bruce R Ullman | 07-10417 | 286 | 07-10417 | 213 | $0.00 | $0.00 | $9,733.51 | $0.00 | $9,733.51 | $0.00 | $0.00 | $9,733.51 | $0.00 | $9,733.51 |
| Calyx Software | 07-10417 | 282 | 07-10417 | 218 | $0.00 | $0.00 | $0.00 | $64,451.00 | $64,451.00 | $0.00 | $0.00 | $0.00 | $64,451.00 | $64,451.00 |
| Carol Landry nka Wands | 07-10419 | 1,952 | 07-10419 | 815 | $93,703.12 | $0.00 | $0.00 | $0.00 | $93,703.12 | $93,703.12 | $0.00 | $0.00 | $0.00 | $93,703.12 |
| Carol Landry nka Wands | 07-10419 | 981 | 07-10419 | 815 | $93,703.12 | $0.00 | $0.00 | $0.00 | $93,703.12 | $93,703.12 | $0.00 | $0.00 | $0.00 | $93,703.12 |
| Carolina Certified Appraisals Inc | 07-10421 | 1,468 | 07-10421 | 666 | $0.00 | $0.00 | $0.00 | $2,150.00 | $2,150.00 | $0.00 | $0.00 | $0.00 | $2,150.00 | $2,150.00 |
| Carrington Securities LP | 07-10420 | 2,907 | 07-10420 | 2,640 | $0.00 | $0.00 | $0.00 | $59,104,195.02 | $59,104,195.02 | $0.00 | $0.00 | $0.00 | $59,104,195.02 | $59,104,195.02 |
| Castagna Giorgio Salvatore | 07-10421 | 1,156 | 07-10421 | 1,154 | $0.00 | $0.00 | $8,000.00 | $0.00 | $8,000.00 | $0.00 | $0.00 | $8,000.00 | $0.00 | $8,000.00 |
| Central Valley Appraisal Group | 07-10416 | 751 | 07-10416 | 803 | $0.00 | $0.00 | $2,300.00 | $0.00 | $2,300.00 | $0.00 | $0.00 | $2,300.00 | $0.00 | $2,300.00 |

1st Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Duplicate Claims

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Cincinnati Bell Telephone | 07-10421 | 1,467 | 07-10421 | 1,466 | $0.00 | $0.00 | $0.00 | $2,762.81 | $2,762.81 | $0.00 | $0.00 | $0.00 | $2,762.81 | $2,762.81 |
| City of DeSoto | 07-10419 | 2,089 | 07-10419 | 1,753 | $9,127.64 | $0.00 | $0.00 | $0.00 | $9,127.64 | $9,127.64 | $0.00 | $0.00 | $0.00 | $9,127.64 |
| Clear Capital.com Inc | 07-10416 | 2,258 | 07-10416 | 2,145 | $0.00 | $0.00 | $0.00 | $29,492.00 | $29,492.00 | $0.00 | $0.00 | $0.00 | $29,492.00 | $29,492.00 |
| Cohn Goldberg & Deutsch LLC | 07-10419 | 2,658 | 07-10419 | 2,005 | $0.00 | $0.00 | $0.00 | $15,443.33 | $15,443.33 | $0.00 | $0.00 | $0.00 | $15,443.33 | $15,443.33 |
| County of Denton Denton County Fresh Water District No.6 | 07-10416 | 628 | 07-10416 | 472 | $15,200.30 | $0.00 | $0.00 | $0.00 | $15,200.30 | $15,200.30 | $0.00 | $0.00 | $0.00 | $15,200.30 |
| County of Williamson Leander ISD | 07-10416 | 554 | 07-10416 | 473 | $15,238.21 | $0.00 | $0.00 | $0.00 | $15,238.21 | $15,238.21 | $0.00 | $0.00 | $0.00 | $15,238.21 |
| Crestwood Behavioral Health Inc | 07-10416 | 697 | 07-10416 | 668 | $0.00 | $0.00 | $0.00 | $60,304.21 | $60,304.21 | $0.00 | $0.00 | $0.00 | $60,304.21 | $60,304.21 |
| CSRV Southpark LLC a Delaware Corp | 07-10419 | 1,936 | 07-10419 | 727 | $0.00 | $17,936.60 | $0.00 | $0.00 | $17,936.60 | $0.00 | $17,936.60 | $0.00 | $0.00 | $17,936.60 |
| Cypress Fairbanks ISD | 07-10416 | 2,566 | 07-10416 | 527 | $3,903.08 | $0.00 | $0.00 | $0.00 | $3,903.08 | $3,903.08 | $0.00 | $0.00 | $0.00 | $3,903.08 |
| Dallas County | 07-10419 | 308 | 07-10419 | 296 | $114,998.35 | $0.00 | $0.00 | $0.00 | $114,998.35 | $114,998.35 | $0.00 | $0.00 | $0.00 | $114,998.35 |
| Dawn Golden | 07-10416 | 954 | 07-10416 | 893 | $0.00 | $0.00 | $325.00 | $0.00 | $325.00 | $0.00 | $0.00 | $325.00 | $0.00 | $325.00 |
| Department of the Treasury; Internal Revenue Service | 07-10419 | 1,091 | 07-10419 | 455 | $0.00 | $0.00 | $36,933,574.34 | $537,799.47 | $37,471,373.81 | $0.00 | $0.00 | $36,933,574.34 | $537,799.47 | $37,471,373.81 |
| Department of the Treasury; Internal Revenue Service | 07-10417 | 1,088 | 07-10417 | 451 | $0.00 | $0.00 | $1,222,264.61 | $0.00 | $1,222,264.61 | $0.00 | $0.00 | $1,222,264.61 | $0.00 | $1,222,264.61 |
| Department of the Treasury; Internal Revenue Service | 07-10420 | 1,093 | 07-10420 | 454 | $0.00 | $0.00 | $877,540.05 | $7,697.55 | $885,237.60 | $0.00 | $0.00 | $877,540.05 | $7,697.55 | $885,237.60 |
| Department of the Treasury; Internal Revenue Service | 07-10428 | 87 | 07-10428 | 2 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 |
| DeSoto ISD | 07-10419 | 1,999 | 07-10419 | 1,754 | $21,237.71 | $0.00 | $0.00 | $0.00 | $21,237.71 | $21,237.71 | $0.00 | $0.00 | $0.00 | $21,237.71 |
| Donald A Wilken Jr | 07-10416 | 368 | 07-10416 | 130 | $0.00 | $0.00 | $2,280.00 | $9,921.36 | $12,201.36 | $0.00 | $0.00 | $2,280.00 | $9,921.36 | $12,201.36 |
| Douglas A Luper 3239553 | 07-10416 | 1,103 | 07-10416 | 1,043 | $64,175.58 | $0.00 | $4,343.14 | $65,582.02 | $134,100.74 | $64,175.58 | $0.00 | $4,343.14 | $65,582.02 | $134,100.74 |
| EMC Mortgage Corporation | 07-10420 | 2,854 | 07-10420 | 2,847 | $0.00 | $0.00 | $0.00 | $812,330.54 | $812,330.54 | $0.00 | $0.00 | $0.00 | $812,330.54 | $812,330.54 |
| EMC Mortgage Corporation | 07-10419 | 3,046 | 07-10419 | 3,029 | $0.00 | $0.00 | $0.00 | $84,555.39 | $84,555.39 | $0.00 | $0.00 | $0.00 | $84,555.39 | $84,555.39 |
| Emily C Le | 07-10416 | 271 | 07-10416 | 106 | $0.00 | $0.00 | $8,904.00 | $0.00 | $8,904.00 | $0.00 | $0.00 | $8,904.00 | $0.00 | $8,904.00 |
| EQY Invest First Colony Owner Ltd LLP | 07-10416 | 586 | 07-10416 | 585 | $0.00 | $3,500.78 | $0.00 | $25,541.08 | $29,041.86 | $0.00 | $3,500.78 | $0.00 | $25,541.08 | $29,041.86 |
| Fairmount Appraisal Services | 07-10416 | 244 | 07-10416 | 182 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 |

