## EXHIBIT B

**1st Omnibus Objection**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit B
## Amended Claims

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| AT&T Corp | 07-10416 | 546 | 07-10416 | 1,313 | $0.00 | $0.00 | $0.00 | $1,314,259.66 | $1,314,259.66 | $0.00 | $0.00 | $0.00 | $1,259,077.00 | $1,259,077.00 |
| Atlantic Coast Surveying Inc | 07-10421 | 968 | 07-10421 | 1,368 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 |
| Bennett Renedria Ann | 07-10421 | 2,034 | 07-10421 | 2,039 | $0.00 | $0.00 | $1,250.00 | $0.00 | $1,250.00 | $0.00 | $0.00 | $1,250.00 | $0.00 | $1,250.00 |
| Bettye Honeycutt dba Interior Keepers | 07-10416 | 856 | 07-10416 | 1,876 | $0.00 | $0.00 | $800.00 | $0.00 | $799.95 | $0.00 | $0.00 | $0.00 | $799.95 | $799.95 |
| Bexsavel Pina | 07-10419 | 519 | 07-10419 | 1,870 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bruington David | 07-10417 | 1,344 | 07-10417 | 1,471 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | $0.00 | $0.00 | $300,000.00 | $0.00 | $300,000.00 |
| Candace A Buzan | 07-10416 | 518 | 07-10416 | 1,996 | $0.00 | $0.00 | $17,701.00 | $0.00 | $17,701.00 | $0.00 | $0.00 | $40,417.95 | $0.00 | $40,417.95 |
| Corporate Express Office Products Inc | 07-10421 | 233 | 07-10421 | 2,043 | $0.00 | $0.00 | $0.00 | $61,912.25 | $61,912.25 | $0.00 | $0.00 | $0.00 | $61,912.25 | $61,912.25 |
| Cypress Fairbanks ISD | 07-10416 | 527 | 07-10416 | 1,307 | $3,903.08 | $0.00 | $0.00 | $0.00 | $3,903.08 | $3,283.32 | $0.00 | $0.00 | $0.00 | $3,283.32 |
| David Bruington | 07-10419 | 1,346 | 07-10419 | 1,470 | $0.00 | $0.00 | $0.00 | $262,500.00 | $262,500.00 | $0.00 | $0.00 | $262,500.00 | $0.00 | $262,500.00 |
| David Lawrence Masarritsu | 07-10417 | 530 | 07-10417 | 1,118 | $0.00 | $0.00 | $6,808.50 | $0.00 | $6,808.50 | $0.00 | $0.00 | $0.00 | $6,808.50 | $6,808.50 |
| Edcouch Elsa ISD | 07-10419 | 262 | 07-10419 | 447 | $562.37 | $0.00 | $0.00 | $0.00 | $562.37 | $2,210.74 | $0.00 | $0.00 | $0.00 | $2,210.74 |
| EMCO Press Corporation | 07-10421 | 166 | 07-10421 | 1,125 | $0.00 | $0.00 | $0.00 | $40,054.33 | $40,054.33 | $0.00 | $0.00 | $0.00 | $62,724.08 | $62,724.08 |
| EQY Invest First Colony Owner Ltd LLP | 07-10416 | 585 | 07-10416 | 1,286 | $0.00 | $3,500.78 | $0.00 | $25,541.08 | $29,041.86 | $0.00 | $4,341.69 | $0.00 | $21,858.19 | $26,199.88 |
| Euripides George Demos | 07-10421 | 276 | 07-10421 | 881 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $7,500.00 | $0.00 | $7,500.00 |
| Fort Worth Independent School District | 07-10419 | 223 | 07-10419 | 1,263 | $9,570.53 | $0.00 | $0.00 | $0.00 | $9,570.53 | $8,997.16 | $0.00 | $0.00 | $0.00 | $8,997.16 |
| Gail Ivers | 07-10419 | 280 | 07-10419 | 1,407 | $0.00 | $0.00 | $10,950.00 | $19,590.31 | $30,540.31 | $0.00 | $0.00 | $10,950.00 | $19,590.31 | $30,540.31 |
| GE Capital | 07-10416 | 1,922 | 07-10416 | 3,155 | $55,576.22 | $0.00 | $0.00 | $0.00 | $55,576.22 | $55,576.22 | $0.00 | $0.00 | $0.00 | $55,576.22 |
| GE Capital | 07-10416 | 1,425 | 07-10416 | 3,153 | $15,490.08 | $0.00 | $0.00 | $0.00 | $15,490.08 | $15,490.08 | $0.00 | $0.00 | $0.00 | $15,490.08 |
| GE Capital | 07-10416 | 1,427 | 07-10416 | 3,172 | $14,468.72 | $0.00 | $0.00 | $0.00 | $14,468.72 | $14,468.72 | $0.00 | $0.00 | $0.00 | $14,468.72 |
| GE Capital | 07-10416 | 1,885 | 07-10416 | 3,152 | $11,628.89 | $0.00 | $0.00 | $0.00 | $11,628.89 | $11,628.89 | $0.00 | $0.00 | $0.00 | $11,628.89 |
| GE Capital | 07-10416 | 1,437 | 07-10416 | 3,159 | $11,467.25 | $0.00 | $0.00 | $0.00 | $11,467.25 | $11,467.25 | $0.00 | $0.00 | $0.00 | $11,467.25 |
| GE Capital | 07-10416 | 1,927 | 07-10416 | 3,148 | $11,100.84 | $0.00 | $0.00 | $0.00 | $11,100.84 | $11,100.84 | $0.00 | $0.00 | $0.00 | $11,100.84 |
| GE Capital | 07-10416 | 1,881 | 07-10416 | 3,147 | $11,065.69 | $0.00 | $0.00 | $0.00 | $11,065.69 | $11,065.69 | $0.00 | $0.00 | $0.00 | $11,065.69 |

