# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

_____
In re:                                                      )
                                                            )    Chapter 11
                                                            )
NEW CENTURY TRS HOLDINGS, INC.,                             )
A Delaware corporation, et al.,[1]                          )    Case No. 07-10416 (KJC)
                                                            )    (Jointly Administered)
                                                            )
                      Debtors                               )
                                                            )
_____)

## ORDER

This matter having come before the Court upon consideration of the Motion (the "Motion") of Creditors Joseph & Lavon Taylor, Individually and on Behalf of Others Similarly Situated (the "Movants"), For Entry of an Order: (a) Enlarging the Bar Date to Allow the Filing of a Late Proof of Claim Pursuant to Rules 3003(c)(3) and 9006(b)(1) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"); and (b) Granting Leave to File a Class Proof of Claim Pursuant To Bankruptcy Rule 9014; and after due deliberation and sufficient cause appearing therefore,

---

[1] The "Debtors" or "New Century" are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage)(d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; Ncoral, L.P., a Delaware limited partnership.

**THE COURT FINDS AND CONCLUDES THAT:**

A. The Court has jurisdiction over these cases under 28 U.S.C. § 1334(b).

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C. Due and adequate notice has been given to all parties entitled thereto, and no other or further notice is necessary or required.

D. The Court has reviewed the Motion and Affidavit in support thereof and has heard the representation of counsel regarding the relief requested therein.

E. There is cause to grant the relief requested in the Motion.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED.

2. Proof of Claim No. 3507 (the "Claim" as defined in the Motion) filed by the Movants on October 8, 2007 with XRoads Claims Management Services, Inc. in the bankruptcy case of Home 123 Corporation is deemed timely filed.

3. The Movants are further granted to leave to file the Claim as a class proof of claim.

November __, 2007
Wilmington, Delaware

_____
Kevin J. Carey,
U.S. Bankruptcy Judge