**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., | ) | |
| A Delaware corporation, et al.,[1] | ) | Case No. 07-10416 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Hearing Date: 11/06/07 @ 1:30 P.M. |
| | ) | Response Date: 11/01/07 @ 4:00 P.M. |
| | ) | |

**NOTICE OF MOTION OF JOSEPH & LAVON TAYLOR, INDIVIDUALLY**
**AND ON BEHALF OF OTHERS SIMILARLY SITUATED,**
**FOR AN ORDER: (A) ENLARGING THE BAR DATE; AND**
**(B) GRANTING LEAVE TO FILE A CLASS PROOF OF CLAIM**

To: All Parties on the Service List

PLEASE TAKE NOTICE that Creditors Joseph and Lavon Taylor, individually and on behalf of others similarly situated (the "Movants") have filed a MOTION OF JOSEPH & LAVON TAYLOR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FOR AN ORDER: (A) ENLARGING THE BAR DATE; AND (B) GRANTING LEAVE TO FILE A CLASS PROOF OF CLAIM, which seeks the following relief:

To enlarge the bar date to file a late class proof of claim.

You are required to respond to the attached Motion on or before: **November 1, 2007 @ 4:00 P.M.** At the same time, you must serve a copy of the response upon the Movants' attorneys:

---

[1] The "Debtors" or "New Century" are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage)(d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; Ncoral, L.P., a Delaware limited partnership.

2232997v1

Richard G. Placey
Noel C. Burnham
Laurie A. Krepto
Montgomery, McCracken, Walker & Rhoads, LLP
1105 Market Street, 15th Floor
Wilmington, DE 19801
and
123 South Broad Street
Philadelphia, PA 19109

HEARING ON THE MOTION WILL BE SCHEDULED FOR THE FOLLOWING DATE: **November 6, 2007 @ 1:30 p.m. ET, before the Honorable Kevin J. Carey, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street Mall, Wilmington, DE 19801**.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

|  |  |
|---|---|
|  | MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP |
| Dated: October 18, 2007 | By: /s/ Laurie A. Krepto |
|  | Richard G. Placey (DE Bar No. 4206) |
|  | Noel C. Burnham (DE Bar No. 3483) |
|  | Laurie A. Krepto (DE Bar No. 4109) |
|  | 1105 Market Street, 15th Floor |
|  | Wilmington, DE 19801 |
|  | (302) 504-7800 |
|  | (302) 504-7820 (facsimile) |
|  | and |
|  | Richard G. Placey |
|  | Laurie A. Krepto |
|  | 123 South Broad Street |
|  | Philadelphia, PA 19109 |
|  | (215) 772-1500 |
|  | (215) 772-7620 (facsimile) |
|  | ***Respond to Philadelphia office.*** |