UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| POSITIVE SOFTWARE SOLUTIONS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:03-CV-0257 |
| | § § | JURY TRIAL DEMANDED |
| NEW CENTURY MORTGAGE CORPORATION, et al, | § § § | |
| Defendants. | § | |

### ORDER CLARIFYING PROTECTIVE ORDER

In connection with deliberations on Positive Software's Motion for Contempt, this Court, having been apprised that the Parties disagree over the scope of the Protective Order entered herein on April 28, 2003, as applied to certain circumstances; it is therefore

ORDERED that the Court's Protective Order of April 28, 2003, is hereby clarified to explicitly include within the definition of "Confidential Information" contained in paragraph 1 thereof the following: "the original and all copies (whether maintained as forensic images, or backup tapes or disks, or any other format, documentary or electronic) of all or any portion of the LoanForce code (both application and database), regardless of how originally acquired, that are in the possession, custody or control of any of the Defendants, any person or entity affiliated with the Defendants, or any employee, contractor, or agent (including attorneys) of Defendants"; and it is further

ORDERED that, except as stated herein, all other terms of the Court's Protective Order of April 28, 2003, shall remain in full force and effect and shall apply to the definition of "Confidential Information," as herein clarified; and it is further

ORDERED that the entry of this Order is not intended to be an adjudication that such items now being explicitly included were or were not previously within the scope of the foregoing definition, such issue being left for future determination by this Court.

**SIGNED** this 15 of Jan 2004.

_____
Honorable David Godbey
U.S. District Judge