**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 19, 2007, copies of the foregoing Certificate of No Objection were served via first-class mail, postage prepaid, upon:

<div style="columns:2">

New Century TRS Holdings
18400 Von Karman Ave.
Irvine, CA 92612
Debtor

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorneys for the Debtor

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorneys for the Official Committee
 of Unsecured Creditors

Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
Attorneys for the Debtor

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison Ave.
14th & 15th Floor
New York, NY 10022
Attorneys for the Official Committee
 of Unsecured Creditors

</div>

Dated: October 19, 2007      /s/ Adam Hiller
     Wilmington, Delaware    Adam Hiller (DE No. 4105)
                             Draper & Goldberg, PLLC
                             1500 North French Street, 2nd Floor
                             Wilmington, Delaware 19801
                             (302) 339-8776 telephone
                             (302) 213-0043 facsimile