IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| NEW CENTURY TRS HOLDINGS, INC., | ) Case No. 07-10416-KJC |
| A Delaware corporation, et al., | ) Jointly Administered |
| | ) |
| Debtors. | ) Hearing Date: October 23, 2007 at 1:30 p.m. (ET) |
| | ) Objection Deadline: October 16, 2007 at 4:00 p.m. (ET) |
| | ) Related Docket No. 3024 |

**CERTIFICATE OF NO OBJECTION REGARDING THE MOTION OF S. WILLIAM MANERA, CHAPTER 7 TRUSTEE FOR THE ESTATE OF JASON EDWARD POTEET, FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT ADVERSARY PROCEEDING TO AVOID PREFERENTIAL TRANSFER OF LIEN INTEREST WITH RESPECT TO 3325 EAST ASHURST DRIVE, PHOENIX, ARIZONA 85048**

I, Don A. Beskrone, a member of Ashby & Geddes, P.A., co-counsel to S. William Manera, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate (the "Chapter 7 Estate") of Jason Edward Poteet, Case No. 2-07-bk-00871-RTB, currently pending in the United States District Court for the District of Arizona, hereby certify the following:

1. On September 24, 2007, the Trustee filed his Motion for Relief from the Automatic Stay to Permit the Trustee to File an Adversary Proceeding to Avoid Preferential Transfer of Lien Interest with Respect to 3325 East Ashurst Drive, Phoenix, Arizona 85048 [Docket No. 3024] (the "Motion").

2. The Motion was served upon (i) counsel to the Debtors; (ii) counsel to the Official Committee of Unsecured Creditors; (iii) counsel to the Debtors' lenders; (iv) Office of the United States Trustee; and (v) all Parties requesting notice pursuant to Bankruptcy Rule 2002.

3. The Motion provided that any objections or responses to the Motion were to be filed with the Court and served upon the undersigned counsel by 4:00 p.m. on October 16, 2007.

4.     As of the date hereof, the undersigned counsel has not been served with any objection or response to the Motion. A review of the Court's docket indicates that, as of this date, no responses or objections to the Motion have been filed.

WHEREFORE the Trustee, respectfully requests the order approving the Motion, be entered at the Court's earliest convenience.

Dated: October 19, 2007                    ASHBY & GEDDES, P.A.

_____
William P. Bowden (#2553)
Don A. Beskrone (#4380)
Amanda M. Winfree (#4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: 302-654-1888

-and-

Lisa Perry Banen
LANE & NACH, P.C.
2025 N. 3rd Street, Suite 157
Phoenix, Arizona 85004
Telephone: 602-258-6000
Facsimile: 602-258-6003

*Attorneys for S. William Manera*

185020.1

2