# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | CASE NO. 07-10416-KJC |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC., | § | Chapter 11 |
| *ET. AL.,* | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | Hearing Date: 11/6/07 at 1:30 p.m. E.T. |
| | § | Objection Deadline: 10/31/07 at 4:00 p.m. E.T. |

**NOTICE OF MOTION OF POSITIVE SOFTWARE SOLUTIONS, INC., AND EDWARD MANDEL FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

TO:

| | |
|---|---|
| New Century TRS Holdings<br>18400 Von Karman Ave.<br>Irvine, CA 92612<br>*Debtor* | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 |
| Mark D. Collins, Esquire<br>Christopher M. Samis, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>*Attorneys for the Debtor* | Bonnie Glantz Fatell, Esquire<br>David W. Carickhoff, Jr., Esquire<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>*Attorneys for the Official Committee<br>of Unsecured Creditors* |
| Suzanne S. Uhland, Esquire<br>Ben H. Logan, Esquire<br>O'Melveny & Myers LLP<br>275 Battery Street<br>San Francisco, CA 94111<br>*Attorneys for the Debtor* | Mark T. Power, Esquire<br>Mark S. Indelicato, Esquire<br>488 Madison, Ave.<br>14th & 15th Floor<br>New York, NY 10022<br>*Attorneys for the Official Committee<br>of Unsecured Creditors* |

Positive Software Solutions, Inc. and Mr. Edward Mandel have filed a Motion for Relief from the Automatic Stay (the "Motion") which seeks the following relief: to initiate and continue the 2007 Lawsuit[1] to a final adjudication, to request and obtain discovery in the 2007 Lawsuit, to dispute and otherwise contest any assertion by the defendants to the 2007 Lawsuit or the Debtors (should they intervene in that litigation) that any discovery requested by the Positive Software Parties is subject to a legal privilege belonging to the defendants or the Debtors; and lastly to seek in the 2003 Lawsuit an order extending the scope of the Protective Order to encompass the

---

[1] Capitalized terms not defined herein shall have the meaning given to them in the Motion.

2007 Lawsuit and thereby permit information designated as confidential in the 2003 Lawsuit to be disseminated in accordance with the terms and conditions contained in the Protective Order to expert consultants and other litigation professionals involved in the 2007 Lawsuit.

**HEARING ON THE MOTION WILL BE HELD ON NOVEMBER 6, 2007, 1:30 P.M.**

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion at least five business days before the above hearing date. At the same time, you must also serve a copy of the response upon movant's attorneys:

| | | |
|---|---|---|
| Daniel K. Astin, Esq. | Mark H. Ralston, Esq. | Michael Shore, Esq. |
| Anthony M. Saccullo, Esq. | The Ralston Law Firm | Shore Chan Bragalone LLP |
| Carl D. Neff, Esq. | 2603 Oak Lawn Avenue | 325 North Saint Paul Street |
| Citizens Bank Center, Suite 1300 | Suite 230, LB 2 | Suite 4450 |
| 919 N. Market Street, | Dallas, Texas 75219-9109 | Dallas, Texas 75201 |
| P.O. Box 2323 | | |
| Wilmington, Delaware 19899-2323 | | |

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issue sraised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 19, 2007     Respectfully submitted,
      Wilmington, Delaware

FOX ROTHSCHILD LLP

By:   /s/ Carl D. Neff
Daniel K. Astin (Del. No. 4068)
Anthony M. Saccullo (Del. No. 4141)
Carl D. Neff (Del. No. 4895)
Citizens Bank Center, Suite 1300
919 N. Market Street, P.O. Box 2323
Wilmington, Delaware  19899-2323
Tel (302) 654-7444/Fax (302) 656-892
dastin@foxrothschild.com
asaccullo@foxrothschild.com
cneff@foxrothschild.com

-and-

Mark H. Ralston, Esq.
Texas Bar No. 16489460
THE RALSTON LAW FIRM
2603 Oak Lawn Avenue
Suite 230, LB 2
Dallas, Texas 75219-9109
Telephone: (214) 295-6416
ralstonlaw@gmail.com

-and-

Michael Shore, Esq.
Shore Chan Bragalone LLP
325 North Saint Paul Street – Suite 4450
Dallas, Texas 75201
214.593.9110 Telephone
214.593.9111 Facsimile
shore@shorechan.com

Counsel to Positive Software Solutions, Inc.
and Mr. Edward Mandel