## CERTIFICATE OF SERVICE

I, Carl D. Neff, hereby certify that on October 19, 2007, I caused a copy of the **Motion of Positive Software Solutions, Inc., and Edward Mandel for an Order Granting Relief from the Automatic Stay,** along with the corresponding notice and proposed order, to be served on the following parties via First Class U.S. Mail:

New Century TRS Holdings
18400 Von Karman Ave.
Irvine, CA 92612
*Debtor*

Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for the Debtor*

Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for the Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee of Unsecured Creditors*

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison, Ave.
14th & 15th Floor
New York, NY 10022
*Attorneys for the Official Committee of Unsecured Creditors*

Dated: October 19, 2007
      Wilmington, Delaware

    /s/ Carl D. Neff
Carl D. Neff (No. 4895)

WM1A 123696v1 10/19/07