# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
*Movant: Saxon Mortgage Services, Inc.*
*D&G Reference: 210682*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000233893 | KIM | 9/20/2006 | 226400.00 | 249508.56 | $215,000.00 | 8976 FLYING FROG AVENUE LAS VEGAS NV 89148 |
| 2000240374 | LOPEZ | 7/18/2006 | 620000.00 | 685606.14 | $675,000.00 | 343 NORTH N STREET LIVERMORE CA 94550 |
| 2000252370 | FANNON | 11/22/2006 | 508000.00 | 529585.09 | $590,000.00 | 22759 MIRANDA STREET WOODLAND HILLS AREA CA 91367 |
| 2000265505 | ROBINSON | 8/24/2006 | 224000.00 | 251579.71 | $165,000.00 | 1528 PINCHOT STREET STOCKTON CA 95205 |
| 2000277254 | HALLBACK | 1/5/2007 | 680000.00 | 713280.95 | $830,000.00 | 2 LISA COURT WOODBURY NY 11797 |
| 2000311024 | BROOKS | 11/22/2006 | 111775.00 | 122305.35 | $88,000.00 | 5277 VALLEY FORGE STREET ORIENT OH 43146 |
| 2000310910 | COOPER | 9/13/2006 | 76415.00 | 84745.53 | $75,000.00 | 307 GRAND AVENUE DAYTON OH 45426 |
| 2000311020 | FORBUSH | 11/14/2006 | 90100.00 | 97772.70 | $75,000.00 | 233 WOOSTER ST ELYRIA OH 44035 |
| 2000229036 | ARCHIBEQUE | 8/19/2006 | 540000.00 | 585717.24 | $565,000.00 | 8258 YARROW LANE RIVERSIDE CA 92508 |
| 2000231790 | MICHAEL | 8/25/2006 | 205707.00 | 223282.42 | $228,000.00 | 1146 PARADISE RIVER ROAD HENDERSON NV 89015 |
| 2000253249 | WILLIAMSON | 12/15/2006 | 195040.00 | 202150.10 | $249,000.00 | 64 MAGNOLIA AVENUE LAKE GROVE NY 11755 |