IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., et al.,<br><br>Debtor. | Chapter 11<br>Case No. 07-10416-KJC<br><br>**Objections due by: October 30, 2007, 4:00 p.m.**<br>**Hearing Date: November 6, 2007, 1:30 p.m.** |

NOTICE OF MOTION OF
SAXON MORTGAGE SERVICES INC. FOR RELIEF
FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO:

| | |
|---|---|
| New Century TRS Holdings<br>18400 Von Karman Ave.<br>Irvine, CA 92612<br>*Debtor* | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 |
| Mark D. Collins, Esquire<br>Christopher M. Samis, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>*Attorneys for the Debtor* | Bonnie Glantz Fatell, Esquire<br>David W. Carickhoff, Jr., Esquire<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>*Attorneys for the Official Committee*<br>  *of Unsecured Creditors* |
| Suzanne S. Uhland, Esquire<br>Ben H. Logan, Esquire<br>O'Melveny & Myers LLP<br>275 Battery Street<br>San Francisco, CA 94111<br>*Attorneys for the Debtor* | Mark T. Power, Esquire<br>Mark S. Indelicato, Esquire<br>488 Madison Ave.<br>14th & 15th Floor<br>New York, NY 10022<br>*Attorneys for the Official Committee*<br>  *of Unsecured Creditors* |

Saxon Mortgage Services Inc. has filed a Motion for Relief from Stay which seeks the following relief: Relief from the automatic stay to exercise its non-bankruptcy rights with respect to certain real property in which the above-captioned debtor may hold an interest. A complete list of the real property to which the motion relates is attached to the motion as Exhibit A.

**HEARING ON THE MOTION WILL BE HELD ON NOVEMBER 6, 2007, 1:30 P.M.**

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion at lease five business days before the above hearing date. At the same time, you must also serve a copy of the response upon movant's attorneys:

*Movant: Saxon Mortgage Services Inc.*
*D&G Reference: 210682*

| James E. Clarke, Esquire | Thomas D.H. Barnett, Esquire | Adam Hiller, Esquire |
|---|---|---|
| Draper & Goldberg, PLLC | Draper & Goldberg, PLLC | Draper & Goldberg, PLLC |
| 803 Sycolin Road, Suite 301 | P.O. Box 947 | 1500 North French Street |
| Leesburg, VA 20175 | 512 East Market Street | 2nd Floor |
|  | Georgetown, DE 19947 | Wilmington, DE 19801 |
|  |  | (302) 339-8776 telephone |

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTING IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Dated:  October 19, 2007
        Wilmington, Delaware

Respectfully submitted,

DRAPER & GOLDBERG, PLLC


 /s/ Adam Hiller
Adam Hiller (DE No. 4105)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile

and

James E. Clarke, Esquire
Draper & Goldberg, PLLC
803 Sycolin Road, Suite 301
Leesburg, VA 20175

and

Thomas D.H. Barnett (DE No. 994)
Draper & Goldberg, PLLC
P.O. Box 947
512 East Market Street
Georgetown, Delaware 19947

*Attorneys for Movant*