# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
Movant: LaSalle Bank National Association, as Trustee and Custodian for Morgan Stanley
MSAC 2006-HE8, by Saxon Mortgage Services, Inc. as its attorney-in-fact
D&G Reference: 210392

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000202630 | FIGUEROA | 8/3/2006 | $278,400.00 | $298,785.97 | $180,000.00 | 521 EXCHANGE STREET SACRAMENTO CA 95838 |
| 2000202387 | BEAUCHAMP JR | 7/25/2006 | $172,800.00 | $189,238.59 | $210,000.00 | 25300 W FAIRVIEW CIRCLE LAKE VILLA IL 60046 |
| 2000202290 | BLAGROVE | 7/25/2006 | $512,000.00 | $560,892.66 | $619,000.00 | 931 MCKINLEY STREET BALDWIN NY 11510 |
| 2000202190 | BUNUAN | 7/18/2006 | $500,000.00 | $541,443.03 | $525,000.00 | 1154 N HOLLY ST ANAHEIM CA 92801 |
| 2000201889 | GARCIA | 7/10/2006 | $210,400.00 | $231,403.70 | $230,000.00 | 12915 BROOKCREST PLACE RIVERVIEW FL 33569 |
| 2000201763 | DORISCA | 7/31/2006 | $208,800.00 | $226,168.86 | $185,000.00 | 1003 NW 12 TH AVE CAPE CORAL FL 33993 |
| 2000201598 | VALIENTE | 7/25/2006 | $589,600.00 | $640,727.07 | $700,000.00 | 7902 SORREL LN CORONA CA 92880 |
| 2000201382 | GUZMAN | 7/7/2006 | $600,000.00 | $648,885.53 | $535,000.00 | 769 FEATHER RIDGE DRIVE HENDERSON NV 89052 |
| 2000201358 | CASTREJON | 7/12/2006 | $188,000.00 | $205,358.29 | $170,000.00 | 820 BRITTANY STREET SHAFTER CA 93263 |
| 2000201046 | DEODAT | 6/29/2006 | $400,000.00 | $436,939.21 | $380,000.00 | 153 30 110TH AVE JAMAICA NY 11433 |
| 2000200744 | BOBO | 6/27/2006 | $328,000.00 | $348,973.00 | $325,000.00 | 13855 SYLMAR DR MORENO VALLEY CA 92553 |
| 2000200551 | ESTIME | 6/28/2006 | $247,410.00 | $261,676.92 | $260,000.00 | 2515 POTOMAC VIEW CT GRAYSON GA 30017 |
| 2000200514 | BOQUIN | 7/26/2006 | $257,600.00 | $283,090.95 | $295,000.00 | 7630 VENTURA AVENUE YUCCA VALLEY CA 92284 |
| 2000200415 | ANGRUM | 6/30/2006 | $432,480.00 | $462,658.40 | $480,000.00 | 115 07 220 STREET CAMBRIA HEIGHTS NY 11411 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000200247 | VIEJA | 6/23/2006 | $648,000.00 | $700,445.13 | $975,000.00 | 136 NORTH HARVARD BOULEVARD LOS ANGELES CA 90004 |
| 2000199986 | FORD JR | 6/22/2006 | $50,150.00 | $53,504.78 | $20,000.00 | 326 MEAD ST ZANESVILLE OH 43701 |
| 2000199966 | ESTRADA | 7/31/2006 | $544,000.00 | $573,220.09 | $650,000.00 | 10133 LA TUNA CANYON RD SUN VALLEY CA 91352 |
| 2000199509 | SANTOS | 6/21/2006 | $416,000.00 | $438,067.79 | $630,000.00 | 708 SOUNDVIEW AVENUE BRONX NY 10473 |
| 2000199474 | DRAIN | 6/19/2006 | $136,000.00 | $145,865.83 | $118,000.00 | 25033 E 102ND BROKEN ARROW OK 74014 |
| 2000199466 | BENITEZ | 5/26/2006 | $600,000.00 | $661,586.50 | $720,000.00 | 706 WEST PARK LANE SANTA ANA CA 92706 |
