# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)
*Movant: Saxon Mortgage Services, Inc.*
*D&G Reference: 210345*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000322551 | KARAM | 11/16/2006 | $227,920.00 | $242,405.73 | $245,000.00 | 1345 CABRILLO PARK DRIVE UNIT K 08 SANTA ANA CA 92701 |
| 2000322553 | WINFIELD | 11/30/2006 | $336,000.00 | $353,965.38 | $319,000.00 | 1030 TANAGER LANE FAIRFIELD CA 94533 |
| 2000322555 | MASSA | 12/15/2006 | $412,000.00 | $434,242.46 | $550,000.00 | 1611 WEST AMBERWOOD DRIVE PHOENIX AZ 85045 |
| 2000322559 | BROWER | 10/13/2006 | $820,000.00 | $310,977.73 | $1,145,000.00 | 2 VILLA FERRARI COURT HENDERSON NV 89011 |
| 2000322563 | KAN | 11/20/2006 | $272,000.00 | $287,464.99 | $270,000.00 | 44943 16TH STREET EAST LANCASTER CA 93535 |
| 2000322564 | KAN | 11/20/2006 | $259,200.00 | $273,998.20 | $225,000.00 | 748 DESERT CALICO DRIVE LANCASTER CA 93534 |
| 2000322565 | KAN | 11/20/2006 | $264,000.00 | $280,847.21 | $275,000.00 | 1714 LE NICHE LANE LANCASTER CA 93535 |
| 2000206975 | FERNANDEZ | 7/19/2006 | $360,000.00 | $396,879.06 | $405,000.00 | 240 WILLOW AVENUE UNIT 625 SOUTH SAN FRANCISCO CA 94080 |
| 2000206913 | FREEMAN | 7/21/2006 | $508,000.00 | $559,319.79 | $525,000.00 | 1482 REMSEN AVENUE BROOKLYN NY 11236 |
| 2000207058 | LOPEZ | 7/21/2006 | $447,200.00 | $485,300.80 | $385,000.00 | 29828 TIERRA SHORES LANE MENIFEE CA 92584 |
| 2000206707 | JIMENEZ | 7/31/2006 | $166,400.00 | $184,647.73 | $185,000.00 | 1509 ERNEST STREET KISSIMMEE FL 34741 |
| 2000206196 | CANTY JR | 6/29/2006 | $58,060.00 | $65,944.66 | $48,000.00 | 9582 CHEYENNE ST DETROIT MI 48227 |
| 2000207278 | CRUDUP | 7/31/2006 | $151,600.00 | $168,867.06 | $170,000.00 | 32 LONG STREET EAST ORANGE NJ 07017 |
| 2000207286 | TOYO | 8/8/2006 | $260,000.00 | $286,236.15 | $380,000.00 | 122 32 SUTTER AVENUE SOUTH OZONE PARK NY 11420 |
| 2000207340 | MARTINEZ | 7/20/2006 | $318,119.00 | $344,913.39 | $450,000.00 | 3724 WEST AVENUE J 11 LANCASTER CA 93536 |
| 2000206045 | MONTERO | 6/30/2006 | $208,000.00 | $226,279.75 | $265,000.00 | 17 STAGE COACH LANE CARSON CA 90745 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000207533 | MEMBRENO | 7/18/2006 | $400,000.00 | $439,821.64 | $470,000.00 | 13162 MERCER ST LOS ANGELES CA 91331 |
| 2000207825 | MENIFEE | 8/1/2006 | $256,000.00 | $284,849.59 | $275,000.00 | 11355 BENTLEY CT ADELANTO CA 92301 |
| 2000207873 | RUPP | 7/31/2006 | $183,200.00 | $202,833.08 | $195,000.00 | 2260 MARLIN DRIVE SALTON CITY CA 92275 |
| 2000207879 | SWAIN | 8/2/2006 | $68,000.00 | $75,196.65 | $64,000.00 | 1969 FULLERTON STREET DETROIT MI 48238 |
| 2000207928 | LAYNE | 8/3/2006 | $448,000.00 | $49,099.54 | $570,000.00 | 407 LINWOOD STREET BROOKLYN NY 11208 |
