IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., Debtors, | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered<br>) Ref. No. 3170 |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO
210 HILLTOP BOULEVARD, KEYPORT, NEW JERSEY, 07735**

AND NOW, TO WIT, this 19th day of Oct A.D., 2007, Mortgage Electronic Registration Systems, Inc. as nominee for Aurora Financial Group, Inc.'s Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause so as to permit Mortgage Electronic Registration Systems, Inc. as nominee for Aurora Financial Group, Inc. and/or the holder of the second mortgage, as recorded in the Office of the County Clerk in Book 10528, Page 247 in Middlesex County, State of New Jersey for 210 Hilltop Boulevard, Keyport, New Jersey, 07735 to enforce its security interest in the aforesaid real property through foreclosure proceedings, Sheriff's Sale of the property and any other legal remedies against the property which may be available to Mortgage Electronic Registration Systems, Inc. as nominee for Aurora Financial Group, Inc. under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that Mortgage Electronic Registration Systems, Inc. as nominee for Aurora Financial Group, Inc. may immediately enforce and implement this Order granting relief from the automatic stay.

_____
J.