IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., | ) | Case No. 07-10416-KJC |
| A Delaware corporation, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Related Docket Item No. 3024** |

## ORDER

Upon consideration of the Motion of S. William Manera, Chapter 7 Trustee for the Estate of Jason Edward Poteet, For Relief from the Automatic Stay to Permit Adversary Proceeding to Avoid Preferential Transfer of Lien Interest With Respect to 3325 East Ashurst Drive, Phoneix Arizona 85048 (the "Motion"); and adequate notice of the Motion having been given; and good cause having been shown; and this Court being fully advised; IT IS HEREBY ORDERED, as follows:

The Motion is hereby granted; and it is further ORDERED that

The automatic stay is lifted to permit S. William Manera, Chapter 7 Trustee for the Estate of Jason Edward Poteet to file an adversary proceeding to avoid preferential transfer of lien interest with respect to 3325 East Ashurst Drive, Phoneix Arizona 85048 and exercise any and all rights with respect thereto.

Dated: Oct 19, 2007

Honorable Kevin J. Carey
United States Bankruptcy Judge

183492.1