# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)

Movant: Deutsche Bank National Trust Company As Trustee For Morgan Stanley ABS Capital I Inc Trust 2007-HE2 Mortgage Pass-Through Certificates, Series 2007-HE2

DeG Reference/Batch: 210284/17

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 074118670 | Refugio Martinez | 10/25/2006 | $440,000.00 | $469,440.47 | $469,900 as of 6/19/07 | 13208 SUNNYBROOK LANE LA MIRADA, CA 90638 |
| 074116909 | Gloria & Luis Beltran | 10/26/2006 | $422,400.00 | $444,625.94 | $425,000 as of 9/17/07 | 1024 MEPHAM DRIVE PITTSBURG, CA 94565 |
| 074093683 | Magaly Mazariegos | 9/11/2006 | $415,200.00 | $452,537.90 | $489,000 as of 5/8/07 | 13402 INDIAN BOW CIRCLE CORONA, CA 92883 |
| 074096851 | David Reyna & Jessika McClain | 9/13/2006 | $248,000.00 | $262,120.22 | $247,000 as of 7/11/07 | 6044 NORTH LEA COURT WINTON, CA 95388 |
| 074112525 | Raymond Derrick Williams | 10/12/2006 | $236,000.00 | $252,543.70 | $231,000 as of 6/23/07 | 2264 CARNATION AVENUE HEMET, CA 92545 |
| 074094291 | Pamela Wood | 10/20/2006 | $464,000.00 | $504,928.55 | $413,000 as of 6/17/07 | 83446 SAN REY COACHELLA, CA 92236 |
| 074094963 | Estela Rodriguez | 9/28/2006 | $444,000.00 | $473,500.53 | $560,000 as of 7/2/07 | 1152 1156 SYLVIA COURT NAPA, CA 94558 |
| 074104100 | Jaime Delgado | 10/26/2006 | $360,000.00 | $382,609.67 | $360,000 as of 6/20/07 | 4429 MOONSTONE DRIVE LOS ANGELES, CA 90032 |
| 074100667 | Patricia & Delbert Thompkins | 10/26/2006 | $492,000.00 | $525,469.07 | $569,000 as of 8/15/07 | 5136 BRYNHURST AVE LOS ANGELES, CA 90043 |