# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)

Movant: Deutsche Bank National Trust Company, On Behalf Of Morgan Stanley ABS Capital I Inc. Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1
D&G Reference/Batch: 270214/16

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073872703 | Vu A Le | 8/28/2006 | $432,000.00 | $458,908.11 | $470,000 as of 8/8/07 | 17000 CANTLAY STREET VAN NUYS, CA 91406 |
| 073872183 | Sherice Driver | 9/1/2006 | $417,600.00 | $446,647.81 | $390,000 as of 5/25/07 | 1810 NORTH DANIJAY WAY SANTA MARIA, CA 93454 |
| 073863758 | Daniel & Rachel Burciaga | 6/20/2006 | $227,800.00 | $244,463.55 | $220,000 as of 7/6/07 | 2341 NORTH BRUNSWICK AVENUE FRESNO, CA 93722 |
| 073863566 | Joe Hatchett | 5/31/2006 | $76,000.00 | $84,198.15 | $385,000 as of 7/15/07 | 2134 WEST VIA BELLO DR RIALTO, CA 92377 |
| 073885496 | Mitchell Saulsby | 9/12/2006 | $520,000.00 | $553,895.63 | $585,000 as of 9/18/07 | 19498 HEBRON COURT RIVERSIDE, CA 92505 |
| 073878888 | Benjamin Silva Garcia | 9/13/2006 | $448,000.00 | $463,793.71 | $530,279 as of 6/14/07 | 6605 6607 S FIGUEROA STREET LOS ANGELES, CA 90003 |
| 073895322 | Ryan Smith | 9/25/2006 | $468,000.00 | $503,802.61 | $470,000 as of 9/18/07 | 32592 ARMOISE DRIVE WINCHESTER, CA 92596 |
| 073903827 | Ana Villa | 9/26/2006 | $596,000.00 | $626,027.99 | $650,000 as of 7/6/07 | 1567 QUIET TRAIL DRIVE CHULA VISTA, CA 91915 |
| 073902923 | Keith Reese | 9/20/2006 | $341,250.00 | $366,541.87 | $440,000 as of 7/5/07 | 2148 STOCKER STREET POMONA, CA 91767 |
| 073901595 | Miryam Gomez | 9/21/2006 | $272,000.00 | $288,901.19 | $267,750 as of 7/2/07 | 14527 YARROW COURT ADELANTO, CA 92301 |
| 073901058 | Mehmet Baksi | 9/14/2006 | $420,000.00 | $465,108.88 | $439,000 as of 4/22/07 | 28899 BOOTHBAY ROAD TEMECULA, CA 92591 |
| 073899338 | Gary Miller | 9/8/2006 | $476,000.00 | $518,427.02 | $428,000 as of 8/13/07 | 29188 MEANDERING CIRCLE MENIFEE, CA 92584 |
| 073899042 | Freddi Mims | 9/26/2006 | $296,000.00 | $310,128.97 | $378,000 as of 9/18/07 | 651 E 138TH ST LOS ANGELES, CA 90059 |
| 073899034 | Ricardo & Traci De Luna | 8/31/2006 | $420,800.00 | $458,919.40 | $465,000 as of 5/2/07 | 2249 DAFFODIL DRIVE PITTSBURG, CA 94565 |
| 073900562 | Mario Brito | 9/22/2006 | $248,000.00 | $269,909.81 | $310,000 as of 5/30/07 | 3390 STRONG STREET RIVERSIDE, CA 92501 |