# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant: Deutsche Bank National Trust Company, As Trustee For Morgan Stanley ABS Capital I Inc. Trust 2007-HE1 Mortgage Pass-Through Certificates, Series 2007-HE1*
*D&G Reference/Batch: 210208/15*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073874591 | Scott & Angela Mattingly | 8/21/2006 | $248,000.00 | $262,035.43 | $264,000 as of 7/30/07 | 1016 HOOK AVENUE ROSAMOND, CA 93560 |
| 073874199 | Julita Taloza | 8/31/2006 | $344,000.00 | $370,288.96 | $428,000 as of 5/23/07 | 16411 APPLEGATE DRIVE FONTANA, CA 92337 |
| 073870911 | Celestina Gabriel Tomas & Maria Agustin Gabriel | 8/24/2006 | $424,000.00 | $448,829.33 | $540,000 as of 5/18/07 | 108 SCOTIA LANE NOVATO, CA 94947 |
| 073859967 | Maria & Jose Franco | 8/22/2006 | $387,200.00 | $408,444.13 | $442,990 as of 5/15/07 | 157 ALABASTER LOOP PERRIS, CA 92571 |
| 073865278 | Leesa Ward | 7/20/2006 | $303,750.00 | $335,668.19 | $170,000 as of 5/28/07 | 1550 PARKER AVENUE TRACY, CA 95376 |
| 073862646 | Jose & Rosa Garcia | 6/7/2006 | $738,000.00 | $766,874.60 | $554,000 as of 9/14/07 | 243 AND 247 OLIVE STREET CLAREMONT, CA 91711 |
| 073892513 | Manuel Esquivel | 9/11/2006 | $600,000.00 | $641,912.32 | $725,000 as of 5/14/07 | 27014 MONTEREY AVENUE SANTA CLARITA, CA 91355 |
| 073888353 | Robert Siler | 8/31/2006 | $736,000.00 | $780,257.20 | $999,000 as of 4/1/07 | 13733 SMOKESTONE STREET RANCHO CUCAMONGA, CA 91739 |
| 073885128 | Bi Ling Chang | 9/11/2006 | $576,000.00 | $617,137.50 | $625,000 as of 4/30/07 | 28536 CASANAL MISSION VIEJO, CA 92692 |
| 073883800 | Marta Marca | 9/8/2006 | $527,200.00 | $560,049.44 | $550,000 as of 8/16/07 | 24226 JAGGER STREET LAKE FOREST, CA 92630 |
| 073881712 | Cristina Elizabeth Linares | 8/31/2006 | $320,000.00 | $345,815.43 | $367,000 as of 5/27/07 | 17967 LOST CANYON ROAD UNIT 70 FAIR OAKS RANCH, CA 91387 |
| 073880192 | Thu Thi Nguyen Tran & Phuong Huu Tran | 9/7/2006 | $187,200.00 | $198,604.83 | $180,000 as of 9/17/07 | 12054 SAND AVENUE UNIT A AND B ADELANTO, CA 92301 |
| 073887745 | Juan Salomon | 9/8/2006 | $252,000.00 | $277,856.06 | $245,000 as of 5/23/07 | 15511 JOJOBA LANE VICTORVILLE, CA 92394 |
| 073894818 | Dorothy & Lavel Burnside | 9/8/2006 | $316,000.00 | $332,221.85 | $325,000 as of 5/21/07 | 10000 HAMPTON OAK DRIVE ELK GROVE, CA 95624 |
| 073899554 | Antonio Alvarado | 9/7/2006 | $228,000.00 | $251,358.78 | $235,320 as of 5/14/07 | 11760 WOLCOTT STREET ADELANTO, CA 92301 |
| 073896842 | Christopher Beasley | 9/11/2006 | $241,600.00 | $258,873.49 | $265,000 as of 5/23/07 | 200 EAST ALESSANDRO BLVD 109 RIVERSIDE, CA 92508 |
| 073896666 | Marcela Perez | 9/8/2006 | $231,920.00 | $250,750.62 | $245,000 as of 5/8/07 | 1205 FAIRVIEW AVENUE COLTON, CA 92324 |

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073895466 | Batool Miskina | 9/6/2006 | $711,200.00 | $745,118.54 | $740,000 as of 8/20/07 | 1199 PACIFIC HIGHWAY 504 SAN DIEGO, CA 92101 |
| 073432808 | Maria G. Vargas | 7/31/2006 | $400,000.00 | $417,240.64 | $490,000 as of 8/29/07 | 639 LORANNE AVENUE UNIT A & B POMONA, CA 91767 |

-2-