# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

Movant: Deutsche Bank National Trust Company, As Trustee For Morgan Stanley ABS Capital I Inc. Trust 2006-NC5, Mortgage Pass-Through Certificates, Series 2006-NC5
DCG Reference/Batch: 210180/12

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073406124 | Rand & Ernestina Sargent | 7/20/2006 | $229,051.00 | $240,280.49 | $203,000 as of 6/16/07 | 13915 MARK DR<br>DESERT HOT SPRINGS, CA 92240 |
| 073404492 | Jose & Magda Santana | 8/7/2006 | $292,500.00 | $318,857.94 | $238,000 as of 9/13/07 | 1204 WEST POINT DRIVE<br>BAKERSFIELD, CA 93305 |
| 073402596 | Rigoberto Pallares | 7/26/2006 | $313,600.00 | $328,231.68 | $370,000 as of 6/16/07 | 4705 WARREN STREET<br>RIVERSIDE, CA 92503 |
| 073409693 | Rebecca Sanchez & Gabriel Rodriguez | 4/20/2006 | $340,000.00 | $368,179.57 | $390,000 as of 4/4/07 | 319 WEST ARROW HIGHWAY<br>POMONA, CA 91767 |
| 073387602 | Valerie Jara & Manuel Avalos | 7/7/2006 | $301,500.00 | $329,792.54 | $252,000 as of 9/13/07 | 1535 WEST COUNTRY CLUB DRIVE<br>STOCKTON AREA, CA 95204 |
| 073422695 | Eliza Green | 6/27/2006 | $195,500.00 | $210,330.40 | $200,000 as of 6/3/07 | 329 WEST GEARY STREET<br>FRESNO, CA 93706 |
| 073399924 | Charlene Leasure | 7/11/2006 | $242,000.00 | $257,019.48 | $249,950 as of 4/13/07 | 94 ISHI CIRCLE<br>SACRAMENTO, CA 95833 |
| 073399876 | Felipe & Claudia Jaime | 7/12/2006 | $296,000.00 | $312,012.01 | $359,000 as of 5/11/07 | 1014 WEBSTER STREET<br>REDLANDS, CA 92374 |
| 073398315 | Ramon Gutierrez | 7/26/2006 | $314,500.00 | $337,086.87 | $325,000 as of 6/12/07 | 6467 JUANRO WAY<br>RIVERSIDE, CA 92504 |
| 073391059 | Monica Murillo | 7/6/2006 | $446,250.00 | $483,848.50 | $439,950 as of 4/20/07 | 359 WEST AMAR STREET 1 2 3 4<br>SAN PEDRO, CA 90732 |
| 073442937 | Cheryl Jetton | 8/4/2006 | $292,000.00 | $314,287.24 | $320,000 as of 3/17/07 | 25292 SUGAR HILL ROAD<br>MORENO VALLEY, CA 92553 |
| 073432352 | Albert & Carol Ouellette | 7/31/2006 | $284,000.00 | $298,720.61 | $309,900 as of 6/13/07 | 3117 PEMBROKE DRIVE<br>MODESTO, CA 95350 |
| 073426735 | Adolfo & Virginia Heredia | 6/30/2006 | $368,000.00 | $391,999.03 | $456,000 as of 9/13/07 | 11024 MOLETTE STREET<br>NORWALK, CA 90650 |
| 073423815 | Deanna Kuehne | 6/30/2006 | $342,000.00 | $363,301.08 | $344,000 as of 4/15/07 | 15050 SHERMAN WAY #115<br>VAN NUYS, CA 91405 |
| 073439713 | Errol Pakenham | 7/31/2006 | $394,250.00 | $424,976.70 | $380,000 as of 3/29/07 | 361 BAHIA WAY<br>SAN RAFAEL, CA 94901 |
| 073438521 | Ofelia Martinez | 8/1/2006 | $178,500.00 | $192,673.52 | $225,000 as of 5/25/07 | 1826 9TH AVENUE<br>DELANO, CA 93215 |
| 073437496 | Joseph & Leah Turner | 8/3/2006 | $204,000.00 | $226,267.43 | $216,000 as of 9/13/07 | 7615 CAMINO COLEGIO<br>ROHNERT PARK, CA 94928 |

