# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)
*Movant: Consumer Solution REO LLC*
*D&G Reference/Batch: 210205/1*

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073300095 | Brooklynn Huffman & James Clark | 6/15/2006 | $480,000.00 | $534,083.29 | $540,000 as of 4/20/07 | 24080 SAFIRO COURT WILDOMAR, CA 92595 |
| 073298975 | Carmen Chardon | 6/15/2006 | $378,400.00 | $413,311.69 | $460,000 as of 5/4/07 | 1103 CALLE MALAGA DUARTE, CA 91010 |
| 073290014 | Fernando Hernadez | 7/30/2006 | $284,000.00 | $312,699.48 | $288,000 as of 9/6/07 | 12081 CALLE DE MEDIO UNIT 113 EL CAJON, CA 92019 |
| 073868102 | Inthanong Kepsaat | 8/31/2006 | $592,000.00 | $651,504.02 | $470,000 as of 5/25/07 | 8904 NORTH WOODROW AVENUE FRESNO, CA 93720 |
| 073895154 | Monique Jefferson | 8/31/2006 | $336,000.00 | $359,589.29 | $425,000 as of 5/13/07 | 4104 WEST 29TH STREET LOS ANGELES, CA 90016 |
| 073873639 | Pablo Torres | 9/1/2006 | $378,000.00 | $401,251.09 | $410,000 as of 7/8/07 | 1200 EAST PALMER STREET COMPTON, CA 90221 |
| 073875911 | Mark Mallari | 8/28/2006 | $520,000.00 | $551,360.01 | $625000 as of 6/8/07 | 27452 LOS BANOS MISSION VIEJO, CA 92691 |
| 073860677 | Harold Alexander | 8/31/2006 | $440,000.00 | $488,317.88 | $425000 as of 8/7/07 | 18324 CLARK STREET UNIT 102 LOS ANGELES, CA 91356 |
| 073870863 | Arnoldo Ayala | 8/31/2006 | $308,000.00 | $333,239.13 | $320,000 as of 3/28/07 | 3491 HIDALGO DRIVE SAN BERNARDINO, CA 92404 |
| 073893233 | Patricia Johnson | 9/6/2006 | $169,150.00 | $186,001.69 | $199,000 as of 6/26/07 | 3166 FRANKLIN ST ANDERSON, CA 96007 |
| 073890081 | Maximino Hernandez & Heide Castellanos | 9/22/2006 | $318,400.00 | $341,586.97 | $327,000 as of 6/20/07 | 8706 EAST AVENUE T10 LITTLEROCK, CA 93543 |
| 073875743 | Balinda Hutchins | 9/8/2006 | $440,000.00 | $481,555.43 | $450,000 as of 4/2/07 | 2822 OLIVE AVE ALTADENA AREA, CA 91001 |
| 073878064 | Raphael Ben Abu | 8/29/2006 | $428,000.00 | $469,325.62 | $510,000 as of 6/10/07 | 2025 4TH STREET 206A SANTA MONICA, CA 90405 |
| 073903531 | Richard White | 9/26/2006 | $599,200.00 | $654,061.74 | $700,000 as of 6/26/07 | 1396 SUNFLOWER LANE BRENTWOOD, CA 94513 |
| 073900074 | Jamonne Bullock | 9/21/2006 | $572,000.00 | $626,666.18 | $670,000 as of 5/14/07 | 2479 CROKER WAY ANTIOCH, CA 94531 |
| 073898626 | James & Peggy Breitenfeldt | 9/8/2006 | $420,000.00 | $454,884.42 | $500,000 as of 6/21/07 | 112 SHARON COURT FOLSOM, CA 95630 |

