# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant: Deutsche Bank National Trust Company, Trustee, On Behalf Of The Certificate Holders Of G.S.A.A Home Equity Trust 2004-09 asset-Backed Certificates, Series 2004-9 D&G Reference/Batch: 210207/2*

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 037882425 | Jeff D Samuel | 6/16/2004 | $465,600.00 | $502,052.65 | $591,000 as of 9/6/07 | 812 LAUREL COURT RODEO, CA 94572 |
| 037889778 | Stacey Delellis & Frank Wells | 7/23/2004 | $244,000.00 | $261,708.56 | $215,000 as of 5/15/07 | 1131 DECKER STREET UNIT A EL CAJON, CA 92019 |
| 037888162 | Epigmenia Contreras | 7/21/2004 | $206,400.00 | $217,513.39 | $315,000 as of 5/13/07 | 6819 BUTLER COURT STOCKTON, CA 95219 |
| 037887986 | Mark Hess & Kerrie Klutts | 7/28/2004 | $283,200.00 | $320,297.44 | $379,900 as of 5/3/07 | 18925 APPLEWOOD WAY LAKE ELSINORE, CA 92530 |
| 037887426 | John Pollack & Allison McCann | 7/9/2004 | $284,000.00 | $305,918.80 | $280,000 as of 3/26/07 | 9869 CASPI GARDENS DR # 7 SANTEE, CA 92071 |
| 037882466 | William Dederichs | 6/23/2004 | $484,500.00 | $610,125.01 | $540,000 as of 7/13/07 | 556 EAST DALTON AVENUE GLENDORA, CA 91741 |
| 037881881 | Matthew Bogle | 6/28/2004 | $212,400.00 | $239,921.96 | $280,000 as of 3/27/07 | 315 S CALIFORNIA AVENUE MANTECA, CA 95336 |
| 037880673 | Benito Camacho Zarco | 5/14/2004 | $340,000.00 | $373,944.26 | $477,000 as of 9/6/07 | 1804 SANSONE DRIVE SANTA ROSA, CA 95403 |
| 037880145 | Brent Medearis | 7/13/2004 | $300,000.00 | $311,912.30 | $449,900 as of 6/16/07 | 1024 COPPER PARK LANE MODESTO, CA 95355 |
| 037878801 | Brian Shinn | 7/2/2004 | $246,400.00 | $292,707.23 | $312,000 as of 9/6/07 | 29835 CORTE CRUZADA MENIFEE, CA 92584 |
| 037886610 | Victor Jimenez | 7/6/2004 | $315,000.00 | $347,100.69 | $510,000 as of 6/23/07 | 52 BAYLOR LANE PLEASANT HILL, CA 94523 |