# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant: Deutsche Bank National Trust Company On Behalf Of The CertificateHolders Morgan Stanley ABS Capital I Inc. Trust 2005-NC2 Mortgage Pass Through Certificates, Series 2005-NC2*
*D&G Reference/Batch: 210192/4*

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 069974419 | Mohammad Parwani | 12/29/2004 | $327,000.00 | $346,581.05 | $469,000 as of 4/17/07 | 10161 FRANK GREG WAY ELK GROVE, CA 95758 |
| 069961802 | Hussein H Khalil | 12/29/2004 | $281,600.00 | $305,787.71 | $260,000 as of 5/23/07 | 5482 ADOBE FALLS RD # 16 SAN DIEGO, CA 92120 |
| 069947072 | Jesse Romo | 12/29/2004 | $232,000.00 | $260,598.29 | $319,000 as of 3/17/07 | 5737 PRINCE NORMAN WAY RIVERBANK, CA 95367 |
| 069922453 | Adrian Marquez | 12/22/2004 | $155,550.00 | $163,228.96 | $260,000 as of 4/16/07 | 186 WEST WALNUT AVENUE #E RIALTO, CA 92376 |
| 069942119 | Gabriel Villabeytia | 12/30/2004 | $228,000.00 | $230,952.57 | $286,000 as of 5/18/07 | 6512 DAWSON WAY SACRAMENTO, CA 95823 |
| 069978676 | Abdul & Habibah Obaid | 1/5/2005 | $240,000.00 | $248,702.04 | $350,000 as of 5/10/07 | 14019 ORIZABA AVE # 6 PARAMOUNT, CA 90723 |
| 069955953 | Nicole Dill | 12/28/2004 | $620,000.00 | $67,739,421.00 | $650,000 as of 8/10/07 | 398 HAINES ST #1 SAN DIEGO, CA 92109 |
| 069948816 | Jose Hernandez | 12/17/2004 | $260,000.00 | $287,825.32 | $360,000 as of 6/11/07 | 1364 TEMPRA PLACE CHULA VISTA, CA 91911 |
| 069948416 | Kristen Burgess | 12/13/2004 | $521,600.00 | $584,199.98 | $489,000 as of 9/6/07 | 6455 LA JOLLA BLVD # 317 SAN DIEGO, CA 92037 |
| 069940383 | Maria Manzano Zayas | 12/2/2004 | $348,000.00 | $356,494.65 | $395,000 as of 6/9/07 | 2069 E LINCOLN AVENUE ESCONDIDO, CA 92027 |
| 069984933 | Eliosa O Bellah | 12/30/2004 | $615,200.00 | $640,512.77 | $699,000 as of 7/18/07 | 76 4316 LEILANI ST KAILUA KONA, HI 96740 |