IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS, INC.,
et al.,

            Debtor.

Chapter 11
Case No. 07-10416-KJC

### ORDER TERMINATING AUTOMATIC STAY
### UNDER SECTION 362 OF THE BANKRUPTCY CODE
*(relates to Docket No. 3106)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under
Section 362 of the Bankruptcy Code (the "Motion") filed by HSBC Bank USA, National
Association For The Benefit Of ACE Securities Corp. Home Equity Loan Trust, Series
2006-NC2 ("Movant"), and any response thereto; the Court having determined that (A)
the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B)
this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant
to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of
Service is adequate under the circumstances; and the Court having further determined
that the Debtor does not have an interest in each parcel of real property listed on **Exhibit
A** hereof (each a "Property," and collectively, the "Properties") and that the Debtor's
interest in each of the Properties, if any, is not necessary to an effective reorganization;
and the Court having further determined that cause exists to grant Movant relief from the
automatic stay with respect to the Properties because Movant's interest in the Properties
is not adequately protected; it is HEREBY ORDERED as follows:

1.      The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2.      To the extent that the automatic stay is applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d), with respect to Movant's interest in the Properties.  Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.      This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: _Oct 19, 2007_
            Wilmington, Delaware

_____
HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE