# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)

Movant: Deutsche Bank National Trust Company On Behalf Of The Certificate Holders GSAMP Trust 2005-HE3, Mortgage Pass-Through Certificates, Series 2005-HE3
DCwG Reference/Batch: 210191/5

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 070091290 | Nancy & Rickey Albitre | 1/31/2005 | $300,000.00 | $304,744.21 | $515,000 as of 9/6/07 | 7131 BLOSSOM COURT PICO RIVERA, CA 90660 |
| 070083977 | John Martin | 1/28/2005 | $368,000.00 | $429,876.49 | $465,000 as of 9/6/07 | 18306 LUCAS AVENUE SONOMA, CA 95476 |
| 070083497 | Mario Garcia | 1/28/2005 | $475,816.00 | $501,307.90 | $540,000 as of 3/17/07 | 1848 SAN ESTEBAN ROSEVILLE, CA 95747 |
| 070083441 | Michele Jean Colombo | 12/28/2004 | $520,000.00 | $557,294.38 | $589,000 as of 9/7/07 | 4829 ECHO RIDGE RD ROCKLIN, CA 95677 |
| 070082721 | Donald Lopez | 12/8/2004 | $404,000.00 | $420,021.02 | $520,000 as of 8/13/07 | 24032 COTTAGE CIRCLE VALENCIA, CA 91354 |
| 070082473 | Jose Munguia | 1/27/2005 | $288,000.00 | $311,473.54 | $339,000 as of 5/21/07 | 41502 AVENIDA DE LA REINA TEMECULA, CA 92592 |
| 070095763 | Ronald & Penny Blackledge | 12/21/2004 | $444,600.00 | $481,348.86 | $475,000 as of 5/26/07 | 8926 WOOD LILY WAY ELK GROVE, CA 95757 |
| 070086609 | Pisey Phe | 2/3/2005 | $521,600.00 | $552,499.61 | $550,000 as of 7/23/07 | 742 WILDROSE AVENUE MONROVIA, CA 91016 |
| 070082617 | Rosemarie Clark | 1/24/2005 | $276,000.00 | $315,642.49 | $225,000 as of 8/20/07 | 8289 MELROSE LN EL CAJON, CA 92021 |