# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

Movant: HSBC Bank USA, National Association On Behalf Of The Trust Fund And For The Benefit Of ACE Securities Corp. Home Equity Loan Trust, Series 2005-HE4 Asset Backed Pass-Through Certificates

D&G Reference/Batch: 210190/6

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 071471464 | Guadalupe Cortez Cortez | 4/28/2005 | $229,500.00 | $250,231.34 | $250,000 as of 3/26/07 | 6509 MONITOR STREET BAKERSFIELD, CA 93307 |
| 071473920 | Terrence Wilson | 4/28/2005 | $390,150.00 | $409,107.68 | $442,000 as of 8/16/07 | 6356 CASERTA COURT PALMDALE, CA 93552 |
| 071450997 | Martha Hernandez | 4/6/2005 | $296,000.00 | $324,674.38 | $390,000 as of 5/12/07 | 44034 COUNTRYSIDE DRIVE LANCASTER, CA 93536 |
| 071466343 | Edgar Palacios | 4/29/2005 | $368,000.00 | $406,519.94 | $550,000 as of 9/11/07 | 526 & 526 1/2 E AVE 39 LOS ANGELES, CA 90031 |
| 071465367 | Gustavo Climaco & Zonia Martinez | 4/20/2005 | $380,000.00 | $393,916.27 | $399,000 as of 8/17/07 | 2256 TRUCKEE DR SANTA ROSA, CA 95401 |
| 071464063 | Arnold & Shirley Arend | 4/20/2005 | $183,600.00 | $210,805.11 | $257,000 as of 9/7/07 | 45742 FIG AVE LANCASTER, CA 93534 |
| 071462191 | Jesus Contreras | 4/7/2005 | $269,600.00 | $282,631.23 | $285,900 as of 8/26/07 | 6418 EL CAPITAN CIR STOCKTON, CA 95210 |
| 071460254 | Dina Reyes & Miguel Angel Alvarez | 4/21/2005 | $300,000.00 | $320,356.88 | $295,000 as of 8/1/07 | 704 HARRISON DRIVE RICHMOND, CA 94806 |
| 071459486 | Fred Ochoa | 4/22/2005 | $173,600.00 | $188,815.06 | $206,000 as of 4/26/07 | 1990 PEABODY ROAD UNIT 2 VACAVILLE, CA 95687 |
| 071451005 | Miguel Cortez | 3/31/2005 | $337,600.00 | $351,016.40 | $355,000 as of 7/17/07 | 4782 GARDENIA STREET OCEANSIDE, CA 92057 |
| 071450941 | Eric L Greene III | 4/14/2005 | $364,000.00 | $403,686.52 | $510,000 as of 4/13/07 | 5434 CHELSEY AVE LOS ANGELES, CA 90043 |
| 071447213 | Pedro Navarro | 4/6/2005 | $188,000.00 | $213,000.90 | $245,000 as of 5/11/07 | 40 W GETTYSBURG AVENUE CLOVIS, CA 93612 |
| 071446821 | Daron Jacobs | 4/5/2005 | $192,000.00 | $203,964.42 | $255,000 as of 7/9/07 | 44521 CEDAR AVENUE LANCASTER, CA 93534 |
| 071445676 | Zarah & Leopold Bevans | 4/22/2005 | $288,282.85 | $324,453.99 | $375,000 as of 6/8/07 | 12017 BLACKSTONE COURT FONTANA, CA 92337 |
| 071445044 | Alicia Arteaga | 4/5/2005 | $176,000.00 | $178,172.81 | $175,000 as of 9/1/07 | 1759 E ANDERSON STREET STOCKTON, CA 95205 |
| 071456070 | Dennis & Rebecca Smith | 4/29/2005 | $228,000.00 | $242,103.30 | $285,000 as of 6/16/07 | 1317 PASTEUR DRIVE LANCASTER, CA 93535 |
| 071475256 | Martha Sakamoto | 4/28/2005 | $448,000.00 | $486,911.22 | $470,000 as of 5/3/07 | 9690 CALLE LA CUESTA RIVERSIDE, CA 92503 |