# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant: Deutsche Bank National Trust Company As Trustee For Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006-HE5*
*D&G Reference/Batch: 21018818*

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073179496 | Jorge Martinez | 5/17/2006 | $459,000.00 | $493,291.97 | $455,000 as of 3/16/07 | 1104 MADDEN AVENUE SAN DIEGO, CA 92154 |
| 073182712 | Theresa Fryerson | 5/30/2006 | $296,000.00 | $314,537.37 | $268,500 as of 5/24/07 | 7289 17TH STREET SACRAMENTO, CA 95822 |
| 073182280 | Pedro Tapia Rodriguez | 5/17/2006 | $271,920.00 | $292,735.69 | $340,000 as of 5/22/07 | 3426 SKYLANE DRIVE RIVERSIDE, CA 92509 |
| 073180504 | Efrain Flores | 5/30/2006 | $326,000.00 | $344,462.89 | $405,000 as of 6/20/07 | 1250 SOUTH BROOKHURST ST #2042 ANAHEIM, CA 92804 |
| 073180480 | Cheryl Ann Myers & Katie Lynn Summers | 5/31/2006 | $310,400.00 | $341,324.45 | $415,000 as of 3/26/07 | 892 OVERTON DRIVE SAN JACINTO, CA 92582 |
| 073179904 | Joseph Khatib | 5/30/2006 | $328,000.00 | $360,079.44 | $470,000 as of 3/15/07 | 2168 EAST 103RD ST LOS ANGELES, CA 90002 |
| 073179640 | Ricardo Woods | 5/30/2006 | $348,000.00 | $383,310.67 | $427,500 as of 3/26/07 | 37261 45TH STREET EAST PALMDALE, CA 93552 |
| 073178928 | Denise Snowden | 5/16/2006 | $187,500.00 | $199,983.00 | $185,000 as of 6/28/07 | 4166 EAST HARVEY AVENUE FRESNO, CA 93702 |
| 073178768 | Everett Hill | 5/5/2006 | $560,000.00 | $613,154.85 | $825,000 as of 5/4/07 | 3732 GIBBONS PARK WAY CARMICHAEL, CA 95608 |
| 073178472 | Victor Garcia & Maribel Sotelo | 5/30/2006 | $312,000.00 | $329,270.42 | $359,000 as of 6/14/07 | 9920 SEPULVEDA BOULEVARD #2 MISSION HILLS, CA 91345 |
| 073177464 | Drew & Kristine Nieto | 5/31/2006 | $221,250.00 | $233,661.48 | $200,000 as of 8/23/07 | 12727 KEWANNA ROAD APPLE VALLEY, CA 92308 |
| 073176760 | Ricardo Rebolledo | 5/16/2006 | $336,000.00 | $369,627.11 | $416,000 as of 9/7/07 | 1237 PINE CREEK WAY UNIT E CONCORD, CA 94520 |
| 073176360 | La Juana Ransome | 5/16/2006 | $400,000.00 | $426,133.61 | $440,000 as of 4/19/07 | 7963 BARTON COURT FONTANA, CA 92336 |
| 073179680 | Eugenio Calderon | 5/31/2006 | $196,000.00 | $211,527.05 | $245,000 as of 4/6/07 | 2172 BASSWOOD COURT SAN BERNARDINO, CA 92404 |
| 073188297 | Sandra & Jack Patterson | 5/31/2006 | $225,000.00 | $254,075.09 | $256,000 as of 3/15/07 | 1815 E BABCOCK VISALIA, CA 93292 |
| 073192826 | Penelope Larry | 5/31/2006 | $452,000.00 | $484,551.38 | $490,000 as of 3/23/07 | 908 CARRO DRIVE SACRAMENTO, CA 95825 |
| 073192162 | Frank & Loretta Macias | 5/31/2006 | $397,200.00 | $447,807.61 | $355,000 as of 9/7/07 | 28231 BRODIAEA AVE MORENO VALLEY, CA 92555 |

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073191490 | Blondie Louise Gipson | 5/25/2006 | $175,000.00 | $183,007.58 | $184,000 as of 7/3/07 | 7909 ORCHARD WOOD CIRCLE SACRAMENTO, CA 95828 |
