# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

Movant: HSBC Bank USA, National Association For The Benefit Of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2

D&G Reference/Batch: 210187/9

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073020924 | Jennifer Alvarado | 5/8/2006 | $504,000.00 | $530,345.58 | $400,000 as of 7/3/07 | 808 OLNEY STREET SAN GABRIEL, CA 91776 |
| 073024197 | Mechelle Dumonde | 5/10/2006 | $267,200.00 | $297,634.57 | $280,000 as of 9/10/07 | 2608 BROADWAY UNIT 3 SAN DIEGO, CA 92102 |
| 073021684 | Shalonda Smith | 5/11/2006 | $248,000.00 | $261,909.10 | $290,411 as of 8/16/07 | 4055 TEMPLE AVENUE SACRAMENTO, CA 95820 |
| 073020852 | Jose Vasquez | 5/11/2006 | $280,000.00 | $305,695.48 | $343,000 as of 9/10/07 | 793 NORTH RESERVOIR STREET POMONA, CA 91767 |
| 073020180 | Maura E Soriano De Soto | 5/11/2006 | $375,920.00 | $398,701.93 | $385,000 as of 8/9/07 | 8842 45TH STREET RIVERSIDE, CA 92509 |
| 073019012 | Arlynn & Arthur DeCastro Galang Jr. | 5/10/2006 | $316,000.00 | $338,299.88 | $360,000 as of 4/26/07 | 943 SHEARER STREET ROSEVILLE, CA 95678 |
| 073018844 | Ulda Bishop | 5/11/2006 | $420,000.00 | $470,916.60 | $386,000 as of 7/11/07 | 5828 YARBOROUGH DRIVE RIVERSIDE, CA 92505 |
| 073018612 | Dorine Pennington | 5/15/2006 | $382,224.00 | $401,542.88 | $360,000 as of 6/15/07 | 372 ROSEBRIAR PLACE LATHROP, CA 95330 |
| 073017388 | Horacio Salas Castellanos | 5/11/2006 | $276,000.00 | $305,099.86 | $306,000 as of 9/10/07 | 12404 ALCORN DR VICTORVILLE, CA 92392 |
| 073017284 | Rogelio Aguilar | 5/15/2006 | $581,600.00 | $630,296.91 | $599,000 as of 9/10/07 | 7818 PEACH AVENUE VAN NUYS, CA 91406 |
| 073023885 | Claudia Macias | 5/11/2006 | $549,000.00 | $606,333.41 | $575,000 as of 9/8/07 | 2643 AND 2645 STRATHMORE AVE ROSEMEAD, CA 91770 |
| 073014451 | Esperanza Santana & Pedro Murillo | 5/12/2006 | $232,000.00 | $250,849.33 | $226,000 as of 6/19/07 | 700 QUINCY STREET KINGSBURG, CA 93631 |
| 073016276 | Tony Garza | 5/5/2006 | $385,000.00 | $415,822.82 | $450,000 as of 3/11/07 | 1234 WILLOW SPRING LANE CORONA, CA 92880 |
| 073004610 | Bonifacio Guzman | 4/28/2006 | $212,000.00 | $231,992.17 | $225,000 as of 3/13/07 | 19004 LIVE OAK STREET HESPERIA, CA 92345 |
| 073006786 | Mark Granite | 5/5/2006 | $299,725.00 | $320,135.34 | $265,000 as of 6/9/07 | 137 MONTICELLO AVENUE RIO LINDA, CA 95673 |
| 073006314 | Maria Martinez | 5/10/2006 | $256,000.00 | $273,765.60 | $280,000 as of 9/10/07 | 161 ESPANAS GLEN ESCONDIDO, CA 92025 |
| 073006202 | Jose A Garcia | 5/12/2006 | $496,000.00 | $539,245.57 | $500,000 as of 4/19/07 | 8332 DALE STREET BUENA PARK, CA 90620 |

