# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. Case No. 07-10416-KJC (Chap. 11)

Movant: Deutsche Bank National Trust Company As Trustee For Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6

D&G Reference/Batch: 2101185/10

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073174631 | Timothy Quintana & Amy Prior | 5/31/2006 | $160,000.00 | $172,194.25 | $210,000 as of 7/1/07 | 3805 EAST ASHLAN AVE FRESNO, CA 93726 |
| 073182080 | Alexandro Aguirre | 5/16/2006 | $436,000.00 | $491,985.52 | $487,000 as of 9/12/07 | 3684 SUNSET VIEW DRIVE FORTUNA, CA 95540 |
| 073184025 | Michael Mitchell | 5/17/2006 | $276,000.00 | $311,583.81 | $342,000 as of 9/12/07 | 24101 STONEBRIDGE COURT MORENO VALLEY, CA 92551 |
| 073184089 | Suellen & Larry Shook | 5/17/2006 | $200,000.00 | $223,968.84 | $232,000 as of 9/12/07 | 1136 BORREGO DRIVE BARSTOW, CA 92311 |
| 073189777 | Marcelino Sanchez III | 5/30/2006 | $164,000.00 | $179,632.12 | $182,122 as of 8/11/07 | 3222 EAST LIBERTY AVENUE FRESNO, CA 93702 |
| 073182969 | Oscar Sanchez | 5/16/2006 | $560,000.00 | $614,781.55 | $612,000 as of 9/12/07 | 27810 SWEETWATER LN VALENCIA, CA 91354 |
| 073187321 | Martin & Theresa Cantile | 6/1/2006 | $467,500.00 | $500,904.06 | $434,500 as of 8/22/07 | 423 BAUMAN DRIVE SUISUN CITY, CA 94585 |
| 073186873 | Cipriano Gonzales | 5/31/2006 | $236,000.00 | $259,250.66 | $312,000 as of 5/8/07 | 15354 GUAVA WAY VICTORVILLE, CA 92394 |
| 073185721 | Gary Soto | 6/1/2006 | $468,000.00 | $522,696.98 | $580,000 as of 3/12/07 | 4045 BARRETT ROAD LOS ANGELES, CA 90032 |
| 073158365 | Saul Meza Pina | 5/30/2006 | $620,000.00 | $679,168.08 | $724,000 as of 9/12/07 | 2123 NORTH LOUISE STREET SANTA ANA, CA 92706 |
| 073155429 | Nancy Zapien | 5/18/2006 | $388,000.00 | $404,182.23 | $530,000 as of 7/14/07 | 10622 SOUTH MANHATTAN PLACE LOS ANGELES, CA 90047 |
| 073173191 | Victoria Lynn Johnson | 5/31/2006 | $396,000.00 | $412,580.89 | $312,000 as of 5/13/07 | 12685 SPRING VALLEY PARKWAY VICTORVILLE AREA, CA 92395 |
| 073168407 | Angela Nevarez | 5/3/2006 | $606,400.00 | $636,706.31 | $610,000 as of 9/6/07 | 512 SOUTH 3RD STREET SAN JOSE, CA 95112 |
| 073167871 | Simeon Densmore | 4/24/2006 | $256,000.00 | $278,572.31 | $253,000 as of 9/12/07 | 6158 HOOT OWL TRAIL YUCCA VALLEY, CA 92284 |
| 073296879 | Sally & Charels Derock | 6/14/2006 | $666,000.00 | $732,181.66 | $640,000 as of 7/5/07 | 155 HIDDEN CREEK DRIVE AUBURN, CA 95603 |
| 073193018 | Jose Ortiz | 5/31/2006 | $152,320.00 | $169,650.62 | $176,000 as of 9/12/07 | 1228 ROBIN DRIVE VISALIA, CA 93291 |
| 073295823 | Rosa Maria Miranda | 6/16/2006 | $420,000.00 | $455,819.62 | $440,000 as of 6/28/07 | 1206 KNOX STREET SAN FERNANDO, CA 91340 |

