## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC., et al.,

    Debtors.

Case No. 07-10416-KJC

Chapter 11

Jointly Administered

Ref. No. 3076

### ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Stay with Regard to 16 Properties, filed by GMAC MORTGAGE, LLC (Doc. #3076), and the Certification of Counsel as to no opposition to said motion, it is

ORDERED, that the Motion be, and the same is hereby **GRANTED**; and it is further

ORDERED, that the automatic stay is terminated allowing GMAC Mortgage LLC to exercise its rights under applicable law with respect to the 16 properties identified on the list attached hereto.

Dated: Oct 19, 2007

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE