# IN RE: NEW CENTURY TRS HOLDINGS, INC.
## CASE NO. 07-10416-KJC

## LIST OF MORTGAGES FOR STAY RELIEF MOTION

| # | LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | MOVANT'S MTG RECORDING | NEW CENT. MTG RECORDING | ESTIMATED VALUE | APPROX. DEBT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0320739675 | 17406 EMERSON AVE | HAZEL CREST | IL | 60429 | 333619103 | 333619104 | $170,000.00 | $127,689.72 |
| 2 | 0321704108 | 255 OCEAN AVE S | FREEPORT | NY | 11520 | 2618/6/568 | | $580,000.00 | $420,656.28 |
| 3 | 0321178454 | 35 FOURTH ST | NEW BRITAIN | CT | 06051 | 1516/728 | | $170,000.00 | $120,159.11 |
| 4 | 0322818501 | 556 TIMBER WAY DR | LEWISVILLE | TX | 75067 | 2004-130376 | 2004-130377 | $141,000.00 | $113,131.48 |
| 5 | 0322983529 | 160 MENANDS RD | LOUDONVILLE | NY | 12211 | 4847/154 | 4847/177 | $205,000.00 | $167,155.73 |
| 6 | 0322985697 | 137 MACARTHUR AVE | GARFIELD | NJ | 07026 | 14005/847 | 14005/869 | $375,000.00 | $264,672.79 |
| 7 | 0323006817 | 4934 RANCHO VERDE CT | NORTH LAS VEGAS | NV | 89031 | 0004009/0001066 | 0004010/0001067 | $269,000.00 | $216,515.26 |
| 8 | 0323045583 | 8173 MONTEVINA DR | SACRAMENTO | CA | 95829 | 20041025/2622 | 20041025/2623 | $295,000.00 | $237,317.68 |
| 9 | 0324905421 | 12718 WOOD TRAIL BLVD | TAMPA | FL | 33625 | 15888/632 16179/1158 | 15888/712 16838/996 | $174,000.00 | $146,561.51 |
| 10 | 0325436798 | 10261 FERN PRAIRIE ST | LAS VEGAS | NV | 89123 | 0005946 | 0005947 | $255,000.00 | $239,708.00 |
| 11 | 0325630894 | 23420 ERWIN ST | WOODLAND HILLS | CA | 91367 | 06-1820246 | 06-1820247 | $780,000.00 | $674,355.94 |
| 12 | 0325631125 | 3372 AMHURST PKWY | COLLEGE PARK | GA | 30349 | 43435/621 | 43435/647 | $210,000.00 | $182,539.34 |
| 13 | 0325631778 | 7842 CHAMPLAIN AVE S | CHICAGO | IL | 60619 | 0624241088 | 0624241089 | $200,000.00 | $177,556.16 |
| 14 | 0325632081 | 17 WASHINGTON BLVD | MOUNT VERNON | NY | 10550 | 471590046 | 471590047 | $410,000.00 | $358,760.88 |
| 15 | 0325770014 | 127-11 116TH AVE | SOUTH OZONE PARK | NY | 11420 | 2006000549579 | 2006000549580 | $760,000.00 | $673,825.33 |
| 16 | 0325777118 | 134 LOCUST DR | MASTIC BEACH | NY | 11951 | 213954403 | 213954404 | $325,000.00 | $269,939.20 |
| 17 | 0325779080 | 10028 RUTHELEN ST | LOS ANGELES | CA | 90047 | 06-2078123 | 06-2078124 | $545,000.00 | $493,275.35 |
| 18 | 0325783108 | 4456 KANSAS AVE | RIVERSIDE | CA | 92507 | 06-890691 | 06-890692 | $325,000.00 | $338,297.08 |
| 19 | 0325892974 | 4729 LOMAS SANTE FE ST | LAS VEGAS | NV | 89147 | 20061101/0000373 | 20061101/0000374 | $560,000.00 | $488,951.59 |
| 20 | 0325899987 | 47 BRIGHTSIDE AVE | CENTRAL ISLIP | NY | 11722 | 21421/294 | 21421/295 | $325,000.00 | $299,426.74 |
| 21 | 0326045986 | 121 SCHLEY ST | NEWARK | NJ | 07112 | 12066/3920 | 12066/3945 | $240,000.00 | $239,853.72 |
| 22 | 0326053477 | 1021 ORANGE AVE S | WEST COVINA | CA | 91790 | 06-2481097 | 06-2481098 | $483,000.00 | $411,093.06 |
| 23 | 0326064482 | 5822 DARLINGTON AVE | BUENA PARK | CA | 90621 | 2006000790581 | 2006000790582 | $494,000.00 | $417,762.76 |
| 24 | 0326065974 | 1385 710 N W | SAINT GEORGE | UT | 84770 | 20060052443 | 20060052444 | $242,000.00 | $202,219.69 |
| 25 | 0326087980 | 13 FLORAL LN | WESTBURY | NY | 11590 | 313568615 | 313568636 | $435,000.00 | $389,286.32 |
| 26 | 0326085485 | 5349 JUSTINE ST S | CHICAGO | IL | 60609 | 0634911154 | 0634911155 | $284,000.00 | $260,253.50 |
| 27 | 0326097656 | 37-35 59TH ST | WOODSIDE | NY | 11377 | 2006000595852 | 2006000595853 | $710,000.00 | $609,039.40 |
| 28 | 0326099439 | 3444 MISTLETOE DR | KNOXVILLE | TN | 37924 | 200612120048815 | 200612120048816 | $185,000.00 | $156,612.38 |
| 29 | 0326105293 | 290 BLEECKER ST | BROOKLYN | NY | 11237 | 2006000708865 | 2006000708866 | $645,000.00 | $527,823.97 |
| 30 | 0326109147 | 3 MUMFORD PL | NESCONSET | NY | 11767 | 21439/288 | 21439/289 | $420,000.00 | $392,587.05 |
| 31 | 0326226962 | 15080 FOCH BLVD | JAMAICA | NY | 11434 | 2007000098847 | 2007000098848 | $350,000.00 | $311,649.62 |
| 32 | 0326237666 | 55-25 97TH ST | CORONA | NY | 11368 | 2006000633630 | 2006000633631 | $645,000.00 | $505,456.98 |
| 33 | 0326288990 | 1078 37TH ST E | BROOKLYN | NY | 11210 | 2006000688351 | 2006000688352 | $610,000.00 | $518,788.66 |
| 34 | 0326291382 | 12 LANTERN RD | HICKSVILLE | NY | 11801 | 31442/197 | 31442/220 | $455,000.00 | $384,986.66 |
| 35 | 0326300472 | 44 GARFIELD AVE | NEW LONDON | CT | 06320 | 1696/210 | 1696/225 | $275,000.00 | $239,718.52 |