## IN RE: NEW CENTURY TRS HOLDINGS, INC.
## CASE NO. 07-10416-KJC

### LIST OF MORTGAGES FOR STAY RELIEF MOTION

| | LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | MOVANT'S MTG RECORDING | NEW CENT. MTG RECORDING | ESTIMATED VALUE | APPROX. DEBT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0324872951 | 34127 WOODED GLEN DR N | GRAYSLAKE | IL | 60030 | 5925172 | 5925173 | $410,000.00 | $350,190.00 |
| 2 | 0324874379 | 2802 CAMINO CAPISTRANO #B | SAN CLEMENTE | CA | 92672 | 2005000927963 | | $545,000.00 | $468,662.20 |
| 3 | 0324894104 | 227 ARCTIC ST | BRIDGEPORT | CT | 06608 | 0673740185 | 0673740204 | $244,000.00 | $207,098.08 |
| 4 | 0324894866 | 2867 MIRA CT | MERCED | CA | 95340 | 2005-101824 | 2005-101825 | $250,000.00 | $301,519.87 |
| 5 | 0324898782 | 11803 PEDERNALES FALLS LN | SUGAR LAND | TX | 77478 | 20051500668 | 20051500669 | $144,000.00 | $124,787.86 |
| 6 | 0324908250 | 91-1019 PAKAWELI ST | KAPOLEI | HI | 96707 | 3364839 | 3364840 | $605,000.00 | $535,883.85 |
| 7 | 0324910646 | 161 SCOTLAND RD | EAST HARTFORD | CT | 06108 | 2674089 | 2674/109 | $186,000.00 | $159,868.93 |
| 8 | 0324912104 | 2239 DAWN SHADOW WAY | FRESNO | TX | 77545 | 20051521173 | 20051521174 | $154,000.00 | $131,664.30 |
| 9 | 0324913078 | 3558 FALLVIEW AVE | CERES | CA | 95307 | 2006-0000163-00 | 2006-0000164-00 | $425,000.00 | $340,961.54 |
| 10 | 0324916352 | 139 ELM ST E | CENTRAL ISLIP | NY | 11722 | 21200/192 | 21200/193 | $310,000.00 | $264,355.16 |
| 11 | 0324918275 | 1238 VALIANT ST | LANCASTER | CA | 93534 | 05-3155718 | 05-3155719 | $430,000.00 | $356,881.89 |
| 12 | 0324920032 | 2442 GRANITE HILLS E | SANDY | UT | 84092 | 9497798 | 9497799 | $494,000.00 | $439,476.69 |
| 13 | 0324831054 | 4988 CRESTED PINE COVE | BARTLETT | TN | 38135 | 06014776 | 06014777 | $240,000.00 | $210,457.68 |
| 14 | 0324932060 | 28226 LESLIE DR W | CHANNAHON | IL | 60410 | R2006021669 | R2006021670 | $320,000.00 | $291,485.23 |
| 15 | 0324932961 | 7810 CARPENTER ST S | CHICAGO | IL | 60620 | 0602740126 | 0602740127 | $255,000.00 | $232,987.02 |
| 16 | 0324937929 | 266 DELFINO WAY | HENDERSON | NV | 89074 | 0004538 | 0004539 | $390,000.00 | $352,649.61 |