# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC.,
et al.,
        Debtors.

_____/

Case No. 07-10416-KJC
Chapter 11

Jointly Administered

Ref. No. 3029

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Stay with Regard to 8 Properties, filed by HOMEQ SERVICING CORPORATION (Doc. #3029), and the Certification of Counsel as to no opposition to said motion, it is

ORDERED, that the Motion be, and the same is hereby **GRANTED**; and it is further

ORDERED, that the automatic stay is terminated allowing HOMEQ SERVICING CORPORATION to exercise its rights under applicable law with respect to the 8 properties identified on the list attached hereto.

Dated: Oct 19, 2007

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE