## IN RE: NEW CENTURY TRS HOLDINGS, INC.
## CASE NO. 07-10416-KJC

## LIST OF MORTGAGES FOR STAY RELIEF MOTION

|  | LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | MOVANT'S MTG RECORDING | NEW CENT. MTG RECORDING | ESTIMATED VALUE | APPROX. DEBT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0324723386 | 4114 AGNES AVE | LYNWOOD | CA | 90262 | 2005-1947728 | 2005-1947727 | $489,000.00 | $385,674.22 |
| 2 | 0324729185 | 839 SYLVAN BLVD | REDLANDS | CA | 92374 | 2005-0667329 | 2005-0667330 | $365,000.00 | $304,749.29 |
| 3 | 0324738673 | 129 MOODUS RD N | MOODUS | CT | 06469 | 712/178 | 712/198 | $275,000.00 | $257,672.61 |
| 4 | 0324738077 | 268 BABBITT RD | THOMASTON | CT | 06787 | 243/0218 | 243/0233 | $300,000.00 | $277,028.67 |
| 5 | 0324748514 | 829 87TH LN W | MERRILLVILLE | IN | 46410 | 2004-013041 |  | $120,000.00 | $119,114.12 |
| 6 | 0324760222 | 414 NW 19TH TERR | FORT MYERS | FL | 33993 | 2006000138528 | 2006000138529 | $290,000.00 | $301,961.53 |
| 7 | 0324771989 | 401 OLD MILL RD | WARTBURG | TN | 37887 | 41/107 | 41/128 | $120,000.00 | $108,959.54 |
| 8 | 0324776640 | 4801 ROSS HOLLOW LN | BARTLETT | TN | 38002 | 05165589 | 05165590 | $323,000.00 | $272,057.58 |