**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | |
| et al., | Jointly Administered |
| Debtors. | |
| | Ref. No. 3028 |

_____/

**ORDER TERMINATING AUTOMATIC STAY**

UPON CONSIDERATION of the Motion for Relief from Stay with Regard to 10 Properties, filed by HOMEQ SERVICING CORPORATION (Doc. #3028), and the Certification of Counsel as to no opposition to said motion, it is

ORDERED, that the Motion be, and the same is hereby **GRANTED**; and it is further

ORDERED, that the automatic stay is terminated allowing HOMEQ SERVICING CORPORATION to exercise its rights under applicable law with respect to the 10 properties identified on the list attached hereto.

Dated: Oct 19, 2007

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE