IN RE: NEW CENTURY TRS HOLDINGS, INC.
CASE NO. 07-10416-KJC

LIST OF MORTGAGES FOR STAY RELIEF MOTION

| | LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | MOVANT'S MTG RECORDING | NEW CENT. MTG RECORDING | ESTIMATED VALUE | APPROX. DEBT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0325667327 | 133 BRIMMER RD | MERCED | CA | 95340 | 2006-056142 | 2006-056143 | $335,000.00 | $265,904.97 |
| 2 | 0325682185 | 4397-4399 PALM AVE | SACRAMENTO | CA | 95842 | 200608077/1829 | 200608077/1830 | $330,000.00 | $367,539.76 |
| 3 | 0325673382 | 838 SOUTH ST W | ANAHEIM | CA | 92805 | 2006000535858 | 2006000535859 | $585,000.00 | $536,743.51 |
| 4 | 0325678738 | 4230 MONTALVO ST NO 13 | SAN DIEGO | CA | 92107 | 2006-0585683 | 2006-0585684 | $460,000.00 | $398,943.92 |
| 5 | 0325680684 | 2230 GAMBIER DR | POMONA | CA | 91766 | 061808977 | 051808978 | $420,000.00 | $357,697.35 |
| 6 | 0325652436 | 8316 SPINNAKER COVE DR | LAS VEGAS | NV | 89128 | 004722 | 004723 | $497,000.00 | $606,566.28 |
| 7 | 0325686253 | 401 STANTON RD #204 E | WILDWOOD | NJ | 08260 | 4412/615 | 4412/539 | $545,000.00 | $540,451.59 |
| 8 | 0325677623 | 846 HAUNANI PL | WAILUKU | HI | 96793 | 2006-147940 | 2006-147941 | $595,000.00 | $563,568.98 |
| 9 | 0325694701 | 15-1334 24TH AVE | KEAAU | HI | 96749 | 3466341 | 3466342 | $275,000.00 | $240,445.04 |
| 10 | 0325681007 | 241 3RD AVE W | ROSELLE | NJ | 07203 | 11826/963 | 11826/963 | $285,000.00 | $224,575.99 |