UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                                                  Case No. 07-10416-KJC
                                                                                        Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,
et al.,                                                                                 Jointly Administered
          Debtors.
                                                                                        Ref. No. 3027

_____/

### ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Stay with Regard to 14 Properties, filed by HOMEQ SERVICING CORPORATION (Doc. #3027), and the Certification of Counsel as to no opposition to said motion, it is

ORDERED, that the Motion be, and the same is hereby **GRANTED**; and it is further

ORDERED, that the automatic stay is terminated allowing HOMEQ SERVICING CORPORATION to exercise its rights under applicable law with respect to the 14 properties identified on the list attached hereto.

Dated: Oct 19, 2007

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE