IN RE: NEW CENTURY TRS HOLDINGS, INC.
CASE NO. 07-10416-KJC

LIST OF MORTGAGES FOR STAY RELIEF MOTION

| | LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | MOVANT'S MTG RECORDING | NEW CENT. MTG RECORDING | ESTIMATED VALUE | APPROX. DEBT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0325278380 | 11200 QUEEN ANN AVE | OKLAHOMA CITY | OK | 73114 | 0005946 | 0005947 | $118,000.00 | $105,171.27 |
| 2 | 0325281772 | 1874 GREEN TREE LN | DUNCANVILLE | TX | 75137 | 200600098200 | 200600098201 | $176,000.00 | $158,850.92 |
| 3 | 0325275402 | 621 BUR OAK DR | IRVING | TX | 75060 | 200601188156 | 200601881588 | $138,000.00 | $115,960.17 |
| 4 | 0325292514 | 7326 CALAIS RD | HOUSTON | TX | 77033 | 2275124 | 2275125 | $74,000.00 | $62,788.10 |
| 5 | 0325275238 | 7307 SANGAMON ST | CHICAGO | IL | 60621 | 06-15950035 | 06-15950036 | $260,000.00 | $228,881.82 |
| 6 | 0325277705 | 7630 UNION AVE S | CHICAGO | IL | 60620 | 06-15641004 | 06-15641005 | $170,000.00 | $152,111.02 |
| 7 | 0325262988 | 7007 SYLVIA AVE | RESEDA | CA | 91335 | 06-895145 | 06-895146 | $500,000.00 | $438,100.15 |
| 8 | 0325261790 | 15042 DEL REY DR | VICTORVILLE | CA | 92392 | 2006-0281541 | | $235,000.00 | $201,901.51 |
| 9 | 0325256998 | 135 WOODWARD ST N | BRANDON | WI | 53919 | 870338 | 870339 | $102,000.00 | $91,217.70 |
| 10 | 0325279040 | 1035 ATLANTIC ST | FRANKLIN SQUARE | NY | 11010 | 30717/105 | 30717/128 | $420,000.00 | $344,053.15 |
| 11 | 0325267391 | 87-1972 K PAKEKE ST | WAIANAE | HI | 96792 | 2006-079877 | 2006-079878 | $370,000.00 | $296,540.53 |
| 12 | 0325294643 | 1029 FAIRLANE AVE | SEWARD | NE | 68434 | 340/237 | 340/258 | $178,000.00 | $145,889.03 |
| 13 | 0325283307 | 11945 187 TER SW | MIAMI | FL | 33177 | 24491/2256 | 24491/2271 | $320,000.00 | $263,224.36 |
| 14 | 0325261188 | 72-74 WILLOUGHBY ST | NEWARK | NJ | 07112 | 11220/300 | 11220/315 | $285,000.00 | $263,760.11 |