## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | |
| et al., | Jointly Administered |
| Debtors. | |
| | Ref. No. 3026 |

_____ /

### ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Stay with Regard to 7 Properties, filed by HOMEQ SERVICING CORPORATION (Doc. #3026), and the Certification of Counsel as to no opposition to said motion, it is

ORDERED, that the Motion be, and the same is hereby **GRANTED**; and it is further

ORDERED, that the automatic stay is terminated allowing HOMEQ SERVICING CORPORATION to exercise its rights under applicable law with respect to the 7 properties identified on the list attached hereto.

Dated: Oct 19, 2007

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE