IN RE: NEW CENTURY TRS HOLDINGS, INC.
CASE NO. 07-10416-KJC

LIST OF MORTGAGES FOR STAY RELIEF MOTION

| | LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | MOVANT'S MTG RECORDING | NEW CENT. MTG RECORDING | ESTIMATED VALUE | APPROX. DEBT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0325351476 | 4677 A ST SE | WASHINGTON | DC | 20019 | 2006164563 | 2006164564 | $200,000.00 | $179,063.10 |
| 2 | 0325352002 | 1132 NW 89TH TERR | PEMBROKE PINES | FL | 33024 | 42228/998 | 42228/1020 | $416,000.00 | $367,518.04 |
| 3 | 0325354255 | 4031 LITTLE DR | CONCORD | CA | 94521 | 2006-0147022-00 | 2006-0147023-00 | $690,000.00 | $565,676.50 |
| 4 | 0325354578 | 1709 LIGHTCAP ST | LANCASTER | CA | 93535 | 061031749 | 061031750 | $375,000.00 | $303,006.56 |
| 5 | 0325371466 | 4736-38 25TH ST SW | LEHIGH ACRES | FL | 33971 | 2006000230008 | 2006000230009 | $290,000.00 | $272,610.33 |
| 6 | 0325374288 | 5740 ETIWANDA AVE | TARZANA | CA | 91356 | 06-1115943 | 06-1115944 | $463,000.00 | $397,593.22 |
| 7 | 0325376057 | 9233 HARBOR STREAM AVE | LAS VEGAS | NV | 89149 | 0000716 | 0000717 | $280,000.00 | $245,318.05 |