IN RE: NEW CENTURY TRS HOLDINGS, INC.
CASE NO. 07-10416-KJC

LIST OF MORTGAGES FOR STAY RELIEF MOTION

| | LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | MOVANT'S MTG RECORDING | NEW CENT. MTG RECORDING | ESTIMATED VALUE | APPROX. DEBT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0324821719 | 821 WEST AVE | MADISON | SD | 57042 | 457/195 | 457/216 | $102,000.00 | $83,323.28 |
| 2 | 0324828235 | 495 5TH AVE EAST N | COLUMBIA FALLS | MT | 59912 | 2006-004-10040 | 2006-004-10050 | $159,000.00 | $147,045.18 |
| 3 | 0324837467 | 33 POPE LN | PALM COAST | FL | 32164 | 1372/655 | 1372/679 | $240,000.00 | $224,027.30 |
| 4 | 0324838143 | 47-49 MOUNTAIN AVE | NEW LONDON | CT | 06320 | 1603/183 | 1603/206 | $276,000.00 | $242,973.89 |
| 5 | 0324839317 | 7361 POLK ST | HOLLYWOOD | FL | 33024 | 41171/105 | 41171/127 | $295,000.00 | $251,928.20 |
| 6 | 0324840420 | 970 TRALEE CT | GURNEE | IL | 60031 | 5933008 | 5933009 | $319,000.00 | $278,593.37 |
| 7 | 0324846948 | 3876 SW 143RD PL | MIAMI | FL | 33175 | 24125/2244 | 24125/2402 | $605,000.00 | $467,092.22 |
| 8 | 0324847664 | 14756 LEMAY ST | VAN NUYS | CA | 91405 | 05-3155181 | | $635,000.00 | $507,235.70 |
| 9 | 0324848878 | 1559 MICHAEL DR | TRACY | CA | 95377 | 2006-034433 | 2006-044434 | $665,000.00 | $628,012.49 |
| 10 | 0324849397 | 1014 SALZEDO ST #108 | MIAMI | FL | 33134 | 24192/1230 | 24192/1255 | $139,290.00 | $133,493.21 |
| 11 | 0324852854 | 8239 KIMBARK AVE S | CHICAGO | IL | 60619 | 0534805085 | 0534805086 | $215,000.00 | $194,408.45 |
| 12 | 0324853035 | 15 EDGEWATER RD | TWNSHIP OF W MILFORD | NJ | 07421 | M7130/172 | M7130/188 | $235,000.00 | $204,417.76 |