IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., <u>et</u> <u>al.</u>,<br><br>Debtor. | Chapter 11<br>Case No. 07-10416-KJC |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2007, copies of the foregoing Motion for Relief from Automatic Stay Under § 362 of the Bankruptcy Code, notice, and proposed order were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.


Dated: October 22, 2007     /s/ **Adam Hiller**
       Wilmington, Delaware     Adam Hiller (DE No. 4105)
                                               Draper & Goldberg, PLLC
                                               1500 North French Street, 2nd Floor
                                               Wilmington, Delaware 19801
                                               (302) 339-8776 telephone
                                               (302) 213-0043 facsimile