# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
*Movant: Saxon Mortgage Services, Inc.*
*D&G Reference: 210694*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000208081 | RAMOS | 7/31/2006 | $344,000.00 | $370,972.99 | $350,000.00 | 1002 SOUTH BELLE AVENUE RIVERSIDE CA 92508 |
| 2000205346 | FORTUNA | 7/14/2006 | $108,000.00 | $115,599.45 | $115,000-125,000 | 902 DERBYSHIRE ROAD DAYTONA BEACH FL 32117 |
| 2000208181 | CRAVEN | 7/27/2006 | $90,000.00 | $93,561.02 | $100,000.00 | 453 EAST COLLEGE AVENUE ASHBURN GA 31714 |
| 2000205586 | OCHOA | 6/21/2006 | $197,600.00 | $203,575.46 | $210,000.00 | 241 EAST 10TH STREET SAN BERNARDINO CA 92410 |
| 2000207068 | MARSHALL | 7/21/2006 | $399,200.00 | $426,738.34 | $465,000.00 | 12009 SUFFOLK TERRACE GAITHERSBURG MD 20878 |
| 2000206456 | ROSS | 7/5/2006 | $196,000.00 | $210,126.78 | $220,000.00 | 172 REDWOOD DRIVE APPLE VALLEY MN 55124 |
| 2000206572 | CAZARES | 7/11/2006 | $445,600.00 | $464,141.07 | $440,000.00 | 1404 1410 VIRGINIA AVENUE RICHMOND CA 94804 |
| 2000208243 | NAADUBON | 7/28/2006 | $115,120.00 | $120,628.71 | $147,000.00 | 1609 17TH ST S FARGO ND 58103 |
| 2000202089 | BAILEY | 7/11/2006 | $362,969.00 | $385,228.48 | $400,000.00 | 10942 PENNFIELD RD CENTERVILLE OH 45458 |
| 2000201430 | CALV | 7/5/2006 | $200,000.00 | $219,048.84 | $173,000.00 | 4609 WEST EL PRADO BLVD TAMPA FL 33629 |
| 2000200217 | DIWAG | 6/17/2006 | $304,000.00 | $321,025.04 | $340,000.00 | 16636 WHIRLAWAY CIRCLE MORENO VALLEY CA 92551 |
| 2000201506 | BARAJAS | 7/6/2006 | $329,600.00 | $343,356.13 | $340,000.00 | 1292 FLAMINGO AVENUE EL CAJON CA 92021 |