**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,**[1] | : | **Case No. 07-10416 (KJC)** |
| | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 23, 2007 AT 1:30 P.M.**

## I. CONTINUED MATTERS:

1. Emergency Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Assets Used in Their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 70; filed 4/4/07]

   Objection Deadline: April 11, 2007 at 4:00 p.m.; Deadline to object to sale or assumption and assignment is May 14, 2007 at 4:00 p.m.; Extension deadline of May 15, 2007 granted to Union Bank of California; Deadline to object to adequate assurance of future performance under the assumed contracts is May 17, 2007

   Remaining Objections:

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Amended/Added agenda items are noted in **bold.**

A. Objection to Assumption and Assignment (Cure Amount) filed by Data-Link Systems, L.L.C. and Fiserv Solutions, Inc. [D.I. 633; filed 5/11/07]

Related Documents:

i. Order Granting Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [D.I. 90; filed 4/5/07]

ii. Notice of Hearing Regarding Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 120; filed 4/5/07]

iii. Notice of Filing of Amended and Restated Asset Purchase Agreement between (among others) New Century Financial Corporation and Carrington Capital Management, LLC [D.I. 335; filed 4/19/07]

iv. Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Bidding Procedures, Including Break-Up Fee and Expense Reimbursement Payable to Carrington Mortgage Services, LLC for Sale of Debtors' Servicing Business; (II) Scheduling Bid Deadline, Auction Date, and Sale Hearing and Approving Notice Thereof; and (III) Approving Procedures to Fix Cure Amounts Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Approving Notice Thereof [D.I. 340; filed 4/20/07]

v. Stipulation and Order (1) Approving Agreement for the Disposition of Certain Mortgage Loans and Residual Interests, and (2) Confirming, Inter Alia, (A) That Auctions of Mortgage Loans and Residuals Conducted in Accordance with Auction Procedures Therein are Covered by Bankruptcy Code "Safe Harbor" Provisions and Are Commercially Reasonable, and (B) Absence of Need to Seek Relief from Automatic Stay [D.I. 439; filed 4/27/07]

vi. Notice of Filing Regarding Affidavit of Publication of the Sale Notice in The Wall Street Journal (National Edition) [D.I. 570; filed 5/7/07]

vii. Notice of Hearing Date [D.I. 640; filed 5/11/07]

viii. Notice of Withdrawal of Supplement to Objection of Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc. to Notice of Intent to Assume and Assign and Fixing of Cure Amounts Concerning Adequate Assurance of Future Performance [D.I. 766; filed 5/18/07]

ix. Notice of Successful Bidder, Sale Hearing and Continuance of Hearing With Respect to Timely Filed Cure Objections Other Than as to Servicing Agreements [D.I. 768; filed 5/18/07]

x. Notice of Withdrawal of Precautionary Objection [Re: D.I. 699] by Irwin Mortgage Corporation and Irwin Financial Corporation [D.I. 1021; filed 6/1/07]

xi. Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure Approving (i) the Sale of Debtors' Servicing Business to Carrington Capital Management, LLC and Carrington Mortgage Services, LLC Pursuant to the Second Amended and Restated Asset Purchase Agreement, Dated as of May 21, 2007, Free and Clear of Liens, Claims, Encumbrances, and Interests, and (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to Carrington as Part of Such Sale [D.I. 844; filed 5/23/07]

Status: The Court entered an order on May 23, 2007 approving the sale to Carrington Management Services, LLC ("Carrington"). The hearing on all cure related objections filed with respect to the sale was continued to subsequent hearing dates. All outstanding cure objections have been resolved, with the exception of the objection filed by Data-Link Systems, L.L.C. and Fiserv Solutions, Inc. (the "Data-Link Objection"). The hearing on this matter as it relates to the Data-Link Objection is continued to the omnibus hearing scheduled for November 6, 2007.

