## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,**[1] | **Case No. 07-10416 (KJC)** |
| | **Jointly Administered** |
| | **Objection Deadline:  November 12, 2007** |

## NOTICE OF FIFTH MONTHLY FEE APPLICATION
## OF MANATT, PHELPS & PHILLIPS, LLP

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (the "Debtors") have today filed the attached **Fifth Monthly Application Of Manatt, Phelps & Phillips, LLP, For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Special Securitization Counsel To The Debtors And Debtors In Possession For The Period September 1, 2007 Through September 30, 2007** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Third Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be made in accordance with the Administrative Order Establishing

---

[1] The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage)(d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware Corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Administrative Order") dated April 24, 2007 [Docket No. 389], and must be filed with the Clerk of the Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and be served upon and received by: (i) the Debtors, New Century Mortgage Corporation, 3121 Michelson Drive, Sixth Floor, Irvine, California 92612 (Attn: Monika L. McCarthy, Esq.); (ii) counsel for the Debtors, O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071 (Attn: Suzzanne Uhland, Esq. and Emily Culler, Esq.) and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware  19801 (Attn: Mark D. Collins, Esq. and Michael J. Merchant, Esq.); (iii) the Debtors proposed crisis manager, AP Services, LLC, Nine West 57th Street, Suite 3420, New York, New York 10019 (Attn: Holly Feder Etlin); (iv) Office of the U.S. Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: Joseph McMahon, Esq.); (v) counsel to the Debtors' post-petition senior secured lenders, Kirkland & Ellis, 777 South Figueroa Street, Los Angeles, California 90017-5800 (Attn: Bennett L. Spiegel, Esq. and Shirley S. Cho, Esq.); (vi) proposed counsel to the Official Committee of Unsecured Creditors, Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19801 (Attn: Bonnie Glantz Fatell, Esq.) and Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn: Mark S. Indelicato, Esq.)(collectively, the "Notice Parties") so as to be received no later than **November 12, 2007 at 4:00 p.m.** (the "Objection Deadline"). Only those objections that are timely filed, served and received will be considered by the Court.

PLEASE TAKE FURTHER NOTICE that if no objections are received by the Notice Parties prior to the Objection Deadline, in accordance with the Administrative Order the Applicant may be paid an amount equal to the less of (i) 80 percent of the fees and 100 percent of expenses requested in the Application or (ii) 80 percent of the fees and

2

100 percent of the expenses not subject to any objection without the need for further

order of the Bankruptcy Court.  If any objection is properly filed and served and such

objection is not otherwise resolved, or the Court determines that a hearing should be held

in respect of the Application, a hearing will be held at a time convenient to the Court.

Only those objections made in writing and timely filed, served and received in

accordance with the Administrative Order will be considered by the Court at the hearing.

Dated:  October 22, 2007

MANATT, PHELPS & PHILLIPS, LLP

By: _____
      Ellen R. Marshall [CA Bar No. 66715]
      695 Town Center Drive, 14th Floor
      Costa Mesa, CA 92626
      (714) 371-2508

      Attorneys for Debtors

## VERIFICATION

STATE OF CALIFORNIA       )
                                 ) SS:
COUNTY OF ORANGE        )

          Ellen R. Marshall, after being duly sworn according to law, deposes and says:

        1.       I am a partner with the applicant firm, Manatt, Phelps & Phillips, LLP, and have been admitted to appear before this Court.

        2.       I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

        3.       I have reviewed the foregoing Notice Of Fifth Monthly Fee Application Of Manatt, Phelps & Phillips, LLP and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

                                                  _____

                                     Ellen R. Marshall [CA Bar No. 66715]

SWORN AND SUBSCRIBED before me
this 22nd day of October, 2007.

_____
Notary Public
My Commission Expires: 8/28/2011

CRYSTAL TAYLOR
Commission # 1764065
Notary Public - California
Orange County
My Comm Expires Aug 28, 2011

4

## PROOF OF SERVICE

I, Tracey J. Dunn, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 695 Town Center Drive, 14th Floor, Costa Mesa, CA 92626. On October 22, 2007, I served the within documents:

### NOTICE OF FIFTH MONTHLY FEE APPLICATION OF MANATT, PHELPS & PHILLIPS, LLP

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. from (310) 312-4000, the transmission was reported as complete and without error, and a true copy of the transmission report was properly issued by the transmitting facsimile machine and is annexed to this proof of service.

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Costa Mesa, California addressed as set forth below.

☒    by placing the document(s) listed above in a sealed FedEx Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx Express agent for delivery.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

*Please see attached Service List*

I am readily familiar with the Manatt, Phelps & Phillips, LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 22, 2007, at Costa Mesa, California.

*Tracey J. Dunn*
Tracey J. Dunn

5

## PROOF OF SERVICE MAILING LIST

| Via Federal Express Delivery: | Via United States Mail Service Delivery: |
|---|---|
| New Century Mortgage Corporation<br>Attn: Monika L. McCarthy, Esq.<br>3121 Michelson Drive, Sixth Floor<br>Irvine, CA 92612 | Warren H. Smith, Esq.<br>Warren H. Smith & Associates, P.C.<br>325 N. St. Paul, Suite 1275<br>Dallas, TX 75201 |
| O'Melveny & Myers LLP<br>Attn: Suzzanne Uhland, Esq.<br>      Emily Culler, Esq.<br>400 South Hope Street<br>Los Angeles, CA 90071 | |
| Richards, Layton & Finger, P.A.<br>Attn: Mark D. Collins, Esq.<br>      Michael J. Merchant, Esq.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | |
| AP Services, LLC<br>Attn: Holly Feder Etlin<br>Nine West 57th Street, Suite 3420<br>New York, NY 10019 | |
| Office of the U.S. Trustee<br>Attn: Joseph McMahon, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | |
| Kirkland & Ellis<br>Attn: Bennett L. Spiegel, Esq.<br>      Shirley S. Cho, Esq.<br>777 South Figueroa Street<br>Los Angeles, CA 90017-5800 | |
| Blank Rome LLP<br>Attn: Bonnie Glantz Fatell<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | |
| Hahn & Hessen LLP<br>Attn: Mark S. Indelicato<br>488 Madison Avenue<br>New York, NY 10022 | |