**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered<br>) **Hearing Date:  November 20, 2007**<br>) **Response Date:  November 13, 2007** |
| Debtors, | |

**HOUSEHOLD FINANCE REALTY CORPORATION OF NEW YORK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C.§362(d)(1)**

  NOW COMES Household Finance Realty Corporation of New York, by and through its attorney Whittington & Aulgur, moves the Court for an Order granting relief from the Automatic Stay of 11 U.S.C. §362 upon the following grounds:

JURISDICTION

  1.  The Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 11 U.S.C. §157 and 11 U.S.C. §362.

CLAIM FOR RELIEF

  2.  Household Finance Realty Corporation of New York is a corporation being serviced as to the within property by HSBC Mortgage Corporation (USA), which is located at 2929 Walden Avenue, Depew, New York, 14043.

  3.  On April 2, 2007 a Chapter 11 Petition initiating this proceeding was filed by the Debtors.

4. On or about June 21, 2006, non-filing borrowers Sarah Israel and Harry Israel (hereinafter "Borrowers") executed and delivered an indenture of mortgage in the principal sum of $118,720.00 unto New Century Mortgage Corporation. Said mortgage created a lien upon the property therein mentioned, 440 North Main Street, Liberty, New York, 12754, all of which is of record in the Office of the County Clerk in Sullivan County, State of New York. New Century Mortgage Corporation subsequently executed an assignment of the mortgage unto Household Finance Realty Corporation of New York. Copies of said mortgage and assignment are attached collectively hereto as Exhibit "A".

5. On or about June 21, 2006, non-filing borrowers Sarah Israel and Harry Israel (hereinafter "Borrowers") executed and delivered an indenture of mortgage in the principal sum of $29,680.00 unto New Century Mortgage Corporation. Said mortgage created a lien upon the property therein mentioned, 440 North Main Street, Liberty, New York, 12754, all of which is of record in the Office of the County Clerk in Sullivan County, State of New York. A copy of said mortgage is attached hereto as Exhibit "B".

6. Debtors have no ownership interest in the Property, and their lien, if any, is subordinate to Movant's.

7. At present, Borrowers are contractually delinquent to Movant and a foreclosure proceeding is pending.

8. Any potential equity would not benefit the Debtors' Estate since the Debtors merely hold a lien which is junior to Household Finance Realty Corporation of New York's lien.

9. The continuation of the Automatic Stay of 11 U.S.C. §362 will work real and irreparable harm to Movant's pending foreclosure proceeding against Borrower.

WHEREFORE, Household Finance Realty Corporation of New York hereby moves for an Order pursuant to 11 U.S.C. §362(d)(1) terminating the Automatic Stay for cause.

                    WHITTINGTON & AULGUR

By:  /s/ Kristi J. Doughty
     Robert T. Aulgur, Jr. (No. 165)
     Kristi J. Doughty (No. 3826)
     651 N. Broad Street, Suite 206
     P.O. Box 1040
     Middletown, DE  19709-1040
     (302) 378-1661
     Attorney for Movant

Date:  October 23, 2007