**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

New Century TRS Holdings, Inc., ) Case No. 07-10416 KJC
    et al., ) Chapter 11
                                       ) Jointly Administered
                    Debtors, )

**CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, hereby certify this 23rd day of October, A.D. 2007 that service of the **Notice of Motion, Motion, Exhibits** and proposed **Order** was made electronically and (via) first class mail to the following:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA  92612
*Debtor*

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Bonne Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
*Attorney for Official Committee*
*of Unsecured Creditors*

Sarah Israel
Harry Israel
440 N. Main Street
Liberty, NY  12754
*Borrowers*

                        By:   /s/ Kristi J. Doughty
                              Kristi J. Doughty (No. 3826)
                              651 N. Broad Street, Suite 206
                              P.O. Box 1040
                              Middletown, DE  19709-1040
                              (302) 378-1661
                              Attorney for Movant