IN THE NINETEENTH JUDICIAL
CIRCUIT IN AND FOR ST. LUCIE
COUNTY FLORIDA.
CASE NO.: 562007CA000945AXXXHC

DUETSCHE BANK NATIONAL TRUST
COMPANY, AS IDENTURE TRUSTEE
FOR NEW CENTURY HOME EQUITY
LOAN TRUST 2005-1,
      Plaintiff,

vs.

WILLIAM LANDRY, et. al.
      Defendants



---

## RESPONSE TO NOTICE OF FILING PAYMENT HISTORY, REINSTATEMENT and PAYOFF LETTERS

    The Defendants, WILLIAM LANDRY et. al., CAROL MERRILEE LANDRY n/k/a CAROL MERRILEE WANDS, hereby files this RESPONSE.

You have still not credited my escrow payments on the insurance and taxes for the year 2006.

You still are charging me late fees for payments made on time January 1, thru December 31, 2005 and 2006.

You still have not credited the $3000.00 wire transfer from October of 2006.

You still have not credited five payments made to the mortgage that were fraudulently reported as not paid.

You are still charging excess fees for searches that were done incorrectly.

You are still charging un-necessary legal fees.

Proof has been provided several times to support this RESPONSE.

                                      _____
                                      CAROL M. WANDS
                                      440 SE Sandia Drive
                                      Port St. Lucie, FL 34983

I CERTIFY that a copy of this document was provided by US Postal Service and by fax, to the Plaintiff, this 18th day of October 2007 and to the UNITED STATES BANKRUPTCY COURT DISTRICT OF DELEWARE, CASE NO:07-10416 and New Century Claims Processing P.O. Box 8901 Marina Del Ray, CA 90295 c/o XRoads Case Management Services, O'Melveny & Myers, LLP 3121 Michelson Drive, Suite 600 Irvine, CA 92612, Christopher M. Samis 920 N. King Street Wilmington, DE 19801 c/o Richards, Layton & Finger, P.A., via US Mail.

_____
CAROL M. WANDS
440 SE Sandia Drive
Port St. Lucie, FL 34983
772-332-7292