# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---:|:---|---:|:---|
| **Debtor:** | New Century TRS Holdings, Inc. | | |
| **Case Number:** | 07-10416-KJC | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 23, 2007 01:30 PM   CRT#5, 5TH FL. | | |
| **Bankruptcy Judge:** | KEVIN J. CAREY | | |
| **Courtroom Clerk:** | NANCY HUNT | | |
| **Reporter / ECR:** | AL LUGANO | | |

## *Matter:*

Omnibus

**R / M #:**   3,393 / 0

## *Appearances:*

See Sign in Sheet

## *Proceedings:*

Amended Agenda Item
#1 through 5 - Adjourned to 11/6/007
#6 through 38 - Orders Signed
#39 and 40 - Adjourned
#41 and 42 - Orders Signed
#43 - Withdrawn
#44 - Order Signed
#45 - Status
#46 - Adjourned
#47 and 48 - Orders Signed