# SIGN-IN-SHEET

CASE NAME: New Century TRS Holdings, Inc.  COURTROOM LOCATION: 5
CASE NO.: 07-10416-KJC  DATE: October 23, 2007
PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andrew Nicely (by phone) | Mayer Brown LLP | Wells Fargo Bank |
| Nicholas Cremona (by phone) | Kaye Scholer LLP | Bank of America |
| Suzzane S. Uhland (by phone) | O'Melveny & Myers | Debtor |
| Richard Agins (by phone) | Bingham McCutchen, LLP | DB Structured Products |
| Douglas Deutsch (by phone) | Chadbourne & Park, LLLP | Credit Suisse First Boston |
| Chris Ward | Klehr Harrison | Wells Fargo Bank |
| Gabriel MacConaill | Bracewell Patton Boggs Anderson London | Bank of America |
| Joseph J. McMahon, Jr. | USDOJ | UST |
| Robert J. Stearn | R L & F | Debtors |
| Russell C. Silberglied | " | Debtors |
| Christopher M. Samis | " | Debtors |
| Joseph H. Huston, Jr. | Stevens + Lee | Deferred Comp. Pffs. |
| Patricia Schrage | SEC | SEC |

# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.  **COURTROOM LOCATION:** 5
**CASE NO.:** 07-10416-KJC  **DATE:** October 23, 2007
PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Greg Taylor | Ashby & Geddes | UBS Real Estate Securities Inc |
| Bennie Fatell | Blank Rome | |
| Mark Indelicato | Hahn Hessen | Committee |
| Mark Power | " | |
| | | |
| | | |
| | | |
| | | |
| | | |