## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| New Century TRS Holdings, Inc., et al.,[1] | ) Case No. 06-11202 (KJC) |
| Debtors. | ) (Jointly Administered) |

### DISCLOSURE OF WENDY M. SIMON ARMSTRONG
### INDEPENDENT CONTRACTOR OF AP SERVICES, LLC

WENDY M. SIMON ARMSTRONG makes this Declaration pursuant to 28 U.S.C. § 1746, and in compliance with Rule 2014 of the Federal Rules of Bankruptcy Procedure, and states:

1. I am an independent contractor of AP Services, LLC ("APS")[2], which has as its principal place of business 2000 Town Center, Suite 2400, Southfield, MI 48075. APS is an

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a/ The Anyloan Corporation, 1800anyloan.com, a Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation, NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership and New Century Warehouse Corporation, a California corporation.

[2] Only APS is being retained by the Debtors to provide services in connection with these Chapter 11 cases. Nevertheless, this Declaration discusses the relationships of AlixPartners and its affiliates (collectively, the "AlixPartners Affiliates") with the Debtors, their creditors and other parties-in-interest, because both I and other AlixPartners professionals who may be employed in these cases have associations with multiple AlixPartners Affiliates.

affiliate of AlixPartners LLP, AlixPartners Ltd., AlixPartners GmbH, AlixPartners SAS, AlixPartners S.r.l., and AlixPartners Asia, LLC, internationally recognized restructuring and turnaround advisory and consulting firms; The System Advisory Group, an information technology consulting firm; and AP Services, LLC and Partnership Services, LLC, companies that provides temporary employees.

2. As an independent contractor of APS, I will be assist APS in the representation of the Debtors, by working on claims analysis and resolution, supporting accounting activities and research, and other tasks in support of developing a plan of reorganization.

3. I submit this Declaration pursuant to the motion, dated April 26, 2007, of New Century TRS Holdings, Inc., and certain of its subsidiaries and affiliates, debtors and debtors-in-possession (collectively, the "Debtors"), for an order authorizing the retention of APS as Crisis Managers to the Debtors.

4. Unless otherwise stated, this Declaration is based upon facts of which I have personal knowledge and, if called as a witness, would testify competently thereto.

5. I am a former managing consultant for Navigant Consulting and PricewaterhouseCoopers LLP where I had expertise in electronic evidence and data analysis in connection with SEC investigations, complex commercial litigation and corporation investigations.

6. I understand that APS is billing the Debtors for my services at a rate that APS charges for its own employees of comparable skill and experience, which rate exceeds the amount that I am charging APS for my services.

7. In preparing this Declaration, I have reviewed relevant information to determine whether I have relationships with the following:

(a) the Debtors and their affiliates;

(b) the Debtors' directors and officers and certain of their most significant business affiliations, as provided to APS by the Debtors;

(c) the Debtors' largest unsecured creditors, as identified in the lists filed with their chapter 11 petitions;

(d) the Debtors' pre- and postpetition lenders; and

(e) various other potential parties-in-interest identified by the Debtors.

8. To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, other than in connection with these cases, I do not have any connection with the Debtors, their creditors or any other party with an actual or potential interest in these chapter 11 cases or their respective attorneys or accountants [except as specifically stated below].

- My spouse is a partner at PricewaterhouseCoopers, a creditor of the Debtors.

9. I will remain without any interest adverse to the Debtors or the estate with respect to the matter on which APS is employed during the time that APS is involved in providing services on behalf of the Debtors and will not work for the Debtors or other parties in interest in this case during the time that I am involved in providing services on behalf of the Debtors through its agreement with APS.

10. In addition, I am not related or connected to any United States Bankruptcy Judge for the District of Delaware or the United States Trustee for the District of Delaware or any employee in the Office of the United States Trustee.

11. I reserve the right to supplement this Declaration in the event that either I or APS discovers facts bearing on matters described in this Declaration regarding APS' employment by the Debtors.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

*Wendy M. Simon Armstrong*
Wendy M. Simon Armstrong

Executed this 24th day of October 2007