PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
ATTORNEYS AT LAW
P O BOX 9132
AMARILLO, TEXAS 79105
(806) 359-3188 FAX: (806) 359-5126



FILED
2007 OCT 23  AM 9:49
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | X | |
| | X | |
| NEW CENTURY MORTGAGE CORP. | X | Case No. 07-10419-KJC |
| | X | |
| | X | |
| DEBTOR/S | X | Chapter 11 |

### CLAIM WITHDRAWAL

   COMES NOW, Claimant, FLOYD COUNTY APPRAISAL DISTRICT, in the above entitled Bankruptcy case, by and through their attorney, D'Layne Peeples of Perdue, Brandon, Fielder, Collins & Mott, L.L.P., do hereby withdraw their claim due to the fact that the property in the proof of claim has changed ownership. Our claim is to be withdrawn as follows:

| CLAIM TYPE | CLAIMANT | DATE FILED | AMOUNT |
|---|---|---|---|
| SECURED | FLOYD COUNTY APPRAISAL DISTRICT | 5-14-2007 | $1,652.29 |

Respectfully submitted,

PERDUE BRANDON FIELDER
COLLINS & MOTT, L.L.P.
P O Box 9132
Amarillo, Texas 79105
(806) 359-3188 FAX: (806) 359-5126
Email: abragg@pbfcm.com

By: _____
D'Layne Peeples
State Bar #00792988



## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Withdrawal of Claim was sent via First Class Mail to the following person on the 19th day of October, 2007.

By: _____
D'Layne Peeples

New Century Mortgage Corporation
c/o Mark D. Collins
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE  19899

United States Trustee
844 King Street Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Americas Servicing Company
c/o A. Michelle Hart
McCalla Raymer LLC
1544 Old Alabama Rd.
Roswell, GA  30076

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE  19801

Floyd County Appraisal District
P.O. Box 249
Floydada, Texas  79235-0249