# **EXHIBIT B**

LA3:1140634.3
RLF1-3217111-1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,**[1] | : | Case No. 07-10416 (KJC) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |

## ORDER AUTHORIZING AND APPROVING ASSUMPTION OF REAL PROPERTY LEASE

This matter coming before the Court on the Motion of Debtors and Debtors in Possession for an Order Authorizing and Approving Assumption of Real Property Lease (the "Motion") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court (a) having reviewed the Motion and all pleadings relating thereto and (b) having heard the statements of counsel regarding the relief requested in the motion at a hearing before the Court (the "Hearing"); the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of the Motion and the Hearing was adequate under the circumstances and (d) good cause exists for the relief requested in the Motion:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

3. In accordance with section 365 of the Bankruptcy Code, the Debtors are hereby authorized and empowered to assume the Lease on Exhibit "A" hereto. Upon assumption, the Lease shall be deemed to continue to be valid and binding and in full force and effect and enforceable in accordance with its terms.

4. The cure amount for the Lease shall be $0.00.

5. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

6. The Debtors, as well as their officers, employees, consultants and agents, shall be, and hereby are, authorized to take all actions and/or execute any and all documents as may be necessary or desirable to carry out the terms of this Order.

Dated: _____, 2007
      Wilmington, Delaware

_____
United States Bankruptcy Judge

# EXHIBIT A

| Lease ID | Lease Location | Landlord Contact Information: | Lease Commencement Date | Lease Termination Date | Monthly Rental Obligation | Cure Amount |
|---|---|---|---|---|---|---|
| CA064 | 2601 Walnut Ave. Tustin, CA 92780 | Shannon Fujimura Rossherm Properties PO Box 19068 Irvine CA 92623-9068 | 02/01/2006 | 01/31/2008 | $15631.63 | $0.00 |