IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
NEW CENTURY TRS HOLDINGS, INC.
    Debtor
WILSHIRE CREDIT CORPORATION
14523 SW MILIKAN WAY SUITE 200
BEAVERTON, OR 97005
    Movant

Case No. 07-10416-KJC
(Chapter 11)
Ref: Docket No.1292

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
NEIL F. DIGNON, ESQUIRE
BAR NUMBER 3625
    Attorneys for the Movant
  v.
NEW CENTURY TRS HOLDINGS, INC, et al.
    Respondents

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by Wilshire Credit Corporation ("Wilshire"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED**; and it is further

**ORDERED,** that the Automatic Stay is terminated allowing Wilshire to exercise its rights under applicable law against the Debtor's Property more particularly described in the Mortgage which has the address of 1474 Robbins Lane, Seaford, NY 11783 ("Property"), including, but not limited to foreclosure against the Property under the Mortgage.

Date: Oct 25, 2007

BY THE COURT

_____
U.S. Bankruptcy Court Judge