# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC., | ) |
| a Delaware Corporation, *et al.*, | ) Jointly Administered |
| | ) |
| Debtors. | ) |

## AFFIDAVIT OF MARK MINUTI

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS. |
| NEW CASTLE COUNTY | ) |

BE IT REMEMBERED, that on this 26th day of October, A.D. 2007, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, **MARK MINUTI**, and being duly sworn according to law, deposes and says as follows:

1. I am a Partner in the firm of Saul Ewing LLP ("Saul Ewing"), which serves as co-counsel to Michael J. Missel, as Examiner (the "Examiner") of New Century TRS Holdings, Inc., *et al.*, (collectively, the "Debtors") in the above-captioned chapter 11 cases.

2. I have read the foregoing Application of Saul Ewing for allowance of compensation and reimbursement of expenses and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3. There is no agreement or understanding between Saul Ewing and any other person for a division of compensation as co-counsel to the Examiner.

4. No division prohibited by the Bankruptcy Code will be made by Saul Ewing.

5. No agreement prohibited by Title 18, Section 155 has been made.

_____
**MARK MINUTI**

SWORN TO AND SUBSCRIBED before me the day and year first above written.

_____
NOTARY PUBLIC

KATHLEEN L. DIROCCO
Notary Public - State of Delaware
My Comm. Expires Oct. 21, 200

552795.1 10/26/07                           2