# EXHIBIT "B"

**EXHIBIT "B"**

## SUMMARY OF BILLING BY ATTORNEY
### AUGUST 1, 2007 THROUGH AUGUST 31, 2007

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate (including changes and 10% discount)* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Mark Minuti[1] | 1988 | Partner (since 1997) | $459.00 | 17.4 | $7,986.60 |
| Kathleen P. Makowski[2] | 1996 | Associate (since 2003) | $306.00 | 2.90 | $887.40 |
| Pauline Ratkowiak[3] | N/A | Paralegal (since 1987) | $162.00 | 1.50 | $243.00 |
| Renee L. Lowder[4] | N/A | Paralegal (since 2005) | $144.00 | .80 | $115.20 |
| **TOTAL** | | | | **22.60** | **$9,232.20** |

Blended Rate:  $408.50

[1] Total reflects a 10% reduction of $887.40 of fees.
[2] Total reflects a 10% reduction of $98.60 of fees.
[3] Total reflects a 10% reduction of $27 of fees.
[4] Total reflects a 10% reduction of $12.80 of fees.

\*     This rate is Saul Ewing LLP's regular hourly rate for legal services. All hourly rates are adjusted by Saul Ewing LLP on a periodic basis (the last such adjustments occurred on July 1, 2007 with respect to the Bankruptcy and Reorganization Department, and on January 1, 2007 with respect to all other firm departments).

## Attorney Biographies

**Mark Minuti**, *Partner.*  Mark Minuti is a Partner in Saul Ewing's Bankruptcy and Restructuring Department, and Managing Partner of the Firm's Wilmington, Delaware office. He concentrates his practice in bankruptcy law.  Having practiced bankruptcy law in Delaware since 1989, Mr. Minuti has seen his practice grow from a small local practice to a sophisticated national practice.  Along the way, Mr. Minuti has been involved in almost every major bankruptcy case filed in Delaware.

Mr. Minuti's practice includes the representation of debtors, unsecured creditors committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and Chapter 11 proceedings, both in and out of Delaware.  Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions.  Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

Mr. Minuti received his B.S. degree from the University of Delaware and his law degree from the Widener University School of Law in 1988.  He is admitted to practice law before the United States District Court for the District of Delaware and the United States Court of Appeals for the Third Circuit.

***Kathleen P. Makowski,*** *Associate.*  Ms. Makowski is an Associate in the Firm's Bankruptcy and Reorganization Department and is resident in its Wilmington, Delaware office. She concentrates her practice in general bankruptcy matters, including both debtor and creditor representations.

Ms. Makowski's experience includes assisting with lead and local representation of Chapter 11 debtor cases including Blackstone Technology Group; supervising the wind down of the Crown Books Corporation estate on behalf of the Post-Effective Date Committee; representing unsecured creditor committees; and she has represented large secured and unsecured Chapter 11 creditors including JP Morgan Chase Bank and Caterpillar Financial Services Inc.

Ms. Makowski received her B.A., *cum laude*, from the University of Delaware, and a law degree from Widener University School of Law in 1996.  She is admitted to practice law in Delaware and Pennsylvania, and is a member of the American Bankruptcy Institute and the International Women's Insolvency and Restructuring Confederation.

| DATE | ATTY | DESCRIPTION | TIME | VALUE |
|------|------|-------------|------|-------|
| 8/8/2007 | KPM | Attend 341 meeting | 2.00 | $612.00 |
| 8/8/2007 | KPM | Draft e-mail report of 341 meeting to M. Minuti | 0.50 | $153.00 |
| 8/8/2007 | KPM | Address 341 continuances; draft e-mail to M. Minuti re: same | 0.40 | $122.40 |
| **KPM Total** | | | **2.90** | **$887.40** |

