# EXHIBIT "C"

## EXHIBIT "C"

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD
## AUGUST 1, 2007 THROUGH AUGUST 31, 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | .2 | $91.80 |
| Fee Applications and Matters | 2.3 | $610.20 |
| Other Litigation, Including Stay Relief | 7.3 | $3,098.70 |
| Preparation for and Attendance at Hearing | 7.8 | $3,580.20 |
| Retention Matters | 1.9 | $872.10 |
| UST Reports and Meetings | 3.1 | $979.20 |
| **TOTAL** | **22.60** | **$9,232.20** |

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2007815 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 09/27/07 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00003 |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/02/07 | MM | M. Missal's e-mail re: Wall Street Journal article on subprime markets | 0.1 | 45.90 |
| 08/08/07 | MM | E-mails re: E. Koeppel pro hac vice motion | 0.1 | 45.90 |
| | | TOTAL HOURS | 0.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Mark Minuti | 0.2 | at | $459.00 | = | 91.80 |

CURRENT FEES 91.80

**TOTAL AMOUNT OF THIS INVOICE** 91.80

P.O Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

552201 2 10/26/07

SAUL
EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

Michael J. Missel (EXAMINER)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006

| | |
|---|---|
| Invoice Number | 2007816 |
| Invoice Date | 09/27/07 |
| Client Number | 355619 |
| Matter Number | 00011 |

Re:   Fee Applications and Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/23/07 | MM | E-mails with E. Fox re: coordinate filing of First Fee Applications | 0.2 | 91.80 |
| 08/24/07 | MM | Review and file K&L Gates' First Monthly Fee Application | 0.2 | 91.80 |
| 08/24/07 | MM | Review and file Examiner's First Monthly Fee Application | 0.2 | 91.80 |
| 08/24/07 | MM | E-mails re: K&L Gates' and Examiner's fee applications | 0.2 | 91.80 |
| 08/24/07 | PZR | E-file Notice and First Fee Application of Michael J. Missal | 0.7 | 113.40 |
| 08/24/07 | PZR | Prepare Notice and e-file Notice and First Fee Application of Kirkpatrick & Lockhart | 0.8 | 129.60 |

TOTAL HOURS   2.3

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Pauline Z. Ratkowiak | 1.5 | at | $162.00 | = | 243.00 |
| Mark Minuti | 0.8 | at | $459.00 | = | 367.20 |

**CURRENT FEES**   610.20

**TOTAL AMOUNT OF THIS INVOICE**   610.20

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

552201.2 10/26/07

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2007817 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 09/27/07 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00013 |

Re: Other Litigation, Including Stay Relief

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/01/07 | RLL | Create Affidavit of Service for Order Authorizing the Examiner to Examine KPMG LLP | 0.4 | 57.60 |
| 08/01/07 | MM | E-mails re: service of KPMG Subpoena | 0.3 | 137.70 |
| 08/01/07 | MM | Review, revise, execute and coordinate service of KPMG Subpoena | 0.7 | 321.30 |
| 08/01/07 | MM | Review of e-mail and draft KPMG Protective Order | 0.2 | 91.80 |
| 08/02/07 | RLL | E-file affidavit of service re: order authorizing examiner to examine KPMG LLP | 0.4 | 57.60 |
| 08/02/07 | MM | E-mail re: responses to certain questions | 0.1 | 45.90 |
| 08/02/07 | MM | E-mail to/from S. Topetzes re: KPMG's response to subpoena | 0.2 | 91.80 |
| 08/02/07 | MM | M. Missal's e-mail re: 10/19/06 Company letter to KPMG | 0.2 | 91.80 |
| 08/02/07 | MM | M. Missal's e-mail re: employee interview | 0.2 | 91.80 |
| 08/02/07 | MM | Review and execute Notice of Return of Subpoena | 0.2 | 91.80 |
| 08/02/07 | MM | E-mail re: Notice of Return of Subpoena | 0.1 | 45.90 |
| 08/03/07 | MM | E-mails re: KPMG's objection/response to 2004 subpoena | 0.3 | 137.70 |
| 08/03/07 | MM | E-mail re: interview with Debtor's employee | 0.1 | 45.90 |
| 08/03/07 | MM | Review of KPMG's Response to 2004 Subpoena | 0.2 | 91.80 |
| 08/09/07 | MM | Telephone call with creditor re: discovery conference on 2004 motion | 0.2 | 91.80 |
| 08/09/07 | MM | E-mail re: scheduling discovery conference with Court | 0.1 | 45.90 |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

