# EXHIBIT "D"

552795 1 10/26/07

## EXHIBIT "D"

## EXPENSE SUMMARY FOR THE PERIOD
## AUGUST 1, 2007 THROUGH AUGUST 31, 2007

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (64 pages @ $0.10/page) | | $6.40 |
| Telephone | | $13.13 |
| Messenger Service | *Parcels, Inc.; Tri-State Courier & Carriage* | $84.50 |
| Outside Photocopying | *Digital Legal Services* | $3,423.53 |
| Filing Fees | | $25.00 |
| Witness Fees | | $50.00 |
| PACER Research | | $174.64 |
| **TOTAL** | | **$3,777.20** |

# SAUL EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

Michael J. Missel (EXAMINER)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006

| | |
|---|---|
| Invoice Number | 2007814 |
| Invoice Date | 09/27/07 |
| Client Number | 355619 |
| Matter Number | 00002 |

Re: Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 08/07/07 | Photocopying | 6.20 | |
| 08/07/07 | Photocopying | 0.20 | |
| | Total Photocopying | | 6.40 |
| 08/16/07 | Telephone | 0.37 | |
| 08/22/07 | Telephone | 0.77 | |
| 08/27/07 | Telephone | 1.78 | |
| 08/28/07 | Telephone | 0.42 | |
| 08/29/07 | Telephone | 0.18 | |
| 08/29/07 | Telephone | 0.22 | |
| 08/29/07 | Telephone | 0.35 | |
| 08/29/07 | Telephone | 0.46 | |
| 08/29/07 | Telephone | 0.77 | |
| 08/29/07 | Telephone | 0.99 | |
| 08/29/07 | Telephone | 0.75 | |
| 08/29/07 | Telephone | 1.89 | |
| 08/29/07 | Telephone | 2.22 | |
| 08/29/07 | Telephone | 1.96 | |
| | Total Telephone | | 13.13 |
| 08/06/07 | Messenger Service - - VENDOR: Tristate Courier & Carriage Order no. 452972 / R. Warren Bank ID: 14 Check Number: 100822 | 19.50 | |
| 08/17/07 | Messenger Service - - VENDOR: Parcels, Inc to Corporation Trust Company on 8/1/07 / F. Pouncy Bank ID: 14 Check Number: 101298 | 50.00 | |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

552201.1 10/19/07

| | | | |
|---|---|---|---|
| 355619 | Missel, Michael J. (EXAMINER) | Invoice Number 2007814 | |
| 00002 | Expenses | Page 2 | |
| 09/27/07 | | | |

| Date | Description | Amount | Total |
|---|---|---|---|
| 08/22/07 | Messenger Service - - VENDOR: Parcels, Inc Job Nos. 784071, 784072, 784073 / D. Frawley<br>Bank ID: 14 Check Number: 101457 | 15.00 | |
| | Total Messenger Service | | 84.50 |
| 08/08/07 | Filing Fees - - VENDOR: US District Court for The District of DE Filing fee Pro Hac Vice Motion Erin Koeppel /Minuti<br>Bank ID: 19 Check Number: 17358 | 25.00 | |
| | Total Filing Fees | | 25.00 |
| 08/01/07 | Witness Fees - - VENDOR: KPMG, LLP Michael J Missal Witness Fee /Minuti<br>Bank ID: 19 Check Number: 17336 | 50.00 | |
| | Total Witness Fees | | 50.00 |
| 07/30/07 | Copies - - VENDOR: Digital Legal, LLC and postage for First Monthly Application of Kirkpatrick & Lockhart and Michael J. Missal / M. Minuti<br>Bank ID: 14 Check Number: 101920 | 303.60 | |
| 07/30/07 | Copies - - VENDOR: J&J Court Transcribers, Inc. of 8/21/07 hearing transcript / M. Minuti<br>Bank ID: 14 Check Number: 101927 | 417.48 | |
| 07/30/07 | Copies - - VENDOR: Digital Legal, LLC and Postage for Notice of First Monthly Application of Kirkpatrick & Lockhart and Michael J. Missal / M. Minuti<br>Bank ID: 14 Check Number: 101920 | 444.26 | |
| 08/02/07 | Copies - - VENDOR: Digital Legal, LLC and postage of Order Authorizing Employment of Kirkpatrick & Lockhart Preston Gates Ellis LLP / M. Minuti<br>Bank ID: 14 Check Number: 100687 | 305.00 | |
| 08/06/07 | Copies - - VENDOR: Digital Legal, LLC and postage of Order Authorizing Employment of Saul Ewing LLP / M. Minuti<br>Bank ID: 14 Check Number: 100866 | 263.92 | |
| 08/06/07 | Copies - - VENDOR: Digital Legal, LLC and postage of Order Authorizing the Examiner to Examine KPMG / M. Minuti<br>Bank ID: 14 Check Number: 100866 | 266.96 | |
| 08/06/07 | Copies - - VENDOR: J&J Court Transcribers, Inc. of 7/31/07 hearing transcript / M. Minuti<br>Bank ID: 14 Check Number: 100804 | 429.20 | |

552201 1 10/19/07

| | | | |
|---|---|---|---|
| 355619 | Missel, Michael J. (EXAMINER) | Invoice Number 2007814 | |
| 00002 | Expenses | Page 3 | |
| 09/27/07 | | | |

| Date | Description | Amount | Subtotal |
|---|---|---|---|
| 08/21/07 | Copies - - VENDOR: Writer's Cramp, Inc. of 8/7/07 Hearing transcript / M. Minuti<br>Bank ID: 14 Check Number: 101511 | 184.26 | |
| 08/21/07 | Copies - - VENDOR: Digital Legal, LLC and postage of Application of Examiner to Retain BDO Seidman / M. Minuti<br>Bank ID: 14 Check Number: 101478 | 808.85 | |
| | Total Copies | | 3,423.53 |
| 08/29/07 | Pacer Research - - VENDOR: Pacer Service Center Login ID: WG0021 - Billing Cycle: 04/01 - 06/30/2007 / K. Crampton<br>Bank ID: 9 Check Number: 218787 | 174.64 | |
| | Total Pacer Research | | 174.64 |
| | **CURRENT EXPENSES** | | 3,777.20 |

**TOTAL AMOUNT OF THIS INVOICE**   3,777.20