# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC., | ) |
| a Delaware Corporation, et al., | ) Jointly Administered |
| | ) |
| Debtors. | ) |

## ORDER APPROVING SECOND MONTHLY FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 1, 2007 THROUGH AUGUST 31, 2007

Upon the Second Monthly Fee Application of Saul Ewing LLP ("Saul Ewing"), co-counsel to Michael J. Missel, as Examiner of New Century TRS Holdings, Inc., et al., (collectively, the "Debtors") in the above-captioned chapter 11 cases, for monthly allowance of compensation and for reimbursement of expenses, for the period August 1, 2007 through August 31, 2007, pursuant to 11 U.S.C. § 331, and adequate notice of such application having been given, **IT IS ORDERED**:

1. Saul Ewing is allowed compensation for professional services rendered in the amount of $9,232.20 for the period from August 1, 2007 through August 31, 2007.

2. Saul Ewing is allowed reimbursement of its actual and necessary expenses in the amount of $3,777.20 for the period from August 1, 2007 through August 31, 2007.

3. The Debtors are authorized and directed to promptly pay the foregoing amounts to Saul Ewing.

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

Dated: _____, 2007

552795.1 10/26/07