## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC., | ) |  |
| a Delaware Corporation, *et al.*, | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) |  |

## CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire, hereby certify that on October 26th, 2007, I caused a true copy of

the **Second Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Examiner, for**

**Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2007**

**through August 31, 2007** to be served on the parties on the attached Service List in the manner

indicated therein.

SAUL EWING LLP

By: _____
    Mark Minuti (No. 2659)
    222 Delaware Avenue, Suite 1200
    P.O. Box 1266
    Wilmington, DE 19899
    (302) 421-6800

## NEW CENTURY TRS HOLDINGS, INC., *et al.*
## FEE APPLICATION SERVICE LIST

**Via First Class U.S. Mail:**

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square, 920 King Street
P.O. Box 551
Wilmington, DE 19899

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl Young
  Jones & Weintraub LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Suzzanne S. Uhland, Esquire
Emily Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Monika L. McCarthy, Esquire
New Century Mortgage Corporation
3121 Michelson Drive, Suite 600
Irvine, CA 92612

Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

Bennett L. Spiegel, Esquire
Shirley S. Cho, Esquire
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

Holly Felder Etlin
AP Services, LLC
9 West 57th Street, Suite 3420
New York, NY 10019

**Via First Class Mail and electronic mail**

Warren H. Smith, Esquire
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201