**EXHIBIT A**

October 22, 2007

Michael J. Missal
1601 K Street, NW
Washington, DC 20036

Our File Number : 0309077.00100
Invoice : 1712432
Services Through : September 30, 2007

**New Century Examiner**

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/01/07 | M. J. Missal | 7.50 | Revise sections of report (6.3); various communications with team (1.2); | 5,437.50 |
| 09/02/07 | M. J. Missal | 7.70 | Various conferences with team on status (1.4); revise sections of report (6.0); telephone call with counsel for US Trustee (.3) | 5,582.50 |
| 09/03/07 | M. J. Missal | 8.10 | Continue to revise sections of report and pleadings (6.8); review documents (1.3) | 5,872.50 |
| 09/04/07 | M. J. Missal | 14.30 | Various telephone calls with counsel for Debtors and Committee (1.0); numerous communications with team on update and workplans (3.2); continue to revise report and motion to extend time (10.1) | 10,367.50 |
| 09/05/07 | M. J. Missal | 10.60 | Finalize motion for extension (5.7); team meeting on status (.5); telephone call with counsel for Debtor (.3); various communications with team (1.5); review workplans (2.6) | 7,685.00 |
| 09/06/07 | M. J. Missal | 11.50 | Telephone call with counsel for independent directors (.6); telephone call with Debtor (.2); prepare various memos to team on status (1.3); review accounting and financial reporting documents (6.3); review and revise workplans (3.1) | 8,337.50 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/07/07 | M. J. Missal | 6.30 | Review workplans (3.5); various communications with team (1.8); prepare for and attend meeting with disclosure team (1.0) | 4,567.50 |
| 09/08/07 | M. J. Missal | 3.00 | Review workplans and other background documents (3.0) | 2,175.00 |
| 09/10/07 | M. J. Missal | 10.40 | Telephone call with counsel for Creditors Committee (.3); meeting with team (.4); revise workplans (3.5); review documents and court filings (2.6); review interview memos (3.6) | 7,540.00 |
| 09/11/07 | M. J. Missal | 10.00 | Telephone call with counsel for US Trustee (.4); various communications with team (2.1); review workplans and meet with teams on status of same (3.7); review interview memos and other documents (3.8) | 7,250.00 |
| 09/12/07 | M. J. Missal | 9.20 | Various meetings with team on workplans (4.1); review and revise memos on interviews (2.3); revise cash collateral section (2.8) | 6,670.00 |
| 09/13/07 | M. J. Missal | 6.20 | Various communications with team on workplans (.9); review interview memos (1.5); revise cash collateral report (2.0); review various background documents (1.8) | 4,495.00 |
| 09/14/07 | M. J. Missal | 8.60 | Various communications with team (2.3); review interview memos (2.4); review workplans and other accounting documents (3.4); various communications with Debtor (.5) | 6,235.00 |
| 09/15/07 | M. J. Missal | 3.50 | Review and revise various workplans of teams | 2,537.50 |
| 09/16/07 | M. J. Missal | 2.80 | Review accounting and financial management documents | 2,030.00 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/17/07 | M. J. Missal | 6.90 | Meeting with team on status (.8); various communications with Debtor (.6); various communications with team (1.1); review interview memos and accounting documents (2.6); revise workplans (1.8) | 5,002.50 |
| 09/18/07 | M. J. Missal | 5.50 | Various communications with team (1.3); review proposed order (.6); revise cash collateral report (2.5); review e-mails and other documents (1.1) | 3,987.50 |
| 09/19/07 | M. J. Missal | 7.30 | Conferences with team on amended order (1.2); revise cash collateral report (3.5); review documents and workplans (2.6) | 5,292.50 |
| 09/20/07 | M. J. Missal | 8.10 | Various communications with team members (2.1); revise workplans (1.2); revise cash collateral section (2.3); review hot documents (2.5) | 5,872.50 |
| 09/21/07 | M. J. Missal | 7.80 | Various communications with team members (3.3); review cash collateral section (1.8); review background documents and interview memos (2.7) | 5,655.00 |
| 09/23/07 | M. J. Missal | 2.50 | Review various interview memos | 1,812.50 |
| 09/24/07 | M. J. Missal | 6.70 | Meeting with team on status (1.4); revise workplans (1.7); review interview memos (1.5); various communications with team (2.1) | 4,857.50 |
| 09/25/07 | M. J. Missal | 8.90 | Meeting with document review group (.8); various meetings with team on interviews and workplans (3.5); review memos and other documents related to accounting issues (3.1); various communications with team (1.5) | 6,452.50 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/26/07 | M. J. Missal | 11.10 | Various communications with team on status and workplan (3.5); review numerous interview memos (4.1); revise workplans (1.2); review accounting and other documents (2.3) | 8,047.50 |
| 09/27/07 | M. J. Missal | 7.20 | Various conferences with team on status and updates (2.5); revise 2004 Motion (1.1); review interview memos (1.6); review accounting and other background documents (2.0) | 5,220.00 |
| 09/28/07 | M. J. Missal | 10.40 | Revise cash collateral section (2.6); various communications with team on status and workplans (3.5); review interview memos (1.8); review accounting memos (2.5) | 7,540.00 |
| 09/30/07 | M. J. Missal | 2.60 | Review memos on accounting issues (1.5); revise cash collateral section (1.1) | 1,885.00 |
| | TOTAL FEES | | | $ 148,407.50 |

| | | | |
|---|---|---|---|
| M. J. Missal | | 204.70 hrs at $ 725 / hr | $148,407.50 |
| | TOTAL FEES | 204.70 hrs | $ 148,407.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Travel Expenses | | 82.00 |
| | DISBURSEMENTS & OTHER CHARGES | $ 82.00 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 08/24/07 | 1688275 | 49,668.30 | 0.00 | 49,668.30 |
| 09/25/07 | 1701721 | 172,129.50 | 831.30 | 172,960.80 |
| | OUTSTANDING BALANCE | | | $ 222,629.10 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 148,407.50 |
| Fee Discount | $ (14,840.75) |
| Total Fees | $ 133,566.75 |
| Disbursements and Other Charges | $ 82.00 |
| **CURRENT INVOICE DUE** | **$ 133,648.75** |
| Past Due Invoices * | $ 222,629.10 |
| **TOTAL AMOUNT DUE** | **$ 356,277.85** |

* Does not include payments received after 10/22/07.