## EXHIBIT B

NY-563335 v1

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Travel Expenses | 82.00 |
| DISBURSEMENTS & OTHER CHARGES | $ 82.00 |

NY-563335 v1

Proforma Number: 1203917
Invoice Number: 1712432
Client: New Century Examiner, Michael J. Missal
Matter Description: New Century Examiner

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (8) 8

22 Oct 2007
Batch #:  1415789
Inventory Manager: Missal, M. J
Matter Number: 0309077.00100

### DISBURSEMENTS & OTHER CHARGES SUMMARY

| CODE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT |
|---|---|---|---|
| 32h | Travel Expenses | 82.00 | 82.00 |
| | TOTAL DISBURSEMENTS AND OTHER CHARGES | 82.00 | 82.00 |