IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                          :
In re:                                    :
                                          :  Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,           :
a Delaware Corporation, et al.,           :  Case No. 07-10416 (KJC)
                                          :
                          Debtors.        :  Jointly Administered
                                          :
------------------------------------------------------------x

## VERIFICATION

DISTRICT OF COLUMBIA ) ss.:

Michael J. Missal, having been duly sworn according to law, deposes and says as follows:

1.      I am the Court-approved Examiner in the above-captioned Chapter 11 cases, and I have been admitted *pro hac vice* to appear before this Court in this matter.

2.      I am familiar with the work I performed as Examiner during the Third Monthly Period.

3.      I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the requirements of Del. Bankr. L. R. 2016-2 and the Fee Procedures Order, and I believe that the Application is in compliance therewith.

Michael J. Missal

SWORN AND SUBSCRIBED before me
this 26th day of October, 2007.

Notary Public
My Commission Expires:
          GREGORY PROCTOR
     Notary Public, District of Columbia
  My Commission Expires - September 30, 2008

NY-561970 v1