## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- X

In re:

NEW CENTURY TRS HOLDINGS, INC.,
a Delaware Corporation, et al.

                    Debtors.

-------------------------------------------------------------- X

Chapter 11

Case No: 07-10416 (KJC)

Jointly Administered

Objection Deadline: November 15, 2007
4:00 PM

Hearing Date: Only if Objections are Filed

## SECOND MONTHLY APPLICATION OF BDO SEIDMAN, LLP FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE EXAMINER FOR THE PERIOD SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

| | |
|---|---|
| Name of Applicant: | BDO Seidman, LLP |
| Authorized To Provide Professional Services to: | Michael J. Missal, Examiner |
| Date of Retention: | Order Entered September 7, 2007, Effective June 29, 2007 |
| Period for which Compensation and Reimbursement is Sought: | September 1, 2007 – September 30, 2007 |
| Amount of Compensation[1] Sought as actual, reasonable and necessary: | $458,761.05[2] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $10,882.00 |

This is a: __X__ monthly ____ interim ____ final application

---

[1] Pursuant to Compensation Procedures Order (as defined in the Applications), BDO, in absence of any objections, will be entitled to an interim award representing 80% of fees incurred, during the period, in the amount of $369,023.40.

[2] Reflects BDO's voluntary ten percent (10%) reduction of its fees in the amount of $50,973.45 in this matter, the total fees at BDO's standard hourly rates are $509,734.50 (Please note this amount is net a voluntary reduction before discount in the amount of $2,064.00 regarding total fees incurred in this application period).

The total time expended for the preparation of the August 2007 data and complettion of the first monthly application is approximately 86.2 hours. The corresponding compensation requested is approximately $16,990.50 which comprises 3.06% of the total fees.

If this is not the first application filed, disclose the following for each prior application:

| # | Date Filed | Period Covered | Requested | | Paid | |
|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expense |
| 1 | 09/26/07 | 6/29/07 – 8/31/07 | $655,012.35 | $11,104.00 | $0.00 | $0.00 |
| | | | | | | |

## ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License To Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| | | | | |
| Grand Total: *See Exhibit A* | | | | |
| Blended Rate: | $250.94 | | | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| MEETINGS - DEBTOR | 58.1 | $24,075.00 |
| REPORT PREPARATION | 53.4 | 16,781.50 |
| BUSINESS ANALYSIS | 537.0 | 191,468.50 |
| ANALYZE COMPANY ACCOUNTING RECORDS | 544.5 | 122,261.00 |
| ANALYZED INDEPENDENT ACCOUNTANT ACCOUNTING RECORDS | 347.3 | 76,981.00 |
| EXAMINER / COUNSEL DISCUSSIONS & COURT HEARINGS | 71.8 | 25,714.50 |
| FEE APPLICATIONS / MONTHLY STATEMENTS | 86.2 | 16,990.50 |
| CASE ADMINISTRATION | 61.5 | 19,870.00 |
| TRAVEL TIME | 68.4 | 15,592.50 |
| **SUBTOTAL:** | **1,828.2** | **509,734.50** |
| **LESS: 10% DISCOUNT** | | **(50,973.45)** |
| **TOTAL:** | | **$458,761.05** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Computer Assisted Legal Research | |
| Facsimile (with rates) | |
| Long Distance Telephone | $10.00 |
| In-House Reproduction | |
| Outside Reproduction | 868.00 |
| Outside Research | |
| Filing/Court Fees | |
| Technology Services | |
| Local Travel | |
| Local Meals | |
| Out-of-Town Travel | 9,147.00 |
| Lodging | |
| Meals – Travel | 857.00 |
| Courier & Express Carriers | |
| Postage | |
| Other | |
| **TOTAL** | **$10,882.00** |

**BDO SEIDMAN, LLP**
WILLIAM K. LENHART
DAVID E. BERLINER
MARLENE RABINOWITZ
330 Madison Avenue - 10th Floor
New York, N.Y. 10017
Telephone Number:   (212) 885-8000
Facsimile Number:   (212) 697-1299

