# EXHIBIT B

EXHIBIT "B"

NEW CENTURY TRS HOLDINGS , INC.
Schedule of Expenses
September 1, 2007 through September 30, 2007

1.  PHOTOCOPYING
    a.   Internal
    b.   External

2.  TELECOMMUNICATIONS                                          $10.00
    a.   Toll Charges
    b.   Facsimile
    c.   Out-of-State toll charges

3.  COURIER, FRIEGHT AND POSTAL SERVICES
    *For overnight and hand delivery to Counsel*
    *and Committee members*

4.  COURT REPORTER AND TRANSCRIPTS

5.  TECHNOLOGY SERVICES

6.  OUT-OF-TOWN TRAVEL
    a.   Transportation                                       5,633.00
    b.   Lodging                                              3,514.00
    c.   Meals                                                  857.00

7.  OUTSIDE SERVICES                                            868.00

8.  LOCAL MEALS

9.  LOCAL TRANSPORTATION, TOLLS, MILEAGE
    AND PARKING – for cabs to/from meetings, car service
    *for employees working after 8:00 p.m. and local mileage*
    *using personal auto*

10. MISCELLANEOUS

    **TOTAL**                                             **$10,882.00**