BDO SEIDMAN, LLP
WILLIAM K. LENHART
DAVID E. BERLINER
MARLENE H. RABINOWITZ
330 Madison Avenue - 10th Floor
New York, New York 10017
Telephone Number:   (212) 885-8000
Facsimile Number:   (212) 697-1299

Accountants and Financial Advisors to the Examiner

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re ) | Case No. | 07-10416 (KJC) |
| ) | | |
| NEW CENTURY TRS HOLDINGS, INC., ) | Chapter 11 | Jointly Administered |
| a Delaware Corporation, et al. ) | | |
| ) | | |

Debtors.

DECLARATION OF WILLIAM K. LENHART IN SUPPORT OF
SECOND MONTHLY APPLICATION OF BDO SEIDMAN, LLP, FOR INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
ACCOUNTANTS AND FINANCIAL ADVISORS TO THE EXAMINER
FOR THE PERIOD SEPTEMBER 1, 2007 TO SEPTEMBER 30, 2007

STATE OF NEW YORK   }
                    }SS:
COUNTY OF NEW YORK  }

I, WILLIAM K. LENHART declare under the penalty of perjury as follows:

1. I am a partner in the firm of BDO Seidman, LLP ("BDO") and the National Director of BDO's Business Restructuring Services practice.

2. I have reviewed BDO's "Second Monthly Application for Compensation and Reimbursement of Expenses as Accountants and Financial Advisors to the Examiner" (the "Application") for the period September 1, 2007 to September 30, 2007 (the "Application Period") and this affidavit is submitted in support of the application.

3. To the best of my knowledge, information and belief formed after reasonable inquiry, the Application complies with the Local Rule 2016-2, and the United States Trustees Guidelines issued March 22, 1995, by the U.S. Department of Justice.

4. All interested parties have received and are reviewing or have reviewed the application.

5. In providing a reimbursable service, BDO does not make a profit on that service.

6. In charging for a particular service, BDO does not include the amortization of the cost of any investment equipment or capital outlay.

7. In seeking reimbursement for third party services, BDO requests reimbursement only for the amount billed to BDO by the third-party.

8. To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines and the UST Guidelines, except as specifically noted herein and in the application and except to the extent that fees or disbursements sought are prohibited by the Guidelines or the UST Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by BDO and generally accepted by BDO's clients.

9. A summary of the fees and expenses incurred by BDO in this Chapter 11 case, during the Application Period as well as copies of the records maintained in the ordinary course of business by BDO are provided in Exhibits "A" and "B" annexed to the Application.

10. The following is a summary of the total fees and expenses incurred by BDO during this application period:

| | |
|---|---:|
| FEES | $509,734.50 |
| Less: 10% Discount | (50,973.45) |
| TOTAL FEES | 458,761.05 |
| EXPENSES | 10,882.00 |
| **TOTAL** | **$469,643.05** |

-3-

11. BDO has received from, or on behalf, of the Debtors $0.00 for reimbursement of fees and expenses in this Chapter 11 case as Accountants and Financial Advisors to the Examiner. None of the compensation paid to BDO, from or on behalf of the Debtors, has been divided or shared with any other person other than the members, associates and employees of BDO.

12. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 26th, 2007
at New York, New York

*[signature]*

**WILLIAM K. LENHART**

Sworn and subscribed to before
me this 26th day of October, 2007

*[signature]*

Notary Public

STEPHANIE D. REGAN
Notary Public, State of New York
No. 43-4704738
Qualified in Richmond County
Commission Expires Sept. 30, 2009