UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

In re:

NEW CENTURY TRS HOLDINGS, INC.,
a Delaware Corporation, *et al.*,

                Debtors.

Chapter 11

Case No. 07-10416 (KJC)

Jointly Administered

Objection Deadline: November 15, 2007 @ 4:00 p.m.
Hearing Date: Only if Objection(s) are filed

------------------------------------------------------------x

## NOTICE OF FEE APPLICATION

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square, 920 King Street
P.O. Box 551
Wilmington, DE 19899
(Counsel to Debtors)

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207,
Lockbox #35
Wilmington, DE 19801
(U.S. Trustee)

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl Young
   Jones & Weintraub LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801
(Counsel to Greenwich Capital
Financial Products, Inc. and The CIT
Group/Business Credit, Inc.)

Suzzanne S. Uhland, Esquire
Emily Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
(Counsel to Debtors)

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
(Counsel to Official Committee of
Unsecured Creditors)

Bennett L. Spiegel, Esquire
Shirley S. Cho, Esquire
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
(Counsel to Greenwich Capital Financial
Products, Inc. and The CIT
Group/Business Credit, Inc.)

Monika L. McCarthy, Esquire
New Century Mortgage Corporation
3121 Michelson Drive, Suite 600
Irvine, CA 92612
(Debtors)

Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th
Floor
New York, NY 10022
(Counsel to Official Committee of
Unsecured Creditors)

Holly Felder Etlin
AP Services, LLC
9 West 57th Street, Suite 3420
New York, NY 10019
(Debtors' Crisis Managers)

Warren H. Smith, Esquire
Warren H. Smith & Associates, PC
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

2002 Service List

PLEASE TAKE NOTICE that the **Second Monthly Application of BDO Seidman, LLP For Interim Compensation for Services Rendered and Reimbursement of Expenses As Accountants and Financial Advisors to the Examiner for the Period September 1, 2007**

552971.2 10/26/07

**Through September 30, 2007** (the "Application"), seeks approval of a monthly fee application for professional services rendered to the Examiner of the above-captioned Debtors in the amount of $458,761.05, together with reimbursement of disbursements in the amount of $10,882.000, was filed with the Court on October 26, 2007.

You are required to file a response, if any, to the Application on or before November 15, 2007 at 4:00 p.m. (ET).

At the same time, you must also serve a copy of the response upon the undersigned counsel.

> Mark Minuti, Esq.
> Saul Ewing LLP
> 222 Delaware Avenue, Suite 1200
> P.O. Box 1266
> Wilmington, DE 19899

A HEARING ON THE APPLICATION WILL BE HELD, ONLY IF AN OBJECTION IS TIMELY FILED AND SERVED, BEFORE THE HONORABLE KEVIN J. CAREY, U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT, 824 MARKET STREET, WILMINGTON, DE 19801, AT A DATE AND TIME TO BE SCHEDULED BY THE COURT.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 26, 2007                                    SAUL EWING LLP

By: _/s/ Mark Minuti_____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840 (telephone)
(302) 421-5873 (fax)

*Co-Counsel to Michael J. Missel, as Examiner*