# EXHIBIT B

Proforma Number: 1204013
Invoice Number: 1712500
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Oct 2007
Batch #  1415789
Inventory Manager: Missal, M J
Matter Number: 0309079.00104

Page (4) 4

# KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14058444 | 01 | 03216 | 24 Aug 2007 | Telephone / Conference Calls / Fx Line Trans<br>USER DEFINED 1: 59302<br>USER DEFINED 2: 1(917)251-5574 | 4.35 | 4.35 | 4 |
| 14058446 | 01 | 03216 | 28 Aug 2007 | Telephone / Conference Calls / Fx Line Trans<br>USER DEFINED 1: 03011<br>USER DEFINED 2: 1(415)205-6244 | 6.40 | 6.40 | 9 |
| 14058447 | 01 | 03216 | 12 Sep 2007 | Telephone / Conference Calls / Fx Line Trans<br>USER DEFINED 1: 09466<br>USER DEFINED 2: 1(212)732-6640 | 2.40 | 2.40 | 3 |
| 14058071 | 01 | 03216 | 24 Sep 2007 | Telephone / Conference Calls / Fx Line Trans<br>USER DEFINED 1: 03972<br>USER DEFINED 2: 1(858)552-1234 | 1.20 | 1.20 | 4 |
| 14058072 | 01 | 03216 | 24 Sep 2007 | Telephone / Conference Calls / Fx Line Trans<br>USER DEFINED 1: 04812<br>USER DEFINED 2: 1(302)421-6840 | .40 | .40 | 1 |
| 14062063 | 01 | 03216 | 27 Sep 2007 | Telephone / Conference Calls / Fx Line Trans<br>USER DEFINED 1: 3599<br>USER DEFINED 2: 9919492530902 | .30 | .30 | 1 |
| 14058445 | 01 | 03216 | 28 Sep 2007 | Telephone / Conference Calls / Fx Line Trans<br>USER DEFINED 1: 09466<br>USER DEFINED 2: 1(415)772-6364 | 7.25 | 7.25 | 13 |
| | | | | Subtotal Telephone / Conference Calls / Fx Lin | 22.30 | 22.30 | |
| 14039206 | 01h | 03063 | 18 Sep 2007 | Telephone/Conference Calls - Chorus Call, Inc.<br>conference call 09/08/07 LCL<br>Voucher # 944911    Check # 3018224 | 31.09 | 31.09 | 1 |
| 14039212 | 01h | 03216 | 18 Sep 2007 | Telephone/Conference Calls - Chorus Call, Inc.<br>conference call 07/24/07 MJM<br>Voucher # 944911    Check # 3018224 | 184.99 | 184.99 | 1 |
| 14039231 | 01h | 03321 | 18 Sep 2007 | Telephone/Conference Calls - Chorus Call, Inc.<br>conference call 07/18/07 SEL<br>Voucher # 944911    Check # 3018224 | 20.13 | 20.13 | 1 |
| | | | | Subtotal Telephone/Conference Calls | 236.21 | 236.21 | |

ProForma Number: 1204013
Invoice Number: 1712500
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Oct 2007
Batch #: 1415789
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

Page (5) 5

## KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

### DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14062064 | 02 | 03216 | 27 Sep 2007 | Facsimile USER DEFINED 1: 3599 USER DEFINED 2: 9919492530902 | 7.50 | 7.50 | 10 |
| | | | | Subtotal Facsimile | 7.50 | 7.50 | |
| 14061417 | 04 | 03216 | 10 Sep 2007 | Copying Expense USER DEFINED 1: 10152 | .54 | .30 | 3 |
| 14035058 | 03 | 08221 | 12 Sep 2007 | Postage 1 piece E.Fox | 1.60 | 1.60 | 1 |
| 14063682 | 03 | 03999 | 30 Sep 2007 | Postage - no sender name listed 9/28/07 | 1.14 | 1.14 | 1 |
| | | | | Subtotal Postage | 2.74 | 2.74 | |
| 14062060 | 04 | 03216 | 18 Sep 2007 | Copying Expense USER DEFINED 1: 3216 | 310.14 | 172.30 | 1723 |
| 14052241 | 04 | 20470 | 19 Sep 2007 | Copying Expense | 9.36 | 5.20 | 52 |
| 14059892 | 04 | 03216 | 20 Sep 2007 | Copying Expense USER DEFINED 1: 6596 | 35.64 | 19.80 | 198 |
| 14060988 | 04 | 03216 | 20 Sep 2007 | Copying Expense USER DEFINED 1: 8221 | 64.44 | 35.80 | 358 |
| 14060986 | 04 | 03216 | 27 Sep 2007 | Copying Expense USER DEFINED 1: 8814 | 632.88 | 351.60 | 3516 |
| 14062062 | 04 | 03216 | 26 Sep 2007 | Copying Expense USER DEFINED 1: 3719 | 157.68 | 87.60 | 876 |
| 14055364 | 04 | 20470 | 26 Sep 2007 | Copying Expense | 366.12 | 203.40 | 2034 |
| 14062065 | 04 | 03216 | 28 Sep 2007 | Copying Expense USER DEFINED 1: 3699 | 3,035.16 | 1,686.20 | 16862 |
| 14062061 | 04 | 03216 | 30 Sep 2007 | Copying Expense | 9,725.58 | 5,403.10 | 54031 |

Proforma Number:  1204013
Invoice Number: 1712500
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

25 Oct 2007
Batch #: 1415789
Inventory Manager: Missal, M. J
Matter Number: 0309079.0104

Page (6) 6

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| | | | | USER DEFINED 1:  3063 | | | |
| | | | | Subtotal Copying Expense | 14,341.50 | 7,967.50 | |
| 14029935 | 09 | 08999 | 11 Sep 2007 | Employee Overtime  8/26/07-9/1/07 E.Pera | 200.00 | 200.00 | 5 |
| 14045896 | 09 | 03999 | 20 Sep 2007 | Employee Overtime - F. Ebenyousef  9/7/07´ | 52.50 | 52.50 | 2 |
| 14045898 | 09 | 03999 | 20 Sep 2007 | Employee Overtime - C. Mitchell  9/6/07´ | 113.75 | 113.75 | 3 |
| 14045916 | 09 | 03999 | 20 Sep 2007 | Employee Overtime - C. Gibson  9/2/07´ | 297.50 | 297.50 | 9 |
| 14045917 | 09 | 03999 | 20 Sep 2007 | Employee Overtime - C. Gibson  9/3/07´ | 175.00 | 175.00 | 5 |
| 14046558 | 09 | 03999 | 21 Sep 2007 | Employee Overtime - L. Gaiser  9/11/07´ | 17.50 | 17.50 | 1 |

Proforma Number: 1204013
Invoice Number: 1712500
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

25 Oct 2007
Batch #: 1415769
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

Page (7) 7

DISBURSEMENTS & OTHER CHARGES

| INDEX CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|
| 14026898 | 10 | 10 Sep 2007 | Long Distance Courier - M. Goodenow 8/10/07 | 23.48 | 23.48 | 1 |
| 14026896 | 10 | 10 Sep 2007 | Long Distance Courier - M. Goodenow 8/10/07 | 23.48 | 23.48 | 1 |
| 14026895 | 10 | 10 Sep 2007 | Long Distance Courier 2-215-88581 8/21/07 - M. Goodenow 8/10/07 | 23.48 | 23.48 | 1 |
| 14026893 | 10 | 10 Sep 2007 | Long Distance Courier 2-215-88581 8/21/07 - M. Goodenow 8/10/07 | 23.48 | 23.48 | 1 |
| 14026889 | 10 | 10 Sep 2007 | Long Distance Courier 2-215-88581 8/21/07 - M. Goodenow 8/10/07 | 108.98 | 108.98 | 1 |
| | | | Subtotal Employee Overtime | 1,192.50 | 1,192.50 | |
| 14065174 | 09 | 30 Sep 2007 | Employee Overtime - J. Boykin 9/22/07 | 37.50 | 37.50 | 1 |
| 14053354 | 09 | 27 Sep 2007 | Employee Overtime 9/9/07-9/15/07 E.Peta | | | |
| 14065171 | 09 | 30 Sep 2007 | Employee Overtime - J. Boykin 9/22/07 | 206.25 | 206.25 | 3 |
| | | | Employee Overtime - J. Boykin 9/22/07 | 40.00 | 40.00 | 1 |
| 14046566 | 09 | 21 Sep 2007 | Employee Overtime - L. Gaiser 9/12/07 | 17.50 | 17.50 | 1 |
| 14046560 | 09 | 21 Sep 2007 | Employee Overtime - L. Gaiser 9/11/07 | 35.00 | 35.00 | 1 |

