# EXHIBIT A

## Grant Thornton LLP
## New Century Financial Corporation
## Summary of Hours and Fees Incurred by Professional
## September 1, 2007 through September 30, 2007

| Level | Name | Hourly Rate | Hours Incurred | Fees |
|---|---|---|---|---|
| *Tax Compliance* | | | | |
| *Partners/Principals* | Dahl, Don | 600.00 | 9.2 | 5,520.00 |
| | Ryan, Stephen | 600.00 | 2.1 | 1,260.00 |
| *Senior Managers/Directors* | Divers, Dale | 515.00 | 46.4 | 23,896.00 |
| | Hughes, James | 490.00 | 0.8 | 392.00 |
| *Senior Associates* | Crowe, John | 325.00 | 53.3 | 17,322.50 |
| | Kraft, Jon | 435.00 | 91.1 | 39,628.50 |
| | Partridge, Ryan | 350.00 | 9.2 | 3,202.50 |
| *Associates* | Arquette, Paul (Intern) | 170.00 | 2.2 | 374.00 |
| | Gamez, Martin | 245.00 | 154.0 | 37,730.00 |
| | Miller, Lindsay (Intern) | 170.00 | 8.0 | 1,360.00 |
| | Seddigh, Frank | 225.00 | 0.9 | 202.50 |
| | Steinmetz, Adam | 245.00 | 3.5 | 857.50 |
| | **Total Tax Compliance** | | **380.7** | **131,745.50** |

| | |
|---|---|
| 1st Interim Fee Application (April 2 - June 30, 2007) | $ 198,177.00 |
| 2nd Monthly Fee Application (July 2007) | 247,927.50 |
| 3rd Monthly Fee Application (August 2007) | 212,593.50 |
| 4th Monthly Fee Application (September 2007) | 131,745.50 |
| Cumulative Compliance Fees | 790,443.50 |
| Fixed Fee | (621,000.00) |
| Voluntary Discount | (169,443.50) |
| Net Fees | $ - |
| Less: 20% Hold-Back | - |
| Net Fees | - |
| Plus: Out-of-Pocket Expenses | 1,356.29 |
| **Total Net Fees and Expenses** | **$ 1,356.29** |
| Blended Hourly Rate | $ - |

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Hours and Fees Incurred by Professional**
**September 1, 2007 through September 30, 2007**

| Level | Name | | Hourly Rate | Hours Incurred | Fees |
|---|---|---|---|---|---|
| **Tax Consulting** | | | | | |
| *Partners/Principals* | Cole, Dick | | $510.00 | 65.4 | 33,354.00 |
| | Cordonnier, Andrew | | 715.00 | 6.3 | 4,468.75 |
| | Dahl, Don | | 600.00 | 7.7 | 4,620.00 |
| | Goldberg, Walter | | 630.00 | 11.0 | 6,930.00 |
| | Grierson, Scot | | 600.00 | 2.0 | 1,200.00 |
| | Grush, Gary | | 600.00 | 36.2 | 21,720.00 |
| | Ryan, Steve | | 600.00 | 4.5 | 2,700.00 |
| *Senior Managers/Directors* | Divers, Dale | | 515.00 | 26.2 | 13,493.00 |
| | Hughes, James | | 490.00 | 38.1 | 18,669.00 |
| | Hughes, James | [1] | 225.00 | 1.3 | 292.50 |
| | Pomis, Brian | | 515.00 | 10.6 | 5,459.00 |
| | Ramirez, Javier | | 515.00 | 1.2 | 618.00 |
| | Wong, James | [1] | 225.00 | 3.9 | 877.50 |
| *Managers* | Casey, Marisol | | 450.00 | 1.3 | 585.00 |
| | Kraft, Jon | | 435.00 | 1.1 | 478.50 |
| *Senior Associates* | Conklin, Katie | | 325.00 | 11.0 | 3,575.00 |
| | Partridge, Ryan | | 350.00 | 24.4 | 8,540.00 |
| *Associates* | Steinmetz, Adam | | 245.00 | 2.5 | 612.50 |
| | White, Alexis | | 245.00 | 39.8 | 9,751.00 |
| *Administration* | Cochrum, Crystal | | 75.00 | 35.6 | 2,670.00 |
| | Cronin, Caroline | | 225.00 | 72.5 | 16,312.50 |
| | **Total Tax Consulting** | | | **402.6** | **$ 156,926.25** |

| | |
|---|---|
| Less: 20% Hold-Back | (31,385.25) |
| Net Fees | 125,541.00 |
| Plus: Out-of-Pocket Expenses | 382.18 |
| Total Net Fees and Expenses | $ 125,923.18 |
| Blended Hourly Rate | $ 390 |

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Hours and Fees Incurred by Professional**
**September 1, 2007 through September 30, 2007**

| Level | Name | Hourly Rate | Hours Incurred | Fees |
|---|---|---|---|---|
| | Grand Total Hours and Fees | | 783.3 | $ 156,926.25 |
| | Net Fees | | | $ 156,926.25 |
| | Less: 20% Hold-Back | | | $ (31,385.25) |
| | Net Fees | | | $ 125,541.00 |
| | Plus: Out-of-Pocket Expenses | | | $ 1,738.47 |
| | Total Net Fees and Expenses | | | $ 127,279.47 |
| | Blended Hourly Rate | [2] | | $ 200 |

[1] Pursuant to the US Trustee's recommendations, these individuals' hourly rate as related to fee application preparation is billed at $225.00 per hour.

[2] Blended hourly rate is inclusive of time incurred but not billed for Tax Compliance services.