**EXHIBIT B**

**Grant Thornton LLP**
**New Century Financial Corporation**
**SUMMARY OF HOURS AND FEES INCURRED BY MATTER**
September 1, 2007 through September 30, 2007

| Code | Matter Description | Out-of-Pocket Expenses | Hours | Net Fees |
|---|---|---|---|---|
| | **Tax Compliance** | | | |
| 1 | Preparation of 2006 federal tax returns | | 4.6 | $ 1,424.00 |
| 2 | Preparation of 2006 state tax returns | 1,356.29 | 376.1 | 130,321.50 |
| | Subtotal | 1,356.29 | 380.7 | 131,745.50 |
| | | | | |
| | 1st Interim Fee Application (April 2 - June 30, 2007) | | | $ 198,177.00 |
| | 2nd Monthly Fee Application (July 2007) | | | 247,927.50 |
| | 3rd Monthly Fee Application (August 2007) | | | 212,593.50 |
| | 4th Monthly Fee Application (September 2007) | | | 131,745.50 |
| | Cumulative Compliance Fees | | | 790,443.50 |
| | Fixed Fee | | | (621,000.00) |
| | Voluntary Discount | | | (169,443.50) |
| | | | | |
| | Total Net Fees | | | $ - |
| | Less: 20% Hold-Back | | | - |
| | Net Fees | | | - |
| | Plus: Out-of-Pocket Expenses | | | 1,356.29 |
| | Total Net Fees and Expenses | | | $ 1,356.29 |
| | | | | |
| | Blended Hourly Rate | | | $ - |

**Grant Thornton LLP**
**New Century Financial Corporation**
SUMMARY OF HOURS AND FEES INCURRED BY MATTER
September 1, 2007 through September 30, 2007

| Code | Matter Description | Out-of-Pocket Expenses | Hours | Net Fees |
|---|---|---:|---:|---:|
| | **Tax Consulting** | | | |
| 10 | Preparation of 2007 estimated federal and state tax payments | - | 30.2 | 14,300.00 |
| 11 | General case administration | - | 113.3 | 20,152.50 |
| 12 | Assist with federal and state tax audits | 360.40 | 225.1 | 108,109.25 |
| 13 | Provide general corporate tax consulting, including potential bankruptcy tax related issues | 21.78 | 34.0 | 14,364.50 |
| | Subtotal | 382.18 | 402.6 | 156,926.25 |
| | Total Net Fees | | | 156,926.25 |
| | Less: 20% Hold-Back | | | (31,385.25) |
| | Net Fees | | | 125,541.00 |
| | Plus: Out-of-Pocket Expenses | | | 382.18 |
| | Total Net Fees and Expenses | | | $ 125,923.18 |
| | Blended Hourly Rate | | | $ 390 |

| | | | | |
|---|---|---:|---:|---:|
| **Grand Totals** | | $ 1,738.47 | 783.3 | $ 156,926.25 |
| Net Fees | | | | $ 156,926.25 |
| Less: 20% Hold-Back | | | | $ (31,385.25) |
| Net Fees | | | | $ 125,541.00 |
| Plus: Out-of-Pocket Expenses | | | | $ 1,738.47 |
| Total Net Fees and Expenses | | | | $ 127,279.47 |
| Blended Hourly Rate | | [2] | | $ 200 |