**EXHIBIT C**

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Out-of-Pocket Expenses**
**Billing Period: September 1, 2007 - September 30, 2007**

|  | September 1 - 30 | Total |
|---|---:|---:|
| **Transportation, Parking & Mileage** | $ 1,209.80 | $ 1,209.80 |
| **Out-of-town Lodging** | 378.26 | 378.26 |
| **Out-of Town Meals** | 150.41 | 150.41 |
| **Total** | $ 1,738.47 | $ 1,738.47 |

EXHIBIT C                                                    Page 9 of 20