**EXHIBIT D**

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|---|---|---|---|---|---|---|
| 9/1/2007 | Divers, Dale F | 1.2 | $ 515.00 | $ 618.00 | 2 | Review files for documentation supporting Ohio dealer-in-intangible tax classification for Home 123 Corp and New Century Mortgage Corp. |
| 9/2/2007 | Gamez, Martin | 2.6 | $ 245.00 | $ 637.00 | 2 | Clearing comments to Home 123. |
| 9/2/2007 | Gamez, Martin | 2.2 | $ 245.00 | $ 539.00 | 2 | Clearing comments to Home 123. |
| 9/2/2007 | Gamez, Martin | 1.4 | $ 245.00 | $ 343.00 | 2 | Clearing comments to Home 123. |
| 9/2/2007 | Kraft, Jonathan E | 2.9 | $ 435.00 | $ 1,261.50 | 2 | Prepared 2006 state tax returns for New Century Warehouse Corporation. |
| 9/2/2007 | Kraft, Jonathan E | 2.8 | $ 435.00 | $ 1,218.00 | 2 | Continued to prepare 2006 state tax returns for New Century Warehouse Corporation. |
| 9/3/2007 | Crowe, John W | 2.9 | $ 325.00 | $ 942.50 | 2 | Reviewed NCMC 2006 state tax returns. |
| 9/3/2007 | Crowe, John W | 2.9 | $ 325.00 | $ 942.50 | 2 | Continued to review the NCMC 2006 state tax returns. |
| 9/3/2007 | Crowe, John W | 2.9 | $ 325.00 | $ 942.50 | 2 | Continued to review NCMC 2006 state tax returns |
| 9/3/2007 | Divers, Dale F | 1.6 | $ 515.00 | $ 824.00 | 2 | Review of 2006 New Century Warehouse Corporation state returns and revised state apportionment |
| 9/3/2007 | Divers, Dale F | 2.6 | $ 515.00 | $ 1,339.00 | 2 | Review of New Century Mortgage Corp 2006 state returns |
| 9/3/2007 | Divers, Dale F | 1.2 | $ 515.00 | $ 618.00 | 2 | Review of New Century Mortgage Corp 2006 separate company state returns. |
| 9/3/2007 | Divers, Dale F | 1.1 | $ 515.00 | $ 566.50 | 1 | Revisions to sales factor to reconcile to Federal 1120 pro-forma return. |
| 9/3/2007 | Gamez, Martin | 2.9 | $ 245.00 | $ 710.50 | 2 | Preparing Home 123 for final preparation & packaging |
| 9/3/2007 | Gamez, Martin | 2.6 | $ 245.00 | $ 637.00 | 2 | Continued to prepare Home 123 for final preparation & packaging |
| 9/3/2007 | Gamez, Martin | 2.9 | $ 245.00 | $ 710.50 | 2 | Continued to prepare Home 123 for final preparation & packaging |
| 9/3/2007 | Kraft, Jonathan E | 2.9 | $ 435.00 | $ 1,261.50 | 2 | Continued to prepare the state returns for New Century Warehouse Corporation |
| 9/3/2007 | Kraft, Jonathan E | 2.8 | $ 435.00 | $ 1,218.00 | 2 | Reviewed the 2006 state tax returns for New Century Mortgage Corporation. |
| 9/3/2007 | Kraft, Jonathan E | 2.9 | $ 435.00 | $ 1,261.50 | 2 | Prepared the 2006 Home 123 state returns for final review. |
| 9/4/2007 | Crowe, John W | 2.9 | $ 325.00 | $ 942.50 | 2 | Reviewed NCMC 2006 state tax returns |
| 9/4/2007 | Crowe, John W | 2.9 | $ 325.00 | $ 942.50 | 2 | Continued to review the NCMC 2006 state tax returns. |
| 9/4/2007 | Crowe, John W | 2.4 | $ 325.00 | $ 780.00 | 2 | Continued to review the NCMC 2006 state tax returns |
| 9/4/2007 | Dahl, Don W | 1.9 | $ 600.00 | $ 1,140.00 | 2 | Review state tax returns |
| 9/4/2007 | Divers, Dale F | 1.2 | $ 515.00 | $ 618.00 | 2 | Signed Home123 Corp 2006 separate company state returns. |
| 9/4/2007 | Divers, Dale F | 2.2 | $ 515.00 | $ 1,133.00 | 2 | Reviewed New Century Warehouse Corp 2006 state returns and revisions to state apportionment |
| 9/4/2007 | Gamez, Martin | 2.9 | $ 245.00 | $ 710.50 | 2 | Clearing comments to New Century Mortgage Company. |
| 9/4/2007 | Gamez, Martin | 2.6 | $ 245.00 | $ 637.00 | 2 | Clearing comments to New Century Mortgage Company. |
| 9/4/2007 | Gamez, Martin | 2.7 | $ 245.00 | $ 661.50 | 2 | Clearing comments to New Century Mortgage Company. |
| 9/4/2007 | Gamez, Martin | 2.4 | $ 245.00 | $ 588.00 | 2 | Clearing comments to New Century Mortgage Company. |
| 9/4/2007 | Kraft, Jonathan E | 2.1 | $ 435.00 | $ 913.50 | 2 | Finalized the 2006 state returns for New Century Warehouse Corporation. |
| 9/4/2007 | Kraft, Jonathan E | 2.9 | $ 435.00 | $ 1,261.50 | 2 | Reviewed the 2006 state returns for New Century Mortgage Corporation. |
| 9/4/2007 | Kraft, Jonathan E | 2.8 | $ 435.00 | $ 1,218.00 | 2 | Prepared the 2006 state returns for New Century Warehouse Corporation. |
| 9/4/2007 | Kraft, Jonathan E | 2.7 | $ 435.00 | $ 1,174.50 | 2 | Reviewed the 2006 state returns for New Century Mortgage Corporation |
| 9/4/2007 | Miller, Lindsay A | 1.0 | $ 170.00 | $ 170.00 | 2 | Verified correct estimated payments/prior year carryforwards entered on returns for 2006 New Century Mortgage Corporation state returns (SC-WI). |
| 9/5/2007 | Arquette, Paul D | 1.3 | $ 170.00 | $ 221.00 | 2 | Prepared NCMC state returns. |
| 9/5/2007 | Arquette, Paul D | 0.9 | $ 170.00 | $ 153.00 | 2 | Prepared New York extensions. |
| 9/5/2007 | Crowe, John W | 2.9 | $ 325.00 | $ 942.50 | 2 | Reviewed Home 123 2006 state tax returns. |
| 9/5/2007 | Crowe, John W | 2.9 | $ 325.00 | $ 942.50 | 2 | Helped prepare the NCMC 2006 state tax returns. |
| 9/5/2007 | Crowe, John W | 2.9 | $ 325.00 | $ 942.50 | 2 | Helped prepare Home 123 2006 state tax returns. |
| 9/5/2007 | Divers, Dale F | 1.4 | $ 515.00 | $ 721.00 | 2 | Final review of New Century Mortgage Corp 2006 state returns prior to processing including revisions relating to overpayments needed on various returns. |
| 9/5/2007 | Divers, Dale F | 1.3 | $ 515.00 | $ 669.50 | 2 | Signed 2006 state returns for New Century Mortgage Corporation. |
| 9/5/2007 | Gamez, Martin | 2.9 | $ 245.00 | $ 710.50 | 2 | Clearing review notes to Home 123 |
| 9/5/2007 | Gamez, Martin | 2.4 | $ 245.00 | $ 588.00 | 2 | Prepared Home 123 state tax return for delivery. |
| 9/5/2007 | Gamez, Martin | 2.8 | $ 245.00 | $ 686.00 | 2 | Continued to prepare Home 123 state tax return for delivery. |
| 9/5/2007 | Kraft, Jonathan E | 2.9 | $ 435.00 | $ 1,239.75 | 2 | Reviewed the final 2006 state returns for New Century Mortgage Corporation. |
| 9/5/2007 | Kraft, Jonathan E | 2.8 | $ 435.00 | $ 1,196.25 | 2 | Reviewed the final 2006 state returns for New Century Mortgage Corporation. |
| 9/5/2007 | Kraft, Jonathan E | 2.6 | $ 435.00 | $ 1,131.00 | 2 | Reviewed the final 2006 state returns for Home 123 Corporation. |
| 9/5/2007 | Miller, Lindsay A | 2.8 | $ 170.00 | $ 476.00 | 2 | Assisted with preparation of New Century 2006 state tax returns (New Century Mortgage Corporation, New Century Warehouse, and |

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|---|---|---|---|---|---|---|
| 9/5/2007 | Miller, Lindsay A | 0.6 | $ 170.00 | $ 102.00 | 2 | Continued assisting with preparation of New Century 2006 state tax returns (New Century Mortgage Corporation, New Century Warehouse, and Home 123) |
| 9/5/2007 | Miller, Lindsay A | 2.9 | $ 170.00 | $ 493.00 | 2 | Continued to assist with preparation of New Century 2006 state tax returns (New Century Mortgage Corporation, New Century Warehouse, and Home 123) |
| 9/5/2007 | Miller, Lindsay A | 0.7 | $ 170.00 | $ 119.00 | 2 | Continued to assist with preparation of New Century 2006 state tax returns (New Century Mortgage Corporation, New Century Warehouse, and Home 123) |
| 9/6/2007 | Crowe, John W | 1.3 | $ 325.00 | $ 422.50 | 2 | Helped assemble NC Warehouse 2006 state tax returns. |
