NEW CENTURY FINANCIAL CORP.
FTI CONSULTING
SUMMARY OF HOURS BY PROFESSIONAL
FOR THE PERIOD SEPTEMBER 1, 2007 THOUGH SEPTEMBER 30, 2007

| Professional | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Greenspan, Ronald | Senior Managing Director | 5.2 | | |
| Star, Samuel | Senior Managing Director | 44.5 | | |
| Joffe, Steven | Senior Managing Director | 0.5 | | |
| Dragelin, Timothy | Senior Managing Director | 37.4 | | |
| Ellis, Melissa | Director | 51.0 | | |
| Gosik, Jaime | Director | 10.1 | | |
| Collura, Richard | Director | 8.5 | | |
| Bryant, Kristin | Senior Consultant | 38.6 | | |
| Wolf, James | Senior Consultant | 1.3 | | |
| Amico, Marc | Consultant | 39.4 | | |
| Pearson, Linda | Administrative | 0.4 | | |
| **Sub-Total** | | **236.9** | **N/A** | **$ 100,000** |

**Hourly Scope Projects**

| Professional | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Sloane, Raymond | Senior Managing Director | 16.8 | $ 615 | $ 10,332 |
| Collura, Richard | Director | 61.0 | 475 | 28,975 |
| Friedler, Andrew | Director | 0.8 | 475 | 380 |
| Gosik, Jaime | Director | 35.2 | 435 | 15,312 |
| Pelavin, David | Senior Consultant | 0.8 | 295 | 236 |
| Levenberg, Hal | Project Assistant | 3.8 | 125 | 475 |
| **Sub-Total** | | **118.4** | | **$ 55,710** |
| **Total** | | **355.3** | | **$ 155,710** |