Page 2

1st Omnibus Objection

**Exhibit A**
**Duplicate Claims**

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Fairmount Appraisal Services | 07-10416 | 242 | 07-10416 | 182 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 |
| Fairmount Appraisal Services | 07-10416 | 185 | 07-10416 | 182 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 |
| Fairmount Appraisal Services | 07-10416 | 183 | 07-10416 | 182 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 |
| Fairmount Appraisal Services | 07-10416 | 187 | 07-10416 | 182 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 |
| Fairmount Appraisal Services | 07-10416 | 184 | 07-10416 | 182 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 |
| Fairmount Appraisal Services | 07-10416 | 243 | 07-10416 | 182 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 |
| Fenuchi Joan M | 07-10419 | 1,994 | 07-10419 | 349 | $0.00 | $0.00 | $14,029.05 | $0.00 | $14,029.05 | $0.00 | $0.00 | $14,029.05 | $0.00 | $14,029.05 |
| Featherston Romero Inc | 07-10416 | 1,149 | 07-10416 | 1,035 | $0.00 | $0.00 | $0.00 | $440.00 | $440.00 | $0.00 | $0.00 | $0.00 | $440.00 | $440.00 |
| Fidelity Field Services | 07-10419 | 2,966 | 07-10419 | 2,421 | $0.00 | $0.00 | $0.00 | $236,352.00 | $236,352.00 | $0.00 | $0.00 | $0.00 | $236,352.00 | $236,352.00 |
| FIS Default Solutions | 07-10419 | 3,003 | 07-10419 | 2,303 | $0.00 | $0.00 | $0.00 | $12,983.06 | $12,983.06 | $0.00 | $0.00 | $0.00 | $12,983.06 | $12,983.06 |
| FIS Flood Services | 07-10419 | 2,888 | 07-10419 | 2,309 | $0.00 | $0.00 | $0.00 | $213,928.00 | $213,928.00 | $0.00 | $0.00 | $0.00 | $213,928.00 | $213,928.00 |
| Fort Bend County | 07-10416 | 2,564 | 07-10416 | 528 | $31,447.89 | $0.00 | $0.00 | $0.00 | $31,447.89 | $31,447.89 | $0.00 | $0.00 | $0.00 | $31,447.89 |
| GE Capital | 07-10421 | 2,298 | 07-10421 | 1,504 | $284,629.97 | $0.00 | $0.00 | $0.00 | $284,629.97 | $284,629.97 | $0.00 | $0.00 | $0.00 | $284,629.97 |
| GE Capital | 07-10421 | 2,255 | 07-10421 | 1,503 | $213,106.10 | $0.00 | $0.00 | $0.00 | $213,106.10 | $213,106.10 | $0.00 | $0.00 | $0.00 | $213,106.10 |
| GE Capital | 07-10416 | 2,140 | 07-10416 | 1,892 | $123,149.15 | $0.00 | $0.00 | $0.00 | $123,149.15 | $123,149.15 | $0.00 | $0.00 | $0.00 | $123,149.15 |
| GE Capital | 07-10416 | 2,110 | 07-10416 | 1,924 | $97,397.41 | $0.00 | $0.00 | $0.00 | $97,397.41 | $97,397.41 | $0.00 | $0.00 | $0.00 | $97,397.41 |
| GE Capital | 07-10416 | 2,792 | 07-10416 | 1,923 | $61,932.33 | $0.00 | $0.00 | $0.00 | $61,932.33 | $61,932.33 | $0.00 | $0.00 | $0.00 | $61,932.33 |
| GE Capital | 07-10416 | 2,940 | 07-10416 | 1,867 | $52,144.01 | $0.00 | $0.00 | $0.00 | $52,144.01 | $52,144.01 | $0.00 | $0.00 | $0.00 | $52,144.01 |
| GE Capital | 07-10416 | 2,016 | 07-10416 | 1,928 | $27,238.60 | $0.00 | $0.00 | $0.00 | $27,238.60 | $27,238.60 | $0.00 | $0.00 | $0.00 | $27,238.60 |
| GE Capital | 07-10416 | 2,780 | 07-10416 | 1,423 | $18,283.61 | $0.00 | $0.00 | $0.00 | $18,283.61 | $18,283.61 | $0.00 | $0.00 | $0.00 | $18,283.61 |
| GE Capital | 07-10416 | 2,127 | 07-10416 | 1,422 | $17,595.88 | $0.00 | $0.00 | $0.00 | $17,595.88 | $17,595.88 | $0.00 | $0.00 | $0.00 | $17,595.88 |
| GE Capital | 07-10416 | 2,782 | 07-10416 | 1,422 | $17,595.88 | $0.00 | $0.00 | $0.00 | $17,595.88 | $17,595.88 | $0.00 | $0.00 | $0.00 | $17,595.88 |
| GE Capital | 07-10416 | 2,790 | 07-10416 | 1,440 | $16,550.29 | $0.00 | $0.00 | $0.00 | $16,550.29 | $16,550.29 | $0.00 | $0.00 | $0.00 | $16,550.29 |
| GE Capital | 07-10416 | 2,075 | 07-10416 | 1,440 | $16,550.29 | $0.00 | $0.00 | $0.00 | $16,550.29 | $16,550.29 | $0.00 | $0.00 | $0.00 | $16,550.29 |