Page 1

1st Omnibus Objection

Exhibit B
Amended Claims

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| GE Capital | 07-10416 | 1,439 | 07-10416 | 3,160 | $10,713.65 | $0.00 | $0.00 | $0.00 | $10,713.65 | $10,713.65 | $0.00 | $0.00 | $0.00 | $10,713.65 |
| GE Capital | 07-10416 | 1,421 | 07-10416 | 3,158 | $8,422.94 | $0.00 | $0.00 | $0.00 | $8,422.94 | $8,422.94 | $0.00 | $0.00 | $0.00 | $8,422.94 |
| GE Capital | 07-10416 | 1,441 | 07-10416 | 3,169 | $7,555.19 | $0.00 | $0.00 | $0.00 | $7,555.19 | $7,555.19 | $0.00 | $0.00 | $0.00 | $7,555.19 |
| GE Capital | 07-10416 | 1,498 | 07-10416 | 3,154 | $6,554.36 | $0.00 | $0.00 | $0.00 | $6,554.36 | $6,554.36 | $0.00 | $0.00 | $0.00 | $6,554.36 |
| GE Capital | 07-10416 | 1,953 | 07-10416 | 3,171 | $6,067.17 | $0.00 | $0.00 | $0.00 | $6,067.17 | $6,067.17 | $0.00 | $0.00 | $0.00 | $6,067.17 |
| GE Capital | 07-10416 | 1,888 | 07-10416 | 3,149 | $5,403.61 | $0.00 | $0.00 | $0.00 | $5,403.61 | $5,403.61 | $0.00 | $0.00 | $0.00 | $5,403.61 |
| GE Capital | 07-10416 | 1,929 | 07-10416 | 3,135 | $5,284.77 | $0.00 | $0.00 | $0.00 | $5,284.77 | $5,284.77 | $0.00 | $0.00 | $0.00 | $5,284.77 |
| GE Capital | 07-10416 | 1,499 | 07-10416 | 3,167 | $4,790.81 | $0.00 | $0.00 | $0.00 | $4,790.81 | $4,790.81 | $0.00 | $0.00 | $0.00 | $4,790.81 |
| GE Capital | 07-10416 | 1,933 | 07-10416 | 3,141 | $4,561.71 | $0.00 | $0.00 | $0.00 | $4,561.71 | $4,561.71 | $0.00 | $0.00 | $0.00 | $4,561.71 |
| GE Capital | 07-10416 | 1,431 | 07-10416 | 3,163 | $4,539.57 | $0.00 | $0.00 | $0.00 | $4,539.57 | $4,539.57 | $0.00 | $0.00 | $0.00 | $4,539.57 |
| GE Capital | 07-10416 | 1,884 | 07-10416 | 3,143 | $4,464.40 | $0.00 | $0.00 | $0.00 | $4,464.40 | $4,464.40 | $0.00 | $0.00 | $0.00 | $4,464.40 |
| GE Capital | 07-10416 | 1,886 | 07-10416 | 3,144 | $4,405.64 | $0.00 | $0.00 | $0.00 | $4,405.64 | $4,405.64 | $0.00 | $0.00 | $0.00 | $4,405.64 |
| GE Capital | 07-10416 | 1,877 | 07-10416 | 3,165 | $4,227.45 | $0.00 | $0.00 | $0.00 | $4,227.45 | $4,227.45 | $0.00 | $0.00 | $0.00 | $4,227.45 |
| Glenn Appraisal Services Inc | 07-10421 | 13 | 07-10421 | 1,123 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $700.00 | $700.00 |
| Harris County Et Al | 07-10416 | 536 | 07-10416 | 1,314 | $39,160.35 | $0.00 | $0.00 | $0.00 | $39,160.35 | $54,203.91 | $0.00 | $0.00 | $0.00 | $54,203.91 |
| Jerry Voss | 07-10416 | 330 | 07-10416 | 1,375 | $0.00 | $0.00 | $0.00 | $44,188.26 | $44,188.26 | $0.00 | $0.00 | $0.00 | $44,188.26 | $44,188.26 |
| Jerry Voss | 07-10416 | 1,375 | 07-10416 | 1,855 | $0.00 | $0.00 | $0.00 | $44,188.26 | $44,188.26 | $0.00 | $0.00 | $0.00 | $44,188.26 | $44,188.26 |
| Lubbock Central Appraisal District | 07-10416 | 1,571 | 07-10416 | 1,617 | $5,946.43 | $0.00 | $0.00 | $0.00 | $5,946.43 | $5,946.43 | $0.00 | $0.00 | $0.00 | $5,946.43 |
| Lubbock Central Appraisal District | 07-10416 | 289 | 07-10416 | 1,571 | $1,494.54 | $0.00 | $0.00 | $0.00 | $1,494.54 | $5,946.43 | $0.00 | $0.00 | $0.00 | $5,946.43 |
| Montana Department Of Revenue | 07-10416 | 1,348 | 07-10416 | 1,687 | $0.00 | $0.00 | $110.57 | $18.00 | $128.57 | $0.00 | $0.00 | $110.57 | $18.00 | $128.57 |
| Nancy A Sheaffer | 07-10417 | 81 | 07-10417 | 299 | $0.00 | $0.00 | $2,516.03 | $0.00 | $2,516.03 | $0.00 | $0.00 | $8,138.14 | $0.00 | $8,138.14 |
| Nancy Voss | 07-10416 | 419 | 07-10416 | 1,374 | $0.00 | $0.00 | $0.00 | $44,188.26 | $44,188.26 | $0.00 | $0.00 | $0.00 | $44,188.26 | $44,188.26 |
| New York State Department of Taxation and Finance | 07-10419 | 1,995 | 07-10419 | 1,797 | $0.00 | $0.00 | $36,668.22 | $0.00 | $36,668.22 | $0.00 | $0.00 | $47,824.27 | $0.00 | $47,824.27 |
| New York State Department of Taxation and Finance | 07-10421 | 2,000 | 07-10421 | 1,794 | $0.00 | $0.00 | $9,616.78 | $0.00 | $9,616.78 | $0.00 | $0.00 | $13,883.28 | $0.00 | $13,883.28 |