| 2000199427 | ABRIGO | 6/10/2006 | $276,000.00 | $298,479.66 | $260,000.00 | 3317 EDINBORO RIDGE AVENUE NORTH LAS VEGAS NV 89081 |
| 2000199374 | BARNIK | 5/24/2006 | $680,000.00 | $722,322.70 | $879,000.00 | 8457 W BRUCE DR NILES IL 60714 |
| 2000208116 | VALLADARES | 8/3/2006 | $236,000.00 | $251,188.86 | $235,000.00 | 80 PADDLE BOAT LANE UNIT 1007 HILTON HEAD ISLAND SC 29928 |
| 2000199252 | CALDERON | 5/5/2006 | $178,184.00 | $186,775.83 | $170,000.00 | 1160 ROSAS STREET UNIT 122 CALEXICO CA 92231 |
| 2000208975 | PONCE | 8/2/2006 | $411,600.00 | $445,446.37 | $500,000.00 | 20761 STEPHANIE DRIVE WINNETKA CA 91306 |
| 2000206780 | AUGUSTIN | 8/10/2006 | $444,000.00 | $471,817.46 | $324,830.00 | 903 LIVONIA AVENUE BROOKLYN NY 11207 |
| 2000206667 | BROWN | 8/3/2006 | $109,600.00 | $120,064.13 | $150,000.00 | 1777 NW 69 STREET MIAMI FL 33147 |
| 2000206635 | PRICE | 8/2/2006 | $480,000.00 | $506,995.85 | $565,000.00 | 7902 LINDLEY AVE RESEDA CA 91335 |
| 2000206479 | SILVA | 6/30/2006 | $395,250.00 | $430,075.56 | $455,000.00 | 622 624 SOUTH PARK STREET ELIZABETH NJ 07206 |
| 2000206335 | MARCELIN | 7/14/2006 | $460,000.00 | $486,291.86 | $699,000.00 | 1120 EAST 35TH STREET BROOKLYN NY 11210 |
| 2000207004 | JONES | 7/26/2006 | $81,600.00 | $89,306.47 | $51,900.00 | 368 EAST 123RD ST CLEVELAND OH 44108 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000207018 | SIMPA | 7/31/2006 | $172,000.00 | $184,187.81 | $320,000.00 | 918 N DRAKE AVE 101 CHICAGO IL 60651 |
| 2000207174 | BROWN | 7/31/2006 | $304,000.00 | $325,637.45 | $312,000.00 | 16 QUENBY MOUNTAIN ROAD GREAT MEADOWS NJ 07838 |
| 2000206150 | CLARKE | 6/29/2006 | $440,000.00 | $467,356.81 | $524,000.00 | 404 VAN SICLEN AVENUE BROOKLYN NY 11207 |
| 2000206015 | PINCARO | 6/30/2006 | $420,000.00 | $446,303.97 | $480,000.00 | 218 FULTON STREET ELIZABETH NJ 07206 |
| 2000205891 | ALONSO | 6/14/2006 | $544,000.00 | $578,235.52 | $540,000.00 | 733 SKYLINE BLVD DALY CITY CA 94015 |
| 2000205823 | CAMPBELL | 8/3/2006 | $328,000.00 | $0.00 | $299,000.00 | 1 PINE HILL ROAD BLOOMING GROVE NY 10950 |
| 2000207372 | RODRIGUEZ | 7/21/2006 | $420,000.00 | $453,057.89 | $330,000.00 | 901 NORTH SCHOOL ST SANTA MARIA CA 93454 |
| 2000205560 | SANTOS | 6/9/2006 | $146,000.00 | $163,557.49 | $160,000.00 | 1603 WEST ORLEANS AVE FRESNO CA 93706 |
| 2000205345 | JACK | 5/31/2006 | $340,000.00 | $358,400.11 | $410,000.00 | 99 07 FRANCIS LEWIS BLVD QUEENS VILLAGE NY 11429 |
| 2000230118 | CHERVENAK | 8/25/2006 | $81,250.00 | $92,561.92 | $105,000.00 | 1080 RICHMOND RD PAINESVILLE OH 44077 |
| 2000208048 | AVALOS | 8/2/2006 | $372,000.00 | $404,072.45 | $390,000.00 | 13513 FALLING STAR DR CORONA CA 92883 |

-3-