| 2000205965 | CRUZ | 8/10/2006 | $229,748.00 | $257,173.18 | $260,000.00 | 2402 SW MABRY CT PORT SAINT LUCIE FL 34953 |
| 2000208063 | MYERS | 7/27/2006 | $408,000.00 | $444,856.64 | $429,000.00 | 37469 LEMONWOOD DRIVE PALMDALE CA 93551 |
| 2000205958 | GRACIA | 6/26/2006 | $93,600.00 | $105,258.39 | $119,000.00 | 1681 NW 70TH AV APT 117 PLANTATION FL 33313 |
| 2000205880 | PAYNE | 6/14/2006 | $432,000.00 | $477,613.57 | $530,000.00 | 18840 NOWATA ROAD APPLE VALLEY CA 92307 |
| 2000205767 | VAN DYNE JR | 6/20/2006 | $208,000.00 | $224,077.00 | $150,000.00 | 3401 S TOURNAMENT AVENUE PAHRUMP NV 89048 |
| 2000205557 | ISREAL | 6/21/2006 | $118,720.00 | $137,240.57 | $130,000.00 | 440 NORTH MAIN STREET LIBERTY NY 12754 |
| 2000208191 | GALINDO | 8/3/2006 | $205,600.00 | $225,402.08 | $220,000.00 | 9202 CITRUS AVENUE UNIT D FONTANA CA 92335 |
| 2000205513 | MBENGONE | 6/2/2006 | $484,000.00 | $532,442.63 | $460,000.00 | 2123 WALNUT RIDGE COURT FREDRICK MD 21702 |
| 2000208340 | ACOSTA | 8/9/2006 | $261,600.00 | $287,026.47 | $200,000.00 | 4297 21ST AVENUE SW NAPLES FL 34116 |
| 2000208352 | GONZALEZ | 7/28/2006 | $165,600.00 | $177,933.20 | $170,000.00 | 5523 BIG SEA STREET LAS VEGAS NV 89110 |
| 2000208353 | KIRCHNER | 8/9/2006 | $303,200.00 | $333,444.07 | $314,000.00 | 12607 KERNAN FOREST BLVD JACKSONVILLE FL 32225 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000208485 | NGUYEN | 7/26/2006 | $500,000.00 | $559,814.30 | $520,000.00 | 6779 BORGES ST<br>CORONA CA 92880 |
| 2000208548 | MARTINEZ | 8/11/2006 | $432,000.00 | $480,538.95 | $570,000.00 | 2906 2ND AVE<br>LOS ANGELES CA 90018 |
| 2000208558 | NWOSU | 8/1/2006 | $504,000.00 | $546,154.11 | $418,250.00 | 91A MALCOLM X BOULEVARD<br>BROOKLYN NY 11221 |
| 2000208700 | SIERRA | 8/4/2006 | $313,760.00 | $343,212.06 | $380,000.00 | 151 SCOOTER LANE<br>HICKSVILLE NY 11801 |
| 2000208729 | MARTINEZ | 8/4/2006 | $331,200.00 | $371,524.31 | $315,000.00 | 2708 REDINGTON STREET<br>PALMDALE CA 93551 |
| 2000208792 | MORGAN | 8/10/2006 | $468,000.00 | $521,494.74 | $580,000.00 | 11895 PINE STREET<br>BLOOMINGTON CA 92316 |
| 2000205505 | ALONSO | 7/19/2006 | $72,000.00 | $80,501.31 | $49,000.00 | 495 S DIAMOND ST<br>MANSFIELD OH 44902 |
| 2000202868 | CASTILLO | 8/1/2006 | $492,000.00 | $535,910.00 | $580,000.00 | 20404 GRESHAM STREET<br>LOS ANGELES CA 91306 |
| 2000202532 | CAMPOS | 7/22/2006 | $568,000.00 | $620,253.22 | $660,000.00 | 2550 MACBETH AVE<br>CORONA CA 92882 |
| 2000201901 | CARLOS | 7/25/2006 | $276,000.00 | $311,105.75 | $315,000.00 | 13540 HUBBARD STREET 32<br>SYLMAR CA 91342 |
| 2000201781 | BRODNAX | 7/4/2006 | $457,600.00 | $513,743.55 | $400,000.00 | 5921 FREMONT STREET<br>OAKLAND CA 94608 |