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073437280 | Hector & Frances Ramirez | 7/26/2006 | $367,500.00 | $392,000.93 | $430,000 as of 6/13/07 | 953 HOLLY AVE IMPERIAL BEACH, CA 91932 |
| 073436536 | Antonio Lopez & Rosa Calva | 8/1/2006 | $202,500.00 | $213,941.13 | $185,000 as of 7/20/07 | 7351 CALIFORNIA CITY BLVD CALIFORNIA CITY, CA 93505 |
| 073438705 | Cesar Victorino | 8/7/2006 | $391,500.00 | $411,533.95 | $385,000 as of 7/24/07 | 6422 WOODWARD AVE BELL, CA 90201 |
| 073293878 | Luis Valdovino | 6/16/2006 | $309,600.00 | $345,746.76 | $341,000 as of 9/13/07 | 26046 YEARLING COURT MORENO VALLEY, CA 92555 |
| 073403644 | Gilberto Martinez | 7/19/2006 | $268,000.00 | $286,560.00 | $375,000 as of 7/2/07 | 205 WESTLAKE DRIVE 3 SAN MARCOS, CA 92069 |
| 073421790 | Victor Renteria | 6/30/2006 | $456,000.00 | $485,026.37 | $503,000 as of 9/13/07 | 18908 CLAYCREST DRIVE CANYON COUNTRY, CA 91351 |
| 073406565 | David Johnson | 7/26/2006 | $588,000.00 | $635,511.81 | $585,000 as of 4/22/07 | 1053 SMITH WAY FOLSOM, CA 95630 |
| 073405884 | Kenneth Sass | 7/14/2006 | $480,000.00 | $518,762.23 | $350,000 as of 8/31/07 | 411 46TH STREET SACRAMENTO, CA 95819 |
| 073405508 | Melissa Tipping | 7/13/2006 | $644,000.00 | $692,003.03 | $600,000 as of 3/21/07 | 48 597 CLASSIC DRIVE UNIT 95 LA QUINTA, CA 92253 |
| 073407029 | Felix Lopez | 7/28/2006 | $356,800.00 | $388,655.83 | $423,000 as of 9/13/07 | 648 WEBER STREET POMONA, CA 91768 |
| 073407597 | Richard Kahng | 7/13/2006 | $660,000.00 | $711,519.90 | $729,000 as of 5/15/07 | 30 DALLAS STREET BUENA PARK, CA 90621 |
| 073403300 | Russell Paul Stoneberg | 8/4/2006 | $480,000.00 | $521,951.73 | $520,000 as of 3/13/07 | 10702 PUEBLA DRIVE LA MESA, CA 91941 |
| 073402660 | Pedro Lopez | 7/24/2006 | $248,000.00 | $272,523.19 | $280,000 as of 3/19/07 | 1248 WEST 7TH STREET SAN BERNARDINO, CA 92411 |
| 073402620 | Frank & Vickie Luyando | 7/17/2006 | $527,000.00 | $566,781.68 | $505,000 as of 4/18/07 | 17800 ARMINTA STREET RESEDA AREA, CA 91335 |
| 073401716 | Katrina Smith | 7/13/2006 | $416,000.00 | $448,141.14 | $490,000 as of 3/19/07 | 27716 FAIRMONT DRIVE MORENO VALLEY, CA 92555 |
| 073401580 | John Hackl | 7/20/2006 | $426,400.00 | $452,933.71 | $415,000 as of 5/14/07 | 1365 SEACOAST DR UNIT C IMPERIAL BEACH, CA 91932 |
| 073404812 | Mauricio Ramos | 7/25/2006 | $228,000.00 | $248,022.78 | $268,000 as of 9/13/07 | 1235 EAST D STREET 14 ONTARIO, CA 91764 |
| 073414582 | Gloria Herrerra | 7/6/2006 | $512,000.00 | $549,325.81 | $608,000 as of 9/13/07 | 327 SAN VICENTE LANE ANAHEIM, CA 92807 |