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073406621 | Luis Orizabal | 7/31/2006 | $354,400.00 | $400,322.13 | $406,000 as of 3/28/07 | 39535 ROWAN COURT PALMDALE, CA 93551 |
| 073406597 | Yuzi Jin | 7/28/2006 | $452,000.00 | $502,620.29 | $490,000 as of 4/18/07 | 443 SOUTH GRAMERCY PLACE #B LOS ANGELES, CA 90020 |
| 073420830 | Pablo Suazo | 6/27/2006 | $440,000.00 | $479,309.68 | $505,000 as of 6/11/07 | 10019 COVEY LANE ESCONDIDO, CA 92026 |
| 073420630 | Vanessa Wilson | 7/17/2006 | $332,000.00 | $367,025.02 | $340,000 as of 6/11/07 | 42336 LA GABRIELLA DR QUARTZ HILL, CA 93536 |
| 073417902 | Maria Rocio Hernandez | 7/10/2006 | $361,000.00 | $399,485.96 | $305,000 as of 3/30/07 | 828 EAST BOONE ST 13 SANTA MARIA, CA 93454 |
| 073416422 | Anthony & Annmarie Perry | 7/14/2006 | $280,000.00 | $309,160.55 | $257,500 as of 4/21/07 | 3942 HOGUE AVE STOCKTON, CA 95204 |
| 073415726 | Christopher & Jennifer Slamer | 6/26/2006 | $255,200.00 | $282,843.86 | $335,000 as of 3/29/07 | 2045 WEST UNIVERSAL AVENUE SAN BERNARDINO, CA 92407 |
| 073400092 | Brenton Taffe | 7/3/2006 | $479,200.00 | $532,807.41 | $510,000 as of 4/16/07 | 2639 SOUTH KERCKHOFF AVENUE SAN PEDRO, CA 90731 |
| 073411837 | Justin Linder | 4/28/2006 | $510,400.00 | $544,907.83 | $486,000 as of 9/6/07 | 3093 EVERGLADE AVENUE CLOVIS, CA 93619 |
| 073410021 | Estella Manor & Loretta Beaulieu | 6/16/2006 | $304,300.00 | $345,748.28 | $340,000 as of 7/25/07 | 1121 OBISPO AVENUE UNIT 213 LONG BEACH, CA 90804 |
| 073387786 | Juan Hernandez | 7/7/2006 | $392,000.00 | $438,840.76 | $450,000 as of 7/15/07 | 2003 GOODALL AVENUE AREA OF DUARTE, CA 91010 |
| 073386554 | Rhonda Mercer | 7/6/2006 | $476,664.00 | $536,142.98 | $550,000 as of 8/30/07 | 16243 SUN GLORY WAY FONTANA, CA 92336 |
| 073401052 | Elisa Danielle Jaramillo | 7/11/2006 | $352,000.00 | $386,026.47 | $465,633 as of 4/3/07 | 6907 LINCOLN AVE CARMICHAEL, CA 95608 |
| 073310440 | Eiliyah Ali | 6/29/2006 | $404,000.00 | $456,285.51 | $445,000 as of 3/27/07 | 1926 AUTUMN OAK PLACE STOCKTON, CA 95209 |
| 073396555 | Thomas Taylor | 6/30/2006 | $664,000.00 | $718,616.34 | $770,000 as of 7/30/07 | 206 HAZELRIDGE COURT SIMI VALLEY, CA 93065 |
| 073395243 | Charles Stell | 7/12/2006 | $340,000.00 | $377,407.15 | $380,000 as of 5/31/07 | 10974 HICKORY STREET LOS ANGELES, CA 90059 |