| 073191186 | Tomas Chavez | 5/30/2006 | $316,000.00 | $342,519.43 | $360,000 as of 5/2/07 | 695 WEST MADRONA STREET RIALTO, CA 92376 |
| 073191130 | Norma Arevalo | 5/22/2006 | $244,000.00 | $259,059.80 | $225,000 as of 6/18/07 | 66902 ACOMA AVENUE DESERT HOT SPRINGS, CA 92240 |
| 073189817 | Anthony & Heather Chavez | 5/31/2006 | $288,000.00 | $300,647.24 | $325,000 as of 7/4/07 | 3070 CEDAR STREET RIVERSIDE, CA 92501 |
| 073189417 | Marco & Lilia Gracia | 5/30/2006 | $368,000.00 | $401,618.72 | $445,000 as of 3/13/07 | 15135 MIMOSA DRIVE LAKE ELSINORE, CA 92530 |
| 073174079 | Paul Seng | 5/22/2006 | $544,000.00 | $577,457.88 | $620,000 as of 4/15/07 | 20 SNAPDRAGON STREET LADERA RANCH, CA 92694 |
| 073187257 | Silvia Cuamani | 5/24/2006 | $304,000.00 | $323,424.98 | $280,000 as of 5/31/07 | 33851 VIA DE ANZA CATHEDRAL CITY, CA 92234 |
| 073186353 | Ana Gabriela Levesque | 5/22/2006 | $352,000.00 | $380,389.63 | $308,000 as of 9/7/07 | 101 EAST 23RD STREET MERCED, CA 95340 |
| 073185769 | Shannel Walker | 5/16/2006 | $332,000.00 | $352,656.61 | $395,000 as of 5/9/07 | 1224 WEST WEDGEWOOD COURT RIALTO, CA 92376 |
| 073185449 | Juan Rodas & Christina Rivera | 5/31/2006 | $184,000.00 | $197,230.22 | $195,000 as of 6/17/07 | 15027 TATUM COURT VICTORVILLE, CA 92395 |
| 073189665 | Brent Tackitt | 5/30/2006 | $391,500.00 | $422,916.72 | $399,000 as of 5/8/07 | 264 TREEWOOD STREET SAN DIEGO, CA 92114 |
| 073174727 | Steve Rutherford | 5/4/2006 | $259,250.00 | $260,576.63 | $296,000 as of 9/10/07 | 1381 LAURA STREET WRIGHTWOOD, CA 92397 |
| 073159182 | Won Seon Hong | 4/11/2006 | $340,000.00 | $372,821.58 | $425,000 as of 5/24/07 | 10181 ROCHESTER ROAD PHELAN, CA 92371 |
| 073158389 | Sonia Herrera | 5/25/2006 | $247,600.00 | $266,376.28 | $245,000 as of 4/30/07 | 13940 QUINTA WAY DESERT HOT SPRINGS, CA 92240 |
| 073155053 | Gloria Yansiri Mesa Rangel | 5/10/2006 | $296,000.00 | $315,786.09 | $350,000 as of 4/19/07 | 635 EAST 40TH STREET SAN BERNARDINO, CA 92404 |
| 073160702 | Mayra & Claudio Gomez | 4/27/2006 | $208,000.00 | $219,247.23 | $225,000 as of 5/10/07 | 44423 KINGTREE AVENUE LANCASTER, CA 93534 |
| 073160886 | Jesus Juarez | 4/25/2006 | $498,400.00 | $546,252.61 | $579,000 as of 9/10/07 | 2161 SOUTH SPINNAKER STREET ANAHEIM, CA 92802 |
| 073165918 | Luis Vazquez | 4/26/2006 | $388,000.00 | $431,770.16 | $478,000 as of 9/10/07 | 15346 BELLOTA AVENUE PARAMOUNT, CA 90723 |

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073172407 | Jesus Valencia | 4/28/2006 | $301,600.00 | $328,851.13 | $331,000 as of 9/10/07 | 14245 YALE STREET HESPERIA, CA 92344 |
| 073172279 | Mahdi Seyedin Madani | 5/1/2006 | $504,000.00 | $559,685.08 | $639,000 as of 7/7/07 | 10590 WILSHIRE BOULEVARD 203 LOS ANGELES, CA 90024 |
| 073172255 | Epifania Acevedo | 4/25/2006 | $416,000.00 | $435,744.60 | $419,000 as of 6/19/07 | 4637 MAGENS BAY OCEANSIDE, CA 92057 |