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073006098 | Isidro Rodriguez | 5/9/2006 | $424,000.00 | $456,493.20 | $460,000 as of 3/20/07 | 1958 CALLE ENTRE LEMON GROVE, CA 91945 |
| 073005802 | Ruben Ayala | 5/10/2006 | $456,000.00 | $496,717.56 | $515,000 as of 3/23/07 | 233 BIANCO WAY GREENFIELD, CA 93927 |
| 073005642 | Jewel R Bruner | 5/10/2006 | $161,250.00 | $171,551.89 | $155,000 as of 7/22/07 | 1324 A STREET FRESNO, CA 93706 |
| 073007595 | Maria Villan | 5/8/2006 | $292,000.00 | $320,025.66 | $355,000 as of 3/28/07 | 1090 CABRILLO PARK DRIVE F SANTA ANA, CA 92701 |
| 073004882 | Ana Arreygue | 5/8/2006 | $368,000.00 | $388,854.56 | $319,870 as of 5/24/07 | 5916 LAGUNA RANCH CIRCLE SACRAMENTO, CA 95823 |
| 073007659 | Nadine & Larry Dean | 5/11/2006 | $260,800.00 | $273,792.11 | $263,000 as of 8/22/07 | 1521 ENSENADA DRIVE MODESTO, CA 95355 |
| 073004562 | Lynda & Robert Burke | 5/9/2006 | $422,100.00 | $471,961.60 | $415,000 as of 4/15/07 | 1020 MOUNTAIN LANE BIG BEAR CITY, CA 92314 |
| 073004546 | Maria Morales | 5/2/2006 | $424,000.00 | $462,986.48 | $502,000 as of 9/11/07 | 6930 FORBES AVENUE VAN NUYS, CA 91406 |
| 073004106 | Louise Williamson | 4/26/2006 | $424,000.00 | $457,666.67 | $520,000 as of 6/19/07 | 720 N 4TH AVE COVINA, CA 91723 |
| 073003994 | Maria & Oscar Lucero | 4/28/2006 | $637,500.00 | $686,165.92 | $700,000 as of 4/16/07 | 9721 BROOK GREEN ROAD DOWNEY, CA 90240 |
| 073003682 | Hugo Gutierrez | 5/5/2006 | $356,000.00 | $376,715.26 | $390,000 as of 5/5/07 | 1171 WEST CIMARRON STREET RIALTO, CA 92377 |
| 073002530 | David Quistian | 5/5/2006 | $296,000.00 | $319,955.81 | $270,000 as of 6/30/07 | 2128 FERN STREET MERCED, CA 95340 |
| 072997665 | Alonzo Davis | 5/10/2006 | $175,840.00 | $183,711.90 | $155,000 as of 8/12/07 | 7506 PARKWAY DRIVE UNIT 101 LA MESA, CA 91942 |
| 073005154 | Maricar & Edsel Laurel | 5/5/2006 | $582,181.00 | $647,803.54 | $539,000 as of 9/11/07 | 4311 CADEE COURT RANCHO CORDOVA, CA 95742 |
| 073009851 | Johnny & Marlene Gogue | 5/11/2006 | $427,500.00 | $453,033.73 | $430,000 as of 6/29/07 | 8110 MOUNTAIN VIEW DR # C PLEASANTON, CA 94588 |
| 073014267 | Remedios A Acosta | 5/3/2006 | $340,000.00 | $380,065.39 | $377,000 as of 6/9/07 | 8308 CLIFFORD DR STOCKTON, CA 95212 |
| 073012851 | Mariluz Castano | 5/10/2006 | $136,000.00 | $142,526.18 | $185,000 as of 5/8/07 | 312 NORTH A STREET MADERA, CA 93637 |
| 073012755 | Agripino Pascua Bonilla | 5/10/2006 | $460,000.00 | $486,794.12 | $540,000 as of 6/21/07 | 15 HOOMALIE PLACE MAKAWAO, HI 96768 |