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073294230 | April Tada | 6/15/2006 | $329,600.00 | $367,997.23 | $343,000 as of 9/12/07 | 22353 OSPREY COURT WILDOMAR, CA 92595 |
| 073294110 | Javier Alvarado | 6/16/2006 | $511,200.00 | $540,925.32 | $645,000 as of 4/28/07 | 1651 248TH STREET HARBOR CITY, CA 90710 |
| 073309216 | Debra Lagrone | 6/30/2006 | $347,184.00 | $376,174.25 | $384,000 as of 9/12/07 | 34230 LARKSBURG COURT LAKE ELSINORE, CA 92532 |
| 073308064 | Ysidro Yhuit Pool | 6/28/2006 | $470,250.00 | $500,509.23 | $475,000 as of 8/21/07 | 5261 THREE FOUTH ELIZABETH ST CUDAHY, CA 90201 |
| 073307944 | Domingo Chavez Gonzalez | 6/30/2006 | $567,600.00 | $624,482.43 | $575,000 as of 6/7/07 | 2415 NORTH RIVER TRAIL ROAD ORANGE, CA 92865 |
| 073303720 | Jose Garcia | 6/30/2006 | $436,000.00 | $472,372.48 | $488,000 as of 9/12/07 | 11729 BRIMLEY STREET NORWALK, CA 90650 |
| 073302912 | Eva Rivera | 6/29/2006 | $255,992.00 | $268,022.79 | $230,000 as of 8/15/07 | 11788 DESERT GLENN ST ADELANTO, CA 92301 |
| 073199995 | Lucia P Haro Gutierrez | 6/5/2006 | $236,000.00 | $252,658.12 | $230,000 as of 8/21/07 | 31712 DATE GARDEN DRIVE THOUSAND PALMS, CA 92276 |
| 073199955 | Eugene Ratchford | 5/31/2006 | $544,000.00 | $581,843.24 | $600,000 as of 5/9/07 | 5101 CRENSHAW BOULEVARD LOS ANGELES, CA 90043 |
| 073198714 | Raquel Henderson | 5/31/2006 | $224,400.00 | $244,108.56 | $218,000 as of 5/24/07 | 319 ROADRUNNER LANE IMPERIAL, CA 92251 |
| 073198706 | Rosa Isela Medina | 6/1/2006 | $473,600.00 | $529,014.38 | $529,000 as of 9/12/07 | 6492 MARIGOLD STREET CORONA, CA 92880 |
| 073197570 | Joe C Hatchett | 5/31/2006 | $304,000.00 | $320,840.75 | $360,000 as of 7/26/07 | 2134 WEST VIA BELLO DR RIALTO, CA 92377 |
| 073288550 | Michelle Gordon | 6/6/2006 | $312,000.00 | $334,745.53 | $360,000 as of 3/31/07 | 1541 TORBAY COURT LANCASTER, CA 93534 |
| 073195218 | Rosalina Gutierrez | 5/31/2006 | $220,000.00 | $229,456.46 | $215,000 as of 9/11/07 | 15842 GREENROCK AVENUE LAKE LOS ANGELES, CA 93535 |
| 073197586 | Irma Martinez | 6/1/2006 | $228,000.00 | $252,228.31 | $179,000 as of 4/19/07 | 8012 34TH AVE SACRAMENTO, CA 95824 |
| 073193306 | Olivia Lujano & Rudy Gramajo | 5/30/2006 | $477,600.00 | $529,878.61 | $568,000 as of 9/12/07 | 22755 HAYNES STREET LOS ANGELES, CA 91307 |
| 073292998 | Frank Salas & Gamaliel Hernandez | 6/15/2006 | $447,200.00 | $473,003.67 | $560,000 as of 7/23/07 | 1026 AVOCADO AVE ESCONDIDO, CA 92026 |
| 073292574 | Anna & Jose Mendez | 6/15/2006 | $181,600.00 | $193,931.66 | $205,000 as of 5/23/07 | 13590 EIGHTH STREET PARLIER, CA 93648 |

| Loan No. | Mortgagers | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073291854 | Martha Pineda | 6/15/2006 | $544,000.00 | $594,618.81 | $597,000 as of 9/12/07 | 1733 SIERRA VERDE ROAD CHULA VISTA, CA 91913 |
| 073279445 | Sean Kenneth Maxwell | 6/8/2006 | $548,000.00 | $601,207.20 | $591,000 as of 9/12/07 | 632 EL CAMINITO LIVERMORE, CA 94551 |
| 073291006 | Estate of Daniel McGehee | 6/15/2006 | $323,200.00 | $341,165.99 | $330,000 as of 6/19/07 | 12950 IVY LANE RED BLUFF, CA 96080 |
| 073290662 | Maria & Francisco Rodriguez | 6/13/2006 | $387,200.00 | $425,297.58 | $454,000 as of 9/12/07 | 1607 JOSE LANE ESCONDIDO, CA 92026 |
| 073290294 | Isabel Hernandez Cossio | 6/19/2006 | $512,000.00 | $575,211.77 | $526,000 as of 9/12/07 | 1 PONTE LOREN LAKE ELSINORE, CA 92532 |
| 073289790 | Terence Limalima | 6/21/2006 | $204,000.00 | $224,872.03 | $265,000 as of 6/10/07 | 3686 5TH AVENUE SACRAMENTO, CA 95817 |
| 073312945 | Tania Maribel Trabanino Morales | 6/30/2006 | $496,000.00 | $545,413.04 | $593,000 as of 9/12/07 | 5445 MARSHBURN AVENUE ARCADIA, CA 91006 |
| 073312417 | Mirella Beaver | 6/30/2006 | $342,000.00 | $369,803.84 | $323,000 as of 5/22/07 | 1437 KATHARINE AVE SACRAMENTO, CA 95838 |
| 073311833 | Ulysses Enario | 6/30/2006 | $544,000.00 | $586,009.79 | $480,000 as of 9/5/07 | 29503 ARIEL STREET MURRIETA, CA 92563 |
| 073309608 | Rudy & Ada Lopez | 6/30/2006 | $403,000.00 | $432,445.11 | $520,000 as of 5/31/07 | 412 NORTH SUSAN STREET SANTA ANA, CA 92703 |
| 73301815 | Melissa Galvan | 6/30/2006 | $372,000.00 | $386,053.70 | $450,000 as of 7/18/07 | 256 WEST LOMITA BLVD LOS ANGELES, CA 90744 |
| 073199355 | Jose De Jesus De La Cruz | 6/1/2006 | $448,000.00 | $481,630.52 | $410,000 as of 8/24/07 | 117 E PALOMAR ST CHULA VISTA, CA 91911 |
| 073181384 | Melvin Strong | 6/1/2006 | $364,500.00 | $390,716.09 | $349,000 as of 7/25/07 | 2740 CARSON WAY SACRAMENTO, CA 95821 |
| 073302992 | Reydecel Marrufo | 6/19/2006 | $386,400.00 | $420,782.09 | $540,000 as of 7/18/07 | 12315 EAST MAXON PLACE CHINO, CA 91710 |
| 073160478 | Valarie Rideaux | 5/30/2006 | $352,000.00 | $369,900.89 | $400,000 as of 7/15/07 | 1734 65TH AVENUE OAKLAND, CA 94621 |
| 073185305 | Marlon Dandan | 5/16/2006 | $396,000.00 | $415,344.86 | $420,000 as of 7/12/07 | 172 SUMATRA LANE SAN DIEGO, CA 92114 |