2. Evidentiary Hearing to Determine the Amount of the Damages to Be Awarded to the Debtors on Their Cross-Motion for Positive Software Solutions, Inc.'s Violations of the Automatic Stay [D.I. 2265; filed 8/15/07]

Objection Deadline: September 25, 2007

Objections/Responses Received:

A. Objection of Positive Software Solutions, Inc., to Debtors' Alleged Damages [D.I. 3045; filed 9/25/07]

Related Documents:

i. Debtors' Response to the Motion of Positive Software Solutions, Inc. for Relief from the Stay Regarding Copyright Infringement Litigation, and Cross-Motion for Sanctions for Violation of the Automatic Stay [D.I. 2101; filed 7/31/07]

ii. Order (I) Denying the Motion of Positive Software Solutions, Inc. for Relief from the Stay Regarding Copyright Infringement Litigation and (II) Granting the Debtors' Cross-Motion for Sanctions for Violation of the Automatic Stay [D.I. 2265; filed 8/15/07]

iii. Declaration of Russell C. Silberglied in Support of Damages Pursuant to 11 U.S.C. Section 362(k) Incurred by the Debtors Due to Positive Software Solutions, Inc.'s Violation of the Automatic Stay [D.I. 2683; filed 9/6/07]

iv. Declaration of Barry Barnett Regarding Attorney's Fees [D.I. 2706; filed 9/7/07]

Status: The parties have reached a settlement in principle as to the amount of the sanctions, should the Court's order be upheld on appeal. Thus, the evidentiary hearing will not go forward. If a stipulation has been reached by the time of the hearing, it will be presented.

3. Debtors' Motion for Additional Sanctions Against Positive Software Solutions, Inc. for Further Violation of the Automatic Stay [D.I. 2566; filed 8/24/07]

Objection Deadline: September 4, 2007

Objections/Responses Received:

A. Objection of Positive Software Solutions, Inc. to Debtors' Motion for Additional Sanctions Against Positive Software Solutions, Inc. for Further Violation of the Automatic Stay [D.I. 2656; filed 9/4/07]

B. Amended Objection of Positive Software Solutions, Inc., to Debtors' Motion for Additional Sanctions Against Positive Software Solutions, Inc. for Further Violation of the Automatic Stay [D.I. 2667; filed 9/5/07]

Related Documents:

i. Debtors' Supplement to Motion for Additional Sanctions Against Positive Software Solutions, Inc. for Further Violation of the Automatic Stay [D.I. 3252; filed 10/9/07]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for November 6, 2007 at 1:30 p.m. The Debtors also filed an adversary proceeding and a motion for a temporary restraining order at agenda #46 which is related to the alternative relief sought in the Supplement to Motion. That matter is also continued, as indicated.

4. National City Commercial Capital Company LLC's Motion for Relief from Automatic Stay [D.I. 2857; filed 9/19/07]

Objection Deadline: October 18, 2007; extended to November 1, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Exhibits to be Attached to National City Commercial Capital Company LLC's Motion for Relief from Automatic Stay [D.I. 3022; filed 9/24/07]

ii. Amended Notice of Motion of Stay [D.I. 3070; filed 9/26/07]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for November 6, 2007 at 1:30 p.m.

5. Motion of ADT Security Services, Inc. to Compel the Payment of Administrative Expenses Claim Pursuant to 11 U.S.C. Section 503(b)(1) [D.I. 3229; filed 10/5/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None to date

Related Documents: None to date.

Status: The hearing on this matter is continued to the omnibus hearing scheduled for November 6, 2007 at 1:30 p.m.

## II. UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION:

6. S. William Manera, Chapter 7 Trustee for the State of Jason Edward Poteet, for Relief from the Automatic Stay to Permit Adversary Proceeding to Avoid Preferential Transfer of Lien Interest with Respect to 3325 East Ashurst Drive, Phoenix, Arizona 85048 [D.I. 3024; filed 9/24/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Certificate of No Objection [D.I. 3345 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

7. HomEq Servicing Corporation's Motion for Relief from Stay with Regard to 12 Properties [D.I. 3025; filed 9/24/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3178; filed 10/1/07]

ii. Amended Notice of Hearing [D.I. 3192; filed 10/2/07]

iii. Certificate of No Objection [D.I. 3301 filed 10/17/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

8. HomeEq Servicing Corporation's Motion for Relief from Stay with Regard to 7 Properties [D.I. 3026; filed 9/24/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3179; filed 10/1/07]

ii. Amended Notice of Hearing [D.I. 3189; filed 10/2/07]

iii. Certificate of No Objection [D.I. 3302 filed 10/17/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