552777

| 8/1/2007 MM | E-mails re: service of KPMG Subpoena | 0.30 | $137.70 |
|---|---|---|---|
| 8/1/2007 MM | Review, revise, execute and coordinate service of KPMG Subpoena | 0.70 | $321.30 |
| 8/1/2007 MM | Review of e-mail and draft KPMG Protective Order | 0.20 | $91.80 |
| 8/2/2007 MM | M. Missal's e-mail re: Wall Street Journal article on subprime markets | 0.10 | $45.90 |
| 8/2/2007 MM | E-mail re: responses to certain questions | 0.10 | $45.90 |
| 8/2/2007 MM | E-mail to/from S. Topetzes re: KPMG's response to subpoena | 0.20 | $91.80 |
| 8/2/2007 MM | M. Missal's e-mail re: 10/19/06 Company letter to KPMG | 0.20 | $91.80 |
| 8/2/2007 MM | M. Missal's e-mail re: employee interview | 0.20 | $91.80 |
| 8/2/2007 MM | Review and execute Notice of Return of Subpoena | 0.20 | $91.80 |
| 8/2/2007 MM | E-mail re: Notice of Return of Subpoena | 0.10 | $45.90 |
| 8/2/2007 MM | E-mails re: 7/31/07 hearing transcript | 0.20 | $91.80 |
| 8/3/2007 MM | E-mails re: KPMG's objection/response to 2004 subpoena | 0.30 | $137.70 |
| 8/3/2007 MM | E-mail re: interview with Debtor's employee | 0.10 | $45.90 |
| 8/3/2007 MM | Review of KPMG's Response to 2004 Subpoena | 0.20 | $91.80 |
| 8/6/2007 MM | Review of Amended Agenda | 0.10 | $45.90 |
| 8/6/2007 MM | E-mails re: adding Examiner's 2004 Motion to Agenda | 0.20 | $91.80 |
| 8/6/2007 MM | E-mails re: telephonic appearance | 0.20 | $91.80 |
| 8/7/2007 MM | Prepare for and attend hearing on Motion for 2004 discovery against KPMG | 4.00 | $1,836.00 |
| 8/7/2007 MM | Review of BDO Retention Application | 0.20 | $91.80 |
| 8/7/2007 MM | Draft order for BDO Retention Application | 0.30 | $137.70 |
| 8/7/2007 MM | Conference with E. Fox re: BDO Retention Application | 0.20 | $91.80 |
| 8/8/2007 MM | E-mails re: E. Koeppel pro hac vice motion | 0.10 | $45.90 |
| 8/8/2007 MM | Finalize and file BDO Retention Application | 0.30 | $137.70 |
| 8/8/2007 MM | E-mails with outside counsel re: filing of BDO Retention Application | 0.20 | $91.80 |
| 8/9/2007 MM | Telephone call with creditor re: discovery conference on 2004 motion | 0.20 | $91.80 |
| 8/9/2007 MM | E-mail re: scheduling discovery conference with Court | 0.10 | $45.90 |
| 8/9/2007 MM | E-mail from Examiner re: BDO Retention | 0.10 | $45.90 |
| 8/9/2007 MM | E-mails re: report of 341 meeting | 0.20 | $91.80 |
| 8/10/2007 MM | E-mail re: 8/7/07 hearing transcript | 0.20 | $91.80 |
| 8/13/2007 MM | E-mails re: original B. Lenhart Affidavit | 0.20 | $91.80 |
| 8/20/2007 MM | Review of memos of employee interviews | 0.40 | $183.60 |
| 8/20/2007 MM | E-mail to E. Fox re: 8/21/07 hearing | 0.10 | $45.90 |
| 8/21/2007 MM | E-mails with E. Fox re: prepare for hearing | 0.20 | $91.80 |
| 8/21/2007 MM | Prepare for and attend hearing on KPMG's 2004 Motion | 2.50 | $1,147.50 |
| 8/22/2007 MM | E-mail re: transcript order | 0.10 | $45.90 |
| 8/23/2007 MM | E-mails with E. Fox re: coordinate filing of First Fee Applications | 0.20 | $91.80 |
| 8/23/2007 MM | E-mail from Examiner re: DB Structured Products settlement | 0.10 | $45.90 |
| 8/24/2007 MM | Review and file K&L Gates' First Monthly Fee Application | 0.20 | $91.80 |
| 8/24/2007 MM | Review and file Examiner's First Monthly Fee Application | 0.20 | $91.80 |
| 8/24/2007 MM | E-mails re: K&L Gates' and Examiner's fee applications | 0.20 | $91.80 |
| 8/24/2007 MM | E-mail from Examiner re: identification of interviewers | 0.10 | $45.90 |
| 8/24/2007 MM | E-mail from Examiner re: interview schedule | 0.10 | $45.90 |
| 8/24/2007 MM | E-mail re: list of current New Century employees | 0.10 | $45.90 |
| 8/27/2007 MM | Review of Debtor's Motion for Damages Against Positive Software | 0.20 | $91.80 |
| 8/27/2007 MM | E-mail to Examiner re: Debtor's Motion for Damages Against Positive Software | 0.10 | $45.90 |
| 8/27/2007 MM | Review of Order Approving Appointment of Examiner | 0.20 | $91.80 |
| 8/27/2007 MM | E-mail to Examiner re: appointment procedural issues | 0.20 | $91.80 |
| 8/28/2007 MM | Review of 10 memos re: employee interviews | 1.00 | $459.00 |
| 8/28/2007 MM | Telephone call with Examiner re: call with Court regarding report | 0.20 | $91.80 |
| 8/29/2007 MM | Telephone calls with Court and Examiner re: Examiner's Report and need for more time | 0.30 | $137.70 |
| 8/31/2007 MM | Telephone calls and e-mails with Examiner re: filing of report and motion to extend deadline | 0.50 | $229.50 |

552777

CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S AUGUST 2007 TIME ENTRIES

|  |  | E-mails and telephone calls with Chambers re: filing of motion to extend |  |  |
|---|---|---|---|---|
| 8/31/2007 | MM | report deadline | 0.30 | $137.70 |
|  | **MM Total** |  | 17.40 | $7,986.60 |

CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S AUGUST 2007 TIME ENTRIES

| 8/24/2007 | PZR | E-file Notice and First Fee Application of Michael J. Missal | 0.70 | $113.40 |
|---|---|---|---|---|
| 8/24/2007 | PZR | Prepare Notice and e-file Notice and First Fee Application of Kirkpatrick & Lockhart | 0.80 | $129.60 |
| | **PZR Total** | | 1.50 | $243.00 |

|  |  |  |  |
|---|---|---|---|
| 8/1/2007 RLL | Create Affidavit of Service for Order Authorizing the Examiner to Examine KPMG LLP | 0.40 | $57.60 |
| 8/2/2007 RLL | E-file affidavit of service re: order authorizing examiner to examine KPMG LLP | 0.40 | $57.60 |
| **RLL Total** |  | 0.80 | $115.20 |

NEW CENTURY TRS HOLDINGS, INC., et al.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S AUGUST 2007 TIME ENTRIES

**Grand Total**                                                    22.60  $9,232.20

552777