552201.2 10/26/07

| | | | | |
|---|---|---|---|---|
| 355619 | | Missel, Michael J. (EXAMINER) | | Invoice Number 2007817 |
| 00013 | | Other Litigation, Including Stay Relief | | Page 2 |
| 09/27/07 | | | | |

| | | | | |
|---|---|---|---|---|
| 08/20/07 | MM | Review of memos of employee interviews | 0.4 | 183.60 |
| 08/23/07 | MM | E-mail from Examiner re: DB Structured Products settlement | 0.1 | 45.90 |
| 08/24/07 | MM | E-mail from Examiner re: identification of interviewers | 0.1 | 45.90 |
| 08/24/07 | MM | E-mail from Examiner re: interview schedule | 0.1 | 45.90 |
| 08/24/07 | MM | E-mail re: list of current New Century employees | 0.1 | 45.90 |
| 08/27/07 | MM | Review of Debtor's Motion for Damages Against Positive Software | 0.2 | 91.80 |
| 08/27/07 | MM | E-mail to Examiner re: Debtor's Motion for Damages Against Positive Software | 0.1 | 45.90 |
| 08/28/07 | MM | Review of 10 memos re: employee interviews | 1.0 | 459.00 |
| 08/28/07 | MM | Telephone call with Examiner re: call with Court regarding report | 0.2 | 91.80 |
| 08/29/07 | MM | Telephone calls with Court and Examiner re: Examiner's Report and need for more time | 0.3 | 137.70 |
| 08/31/07 | MM | Telephone calls and e-mails with Examiner re: filing of report and motion to extend deadline | 0.5 | 229.50 |
| 08/31/07 | MM | E-mails and telephone calls with Chambers re: filing of motion to extend report deadline | 0.3 | 137.70 |
| | | TOTAL HOURS | 7.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Renee L. Lowder | 0.8 | at | $144.00 | = | 115.20 |
| Mark Minuti | 6.5 | at | $459.00 | = | 2,983.50 |

| | |
|---|---|
| CURRENT FEES | 3,098.70 |
| **TOTAL AMOUNT OF THIS INVOICE** | 3,098.70 |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

552201 2 10/26/07

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2007818 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 09/27/07 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00015 |

Re: Preparation For And Attendance At Hearing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/02/07 | MM | E-mails re: 7/31/07 hearing transcript | 0.2 | 91.80 |
| 08/06/07 | MM | Review of Amended Agenda | 0.1 | 45.90 |
| 08/06/07 | MM | E-mails re: adding Examiner's 2004 Motion to Agenda | 0.2 | 91.80 |
| 08/06/07 | MM | E-mails re: telephonic appearance | 0.2 | 91.80 |
| 08/07/07 | MM | Prepare for and attend hearing on Motion for 2004 discovery against KPMG | 4.0 | 1,836.00 |
| 08/10/07 | MM | E-mail re: 8/7/07 hearing transcript | 0.2 | 91.80 |
| 08/20/07 | MM | E-mail to E. Fox re: 8/21/07 hearing | 0.1 | 45.90 |
| 08/21/07 | MM | E-mails with E. Fox re: prepare for hearing | 0.2 | 91.80 |
| 08/21/07 | MM | Prepare for and attend hearing on KPMG's 2004 Motion | 2.5 | 1,147.50 |
| 08/22/07 | MM | E-mail re: transcript order | 0.1 | 45.90 |

TOTAL HOURS  7.8

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Mark Minuti | 7.8 | at | $459.00 | = | 3,580.20 |

CURRENT FEES  3,580.20

**TOTAL AMOUNT OF THIS INVOICE**  3,580.20

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

552201.2 10/26/07



**SAUL EWING**
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER)<br>Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>1601 K Street, NW<br>Washington, DC 20006 | Invoice Number 2007819<br>Invoice Date 09/27/07<br>Client Number 355619<br>Matter Number 00016 |

Re:   Retention Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/07/07 | MM | Review of BDO Retention Application | 0.2 | 91.80 |
| 08/07/07 | MM | Draft order for BDO Retention Application | 0.3 | 137.70 |
| 08/07/07 | MM | Conference with E. Fox re: BDO Retention Application | 0.2 | 91.80 |
| 08/08/07 | MM | Finalize and file BDO Retention Application | 0.3 | 137.70 |
| 08/08/07 | MM | E-mails with outside counsel re: filing of BDO Retention Application | 0.2 | 91.80 |
| 08/09/07 | MM | E-mail from Examiner re: BDO Retention | 0.1 | 45.90 |
| 08/13/07 | MM | E-mails re: original B. Lenhart Affidavit | 0.2 | 91.80 |
| 08/27/07 | MM | Review of Order Approving Appointment of Examiner | 0.2 | 91.80 |
| 08/27/07 | MM | E-mail to Examiner re: appointment procedural issues | 0.2 | 91.80 |

TOTAL HOURS   1.9

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Mark Minuti | 1.9 | at | $459.00 | = | 872.10 |

CURRENT FEES   872.10

**TOTAL AMOUNT OF THIS INVOICE**   872.10

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

552201.2 10/26/07

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2007820 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 09/27/07 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00019 |

Re: UST Reports and Meetings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/08/07 | KPM | Attend 341 meeting | 2.0 | 612.00 |
| 08/08/07 | KPM | Draft e-mail report of 341 meeting to M. Minuti | 0.5 | 153.00 |
| 08/08/07 | KPM | Address 341 continuances; draft e-mail to M. Minuti re: same | 0.4 | 122.40 |
| 08/09/07 | MM | E-mails re: report of 341 meeting | 0.2 | 91.80 |
| | | TOTAL HOURS | 3.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Kathleen P. Makowski | 2.9 | at | $306.00 | = | 887.40 |
| Mark Minuti | 0.2 | at | $459.00 | = | 91.80 |

CURRENT FEES 979.20

**TOTAL AMOUNT OF THIS INVOICE** 979.20

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

552201.2 10/26/07