Accountants and Financial Advisors to the Examiner

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Case No.   07-10416 (KJC) |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., | ) | Chapter 11   Jointly Administered |
| a Delaware Corporation, et al. | ) | |
| | ) | Date: |
| | ) | Time: |
| Debtors. | | Place: |

## SECOND MONTHLY APPLICATION OF BDO SEIDMAN, LLP FOR APPROVAL OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE EXAMINER FOR THE PERIOD SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

TO THE HONORABLE KEVIN J. CAREY,

UNITED STATES BANKRUPTCY JUDGE:

The independent public accounting firm of BDO Seidman, LLP ("BDO") hereby submits its Second Monthly Application for Approval of Interim Compensation and Reimbursement of Expenses as Accountants and Financial Advisors to the Examiner for the period September 1, 2007 through September 30, 2007 (the "Application"). BDO respectfully represents:

**I.**

**INTRODUCTORY STATEMENT**

1.     BDO's Business Restructuring Services practice ("BRS") is a national team of responsive professionals, experienced in all aspects of loan workouts, restructuring and bankruptcy. BRS has extensive experience representing trustees, debtors and virtually all classes of creditors and equity holders in both out-of-court and in-court workouts and restructuring. BRS has developed the methodologies, resources and expertise required for operational and financial restructuring, due diligence and financial analysis, pre-and post-bankruptcy planning and case administration, settlement and portfolio valuations, and investigative accounting.

2.     This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334(b). Venue of this proceeding and this application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     On April 2, 2007 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their affairs as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

4.     On June 1, 2007, the Court entered an Order authorizing the retention of an examiner (the "Examiner Order") and directing the examiner to, *inter alia,* "investigate any and all accounting and financial statement irregularities, errors or misstatements, including but not limited to such that irregularities, errors or misstatements that (i) gave rise to the announced need to restate the Debtors' financial statements for the first three quarters of 2006 and/or (ii) led the Debtors' management and Audit Committee to conclude it was more likely than not that pre-tax earnings in the 2005 financial statements were materially overstated, and identify and evaluate

and claims or rights of action that the estates might have arising from or relating to such irregularities, errors or misstatements."[3]. The Court also authorized and directed the Examiner to investigate any possible unauthorized post-petition use of cash collateral by the Debtors and to otherwise perform the duties of an examiner pursuant to Section 1106(a)(3) and (a)(4) of the Bankruptcy Code, subject to the provisions of the Examiner Order. Id.

5.     On June 5, 2007, the United States Trustee appointed Michael J. Missal as the Examiner (the "Examiner").

6.     One June 7, 2007, the Court entered an Order confirming the United States Trustee's appointment of Michael J. Missal as the Examiner.

7.     On August 8, 2007, the Examiner filed the Application to Employ BDO Seidman, LLP as Accountants and Financial Advisor to the Examiner *Nunc Pro Tunc* to June 29, 2007 (the "Retention Application"). On September 7, 2007, an order, effective as of June 29, 2007 was duly signed and entered by this Court authorizing the retention of BDO (the "Retention Order").

8.     This is BDO's Second Monthly Application for Compensation for professional services rendered and for reimbursement of actual and necessary costs and expenses incurred on behalf of the Examiner. Pursuant to the Retention Application, BDO agreed to bill services rendered at its normal hourly rates less a 10% discount and to request reimbursement of actual expenses incurred. BDO makes this Application pursuant applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of the District of Delaware, the Administrative Order Establishing Procedures For Interim Compensation and Reimbursement of Expenses of Professionals entered April 24, 2007(the "Compensation

---

[3] Examiner Order at paragraph 3

Procedures Order"), and any additional orders entered by the Court.

9.     Detailed statements itemizing services rendered and expenses incurred by BDO are annexed hereto as Exhibits "A" and "B".

## II

### SUMMARY OF SERVICES RENDERED

10. By this Application, BDO seeks approval and payment for (a) compensation for services rendered from September 1, 2007 through September 30, 2007 and (b) reimbursement for certain expenses incurred during the same period.