Proforma Number: 1204013
Invoice Number: 1712500
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

25 Oct 2007
Batch #: 1415789
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

Page (6) 8

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14026918 | 10 | 03999 | 10 Sep 2007 | Long Distance Courier - M. Goodenow 8/10/07 2-215-88581 8/21/07 | 23.48 | 23.48 | 1 |
| 14026922 | 10 | 03999 | 10 Sep 2007 | Long Distance Courier - M. Goodenow 8/10/07 2-215-88581 8/21/07 | 23.48 | 23.48 | 1 |
| 14026924 | 10 | 03999 | 10 Sep 2007 | Long Distance Courier - M. Goodenow 8/10/07 2-215-88581 8/21/07 | 23.48 | 23.48 | 1 |
| 14027032 | 10 | 03999 | 10 Sep 2007 | Long Distance Courier - M. Goodenow 8/10/07 2-215-88581 8/21/07 | 23.48 | 23.48 | 1 |
| 14027034 | 10 | 03999 | 10 Sep 2007 | Long Distance Courier - M. Goodenow 8/10/07 2-215-88581 8/21/07 | 23.48 | 23.48 | 1 |
| 14027035 | 10 | 03999 | 10 Sep 2007 | Long Distance Courier - M. Goodenow 8/10/07 2-215-88581 8/21/07 | 23.48 | 23.48 | 1 |
| 14027036 | 10 | 03999 | 10 Sep 2007 | Long Distance Courier - M. Goodenow 8/10/07 2-215-88581 8/21/07 | 23.48 | 23.48 | 1 |
| 14027037 | 10 | 03999 | 10 Sep 2007 | Long Distance Courier - M. Goodenow 8/10/07 2-215-88581 8/21/07 | 23.48 | 23.48 | 1 |
| 14027038 | 10 | 03999 | 10 Sep 2007 | Long Distance Courier - M. Goodenow 8/10/07 2-215-88581 8/21/07 | 23.48 | 23.48 | 1 |
| 14027040 | 10 | 03999 | 10 Sep 2007 | Long Distance Courier - M. Goodenow 8/10/07 2-215-88581 8/21/07 | 23.48 | 23.48 | 1 |
| 14027044 | 10 | 03999 | 10 Sep 2007 | Long Distance Courier - M. Goodenow 8/10/07 2-215-88581 8/21/07 | 23.48 | 23.48 | 1 |
| 14027045 | 10 | 03999 | 10 Sep 2007 | Long Distance Courier - M. Goodenow 8/10/07 2-215-88581 8/21/07 | 23.48 | 23.48 | 1 |
| 14027049 | 10 | 03999 | 10 Sep 2007 | Long Distance Courier - M. Goodenow 8/10/07 2-215-88581 8/21/07 | 23.48 | 23.48 | 1 |
| 14027050 | 10 | 03999 | 10 Sep 2007 | Long Distance Courier - M. Goodenow 8/10/07 2-215-88581 8/21/07 | 23.48 | 23.48 | 1 |
| 14027051 | 10 | 03999 | 10 Sep 2007 | Long Distance Courier - M. Goodenow 8/10/07 2-215-88581 8/21/07 | 23.48 | 23.48 | 1 |

Proforma Number: 1204013
Invoice Number: 1712500
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (9) 9

25 Oct 2007
Batch #: 1415789
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14031265 | 10 | 03999 | 13 Sep 2007 | Long Distance Courier - N. Gupta - 8/21/07 2-228-61069 8/28/07 | 16.40 | 16.40 | 1 |
| 14033264 | 10 | 03999 | 13 Sep 2007 | Long Distance Courier - N. Gupta - 8/21/07 2-228-61069 8/28/07 | 16.40 | 16.40 | 1 |
| 14033263 | 10 | 03999 | 13 Sep 2007 | Long Distance Courier - N. Gupta - 8/21/07 2-228-61069 8/28/07 | 16.40 | 16.40 | 1 |
| 14033262 | 10 | 03999 | 13 Sep 2007 | Long Distance Courier - N. Gupta - 8/21/07 2-228-61069 8/28/07 | 16.40 | 16.40 | 1 |
| 14033261 | 10 | 03999 | 13 Sep 2007 | Long Distance Courier - N. Gupta - 8/21/07 2-228-61069 8/28/07 | 16.40 | 16.40 | 1 |
| 14033260 | 10 | 03999 | 13 Sep 2007 | Long Distance Courier - N. Gupta - 8/21/07 2-228-61069 8/28/07 | 16.40 | 16.40 | 1 |
| 14032257 | 10 | 03999 | 13 Sep 2007 | Long Distance Courier - N. Gupta - 8/21/07 2-228-61069 8/28/07 | 16.40 | 16.40 | 1 |
| 14033255 | 10 | 03999 | 13 Sep 2007 | Long Distance Courier - N. Gupta - 8/21/07 2-228-61069 8/28/07 | 16.40 | 16.40 | 1 |
| 14033254 | 10 | 03999 | 13 Sep 2007 | Long Distance Courier - N. Gupta - 8/21/07 2-228-61069 8/28/07 | 48.62 | 48.62 | 1 |
| 14031109 | 10 | 03999 | 13 Sep 2007 | Long Distance Courier - A. La Malfa - 8/17/07 2-228-61069 8/28/07 | 10.57 | 10.57 | 1 |
| 14027056 | 10 | 03999 | 10 Sep 2007 | Long Distance Courier - M. Goodenow 8/10/07 2-215-88581 8/21/07 | 23.74 | 23.74 | 1 |
| 14027055 | 10 | 03999 | 10 Sep 2007 | Long Distance Courier - M. Goodenow 8/10/07 2-215-88581 8/21/07 | 23.48 | 23.48 | 1 |
| 14027054 | 10 | 03999 | 10 Sep 2007 | Long Distance Courier - M. Goodenow 8/10/07 2-215-88581 8/21/07 | 23.48 | 23.48 | 1 |
| 14027053 | 10 | 03999 | 10 Sep 2007 | Long Distance Courier - M. Goodenow 8/10/07 2-215-88581 8/21/07 | 23.48 | 23.48 | 1 |
| 14027052 | 10 | 03999 | 10 Sep 2007 | Long Distance Courier - M. Goodenow 8/10/07 2-215-88581 8/21/07 | 23.48 | 23.48 | 1 |

Proforma Number:   1204013
Invoice Number:   11712500
Client:   Michael J. Missal, Examiner
Matter Description:   Disbursements