| 9/6/2007 | Crowe, John W | 2.6 | $ 325.00 | $ 845.00 | 2 | Finished the assembly of the NCMC, NC Warehouse, Home 123, and the NC Capital tax returns and delivered them to Mike Tinsley |
| 9/6/2007 | Gamez, Martin | 2.6 | $ 245.00 | $ 637.00 | 2 | Review and update of consolidated workpapers |
| 9/6/2007 | Gamez, Martin | 2.8 | $ 245.00 | $ 686.00 | 2 | Continued to review and update consolidated workpapers |
| 9/6/2007 | Gamez, Martin | 2.7 | $ 245.00 | $ 661.50 | 2 | Continued to review and update consolidated workpapers |
| 9/6/2007 | Kraft, Jonathan E | 1.2 | $ 435.00 | $ 522.00 | 2 | Calculated the potential estimated 3rd quarter payments for debtor |
| 9/6/2007 | Kraft, Jonathan E | 2.2 | $ 435.00 | $ 957.00 | 2 | Final preparation of the 2006 state returns for Home 123 Corporation. |
| 9/6/2007 | Kraft, Jonathan E | 2.4 | $ 435.00 | $ 1,044.00 | 2 | Final preparation of the 2006 state returns for New Century Mortgage Corporation. |
| 9/6/2007 | Partridge, Ryan M | 2.7 | $ 350.00 | $ 945.00 | 2 | Assistance with state compliance and discussions with state and local tax department about prior year returns. |
| 9/6/2007 | Seddigh, Frank | 0.9 | $ 225.00 | $ 202.50 | 2 | Assist Senior Tax Associate with SALT tax return assembly |
| 9/7/2007 | Divers, Dale F | 2.1 | $ 515.00 | $ 1,081.50 | 2 | Combined state returns items including consolidating income schedules for all entities and combined apportionment. |
| 9/7/2007 | Gamez, Martin | 2.9 | $ 245.00 | $ 710.50 | 2 | Preparing consolidated apportionment workpapers |
| 9/7/2007 | Gamez, Martin | 2.8 | $ 245.00 | $ 686.00 | 2 | Preparing consolidated apportionment workpapers |
| 9/7/2007 | Gamez, Martin | 2.3 | $ 245.00 | $ 563.50 | 2 | Preparing consolidated apportionment workpapers. |
| 9/7/2007 | Hughes, James R | 0.8 | $ 490.00 | $ 392.00 | 2 | Coordination of 2006 state tax returns |
| 9/7/2007 | Kraft, Jonathan E | 1.1 | $ 435.00 | $ 478.50 | 2 | Reviewed the 2006 state combined apportionment for debtor. |
| 9/10/2007 | Dahl, Don W | 1.1 | $ 600.00 | $ 660.00 | 2 | Review of state tax returns |
| 9/10/2007 | Divers, Dale F | 1.2 | $ 515.00 | $ 618.00 | 2 | Review workpapers for state combined taxable income amounts |
| 9/10/2007 | Gamez, Martin | 2.5 | $ 245.00 | $ 612.50 | 2 | Preparing consolidated apportionment workpapers |
| 9/10/2007 | Kraft, Jonathan E | 1.3 | $ 435.00 | $ 565.50 | 2 | Reviewed the 2005 state apportionment work papers in order to begin to prepare the 2006 combined state apportionment for debtor. |
| 9/11/2007 | Gamez, Martin | 2.9 | $ 245.00 | $ 710.50 | 2 | Preparing consolidated apportionment workpapers. |
| 9/11/2007 | Gamez, Martin | 2.8 | $ 245.00 | $ 686.00 | 2 | Continued to prepare consolidated apportionment workpapers. |
| 9/11/2007 | Gamez, Martin | 2.3 | $ 245.00 | $ 563.50 | 2 | Continued to prepare consolidated apportionment workpapers |
| 9/11/2007 | Kraft, Jonathan E | 1.4 | $ 435.00 | $ 609.00 | 2 | Reviewed the 2005 combined state apportionment workpapers in order to begin the preparation of the 2006 combined state work papers for New Century Mortgage Corporation. |
| 9/12/2007 | Divers, Dale F | 1.8 | $ 515.00 | $ 927.00 | 2 | Analysis and discussions related to various state return issues, including excess inclusion income, New York mortgage credit and combined return. |
| 9/12/2007 | Gamez, Martin | 2.4 | $ 245.00 | $ 588.00 | 2 | Preparing consolidated apportionment workpapers. |
| 9/12/2007 | Kraft, Jonathan E | 2.9 | $ 435.00 | $ 1,261.50 | 2 | Reviewed the 2005 combined state apportionment workpapers to determine how we will approach the 2006 combined state apportionment for debtor. |
| 9/13/2007 | Divers, Dale F | 2.1 | $ 515.00 | $ 1,081.50 | 2 | Analysis and discussions relating to excess inclusion income reporting for Federal and state purposes, status of state compliance and audits. Potential New York combined reporting position for 2006 |
| 9/13/2007 | Divers, Dale F | 1.2 | $ 515.00 | $ 618.00 | 2 | Combined apportionment workpapers, schedule of state liabilities, payments and refunds. |
| 9/13/2007 | Gamez, Martin | 2.9 | $ 245.00 | $ 710.50 | 2 | Preparing consolidated apportionment workpapers. |
| 9/13/2007 | Gamez, Martin | 2.4 | $ 245.00 | $ 588.00 | 2 | Continued preparation of consolidated apportionment workpapers |
| 9/13/2007 | Gamez, Martin | 1.4 | $ 245.00 | $ 343.00 | 2 | Continued preparation of consolidated apportionment workpapers |
| 9/13/2007 | Kraft, Jonathan E | 1.2 | $ 435.00 | $ 522.00 | 2 | Meeting with J. Ramirez, D. Divers and B. Pomis of (GT) to discuss the Enterprise Zone Credit for the 2006 California combined return. |
| 9/13/2007 | Kraft, Jonathan E | 1.2 | $ 435.00 | $ 522.00 | 2 | Meeting with J. Ramirez, D. Divers and B. Pomis of (GT) to discuss the Enterprise Zone Credit for the 2006 California combined return |
| 9/13/2007 | Ryan, Stephen T | 2.1 | $ 600.00 | $ 1,260.00 | 2 | Review of 2006 state tax return - CA EZ |
| 9/14/2007 | Divers, Dale F | 1.6 | $ 515.00 | $ 824.00 | 2 | Combined income and apportionment for New Century controlled group. |
| 9/14/2007 | Gamez, Martin | 2.9 | $ 245.00 | $ 710.50 | 2 | Preparing consolidated apportionment workpapers. |

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|---|---|---|---|---|---|---|
| 9/14/2007 | Kraft, Jonathan E | 2.9 | $ 435.00 | $ 1,261.50 | 2 | Prepared the 2006 combined state apportionment for debtor. |
| 9/15/2007 | Dahl, Don W | 2.3 | $ 600.00 | $ 1,380.00 | 2 | Review of state tax returns |
| 9/17/2007 | Crowe, John W | 2.7 | $ 325.00 | $ 877.50 | 2 | State tax return reviews. |
| 9/17/2007 | Divers, Dale F | 0.4 | $ 515.00 | $ 206.00 | 2 | Correspondence regarding IRC Sec. 860E inclusion in California return and New York mortgage credit and potential 2006 combined return. |
| 9/17/2007 | Divers, Dale F | 0.4 | $ 515.00 | $ 206.00 | 2 | Correspondence from client relating to Massachusetts tax payment for 2006 return and electronic filing. |
| 9/17/2007 | Gamez, Martin | 1.4 | $ 245.00 | $ 343.00 | 2 | Photocopying tax returns of New Century Mortgage Corporation to commence preparation of returns |
| 9/17/2007 | Gamez, Martin | 4.4 | $ 245.00 | $ 1,078.00 | 2 | Prepared combined apportionment workpapers |
| 9/17/2007 | Kraft, Jonathan E | 2.2 | $ 435.00 | $ 935.25 | 2 | Review of the 2006 combined state apportionment for debtor. |
| 9/17/2007 | Partridge, Ryan M | 2.3 | $ 350.00 | $ 787.50 | 2 | Assistance with state return compliance and gathering information for SALT team. |
| 9/18/2007 | Crowe, John W | 2.8 | $ 325.00 | $ 910.00 | 2 | Reviewed 2006 consolidated apportionment issues and M package |
| 9/18/2007 | Kraft, Jonathan E | 2.1 | $ 435.00 | $ 913.50 | 2 | Review of the 2006 combined state apportionment for debtor. |
| 9/19/2007 | Gamez, Martin | 2.9 | $ 245.00 | $ 710.50 | 2 | Drafting consolidated apportionment workpapers for New Century Mortgage Corporation & Affiliates |
| 9/19/2007 | Gamez, Martin | 2.7 | $ 245.00 | $ 661.50 | 2 | Drafting consolidated apportionment work papers for New Century Mortgage Corporation & Affiliates. |
| 9/19/2007 | Kraft, Jonathan E | 1.9 | $ 435.00 | $ 826.50 | 2 | Review of the 2006 combined state apportionment for debtor |