1st Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Duplicate Claims

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| GE Capital | 07-10416 | 2,239 | 07-10416 | 1,868 | $15,971.45 | $0.00 | $0.00 | $0.00 | $15,971.45 | $15,971.45 | $0.00 | $0.00 | $0.00 | $15,971.45 |
| GE Capital | 07-10416 | 2,249 | 07-10416 | 1,425 | $15,490.08 | $0.00 | $0.00 | $0.00 | $15,490.08 | $15,490.08 | $0.00 | $0.00 | $0.00 | $15,490.08 |
| GE Capital | 07-10416 | 2,248 | 07-10416 | 1,898 | $14,948.37 | $0.00 | $0.00 | $0.00 | $14,948.37 | $14,948.37 | $0.00 | $0.00 | $0.00 | $14,948.37 |
| GE Capital | 07-10416 | 2,100 | 07-10416 | 1,427 | $14,468.72 | $0.00 | $0.00 | $0.00 | $14,468.72 | $14,468.72 | $0.00 | $0.00 | $0.00 | $14,468.72 |
| GE Capital | 07-10416 | 2,235 | 07-10416 | 1,894 | $13,471.35 | $0.00 | $0.00 | $0.00 | $13,471.35 | $13,471.35 | $0.00 | $0.00 | $0.00 | $13,471.35 |
| GE Capital | 07-10416 | 2,943 | 07-10416 | 1,894 | $13,471.35 | $0.00 | $0.00 | $0.00 | $13,471.35 | $13,471.35 | $0.00 | $0.00 | $0.00 | $13,471.35 |
| GE Capital | 07-10416 | 2,107 | 07-10416 | 1,931 | $13,316.37 | $0.00 | $0.00 | $0.00 | $13,316.37 | $13,316.37 | $0.00 | $0.00 | $0.00 | $13,316.37 |
| GE Capital | 07-10416 | 2,096 | 07-10416 | 1,896 | $10,772.06 | $0.00 | $0.00 | $0.00 | $10,772.06 | $10,772.06 | $0.00 | $0.00 | $0.00 | $10,772.06 |
| GE Capital | 07-10416 | 2,784 | 07-10416 | 1,955 | $9,541.95 | $0.00 | $0.00 | $0.00 | $9,541.95 | $9,541.95 | $0.00 | $0.00 | $0.00 | $9,541.95 |
| GE Capital | 07-10416 | 2,097 | 07-10416 | 1,426 | $7,726.31 | $0.00 | $0.00 | $0.00 | $7,726.31 | $7,726.31 | $0.00 | $0.00 | $0.00 | $7,726.31 |
| GE Capital | 07-10416 | 2,778 | 07-10416 | 1,426 | $7,726.31 | $0.00 | $0.00 | $0.00 | $7,726.31 | $7,726.31 | $0.00 | $0.00 | $0.00 | $7,726.31 |
| GE Capital | 07-10416 | 2,942 | 07-10416 | 1,897 | $7,409.25 | $0.00 | $0.00 | $0.00 | $7,409.25 | $7,409.25 | $0.00 | $0.00 | $0.00 | $7,409.25 |
| GE Capital | 07-10416 | 2,123 | 07-10416 | 1,463 | $6,570.37 | $0.00 | $0.00 | $0.00 | $6,570.37 | $6,570.37 | $0.00 | $0.00 | $0.00 | $6,570.37 |
| GE Capital | 07-10416 | 2,118 | 07-10416 | 1,498 | $6,554.36 | $0.00 | $0.00 | $0.00 | $6,554.36 | $6,554.36 | $0.00 | $0.00 | $0.00 | $6,554.36 |
| GE Capital | 07-10416 | 2,092 | 07-10416 | 1,499 | $4,790.81 | $0.00 | $0.00 | $0.00 | $4,790.81 | $4,790.81 | $0.00 | $0.00 | $0.00 | $4,790.81 |
| GE Capital | 07-10416 | 2,230 | 07-10416 | 1,886 | $4,405.64 | $0.00 | $0.00 | $0.00 | $4,405.64 | $4,405.64 | $0.00 | $0.00 | $0.00 | $4,405.64 |
| GE Capital | 07-10421 | 2,108 | 07-10421 | 1,932 | $1,841.84 | $0.00 | $0.00 | $0.00 | $1,841.84 | $1,841.84 | $0.00 | $0.00 | $0.00 | $1,841.84 |
| GE Capital | 07-10421 | 2,256 | 07-10421 | 1,925 | $913.38 | $0.00 | $0.00 | $0.00 | $913.38 | $913.38 | $0.00 | $0.00 | $0.00 | $913.38 |
| GE Capital | 07-10416 | 2,238 | 07-10416 | 1,891 | $727.74 | $0.00 | $0.00 | $0.00 | $727.74 | $727.74 | $0.00 | $0.00 | $0.00 | $727.74 |
| GE Capital | 07-10416 | 2,237 | 07-10416 | 1,895 | $695.33 | $0.00 | $0.00 | $0.00 | $695.33 | $695.33 | $0.00 | $0.00 | $0.00 | $695.33 |
| Glenn Appraisal Services Inc | 07-10421 | 14 | 07-10421 | 13 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| GMAC Commercial Finance LLC | 07-10419 | 2,358 | 07-10419 | 2,341 | $7,498,022.10 | $0.00 | $0.00 | $0.00 | $7,498,022.10 | $7,498,022.10 | $0.00 | $0.00 | $0.00 | $7,498,022.10 |
| Goozman Group | 07-10416 | 795 | 07-10416 | 761 | $0.00 | $0.00 | $0.00 | $3,400.00 | $3,400.00 | $0.00 | $0.00 | $0.00 | $3,400.00 | $3,400.00 |
| Gray & Associates LLP | 07-10419 | 2,412 | 07-10419 | 1,975 | $0.00 | $0.00 | $0.00 | $2,740.20 | $2,740.20 | $0.00 | $0.00 | $0.00 | $2,740.20 | $2,740.20 |