Page 2

1st Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit B
## Amended Claims

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| New York State Department of Taxation and Finance | 07-10420 | 1,838 | 07-10420 | 2,051 | $0.00 | $0.00 | $1,004.67 | $0.00 | $1,004.67 | $0.00 | $0.00 | $111,946.33 | $0.00 | $111,946.33 |
| South Texas College | 07-10419 | 438 | 07-10419 | 547 | $300.56 | $0.00 | $0.00 | $0.00 | $300.56 | $805.63 | $0.00 | $0.00 | $0.00 | $805.63 |
| South Texas College | 07-10419 | 172 | 07-10419 | 438 | $79.63 | $0.00 | $0.00 | $0.00 | $79.63 | $300.56 | $0.00 | $0.00 | $0.00 | $300.56 |
| Tasador Inc | 07-10421 | 176 | 07-10421 | 953 | $0.00 | $0.00 | $0.00 | $1,150.00 | $1,150.00 | $0.00 | $0.00 | $0.00 | $4,375.00 | $4,375.00 |
| Thomas R Schnabel | 07-10419 | 235 | 07-10419 | 430 | $0.00 | $0.00 | $32,304.00 | $0.00 | $32,304.00 | $0.00 | $0.00 | $16,692.88 | $0.00 | $16,692.88 |
| Thomas R Schnabel | 07-10419 | 430 | 07-10419 | 1,214 | $0.00 | $0.00 | $16,692.88 | $0.00 | $16,692.88 | $0.00 | $0.00 | $32,842.00 | $0.00 | $32,842.00 |
| Claims To Be Expunged Totals | | | | 54 | $268,806.45 | $3,500.78 | $136,422.65 | $2,163,340.41 | $2,572,070.24 | $289,483.14 | $4,341.69 | $854,055.42 | $1,570,828.06 | $2,718,708.31 |