| 2000201502 | BELL | 7/7/2006 | $148,000.00 | $170,427.35 | $139,000.00 | 16009 DEBBIE LANE<br>SOUTH HOLLAND IL 60473 |
| 2000201118 | FOREMAN | 7/1/2006 | $492,000.00 | $533,639.13 | $485,000.00 | 26492 AVENIDA DE LA PAZ<br>MORENO VALLEY CA 92555 |
| 2000200921 | CANGELOSI | 7/6/2006 | $288,000.00 | $326,509.94 | $289,000.00 | 10243 ALLEGRO DRIVE<br>BOCA RATON FL 33428 |
| 2000222543 | NIKLAI | 3/2/2006 | $719,200.00 | $823,426.74 | $785,000.00 | 41 AVENIDA FIORI<br>HENDERSON NV 89011 |
| 2000222544 | WOLK | 3/10/2006 | $212,000.00 | $247,152.25 | $235,000.00 | 6699 CATOCTIN AVENUE<br>LAS VEGAS NV 89139 |

-3-

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000222557 | HANSEN | 3/15/2006 | $92,000.00 | $107,035.69 | $95,000.00 | 914 LIBERTY ST GREEN BAY WI 54304 |
| 2000222559 | WILLSON | 3/14/2006 | $79,520.00 | $94,404.36 | $76,000.00 | 200 RENSHAR AUBURN MI 48611 |
| 2000200584 | AGUNDEZ | 7/18/2006 | $524,000.00 | $582,835.63 | $639,000.00 | 12703 POPULAR PLACE NORWALK CA 90650 |
| 2000200568 | GLOVER | 7/19/2006 | $414,400.00 | $456,225.98 | $420,000.00 | 7846 IRVINE AVENUE LOS ANGELES CA 91605 |
| 2000228592 | COLE | 6/26/2006 | $128,568.00 | $142,459.69 | $145,000.00 | 259 ALHAMBRA UNIT 130 PONTIAC MI 48341 |
| 2000228755 | STURM | 8/7/2006 | $672,000.00 | $734,406.00 | $799,000.00 | 1628 LONE OAK ROAD VISTA CA 92084 |
| 2000228780 | ROLFSNESS | 8/22/2006 | $432,000.00 | $478,098.78 | $430,000.00 | 6912 LAURA STREET FONTANA CA 92336 |
| 2000228835 | LODATO | 9/11/2006 | $199,920.00 | $223,069.12 | $545,000.00 | 48 COLUMBIA AVENUE NEWARK NJ 07102 |
| 2000200390 | CARDENAS | 7/18/2006 | $340,000.00 | $381,393.56 | $475,000.00 | 719 ORME AVENUE LOS ANGELES CA 90023 |
| 2000228875 | OCKIMEY | 7/28/2006 | $276,000.00 | $311,227.98 | $305,000.00 | 485 COUNTY LINE ROAD AMITYVILLE NY 11701 |
| 2000228980 | CRUZ | 7/26/2006 | $440,000.00 | $479,135.30 | $455,000.00 | 126 OLIVER STREET YONKERS NY 10701 |
| 2000199990 | CRUZ | 6/23/2006 | $480,000.00 | $538,228.73 | $530,000.00 | 1016 E MURRAY DRIVE SANTA MARIA CA 93454 |
| 2000229046 | RIVAS | 8/1/2006 | $544,000.00 | $603,171.61 | $565,000.00 | 29373 CHANCE STREET HAYWARD CA 94544 |
| 2000229185 | STEED | 8/30/2006 | $448,000.00 | $497,978.35 | $550,000.00 | 104 OLD BERGEN RD JERSEY CITY NJ 07305 |
| 2000199948 | FRANKLIN | 6/26/2006 | $701,600.00 | $791,969.41 | $690,000.00 | 1972 FINGER PEAK WAY ANTIOCH CA 94531 |
| 2000199945 | ALFARO | 6/8/2006 | $408,000.00 | $444,697.06 | $440,000.00 | 141 G STREET CHULA VISTA CA 91910 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000230137 | SANTOS | 8/18/2006 | $328,000.00 | $359,719.07 | $405,000.00 | 868 E 53RD STREET LOS ANGELES CA 90011 |