-2-

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073420502 | Jose Hernandez | 7/10/2006 | $396,000.00 | $415,180.93 | $485,000 as of 5/11/07 | 7059 SAN MARCUS STREET PARAMOUNT, CA 90723 |
| 073406917 | Yeon Ja Sheen | 8/10/2006 | $424,000.00 | $463,606.81 | $505,000 as of 9/13/07 | 1033 CREEKSIDE DR UNIT 187 FULLERTON, CA 92833 |
| 073415198 | Maria Socorro Menez | 6/19/2006 | $662,400.00 | $715,846.86 | $750,000 as of 3/30/07 | 2525 RUDY ST ROWLAND HEIGHTS AREA, CA 91748 |
| 073412789 | Leesa Marie Palacious | 5/25/2006 | $760,000.00 | $802,689.80 | $559,000 as of 6/8/07 | 1150 WEST 16TH STREET SAN PEDRO, CA 90731 |
| 073411949 | Pablo Morales | 6/14/2006 | $412,000.00 | $435,784.06 | $415,000 as of 5/18/07 | 1971 PARKSIDE DR TRACY, CA 95376 |
| 073408221 | Cristina Gomez | 7/18/2006 | $252,800.00 | $278,136.48 | $280,000 as of 3/26/07 | 1022 EAST BROCKTON AVENUE REDLANDS, CA 92374 |
| 073415542 | Francisco & Marina Quinonez | 6/30/2006 | $674,320.00 | $718,849.37 | $720,000 as of 3/20/07 | 3210 N BHUPINDER SAHOTA COURT MERCED, CA 95340 |
| 073386178 | Silva Ventura | 7/13/2006 | $272,000.00 | $304,593.90 | $399,000 as of 9/13/07 | 1953 EAST 115TH STREET LOS ANGELES, CA 90059 |
| 073390795 | Robert Gonzalez | 6/29/2006 | $588,000.00 | $637,958.70 | $630,000 as of 7/26/07 | 10305 EGLISE AVENUE DOWNEY, CA 90241 |
| 073396907 | Ricky Spurlock | 6/30/2006 | $376,000.00 | $409,207.65 | $370,000 as of 9/1/07 | 4816 NORTH FIRCROFT AVENUE COVINA, CA 91722 |
| 073399668 | Toni Luna | 7/10/2006 | $313,600.00 | $342,222.27 | $325,000 as of 5/8/07 | 3851 ALBILLO LOOP PERRIS, CA 92571 |
| 073399028 | Richard Prado & Sonia Cortez | 7/14/2006 | $520,000.00 | $561,729.87 | $600,000 as of 3/14/07 | 10280 MEADOW LANE SAN JOSE, CA 95127 |
| 073397667 | Grace Luu | 8/8/2006 | $376,000.00 | $405,342.38 | $461,000 as of 9/13/07 | 1030 E ELGENIA AVE WEST COVINA, CA 91790 |
| 073397499 | Fernando Orosco Velasco & Guadalupe Sanchez | 7/14/2006 | $272,000.00 | $290,613.25 | $295,000 as of 6/12/07 | 5333 ELM AVENUE SAN BERNARDINO, CA 92404 |
| 073395339 | Jorge Guizado | 7/19/2006 | $444,000.00 | $472,415.94 | $515,000 as of 6/14/07 | 609 NEWCASTLE IRVINE, CA 92620 |
| 073394331 | Ofelia Torres | 7/31/2006 | $399,415.00 | $423,373.47 | $439,000 as of 5/24/07 | 25458 LACEBARK DRIVE MURRIETA, CA 92563 |
| 073393939 | Terral Santiel Jr | 7/11/2006 | $640,000.00 | $709,390.93 | $739,000 as of 3/18/07 | 13080 PACIFIC PROMENADE #309 PLAYA VISTA AREA, CA 90094 |
| 073392307 | Devin Wright | 6/29/2006 | $528,000.00 | $567,751.67 | $535,000 as of 5/22/07 | 13515 ANCHOR DRIVE VICTORVILLE, CA 92392 |