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073438433 | Maria Ochoa | 7/31/2006 | $492,000.00 | $547,106.49 | $535,000 as of 4/3/07 | 37545 NEWCASTLE ROAD MURRIETA, CA 92563 |
| 073434816 | Felix Morales | 7/31/2006 | $292,000.00 | $322,122.29 | $289,000 as of 3/27/07 | 619 WEST JUNE STREET RIALTO, CA 92376 |
| 073441521 | Joseph Pulido | 8/3/2006 | $500,000.00 | $539,321.50 | $648,000 as of 3/30/07 | 1531 9TH STREET OAKLAND, CA 94607 |
| 073890233 | Rogelio Gallegos | 8/30/2006 | $316,000.00 | $340,757.17 | $340,000 as of 3/31/07 | 1813 COVENTRY GARDEN WAY MODESTO, CA 95358 |
| 073885945 | Salvador Armando Esquivel | 8/28/2006 | $429,600.00 | $470,980.56 | $473,000 as of 3/28/07 | 11459 WARM SPRINGS WAY YUCAIPA, CA 92399 |
| 074126287 | Reza Assakereh | 10/30/2006 | $668,000.00 | $707,027.72 | $715,000 as of 4/13/07 | 28791 VISTA ALISO ROAD LAKE FOREST, CA 92679 |
| 074100387 | Juan Ledezma Espinoza | 10/27/2006 | $324,000.00 | $347,987.30 | $528,000 as of 3/31/07 | 7808 1/2 S WESTERN AVE LOS ANGELES, CA 90047 |
| 074099739 | Derrick Peters | 10/23/2006 | $624,000.00 | $656,377.15 | $615,000 as of 5/26/07 | 40948 RIDGEGATE LANE PALMDALE, CA 93551 |
| 074097587 | Luis Ledezma & Rosa Rodriguez | 9/28/2006 | $661,600.00 | $719,706.90 | $860,000 as of 3/30/07 | 281 WINDTREE AVENUE THOUSAND OAKS, CA 91320 |
| 074116941 | Maria Capulis | 10/26/2006 | $494,800.00 | $525,808.75 | $620,000 as of 4/16/07 | 592 SOUTH STREET GLENDALE, CA 91202 |
| 074111333 | Jesus Velis Bonilla | 10/17/2006 | $616,000.00 | $651,010.88 | $699,000 as of 3/27/07 | 493 SUNRISE PLACE MARINA, CA 93933 |
| 073435624 | Sonya Mojica | 7/27/2006 | $243,000.00 | $264,616.05 | $227,000 as of 4/7/07 | 8801 HAUPT AVENUE BAKERSFIELD, CA 93306 |
| 074091698 | Kerry Chby | 9/26/2006 | $408,000.00 | $450,010.42 | $420,300 as of 3/31/07 | 3917 EAU CLAIRE AVENUE CERES, CA 95307 |
| 074103236 | Marsha L Bellar | 10/13/2006 | $238,000.00 | $259,501.54 | $234,000 as of 3/31/07 | 231 EAST 3RD STREET SAN JACINTO, CA 92583 |
| 074116125 | Monica Beasley Bryant | 10/30/2006 | $330,000.00 | $354,369.53 | $390,000 as of 3/28/07 | 262 HOLLY DRIVE FAIRFIELD, CA 94533 |
| 74118678 | Kimberly Deneise Neither | 10/26/2006 | $369,600.00 | $396,225.05 | $370,000 as of 3/29/07 | 3165 SANDSTONE CT PALMDALE, CA 93551 |

-3-

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 074097531 | Ki Han Jeong | 9/19/2006 | $423,200.00 | $461,081.50 | $445,000 as of 8/28/07 | 9576 MINA AVENUE WHITTIER, CA 90605 |
| 074125895 | Hubert Duchene | 10/26/2006 | $548,000.00 | $593,464.57 | $570,000 as of 8/24/07 | 28895 CHATHAM LANE TEMECULA, CA 92592 |
| 074105012 | Digna Benitez | 10/26/2006 | $612,000.00 | $661,100.18 | $750,000 as of 3/27/07 | 17808 17810 COKE AVE BELLFLOWER, CA 90706 |
| 74096643 | Michael Wood | 9/28/2006 | $648,000.00 | $707,816.21 | $680,000 as of 6/13/07 | 26481 CANCION DRIVE MISSION VIEJO, CA 92691 |
| 074099755 | Kim A Artiaga | 10/12/2006 | $235,450.00 | $259,527.93 | $210,000 as of 3/27/07 | 604 N ARGONAUT ST STOCKTON, CA 95203 |
| 074103716 | Mark & Julie Elkins | 9/29/2006 | $262,792.00 | $276,745.40 | $364,000 as of 4/10/07 | 13683 KITTY HAWK STREET VICTORVILLE, CA 92392 |
| 074093034 | Jason White | 9/27/2006 | $531,250.00 | $575,504.58 | $520,000 as of 3/30/07 | 17161 GREENRIDGE ROAD HIDDEN VALLEY LAKE, CA 95467 |
| 074099491 | Maria Elena Navarro Canez | 9/28/2006 | $581,000.00 | $621,870.00 | $538,000 as of 3/28/07 | 1966 GAYDON AVENUE SAN GABRIEL, CA 91776 |
| 074093947 | Queenie Ann Orteza | 9/13/2006 | $708,000.00 | $761,343.89 | $690,000 as of 3/30/07 | 3104 SADDLE DRIVE HAYWARD, CA 94541 |
| 074109100 | Rita Paul | 10/20/2006 | $392,000.00 | $423,511.32 | $333,000 as of 8/15/07 | 42118 55TH STREET WEST QUARTZ HILL AREA, CA 93536 |
| 074126847 | O David Rodriguez | 10/30/2006 | $441,000.00 | $470,318.31 | $355,000 as of 7/24/07 | 6228 LAKE ALTURAS AVENUE SAN DIEGO, CA 92119 |