| 073171303 | Jose Cruz & Melisa Bologna | 4/21/2006 | $446,400.00 | $473,458.14 | $470,000 as of 6/7/07 | 20807 KINGSCREST DRIVE SANTA CLARITA, CA 91350 |
| 073170895 | Juan Munoz | 5/3/2006 | $396,000.00 | $417,410.44 | $389,000 as of 6/17/07 | 2106 66TH AVE OAKLAND, CA 94621 |
| 073159822 | Sara Ahn Stacey | 3/30/2006 | $532,000.00 | $556,267.25 | $698,000 as of 8/16/07 | 671 JOHN MUIR ROAD UNIT 39 MAMMOTH LAKES, CA 93546 |
| 073167639 | Alen Safar | 4/19/2006 | $436,800.00 | $458,256.42 | $499,000 as of 6/26/07 | 6971 RODLING DRIVE D SAN JOSE, CA 95138 |
| 073193930 | Sharon Clough & Karl Gottschalk | 5/30/2006 | $399,920.00 | $432,878.72 | $575,064 as of 5/25/07 | 23480 CONTINENTAL WAY CANYON LAKE, CA 92587 |
| 073165558 | Javier Parra | 5/1/2006 | $304,000.00 | $340,315.33 | $379,000 as of 3/13/07 | 668 FALLING LEAF LANE BANNING, CA 92220 |
| 073165470 | Juana Vasquez Burton & Efrain Victoria | 5/1/2006 | $480,000.00 | $514,220.63 | $595,500 as of 6/14/07 | 1662 JUPITER DRIVE MILPITAS, CA 95035 |
| 073165214 | Cesar Martinez | 4/18/2006 | $409,600.00 | $456,755.62 | $424,000 as of 9/10/07 | 3221 LONGVIEW RD ANTIOCH, CA 94509 |
| 073165054 | Colette Griffin | 4/20/2006 | $284,000.00 | $315,732.96 | $290,000 as of 9/10/07 | 9217 GAMBIER COURT SACRAMENTO, CA 95829 |
| 073163686 | Claudia Melina Guandique | 4/21/2006 | $272,800.00 | $304,205.02 | $265,000 as of 4/23/07 | 1964 LUGO AVENUE SAN BERNARDINO, CA 92404 |
| 073163502 | Jennifer O'Neal | 4/18/2006 | $392,000.00 | $407,134.44 | $545,000 as of 8/9/07 | 266 SOUTH MADISON AVE 109 PASADENA, CA 91101 |
| 073162574 | Pascial Sanchez | 4/27/2006 | $217,600.00 | $237,104.54 | $250,000 as of 3/14/07 | 3460 SANTA MARIA WAY UNIT 101E SANTA MARIA, CA 93455 |
| 073196674 | Adrian & Guillermina Perez | 5/31/2006 | $288,000.00 | $321,342.36 | $323,000 as of 9/10/07 | 2801 ALBION WAY MODESTO, CA 95355 |
| 073200107 | Carmen Perez | 5/31/2006 | $271,920.00 | $298,590.94 | $295,000 as pf 5/18/07 | 17161 ALVA ROAD UNIT 2716 SAN DIEGO, CA 92127 |
| 073200003 | Julianne Van Dam Young | 5/30/2006 | $194,400.00 | $210,715.68 | $120,000 as of 8/2/07 | 117 PACIFIC STREET BAKERSFIELD, CA 93305 |

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073195330 | Theresa Flores | 5/31/2006 | $308,000.00 | $317,153.11 | $290,000 as of 7/13/07 | 2534 PRESIDENTE STREET STOCKTON, CA 95210 |
| 073195322 | Lorena & Alfred J Blanco JR. | 5/31/2006 | $435,000.00 | $454,728.23 | $460,000 as of 5/14/07 | 3505 TAMARISK DRIVE PALMDALE, CA 93551 |
| 073194426 | Roberta Fierro | 6/1/2006 | $467,500.00 | $495,079.83 | $449,000 as of 5/21/07 | 11222 MAIDSTONE AVENUE NORWALK, CA 90650 |
| 073194050 | Bridgette Givens | 5/31/2006 | $348,800.00 | $377,768.41 | $415,000 as of 6/22/07 | 734 ROSEMARY COURT FAIRFIELD, CA 94533 |
| 073193962 | Felix Mercedes Munguia | 5/31/2006 | $284,000.00 | $311,049.02 | $340,000 as of 4/11/07 | 10824 WEIGAND AVENUE LOS ANGELES, CA 90059 |