-2-

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073012059 | Edgar Soto | 5/5/2006 | $416,000.00 | $434,380.97 | $475,000 as of 8/20/07 | 35824 53RD ST PALMDALE AREA, CA 93552 |
| 073012035 | Byron Montenegro | 5/11/2006 | $316,000.00 | $337,356.58 | $370,000 as of 4/30/07 | 38630 PALMS PLACE PALMDALE, CA 93552 |
| 073007034 | Anastacio & Olga Perez | 5/10/2006 | $396,000.00 | $436,948.12 | $459,000 as of 9/11/07 | 913 EAST 70TH STREET LONG BEACH, CA 90805 |
| 073011355 | Jacqueline Villazana | 4/28/2006 | $456,000.00 | $487,207.29 | $540,000 as of 5/30/07 | 303 SOUTH DAWN STREET ANAHEIM, CA 92805 |
| 072992193 | Gary Willis | 5/10/2006 | $420,000.00 | $446,513.49 | $451,000 as of 9/11/07 | 5651 SOUTH COLUMBIA DRIVE FRESNO, CA 93727 |
| 073008987 | Jose Bustos & Maria Hernandez | 5/8/2006 | $420,000.00 | $465,349.04 | $519,000 as of 9/11/07 | 7041 LINDLEY AVENUE RESEDA, CA 91335 |
| 073008827 | Miguela Enriquez | 4/28/2006 | $312,000.00 | $323,438.06 | $400,000 as of 9/11/07 | 2415 PIRU STREET COMPTON, CA 90222 |
| 073008779 | Galo Calero | 5/3/2006 | $472,000.00 | $506,265.54 | $495,000 as of 5/9/07 | 5240 NEWCASTLE AVE 4 ENCINO AREA, CA 91316 |
| 073008467 | Rosalind & William Eschrich | 4/28/2006 | $296,000.00 | $307,478.56 | $275,000 as of 7/9/07 | 14747 AMBER COURT ADELANTO, CA 92301 |
| 073007683 | Maria Cardenas | 5/4/2006 | $188,000.00 | $202,360.72 | $220,000 as of 7/19/07 | 18165 CAROB STREET HESPERIA, CA 92345 |
| 073007675 | Vicente Orduno Portillo & Angelica Diaz Orduno | 5/5/2006 | $240,000.00 | $260,980.76 | $260,000 as of 5/9/07 | 12808 MOUNTAIN SHADOWS COURT VICTORVILLE, CA 92392 |
| 073011963 | Maria & Enrique Salazar | 5/4/2006 | $348,000.00 | $367,208.20 | $414,900 as of 6/29/07 | 10235 DOROTHY AVENUE SOUTH GATE, CA 90280 |
| 072995649 | Robert & Evangelica Baeza | 5/12/2006 | $250,000.00 | $258,856.17 | $275,000 as of 6/14/07 | 185 NORTH DOUGLAS AVE FRESNO, CA 93727 |
| 073014923 | Reina Karunaratne | 5/8/2006 | $480,000.00 | $535,138.25 | $500,000 as of 3/21/07 | 910 AND 912 MAINE AVENUE RICHMOND, CA 94804 |
| 072989704 | Eleuterio Juntilla | 3/29/2006 | $560,000.00 | $588,824.81 | $675,000 as of 6/14/07 | 119 VALE STREET DALY CITY, CA 94014 |
| 072989496 | Marcelino Martinez & Aidee Torres | 3/23/2006 | $367,920.00 | $384,588.25 | $410,000 as of 8/22/07 | 1069 E RHEA STREET LONG BEACH, CA 90806 |
| 072989208 | Cristobal Barba | 3/13/2006 | $512,000.00 | $532,558.80 | $525,000 as of 7/19/07 | 385 SPRING CANYON WAY OCEANSIDE, CA 92057 |
| 072988624 | Gaspar Barriga Tovar | 3/23/2006 | $356,000.00 | $379,295.83 | $405,000 as of 6/25/07 | 234 SOUTH ARON PLACE ANAHEIM, CA 92804 |

-3-

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 072988072 | Marta Ambriz | 3/31/2006 | $456,800.00 | $485,078.77 | $540,000 as of 4/15/07 | 10445 REMMET AVENUE LOS ANGELES, CA 91311 |
| 072987696 | Armando Saucedo Franco | 2/17/2006 | $384,000.00 | $407,221.08 | $415,000 as of 5/16/07 | 1721 EAST DIVISION ST NATIONAL CITY, CA 91950 |
| 072994641 | Diego Talavera | 5/10/2006 | $384,000.00 | $403,289.78 | $445,000 as of 5/16/07 | 22698 SPRINGMIST DRIVE MORENO VALLEY, CA 92557 |

-4-