9. HomEq Servicing Corporation's Motion for Relief from Stay with Regard to 14 Properties [D.I. 3027; filed 9/24/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3180; filed 10/1/07]

ii. Amended Notice of Hearing [D.I. 3193; filed 10/2/07]

iii. Certificate of No Objection [D.I. 3303 filed 10/17/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

10. HomEq Servicing Corporation's Motion for Relief from Stay with Regard to 10 Properties [D.I. 3028; filed 9/24/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3181; filed 10/1/07]

ii. Amended Notice of Hearing [D.I. 3191; filed 10/2/07]

iii. Certificate of No Objection [D.I. 3304 filed 10/17/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

11. HomEq Servicing Corporation's Motion for Relief from Stay with Regard to 8 Properties [D.I. 3029; filed 9/24/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3182; filed 10/1/07]

ii. Amended Notice of Hearing [D.I. 3190; filed 10/2/07]

iii. Certificate of No Objection [D.I. 3305 filed 10/17/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

12. HomEq Servicing Corporation's Motion for Relief from Stay with Regard to 16 Properties [D.I. 3030; filed 9/24/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3183; filed 10/1/07]

ii. Amended Notice of Hearing [D.I. 3194; filed 10/2/07]

iii. Certificate of No Objection [D.I. 3306 filed 10/17/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

13. HomEq Servicing Corporation's Motion for Relief from Stay with Regard to 35 Properties [D.I. 3031; filed 9/24/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3184; filed 10/1/07]

ii. Amended Notice of Hearing [D.I. 3195; filed 10/2/07]

iii. Certificate of No Objection [D.I. 3307 filed 10/17/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

14. GMAC Mortgage, LLC's Motion for Relief from Stay with Regard to 16 Properties [D.I. 3076; filed 9/26/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3185; filed 10/1/07]

ii. Certificate of No Objection [D.I. 3300 filed 10/17/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

15. Motion of Consumer Solutions REO LLC for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3086; filed 9/28/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3088; filed 9/28/07]

ii. Certificate of No Objection [D.I. 3321 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

16. Motion of Deutsche Bank National Trust Company, Trustee, on Behalf of the Certificate Holders of GSAA Home Equity Trust 2004-09 Asset-Backed Certificates, Series 2004-9 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3089; filed 9/28/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3090; filed 9/28/07]

ii. Certificate of No Objection [D.I. 3322 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

17. Motion of Deutsche Bank National Trust Company as Trustee for the Holders of GSAA Home Equity Trust 2005-2, Asset-Backed Certificates, Series 2005-2 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3091; filed 9/28/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3092; filed 9/28/07]

ii. Certificate of No Objection [D.I. 3323 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

18. Motion of Deutsche Bank National Trust Company on Behalf of the CertificateHolders Morgan Stanley ABS Capital I Inc. Trust 2005-NC2 Mortgage Pass Through Certificates, Series 2005-NC2 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3094; filed 9/28/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3095; filed 9/28/07]

ii. Certificate of No Objection [D.I. 3324 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

19. Motion of Deutsche Bank National Trust Company on Behalf of the Certificate Holders GSAMP Trust 2005-HE3, Mortgage Pass-Through Certificates, Series 2005-HE3 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3096; filed 9/28/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3098; filed 9/28/07]

ii. Certificate of No Objection [D.I. 3325 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

20. Motion of HSBC Bank USA, National Association on Behalf of the Trust Fund and for the Benefit of Ace Securities Corp. Home Equity Loan Trust, Series 2005-HE4 Asset Backed Pass-Through Certificates for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3099; filed 9/28/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3100; filed 9/28/07]

ii. Certificate of No Objection [D.I. 3326 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

21. Motion of Wells Fargo Bank, National Association as Trustee for Securitized Asset Backed Receivables LLC 2005-HE1 Mortgage Pass-Through Certificates, Series 2005-HE1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3101; filed 9/28/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3102; filed 9/28/07]

ii. Certificate of No Objection [D.I. 3327 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

22. Motion of Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006-HE5 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3103; filed 9/28/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3104; filed 9/28/07]

ii. Certificate of No Objection [D.I. 3328 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