11. In rendering the services for which compensation is sought, partners, senior managers, managers, seniors, and staff of BDO spent 1,828.2 hours from September 1, 2007 through September 30, 2007. The aggregate time charges for such services, computed at BDO's standard hourly rates are $509,734.50[4], after applying the agreed upon 10% discount in the amount of $50,973.45, the total fees requested in this application are $458,761.05. In addition, BDO incurred ordinary and necessary expense in connection with the case of $10,882.00. These fees and expenses represent total costs incurred during this period of $469,643.05. Exhibit "A" annexed hereto contains, in full and complete detail, a description of the services rendered by each partner, senior manager, manager, senior, and staff on a daily basis. A summary of expenses is annexed as Exhibit "B".

12. BDO customarily bills their professionals at rates commensurate with the experience of the person performing such services. The billing rates are the same for bankruptcy engagements as well as all other accounting and advisory work performed by BDO. A list of the hourly rates is as follows:

---

[4] Please note that this amount is net a voluntary reduction before discount in the amount of $1,626.50 regarding total

-4-

| Partners/Managing Director | $400 - 775 |
|---|---|
| Directors /Senior Managers | $300 - 600 |
| Managers | $225 - 375 |
| Seniors | $175 - 275 |
| Staff | $125 – 200 |

13. The compensation BDO seeks is reasonable and is for actual and necessary services rendered by BDO. All of the services performed by BDO have been beneficial to the parties to these proceedings and have enabled the case to proceed.

14. The size and complexity of the Debtors' case as well as the numerous and complex issues of accounting required substantial broad-based accounting and financial advisory expertise to resolve the issues. As a consequence, the demands of this case have been such that BDO's highly skilled insolvency professionals have devoted substantial time and effort to perform properly and expeditiously the required accounting and advisory work.

15. During the period from September 1, 2007 through September 30, 2007, BDO provided services of a general nature to the Examiner, as set forth below:

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| A. | MEETINGS – DEBTOR | 58.1 | $24,075.00 |
|  | Meetings, discussions and correspondence with Debtors' management, key personnel and professionals related to ongoing requests for financial information, history of the business, its current operations, Heller Ehrman and PwC investigation and to prepare for and attend interviews of the Debtors' key accounting, financial and operational personnel. |  |  |
| B. | REPORT PREPARATION | 53.4 | 16,781.50 |
|  | Preparation and review of periodic reports to the Examiner, including review and analysis of GAAP issues, creation and analysis of accounting and financial documents, planning and review of various sections of report and discussions with the Examiner, counsel and other professionals regarding the |  |  |

fee incurred in this application period.

-5-

|  | HOURS | AMOUNT |
|---|---|---|

report.

C.  **BUSINESS ANALYSIS**      537.0      191,468.50
Review and analysis of various accounting and financial
documents relevant to the investigation, including, but not
limited to documents provided by the Debtors or the Special
Investigation Committee of the Debtors' Audit Committee.
Review of correspondence and discussions with the Examiner
and counsel regarding status of on-going document review.
Perform required document review and analysis.

D.  **ANALYZE COMPANY ACCOUNTING RECORDS**      544.5      122,261.00
Review and analysis of Company accounting and operational
records, reports and presentations.  This included review of
FAS 140, SEC and other government filings, SOX materials,
Master Repurchase Agreements (MRA) and PwC documents
used in the Special Investigation Committee's review of
repurchase reserves and residual interest valuations.  Also
includes the review and analysis of various accounting
documents provided by the Debtors, and performing various
searches against these documents using selective criteria.
Additionally includes review of the Debtors' accounting
systems and files supporting these systems.

E.  **ANALYZED INDEPENDENT ACCOUNTANT
ACCOUNTING RECORDS**      347.3      76,981.00
Review and analysis of KPMG work papers related to certain
key accounting issues in order to understand internal
company procedures.

F.  **EXAMINER / COUNSEL DISCUSSIONS
& COURT HEARINGS**      71.8      25,714.50
Consultation with the Examiner and Counsel regarding all
pertinent matters and case strategy.  Preparation and
participation in weekly update calls on case status and the
document review process.  Attend meetings in preparation for
interviews of key accounting personnel of the Debtors.