25 Oct 2007
Batch #:   1415789
Inventory Manager:   Missal, M. J
Matter Number:   0309079.00104

Page (10)  10

# KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14033266 | 10 | 03999 | 13 Sep 2007 | Long Distance Courier - N. Gupta - 8/21/07 2-228-61069 8/28/07 | 16.40 | 16.40 | 1 |
| 14033267 | 10 | 03999 | 13 Sep 2007 | Long Distance Courier - N. Gupta - 8/21/07 2-228-61069 8/28/07 | 16.40 | 16.40 | 1 |
| 14033268 | 10 | 03999 | 13 Sep 2007 | Long Distance Courier - N. Gupta - 8/21/07 2-228-61069 8/28/07 | 16.41 | 16.41 | 1 |
| 14038784 | 10 | 03999 | 18 Sep 2007 | Long Distance Courier - Office Services NY 8/28/07 2-240-99922 9/4/07 | 24.95 | 24.95 | 1 |
| 14038785 | 10 | 03999 | 18 Sep 2007 | Long Distance Courier - Office Services NY 8/28/07 2-240-99922 9/4/07 | 24.95 | 24.95 | 1 |
| 14038812 | 10 | 03999 | 18 Sep 2007 | Long Distance Courier - M. Goodenow 8/28/07 2-240-99922 9/4/07 | 23.28 | 23.28 | 1 |
| 14038834 | 10 | 03999 | 18 Sep 2007 | Long Distance Courier - N. Gupta 8/29/07 2-240-99922 9/4/07 | 36.50 | 36.50 | 1 |
| 14038835 | 10 | 03999 | 18 Sep 2007 | Long Distance Courier - R. Blumburg 8/29/07 2-240-99922 9/4/07 | 25.89 | 25.89 | 1 |
| 14038836 | 10 | 03999 | 18 Sep 2007 | Long Distance Courier - R. Blumburg 8/29/07 2-240-99922 9/4/07 | 6.90 | 6.90 | 1 |
| 14038837 | 10 | 03999 | 18 Sep 2007 | Long Distance Courier - R. Blumburg 8/29/07 2-240-99922 9/4/07 | 24.19 | 24.19 | 1 |
| 14054120 | 10 | 06999 | 21 Sep 2007 | Fed Ex 9/17/07-Robert Lawton: R. Lawton | 47.11 | 47.11 | 1 |
| 14054136 | 10 | 06999 | 21 Sep 2007 | Fed Ex 9/18/07-Jennifer Hieb: T. Rohrbaugh | 12.11 | 12.11 | 1 |
| 14048835 | 10 | 03999 | 25 Sep 2007 | Long Distance Courier - A. Johnson 9/4/07 2-252-75436 9/11/07 | 16.10 | 16.10 | 1 |
| 14065414 | 10 | 06999 | 28 Sep 2007 | Fed Ex 9/20/07-Matt Bowman: R. Lawton | 12.39 | 12.39 | 1 |

Proforma Number: 1204013
Invoice Number: 17122500
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (11) 11
25 Oct 2007
Batch #: 1415789
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14040222 | 10h | 08999 | 19 Sep 2007 | Long Distance Courier - Federal Express Corp. Inv 2-247-73268 9-07-07 J Roeber to Mark Goodeman Voucher # 945147    Check # 8012311 | 11.82 | 11.82 | 1 |
| 14040232 | 10h | 08999 | 19 Sep 2007 | Long Distance Courier - Federal Express Corp. Inv 2-247-73628 9-07-07 R boboc to mark Goodenow Voucher # 945147    Check # 8012311 | 12.51 | 12.51 | 1 |
| 14040234 | 10h | 08999 | 19 Sep 2007 | Long Distance Courier - Federal Express Corp. Inv 2-247-73628 9-07-07 R Boboc Mark Goodenow Voucher # 945147    Check # 8012311 | 12.51 | 12.51 | 1 |
| 14040235 | 10h | 08999 | 19 Sep 2007 | Long Distance Courier - Federal Express Corp. Inv 2-247-73628 9-07-07 R Boboc to Walter Pat Loughlin Voucher # 945147    Check # 8012311 | 47.98 | 47.98 | 1 |
| 14055845 | 10h | 08999 | 28 Sep 2007 | Long Distance Courier - Federal Express Corp. Inv 2-160-1851 E Fox to Mark Minuti Voucher # 948237    Check # 8012311 | 7.07 | 7.07 | 1 |
| | | | | Subtotal Long Distance Courier | 1,258.62 | 1,258.62 | |
| 14047028 | 14 | 36057 | 31 Aug 2007 | Lexis - 08/01/2007 - 08/31/2007 USER DEFINED 1: CHAFFIN, WALKER USER DEFINED 2: 0942200.0001/36057BK | 3,423.04 | 3,423.04 | 1 |
| 14068704 | 14 | 36057 | 30 Sep 2007 | Lexis - JMC - 09/01/2007 - 09/30/2007 USER DEFINED 1: CHAFFIN, WALKER USER DEFINED 2: MISSAL | 595.71 | 595.71 | 1 |
| 14068705 | 14 | 10152 | 30 Sep 2007 | Lexis - KSA - 09/01/2007 - 09/30/2007 USER DEFINED 1: ASFOUR, KEVIN | 48.05 | 48.05 | 1 |
| 14068706 | 14 | 31007 | 30 Sep 2007 | Lexis - BAO - 09/01/2007 - 09/30/2007 USER DEFINED 1: OCHS, BRIAN | 1,971.46 | 1,971.46 | 1 |
| 14068707 | 14 | 36051 | 30 Sep 2007 | Lexis - JMR - 09/01/2007 - 09/30/2007 USER DEFINED 1: RESTI, JUSTIN USER DEFINED 2: CASE | 433.94 | 433.94 | 1 |
| 14068708 | 14 | 06621 | 30 Sep 2007 | Lexis - TR - 09/01/2007 - 09/30/2007 USER DEFINED 1: ROHRBAUGH, TROY | 393.03 | 393.03 | 1 |

Proforma Number: 1204013
Invoice Number: 1712500
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

Page (12)    12
25 Oct 2007
Batch #: 1415789
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

**DISBURSEMENTS & OTHER CHARGES**

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14068709 | 14 | 0152 | 30 Sep 2007 | Lexis - KSA - 09/01/2007 - 09/30/2007 USER DEFINED 1: ASFOUR, KEVIN | 1,281.92 | 1,281.92 | 1 |
| 14068710 | 14 | 0183 | 30 Sep 2007 | Lexis - TWF - 09/01/2007 - 09/30/2007 USER DEFINED 1: FREDRICKS, TIMOTHY | 316.39 | 316.39 | 1 |
| 14068711 | 14 | 10226 | 30 Sep 2007 | Lexis - BWG - 09/01/2007 - 09/30/2007 USER DEFINED 1: GUNNING, BRADLEY W | 3,263.44 | 3,263.44 | 1 |
| | | | | Subtotal Lexis Research | 11,726.98 | 11,726.98 | |
| 14050028 | 15 | 08193 | 27 Jun 2007 | Westlaw - CSC - 06/07/2007 - 06/27/2007 USER DEFINED 1: MOSER, ERIC T | 56.46 | 56.46 | 1 |
| 14050034 | 15 | 08193 | 27 Jun 2007 | Westlaw - CSC - 06/07/2007 - 06/27/2007 USER DEFINED 1: MOSER, ERIC T | 16.90 | 16.90 | 1 |
| 14050036 | 15 | 08193 | 27 Jun 2007 | Westlaw - CSC - 06/07/2007 - 06/27/2007 USER DEFINED 1: MOSER, ERIC T | 391.39 | 391.39 | 1 |
| 14050048 | 15 | 08193 | 10 Jul 2007 | Westlaw - CSC - 07/09/2007 - 07/10/2007 USER DEFINED 1: MOSER, ERIC T | 209.30 | 209.30 | 1 |
| 14050049 | 15 | 08193 | 16 Jul 2007 | Westlaw - CSC - 07/02/2007 - 07/16/2007 USER DEFINED 1: MOSER, ERIC T | 1,171.55 | 1,171.55 | 1 |
| 14050050 | 15 | 08193 | 26 Jul 2007 | Westlaw - CSC - 07/26/2007 - 07/26/2007 USER DEFINED 1: MOSER, ERIC T | 311.61 | 311.61 | 1 |
| 14050051 | 15 | 08193 | 31 Jul 2007 | Westlaw - CSC - 07/30/2007 - 07/31/2007 USER DEFINED 1: MOSER, ERIC T | 1,028.30 | 1,028.30 | 1 |
| 14049653 | 15 | 08193 | 24 Aug 2007 | Westlaw - CSC - 08/01/2007 - 08/24/2007 USER DEFINED 1: MOSER, ERIC T | 1,862.42 | 1,862.42 | 1 |
| 14049735 | 15 | 08193 | 30 Aug 2007 | Westlaw - CSC - 08/02/2007 - 08/30/2007 USER DEFINED 1: MOSER, ERIC T | 300.11 | 300.11 | 1 |
| 14049739 | 15 | 08193 | 30 Aug 2007 | Westlaw - CSC - 08/02/2007 - 08/30/2007 USER DEFINED 1: MOSER, ERIC T | 14.98 | 14.98 | 1 |
| 14049741 | 15 | 08193 | 30 Aug 2007 | Westlaw - CSC - 08/02/2007 - 08/30/2007 USER DEFINED 1: MOSER, ERIC T | 49.03 | 49.03 | 1 |