| 9/19/2007 | Partridge, Ryan M | 2.6 | $ 350.00 | $ 910.00 | 2 | Assistance with state return compliance and gathering information for SALT team. |
| 9/20/2007 | Gamez, Martin | 2.8 | $ 245.00 | $ 686.00 | 2 | Drafting consolidated apportionment workpapers for New Century Mortgage Corporation & Affiliates. |
| 9/20/2007 | Gamez, Martin | 2.7 | $ 245.00 | $ 661.50 | 2 | Drafting consolidated apportionment workpapers for New Century Mortgage Corporation & Affiliates. |
| 9/20/2007 | Kraft, Jonathan E | 2.3 | $ 435.00 | $ 1,000.50 | 2 | Review of the 2006 combined state apportionment for debtor. |
| 9/21/2007 | Crowe, John W | 2.7 | $ 325.00 | $ 877.50 | 2 | Reviewed 2006 consolidated apportionment and M package. |
| 9/21/2007 | Divers, Dale F | 1.1 | $ 515.00 | $ 566.50 | 2 | Review status of combined apportionment workpapers and combined summary of taxable income for controlled group. |
| 9/21/2007 | Gamez, Martin | 2.9 | $ 245.00 | $ 710.50 | 2 | Drafting consolidated apportionment workpapers for New Century Mortgage Corporation & Affiliates. |
| 9/21/2007 | Gamez, Martin | 2.8 | $ 245.00 | $ 686.00 | 2 | Drafting consolidated apportionment workpapers for New Century Mortgage Corporation & Affiliates. |
| 9/21/2007 | Kraft, Jonathan E | 2.1 | $ 435.00 | $ 913.50 | 2 | Reviewed the 2006 combined state apportionment for debtor. |
| 9/24/2007 | Crowe, John W | 0.6 | $ 325.00 | $ 195.00 | 2 | Discussed the 2006 consolidated apportionment and workpapers with D. Divers, J. Kraft, and M. Gamez (all GT). |
| 9/24/2007 | Crowe, John W | 2.8 | $ 325.00 | $ 910.00 | 2 | Worked on the 2006 consolidated M package for the state returns that include the TRS and REIT federal returns. |
| 9/24/2007 | Crowe, John W | 2.9 | $ 325.00 | $ 942.50 | 2 | Worked on the 2006 consolidated M package for the states that include the TRS and the REIT. |
| 9/24/2007 | Crowe, John W | 0.6 | $ 325.00 | $ 195.00 | 2 | Discussed the 2006 consolidated apportionment and workpapers with D. Divers, J. Crowe, and M. Gamez (all GT). |
| 9/24/2007 | Divers, Dale F | 0.6 | $ 515.00 | $ 309.00 | 2 | Discussed the 2006 consolidated apportionment and workpapers with D. Divers, J. Kraft, and M. Gamez (all GT). |
| 9/24/2007 | Gamez, Martin | 0.6 | $ 245.00 | $ 147.00 | 2 | Discussed the 2006 consolidated apportionment and workpapers with D. Divers, J. Kraft, and M. Gamez (all GT). |
| 9/24/2007 | Gamez, Martin | 2.9 | $ 245.00 | $ 710.50 | 2 | Drafting consolidated apportionment workpapers for New Century Mortgage Corporation & Affiliates. |
| 9/24/2007 | Gamez, Martin | 2.8 | $ 245.00 | $ 686.00 | 2 | Drafting consolidated apportionment workpapers for New Century Mortgage Corporation & Affiliates |
| 9/24/2007 | Gamez, Martin | 2.8 | $ 245.00 | $ 686.00 | 2 | Drafting consolidated apportionment workpapers for New Century Mortgage Corporation & Affiliates |
| 9/24/2007 | Kraft, Jonathan E | 1.2 | $ 435.00 | $ 522.00 | 2 | Completed the 2006 combined apportionment workpapers for New Century. |
| 9/24/2007 | Steinmetz, Adam L | 3.5 | $ 245.00 | $ 857.50 | 1 | Duplicate and review tax files in order to reference M package to cbeam. |
| 9/25/2007 | Crowe, John W | 2.9 | $ 325.00 | $ 942.50 | 2 | Worked on the 2006 consolidated workpapers for the consolidated state returns that include the TRS and the REIT. |
| 9/25/2007 | Divers, Dale F | 1.2 | $ 515.00 | $ 618.00 | 2 | Reviewed combined state apportionment workpapers including revisions to agree to Federal consolidated 1120 by entity and California loans receivable |
| 9/25/2007 | Gamez, Martin | 2.9 | $ 245.00 | $ 710.50 | 2 | Drafting consolidated apportionment workpapers for New Century Mortgage Corporation & Affiliates. |
| 9/25/2007 | Gamez, Martin | 2.8 | $ 245.00 | $ 686.00 | 2 | Continued drafting consolidated apportionment workpapers for New Century Mortgage Corporation & Affiliates |
| 9/25/2007 | Gamez, Martin | 2.8 | $ 245.00 | $ 686.00 | 2 | Continued drafting consolidated apportionment workpapers for New Century Mortgage Corporation & Affiliates |
| 9/25/2007 | Gamez, Martin | 1.4 | $ 245.00 | $ 343.00 | 2 | Continued drafting consolidated apportionment workpapers for New Century Mortgage Corporation & Affiliates. |

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|---|---|---|---|---|---|---|
| 9/25/2007 | Gamez, Martin | 0.7 | $ 245.00 | $ 171.50 | 2 | Continued drafting consolidated apportionment workpapers for New Century Mortgage Corporation & Affiliates |
| 9/25/2007 | Kraft, Jonathan E | 2.9 | $ 435.00 | $ 1,261.50 | 2 | Reviewed the 2006 combined state apportionment for New Century |
| 9/26/2007 | Crowe, John W | 2.9 | $ 325.00 | $ 942.50 | 2 | Worked on 2006 consolidated workpapers for the state returns that include the TRS and the REIT. |
| 9/26/2007 | Divers, Dale F | 0.8 | $ 515.00 | $ 412.00 | 2 | Meeting with M. Gamez (GT) to discuss combined state apportionment for New Century controlled group including reconciling amounts to the federal returns. |
| 9/26/2007 | Gamez, Martin | 0.8 | $ 245.00 | $ 196.00 | 2 | Meeting with D. Divers (GT) to discuss combined state apportionment for New Century controlled group, including reconciling amounts to the Federal returns. |
| 9/26/2007 | Gamez, Martin | 2.9 | $ 245.00 | $ 710.50 | 2 | Drafting consolidated apportionment workpapers for New Century Mortgage Corporation & Affiliates. |
| 9/26/2007 | Gamez, Martin | 2.7 | $ 245.00 | $ 661.50 | 2 | Continued drafting consolidated apportionment workpapers for New Century Mortgage Corporation & Affiliates |
| 9/26/2007 | Gamez, Martin | 2.9 | $ 245.00 | $ 710.50 | 2 | Continued drafting consolidated apportionment workpapers for New Century Mortgage Corporation & Affiliates. |
| 9/26/2007 | Gamez, Martin | 1.1 | $ 245.00 | $ 269.50 | 2 | Continued drafting consolidated apportionment workpapers for New Century Mortgage Corporation & Affiliates. |
| 9/26/2007 | Kraft, Jonathan E | 2.9 | $ 435.00 | $ 1,261.50 | 2 | Reviewed the 2006 combined state apportionment workpapers for New Century |
| 9/27/2007 | Crowe, John W | 2.9 | $ 325.00 | $ 942.50 | 2 | Worked on the 2006 consolidated M package for the states that include the TRS and the4 REIT. |
| 9/27/2007 | Dahl, Don W | 1.6 | $ 600.00 | $ 960.00 | 2 | Review state tax returns |
| 9/27/2007 | Divers, Dale F | 2.8 | $ 515.00 | $ 1,442.00 | 2 | Review of combined state apportionment workpapers for New Century controlled group. |
| 9/27/2007 | Divers, Dale F | 2.2 | $ 515.00 | $ 1,133.00 | 2 | Revisions to combined state apportionment workpapers for New Century controlled group, reconciliations to Federal tax return amounts, changes related to consistency with 2005 combined return workpapers. |
| 9/27/2007 | Divers, Dale F | 1.4 | $ 515.00 | $ 721.00 | 2 | Meeting with M. Gamez and J. Kraft (GT) to discuss revisions to New Century combined apportionment workpapers and reconciliations to Federal return amounts |
| 9/27/2007 | Gamez, Martin | 1.4 | $ 245.00 | $ 343.00 | 2 | Meeting with J. Kraft and D. Divers (GT) to discuss revisions to New Century combined apportionment workpapers and reconciliations to Federal return amounts. |