1st Omnibus Objection

**Exhibit A**
**Duplicate Claims**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Hansen Quality LLC | 07-10419 | 2,902 | 07-10419 | 2,366 | $0.00 | $0.00 | $0.00 | $868,335.00 | $868,335.00 | $0.00 | $0.00 | $0.00 | $868,335.00 | $868,335.00 |
| Harris County et al | 07-10416 | 2,563 | 07-10416 | 536 | $39,160.35 | $0.00 | $0.00 | $0.00 | $39,160.35 | $39,160.35 | $0.00 | $0.00 | $0.00 | $39,160.35 |
| Hawaiian Inc & Gust Co | 07-10427 | 2,149 | 07-10427 | 2,147 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Helmuth Okuta & Kamichaum Inc Hsk | 07-10416 | 1,733 | 07-10416 | 477 | $0.00 | $0.00 | $0.00 | $71,855.86 | $71,855.86 | $0.00 | $0.00 | $0.00 | $71,855.86 | $71,855.86 |
| Hidalgo County | 07-10416 | 2,570 | 07-10416 | 700 | $4,846.17 | $0.00 | $0.00 | $0.00 | $4,846.17 | $4,846.17 | $0.00 | $0.00 | $0.00 | $4,846.17 |
| Idaho State Tax Commission | 07-10417 | 1,492 | 07-10417 | 1 | $0.00 | $0.00 | $233,175.58 | $15,908.00 | $249,083.58 | $0.00 | $0.00 | $233,175.58 | $15,908.00 | $249,083.58 |
| Idaho State Tax Commission | 07-10417 | 367 | 07-10417 | 1 | $0.00 | $0.00 | $233,175.58 | $15,908.00 | $249,083.58 | $0.00 | $0.00 | $233,175.58 | $15,908.00 | $249,083.58 |
| Idaho State Tax Commission | 07-10419 | 1,474 | 07-10419 | 366 | $0.00 | $0.00 | $50,000.00 | $0.00 | $50,000.00 | $0.00 | $0.00 | $50,000.00 | $0.00 | $50,000.00 |
| Idaho State Tax Commission | 07-10419 | 461 | 07-10419 | 366 | $0.00 | $0.00 | $50,000.00 | $0.00 | $50,000.00 | $0.00 | $0.00 | $50,000.00 | $0.00 | $50,000.00 |
| iDirect Marketing Inc | 07-10421 | 1,501 | 07-10421 | 198 | $0.00 | $0.00 | $0.00 | $264,280.00 | $264,280.00 | $0.00 | $0.00 | $0.00 | $264,280.00 | $264,280.00 |
| Imperial County Unsecured Tax Col | 07-10419 | 1,560 | 07-10419 | 1,315 | $2,219.11 | $0.00 | $0.00 | $0.00 | $2,219.11 | $2,219.11 | $0.00 | $0.00 | $0.00 | $2,219.11 |
| Innovative Staffing Resources | 07-10416 | 1,277 | 07-10416 | 1,275 | $0.00 | $0.00 | $15,889.07 | $0.00 | $15,889.07 | $0.00 | $0.00 | $15,889.07 | $0.00 | $15,889.07 |
| Innovative Staffing Resources | 07-10416 | 1,279 | 07-10416 | 1,275 | $0.00 | $0.00 | $15,889.07 | $0.00 | $15,889.07 | $0.00 | $0.00 | $15,889.07 | $0.00 | $15,889.07 |
| Innovative Staffing Resources | 07-10416 | 1,280 | 07-10416 | 1,275 | $0.00 | $0.00 | $15,889.07 | $0.00 | $15,889.07 | $0.00 | $0.00 | $15,889.07 | $0.00 | $15,889.07 |
| Interthinx Inc Sysdome Inc Appintelligence Inc | 07-10421 | 2,923 | 07-10421 | 2,859 | $0.00 | $0.00 | $0.00 | $177,817.75 | $177,817.75 | $0.00 | $0.00 | $0.00 | $177,817.75 | $177,817.75 |
| Interthinx Inc Sysdome Inc Appintelligence Inc | 07-10419 | 3,166 | 07-10419 | 2,995 | $0.00 | $0.00 | $0.00 | $52,520.94 | $52,520.94 | $0.00 | $0.00 | $0.00 | $52,520.94 | $52,520.94 |
| Interthinx Inc Sysdome Inc Appintelligence Inc | 07-10419 | 2,995 | 07-10419 | 2,650 | $0.00 | $0.00 | $0.00 | $52,520.94 | $52,520.94 | $0.00 | $0.00 | $0.00 | $52,520.94 | $52,520.94 |
| Interthinx Inc Sysdome Inc Appintelligence Inc | 07-10421 | 2,990 | 07-10421 | 2,945 | $0.00 | $84.00 | $0.00 | $0.00 | $84.00 | $0.00 | $84.00 | $0.00 | $0.00 | $84.00 |
| Jodi A Clark | 07-10416 | 162 | 07-10416 | 149 | $0.00 | $0.00 | $2,708.12 | $0.00 | $2,708.12 | $0.00 | $0.00 | $2,708.12 | $0.00 | $2,708.12 |
| Karen Byrd | 07-10416 | 570 | 07-10416 | 500 | $124,000.00 | $0.00 | $0.00 | $0.00 | $124,000.00 | $124,000.00 | $0.00 | $0.00 | $0.00 | $124,000.00 |
| Katherina Acosta et al | 07-10416 | 325 | 07-10416 | 298 | $50,000.00 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | $0.00 | $0.00 | $0.00 | $50,000.00 |
| Kenneth Russell | 07-10416 | 402 | 07-10416 | 215 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| KW Fund II 11860 Howe LP | 07-10416 | 691 | 07-10416 | 582 | $5,383.90 | $0.00 | $0.00 | $135,559.70 | $140,943.60 | $5,383.90 | $0.00 | $0.00 | $135,559.70 | $140,943.60 |