| 2000230280 | PIAO | 8/30/2006 | $575,600.00 | $637,181.56 | $645,000.00 | 30346 BARCELONA RD CASTAIC CA 91384 |
| 2000199738 | DOPWELL | 7/10/2006 | $280,000.00 | $313,196.15 | $309,000.00 | 7905 PRESERVE CIRCLE UNIT 127 NAPLES FL 34119 |
| 2000199663 | FRANCISCO | 6/29/2006 | $516,800.00 | $570,442.35 | $538,000.00 | 148 WEST MENDOCINO ST ALTADENA CA 91001 |
| 2000230884 | CAYANAN | 8/16/2006 | $308,000.00 | $338,537.83 | $285,000.00 | 8605 DERLIN WAY SACRAMENTO CA 95823 |
| 2000199500 | AWAD | 5/26/2006 | $276,000.00 | $318,561.76 | $300,000.00 | 10429 S 83RD AVE PALOS HILLS IL 60465 |
| 2000231041 | SANTOS | 8/25/2006 | $400,000.00 | $437,020.41 | $335,000.00 | 750 ROLLINGWOOD DR VALLEJO CA 94591 |
| 2000199255 | GARCIA | 5/12/2006 | $517,600.00 | $571,754.77 | $455,000.00 | 1701 SOUTH SHELTON STREET SANTA ANA CA 92707 |
| 2000231624 | LONSKY | 8/28/2006 | $220,000.00 | $243,915.44 | $314,000.00 | 814 EAGAN OAKS LANE EAGAN MN 55123 |
| 2000199253 | FOGAH | 5/11/2006 | $252,000.00 | $288,965.44 | $215,000.00 | 61-63 NORTH MUNN ST. NEWARK NJ 07102 |
| 2000231954 | PORTOBANCO | 8/29/2006 | $223,999.00 | $239,171.14 | $265,000.00 | 3905 BYERS STREET CAPITOL HEIGHTS MD 20743 |
| 2000199221 | BOURSIA | 5/16/2006 | $360,000.00 | $394,564.82 | $430,000.00 | 4314 SOUTH FERDINAND STREET SEATTLE WA 98118 |
| 2000310898 | HANCHAK | 9/15/2006 | $488,000.00 | $535,040.07 | $585,000.00 | 1338 WEST 222ND STREET TORRANCE CA 90501 |
| 2000232888 | SAPAROV | 8/30/2006 | $416,000.00 | $450,606.71 | $335,000.00 | 6021 KEATS CIRCLE ORANGEVALE CA 95662 |
| 2000310840 | MEJIA | 6/15/2006 | $384,000.00 | $429,727.92 | $448,000.00 | 11905 CHADRON AVENUE SAN FERNANDO CA 91340 |
| 2000233741 | SANDOVAL | 9/16/2006 | $544,000.00 | $600,506.60 | $630,000.00 | 6966 VAN NOORD AVENUE NORTH HOLLYWOOD AREA CA 91605 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000233764 | PRADO | 9/20/2006 | $291,200.00 | $318,783.78 | $200,000.00 | 1344 WEST 23RD STREET MERCED CA 95340 |
| 2000242504 | ANTOINE | 11/8/2006 | $468,000.00 | $490,247.80 | $420,000.00 | 682 ALABAMA AVENUE BROOKLYN NY 11207 |
| 2000243067 | SHONTEE | 11/20/2006 | $70,125.00 | $75,697.18 | $36,000.00 | 200 IROQUOIS AVE DAYTON OH 45405 |
| 2000275515 | THOMAS | 12/8/2006 | $440,000.00 | $469,882.76 | $580,000.00 | 2414 DEAN STREET BROOKLYN NY 11233 |
| 2000250538 | PHILLIP | 8/16/2006 | $392,000.00 | $412,840.00 | $550,000.00 | 1310 EAST 94 STREET BROOKLYN NY 11236 |
| 2000250729 | ESCOBAR | 10/11/2006 | $552,000.00 | $589,052.47 | $425,000.00 | 29915 ROSE BLOSSOM DRIVE MURRIETA CA 92563 |
| 2000250938 | CASUGA | 10/26/2006 | $238,000.00 | $255,008.00 | $320,000.00 | 801 ALA NIOI PL 203 HONOLULU HI 96818 |