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073397659 | Isaac Mejia | 7/21/2006 | $448,000.00 | $475,747.06 | $530,000 as of 3/23/07 | 1521 GINA DRIVE OXNARD, CA 93030 |
| 073445545 | Joel & Luz Sanchez | 8/3/2006 | $500,000.00 | $536,646.60 | $560,000 as of 3/26/07 | 8441 BEETHOVEN DRIVE BUENA PARK, CA 90621 |
| 073421150 | Russell Leavitt | 8/7/2006 | $408,000.00 | $443,836.68 | $490,000 as of 5/19/07 | 1110 MINARETS AVENUE CLOVIS, CA 93611 |
| 073445625 | Evelyn Ruiz | 8/3/2006 | $350,400.00 | $371,334.94 | $370,000 as of 5/11/07 | 29769 PAINTED DESERT DRIVE MENIFEE, CA 92584 |
| 073445305 | Elias Ochoa | 8/2/2006 | $476,800.00 | $505,958.49 | $514,900 as of 6/12/07 | 40317 SADDLEBROOK STREET MURRIETA, CA 92563 |
| 073445169 | Olabisi Taylor | 8/10/2006 | $532,000.00 | $553,433.04 | $575,000 as of 6/15/07 | 15 CALLE ARCOS RANCHO SANTA MARGARIT, CA 92688 |
| 073444953 | Julio Serrano Villa | 8/3/2006 | $740,000.00 | $806,473.22 | $560,000 as of 4/13/07 | 4739 PANORAMA DRIVE SAN DIEGO, CA 92116 |
| 073443513 | Theresa & Robert McKay | 7/31/2006 | $488,000.00 | $536,325.80 | $519,000 as of 9/13/07 | 549 GALWAY COURT VACAVILLE, CA 95688 |
| 073442969 | Manuel Dominguez Mendez | 8/7/2006 | $340,000.00 | $370,213.30 | $404,000 as of 9/13/07 | 222 SOUTH LEMON AVENUE AZUSA, CA 91702 |
| 073442401 | Darrell Sherman | 8/1/2006 | $351,992.00 | $369,359.24 | $395,000 as of 4/13/07 | 13780 BUTTERMILK ROAD VICTORVILLE, CA 92392 |
| 073441257 | Sergio Souza | 8/7/2006 | $437,000.00 | $477,899.23 | $400,000 as of 5/8/07 | 14090 VALLEY FORGE COURT FONTANA, CA 92336 |
| 073425727 | Rosa & Juan Ramos | 6/30/2006 | $399,960.00 | $433,773.48 | $489,000 as of 5/12/07 | 202 CEDARGATE LANE SAN JOSE, CA 95136 |
| 073432976 | Jae Geol Jung | 8/10/2006 | $524,000.00 | $578,026.89 | $525,000 as of 3/22/07 | 3749 1ST AVENUE GLENDALE, CA 91214 |
| 073431992 | Teri Lynn Todd | 6/28/2006 | $608,000.00 | $652,275.88 | $609,500 as of 5/12/07 | 14968 GENOA DRIVE FONTANA, CA 92336 |
| 073431944 | Catarino Lopez | 7/6/2006 | $301,600.00 | $329,381.56 | $330,000 as of 4/15/07 | 10371 PENDELTON STREET RIVERSIDE, CA 92505 |
| 073429423 | Michelle Marie Medeiros | 7/6/2006 | $326,400.00 | $352,399.20 | $407,000 as of 4/22/07 | 1055 NORTH CAPITOL AVENUE #48 SAN JOSE, CA 95133 |
| 073435304 | Helen Leach | 7/26/2006 | $319,200.00 | $347,105.89 | $385,000 as of 3/7/07 | 2081 DANVERS WAY SACRAMENTO, CA 95832 |
| 073425575 | Eugenia San Vicente | 8/7/2006 | $264,000.00 | $276,703.64 | $235,900 as of 6/29/07 | 11692 HEACOCK STREET MORENO VALLEY, CA 92557 |