23. Motion of HSBC Bank USA, National Association for the Benefit of Ace Securities Corp. Home Equity Loan Trust, Series 2006-NC2 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3106; filed 9/28/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3107; filed 9/28/07]

ii. Certificate of No Objection [D.I. 3329 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

24. Motion of Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3108; filed 9/28/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3109; filed 9/28/07]

ii. Certificate of No Objection [D.I. 3330 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

25. Motion of Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE7 Mortgage Pass-Through Certificates, Series 2006-HE7 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3110; filed 9/28/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3111; filed 9/28/07]

ii. Certificate of No Objection [D.I. 3331 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

26. Motion of Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC5, Mortgage Pass-Through Certificates, Series 2006-NC5, for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3112; filed 9/28/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3113; filed 9/28/07]

ii. Certificate of No Objection [D.I. 3332 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

27. Motion of HSBC Bank USA, National Association for the Benefit of Ace Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3114; filed 9/28/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3115; filed 9/28/07]

ii. Certificate of No Objection [D.I. 3333 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

28. Motion of Countrywide Home Loans Servicing LP for the Benefit of HSBC Bank USA, N.A. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3116; filed 9/28/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3117; filed 9/28/07]

ii. Certificate of No Objection [D.I. 3334 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

29. Motion of Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 207-HE1 Mortgage Pass-Through Certificates, Series 2007-HE1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3118; filed 9/28/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3119; filed 9/28/07]

ii. Certificate of No Objection [D.I. 3335 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

30. Motion of Deutsche Bank National Trust Company, on Behalf of Morgan Stanley ABS Capital I Inc. Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3120; filed 9/28/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3121; filed 9/28/07]

ii. Certificate of No Objection [D.I. 3336 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

31. Motion of Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2 Mortgage Pass-Through Certificates, Series 2007-HE2 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3122; filed 9/28/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3123; filed 9/28/07]

ii. Certificate of No Objection [D.I. 3337 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

32. Motion of Deutsche Bank National Trust Company, as Trustee on Certificates, Series 2007-NC2RS from Morgan Stanley ABS Capital I Inc. Trust 2007-NC2 Mortgage Pass-Through for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3124; filed 9/28/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3125; filed 9/28/07]

ii. Certificate of No Objection [D.I. 3338 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

33. Motion of Countrywide Home Loans, Inc. for the Benefit of UBS Real Estate Investments Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 3126; filed 9/28/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Exhibit A to Motion [D.I. 3128; filed 9/28/07]

ii. Proposed Order [D.I. 3129; filed 9/28/07]

iii. Notice of Hearing [D.I. 3130; filed 9/28/07]

iv. Certificate of No Objection [D.I. 3339 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

34. Motion of Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006-HE8 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3131; filed 9/28/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing [D.I. 3132; filed 9/28/07]

ii. Certificate of No Objection [D.I. 3340 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

35. Mortgage Electronic Registration Systems, Inc. as Nominee for Aurora Financial Group, Inc.'s Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. Section 362(d)(1) [D.I. 3170; filed 10/1/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents: None at this time.

i. Certificate of No Objection [D.I. 3315 filed 10/18/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

36. Motion of Saxon Mortgage Services, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3173; filed 10/1/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents: None at this time.

i. Certificate of No Objection [D.I. 3343 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

37. Motion of LaSalle Bank National Association, as Trustee and Custodian for Morgan Stanley, MSAC 2006-HE8, by Saxon Mortgage Services, Inc. as its Attorney-In-Fact for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3214; filed 10/4/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents: None at this time.

i. Certificate of No Objection [D.I. 3342 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

38. Motion of Deutsche Bank Trust Company Americas, as Trustee and Custodian for HSBC Bank USA, NA ACE 2006-NC1, by Saxon Mortgage Services Inc. as Its Attorney-In-Fact for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3217; filed 10/4/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None at this time.

Related Documents: None at this time.

i. Certificate of No Objection [D.I. 3341 filed 10/19/07]

Status: **On October 22, 2007, the Court entered an order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.**

## III. UNCONTESTED MATTERS GOING FORWARD:

39. Request of CSHV Denver Tech Center, LLC for Allowance and Payment of Administrative Expense Claim [D.I. 2068; filed 7/27/07]

Objection Deadline: August 20, 2007; extended indefinitely for Debtors

Objections/Responses Received: None at this time.