G.  **FEE APPLICATIONS / MONTHLY STATEMENTS**      86.2      16,990.50
Preparation and review of monthly fee detail, for submission
to the Court and interested parties pursuant to the
Compensation Procedures Order.  Preparation and review of
First Monthly Application.

|     |     | HOURS | AMOUNT |
|-----|-----|-------|--------|
| H. | CASE ADMINISTRATION | 61.5 | 19,870.00 |
|     | Reviewed status of engagement with staff and planned areas of work to be performed, including case history discussions and preparation of information request/open item lists. | | |
|     | **SUBTOTAL:** | **1,759.80** | **494,142.00** |
| I. | TRAVEL TIME | | |
|     | Non-working professional time expended on travel, billed at one half the hourly rate of each professional. | 68.4 | 15,592.50 |
|     | **SUBTOTAL:** | **68.4** | **15,592.50** |
|     | **TOTAL:** | **1,828.2** | **509,734.50** |
|     | **LESS: 10% DISCOUNT** | | **(50,973.45)** |
|     | **GRAND TOTAL:** | | **$458,761.05** |

16. The time spent by partners and staff of BDO Seidman, LLP, from September 1, 2007 through September 30, 2007, in performing the procedures described in paragraph 15, along with their hourly rates, is presented below:

| Title | Hours | Avg. Rate | Amount |
|-------|-------|-----------|--------|
| Partner | 125.8 | $650.22 | $81,797.50 |
| Senior Manager | 572.3 | 350.75 | 200,732.50 |
| Manager | 126.7 | 272.37 | 34,509.50 |
| Senior | 816.4 | 207.20 | 169,158.00 |
| Staff | 165.0 | 122.65 | 20,237.00 |
| Para-Prof. | 22.0 | 150.00 | 3,300.00 |
| **Subtotal:** | **1,828.2** | **$278.82** | **509,734.50** |
| **Less: 10% discount** | | | **(50,973.45)** |
| **TOTAL:** | **1,828.2** | **$250.94** | **$458,761.05** |

-7-

17. BDO's time records are recorded contemporaneously with the rendition of professional services. Exhibit "A" hereto contains a full and complete description of the services rendered by each partner, senior manager, manager, senior, and staff on a daily basis for the Application period. BDO's time records are maintained in one-tenth of an hour (0.10) increments.

18. Each duty and task performed by BDO has been performed by the professional most qualified to render such services at his or her ordinary hourly charges.

19. There is no agreement or understanding between BDO and any other person, other than the members, associates and employees of BDO, for the sharing of compensation received for services rendered in connection with this case.

20. BDO's professionals have delegated authority where appropriate to prevent duplication of effort, to ensure that associates were used whenever possible and to utilize the services of professionals who bill at lower hourly rates as much as possible.

21. Where more than one person attended a meeting, such attendance was not a duplication of effort, but was necessary to adequately represent the interests of the Examiner, and to have the appropriate expertise available.

## III

## CONCLUSION

22. For all of the reasons set forth in this application, BDO respectfully submits that the services it has rendered and the disbursements it has incurred on behalf of the Examiner during this case have been reasonably expended in order to adequately represent and protect the interests of the Examiner in this case. BDO submits further that it has provided such services in an economical and efficient manner. Accordingly, BDO requests that the relief requested in this Application be granted in all respects.

-8-

WHEREFORE, BDO PRAYS that this Court enter its order allowing BDO fees and expenses in

the total amount of $469,643.05 (representing $458,761.05[5] in fees and $10,882.00 in expenses).

DATED in New York, New York on this 26th Day of October, 2007.

> BDO Seidman, LLP
> 330 Madison Avenue
> 10th Floor
> New York, N.Y. 10017
> Telephone Number: (212) 885-8000
> Facsimile Number: (212) 697-1299

Accountants and Financial Advisors to the Examiner

WILLIAM K. LENHART

Sworn and subscribed to before
me this 26th day of October, 2007

Notary Public

STEPHANIE D. REGAN
Notary Public, State of New York
No. 43-4704738
Qualified in Richmond County
Commission Expires Sept. 30, 2009

---

[5] Reflects BDO's voluntary ten percent (10%) reduction of its fees in the amount of $50,973.45 in this matter, the total fees at BDO's standard hourly rates are $509,734.50.

-9-