Proforma Number: 1204013
Invoice Number: 1712500
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

25 Oct 2007
Batch #: 1415789
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

Page (13) 13

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14069271 | 15 | 08378 | 21 Sep 2007 | Westlaw - KSE - 09/21/2007 USER DEFINED 1: ELLIOTT,KRISTIN S | 177.72 | 177.72 | 1 |
| 14069275 | 15 | 08378 | 21 Sep 2007 | Westlaw - KSE - 09/10/2007 USER DEFINED 1: ELLIOTT,KRISTIN S | 144.88 | 144.88 | 1 |
| 14087178 | 15 | 10227 | 26 Sep 2007 | Westlaw - 09/24/2007 USER DEFINED 1: O'HANLON,MATTHEW B | 284.16 | 284.16 | 1 |
| 14069272 | 15 | 10226 | 27 Sep 2007 | Westlaw - BWG - 09/24/2007 USER DEFINED 1: GUNNING,BRADLEY W | 738.98 | 738.98 | 1 |
| 14069273 | 15 | 10227 | 28 Sep 2007 | Westlaw - MBO - 09/24/2007 USER DEFINED 1: O'HANLON,MATTHEW B | 1,162.20 | 1,162.20 | 1 |
| 14069274 | 15 | 10227 | 28 Sep 2007 | Westlaw - MBO - 09/28/2007 USER DEFINED 1: O'HANLON,MATTHEW B USER DEFINED 2: \ | 151.99 | 151.99 | 1 |
| | | | | Subtotal Westlaw Research | 8,071.98 | 8,071.98 | |
| 14025729 | 23h | 03999 | 7 Sep 2007 | OT Dinner, Cabs, Parking - Petty Cash Meal - J Catano 8/29/07 Voucher # 941785 | 11.65 | 11.65 | 1 |
| 14025730 | 23h | 03999 | 7 Sep 2007 | OT Dinner, Cabs, Parking - Petty Cash Meal - J. Catano 9/4/07 Voucher # 941785 | 9.72 | 9.72 | 1 |
| 14040439 | 23h | 03999 | 19 Sep 2007 | OT Dinner, Cabs, Parking - Petty Cash O.T. Meal - Parking - E. Farideh 9/7/07 Voucher # 945250 Check # 3018218 | 26.00 | 26.00 | 1 |
| 14040440 | 23h | 03999 | 19 Sep 2007 | OT Dinner, Cabs, Parking - Petty Cash O.T. Dinner - Metro - Parking - C Mitchell 9/6/07 Voucher # 945250 Check # 3018218 | 20.60 | 20.60 | 1 |
| 14040442 | 23h | 03999 | 19 Sep 2007 | OT Dinner, Cabs, Parking - Petty Cash Meal - J. Catano 9/11/07 Voucher # 945250 Check # 3018218 | 11.65 | 11.65 | 1 |
| 14049456 | 23h | 03999 | 25 Sep 2007 | OT Dinner, Cabs, Parking - Petty Cash Mileage - F. Ebenyousef 9/16/07 Voucher # 946988 Check # 3018253 | 13.58 | 13.58 | 1 |

Proforma Number: 1204013
Invoice Number: 1712500
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Oct 2007
Batch #: 1415789
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

### DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14049457 | 23h | 03999 | 25 Sep 2007 | OT Dinner, Cabs, Parking - Petty Cash Meal - room and tax Parking - F. Ebenyousef 9/18/07 Voucher # 946988    Check # 3018253 | 27.00 | 27.00 | 1 |
| | | | | Subtotal OT Dinner, Cabs, Parking | 120.20 | 120.20 | |
| 14025194 | 32h | 10999 | 6 Sep 2007 | Travel Expenses - Michael J Quinn 8/27 hotel Voucher # 941533    Check # 47332 | 491.21 | 491.21 | 1 |
| 14040451 | 32h | 08999 | 10 Sep 2007 | Travel Expenses - Walter P. Loughlin Lodging 9/5-9/6/07 San Diego Inv 9/10/07 Voucher # 945261    Check # 47318 | 509.03 | 509.03 | 1 |
| 14040453 | 32h | 08999 | 10 Sep 2007 | Travel Expenses - Walter P. Loughlin Car Rental 9/5-9/6/07 San Diego Inv 9/10/07 Voucher # 945261    Check # 47318 | 139.60 | 139.60 | 1 |
| 14040454 | 32h | 08999 | 10 Sep 2007 | Travel Expenses - Walter P. Loughlin Parking JFK 9/5-9/6/07 San Diego Inv 9/10/07 Voucher # 945261    Check # 47318 | 78.00 | 78.00 | 1 |
| 14037075 | 32h | 03173 | 17 Sep 2007 | Travel Expenses - David T. Case Long Beach, CA. 08/11/07 Voucher # 944237    Check # 3018271 | 877.41 | 772.62 | 1 |
| 14049444 | 32h | 06048 | 25 Sep 2007 | Travel Expenses - Robert Lawton 9/17-9/19 CA -interviews of R. expense: travel to Irvine CA interviews of R. Lent & R. Siwy: RAL Voucher # 946983    Check # 47640 | 636.20 | 636.20 | 1 |
| 14049445 | 32h | 06048 | 25 Sep 2007 | Travel Expenses - Robert Lawton 9/17-9/19 Hotel expenses (mileage to/from Airport; Tolls; parking; Rental Car) Irvine CA interviews; RAL Voucher # 946983    Check # 47640 | 368.62 | 368.62 | 1 |
| 14056740 | 32h | 31007 | 29 Sep 2007 | Travel Expenses - Brian Ochs Long Beach, CA 09/19-09/20 Voucher # 948301    Check # 47569 | 395.04 | 395.04 | 1 |
| 14056920 | 32h | 03238 | 29 Sep 2007 | Travel Expenses - Stephen G. Topetzes Wilmington, DE 09/11/07 Voucher # 948378    Check # 47550 | 19.00 | 19.00 | 1 |
| | | | | Subtotal Travel Expenses | 3,514.11 | 3,409.32 | |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Proforma Number: 1204013
Invoice Number: 1712500
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Oct 2007
Batch #: 1415789
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