| 9/27/2007 | Gamez, Martin | 2.9 | $ 245.00 | $ 710.50 | 2 | Worked on combined apportionment spreadsheet for New Century Mortgage TRS. |
| 9/27/2007 | Gamez, Martin | 2.8 | $ 245.00 | $ 686.00 | 2 | Continued working on combined apportionment spreadsheet for New Century Mortgage TRS. |
| 9/27/2007 | Gamez, Martin | 2.9 | $ 245.00 | $ 710.50 | 2 | Continued working on combined apportionment spreadsheet for New Century Mortgage TRS. |
| 9/27/2007 | Kraft, Jonathan E | 1.4 | $ 435.00 | $ 609.00 | 2 | Meeting with M. Gamez and D. Divers (GT) to discuss revisions to New Century combined apportionment workpapers and reconciliations to Federal return amounts |
| 9/27/2007 | Kraft, Jonathan E | 2.8 | $ 435.00 | $ 1,218.00 | 2 | Reviewed the 2006 combined state apportionment workpapers according to the method discussed at earlier meeting. |
| 9/27/2007 | Partridge, Ryan M | 1.6 | $ 350.00 | $ 560.00 | 2 | Assisted with compiling federal tax information for the state and local tax group. |
| 9/28/2007 | Dahl, Don W | 2.3 | $ 600.00 | $ 1,380.00 | 2 | Review state tax returns |
| 9/28/2007 | Divers, Dale F | 2.8 | $ 515.00 | $ 1,442.00 | 2 | Combined state apportionment for New Century controlled group. |
| 9/28/2007 | Divers, Dale F | 2.7 | $ 515.00 | $ 1,390.50 | 2 | Review changes to combined state apportionment for New Century controlled group. |
| 9/28/2007 | Gamez, Martin | 2.9 | $ 245.00 | $ 710.50 | 2 | Working on combined apportionment spreadsheet for New Century Mortgage TRS. |
| 9/28/2007 | Gamez, Martin | 2.9 | $ 245.00 | $ 710.50 | 2 | Drafting state returns for New Century Mortgage TRS. |
| 9/28/2007 | Gamez, Martin | 2.8 | $ 245.00 | $ 686.00 | 2 | Working on combined apportionment spreadsheet for New Century Mortgage TRS. |
| 9/28/2007 | Gamez, Martin | 1.4 | $ 245.00 | $ 343.00 | 2 | Drafting state returns for New Century Mortgage TRS. |
| 9/28/2007 | Kraft, Jonathan E | 2.8 | $ 435.00 | $ 1,196.25 | 2 | Reviewed the 2006 combined state apportionment workpapers for New Century |
| 9/28/2007 | Kraft, Jonathan E | 2.8 | $ 435.00 | $ 1,218.00 | 2 | Prepared the final 2006 combined apportionment workpapers for New Century. |
| 9/29/2007 | Divers, Dale F | 2.8 | $ 515.00 | $ 1,442.00 | 2 | Review and revisions to combined apportionment for New Century combined states. |
| 9/29/2007 | Divers, Dale F | 2.2 | $ 515.00 | $ 1,133.00 | 2 | Review notes and revisions to combined apportionment for 2006 tax year for New Century combined states. |
| 9/29/2007 | Kraft, Jonathan E | 2.8 | $ 435.00 | $ 1,218.00 | 2 | Adjusted the 2006 combined state apportionment workpapers for New Century. |
| 9/29/2007 | Kraft, Jonathan E | 2.9 | $ 435.00 | $ 1,261.50 | 2 | Continued to make adjustments to the 2006 combined state apportionment work papers for New Century. |

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|---|---|---|---|---|---|---|
| 9/30/2007 | Divers, Dale F | 1.2 | $ 515.00 | $ 618.00 | 2 | Responses to questions relating to state combined return preparation for New Century group for tax year 2006. |
| 9/30/2007 | Gamez, Martin | 2.4 | $ 245.00 | $ 588.00 | 2 | Drafting state returns for New Century Mortgage TRS. |
| 9/30/2007 | Gamez, Martin | 2.7 | $ 245.00 | $ 661.50 | 2 | Continued drafting state returns for New Century Mortgage TRS. |
| 9/30/2007 | Gamez, Martin | 2.9 | $ 245.00 | $ 710.50 | 2 | Continued drafting state returns for New Century Mortgage TRS. |
| 9/30/2007 | Gamez, Martin | 1.4 | $ 245.00 | $ 343.00 | 2 | Continued drafting state returns for New Century Mortgage TRS. |
| 9/30/2007 | Kraft, Jonathan E | 2.8 | $ 435.00 | $ 1,218.00 | 2 | Completed the review points for the 2006 combined state apportionment for New Century. |
| 9/30/2007 | Kraft, Jonathan E | 2.7 | $ 435.00 | $ 1,174.50 | 2 | Reviewed the 2006 combined state returns for New Century. |
| 9/30/2007 | Kraft, Jonathan E | 1.8 | $ 435.00 | $ 783.00 | 2 | Continued to review the 2006 combined state returns for New Century. |
| | | **380.7** | | **$ 131,745.50** | | |

| Date | Professional | Hours | Hourly Rate | Base Amt | Matter Code | Narrative |
|---|---|---|---|---|---|---|
| 9/1/2007 | Divers, Dale F | 1.6 | $515.00 | $824.00 | 13 | Review supporting information and begin review of amended state returns for 2005 net operating loss carryback claims. |
| 9/4/2007 | Cochrum, Crystal L. | 2.9 | $75.00 | $217.50 | 11 | Compilation of time and expenses for August fee application preparation |
| 9/4/2007 | Cochrum, Crystal L. | 1.1 | $75.00 | $82.50 | 11 | Continued compilation of time and expenses for preparation of August fee application |
| 9/4/2007 | Cole, Richard K | 3.3 | $510.00 | $1,683.00 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes. |
| 9/4/2007 | Cole, Richard K | 3.3 | $510.00 | $1,683.00 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes. |
| 9/4/2007 | Cronin, Caroline | 2.8 | $225.00 | $630.00 | 11 | Reviewed time entries related to New Century April fee applications |
| 9/4/2007 | Cronin, Caroline | 2.2 | $225.00 | $495.00 | 11 | Continued to review time entries related to New Century April fee applications |
| 9/4/2007 | Divers, Dale F | 1.6 | $515.00 | $824.00 | 12 | Provide response and documentation to Pennsylvania auditor relating to audit of New Century Mortgage Corp 2002 - 2004 tax years |
| 9/4/2007 | Goldberg, Walter S | 0.9 | $630.00 | $567.00 | 12 | New Century IRS examination issues |
| 9/4/2007 | Hughes, James R | 1.7 | $490.00 | $833.00 | 12 | Analysis related to open information requests and upcoming IRS meeting |
| 9/4/2007 | Partridge, Ryan M | 2.1 | $350.00 | $735.00 | 10 | Preparation of estimated tax liability created from excess inclusion income |
| 9/4/2007 | Partridge, Ryan M | 0.6 | $350.00 | $210.00 | 13 | Research related to conserving New Century's (debtor's) tax attributes through section 6511. |
| 9/4/2007 | Partridge, Ryan M | 1.1 | $350.00 | $385.00 | 13 | Organization and staffing issues due to loss of team member |
| 9/4/2007 | Pomis, Brian M | 0.9 | $515.00 | $463.50 | 12 | Review of information request for PA 2002-2003 audit of New Century Mortgage Corporation |
| 9/4/2007 | White, Alexis W | 1.8 | $245.00 | $441.00 | 12 | Continued review of GT PA information and PA auditor's request for information. Prepare information to respond to audit information request |
| 9/4/2007 | Wong, James Y | 0.4 | $225.00 | $90.00 | 11 | Researched and prepared response to US Trustee's hourly rate objection for fee application related work. |
| 9/5/2007 | Cochrum, Crystal L. | 2.6 | $75.00 | $195.00 | 11 | Compilation of time and expenses for August fee application |
| 9/5/2007 | Cochrum, Crystal L. | 2.4 | $75.00 | $180.00 | 11 | Continued compilation of time and expenses for August fee application |
| 9/5/2007 | Cole, Richard K | 2.2 | $510.00 | $1,122.00 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes. |
| 9/5/2007 | Conklin, Katharine W | 2.5 | $325.00 | $812.50 | 12 | Review of outstanding IDR audit requests for 2004 tax return year |
| 9/5/2007 | Cronin, Caroline | 2.9 | $225.00 | $652.50 | 11 | Reviewed time entries related to New Century May fee applications |
| 9/5/2007 | Cronin, Caroline | 2.1 | $225.00 | $472.50 | 11 | Continued to review time entries related to New Century May fee applications |