1st Omnibus Objection

**Exhibit A**
**Duplicate Claims**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| KW Fund II 1860 Howe LP | 07-10415 | 593 | 07-10416 | 582 | $5,383.90 | $0.00 | $0.00 | $135,559.70 | $140,943.60 | $5,383.90 | $0.00 | $0.00 | $135,559.70 | $140,943.60 |
| La Joya ISD | 07-10416 | 2,569 | 07-10416 | 680 | $5,161.80 | $0.00 | $0.00 | $0.00 | $5,161.80 | $5,161.80 | $0.00 | $0.00 | $0.00 | $5,161.80 |
| Leslie K Hill dba Farallon Enterprises | 07-10416 | 70 | 07-10416 | 60 | $0.00 | $0.00 | $21,900.00 | $28,100.00 | $50,000.00 | $0.00 | $0.00 | $21,900.00 | $28,100.00 | $50,000.00 |
| Leslie K Hill dba Farallon Enterprises | 07-10416 | 2,542 | 07-10416 | 60 | $0.00 | $0.00 | $21,900.00 | $28,100.00 | $50,000.00 | $0.00 | $0.00 | $21,900.00 | $28,100.00 | $50,000.00 |
| Leslie K Hill dba Farallon Enterprises | 07-10416 | 411 | 07-10416 | 401 | $0.00 | $0.00 | $14,500.00 | $10,500.00 | $25,000.00 | $0.00 | $0.00 | $14,500.00 | $10,500.00 | $25,000.00 |
| Liberty Lloyds Of Texas Ins Co | 07-10429 | 2,758 | 07-10429 | 2,758 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lightbody Randall | 07-10419 | 1,856 | 07-10419 | 44 | $0.00 | $0.00 | $75,000.00 | $0.00 | $75,000.00 | $0.00 | $0.00 | $75,000.00 | $0.00 | $75,000.00 |
| Lisa F Clark | 07-10419 | 2,430 | 07-10419 | 2,388 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 |
| Lisa L Clements | 07-10416 | 1,494 | 07-10416 | 577 | $0.00 | $0.00 | $2,100.00 | $0.00 | $2,100.00 | $0.00 | $0.00 | $2,100.00 | $0.00 | $2,100.00 |
| LSI Credit | 07-10419 | 2,905 | 07-10419 | 2,356 | $0.00 | $0.00 | $0.00 | $535,909.00 | $535,909.00 | $0.00 | $0.00 | $0.00 | $535,909.00 | $535,909.00 |
| Lubbock Central Appraisal District | 07-10416 | 408 | 07-10416 | 289 | $1,494.54 | $0.00 | $0.00 | $0.00 | $1,494.54 | $1,494.54 | $0.00 | $0.00 | $0.00 | $1,494.54 |
| Lubbock Central Appraisal District | 07-10416 | 333 | 07-10416 | 289 | $1,494.54 | $0.00 | $0.00 | $0.00 | $1,494.54 | $1,494.54 | $0.00 | $0.00 | $0.00 | $1,494.54 |
| M P B Credit Bureau Inc | 07-10421 | 116 | 07-10421 | 84 | $0.00 | $0.00 | $0.00 | $5,906.10 | $5,906.10 | $0.00 | $0.00 | $0.00 | $5,906.10 | $5,906.10 |
| Mackoff Kellogg Law Firm | 07-10416 | 868 | 07-10416 | 749 | $0.00 | $0.00 | $0.00 | $4,827.45 | $4,827.45 | $0.00 | $0.00 | $0.00 | $4,827.45 | $4,827.45 |
| Manuel Ayala | 07-10421 | 1,265 | 07-10421 | 117 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Maria Lubczynski | 07-10416 | 329 | 07-10416 | 108 | $0.00 | $0.00 | $16,106.08 | $0.00 | $16,106.08 | $0.00 | $0.00 | $16,106.08 | $0.00 | $16,106.08 |
| Maria Lubczynski | 07-10416 | 211 | 07-10416 | 108 | $0.00 | $0.00 | $16,106.08 | $0.00 | $16,106.08 | $0.00 | $0.00 | $16,106.08 | $0.00 | $16,106.08 |
| Mario D Reynolds Emp | 07-10416 | 1,004 | 07-10416 | 1,003 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | $0.00 | $0.00 | $0.00 | $6,000.00 | $0.00 |
| Mason Stephanie Ann | 07-10419 | 1,532 | 07-10419 | 1,531 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 |
| Max Value Professional Loan Services LLC | 07-10421 | 193 | 07-10421 | 32 | $0.00 | $0.00 | $0.00 | $2,025.00 | $2,025.00 | $0.00 | $0.00 | $0.00 | $2,025.00 | $2,025.00 |
| MCO Investments Inc | 07-10421 | 961 | 07-10421 | 115 | $0.00 | $0.00 | $0.00 | $15,840.00 | $15,840.00 | $0.00 | $0.00 | $0.00 | $15,840.00 | $15,840.00 |
| Mesia Independent School District | 07-10416 | 564 | 07-10416 | 457 | $2,998.73 | $0.00 | $0.00 | $0.00 | $2,998.73 | $2,998.73 | $0.00 | $0.00 | $0.00 | $2,998.73 |
| Miami Dade County Tax Collector | 07-10416 | 594 | 07-10416 | 1,500 | $20,166.74 | $0.00 | $0.00 | $0.00 | $20,166.74 | $20,166.74 | $0.00 | $0.00 | $0.00 | $20,166.74 |
| Michael Clancy 4313 | 07-10416 | 996 | 07-10416 | 994 | $0.00 | $0.00 | $8,850.00 | $0.00 | $8,850.00 | $0.00 | $0.00 | $8,850.00 | $0.00 | $8,850.00 |