| 2000251887 | SIMON | 11/17/2006 | $340,000.00 | $362,409.60 | $430,000.00 | 324 EAST 59TH STREET BROOKLYN NY 11203 |
| 2000251999 | PHILLIP | 11/29/2006 | $450,075.00 | $473,512.02 | $611,000.00 | 654 WARWICK STREET BROOKLYN NY 11207 |
| 2000253320 | KHAN | 12/14/2006 | $716,000.00 | $760,966.06 | $900,000.00 | 46 09 202 STREET BAYSIDE NY 11361 |
| 2000273301 | BARNES | 1/30/2007 | $101,600.00 | $105,979.77 | $117,500.00 | 99 NORTH 1850 WEST #11 CEDAR CITY UT 84720 |
| 2000266281 | ROMAN | 9/7/2006 | $664,000.00 | $714,647.33 | $865,000.00 | 1659 6TH AVE AND 3613 17TH ST LOS ANGELES CA 90019 |
| 2000265450 | HOLMES | 8/22/2006 | $147,000.00 | $167,033.50 | $89,000.00 | 2231 PRYOR ROAD SW ATLANTA GA 30315 |
| 2000264882 | CAMPBELL | 6/28/2006 | $692,000.00 | $749,093.46 | $775,000.00 | 1022 WEST DEVON AVENUE PARK RIDGE IL 60068 |
| 2000264684 | ROBERTS | 7/3/2006 | $276,000.00 | $286,235.11 | $165,000.00 | 1018 W MARQUETTE RD CHICAGO IL 60621 |
| 2000264673 | FRANKLIN JR | 6/27/2006 | $360,000.00 | $399,821.55 | $393,000.00 | 2402 MAYNARD DRIVE DUARTE CA 91010 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000264591 | LUGO | 6/27/2006 | $284,000.00 | $313,571.40 | $349,990.00 | 201 WESTLAKE DRIVE UNIT 1 SAN MARCOS CA 92069 |
| 2000264426 | CAIN | 6/23/2006 | $180,000.00 | $201,133.15 | $155,000.00 | 11919 S LASALLE ST CHICAGO IL 60628 |
| 2000264380 | LAWSON | 6/26/2006 | $384,000.00 | $435,885.75 | $460,000.00 | 16203 COLEEN STREET FONTANA CA 92337 |
| 2000264329 | VALDES | 6/26/2006 | $408,000.00 | $460,220.35 | $350,000.00 | 3532 SW 25 TERRACE MIAMI FL 33133 |
| 2000264170 | NOMANI | 5/30/2006 | $444,000.00 | $497,146.39 | $360,000.00 | 561 ALWICK AVENUE WEST ISLIP NY 11795 |
| 2000264112 | ARZAGA | 6/21/2006 | $408,000.00 | $459,225.71 | $315,000.00 | 1200 STONECHAT LANE PATTERSON CA 95363 |
| 2000263954 | BROWN | 5/31/2006 | $280,000.00 | $319,106.93 | $25,000.00 | 6211 S MORGAN ST CHICAGO IL 60621 |
| 2000263817 | LAMBERT | 5/26/2006 | $184,000.00 | $209,974.60 | $235,000.00 | 41 FOXWOOD CIRCLE 41 MANCHESTER NH 03104 |
| 2000263808 | OSPINA | 6/7/2006 | $461,600.00 | $520,472.40 | $550,000.00 | 927 FULTON ST FARMINGDALE NY 11735 |
| 2000263788 | SINCLAIR | 6/12/2006 | $452,000.00 | $508,038.98 | $545,000.00 | 10240 MONTGOMERY AVE NORTH HILLS CA 91343 |
| 2000263754 | RUCKER | 6/6/2006 | $104,550.00 | $122,536.03 | $102,500.00 | 3309 SOUTH 116TH EAST PLACE TULSA OK 74146 |
| 2000263750 | POWELL | 6/30/2006 | $134,910.00 | $144,221.27 | $145,000.00 | 49 BLUFFS DRIVE PENACOOK CONCORD NH 03303 |
| 2000263747 | DETRES | 6/5/2006 | $186,400.00 | $210,511.97 | $225,900.00 | 193 CENTRAL AVENUE CHELSEA MA 02150 |
| 2000263706 | LEWIS | 5/31/2006 | $287,000.00 | $323,377.57 | $299,900.00 | 3 SYLVIA TERRACE NANUET NY 10954 |