-4-

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073423999 | Federico & Belia Velazquez | 7/28/2006 | $336,000.00 | $365,680.31 | $355,000 as of 6/19/07 | 29134 CALCITE STREET MENIFEE, CA 92584 |
| 073423959 | Edgar Minoz | 6/22/2006 | $348,000.00 | $382,742.32 | $355,000 as of 6/19/07 | 622 VINE ST LOS BANOS, CA 93635 |
| 073423863 | Michael Mertes | 7/5/2006 | $200,000.00 | $221,149.13 | $250,000 as of 9/13/07 | 851 COTTONWOOD RD BANNING, CA 92220 |
| 073423279 | Eun Jung Suh | 7/11/2006 | $344,000.00 | $378,289.58 | $436,000 as of 9/13/07 | 2442 NORTH FILLMORE AVENUE RIALTO, CA 92377 |
| 073423119 | Pedro Jimenez | 7/11/2006 | $609,900.00 | $648,089.64 | $535,000 as of 6/5/07 | 1721 SOUTH VAN NESS AVENUE SANTA ANA, CA 92707 |
| 073428887 | Raymond Ramirez | 6/23/2006 | $352,000.00 | $373,559.91 | $399,000 as of 5/14/07 | 1796 SOMERSBY LANE CERES, CA 95307 |
| 073440585 | Frank & Ninoska Ortiz | 8/4/2006 | $495,000.00 | $546,286.47 | $419,000 as of 5/18/07 | 4437 WATERMOOR DRIVE RIVERSIDE, CA 92505 |
| 073440441 | Marcediana Sari | 7/28/2006 | $540,000.00 | $595,583.95 | $664,000 as of 9/14/07 | 922 924 BEULAH ST GLENDALE, CA 91202 |
| 073440105 | John Wisener | 7/27/2006 | $556,000.00 | $609,454.26 | $550,540 as of 3/15/07 | 10224 JENNY LYNN WAY ELK GROVE, CA 95757 |
| 073439297 | Rigoberta Magallon De Perez | 7/27/2006 | $218,400.00 | $236,550.10 | $259,000 as of 3/31/07 | 16175 COOLWATER AVENUE LAKE LOS ANGELES, CA 93591 |
| 073434408 | Sean Pernell | 7/20/2006 | $571,200.00 | $623,480.22 | $645,000 as of 3/30/07 | 10975 CALODEN STREET OAKLAND, CA 94605 |
| 073438352 | Felicitas Valenzuela | 7/26/2006 | $450,400.00 | $472,312.09 | $499,000 as of 5/25/07 | 861 NASH RD HOLLISTER, CA 95023 |
| 073438216 | Marguerite White | 7/31/2006 | $586,500.00 | $650,972.05 | $578,000 as of 9/14/07 | 855 W SUNSET BOULEVARD A & B HAYWARD, CA 94541 |
| 073435672 | Ignacio Martinez | 8/7/2006 | $569,500.00 | $607,190.87 | $575,000 as of 4/16/07 | 717 MIDDLEFIELD RD SALINAS, CA 93906 |
| 073424711 | Maria Lopez & Nidia Fernandez | 6/30/2006 | $230,400.00 | $252,576.09 | $255,000 as of 3/28/07 | 16364 LLANADA AVENUE VICTORVILLE, CA 92394 |
| 073432880 | Andrew Edward Rich | 7/26/2006 | $132,000.00 | $139,995.80 | $165,000 as of 7/30/07 | 61945 GRAND VIEW CIRCLE JOSHUA TREE, CA 92252 |
| 073388682 | Jesus Ayala Velazquez | 7/10/2006 | $369,000.00 | $397,897.87 | $375,000 as of 5/12/07 | 10925 CROESUS AVENUE LOS ANGELES, CA 90059 |
| 073441153 | Jeffrey & Nicole Johnston | 8/4/2006 | $382,000.00 | $408,634.48 | $380,000 as of 8/12/07 | 3879 ARROWHEAD DRIVE EL DORADO HILLS, CA 95762 |

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073404860 | Jackie Hall | 7/18/2006 | $172,400.00 | $181,051.56 | $203,000 as of 7/12/07 | 209 IXTAPA DRIVE BAKERSFIELD, CA 93307 |
| 0734335968 | Bordenave Hope | 7/21/2006 | $318,500.00 | $331,854.63 | $399,000 as of 6/11/07 | 2911 ALTA MIRA DR RICHMOND, CA 94806 |