Related Documents: None at this time.

Status: **The hearing on this matter is continued to the omnibus hearing scheduled for November 6, 2007 at 1:30 p.m.**

40. Application of Debtors and Debtors in Possession for an Order Authorizing the Retention and Employment of Susman Godfrey LLP as Special Litigation Counsel to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e), 328, 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002 [D.I. 2073; filed 7/27/07]

Objection Deadline: August 16, 2007 at 4:00 p.m.; extended indefinitely for the United States Trustee

Objections/Responses Received: None to date

Related Documents:

i. Supplemental Declaration of Barry Barnett in Support of Application of Debtors and Debtors in Possession for an Order Authorizing the Retention and Employment of Susman Godfrey L.L.P. as Special Ligitation Counsel to Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e), 328, 329, and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016, and 5002 [D.I. 3019; filed 9/21/07]

Status: The Committee and the U.S. Trustee have each expressed concerns with respect to the application. The Debtors have resolved the Committee's concerns with respect to the application and are working to address the U.S. Trustee's concerns. If successful, the Debtors will be submitting a revised form of order at the hearing.

41. Application of the Debtors and Debtors in Possession for an Order Expanding the Scope of O'Melveny & Myers LLP's Retention to Include Representation of New Century Warehouse Corporation, *Nunc Pro Tunc* to August 3, 2007, Pursuant to Section 327(a) of the Bankruptcy Code [D.I. 3062; filed 9/25/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None to date

Related Documents: None to date.

Status: The hearing on this matter is going forward.

42. Motion to Amend Order Under 11 U.S.C. Sections 105 and 363 Authorizing the Employment of AP Services, LLC as Crisis Managers for the Debtors to Include Debtor New Century Warehouse Corporation Nunc Pro Tunc to August 3, 2007 [D.I. 3225; filed 10/4/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None to date

Related Documents: None to date.

Status: The hearing on this matter is going forward.

## IV. CONTESTED MATTERS GOING FORWARD:

43. Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting its Members to Engage in Securities Trading, Loan Sales and Other Transactions Involving the Debtors and Their Respective Assets [D.I. 409; filed 4/26/07]

Objection Deadline: May 8, 2007 at 4:00 p.m.; extended for the U.S. Trustee and SEC to July 9, 2007 at 4:00 p.m.

Objections/Responses Received:

A. Objection of the United States Trustee to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting its Members to Engage in Securities Trading, Loan Sales and Other Transactions Involving the Debtors and Their Respective Assets [D.I. 2128; filed 8/2/07]

Related Documents: None at this time.

Status: The hearing on this matter is going forward.

44. Motion of Debtors and Debtors in Possession for Entry of an Order Establishing Bar Dates for Filing Proofs of Claim in the Chapter 11 Case of New Century Warehouse Corporation and Approving Form, Manner and Sufficiency of Notice Thereof [D.I. 3236; filed 10/5/07]

Objection Deadline: October 16, 2007

Objections/Responses Received:

A. Ad Hoc Committee of Deferred Compensation Plan Beneficiaries' (I) Objection to Debtors' Motion for Entry of an Order Establishing Bar Dates for Filing Proofs of Claim in the Chapter 11 Case of New Century Warehouse Corporation; or in the Alternative, (II) Motion for Leave to File a Class Proof of Claim [D.I. 3299; filed 10/16/07]

Related Documents: None to date.

Status: The hearing on this matter is going forward. In addition to the formal response noted above, the U.S. Trustee has requested certain changes to the proposed form of order.