Page (15) 15

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14031828 | 33h | 08999 | 12 Sep 2007 | Transportation Expenses - Edward Fox Amtrak Wilmington to Stamford, Ct 7/31/07 Inv 8/25/07C Voucher # 942932          Check # 8012191 | 116.00 | 116.00 | 1 |
| 14031829 | 33h | 08999 | 12 Sep 2007 | Transportation Expenses - Edward Fox Amtrak Stamford to Wilmington 8/7/07 Inv 8/25/07C Voucher # 942932          Check # 8012191 | 258.00 | 258.00 | 1 |
| 14031830 | 33h | 08999 | 12 Sep 2007 | Transportation Expenses - Edward Fox Amtrak Stamford to Wilmington 8/2/07 Inv 8/25/07C Voucher # 942932          Check # 8012191 | 245.00 | 245.00 | 1 |
| 14037129 | 33h | 03063 | 17 Sep 2007 | Transportation Expenses - Lawrence Coe Lampher Parking fees having returned from NYC 08/31/07 Voucher # 944257          Check # 47220 | 32.00 | 32.00 | 1 |
| | | | | Subtotal Transportation Expenses | 651.00 | 651.00 | |
| 14027067 | 34h | 08999 | 10 Sep 2007 | Cab Fare - Dial Car Inc. K.Elliot 599 Lex to Brooklyn 8/14 inv.1044182 Voucher # 942270          Check # 8012231 | 60.69 | 60.69 | 1 |
| 14027074 | 34h | 08221 | 10 Sep 2007 | Cab Fare - Dial Car Inc. E.Fox 599 Lex to Rye, NY 8/17 inv.1044182 Voucher # 942270          Check # 8012231 | 101.75 | 101.75 | 1 |
| 14027085 | 34h | 08999 | 10 Sep 2007 | Cab Fare - Dial Car Inc. E.Pera 599 to Yonkers 8/21 inv.1044182 Voucher # 942270          Check # 8012231 | 84.15 | 84.15 | 1 |
| 14030005 | 34h | 03173 | 11 Sep 2007 | Cab Fare - Red Top Transportation Fr 1601 to IAD - D. Case 8/13/07 Voucher # 942673          Check # 3018178 | 87.98 | 87.98 | 1 |
| 14031868 | 34h | 35099 | 12 Sep 2007 | Cab Fare - Red Top Transportation Fr 1601 to Wayne St - J. Catano 8/16/07 Voucher # 942983          Check # 3018177 | 14.85 | 14.85 | 1 |
| 14031869 | 34h | 35099 | 12 Sep 2007 | Cab Fare - Red Top Transportation Fr 1601 to Wayne St - J. Catano 8/20/07 Voucher # 942983          Check # 3018177 | 13.61 | 13.61 | 1 |

Proforma Number:   1204013
Invoice Number:    1712500
Client:  Michael J. Missal, Examiner
Matter Description: Disbursements

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

25 Oct 2007
Batch #:  1415789
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

Page (16) 16

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14031870 | 34h | 35099 | 12 Sep 2007 | Cab Fare - Red Top Transportation Fr 1601 to Wayne St - J. Cacano 8/29/07 Check # 3018177 | 15.47 | 15.47 | 1 |
| 14033423 | 34h | 08999 | 13 Sep 2007 | Cab Fare - Dial Car Inc. K.Elliot 599 to Brooklyn 8/22 inv.1044705 Voucher # 943443 Check # 8012231 | 56.61 | 56.61 | 1 |
| 14033424 | 34h | 08221 | 13 Sep 2007 | Cab Fare - Dial Car Inc. E.Fox 599 Lex to Rye, NY 8/23 inv.1044705 Voucher # 943443 Check # 8012231 | 101.75 | 101.75 | 1 |
| 14033426 | 34h | 08221 | 13 Sep 2007 | Cab Fare - Dial Car Inc. E.Fox 599 Lex to Rye, NY 8/21 inv.1044705 Voucher # 943443 Check # 8012231 | 112.97 | 112.97 | 1 |
| 14033432 | 34h | 08999 | 13 Sep 2007 | Cab Fare - Dial Car Inc. K.Elliot 599 Lex to Brooklyn 8/24 inv.1044705 Voucher # 943443 Check # 8012231 | 49.47 | 49.47 | 1 |
| 14033433 | 34h | 08221 | 13 Sep 2007 | Cab Fare - Dial Car Inc. E.Fox 599 Lex to Rye, NY 8/24 inv.1044705 Voucher # 943443 Check # 8012231 | 101.75 | 101.75 | 1 |
| 14033436 | 34h | 08361 | 13 Sep 2007 | Cab Fare - Dial Car Inc. E.Rim 599 Lex to Queens 8/24 inv.1044705 Voucher # 943443 Check # 8012231 | 59.67 | 59.67 | 1 |
| 14033442 | 34h | 08999 | 13 Sep 2007 | Cab Fare - Dial Car Inc. Larry Lampher 599 Lex to Penn Station 8/22 inv.1044705. Voucher # 943443 Check # 8012231 | 28.56 | 28.56 | 1 |
| 14033443 | 34h | 08999 | 13 Sep 2007 | Cab Fare - Dial Car Inc. E.Pera 599 to Yonkers 8/24 inv.1044705 Voucher # 943443 Check # 8012231 | 79.56 | 79.56 | 1 |
| 14037019 | 34h | 32071 | 17 Sep 2007 | Cab Fare - Andrew McFall Working late taxi 08/29/07 Voucher # 944229 Check # 47234 | 12.00 | 12.00 | 1 |
| 14037020 | 34h | 32071 | 17 Sep 2007 | Cab Fare - Andrew McFall Working late taxi 08/30/07 Voucher # 944229 Check # 47234 | 12.00 | 12.00 | 1 |
| 14047799 | 34h | 08999 | 24 Sep 2007 | Cab Fare - Dial Car Inc. E.Pera 599 to Yonkers 8/28 inv.1044979 | 99.96 | 99.96 | 1 |

Proforma Number: 1204013
Invoice Number: 1712500
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Oct 2007
Batch #: 1415789
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

Page (17) 17

## KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

### DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14065597 | 34h | 08362 | 30 Sep 2007 | Cab Fare - Dial Car Inc. J.Roeber 20th & Ave C to JFK 9/5 Inv.10452278 Voucher # 949022        Check # 8012274 | 65.79 | 65.79 | 1 |
| 14065607 | 34h | 08221 | 30 Sep 2007 | Cab Fare - Dial Car Inc. E.Fox 599 Lex to Rye, NY 9/7 Inv.10452278 Voucher # 949022        Check # 8012455 | 104.30 | 104.30 | 1 |
| | | | | Subtotal Cab Fare | 1,262.89 | 1,262.89 | |
| 14034173 | 35h | 06048 | 13 Sep 2007 | Air Fare - American Express 9/10-9/12 Airfare :Dulles - Long Beach-Dulles: Rlawton Voucher # 943679        Check # 1044794 | 297.30 | 297.30 | 1 |
| 14034172 | 35h | 06048 | 13 Sep 2007 | Air Fare - American Express 8/13 -8/15 Airfare: Dulles DC-Long Beach-Dulles: Rlawton Voucher # 943679        Check # 1044794 | 567.30 | 567.30 | 1 |
| 14051360 | 35h | 11077 | 26 Sep 2007 | Air Fare - American Express, Leah Shough, airfare, 8/2 Voucher # 947487        Check # 1044794 | 334.41 | 334.41 | 1 |
| 14051361 | 35h | 11077 | 26 Sep 2007 | Air Fare - American Express, Leah Shough, ticket fee, 8/2 Voucher # 947487        Check # 1044794 | 34.00 | 34.00 | 1 |
| 14051373 | 35h | 11067 | 26 Sep 2007 | Air Fare - American Express, Amanda Kostner, unused airfare, 7/23 Voucher # 947487        Check # 1044794 | (636.41) | (636.41) | 1 |
| 14051377 | 35h | 11077 | 26 Sep 2007 | Air Fare - American Express, Leah Shough, ticket exchange fee, tkt#0167143854670, 7/25 Voucher # 947487        Check # 1044794 | 34.00 | 34.00 | 1 |
| 14051378 | 35h | 11077 | 26 Sep 2007 | Air Fare - American Express, Leah Shough, ticket exchange fee, tkt#0167143854697, 7/25 Voucher # 947487        Check # 1044794 | 34.00 | 34.00 | 1 |
| 14051379 | 35h | 11077 | 26 Sep 2007 | Air Fare - American Express, Leah Shough, unused airfare 7/31 Voucher # 947487        Check # 1044794 | (318.20) | (318.20) | 1 |
| 14051382 | 35h | 11077 | 26 Sep 2007 | Air Fare - American Express, Leah Shough, | 34.00 | 34.00 | 1 |

Proforma Number:  1204013
Invoice Number:  1712500
Client:  Michael J. Missal, Examiner
Matter Description:  Disbursements

Page (18) 18

25 Oct 2007
Batch #:  1415789
Inventory Manager: Missal, M. J
Matter Number:  0309079.00104

## KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14051383 | 35h | 11077 | 26 Sep 2007 | Air Fare - American Express, Leah Shough, unused airfare, 7/31 ticket fee, 7/26 Voucher # 947487   Check # 1044794 | (636.41) | (636.41) | 1 |
| 14051385 | 35h | 11077 | 26 Sep 2007 | Air Fare - American Express, Leah Shough, ticket fee, 7/27 Voucher # 947487   Check # 1044794 | 34.00 | 34.00 | 1 |
| 14051386 | 35h | 11077 | 26 Sep 2007 | Air Fare - American Express, Leah Shough, ticket exchange fee, 7/30 Voucher # 947487   Check # 1044794 | 34.00 | 34.00 | 1 |
| 14051387 | 35h | 11067 | 26 Sep 2007 | Air Fare - American Express, Amanda Kostner, airfare, 7/30 Voucher # 947487   Check # 1044794 | 438.80 | 438.80 | 1 |
| 14051388 | 35h | 11067 | 26 Sep 2007 | Air Fare - American Express, Amanda Kostner, ticket fee, 7/30 Voucher # 947487   Check # 1044794 | 34.00 | 34.00 | 1 |
| 14051389 | 35h | 11077 | 26 Sep 2007 | Air Fare - American Express, Leah Shough, ticket exchange fee, 7/31 Voucher # 947487   Check # 1044794 | 34.00 | 34.00 | 1 |
| 14051390 | 35h | 11077 | 26 Sep 2007 | Air Fare - American Express, Leah Shough, airfare, 7/31 Voucher # 947487   Check # 1044794 | 98.81 | 98.81 | 1 |
| 14051391 | 35h | 11077 | 26 Sep 2007 | Air Fare - American Express, Leah Shough, ticket exchange fee, 7/31 Voucher # 947487   Check # 1044794 | 34.00 | 34.00 | 1 |
| 14051392 | 35h | 11077 | 26 Sep 2007 | Air Fare - American Express, Leah Shough, unused airfare, 8/6 Voucher # 947487   Check # 1044794 | (318.20) | (318.20) | 1 |
| 14051393 | 35h | 11077 | 26 Sep 2007 | Air Fare - American Express, Amanda Kostner, ticket exchange fee, 8/3 Voucher # 947487   Check # 1044794 | 34.00 | 34.00 | 1 |
| 14051403 | 35h | 11073 | 26 Sep 2007 | Air Fare - American Express, Jeffrey Bornstein, airfare, 8/21 Voucher # 947487   Check # 1044794 | 459.40 | 459.40 | 1 |

Proforma Number:  1204013
Invoice Number:  17125000
Client:  Michael J. Missal, Examiner
Matter Description: Disbursements

25 Oct 2007
Batch #:  1415789
Inventory Manager: Missal, M. J
Matter Number:  0309079.00104

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

Page (19) 19

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14051404 | 35h | 11077 | 26 Sep 2007 | Air Fare - American Express, Leah Shough, service call, 7/24 Voucher # 947487 Check # 1044794 | 20.00 | 20.00 | 1 |
| 14051405 | 35h | 11077 | 26 Sep 2007 | Air Fare - American Express, Leah Shough, service call, 7/25 Voucher # 947487 Check # 1044794 | 20.00 | 20.00 | 1 |
| 14051406 | 35h | 11077 | 26 Sep 2007 | Air Fare - American Express, Leah Shough, service call, 7/25 Voucher # 947487 Check # 1044794 | 20.00 | 20.00 | 1 |
| 14051409 | 35h | 11077 | 26 Sep 2007 | Air Fare - American Express, Leah Shough, service call, 7/25 Voucher # 947487 Check # 1044794 | 20.00 | 20.00 | 1 |
| 14052141 | 35h | 11073 | 26 Sep 2007 | Air Fare - American Express, Jeffrey Bornstein, airfare, 7/30 Voucher # 947561 Check # 1044793 | 438.80 | 438.80 | 1 |
| 14052144 | 35h | 11073 | 26 Sep 2007 | Air Fare - American Express, Jeffrey Bornstein, airfare, 8/10 Voucher # 947561 Check # 1044793 | 726.70 | 726.70 | 1 |
| 14052145 | 35h | 11073 | 26 Sep 2007 | Air Fare - American Express, Jeffrey Bornstein, airfare, 8/14 Voucher # 947561 Check # 1044793 | 726.70 | 726.70 | 1 |
| 14052146 | 35h | 11073 | 26 Sep 2007 | Air Fare - American Express, Jeffrey Bornstein, airfare, 8/14 Voucher # 947561 Check # 1044793 | 764.41 | 764.41 | 1 |
| 14052149 | 35h | 11073 | 26 Sep 2007 | Air Fare - American Express, Jeffrey Bornstein, unused airfare, 7/31 Voucher # 947561 Check # 1044793 | (318.20) | (318.20) | 1 |
| 14052150 | 35h | 11073 | 26 Sep 2007 | Air Fare - American Express, Jeffrey Bornstein, unused airfare, 8/1 Voucher # 947561 Check # 1044793 | (438.80) | (438.80) | 1 |
| 14052151 | 35h | 11073 | 26 Sep 2007 | Air Fare - American Express, Jeffrey Bornstein, unused airfare, 7/30 Voucher # 947561 Check # 1044793 | (197.61) | (197.61) | 1 |
| 14052153 | 35h | 11073 | 26 Sep 2007 | Air Fare - American Express, Jeffrey Bornstein, | (726.70) | (726.70) | 1 |

Proforma Number:  1204013
Invoice Number:  1712500
Client:  Michael J. Missal, Examiner
Matter Description: Disbursements

# KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page  (20)  20

25 Oct 2007
Batch #:  1415789
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

unused airfare, 8/14
Voucher # 947561      Check # 1044793

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14052154 | 35h | 11073 | 26 Sep 2007 | Air Fare - American Express, Jeffrey Bornstein, unused airfare, 8/15 Voucher # 947561 Check # 1044793 | (764.41) | (764.41) | 1 |
| 14052155 | 35h | 11073 | 26 Sep 2007 | Air Fare - American Express, Jeffrey Bornstein, ticket fee, 7/26 Voucher # 947561 Check # 1044793 | 34.00 | 34.00 | 1 |
| 14052156 | 35h | 11073 | 26 Sep 2007 | Air Fare - American Express, Jeffrey Bornstein, ticket exchange fee, ticket# 0167143854698, 7/25 Voucher # 947561 Check # 1044793 | 34.00 | 34.00 | 1 |
| 14052157 | 35h | 11073 | 26 Sep 2007 | Air Fare - American Express, Jeffrey Bornstein, ticket exchange fee, ticket# 0167143854669, 7/25 Voucher # 947561 Check # 1044793 | 34.00 | 34.00 | 1 |
| 14052158 | 35h: | 11073 | 26 Sep 2007 | Air Fare - American Express, Jeffrey Bornstein, ticket exchange fee, 8/3 Voucher # 947561 Check # 1044793 | 34.00 | 34.00 | 1 |
| 14052159 | 35h | 11073 | 26 Sep 2007 | Air Fare - American Express, Jeffrey Bornstein, ticket exchange fee, 7/31 Voucher # 947561 Check # 1044793 | 34.00 | 34.00 | 1 |
| 14052160 | 35h | 11073 | 26 Sep 2007 | Air Fare - American Express, Jeffrey Bornstein, ticket exchange fee, 7/30 Voucher # 947561 Check # 1044793 | 34.00 | 34.00 | 1 |
| 14052161 | 35h | 11073 | 26 Sep 2007 | Air Fare - American Express, Jeffrey Bornstein, ticket fee, 7/30 Voucher # 947561 Check # 1044793 | 34.00 | 34.00 | 1 |
| 14052164 | 35h | 11073 | 26 Sep 2007 | Air Fare - American Express, Jeffrey Bornstein, ticket fee, 8/10 Voucher # 947561 Check # 1044793 | 34.00 | 34.00 | 1 |
| 14052166 | 35h | 11073 | 26 Sep 2007 | Air Fare - American Express, Jeffrey Bornstein, ticket fee, 0167145520466, 8/14 Voucher # 947561 Check # 1044793 | 34.00 | 34.00 | 1 |
| 14052167 | 35h | 11073 | 26 Sep 2007 | Air Fare - American Express, Jeffrey Bornstein, | 34.00 | 34.00 | 1 |

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

Page (21) 21

Proforma Number: 1204013
Invoice Number: 1712500
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Oct 2007
Batch #: 1415789
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14053862 | 35h | 08999 | 27 Sep 2007 | Air Fare - American Express Loughlin NY to Los Angeles 8/15/07 Inv 08280?NY Voucher # 947856 ticket fee, ticket# 0067145520465, 8/14 Voucher # 947561 Check # 1044794 Check # 1044793 | 1,767.80 | 1,767.80 | 1 |
| 14053863 | 35h | 08999 | 27 Sep 2007 | Air Fare - American Express Loughlin NY to San Diego 9/5/07 Inv 08280?NY Voucher # 947856 Check # 1044794 | 408.80 | 408.80 | 1 |
| 14054422 | 35h | 03173 | 27 Sep 2007 | Air Fare - American Express AmEx - Case - CA 08/08/07 - D. Case - CA Voucher # 948012 | 567.30 | 567.30 | 1 |
| 14054423 | 35h | 03063 | 27 Sep 2007 | Air Fare - American Express Amex - Strip 08/10/07 - L. Lampher NY 08/14/07 Voucher # 948012 Check # 1044793 | 396.65 | 396.65 | 1 |
| 14054424 | 35h | 03063 | 27 Sep 2007 | Air Fare - American Express Amex - Strip 08/1307 - L. Lampher NY 08/16/07 Voucher # 948012 Check # 1044793 | 396.65 | 396.65 | 1 |
| 14054425 | 35h | 03063 | 27 Sep 2007 | Air Fare - American Express Amex - Strip 08/1507 - L. Lampher DC 08/17/07 Voucher # 948012 Check # 1044793 | 215.34 | 215.34 | 1 |
| 14054426 | 35h | 03063 | 27 Sep 2007 | Air Fare - American Express Amex - Strip 08/1507 - L. Lampher DC 08/16/07 Voucher # 948012 Check # 1044793 | (362.65) | (362.65) | 1 |
| 14054427 | 35h | 03063 | 27 Sep 2007 | Air Fare - American Express Amex - Strip 08/27/07 - L. Lampher DC 08/30/07 Voucher # 948012 Check # 1044793 | 362.65 | 362.65 | 1 |
| 14054429 | 35h | 03063 | 27 Sep 2007 | Air Fare - American Express Amex - Strip 08/14/07 - L. Lampher Ca 08/14/07 Voucher # 948012 Check # 1044793 | 55.00 | 55.00 | 1 |
| 14054430 | 35h | 03063 | 27 Sep 2007 | Air Fare - American Express Amex - Strip 07/30/07 - L. Lampher CA Voucher # 948012 Check # 1044793 | 327.05 | 327.05 | 1 |
| 14054431 | 35h | 03063 | 27 Sep 2007 | Air Fare - American Express Amex - Strip 07/27/07 - L. Lampher Ticket Fee Voucher # 948012 Check # 1044793 | 34.00 | 34.00 | 1 |

Proforma Number:   1204013
Invoice Number:   1712500
Client:   Michael J. Missal, Examiner
Matter Description:   Disbursements

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page  (22)  22

25 Oct 2007
Batch #:  1415789
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14054432 | 35h | 03063 | 27 Sep 2007 | Air Fare - American Express Amex - Strip - L. Lampher Ticket Fee Voucher # 948012 | 34.00 | 34.00 | 1 |
| 14054433 | 35h | 03063 | 27 Sep 2007 | Air Fare - American Express Amex - Strip 08/11/07 L. Lampher Ticke fee Voucher # 948012    Check # 1044793 | 34.00 | 34.00 | 1 |
| 14054434 | 35h | 03620 | 27 Sep 2007 | Air Fare - American Express Amex - Strip 08/10/07 - E. Fishman Ca Voucher # 948012    Check # 1044793 | 1,249.85 | 1,249.85 | 1 |
| 14054435 | 35h | 03620 | 27 Sep 2007 | Air Fare - American Express Amex - Strip 08/08/07 -E. Fishmand Ca Voucher # 948012    Check # 1044793 | 299.40 | 299.40 | 1 |
| 14054436 | 35h | 03238 | 27 Sep 2007 | Air Fare - American Express Amex - Strip - S. Topetes - ticket fee Voucher # 948012    Check # 1044793 | 34.00 | 34.00 | 1 |
| 14054950 | 35h | 03999 | 27 Sep 2007 | Air Fare - American Express AmEx BTA - 07/30/07 S. Topetezes CA Voucher # 948067    Check # 1044794 | 202.00 | 202.00 | 1 |
| 14054951 | 35h | 03999 | 27 Sep 2007 | Air Fare - American Express AmEx BTA - 08/16/07 L. Lampher Ca Voucher # 948067    Check # 1044794 | 173.00 | 173.00 | 1 |
| 14054952 | 35h | 03999 | 27 Sep 2007 | Air Fare - American Express AmEx BTA - 08/21/07 L. Lampher Ca Voucher # 948067    Check # 1044794 | 346.00 | 346.00 | 1 |
| 14054953 | 35h | 03999 | 27 Sep 2007 | Air Fare - American Express AmEx BTA - 07/25/07 A. McFail Ticket fee Voucher # 948067    Check # 1044794 | 34.00 | 34.00 | 1 |
| 14031957 | 35ht | 20580 | 12 Sep 2007 | Air Fare - Julie Anne Halter Airline Ticket Fee Voucher # 943029    Check # 422095 | 34.00 | 34.00 | 1 |
| | | | | Subtotal Air Fare | 7,866.53 | 7,866.53 | |
| 14026939 | 37h | 03167 | 10 Sep 2007 | Business Meal - SeamlessWeb Professional Solutions, Inc. Columbia Gourmet Catering - mtg w/client - 07/20/07 D. Kline | 98.53 | 98.53 | 1 |

Proforma Number: 1204013
Invoice Number: 1712500
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Oct 2007
Batch #: 1415789
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

Page (23) 23

## KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

### DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14039602 | 37h | 11073 | 18 Sep 2007 | Business Meal - Jeff Bornstein, Working lunch with L. Shough, 8/25  Voucher # 944991    Check # 47358 | 10.70 | 10.70 | 1 |
| 14047169 | 37h | 03999 | 21 Sep 2007 | Business Meal - SeamlessWeb Professional Solutions, Inc- New Century - mtg w/client - 07/17/07 - ( R. Kline-Dubill )  Voucher # 946306    Check # 3018353 | 489.50 | 489.50 | 1 |
| | | | | Subtotal Business Meal | 598.73 | 598.73 | |
| 14049446 | 42h | 06048 | 25 Sep 2007 | Travel Related Meals - Robert Lawton 9/17-9/19 Travel meals: Irvine CA: RAL  Voucher # 946983    Check # 47640 | 39.71 | 39.71 | 1 |
| | | | | Subtotal Travel Related Meals | 39.71 | 39.71 | |
| 14065410 | 97 | 10999 | 30 Sep 2007 | Parking Validations-8/01 L.Lanpher | 120.00 | 120.00 | 1 |
| 14065434 | 97 | 10999 | 30 Sep 2007 | Parking Validations-8/02 L.Lanpher | 48.00 | 48.00 | 1 |
| 14065437 | 97 | 10999 | 30 Sep 2007 | Parking Validations-8/03 L.Lanpher | 192.00 | 192.00 | 1 |
| 14065455 | 97 | 10999 | 30 Sep 2007 | Parking Validations-8/15 New Century | 24.00 | 24.00 | 1 |
| 14030222 | 97h | 03238 | 12 Sep 2007 | Other - Sidley Austin Brown & Wood 6 boxes - endorse (double endorsement), scan, dvd creation - S. Topetzes  Voucher # 942762    Check # 3018150 | 2,629.44 | 2,629.44 | 1 |
| 14030227 | 97h | 03238 | 12 Sep 2007 | Other - Sidley Austin Brown & Wood 6 boxes endorse (double endorsement), scan, dvd creation - S. Topetzes  Voucher # 942765    Check # 3018151* | 2,629.44 | 2,629.44 | 1 |
| 14032582 | 97h | 35023 | 12 Sep 2007 | Other - American Express AmEx 09/10/07 - DC Facilities - Imapact Office Supplies ( Binders ) - M. Bowman  Voucher # 943202    Check # 1044260 | 887.20 | 887.20 | 1 |
| 14031070 | 97h | 03238 | 12 Sep 2007 | Reversal from Void Check Number: 3018151 Bank ID: KL03 Voucher ID: 942765 | (2,629.44) | (2,629.44) | 1 |

Proforma Number: 1204013
Invoice Number: 1712500
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

Page (24) 24
25 Oct 2007
Batch #: 1415789
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| | | | | Vendor: Sidley Austin Brown & Wood | | | |
| 14053136 | 97h | 03216 | 27 Sep 2007 | Other - Ikon Office Solutions KPMG Production - LPD Grade B Offshore - M. Missal Voucher # 947660    Check #    3018328 | 3,067.11 | 3,067.11 | 1 |
| 14053147 | 97h | 03761 | 27 Sep 2007 | Other - Landmark Document Services - Washington DC Imaging:Blowbacks - J. Nilan Voucher # 947674    Check #    3018359 | 1,984.21 | 1,984.21 | 1 |
| 14053148 | 97h | 03761 | 27 Sep 2007 | Other - Landmark Document Services - Washington DC Imaging:Blowbacks - J. Nilan Voucher # 947675    Check #    3018359 | 540.66 | 540.66 | 1 |
| 14053149 | 97h | 03761 | 27 Sep 2007 | Other - Landmark Document Services - Washington DC Imaging:Heavy Litigation, Imaging:DVD Duplicates;Imaging:OCR - J. Nilan Voucher # 947676    Check #    3018359 | 2,374.89 | 2,374.89 | 1 |
| 14053150 | 97h | 03761 | 27 Sep 2007 | Other - Landmark Document Services - Washington DC Imaging:Blowbacks - J. Nilan Voucher # 947677    Check #    3018359 | 281.30 | 281.30 | 1 |
| 14053151 | 97h | 03761 | 27 Sep 2007 | Other - Landmark Document Services - Washington DC Imaging:Blowbacks - J. Nilan Voucher # 947678    Check #    3018359 | 288.99 | 288.99 | 1 |
| 14053154 | 97h | 03761 | 27 Sep 2007 | Other - Landmark Document Services - Washington DC Imaging:Blowbacks - J. Nilan Voucher # 947681    Check #    3018359 | 59.73 | 59.73 | 1 |
| 14053162 | 97h | 03761 | 27 Sep 2007 | Other - Landmark Document Services - Washington DC Imaging:Blowbacks - J. Nilan Voucher # 947693    Check #    3018359 | 1,858.32 | 1,858.32 | 1 |
| 14053163 | 97h | 03761 | 27 Sep 2007 | Other - Landmark Document Services - Washington DC Imaging:Blowbacks - J. Nilan Voucher # 947694    Check #    3018359 | 185.78 | 185.78 | 1 |
| 14058872 | 97h | 03238 | 29 Sep 2007 | Other - Stephen G. Topetzes Telephone hearing access from Courtcall 08/10/07 Voucher # 948354    Check #    47550 | 25.00 | 25.00 | 1 |
| 14057368 | 97h | 03238 | 30 Sep 2007 | Other - Sidley Austin Brown & Wood BK Examiners Production - S. Topetzes | 185.76 | 185.76 | 1 |

Proforma Number: 1204013
Invoice Number: 17125090
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

25 Oct 2007
Batch #: 1415789
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

Page (25) 25

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

| INDEX | CODE | TKID | DATE |
|-------|------|------|------|

DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------------|---|----------------|-----------------|----------|
| Voucher # 948435 | Check # 3018371 | | | |
| Subtotal Other | | 14,752.39 | 14,752.39 | |

| TOTAL DISBURSEMENTS AND OTHER CHARGES | 65,665.89 | 59,187.10 |
|---------------------------------------|-----------|-----------|

Proforma Number: 1204013
Invoice Number: 1712500
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

25 Oct 2007
Batch #: 1415789
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

Page (26) 26

## DISBURSEMENTS & OTHER CHARGES SUMMARY

| CODE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT |
|---|---|---:|---:|
| 01 | Telephone / Conference Calls / Fx Line Trans | 22.30 | 22.30 |
| 01h | Telephone/Conference Calls | 236.21 | 236.21 |
| 02 | Facsimile | 7.50 | 7.50 |
| 03 | Postage | 2.74 | 2.74 |
| 04 | Copying Expense | 14,341.50 | 7,967.50 |
| 09 | Employee Overtime | 1,192.50 | 1,192.50 |
| 10 | Long Distance Courier | 1,166.73 | 1,166.73 |
| 10h | Long Distance Courier | 91.89 | 91.89 |
| 14 | Lexis Research | 11,726.98 | 11,726.98 |
| 15 | Westlaw Research | 8,071.98 | 8,071.98 |
| 23h | OT Dinner, Cabs, Parking | 120.20 | 120.20 |
| 32h | Travel Expenses | 3,514.11 | 3,409.32 |
| 33h | Transportation Expenses | 651.00 | 651.00 |
| 34h | Cab Fare | 1,262.89 | 1,262.89 |
| 35h | Air Fare | 7,832.53 | 7,832.53 |
| 35ht | Air Fare | 34.00 | 34.00 |
| 37h | Business Meal | 598.73 | 598.73 |
| 42h | Travel Related Meals | 39.71 | 39.71 |
| 97 | Other | 384.00 | 384.00 |
| 97h | Other | 14,368.39 | 14,368.39 |

TOTAL DISBURSEMENTS AND OTHER CHARGES    65,665.89    59,187.10