| 9/5/2007 | Divers, Dale F | 0.7 | $515.00 | $360.50 | 13 | Reviewed and revised Bankruptcy Code Sec. 505(b) statement to be attached to all state returns |
| 9/5/2007 | Hughes, James R | 1.7 | $490.00 | $833.00 | 10 | Analysis related to 2007 estimated tax payment calculations |
| 9/5/2007 | Hughes, James R | 1.7 | $490.00 | $833.00 | 13 | Research and analysis related to REIT tests and qualifications. |
| 9/5/2007 | Partridge, Ryan M | 2.7 | $350.00 | $945.00 | 10 | Preparation of estimated tax liability created from excess inclusion income |
| 9/5/2007 | Pomis, Brian M | 3.3 | $515.00 | $1,699.50 | 12 | Review of the preliminary Pennsylvania audit workpapers for NCMC for the tax years 2002-2003 |
| 9/6/2007 | Cochrum, Crystal L | 1.8 | $75.00 | $135.00 | 11 | Review time and expense entries for August fee application |
| 9/6/2007 | Cochrum, Crystal L. | 2.2 | $75.00 | $165.00 | 11 | Review of time and expense entry for August fee application |
| 9/6/2007 | Cole, Richard K | 3.7 | $510.00 | $1,887.00 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes. |
| 9/6/2007 | Conklin, Katharine W | 1.5 | $325.00 | $487.50 | 12 | Continued review of outstanding IDR audit requests for 2005 tax return year |
| 9/6/2007 | Cronin, Caroline | 2.9 | $225.00 | $652.50 | 11 | Reviewed time entries related to New Century June fee applications |
| 9/6/2007 | Cronin, Caroline | 2.6 | $225.00 | $585.00 | 11 | Continued to review time entries related to New Century June fee applications |
| 9/6/2007 | Divers, Dale F | 2.1 | $515.00 | $1,081.50 | 12 | Reviewed correspondence from Pennsylvania auditor relating to audit of New Century Mortgage Corp for tax years 2002 - 2004 and provided responses to Pennsylvania auditor relating to same. |
| 9/6/2007 | Divers, Dale F | 1.1 | $515.00 | $566.50 | 12 | Reviewed updated assessments from Pennsylvania auditor pursuant to additional information relating to 2003 payroll and 2002 and 2003 income from subsidiary adjustments |
| 9/6/2007 | Divers, Dale F | 0.3 | $515.00 | $154.50 | 12 | Additional discussions with B. Pomis (GT) and Pennsylvania auditor relating to same |
| 9/6/2007 | Goldberg, Walter S | 1.1 | $630.00 | $693.00 | 12 | IRS issue discussed with outside counsel |
| 9/6/2007 | Grush, Gary A | 1.9 | $600.00 | $1,140.00 | 12 | Meeting with IRS and status update |
| 9/6/2007 | Grush, Gary A | 0.9 | $600.00 | $540.00 | 12 | Discussions with IRS agent D. Flores regarding 2004 securitizations |
| 9/6/2007 | Grush, Gary A | 2.7 | $600.00 | $1,620.00 | 12 | Respond to IRS information document request regarding foreign income reporting |
| 9/6/2007 | Hughes, James R | 1.8 | $490.00 | $882.00 | 10 | Analysis related to 2007 estimated tax payment calculations. |
| 9/6/2007 | Hughes, James R | 2.3 | $490.00 | $1,127.00 | 12 | Preparation for meeting with IRS agent and discussion with David Flores and other IRS representatives regarding outstanding items related to 2004 and 2005 IRS exam. |
| 9/6/2007 | Partridge, Ryan M | 2.9 | $350.00 | $1,015.00 | 10 | Continued preparation of estimated tax liability created from excess inclusion income. |
| 9/6/2007 | Partridge, Ryan M | 1.3 | $350.00 | $455.00 | 13 | Updating internal Q schedule for newly received documents. |
| 9/6/2007 | Pomis, Brian M | 2.2 | $515.00 | $1,133.00 | 12 | Gathering of everywhere payroll amounts for tax year 2002-2003 and information relating to the "equity method of accounting" for purposes of the PA audit of NCMC and subsequent e-mails to Ms. Carolyn Csikos |
| 9/6/2007 | Pomis, Brian M | 0.3 | $515.00 | $154.50 | 12 | Additional discussions with D. Divers (GT) and Pennsylvania auditor relating to 2003 payroll and 2002 and 2003 income from subsidiary adjustments |
| 9/7/2007 | Cochrum, Crystal L. | 1.3 | $75.00 | $97.50 | 11 | Review and revise August fee application |
| 9/7/2007 | Cordonnier, Andrew W | 0.3 | $715.00 | $178.75 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes |

| Date | Professional | Hours | Hourly Rate | Base Amt | Matter Code | Narrative |
|---|---|---|---|---|---|---|
| 9/7/2007 | Cronin, Caroline | 2.9 | $225.00 | $652.50 | 11 | Reviewed time entries related to New Century July fee applications |
| 9/7/2007 | Cronin, Caroline | 2.1 | $225.00 | $472.50 | 11 | Continued to review time entries related to New Century July fee applications |
| 9/7/2007 | Divers, Dale F | 1.6 | $515.00 | $824.00 | 12 | Pennsylvania audit of New Century Mortgage Corp for 2002 - 2004, closing conference with auditor and B Pomis (GT) Auditor to submit assessments to PA Department of Revenue and GT to file protest after receipt of notice from state. |
| 9/7/2007 | Grush, Gary A | 2.9 | $600.00 | $1,740.00 | 12 | Analysis of IRS information document requests |
| 9/7/2007 | Hughes, James R | 1.1 | $490.00 | $539.00 | 13 | Analysis and discussion with Mike Tinsley (Debtor) regarding preserving tax attributes |
| 9/7/2007 | Kraft, Jonathan E | 1.1 | $435.00 | $478.50 | 10 | Determined the 2007 3rd quarter estimated payments for debtor |
| 9/7/2007 | Partridge, Ryan M | 1.6 | $350.00 | $560.00 | 10 | Estimated tax liability preparation and analysis of excess inclusion. |
| 9/7/2007 | Pomis, Brian M | 1.6 | $515.00 | $824.00 | 12 | Pennsylvania audit of New Century Mortgage Corp for 2002 - 2004, closing conference with auditor (Ms. Carolyn Csikos) and D Divers (GT) Auditor to submit assessments to PA Department of Revenue and GT to file protest after receipt of notice from state. |
| 9/7/2007 | Ryan, Stephen T | 1.1 | $600.00 | $660.00 | 12 | Assist with Pennsylvania state audit |
| 9/7/2007 | White, Alexis W | 1.6 | $245.00 | $392.00 | 12 | Continued review of GT TX information and TX auditor's request for information Prepare information to respond to audit information request |
| 9/8/2007 | Conklin, Katharine W | 2.1 | $325.00 | $682.50 | 12 | Continued review of outstanding IDR audit requests for 2004 tax return year |
| 9/10/2007 | Conklin, Katharine W | 0.9 | $325.00 | $292.50 | 12 | Prepared excess inclusion schedule for IDR IE-03. |
| 9/10/2007 | Cronin, Caroline | 2.9 | $225.00 | $652.50 | 11 | Reviewed time entries related to New Century April - July fee applications |
| 9/10/2007 | Cronin, Caroline | 2.1 | $225.00 | $472.50 | 11 | Continued to review time entries related to New Century April - July fee applications |
| 9/10/2007 | Divers, Dale F | 1.2 | $515.00 | $618.00 | 12 | Review information to be provided to Texas auditor for audit of New Century Mortgage Corp and Home123 Corp for tax years 2003 - 2006 |
| 9/10/2007 | Goldberg, Walter S | 0.9 | $630.00 | $567.00 | 12 | 1139 issue and refund analysis |
| 9/10/2007 | Grierson, R Scot | 1.2 | $600.00 | $720.00 | 13 | Analyze state filing issues including excess inclusion income for California and separate filing states and New York combination for 2006 |
| 9/10/2007 | Hughes, James R | 2.4 | $490.00 | $1,176.00 | 10 | Review and analysis of 2007 tax estimates and preserving tax attributes |
| 9/10/2007 | Partridge, Ryan M | 1.4 | $350.00 | $490.00 | 12 | Preparing a power of attorney for refund claim. |
| 9/10/2007 | Partridge, Ryan M | 2.9 | $350.00 | $1,015.00 | 13 | Reviewing Q schedule template |
| 9/10/2007 | Partridge, Ryan M | 2.7 | $350.00 | $945.00 | 13 | Continuing review of Q schedule |
| 9/10/2007 | Pomis, Brian M | 1.1 | $515.00 | $566.50 | 12 | Discussion with Minnesota auditor regarding refund claims filed by New Century |
| 9/10/2007 | White, Alexis W | 2.6 | $245.00 | $637.00 | 12 | Pull documentation for New Century and Home123 Texas audit based on auditor's document request Pull documentation for New Jersey audit based on auditor's request |
| 9/10/2007 | White, Alexis W | 2.2 | $245.00 | $539.00 | 12 | Continued to pull documentation for New Century and Home123 Texas audit based on auditor's document request Pull documentation for New Jersey audit based on auditor's request. |
| 9/11/2007 | Cochrum, Crystal L | 2.6 | $75.00 | $195.00 | 11 | Review and revise August fee application |
| 9/11/2007 | Cochrum, Crystal L | 1.1 | $75.00 | $82.50 | 11 | Continued review and revisions of August fee application |
| 9/11/2007 | Cochrum, Crystal L | 0.4 | $75.00 | $30.00 | 11 | Discussion with J Wong (GT) regarding drafting of narrative for promotions and classification of specific time entries |
| 9/11/2007 | Cole, Richard K | 1.9 | $510.00 | $969.00 | 12 | Analysis at company of related documents. |
| 9/11/2007 | Conklin, Katharine W | 2.1 | $325.00 | $682.50 | 12 | Preparing schedule to reconcile Net Interest Margin Expense and OID income for IRS requests |
| 9/11/2007 | Cronin, Caroline | 2.8 | $225.00 | $630.00 | 11 | Reviewed time entries related to New Century August fee applications |
| 9/11/2007 | Cronin, Caroline | 2.2 | $225.00 | $495.00 | 11 | Continued to review time entries related to New Century August fee applications |
| 9/11/2007 | Dahl, Don W | 2.1 | $600.00 | $1,260.00 | 10 | Estimated tax payment issues |
| 9/11/2007 | Divers, Dale F | 0.7 | $515.00 | $360.50 | 10 | Review change in 2007 California liability due to potential increase in 2007 excess inclusion income. |
| 9/11/2007 | Goldberg, Walter S | 1.1 | $630.00 | $693.00 | 12 | 1140 issue and refund analysis |
| 9/11/2007 | Grush, Gary A | 1.8 | $600.00 | $1,080.00 | 12 | Review of IRS Information Document Requests |
| 9/11/2007 | Hughes, James R | 1.4 | $490.00 | $686.00 | 12 | Reviewing information related to the 2004-2005 IRS exam |
| 9/11/2007 | White, Alexis W | 2.7 | $245.00 | $661.50 | 12 | Pull documentation for TX, prepare, review and coordinate power of attorney forms for TX. |
| 9/11/2007 | Wong, James Y | 0.4 | $225.00 | $90.00 | 11 | Provided instruction to C Cochrum (GT) regarding drafting of narrative for promotions and classification of specific time entries |
| 9/12/2007 | Cochrum, Crystal L | 2.9 | $75.00 | $217.50 | 11 | Review and format August fee application |
| 9/12/2007 | Cole, Richard K | 2.7 | $510.00 | $1,377.00 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes |
| 9/12/2007 | Conklin, Katharine W | 1.9 | $325.00 | $617.50 | 12 | Preparing schedule to reconcile Net Interest Margin Expense and OID income for IRS requests |
| 9/12/2007 | Cronin, Caroline | 2.9 | $225.00 | $652.50 | 11 | Reviewed time entries related to New Century August fee applications |
| 9/12/2007 | Cronin, Caroline | 1.1 | $225.00 | $247.50 | 11 | Continued to review time entries related to New Century August fee applications |
| 9/12/2007 | Divers, Dale F | 1.1 | $515.00 | $566.50 | 12 | Review and revise responses to state auditors Power of attorney forms to Texas auditor for New Century Mortgage Corp and Home123 Corp audits Review documents to New Jersey auditor for New Century Mortgage Corp. |
| 9/12/2007 | Goldberg, Walter S | 1.9 | $630.00 | $1,197.00 | 12 | New Century IRS examination issues |
| 9/12/2007 | Grush, Gary A | 1.9 | $600.00 | $1,140.00 | 12 | Meeting regarding IRS examination and refund claim |
| 9/12/2007 | Hughes, James R | 1.6 | $490.00 | $784.00 | 12 | Preparation and discussion with Mike Tinsley and Holly Etlin (debtors) regarding IRS exam status. |
| 9/12/2007 | Hughes, James R | 2.3 | $490.00 | $1,127.00 | 12 | Research regarding various tax related matters in connection with the IRS exam for 2004 and 2005. |
| 9/12/2007 | White, Alexis W | 1.7 | $245.00 | $416.50 | 12 | Continued to pull documentation for TX, prepare, review, and coordinate power of attorney forms for TX |

| Date | Professional | Hours | Hourly Rate | Base Amt | Matter Code | Narrative |
|---|---|---|---|---|---|---|
| 9/12/2007 | White, Alexis W | 2.7 | $245.00 | $ 661.50 | 12 | Continued to pull documentation for TX, NJ, and PA audit |
| 9/12/2007 | Wong, James Y | 0.9 | $225.00 | $ 202.50 | 11 | Reviewed draft August 2007 fee application and emailed J. Hughes and C Cochrum (GT) suggested changes to the narratives and exhibits |
| 9/13/2007 | Cochrum, Crystal L | 2.6 | $ 75.00 | $ 195.00 | 11 | Review and foot August fee application |
| 9/13/2007 | Cochrum, Crystal L | 1.1 | $ 75.00 | $ 82.50 | 11 | Continued review and foot of August fee application |
| 9/13/2007 | Cochrum, Crystal L | 0.3 | $ 75.00 | $ 22.50 | 11 | Discussion with J. Wong (GT) regarding modification of exhibits |
| 9/13/2007 | Cole, Richard K | 2.5 | $510.00 | $ 1,249.50 | 12 | Discuss with NC personnel review files |
| 9/13/2007 | Dahl, Don W | 1.6 | $600.00 | $ 960.00 | 10 | Estimated tax payment issues. |
| 9/13/2007 | Goldberg, Walter S | 1.1 | $630.00 | $ 693.00 | 12 | New Century IRS examination issues |
| 9/13/2007 | Hughes, James R | 2.4 | $490.00 | $ 1,176.00 | 13 | Tax research and analysis of preserving tax attributes. |
| 9/13/2007 | Pomis, Brian M | 1.2 | $515.00 | $ 618.00 | 13 | Meeting with J. Ramirez, J Kraft and D. Divers of (GT) to discuss the Enterprise Zone Credit for the 2006 California combined return. |
| 9/13/2007 | Ramirez, Javier R | 1.2 | $515.00 | $ 618.00 | 13 | Meeting with J. Kraft, D. Divers and B. Pomis (GT) to discuss the California enterprise zone tax credit for the 2006 CA combined return. |
| 9/13/2007 | Ryan, Stephen T | 0.4 | $600.00 | $ 240.00 | 12 | Continued to assist with PA state audit |
| 9/13/2007 | White, Alexis W | 1.7 | $245.00 | $ 416.50 | 12 | Continued to pull documentation for TX, prepare, review, and coordinate power of attorney forms for TX |
| 9/13/2007 | White, Alexis W | 2.7 | $245.00 | $ 661.50 | 12 | Continued to pull documentation for TX audit. |
| 9/13/2007 | Wong, James Y | 0.4 | $225.00 | $ 90.00 | 11 | Review August 2007 fee application and drafted additional footnotes. |
| 9/13/2007 | Wong, James Y | 0.3 | $225.00 | $ 67.50 | 11 | Provided guidance to C. Cochrum (GT) regarding modification of exhibits |
| 9/14/2007 | Cole, Richard K | 2.9 | $510.00 | $ 1,479.00 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes. |
| 9/14/2007 | Goldberg, Walter S | 2.1 | $630.00 | $ 1,323.00 | 12 | New Century IRS examination issues |
| 9/14/2007 | Grush, Gary A | 0.8 | $600.00 | $ 480.00 | 12 | Discussions with M. Tinsley regarding IRS examination |
| 9/14/2007 | Grush, Gary A | 2.9 | $600.00 | $ 1,740.00 | 12 | Review and analysis of Information Document Request 34 |
| 9/14/2007 | Hughes, James R | 2.2 | $490.00 | $ 1,078.00 | 12 | Tax analysis and coordination of IRS audit examination for 2004 and 2005 tax year. |
| 9/14/2007 | Hughes, James R | 1.3 | $490.00 | $ 637.00 | 12 | Analysis and discussion with IRS auditor and delivering requested information. |
| 9/14/2007 | Ryan, Stephen T | 0.9 | $600.00 | $ 540.00 | 13 | Provide general tax consulting - excess inclusion income |
| 9/14/2007 | White, Alexis W | 1.2 | $245.00 | $ 294.00 | 12 | Continued to pull documentation for TX, prepare, review, and coordinate power of attorney forms for TX |
| 9/15/2007 | Cole, Richard K | 2.8 | $510.00 | $ 1,428.00 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes. |
| 9/16/2007 | Cole, Richard K | 2.2 | $510.00 | $ 1,122.00 | 12 | Review IDR 34 |
| 9/17/2007 | Cole, Richard K | 2.9 | $510.00 | $ 1,479.00 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes |
| 9/17/2007 | Cordonnier, Andrew W | 2.1 | $715.00 | $ 1,501.50 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes |
| 9/17/2007 | Grush, Gary A | 0.9 | $600.00 | $ 540.00 | 12 | Analysis of IRS information document request and discussion with debtor counsel |
| 9/17/2007 | Grush, Gary A | 2.3 | $600.00 | $ 1,380.00 | 12 | Review of IRS information document request number 34 |
| 9/17/2007 | Hughes, James R | 2.3 | $490.00 | $ 1,127.00 | 12 | Drafting responses to IRS information requests for the 2004-2006 tax years. |
| 9/17/2007 | Wong, James Y | 0.9 | $225.00 | $ 202.50 | 11 | Revised August 2007 monthly fee application and exhibits to reflect fixed fee for tax compliance services, and its benefit to the Debtors' estates |
| 9/18/2007 | Cochrum, Crystal L | 2.9 | $ 75.00 | $ 217.50 | 11 | Final review of August fee application |
| 9/18/2007 | Cochrum, Crystal L | 2.8 | $ 75.00 | $ 210.00 | 11 | Continued final review of August fee application |
| 9/18/2007 | Cole, Richard K | 2.8 | $510.00 | $ 1,428.00 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes |
| 9/18/2007 | Cronin, Caroline | 2.7 | $225.00 | $ 607.50 | 11 | Gather time and expense detail for the purposes of processing current fee application |
| 9/18/2007 | Cronin, Caroline | 1.3 | $225.00 | $ 292.50 | 11 | Gather time and expense detail for the purposes of processing current fee application |
| 9/18/2007 | Divers, Dale F | 1.6 | $515.00 | $ 824.00 | 12 | Draft response and locate additional information for Texas auditor information request related to Texas 2004 report year refund claim of New Century Mortgage Corp |
| 9/18/2007 | Divers, Dale F | 1.3 | $515.00 | $ 669.50 | 12 | Review various state notices including Pennsylvania, Ohio and Colorado. |
| 9/18/2007 | Grush, Gary A | 2.6 | $600.00 | $ 1,560.00 | 12 | Review IRS information document request regarding debt conversion |
| 9/18/2007 | Hughes, James R | 1.3 | $225.00 | $ 292.50 | 11 | Review of 3rd fee application and related documents for August. |
| 9/18/2007 | Partridge, Ryan M | 2.4 | $350.00 | $ 840.00 | 13 | Review and analysis related to preserving tax attributes. |
| 9/18/2007 | White, Alexis W | 2.2 | $245.00 | $ 539.00 | 12 | Review TX audit request and pull information regarding Home123 and New Century Mortgage Corporation. Review information regarding Anyloan Corporation and apportionment workpapers for TX audit. |
| 9/18/2007 | Wong, James Y | 0.6 | $225.00 | $ 135.00 | 11 | Revised and reconciled Exhibits A&B of the August 2007 monthly fee application. |
| 9/19/2007 | Cole, Richard K | 2.7 | $510.00 | $ 1,351.50 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes |
| 9/19/2007 | Hughes, James R | 2.2 | $490.00 | $ 1,078.00 | 13 | Research and analysis regarding preserving tax attributes |
| 9/19/2007 | Ryan, Stephen T | 1.2 | $600.00 | $ 720.00 | 12 | Assist with federal audit - CA audit |
| 9/19/2007 | White, Alexis W | 1.3 | $245.00 | $ 318.50 | 12 | Continued to review TX audit request and pull information regarding Home123 and New Century Mortgage Corporation. Review information regarding Anyloan Corporation and apportionment workpapers for TX audit |
| 9/20/2007 | Cochrum, Crystal L | 2.6 | $ 75.00 | $ 195.00 | 11 | Final review of August fee application |
| 9/20/2007 | Cole, Richard K | 2.7 | $510.00 | $ 1,351.50 | 12 | Review Client docs |
| 9/20/2007 | Cronin, Caroline | 2.8 | $225.00 | $ 630.00 | 11 | Link time and expense detail to exhibits for the purposes of processing current fee application |
| 9/20/2007 | Cronin, Caroline | 2.2 | $225.00 | $ 495.00 | 11 | Link time and expense detail to exhibits for the purposes of processing current fee application |
| 9/20/2007 | Grush, Gary A | 0.9 | $600.00 | $ 540.00 | 12 | Meeting with IRS auditor D. Flores |
| 9/20/2007 | Grush, Gary A | 1.8 | $600.00 | $ 1,080.00 | 12 | Review IRS information document requests regarding 2005 securitizations |

| Date | Professional | Hours | Hourly Rate | Base Amt | Matter Code | Narrative |
|---|---|---|---|---|---|---|
| 9/20/2007 | Hughes, James R | 1.9 | $490.00 | $931.00 | 12 | Discussions related to IRS exam of 2004-2006 tax years including meeting with David Flores (IRS agent). |
| 9/20/2007 | White, Alexis W | 1.2 | $245.00 | $294.00 | 12 | Continued to review TX audit request and pull information regarding Home123 and New Century Mortgage Corporation. Review information regarding Anyloan Corporation and apportionment workpapers for TX audit |
| 9/21/2007 | Cole, Richard K | 2.7 | $510.00 | $1,351.50 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes. |
| 9/21/2007 | Cronin, Caroline | 2.9 | $225.00 | $652.50 | 11 | Reviewed 1st draft of exhibits |
| 9/21/2007 | Cronin, Caroline | 2.1 | $225.00 | $472.50 | 11 | Continued review of 1st draft of exhibits |
| 9/21/2007 | Dahl, Don W | 2.3 | $600.00 | $1,380.00 | 10 | Discussions with Mike Tinsley regarding estimated taxes |
| 9/21/2007 | Divers, Dale F | 2.6 | $515.00 | $1,339.00 | 12 | Research Texas laws and regulations relating to definition of gross receipts for apportionment purposes. Continue to draft response to Texas auditor requesting support for amended 2004 report (2003 tax year). |
| 9/21/2007 | Goldberg, Walter S | 1.9 | $630.00 | $1,197.00 | 12 | Calls with IRS and counsel |
| 9/21/2007 | Grush, Gary A | 1.1 | $600.00 | $660.00 | 12 | Research regarding 2004 IRS audit concerning synthetic debt instruments |
| 9/21/2007 | Hughes, James R | 1.9 | $490.00 | $931.00 | 12 | Reviewing information document requests related to IRS exam of 2004-2006 tax years |
| 9/21/2007 | Partridge, Ryan M | 0.9 | $350.00 | $315.00 | 12 | Organization and preparation of revised power of attorney for IRS audit |
| 9/21/2007 | White, Alexis W | 2.8 | $245.00 | $686.00 | 12 | Continued to review TX audit request and pull information regarding Home123 and New Century Mortgage Corporation. Review information regarding Anyloan Corporation and apportionment workpapers for TX audit |
| 9/21/2007 | White, Alexis W | 1.8 | $245.00 | $441.00 | 12 | Review state notices for all states and revise schedule regarding due dates per D. Divers (GT) instructions |
| 9/24/2007 | Cochrum, Crystal L | 1.1 | $75.00 | $82.50 | 11 | Update billing schedule |
| 9/24/2007 | Cole, Richard K | 2.7 | $510.00 | $1,351.50 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes |
| 9/24/2007 | Cole, Richard K | 2.1 | $510.00 | $1,071.00 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes |
| 9/24/2007 | Cordonnier, Andrew W | 0.9 | $715.00 | $643.50 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes |
| 9/24/2007 | Cronin, Caroline | 2.9 | $225.00 | $652.50 | 11 | Review final draft of fee application |
| 9/24/2007 | Cronin, Caroline | 1.1 | $225.00 | $247.50 | 11 | Continued review of final draft of fee application |
| 9/24/2007 | Divers, Dale F | 2.2 | $515.00 | $1,133.00 | 12 | Research Texas rules regarding gross receipts in sales apportionment factor. Draft letter to Texas auditor with support for 2004 report year (fiscal year ended 12-31-2003) claim for refund |
| 9/24/2007 | Grush, Gary A | 2.7 | $600.00 | $1,620.00 | 12 | Respond to IRS information request regarding convertible notes |
| 9/24/2007 | Hughes, James R | 1.2 | $490.00 | $588.00 | 10 | Analyzing 2007 estimated tax payments and calculations |
| 9/24/2007 | Partridge, Ryan M | 0.1 | $350.00 | $35.00 | 12 | E-mailing power of attorney for signature. |
| 9/24/2007 | Partridge, Ryan M | 0.9 | $350.00 | $315.00 | 12 | Collected information for IDRs |
| 9/24/2007 | Partridge, Ryan M | 0.8 | $350.00 | $280.00 | 13 | Review of schedule Q and excess inclusion effect |
| 9/24/2007 | White, Alexis W | 2.6 | $245.00 | $637.00 | 12 | Continued to pull documentation for NJ audit and review documentation for New Century Mortgage Corporation. |
| 9/24/2007 | White, Alexis W | 1.6 | $245.00 | $392.00 | 13 | Continued to review and organize state tax notices, including state of PA. |
| 9/25/2007 | Cole, Richard K | 2.8 | $510.00 | $1,428.00 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes |
| 9/25/2007 | Cole, Richard K | 2.9 | $510.00 | $1,479.00 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes |
| 9/25/2007 | Cordonnier, Andrew W | 1.9 | $715.00 | $1,358.50 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes. |
| 9/25/2007 | Cronin, Caroline | 2.9 | $225.00 | $652.50 | 11 | Reviewed time entries related to New Century August fee applications |
| 9/25/2007 | Cronin, Caroline | 2.1 | $225.00 | $472.50 | 11 | Continued to review time entries related to New Century August fee applications |
| 9/25/2007 | Dahl, Don W | 1.7 | $600.00 | $1,020.00 | 10 | Estimated tax payment issues |
| 9/25/2007 | Divers, Dale F | 0.4 | $515.00 | $206.00 | 12 | Review and finalize response to New Jersey regarding audit of New Century Mortgage Corp. |
| 9/25/2007 | Divers, Dale F | 1.2 | $515.00 | $618.00 | 12 | Review response to Texas auditor regarding New Century Mortgage Corp 2004 report year (fiscal year ended 12-31-2003) claim for refund. Send draft response and attachments to B. Pomis (GT) for concurring review on tax positions. |
| 9/25/2007 | Divers, Dale F | 2.7 | $515.00 | $1,390.50 | 12 | Prepare responses to Texas audits of Home123 Corp. for 2004-2006 tax years and New Century Mortgage Corp. for 2003-2005 tax years |
| 9/25/2007 | Grush, Gary A | 1.8 | $600.00 | $1,080.00 | 12 | Response to IRS information document request. |
| 9/25/2007 | Hughes, James R | 2.2 | $490.00 | $1,078.00 | 10 | Discussions regarding 3rd quarter estimated tax calculations for the 2007 tax year |
| 9/25/2007 | Ryan, Stephen T | 0.9 | $600.00 | $540.00 | 13 | Consulting - excess inclusion income |
| 9/25/2007 | Steinmetz, Adam L | 2.5 | $245.00 | $612.50 | 12 | IRS audit |
| 9/25/2007 | White, Alexis W | 2.2 | $245.00 | $539.00 | 13 | Review and revise spreadsheet regarding all state notices for all 50 states |
| 9/26/2007 | Casey, Marisol | 0.9 | $450.00 | $405.00 | 13 | Reviewed request of information provided to New Century. |
| 9/26/2007 | Casey, Marisol | 0.4 | $450.00 | $180.00 | 13 | Contacted James Hughes (GT) to let him know that we only need the information for those employees at the Santa Ana Servicing location. |
| 9/26/2007 | Cole, Richard K | 2.4 | $510.00 | $1,224.00 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes |
| 9/26/2007 | Cole, Richard K | 2.9 | $510.00 | $1,453.50 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes |
| 9/26/2007 | Cordonnier, Andrew W | 1.1 | $715.00 | $786.50 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes. |
| 9/26/2007 | Cronin, Caroline | 2.8 | $225.00 | $630.00 | 11 | Reviewed time entries related to New Century September fee applications |
| 9/26/2007 | Cronin, Caroline | 2.2 | $225.00 | $495.00 | 11 | Continued to review time entries related to New Century September fee applications |
| 9/26/2007 | Hughes, James R | 2.1 | $490.00 | $1,029.00 | 10 | Analyzing 2007 estimated tax liability for New Century |

| Date | Professional | Hours | Hourly Rate | Base Amt | Matter Code | Narrative |
|---|---|---|---|---|---|---|
| 9/26/2007 | Hughes, James R | 0.4 | $490.00 | $ 196.00 | 13 | Discussion with M. Casey (GT) regarding employees at Santa Ana Servicing location. |
| 9/27/2007 | Cochrum, Crystal L | 0.9 | $ 75.00 | $ 67.50 | 11 | Updated billing schedule |
| 9/27/2007 | Cole, Richard K | 2.6 | $510.00 | $ 1,326.00 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes. |
| 9/27/2007 | Cole, Richard K | 1.8 | $510.00 | $ 918.00 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes. |
| 9/27/2007 | Cronin, Caroline | 2.7 | $225.00 | $ 607.50 | 11 | Reviewed time entries related to New Century September fee applications |
| 9/27/2007 | Cronin, Caroline | 2.3 | $225.00 | $ 517.50 | 11 | Continued to review time entries related to New Century September fee applications |
| 9/27/2007 | Grierson, R Scot | 0.8 | $600.00 | $ 480.00 | 13 | Research and analysis concerning New York combined reporting |
| 9/27/2007 | Grush, Gary A | 2.9 | $600.00 | $ 1,740.00 | 12 | Review IRS Information Document request regarding debt conversion |
| 9/27/2007 | White, Alexis W | 0.8 | $245.00 | $ 196.00 | 12 | Pull and review documentation for NJ and TX audit. |
| 9/28/2007 | Cole, Richard K | 2.6 | $510.00 | $ 1,326.00 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes |
| 9/28/2007 | Cole, Richard K | 1.6 | $510.00 | $ 816.00 | 12 | IRS audit assistance and research and analysis regarding preserving tax attributes. |
| 9/28/2007 | Cronin, Caroline | 2.9 | $225.00 | $ 652.50 | 11 | Reviewed time entries related to New Century August - September fee applications |
| 9/28/2007 | Cronin, Caroline | 2.1 | $225.00 | $ 472.50 | 11 | Continued to review time entries related to New Century August - September fee applications |
| 9/28/2007 | Divers, Dale F | 2.2 | $515.00 | $ 1,133.00 | 12 | Draft responses and locate information requested for the Texas audits of Home123 Corp for tax years 2004 - 2006 and New Century Mortgage Corp for tax years 2003 - 2005. |
| 9/28/2007 | Grush, Gary A | 0.6 | $600.00 | $ 360.00 | 12 | Meeting with IRS auditor D. Flores |
| 9/28/2007 | Grush, Gary A | 2.8 | $600.00 | $ 1,680.00 | 12 | Review 2006 Information Document Requests |
| 9/28/2007 | White, Alexis W | 1.6 | $245.00 | $ 392.00 | 12 | Review PA audit and gather documentation per Dale Diver's (GT) request. |
| 9/28/2007 | White, Alexis W | 0.8 | $245.00 | $ 196.00 | 13 | Review and revise spreadsheet for state tax notices. |
| | | 402.6 | | $ 156,926.25 | | |