1st Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
## Duplicate Claims

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Michelle Imperial | 07-10416 | 335 | 07-10416 | 283 | $0.00 | $0.00 | $10,950.00 | $0.00 | $10,950.00 | $0.00 | $0.00 | $10,950.00 | $0.00 | $10,950.00 |
| Mike Enterprise dba Metro Appraisals | 07-10416 | 1,590 | 07-10421 | 956 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 |
| Montgomery County | 07-10416 | 2,565 | 07-10416 | 526 | $5,172.61 | $0.00 | $0.00 | $0.00 | $5,172.61 | $5,172.61 | $0.00 | $0.00 | $0.00 | $5,172.61 |
| Morris Lee Dulaney | 07-10419 | 2,292 | 07-10419 | 2,287 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nancy Anderson Emp | 07-10416 | 1,684 | 07-10416 | 421 | $0.00 | $0.00 | $758,302.00 | $0.00 | $758,302.00 | $0.00 | $0.00 | $758,302.00 | $0.00 | $758,302.00 |
| Nancy Anderson Emp | 07-10416 | 1,599 | 07-10416 | 346 | $0.00 | $0.00 | $85,777.00 | $0.00 | $85,777.00 | $0.00 | $0.00 | $85,777.00 | $0.00 | $85,777.00 |
| Orange County Treasurer Tax Collector | 07-10419 | 1,487 | 07-10419 | 1,181 | $39,310.62 | $0.00 | $474.15 | $0.00 | $39,784.77 | $39,310.62 | $0.00 | $474.15 | $0.00 | $39,784.77 |
| Orange County Treasurer Tax Collector | 07-10417 | 1,479 | 07-10417 | 1,347 | $0.00 | $0.00 | $6,045.32 | $0.00 | $6,045.32 | $0.00 | $0.00 | $6,045.32 | $0.00 | $6,045.32 |
| Parker CAD | 07-10419 | 312 | 07-10419 | 295 | $7,148.81 | $0.00 | $0.00 | $0.00 | $7,148.81 | $7,148.81 | $0.00 | $0.00 | $0.00 | $7,148.81 |
| Patrick J Moloney | 07-10416 | 653 | 07-10416 | 417 | $0.00 | $0.00 | $249,108.92 | $0.00 | $249,108.92 | $0.00 | $0.00 | $249,108.92 | $0.00 | $249,108.92 |
| Patrick J Moloney | 07-10416 | 681 | 07-10416 | 416 | $0.00 | $0.00 | $330.00 | $0.00 | $330.00 | $0.00 | $0.00 | $330.00 | $0.00 | $330.00 |
| Pitney Bowes Credit Corporation | 07-10416 | 2,568 | 07-10416 | 1,476 | $0.00 | $0.00 | $0.00 | $59,822.05 | $59,822.05 | $0.00 | $0.00 | $0.00 | $59,822.05 | $59,822.05 |
| Plaza America Office Development LLC | 07-10419 | 2,342 | 07-10419 | 2,161 | $0.00 | $0.00 | $0.00 | $943,356.76 | $943,356.76 | $0.00 | $0.00 | $0.00 | $943,356.76 | $943,356.76 |
| Premiere Global Services | 07-10419 | 1,461 | 07-10419 | 240 | $0.00 | $0.00 | $0.00 | $45,419.82 | $45,419.82 | $0.00 | $0.00 | $0.00 | $45,419.82 | $45,419.82 |
| Profant Appraisals Inc | 07-10416 | 1,496 | 07-10416 | 746 | $0.00 | $0.00 | $2,545.00 | $0.00 | $2,545.00 | $0.00 | $0.00 | $2,545.00 | $0.00 | $2,545.00 |
| Profant Appraisals Inc | 07-10416 | 1,465 | 07-10416 | 746 | $0.00 | $0.00 | $2,545.00 | $0.00 | $2,545.00 | $0.00 | $0.00 | $2,545.00 | $0.00 | $2,545.00 |
| Punyashree Rawal | 07-10419 | 983 | 07-10419 | 711 | $0.00 | $0.00 | $2,863.44 | $0.00 | $2,863.44 | $0.00 | $0.00 | $2,863.44 | $0.00 | $2,863.44 |
| Ray Buchanan | 07-10417 | 355 | 07-10417 | 354 | $0.00 | $0.00 | $0.00 | $37.00 | $37.00 | $0.00 | $0.00 | $0.00 | $37.00 | $37.00 |
| Ray Buchanan | 07-10417 | 359 | 07-10417 | 354 | $0.00 | $0.00 | $0.00 | $37.00 | $37.00 | $0.00 | $0.00 | $0.00 | $37.00 | $37.00 |
| REO Sales | 07-10419 | 478 | 07-10419 | 383 | $0.00 | $0.00 | $0.00 | $19,252.92 | $19,252.92 | $0.00 | $0.00 | $0.00 | $19,252.92 | $19,252.92 |
| REO Sales | 07-10419 | 386 | 07-10419 | 383 | $0.00 | $0.00 | $0.00 | $19,252.92 | $19,252.92 | $0.00 | $0.00 | $0.00 | $19,252.92 | $19,252.92 |
| REO Sales | 07-10419 | 479 | 07-10419 | 383 | $0.00 | $0.00 | $0.00 | $19,252.92 | $19,252.92 | $0.00 | $0.00 | $0.00 | $19,252.92 | $19,252.92 |
| Revenue Collector | 07-10419 | 1,561 | 07-10419 | 338 | $914.70 | $0.00 | $0.00 | $0.00 | $914.70 | $914.70 | $0.00 | $0.00 | $0.00 | $914.70 |
| Revenue Collector | 07-10419 | 629 | 07-10419 | 338 | $914.70 | $0.00 | $0.00 | $0.00 | $914.70 | $914.70 | $0.00 | $0.00 | $0.00 | $914.70 |

1st Omnibus Objection

**Exhibit A**
**Duplicate Claims**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Rich Martin Emp | 07-10416 | 1,600 | 07-10416 | 347 | $0.00 | $0.00 | $141,369.00 | $0.00 | $141,369.00 | $0.00 | $0.00 | $141,369.00 | $0.00 | $141,369.00 |
| Rick Brown | 07-10419 | 435 | 07-10416 | 379 | $0.00 | $0.00 | $9,188.68 | $0.00 | $9,188.68 | $0.00 | $0.00 | $9,188.68 | $0.00 | $9,188.68 |
| Riverside County Treasurer Tax Collector | 07-10419 | 3,299 | 07-10419 | 3,298 | $49,719.31 | $0.00 | $0.00 | $0.00 | $49,719.31 | $49,719.31 | $0.00 | $0.00 | $0.00 | $49,719.31 |
| Royal Real Estate Services | 07-10416 | 1,291 | 07-10416 | 1,254 | $0.00 | $0.00 | $0.00 | $2,899.61 | $2,899.61 | $0.00 | $0.00 | $0.00 | $2,899.61 | $2,899.61 |
| S Brooke Stephens | 07-10421 | 2,992 | 07-10421 | 2,988 | $0.00 | $0.00 | $1,400.00 | $0.00 | $1,400.00 | $0.00 | $0.00 | $1,400.00 | $0.00 | $1,400.00 |
| Sharp Real Estate Appraisal Corp | 07-10421 | 1,630 | 07-10421 | 63 | $375.00 | $0.00 | $0.00 | $0.00 | $375.00 | $375.00 | $0.00 | $0.00 | $0.00 | $375.00 |
| Standard Register Company | 07-10419 | 875 | 07-10419 | 159 | $0.00 | $0.00 | $0.00 | $3,979.02 | $3,979.02 | $0.00 | $0.00 | $0.00 | $3,979.02 | $3,979.02 |
| State of Maine Bureau of Revenue Services | 07-10419 | 2,659 | 07-10419 | 1,580 | $0.00 | $0.00 | $516,118.97 | $104,000.00 | $620,118.97 | $0.00 | $0.00 | $516,118.97 | $104,000.00 | $620,118.97 |
| State of Michigan Department of Treasury | 07-10419 | 2,324 | 07-10419 | 2,179 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 |
| State of Washington Department of Revenue | 07-10416 | 1,626 | 07-10416 | 1,473 | $0.00 | $0.00 | $16,517.91 | $0.00 | $16,517.91 | $0.00 | $0.00 | $16,517.91 | $0.00 | $16,517.91 |
| Stephen Evans | 07-10421 | 123 | 07-10421 | 121 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 |
| SunTrust Leasing Corporation | 07-10416 | 2,168 | 07-10416 | 1,986 | $3,916,989.99 | $0.00 | $0.00 | $0.00 | $3,916,989.99 | $3,916,989.99 | $0.00 | $0.00 | $0.00 | $3,916,989.99 |
| Suzanne Nickolson Allen | 07-10419 | 310 | 07-10419 | 306 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 |
| Synderes Inc Interthinx Inc | 07-10421 | 2,651 | 07-10421 | 1,962 | $0.00 | $84.00 | $0.00 | $167,746.15 | $167,830.15 | $0.00 | $84.00 | $0.00 | $167,746.15 | $167,830.15 |
| Synderes Inc Interthinx Inc | 07-10419 | 2,157 | 07-10419 | 2,650 | $0.00 | $0.00 | $0.00 | $52,520.94 | $52,520.94 | $0.00 | $0.00 | $0.00 | $52,520.94 | $52,520.94 |
| TAC Appraisals | 07-10416 | 180 | 07-10416 | 427 | $0.00 | $0.00 | $0.00 | $2,575.00 | $2,575.00 | $0.00 | $0.00 | $0.00 | $2,575.00 | $2,575.00 |
| Tarrant County | 07-10416 | 509 | 07-10416 | 294 | $51,652.43 | $0.00 | $0.00 | $0.00 | $51,652.43 | $51,652.43 | $0.00 | $0.00 | $0.00 | $51,652.43 |
| Tax Appraisal District of Bell County | 07-10416 | 611 | 07-10416 | 471 | $8,898.71 | $0.00 | $0.00 | $0.00 | $8,898.71 | $8,898.71 | $0.00 | $0.00 | $0.00 | $8,898.71 |
| Tax Collector Manatee County | 07-10416 | 373 | 07-10416 | 371 | $6,051.89 | $0.00 | $0.00 | $0.00 | $6,051.89 | $6,051.89 | $0.00 | $0.00 | $0.00 | $6,051.89 |
| The Incite Group Llc | 07-10421 | 993 | 07-10421 | 992 | $0.00 | $0.00 | $0.00 | $26,836.36 | $26,836.36 | $0.00 | $0.00 | $0.00 | $26,836.36 | $26,836.36 |
| The Law Office Of Dale W Pittman Pc | 07-10416 | 2,554 | 07-10416 | 2,551 | $165,410.22 | $0.00 | $0.00 | $0.00 | $165,410.22 | $165,410.22 | $0.00 | $0.00 | $0.00 | $165,410.22 |
| Thomas R Schnabel | 07-10419 | 531 | 07-10419 | 430 | $0.00 | $0.00 | $16,692.88 | $0.00 | $16,692.88 | $0.00 | $0.00 | $16,692.88 | $0.00 | $16,692.88 |
| United Pacific Mortgage | 07-10419 | 1,521 | 07-10419 | 670 | $0.00 | $0.00 | $0.00 | $147,103.50 | $147,103.50 | $0.00 | $0.00 | $0.00 | $147,103.50 | $147,103.50 |
| Virginia Appraisal Company | 07-10421 | 409 | 07-10421 | 153 | $0.00 | $0.00 | $0.00 | $425.00 | $425.00 | $0.00 | $0.00 | $0.00 | $425.00 | $425.00 |

1st Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Duplicate Claims

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Washington Mutual Bank c/o Mr Michael D Coyne Washington Mutual Bank 623 Fifth Avenue 17th Floor New York New York 10022 | 07-10419 | 2,680 | 07-10419 | 2,458 | $0.00 | $0.00 | $0.00 | $160,682.48 | $160,682.48 | $0.00 | $0.00 | $0.00 | $160,682.48 | $160,682.48 |
| Washington Mutual Mortgage Securities Corp c/o Mr Michael D Coyne Washington Mutual Bank 623 Fifth Avenue 17th Floor New York | 07-10419 | 2,678 | 07-10419 | 2,457 | $0.00 | $0.00 | $0.00 | $4,909,613.41 | $4,909,613.41 | $0.00 | $0.00 | $0.00 | $4,909,613.41 | $4,909,613.41 |
| Washington State Department Of Revenue | 07-10416 | 947 | 07-10416 | 693 | $0.00 | $0.00 | $1,001.27 | $0.00 | $1,001.27 | $0.00 | $0.00 | $1,001.27 | $0.00 | $1,001.27 |
| Wharton County | 07-10416 | 2,555 | 07-10416 | 2,200 | $7,174.59 | $0.00 | $0.00 | $0.00 | $7,174.59 | $7,174.59 | $0.00 | $0.00 | $0.00 | $7,174.59 |
| Wilson & Associates P L L C | 07-10416 | 3,281 | 07-10416 | 3,197 | $0.00 | $0.00 | $0.00 | $18,915.43 | $18,915.43 | $0.00 | $0.00 | $0.00 | $18,915.43 | $18,915.43 |
| Wilson & Associates PLLC | 07-10416 | 3,246 | 07-10416 | 3,197 | $0.00 | $0.00 | $0.00 | $18,915.43 | $18,915.43 | $0.00 | $0.00 | $0.00 | $18,915.43 | $18,915.43 |
| WM Specialty Mortgage LLC | 07-10420 | 3,026 | 07-10420 | 2,679 | $0.00 | $0.00 | $0.00 | $203,538.88 | $203,538.88 | $0.00 | $0.00 | $0.00 | $203,538.88 | $203,538.88 |
| Zurich American Insurance Company and its affiliates see attachment | 07-10416 | 445 | 07-10416 | 444 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claims To Be Expunged Totals** | | | | 198 | $13,768,190.87 | $21,605.38 | $41,762,679.47 | $73,609,479.81 | $129,161,955.53 | $13,768,190.87 | $21,605.38 | $41,762,679.82 | $73,609,479.81 | $129,161,955.53 |