| 2000263685 | LE | 5/25/2006 | $464,000.00 | $528,193.75 | $435,000.00 | 2220 BASTONA DRIVE ELK GROVE CA 95758 |
| 2000263645 | FATIMA | 4/26/2006 | $560,000.00 | $640,481.25 | $640,000.00 | 158 05 78TH AVENUE FLUSHING NY 11366 |

-7-

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000259496 | MAURO-MCNEIL | 1/26/2007 | $420,000.00 | $445,630.81 | $420,000.00 | 3669 NAOMI STREET SEAFORD NY 11783 |
| 2000259597 | MIDOUIN | 2/7/2007 | $492,000.00 | $513,975.91 | $380,000.00 | 106-33 156TH STREET JAMAICA NY 11433 |
| 2000259635 | JONES | 2/5/2007 | $328,000.00 | $346,161.56 | $445,000.00 | 17400 STRATHERN ST LOS ANGELES CA 91325 |
| 2000259772 | ROACHE | 1/31/2007 | $400,000.00 | $422,281.00 | $349,000.00 | 332 NORTH MAIN STREET SPRING VALLEY NY 10977 |
| 2000260448 | MORALES | 2/13/2007 | $464,000.00 | $484,988.82 | $475,000.00 | 965 FIRST AVENUE FRANKLIN SQUARE NY 11010 |
| 2000260660 | MAZZELLA | 2/8/2007 | $472,000.00 | $490,490.12 | $430,000.00 | 3204 PLUNKETT AVENUE FAR ROCKAWAY NY 11691 |
| 2000261832 | RAMIREZ | 3/1/2007 | $392,000.00 | $406,236.87 | $425,000.00 | 14 SEYMOUR AVE EAST ISLIP NY 11730 |
| 2000261836 | BUTLER | 2/23/2007 | $139,200.00 | $145,225.13 | $172,000.00 | 4817 E 110TH PL THORNTON CO 80233 |
| 2000262198 | KAMALODEEN | 3/2/2007 | $424,000.00 | $440,830.08 | $460,000.00 | 1527 KIEFER AVENUE ELMONT NY 11003 |
| 2000262549 | KESHAWARZ | 6/2/2005 | $560,400.00 | $677,838.50 | $705,000.00 | 76 MILL STONE LANE SAN JOSE CA 95136 |
| 2000262721 | PAGE | 9/26/2005 | $592,000.00 | $675,516.23 | $525,000.00 | 14 GLOVER DRIVE DIX HILLS NY 11746 |
| 2000263609 | FREEMAN | 4/28/2006 | $175,500.00 | $201,417.42 | $219,000.00 | 1325 NW 85TH ST OKLAHOMA CITY OK 73114 |
| 2000262818 | RUIZ JR | 11/30/2005 | $311,200.00 | $368,477.34 | $295,000.00 | 7801 FALCONWING AVENUE LAS VEGAS NV 89131 |
| 2000262928 | ARCE | 12/20/2005 | $108,000.00 | $135,857.72 | $90,000.00 | 1821 NW 69 STREET MIAMI FL 33147 |
| 2000263041 | RIETVELD | 1/26/2006 | $93,600.00 | $0.00 | $50,000.00 | 10715 S EGGLESTON AVENUE CHICAGO IL 60628 |
| 2000263597 | WHITTET | 5/30/2006 | $61,200.00 | $73,776.05 | $62,000.00 | 2162 NW LINCOLN AVE LAWTON OK 73505 |

-8-

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000263358 | VARGAS | 4/14/2006 | $148,000.00 | $169,345.26 | $185,000.00 | 52 54 ABBOTT STREET UNIT 54B LAWRENCE MA 01843 |
| 2000263282 | TATGENHORST | 3/23/2006 | $103,200.00 | $124,092.45 | $53,000.00 | 15417 HONORE AVENUE HARVEY IL 60426 |
| 2000263337 | MEHMOOD | 4/28/2006 | $499,980.00 | $574,528.98 | $650,000.00 | 365 53RD STREET BROOKLYN NY 11223 |
| 2000263324 | BOSTON | 4/7/2006 | $93,750.00 | $114,575.53 | $145,000.00 | 51 WEST POMOMA PHILADELPHIA PA 19144 |