## V. **ADVERSARY MATTERS:**

45. The New Century Defendants' Motion to Dismiss (Schroeder. v. New Century TRS Holdings, Inc., *et al.*, Adv. Pro. No. 07-51598, D.I. 15; filed 7/25/07)

Objection Deadline: August 8, 2007

Related Documents:

i. Complaint [D.I. 1; filed 6/20/07]

ii. The New Century Defendants' Motion to Dismiss [D.I. 15; filed 7/25/07]

iii. Opening Brief in Support of the New Century Defendants' Motion to Dismiss [D.I. 16; filed 7/25/07]

iv. Declaration of Catherine Vo in Support of the New Century Defendants' Motion to Dismiss [D.I. 17; filed 7/25/07]

v. Joinder to the New Century Defendants' Motion to Dismiss [D.I. 18; filed 8/6/07]

vi. Answering Brief in Opposition to Motions to Dismiss Filed by the Debtors and the Official Committee of Unsecured Creditors [D.I. 21; filed 8/20/07]

vii. Appendix to Answering Brief in Opposition to Motions to Dismiss Filed by the Debtors and the Official Committee of Unsecured Creditors [D.I. 22; filed 8/20/07]

viii. Motion to Dismiss Adversary Proceeding [D.I. 23; filed 8/27/07]

ix. Opening Brief in Support of Defendant Wells Fargo Bank N.A.'s Motion to Dismiss [D.I. 24; filed 8/27/07]

x. Joinder to (A) the New Century Defendants' Reply Brief in Support of Defendants' Motion to Dismiss and (B) Wells Fargo Bank, N.A.'s Opening Brief in Support of Motion to Dismiss [D.I. 26; filed 9/6/07]

xi. Reply Brief in Support of the New Century Defendants'' Motion to Dismiss [D.I. 27; filed 9/6/07]

xii. Answering Brief in Opposition to the Motion to Dismiss by Defendant Wells Fargo Bank, N.A., as Trustee of the Deferred Compensation Plan Trust [D.I. 31; filed 9/14/07]

xiii. Appendix to Answering Brief in Opposition to the Motion to Dismiss by Defendant Wells Fargo Bank, N.A., as Trustee of the Deferred Compensation Plan Trust [D.I. 32; filed 9/14/07]

xiv. Reply Brief in Support of Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss Complaint [D.I. 33; filed 9/21/07

xv. Notice of Completion of Briefing on Defendants' Motions to Dismiss Complaint [D.I. 34; filed 9/24/07]

xvi. Supplement to Reply Brief in Support of Defendant Wells Fargo Bank N.A.'s Motion to Dismiss [D.I. 35; filed 9/24/07

Status: At the October 2, 2007 hearing on the Defendants' motions to dismiss, the Court requested a status conference to follow up on whether any further briefs have been filed and whether the parties have been able to reach an accommodation concerning Wells Fargo's continued participation in the litigation. The status conference on this matter is going forward. Two sets of binders containing items i through xv were delivered to the Court on September 24, 2007. Item xvi was provided to the Court on September 25, 2007.

46. Motion for a Temporary Retraining Order (New Century Mortgage Corporation, *et al.* v Positive Software Solutions, Inc. and Edward Mandel Adv. Pro. No. 07-51724, D.I. 4; filed 10/9/07)

Related Documents:

i. Complaint [D.I. 1; filed 10/9/07]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for November 6, 2007 at 1:30 p.m.

47. Austin v. New Century TRS Holdings, et al., Adv. Pro. No. 07-50970 Plaintiffs' Motion for Class Certification and Other Relief (D.I. 23; Filed 8/15/07)

Objection Deadline: August 29, 2007

Objections/Responses Received: None to date.

Related Documents:

i. Order Granting Class Certification [D.I. 30; filed 9/12/07]

ii. Certification of Counsel Regarding Protective Order [D.I. 35; filed 10/17/07]

iii. Certification of Counsel Re: Revised Order Granting Class Certification [D.I. 36; filed 10/18/07]

Status: **On October 19, 2007, the Court entered an order approving the confidentiality stipulation in connection with this matter. On October 22, 2007, the Court entered a revised order granting class certification. Accordingly, no hearing in this adversary will be necessary.**

48. **Certification of Counsel Re: Stipulation Regarding Release of Segregated Funds to Morgan Stanley Mortgage Capital Holdings LLC [D.I. 3353; filed 10/19/07**

**Objection Deadline: None**

**Objections/Responses Received: None to date.**

**Related Documents: None to date.**

**Status: The hearing on this matter is going forward.**

Dated: October 22, 2007
Wilmington, Delaware

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION